UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

| | |
|---|---|
| UNITED STATES OF AMERICA <br> ex rel. DR. JAMES J. TIESINGA, <br><br> Plaintiff, <br><br> v. <br><br> DIANON SYSTEMS, INC. and <br> ETHEL JANEGA, <br><br> Defendants. | No. 3:02CV1573(DJS) <br><br> EX PARTE MOTION OF THE <br> UNITED STATES FOR <br> AN ENLARGEMENT OF TIME <br> TO MAKE AN ELECTION <br> PURSUANT TO 31 U.S.C. <br> §3730(b) <br><br> October 27, 2003 <br><br> **[FILED UNDER SEAL]** |

Pursuant to 31 U.S.C. § 3730(b)(3) of the False Claims Act, the United States, with the concurrence of the relator, hereby respectfully applies ex parte for a six-month extension of time, from November 6, 2003, up to and including May 6, 2004, during which the government may elect to intervene in this False Claims Act qui tam action or to notify the Court that it declines to do so, and during which time the Complaint and other filings shall remain under seal.

This is the third such application for an enlargement of time. Relator, through his counsel, has informed the government that he concurs in this request.[1]

As set forth in the accompanying Memorandum, the United States has been investigating this matter, but needs more time to complete its investigation. An extension of time will enable the government to make an informed decision as to whether to intervene in the action pursuant to 31

**ORAL ARGUMENT IS NOT REQUESTED**

---

[1] The relator specifically consents to a three month extension. As to the second three month period, the relator takes no position.

U.S.C. § 3730(b)(4).

A proposed order is also filed herewith.

                    Respectfully submitted,

                    ROBERT D. McCALLUM, JR.
                    Assistant Attorney General

                    KEVIN J. O'CONNOR
                    UNITED STATES ATTORNEY

By:              */s/ R. M. M.*
                    RICHARD M. MOLOT
                    ASSISTANT U.S. ATTORNEY
                    Federal Bar No. CT21676
                    157 Church Street
                    New Haven, Connecticut 06510
                    (203) 821-3792

                    /s/
                    MICHAEL F. HERTZ
                    JOYCE R. BRANDA
                    PATRICIA R. DAVIS
                    Attorneys, Civil Division
                    U. S. Department of Justice
                    P.O. Box 261
                    Ben Franklin Station
                    Washington, D.C. 20044
                    Telephone: (202) 307-0238

                    Attorneys for the United States

## CERTIFICATION OF SERVICE

I hereby certify that on this [27th] day of October 2003, a true and correct copy of the Ex Parte Motion of United States for an Enlargement of Time to Make an Election Pursuant to 31 U.S.C. § 3730(b), was served by first-class mail on:

>Bryan T. Carmody, Esq.
>Maya & Associates, P.C.
>183 Sherman Street
>Fairfield, CT 06430

Pursuant to 31 U.S.C. §3731(b)(2), no service was made upon the defendant since this case is still under seal.

>Richard M. Molot
>Assistant United States Attorney

3