UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA <br> ex rel. DR. JAMES J. TIESINGA, <br><br> Plaintiff, <br><br> v. <br><br> DIANON SYSTEMS, INC., and <br> ETHEL JANEGA, <br><br> Defendants. | ) No. 3:02CV1573(DJS) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) October 27, 2003 <br> ) <br> ) **[FILED UNDER SEAL]** |

## MOTION TO SEAL

The United States of America, by Richard M. Molot, Assistant United States Attorney, moves this Honorable Court for an Order sealing the Ex Part Motion of the United States for an Enlargement of Time to Make an Election Pursuant to 31 U.S.C. §3730(b), the United States' memorandum of law in support of its motion, the Proposed Order, this Motion to Seal, and the proposed Order to Seal in the above-captioned matter.

The United States requests sealing because the within motion involves a complaint which was filed under seal pursuant to the qui tam provisions of the False Claims Act, 31 U.S.C. § 3730(b).

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

RICHARD M. MOLOT
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. CT21676
157 Church Street
New Haven, Connecticut 06510
(203) 821-3792

## ORDER

The Government's Motion to Seal is hereby GRANTED/DENIED.

DOMINIC J. SQUATRITO
UNITED STATES DISTRICT JUDGE

Date:

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>ex rel. DR. JAMES J. TIESINGA, | )<br>)<br>) | No. 3:02CV1573(DJS) |
| Plaintiff, | )<br>)<br>) | |
| v. | )<br>) | |
| DIANON SYSTEMS, INC. and<br>ETHEL JANEGA, | )<br>)<br>)<br>) | |
| Defendants. | ) | **[FILED UNDER SEAL]** |

## ORDER

This matter having come before the Court on the <u>ex parte</u> motion of the United States for an enlargement of time to make an election pursuant to 31 U.S.C. § 3730(b)(3) of the False Claims Act, the Court being fully advised in this matter, and finding that there is good cause to grant the United States' motion,

IT IS HEREBY ORDERED that the United States shall have until and including May 6, 2004, to intervene in the captioned action or to notify the Court that it declines to do so; and it is

FURTHER ORDERED that the complaint and all other filings shall remain under seal until and including May 6, 2004, upon order of this Court, unless the United States requests that the seal be lifted prior to that date.

IT IS SO ORDERED, this _____ day of _____, 2003.

_____
Dominic J. Squatrito
United States District Judge