UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA
ex rel. DR. JAMES J. TIESINGA
   Plaintiff
       :

v.        : CIVIL NO.: 3:02cv1573(DJS)

DIANON SYSTEMS, INC., ET AL   :
   Defendants

## ORDER

The Plaintiff's Ex Parte Motion of the United States for an Enlargement of Time to Make an Election Pursuant to 31 U.S.C. Section 3730(b) and Motion To Seal (Docs. #17 and 19) are hereby **GRANTED**.

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this ___6th___ day of November, 2003.

/s/DJS
Dominic J. Squatrito
United States District Judge

AO 72A
(Rev.8/82)