UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA<br>ex rel. DR. JAMES J. TIESINGA,<br><br>Plaintiff,<br><br>v.<br><br>DIANON SYSTEMS, INC., and<br>ETHEL JANEGA,<br><br>Defendants. | No. 3:02CV1573(DJS)<br><br><br><br><br><br><br>May 4, 2004<br><br>[FILED UNDER SEAL] |

## MOTION TO SEAL

The United States of America, by Richard M. Molot, Assistant United States Attorney, moves this Honorable Court for an Order sealing the Ex Part Motion of the United States for an Enlargement of Time to Make an Election Pursuant to 31 U.S.C. §3730(b), the United States' memorandum of law in support of its motion, the Proposed Order, this Motion to Seal, and the proposed Order to Seal in the above-captioned matter.

The United States requests sealing because the within motion involves a complaint which was filed under seal pursuant to the qui tam provisions of the False Claims Act, 31 U.S.C. § 3730(b).

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

RICHARD M. MOLOT
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. CT21676
157 Church Street
New Haven, Connecticut 06510
(203) 821-3792