UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>ex rel. DR. JAMES J. TIESINGA, | )<br>)<br>) | No. 3:02CV1573(DJS)<br><br>EX PARTE MOTION OF THE |
| Plaintiff, | )<br>)<br>) | UNITED STATES FOR<br>AN ENLARGEMENT OF TIME<br>TO MAKE AN ELECTION |
| v. | )<br>) | PURSUANT TO 31 U.S.C.<br>§3730(b) |
| DIANON SYSTEMS, INC. and<br>ETHEL JANEGA, | )<br>)<br>) | |
| | ) | May 4, 2004 |
| Defendants. | )<br>) | **[FILED UNDER SEAL]** |

**FILED** 2004 MAY 5 A 11: 30 U.S. DISTRICT COURT HARTFORD, CT

Pursuant to 31 U.S.C. § 3730(b)(3) of the False Claims Act, the United States hereby respectfully applies ex parte for a six-month extension of time, from May 6, 2004, up to and including November 6, 2004, during which the government may elect to intervene in this False Claims Act qui tam action or to notify the Court that it declines to do so, and during which time the Complaint and other filings shall remain under seal.

This is the fourth such application for an enlargement of time. Relator, through his counsel, has informed the government that he does not consent to this request.

As set forth in the accompanying Memorandum, the United States has made substantial progress in investigating the allegations in this False Claims Act qui tam action, but needs additional time to complete its investigation. An extension of time will enable the government to make an informed decision as to whether to intervene in the action pursuant to 31 U.S.C. § 3730(b)(4).

**ORAL ARGUMENT IS NOT REQUESTED**

A proposed order is also filed herewith.

                        Respectfully submitted,

                        ROBERT D. McCALLUM, JR.
                        Assistant Attorney General

                        KEVIN J. O'CONNOR
                        UNITED STATES ATTORNEY

By:     _____
                        RICHARD M. MOLOT
                        ASSISTANT U.S. ATTORNEY
                        Federal Bar No. CT21676
                        157 Church Street
                        New Haven, Connecticut 06510
                        (203) 821-3792

                        _____/s/_____
                        MICHAEL F. HERTZ
                        JOYCE R. BRANDA
                        PATRICIA R. DAVIS
                        Attorneys, Civil Division
                        U. S. Department of Justice
                        P.O. Box 261
                        Ben Franklin Station
                        Washington, D.C. 20044
                        Telephone: (202) 307-0238

                        Attorneys for the United States

## CERTIFICATION OF SERVICE

I hereby certify that on this 4th day of May 2004, a true and correct copy of the Ex Parte Motion of United States for an Enlargement of Time to Make an Election Pursuant to 31 U.S.C. § 3730(b), was served by first-class mail on:

> Bryan T. Carmody, Esq.
> Maya & Associates, P.C.
> 183 Sherman Street
> Fairfield, CT 06430

Pursuant to 31 U.S.C. §3731(b)(2), no service was made upon the defendant since this case is still under seal.

_____
Richard M. Molot
Assistant United States Attorney

3