UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DR. JAMES J. TIESINGA *ex rel.* UNITED STATES GOVERNMENT, and DR. JAMES J. TIESINGA<br><br>Plaintiffs,<br><br>-against-<br><br>DIANON SYSTEMS, INC. and ETHEL JANEGA<br><br>Defendants. | No. 3:02 CV 1573 (DJS)<br><br>May 18, 2004<br><br>[FILED UNDER SEAL] |

## PLAINTIFF'S *EX PARTE* MOTION FOR A PARTIAL LIFTING OF THE SEAL

As the Plaintiff in the above-captioned case, Dr. James J. Tiesinga ("Dr. Tiesinga") respectfully moves this Honorable Court for a partial lifting of the seal presently set upon the above-captioned case, alleging, in part, violations of the False Claims Act, 31 U.S.C. § 3729 *et seq.*[1]

The specific purpose of the partial lifting sought by Dr. Tiesinga would be to enable him to serve the Complaint upon the Defendants so that the case can proceed as to those Counts that do not allege a violation of the False Claims Act.

The United States, through Assistant United States Attorney Richard M. Molot, Esq., has informed Dr. Tiesinga that it has no objection to a partial lifting of the seal for the above-described purpose.

**ORAL ARGUMENT IS NOT REQUESTED**

---

[1] Insofar as the Complaint in the above-captioned case was filed under seal in accordance with 31 U.S.C. § 3730(b), Dr. Tiesinga also requests the Court issue an Order placing the instant *ex parte* Motion under seal.

1

Dr. Tiesinga respectfully refers the Court to his *ex parte* Memorandum filed in support of, and contemporaneously with, the instant Motion. Additionally, attached to the instant Motion is a proposed Order.

Respectfully submitted,

Bryan T. Carmody (ct 22514)
Maya & Associates, P.C.
*Attorneys for Plaintiff*
183 Sherman Street
Fairfield, CT 06430
(203) 255-5600

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

DR. JAMES J. TIESINGA *ex rel.*
UNITED STATES GOVERNMENT,
and DR. JAMES J. TIESINGA

    Plaintiffs,

-against-

DIANON SYSTEMS, INC. and
ETHEL JANEGA

    Defendants.

No. 3:02 CV 1573 (DJS)

**[FILED UNDER SEAL]**

## ORDER GRANTING THE PLAINTIFF'S *EX PARTE* MOTION FOR A PARTIAL LIFTING OF THE SEAL

Upon consideration of the foregoing Motion of the Plaintiff for an Order partially lifting the seal in the above-captioned False Claims Act *qui tam* action,

**IT IS HEREBY ORDERED**

That the Complaint shall be partially unsealed for the limited purpose of allowing the Plaintiff to serve the Complaint on the Defendants so that the case can proceed as to those Counts of the Complaint that do not allege a violation of the False Claims Act. Other than this limited purpose, the Complaint, and all of the other contents of the Court's file in this matter, including this Order, any motions or applications for extensions of the seal period, and any supporting or opposing memoranda, shall remain sealed until further Order of this Court.

Dated: _____, 2004.

                                        HONORABLE DOMINIC J. SQUATRITO
                                        UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

This is to certify that on this 18TH day of May 2004, I caused a true and correct copy of the foregoing to be served upon the following counsel of record for the United States of America by Federal Express:

>Richard M. Molot, Esq.
>Assistant U.S. Attorney
>157 Church Street
>New Haven, Connecticut 06510
>(203) 821-3792

No service was made on the Defendants, as the case remains under seal.

>Bryan T. Carmody (ct 22514)
>Maya & Associates, P.C.
>*Attorneys for Plaintiff*
>183 Sherman Street
>Fairfield, CT 06430
>(203) 255-5600

4