UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA<br>ex rel. DR. JAMES J. TIESINGA,<br><br>Plaintiff,<br><br>v.<br><br>DIANON SYSTEMS, INC., and<br>ETHEL JANEGA,<br><br>Defendants. | No. 3:02CV1573(DJS)<br><br><br><br><br><br>May 21, 2004<br><br>**[FILED UNDER SEAL]** |

## MOTION TO SEAL

The United States of America, by Richard M. Molot, Assistant United States Attorney, moves this Honorable Court for an Order sealing the Ex Part Reply Memorandum in Further Support of the United States' Motion for an Enlargement of Time to Make an Election Pursuant to 31 U.S.C. §3730(b).

The United States requests sealing because the within reply memorandum involves a complaint which was filed under seal pursuant to the qui tam provisions of the False Claims Act, 31 U.S.C. § 3730(b).

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

RICHARD M. MOLOT
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. CT21676
157 Church Street
New Haven, Connecticut 06510
(203) 821-3792