UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA<br>ex rel. DR. JAMES J. TIESINGA<br>Plaintiff | :<br>:<br>: |
| v. | : CIVIL NO.: 3:02cv1573(DJS)<br>[FILED UNDER SEAL] |
| DIANON SYSTEMS, INC., ET AL<br>Defendants | : |

FILED
2004 JUL 30 P 12: 21
U.S. DISTRICT COURT
HARTFORD, CT

## ORDER

The Plaintiff's *Ex Parte* Motion for a Partial Lifting of the Seal (Doc. #24) is hereby **GRANTED**. The Complaint shall be partially unsealed for the limited purpose of allowing the case to proceed as to those counts of the Complaint that do not allege a violation of the False Claims Act.

The plaintiff may serve the unsealed portions of the Complaint on the defendant.

**THIS ORDER SHOULD BE FILED UNDER SEAL.**

**IT IS SO ORDERED.**

Dated at Hartford, Connecticut, this ___30th___ day of July, 2004.

/s/DJS
Dominic J. Squatrito
United States District Judge

AO 72A
(Rev.8/82)