UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA
ex rel. DR. JAMES J. TIESINGA
    Plaintiff   :

v.   :  CIVIL NO.: 3:02cv1573(DJS)
    [FILED UNDER SEAL]

DIANON SYSTEMS, INC., ET AL   :
    Defendants

### ORDER

The plaintiff's Motion to Seal (Doc. #21) is hereby **GRANTED**. The plaintiff's Ex Parte Motion of the United States for An Enlargement of Time to Make an Election Pursuant to 31 U.S.C. Section 3730(b) (Doc. #22) is hereby **GRANTED in part to and including November 5, 2004. No further extensions shall be granted.** The Clerk shall docket **under seal** said motion dated May 4, 2004.

The plaintiff's Motion to Seal (Doc. #25) is hereby **GRANTED**. The Clerk shall docket **under seal** the attached Ex Parte Reply Memorandum in Further Support of The United States Motion for An Enlargement of Time to Make an Election Pursuant to 31 U.S.C. Section 3730(b) dated May 21, 2004.

**IT IS SO ORDERED.**

Dated at Hartford, Connecticut, this ___10th___ day of August, 2004.

/s/DJS
Dominic J. Squatrito
United States District Judge

AO 72A
(Rev.8/82)