IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

2004 OCT -6  A 10: 24

U.S. DISTRICT COURT
HARTFORD, CT.

| | | |
|---|---|---|
| DR. JAMES J. TIESIGNA, *ex rel*, UNITED STATES GOVERNMENT, and DR. JAMES J. TIESIGNA | : : : : | |
| Plaintiffs, | : : | Civil Action No. 302 CV1573 (DIS) |
| v. | : : : | |
| DIANON SYSTEMS, INC. and ETHEL JANEGA | : : : | |
| Defendants. | : | October 5, 2004 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Mary A. Gambardella, Esq. of Epstein Becker & Green, P.C., hereby appears as an attorney of record for the Defendants, Dianon Systems, Inc. and Ethel Janega. Copies of all papers and communications in this matter should be directed to the firm's office at One Landmark Square, Suite 1800, Stamford, CT 06901-2601.

EPSTEIN BECKER & GREEN, P.C.
Attorneys for Defendants,
DIANON SYSTEMS, INC. and ETHEL JANEGA

By: _____
Mary A. Gambardella, Esq.
Federal Bar No. ct05386
One Landmark Square, Suite 1800
Stamford, CT 06901-2601
(203) 348-3737

ST:30895v1

## **CERTIFICATION**

The undersigned hereby certifies that a copy of the foregoing Notice of Appearance was sent via Federal Express, postage prepaid, this 5th day of October, 2004 to:

>Bryan T. Carmody
>183 Sherman Street
>Fairfield, CT 06430

_____
Mary A. Gambardella