IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DR. JAMES J. TIESIGNA, *ex rel*, UNITED STATES GOVERNMENT, and DR. JAMES J. TIESIGNA | : : : : | |
| Plaintiffs, | : : | Civil Action No. 302 CV1573 (DIS) |
| v. | : : | |
| DIANON SYSTEMS, INC. and ETHEL JANEGA | : : : | |
| Defendants. | : | |

**MOTION FOR EXTENSION OF
TIME TO FILE RESPONSIVE PLEADING**

**PLEASE TAKE NOTICE** that the Defendants Dianon Systems, Inc. and Ethel Janega, by their counsel, Epstein Becker & Green, P.C., hereby respectfully request that this Court grant them an extension of time, pursuant to Local Rule 7(b), for thirty (30) days (or until and including November 5, 2004) to file their Answer or otherwise move with respect to Plaintiffs' Complaint.

Counsel for Defendants contacted Plaintiffs' counsel by telephone on October 4, 2004 to obtain his consent to this extension of time, but was informed that Plaintiffs' counsel would not consent to said extension.

The Complaint was first served upon Defendants on or about September 16, 2004. No prior request for an extension of the same time limitation has been made. This extension is requested to provide the undersigned counsel with adequate time to properly investigate the allegations made, and to respond to the Complaint.

ST:30892v1

2

**WHEREFORE**, Defendants Dianon Systems, Inc. and Ethel Janega respectfully request that this Court grant them an extension of time for thirty (30) days (or until and including November 5, 2004) by which to respond to the Plaintiffs' Complaint in this action.

        **DEFENDANTS,**
        **DIANON SYSTEMS, INC., and**
        **ETHEL JANEGA**

By: _____
Mary Gambardella
Federal Bar # ct 05386
EPSTEIN BECKER & GREEN, P.C.
One Landmark Square, Suite 1800
Stamford, Connecticut 06901
(203) 348-3737

Attorneys for Defendants

Dated: October 5, 2004

ST:30892v1

2

## **CERTIFICATION**

The undersigned hereby certifies that a copy of the foregoing Motion was sent via U.S. Mail, postage prepaid, this 5th day of October, 2004 to:

>Bryan T. Carmody
>183 Sherman Street
>Fairfield, CT 06430


>_____
>Mary Gambardella