UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 OCT -8  A 11: 21

DR. JAMES J. TIESINGA *ex rel.*
UNITED STATES GOVERNMENT,
and DR. JAMES J. TIESINGA

No. 3:02 CV 1573 (DJS)

Plaintiffs,

-against-

October 7, 2004

DIANON SYSTEMS, INC. and
ETHEL JANEGA

Defendants.

**PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING**

As the Plaintiff in the above-captioned case, Dr. James J. Tiesinga ("Dr. Tiesinga") hereby submits, by and through his undersigned counsel, this opposition to the "Motion for Extension of Time to File Responsive Pleading" (the "Motion") filed by Defendant DIANON Systems ("DIANON" or the "Company") and Defendant Ethel Janega ("Janega") on or about October 5, 2004.

In the Motion, the Defendants correctly state the Complaint was served "on or about September 16, 2004."[1] However, DIANON fails to disclose that it received a copy of the Complaint roughly six *(6)* months ago.

On or about March 10, 2004, during a meeting with lawyers of the Department of Justice ("DOJ")[2], DIANON received a copy of the Complaint. To be perfectly clear, the Complaint DIANON received six (6) months ago from the DOJ was not identical to the

---

[1] To be precise, the Complaint was served upon DIANON on September 16, 2004, and upon Janega on September 17, 2004. *See* Exhibits A & B, Return of Service for DIANON and Janega, respectively.

1

Complaint served upon the Company (and Janega) last month. The latter Complaint was redacted so as to comply with an Order of the Court issued on July 29, 2004. However, and this point is critical, the allegations set forth in the Complaint served last month were also set forth in the Complaint served last March. Thus, as stated at the outset, the Company has been actually aware of these allegations for over six (6) months.

Almost always, the Undersigned gladly agrees to afford a Defendant additional time to prepare a response to the complaint, such being a routine professional courtesy. However, the present case offers a very unique set of facts. The basic, undeniable reality is that - for the last six *(6)* months - DIANON has had a day-to-day awareness of the word-by-word allegations set forth in the Complaint recently served upon the Company. Under these facts, the Company is in no position to establish, at the last minute incidentally, that more time is needed in order "to properly investigate the allegations made, and to respond to the Complaint." *See* the Motion, page 1, ¶ 3.

In addition, the Motion is especially undeserving of being granted upon considering that Dr. Tiesinga is infected with the HIV virus. For this reason, needless to say, any delay in the above-captioned case results in serious prejudice to Dr. Tiesinga.

---

[2] Because the above-captioned case remains under seal, Dr. Tiesinga has deliberately omitted any discussion of the purpose or content of the meeting.

2

**WHEREFORE**, Dr. Tiesinga respectfully urges the Court to deny the Motion. In that event, Dr. Tiesinga respectfully refers the Court to his Motion for Entry of Default, filed contemporaneously herewith.

                                  Respectfully submitted,

                                  Bryan T. Carmody (ct 22514)
                                  Maya & Associates, P.C.
                                  Attorneys for Plaintiff
                                  183 Sherman Street
                                  Fairfield, CT 06824
                                  203-255-5600
                                  203-255-5699 (fax)
                                  bcarmody@mayalaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of October, 2004, I caused a true and correct copy of the foregoing to be served upon the following counsel of record for the Defendants by Federal Express:

Mary Gambardella, Esq.
Epstein Becker & Green, P.C.
One Landmark Square, Suite 1800
Stamford, CT 06901

*[signature]*

Bryan T. Carmody (ct 22514)
Maya & Associates, P.C.
Attorneys for Plaintiff
183 Sherman Street
Fairfield, CT 06824
203-255-5600
203-255-5699 (fax)
bcarmody@mayalaw.com

Exhibit A

(Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 9/16/04 |
| NAME OF SERVER (PRINT) Fausto Carusone | TITLE State Marshal, Fairfield County |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Left copy with and in the hands of Patricia Merchant, Compliance Officer for, and Person in Charge, and who accepted service for DIANON SYSTEMS INC. at 200 Watson Boulevard, Stratford, CT 06615.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 20.00 | 74.80 | $94.80 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/16/04  
_____  _____  
Date                 Signature of Server

P.O. Box 3008, Westport, CT  06880  
_____  
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Exhibit B

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE  9/17/04 |
| NAME OF SERVER (PRINT)  Fausto Carusone | TITLE  State Marshal, Fairfield County |

*Check one box below to indicate appropriate method of service*

XX ☐ Served personally upon the defendant. Place where served: Left copy with and in the hands of ETHEL JANEGA at 22 Partridge Drive, Seymour, CT 06483.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL  38.00 | SERVICES  74.80 | TOTAL  $112.80 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   9/17/04
            Date

*Signature of Server*  [signed: Fausto Carusone]

P.O. Box 3008, Westport, CT 06880
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.