UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 OCT -8  A 11: 21

DR. JAMES J. TIESINGA *ex rel.*
UNITED STATES GOVERNMENT,
and DR. JAMES J. TIESINGA

No. 3:02 CV 1573 (DJS)

    Plaintiffs,

-against-

October 7, 2004

DIANON SYSTEMS, INC. and
ETHEL JANEGA

    Defendants.

## PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT

As the Plaintiff in the above-captioned case, Dr. James J. Tiesinga ("Dr. Tiesinga") hereby moves, by and through his undersigned counsel, and pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, for an entry of default against the Defendants in the above-captioned case.

In a separate, but contemporaneous submission, Dr. Tiesinga has opposed a "Motion for Extension of Time to File Responsive Pleading" (the "Motion for Extension") filed by the Defendants on or about October 5, 2004. Insofar as the Motion for Extension is denied, the Defendants have necessarily failed to comply with Rule 12(a)(1) of the Federal Rules of Civil Procedure. That is, the Defendants have failed to "serve an answer ... within 20 days after being served with the summons and complaint, ..." *See* Rule Fed. R. Civ. P. 12(a)(1).

1

For this reason, along with the reasons set forth in his opposition to the Motion for Extension, Dr. Tiesinga submits he has established, under these unique circumstances, a compelling case for an entry of default.

**WHEREFORE**, Dr. Tiesinga respectfully requests the present Motion for Entry of Default be granted as to each Defendant.

Respectfully submitted,

*/s/ Bryan T. Carmody*

Bryan T. Carmody (ct 22514)
Maya & Associates, P.C.
Attorneys for Plaintiff
183 Sherman Street
Fairfield, CT 06824
203-255-5600
203-255-5699 (fax)
bcarmody@mayalaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 7TH day of October, 2004, I caused a true and correct copy of the foregoing to be served upon the following counsel of record for the Defendants by Federal Express:

>Mary Gambardella, Esq.
>Epstein Becker & Green, P.C.
>One Landmark Square, Suite 1800
>Stamford, CT 06901

Bryan T. Carmody (ct 22514)
Maya & Associates, P.C.
Attorneys for Plaintiff
183 Sherman Street
Fairfield, CT 06824
203-255-5600
203-255-5699 (fax)
bcarmody@mayalaw.com