IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| DR. JAMES J. TIESINGA, *ex rel*, UNITED STATES GOVERNMENT, and DR. JAMES J. TIESINGA | : Civil Action No. : 302 CV1573 (DIS) : |
| Plaintiffs, | : (FILED UNDER SEAL) |
| v. | : |
| DIANON SYSTEMS, INC. and ETHEL JANEGA | : October 13, 2004 : |
| Defendants. | : |

### DEFENDANTS' REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING and DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT

Defendants Dianon Systems, Inc. ("Dianon") and Ethel Janega hereby reply to Plaintiff James J. Tiesinga's Opposition to Defendants' Motion for Extension of Time to File a Responsive Pleading ("Plaintiff's Response") and respond to Plaintiff's Motion for Entry of Default. Plaintiff's Response asserts that, because Dianon received a copy of the Complaint in this case several months ago, it cannot assert that it requires additional time to investigate the allegations of the Complaint. In light of the fact that said Complaint was <u>under seal</u> until September 2004, and Dianon was thereby prohibited from questioning witnesses regarding the allegations of the Complaint, Plaintiff's assertion is clearly without merit.

As noted in Defendants' Motion for Extension of Time, the Complaint in this case was first served upon Dianon on or about September 16, 2004. Nevertheless, Plaintiff argues that, "[o]n or

ST:30933v1

about March 10, 2004, during a meeting with lawyers of the Department of Justice ("DOJ"), Dianon received a copy of the Complaint." (Plaintiff's Response, p. 1.) Plaintiff further contends that Dianon is therefore "in no position to establish, at the last minute incidentally, that more time is needed in order to properly investigate the allegations made, and to respond to the Complaint." (Plaintiff's Response, p. 2.) (Citations omitted.) However, as this Court is aware, this lawsuit is being conducted under seal. Accordingly, Dianon could not confront the relevant witnesses with any of the allegations of the Complaint, nor could it otherwise discuss said allegations with any third-party.

Indeed, the vast majority of the allegations in the Complaint are directed at defendant Ethel Janega (who did not receive a copy of the Complaint until September 2004, but against whom Plaintiff nevertheless seeks a default judgment). Additional allegations are directed at James Amberson and Valerie Palmeri. Despite the fact that it received the Complaint in March 2004, Dianon was unable (until September 2004) to question these individuals regarding the allegations therein due to the fact that this case was being conducted under seal. Accordingly, there is simply no merit to Plaintiff's assertion that Defendants' Motion for Extension of Time should be denied because Defendants have had six months to craft a response to Plaintiff's Complaint.

In addition to opposing Defendants' Motion for Extension of Time, Plaintiff seeks entry of a default judgment. Plaintiff contends that, if Defendants' Motion for Extension of Time is denied, Defendants are therefore in default of their obligation to answer Plaintiff's Complaint. However, as set forth above, Plaintiff has proffered no valid basis for denying Defendants' Motion for Extension of Time, and accordingly Plaintiff's Motion for Entry of Default should be denied.

In light of the foregoing, Defendants respectfully request that their Motion for Extension of Time to File a Responsive Pleading be granted and that Plaintiff's Motion for Entry of Default Judgment be denied.

**DEFENDANTS,**
**DIANON SYSTEMS, INC.**
**and ETHEL JANEGA**

By: _____
Mary Gambardella
Federal Bar # ct 05386
EPSTEIN BECKER & GREEN, P.C.
One Landmark Square, Suite 1800
Stamford, Connecticut 06901
(203) 348-3737

Attorneys for Defendant

Dated: October 13, 2004

## CERTIFICATION

The undersigned hereby certifies that a copy of Defendants' Reply to Plaintiff James J. Tiesinga's Opposition to Defendants' Motion for Extension of Time to File a Responsive Pleading and Defendants' Response to Plaintiff's Motion for Entry of Default was sent via U.S. Mail, postage prepaid, this 13th day of October, 2004 to:

>Bryan T. Carmody
>183 Sherman Street
>Fairfield, CT 06430

_____
Mary Gambardella