**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**


**UNITED STATES OF AMERICA**
**ex rel. DR. JAMES J. TIESINGA**           :
    **Plaintiff**

    **v.**                                                    : **CIVIL NO.: 3:02cv1573(DJS)**
                                    **[FILED UNDER SEAL]**

**DIANON SYSTEMS, INC., ET AL**            :
    **Defendants**


<u>**ORDER**</u>

    The defendants Motion for Extension of Time (Doc. #34) to file an answer is hereby

**GRANTED to and including November 5, 2004**.  The Plaintiff's Motion for Entry of

Default (Doc. #36) is hereby **DENIED.**

    **IT IS SO ORDERED**.

    Dated at Hartford, Connecticut, this ___18th___ day of October, 2004.


                                      /s/DJS_____
                                      Dominic J. Squatrito
                                      United States District Judge