UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

DR. JAMES J. TIESINGA *ex rel.* UNITED
STATES GOVERNMENT, and DR. JAMES
J. TIESINGA,

          Plaintiffs,

*vs.*

DIANON SYSTEMS, INC. and ETHEL
JANEGA,

          Defendants.

CIVIL ACTION NO. 3:02 CV 1573 (DJS)

**MOTION FOR ADMISSION
*PRO HAC VICE*
OF KERRY M. PARKER**

October 20, 2004

---

    The Defendants, Dianon Systems, Inc. and Ethel Janega, by their counsel, Mary A. Gambardella, of Epstein Becker & Green, P.C., a member of the Bar of this Court, respectfully move, pursuant to Local Rule 83.1(d) of the Local Rules of Civil Procedure for the District of Connecticut, for the admission of Kerry M. Parker, Esq., an attorney with the law firm of Epstein Becker & Green, P.C., Two Gateway Center, 12th Floor, Newark, New Jersey 07102-5003, as *pro hac vice* counsel for the Defendants in association with the undersigned in the above-captioned matter. In support of this motion, the undersigned represents as follows:

    1.    Attorney Parker has been admitted to the following bars and courts:

        New Jersey – 1981

        United States District Court for the District of New Jersey – 1981

        United States Court of Appeals for the Third Circuit – 2001.

ST:30984v1

- 2 -

2. Attorney Parker is a member in good standing of all Bars to which he has been admitted and has never been the subject of any disciplinary proceedings.

3. Attorney Parker has not resigned nor been denied admission, reprimanded, suspended or disbarred from the practice of law by this way or any other court, nor does he have any grievances pending against him.

4. Attorney Parker has not been denied admission or been disciplined in accordance with Rule 83.2 of the Local Rules of Civil Procedure for this District and has not been denied admission or disciplined by any other court.

5. Attorney Parker has specialized knowledge of the facts of this case and of the circumstances described by the allegations of the Complaint.

6. Attorney Parker has not previously been admitted *pro hac vice* to the United States District Court of Connecticut.

7. Attorney Parker has reviewed and is familiar with the Rules of the United States District Court for the District of Connecticut.

The Affidavit of Kerry M. Parker has been annexed hereto in support of this motion.

**WHEREFORE**, the undersigned respectfully requests that the Court grant admission for Kerry M. Parker to appear *pro hac vice* on behalf of Dianon Systems, Inc. and Ethel Janega in the above-referenced matter.

- 3 -

                            **EPSTEIN BECKER & GREEN, P.C.**
                            Attorneys for Defendants Dianon Systems, Inc.
                            and Ethel Janega

                            By: _____
                                Mary A. Gampardella
                                Federal Bar No. (#ct05386)
                                One Landmark Square, Suite 1800
                                Stamford, CT 06901-2601
                                (203) 348-3737

- 4 -

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was sent, via regular mail, postage prepaid, this 20th day of October, 2004 to:

>Bryan T. Carmody, Esq.
>Maya & Associates, P. C.
>183 Sherman Street
>Fairfield, CT 06430

*Mary Gambardella*

Dated:   October 20, 2004
        Stamford, CT

**EPSTEIN BECKER & GREEN, P.C.**
**Attorneys for Defendants**
One Landmark Square, Suite 1800
Stamford, CT 06901-2601
(203) 348-3737

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------x
DR. JAMES J. TIESINGA *ex rel.* UNITED
STATES GOVERNMENT, and DR. JAMES
J. TIESINGA,

       Plaintiffs,

vs.

DIANON SYSTEMS, INC. and ETHEL
JANEGA,

       Defendants.
---------------------------------------------------------x

CIVIL ACTION NO. 3:02 CV 1573 (DJS)

**AFFIDAVIT OF
KERRY M. PARKER**

I, Kerry M. Parker, being duly sworn, state and aver, based on my personal knowledge of the following:

1. I am a member of the firm of Epstein Becker & Green, P.C. and am admitted to the following bars and courts:

  New Jersey – 1981

  United States District Court for the District of New Jersey – 1981

  United States Court of Appeals for the Third Circuit – 2001

2. I am a member in good standing of the bars to which I have been admitted and I have never been the subject of any disciplinary proceedings.

3. I have not resigned nor been denied admission, reprimanded, suspended or disbarred from the practice of law by this or any other court, nor do I have any grievances pending against me.

NE:122084v1

4.  I have not been denied admission or been disciplined in accordance with Rule 83.2 of the Local Rules of Civil Procedure for this District and have not been denied admission or disciplined by any other court.

5.  I am familiar with the facts of this case and have knowledge of the circumstances giving rise to this action.

6.  I have not previously been admitted *pro hac vice* to the U.S. District Court for the District of Connecticut.

7.  I have reviewed and am familiar with the Local Rules of Civil Procedure of the United States District Court for the District of Connecticut.

_____
KERRY M. PARKER (7199)

Dated: October 15, 2004

Subscribed and sworn to before me
this 15th day of October, 2004

_____
Notary Public

ROSALIA RIOS
NOTARY PUBLIC OF NEW JERSEY
Commission Expires 6/26/2008

- 3 -

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was sent, via regular mail, this 20th day of October, 2004 to:

>Bryan T. Carmody, Esq.
>Maya & Associates, P. C.
>183 Sherman Street
>Fairfield, CT 06430

_____
Mary A. Gambardella

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------x
DR. JAMES J. TIESINGA *ex rel.* UNITED
STATES GOVERNMENT, and DR. JAMES
J. TIESINGA,

                Plaintiffs,

vs.

DIANON SYSTEMS, INC. and ETHEL
JANEGA,

                Defendants.
---------------------------------------------------------x

CIVIL ACTION NO. 3:02 CV 1573 (DJS)

**MOTION FOR ADMISSION**
***PRO HAC VICE***
**OF MICHAEL D. THOMPSON**

October 20, 2004

      The Defendants, Dianon Systems, Inc. and Ethel Janega, by their counsel, Mary A. Gambardella, of Epstein Becker and Green, a member of the Bar of this Court, respectfully move, pursuant to Local Rule 83.1(d) of the Local Rules of Civil Procedure for the District of Connecticut, for the admission of Michael D. Thompson, Esq., an attorney with the law firm of Epstein Becker & Green, P.C., Two Gateway Center, 12th Floor, Newark, New Jersey 07102-5003, *pro hac vice* as counsel for the Defendants in association with the undersigned in the above-captioned matter. In support of this Motion, the undersigned hereby represents as follows:

    1.    Attorney Thompson has been admitted to the following bars and courts:

        Georgia – 1995

        New Jersey – 1999

        United States District Court for the Northern District of Georgia – 1995

        United States Court of Appeals for the Eleventh Circuit – 1995.

ST:30985v1

- 2 -

2. Attorney Thompson is a member in good standing of all Bars to which he has been admitted and has never been the subject of any disciplinary proceedings.

3. Attorney Thompson has not resigned nor been denied admission, reprimanded, suspended or disbarred from the practice of law by this way or any other court, nor does he have any grievances pending against him.

4. Attorney Thompson has not been denied admission or been disciplined in accordance with the Local Rules of Civil Procedure for this District and has not been denied admission or disciplined by any other court.

5. Attorney Thompson has specialized knowledge of the facts of this case and of the circumstances described by the allegations of the Complaint.

6. Attorney Thompson has not previously been admitted *pro hac vice* to the United States District Court of Connecticut.

7. Attorney Thompson has reviewed and is familiar with the Rules of the United States District Court for the District of Connecticut.

The Affidavit of Michael D. Thompson is annexed hereto in support of this Motion.

- 3 -

**WHEREFORE**, the undersigned respectfully requests that the Court grant admission for Michael D. Thompson to appear *pro hac vice* on behalf of Dianon Systems, Inc. and Ethel Janega in the above-referenced matter.

EPSTEIN BECKER & GREEN, P.C.
Attorneys for Defendants Dianon Systems, Inc.
and Ethel Janega

By: _____
Mary Gambardella
Federal Bar No. (#ct 05386 )
One Landmark Square, Suite 1800
Stamford, CT 06901-2601
(203) 348-3737

ST:30985v1

- 3 -

- 4 -

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was sent, via regular mail, postage prepaid, this 20th day of October, 2004 to:

>Bryan T. Carmody, Esq.
>Maya & Associates, P. C.
>183 Sherman Street
>Fairfield, CT 06430

_____
Mary Gambardella

**EPSTEIN BECKER & GREEN, P.C.**
**Attorneys for Defendants**
One Landmark Square, Suite 1800
Stamford, CT 06901-2601
(203) 348-3737

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------x
DR. JAMES J. TIESINGA *ex rel.* UNITED :
STATES GOVERNMENT, and DR. JAMES :
J. TIESINGA, :
                                                              Plaintiffs, :
                                                                :       CIVIL ACTION NO. 3:02 CV 1573 (DJS)
*vs.*                                                       :                 **AFFIDAVIT OF**
                                                      :       **MICHAEL D. THOMPSON**
DIANON SYSTEMS, INC. and ETHEL :
JANEGA, :
                                             Defendants. :
---------------------------------------------------------x

      I, Michael D. Thompson, being duly sworn, state and aver, based on my personal knowledge of the following:

      1.    I am an associate with the firm of Epstein Becker & Green, P.C. and am admitted to the following bars and courts:

            Georgia – 1995

            New Jersey – 1999

            United States District Court for the Northern District of Georgia – 1995

            United States Court of Appeals for the Eleventh Circuit – 1995

      2.    I am a member in good standing of the Bars to which I have been admitted and I have never been the subject of any disciplinary proceedings.

NE:122309v1

- 2 -

3.  I have not resigned nor been denied admission, reprimanded, suspended or disbarred from the practice of law by this or any other court, nor do I have any grievances pending against me.

4.  I have not been denied admission or been disciplined in accordance with the Local Rules of Civil Procedure for this District and have not been denied admission or disciplined by any other court.

5.  I am familiar with the facts of this case and have knowledge of the circumstances giving rise to this action.

6.  I have not previously been admitted *pro hac vice* to the U.S. District Court of Connecticut.

7.  I have reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

_____
MICHAEL D. THOMPSON

Dated: October 15, 2004

Subscribed and sworn to before me
this 15th day of October, 2004

_____
Notary Public
EILEEN PAGAN
A Notary Public of New Jersey
My Commission Expires 9-11-07

- 3 -

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was sent, via regular mail, this 20th day of October, 2004 to:

>Bryan T. Carmody, Esq.
>Maya & Associates, P. C.
>183 Sherman Street
>Fairfield, CT 06430

_____
Mary Gambardella