UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA <u>ex</u> <u>rel</u>. DR. JAMES J. TIESINGA, | ) ) ) | No. 3:02CV1573(DJS) |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| DIANON SYSTEMS, INC., | ) ) ) | November 4, 2004 |
| Defendant. | ) ) | **[FILED UNDER SEAL]** |

## MOTION TO SEAL

The United States of America, by Richard M. Molot, Assistant United States Attorney, moves this Honorable Court for an Order sealing the Government's Notice of Election to Intervene, the Proposed Order, this Motion to Seal, and the proposed Order to Seal in the above-captioned matter.

The United States requests sealing because the within notice involves a complaint which was filed under seal pursuant to the <u>qui</u> <u>tam</u> provisions of the False Claims Act, 31 U.S.C. § 3730(b).

          Respectfully submitted,

          KEVIN J. O'CONNOR
          UNITED STATES ATTORNEY
            /s/
          RICHARD M. MOLOT
          ASSISTANT UNITED STATES ATTORNEY
          Federal Bar No. CT21676
          157 Church Street
          New Haven, Connecticut 06510
          (203) 821-3792

ORDER

The Government's Motion to Seal is hereby GRANTED/DENIED.

_____

                                            DOMINIC J. SQUATRITO
                                            UNITED STATES DISTRICT JUDGE

Date: