UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 3:02CV1573(DJS) |
| ex rel. DR. JAMES J. TIESINGA, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | November 4, 2004 |
| DIANON SYSTEMS, INC., | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | **[FILED UNDER SEAL]** |

### THE GOVERNMENT'S NOTICE OF ELECTION TO INTERVENE

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(A), the United States hereby

notifies the Court that the United States elects to intervene and proceed with this action as to

defendant Dianon Systems, Inc. ("Dianon"). The False Claims Act provides that individuals

("relators") may file an action on behalf of the United States under the False Claims Act, 31

U.S.C. § 3730. The relator in this case filed the case under seal pursuant to the qui tam

provisions of the False Claims Act, 31 U.S.C. § 3730. In accordance with Section 3730(b)(2) of

the Act, the complaint has not yet been served on the defendants and remains under seal.

However, by order of this Court, the United States was granted leave to inform defendant Dianon

of the existence of this case. In addition, by order of this Court, the relator was granted leave to

serve defendants with a redacted copy of the complaint containing only those counts that did not

allege a violation of the False Claims Act.

Accordingly, the United States elects to intervene and to proceed with the prosecution of

this action against defendant Dianon, except as to the personal discrimination claims asserted by

the relator pursuant to 31 U.S.C. § 3730(h), state statutes and common law.  The United States

will file and serve a revised complaint, pursuant to Fed. R. Civ. P. 4.

      The United States requests that the complaint filed by the relator and this Notice be

unsealed.  The United States further requests that all other contents of the Court's file in this

matter, including applications filed by the United States for extensions of the sixty-day seal

period, as well as any supporting memoranda and declarations, remain under seal and not be

served on the defendants or otherwise made public.

      A proposed order accompanies this notice.

            Respectfully submitted,

            PETER D. KEISLER
            Assistant Attorney General

            KEVIN J. O'CONNOR
            UNITED STATES ATTORNEY

By:          /s/
            RICHARD M. MOLOT
            ASSISTANT U.S. ATTORNEY
            Federal Bar No. CT21676
            157 Church Street
            New Haven, Connecticut 06510
            (203) 821-3700

             /s/
            MICHAEL F. HERTZ
            JOYCE R. BRANDA
            PATRICIA R. DAVIS
            Attorneys, Civil Division
            U. S. Department of Justice
            P.O. Box 261
            Ben Franklin Station
            Washington, D.C. 20044
            Telephone: (202) 307-0238

            Attorneys for the United States

<u>CERTIFICATION OF SERVICE</u>

I hereby certify that on this 4th day of November 2004, a true and correct copy of the

Government's Notice of Election to Intervene and proposed order was served by first-class mail

on:

>Bryan T. Carmody, Esq.
>Maya & Associates, P.C.
>183 Sherman Street
>Fairfield, CT 06430

<u>Pursuant to 31 U.S.C. §3730(b)(2), no service was made upon the defendant since this
case is still under seal</u>.

_____/s/_____

>Richard M. Molot
>Assistant United States Attorney