UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**
2004 NOV 16 A 11: 25
U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES OF AMERICA
ex rel. DR. JAMES J. TIESINGA
   Plaintiff                          :

v.                        : CIVIL NO.: 3:02cv1573(DJS)
                                    [FILED UNDER SEAL]

DIANON SYSTEMS, INC., ET AL    :
   Defendants

## ORDER

In the interest of justice, the above-captioned case is hereby transferred to the Honorable  Mark R. Kravitz , United States District Judge, who sits in  New Haven , Connecticut. All further pleadings or documents in this matter should be filed with the Clerk's Office in  New Haven  and bear the docket number **3:02cv1573(MRK)**. Pleadings or documents related to this action and filed in any other seat of court will be refused at the Clerk's Office and returned to you unfiled. See Local Rule 3(a).

**IT IS SO ORDERED.**

Dated at Hartford, Connecticut, this __9th__ day of November, 2004.

                                        /s/DJS
                                        Dominic J. Squatrito
                                        United States District Judge

AO 72A
(Rev.8/82)