UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| ex rel. DR. JAMES J. TIESINGA, | : | |
| | : | No. 3:02CV1573 (MRK) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| DIANON SYSTEMS, INC., | : | |
| | : | |
| Defendant. | : | |

## **ORDER**

The United States having intervened in this action, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4), the Court rules as follows:

IT IS ORDERED that,

1.    The relator's complaint, the Government's Notice of Election to Intervene [doc. # 45, and this Order be unsealed;

2.    The United States shall promptly serve defendant with copies of this Order and the Government's Notice of Election to Intervene, and shall serve its Complaint upon defendant within 120 days, pursuant to Fed. R. Civ. P. 4;

3.    The seal shall be lifted on all matters occurring in this action after the date of this Order;

4.    All other papers or Orders previously on file in this matter shall remain under seal pending further review by this Court.  Relator and the United States must file a statement with the Court no later than **December 15, 2004** indicating what, if any, pleadings should remain under seal and why.

IT IS SO ORDERED.


/s/ _____Mark R. Kravitz_____
United States District Judge


Dated at New Haven, Connecticut: <u>December 1, 2004</u>.