UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

DR. JAMES J. TIESINGA *ex rel.*
UNITED STATES GOVERNMENT,
and DR. JAMES J. TIESINGA

    Plaintiffs,

-against-

DIANON SYSTEMS, INC. and
ETHEL JANEGA

    Defendants.

Case No. 302 CV 1573 (MRK)

December 7, 2004

FILED
2004 DEC -8 A 9: 31
U.S. DISTRICT COURT
NEW HAVEN, CT

## PLAINTIFF'S MOTION TO COMPEL

Pursuant to Fed. R. Civ. P. 37, Dr. James J. Tiesinga, as the Plaintiff in the above-captioned case, hereby moves this Honorable Court, upon his Memorandum of Law filed herewith, for an Order compelling Defendant DIANON Systems, Inc. (the "Defendant") to produce:

(1) For the time period January 1, 1996 to the present, any and all documents that evidence and / or relate to any complaint made to the Defendant regarding the (alleged) occurrence of sexual orientation or disability discrimination; and

(2) Any and all documents that evidence and / or relate to any investigation conducted by, or on behalf of, the Defendant in response to any complaint of sexual orientation or disability discrimination made to the Defendant during the period January 1, 1996 to the present.

**ORAL ARGUMENT IS NOT REQUESTED**

1

Respectfully submitted,

Plaintiff

Bryan T. Carmody (ct 22514)
Maya & Associates, P.C.
183 Sherman Street
Fairfield, CT 06430
203-255-5600
203-255-5699 (fax)
bcarmody@mayalaw.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 7TH day of December 2004, I caused a true and correct copy of the foregoing to be served upon the following counsel of record by Federal Express:

> Kerry M. Parker
> Epstein Becker & Green, P.C.
> *Attorneys for Defendants*
> Two Gateway Center, 12th Floor
> Newark, NJ 07102
> 973-639-8259

> Bryan T. Carmody (ct 22514)
> Maya & Associates, P.C.
> *Attorneys for Plaintiff*
> 183 Sherman Street
> Fairfield, CT 06430
> 203-255-5600

3