UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MAYA & ASSOCIATES, P.C.
ATTORNEYS AT LAW
COPY

DR. JAMES J. TIESINGA *ex rel.*
UNITED STATES GOVERNMENT,
and DR. JAMES J. TIESINGA

    Plaintiffs,

-against-

DIANON SYSTEMS, INC. and
ETHEL JANEGA

    Defendants.

No. 3:02 CV 1573 (DJS)

September 20, 2004

## PLAINTIFF DR. JAMES J. TIESINGA'S FIRST REQUEST FOR THE PRODUCTION OF DOCUMENTS & THINGS TO DEFENDANT DIANON SYSTEMS, INC.

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Plaintiff Dr. James J. Tiesinga ("Dr. Tiesinga"), by and through his undersigned attorneys, hereby requests that Defendant DIANON Systems, Inc. produce the documents requested below by no later than October 25, 2004.

### DEFINITIONS AND INSTRUCTIONS

1.)    As used in this Request, "document" or "documents" means the original and all copies of the original which differ in any respect from the original (whether by interlineation, draft copy, notations written thereon, indication of copies sent or received or to whom routed, or otherwise) of any report, letter, correspondence, pamphlet, memorandum, recording, handwritten note, work paper, contract, chart, paper, drawing and any other written, recorded or transcribed matter of any description, however produced or reproduced, and all supplements and amendments thereto.

1

2.) As used in this Request, "DIANON" or the "Company" means Defendant DIANON Systems, Inc., together with any predecessor and / or successor companies, and all of their affiliates, subsidiaries and related companies / entities.

3.) As used in this Request, "Complaint" means the pleading served upon Ms. Pat Merchant of DIANON, on behalf of DIANON, on Thursday, September 16, 2004.

4.) If you claim that a privilege prevents you from identifying a relevant document, state the nature of the privilege and the grounds for its assertion. In addition, state the names of all persons, whether natural or artificial, who received or reviewed the document; and separate such documents from other documents for later review by the Court.

## RESERVATION OF RIGHTS

Dr. Tiesinga hereby reserves any and all rights to amend and / or serve additional sets of Requests for the Production of Documents and Things, consistent with the Federal Rules of Civil Procedure, and the Orders of the Court.

## REQUESTS

1. Any and all documents, including, but not limited to, tape and / or video recordings, that refer to and / or relate to the allegations set forth in the Complaint.

2. Any and all documents that refer to and / or relate to Dr. Tiesinga as a prior employee of DIANON.

3. The personnel file for Dr. Tiesinga.

4. Any and all documents that evidence and / or relate to any allegation that Dr. Tiesinga violated any policy of DIANON during his employment with the Company.

5. Any and all documents that relate to the "Director of Hematopathology"

2

position identified in paragraph 8 of the Complaint.

6. For the time period January 1, 1996 to the present, any and all documents that evidence and / or relate to any policy DIANON used regarding the subject of employment discrimination.

7. For the time period January 1, 1996 to the present, any and all documents that evidence and / or relate to any complaint made to the Company regarding the (alleged) occurrence of employment discrimination.

8. Any and all documents that evidence and / or relate to any investigation conducted by, or on behalf of, DIANON in response to any complaint of employment discrimination made to the Company during the period January 1, 1996 to the present.

9. Any and all documents that evidence and / or relate to any investigation conducted by, or on behalf of, DIANON with respect to the allegations set forth in the Complaint.

10. Any and all documents that evidence and / or relate to any complaint made to DIANON regarding Defendant Ethel Janega.

Plaintiff

Bryan T. Carmody (ct 22514)
Maya & Associates, P.C.
183 Sherman Street
Fairfield, CT 06824
203-255-5600
203-255-5699 (fax)
bcarmody@mayalaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 20TH day of September, 2004, I caused a true and correct copy of the foregoing to be served directly upon the Defendants, for whom no Appearance has yet been filed, at the addresses stated below by Certified Mail, Return Receipt Requested:

Thomas Kossl, Esq.
Chief Compliance Officer
Defendant DIANON Systems, Inc.
200 Watson Blvd.
Stratford, CT 06615

Defendant Ethel Janega
22 Partridge Drive
Seymour, CT 06483

Bryan T. Carmody (ct 22514)
Maya & Associates, P.C.
183 Sherman Street
Fairfield, CT 06824
203-255-5600
203-255-5699 (fax)
bcarmody@mayalaw.com

4