**Bryan T. Carmody**

| | |
|---|---|
| **From:** | Kerry Parker [KParker@ebglaw.com] |
| **Sent:** | Friday, December 03, 2004 9:55 AM |
| **To:** | bcarmody@mayalaw.com |
| **Subject:** | RE: Tiesinga v. DIANON Systems, Inc., et al. |

We are relying on the objections set forth in our responses to plaintiff's document requests.

Kerry M. Parker, Esq.
Epstein Becker & Green, P.C.
Two Gateway Center, 12th Floor
Newark, NJ 07102
E-mail:   kparker@ebglaw.com
Direct Dial:  973-639-8259
Facsimile:    973-642-0099

>>> "Bryan T. Carmody" <bcarmody@mayalaw.com> 12/03/04 09:51AM >>>
This will serve to confirm our telephone conversation moments ago in which you advised me that your client would not agree to respond to the modification of Doc. Request Nos. 7 and 8 that I indicate below.  If I understood your position correctly, your client believes even the modification is overly broad.

-----Original Message-----
From: Kerry Parker [mailto:KParker@ebglaw.com]
Sent: Monday, November 29, 2004 6:33 PM
To: bcarmody@mayalaw.com
Cc: Michael D. Thompson
Subject: Re: Tiesinga v. DIANON Systems, Inc., et al.


I'll confer with Dianon and let you know our position, most likely on Wednesday.

Kerry M. Parker, Esq.
Epstein Becker & Green, P.C.
Two Gateway Center, 12th Floor
Newark, NJ 07102
E-mail:   kparker@ebglaw.com
Direct Dial:  973-639-8259
Facsimile:    973-642-0099

>>> "Bryan T. Carmody" <bcarmody@mayalaw.com> 11/29/04 04:57PM >>>
Kerry,

In an effort to spare the Court of a Motion to Compel, I would be willing to accept, at this stage of discovery, the following with regard to P's Document Request Nos. 7 and 8 - past complaints of sexual orientation or disability discrimination (as opposed to just HIV positive discrimination) at the Stratford DIANON facility since 1996 (as opposed to since 1999).

Please advise.

Bryan


****************************************************************

1