UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA <br> ex rel. DR. JAMES J. TIESINGA, | ) <br> ) <br> ) | No. 3:02CV1573(MRK) |
| Plaintiff, | ) <br> ) | |
| v. | ) <br> ) | |
| DIANON SYSTEMS, INC., | ) <br> ) | December 15, 2004 |
| Defendant. | ) <br> ) | **[FILED UNDER SEAL]** |

## MOTION TO SEAL

The United States of America, by Richard M. Molot, Assistant United States Attorney, moves this Honorable Court for an Order sealing the United States' Statement Regarding Unsealing of the Court File, this Motion to Seal, and the proposed Order to Seal in the above-captioned matter.

The United States requests sealing because the within Statement discussed documents which were filed under seal pursuant to the qui tam provisions of the False Claims Act, 31 U.S.C. § 3730(b).

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

RICHARD M. MOLOT
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. CT21676
157 Church Street
New Haven, Connecticut 06510
(203) 821-3792

<u>ORDER</u>

The Government's Motion to Seal is hereby GRANTED/DENIED.

                                                                                                      _____
                                                                                                      HONORABLE MARK R. KRAVITZ
                                                                                                      UNITED STATES DISTRICT JUDGE

Date: