**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| <u>ex</u> <u>rel</u>. DR. JAMES J. TIESINGA, | : | |
| | : | No. 3:02CV1573 (MRK) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| DIANON SYSTEMS, INC., | : | |
| | : | |
| Defendant. | : | |

**<u>ORDER</u>**

In accordance with the Court's Order dated December 1, 2004 [doc. #51], the United States has filed under seal both a Motion to Seal [doc. #56] and a Statement Regarding Unsealing of the Court File [doc. # 57].   Having considered the Government's Statement, the Court enters the following orders:

1.       The Court unseals the Government's  Motion to Seal [doc. #56] and directs the Clerk to file that document on the public record since there is nothing in the Motion to Seal itself that requires confidentiality.

2.       The Court GRANTS IN PART, the Government's Motion to Seal [doc. #56] and seals the United States' Statement Regarding Unsealing of the Court file [doc. # 57] dated December 15, 2004.  However, the Government is directed to file on the public record a redacted Statement eliminating those very few portions of the December 15 Statement that reveal confidential information regarding the documents that were filed under seal and that the Government wishes to remain under seal.   The Court finds that most of the Government's

1

Statement contains legal briefing that need not be confidential and should be open to public inspection on the Court's file. Therefore, the United States shall file on the public record a redacted version of its Statement no later than **January 7, 2005**, and shall limit its redactions to those few portions of the Statement that reveal confidential information regarding the contents of documents that were filed under seal.

2.    The Court hereby unseals the following documents and directs the Clerk of the Court to unseal those documents: **Document Numbers 2, 3, 4, 5, 6, 7, 8, 9, 10, 12, 13, 15, 16, 17, 19, 20, 21, 22, 24, 25, 26, and 27**.

3.    The Court GRANTS the United States' request to continue to hold the following documents under seal, without prejudice to the right of any person to seek the unsealing of those documents: **Document Numbers 11, 14, 18, 23**.   For the moment, the Court is satisfied that the foregoing pre-intervention pleadings contain information that, on balance, should remain under seal at this time so as to protect and preserve the confidentiality of the Government's investigations. *See, e.g., United States* ex rel. *O'Keefe v. McDonnell Douglas Corp.*, 902 F. Supp. 189, 191 (E.D. Mo. 1995) (applying balancing test to determine whether to unseal pleadings in False Claims Act proceeding).   Furthermore, the public's interest in the contents of these particular documents would appear to this Court to be low.   However, it may be that the importance of continuing to maintain the confidentiality of these particular documents will diminish over time.   Therefore, the Court orders the Government to file a supplementary report with the Court no later than **June 20, 2005**, stating whether and why in the Government's view it remains necessary to continue the seal on these particular documents.

4.    The Government shall have until **January 20, 2005**  to inspect the documents

2

listed as **Document Numbers 28, 29 and 30** and inform the Court, in an unsealed Motion,

whether the Government wishes to continue these documents under seal and why.  Pending the

Government's submission, Document Numbers 28, 29 and 30 shall remain under seal.


IT IS SO ORDERED.


/s/ _____Mark R. Kravitz_____
United States District Judge


Dated at New Haven, Connecticut: December 21, 2004.