UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| DR. JAMES J. TIESINGA *ex rel.* UNITED STATES GOVERNMENT, and DR. JAMES J. TIESINGA<br><br>Plaintiffs,<br><br>-against-<br><br>DIANON SYSTEMS, INC. and ETHEL JANEGA<br><br>Defendants. | Case No. 302 CV 1573 (DJS)<br><br><br><br>December 28, 2004 |

**CERTIFICATION OF MICHAEL D. THOMPSON IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO COMPEL**

Michael D. Thompson, Esq. certifies as follows:

1. I am an attorney admitted pro hac vice to represent the defendants in this matter, and an associate with the law firm of Epstein Becker & Green, P.C., attorneys for defendants this matter.

2. I am fully familiar with the facts as stated in this Certification, which I submit in support of Defendant's Response to Plaintiff's Motion to Compel.

3. In or about June 2002, Plaintiff filed the 19-Count Complaint from which this matter arises. Plaintiff's Complaint in this matter was initially maintained under seal, and thus was not served on Defendants until on or about September 16, 2004. (See Exhibit A.)

4. Four days later after service of the Complaint, Plaintiff served an Order from the Honorable Dominic J. Squatrito, stating that the parties could engage in discovery prior

NE:127058v1

to planning meeting required by F.R.Civ.P 26(f). (Exhibit B.) Plaintiff also served discovery requests at this time.

     5. Despite waiting six weeks to serve his Complaint, Plaintiff's Counsel refused to consent to such an extension (asserting that time was of the essence because of Plaintiff's HIV positive status). Indeed, when Defendants sought an extension from the Court, Plaintiff filed a Motion for Default Judgment.

     I certify that the above statements made by me are true. I acknowledge that if any of the above statements made by me are willfully false, I am subject to punishment.

_____
MICHAEL D. THOMPSON

Dated: December 28, 2004

## **EXHIBIT A**

**EXHIBIT A**

(Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 9/16/04 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Fausto Carusone | State Marshal, Fairfield County |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

**XXX** Other (specify): Left copy with and in the hands of Patricia Merchant, Compliance Officer for, and Person in Charge, and who accepted service for DIANON SYSTEMS INC. at 200 Watson Boulevard, Stratford, CT 06615.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 20.00 | 74.80 | $94.80 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/16/04
                Date

*Signature of Server*

P.O. Box 3008, Westport, CT  06880
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | 9/17/04 |
| NAME OF SERVER (PRINT) Fausto Carusone | TITLE State Marshal, Fairfield County |

Check one box below to indicate appropriate method of service

XX ☐ Served personally upon the defendant. Place where served: Left copy with and in the hands of ETHEL JANEGA at 22 Partridge Drive, Seymour, CT 06483.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL 38.00 | SERVICES 74.80 | TOTAL $112.80 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/17/04
                Date                    Signature of Server

P.O. Box 3008, Westport, CT 06880
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

- 4 -

# EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

## ORDER

The parties are to commence normal discovery immediately and not await the Court's approval of the Report of Parties Planning Meeting which is to be filed pursuant to Fed. R. Civ. P. 26(f) and L. R. 38. The plaintiff shall serve a copy of this Order by registered mail on all defendants directly for whom no appearance has been filed as of the date of this Order.

BY ORDER OF THE COURT
Dominic J. Squatrito
United States District Judge