UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 JAN -3  A 9:22
DISTRICT COURT
NEW HAVEN, CT

DR. JAMES J. TIESINGA *ex rel.*
UNITED STATES GOVERNMENT
and DR. JAMES J. TIESINGA

      Plaintiffs,

-against-

DIANON SYSTEMS, INC. and
ETHEL JANEGA

      Defendants.

Case No. 302 CV 1573 (MRK)

December 30, 2004

## PLAINTIFF'S MOTION FOR LEAVE TO FILE AND SERVE AN AMENDED COMPLAINT

Pursuant to Fed. R. Civ. P. 15(a), Dr. James J. Tiesinga, as the Plaintiff in the above-captioned case, hereby moves this Honorable Court, upon his Memorandum of Law filed herewith, for an Order affording him leave to file and serve the Amended Complaint attached hereto and made a part hereof as "Exhibit A."

The Amended Complaint simply adds two (2) claims for violation of the Americans With Disabilities Act of 1990, 42 U.S.C. § 12101 *et seq.* In particular, the Amended Complaint alleges Defendant DIANON subjected the Plaintiff to a hostile employment environment on the basis of his disability (to wit, a positive HIV status), and then retaliated against him on account of his protected activity, *e.g.*, complaints to management. *See* Exhibit A, Counts 3 & 4.[1]

**ORAL ARGUMENT IS NOT REQUESTED**

---

[1] For ease of reference, all additions made by the Amended Complaint are underlined.

Respectfully submitted,

Plaintiff

Bryan T. Carmody (ct 22314)
Maya & Associates, P.C.
183 Sherman Street
Fairfield, CT 06430
203-255-5600
203-255-5699 (fax)
bcarmody@mayalaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 30TH day of December 2004, I caused a true and correct copy of the foregoing to be served upon the following counsel of record by Federal Express:

Kerry M. Parker
Epstein Becker & Green, P.C.
*Attorneys for Defendants*
Two Gateway Center, 12th Floor
Newark, NJ 07102
973-639-8259


Richard Molot, Esq.
U.S. Attorney General's Office
*Attorneys for United States*
District of Connecticut
157 Church Street
New Haven, CT 06510

Bryan T. Carmody (ct 22814)
Maya & Associates, P.C.
*Attorneys for Plaintiff*
183 Sherman Street
Fairfield, CT 06430
203-255-5600