UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA<br>ex rel. DR. JAMES J. TIESINGA,<br><br>   Plaintiffs,<br><br>v.<br><br>DIANON SYSTEMS, INC. and<br>ETHEL JANEGA<br><br>   Defendants. | :<br>:<br>:   No. 3:02CV1573 (MRK)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**RULING AND ORDER**

Presently pending before the Court is Plaintiff's Motion to Compel [doc. # 53]. Having considered the Memorandum of Law In Support of Plaintiff's Motion to Compel [doc. # 54], Defendants' Response to Plaintiff's Motion To Compel [doc. # 59], relevant case law and the discovery requested, the Court finds that there is good cause to GRANT IN PART Plaintiff's Motion to Compel [doc. # 53].

Accordingly, the Court orders Defendant Dianon Systems, Inc. to produce to Plaintiff no later than **January 21, 2005** the following documents:

1. For the time period January 1, 1999 to the present, any and all documents that evidence and/or relate to any complaint made to the Defendant regarding the (alleged) occurrence of sexual orientation or disability discrimination at the Stratford DIANON facility.

2. Any and all documents that evidence and/or relate to any investigation conducted by, or on behalf of, the Defendant in response to any complaint of sexual

orientation or disability discrimination at the Stratford DIANON facility made to the Defendant during the period January 1, 1999 to the present.

                                              IT IS SO ORDERED,

                                   /s/     Mark R. Kravitz
                                              United States District Court

Dated at New Haven, Connecticut: January 5, 2005.