UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| ex rel. DR. JAMES J. TIESINGA, : | |
| : | No. 3:02CV1573 (MRK) |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| DIANON SYSTEMS, INC., : | |
| : | |
| Defendant. : | |

## ORDER

In accordance with the Court's Orders dated December 1, 2004 [doc. #51] and December 23, 2004 [doc. # 58] and having reviewed the pre-intervention pleadings that have been under seal in this case, the Court *sua sponte* enters the following orders:

1.  The Court unseals the following additional documents and directs the Clerk of the Court to unseal those documents: **Document Nos. 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 43, 44, 46, 47, and 48**.

2.  The Motion to Seal Government's Notice of Election to Intervene [doc. # 44] is DENIED as moot in light of the Court Order dated December 1, 2004 [doc. # 51].

IT IS SO ORDERED.

/s/      Mark R. Kravitz
United States District Judge

Dated at New Haven, Connecticut: January 5, 2005.