UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>*ex rel.* DR. JAMES J. TIESINGA, | : | No. 3:02CV1573(MRK) |
| Plaintiffs,<br>v. | : | January 19, 2005 |
| DIANON SYSTEMS, INC.,<br>Defendant. | : | |

**THE UNITED STATES' SUPPLEMENTAL STATEMENT
REGARDING UNSEALING OF THE COURT FILE**

**Background**

When this action was initially filed, the Court placed the relator's complaint and all subsequent filings under seal. *See* 31 U.S.C. §§ 3730(b)(2), (3). On November 5, 2004, the United States intervened in this case against Dianon Systems, Inc. In its Notice of Election to Intervene, the United States requested that the Complaint and Notice be unsealed but that "all other contents of the Court's file in this matter, including applications filed by the United States for extensions of the sixty-day seal period, as well as any supporting memoranda and declarations, remain under seal and not be served on the defendants or otherwise made public." The Court granted that request as an initial matter, but ordered the United States to file a statement with the Court indicating what, if any, filings should remain under seal and why.

**ORAL ARGUMENT IS NOT REQUESTED**

On December 15, 2004, the United States filed a Statement Regarding Unsealing of the Court File, which requested that the Court only maintain the seal on the memoranda in support of the United States' motions for extensions of the seal period (Document Numbers 11, 14, 18, and 23). The United States also requested an opportunity to review the documents listed as numbers 28-30 on the docket because they are described only as "sealed document."

On December 21, 2004, the Court entered an order granting the United States' request to continue holding Document Numbers 11, 14, 18, and 23 under seal, subject to the United States submitting a supplementary report on or before June 20, 2005. The Court's December 21, 2004 Order also gave the Government until January 20, 2005, to inspect Document Numbers 28, 29 and 30, and to inform the Court whether the Government wished to continue these documents under seal and why.

Counsel for the United States has now reviewed Document Numbers 28-30. The United States has no objection to the unsealing of Document Numbers 28 and 29. However, Document Number 30 is the Ex Parte Reply Memorandum in Further Support of the United States' Motion for Enlargement of Time to Make an Election Pursuant to 31 U.S.C. § 3730(b). As set forth in the United States' Statement Regarding Unsealing of the Court's File, this document contains a discussion of the Government's investigative strategy and its counsel's assessment of the importance of particular evidence. For the same reasons set forth in the United States' Statement Regarding Unsealing the Court's File, the United States respectfully requests that the Court retain

the seal on Document Number 30, as it did for Document Numbers 11, 14, 18, and 23.

                            Respectfully submitted,

                            PETER D. KEISLER
                            Assistant Attorney General

                            KEVIN J. O'CONNOR
                            UNITED STATES ATTORNEY

By:               /s/
                            RICHARD M. MOLOT
                            ASSISTANT U.S. ATTORNEY
                            Federal Bar No. CT21676
                            157 Church Street
                            New Haven, Connecticut 06510
                            (203) 821-3792


                                 /s/
                            MICHAEL F. HERTZ
                            JOYCE R. BRANDA
                            PATRICIA DAVIS
                            Attorneys, Civil Division
                            Commercial Litigation Branch
                            Post Office Box 261
                            Ben Franklin Station
                            Washington, DC  20044
                            Telephone: 202-307-0238

CERTIFICATE OF SERVICE

      This is to certify that a true and correct copy of the United States' Supplemental Statement Regarding Unsealing the Court File, was served by first-class mail, this 19th day of January 2005 on:

>Bryan T. Carmody, Esq.
>Maya & Associates, P.C.
>183 Sherman Street
>Fairfield, CT 06430
>
>Kerry M. Parker, Esq.
>Michael D. Thompson, Esq.
>Epstein, Becker & Green, P.C.
>Two Gateway Center, 12th Floor
>Newark, NJ 07102
>
>Mary A. Gambardella, Esq.
>Epstein, Becker & Green, P.C.
>One Landmark Square, Ste. 1800
>Stamford, CT 06901
>
>Robert Salcido, Esq.
>Akin Gump Strauss Hauer & Field, LLP
>Robert Strauss Building
>1333 New Hampshire Ave, NW
>Washington, D.C. 20036

      /s/
RICHARD MOLOT
ASSISTANT U.S. ATTORNEY