UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2005 JAN 26  A 10: 41

U.S. DISTRICT COURT

DR. JAMES J. TIESINGA *ex rel.*
UNITED STATES GOVERNMENT,
and DR. JAMES J. TIESINGA

    Plaintiffs,

-against-

DIANON SYSTEMS, INC. and
ETHEL JANEGA

    Defendants.

Case No. 302 CV 1573 (MRK)

January 25, 2005

## MOTION FOR ENTRY OF
## STIPULATED PROTECTIVE ORDER

Pursuant to Federal Rule of Civil Procedure 26(c), the parties hereby respectfully move for entry of the Stipulated Protective Order, which is attached. This Order is necessary to protect the privacy and confidentiality of certain information and documents requested in discovery by the parties.

**ORAL ARGUMENT NOT REQUESTED**

128154_1.DOC
January 24, 2005 11:31 AM

THE PLAINTIFF,

Bryan T. Carmody (ct 22514)
Maya & Associates, P.C.
266 Post Road East
Westport, CT 06880
(203) 221-3100


THE DEFENDANTS,

Michael D. Thompson
Epstein, Becker & Green, P.C.
Two Gateway Center
Newark, NJ 07102
(973) 642-1900