UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA<br>ex rel. DR. JAMES J. TIESINGA,<br><br>Plaintiff,<br><br>v.<br><br>DIANON SYSTEMS, INC.,<br><br>Defendant. | :<br>:<br>:     No. 3:02CV1573 (MRK)<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

In accordance with the Court's Order dated December 21, 2004 [doc. #58], the United States has filed a Supplemental Statement Regarding Unsealing of the Court File [doc. # 67]. Having considered the Government's Statement, the Court enters the following orders:

1.  With the Consent of the Government, the Court unseals **Document Numbers 28** and **29** and directs the Clerk to file those documents on the public record.

2.  The Court directs the Clerk to maintain sealing of **Document Number 30** under the same terms as governing **Document Numbers 11, 14, 18, 23**. *See* Order [doc. #58].

IT IS SO ORDERED.

/s/      Mark R. Kravitz
United States District Judge

Dated at New Haven, Connecticut: January 27, 2005.