**EPSTEIN BECKER & GREEN, P.C.**
**Attorneys for Defendants**
One Landmark Square, Suite 1800
Stamford, CT 06901-2601
(203) 348-3737

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| DR. JAMES J. TIESINGA *ex rel.* UNITED STATES GOVERNMENT, and DR. JAMES J. TIESINGA,<br><br>     Plaintiffs,<br><br>*vs.*<br><br>DIANON SYSTEMS, INC. and ETHEL JANEGA,<br><br>     Defendants. | CIVIL ACTION NO. 3:02 CV 1573 (DJS) |

**CERTIFICATION OF KERRY M. PARKER IN SUPPORT OF
DEFENDANTS' BRIEF REGARDING THE DISCOVERY OF
<u>SIGNED, WRITTEN STATEMENTS BY NON-PARTY WITNESSES</u>**

Kerry M. Parker hereby certifies as follows:

1. I am a member of Epstein Becker & Green, P.C., attorneys for defendants, Dianon Systems, Inc. and Ethel Janega, in the above-entitled matter. I have been admitted pro hac vice for the purpose of handling this lawsuit. I am personally familiar with the surrounding facts and circumstances contained in this Affidavit.

2. I make this Certification in support of Defendants' Brief Regarding the Discovery of Signed, Written Statements by Non-Party Witnesses.

3. I have spoken with a Dianon employee named Michelle Tartaglia. Ms. Tartaglia has informed me that she provided a signed, written statement to Plaintiff's counsel. Ms.

NE:129040v1

- 2 -

Tartaglia further stated that she retained a copy of said statement, and has promised to search for her copy of the statement and provide it to me.

      I certify that the foregoing statements made by me are true.  I am aware that if any statement is willfully false I am subject to punishment.

<br>

```
                                        _____
                                        KERRY M. PARKER (ct # 26388)
Dated: February 9, 2005
```