IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| DR. JAMES J. TIESINGA, ex rel. UNITED STATES GOVERNMENT, and DR. JAMES J. TIESINGA,<br><br>                     Plaintiffs,<br><br>vs.<br><br>DIANON SYSTEMS, INC. and ETHEL JANEGA,<br><br>                     Defendants. | Civil Action No. 302 CV 1573 (MRK) |

**MOTION FOR EXTENSION OF
TIME TO FILE RESPONSIVE PLEADING**

      **PLEASE TAKE NOTICE** that the Defendants Dianon Systems, Inc. and Ethel Janega, by their counsel, Epstein Becker & Green, P.C., hereby respectfully request that this Court grant them an extension of time, pursuant to Local Rule 7(b), for thirty (30) days (or until and including March 21, 2005) to file their Answer or otherwise move with respect to Plaintiffs' Amended Complaint.

      Defendants' counsel has contacted counsel for the United States, and has been informed that the United States has no objection to this extension of time.  Counsel for Defendants also contacted counsel for Plaintiff James J. Tiesinga to obtain his consent to this extension of time, and has been informed that Plaintiff's counsel has no position on this matter.

      The Amended Complaint was first served upon Defendants on or about February 3, 2005. No prior request for an extension of the same time limitation has been made.

ST:31865v1

**WHEREFORE**, Defendants Dianon Systems, Inc. and Ethel Janega respectfully request that this Court grant them an extension of time for thirty (30) days (or until and including March 21, 2005) by which to respond to the Plaintiffs' Complaint in this action.

                              **DEFENDANTS,**
                              **DIANON SYSTEMS, INC.**
                              **& ETHEL JANEGA**

By: _____
Mary Gambardella
Federal Bar # ct 05386
EPSTEIN BECKER & GREEN, P.C.
One Landmark Square, Suite 1800
Stamford, Connecticut 06901
(203) 348-3737

               and

Kerry M. Parker (ct # 26388)
Michael D. Thompson (ct # 26389)
Epstein Becker & Green, P.C.
Two Gateway Center, 12th Floor
Newark, New Jersey 07102
(973) 642-1900

Attorneys for Defendants

Dated: February 17, 2005

## **CERTIFICATION**

The undersigned hereby certifies that a copy of the foregoing *Motion For Extension Of Time To File Responsive Pleading* was sent via U.S. Mail, postage prepaid, this 17th day of February, 2005 to:

>Bryan T. Carmody, Esq.
>Maya & Associates, P. C.
>183 Sherman Street
>Fairfield, CT 06430

>Richard Molot, Esq.
>U.S. Attorney General's Office
>District of Connecticut
>157 Church Street
>New Haven, CT  06510

_____
Mary Gambardella

ST:31865v1                    3