UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA<br>ex rel. DR. JAMES J. TIESINGA,<br><br>Plaintiff,<br><br>v.<br><br>DIANON SYSTEMS, INC. ET AL,<br><br>Defendants. | :<br>:<br>:   No. 3:02CV1573 (MRK)<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

Having conferred with the parties during an on-the-record telephonic conference on March 3, 2005 and having considered Defendants' Brief Regarding The Discovery of Signed, Written Statements by Non-Party Witnesses [doc. # 76] and Plaintiff's Memorandum Regarding the Production of Written, signed Statements of a Third-Party Witness [doc. # 77] and Plaintiff's Response to Defendants' Brief [doc. # 80] and construing Defendants' Brief as a motion to compel, Defendants' Motion to Compel is DENIED at this time. The Court concludes that the signed, written statements are attorney work product under Fed. R. Civ. P. 26(b)(3) and that Defendants have not shown a substantial need for Plaintiff's copy of those statements at this time particularly since Defendants have informed the Court that they can obtain the identical statements directly from the non-party witnesses themselves. *See, e.g., Gargano v. Metro-North RR.*, 22 F.R.D. 38 (D. Conn. 2003).

IT IS SO ORDERED.

/s/  <u>    Mark R. Kravitz    </u>
    United States District Judge

**Dated at New Haven, Connecticut: <u>March 3, 2005</u>**.