UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>ex rel. DR. JAMES J. TIESINGA, | ) ) ) | No. 3:02CV1573(MRK) |
| Plaintiffs, | ) ) ) | NOTICE OF APPEARANCE<br>OF ADDITIONAL COUNSEL |
| v. | ) ) | |
| DIANON SYSTEMS, INC., | ) ) ) ) ) | March 25, 2005 |
| Defendants. | ) | |

**NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL**
**FOR THE UNITED STATES**

The Clerk of the Court shall please take notice of the appearance of Ryan Fayhee as additional counsel for the United States in this matter. Mr. Fayhee is an attorney with the Department of Justice, Civil Division. Mr. Fayhee is admitted to practice before the Supreme Court of Illinois.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KEVIN J. O'CONNOR
United States Attorney

JOHN B. HUGHES
Assistant U.S. Attorney
Chief, Civil Division

_____
RICHARD MOLOT
Assistant United States Attorney
Federal Bar No. CT21676
157 Church Street
New Haven, Connecticut 06510
(203) 821-3700


_____
MICHAEL F. HERTZ
JOYCE R. BRANDA
PATRICIA R. DAVIS
RYAN FAYHEE
Fed. Bar No.
Attorneys, Civil Division
Commercial Litigation Branch
Post Office Box 261, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-0240
Facsimile: (202) 305-7797
Email: Ryan.Fayhee@usdoj.gov


Attorneys for the United States

2

CERTIFICATION OF SERVICE

I hereby certify that on this 23d day of March 2005, a true and correct copy of the Notice of Appearance of Additional Counsel for the United States, was served by first-class mail on:

>Bryan T. Carmody, Esq.
>Maya & Associates, P.C.
>183 Sherman Street
>Fairfield, CT 06430

>Mr. Robert Salcido
>Akin, Gump, Strauss, Hauer & Feld, LLP
>1333 New Hampshire Avenue, N.W.
>Washington, D.C. 20036

>Kerry M. Parker, Esq.
>Michael D. Thompson, Esq.
>Epstein, Becker & Green, P.C.
>Two Gateway Center, 12th Floor
>Newark, NJ 07102

>Mary A. Gambardella, Esq.
>Epstein, Becker & Green, P.C.
>One Landmark Square, Ste. 1800
>Stamford, CT 06901

_____
Patricia Davis
Trial Attorney
U.S. Department of Justice

# ELECTRONIC FILING ATTORNEY REGISTRATION FORM
### UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT
Rev. 12/1/04

This form is used to register for an account on the District of Connecticut Electronic Filing System (the CM/ECF System). Registered attorneys will have privileges to electronically file documents and, **in conjunction with a PACER access account**, to view the electronic docket sheets and documents. By registering, attorneys consent to receiving electronic notice of filings through the CM/ECF System. The following information is required for registration:

**PLEASE TYPE**

First Name: Patricia          Middle Name: R.

Last Name: Davis              If appropriate check one: ( )Sr. ( )Jr. ( )II ( )III

Federal Bar Number: _____

Are you currently in good standing in all courts in which you are admitted to practice?  Yes _x_   No ____

Firm Name: U.S. Department of Justice

Address: 601 D. Street N.W.
Washington, D.C. 20004

City: Washington      State: D.C.   Zip Code: 20004

Voice Telephone Number: (202) 307-0238      Fax Number: (202) 305-7868

E-Mail Address: pat.davis@usdoj.gov

Attorneys seeking to file documents electronically must be admitted to practice in the United States District Court for the District of Connecticut pursuant to Local Rule of Civil Procedure 83.1.

Date admitted to practice in this court: _____

If admitted pro hac vice: Date motion for pro hac vice granted: _____ in case number: _____

If Attorney of Record in MDL action indicate case number: _____

By submitting this registration form, the undersigned agrees to abide by all court rules, orders and policies and procedures governing the use of the CM/ECF System. The undersigned also consents to receiving notice of filings pursuant to Fed. R. Civ. P. 5(b) and 77(d) via the Court's electronic filing system. The combination of user Id and password will serve as the signature of the attorney filing the documents. Attorneys must protect the security of their passwords and immediately notify the court if they learn that their password has been compromised. Electronic filing is only permissible in cases approved by the court.

_[signature]_                                    3/23/05
Signature of Registrant                          Date

Submit completed Registration Form to:  Kevin F. Rowe, Clerk
United States District Court
**Attention: Electronic Filing System Registration**
141 Church Street
New Haven, CT 06510

Once your registration is complete, you will receive an email confirmation of your internet address. Your user id and password will be provided by e-mail, in person or by U.S. mail. Procedures for using the CM/ECF System can be downloaded from the court's website at www.ctd.uscourts.gov/cmecf. If you have any questions concerning the registration process or the use of the CM/ECF System, please contact the clerk's office.