UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED
2005 APR 14 P 12: 44
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA<br>ex rel. DR. JAMES J. TIESINGA,<br><br>Plaintiffs,<br><br>v.<br><br>DIANON SYSTEMS, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  No. 3:02CV1573(MRK)<br>)<br>)<br>)  April 14, 2005<br>)<br>)<br>) |

## UNITED STATES' MOTION TO SEVER CLAIMS AND FOR SEPARATE TRIALS

The United Stares respectfully moves for an order severing the claims of the United States from the claims brought individually by the Relator, Dr. James Tiesinga, pursuant to Fed. R. Civ. P. 21, and allowing for separate trials pursuant to Fed. R. Civ. P. 42(b). The Relator and defendant Dianon Systems, Inc. do not oppose this motion. A memorandum of points and authorities, a proposed discovery schedule for the *qui tam* portion of this case, and a proposed order accompany this motion.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KEVIN J. O'CONNOR
United States Attorney

JOHN B. HUGHES
Assistant U.S. Attorney
Chief, Civil Division

ORAL ARGUMENT IS NOT REQUESTED

_____
RICHARD MOLOT
Assistant United States Attorney
Federal Bar No. CT21676
157 Church Street
New Haven, Connecticut 06510
Richard.Molot2@usdoj.gov
(203) 821-3700


_____/s/_____
MICHAEL F. HERTZ
JOYCE R. BRANDA
PATRICIA R. DAVIS
RYAN FAYHEE
Attorneys, Civil Division
Commercial Litigation Branch
Post Office Box 261, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-0240
Attorneys for the United States

## CERTIFICATION OF SERVICE

I hereby certify that on this 14th day of April 2005, a true and correct copy of the United States' Motion to Sever Claims and for Separate Trials, was served by Fed Ex on:

Bryan T. Carmody, Esq.
Maya & Associates, P.C.
266 Post Road East
Westport, CT 06880

Kerry M. Parker, Esq.
Michael D. Thompson, Esq.
Epstein, Becker & Green, P.C.
Two Gateway Center, 12th Floor
Newark, NJ 07102

Mary A. Gambardella, Esq.
Epstein, Becker & Green, P.C.
One Landmark Square, Ste. 1800
Stamford, CT 06901

Robert Salcido, Esq.
Akin Gump Strauss Hauer & Field, LLP
Robert Strauss Building
1333 New Hampshire Ave, NW
Washington, D.C. 20036

Pat Davis, Esq.
Ryan Fayhee, Esq.
United States Department of Justice
Civil Division
Patrick Henry Building
601 D Street, Room 9026
Washington, DC 20530

RICHARD MOLOT
ASSISTANT U.S. ATTORNEY

3