UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DR. JAMES J. TIESINGA *ex rel.* UNITED STATES GOVERNMENT, and DR. JAMES J. TIESINGA<br><br>Plaintiffs,<br><br>-against-<br><br>DIANON SYSTEMS, INC. and ETHEL JANEGA<br><br>Defendants. | Case No. 302 CV 1573 (MRK)<br><br><br><br><br><br>April 14, 2005 |

**PLAINTIFF'S MOTION TO AFFIRM SCHEDULING ORDER AND COMPEL APPEARANCES FOR DEPOSITION**

Pursuant to Fed. R. Civ. P. 16 and 37, Dr. James J. Tiesinga, as the Plaintiff in the above-captioned case, hereby moves this Honorable Court, upon his Memorandum of Law filed herewith, for an Order:

(1) affirming that discovery in the above-captioned case, save that connected to Count 8 of the Amended Complaint and the United States Complaint in its entirety, proceed consistently with the current Scheduling Order entered by the Court on December 7, 2004; and

(2) compelling the deponents identified in the Re-Notices of Deposition, Notice of Deposition and Subpoena attached hereto to appear for their depositions consistently with the instructions set forth in the applicable Re-Notice, Notice or Subpoena.

**ORAL ARGUMENT IS NOT REQUESTED**

Respectfully submitted,

Plaintiff

_____

Bryan T. Carmody (ct 22514)
Maya & Associates, P.C.
266 Post Road East
Westport, CT 06880
(203) 221-3100
(203) 221-3199
bcarmody@mayalaw.com

CERTIFICATE OF SERVICE

      I hereby certify that on this _____ day of April 2005, I caused a true and correct copy of the foregoing to be served upon the following counsel of record by Federal Express:

Kerry M. Parker, Esq.
Epstein Becker & Green, P.C.
*Attorneys for Defendants*
Two Gateway Center, 12th Floor
Newark, NJ 07102
973-639-8259

Richard Molot, Esq.
U.S. Attorney General's Office
*Attorneys for United States*
District of Connecticut
157 Church Street
New Haven, CT 06510

_____

Bryan T. Carmody (ct 22514)
Maya & Associates, P.C.
266 Post Road East
Westport, CT 06880
(203) 221-3100
(203) 221-3199 (facsimile)
bcarmody@mayalaw.com