UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>ex rel. DR. JAMES J. TIESINGA,<br><br>Plaintiffs,<br><br>v.<br><br>DIANON SYSTEMS, INC.,<br><br>Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | No. 3:02CV1573(MRK)<br><br>NOTICE OF APPEARANCE<br><br>OF ADDITIONAL COUNSEL<br><br><br>March 25, 2005 |

**NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL**
**FOR THE UNITED STATES**

The Clerk of the Court shall please take notice of the appearance of Patricia Davis as additional counsel for the United States in this matter. Ms. Davis is an attorney with the Department of Justice, Civil Division. Ms. Davis is admitted to practice before the Supreme Court of the Commonwealth of Pennsylvania and the District of Columbia Court of Appeals.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KEVIN J. O'CONNOR
United States Attorney

JOHN B. HUGHES
Assistant U.S. Attorney
Chief, Civil Division

_____
RICHARD MOLOT
Assistant United States Attorney
Federal Bar No. CT21676
157 Church Street
New Haven, Connecticut 06510
(203) 821-3700


_____
MICHAEL F. HERTZ
JOYCE R. BRANDA
PATRICIA R. DAVIS
Fed. Bar No.
RYAN FAYHEE
Attorneys, Civil Division
Commercial Litigation Branch
Post Office Box 261, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-0238
Facsimile: (202) 305-7868
Email: pat.davis@usdoj.gov


Attorneys for the United States

CERTIFICATION OF SERVICE

I hereby certify that on this 23d day of March 2005, a true and correct copy of the Notice of Appearance of Additional Counsel for the United States, was served by first-class mail on:

>   Bryan T. Carmody, Esq.
>   Maya & Associates, P.C.
>   183 Sherman Street
>   Fairfield, CT 06430
>
>   Mr. Robert Salcido
>   Akin, Gump, Strauss, Hauer & Feld, LLP
>   1333 New Hampshire Avenue, N.W.
>   Washington, D.C. 20036
>
>   Kerry M. Parker, Esq.
>   Michael D. Thompson, Esq.
>   Epstein, Becker & Green, P.C.
>   Two Gateway Center, 12th Floor
>   Newark, NJ 07102
>
>   Mary A. Gambardella, Esq.
>   Epstein, Becker & Green, P.C.
>   One Landmark Square, Ste. 1800
>   Stamford, CT 06901

_/s/ Patricia Davis_
Patricia Davis
Trial Attorney
U.S. Department of Justice