UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

DR. JAMES J. TIESINGA *ex rel.* UNITED STATES GOVERNMENT, and DR. JAMES J. TIESINGA,

        Plaintiffs,

vs.

DIANON SYSTEMS, INC. and ETHEL JANEGA,

        Defendants.

CIVIL ACTION NO. 3:02 CV 1573 (DJS)

**MOTION FOR ADMISSION**
***PRO HAC VICE***
**OF ROBERT SALCIDO**

April 20, 2005

---

    The Defendant, Dianon Systems, Inc., by its counsel, Mary A. Gambardella, of Epstein Becker & Green, P.C., a member of the Bar of this Court, respectfully moves, pursuant to Local Rule 83.1(d) of the Local Rules of Civil Procedure for the District of Connecticut, for the admission of Robert Salcido, Esq., an attorney with the law firm of Akin Gump Strauss Hauer & Feld, LLP, 1333 New Hampshire Avenue, N.W., Washington, D.C. 20036, as *pro hac vice* counsel for the said Defendant in association with the undersigned and other pro hac vice counsel admitted in the above-captioned matter. In support of this motion, the undersigned represents as follows:

    1.    Attorney Salcido has been admitted to the following bars and courts:

        California - 1989

        District of Columbia - 1995

        United States District Court for the District of Nevada – 2005

        United States Court of Federal Claims - 1989.

NY:539110v1

2.  Attorney Salcido is a member in good standing of all Bars to which he has been admitted and has never been the subject of any disciplinary proceedings.

3.  Attorney Salcido has not resigned nor been denied admission, reprimanded, suspended or disbarred from the practice of law by this way or any other court, nor does he have any grievances pending against him.

4.  Attorney Salcido has not been denied admission or been disciplined in accordance with Rule 83.2 of the Local Rules of Civil Procedure for this District and has not been denied admission or disciplined by any other court.

5.  Attorney Salcido has specialized knowledge of the facts of this case and of the circumstances described by the allegations of the Complaint.

6.  Attorney Salcido has not previously been admitted *pro hac vice* to the United States District Court of Connecticut.

7.  Attorney Salcido has reviewed and is familiar with the Rules of the United States District Court for the District of Connecticut.

The Affidavit of Robert Salcido has been annexed hereto in support of this motion. Mr. Salcido's telephone number is (202)887-4095. His fax number is (202) 887-4288.

**WHEREFORE**, the undersigned respectfully requests that the Court grant permission for Robert Salcido to appear *pro hac vice* on behalf of Dianon Systems, Inc. in the above-referenced matter.

            **EPSTEIN BECKER & GREEN, P.C.**
            Attorneys for Defendants Dianon Systems, Inc.
            and Ethel Janega

            By: _____
               Mary A. Gambardella
               Federal Bar No. (#ct05386)
               One Landmark Square, Suite 1800
               Stamford, CT 06901-2601
               (203) 348-3737

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was sent, via regular mail, postage prepaid, this 20th day of April 2005 to:

> Bryan T. Carmody, Esq.
> Maya & Associates, P. C.
> 183 Sherman Street
> Fairfield, CT 06430

*Mary Gambardella*
_____
Mary Gambardella

AKIN GUMP STRAUSS HAUER & FELD LLP
**Attorneys for Defendant**
1333 New Hampshire Avenue, N.W.
Washington, DC 20036

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES *ex rel.* DR. JAMES J. TIESINGA | ) ) ) ) CIVIL ACTION NO. 3:02CV1573(DJS) |
| Plaintiffs, | ) ) |
| *vs.* | ) ) **AFFIDAVIT OF** |
| DIANON SYSTEMS, INC. and ETHEL JANEGA, | ) **ROBERT SALCIDO** ) ) |
| Defendants. | ) |

I, Robert Salcido, being duly sworn, state and aver, based on my personal knowledge of the following:

1. I am a partner with the firm Akin Gump Strauss Hauer & Feld LLP and am admitted to the following bars and courts:

    California – 1989

    District of Columbia – 1995

    United States Court of Federal Claims – 1989

    United States District Court District of Nevada – 2005

2. I am a member in good standing of the Bars to which I have been admitted and I have never been the subject of any disciplinary proceedings.

3.  I have not resigned nor been denied admission, reprimanded, suspended or disbarred from the practice of law by this or any other court, nor do I have any grievances pending against me.

4.  I have not been denied admission or been disciplined in accordance with the Local Rules of Civil Procedure for this District and have not been denied admission or disciplined by any other court.

5.  I am familiar with the facts of this case and have knowledge of the circumstances giving rise to this action.

6.  I have not previously been admitted *pro hac vice* to the U.S. District Court of Connecticut.

7.  I have reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

_____
ROBERT SALCIDO

Dated: 4-15-05

Subscribed and sworn to before me
this 15 day of April 2005

_____
Notary Public

Laura L. Dunning
Notary Public, District of Columbia
My Commission Expires March 31 2010

2