## UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

TO: AUSA Richard M. Molot
    U.S. Attorney's Office
    District of Connecticut
    157 Church St., 23rd Floor
    New Haven, CT 06510

United States of America, ex rel. Dr. James
Tiesinga, Plaintiff,

v.

Dianon Systems, Inc., Defendant

Civil No. 3:02CV1573 (MRK)

## *WAIVER OF SERVICE OF SUMMONS*

I acknowledge receipt of your request that I waive service of a summons in the above-captioned case, which is docket number 3:02CV1573(MRK) in the United States District Court for the District of Connecticut. I have also received a copy of the complaint in the action, two copies of this waiver of service of summons form, and a return envelope, postage prepaid.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4 of the Federal Rules of Civil Procedure.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 of the Federal Rules of Civil Procedure is not served upon you on or before May 18, 2005.

I declare under penalty of perjury that if I am being served in my individual capacity, I am not in the military service of the United States and I am a competent person of suitable age to receive legal papers.

4/12/05
_____
(Date)

_____
(Signature)

Robert Salcido, Esq.
_____
(Printed/Typed Name)

Attorney for Defendant Dianon Systems, Inc.

#### *Duty to Avoid Unnecessary Costs of Service of Summons*

*Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant who, after being notified of an action and asked to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.*

*It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.*

*A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against the defendant. By waiving service, a defendant is allowed more time to answer than if the summons has been actually served when the request for waiver of service was received.*