UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA<br>ex rel. DR. JAMES J. TIESINGA,<br><br>Plaintiffs,<br><br>v.<br><br>DIANON SYSTEMS, INC. and<br>ETHEL JANEGA<br><br>Defendants. | :<br>:<br>:    No. 3:02CV1573 (MRK)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**RULING AND ORDER**

Presently pending before the Court is the United States' Motion to Sever Claims and for Separate Trials [**doc. # 86**] pursuant to Fed. R. Civ. P. 21 and Fed. R. Civ. P. 42(b). Defendants Dianon Systems, Inc., Ethel Janega, and the Relator have consented to severance of the claims. Therefore, absent any objection, and because the Court finds that severance of the claims in this case will serve the ends of justice and further prompt the efficient disposition of litigation, the Court GRANTS the United States' motion.

The claims of the United States set forth in its Complaint [doc. #83] and the Count 8 of the Relator's Amended Complaint [doc. #75], will be severed from the claims of the Relator contained Relator's Amended Complaint [doc. #75], and will proceed as two separate actions, with separate discovery schedules and separate trials.

The severed case will continue to be docketed under the current docket number. However, from now on, the parties should caption their pleadings as follows:

1.  Pleadings relating to the *qui tam* action (claims in the United States Complaint

[doc. #83] and Count 8 of Relator's Amended Complaint [doc. #75]) should be captioned: *United States of America ex rel. Dr. James J. Tsienga v. Dianon Systems, Inc.* No. 3:02CV1573 (MRK)

2. Pleadings relating to the Relator's personal claims (remaining counts in Relator's Amended Complaint [doc. #75]) should be captioned: *Dr. James J. Tsienga v. Dianon Systems, Inc. and Ethel Janega*. No. 3:02CV1573 (MRK).

The Court will set a new schedule for the severed *qui tam* action via separate order.

IT IS SO ORDERED.

/s/      Mark R. Kravitz
United States District Court

Dated at New Haven, Connecticut: **May 2, 2005.**