UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA<br>ex rel. DR. JAMES J. TIESINGA,<br><br>        Plaintiff,<br><br>v.<br><br>DIANON SYSTEMS, INC.,<br><br>        Defendant. | :<br>:<br>:     No. 3:02CV1573 (MRK)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## SCHEDULING ORDER

The following case management schedule shall apply to the *qui tam* aspects of this case, as agreed to by the United States, the Relator, and the defendant Dianon Systems, Inc.

1. **Responsive Pleading by Defendant.** Defendant will answer or otherwise respond to the United States' Complain [doc. #83], which was filed and served on March 18, 2005, within sixty (60) days, no later than **May 18, 2005**.

2. **Rule 26(f) Report and Initial Disclosure.** The parties will file their Rule 26(f) Report and exchange initial disclosure pursuant to Rule 26(a)(1) no later than **June 1, 2005**.

3. **Joinder of parties and amendment of pleadings.** The parties will join any additional parties and file any and all amendments of pleadings no later than **July 1, 2005.**

4. **Discovery:** All discovery, including all discovery relating to expert witnesses, will be completed (not just propounded) by **January 31, 2006**:

5. **Expert Discovery**: Plaintiff's expert reports will be served by **October 1, 2005**. Defendant's experts reports will be served by **November 1, 2005**. All depositions of experts will be completed by **January 31, 2006**.

6. **Dispositive Motions:** Dispositive motions, if any, including all motions to exclude testimony of experts pursuant to Fed. R. Evid.702-05 and the *Daubert v. Merrill Dow Pharm., Inc.,* 509 U.S. 579 (1993) line of cases shall be filed by **February 28, 2006**.

7. **Trial Memorandum:** If no dispositive motions are filed, the Parties' Joint Trial Memorandum (instructions are attached) is due **March 15, 2006**. If dispositive motions are filed, the Joint Trial Memorandum is due 30 days after the Court's decision on the dispositive motion.

8. **Trial Ready Date:** If no dispositive motions are filed, the case will be considered trial ready on **March 15, 2006**. If dispositive motions are filed, the case will be considered trial ready immediately after the filing of the parties' Joint Trial Memorandum.

9. **Status Conference:** A TELEPHONIC STATUS CONFERENCE WILL BE HELD ON **FEBRUARY 13, 2006 at 8:30 A.M.** Plaintiff's counsel will initiate the conference call. The parties will file a joint status report (instructions attached) with the Clerk's Office no later than **February 6, 2006**.

IT IS SO ORDERED.

/s/    Mark R. Kravitz
United States District Judge

**Dated at New Haven, Connecticut on: May 3, 2005**.

RE:     **CASE NO. 3:02cv1573 (MRK)**
-------------------------------------------------------------

TO:     **COUNSEL OF RECORD:**


-------------------------------------------------------------

On or before **February 6, 2006,**

THE PARTIES SHALL FILE WITH THE CLERK'S OFFICE [with certification copies sent to all counsel of record] AN ORIGINAL JOINT STATUS REPORT, STATING THE FOLLOWING:

   (a) THE STATUS OF THE CASE, IDENTIFYING ANY PENDING MOTIONS, OR ANY CIRCUMSTANCES POTENTIALLY INTERFERING WITH THE PARTIES' COMPLIANCE WITH THE SCHEDULING ORDER;

   (b)  INTEREST IN REFERRAL FOR SETTLEMENT PURPOSES TO A UNITED STATES MAGISTRATE JUDGE OR TO THE DISTRICT`S SPECIAL MASTERS PROGRAM;

   (c)  WHETHER THE PARTIES WILL CONSENT TO A TRIAL BEFORE A MAGISTRATE JUDGE; AND

   (d)  THE ESTIMATED LENGTH OF TRIAL.

NO STATUS REPORTS WILL BE ACCEPTED VIA FACSIMILE.


                    BY ORDER OF THE COURT
                    KEVIN F. ROWE, CLERK