UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DR. JAMES J. TIESINGA, : | |
| : | No. 3:02CV1573 (MRK) |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| DIANON SYSTEMS, INC. AND : | |
| ETHEL JANEGA, : | |
| : | |
| Defendant. : | |

# ORDER

Having conferred with the parties during an on-the-record telephonic conference on May 23, 2005, regarding outstanding discovery disputes, the Court enters the following orders:

1. Defendants' Cross-Motion to Compel Plaintiff's Appearance for Deposition, for a Protective Order, and for an Award of Fees [**doc. # 97**] is DENIED AS MOOT in light of the agreement reached by the parties during the telephonic conference. The parties have agreed, on the record, to the following deposition schedule in order to resolve the issues raised by Defendants' motion:

   (a) Defendants' deposition of the Plaintiff will occur during the week of June 13, 2005 and no later than **June 17, 2005.** Plaintiff will not be entitled to conduct the depositions listed in paragraph (b) until this deposition occurs.

   (b) Plaintiff's depositions of four Dianon Systems employees discussed at the telephonic conference will occur no later than **June 24, 2005**, with the expectation that two of these individuals will be deposed during the week of June 13 and the remaining two individuals will be deposed during the week of June 20.

(c)     No later than **May 26, 2005**, Plaintiff shall file under seal the six documents listed on his privilege log that were discussed at the telephonic conference and any party who wishes to, shall file a brief addressing Plaintiff's assertion of privilege regarding these documents.

2.     Plaintiff's Motion to Affirm Scheduling Order and Compel Appearances for Deposition is GRANTED IN PART [**doc. # 88**]. Plaintiff's deposition of the former Dianon Systems employee discussed at the conference will go forward as scheduled and Defendants' objection to this deposition is overruled. However, the Court reserves ruling on the portion of Plaintiff's motion relating to the scheduling order and sets the following briefing schedule on that issue:

(a)     Plaintiff shall file any brief regarding modification of the discovery schedule in this case on or before **May 26, 2005.**

(b)     Defendants shall have until **June 2, 2005** to respond to Plaintiff's filing.

3.     The status conference previously scheduled for **June 14, 2005** at 8:45 AM is cancelled.

Finally, the Court urges the parties to resolve future discovery disputes without the Court's involvement. **In the event that another discovery motion is filed by either party, the party who loses that motion shall pay its opponent's costs related to filing or defending against the motion**.

IT IS SO ORDERED.

/s/      Mark R. Kravitz      <br>United States District Judge

**Dated at New Haven, Connecticut: May 24, 2005.**