UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DR. JAMES J. TIESINGA : | |
| : | Case No. 3:02 CV 1573 (MRK) |
| Plaintiff : | |
| : | |
| *versus* : | |
| : | May 26, 2005 |
| DIANON SYSTEMS, INC. and : | |
| ETHEL JANEGA : | |
| : | |
| Defendants : | |
| : | |

## PLAINTIFF'S MOTION TO MODIFY SCHEDULING ORDER

Pursuant to Fed. R. Civ. P. 16, Dr. James J. Tiesinga, as the Plaintiff in the above-captioned case, hereby moves this Honorable Court, upon his Memorandum of Law filed herewith, to modify the current Discovery Scheduling Order in the employment case as follows:

(1) The Defendants shall designate their expert witnesses by June 17, 2005;

(2) Discovery, inclusive of expert witness discovery, shall close (not just propounded) by July 29, 2005;

(3) Any dispositive motion, inclusive of *Daubert* motions, shall be filed by August 31, 2005;

(4) In the event no dispositive motion is filed, the Joint Trial Memorandum shall be filed by September 15, 2005. If any dispositive motion is filed, the Trial Memorandum shall be due within thirty (30) days of the Court's decision on

**ORAL ARGUMENT NOT REQUESTED**

that motion; and

(5) The case shall be considered trial ready as of the date the parties submit the

Joint Trial Memorandum.

                            Respectfully submitted,

                            Plaintiff

                            _____

                            Bryan T. Carmody (ct 22514)
                            Maya & Associates, P.C.
                            266 Post Road East
                            Westport, CT 06880
                            (203) 221-3100
                            (203) 221-3199 (facsimile)
                            bcarmody@mayalaw.com

CERTIFICATE OF SERVICE

 I hereby certify that on this _____ day of May 2005, I caused a true and correct copy of the foregoing to be served upon the following counsel of record by Federal Express:

Kerry M. Parker, Esq.
Epstein Becker & Green, P.C.
*Attorneys for Defendants*
Two Gateway Center, 12th Floor
Newark, NJ 07102

Richard Molot, Esq.
U.S. Attorney General's Office
*Attorneys for United States*
District of Connecticut
157 Church Street
New Haven, CT 06510

Robert Salcido, Esq.
Akin Gump Strauss Hauer & Field, LLP
*Attorneys for Defendants*
Robert Strauss Building
1333 New Hampshire Ave, NW
Washington, D.C. 20036

_____

Bryan T. Carmody (ct 22514)
Maya & Associates, P.C.
266 Post Road East
Westport, CT 06880
(203) 221-3100
(203) 221-3199 (facsimile)
bcarmody@mayalaw.com