UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DR. JAMES J. TIESINGA, : | |
| : | No. 3:02CV1573 (MRK) |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| DIANON SYSTEMS, INC. AND : | |
| ETHEL JANEGA : | |
| Defendants. : | |

## SCHEDULING ORDER

Having considered Defendants' proposal for a modification of the case management schedule contained in the Report of the Parties' Second Planning Meeting [doc. #92], Plaintiff's Motion to Affirm Scheduling Order and Compel Appearances for Deposition [doc. #88], Plaintiff's Motion to Modify Scheduling Order [doc. #102], and Defendants' Response to Plaintiff's Motion to Modify Scheduling Order [doc. #106], the Court enters the following case management schedule that shall apply to the employment action brought individually by Dr. Tiesinga:

1. **Amendments to the Rule 26 disclosures.** The parties will exchange any amendments to the Rule 26 disclosures on or before **June 22, 2005.**

2. **Joinder of parties and amendment of pleadings.** The parties will join any additional parties and file any and all amendments of pleadings no later than **July 1, 2005.**

3. **Independent Medical Examination.** Any independent medical examination of the Plaintiff will take place no later than **September 30, 2005**.

4. **Discovery:** All discovery, including all discovery relating to expert witnesses, will be completed (not just propounded) by **November 30, 2005**:

5. **Expert Discovery**: Defendant's experts reports will be served by **November 1, 2005**. All depositions of experts will be completed by **November 30, 2005**.

6. **Dispositive Motions:** Dispositive motions, if any, including all motions to exclude testimony of experts pursuant to Fed. R. Evid.702-05 and the *Daubert v. Merrill Dow Pharm., Inc.,* 509 U.S. 579 (1993) line of cases shall be filed by **December 30, 2005**.

7. **Trial Memorandum:** If no dispositive motions are filed, the Parties' Joint Trial Memorandum (instructions are attached) is due **December 30, 2005**. If dispositive motions are filed, the Joint Trial Memorandum is due 30 days after the Court's decision on the dispositive motion.

8. **Trial Ready Date:** If no dispositive motions are filed, the case will be considered trial ready on **January 30, 2006**. If dispositive motions are filed, the case will be considered trial ready immediately after the filing of the parties' Joint Trial Memorandum.

9. **Status Conference:** A TELEPHONIC STATUS CONFERENCE WILL BE HELD ON **DECEMBER 9, 2005 AT 8:30 A.M**. Plaintiff's counsel will initiate the conference call. The parties will file a joint status report (instructions attached) with the Clerk's Office no later than **December 2, 2005**.

Accordingly, Plaintiff's Motion to Affirm Scheduling Order and Compel Appearances for Deposition [**doc. #88**] and Plaintiff's Motion to Modify Scheduling Order [**doc. #102**] are DENIED. **The parties should not expect any further extensions of the case management schedule**.

IT IS SO ORDERED.

/s/      Mark R. Kravitz
United States District Judge

**Dated at New Haven, Connecticut on: June 13, 2005**.

RE:    **CASE NO. 3:02cv1573 (MRK)**

-----------------------------------------------------------------

TO:    **COUNSEL OF RECORD:**

-----------------------------------------------------------------

On or before **December 2, 2005,**

THE PARTIES SHALL FILE WITH THE CLERK'S OFFICE [with certification copies sent to all counsel of record] AN ORIGINAL JOINT STATUS REPORT, STATING THE FOLLOWING:

   (a) THE STATUS OF THE CASE, IDENTIFYING ANY PENDING MOTIONS, OR ANY CIRCUMSTANCES POTENTIALLY INTERFERING WITH THE PARTIES' COMPLIANCE WITH THE SCHEDULING ORDER;

   (b) INTEREST IN REFERRAL FOR SETTLEMENT PURPOSES TO A UNITED STATES MAGISTRATE JUDGE OR TO THE DISTRICT`S SPECIAL MASTERS PROGRAM;

   (c) WHETHER THE PARTIES WILL CONSENT TO A TRIAL BEFORE A MAGISTRATE JUDGE; AND

   (d) THE ESTIMATED LENGTH OF TRIAL.

NO STATUS REPORTS WILL BE ACCEPTED VIA FACSIMILE.

> BY ORDER OF THE COURT
> KEVIN F. ROWE, CLERK