IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>ex rel. Dr. James J. Tiesinga,<br><br>　　　　　　　　Plaintiffs,<br>　　v.<br><br>DIANON SYSTEMS, INC.,<br><br>　　　　　　　　Defendant. | )<br>)<br>)　No. 3:02CV1573(MRK)<br>)<br>)<br>)<br>)　August 19, 2005<br>)<br>) |

### DEFENDANT'S JURY DEMAND

Defendant, Dianon Systems, Inc., pursuant to Rule 38 of the Federal Rules of Civil Procedure, respectfully demands a trial by jury in this case.

　　　　　　　　　　　　　　　　Respectfully submitted,

By: _____
　　　　　Robert Salcido
　　　　　Fed. Bar No. 447951
　　　　　(admitted *pro hac vice*)
　　　　　Akin Gump Strauss Hauer & Feld LLP
　　　　　1333 New Hampshire Avenue, NW
　　　　　Washington, DC 20036
　　　　　Telephone: (202) 887-4095

　　　　　Mary A. Gambardella (ct #05386)
　　　　　Kerry M. Parker (ct # 26388)
　　　　　Michael D. Thompson (ct # 26389)
　　　　　Epstein Becker & Green, P.C.
　　　　　One Landmark Square, Suite 1800
　　　　　Stamford, CT 06901-2601
　　　　　Telephone: (203) 348-3737

　　　　　Thomas Kossl
　　　　　Dianon Systems, Inc.
　　　　　200 Watson Boulevard
　　　　　Stratford, CT 06615
　　　　　Telephone: (973) 492-1509

2

Bruce R. Parker
Venable LLP
1800 Mercantile Bank & Trust Bldg.
2 Hopkins Plaza
Baltimore, MD 21201
Telephone: (410) 244-7400
Attorneys for Defendant Dianon Systems, Inc.

## **CERTIFICATION**

The undersigned hereby certifies that a copy of the foregoing was sent via United States first class mail, postage prepaid, this 19th day of August, 2005 to:

> Bryan T. Carmody, Esq.
> Maya & Associates, P.C.
> 266 Post Road East
> Westport, CT 06880

> Richard Molot, Esq.
> U.S. Attorney General's Office
> District of Connecticut
> 175 Church Street
> New Haven, CT 06510

> Patricia R. Davis
> Civil Division
> Commercial Litigation Branch
> P.O. Box 261
> Ben Franklin Station
> Washington, DC 20044

_____