## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>ex rel. DR. JAMES J. TIESINGA,<br><br>Plaintiffs,<br><br>v.<br><br>DIANON SYSTEMS, INC.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 3:02 CV 1573(MRK)<br><br>August 29, 2005 |

### UNITED STATES' MOTION TO STRIKE DEFENDANT DIANON SYSTEMS' AFFIRMATIVE DEFENSES

Plaintiff United States of America hereby respectfully requests that this Court strike Defendant Dianon Systems Inc.'s Fourth and Fifth Affirmative Defenses, pursuant to Fed. R. Civ. P. 12(f), on the grounds that such defenses are legally insufficient and/or inapplicable. The accompanying Memorandum of Law sets forth in greater detail the United States' bases for this Motion to Strike.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KEVIN J. O'CONNOR
United States Attorney

*/s/ R. M. Molot*

RICHARD M. MOLOT
Assistant United States Attorney
Federal Bar No. CT21676
157 Church Street
New Haven, Connecticut 06510
(203) 821-3700

**ORAL ARGUMENT IS NOT REQUESTED**

MICHAEL F. HERTZ
JOYCE R. BRANDA
PATRICIA R. DAVIS
RYAN P. FAYHEE
Attorneys, Civil Division
Commercial Litigation Branch
Post Office Box 261, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-0240
Facsimile: (202) 514-0280
Attorneys for the United States

CERTIFICATE OF SERVICE

    This is to certify that a true and correct copy of the United States' Motion to Strike Defendant's Affirmative Defenses, was served by mail, this 29th day of August 2005 on:

    Bryan T. Carmody, Esq.
    Maya & Associates, P.C.
    266 Post Road East
    Westport, CT 06880

    Kerry M. Parker, Esq.
    Michael D. Thompson, Esq.
    Epstein, Becker & Green, P.C.
    Two Gateway Center, 12th Floor
    Newark, NJ 07102

    Mary A. Gambardella, Esq.
    Epstein, Becker & Green, P.C.
    One Landmark Square, Ste. 1800
    Stamford, CT 06901

    Robert Salcido, Esq.
    Akin Gump Strauss Hauer & Field, LLP
    Robert Strauss Building
    1333 New Hampshire Ave, NW
    Washington, D.C. 20036

                                               RICHARD M. MOLOT
                                             Assistant United States Attorney