IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>ex rel. Dr. James J. Tiesinga, )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>DIANON SYSTEMS, INC., )<br>)<br>Defendant. ) | No. 3:02CV1573(MRK)<br><br>September 22, 2005 |

**DEFENDANT'S MOTION TO DISMISS THE GOVERNMENT'S UNJUST ENRICHMENT AND PAYMENT BY MISTAKE OF FACT CLAIMS**

Defendant Dianon Systems, Inc. ("Dianon") respectfully submits this motion to dismiss the government's claims for unjust enrichment and payment by mistake of fact. The grounds for Dianon's motion is set forth in its accompanying memorandum in Support of its Motion to Dismiss the Government's Unjust Enrichment and Payment by Mistake of Fact Claims and in Opposition to the Government's Motion to Strike Affirmative Defenses.

Respectfully submitted,

By: /s/ Robert Salcido
Robert Salcido
Fed. Bar No. 447951
(admitted *pro hac vice*)
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, NW
Washington, DC 20036
Telephone: (202) 887-4095

Mary A. Gambardella (ct #05386)
Kerry M. Parker (ct # 26388)
Michael D. Thompson (ct #26389)
Epstein Becker & Green, P.C.
One Landmark Square, Suite 1800
Stamford, CT 06901-2601
Telephone: (203) 348-3737

**ORAL ARGUMENT IS NOT REQUESTED**

Thomas Kossl
Dianon Systems, Inc.
200 Watson Boulevard
Stratford, CT 06615
Telephone: (973) 492-1509

Bruce R. Parker
Venable LLP
1800 Mercantile Bank & Trust Bldg.
2 Hopkins Plaza
Baltimore, MD 21201
Telephone: (410) 244-7400

Attorneys for Defendant Dianon Systems, Inc.

## CERTIFICATION

The undersigned hereby certifies that a copy of the foregoing was sent via United States first class mail, postage prepaid, this 21 day of September, 2005 to:

Bryan T. Carmody, Esq.
Maya & Associates, P.C.
266 Post Road East
Westport, CT 06880

Richard Molot, Esq.
U.S. Attorney General's Office
District of Connecticut
175 Church Street
New Haven, CT 06510

Patricia R. Davis
Civil Division
Commercial Litigation Branch
P.O. Box 261
Ben Franklin Station
Washington, DC 20044

_____
Penney Hughes