# EXHIBIT C

xxx

# EPSTEIN BECKER & GREEN, P.C.

ATTORNEYS AT LAW
TWO GATEWAY CENTER
12TH FLOOR
NEWARK, NJ 07102-5003
973.642.1900
FAX: 973.642.0099
EBGLAW.COM

August 9, 2005

**VIA FACSIMILE AND U.S. MAIL**

Bryan T. Carmody, Esq.
Maya & Associates, P. C.
266 Post Road East
Westport, CT 06880

Re:  Dr. James J. Tiesinga vs. Dianon Systems, Inc. and Ethel Janega
     Civil Action No. 302 CV 1573 (DJS)

Dear Mr. Carmody:

Upon our reviews of the documents that we have obtained in this case, it appears that we have not received a variety of the medical/employment authorizations that plaintiff was required to produce pursuant to the Court's Order of January 31, 2005. In that Order, the Court stated that plaintiff was to provide "the requested Authorizations for Medical Records (except for dental records) and Employment records (1991 to present)."

Despite this Order, we have not received an authorization for plaintiff's employment records from Massachusetts General Hospital.

Furthermore, although your client has admitted to taking Sustiva, we have no records from any doctor who prescribed that medication, nor do we have records from the pharmacy from which your client obtained that medication.

Finally, in regards to your client's HIV condition, we have not received a medical authorization for Quest Diagnostics. Furthermore, your clients records state that his T-cell count has been in an acceptable range "with repeated follow-up." If such follow-up was done with any entity other than Quest, we need an authorization for that Company as well.

ATLANTA • BOSTON • CHICAGO • DALLAS • HOUSTON • LOS ANGELES • MIAMI
NEWARK • NEW YORK • SAN FRANCISCO • STAMFORD • WASHINGTON, D.C.

EPSTEIN BECKER GREEN WICKLIFF & HALL, P.C. IN TEXAS ONLY

NE:148374v1

Bryan T. Carmody, Esq.
August 9, 2005
Page 2

      If there is anything you wish to discuss, please do not hesitate to call me.

                                              Very truly yours,

                                              Michael D. Thompson

MDT:ep

cc:    Richard Molot, Esq. (via U.S. Mail)

NE: 125413