# EXHIBIT E

# EPSTEIN BECKER & GREEN, P.C.

ATTORNEYS AT LAW
TWO GATEWAY CENTER
12TH FLOOR
NEWARK, NJ 07102-5003
973.642.1900
FAX: 973.642.0099
EBGLAW.COM

September 2, 2005

**VIA FACSIMILE AND U.S. MAIL**

Bryan T. Carmody, Esq.
Maya & Associates, P. C.
266 Post Road East
Westport, CT 06880

    Re:    Dr. James J. Tiesinga vs. Dianon Systems, Inc. and Ethel Janega
            Civil Action No. 302 CV 1573 (DJS)

Dear Mr. Carmody:

    To follow up on our conversation earlier today, I researched your assertion that medical residents are not employees of the hospitals at which they perform their residencies. I was unable to find any support for your position. Indeed, the federal courts have repeatedly applied state and federal anti-discrimination laws to such medical residents. Sussman v. New York City Health and Hospitals Corp., 47 Fed.Appx. 19 (2nd Cir., 2002); Maynard v. Board of Regents of Div. of Universities of Florida Dept. of Educ. ex rel., 342 F.3d 1281 (11 th Cir. 2003); Ghosh v. Southern Illinois University, 331 F.Supp.2d 708 (C.D.Ill., 2004) (medical center was medical resident's "employer" for purposes of Title VII, even though university medical school administered residency program) aff'd 2005 WL 2033778 (7th Cir. August 24, 2005).

    Accordingly, I would appreciate it if you would provide me with the requested authorization for medical records on or before September 9, 2005, so that we may avoid involving the Court in this matter.

Very truly yours,

*Michael D. Thompson*

Michael D. Thompson

MDT:ep

ATLANTA • BOSTON • CHICAGO • DALLAS • HOUSTON • LOS ANGELES • MIAMI
NEWARK • NEW YORK • SAN FRANCISCO • STAMFORD • WASHINGTON, D.C.

EPSTEIN BECKER GREEN WICKLIFF & HALL, P.C. IN TEXAS ONLY

NE:150792v1