# EXHIBIT F

MASSACHUSETTS GENERAL HOSPITAL
HARVARD MEDICAL SCHOOL

RESIDENCY TRAINING PROGRAM IN
ANATOMIC AND CLINICAL PATHOLOGY

| | |
|---|---|
| Philosophy and Educational Goals | 3 |
| Facilities and Personnel | 4 |
| Overview of Programs | 5 |
| Fellowship Opportunities | 6 |
| Sample of Typical Rotation Schedule | 7 |
| Description of Rotation - Anatomic Pathology | 8 |
| Description of Rotation - Clinical Pathology | 20 |
| Laboratory Research | 30 |
| Conferences | |
|    Conferences - Summary | 32 |
| Opportunities for Teaching | 33 |
| Other Information: | |
|    Evaluations | 34 |
|    Recruitment of Minority Applicants | 34 |
|    Resident Selection Process | 34 |
|    Vacation | 34 |
|    Call Schedule | 34 |
|    Book and Travel Allowance | 34 |
| Teaching Faculty - Current Responsibilities and Research Interests | 35 |
| Alumni List | 42 |
| Instructions to Applicants | 46 |
| Frequently Asked Questions | 47 |
| Sample Contract and Description of Benefits | 52 |

**Robert B. Colvin, M.D.**
*Benjamin Castleman Professor of Pathology,*
*Harvard Medical School*
*Chief, Pathology Service*
Massachusetts General Hospital
Pathology Service, Warren Building, Room 225
55 Fruit Street, Boston, Massachusetts 02114-2696
Telephone: (617)726-2966; FAX: (617) 726-7533
colvin@helix.mgh.harvard.edu

**W. Stephen Black-Schaffer, M.D..**
*Assistant Professor of Pathology, Harvard Medical School*
*Associate Chief and Training Program Director,*
Massachusetts General Hospital
Pathology Service, Warren Building, Room 214
55 Fruit Street, Boston, Massachusetts 02114-2696
Telephone: (617) 724-1463; FAX: (617)726-3226
sblackschaffe@partners.org

**Esther Oliva, M.D.**
*Associate Professor of Pathology, Harvard Medical School*
*Associate Director for Residency Training*
Massachusetts General Hospital
Pathology Service, Warren Building, Room 251A
55 Fruit Street, Boston, Massachusetts 02114-2696
Telephone: (617) 724-8272; FAX (617)726-7474
eoliva@partners.org

**Christopher P. Stowell, M.D., Ph.D.**
*Assistant Professor of Pathology, Harvard Medical School*
*Associate Director for Recruitment, Pathology Residency Training Program*
*Director, Blood Transfusion Service*
Massachusetts General Hospital
Blood Transfusion Service
Gray/Jackson Building, Room 212
55 Fruit Street, Boston, Massachusetts 02114-2696
Telephone: (617)726-2815; FAX: (617)726-6832
cstowell@partners.org

*Please address all correspondence to:*
**Joan Carrière**
*Pathology Residency Training Program Administrator*
Massachusetts General Hospital
Pathology Service - Warren Building, Room 219
55 Fruit Street, Boston, Massachusetts 02114-2696
Telephone: (617)726-5581; FAX: (617)726-7474
jcarriere@partners.org

*Please direct questions regarding application status to:*

**Marjorie Kelland**
mghpath@partners.org
*or by telephone at (617) 724-6355*

# TRAINING IN ANATOMIC AND CLINICAL PATHOLOGY
# AT THE MASSACHUSETTS GENERAL HOSPITAL

Robert B. Colvin, M.D., Chief of Pathology Service
W. Stephen Black-Schaffer, M.D., Associate Chief and Training Program Director
Esther Oliva, M.D., Associate Director for Residency Training in Anatomic Pathology
Christopher P. Stowell, M.D., Ph.D., Associate Director for Recruitment
Anand S. Dighe, M.D., Ph.D., Associate Director for Resident Training in Clinical Pathology
Frederick C. Koerner, M.D., Associate Director for Resident Scheduling

---

## PHILOSOPHY AND EDUCATIONAL GOALS

The discipline of Pathology is devoted to the definitive diagnosis and the understanding of the pathogenesis of human disease. In the Residency Program in Anatomic and Clinical Pathology at the Massachusetts General Hospital (MGH), we seek to train physicians who will become leaders in this field, whether in clinical practice, research, or a combination of these. We believe that a solid foundation of knowledge of human pathology and understanding of disease mechanisms is essential for either career goal. Both practitioners and researchers must, in addition, be skilled at synthesizing information, communicating it to others, and teaching. Our program recognizes that each distinct career path in pathology has an optimal blend of training experiences, which should be customized as much as possible within the constraints of the American Board of Pathology requirements. We have recently introduced more options for the individual resident, and changed the number of required rotations, optimally to accommodate this learning process.

The most important strengths of the MGH Pathology training programs are their high volume of challenging clinical material, the expertise and academic stature of the faculty, the daily involvement of the faculty in training the residents, the enthusiasm and high quality of our residents, the flexibility of our program for individual training pathways, and the strong international reputation of the MGH in both clinical and research activities.

The guiding principle of our program, as in most of postgraduate medical education, is that young physicians learn best by having responsibility for patient care in a supervised, supportive setting. Responsibility motivates learning, which is focused on solving the challenging problems presented by each patient. Therefore, training in all MGH Pathology programs emphasizes active resident involvement in all diagnostic services, whether AP or CP, allowing the resident to take primary responsibility for evaluating clinical specimens and communicating results to clinicians, under the supervision of more senior pathologists. In addition to independent study through reading stimulated by the cases, learning occurs at daily signout sessions, and at working and teaching conferences at which residents discuss their interpretation of pathologic findings and laboratory results with senior pathologists, present pathology and laboratory findings to clinicians, and review and present relevant literature. The faculty and fellows give formal lecture series in both AP and CP. Critically important are the innumerable informal discussions with staff and fellow residents that refine and solidify the knowledge gained.

## FACILITIES AND PERSONNEL

The Massachusetts General Hospital: The MGH, founded in 1811, is Harvard Medical School's original teaching hospital. MGH has approximately 930 beds and 43,300 admissions per year. Affiliated hospitals in the Partners HealthCare System include the Brigham and Women's Hospital, Dana Faber Cancer Institute, North Shore Medical Center, and several community hospitals. In addition to the MGH itself, the MGH Pathology Department staff provides pathology services for the Massachusetts Eye and Ear Infirmary, Cambridge Hospital, Shriner's Hospital for Children, Spaulding Rehabilitation Hospital, and Harvard and MIT Health Services.

The Pathology Service: The Anatomic Pathology laboratories are located in approximately 30,000 sq. ft. on six floors of the Warren Building and one floor of the adjacent Blake Building. The combined Clinical Laboratories are located mainly in the contiguous Jackson and Gray Buildings (approximately 30,000 sq. ft.). The Immunopathology and Electron Microscopy Units are located on the 5th Floor of the Warren Building. Research space includes over 40,000 sq. ft. divided among 4 main facilities at MGH and Charlestown.

Library Facilities: The Pathology Department's Mallory Library contains current pathology journals, Nature, Science, Cell, and others. A library for the use of the clinical pathology residents is adjacent to the Clinical Pathology residents' office. Both are open 24 hours a day. The hospital's Treadwell Library is well equipped with a wide range of journal titles, textbooks, and bibliographic search capabilities, and is open until 8:00 weekday evenings, and 4:00 p.m. on the weekend. Harvard Medical School's Countway Library is 3 miles away and is one of the largest medical reference libraries.

Information Management: Anatomic Pathology uses the Tamtron PowerPath computer system for specimen and data management. The Clinical Laboratories use the SunQuest system. All anatomic and clinical laboratory results are available on the Patient Care Information System (PCIS) of MGH. Nine desktop computers are available for the use of the residents. All are equipped to access Tamtron PowerPath and PCIS and have Internet access. BRS Colleague, Medline, and other information search tools are also available on these computers.

Photography and Text Slide Preparation: The Photography Unit in the Pathology Department takes gross photographs and photomicrographs, both film and digital. The Unit prepares projection slides for conferences and lectures, and also prints posters. The photographers teach residents these skills and are available for consultation. Residents are encouraged to photograph interesting specimens and are given copies for their own collections.

Personnel: The Pathology Service has 83 full-time M.D. and/or Ph.D. faculty. The APCP program presently has 31 residents; we have requested and have been approved for an increase in this number to 35. There are fellowships in Bone and Soft Tissue Pathology, Gynecologic Pathology, Cytopathology, Hematopathology, Neuropathology, Dermatopathology, Gastrointestinal Pathology, Immunopathology, Clinical Chemistry, Molecular Pathology Research, Renal Pathology and Transfusion Medicine. At least five NIH supported laboratory research fellowship positions are available for two to three years each.

# OVERVIEW OF PROGRAMS

## Anatomic Pathology (AP)

The Anatomic Pathology program includes 24 consecutive months of structured training in surgical pathology, autopsy pathology, cytopathology, and cytogenetics/molecular pathology. The first 18 of these 24 months constitute the same structured core rotations as the AP core of the APCP program. Rotations on most AP services are weekly; the first 11 weeks introduce the resident to each of the major rotations in one-week blocks. Surgical Pathology at MGH is specialized by organ system, and residents rotate among weeks on these specialized services (Bone and Soft Tissue, Breast, Dermatopathology, ENT, Gastrointestinal, Genitourinary, Gynecologic and Obstetric Pathology, Hematopathology, Immunopathology, Nephropathology, Neuropathology, Pulmonary and Cardiac Pathology), as well as in the Frozen Section Laboratory. The Autopsy Service is covered in weekly blocks in the first two years, including one 2-week Medical Examiner rotation. Residents spend 2 months in Cytopathology (4 weeks in each of the first 2 years). The resident chooses the rotations in the last 6 of the 24 months based on interests and career goals (community or subspecialty practice, or research). The third (flexible) year is structured according to career goals; for subspecialty or community practice, this typically includes time spent as Senior AP Resident which involves taking supervisory and teaching responsibility for junior residents, as well as doing subspecialty electives (see Third Year AP Resident, below). For those planning a research career, 2-3 years of laboratory research training are available via an NIH training grant. Qualified residents interested in Neuropathology or Dermatopathology may apply to enter the Anatomic Pathology-Neuropathology or the Anatomic Pathology-Dermatopathology training program after two years of Anatomic Pathology training. Two or three residents share the Chief resident responsibility for AP, in either their final year of residency or their credentialing year (if applicable).

## Clinical Pathology (CP)

The Clinical Pathology program includes an initial 12 months of basic structured training, with rotations in Clinical Chemistry, Microbiology, Hematology/Coagulation, Immunology, Transfusion Medicine, and Laboratory Management, followed by 6 months of advanced structured training as CP Senior Residents. Senior Residents have 12 weeks of required rotations (Blood Bank, HLA, Cytogenetics, Molecular Pathology and Flow Cytometry), and spend the remainder of their time on CP electives which may consist of service rotations through the CP laboratories or a CP research project. The responsibilities of the Senior Residents on the clinical services distinguish them from the first year residents. Among these responsibilities are assisting in the orientation of the first year residents to the service, helping first year residents to find appropriate resources, and providing backup for first year residents on call. In addition, the Senior Residents have some general CP responsibilities, including the organization of several conferences. The remaining 6 months of the second year include elective rotations with an opportunity to participate in laboratory development projects. Two second- or third-year Clinical Pathology residents or upper level APCP residents share CP Chief Resident responsibilities. The third (flexible) year may consist of advanced clinical study and research training. For those planning a research career, 2-3 years of laboratory research training are available via an NIH training grant.

## Anatomic and Clinical Pathology (APCP)

The combined APCP training program consists of 18-month structured cores in AP and in CP, followed by 12 months of advanced training in AP and/or CP via elective rotations or in a research laboratory (as in the AP or CP only programs). The combined program typically begins with a 12-month block of AP, followed by 12 months of CP. The most common pattern is AP1 ? CP1 ? AP2 ? CP2, however, for various reasons, an individual's schedule may differ, and many combinations are possible based on the desires of the resident and the needs of the program. Residents in the APCP program who have completed the AP and/or the CP structured core training are eligible to be considered for appointment as Senior or Chief residents on the AP and/or the CP service, respectively.

## Fellowship Opportunities

Up to three residents may be appointed as Surgical Pathology fellows, eligible to be considered for appointment as Chief Residents in Anatomic Pathology. The fellows sign out surgicals and autopsies, supervise and teach residents, and work on projects. In addition, fellowships are available in Bone and Soft Tissue Pathology (1 fellow/1 year), Clinical Chemistry (1 fellow/1 year), Cytopathology (1 or 2 fellows/1 year), Dermatopathology (3 fellows/1 year), Gastrointestinal Pathology (1 fellow/1 year), Gynecologic Pathology (1 fellow/2 years), Hematopathology (1 or 2 fellows/1 year), Molecular Pathology Research (5 fellows/2-3 years), Neuropathology (2 fellows/2 years), Renal Pathology (1 fellow/1-2 years), and Transfusion Medicine (1 fellow/1 year), Women's Cancers (1fellow/1year). At least five NIH supported laboratory research fellowship positions are available for two to three years each. MGH residents who wish to apply for one of these fellowships do so through the relevant Fellowship Program Director for each. Selections are done by Fellowship Committees and are announced in spring of the year prior to the fellowship start date.

### TYPICAL APCP-4 RESIDENT'S EDUCATIONAL PROGRAM

12 MONTHS

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| First Year in Program | AP introduction # | | | AP core # | | Cyto-path. | Vaca-tion | AP core # | | | | |
| Second Year in Program | Hematopathology | | Hematology / Immunology | | Coagulation | | Vaca-tion | Blood Transfusion Service | | Microbiology | | Chemistry / Laboratory Management |
| Third Year in Program | AP core # | | Fore nsic Path. | Cyto-gen. / Mol. Path. | AP Selectives | Cyto-path. | AP Selec tives | Vaca-tion | AP Electives * | | | | |
| Fourth Year in Program | AP Senior Residency | | | | | | Vaca-tion | Blood Trans-fusion Service | Flow Cyto-metry | HLA | Cyto-gen. / Mol. Path. | CP Electives* /Research |

    \#    Weekly rotations among Autopsy, Frozen Section, and the major Surgical Pathology subspecialties
    \*    Additional Anatomic / Clinical Pathology experience in selected subspecialties or research projects

### TYPICAL AP-3 RESIDENT'S EDUCATIONAL PROGRAM

12 MONTHS



    \#    Weekly rotations among Autopsy, Frozen Section, and the major Surgical Pathology subspecialties
    \*    Additional Anatomic Pathology experience in selected subspecialties or research projects

### TYPICAL CP-3 RESIDENT'S EDUCATIONAL PROGRAM

12 MONTHS



    \*    Additional Clinical Pathology experience in selected subspecialties or research projects

## ANATOMIC PATHOLOGY

In Anatomic Pathology, a central skill in diagnosis is the "training of the eye," which is best done by seeing a large number of well-characterized cases as unknowns, followed by one-on-one teaching by experts who provide definitive answers as to diagnosis and pathogenesis (at least at the current level of understanding). This is best accomplished by having the opportunity to see a large volume of specimens over a long period of time, and to be given responsibility for gross and microscopic analysis that is appropriate to the level of training. The best way to learn anatomic pathology is thus for the trainee to observe the specimen (gross and/or microscopic), formulate an opinion as to the disease process and further evaluation, commit to this opinion either verbally or in writing, and then have the opportunity to review the case with a more experienced pathologist. At MGH, this is accomplished by placing the residents in the front line of specimen handling: most surgical pathology specimens and all autopsies are first seen by a resident, who becomes responsible for their management, under the supervision of a senior staff pathologist or fellow. Additional exposure to specimens is provided in teaching conferences at which gross and microscopic features of virtually all the interesting, unusual, or difficult autopsy and surgical pathology cases as well as many cytopathology specimens are presented.

The AP laboratories of MGH are responsible for over 70,000 surgical specimens, 63,000 cytology preparations, and 360 (soon to be 500) autopsies per year. In addition, a joint cytogenetics laboratory with the Brigham and Women's Hospital performs over 7,000 cytogenetic analyses per year and over 1,000 molecular genetic tests per year. The core AP rotations include approximately 14 weeks of rotations in Autopsy, 42 weeks in Surgical Pathology, 8 weeks in Cytopathology, 3 weeks in Cytogenetics/Molecular Pathology, 2 weeks in Forensic Pathology, 3 weeks in Neuropathology, and 3 weeks in renal pathology, immunopathology, and electron microscopy. Six additional months of Anatomic Pathology are devoted to "selective" rotations in which the resident desires or needs more experience. Five formally trained Pathologist's Assistants and three Surgical Pathology technicians process most small and many large specimens, once the resident has demonstrated competence. Because of our present limited total number of residents, not all rotations have a resident at all times: on average, two surgical pathology rotations are without a resident. Over the usual course of two years in AP, each resident will eventually be responsible for approximately 6,000 surgical specimens, 70 autopsies, and 1,500 cytopathology specimens. Many additional cases are also seen at conferences and in consultation.

### Supervision and Evaluation

Residents on the AP services are directly supervised by a staff pathologist (or occasionally a fellow) who bears ultimate responsibility for the correct handling and diagnosis of all specimens on the rotation. The staff pathologist reviews the gross specimens as necessary, and reviews all microscopic slides on all cases.

Residents on AP are evaluated at the end of each weekly rotation. The faculty who have worked with the resident discuss the resident's progress during the course of the rotation and fill out an electronic assessment form at its end. The Program Director meets with each resident at least twice a year to review all evaluations and offer career counseling. Any serious or urgent problem with a resident's performance is addressed immediately, without waiting for the evaluation process.

# *SAMPLE CONTRACT*

# GRADUATE TRAINEE BENEFITS AND RESPONSIBILITIES

*Applies to: All Interns and Residents, and to all Clinical and/or Clinical and Research Fellows enrolled in any clinical training program accredited by the Accreditation Council for Graduate Medical Education (ACGME).*

This document describes generally your responsibilities and benefits as a*[n]* *[insert Intern, Resident, Clinical Fellow or Clinical and Research Fellow]* (hereinafter "Graduate Trainee") for the one year beginning July 1, 2004. It also describes certain of the Hospital's responsibilities to you and includes certain policies applicable to graduate trainees.

Engagement:
The Hospital hereby engages the graduate trainee as a _____ (1st, 2nd, 3rd, etc.) year graduate trainee in the Pathology Program. The graduate trainee acknowledges that this engagement is subject to the bylaws, policies and procedures of the Hospital's Professional Staff (see below) and the Department of Pathology, and is contingent upon:
(a) successful completion of the Hospital and Department credentialling process, and appointment by the Board of Trustees
(b) fulfillment of the medical licensure requirements of the Massachusetts Board of Registration in Medicine
(c) maintenance of an appropriate appointment to the Professional Staff.

Trainee Responsibilities:
1. The graduate trainee shall:
- develop a personal program of learning to foster continued professional growth with guidance from the teaching staff
- participate in safe, effective and compassionate patient care under supervision, commensurate with his/her level of advancement and responsibility
- participate fully in the educational and scholarly activities of the training program
- participate in institutional programs, councils or committees and other medical staff activities, as appropriate
- adhere to established practices, procedures and policies of the Hospital, the Hospital's Professional Staff and the Department
- participate, when nominated and/or selected by their peers, on institutional committees whose actions affect graduate medical education and/or patient care
- participate in evaluating the quality of education provided by the training program, by submitting at least annually confidential written evaluations of the faculty and of the educational experience.

2. In addition, the graduate trainee shall:
- provide patient care, under appropriate supervision, as assigned by the training program director or his/her designee, consistent with the educational goals of the program and the highest standards of patient care. ("Patient care" includes responsibility for associated documentation in the medical record, which should be completed in a timely fashion, and attendance at patient care rounds as assigned.)
- assume responsibility, as called upon, in teaching more junior trainees and medical students, within the scope of the training program
- attend didactic conferences as indicated by the training program director
- undertake other responsibilities as specified by the individual training program which may include a research project, completion of examinations, maintenance of procedure logs or other items
- develop an understanding of ethical, socioeconomic and medical-legal issues that affect graduate medical education and of how to apply cost containment measures in the provision of patient care

- comply with institutional requirements for annual health and safety training, vaccinations and TB testing.

3. Prior to completion of the program the graduate trainee shall satisfy the following requirements, and provide written documentation to the training program director, where appropriate:
(a) all United States Medical Licensing Examination requirements, or pass an acceptable equivalent examination
(b) all published program and/or ACGME requirements for board or other certification
(c) any other requirements for obtaining a full medical license.

These are conditions for issuance of a certificate of completion of the training program.

Program Responsibilities:
The Hospital will provide:
(a) a suitable academic environment for educational experience in the graduate trainee's specialty or subspecialty area
(b) a training program that strives to meet and exceed the standards of the Essentials of Approved Residencies prepared by the Accreditation Council for Graduate Medical Education, when such Essentials apply
(c) upon satisfactory completion of the training program, documentation of completion.

Compensation and Benefits:
1. For the period of this engagement, the graduate trainee's annual salary will be as specified in the attached schedule of salaries for the graduate trainee's particular year of training.

2. A summary of the graduate trainee benefits package, which includes health, life and disability insurance options, is attached. Additional information is available from the Human Resources Department and is provided at the time of matriculation and/or annual enrollment.

3. The Partners Employee Assistance Program (EAP) provides confidential professional assistance and counseling to employees (including graduate trainees) and their families. Their services include psychological and other support services and counseling for personal and family issues (e.g., medical care, substance abuse, work-related stress, financial concerns, relationship issues, domestic violence, etc.)

4. Job-related health services are provided to all employees (including graduate trainees) by Partners Occupational Health Services. Evaluation of any job-related injury or exposure is provided at no charge.

5. The Department of Pathology will provide you with specific information regarding on-call rooms, uniforms, meals, beepers, e-mail access and laundry services, as applicable.

Policies and Procedures:
1. In accordance with recommendations included in the ACGME General Requirements, copies of the following policies, as currently in effect, are attached:

- Graduate Trainee Adverse Action Process
- Graduate Trainee Leave Policy
- Graduate Trainee Redress of Grievance Policy
- Graduate Trainee Moonlighting (i.e., Professional Activities Outside the Educational Program) Policy.

2. There are Partners/Hospital policies prohibiting sexual and other forms of harassment and providing a process by which allegations of workplace harassment may be reviewed. The Hospital also has a policy regarding physician impairment due to substance (drug or alcohol) abuse. These policies, along with several other important policies as currently in effect, are included in the Partners House Officers' Manual* and will be given to a matriculating graduate trainee on or about the start of the academic year, or sooner, upon request.

3. During the term of this contract, you will not engage in any professional activities outside the scope of this training program (i.e., moonlighting is prohibited).

Professional Liability Insurance:
1. The Hospital shall provide appropriate professional liability coverage. The coverage presently is provided through the Controlled Risk Insurance Company, Ltd. (CRICO). The limit of liability currently is $5 million per claim and $10 million annual aggregate per physician.

2. This coverage provides legal defense and protection against awards from claims for which the graduate trainee would be liable reported or filed after the completion of training if the alleged acts or omissions of the graduate trainee occurred within the scope of the education program.

3. Insurance provided by the Hospital generally applies only to activities performed within the scope of the training program and approved affiliations, and for moonlighting activities if (a) in compliance with the attached Graduate Trainee Moonlighting Policy and (b) approved in writing by the Department Chief or his/her designee.

4. The CRICO program requires, among other things, that physicians report incidents and claims to the Hospital's Risk Management Office. You may refer to the Partners House Officers' Manual* for further details.

5. Graduate trainees shall not be liable in a suit for damages as a result of an act of omission related to rendering care in an emergency under the Commonwealth of Massachusetts "Good Samaritan" law.

Release of Information:
The graduate trainee understands and agrees that, should another institution, organization or individual to which the graduate trainee has applied for a position request a reference from the Hospital, the Hospital may share any and all appropriate information that it possesses concerning the graduate trainee, including information relating to any discipline, suspension or termination from the Program or the Hospital, or perceived inability to practice within commonly accepted standards of care. The graduate trainee hereby authorizes the Hospital to release such information under these circumstances at any time, provided such information is given in good faith and without malice.

Conditions for Re-engagement and Continuation in the Program:
1) This term of engagement expires at the end of the period defined above, unless sooner terminated in accordance with applicable policies. The engagement will be renewed by written notification to the graduate trainee upon successful evaluation by the training program director and/or Department Chief as to the graduate trainee's ability to continue with the Program, and satisfaction of the other conditions as stated below:
   a) Re-appointment to the Staff and maintenance of appropriate appointment; and
   b) Successful completion of the assigned post-graduate level of the training program, as determined by the training program director. In making this determination the training program director may consider input from supervising attending physicians, chief residents and others who have worked closely with the graduate trainee during the period of this engagement. The training program director may also consider the results of an in-training examination, where applicable. The graduate trainee must, at a minimum, have completed responsibilities as appropriately assigned within the scope of the training program and attained the knowledge and skill necessary to progress to the next level of post-graduate training.
2) In instances where this engagement will not be renewed (other than by mutual agreement or program completion) you will be given written notice no later than four months prior to the agreement termination date shown above, unless the cause for and decision to not renew occurs within the last four months of the term of this agreement. In all cases, the maximal notice practicable regarding a decision not to renew will be provided. You may exercise your rights under the Graduate Trainee Adverse Action Process if you are notified that your contract will not be renewed.

Note: The <u>Partners House Officers' Manual</u>* contains a copy of the bylaws of the Professional Staff and institutional policies regarding Residency Reduction/Closure, Resident Duty Hours, Conditions for Reappointment and other policies of interest to graduate trainees.

*http://www.partners.org/departments/teaching/gme/homdir.htm

SIGNED:

_____   _____
*Graduate Trainee (type in name here)*                                                              Date


_____   _____
*W. Stephen Black-Schaffer, M.D.*                                                                   Date
*Director, Pathology Training Program*

Enclosures:

- *Academic Year 2003-04 schedule of Resident Salaries by Post-Graduate Year.*
- Summary of benefits
- Current policies regarding Graduate Trainee:
1. Leave
2. Redress of Grievance
3. Adverse Action Process
4. Professional Activities Outside the Educational Program (Moonlighting is not permitted by the Department)

# PARTNERS HEALTHCARE SYSTEM, INC.

## RESIDENT SALARIES BY POSTGRADUATE YEAR

*ACADEMIC YEAR 2003-2004*

Brigham and Women's Hospital

Massachusetts General Hospital

Spaulding Rehabilitation Hospital

| PGY | SALARY |
|---|---|
| 1 | $43,685. |
| 2 | $45,649. |
| 3 | $47,805. |
| 4 | $50,677. |
| 5 | $54,165. |
| 6 | $56,818. |
| 7 | $60,358. |

# Partners Residents Benefits

101 Merrimac Street, 5th Floor
617-726-8133

**Partners Benefits**
The following is a brief description of the Partners Residents Benefits program. To be eligible for benefits, you must be regularly scheduled to work at least 87 hours per month at a standard hospital salary of at least $833.34 per month.

Total Choice
Total Choice is designed to give you the flexibility to customize a benefits program that meets your needs (and the needs of your family). Each year, you have the opportunity to change your coverage in response to new life events and your family's changing needs. Partners provides core benefit coverage and also provides "Choice Pay", which you allocate toward the purchase of those benefits which best address your current needs. The amount of Choice Pay you receive changes annually; for 2002 it is $133.25.

You may use your Choice Pay to pay for benefit coverage, to accumulate savings for retirement, or you may elect to receive it as taxable compensation. It is your decision during each annual enrollment period how to allocate your Choice Pay for the next year.

Medical Coverage
You have a selection of six plans, representing the full spectrum of healthcare program offerings, from fee-for-service to HMOs: Master Health Plus, Partners Plus, Partners Value, Harvard Pilgrim Health Care, Neighborhood Health Plan and Tufts Health Plan.

You receive an additional Medical Choice Pay allocation (only if you elect medical coverage) toward the purchase of health coverage, which varies depending on your level of coverage; employee only, employee plus spouse/same-sex partner, employee plus children or family.

Pharmacy Coverage
If you enroll in a medical plan, you will automatically be enrolled for pharmacy coverage. The pharmacy benefit is provided through Merck-Medco and provides prescription drug coverage using a network of participating pharmacies or mail order service.

Dental Coverage
You may select from two Delta Dental plans: Major and Basic Dental. You receive an additional Choice Pay allocation (only if you elect dental coverage) toward the purchase of dental coverage which varies depending on your level of coverage: employee only, employee plus spouse/same-sex partner, employee plus children or family.

Vision Coverage
Davis Vision provides coverage for basic vision services using a network of participating optometrists. A reduced level of benefit is available for out-of-network services.

Long Term Disability
You may elect a 60% or 80% pay continuation benefit. By enrolling for Long Term Disability coverage, if you become disabled you will receive monthly income and your medical, dental, vision and basic life insurance coverage will continue. The plan has loan repayment options, a portability provision and a feature that allows residents to protect against future earnings loss due to disability.

Life Insurance and Accidental Death and Dismemberment (AD&D)

You receive one times your pay in life insurance as part of your core benefit program. You may choose to purchase AD&D coverage or additional life insurance to increase your level of coverage, or you may purchase coverage for your spouse/same-sex partner and/or dependent child(ren).

Tax Saver Accounts
You may establish reimbursement accounts for health care and/or dependent care expenses. These accounts are used to set aside pre-tax dollars to reimburse dependent care expenses and/or uninsured health care expenses. The annual maximum for the Health Care Account is $3000.00, and the maximum for the Dependent Care account is $5000.00 per family. (The IRS prohibits using reimbursement accounts to reimburse yourself for expenses incurred by domestic partners or their dependent children)

Retirement
Tax sheltered annuities (TSA - 403B plan) permits you to voluntarily save on a pre-tax basis through salary reduction for retirement with the following vendors: TIAA-CREF, Fidelity and Vanguard.

# GRADUATE TRAINEE REDRESS OF GRIEVANCE POLICY

1. Grievances pertaining to the Training Program should first be directed to the Training Program Director in writing, and copied to the Service Chief and the Director of Graduate Medical Education. If the Graduate Trainee prefers to request advice about a possible grievance in lieu of directing a complaint to the Training Program Director, s/he should contact the Director of Graduate Medical Education (GME) or the GME Administrator.

2. A written response to the grievance should be provided by the Training Program Director within two weeks. If no response is received or if the response is not satisfactory to the Graduate Trainee, the Graduate Trainee should contact the Director of Graduate Medical Education. The Director of Graduate Medical Education will meet with the Graduate Trainee and the Training Program Director if further information is needed and will present the issue to either the Hospital-based GME Committee or the Partners Education Committee for resolution.

# GRADUATE TRAINEE MOONLIGHTING POLICY
## Policy regarding professional activities outside the scope of the educational program

**Note**: This policy addresses professional activities that you may undertake as a physician outside the scope of your graduate medical education program (hereafter referred to as "moonlighting"). **Work within the institution (as well as at other health care institutions) is considered moonlighting if it is not part of your residency or fellowship program and is therefore optional and separately paid.** This definition pertains even if the work is supervised by attending physicians and even if it is identical to activities that are part of your residency or fellowship program. Moonlighting cannot be required of you by your Program Director or Chief of Service.

As a Graduate Trainee, your training experience and responsibilities must have your highest professional priority at all times. All clinical trainees must be available, alert and fully responsive and responsible for all of their clinical and training activities at the Hospital(s); no activities outside the scope of the training program should interfere with these learning opportunities and their attendant service responsibilities.

You should be aware that, under Massachusetts Board of Registration in Medicine regulations, you will be required to list on your Hospital re-appointment application form all health care facilities at which you have provided any patient care over the previous three years.

**Activities outside the scope of the training program:**
Given the clear priority of training, the leadership of each Program decides whether its training requirements are compatible with any professional activities outside the scope of the training program. The Chief of Service has the right to prohibit all types of moonlighting for his/her trainees. If you wish to engage in such activities and your Chief does not prohibit participation in such additional professional activities, you **must** accomplish the following steps*:

1. You **must** obtain a full Massachusetts medical license.
2. Prior to accepting any moonlighting responsibilities, you **must** submit to your Chief and/or Program Director in writing a letter listing the institutions for moonlighting activities, the scope of the proposed activities and the maximum number of hours (per week and per month) of proposed moonlighting
3. You **must** receive from the Chief and/or Program Director a signed copy of the letter, indicating permission to proceed.
    - It is the responsibility of the moonlighting trainee to update this letter (and have it signed again by the Chief and/or Program Director) when necessary to reflect proposed changes to the number of hours spent in moonlighting activities and/or the sites where moonlighting occurs.
    - It is the responsibility of the Program Director to ensure that a copy of this letter is kept in your file, as required by the ACGME.
    - **No outside professional activities may be undertaken during the weekday hours of 8:00 a.m. to 6:00 p.m. (except during vacation periods) without the express written permission of the Chief and/or Program Director.**
4. You **must** arrange for your own malpractice insurance to cover professional activities outside the educational program through: (a) the institution at which you will be moonlighting; (b) Promutual; or (c) extension of your CRICO insurance, which may be approved in specific circumstances as described below.

*Please note: In addition to the parameters outlined in this policy, **most residents and fellows employed on a J-1, H-1B or O-1 visa are ineligible to moonlight or have further restrictions imposed by the Immigration and Naturalization Service (INS) and must abide by their policies.** See last section below for details.

**Authorized use of CRICO Malpractice Insurance:**
You are generally covered for malpractice through the Controlled Risk Insurance Company (CRICO) **only** for activities performed within the scope of your formal training program at the Massachusetts General Hospital, the Brigham and Women's Hospital and defined affiliates. CRICO will extend coverage in some specified circumstances. You must refer to the CRICO Insurance Manual for details and must comply with the required procedures for extending coverage.

-60-

PGY 1 and 2 Residents: CRICO will **not** extend malpractice insurance for PGY-1 or PGY-2 interns/residents.

PGY-3 Residents: If your Chief/Program Director authorizes you to moonlight, you may request that your CRICO malpractice insurance cover such professional activities outside the scope of the educational program.

    Moonlighting within the Harvard medical system: CRICO coverage requires that there is an exchange of letters between the Chief of Service at the institution where the resident is scheduled for malpractice insurance and the Chief of Service where the resident plans to moonlight.

    Moonlighting outside the Harvard medical system: The following additional criteria articulated by CRICO must be met:
1. There must be an exchange of permission letters between the Chiefs of Service at the training institution and the moonlighting site(s);
2. A moonlighting waiver form and checklist must be signed by your Chief "for each rotation during which extended coverage is requested";
3. You may moonlight "only during research rotations, subspecialty rotations and other rotations with lighter clinical call. Residents who moonlight during research rotations must remain on the schedule of insured physicians maintained by the Named Insured";
4. You "may not moonlight in an emergency room outside the Harvard medical system unless enrolled in the Harvard Affiliated Emergency Medicine Residency Program. If a resident is enrolled in this program, the guidelines stipulated for fellows will apply."
5. You "may not exceed the maximum number of hours per week that the [resident's] hospital has defined...".
6. You must fully complete and sign the "3rd year resident" waiver form and complete the application procedure as defined in the CRICO Insurance Manual.

PGY-4 (and above) Residents:
As above for PGY-3 residents, except that numbers 2, 3 and 6 under "Moonlighting outside the Harvard medical system" do not apply.

Fellows: CRICO insurance coverage may be extended to fellows for services outside the scope of their hospital training, within or outside of the Harvard medical system, with the express written approval of the Chief of Service as evidenced on the appropriate waiver form. Additional criteria apply for fellows moonlighting in emergency rooms outside of the Harvard Medical System; please consult the CRICO Insurance Manual for details.

Note: The above requirements apply only to moonlighting at Massachusetts hospitals. CRICO may cover moonlighting outside of Massachusetts in some circumstances. Please check the CRICO Insurance Manual for details.

Moonlighting information for International Medical Graduates **(Holders of F-1, J-1, H-1B or O-1 Visas)**:
- F-1—Practical Training: Eligible to moonlight.
- J-1—Exchange visitor: Activity and/or compensation outside the defined parameters of the approved residency or fellowship training program is **not** permitted.
- H-1B: Employer-specific and limited to the position and duties included in the employer's application to INS. The H-1B visa application may include services provided at multiple locations, provided that the application includes mention of said multiple locations. Employment with a separate employer (i.e., most moonlighting) exceeds a typical H-1B application. An outside employer who wishes to employ a "moonlighter" **must** file an application with INS to employ the resident or fellow.
- O-1—Alien of Extraordinary Ability: See restrictions described for the H-1B visa.

**Template Letter Between Resident/Fellow Requesting Moonlighting Privileges and the Program Director or Chief:**

Dear Dr. _____(Chief) and Dr. _____(Program Director):

Date: _____

I hereby request permission to engage in professional activities outside the scope of my residency/fellowship training program (i.e., "moonlighting"). Specifically, I request permission to work at the following health care facilities:

*(note: include "home" institution/s, if applicable)*

1)
2)
3)
4)

I will limit the hours of moonlighting to a maximum of \_\_\_ per month, and will not allow my "duty hours"—including the sum of time spent in the training program plus time moonlighting—to exceed limits set by the _____*[(sub)specialty]* RRC. The RRC duty hours requirements include: _____*[to be copied from acgme.org/program requirements]*. I recognize that the residency/fellowship program is my highest professional priority and I will not let additional professional activities interfere with this. I have read and understand the Partners Graduate Trainee Moonlighting Policy and will abide by it.

Sincerely,

_____
(Signed by Graduate Trainee)

Approved by: _____(Chief and/or Program Director)

Date: _____