# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

DR. JAMES J. TIESINGA,    :

           :   No. 3:02CV1573 (MRK)

     Plaintiff,   :

           :

v.           :

           :

DIANON SYSTEMS, INC. AND  :

ETHEL JANEGA     :

     Defendants. :

## MODIFIED SCHEDULING ORDER

Defendants' Motion For Extension Of Time, To Enforce Court Order And For Fees [doc. # 124], dated October 20, 2005, is DENIED AS MOOT because the parties have reached agreement on all issues.  The following modified schedule for the employment action brought individually by Dr. Tiesinga shall govern:

1. **Discovery:**  All discovery, including all discovery relating to expert witnesses, will be completed (not just propounded) by **January 7, 2006**.

2. **Expert Discovery**: Plaintiff shall respond to Defendants' Third Interrogatories To Plaintiff no later than **November 7, 2005**.  Defendants' experts reports will be served by **December 7, 2005**.  All depositions of experts will be completed by **January 10, 2006**.

3. **Dispositive Motions:** Dispositive motions, if any, including all motions to exclude testimony of experts pursuant to Fed. R. Evid.702-05 and the *Daubert  v. Merrill Dow Pharm., Inc.,* 509 U.S. 579 (1993) line of cases shall be filed by **February 10, 2006**.

4. **Trial Memorandum:** If no dispositive motions are filed, the Parties' Joint Trial Memorandum (instructions are attached) is due **March 1, 2006**.  If dispositive motions are filed, the Joint Trial Memorandum is due 30 days after the Court's decision on the dispositive motion.

5. **Trial Ready Date:** If no dispositive motions are filed, the case will be considered trial ready on **March 1, 2006**.  If dispositive motions are filed, the case will be

considered trial ready immediately after the filing of the parties' Joint Trial Memorandum.

6.     **Status Conference:** A TELEPHONIC STATUS CONFERENCE WILL BE HELD ON **JANUARY 18, 2006 AT 8:30 A.M**.  Plaintiff's counsel will initiate the conference call.  The parties will file a joint status report (instructions attached) with the Clerk's Office no later than **January 11, 2006**.  The telephonic status conference previously scheduled for December 9, 2005 is canceled.


IT IS SO ORDERED.


/s/ _____Mark R. Kravitz_____
United States District Judge


**Dated at New Haven, Connecticut on: <u>October 31, 2005</u>.**

2

RE:    **CASE NO. 3:02cv1573 (MRK)**
----------------------------------------------------------------

TO:    **COUNSEL OF RECORD:**


----------------------------------------------------------------

On or before **January 11, 2006,**

THE PARTIES SHALL FILE WITH THE CLERK'S OFFICE [with certification copies sent to all counsel of record] AN ORIGINAL JOINT STATUS REPORT, STATING THE FOLLOWING:

(a) THE STATUS OF THE CASE, IDENTIFYING ANY PENDING MOTIONS, OR ANY CIRCUMSTANCES POTENTIALLY INTERFERING WITH THE PARTIES' COMPLIANCE WITH THE SCHEDULING ORDER;

(b)  INTEREST IN REFERRAL FOR SETTLEMENT PURPOSES TO A UNITED STATES MAGISTRATE JUDGE OR TO THE DISTRICT`S SPECIAL MASTERS PROGRAM;

(c)  WHETHER THE PARTIES WILL CONSENT TO A TRIAL BEFORE A MAGISTRATE JUDGE; AND

(d)  THE ESTIMATED LENGTH OF TRIAL.

NO STATUS REPORTS WILL BE ACCEPTED VIA FACSIMILE.


BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK