## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA <br> ex rel. DR. JAMES J. TIESINGA, <br><br> Plaintiffs, <br><br> v. <br><br> DIANON SYSTEMS, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 3:02CV1573(MRK) <br> ) <br> ) <br> ) December 5, 2005 <br> ) <br> ) |

## UNITED STATES' MOTION, ON CONSENT, FOR ENTRY OF PROTECTIVE ORDER GOVERNING THE DISCLOSURE OF HEALTH INFORMATION

Pursuant to Fed. R. Civ. P. 26(c), the United States, with the consent of the defendant and the relator, respectfully moves for entry of a protective order governing the disclosure of health information in the *qui tam* portion of this case. The purpose of this order is to protect the confidentiality of individually identifiable health information that may be exchanged by the parties during discovery.

A proposed protective order, signed by all parties to the *qui tam* action, is attached hereto.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KEVIN J. O'CONNOR
United States Attorney

ORAL ARGUMENT IS NOT REQUESTED

                /s/
RICHARD MOLOT
Assistant United States Attorney
Federal Bar No. CT21676
157 Church Street
New Haven, Connecticut 06510
Richard.Molot2@usdoj.gov
(203) 821-3700


                /s/
MICHAEL F. HERTZ
JOYCE R. BRANDA
PATRICIA R. DAVIS
RYAN FAYHEE
Attorneys, Civil Division
Commercial Litigation Branch
Post Office Box 261, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-0240
Attorneys for the United States

CERTIFICATION OF SERVICE

I hereby certify that on this 5th day of December 2005, a true and correct copy of the United States' Motion, on Consent, for Entry of Protective Order Governing the Disclosure of Health Information, was served by first class mail:

>Bryan T. Carmody, Esq.
>Maya & Associates, P.C.
>266 Post Road East
>Westport, CT 06880
>
>Robert Salcido, Esq.
>Akin Gump Strauss Hauer & Field, LLP
>Robert Strauss Building
>1333 New Hampshire Ave, NW
>Washington, D.C. 20036

/s/
RICHARD MOLOT
ASSISTANT U.S. ATTORNEY