UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------x
DR. JAMES J. TIESINGA
                     Plaintiff,

Vs.                                            CIVIL ACTION NO. 3:02 CV 1573 (MRK)

DIANON SYSTEMS, INC. and ETHEL JANEGA,

                     Defendants.            **JOINT STATUS REPORT**
---------------------------------------------x

Pursuant to this Court's Order of October 31, 2005, Epstein, Becker & Green, P.C., counsel for defendants Dianon Systems, Inc. and Ethel Janega, in concert with Maya & Associates, P.C., counsel for Plaintiff James J. Tiesinga, submit the following Joint Status Report:

(A)    **The Status of the Case, any Pending Motions or Any Circumstances Potentially Interfering with the Parties Compliance with the Scheduling Order.**

<u>Plaintiff:</u>

    The Plaintiff was not able to depose the Defendants' expert witness, Dr. Stuart Kleinman, by the January 10, 2006 deadline imposed by the Scheduling Order.

    The Defendants recently informed the Plaintiff that Dr. Kleinman, whose hourly rate is $425.00, required a fee of $4,000 for his deposition. The Plaintiff inquired if Dr. Kleinman would accept compensation limited to the actual length of his deposition. The Defendants reported Dr. Kleinman insisted upon a fee of $4,000, regardless of the actual length of his deposition.

Defendant:

Recently acquired evidence revealed that the only documentation of Plaintiff's HIV positive status was based on a blood sample drawn by Plaintiff himself. Accordingly, Defendants have requested that Plaintiff submit to an independent medical examination to verify his HIV positive status.

No motions are pending in this matter.

**(B)    Interest in Referral for Settlement Purposes to a United States Magistrate Judge or to the District's Special Masters Program.**

The parties are interested in such a referral, and respectfully request the services of either Magistrate Smith or Martinez.

**(C)    Whether the Parties Will Consent to a Trial Before a Magistrate Judge.**

The parties do not consent to trial by a Magistrate Judge.

**(D)    The Estimated Length of Trial.**

The parties estimate that this trial will take three to four weeks.

                                          **EPSTEIN BECKER & GREEN, P.C.**
Attorneys for Defendants
Dianon Systems, Inc. and Ethel Janega

By: _____
Mary A. Gambardella (ct #05386)
  mgambardella@ebglaw.com
One Landmark Square, Suite 1800
Stamford, CT  06901-2601
(203) 348-3737

Kerry M. Parker
  kparker@ebglaw.com
Michael D. Thompson
  mdthompson@ebglaw.com
Epstein Becker & Green, P.C.
Two Gateway Center, 12th Floor
Newark, New Jersey  07102
(973) 642-1900

DATED:  January 11, 2006

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day I caused the original of the foregoing Joint Status Report to be served upon plaintiff via facsimile and overnight mail to:

| | |
|---|---|
| Bryan T. Carmody, Esq. | Richard Molot, Esq. |
| Maya & Associates, P.C. | U.S. Attorney's Office-NH |
| 266 Post Road East | 157 Church St., 23rd floor |
| Westport, CT 06880 | PO Box 1824 |
| | New Haven, CT 06510 |

_____

Dated: January 11, 2006