UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------X

DR. JAMES J. TIESINGA *ex rel.* UNITED
STATES GOVERNMENT, and DR. JAMES
J. TIESINGA,

                Plaintiffs,

*Vs.*

DIANON SYSTEMS, INC. and ETHEL
JANEGA,

                Defendants.

---------------------------------------------X

CIVIL ACTION NO. 3:02 CV 1573 (MRK)

**JOINT MOTION FOR AN
EXTENSION OF TIME**

Plaintiff, Dr. James J. Tiesinga, and defendants, Dianon Systems, Inc. and Ethel Janega, hereby jointly move this Court for an Order (i) holding in abeyance all discovery issues and applications by and among the parties pending the conclusion of private mediation among the parties; (ii) adjourning without date the deadline dates set forth in the Modified Scheduling Order entered on October 31, 2005 for the filing of dispositive motions and trial memorandum, and adjourning the trial ready date set forth in said order; and (iii) scheduling a telephonic status conference, if necessary, following the conclusion of mediation.

During the telephonic status conference held on January 18, 2006, counsel for the parties advised the Court that the parties had agreed to submit this matter to private mediation and had agreed upon the selection of a mediator. During the conference, the Court indicated that outstanding discovery issues and other deadlines in place could be postponed pending mediation. However, as a result of a disagreement between the parties with respect to various discovery issues, the Court left the Modified Scheduling Order of October 31, 2005, and the parties were directed to file appropriate motions.

NE:178698v1

The parties have now reached agreement, subject to the Court's approval of the schedule, to hold in abeyance all discovery issues and motions pending the conclusion of the mediation and to postpone the deadlines for the filing of dispositive motions and trial memorandum until the conclusion of the mediation.

The parties have agreed to mediate the case on or about February 15, 2006 and have scheduled that date with the mediator. For this reason, the parties respectfully request that the Court enter an appropriate order reflecting the parties' agreement.

WHEREFORE, plaintiff and defendants respectfully request that the Court (i) hold in abeyance all discovery issues and applications by and among the parties pending the conclusion of private mediation among the parties; (ii) adjourn without date the deadline dates set forth in the Modified Scheduling Order entered on October 31, 2005 for the filing of dispositive motions and trial memorandum and adjourning the trial ready date set forth in said order; and (iii) schedule a telephonic status conference to be held, if necessary, following the conclusion of mediation.

**EPSTEIN BECKER & GREEN, P.C.**
Attorneys for Defendants
Dianon Systems, Inc. and Ethel Janega

By: _____
Kerry M. Parker (ct #26388)
kparker@ebglaw.com
Epstein Becker & Green, P.C.
Two Gateway Center, 12th Floor
Newark, New Jersey 07102
(973) 642-1900

- 3 -

                                      Mary A. Gambardella (ct #05386)
                                       mgambardella@ebglaw.com
                                    One Landmark Square, Suite 1800
                                    Stamford, CT  06901-2601
                                    (203) 348-3737

DATED:  January 20, 2006

NE:178698v1

## CERTIFICATE OF SERVICE

I hereby certify that on this day I caused the original of the foregoing to be served upon plaintiff via facsimile to:

>Bryan T. Carmody, Esq.
>Maya & Associates, P.C.
>266 Post Road East
>Westport, CT 06880
>Facsimile No. 202-221-3199

_____
Kerry M. Parker

Dated: January 20, 2006