# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : <br> *ex rel*. DR. JAMES J. TIESINGA, : <br> : <br> Plaintiffs, : <br> : <br> v. : <br> : <br> DIANON SYSTEMS, INC. and : <br> ETHEL JANEGA : <br> : <br> Defendants. : | No. 3:02CV1573 (MRK) |

## ORDER

For the reasons stated in an on-the-record telephonic conference on February 8, 2006, the Court issues the following Orders: **(1)** The United States' Motion to Strike Defendant Dianon Systems' Affirmative Defenses [doc. #116] is GRANTED in part and DENIED in part. The motion is granted with respect to the following: **(a)** Defendant's fourth affirmative defense (exhaustion); **(b)** any set-off defenses asserted in Defendant's fifth affirmative defense; and **(c)** any recoupment defenses asserted in Defendants' fifth affirmative defense that arise from claims other than those that the United States has specifically put at issue in this case. The motion is denied without prejudice to renewal with respect to any recoupment defenses arising from the specific claims that the United States has put at issue in the case. **(2)** Defendant's Motion to Dismiss the United States' Unjust Enrichment and Payment-by-Mistake Claims [doc. #118] is DENIED.

                                            IT IS SO ORDERED,

                                        /s/      Mark R. Kravitz
                                              United States District Court

**Dated at New Haven, Connecticut: February 8, 2005.**