UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DR. JAMES J. TIESINGA : | |
| : | Case No. 302 CV 1573 (MRK) |
| Plaintiff : | |
| : | |
| *versus* : | |
| : | |
| DIANON SYSTEMS, INC. and : | |
| ETHEL JANEGA : | March 30, 2006 |
| : | |
| Defendants. : | |

## MOTION FOR VOLUNTARILY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(2), the Plaintiff, by his counsel, hereby requests that, in light of the settlement reached by the parties in the above-captioned employment case, the Court dismiss the case with prejudice, without any award of attorneys' fees or costs for any party.

        Respectfully submitted,

        PLAINTIFF

        _____

        Bryan T. Carmody (ct 22514)
        Maya & Associates, P.C.
        266 Post Road East
        Westport, CT 06880
        203-221-3100

CERTIFICATE OF SERVICE

I hereby certify that on this _____ day of March 2006, I caused a true and correct copy of the foregoing to be served upon the following counsel of record by First Class Mail:

Kerry M. Parker, Esq.
Epstein Becker & Green, P.C.
*Attorneys for Defendants*
Two Gateway Center, 12th Floor
Newark, NJ 07102
973-639-8259


Richard Molot, Esq.
U.S. Attorney General's Office
*Attorneys for United States*
District of Connecticut
157 Church Street
New Haven, CT 06510

Robert Salcido, Esq.
Akin Gump Strauss Hauer & Field, LLP
*Attorneys for Defendants*
Robert Strauss Building
1333 New Hampshire Ave, NW
Washington, D.C. 20036

_____

Bryan T. Carmody (ct 22514)
Maya & Associates, P.C.
266 Post Road East
Westport, CT 06880
(203) 221-3100
(203) 221-3199 (facsimile)
bcarmody@mayalaw.com