UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DR. JAMES TIESINGA *ex rel.* : <br> UNITED STATES OF AMERICA : <br> and DR. JAMES TIESINGA, : <br>   : No. 3:02CV1573 (MRK) <br> Plaintiff, : <br>   : <br> v. : <br>   : <br> DIANON SYSTEMS, INC. et al., : <br>   : <br> Defendants. : | |

## ORDER

Plaintiff Dr. James Tiesinga's Motion for Voluntary Dismissal with Prejudice [doc. #143] is GRANTED.  Dr. Tiesinga's claims against Defendants are hereby dismissed pursuant to the parties' settlement.  All other claims in this case remain pending.

IT IS SO ORDERED,

/s/     Mark R. Kravitz
United States District Judge

**Dated at New Haven, Connecticut: April 21, 2006.**