UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA<br>ex rel. DR. JAMES J. TIESINGA,<br><br>    Plaintiffs,<br><br>v.<br><br>DIANON SYSTEMS, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)    No. 3:02 CV 1573(MRK)<br>)<br>)    April 25, 2006<br>)<br>)<br>) |

### UNITED STATES' MOTION FOR ADDITIONAL DEPOSITIONS

Plaintiff, the United States of America, hereby moves the Court to permit the plaintiff to take depositions beyond the limit of ten depositions set forth in Federal Rule of Civil Procedure 30. The reasons for the requested additional depositions are set forth in the accompanying memorandum in support of this motion.

The United States requests expedited consideration of this motion because, while there is time left in the schedule to accommodate the requested additional depositions, discovery closes at the end of July, so that the depositions would have to be scheduled before then.

    Respectfully submitted,

    PETER D. KEISLER
    Assistant Attorney General

    KEVIN J. O'CONNOR
    United States Attorney

    _____
    RICHARD M. MOLOT
    Assistant United States Attorney

    **ORAL ARGUMENT REQUESTED**

Federal Bar No. CT21676
157 Church Street
New Haven, Connecticut 06510
(203) 821-3700
Richard.Molot2@usdoj.gov


_____/s/_____
MICHAEL F. HERTZ
JOYCE R. BRANDA
PATRICIA R. DAVIS
RYAN FAYHEE
Attorneys, Civil Division
Commercial Litigation Branch
Post Office Box 261, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-0240
Facsimile: (202) 305-7797

Attorneys for the United States

CERTIFICATION OF SERVICE

I hereby certify that on this 25th day of April 2006, a true and correct copy of the United States' Motion for Additional Depositions, was served by first-class mail and electronic mail on:

>Bryan T. Carmody, Esq.
>Maya & Associates, P.C.
>266 Post Road East
>Westport, CT 06880
>bcarmody@mayalaw.com

>Robert Salcido, Esq.
>Akin Gump Strauss Hauer & Feld, LLP
>Robert Strauss Building
>1333 New Hampshire Ave, NW
>Washington, D.C. 20036
>rsalcido@akingump.com

>Bruce R. Parker
>Venable LLP
>1800 Mercantile Bank & Trust Bldg.
>2 Hopkins Plaza
>Baltimore, Md. 21201
>brparker@venable.com

_____
Richard M. Molot
Assistant U.S. Attorney