UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA<br>ex rel. DR. JAMES J. TIESINGA,<br><br>  Plaintiffs,<br><br>v.<br><br>DIANON SYSTEMS, INC.,<br><br>  Defendant. | )<br>)<br>)<br>)<br>)<br>)  No. 3:02 CV 1573(MRK)<br>)<br>)<br>)  April 25, 2006<br>)<br>) |

### DECLARATION OF COUNSEL FOR THE UNITED STATES

1. I am one of the counsel representing the United States in this action.

2. On or about April 11, 2006, the government requested the defendant Dianon Systems, Inc. (Dianon) stipulate that expert depositions not count against the ten-deposition limit contained in Rule 30. Counsel for Dianon, Robert Salcido, would not so stipulate. The government also asked Dianon to stipulate to additional depositions beyond the ten-deposition limit set forth in Rule 30. Counsel for Dianon, Robert Salcido, also would not stipulate to the additional depositions.

3. On or about April 20, 2006, before filing a motion for leave to conduct additional depositions, the government provided counsel for Dianon with a list of eight additional fact depositions the government wished to conduct and asked counsel whether Dianon would reconsider its position opposing any additional depositions.

4.  On or about April 24, 2006, Dianon's counsel informed the government that Dianon would stipulate to three additional depositions - Grant Carlson, William McDowell and Dr. Ann Marie Conner - for a total of thirteen depositions, if the United States would stipulate that Dianon could take an equivalent number of depositions. Counsel for the government informed counsel for Dianon that the government would stipulate that Dianon could also take a total of thirteen depositions, if needed. Counsel for the government also informed Dianon's counsel that the government still felt that the five other depositions - Mark Florio, Kim Hade, Dr. Jack Snyder, Dr. Margaret Johnson and the Lab Corp 30(b)(6) witness - were still necessary and for that reason the government would be filing a motion for leave to take these additional depositions.

I declare under penalty of perjury that the foregoing is true and correct to the best of my information and belief.

Richard M. Molot
Assistant U.S. Attorney

## CERTIFICATION OF SERVICE

I hereby certify that on this 25th day of April 2006, a true and correct copy of the Declaration of Counsel for the United States was served by first-class mail and electronic mail on:

> Bryan T. Carmody, Esq.
> Maya & Associates, P.C.
> 266 Post Road East
> Westport, CT 06880
> bcarmody@mayalaw.com
>
> Robert Salcido, Esq.
> Akin Gump Strauss Hauer & Feld, LLP
> Robert Strauss Building
> 1333 New Hampshire Ave, NW
> Washington, D.C. 20036
> rsalcido@akingump.com
>
> Bruce R. Parker
> Venable LLP
> 1800 Mercantile Bank & Trust Bldg.
> 2 Hopkins Plaza
> Baltimore, Md. 21201
> brparker@venable.com

_____
Richard M. Molot
Assistant U.S. Attorney