UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>ex rel. DR. JAMES J. TIESINGA, | ) <br> ) <br> ) | No. 3:02CV1573(MRK) |
| Plaintiffs, | ) <br> ) | |
| v. | ) <br> ) | **MOTION FOR ADMISSION**<br>***PRO HAC VICE*** |
| DIANON SYSTEMS, INC., | ) <br> ) | **OF BRUCE R. PARKER** |
| Defendant. | ) | |

The Defendant, Dianon Systems, Inc., by its counsel, Mary A. Gambardella, of Epstein Becker & Green, P.C., a member of the Bar of this Court, respectfully moves, pursuant to Local Rule 83.1(d) of the Local Rules of Civil Procedure for the District of Connecticut, for the admission of Bruce R. Parker, an attorney with the law firm Venable LLP, 2 Hopkins Plaza, Baltimore, Maryland 21204, as *pro hac vice* counsel for the said Defendant in association with the undersigned and other *pro hac vice* counsel admitted in the above-captioned matter. In support of this motion, the undersigned represents as follows:

1. Attorney Parker has been admitted to the following Bars and Courts:

    Maryland – 1978

    District of Columbia – 1993

    United States District Court for the District of Maryland – 1980

    United States Court of Federal Claims – 1992

    United States Court of Appeals for the Fourth Circuit -1981

2.  Attorney Parker is a member in good standing of all Bars to which he has been admitted and has never been the subject of any disciplinary proceedings.

3.  Attorney Parker has not resigned nor been denied admission, reprimanded, suspended or disbarred from the practice of law by this or any other court, nor does he have any grievances pending against him.

4.  Attorney Parker has not bee denied admission or been disciplined in accordance with Rule 83.2 of the Local Rules of Civil Procedure for this District and has not been denied admission or disciplined by any other court.

5.  Attorney Parker has specialized knowledge of the facts of this case and of the circumstances described by the allegations of the Complaint.

6.  Attorney Parker has not previously been admitted *pro hac vice* to the United States District Court of Connecticut.

7.  Attorney Parker has reviewed and is familiar with the Rules of the United States District Court for the District of Connecticut.

The Affidavit of Bruce R. Parker has been annexed hereto in support of this motion. Mr. Parker's telephone number is (410) 244-7534. His fax number is (410) 244-7742.

**WHEREFORE**, the undersigned respectfully requests that the Court grant permission for Bruce R. Parker to appear *pro hac vice* on behalf of Dianon Systems, Inc. in the above-referenced matter.

DATE: April 25, 2006

**EPSTEIN BECKER & GREEN, P.C.**
Attorneys for Defendant Dianon Systems, Inc.

By: _____
Mary A. Gambardella
Federal Bar No. (#ct05386)
One Landmark Square, Suite 1800
Stamford, CT 06901-2601
(203) 348-3737

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was sent, via regular mail, postage prepaid, this 25th day of April 2006 to:

Richard M. Molot, Esq.
Assistant United States Attorney
Office of U.S. Attorney, District of Connecticut
Connecticut Financial Center
U.S. Department of Justice
157 Church Street
New Haven, Connecticut  06510

Patricia Davis, Esq.
Assistant Director
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Washington, D.C.  20530

_____
Mary Gambardella

ST#43504v1