## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>ex rel. DR. JAMES J. TIESINGA, | ) ) ) | No. 3:02CV1573(MRK) |
| Plaintiffs, | ) ) | |
| v. | ) ) | **AFFIDAVIT OF** |
| | ) | **BRUCE R. PARKER** |
| DIANON SYSTEMS, INC., | ) ) | |
| Defendant. | ) | |

I, Bruce R. Parker, being duly sworn, state and aver, based on my personal knowledge of the following:

1.      I am a partner with the firm Venable LLP, 2 Hopkins Plaza, Baltimore, Maryland 21201, email BRParker@venable.com, phone: 410-244-7534, Facsimile: 410-244-7742, and am admitted to the following bars and courts:

> Maryland - 1978
>
> District of Columbia - 1993
>
> United States District Court for the District of Maryland - 1980
>
> United States Court of Federal Claims - 1992
>
> United States Court of Appeals for the Fourth Circuit - 1981

2.      I am a member in good standing of the Bars to which I have been admitted and I have never been the subject of any disciplinary proceedings.

3.      I have not resigned nor been denied admission, reprimanded, suspended or disbarred from the practice of law by this or any other court, nor do I have any grievances pending against me.

4.      I have not been denied admission or been disciplined in accordance with the Local Rules of Civil Procedure for this District and have not been denied admission or disciplined by any other court.

5.      I am familiar with the facts of this case and have knowledge of the circumstances giving rise to this action.

6.      I have not previously been admitted *pro hac vice* to the U.S. District Court of Connecticut.

7.      I have reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

Bruce R. Parker

Dated: 4\24\06

Subscribed and sworn to before me
this 24th day of April, 2006

Notary Public

DEBORAH L. LLEWELLYN
NOTARY PUBLIC
ANNE ARUNDEL COUNTY
MARYLAND
My Commission Expires Mar. 1, 2008

-2-