app

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**Motion to Appear Pro Se**

**APPEARANCE**

United States of America
ex rel. Dr. James J. Tiesinga,
  Plaintiff

v.                                             CASE NUMBER: 3:02CV1573 (MRK)

DIANON Systems, Inc.,
  Defendant.

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

I, the undersigned, Dr. James J. Tiesinga, hereby request the Court allow me to appear on my own behalf as the Relator in the above-captioned qui tam case.

_____May 15, 2006_____
Date

_____NA/ Pro Se_____
Connecticut Federal Bar Number

_____907-250-9295_____
Telephone Number

_____
Fax Number

sustentacular@aol.com
E-mail address

_____[signature]_____
Signature

James J. Tiesinga
Print Clearly or Type Name

5432 E. Northern Lights, #513
Address

Anchorage, AK 99503-4713

FILED 2006 MAY 16 A 10:

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

1. Bryan T. Carmody
Maya & Associates, PC
266 Post Road East
Westport, CT 06880

2. Richard M. Molot
U.S. Attorneys Office
157 Church Street
New Haven, CT 06510

3. Bruce R. Parker
Venable LLP
2 Hopkins Plaza
Baltimore, MD 21201

4. Robert Salcido
Akin, Gump, Strauss, Hauer & Feld
1333 New Hampshire Ave, NW, Suite 400
Washington, DC 20036

_____[signature]_____
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001