UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA <br> ex rel. DR. JAMES J. TIESINGA, <br><br> Plaintiffs, <br><br> v. <br><br> DIANON SYSTEMS, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 3:02 CV 1573(MRK) <br> ) <br> ) July 14, 2006 <br> ) <br> ) <br> ) |

## JOINT MOTION TO MODIFY THE SCHEDULING ORDER

Pursuant to Rule 7(b) of the Local Rules of Civil Procedure for the District of Connecticut, the United States and Dianon Systems, Inc., jointly request that the Court modify its Scheduling Order, dated October 4, 2005, to allow the parties to conduct several depositions after the close of discovery on July 31st, during the month of August. The parties do not seek to move any of the other dates in the Scheduling Order. This is the second request by the parties for a modification of the Scheduling Order.

### Status of Discovery

Over the last several months, the parties have taken nineteen depositions in this action. The Government has taken the depositions of the five defense experts, two Dianon 30(b)(6) witnesses and six fact witnesses. Dianon has deposed four of the five Government experts, a 30(b)(6) witness for the Department of Veterans' Affairs and one of the former medical directors for the Connecticut Medicare carrier. The Government has scheduled the deposition of two additional fact witnesses for July 19 and July 27th. Dianon has scheduled the deposition of the

**ORAL ARGUMENT IS NOT REQUESTED**

Connecticut Medicare carrier 30(b)(6) witnesses, which will include the other former Connecticut Medicare carrier medical director, for July 25th.

However, it has been difficult to schedule several depositions because of the need to coordinate the schedules of the various witnesses and attorneys involved, including the need to permit travel time to the various locations around the country where witnesses are located. As a result, the parties have tentatively scheduled several depositions to take place in August, after the close of discovery on July 31st, subject of course to the approval of the Court. The tentative schedule would include the deposition of the relator, Dr. Tiesinga, on August 1st in Boston; the CMS 30(b)(6) witnesses on August 3rd and 4th in Baltimore; Dr. Ann Marie Connor on August 8th or 10th in Spokane; the 30(b)(6) witness for the National Institutes of Health on August 22nd in Washington, D.C.; and Dr. Margaret Johnson and the Lab Corp 30(b)(6) witness on August 24th in North Carolina.

### Request for Modification

The parties are not asking that the Court move any of the other dates in the Court's Scheduling Order, and anticipate being able to meet the dates now in place. Accordingly, the parties jointly request that the Court modify the Scheduling Order to allow the parties to take the above-listed depositions after the close of discovery on July 31st.

Respectfully submitted,

**ON BEHALF OF THE UNITED STATES**

PETER D. KEISLER
Assistant Attorney General

KEVIN J. O'CONNOR
United States Attorney

_____
RICHARD M. MOLOT
Assistant United States Attorney
Federal Bar No. CT21676
157 Church Street
New Haven, Connecticut 06510
Richard.Molot2@usdoj.gov
(203) 821-3700

_____Pat Davis / RMM_____
MICHAEL F. HERTZ
JOYCE R. BRANDA
PATRICIA R. DAVIS
RYAN FAYHEE
Attorneys, Civil Division
Commercial Litigation Branch
Post Office Box 261, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-0240
Facsimile: (202) 305-7797

Attorneys for the United States


**ON BEHALF OF DIANON SYSTEMS, INC.**

_____
ROBERT SALCIDO, ESQ.
Akin Gump Strauss Hauer & Feld, LLP
Robert Strauss Building
1333 New Hampshire Ave, NW
Washington, D.C. 20036

3

## CERTIFICATION OF SERVICE

I hereby certify that on this 14th day of July 2006, a true and correct copy of the Joint Motion to Modify the Scheduling Order was served by first-class mail and electronic mail on:

Robert Salcido, Esq.
Akin, Gump, Strauss, Hauer & Feld, LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036

Bruce Parker, Esq.
Venable LLP
1800 Mercantile Bank & Trust Bldg.
2 Hopkins Plaza
Baltimore, Maryland 21201

Bryan T. Carmody, Esq.
Maya & Associates, P.C.
266 Post Road East
Westport, CT 06880

Richard M. Molot
Assistant U.S. Attorney