UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* DR. JAMES J. TIESINGA, | :<br>:<br>:    No. 3:02CV1573 (MRK) |
| Plaintiffs, | :<br>: |
| v. | :<br>: |
| DIANON SYSTEMS, INC. and<br>ETHEL JANEGA | :<br>:<br>: |
| Defendants. | : |

**ORDER OF REFERRAL TO MAGISTRATE JUDGE**

This case is referred to Magistrate Judge William I. Garfinkel for the following purposes:

___     All purposes except trial, unless the parties consent to trial before the magistrate judge

___     A ruling on all pretrial motions except dispositive motions

___     To supervise discovery and resolve discovery disputes

_X_     A ruling on the following motion which is currently pending: Doc. # 166, Motion to Compel.

___     A settlement conference._____

___     A conference to discuss the following: _____

___     Other: _____

SO ORDERED this 7th day of August, 2006 at New Haven, Connecticut.

/s/     Mark R. Kravitz
United States District Judge
