UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ex rel. DR. JAMES J. TIESINGA, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DIANON SYSTEMS, INC., ) <br> ) <br> ) <br> Defendant. ) | No. 3:02 CV 1573(MRK) <br><br> August 8, 2006 |

## JOINT STATUS REPORT

Pursuant to the Court's October 4, 2005, Order, Plaintiff United States of America and Defendant Dianon Systems Inc., hereby respectfully file this joint status report.

(1) There are currently two pending motions before the Court: (a) Joint Motion to Modify the Scheduling Order, which would permit the parties to take several depositions after the close of discovery on July 31, 2006; and (b) Motion to Compel Yale New Haven Hospital to Produce Documents responsive to Dianon's subpoena.

(2) The parties remain in ongoing discussions to resolve Dianon's objections to the United States' document production. On August 4, 2006, Dianon provided a list of outstanding documents and issues concerning the United States' document production to date. Dianon believes that it is likely that a Motion to Compel the United States to produce additional documents will be necessary. The United States does not believe such a motion will be necessary.

The United States served Dianon with a second request for production of documents on or about May 15, 2006. On August 7, 2006, Dianon indicated that certain responsive documents would be made available for inspection and copying at Dianon's warehouse and that Dianon would be producing and allowing inspection of responsive

documents on a rolling basis. Until the United States receives and reviews Dianon's response to its second request for production of documents, the United States does not know if any discovery related motions will be necessary.

The parties will be ready to discuss outstanding discovery issues at the August 15, 2006 status conference.

(3)     The deposition scheduled for the relator, James Tiesinga, M.D. on August 1, 2006 had to be cancelled due to a death in the family of Dr. Tiesinga's counsel. This deposition needs to be rescheduled.

(4)     Dianon will file a Motion for Summary Judgment and a *Daubert* motion challenging the admissibility of United States' expert Dr. Stuart Flynn. However, the documents responsive to Yale New Haven Hospital's subpoena are relevant to Dianon's *Daubert* motion. Therefore, Dianon may need to supplement its *Daubert* motion beyond the current deadline of August 31, 2006.

(5)     The United States is interested in referring this matter to a United States Magistrate Judge for settlement purposes. Dianon believes this matter is ripe for summary judgment.

(6)     The parties decline to consent to a trial before a United States Magistrate Judge.

(7)     The parties estimate a two to three week trial.

Respectfully submitted,

**ON BEHALF OF THE UNITED STATES**

PETER D. KEISLER
Assistant Attorney General

KEVIN J. O'CONNOR
United States Attorney

2

*/s/ Richard M. Molot*
RICHARD M. MOLOT
Assistant United States Attorney
Federal Bar No. CT21676
157 Church Street
New Haven, Connecticut 06510
Richard.Molot2@usdoj.gov
(203) 821-3700

MICHAEL F. HERTZ
JOYCE R. BRANDA
PATRICIA R. DAVIS
RYAN FAYHEE
Attorneys, Civil Division
Commercial Litigation Branch
Post Office Box 261, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-0240
Facsimile: (202) 305-7797

Attorneys for the United States

**ON BEHALF OF DIANON SYSTEMS, INC.**

*Robert Salcido / by RMM*
ROBERT SALCIDO, ESQ.
Akin Gump Strauss Hauer & Feld, LLP
Robert Strauss Building
1333 New Hampshire Ave, NW
Washington, D.C. 20036

3

## CERTIFICATION OF SERVICE

I hereby certify that on this 8th day of August 2006, a true and correct copy of the Joint Status Report was served by first-class mail and electronic mail on:

>Robert Salcido, Esq.
>Akin, Gump, Strauss, Hauer & Feld, LLP
>1333 New Hampshire Avenue, N.W.
>Washington, D.C. 20036
>
>Bruce Parker, Esq.
>Venable LLP
>1800 Mercantile Bank & Trust Bldg.
>2 Hopkins Plaza
>Baltimore, Maryland 21201
>
>Bryan T. Carmody, Esq.
>Maya & Associates, P.C.
>266 Post Road East
>Westport, CT 06880

_____
Richard M. Molot
Assistant U.S. Attorney