UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ex rel. DR. JAMES J. TIESINGA, ) <br>                                              ) <br> Plaintiffs,                          ) <br>                                              ) <br> v.                                         ) <br>                                              ) <br> DIANON SYSTEMS, INC.,    ) <br>                                              ) <br> Defendant.                        ) | No. 3:02CV1573(MRK) <br><br> August 17, 2006 |

\* \* \* \* \* \* \* \* \*

**CONSENTED MOTION FOR
EXTENSION OF DEPOSITION AND MOTIONS DEADLINES**

Dianon Systems, Inc., ("Dianon") by and through its undersigned counsel, submit this Consented Motion for Extension of Depositions and Motions Deadlines to allow: (1) the parties to conduct the deposition of Dr. James Tiesinga on September 13, 2006; and (2) a 30 day extension for the filing of dispositive motions and motions to exclude expert testimony and in support thereof states as follows:

1. Pursuant to this Court's Scheduling Order, the deadline for filing dispositive motions and motions to exclude testimony pursuant to Fed. R. Evid. 702-05 and *Daubert v. Merrill Dow Pharm., Inc.*, 509 U.S. 579 (1993) is August 31, 2006 ("*Daubert* motions"). The Scheduling Order has a discovery deadline of July 31, 2006.

2. The parties previously filed a Joint Motion for Additional Time to Conduct Depositions, requesting leave of Court to allow depositions to continue beyond the discovery deadline. The parties proposed that all depositions would be completed by August 25, 2006.

3. The deposition scheduled for the relator, James Tiesinga, M.D. on August 1, 2006 had to be cancelled due to a death in the family of Dr. Tiesinga's counsel.

4. Dr. Tiesinga currently resides in Anchorage, Alaska. The earliest time Dr. Tiesinga can appear for a deposition on the east coast is September 13, 2006 in Boston. All parties are available on this date. Therefore, the parties request that the Court allow the parties to conduct the deposition of Dr. Tiesinga on September 13, 2006.

5. Dianon requests that the deadline for dispositive motions be extended until September 30, 2006 so that all parties will have the benefit of Dr. Tiesinga's deposition testimony to include in the motions and any oppositions. The United States consents to the motion.

6. All parties agree that the requested extension of the motions deadline will not affect the discovery deadline of July 31, 2006.

7. Dianon has filed a Motion to Compel Yale New Haven Hospital to produce documents pursuant to a subpoena. Dianon believes that the documents at issue will be relevant to its *Daubert* motion challenging the admissibility of the United States' expert Dr. Stuart Flynn. An extension of the motions deadline will provide Dianon the opportunity to obtain documents from Yale New Haven Hospital to include in its *Daubert* motion.

WHEREFORE, Dianon requests that the Court: (1) allow the parties to conduct the deposition of Dr. Tiesinga on September 13, 2006; and (2) grant a 30 day extension to the existing motions deadline with all dispositive and *Daubert* motions to be filed no later than September 29, 2006.

By: /s/ Robert Salcido
Robert Salcido
Fed Bar No. 447951
(admitted *pro hac vice*)
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, NW
Washington, DC 20036
Telephone: (202) 887-4095
E-mail: rsalcido@akingump.com

Thomas Kossl
Dianon Systems, Inc.
200 Watson Boulevard
Stratford, CT 06615
Telephone: (973) 492-1509

Bruce R. Parker
Venable LLP
1800 Mercantile Bank & Trust Bldg.
2 Hopkins Plaza
Baltimore, MD 21201
Telephone: (410) 244.7400
E-mail: BRParker@Venable.com

Attorneys for Defendant Dianon Systems, Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was sent via e-mail to Richard Molot, Esq. (Richard.Molot2@usdoj.gov) and Patricia R. Davis (pat.davis@usdoj.gov) and via United States first class mail, postage prepaid, this 17th day of August, 2006 to:

>Bryan T. Carmody, Esq.
>Maya & Associates, P.C.
>266 Post Road East
>Westport, CT 06880

_____
Penney Hughes

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA<br>ex rel. DR. JAMES J. TIESINGA,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>DIANON SYSTEMS, INC.,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)　No. 3:02CV1573(MRK)<br>)<br>)<br>)<br>)<br>) |

\* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of the Dianon's Consented Motion for Extension of Deposition and Motions Deadline, it is this _____ day of _____, 2006, hereby ORDERED that said Motion is hereby GRANTED and the parties will be able to conduct the deposition of Dr. James Tiesinga at a mutually convenient time and place on September 13, 2006; and it is further ORDERED that all dispositive motions and motions to exclude the testimony of experts pursuant to Fed. R. Evid. 702-05 shall be filed by September 30, 2006.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Mark Kravitz, Judge
　　　　　　　　　　　　　　　　　　United States District Court for the
　　　　　　　　　　　　　　　　　　District of Connecticut