# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA<br>ex rel. DR. JAMES J. TIESINGA | APPEARANCE |
| V. | CASE NUMBER: 3:02-CV-1573 (MRK) |
| DIANON SYSTEMS, INC. | |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for: the non-party, Yale-New Haven Hospital.

8\23\06
Date

ct05813
Connecticut Federal Bar Number

203-498-4400
Telephone Number

203-782-2889
Fax Number

pseaman@wiggin.com
E-mail address

*Signature*

Penny Q. Seaman
Print Clearly or Type Name

Wiggin and Dana LLP
P.O. Box 1832
Address

New Haven, CT   06508-1832

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

SEE ATTACHED

*Signature*

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served this 23rd day of August 2006, via email and first class mail, postage prepaid, to the following counsel of record:

Patricia R. Davis, Esq.
U.S. Department of Justice
601 D Street NW
Washington, DC 20004
Fax: (202) 305-7868
pat.davis@usdoj.gov

Ryan Fayhee, Esq.
U.S. Department of Justice
Civil Division
P.O. Box 261
Ben Franklin Station
Washington, DC 20044
Fax: (202) 305-7797
ryan.fayhee@usdoj.gov

John B. Hughes, Esq.
Richard M. Molot, Esq.
U.S. Attorney's Office
157 Church Street, 23rd Floor
P.O. Box 1824
New Haven, CT 06510
Fax: (203) 773-5373
john.hughes&usdoj.gov
richard.molot@usdoj.gov

Bryan T. Carmody, Esq.
266 Post Road East
Westport, CT 06880
Fax: (203) 221-3199
bcarmody@mayalaw.com

Mary A. Gambardella, Esq.
Epstein, Becker & Green, P.C.
One Landmark Square, Suite 1800
Stamford, CT 06901-2165
Fax: (203) 324-9291
mgambard@ebglaw.com

Kerry M. Parker, Esq.
Michael D. Thompson, Esq.
Epstein, Becker & Green, P.C.
Two Gateway Center, 12th Floor
Newark, NJ 07201-5003
Fax: (973) 642-0099
kparker@ebglaw.com
mdthompson@ebglaw.com

Robert Salcido, Esq.
Akin, Gump, Strauss, Hauer & Feld
1333 New Hampshire Avenue, N.W., Suite 400
Washington, DC 20036
Fax: (202) 887-4288
rsalsido@akngump.com

Bruce R. Parker, Esq.
Venable LLP
2 Hopkins Plaza
Baltimore, MD 21201
Fax: (410) 244-7742
brparker@venable.com

Penny Q. Seaman

\14364\2084\607998.1