# EXHIBIT 1

Revised: 04/06/2006



*Advancing Excellence*

# COMMISSION ON LABORATORY ACCREDITATION

## Laboratory Accreditation Program

## LABORATORY GENERAL CHECKLIST

### Disclaimer and Copyright Notice

The College of American Pathologists (CAP) Checklists are posted on the CAP's Web site for information only. If you are enrolled in the CAP's Laboratory Accreditation Program and are preparing for an inspection, you must use the Checklists that were mailed in your application or reapplication packet, not those posted on the Web site. The Checklists undergo regular revision and Checklists may be revised after you receive your packet.

**If a Checklist has been updated since receiving your packet, you will be inspected based upon the Checklists that were mailed. If you have any questions about the use of Checklists in the inspection process, please e-mail the CAP (accred@cap.org), or call (800) 323-4040, ext. 6065.**

All Checklists are ©2006. College of American Pathologists. All rights reserved.

# LABORATORY GENERAL

## OUTLINE

SUMMARY OF CHANGES ...................................................................................................................3
INSPECTION TECHNIQUES – KEY POINTS.....................................................................................7
PROFICIENCY TESTING......................................................................................................................9
QUALITY MANAGEMENT ................................................................................................................12
QUALITY CONTROL..........................................................................................................................27
SPECIMEN COLLECTION, DATA HANDLING, AND REPORTING...........................................29
   COLLECTION MANUAL................................................................................................................29
   PHLEBOTOMY................................................................................................................................31
   TRANSPORT SERVICES ................................................................................................................37
   REQUISITIONS AND SPECIMEN RECEIPT/HANDLING/ASSESSMENT...............................40
   REPORTING OF RESULTS.............................................................................................................46
QUALITY OF WATER AND GLASSWARE WASHING ................................................................54
TEST METHOD VALIDATION .........................................................................................................58
   METHOD PERFORMANCE SPECIFICATIONS ..........................................................................58
   REFERENCE INTERVALS .............................................................................................................62
LABORATORY COMPUTER SERVICES .........................................................................................63
   COMPUTER FACILITY..................................................................................................................65
   LIS/COMPUTER PROCEDURE MANUAL...................................................................................66
   HARDWARE AND SOFTWARE ...................................................................................................67
   SYSTEM MAINTENANCE .............................................................................................................70
   SYSTEM SECURITY.......................................................................................................................71
   PATIENT DATA...............................................................................................................................73
   AUTOVERIFICATION ...................................................................................................................76
   DATA RETRIEVAL AND PRESERVATION ...............................................................................79
   INTERFACES...................................................................................................................................81
   NETWORKS ....................................................................................................................................84
PERSONNEL........................................................................................................................................84
   TECHNICAL SUPERVISOR ..........................................................................................................85
   GENERAL SUPERVISOR...............................................................................................................86
   ALL PERSONNEL ...........................................................................................................................87
PHYSICAL FACILITIES .....................................................................................................................92
   SPACE...............................................................................................................................................93
   ENVIRONMENT .............................................................................................................................94
   COMMUNICATIONS .....................................................................................................................95
   INVENTORY AND STORAGE OF SUPPLIES ............................................................................96
   POWER.............................................................................................................................................97
LABORATORY SAFETY....................................................................................................................97
   MANUALS AND RECORDS .........................................................................................................98
   PHYSICAL INSPECTION OF THE LABORATORY................................................................. 116

College of American Pathologists                                                    Revised: 04/06/2006

6.  *Any significant increase in pH indicates alkaline detergent residue. A significant change is 0.2 or more pH units on a pH meter measuring to 0.1 pH units of sensitivity. A result of less than 0.2 pH units change indicates properly rinsed glassware*

*If deionized water is used as the sample water, a slight amount of reagent grade, non-buffering salt (NaCl, CaCl2) should be added to the sample water to allow pH meter to function properly. To avoid contaminating clean glassware, dump the glassware testing solution into a triple rinsed beaker and then add the non-buffering salt before measuring the pH with a meter.*

*Detergents and surface-active agents can interfere with some pH paper by causing a decrease of several pH units in reading. Test any pH paper with these detergents to determine if there is any interference before adapting this procedure to use with pH paper. The laboratory should test approximately 1% of large frequently washed quantities of glassware and 5% of smaller quantities of less frequently washed glassware, and rotate the types of glassware tested. Narrow-necked volumetric flasks should be tested more frequently. The laboratory should keep records of the test date, types of glassware tested and test results.*

*Commercial kits for detection of anionic detergent residues are available.*

COMMENTARY:

N/A

REFERENCE: New York, NY: Alconox, Inc (http://www.alconox.com).

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**TEST METHOD VALIDATION**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

---

METHOD PERFORMANCE SPECIFICATIONS

---

*Sound laboratory practice requires full characterization of an assay before its use for patient testing, irrespective of federally-designated test complexity and without regard to when it was first introduced by a given laboratory. The laboratory must have data on each test's accuracy, precision, analytic sensitivity, interferences and reportable range (i.e., analytic measurement range (AMR) and clinically reportable range (CRR)) as applicable.*

*Laboratories subject to CLIA 88: For unmodified FDA-cleared or approved tests, the laboratory may use data from manufacturers' information or published reports, but the laboratory must verify outside data on accuracy, precision and reportable range. For tests that are not FDA-cleared or approved, or for FDA-cleared/approved tests modified by the laboratory, the laboratory must establish accuracy,*