# EXHIBIT 2

**ACUTE LEUKEMIA**

   i. 71/DR/45/33
   ii. IgG2 /IgG1/ 45/IgG1
   iii. 7/13/45/2
   iv. 10/19/45/34
   v. 34/56/45/38
   vi. 61/64/45/14
   vii. 15/117/45/11b
   viii. 3/22/45/5 :**21 markers**

if MDS suspected or in history add:
   ix. 16/13/45/10 **22 markers**

Workup for B-ALL

   x. k/l/20/19
   xi. 20/10/45/19
   xii. 34/9/45/19
   xiii. 25/38/45/19 or if CD10 negative 15/38/45/19
   xiv. 10/58/38/19: **27 markers**

Workup for T-ALL

   xv. CD4/1a/8/5
   xvi. CD7/10/3/5
   xvii. CD99/7/45/5
   xviii. TdT/34/45/cyto CD3 : **27 markers**
        Cyto Control?

**UNCLASSIFIABLE LEUKEMIA**
Add

   xix. Cyto IgG1/Cyto IgG1/45/Cyto IgG1
   xx. MPO/lactoferrin/45/cyto CD3 : **24 markers**

For some cases add instead:
   xxi. TdT/34/45/cyto CD3 (possible T) **23 markers (25 if added in addition to xx)**
   xxii. TdT/34/45/ cyto 79a (possible B) **23 markers**
        Cyto IgG1/34/45/Cyto IgG1

**FOLLOWUPS**

AML/MDS residual

Tubes i-vii: **18 markers**

If known or suspected MDS add tube ix: **19 markers**

If known aberrant CD22+, add tube viii: **21 markers**

B-ALL Followup

Tubes i., ii, xi, xii, xiv.: **11 markers**

If known CD25+ or CD15+ add tube xiii: **12 markers**

T-ALL followup

Tubes i,ii,xv,xvi,xvii,xviii: **15 markers**
Tube xviii may not be needed in some cases if phenotype known and informative: **12 markers**

*Eff: 1/05*

# NEW 4 COLOR PANELS
## revised 3/22/01 ←

## DIAGNOSTIC CASES

### ACUTE LEUKEMIA/ MDS

CD71/ HLADR/ 45/ 33

IgG2/ IgG1/ 45/ IgG1

CD7/ 13/ 45/ 2

CD10/ 19 / 45/ 34

CD34 / 56/ 45/ 38

CD61/ 64/ 45/ 14

CD15/ 117/ 45/ 11b

CD3/ 22/ 45/ 5

### WORK-UP for B-ALL

kappa/ lambda/ 20/ 19

CD34/ 9/ 45/ 19

CD10/ 20/ 45/ 19

CD25/ 38/ 45/ 19

### WORK-UP for T-ALL

CD4/ 3/ 45/ 8

CD1/ 3/ 45/ 5

### NOTES:

*All APC reagents are 2ul;

EXCEPT CD2 APC which is 2ul of a 1:10 dilution with BSA/PBS.

*All 3rd color reagents are PERCP or PERCP-CY5

## RESIDUAL / BMT CASES

### PRE-B / B PRECURSOR ALL BMT/RESIDUAL

CD71/ HLADR/ 45/ 33

IgG2/ IgG1/ 45/ IgG1

CD34/ 9/ 45 /19

CD10/ 20/ 45/ 19

### FOR PRE-B with t(4:11)

**ADD:** CD15/ 34/ 45/ 19

CD24/ 22/ 45/ 19

**DROP:** CD34/ 9/ 45/19

### AML/MDS RESIDUAL

CD71/ HLADR/ 45/ 33

IgG2/ IgG1/ 45/ IgG1

CD7/ 13/ 45/ 2

CD10/ 19 / 45/ 34

CD34 / 56/ 45/ 38

CD61/ 64/ 45/ 14

CD15/ Ckit/ 45/ 11b

### T- ALL BMT/RESIDUAL

CD71/ HLADR/ 45/ 33

IgG2/ IgG1/ 45/ IgG1

CD7/ 56/ 45/ 34

CD4/ 3/ 45/ 8

CD1/ 3/ 45/ 5

CD2/ 10/ 45/ 19

# NEW 4 COLOR PANELS
## revised 8/24/99 ←

**ACUTE MYELOID LEUKEMIA/ MDS**

CD71/ HLADR/ 45/ 33

IgG2/ IgG1/ 45/ IgG1

CD7/ 13/ 45/ 2

CD10/ 19 / 45/ 34

CD34 / 56/ 45/ 38

CD61/ 64/ 45/ 14

CD15/ Ckit/ 45/ 11b

CD3/ 22/ 45/ 5

**B PRECURSOR ALL BMT/RESIDUAL**

CD71/ HLADR/ 45/ 33

IgG2/ IgG1/ 45/ IgG1

CD34/ 9/ 45 /19

CD10/ 20/ 45/ 19

**FOR PRE-B with t(4:11)**

ADD:  CD15/ 34/ 45/ 19

CD24/ 22/ 45/ 19
* NO CD34/ 9/ 45/19

**WORK-UP for B-ALL**

kappa/ lambda/ 20/ 19

CD34/ 9/ 45/ 19

CD10/ 20/ 45/ 19

**WORK-UP for T-ALL**

CD4/ 3/ 45/ 8

CD1/ 3/ 45/ 5

**T- ALL BMT/RESIDUAL**

CD71/ HLADR/ 45/ 33

IgG2/ IgG1/ 45/ IgG1

CD7/ 56/ 45/ 34

CD4/ 3/ 45/ 8

CD1/ 3/ 45/ 5

CD2/ 10/ 45/ 19

**AML/MDS RESIDUAL**

CD71/ HLADR/ 45/ 33

IgG2/ IgG1/ 45/ IgG1

CD7/ 13/ 45/ 2

CD10/ 19 / 45/ 34

CD34 / 56/ 45/ 38

CD61/ 64/ 45/ 14

CD15/ Ckit/ 45/ 11b

**NOTES:**
*All APC reagents are 2ul; EXCEPT CD2 APC which is 2ul of a 1:10 dilution with BSA/PBS.
*All 3rd color reagents are PERCP.

## LYMPHOMA PANELS
If previous are neg. setup a,b,c,f
a. 71/DR/45/33
b. k/l/20/19
c. 5/56/3/19
d. FMC7/23/20/38  If known anti-CD20, use
e. 71/22/20/10         CD19 PerCPCy5.5
f. IgG2 /IgG1/ IgG1/IgG1

Lymphoma screen gets tubes a-f; <u>no B workup needed</u>  **16 markers**

If CD52 requested, add 52/5/45/19: **17 markers**

For limited sample: priority is tube b (or k/l/20/3) **(4 markers)**; if two tubes, then b and c **(7 markers)**; if 3 tubes, then a,b,c without control **(11 markers)**

If T cell check needed add
g. 7/4/3/8: **19 markers**

**If T cell lymphoma** and known diagnosis
Tubes a,b,c,f plus
g. 7/4/3/8
h. αb/gd/3/2
i. 30/10/3/25   **20 markers**

If T cell lymphoma after screen, add g,h,i to screen: **24 markers**

If LGL added to lymphoma screen add:
j. 7/4/8/5
k. 16/56/3/5
l. 57/11c/3/5   **22 markers**

If LGL ordered up front, run only tubes a,b,f,j,k,l: **17 markers**

If no history and are screening for lymphoma and/or acute leukemic run tubes a,b,c,f, plus

m. 15/c-kit/45/11b
n. 7/10/45/34: : **17 markers**
may have to add on markers

Hairy cell: run a-f plus

o. 103/25/20/19
p. 71/11c/20/19: **19 markers**

## LYMPH NODE/TISSUE /FLUIDS
(Except Spleen)

A. 71/DR/45/33
B. 5/56/3/19
C. k/l/20/19
D. 71/22/20/10
E. 7/4/3/8
F  IgG2 /IgG1/ IgG1/IgG1

**16 markers**

If screen indicates B cell lymphoma add:
G. FMC7/23/20/38: **19 markers**

If screen indicates T cell lymphoma add:
H. 30/10/3/25: **18 markers**

## MYELOMA

Run tubes a,b,c from lymphoma screen plus
I. cyto γ1/cyto γ2/45/38
J. cyto kappa/cyto lambda/45/38
K. 10/117/19/38    **16 markers**

<u>ALPS</u>- a, b, f plus q, r
q. TCRa/b/TCRg/d/ CD4/ 8
r. 3/DR/19/5    **14 markers**

**CTCL initial**          **Sezary**
71/DR/45/33          Set up CTCL initial
K/L/20/19
5/56/3/19
IgG2 /IgG1/ IgG1/IgG1
2/4/3/8
7/26/4/3    **16 markers**

**CTCL Follow Up**
71/DR/45/33
5/56/3/19
2/4/3/8
7/26/4/3    **13 markers**

Eff: 1/05

C:\Old Hard Drive\Clerical\New panels for billing 1_05

# NEW 4 COLOR PANELS
## revised 3/21/01 ←

**LL and LYMPHOMA SCREEN** (diagnostic and residual)

CD71/ HLADR/ 45/ 33

IgG2/ IgG1/ IgG1/ 19

CD5/ 56/ 3/ 19

kappa / lambda/ 20/ 19
(and live gate)

CD10/ 20/ 45/ 19
(and live gate)

**for lymph nodes with lots of cells, add a T-cell check

**LYMPHOMA PANEL for MINIMAL CELL SITUATIONS**

If enough for 1 tube; setup:

kappa / lambda/ 3 / 19

If enough for more than 1 tube; then PRIORITIZE:

#1  kappa/ lambda/ 20/ 19
(and live gate)

#2  CD5/ 10/ 3/ 19

#3  CD71/ HLADR/ 45/ 33

**LYMPHOMA B-CELL WORKUP**

IgG1/ CD23/ 20/ IgG1

FMC7/ 22/ 20/ 23

CD20/ 11c/ 3/ 38

**HAIRY CELL LEUKEMIA**

Lymphoma SCREEN

CD103/ 25/ 20/ 19

**T CELL CHECK**

CD7/ 4/ 3/8

**NK CELL CHECK**

CD16/ 56/ 3/ 5

**T CELL LYMPHOMA WORKUP**

Lymphoma SCREEN

CD7/ 4/ 3/ 8

TCRα/β / TCRχ/δ / 3/ 2

CD16/ 56/ 3/ 5

**LGL WORKUP**

Lymphoma SCREEN

CD7/ 4/ 8/ 5

CD16/ 56/ 3/ 5

CD57/ 11c/ 3/ 5

**SEZARY**

Lymphoma SCREEN

CD7/ 4/ 3/ 8

**CLL STUDY ( DRS. BYRD/FLINN)**

CD71/ HLADR/ 45/ 33

IgG2/ IgG1/ 20/ IgG1

CD5/ 10/ 3/ 19

CD79b/ 5 / 20/ 19

kappa / lambda/ 20/ 19

FMC7/ 22/ 20/ 23

CD20/ 11C/ 3/ 38

CD1d/ 23/ 20 / IgG1

**PLASMA CELL WORKUP (multiple myeloma)**
**DIAGNOSTIC ONLY**

Lymphoma SCREEN

cyto kappa/ cyto lambda/ 45/ 38

cyto IgG1/ cyto IgG1/ 45/ 38

NOTES:

*All APC reagents are 2ul; EXCEPT CD2 APC which is 2ul of a 1:10 dilution with BSA/PBS.

*All 3rd color reagents are PERCP or PERCP-CY5.5.

# NEW 4 COLOR PANELS
## revised 8/24/99 ←

**LYMPHOMA PANEL for MINIMAL CELL SITUATIONS**

PRIORITIZE:

#1 kappa/ lambda/ 20/ 19
   (and live gate)

#2 CD5/ 10/ 3/ 19

#3 CD71/ HLADR/ 45/ 33

**LYMPHOMA (SCREEN and residual)**

CD71/ HLADR/ 45/ 33

IgG2/ IgG1/ IgG1/ 19

CD5/ 56/ 3/ 19

kappa / lambda/ 20/ 19
   (and live gate)

CD10/ 20/ 45/ 19
   (and live gate)

**for lymph nodes with lots of cells, add a T-cell check

**LYMPHOMA B-CELL WORKUP**

IgG1/ IgG2a/ 20/ IgG1

FMC7/ 22/ 20/ 23

CD20/ 11c/ 3/ 38

**HAIRY CELL LEUKEMIA**

Lymphoma SCREEN

CD103/ 25/ 20/ 19

**T CELL CHECK**

CD7/ 4/ 8/ 3

**NK CELL CHECK**

CD16/ 56/ 3/ 5

**T CELL LYMPHOMA WORKUP**

Lymphoma SCREEN

CD7/ 4/ 8/ 3

TCRα/β / TCRχ/δ / 3/ 2

CD16/ 56/ 3/ 5

**LGL WORKUP**

Lymphoma SCREEN

CD7/ 4/ 8/ 5

CD16/ 56/ 3/ 5

CD57/ 11c/ 8/ 5

**CLL STUDY ( DRS. BYRD/FLINN/GREVER)**

CD71/ HLADR/ 45/ 33

IgG2/ IgG1/ 20/ IgG1

CD5/ 10/ 3/ 19

CD79b/ 5 / 20/ 19

kappa / lambda/ 20/ 19

FMC7/ 22/ 20/ 23

CD20/ 11C/ 3/ 38

**PLASMA CELL WORKUP (multiple myeloma)**

Lymphoma SCREEN

cyto kappa/ cyto lambda/ 45/ 38

cyto IgG1/ cyto IgG1/ 45/ 38

**NOTES:**

*All APC reagents are 2ul; EXCEPT CD2 APC which is 2ul of a 1:10 dilution with BSA/PBS.

*As of 6/18/99, use 10μl CD20 PerCP.
*All 3rd color reagents are PERCP.

JHH000007