# EXHIBIT 4

Page 1

```
 1            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF CONNECTICUT
 2

 3    - - - - - - - - - - - - - - - - )
                                      )
 4    UNITED STATES OF AMERICA,        )
      ex rel. Dr. James J. Tiesinga    )NO.: 3:02CV1573(MRK)
 5              PLAINTIFFS             )
                                      )
 6    VS.                             )
                                      )
 7    DIANON SYSTEMS, INC.             )
                DEFENDANT              )
 8                                    )
      - - - - - - - - - - - - - - - - )
 9

10

11           DEPOSITION OF: STUART FLYNN, M.D.

12           DATE TAKEN: MAY 10, 2006

13           LOCATION: UNITED STATES DEPARTMENT OF

14                     JUSTICE

15                     157 CHURCH STREET

16                     NEW HAVEN, CONNECTICUT

17

18

19

20

21    REPORTED BY:  IRENE J. PARRISH, RMR, LSR #085
```

Page 30

1  generated over the last three years in connection
2  with your work for lawyers?
3  A  I don't know so it's going to be the issue of
4  guessing so I guess I'll ask for advice.
5  Q  Well, do you have records? I mean, certainly
6  you file tax returns.
7  A  Right, but I don't have that put to memory.
8  Q  So you have the financial records from which
9  you could determine how much money you derived for
10 consulting with lawyers?
11 A  Correct.
12 Q  And you could do that over the last three
13 years?
14 A  Correct.
15 Q  Do you have a reasonable guess estimate of
16 the amount that you earned in 2005, last year?
17         MR. MOLOT: Objection.
18 A  A reasonable guess estimate would be maybe
19 $10,000.
20 BY MR. PARKER:
21 Q  Annually -- in calendar year 2005?

Page 31

1  A  Right, but that is a guess.
2  Q  I understand, and that would include this
3  case as well?
4  A  Correct.
5  Q  Okay. Doctor, the money that you earn
6  testifying in legal matters, does it go to you
7  personally or does it go to Yale?
8  A  It goes to me.
9  Q  Do you operate a consulting business for your
10 legal professional activities?
11         MR. MOLOT: Objection.
12 A  I don't.
13         (Defendant's Exhibit No. 7,
14          curriculum vitae, marked for
15          identification.)
16 BY MR. PARKER:
17 Q  Dr. Flynn, let me hand you Exhibit No. 7
18 which is a copy of your CV that was provided to us,
19 and could you take a quick look at it, sir, and tell
20 me whether this document is current.
21 A  It's current within reason. The only thing

Page 32

1  that has changed is the director of flow cytometry
2  because we have -- my department has -- I guess, for
3  lack of a better word, that lab has been closed.
4  Q  The flow lab has been closed?
5  A  The flow lab has been closed.
6  Q  When was that done, sir?
7  A  I would say within the last year.
8  Q  In calendar year 2006 or 2005?
9  A  2005.
10 Q  And the reason?
11 A  The reason is we were doing DNA flow
12 cytometry, and the utility of that was not -- the
13 volume was such that we decided it wasn't cost
14 beneficial to keep it open.
15 Q  How long had Yale operated a flow cytometry
16 lab?
17 A  Well, in my department, I was -- a colleague
18 of mine and I started it, and I will say -- and this
19 is within a couple-year deviation -- 1998.
20 Q  Your colleague that you referenced, is that
21 Dr. Smith?

Page 33

1  A  No.
2  Q  And who was the colleague?
3  A  Dr. Buckley.
4  Q  Just to be sure, is there any other flow
5  cytometry lab supporting the medical hospital at Yale
6  Medical School?
7         MR. MOLOT: Objection.
8  A  There are at least two, and there are
9  probably more than two.
10 BY MR. PARKER:
11 Q  Okay. Let me make sure I understand. The
12 lab to which you just referenced closing, what
13 division was that in?
14 A  Pathology.
15 Q  And was that the lab for which you reference
16 on your CV that you were the co-director of?
17 A  Correct.
18 Q  And was that lab in which Dr. Smith was also
19 co-director?
20 A  No, separate lab.
21 Q  All right. Is the lab that Dr. Brian Smith

Page 34

1    is a director of still in business?
2    A    Yes.
3    Q    Okay. And what division is that lab placed
4    in?
5    A    The Department of Laboratory Medicine.
6    Q    And do you know how long that flow lab has
7    been in operation?
8    A    I don't.
9    Q    Are there any other flow labs within the Yale
10   medical system that are currently in operation?
11        MR. MOLOT: Objection.
12        Go ahead.
13   A    As I said, there's at least one other, and
14   that's in the cancer center.
15   BY MR. PARKER:
16   Q    And who directs that, sir?
17   A    Do not know.
18   Q    Does the flow lab that is within the
19   Department of Laboratory Medicine provide services
20   for physicians outside of the Yale medical system?
21   A    Yes.

Page 35

1    Q    So hypothetically speaking, they may get a
2    case, let's say, from a physician in California who
3    may want to have his or her patient's specimen
4    analyzed by Yale?
5    A    They get their -- the bulk of their
6    specimens -- I can't comment on specific geographies,
7    but the radius is basically Connecticut, probably
8    hits upstate or hits New York. I'm not familiar with
9    New York's geography, but it's more geographically
10   confined to that for the most part with outliers.
11   Q    So it's accurate to state, Doctor, that for
12   the most part the flow lab at Yale's -- that is
13   within Yale's Department of Laboratory Medicine
14   largely supports the physicians who have privileges
15   at the Yale Medical Center?
16   A    No, I don't think they necessarily have --
17   again, that's an administrative nuance which I don't
18   want to misrepresent.
19   Q    Um-hum.
20   A    But they're not individuals, for instance,
21   that necessarily admit patients to Yale. So it's

Page 36

1    these tentacles which I don't pretend to understand.
2    Q    Fair enough. Doctor, do you know the
3    approximate number of flow cytometry studies that are
4    currently being done on a monthly basis or weekly if
5    that's easier for you by the Department of Laboratory
6    Medicine?
7    A    I think probably the number that's reasonable
8    is daily, and it averages around 10 cases a day.
9    Q    When the flow lab within the pathology
10   department was in operation, what was your volume of
11   cases for flow?
12   A    It averaged, I would say, four to five cases
13   a day.
14        MR. MOLOT: Did you ask for him
15        personally or --
16        MR. PARKER: No, the lab within the
17        pathology department.
18        MR. MOLOT: Okay. Sorry. Go ahead.
19   BY MR. PARKER:
20   Q    Doctor, did you sign out cases interpreting
21   flow studies?

Page 37

1    A    Yes.
2         MR. MOLOT: Object to the form.
3    BY MR. PARKER:
4    Q    Are you board certified in hematopathology?
5    A    No.
6    Q    Was there a board certified hematopathologist
7    signing out cases in the flow lab within the
8    pathology department?
9    A    No.
10   Q    There are, however, board certified
11   hematopathologists working in the flow lab at the
12   Department of Laboratory Medicine, correct?
13   A    Correct.
14   Q    Dr. Smith is a board certified
15   hematopathologist?
16   A    I don't know that.
17   Q    Okay. But you do know that they do have
18   board certified hematopathologists?
19   A    Actually, I shouldn't say I know. I'm
20   assuming they do.
21   Q    Have you had discussions with the

Page 54

1  the practice have been back when your lab was
2  operational to send that over to the Department of
3  Laboratory Medicine for analysis?
4      A   It would depend what the question being asked
5  was. If it was a question of chronic lymphocytic
6  leukemia and it was a bone marrow and we got the
7  core, we would analyze that. If the question was
8  acute leukemia, we would take advantage of laboratory
9  medicine's panel because that's what they did and
10 send that upstairs.
11     Q   Can you tell me, sir, today whether you've
12 ever signed out a flow study involving blood or bone
13 marrow for purposes of immunophenotyping?
14     A   I have.
15     Q   But it would be accurate to state that that
16 would be the small minority of cases that you
17 actually signed out?
18         MR. MOLOT: Objection.
19     A   It would be. I want to clarify in fairness
20 to myself and the process that although I'm not the
21 one signing them out I'm intimately associated with

Page 55

1  not only their interpretation but with their role
2  because --
3  BY MR. PARKER:
4      Q   What does that mean?
5      A   That means I'm a hematopathologist. So even
6  though a case may be looked at and formally signed
7  out in laboratory medicine, it's a very fluid and
8  collegial relationship so they call me and ask what
9  I'm seeing. I talk with them. We have conferences
10 together. We walk to each other's department so I
11 don't want to make it appear stark because it's not
12 stark.
13     Q   Well, if currently -- and since 2000 at the
14 point when your lab closed for immunophenotyping,
15 when the Department of Laboratory Medicine gets a
16 request to do immunophenotyping, are you called in
17 for consults?
18     A   I actually often get part of the specimen so
19 I'm not a consultant. I'm actually a diagnostician.
20     Q   You get a part of the specimen for
21 morphologic examination?

Page 56

1      A   Correct.
2      Q   Okay. For purposes of interpreting
3  immunophenotyping, are you called in as a consult?
4          MR. MOLOT: Objection.
5      A   I'm called in to integrate what I'm seeing
6  with what they're seeing.
7  BY MR. PARKER:
8      Q   That's not what I'm asking.
9      A   Well, then clarify your question.
10     Q   Okay. There are components in doing a flow
11 that may involve looking at the morphology, looking
12 at the cells under a microscope and describing what
13 one sees, correct?
14     A   Correct.
15     Q   Another component is looking at the reactions
16 or lack thereof that one gets by using monoclonal
17 antibodies in a flow cytometry study?
18     A   Correct.
19     Q   My question, sir, pertains to interpreting
20 the reactions or lack of reactions to the monoclonal
21 antibodies that are used in a flow cytometry study.

Page 57

1  Have you been called in to give a second opinion on
2  that aspect of a flow study?
3      A   Which aspect so I understand?
4      Q   Interpreting whether or not -- well,
5  interpreting what diagnostic conclusions one can
6  reach from the reactions to the monoclonal
7  antibodies.
8      A   Oh, absolutely.
9      Q   And you've been called in by the folks in the
10 Department of Laboratory Medicine?
11     A   Correct.
12     Q   Now, when you're called in to do a consult,
13 do you write a report?
14     A   Actually, I write a report because I have a
15 specimen in my department.
16     Q   I'm not talking about your evaluation of the
17 morphologic evaluation. I'm talking about whatever
18 feedback you give to them on your interpretation of
19 the monoclonal antibodies that are used.
20     A   Well, it is incorporated into my report so
21 the answer is yes.