# EXHIBIT 5

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ex rel. DR. JAMES J. TIESINGA, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DIANON SYSTEMS, INC., ) <br> ) <br> Defendant. ) | No. 3:02CV1573 (MRK) <br><br> AFFIDAVIT OF CUSTODIAN <br> OF RECORDS |

STATE OF CONNECTICUT  )
                       ) ss.:
COUNTY OF NEW HAVEN    )

1. I, _Shalina Johnson_ (print name), am the _lab manager_ (title) and the custodian of records for Yale School of Medicine, and, being first duly sworn, hereby depose and say that:

2. I am over the age of 18 and understand the obligations of an oath.

3. I have access to and control over the files of the Flow Cytometry Laboratory at Yale School of Medicine.

4. I have searched the files (hardcopy and electronic) of the Flow Cytometry Laboratory at Yale School of Medicine to locate all documents responsive to the subpoena dated June 21, 2006, from Dianon Systems, Inc.

5. I affirm that all of the documents, totaling forty-four (44) pages, provided to Harold Rose, Associate General Counsel, Yale University, and produced on July 24, 2006, are

true and accurate copies of all of the original documents in the files of the Flow Cytometry Laboratory at Yale School of Medicine relating to the requests set forth in the subpoena

6. I affirm that these documents, attached hereto, are all of the documents found responsive to the subpoena.

7. I affirm that all of these documents were business records made and maintained in the regular course of business at Yale School of Medicine.

8. I affirm that it was the regular course of business at Yale School of Medicine to make these documents at the time of the act, transaction, occurrence or event or within a reasonable time thereafter.

_____
Signature

Sworn to before me this
15th day of August 2006.

_____
Commissioner of the Superior Court/
Notary Public

JO-ANN V. D'AGOSTINO
NOTARY PUBLIC
MY COMMISSION EXPIRES MAR. 31, 2008