UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
UNITED STATES OF AMERICA           :
ex rel. DR. JAMES J. TIESINGA,
                                   :
    Plaintiffs,
                                   :
       vs.                                No. 3:02CV1573(MRK)(WIG)
                                   :
DIANON SYSTEMS, INC.,
                                   :
    Defendant.
-------------------------------------------X
```

RULING ON DEFENDANT'S MOTION TO COMPEL [DOC. # 166]

After careful review of the Defendant's Motion to Compel addressed to Non-Party Yale-New Haven Hospital's ("YNHH") production of documents pursuant to a Subpoena, YNHH's opposition to the motion, and Defendant's reply therero, the Court hereby GRANTS the Motion to Compel in accordance with the following representations set forth in the Reply Brief:

(1)  that the production of documents will not involve the production of any patient records or files or other HIPAA-protected health information of a patient;

(2) that Defendant is seeking "only the procedures, policies, manuals, and training information provided to flow cytometry technicians, residents, and fellows regarding how YNHH tailors flow cytometry antibody panels to a particular patient";

(3) depending on how "overwhelming" the document production is, that Defendant will work with YNHH to agree to the production of documents for a period of less than the requested ten (10) years;

(4) to the extent that the documents are located in an off-site storage facility, YNHH may require Defendant to travel to that facility to review the documents there;

    (5) that YNHH may request the assistance of Defendant in reviewing the documents; and

    (6) that Defendant must pay YNHH's customary rates for document retrieval and copying.

Based upon Defendant's representation that three other university hospitals responded to similar document requests by producing 50 to 520 pages of documents, the Court does not consider this document request unduly burdensome. Moreover, it appears that there is no other source for these documents and that they are relevant to this lawsuit, which involves damage claims of over $100 million. Because of the pending deadline of September 29, 2006, for the filing of dispositive motions, the Court hereby orders YNHH to comply with this Order by September 22, 2006.

    SO ORDERED, this __14th__ day of __September__, 2006, at __Bridgeport, Connecticut__.


                                                      /s/ *William I. Garfinkel*
                                                      WILLIAM I. GARFINKEL,
                                                  United States Magistrate Judge