# Re: CLINICAL question: bone marrow



**From:** Maryalice Stetler-Stevenson (*stetler@box-s.nih.gov*)
**Date:** Tue May 20 1997 - 06:49:21 EST

- **Next message:** CHELACK@admin3.usask.ca: "looking for flow resources for 35mm slides"
- **Previous message:** Dr. John Ortaldo: "Flow Position"
- **Maybe in reply to:** Simon Monard: "CLINICAL question: bone marrow"
- **Next in thread:** BARRY GRIMES: "Re: CLINICAL question: bone marrow"
- **Messages sorted by:** [ date ] [ thread ] [ subject ] [ author ] [ attachment ]

---

Dear Adrian,
        I want to echo Brad Sherburne's comments. Your questions are valid
and not easy ones. When I started analyzing bone marrows for leukemia and
low level lymphoma I had the benefit of learning (at flow courses) from two
great clinical flow cytometrists- Raul Braylan and Mike Borowitz. They
taught me me the basics of how to chose a gate in analysis of abnormal
hematopoietic populations. For Bone marrow, we always use CD45 as a third
color. This allows us to get a pure lymphoid gate for lymphomas and this
increases our sensitivity when looking for low level involvement. We also
like the way SSC vrs CD45 shows mature cells  separated from blasts- very
useful for leukemias. The Clinical Cytometry Society is sponsoring a course
in Charleston this August. Raul will be teaching analysis of
lymphoproloferative disorders and Mike will cover leukemias. In addition,
Bob Bray and Larry Lamb will bring everyone up to speed on bone marrow
transplant flow, Ken Bauer will cover cell cycle analysis and Vince Shankey
will introduce all to molecular markers of neoplasia. Ric Duque will give a
lecture on how one approaches flow data. The Flow Cytometric
Immunophenotyping of Leukemias and Lymphomas Consensus guidelines will also
be covered. If you want information about the course send me your address.
The CCS meeting immediately follows the course. I have always found the CCS
meeting to be a great place to learn something new about clinical flow and
to ask experts questions about problems in the lab. The atmosphere is very
friendly and open to questions. I highly recommend the CCS meeting to any
one in clinical flow. The contacts you make there will help your throughout
the year. I also highly recommend the course.

        Maryalice

Maryalice Stetler-Stevenson
Director Flow Cytometry Unit
Laboratory of Pathology, NCI, NIH

---

- **Next message:** CHELACK@admin3.usask.ca: "looking for flow resources for 35mm slides"
- **Previous message:** Dr. John Ortaldo: "Flow Position"
- **Maybe in reply to:** Simon Monard: "CLINICAL question: bone marrow"
- **Next in thread:** BARRY GRIMES: "Re: CLINICAL question: bone marrow"
- **Messages sorted by:** [ date ] [ thread ] [ subject ] [ author ] [ attachment ]

*This archive was generated by hypermail 2.1.6 : Thu Jan 01 2004 - 17:33:57 EST*

NIH0000347

# (no subject)

**From:** Maryalice Stetler-Stevenson (*stetler@box-s.nih.gov*)
**Date:** Wed Apr 11 2001 - 09:00:48 EST



- **Next message:** Jacqueline.Saleh@aventis.com: "old microscope for donation?"
- **Previous message:** Bernhard Peball: "Li- Heparin"
- **Messages sorted by:** [ date ] [ thread ] [ subject ] [ author ] [ attachment ]

---

    There are still a few spots open in the clinical flow cytometry course being held in Montpellier, France from May 6-8, 2001 (course immediately precedes the ISHL meeting at the same location).
    The course offers an intensive review of the most common clinical applications of flow cytometry, concentrating on data analysis, interpretation and clinicopathologic correlation. The topics are covered in small classes (6-15 student) using lectures and hands on manipulation of actual patient data. Topics include diagnosis of acute leukemia and lymphoproliferative disorders, minimal residual disease detection, stem cell enumeration, monitoring of immune recovery following bone marrow transplantation, platelet testing, RBC flow cytometry, PNH testing, flow cytometric testing in myeloma, neutrophil function assays, flow cytometric analysis of MDS, and apoptosis. The classes are grouped according to training and experience to ensure an optimal learning experience. The faculty consists of the international leaders in these fieles and include Dr. Maria Jorge Arroz (Egas Moniz Hospital, Lisbon, Portugal), Dr. Kenneth Ault (Maine Medical Center Research Institute ), Dr. David Barnett (Royal Hallamshire Hospital, Sheffield, U.K.), Dr. Michael Borowitz (Johns Hopkins Medical Institutes Department of Pathology), Dr. Bruno Brando (Milano, Italy),Dr. Raul Braylan, (University of Florida College of Medicine, Gainesville,Florida), Dr. Bruce Davis (Maine Medical Center Research Institute ), Dr. Jeannine Holden (Emory University Hospital, Atlanta, Georgia), Dr. Francis Lacombe (Hospital Haut-Lévêque, Pessac, France), Dr. Lawrence Lamb (South Carolina Cancer Center, Columbia, South Carolina), Dr. Rodica Lenkei (St.Gormans Hospital, Stockholm, Sweden), Dr. Alberto Orfao de Matos (Universidad De Citrometra, Salamanca, Spain), Dr. Maryalice Stetler-Stevenson (National Cancer Institute, N.I.H., Bethesda, MD) and Dr. Brent Wood (University of Washington, Seattle, Washington).

    The teachers are available through out for specific questions and follow up on topics. The classes are grouped according to training and experience. The teachers know the experience level ahead of time and tailor the class to the group. It is an unusual course in that it is flexible and meets everyone's needs. Contact: Carol Eckenwiler, P.O. Box 1328, Hwy 285, Ste. 102, Fairplay, CO 80440; phone (719) 836-2025, fax (719) 836-2122, e-mail clee@chaffee.net for application.

Maryalice Stetler-Stevenson
Director Flow Cytometry Unit
Laboratory of Pathology, NCI, NIH

"Learn the rules so you know how to break them properly."
The Dalai Lama

NIH0000382

- **Next message:** Jacqueline.Saleh@aventis.com: "old microscope for donation?"
- **Previous message:** Bernhard Peball: "Li- Heparin"
- **Messages sorted by:** [ date ] [ thread ] [ subject ] [ author ] [ attachment ]

*This archive was generated by hypermail 2.1.6 : Thu Jan 01 2004 - 17:40:18 EST*

NIH0000383

# FW: New Flow Cytometry Reimbursement



*This message*: [ Message body ] [ More options ]
*Related messages*: [ Next message ] [ Previous message ] [ Next in thread ] [ Replies ]

*From*: Stetler-Stevenson, Maryalice (NIH/NCI) <stetler@mail.nih.gov>
*Date*: Mon Nov 22 2004 - 15:08:04 EST

```
If Clinical Flow Cytometry is to survive in the US we all need to respond to
this proposed cut in reimbursement. Besides writing a letter yourself, you
should ask the hematologists and oncologists to write as well. See letter
below from Brian Smith letter


Maryalice Stetler-Stevenson
Chief, Flow Cytometry Unit
Laboratory of Pathology, NCI, NIH

Sometimes you're the windshield, sometimes you're the bug.



> In followup to Ron Weiss' comments: Bruce Davis has noted that the
> Clinical
> Cytometry Society will be making a comment regarding the new proposed
> (markedly slashed) reimbursement for flow cytometry. Some labs are
> beginning to consider shutting down given the technical and professional
> decreases. Bruce also suggested that it might be helpful if
> hematologist-oncologists and other physician users of flow cytometry
> diagnostics wrote a note to CMS expressing the importance of the
> technology
> to patient care. It may be useful to see if some of your physicians will
> do
> so - I made the request below to a dozen of our physicians here and six
> sent off an email to CMS within the day, with most others promising to do
> so. The note below includes an email address for the responsible CMS
> person, at least for collecting comments:
>
> "Among many other attacks at Hematology, CMS (Medicare) has just slashed
> flow cytometry reimbursement by over 70%. Several University flow labs are
> considering closing since it will make it impossible to even come close to
> breaking even. We have a committment to continuing our services but if any
> of you feel so inclined, it may be helpful to send an email to CMS
> expressing how important flow cytometry is to diagnosing and treating
> hematology-oncology patients. The email address is to Richard Lawlor at
> RLawlor@cms.hhs.gov. Something like the following may be useful:
>
> Dear Mr Lawlor:
> I am writing this email to you to express my grave concern over the severe
> decrease in reimbursement for professional flow cytometry services
> proposed
> by CMS. As a hematologist-oncologist treating patients with malignancies,
> I
> require the services of an excellent flow cytometrist hematopathologist in
> order to adequately diagnose and treat these patients. Many of the major
> advances in the success of treating patients with leukemia and lymphoma
> over the last twenty years has been predicated on this diagnostic
```

```
> modality.
> If a cut in reimbursement were to result in decreased availability of flow
> cytometry services, our patients would be severely adversely impacted.
> This
> should not be allowed to happen. This is a crucial diagnostic/prognostic
> pathology professional service.
> Sincerely,
> xxxxxxxxx"
>
>
>
> Brian R. Smith, MD
> Professor and Vice-Chair, Dept of Laboratory Medicine
> Professor of Internal Medicine and Pediatrics (Hematology)
> Yale School of Medicine
>
> --------------- YNHH/YSM Disclaimer --------------------------
> This message originates from Yale New Haven Health System.
> The information contained in this message may be privileged
> and confidential. If you are the intended recipient, you must
> maintain this message in a secure and confidential manner.
> If you are not the intended recipient, please notify the
> sender immediately and destroy this message. Thank you.
>
>
```

- application/ms-tnef attachment: stored

*Received on* Tue Nov 23 16:38:00 2004

*This message*: [ Message body ]
*Next message*: wkim1@bidmc.harvard.edu: "Medarex antibodies"
*Previous message*: Mirela Sedic: "S phase?/WinMDI"
*Next in thread*: Bgreig2@AOL.com: "Re: FW: New Flow Cytometry Reimbursement"
*Maybe reply*: Bgreig2@AOL.com: "Re: FW: New Flow Cytometry Reimbursement"
*Maybe reply*: Bruce Davis: "Re: FW: New Flow Cytometry Reimbursement"

*Contemporary messages sorted*: [ By Date ] [ By Thread ] [ By Subject ] [ By Author ] [ By messages with attachments ]

*This archive was generated by hypermail 2.1.8 : Sat Dec 04 2004 - 03:12:04 EST*

# Re: 3-color leukemia/lymphoma antibody cocktails

**From:** Maryalice Stetler-Stevenson (*stetler@box-s.nih.gov*)
**Date:** Tue Apr 28 1998 - 13:04:45 EST

- **Next message:** Sammee VanArsdale: "FasL expression/detection"
- **Previous message:** Rosario F. Curry: "Flow Cytometry enquiry"
- **Maybe in reply to:** Theresa L. Fecik: "3-color leukemia/lymphoma antibody cocktails"
- **Next in thread:** Lucille H Kimura: "Re: 3-color leukemia/lymphoma antibody cocktails"
- **Messages sorted by:** [ date ] [ thread ] [ subject ] [ author ] [ attachment ]

EXHIBIT
MvS 11
5    8/27

```
One caveat- the lymphoma should be a known T-cell or B-cell from within
your department (ie a repeat specimen on a patient you previously
immunophenotyped) and you had better be sure something else is not going
on. We have found outside diagnoses to be far off the mark and we would
have missed the diagnosis with a restricted panel. For example: a prominent
academic center in the area diagnosed a peripheral blood lymphocytosis as
an abnormal T-cell population- CD5+, CD3-. It was CLL. A common mistake is
diagnosing hairy cell leukemia as an LGL- both sets of cells have alot of
cytoplasm and might look similar under the microscope to the untrained eye
(and hematologists will all insist they know morphology). Also, sometimes
the patient has two processes. So be careful when you restrict your panel.
I frequently regret it when I use a very short panel but I never regret
adding extra tubes. We are finally happy with our intracellular light
chains and if you want the protocol contact Paula at pif@box-p.nih.gov.


         Maryalice



>hi Terry
>
>For lymphomas we use 45/14, 2/19, 5/23/20, 7/10/19, K/L/19, 8/4/3,
>3/56+16/Dr. If its a known B cell, we eliminate all the Ts except the 5 &
>7; if its a known T cell we eliminate 5/23/20, K/L/19 and 7/10/19, and
>replace with 7/5.
>If its ?waldenstroms or multiple myeloma we include 45/38, and
>intracellular K/L, but we've not had much joy with them - any hints
>gratefully accepted.
>If its ?CLL, PLL or HCL we include FMC7/11c and 22/25.
>
>For leukaemias we use 45/14, 34/33/45, 7/11b, 15/13, 5/10/19, K/L/19,
>61/62, 8/4/3, 3/56+16/Dr. If we're short on cells we'll try to include a
>representative selection; if we've a fair idea about whether its myeloid or
>lymphoid we bias our choice accordingly.
>If we've established its myeloid we include MPO/LF, and if we're after
>minimal disease we adjust to include 45cy5 in all tubes.
>Otherwise we check for blast populations on the 45/SSC gate, and backgate
>to FSC/SSC. Mostly that's more satisfactory for us because we seem to get
>a bit of drift in our 45/SSC gates - anyone else have that problem?
>
>regards,
>Beth Rees
```

NIH0000350

```
>ROYAL HOBART HOSPITAL, Tasmania

Maryalice Stetler-Stevenson
Director Flow Cytometry Unit
Laboratory of Pathology, NCI, NIH
```

- **Next message:** Sammee VanArsdale: "FasL expression/detection"
- **Previous message:** Rosario F. Curry: "Flow Cytometry enquiry"
- **Maybe in reply to:** Theresa L. Fecik: "3-color leukemia/lymphoma antibody cocktails"
- **Next in thread:** Lucille H Kimura: "Re: 3-color leukemia/lymphoma antibody cocktails"
- **Messages sorted by:** [ date ] [ thread ] [ subject ] [ author ] [ attachment ]

*This archive was generated by hypermail 2.1.6 : Thu Jan 01 2004 - 17:35:17 EST*

NIH0000351