EXHIBIT
PENGAD 800-631-6989
DrS 18
6 x/70

Cytometry (Communications in Clinical Cytometry) 42:114–117 (2000)

Case Reports

# Diagnosis of Unexpected Acute Myeloid Leukemia and Chronic Lymphocytic Leukemia: A Case Report Demonstrating the Perils of Restricted Panels in Flow Cytometric Immunophenotyping

Xiu Yan Xie,[1] Armando C. Filie,[2] Gregory A. Jasper,[1] Paula I. Fukushima,[1] and Maryalice Stetler-Stevenson[1]*

[1]Flow Cytometry Unit, Laboratory of Pathology, Division of Clinical Sciences, National Cancer Institute, National Institutes of Health, Bethesda, Maryland

[2]Section of Cytopathology, Laboratory of Pathology, Division of Clinical Sciences, National Cancer Institute, National Institutes of Health, Bethesda, Maryland

**We report on the flow cytometric identification of concomitant acute myeloid leukemia and chronic lymphocytic leukemia in cytology specimens submitted with minimal clinical information. A 64-year-old man presented with fever and progressive dyspnea on exertion. Chest X-ray and computed tomography scan showed a left upper lobe pulmonary mass. Pulmonary capillary pullback specimens were collected to determine infectious verses neoplastic etiology. The pulmonary capillary pullback specimens showed atypical mononuclear cells with enlarged, slightly irregular nuclei; visible nucleoli; and basophilic cytoplasm. Flow cytometric analysis of the specimen for lymphoma was requested. Flow cytometric immunophenotypic studies showed that 78% of the cells were CD34 positive, CD45 dim positive and CD11c positive, consistent with acute myeloid leukemia. About 0.75% of the cells expressed CD5 as well as dim CD20 and were monoclonal for kappa light chains: consistent with chronic lymphocytic leukemia/small lymphocytic lymphoma. At this time the clinician communicated a history of myelodysplastic syndroma of refractory anemia subtype. Peripheral blood was obtained for further immunophenotyping and the patient was immediately treated for his acute myeloid leukemia. This case demonstrates that a diagnostic antibody panel should allow evaluation of all cell types as per the U.S./Canadian consensus recommendations on the immunophenotypic analysis of hematologic neoplasia by flow cytometry (Stewart et al.: Cytometry 30:231–235, 1997). Cytometry (Comm. Clin. Cytometry) 42:114–117, 2000.** Published 2000 Wiley-Liss, Inc.[†]

**Key terms: immunophenotypic panels; acute myeloid leukemia; chronic lymphocytic leukemia; flow cytometry**

In the interest of cost containment, laboratories are constantly seeking to minimize antibody panels in flow cytometric immunophenotypic analysis of patient materials. The use of "disease-directed panels" such as a lymphoma panel or a leukemia panel is one method used to lower antibody consumption. This is often done despite the availability of minimal clinical information to direct panel choice. However, in patients without an established diagnosis, one runs the risk of being unable to identify an unexpected malignant population. We report flow cytometric detection of concomitant chronic lymphocytic leukemia (CLL) and acute myeloid leukemia (AML) in a specimen submitted for evaluation of lymphoma. This case illustrates the need to use multiparametric analysis with antibody panels designed to detect all abnormal hematopoietic populations.

## MATERIAL AND METHODS

### Patient Clinical Data

A 64-year-old man was admitted to the National Institutes of Health with fever and progressive dyspnea on exertion. The patient had a platelet count of 5,000/mm$^3$, hemaglobulin of 8 g/dl, hematocrit of 22.9%, and white count of 1,500/µl with absolute neutrophil count of 610/mm$^3$. Chest X-ray and computed tomography scan showed a left upper lobe mass with bilateral interstitial changes. The differential diagnosis included infection, pul-

*Correspondence to: Maryalice Stetler-Stevenson, Flow Cytometry Unit, Laboratory of Pathology, Division of Clinical Sciences, NCI, NIH, Bethesda, MD 20892.
E-mail: stetler@box-s.nih.gov

Received 20 April 1999; Accepted 17 January 2000

Published 2000 WILEY-LISS, INC. [†]This article is a US government work and, as such, is in the public domain in the United States of America.



Fig. 1. Pulmonary capillary pullback specimens from cytopathology show atypical mononuclear cells with slightly irregular nuclei, visible nucleoli, and basophilic cytoplasm.

monary emboli, and neoplasm. A bronchoalveolar lavage submitted to cytopathology demonstrated normal flora with a wet prep negative for fungus and negative for *Pneumocystis carinii* pneumonia staining. A lower extremity Doppler ruled out deep venous thrombosis as a possible cause of pulmonary emboli. The patient experienced worsening dyspnea and developed a large pericardial effusion that required drainage. Pulmonary capillary pullback specimens, which consisted of pullback capillary wedge, venous blood, and arterial blood, were sent to cytology with a differential diagnosis of infection verses neoplasia.

## Cytology

Pulmonary capillary pullback specimens, including 3.5 ml of pullback capillary wedge, 4 ml of mixed venous blood, and 4 ml of peripheral blood, were received in cytology. Mononuclear cells were isolated by density gradient separation using LYMPHOPREP (Nycomed 221395) according to manufacturer's recommendation. Two cytospins were prepared for morphology studies. Atypical mononuclear cells were observed with enlarged, slightly irregular nuclei; visible nucleoli; and basophilic cytoplasm (Fig. 1). A portion of each specimen was sent to flow cytometry for evaluation of possible lymphoma.

Table 1
*Antibody Panel for Pulmonary Pullback Specimens**

| Tubes | FITC CD/antibody/source | PE CD/antibody/source | PerCP CD/antibody/source |
|---|---|---|---|
| 1 | CD45/T29-33/D | CD14/TuK4/D | |
| 2 | CD4/LEU3BD | CD8/DK25/D | CD3/LEU4/BD |
| 3 | CD57/LEU7/BD | CD7/3A1/C | CD3/LEU4/BD |
| 4 | CD3/UCHT1/D | CD16/DJ130C/D<br>CD56/MOC-1/D | CD20/LEU16/BD |
| 5 | CD5/LEU1/BD | CD2/T11/C | CD3/LEU4/BD |
| 7 | CD10/J5/C | CD19/HD37/D | CD45/HLE1/BD |
| 8 | Poly KAPPA/C | CD22/4KB128/D | CD20/LEU16/BD |
| 9 | Poly LAMBDA/C | CD22/4KB128/D | CD20/LEU16/BD |
| 10 | Mono KAPPA/BD | Mono LAMBDA/BD | CD20/LEU16/BD |
| 11 | CD103/BerAct/D | CD11c/LEUM5/BD | CD20/LEU16/BD |
| 12 | FMC-7/D | CD23/MHM6/D | CD20/LEU16/BD |
| 13 | CD13/WM-47/D | CD34/HPCA-2/BD | CD45/HLE1/BD |

*D, Dako; BD, Becton Dickinson; C, Coulter; Cal, Caltag.

Table 2
*Antibody Panel for Repeat Peripheral Blood Specimen**

| Tubes | FITC CD/Antibody/Source | PE CD/Antibody/Source | PerCP CD/Antibody/Source |
|---|---|---|---|
| 1 | CD3/UCHT1/D | CD16/DJ130C/D | CD45/HLE1/BD |
| 2 | CD4/LEU4/BD | CD8/DK25/D | CD45/HLE1/BD |
| 3 | CD71/TFN/BD | GPHA/JC159/D | CD45/HLE1/BD |
| 4 | CD13/WM-47/D | CD33/MY9/C | CD45/HLE1/BD |
| 5 | HLA-DR/CR3-43/D | CD38/LEU17/BD | CD45/HLE1/BD |
| 6 | CD15/LEUM1/BD | CD11b/LEU15/BD | CD45/HLE1/BD |
| 7 | CD117/c-KIT/C | CD34/HPCA-2/BD | CD45/HLE1/BD |
| 8 | CD19/HD37/D | CD5/LEU1/BD | CD45/HLE1/BD |
| 9 | CD36/FA6.152/C | CD64/10.1/CAL | CD45/HLE1/BD |
| 10 | CD41/P2/C<br>CD61/RUU-PL7F12/BD | CD42b/AN51/D | CD45/HLE1/BD |
| 11 | CD65/88H7/C | CD56/MOC-1/D | CD45/HLE1/BD |

*D, Dako; BD, Becton Dickinson; C, Coulter; Cal, Caltag.

## Flow Cytometric Analysis

The cells were studied with a panel of antibodies (Tables 1 and 2). One hundred microliters of cell suspension with $1 \times 10^6$ cells were added to each tube and stained according to manufacturers' recommendations as previously described (1). Five-parameter, three-color flow cytometry was performed with a BD FACScan flow cytometer equipped with a 15 mW argon laser (excitation at 488 nm). The sensitivity of fluorescent detectors was set and






FIG. 2. A: Forward (FSC) versus side scatter (SSC) and CD45 versus side scatter on pulmonary capillary pullback specimens. Blast population is circled. B: FSC/SSC gated blast population. Cells are larger and express dim CD45, CD34, and CD11c, but are negative for CD20, CD3, and CD13. C: FSC/SSC lymphoid gate. The neoplastic B cells are circled. A dim CD20, dim CD22 monoclonal kappa B cell population is identified. The percent of dim CD22 monoclonal B cells correlates with the percent of CD5 positive CD2 negative cells. More events were acquired for selected tubes.

monitored using Calibrite beads (BD) according to manufacturer's recommendations. Compensation was adjusted using FITC-CD4/PE-CD8-stained cells. Data (collected in List mode) was analyzed with CellQuest software (BD). At least 5,000 lymphocytes were acquired per tube. For analysis, lymphocytes and blasts were gated by forward and side scatter as well as CD45 versus side scatter. CD19, CD20, CD3, and CD34 populations were back-gated to determine if analysis gates were appropriate.

## RESULTS

All of the specimens studied, including the pulmonary pullback capillary wedge, venous blood, and peripheral blood specimens, contained approximately 78% primitive blasts (the atypical mononuclear cells) (Fig. 2B) expressing dim CD45, CD34, and CD11c, but negative for CD13, CD14, CD4, CD8, CD57, CD3, CD2, CD5, CD20, CD56, CD16, CD19, CD10, CD22, and CD103. There was partial expression of CD7. This is most consistent with a myeloid leukemia. About 0.75% of all cells were monoclonal B-cells expressing dim surface kappa light chains, CD5, CD19, dim CD20, and dim CD22 (Fig. 2C). This was consistent with CLL or a small lymphocytic lymphoma. The morphologic review correlated with the immunophenotypic findings. The clinician was contacted and a diagnosis of "consistent with acute myeloid leukemia" was communicated. At this time, the clinician reported a history of myelodysplastic syndrome (MDS) of refractory anemia subtype with monosomy 7. Peripheral blood for repeat studies was obtained immediately prior to initiation of Ara-C therapy and the patient was discharged to follow-up with his hematologist at home. Repeat immunophenotypic studies demonstrated that the blasts expressed CD34, CD33, and CD38 with partial HLA-DR and CD15. The blasts were negative for T-cell antigens, B-cell antigens, megakaryocytic antigens, CD14, Glycophorin A, CD13, CD11b, CD117, CD36, and CD64. The diagnosis of AML was confirmed. In addition, 0.75% of the cells were consistent with CLL.

## DISCUSSION

We report on the successful flow cytometric diagnosis of AML and CLL, despite inadequate clinical information and that the specimen was submitted for evaluation of lymphoma. The patient presented with fever, progressive dyspnea on exertion, and a pulmonary mass with bilateral interstitial changes. Pulmonary pullback specimens were submitted to cytopathology for diagnostic evaluation. The patient had MDS with monosomy 7, which has a high incidence of pulmonary fungal infections, so the clinicians did not immediately suspect AML and did not notify the laboratory of the patient's history. Initial morphologic evaluation of the pulmonary pullback specimens detected malignant cells. Because adequate clinical history was not provided and because granulation was not apparent, a diagnosis of AML was not made based on morphology. In addition, the presence of CLL in the background of the immature myeloblasts may have confused the morphologic picture. Although the number of cells in the specimens determined the panel used, the panel was sufficient to detect all cell populations present as per the US/Canadian consensus recommendations on immunophenotypic analysis of hematologic neoplasia by flow cytometry (2). Despite the fact that the specimen was submitted for evaluation of lymphoma, the panel utilized allowed detection of myeloid leukemia as well. If a restricted lymphoma panel had been used, only the diagnosis of CLL could have been made. Because AML was the disease causing clinical deterioration, patient care would have been severely compromised.

Concomitant AML and CLL, although rare, can occur (3-7) and may be difficult to evaluate morphologically. In this report, we demonstrate the importance of employing a panel of antibodies capable of identifying abnormal hematopoietic cells instead of simply using a disease-specific panel. This reinforces the US/Canadian consensus recommendations and indicates the danger of restricting reimbursement to disease-specific antibody panels.

## LITERATURE CITED


1. Fukushima P, Nguyen P, O'Grady P, Stetler-Stevenson M. Flow cytometric analysis of kappa and lambda light chain expression in evaluation of specimens for B-cell neoplasia. Cytometry 1996;26:243-252.
2. Stewart CC, Behm FG, Carey JL, Cornbleet J, Duque RE, Hudnall SD, Hurtubise PE, Loken M, Tubbs RR, Wormsley S. U.S.-Canadian consensus recommendations on the immunophenotypic analysis of hematologic neoplasia by flow cytometry: selection of antibody combinations. Cytometry 1997;30:231-235.
3. Mateu R, Bellido M, Sureda A, Gonzalez Y, Rubiol E, Aventin A, Nomdedeu J. Concomitant chronic lymphocytic leukemia and acute myeloid leukemia with an uncommon immunophenotype. Am J Hematol 1997;56:281-287.
4. Lima M, Porto B, Rodrigues M, Teixeira M, Coutinho J, Ribeiro A, Malheiro M, Justica B. Cytogenetic findings in a patient presenting simultaneously with chronic lymphocytic leukemia and acute myeloid leukemia. Cancer Genet Cytogenet 1996;87:38-40.
5. Caballero M, Gonzalez M, Canizo M, Orfao A, Nieto M, Miguel J. Concomitant chronic lymphocytic leukemia (CLL) and acute myeloid leukemia. Complete remission of CLL achieved with high-dose cytosine arabinoside. Leukemia 1992;6:856-858.
6. Tamul K, Meyers D, Bentley S, Folds J. Two color flow cytometric analysis of concomitant acute myeloid leukemia and chronic lymphocytic leukemia. Cytometry 1994;18:30-34.
7. Catovsky D, Galton DAG. Myelomonocytic leukemia supervening on chronic lymphocytic leukemia. Lancet 1971;1:478-479.