EXHIBIT

PENGAD 800-631-6989

# Flow Cytometric Analysis of Lymphomas and Lymphoproliferative Disorders

*Maryalice Stetler-Stevenson and Raul C. Braylan*

Flow cytometry has become an important tool in the diagnosis and characterization of hematologic and lymphoid neoplasia. This technology serves as an excellent complement to microscope-based traditional diagnostic methods and adds distinctive capabilities that are unmatched by any other diagnostic methods. Flow cytometry is ideal for fluids where cells are naturally suspended but is also useful in lymphoid tissues, from which single-cell suspensions can be easily obtained. The advantages of flow cytometry are largely based on its ability to analyze very rapidly, even in small samples, multiple cell properties simultaneously, including size, granularity, surface and intracellular antigens, and DNA content. The quantitative nature of the data produced, both with regard to cell population distributions and to expression of individual cell antigens, offers objective criteria for interpretation of results. Examples of applications include the detection of clonal cells in B-cell lymphoma, the recognition of antigenic expression anomalies in B- or T-cell malignancies, the identification of malignant plasma cells, and the rapid measurement of cell cycle fractions. The unique attributes of flow cytometry allow for increased sensitivity in the detection of neoplastic cells and should contribute to improving accuracy and precision in the diagnosis and classification of lymphomas and lymphoproliferative disorders.
*Semin Hematol 38:111-123. This is a US government work. There are no restrictions on its use.*

F LOW CYTOMETRIC analysis is accepted medical practice for the clinical evaluation of hematologic neoplasia. In non-Hodgkin's lymphomas, this technology assists in the diagnosis, classification and detection of minimal disease. Flow cytometry is unique in that it allows rapid simultaneous analysis of multiple complex parameters in a highly quantitative and objective manner. For example, cell size, viability (including the presence of apoptotic cells), cell kinetics, and the detection of multiple intracellular and surface proteins can be determined for each cell in the sample studied. The high sensitivity of this technique, coupled with the ability to rapidly analyze multiple parameters in large numbers of cells, allows the detection of small populations of neoplastic cells (sensitivities of 1 in $10^3$ achieved routinely and 1 in $10^6$ with specialized techniques) and definition of unique subpopulations within a sample. Furthermore, the multiparametric approach allows analysis of neoplasia in small samples due to concurrent staining of cells with multiple antibodies complexed to different fluorochromes. Currently, three to four antigens are routinely examined in each sample by most clinical laboratories. Because flow cytometry provides information on cell viability, it is possible to assess the quality of the analysis

and to eliminate nonviable elements from the measurements, an advantage unmatched by other techniques. By using appropriate standards and controls, flow cytometry can be quantitative, allowing the determination of the exact number of molecules of bound fluorescent antibodies and thus the molecules of antigen. Such quantitation may be important in evaluation of patients for treatment with antibody-based therapy, such as anti-CD20 treatment of B-cell lymphoproliferative disorders. Not only can flow cytometry precisely measure the expression of oncogenes, activation markers, adhesion receptors, and other proteins, but also, based on the method of staining, it can localize these proteins to the cell surface or cell interior.

Diagnostic evaluation of a specimen sus-

*From the Flow Cytometry Unit, Laboratory of Pathology, National Cancer Institute, Bethesda, MD, and the Department of Pathology, University of Florida College of Medicine, Gainesville, FL.*

*Address reprint requests to Maryalice Stetler-Stevenson, PhD, MD, Chief Flow Cytometry Unit, Laboratory of Pathology, DCS, NCI, NIH, Bldg 10, Room 2N-108, Bethesda, MD 20892.*

*This is a US government work. There are no restrictions on its use.*
*0037-1963/01/3802-0003$0.00/0*
*doi:10.1053/shem.2001.21923*

pected for non-Hodgkin's lymphoma or other chronic lymphoproliferative processes optimally includes review of clinical features as well as morphologic and immunophenotypic assessment. In selected cases, molecular and cytogenetic features should be investigated. Some of these techniques provide similar information and a choice often must be made as to which should be applied in a particular case. In general, flow cytometry is more sensitive than morphologic analysis and is particularly valuable in staging for detection of bone marrow and peripheral blood involvement. Immunophenotypic analysis relies on the use of specific antibodies that label biologically meaningful targets, and can be performed by flow cytometry or immunostains of tissue sections (immunohistology). Flow cytometry is, in most cases, superior to immunohistochemistry due to its greater sensitivity, reduced interpretive subjectivity, and faster turn-around time.[45] Although immunohistochemistry allows direct correlation between morphologic changes and antibody labeling, and can often be performed on fixed tissues, it is suboptimal for simultaneous multiple antibody labeling or for quantitation of antigen expression, applications in which flow cytometry excels. Furthermore, the results of immunohistology may be difficult to interpret when background staining interferes with true membrane labeling. This is particularly true when analyzing cell surface immunoglobulins, which are critical markers for evaluation of B-cell clonality.

Molecular diagnostic evaluation is also useful in lymphoma. Polymerase chain reaction (PCR) detection of specific translocations, such as the t(14;18) in follicular lymphoma, offers great sensitivity in the recognition of these tumors. However, differences in exact breakpoints among individuals compromise the general applicability of this method. In one study using two sets of t(14;18) primers, PCR amplification was observed in only 70% of a series of well-characterized follicular lymphomas.[38] Consensus primer PCR of antigen receptor genes is routinely used to aid in the diagnosis of lymphoid malignancies: this method can detect clonal IgH rearrangements in approximately 70% of B-cell lymphomas studied.[10,44] In a

study comparing this PCR method and flow cytometric detection of B-cell clonality in non-Hodgkin's lymphoma, flow cytometry recognized monoclonality more often (98%) than PCR (68%)[10,44]; however, PCR was more sensitive in the detection of T neoplasia, with T-cell clonality detected by PCR in 71% of cases, while flow cytometry showed T-cell abnormalities in only 29%. Still, a recent study of fine-needle aspirate evaluation of lymphadenopathy in the setting of cutaneous T-cell lymphoma demonstrated a diagnostic role for both flow cytometry and PCR in the diagnosis of T-cell neoplasia.[14] All of these modern techniques, although overlapping in their abilities to detect lymphoid neoplasia, offer specific advantages and complement each other. Together, they provide a level of diagnostic sensitivity, accuracy, and precision that could never be attained by conventional microscopic methods.

## Immunophenotype of Lymphoid Neoplasms According to World Health Organization Classification

The proposed World Health Organization (WHO) classification of lymphoid neoplasms is based on the concept that morphology, immunophenotype, genetic abnormalities, and clinical features can be used to define distinct disease entities.[19] Flow cytometry can play a significant role in the classification of lymphoid neoplasms under the WHO system. Tables 1 and 2 review the immunophenotypes associated with B-, T- and natural killer (NK) cell neoplasms.

## Diagnosis and Classification of Lymphoma: Useful Applications

### B-Cell Clonality

B-cell neoplasms are clonal expansions of cells derived from a single B cell that in the majority of cases has productively rearranged its immunoglobulin genes. Therefore, a B-cell population with a restricted expression of immunoglobulin light chain is, with rare exceptions, considered a B-cell neoplasm. The expression of a single immunoglobulin light chain by a B-cell population results in a unimodal positive distribution with one light chain reagent (anti-kappa or anti-

Table 1. B-Cell Neoplasms

| | TdT | CD19 | CD22 | CD20 | CD10 | Ig(s) | CD5 | CD23 | CD11c | CD103 | FMC7 | Other |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Precursor B-cell neoplasm | + | + | + | +/-.. | + | - | - | - | - | - | - | CD34+/-, CD13 or CD33-/+ |
| **Peripheral B-cell neoplasms** | | | | | | | | | | | | |
| B-cell CLL/SLL | - | + | +dim | +dim | - | +dim | + | + | -/+dim | - | - | |
| PLL | - | + | + | + | - | + | -/+ | -/+ | - | - | + | |
| MCL | - | + | + | + | -/+ | + | + | - | - | - | + | Cyclin D1 |
| Marginal zone B-cell lymphoma | - | + | + | + | - | + | - | - | +/- | - | + | |
| FL | - | + | + | + | + | + | - | -/+ | - | - | +/- | |
| HCL | - | + | +bright | +bright | - | + | - | - | +bright | + | + | CD25bright |
| LPL/immunocytoma | - | + | + | + | - | + | - | -/+ | -/+dim | - | | Ig(c)+ |
| Diffuse large B-cell lymphoma | - | + | + | + | -/+ | +/- | -/+ | | | | | CD30-/+, CD45+/- |
| Burkitt's lymphoma | - | + | + | + | + | + | - | - | -/+ | | | |
| Plasmacytoma | - | - | - | - | - | - | - | - | | | | CD38+bright, EMA-/+, CD56+, CD138+ |

NOTE. +, >90% of cases; +/-, >50% of cases; -/+, <50% of cases; -, <10% of cases.

Abbreviations: TdT, terminal deoxynucleotidyl transferase; Ig, immunoglobulin; CLL, chronic lymphocytic leukemia; SLL, small lymphocytic lymphoma; PLL, prolymphocytic leukemia; MCL, mantle cell lymphoma; FL, follicular lymphoma; HCL, hairy cell leukemia; LPL, lymphoplasmacytic lymphoma.

lambda) and negative for the other (Fig 1). One of the advantages of flow cytometry is the ability to recognize monoclonal B cells even in the presence of B-cell lymphopenia, polyclonal B cells, and cells that have passively adsorbed immunoglobulins from the plasma in vivo (such as NK cells, activated T cells, monocytes, or granulocytes), which may result in apparent surface light chain expression.[15]

Neoplastic B cells may express light chain epitopes not readily detected by all antibodies, leading to conflicting reports in the literature concerning the efficacy of polyclonal versus monoclonal antibodies in staining clonal B-cell populations. A study of light chain reagents used in flow cytometric immunophenotyping revealed that no single set of light chain reagents could identify all monoclonal populations.[13] Thus, epitope differences appear important in light chain detection, and more than one set of light chain reagents is necessary for diagnostic accuracy.

In normal or benign lymph node tissue, virtually every B cell expresses light chain immunoglobulins, and the ratio of kappa- to lambda-expressing B cells is approximately 60% to 40%.[8,24] Therefore, the lack of expression of surface immunoglobulins among mature B cells or a significant deviation from this normal ratio suggests the presence of a monoclonal B-cell population.[8] In samples containing a mixture of monoclonal and polyclonal B cells, the simultaneous analysis of other markers that are differentially expressed among benign and malignant elements may facilitate the identification of lymphoma cells. Although numerical references are of value, in general a simple visual inspection of the data is adequate to determine B-cell monoclonal expansions.[8] Since adequate numbers are necessary to define a pattern of neoplasia, we recommend acquiring sufficient total events to allow assessment of the pattern of B-cell antigen expression.

## T-Cell Anomalies

Diagnosis of T-cell neoplasia by flow cytometric immunophenotyping is more challenging as there is no sensitive marker for clonality. Indicators of T-cell neoplasia include subset restriction, absence of normally expressed antigens, presence of aberrant antigens, and abnormal T-cell receptor (TCR) levels (CD3, TCR$\alpha\beta$, or TCR$\gamma\delta$).[22,31,42] Normal reactive lymphoid populations contain a mixture of CD4+ and CD8+ cells, whereas mature clonal T-cell populations are restricted to either CD4 or CD8 expression (most are CD4+ and CD8−), similar to light

114     *Stevenson and Braylan*

Table 2. T-Cell and NK Cell Neoplasms

| | TdT | CD1a | CD3 | CD2 | CD5 | CD7 | CD4/CD8 | CD16 | CD56 | CD57 | CD25 | Other |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Precursor T-cell neoplasm | + | -/- | +/- sCD3 + cCD3 | +/- | +/- | + | double + or - | -/+ | - | -/+ | | |
| **Mature T-cell neoplasms** | | | | | | | | | | | | |
| T-CLL, T-PLL | - | - | + | + | + | + | CD4+/-, CD4/ CD8-/+ | | | | -- | |
| T-cell granular lymphocytic leukemia | - | - | + | + | +/- | +/- | CD8+, CD4- | +/- | -/+ | + | - | |
| Aggressive NK cell leukemia | - | -- | -- | + | -- | | CD8+/-, CD4- | +/- | + | - | | |
| Adult T-cell leukemia/ lymphoma | - | -- | + | + | + | - | CD4+ | | | | + bright | |
| Enteropathy-type T-cell lymphoma | - | - | + | | | + | CD8+/-, CD4- | | | | | CD103+ |
| Hepatosplenic gamma delta T-cell lymphoma | - | - | + | + | -- | + | CD8+/-, CD4- | + | + | - | - | TCRγδ+ |
| Mycosis fungoides | - | -- | + | + | + | -/+ | CD4+ | | | | -/+ | |
| AILD | - | - | + | +/- | +/- | +/- | CD4+ | | | | | |
| ALCL | - | - | -/+ | -/+ | -/+ | -/+ | | | | | +/- | CD30+, CD45+/-, CD43-/+, EMA+/-, CD15-/+, CD68-, Alk1+ |
| PTL, unspecified | - | - | +/- | +/- | +/- | -/+ | CD4>CD8 | | | | | |

NOTE. +, >90% of cases; +/-, >50% of cases; -/+, <50% of cases; -, <10% of cases.

Abbreviations: CLL, chronic lymphocytic leukemia; PLL, prolymphocytic leukemia; AILD; angioimmunoblastic T-cell lymphoma; ALCL, anaplastic large-cell lymphoma; PTL, peripheral T-cell lymphoma.

chain restriction in B-cell neoplasms (Fig 2). However, an apparent restriction may occur in reactive conditions, where a majority of T cells are CD4+ or post—bone marrow transplant or during viral infections, which are characterized by an increase in normal CD8+ T cells. Since 75% of mature T-cell neoplasms fail to express a T-cell antigen (Fig 2), analysis for their absence is more useful: CD7 is most frequently missing, with lack of CD2, CD5 and CD3 also common. In T-cell neoplasms with antigen loss, two thirds fail to express more than one pan-T antigen.[31,43] In evaluating T-cell antigen expression it is important to remember that a small

percentage of peripheral blood CD3+ T cells are CD7-, and normal gamma delta T cells may not express CD5. Detection of abnormal or inappropriate antigen expression (like a thymic phenotype such as CD4+CD8+ terminal deoxynucleotidly transferase [TdT]+, and CD1+ in peripheral blood) is useful in the diagnosis of precursor T-cell neoplasias. Neoplastic T cells may be detected as a homogeneous population with abnormal TCR expression as measured with anti-CD3 staining (Fig 2) or TCRαβ/ TCRγδ staining.[22] In addition, malignant T cells often have a homogeneous and/or asynchronous pattern of expression of activation



**Figure 1.** Monoclonal B-cell population. Lymph node cells were stained simultaneously with phycoerythrin (PE)-conjugated anti-CD19 antibody and fluorescein isothiocyanate (FITC)-conjugated anti-kappa (A) or anti-lambda (B) immunoglobulin antibodies. Cells within the oval are monoclonal B cells and are CD19⁺, kappa light chain-positive, and lambda light chain-negative. Lymph node was effaced with follicular lymphoma.

antigens, while normal T cells are heterogeneous with respect to their state of activation and express activation antigens sequentially.[42] A subgroup of clonal T-cell lymphoid processes are not (yet) characterized by abnormal patterns of antigen expression but by increased numbers of T-cell subpopulations, normally present in low numbers. In large granular lymphoproliferative disorders (LGLPD), T or NK cells that bear CD8 and CD57, CD56, or CD16 are increased and can be clonal. Confirmation of T-cell clonality by molecular methods can be useful in these cases.

## Minimal Disease

Flow cytometric immunophenotypic analysis is extremely sensitive for small populations of abnormal hematopoietic and lymphoid cells.

**Figure 2.** Abnormal T-cell population. Cells from the bronchial lavage of a patient with T-cell neoplasm were split into 3 aliquots and stained with: (1) FITC-conjugated anti-CD5, PE-conjugated anti-CD2, and peridin-chlorophyl-A-protein (PerCP)-conjugated anti-CD3; (2) FITC-conjugated anti-CD7, PE-conjugated anti-CD25, PerCP-conjugated anti-CD3; and (3) FITC-conjugated anti-CD3, PE-conjugated anti-CD7, and perCP-conjugated anti-CD4. Cells within the oval are neoplastic T cells. Abnormal T cells are (A) dim to negative for CD3 and CD7; (B) CD5⁺; (C) CD4⁺; and (D) CD25⁺. Note different sensitivities in detection of PerCP anti-CD3 staining compared with FITC anti-CD3 due to differences in fluorochrome intensity.



116                                   *Stevenson and Braylan*

This technology has been applied, with excellent results, in the detection and staging of general lymphoproliferative disorders and tracking of minimal residual disease post-treatment. Low-grade lymphoproliferative processes can cause symptoms before overt clinical disease, and diagnosis can be very difficult unless flow cytometric immunophenotyping is used. For example, persistent cytopenias may be due to hairy cell leukemia or a lymphoproliferative disorder of large granular lymphocytes, both of which can be easily and noninvasively evaluated by flow cytometric analysis of blood. In these cases, minimal disease testing is needed to guide treatment. Flow cytometric analysis of fine-needle aspiration of enlarged lymph nodes provides a diagnosis in many cases.[17,28,40] Flow cytometry is useful in staging lymphoid neoplasia, and demonstration of peripheral blood involvement may circumvent the need for bone marrow biopsy. When the intent of therapy is curative, detection of residual disease can provide useful information that can affect treatment decisions. Minimal residual disease analysis is also valuable for monitoring low-level involvement to predict

relapse, which can often be anticipated by flow cytometric detection of increasing numbers of tumor cells before the appearance of morphologic or clinical signs. Minimal residual disease determination may also be very important in evaluating peripheral blood involvement prior to immunotherapy, as tumor load may affect dosage (with some agents toxicities at high doses have been minimal in patients with peripheral blood involvement, and more severe in its absence).[56]

Early attempts to detect minimal residual disease in B-cell lymphoma relied on clonal excess assays, which are based on complex statistics to detect the uniform surface immunoglobulin expressed by monoclonal B cells compared to the heterogeneous pattern in polyclonal populations.[5,23,48] However, clonal excess tests were never widely used, primarily due to concerns about specificity. In current clinical practice, intensity of antigen expression, coexpression of antigens, and cell size can be employed for light chain analysis of neoplastic B-cell populations. Neoplastic B-cells frequently have abnormal levels of B-cell antigen expression, such as bright CD20 in hairy cell leukemia,[15] bright CD10 in follicular lym-



**Small T-cells**                         **Large monoclonal B-cells**

**Small polyclonal B-cells**

**Figure 3.** Focal involvement of lymph node by large B-cell lymphoma. Cells from a lymph node were stained simultaneously with a PE-conjugated anti-CD20 antibody and FITC-labeled anti-kappa or anti-lambda immunoglobulin antibodies. The graph at the top center displays the correlated analysis of cell size (forward scatter) and CD20 expression, and demonstrates 3 cell populations: (1) small CD20⁻ cells, (mostly T cells) that do not express kappa or lambda immunoglobulins (left chart); (2) small CD20⁺ cells representing B lymphocytes consisting of a (polyclonal) mixture of kappa- and lambda-expressing cells (lower chart); and (3) larger and brighter CD20⁺ B cells, which express lambda but not kappa immunoglobulins, indicating they represent a monoclonal population of large B-cell lymphoma. The number of lymphoma cells in this sample was less than 10% of all cells.

phoma,[2] and dim CD20 in chronic lymphocytic leukemia.[1,25] In addition, they may have a homogeneous size reflected by clustering in regions of small or large forward scatter (as in small lymphocytic lymphoma or large-cell lymphoma). By using forward scatter and side scatter in conjunction with B-cell antigen expression, neoplastic cells can be separated from polyclonal B cells by size and intensity of antigen expression[8] (Fig 3); this technique of "clonal search" has significantly increased sensitivity.[13] Malignant B cells frequently express an abnormal pattern of antigens.[31,43] By targeting light chain expression in CD5[+] or CD10[+] B cells, for example, small populations of monoclonal B cells can be detected.[2,8] Figure 3 demonstrates a case of partial involvement with large B-cell lymphoma, in which the tumor was detected by analyzing light chain expression on the large cells.

Detection of minimal residual T-cell lymphoma is more challenging and usually the sensitivity is less than that observed in B-cell tumors. Because normal reactive T cells are almost always present, analysis is complex and requires a multiparametric approach. Targeting a specific subpopulation (CD4 or CD8) in combination with antigen loss (such as CD7[-] CD3[+]) and presence of atypical antigen (like CD20 expression), abnormal TCR expression, or aberrant pattern of activation antigen expression (Fig 4) provides the greatest sensitivity. Confirmation of T-cell clonality by molecular methods can be useful in these cases.

## Small Samples

Flow cytometric immunophenotyping is helpful in analysis of extremely small samples due to the objective nature of the data and the multiparametric capacity of this technology, which allows concurrent staining of cells with multiple antibodies. Definitive diagnostic data have been generated by flow cytometry in specimens where cell counts were too low to determine cell number by conventional counting methods! Diagnosis of lymphoma is increasingly based upon analysis of body fluids, endoscopic biopsies, or fine-needle aspirates due to the lower



**Figure 4.** Minimal peripheral blood involvement with T-cell neoplasm. A patient with known cutaneous T-cell lymphoma presented with occasional atypical lymphocytes on peripheral smear. The peripheral blood contained a subpopulation of CD3 (Y-axis) dim tumor cells (circled). Tumor cells are (A) CD5[+]; (B) CD2[-]; (C) CD7[-]; (D) CD8[-]; (E) CD4[+]; and (F) CD25[+].

118                                      *Stevenson and Braylan*

costs and decreased invasiveness of these procedures. However, diagnosis can be extremely difficult based on cytomorphology alone, and immunohistochemical or flow cytometric immunophenotyping is desirable. Thus flow cytometry is routinely employed in many laboratories for the evaluation of fine needle aspirates (from lymph nodes, masses, spleen, vitreous humor, and skin lesions), body fluids (cerebrospinal fluid, pericardial fluid), and small biopsies. Small neoplastic populations that are not recognized by routine cytology can be detected by flow cytometry.[14,17,40,53] Flow cytometry is extremely useful in the diagnosis of pulmonary mucosa-associated lymphoid tissue (MALT) lymphomas from small biopsies and cytologic samples.[51] Diagnosis of gastric lymphoma from small endoscopic biopsies,[3] based upon histologic, immunohistologic, or molecular methods, is difficult. However, since most gastric lymphomas are of B-cell origin they are easily detected by flow cytometry. In one study, diagnosis by morphology could only be made in

50% of the cases in which flow cytometry revealed monoclonal B-cell populations.[3]

## Plasma Cell Disorders

The diagnosis of multiple myeloma usually does not require flow cytometry. In most cases, the clinical presentation, serum or urine protein studies, and a simple microscopic examination of a bone marrow aspirate are sufficient. However, diagnostic difficulties may arise in patients with hematologic abnormalities who have increased plasma cells in the marrow but no definite clonal immunoglobulin in serum or urine and no characteristic clinical or radiologic findings of myeloma. In these cases, flow cytometry may determine the nature of the plasma cells from cell surface and cytoplasmic immunoglobulin distribution. There are no specific surface markers for normal plasma cells, but they can be identified by their intense expression of CD38, expression of CD138 and CD19, variable or absent expression of CD45, and



**Figure 5.** Plasma cells in bone marrow. Cells from bone marrow aspirates were exposed to PE-conjugated anti-CD38 antibody, then fixed and permeabilized, and finally stained with FITC-labeled anti-kappa or anti-lambda immunoglobulin antibodies. The top graphs illustrate normal plasma cells, recognized in this case by their size, intense expression of surface CD38, and cytoplasmic immunoglobulin content. The extremely low number of plasma cells in the sample required a "gated" procedure to restrict the analysis to cells of interest, based on their size (forward scatter) and CD38 expression (A). The distribution of the plasma cells in (A) according to their cytoplasmic immunoglobulin light chain content demonstrates approximately 60% kappa- (B) and 40% lambda- positive (C) cells, a proportion consistent with a polyclonal plasma cell population. The analysis of a bone marrow from a patient with multiple myeloma (bottom graphs) demonstrates numerous large plasma cells that also express CD38, although less intensely than do normal plasma cells (D, oval region). In contrast to normal, virtually all plasma cells selected in (D) contain a single immunoglobulin light chain, being mostly negative for kappa (E) and positive for lambda (F), a distribution indicative of monoclonality.

the absence of CD56.[30,32,49,52] Also, by definition, normal plasma cells are polyclonal and, therefore, they represent a heterogeneous population with regard to the type and class of immunoglobulin (Fig 5). Malignant plasma cells in multiple myeloma are also intensely CD38[+] (although usually less than normal), positive for CD138, and variably positive for CD45, but they are often negative for CD19 and positive for CD56.[4,18,51] The simultaneous analysis of CD38, CD56, and CD19 expression can distinguish normal from malignant plasma cells in most cases.[18,34,35] A critical criterion in support of plasma cell dyscrasia, however, is the detection of plasma cell monoclonality. This can be accomplished by flow cytometry, performing the simultaneous analysis of an identifying surface antigen (intense CD38) and cytoplasmic immunoglobulins (Fig 5).

Several groups have addressed the issue of differentiating multiple myeloma from monoclonal gammopathies of undetermined significance (MGUS). In one study, it was observed that expression of CD19 could be useful in this setting[52]; others showed that, in contrast to multiple myeloma, a significant number of normal (polyclonal) residual plasma cells are present in MGUS,[18,30] serving as a discriminator between the two conditions at diagnosis.[30]

Although not formally documented, a discrepancy between the numbers of plasma cells counted in the bone marrow aspirate smear and determined by flow cytometry is commonly observed. The reasons for this difference are not clear but may include hemodilution, sampling artifact, or plasma cell fragility. Therefore, flow cytometry may not be the best method to quantitate plasma cell load in the bone marrow. The low frequency of plasma cells in suspensions from bone marrow aspirates may preclude appropriate phenotypic analysis, unless large numbers of cells are analyzed, an approach that may be essential for the assessment of post-therapeutic minimal residual disease.[4]

The bone marrow plasma cell labeling index to determine their DNA synthetic (S) fraction is an important prognostic factor in multiple myeloma.[16] The estimation of the S-fraction by manual methods is labor-intensive and time-consuming. However, using multicolor analy-sis by flow cytometry, the S-phase fraction of plasma cells can be measured rapidly and objectively.[33,35] S-phase has been shown to be of value in assessing disease status and prognosis in patients with myeloma.[32,35,46] The same technology also provides a ploidy level, which may be useful in the detection of minimal disease.[4,29] Even the apoptotic fraction of plasma cells can be measured by flow cytometry, a parameter of potential importance in predicting disease progression.[50]

## Usefulness of DNA Content Analysis and Other Cell Cycle Kinetic Techniques

The current classifications of lymphoma are based primarily on the cell of origin of the neoplasm,[19] but, tumors of similar origin may display very different behaviors. For example, follicular and Burkitt's lymphomas both derive from follicular center cells and have comparable immunophenotypes, but they exhibit drastically different growth capacity. Despite the wide variation in proliferation exhibited by lymphomas of similar cell origin, very little emphasis has been placed on incorporating cell cycle kinetic information in current classifications. Even the concept of "grade" that appeared in previous classifications and provided some notion of tumor aggressiveness is no longer in place in the present schemes. The biologic reasons for disparity in clinical expression and response to therapy are complex but the growth potential of the neoplastic cells must play a major role in dictating tumor behavior. Furthermore, since most lymphoma therapies include cell-cycle–dependent drugs or radiation, some knowledge of DNA synthetic potential should be of value. For more than 20 years numerous studies using a variety of techniques to measure DNA synthesis and other cell cycle fractions repeatedly demonstrated a relationship between the fraction of cycling cells and the histologic grade of the lymphoma.[12,26,39] As expected, DNA synthetic fractions correlated with patient survival, even within uniform histologic categories,[7,27,47] although the prognostic value may be influenced by treatment.[21] Because of the simplicity and

120                                    *Stevenson and Braylan*

speed of measurements, flow cytometry has been one of the most frequently used technologies in the assessment of proliferative fractions in lymphomas, but immunohistologic methods that detect cell-cycle–dependent proteins are also often used.[27] One of the pitfalls of all methods that measure DNA synthesis or proliferative fractions as a single parameter in lymphoma is that a variable but often significant number of normal cells are present in the tumors, often intimately admixed with the neoplastic cells. If these normal cells are not identified and excluded from measurement,[9] the results of the analysis will be inaccurate, a problem that affected many of the retrospective studies using cell nuclei extracted from paraffin-embedded tissues. A recent study used anti-immunoglobulin light chain antibodies and a DNA-binding dye to measure tumor-specific S-phase by flow cytometry in 63 patients with newly diagnosed B-cell non-Hodgkin's lymphomas.[20] In a multivariate analysis, S-phase fraction but not histologic grade had independent prognostic value, and a high S-phase fraction was predictive of a short survival even for the low-grade lymphomas. Despite immunologic advances in recent years, treatment of non-Hodgkin's lymphomas is still largely based on tumor grade, an attribute that often lacks strict recognizable criteria or reproducibility using conventional diagnostic methods. As long as treatment modalities for these neoplasias depend on tumor growth rate, accurate information on tumor-associated proliferative fractions should be contributory.

## Pitfalls in Flow Cytometric Analysis of Lymphoid Neoplasia

Flow cytometry is an extremely valuable diagnostic tool in evaluation of tissues for a lymphoproliferative process, but it is not optimal for the detection of all lymphomas.[11] The technique requires disaggregation of cells from tissues, and the final cell suspension may not be completely representative of the original tissue. Neoplasia characterized by a relative paucity of neoplastic cells, such as Hodgkin's disease or some large-cell lymphomas, cannot always be detected by flow cytometry. In Hodgkin's dis-ease, the lack of a uniquely diagnostic antigen also contributes to the difficulty encountered in flow cytometric analysis. However, flow cytometry can help rule out a non-Hodgkin's lymphoma in problematic cases. As noted above, flow cytometry is often not useful for disease quantitation in plasma cell neoplasia. If present in the cell suspension, large B-cell lymphoma can be detected with great sensitivity due to the abnormally large tumor cells (observed as abnormal light scatter pattern). In some cases, however, a preferential loss of large cells can occur,[37] because there is increased loss of malignant cells or due to decreased release of cells upon aspiration or tissue dissection.

Poor tumor representation in the specimen is a concern in morphologic, immunohistologic, molecular, and flow cytometric analyses. For example, in focal involvement of a lymph node, tumor may be detected by one method in a sample containing a small focus, but not observed by other techniques simply due to tumor cell absence in the portions evaluated. Furthermore, malignant cells may not be aspirated or released into a single cell suspension when fibrosis is present. In such cases, tissue sections are more useful for immunophenotypic analysis, and immunohistochemistry is the optimal method. Inappropriate specimen collection and handling may lead to selective loss or destruction of the population of interest. Adequate anticoagulation by heparin or EDTA is necessary in blood and bone marrow, as specimens are especially prone to coagulation. Acute myeloid leukemia, may require more stringent precautions, such as higher concentration of anticoagulant and dilution in isotonic media, to prevent clotting. Specimen dehydration or storage at inappropriate temperatures can decrease cell viability, especially problematic in shipment of specimens or extended storage. The US-Canadian Consensus Recommendations on the Immunophenotypic Analysis of Hematological Neoplasia by Flow Cytometry strongly recommends "that the initial flow cytometric analysis of the specimen be performed with cells maintained as close to the native state as possible. In bloody specimens the preferred method of erythrocyte removal is by lysing"[41] as density gradient separation can result in

selective loss of important cell populations. Accurate immunophenotypic analysis of specimens with extensive necrosis may be difficult due to nonspecific uptake of monoclonal antibodies by cells with compromised cellular membranes. Evaluation of the specimen processed for flow cytometry for cell number, presence of the population of interest, formation of single cell suspension, and viability is crucial.

Accurate analysis of flow cytometric data for the presence of lymphoid neoplasia requires extensive knowledge of normal cell surface antigen expression patterns and a careful analytic approach. The method of determining CD4 and CD8 counts in peripheral blood, which relies on setting an analysis gate based on the properties of normal lymphocytes, is not applicable in detection of neoplasia where, by definition, the cells are not normal. Many lymphoid tumor cells (for example, large-cell lymphoma, hairy cell leukemia, large granular lymphoproliferative disorders) routinely fall outside standard lymphoid gates based on forward versus side scatter. Therefore, optimal gating strategies will differ in the initial evaluation of a sample for lymphoid malignancy based on the disease process.[6]

In summary, flow cytometry generates vital data in the evaluation of lymphoproliferative disorders. The appropriate correlation of the flow cytometry data with clinical, morphologic, and other pertinent information provides a highly accurate, sensitive and reproducible diagnosis in lymphoid neoplasia.

## References

1. Almasri NM, Duque RE, Iturraspe J, et al: Reduced expression of CD20 antigen as a characteristic marker for chronic lymphocytic leukemia. Am J Hematol 40:259-263, 1992

2. Almasri NM, Iturraspe JA, Braylan RC: CD10 expression in follicular lymphoma and large cell lymphoma is different from that of reactive lymph node follicles. Arch Pathol Lab Med 122:539-544, 1998

3. Almasri NM, Zaer FS, Iturraspe JA, et al: Contribution of flow cytometry to the diagnosis of gastric lymphomas in endoscopic biopsy specimens. Mod Pathol 10:650-656, 1997

4. Almeidad J, Orfao A, Ocquereau M, et al: High-sensitive immunophenotyping and DNA ploidy studies for the investigation of minimal residual disease in multiple myeloma. Br J Haematol 107:121-131, 1999

5. Ault KA: Detection of small numbers of monoclonal B lymphocytes in the blood of patients with lymphoma. N Engl J Med 300:1401-1405, 1979

6. Borowitz M, Bray R, Gascoyne R, et al: U.S.-Canadian Consensus Recommendations on the Immunophenotypic Analysis of Hematological Neoplasia by Flow Cytometry: Data analysis and interpretation. Cytometry 30:236-244, 1997

7. Braylaln RC: Flow-cytometric DNA analysis in the diagnosis and prognosis of lymphoma. Am J Clin Pathol 99:374-380, 1993

8. Braylan RC, Benson NA, Iturraspe J: Analysis of lymphomas by flow cytometry. Current and emerging strategies. Ann NY Acad Sci 677:364-378, 1993

9. Braylan RC, Benson NA, Nourse VA: Cellular DNA of human neoplastic B-cells measured by flow cytometry. Cancer Res 44:5010-5016, 1984

10. Crotty PL, Smith BR, Tallini G: Morphologic, immunophenotypic and molecular evaluation of bone marrow involvement in non-Hodgkin's lymphoma. Diagn Mol Pathol 7:90-95, 1998

11. Davis BH, Foucar K, Szczarkowski W, et al: U.S.-Canadian Consensus Recommendations on the Immunophenotypic Analysis of Hematological neoplasia by Flow Cytometry: Medical indications. Cytometry (CCC) 30:249-263, 1997

12. Diamond LW, Braylan RC: Flow analysis of DNA content and cell size in non-Hodgkin's lymphoma. Cancer Res 40:703-712, 1980

13. Fukushima PI, Nguyen PK, O'Grady P, et al: Flow cytometric analysis of kappa and lambda light chain expression. Cytometry 26:243-252, 1996

14. Galindo LM, Garcia FU, Hanau CA, et al: Fine-needle aspiration biopsy in the evaluation of lymphadenopathy associated with cutaneous T cell lymphoma (mycosis fungoides/Sézary syndrome). Am J Clin Pathol 113:865-871, 2000

15. Ginaldi L, De Martinis M, Matutes E, et al: Levels of expression of CD19 and CD20 in chronic B cell leukaemias. J Clin Pathol 51:364-369, 1998

16. Greipp PR, Lust JA, O'Fallon WM, et al: Plasma cell labeling index and beta 2-microglobulin predict survival independent of thymidine kinase and C-reactive protein in multiple myeloma. Clin Lab Med 81:3382-3387, 1993

17. Hanson C, Schnitzer, B: Flow cytometric analysis of cytologic specimens in hematologic disease. J Clin Lab Anal 3:2-7, 1989

18. Harada H, Kawano MM, Huang N, et al: Phenotypic difference of normal plasma cells from mature myeloma cells. Clin Lab med 81:2658-2663, 1993

19. Harris N, Jaffee EJ, Diebold J, et al: World Health Organization classification neoplastic diseases of the hematopoietic and lymphoid tissues: Report of the

Clinical Advisory Committee meeting–Airlie House, Virginia, November 1997. J Clin Oncol 17:3835-3849, 1999

20. Holte H, Suo Z, Smeland EB, et al: Prognostic value of lymphoma-specific S-phase fraction compared with that of other cell proliferation markers. Acta Oncol 38:495-503, 1999
21. Joensuu H, Ristamaki R, Soderstrom KO, et al: Effect of treatment on the prognostic value of S-phase fraction in non-Hodgkin's lymphoma. J Clin Oncol 12:2167-2175, 1994
22. Kuchnio M, Sausville EA, Jaffee ES, et al: Flow cytometric detection of neoplastic T cells in patients with mycosis fungoides based upon levels of T-cell receptor expression. Am J Clin Pathol 102:856-860, 1994
23. Ligler FS, Vitetta ES, Smith RG, et al: An immunologic approach for the detection of tumor cells in the peripheral blood of patients with malignant lymphoma; implications for the diagnosis of minimal disease. J Immunol 123:1123-1126, 1979
24. Maiese RL, Segal GH, Iturraspe JA, et al: The cell surface antigen and DNA content distribution of lymph nodes with reactive hyperplasia. Mod Pathol 8:536-543, 1995
25. Marti G, Faguet G, Bertin P, et al: CD20 and CD5 expression in B-chronic lymphocytic leukemia. Ann NY Acad Sci 651:480-483, 1992
26. Meyer JS, Higa E: S-phase fractions of cells in lymph nodes and malignant lymphomas. Arch Pathol Lab Med 103:93-97, 1979
27. Miller TP, Grogan TM, Kahlberg S, et al: Prognostic significance of the Ki-67–associated proliferative antigen in aggressive non-Hodgkin's lymphomas: A prospective Southwest Oncology Group trial. Clin Lab Med 83:1460-1466, 1994
28. Nicol TL, Silberman M, Rosenthal DL, et al: The accuracy of combined cytopathic and flow cytometric analysis of fine-needle aspirates of lymph nodes. Am J Clin Pathol 114:18-28, 2000
29. Nowak R, Oelschlagel U, Range U, et al: Flow cytometric DNA quantification in immunophenotyped cells as a sensitive method for determination of aneuploid multiple myeloma cells in peripheral blood stem cell harvests and bone marrow after therapy. Bone Marrow Transplant 23:895-900, 1999
30. Ocqueteau M, Orfao A, Almeida J, et al: Immunophenotypic characterization of plasma cells from monoclonal gammopathy of undetermined significance patients. Implications for the differential diagnosis between MGUS and multiple myeloma. Am J Pathol 152:1655-1665, 1998
31. Picker LJ, Weiss LM, Medeiros LJ, et al: Immunophenotypic criteria for the diagnosis of non-Hodgkin's lymphoma. Am J Pathol 128:181-201, 1987
32. Pope B, Brown RD, Gibson J, et al: The functional phenotype of the primitive plasma cell in patients with multiple myeloma correlates with the clinical state. Leuk Lymphoma 27:83-91, 1997
33. Pope B, Brown R, Gibson J, et al: The bone marrow plasma cell labeling index by flow cytometry. Cytometry 38:286-292, 1999
34. Rawstron AC, Owen RG, Davies FE, et al: Circulating plasma cells in multiple myeloma: Characterization and correlation with disease stage. Br J Haematol 97:46-55, 1997
35. San Miguel JF, Garcia-Sanz R, Gonzalez M, Immunophenotype and DNA cell content in multiple myeloma. Baillieres Clin Haematol 8:735-759, 1995
36. Sausville EA, Headlee D, Stetler-Stevenson M, et al: Continuous infusion of the anti-CD22 immunotoxin IgG-RFB4-SMPT-dgA in patients with B-cell lymphoma: A phase I study. Blood 85:3457-3465, 1995
37. Segal GH, Edinger MG, Owen M, et al: Concomitant delineation of surface Ig, B-cell differentiation antigens, and HLADR on lymphoid proliferations using three-color immunocytometry. Cytometry 12:350-359, 1991
38. Segal GH, Jorgensen T, Scott M, et al: Optimal primer selection for clonality assessment by polymerase chain reaction analysis: II Follicular lymphomas. Hum Pathol 25:1276-1282, 1994
39. Silvestrini R, Piazza R, Riccardi A, et al: Correlation of cell kinetic findings with morphology of non-Hodgkin's malignant lymphomas. J Natl Cancer Inst 58, 499-504, 1977
40. Simsir A, Fetsch P, Stetler-Stevenson M, et al: Immunophenotypic analysis of non-Hodgkin's lymphomas: A correlative study of immunocytochemical and flow cytometric techniques. Diagn Cytopathol 20:278-284, 1999
41. Stelzer GT, Marti G, Hurley A, et al: U.S.-Canadian Consensus Recommendations on the Immunophenotypic Analysis of Hematological Neoplasia by Flow Cytometry: Standardization and validation of laboratory procedures. Cytometry 30:214-230, 1997
42. Stetler-Stevenson M: Novel methods in detection of minimal residual non-Hodgkin's lymphoma. Cytotherapy 1:336-340, 1999
43. Stetler-Stevenson M, Medeiros LJ, Jaffe ES: Immunophenotypic methods and findings in the diagnosis of lymphoproliferative diseases, in Jaffe ES (ed): Surgical Pathology of the Lymph Nodes and Related Organs. Philadelphia, PA, Saunders, 1995, pp 22-57
44. Sugahara K, Tsuruda K, Yamada Y, et al: Clonal analysis of B-cell leukemias and lymphomas using the polymerase chain reaction for the third complementary determining region of the IgH gene: A study of 75 cases from Nagasaki Japan. Leuk Lymphoma 34:387-393, 1999
45. Thakhi A, Edinger M, Myles J, et al: Flow cyto-

metric immunophenotyping of non-Hodgkin's lymphoma and related disorders. Cytometry 25:113-124, 1996

46. Trendle MC, Leong T, Kyle RA, et al. Prognostic significance of the S-phase fraction of light-chain-restricted cytoplasmic immunoglobulin (cIg) positive plasma cells in patients with newly diagnosed multiple myeloma enrolled on Eastern Cooperative Oncology Group treatment trial E9486. Am J Hematol 61:232-237, 1999

47. Vuckovic J, Forenpoher G, Marusic M, et al: Prognostic relevance of non-Hodgkin's lymphomas cell cycle data. Neoplasma 45:332-335, 1998

48. Weinberg DS, Pinkus GS, Ault KA: Cytofluorometric detection of B cell clonal excess: A new approach to the diagnosis of B cell lymphoma. Clin Lab Med 63:1080-1087, 1984

49. Witzig TE, Kimlinger T, Scenson M, et al: Syndecan-1 expression on malignant cells from the blood and marrow of patients with plasma cell proliferative disorders and B-cell chronic lympho-

cytic leukemia. Leuk Lymphoma 31:167-175, 1998

50. Witzig TE, Timm M, Larson D, et al: Measurement of apoptosis and proliferation of bone marrow plasma cells in patients with plasma cell proliferative disorders. Br J Haematol 104:131-137, 1999

51. Zaer FS, Braylan RC, Zander DS, et al: Multiparametric flow cytometry in the diagnosis and characterization of low-grade pulmonary mucosa-associated lymphoid tissue lymphomas. Mod Pathol 11:525-532, 1998

52. Zandecki M, Facon T, Bernardi F, et al: CD19 and immunophenotype of bone marrow plasma cells in monoclonal gammopathy of undetermined significance. J Clin Pathol 48:548-552, 1995

53. Zander DS, Iturraspe JA, Everett ET, et al: Flow cytometry. In vitro assessment of its potential application for diagnosis and classification of lymphoid processes in cytologic preparations from fine-needle aspirations. Am J Clin Pathol 101:577-86, 1994