## Piermattei, William F.

| | |
|---|---|
| **From:** | Piermattei, William F. |
| **Sent:** | Friday, June 23, 2006 3:46 PM |
| **To:** | 'Molot, Richard (USACT)' |
| **Cc:** | Parker, Bruce R.; 'Salcido, Robert' |
| **Subject:** | Deposition scheduling and Discovery |

Rick,

Based upon our discussion yesterday and previous e-mails/discussions, we have the following deposition dates:

Dr. Cutter June 27th in Baltimore at Venable's office
VA Designee June 29th in D.C. at Pat Davis' office
Dr. Borowitz July 6th in Baltimore at Venable's office
Dr. Rogan July 6th in D.C. at Akin Gump's office
Dr. Toor July 12th - location to be determined
Kim Hade July 19th in Stamford at Epstein Becker's office
Conn. Carrier designee July 20th proposed
Mark Florio July 27th in New Haven at your office. I spoke with Mr. Florio after our call, his schedule is booked in July, but he has time in August if the 27th does not work.
CMS designee July 28th in D.C. at US DOJ proposed
Dr. Tiesinga Aug. 1 in Boston

With regard to scheduling medical witnesses we have a problem since Pat Davis was unavailable from June 15 through July 10 (except for a couple of days where we got one medical witness in 7/6 Dr. Borowitz) and Bruce Parker is unavailable 7/11 through 7/31.

Therefore we have the following witnesses to schedule for August: Dr. Tiesinga (8/1) (Boston), Dr. Connor (Tacoma Wash.), Dr. Johnson/LabCorp 30(b)(6) (North Carolina), and Dr. Stetler-Stevenson (D.C.). If you plan on having a different designee for the NIH than Dr. Stetler-Stevenson, we will still want to take her deposition so we will still need an August date for her.

Aside from the above, we will need to set in 2 more CMS designees (you indicated you had 3 CMS designees) and Dr. Delli Carpini. It is our understanding that Dr. Delli Carpini is still employed by the government and therefore you will need to contact him to determine his availability. Please let us know if this is not the case, and we will contact Dr. Delli Carpini directly.

With regard to the 5% data, we will be providing a list of questions as an agenda for a meeting where our data people and yours can discuss the data provided, what is available, and what is not.

Finally, with regard to the time alotted for government designee depositions, you indicated that you consider the depositions of the designees as one deposition, but are willing to provide us more time than 7 hours, but not 42 hours. However, FRCP 30 Advisory Committee Notes specifically address this issue: "For purposes of the durational limit, the deposition of each person designated under Rule 30(b)(6) should be considered a separate deposition." Though we do not expect to take the full seven hours for each of your designees, we certainly have the right to take up to 7 hours for each designee deposition and may need to do so for one or more since we must inquire as to the efforts made to respond to our discovery requests.

Please let me know if you have any problems with the above. Thanks, Bill

William Piermattei
Venable, LLP
2 Hopkins Plaza, Suite 1800
Baltimore, Maryland 21201
410-244-7473

PRIVILEGED AND CONFIDENTIAL COMMUNICATION

The information contained in this communication is privileged and confidential, and is

intended only for the use of the individual or entity named above and others who have been specifically authorized to receive it.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, or if any problems occur with transmission, please notify the sender immediately.


William Piermattei
Venable, LLP
2 Hopkins Plaza, Suite 1800
Baltimore, Maryland 21201
410-244-7473


PRIVILEGED AND CONFIDENTIAL COMMUNICATION

The information contained in this communication is privileged and confidential, and is intended only for the use of the individual or entity named above and others who have been specifically authorized to receive it.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, or if any problems occur with transmission, please notify the sender immediately.