UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA <br> ex rel. DR. JAMES J. TIESINGA, <br><br> Plaintiffs, <br><br> v. <br><br> DIANON SYSTEMS, INC., <br><br> Defendant. | No. 3:02CV1573(MRK) |

\* \* \* \* \* \* \* \* \*

**<u>ORDER</u>**

Upon consideration of Dianon Systems, Inc.'s Motion to Compel the Production of Maryalice Stetler-Stevenson, M.D. for Continued Deposition and any opposition thereto it is this _____ day of September, 2006, hereby ORDERED that said Motion is hereby GRANTED; and it is further ORDERED that the continued deposition of Maryalice Stetler-Stevenson, M.D., as designee on behalf of the National Institute of Health, shall occur at a mutually convenient date and time within 21 days of this Order.

_____
Mark R. Kravitz, Judge
United States District Court for the
District of Connecticut