# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ex rel. DR. JAMES J. TIESINGA, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DIANON SYSTEMS, INC. ) <br> ) <br> ) <br> Defendants. ) | No. 3:02 CV 1573(MRK) <br><br> September 19, 2006 |

## UNITED STATES' MOTION FOR PROTECTIVE ORDER

For the reasons set forth in the accompanying memorandum of points and authorities, the United States hereby moves the Court to issue an order, pursuant to Fed. R. Civ. P. 26(b)(2), prohibiting the Defendant in this case from reconvening the fact/expert deposition of a Rule 30(b)(6) deponent which was noticed for the first time after the close of discovery and where redeposing the witness would be a waste of time and resources because the testimony sought would be inadmissable at trial.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KEVIN J. O'CONNOR
United States Attorney

RICHARD MOLOT
Assistant United States Attorney
Federal Bar No. CT21676
157 Church Street
New Haven, Connecticut 06510
(203) 821-3700

**ORAL ARGUMENT NOT REQUESTED**

*[signature]*

MICHAEL F. HERTZ
JOYCE R. BRANDA
PATRICIA R. DAVIS
RYAN P. FAYHEE
Attorneys, Civil Division
Commercial Litigation Branch
Post Office Box 261, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-0240
Facsimile: (202) 514-0280
Attorneys for the United States

## CERTIFICATION OF SERVICE

I hereby certify that on this 19th day of September 2006, a true and correct copy of the United States' Motion for Protective Order was served by first-class mail and electronic mail on:

>Bryan T. Carmody, Esq.
>Maya & Associates, P.C.
>266 Post Road East
>Westport, CT 06880

>Robert Salcido, Esq.
>Akin Gump Strauss Hauer & Field, LLP
>Robert Strauss Building
>1333 New Hampshire Ave, NW
>Washington, D.C. 20036
>rsalcido@akingump.com

>Bruce R. Parker
>Venable LLP
>1800 Mercantile Bank & Trust Bldg.
>2 Hopkins Plaza
>Baltimore, Md. 21201
>brparker@venable.com

>Patricia R. Davis
>Trial Attorney
>U.S. Department of Justice