EXHIBIT B

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>ex rel. Dr. James J. Tiesinga,<br><br>                Plaintiffs,<br>v.<br><br>DIANON SYSTEMS, INC.,<br><br>                Defendant. | )<br>)<br>)  No. 3:02CV1573(MRK)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF DEPOSITION**

TO:    United States of America

Please take notice that, pursuant to the local and Federal Rules of Civil Procedure Rules 26(b)(4)(A) and 30, defendant Dianon Systems, Inc. will take the deposition upon oral examination of Maryalice Stetler-Stevenson, M.D., government designee on behalf of the National Institutes of Health. The deposition will begin at 9:30 a.m. on August 22, 2006 at the law firm of Venable LLP 575 7th Street, NW Washington D.C. 20004. The oral examination will continue from day to day, until completed and will be videotaped.

*[signature: Bruce R. Parker]*

Bruce R. Parker, admitted pro hac vice
Venable LLP
1800 Mercantile Bank & Trust Bldg.
2 Hopkins Plaza
Baltimore, Maryland 21201
(410) 244-7400

Robert Salcido, admitted pro hac vice
Akin Gump Strauss Hauer & Feld, LLP
1333 New Hampshire Avenue, NW
Washington, DC 20036

Attorneys for Dianon Systems, Inc.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of August, 2006, a copy of the foregoing Notice of Deposition was sent via, electronic mail to Richard.Molot2@usdoj.gov and Pat.Davis@usdoj.gov per the request of United States counsel.

\

_____
Bruce R. Parker