EXHIBIT C

# Davis, Pat (CIV)

| | |
|---|---|
| **From:** | WFPiermattei@Venable.com |
| **Sent:** | Friday, August 18, 2006 3:20 PM |
| **To:** | Davis, Pat (CIV); Molot, Richard (USACT) |
| **Cc:** | Fayhee, Ryan (CIV); BRParker@Venable.com; rsalcido@AKINGUMP.COM |
| **Subject:** | Dr. Stetler Stevenson deposition confirmation |
| **Attachments:** | Dr Stetler-Stevenson depo notice.pdf |



Dr
er-Stevenson depo r

Pat and Rick,

Attached please find the follow up deposition notice confirming NIH designee Dr. Stetler Stevenson's deposition for August 22, 2006 at 9:30 am per our prior 30(b)(6) deposition notice. Thanks, Bill

William Piermattei
Venable, LLP
2 Hopkins Plaza, Suite 1800
Baltimore, Maryland 21201
410-244-7473

PRIVILEGED AND CONFIDENTIAL COMMUNICATION

The information contained in this communication is privileged and confidential, and is intended only for the use of the individual or entity named above and others who have been specifically authorized to receive it. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, or if any problems occur with transmission, please notify the sender immediately.

    <<Dr Stetler-Stevenson depo notice.pdf>>
*******************************************************************************
U.S. Treasury Circular 230 Notice: Any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (a) avoiding penalties that may be imposed under the Internal Revenue Code or by any other applicable tax authority; or (b) promoting, marketing or recommending to another party any tax-related matter addressed herein. We provide this disclosure on all outbound e-mails to assure compliance with new standards of professional practice, pursuant to which certain tax advice must satisfy requirements as to form and substance.
*******************************************************************************
*******************************************************************************
This electronic mail transmission may contain confidential or privileged information. If you believe you have received this message in error, please

1