EXHIBIT F

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. DR. JAMES J. TIESINGA, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 3:02 CV 1573(MRK) ) |
| DIANON SYSTEMS, INC. | ) ) ) |
| Defendants. | ) |

### Declaration of Dr. Maryalice Stetler-Stevenson

1. My name is Dr. Maryalice Stetler-Stevenson. I am the Chief of the Flow Cytometry Lab for Pathology of the National Cancer Institute, which is one of the National Institutes of Health (NIH).

2. I was designated to appear at a 30(b)(6) deposition and testify on behalf of NIH as to the subjects set forth in the 30(b)(6) deposition notice dated May 8, 2006.

3. I was deposed as the NIH designee on August 22, 2006. At that deposition, my testimony on the subjects listed in the 30(b)(6) deposition notice was based on my own personal experience as the Chief of Flow Cytometry at NCI.

4. I read the expert reports submitted by the four medical experts in this case. However, my testimony as the NIH designee was not based upon those reports.

I do so affirm this 18th day of September 2006.

*[signature]*
Maryalice Stetler-Stevenson, M.D.