UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. DR. JAMES J. TIESINGA, <br><br>Plaintiffs, <br><br>v. <br><br>DIANON SYSTEMS, INC., <br><br>Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 3:02CV1573(MRK) <br> ) <br> ) <br> ) <br> ) |

## MOTION TO EXCLUDE THE
## OPINIONS OF STUART FLYNN, M.D.

Dianon Systems, Inc. ("Dianon"), by and through its undersigned counsel, submit its Motion to Exclude the Opinions of Stuart Flynn, M.D. (*Daubert* motion) pursuant to Fed. R. Evid. 702 and this Court's Revised Scheduling Order, and in support thereof state as follows:

1. Dr. Flynn's opinions regarding which antibodies Dianon utilized in its flow cytometry testing were medically unnecessary, and therefore "false" or fraudulent under the False Claims Act, 31 U.S.C. §§ 3729-3733, are not admissible because:

    (a) Dr. Flynn does not utilize a scientific methodology to determine which antibodies were medically unnecessary. Rather, Dr. Flynn applies his own subjective beliefs which he cannot explain and contradict his medical practice;

    (b) Dr. Flynn does not apply a discernable methodology in a reliable fashion to the tests he reviewed; and

    (c) At most, Dr. Flynn's opinions only represent one view of how flow cytometry test performed. Therefore, his opinions can, at most, only establish one

ORAL ARGUMENT REQUESTED

method within the spectrum of permissible methods for flow cytometry testing and are not relevant to the government's claim.

2.   Put simply, no Medicare publication, rule or regulation <u>required</u> Dianon to employ Dr. Flynn's methodology. Dianon used a well-recognized, standard flow cytometry approach to determine whether patients had cancer. Published medical literature and standard medical texts support Dianon's methodology, but not Dr. Flynn's. Conversely, no publication presented Dr. Flynn's methodology as preferred, let alone required.

3.   Attached and fully incorporated herein is Dianon's Memorandum in Support of its Motion to Exclude the Opinions of Stuart Flynn, M.D.

WHEREFORE, Dianon requests this Court to exclude the opinions of Stuart Flynn, M.D. because they are unscientific, unreliable and irrelevant.

DATE: September 29, 2006                    Respectfully submitted,

_____
Mary A. Gambardella
Bar No. ct05386
Epstein, Becker & Green, P.C.
One Landmark Square, Ste. 1800
Stamford, CT 06901-2165
203-348-326-7426
203-324-9291 (fax)
mgambard@ebglaw.com

Bruce R. Parker, admitted pro hac vice
Bar No. PHV01015
Venable LLP
1800 Mercantile Bank & Trust Bldg.
2 Hopkins Plaza
Baltimore, Maryland 21201
(410) 244-7400

2

Robert Salcido, admitted pro hac vice
Akin Gump Strauss Hauer & Feld, LLP
1333 New Hampshire Avenue, NW
Washington, DC 20036

Attorneys for Dianon Systems, Inc.