# EXHIBIT 3

Cytometry (Communications in Clinical Cytometry) 30:214–230 (1997)

# U.S.-Canadian Consensus Recommendations on the Immunophenotypic Analysis of Hematologic Neoplasia by Flow Cytometry: Standardization and Validation of Laboratory Procedures

Gregory T. Stelzer,[1*] Gerald Marti,[2] Anne Hurley,[3] Phil McCoy, Jr.,[4] E.J. Lovett,[5] and Abe Schwartz[6]

[1]Cytometry Associates, Brentwood, Tennessee
[2]Flow and Image Cytometry, CEBR, FDA, Bethesda, Maryland
[3]Comprehensive Cytometric Consulting, Ballwin, Missouri
[4]Department of Pediatrics, Cooper Hospital, Camden, New Jersey
[5]Maine Medical Center Research Institute, South Portland, Maine
[6]Flow Cytometry Standards Corporation, San Juan, Puerto Rico

The flow cytometric analysis of cells from patients with known or suspected hematological malignancy encompasses issues of specimen triage (is the test necessary?), technology (actual laboratory performance of the test), medical interpretation (analysis of technical data in the medical context of the patient), and reporting of the results in a manner meaningful to the treating physician.

For the purpose of this report, the technical aspects of flow cytometric immunophenotyping are defined by the following components: (1) acquisition of the patient specimen and transport to the laboratory, (2) sample preparation and staining, (3) instrument quality control and quality assurance, and (4) data acquisition on the flow cytometer and data storage. Unlike the more esoteric aspects of the analysis and interpretation of immunophenotypic patterns in hematological malignancy, there is some consensus opinion established regarding many of the technical aspects common to this and other applications of clinical flow cytometry. Previous consensus proceedings have addressed, particularly, issues of instrumentation and specimen handling as they relate to analysis of leukemia, lymphoma (21,59) and lymphocyte subset analysis for monitoring patients with HIV infection (11,44,45,52).

This report also reiterates important points made in the previous work and elaborates on issues specific to the flow cytometric analysis of hematopoietic malignancies not previously discussed. It should be understood that the recommendations of this conference are presented as a basis for further discussion and enhancement.

It also should be noted that the recommendations presented by this committee strongly reflect discussion and recommendations by the other core committees involved in the formulation of this consensus regarding the utility of flow cytometry for the analysis of hematological malignancies. This is particularly true for issues such as antibody panel selection and validation and importance of fluorescence standardization and quantification, as well as a number of other topics that reflect upon the technical aspects of the test.

## SPECIMEN ACQUISITION, HANDLING, TRANSPORT, AND PROCESSING

This section describes the acquisition, transport, and processing of specimens for flow cytometric analysis of hematological malignancy. As previously stated, much of this information has undergone review in a consensus fashion, and more detailed information can be found elsewhere (11,21,44,45,52,59).

### Appropriate Specimens for Analysis

Immunophenotypic analyses performed to assist in the initial diagnosis, characterization, and monitoring of abnormal cells in leukemia or lymphoma may be performed on a variety of specimens, as deemed medically appropriate (see report of the Medical Indications Committee from this conference). These specimens include, but are not limited to: (1) peripheral blood, (2) bone marrow aspirates, (3) bone marrow biopsies, (4) lymphoid tissue biopsies, (5) serosal fluids, (6) spinal fluid, (7) skin, (8) mucosa (endoscopic biopsies), and (9) fine-needle aspirates of masses. Each type of specimen is subject to different storage, transportation, and preparation requirements, as detailed below. Unlike peripheral blood, collection of specimens noted above involve somewhat invasive and costly procedures. As a result, these specimens should be viewed as especially precious diagnostic material, not easily replaceable without significant cost and trauma to the patient.

The precious nature of the diagnostic specimen submitted for analysis of hematological malignancy necessitates a more liberal view of specimen rejection criteria compared to that normally adopted in the clinical laboratory. There is

*Correspondence to: Gregory T. Stelzer, Cytometry Associates, Inc., 201 Summit View Drive, Suite 100, Brentwood, TN 37027. E-mail: gstelzer@cytometry.com

© 1997 Wiley-Liss, Inc.

Table 1
*Flagging Criteria Intrinsic to Specimen*

|  | Clotted | Necrosis evident | No spicules | Hemolysis | Under filled tube | Hypocellular |
|---|---|---|---|---|---|---|
| Peripheral blood | X |  |  | X | X |  |
| Bone marrow aspirates | X |  | X | X | X |  |
| Bone marrow biopsies |  |  |  |  |  | X |
| Lymphoid biopsies |  | X |  |  |  |  |
| Serosal fluid |  |  |  |  |  | X |
| Spinal fluid |  |  |  |  |  | X |
| Skin/mucosa |  | X |  |  |  | X |
| Fine-needle aspirates |  | X |  |  |  | X |

a strong consensus among all conference participants that every attempt should be made to derive useful information from any specimen submitted for analysis. For example, the use of viability gating techniques (discussed later) frequently allows for the successful analysis of even highly necrotic specimens.

Although it is recommended that attempts be made to analyze all submissions, any compromised specimens should be identified, along with a descriptive identification of the problems associated with a particular specimen. Specimen flagging criteria may be related to the condition or appearance of the specimen or may be related more to labeling and identification of the specimen and patient. Criteria for specimen flagging are outlined in Table 1. If any flagging criteria are applicable to the specimen, notation should be made on the final report of those flagging parameters that may call the analysis into question.

### Specimen Handling, Transportation, and Storage

In general, specimens obtained for flow cytometric immunophenotyping should be transported to the flow cytometry laboratory, processed, and stained for analysis immediately after collection. Any available clinical or diagnostic information pertinent to the specimen should accompany it, if possible. For short-term storage (1 h or less), all specimens should be maintained at room temperature (~16°C-28°C). If the specimen is not a fluid, a sufficient amount of sterile isotonic fluid (e.g., normal saline or tissue culture medium) should be added to the specimen to prevent dehydration. For prolonged storage, blood and bone marrow specimens should be maintained at room temperature or, if possible, in a more tightly regulated climate of 16°C (47). The addition of tissue culture medium is usually not necessary, but may, in some instances, improve the stability of the specimen over time.

The upper limit for specimen storage has not been well defined, but it appears to be highly dependent on the nature of the specimen and the conditions under which the specimen is maintained. For peripheral blood and bone marrow aspirates obtained in sodium heparin, an upper limit of 48-72 h appears practical and acceptable for most specimens. For similar specimens obtained in ethylenediamine tetra-acetate (EDTA), the storage time appears to be ~12-24 h due to the depletion of myeloid cells under these conditions. Whereas the use of acid citrate dextrose (ACD) is acceptable for whole blood specimens for up to 72 h, this anticoagulant is *not* recommended for bone marrow aspirates because the high volume of ACD in relation to marrow may cause viability problems for small volumes of bone marrow due to changes in pH.

For specimens that are to be stained only for internal antigens, it may be possible to fix the cells for prolonged storage. This is highly dependent on the precise antigens to be stained and the manner in which the staining is to be conducted. Prior to implementation of any fix-then-store method, it must be validated by comparison to results obtained on freshly processed specimens. Each laboratory should maintain specific written protocols and criteria that specify the specimen handling and storage procedures established to be optimal for the laboratory.

### SPECIMEN PREPARATION
### Preparation of Single Cell Suspensions

Specimens for flow cytometric immunophenotyping must be appropriately prepared for staining and analysis. Crucial for all specimens is the preparation of a single cell suspension. For hematological specimens this is rarely an issue, the exception being when a partially clotted specimen is accepted for analysis. In this instance, the clot or clots should be disrupted to release any viable cells, and the remnants of the clot removed by filtration through nylon 50 μm mesh prior to further preparation. After filtration, a cell count should be performed and a smear prepared. The smear should be examined to determine if the cells of interest are still present.

For tissue biopsies, including fine-needle aspirates and bone marrow biopsies, obtaining single cell suspensions is a more complex issue. The goal is not only to obtain single cell suspensions, but also to maximize the yield of cells of interest while maintaining the integrity of cellular structure and antigenicity. Two approaches have been used for this purpose: mechanical dissociation and enzymatic dissociation of the tissue. Of these two methods, *mechanical dissociation* is generally preferred. Most lymphoid tissues are easily dissociated by mild mechanical means, which are easy and rapid to perform and which leave the recovered cells relatively undamaged. The procedure should be performed in an isotonic buffer or nutrient medium using one or more of the following: scalpel and forceps, needle and syringe, wire mesh screens, or

using an automated device developed for the purpose (6, 86).

For some specimens, mechanical dissociation may be more difficult to accomplish due to tighter cell-cell adhesion or the presence of other tissues that may interfere with release of the relevant cells. In these instances, enzymatic dissociation may be warranted. Enzymatic digestion generally involves some mechanical dispersion followed by treatment of the specimen with a proteolytic enzyme such as pepsin or trypsin. Caution must be exercised when using this approach that the antigens of interest are not altered or removed, and viability is not substantially reduced. Bone marrow biopsies also may require the addition of other enzymes or reagents to separate the cellular material from the bone. Documentation that these reagents do not affect the antigenic properties of the cells of interest should be available prior to applying these methods to clinical specimens.

### Isolating Cells of Interest

The multidimensional nature of flow cytometry is relatively unique in that specific cell populations may be analyzed in the midst of a heterogeneous specimen through the use of various gating techniques. As such, it is possible to construct analytical algorithms that allow for the flow cytometric identification of the major morphologically identifiable cell populations in blood (34,45,52), marrow (4,53,75), or lymphoid tissue specimens (9,70,79). Even with this approach, it sometimes remains necessary to remove or isolate various cell populations prior to cytometric analysis. Unfortunately, manipulation of the specimen in any way prior to analysis introduces the possibility that the preparative method may result in the loss of the cells of interest. As a result, there is a *strong recommendation that the initial flow cytometric analysis of the specimen be performed with cells maintained as close to the native specimen state as is possible.*

For all specimens, removal of erythroid cells is considered the minimal acceptable manipulation required prior to flow cytometric analysis. This is generally accomplished by one of two methods: lysis of the erythroid cells, or density gradient separation of the mononuclear cells from the erythroid cells. The *preferred* method of erythrocyte removal is *lysis by addition of an external lysing reagent.* Removal of erythrocytes by density gradients methods is less preferred in preparing cells for the initial analysis, but is acceptable for subsequent testing once the abnormal cells have been identified.

Erythrocyte lysis. The lysis of erythrocytes may be accomplished either prior to, or after, staining of the white blood cells with monoclonal antibodies. The preferred approach is a stain and lyse procedure similar to that adapted for the immunophenotyping of lymphoid subsets in whole blood (7,11,44,45,52).

If lysis is performed prior to staining, care needs to be taken that: (1) antigenicity is unaffected by the lysing solution, (2) the lysing solution is removed and the cells washed thoroughly so the kinetics of antibody binding are not affected, and (3) a lysing solution is used that does not contain a fixative (the use of a lysing solution containing a fixative will alter cell viability and yield questionable results for surface marker analysis). Regardless of whether lysis is performed prior to, or after, staining of the cells with monoclonal antibodies, selection of a particular lysing reagent should be based upon the ability of the reagent selectively to remove only the mature erythroid cells, with minimal effects on other cell types in the specimen. Some commercial lysing reagents have been demonstrated to more dramatically effect loss of certain cell populations more than others (10).

### Density Gradient Methods

An alternative method for removal of erythrocytes is the use of density gradient separation methods. These methods have the advantage of removing dead cells from the specimen and, in some instances, may be used exclusively for that purpose. There remains, however, the fact that use of these methods can result in selective loss of important cell populations (14, 56). The theory of density gradient separation is based on the buoyant density of *normal* lymphocytes; therefore, there is a likelihood that any cells (potentially including leukemic blasts) that do not have the same buoyant density as normal lymphoid cells will not be found where anticipated in the gradient. This may vary from specimen to specimen, or even by clones within a given specimen. If density gradient methods are to be used in preparing leukemia/lymphoma specimens, multiple layers of the gradient should be checked for the presence of the atypical cells to ensure that losses are minimal.

### Evaluation of Cell Suspensions

Cellular loss and distribution. After preparation of single cell suspensions, but prior to staining of the specimen with monoclonal antibodies, cell preparations should be evaluated to ensure that they morphologically resemble the initial specimen (i.e., that there was not a significant loss of the cells of interest). For peripheral blood and bone marrow aspirate specimens, preparation of a smear upon receipt of the specimen is satisfactory unless the specimen is subsequently subjected to a density gradient isolation procedure. In that instance, a second evaluation of the specimen after density gradient separation also must be made, usually by making a "cytospin" preparation. After obtaining single cell suspensions from biopsies and masses, a cytospin, or a similar preparation, should be made to ensure that cells of interest have been retained for analysis.

Cell concentration for antibody staining. Manufacturers of monoclonal antibodies generally recommend a range of absolute numbers of cells that should be added per volume of the antibody. In most instances, this is 500,000–1,000,000 cells per test of antibody. Significant variance from the recommended ratios may result in an altered pattern of staining. Thus prior to staining with monoclonal antibodies, the cell count of each specimen should be appropriately adjusted to fall within the manufacturers' recommended range and in the appropriate volume. It should be recognized that as the proportion of cells of different lineages vary in different specimens, adjusting the overall cell count may not be appropriate for

every lineage specific monoclonal antibody. If a laboratory elects to use staining procedures at variance from the manufacturer's recommendations (such as diluting the antibody before use), antibodies should be tested thoroughly at the desired antibody:cell ratio prior to use. Complete documentation of the results of this validation should be kept.

**Cellular viability.** Accurate interpretation of immunophenotypic characterization of surface marker expression can be severely compromised by a high proportion of dead cells in the specimen. This is because some antigens are found in the cytoplasm as well as the cell surface and also because of nonspecific uptake of the monoclonal antibody by cells whose surface membranes may be ruptured. Viability may be assessed by a real-time flow cytometric assay, or correlatively by manual methods. Real-time assessment depends upon the use of fluorescent dyes such as propidium iodide (60), 7-a-actinomycin D (7-AAD)(62), or ethidium monoazide (EMA) (58) to stain nonviable cells in such a manner that they can be specifically detected by flow cytometry.

Using select combinations of fluorochromes allows the viability determination to be performed concomitantly with the measurement of cell surface markers. For example, staining of cells with monoclonal antibodies conjugated with FITC and PE along with the viability dye 7-AAD allows for the simultaneous quantification of two cell surface markers and cellular viability (62). This approach is particularly useful for resolving an abnormal population of cells when the specimen submitted for analysis is highly necrotic. If samples are fixed after staining, it is critical to remove any unbound 7-AAD by washing prior to addition of fixative. Specimens prepared in this manner allow a clear resolution of cells that were dead and alive at the time of staining. However, over time, the distinction of these two populations will be lost as 7-AAD redistributes into all of the fixed cells.

If cells are to be routinely fixed and analyzed at time points longer than 12 h after fixation, then the EMA method of viability determination is recommended. Because the dye is covalently bound to the DNA of dead cells by the photo cross-linking procedure, this method allows for continued discrimination of cells that were dead at the time of staining, even after long periods of fixation (58).

As an alternative method for assessing cell viability, a correlative measurement can be made manually rather than cytometrically. This is accomplished using viability stains such as trypan blue and performing manual cell counts (100–200 cells, minimum) on a hemocytometer (72).

*The real-time cytometric method is recommended,* because it permits nonviable cells to be excluded from analysis regions on each sample tube, whereas the manual method does not. However, the cytometric method does not identify whether the dead cells consist specifically of cells of interest or simply result from random cell loss. Therefore, *failure to identify abnormal cells in a specimen with poor viability, even with dead cells gated out of analysis, must not necessarily be interpreted as a negative result.*

**Morphologic evaluation.** It is critical to ensure that the specimen being analyzed on the flow cytometer is representative of the putative disease process. To this end, a specimen appropriate for morphologic examination should be prepared in the flow cytometry laboratory from the same portion of the specimen to be used for immunophenotyping. For bone marrow aspirates and peripheral blood specimens, a smear preparation is generally sufficient. Touch preparations may be used for tissue masses, and cytospin (or similar) preparations may be preferred for serosal fluids and disaggregated masses and biopsies.

In general, the more a specimen is handled or processed, the greater the risk of cell loss. Therefore, if a specimen is subjected to multiple preparative procedures (e.g., mechanical dissociation of a mass followed by density gradient separation), it may be advisable to determine the cellular composition of the specimen at multiple points in the preparation procedure.

## CELL STAINING
### Cell Surface Antigens

Most antigens useful for the characterization of the abnormal cells in leukemia and lymphoma are located on the cell surface. This has the advantage of enabling relatively simple methods for staining and detection, although certain precautions must be followed. Since many of these antigens also can be found inside of the cell, it is crucial for determination of cell surface markers that the integrity of the cell surface membrane be maintained. Failure to do so can lead to misinterpretation of staining results. For example, the presence of immunoglobulin heavy chains on the cell surface has different implications from finding heavy chains present only in the cytoplasm. Therefore, staining for cell surface markers must be conducted on viable, unfixed cells.

**One color immunofluorescence.** Flow cytometric immunophenotyping may be performed using one or more fluorochromes to detect a variety of cell surface antigens concomitantly on the surface of single cells. Although used historically, single color immunofluorescence is not the method of choice for comprehensive analysis of hematological malignancies. *Atypical cell populations are more precisely defined by multicolor immunophenotyping than by single color analysis.*

Single color analysis may be acceptable when appropriate fluorochrome-conjugated antibodies are not available, necessitating the use of indirect staining methods. Multicolor studies may not prove practical when indirect staining methods are used, particularly if the primary antibodies are of the same isotype. It also may not be possible to perform multi-color studies in some instances where intracellular antigens are being studied.

**Multicolor immunofluorescence.** Multicolor immunofluorescence is preferred for the comprehensive analysis of neoplastic cells of leukemia and lymphoma. *It is the recommendation of this consensus conference that five parameter analysis be the minimal standard for immunophenotypic characterization of hematological malignancies.* This includes parameters of forward and right

218                                                                                                    STELZER ET AL.

angle light scatter and three parameters dedicated to fluorescent probes.

Some of the fluorescence parameters may be used for gating purposes (e.g., CD45) or for exclusion of nonviable cells (e.g., 7-AAD, EMA). In performing multicolor studies, care should be taken that the fluorochromes in use do not interfere (i.e., quench or have spectral overlap) with each other. Furthermore, some antibodies used in combination with each other might hinder binding to the respective antigens, e.g., by steric hindrance. Therefore, each antibody combination to be used in a panel should be checked against single color data in studies on control cells prior to establishing any antibody combinations for clinical use.

Special procedures: Surface antigen staining. The staining for certain cell surface antigens requires that specimens be treated in a unique manner. The most common example is staining a specimen for the expression of cell surface immunoglobulin (17). This staining is complicated by the presence of plasma immunoglobulin in most of the specimens submitted for analysis and, in some instances, by cytophilic antibodies (extrinsic antibodies passively attached to cells). For detection of either immunoglobulin heavy or light chains, the leukocytes in the specimen should be washed with an isotonic buffer prior to the addition of the anti-immunoglobulin staining reagents. Failure to do this will significantly effect the accuracy of detection of cellular immunoglobulin. If an erythrocyte lysis method is employed, lysis of the red blood cells may be performed either prior to, or after, removal of the serum and washing of the cells.

The presence of cellular Fc receptors may present problems for the analysis of some leukemia/lymphoma specimens. Passive absorption of plasma immunoglobulin to Fc receptor bearing non-B lymphoid cells is believed to be a common source of cytophilic immunoglobulin falsely detected as B-lymphoid immunoglobulin expression. Although washing might remove some cytophilic antibodies, a 1-hour incubation at 37°C in an isotonic buffer or medium will more effectively remove these antibodies (24,57). In these instances it may be necessary to block the Fc receptors on the cells by the addition of extrinsic immunoglobulin. As most reagent monoclonal antibodies are murine, the best-blocking reagents to add are unlabelled murine immunoglobulins of similar isotype (78). This blocking step should be initiated prior to staining the cells with antigen-specific monoclonal antibodies. Recently, it has been demonstrated that effective pairing of anti-immunoglobulin reagents in concert with B-cell specific markers is also most useful in eliminating errors in surface immunoglobulin detection resulting from cytophilic immunoglobulin adsorbed to non-B-lymphoid cells (31).

Special procedures: Intracellular antigens. The ability to detect specific intracellular antigens is important in selected cases of leukemia and lymphoma. Examples of informative intracellular antigens include: terminal deoxynucleotidyl transferase (TdT), myeloperoxidase (MPO), cytoplasmic immunoglobulin expression, cytoplasmic expression of CD3, and cytoplasmic expression of CD22.

Intracellular staining is accomplished by permeabilizing the cells to permit passage of the monoclonal antibodies into the cytoplasm without destroying the structural integrity of the cells. A variety of protocols have been described for use in this endeavor (12,16,19,23,26,27,48, 49,64,73). *It is crucial to establish that any methods used for cell fixation/permeabilization do not effect antigenicity of relevant markers or binder antibody binding.*

The precise method and reagents used for staining of intracellular antigens may, in some instances, preclude multicolor studies with surface markers. In addition, it is generally not possible to perform simultaneous viability exclusion studies on cells prepared for intracellular antigen staining, unless the EMA method is used (58). In certain cases, it is not sufficient merely to ascertain the presence of one of these markers in a specimen, but also important to identify whether the marker is located on the cell surface or the cytoplasm (e.g., CD3 in T-cell malignancy). For these markers, staining of the cells for cell surface expression and intracellular expression of the marker must be conducted on separate aliquots of the specimen. Expression on the cell surface must be limited or negative and positive in the cytoplasm for a marker to be considered intracellular.

Simultaneous Analysis of Surface and Intracellular Markers

Increasingly, it is desirable to detect multiple markers on individual cells in order better to characterize the abnormal cell in leukemia and lymphoma. This may include the concomitant detection of any combination of cell surface markers, intracellular antigens, and DNA content. In general, cell surface markers must be stained first, followed by fixation, permeabilization and staining of intracellular antigens, and finally DNA content.

It is important to be cognizant of the multiple effects of the various reagents used for fixation and permeabilization, as well as conditions that may be deleterious for one parameter while being optimal for others (16,49,76). The choice of fluorochromes for each step of the staining is as crucial as the antibody. For cell surface staining, a fluorochrome must not be affected by the subsequent permeabilization methods or reagents. For intracellular antigen detection, the fluorochrome must be small enough to be able to penetrate the permeabilized cell membrane.

DNA content and cell cycle analysis is important in the analysis of hematological malignancy, particularly lymphoma. However, the technical aspects of the assay are beyond the scope of this committee. The interested reader is referred to the work of a previous consensus conference on the use of DNA-ploidy and cell cycle analysis in the analysis of hematological malignancy (15,71).

ANTIBODY PANELS FOR THE ANALYSIS OF HEMATOLOGICAL MALIGNANCY
Technical Consideration in Selection of Antibody Panel Components

Although recommendations for specific antibody panel configurations are not the responsibility of this committee, a brief discussion of specific technical considerations for

Table 2
*Fluorochromes for Multicolor Immunophenotyping*

| Fluorochrome | Excitation (laser) | Emission | Comments |
|---|---|---|---|
| Fluorescein isothiocyanate (FITC) | 488 nm (argon) | 525 nm (FL1) | Low MW |
| Phycoerythrin (PE) | 488 nm [514 nm max] | 575 nm (FL2) | Good quantum yield |
| Cy3 | 488 nm (argon) | 575 nm (FL2) | Not as bright as PE |
| Peridinin Chlorophyll Protein (PerCP) | 488 nm (argon) | 672 nm (FL3) | Low quantum yield, photobleaching |
| PE-Texas Red tandem (Red613, ECD) | 488 nm (argon) | 620 nm (FL3) | |
| PE-Cy5 tandem conjugate (Red670) | 488 | 667 nm (FL3) | Non-Ab binding to monocytes |
| Allophycocyanin | 633 nm (helium-neon or red diode) | 660 nm (FL4) | |
| Cy-5 | 633 nm (helium-neon or red diode) | 667 nm (FL4) | Non-Ab binding to monocytes |

antibody panel selection is relevant. This report addresses such technical issues as fluorochrome selection, antibody titer, use of isotypic controls, and cocktail validation.

In general, monoclonal antibodies are preferred over polyclonal antibodies for use in the flow cytometric characterization of hematological malignancy. This is primarily due to the fact that monoclonal antibodies provide a much greater specificity of staining than is possible with polyclonal antibodies. In addition, most of the commercially available reagents also have been well characterized in international workshops designed to verify and validate the surface antigens that they define. The results of these workshops are published (3,25,38,55,61) and provide a useful resource on the reactivity of the various antibodies available for this application.

Few commercial suppliers offer cocktails of reagents designed specifically for the characterization of leukemia or lymphoma. Therefore, it falls upon the laboratory user to construct and validate monoclonal antibody combinations that allow the identification of each of the important cell populations present in specimens submitted for analysis. Recently, the Food and Drug Administration (FDA) has published a proposed regulation that emphatically places the responsibility of antibody panel validation on the end user laboratory (39).

The Antibody Panel Selection Committee of this consensus conference, as well as the European consensus (59), makes specific recommendations regarding the components of antibody panels for the characterization of leukemia and lymphoma. In general, panels of antibody cocktails should allow identification of normal as well as abnormal constituents present in specimens under evaluation. Specific recommendations for antibody combinations useful in this application can be found in the report of the Antibody Panel Selection Committee from this conference.

### Fluorochrome Selection for Multicolor Analysis

A number of fluorochromes are widely available for use in multicolor flow cytometric analyses. A key consideration in the selection of fluorochrome combinations for use in immunophenotyping panels is the type of laser excitation available on the flow cytometer. Clinical cytometers routinely come equipped with a single argon laser emitting at 488 nm. More sophisticated instruments are available that allow the addition of a second laser, either a helium-neon laser emitting at 633 nm or a diode laser emitting at 614 nm. Possible color combinations are also dependent upon other hardware issues such as available filter combinations, sufficient photomultiplier tubes for measuring the light emitted by each dye, and a host of other biologic issues discussed elsewhere, such as antigen density and steric hindrance between monoclonals, and so forth.

Table 2 lists the fluorochromes that are commonly used for multicolor flow cytometric immunophenotyping, along with salient characteristics of each fluorochrome. The dyes included in Table 2 are based upon the criteria listed above as well as the commercial availability of these fluorochromes directly conjugated either to monoclonal antibodies or to avidin. This does not imply that these are the only fluorochromes that may be used for this purpose, nor is this table an endorsement for any particular product.

Since virtually all flow cytometers are equipped with 488 nm excitation light, FITC and PE have been widely used for 2-color immunophenotyping with little difficulty. The quantum yield of PE is exceptional, making this the fluorochrome of choice for conjugation to antibodies to be used for detecting the dimmest antigens. By using PE for the dimmest markers, the separation between negative cells and cells positive for the marker will be maximized.

Fluorochromes for use as a third color reagent have not been available as long, or as extensively used as FITC and PE. These reagents are of two basic types: single fluorochromes, which excite at 488 nm and emit in the high red spectrum (>630 nm), or tandem conjugates, which are composed of two distinctly different fluorochromes (85). The primary example of a single dye is peridinin chlorophyll-A protein (PerCP) (1,54). This fluorochrome is quite "user friendly" in that it requires little color compensation correction for use with FITC and PE and exhibits little, if any nonspecific binding to myeloid cells. However, this fluorochrome does not have a high quantum yield and is best reserved for use in detection of antigens expressed at fairly high density (i.e., "bright" antigens). The use of PerCP may be somewhat problematic due to a propensity to photo-bleaching when excited by higher power laser light. However, this is not a concern for the current generation of clinical cytometers since most are limited to an excitation power of 15mW or less.

The tandem conjugates are more complex reagents than pure fluorochromes such as FITC, PE, and PerCP. They are

composed of two different dye molecules, comprising donor and acceptor fluorochromes. These molecules use energy transfer between the two to achieve an excitation and emission spectrum characteristic of the equivalent of a Stoke's shift from 488 nm to >630 nm (77). The consistency of these complex conjugates depends upon factors such as the binding characteristics of the individual fluorochromes in the tandem, as well as the efficiency of the covalent or chemical conjugation. The latter property determines how well the donor fluorochrome (usually PE) transfers energy to the second, or acceptor, fluorochrome (usually either Texas Red or CY-5). Inefficient energy transfer will result in "leakage" of the emissions from the first fluorochrome. This leakage will be detected in FL2 rather than FL3 and will significantly complicate multicolor analysis, as the emission will be inappropriately attributed to the PE conjugated monoclonal antibody.

The most commonly used acceptor fluorochromes also have advantages and disadvantages. Texas Red emits at 613 nm, requiring more color compensation against FL2 than other third color reagents (77). Whereas CY-5 emits much higher in the red spectrum and requires less color compensation, the cyanine dyes can bind to myeloid cells in an antibody-independent manner, thus producing artifactual staining in some instances. In addition, tandem conjugates are manufactured by a number of vendors, so that the spectral characteristics of each specific conjugate may be slightly different, requiring that each product be evaluated independently.

The fourth color reagents have been used for several years in research laboratories. The pertinent fluorochromes are excitable by helium neon or other red-emitting lasers and generally have an emission spectrum of 660 nm or greater. The two most widely used dyes of this type are APC (43,63) and Cy5 (74). Both provide a moderate quantum yield, with APC being slightly better than Cy5.

Another consideration in the selection of fluorochrome-antibody combinations is the presence of any other fluorescent probes. For example, if DNA content is simultaneously being measured using propidium iodide, one should be aware of the conflicting effect of this dye on the detection of antibodies conjugated to fluorochromes with emission in the orange and red spectra. In some instances, in vivo chemotherapy may affect the staining of the specimen and necessitate a change in choice of fluorochromes to use for immunophenotyping. This is particularly true for some of the antineoplastic drugs, such as the anthracyclines, which have distinct fluorescent properties that overlap the emission spectrum of some fluorochromes commonly used for immunofluorescence (28,29).

Fluorochrome selection may also include consideration of biological properties of the types of cells to be studied (32). Monocytes, e.g., are known to bind cyanine conjugates in a manner unrelated to antibody specificity. In addition, different cell types demonstrate differing levels of innate fluorescence, particularly in the green wavelengths where FITC is measured. Thus it may be advantageous to utilize an antibody coupled to a red emitting fluorochrome in cells with high levels of autofluorescence in order to increase the sensitivity for detecting a weakly expressed antigen.

### Antibody Panel Validation

Currently, no manufacturer offers preconfigured, FDA approved, monoclonal antibody combinations for use in the diagnosis of leukemia or lymphoma. As a result, the use of antibody cocktails for the characterization of hematological malignancies comes under the category of "home brew" diagnostic reagents as defined by the FDA and the 1988 revision of the Clinical Laboratory Improvement Act (CLIA88) (13). Thus it is up to each individual laboratory to validate the reactivity of each antibody combination according to FDA, CLIA, and any additional local regulations regarding "home brew" reagents. The report of the Antibody Panel Committee of this Consensus Conference provides specific suggestions for the selection of antibodies for use in defining the important populations of normal cells as well as characterization of abnormal cells in hematopoietic malignancies.

### Antibody Titration

The performance of antibodies mixed in panels should be validated in each laboratory. Titration studies should be performed on each selected antibody prior to mixing different single antibodies together into cocktails for use in panels. Since each monoclonal antibody exhibits slightly different propensities for nonspecific binding, titration is necessary to distinguish the optimal concentration of antibody that provides the best discrimination between cells specifically reactive with the antibody and any nonspecific binding to cells lacking the target antigen. In addition to limiting nonspecific binding, antibody titration assures that sufficient antibody is available to detect antigen sites over a wide range of expression since the antigen frequency on leukemic cells may differ from the frequency on normal cells. For more detailed information on the proper techniques for antibody titration, refer to Stewart et al. (78).

### Cocktail Validation

Most antibodies used in leukemia and lymphoma immunophenotyping demonstrate reactivity against one or more types of normal hematopoietic cells. As a result, it is appropriate to use normal cells for validation of the specific reactivity of antibodies used in the construction of panels for characterization of leukemia and lymphoma. In fact, since malignant hematopoietic cells frequently demonstrate the aberrant expression of cell surface markers relative to normal cells, it is especially useful to understand the reactivity of each antibody combination on normal hematopoietic constituents (20,80,81). For those antigens not found on normal cells, cultured tumor cells provide a useful target for antibody characterization.

Since the configuration of most panels requires mixing of single color reagents, the minimal performance criteria for an antibody cocktail is the demonstration of equivalent staining characteristics of mixed reagents as compared to

cells stained with the single component alone. This will identify any performance problems as a result of steric hindrance between two or more antibodies. Lot-to-lot variation, or changes in component antibodies should be documented and validated in accordance with recommendations of CLIA88 quality assurance regulations for high complexity "home brew" reagents (13).

The Data Analysis and Reporting committees of this conference have determined that the important information to be identified in the immunophenotypic analysis of hematopoietic malignancy is the presence or absence of each cell surface marker, as well as the intensity of its expression. As a result, *the development of "normal ranges" of percentage of positive cells for each antibody used in a panel provides no useful information and is irrelevant for this application.*

### Process and Analysis Controls

Virtually all specimens submitted for analysis of hematological malignancy contain a significant complement of normal hematopoietic cells. As a result, analysis of the reactivity of panel antibody cocktails on these normal cells provides invaluable data regarding the technical performance of the reagents. In fact, panels should be configured such that the normal cells present provide distinct positive and negative controls for each antibody combination in use. *Thus, there is strong consensus that there is little or no need for a normal donor process control to be run with each batch of patient specimens analyzed on the flow cytometer.*

Likewise, each antibody panel combination will have combinations of markers providing clearly negative populations of cells for use in identification of thresholds for determination of levels of immunofluorescence staining to be considered positive for marker expression. Thus, there is *strong consensus that specific isotype controls provide no useful additional information beyond unstained cells alone, or negative cells in selected antibody combinations.*

### INSTRUMENT QUALITY CONTROL AND QUALITY ASSURANCE
#### Overview

As with many other aspects of clinical flow cytometric immunophenotyping, basic issues of daily instrument quality control and documentation have been addressed in previous consensus, guideline, and review publications (11,21,37,41,42,44,45,52,59). Although many of the issues addressed by instrument quality assurance programs for immunophenotypic analysis and enumeration of lymphocyte subsets also apply to the flow cytometric characterization of neoplastic leukocytes, there is *strong consensus for more stringent requirements for instrument setup and performance validation for analysis of hematological malignancy.*

In contrast to lymphocyte subset analysis, in which well-characterized normal lymphoid populations are simply enumerated, the abnormal expression of cell surface antigens is pathognomonic for certain hematological malignancies. For example, B-cell chronic lymphocytic leukemia (B-CLL) is characterized by the dim expression on peripheral blood B cells of CD20 and surface immunoglobulins along with coexpression of CD5 is characteristic (3,36). Alternatively, whereas the immunophenotype is similar in terms of antigens that are expressed, cells of mantle cell lymphoma can, in part, be differentiated from B-CLL by a significantly higher expression of surface immunoglobulin and CD20 (18,40,69,86).

Myeloid leukemia cells also demonstrate an abnormal expression of normal cell surface antigens. Abnormal expression patterns fall into four basic categories (80,81): (1) Expression of nonlineage antigens on myeloid cells, (2) asynchronous expression of normal antigens, (3) overexpression of normal antigens, and (4) underexpression of normal antigens. The last two patterns of abnormal antigen expression depend upon the reliable and reproducible detection of antigen expression patterns on cells of interest. For flow cytometric immunophenotyping, antigen expression closely parallels fluorescence intensity.

In order to obtain meaningful measures of aberrant antigen expression in relation to normal, one must be able to accurately and reproducibly quantify the amount of fluorescence staining attributed to each marker. In addition, in order to realize the full diagnostic and prognostic utility of changes in antigen expression in neoplastic cells, it eventually will be necessary to be able to standardize the measurement of fluorescence intensity between different laboratories. *The committee recognizes that achieving the goal of interlaboratory comparability of fluorescence intensity measurements requires a more stringent and standardized approach to instrument quality control and quality assurance.*

The recommendations made here follow an extensive review of published literature regarding the standardization of flow cytometers for quantitative fluorescence intensity measurements (5,8,30,41,65-67,82-84). The proposed approach to instrument quality control for the analysis of hematological malignancy is culled from the most common procedures documented in peer-reviewed published literature to allow for the ability to standardize flow cytometric measurements of fluorescence intensity, comparable across different flow cytometers and between different laboratories.

### Basic Approach to Instrument Quality Control for Analysis of Hematological Malignancy

Instrument quality control programs generally consist of *instrument setup* and *instrument performance monitoring* components. Instrument setup refers to establishing the initial performance characteristics for use in analyzing stained samples. Instrument performance monitoring refers to quality assurance checks to validate that daily instrument performance is consistent with the measurement criteria established at instrument setup.

The minimal instrument setup criteria presented here ensures that the flow cytometer is performing in a manner sensitive enough to allow for the discrimination of unstained lymphoid cells from instrument noise. A flow cytometer set up in this mode will be readily capable of

222    STELZER ET AL.

Table 3a
*Quality Assurance Summary: Procedures for Initial Instrument Validation*

| QA function | Purpose | Frequency | Procedure |
|---|---|---|---|
| Align optical system | Optimize analysis conditions | New instrument, following major maintenance or repairs | Run high uniformity particle with scatter and fluorescence (Type I a or b, CVs <2%) |
| **Establishing analysis ranges** Light scatter ranges  Establish common fluorescence ranges | (a) Ensure all populations are present for analysis  (b) Establish target channels for daily verification of instrument settings  (c) Establish same fluorescence intensity range for all instruments  (d) Remove crossover signals between fluorescence detectors  (e) Establish an instrument specific set of target channels to provide comparable fluorescence analysis ranges across different instruments.  (f) Assure noise will not interfere with fluorescence measurements | New instrument, following major maintenance or repairs  (a) Introduction of test, or following any significant instruments maintenance or repair.  (b) Whenever optical filters are replaced, PMT voltages changed | (a) Run sample of cells to be analyzed adjust scatter to put all cells on scale  (b) Run uniform particle (4–8 um) and determine mean channels for light scatter position  (c) Using Type II b reference standard, identify lot specific initial target channels (from standard manufacturer) for specific type of instrument and reporting scale to be used  (d) Adjust PMT settings to place peak of standard fluorescence distribution in the respective target channel for each fluorescence parameter  (e) Use labeled cells or particles (Type II b or c) to adjust compensation circuits. Rerun reference standard and determine instrument specific target channels for the established compensation settings  (f) Run blank fluorescent particle and ensure that level of signal is lower than autofluorescence of unlabeled lymphocytes |

discriminating weakly expressed antigens commonly encountered in this application.

In addition to these minimal sensitivity requirements, the instrument setup criteria can be extended to include a true calibration of the fluorescence intensity scale for quantitative analysis of immunofluorescence. Table 3 outlines the minimal recommendation for instrument setup and monitoring. The daily performance monitoring can be done either qualitatively or quantitatively depending upon the level of fluorescence calibration required on a daily basis. Calibration of the flow cytometer for quantitative immunofluorescence measurements is described in detail later in this report (Appendix A).

### Definition and Classification of Instrument Standards

There are numerous standards available from private and commercial sources. When selecting a standard for a particular function, it is necessary to know its properties and limitations. A classification system for flow cytometry standards has been developed for this purpose (50,65). The system is based upon three types of standards: alignment standards (Type I), reference standards (Type II), and calibration standards (Type III). The latter types are subclassified with regard to whether their fluorescence properties are not spectrally matched with the fluorochrome of interest (Type II-a or III-a) or demonstrate complete spectral matching (Type II-b or III-b). Subtype c (Type II-c or Type III-c) indicates spectral matching with the sample fluorochrome due to the ability of the standard to bind the actual antibody-conjugate present in the sample.

Type III-b or III-c standards are required for unified instrument setup and performance monitoring across different flow cytometry platforms (68).

### Validation of Instrument Setup and Sensitivity

The goal of a unified instrument setup is to anchor the instrument fluorescence intensity scale such that a single

HEMATOLOGIC NEOPLASIA: LAB PROCEDURES 223

Table 3b
*Quality Assurance Summary: Procedures for Qualitative Daily Instrument Monitoring*

| QA function | Purpose | Frequency | Procedure |
|---|---|---|---|
| Check optical alignment | Verify optical alignment | Prior to running samples, or if instrument malfunction is suspected | Run *Type Ia* or *Ib* alignment standards |
| Monitor Analysis Ranges Verify light scatter ranges | (a) Verify all populations are available for analysis (b) Verify all cells are in the expected respective positions as in initial instrument validation | Prior to running samples, or if instrument malfunction is suspected | Determine if standard (*Type IIa* or *b*) is within 1.5% of the histogram scale from those determined in instrument validation (see above) |
| Verify fluorescence analysis ranges | Verify fluorescence analysis range has not fluctuated since instrument validation | Prior to running samples, or if instrument malfunction is suspected | (a) Monitor instrument specific target channels of Type IIb standard used for initial instrument validation. Ensure that mean of distribution is within 1.5% of initial target channels used for instrument validation (b) Monitor relative channel positions and compensation of stained reference cells |
| Verify instrument sensitivity level | Ensure measurement of specific fluorescence above instrument noise | Prior to running samples, or if instrument malfunction is suspected | (c) run certified blank particle and determine mean channel of distribution. (d) Run unstained cells and ensure that mean of distribution is above mean of noise distribution |

stained sample appears in the same relative position in the analysis region regardless of the specific brand of flow cytometer. A detailed procedure for standardized instrument setup and calibration is given in Appendix A. The approach uses Type II-b standards to identify initial targets that are calculated to normalize fluorescence intensities across the reporting scales of all instruments.

The sensitivity of an instrument can be verified in a qualitative manner by comparing the autofluorescence level of unstained cells to those of particles that have been shown to have autofluorescence levels lower than the unstained cells. Since the blank particles represent instrument noise, it may be concluded that noise will not interfere with immunofluorescence measurements, since the autofluorescence level of the cells is seen above noise. When the autofluorescence level of cells is found at the same level as certified nonfluorescent particles, no conclusion can be drawn regarding the contribution of noise to any particular immunofluorescence measurement.

This approach to instrument setup provides a common analysis region across all instrument types. Subsequent daily monitoring of the Type II-b standard's instrument specific target channels ensures reproducibility of the analysis space. Ensuring that the blank particles can be identified distinctly from unstained cells assures acceptable sensitivity of immunofluorescence measurements.

### Establishing Appropriate Color Compensation Settings

The various fluorochromes used in immunofluorescence flow cytometry are selected for use because of their unique excitation and emission spectra. In order to separate the specific fluorescence of one dye from that of another, optical filters are used selectively to capture the bandwidth of light attributable to each specific fluorescent dye.

The analysis of abnormal cells in leukemia and lymphoma is best accomplished by use of multicolor immunofluorescence protocols. The most common fluorochromes in use for multicolor immunofluorescence are FITC and PE. Laboratories using 3-color immunofluorescence protocols utilize either PerCP or a tandem conjugate of PE and Cy5 as the most frequent choice of a third color conjugate.

When using certain combinations of these fluorochromes, there is some variable level of overlap between the emission spectrum of each of these dyes and at least one of the other dyes used in combination. Correction for this spectral overlap, or color compensation, is required in order to ensure that the fluorescent signal from a cell labeled with only one dye can be accurately distinguished from cells labeled with another dye, or colabeled with both dyes.

Ideally, each cell labeled with any single fluorochrome should appear unstained in all other fluorescence detec-

SF0774

224                                                    STELZER ET AL.

Table 3c
*Quality Assurance Summary: Procedures for Quantitative Fluorescence Performance Monitoring*

| QA function | Purpose | Frequency | Procedure |
|---|---|---|---|
| Obtain calibration data for each fluorescence parameter to be monitored for quantitative measurement | Demonstrate acceptable instrument performance in a quantitatve manner | Periodically (e.g. once a week) or whenever the Type IIb reference standards fall outside of acceptable range | (a) Run *Type IIb* or *c* calibration standards that contain multiple populations of different calibrated intensity levels. Standards must demonstrate spectral matching with the fluorochromes used to stain cells of interest<br>(b) Record data on mean of distribution for each population |
| Establish calibration curve from data obtained with calibration particles | To mathematically describe the fluorescence intensity range the instrument will analyze at specific instrument settings being used | | Determine quantitative instrument performance statistics (see Appendix A):<br>(a) Linearity (AvRes% < 5%)<br>(b) Sensitivity (DT < 1,000 MESF or ABC)<br>(c) Dynamic range (coef. of res = 64 ± 5; decades = 4.0 ± 3)<br>(d) Position of analysis range ZCV < 200 for FITC and PerCP; <100 for PE or PE-TR) |

tors. Thus in order to ensure accurate detection of these stained populations, instrument settings must be established to ensure that cells labeled only with FITC give no greater signal in any other fluorescence detector than unstained cells. The same principal applies to all other fluorescence detectors.

In order to remove the unwanted contribution of fluorescent light from a dye with an overlapping emission spectrum, some type of correction protocol is required. Usually, this is accomplished using electronic hardware subtraction from the detector of any unwanted fluorescence signal contributed by the other overlapping fluorochromes used in the analysis. Alternatively, compensation may be performed by applying mathematical algorithms to the uncompensated listmode data using software designed specifically for this purpose.

It is important to understand that once each of the fluorescence detectors has been appropriately adjusted for spectral overlap and that a mathematical relationship exists between the compensated detectors and several other instrument variables. The compensation factor established for each detector is a constant applied to the detector, which is only valid if all other instrument parameters are held constant. These instrument variables are photomultiplier tube voltage or gain laser power, and the optical filters themselves. *If any of these variables are changed subsequent to establishing the compensation constant for a given detector, the factor established under the prior instrument variables will no longer apply and compensation must be reestablished at the new variable settings.*

The correct use of color compensation protocols is particularly important in the analysis of leukemia and lymphoma. Over compensation may result in the lack detection of weak antigen expression on cells bright co-stained with other markers. Conversely, undercompensation may result in what looks like apparent we: expression of an antigen, which is in fact not expresse Correct color compensation ensures the accurate dete tion of all levels of antigen expression in a multicol assay.

Use of cells as reference particles. Cells stained wi mutually exclusive antibodies in the fluorochrome com nations of interest make good reference materials. establishing and verifying appropriate color compensati settings. Color compensation should be adjusted after other instrument settings and filter combinations : finalized.

Ideally, antibody combinations used for setting comp sation should be selected to encompass a range of fluor cence intensity from unstained to highly fluorescent. T allows one to ensure a correctly compensated detec over the full range of fluorescence intensities expected the analysis. Alternatively, if a range of intensities is i achievable in the reference cell population, using antibody that is very brightly expressed on a subpop tion of the cells will make undercompensation more ea seen than using an antibody that stains the reference c at an intensity that is near the threshold of autofluo; cence. For a more detailed description of color compe tion procedures, refer to NCCLS guidelines (52,21).

Use of particles as reference materials. Anot source of reference material is plastic microbead parti labeled with the same specific fluorochromes to be use the multicolor analysis of specimens. In order successf to mimic immunofluorescently stained cells, it is esser

that these particles exhibit all of the spectral characteristics of cells stained with the same fluorochromes. As with stained cells, it is preferable that the reference particles demonstrate multiple levels of fluorescence intensity ranging from negative to very bright (e.g., Type IIIb or IIIc calibration standards).

If particles have slightly different spectral characteristics than stained cells, the particle-based compensation settings will be different than those achieved with stained cells. As a result, it is always useful to verify particle-based settings using stained cells as described previously.

### Quantitative Flow Cytometry: Standardization and Quantification of Fluorescence Intensity Measurements

Quantitative flow cytometry (QFCM) is defined as the quantitation of fluorescence intensity (FI) as determined by the antibody binding capacity of a given fluorochrome-antibody conjugate and is an indirect measure of the amount of cell surface antigen per individual cell. QFCM is not solely the precise enumeration or counting of a particular cellular subset; rather, it is a more inclusive concept that encompasses not only cellular enumeration but also a standardized determination of FI. An in-depth discussion of enumeration can be found in a recent publication by Owens and Loken (46). A more detailed discussion of QFCM by Vogt et al. (84) has recently been published.

Instrument calibration is the key to QFCM. Although the determination of a correlation between a fluorescence signal and a flow cytometer's response via calibrated standards may appear straightforward and trivial, this is not true. Only recently have standards become available with fluorescence intensities similar to signals generated by cells in immunofluorescence assays.

It is the consensus of the Standardization and Validation Committee of this consensus proceeding to recommend a standardized calibration method for quantitative flow cytometry. From this standardized instrument setup, primary performance parameters can be derived with practical meaning in terms of instrument performance. Also, QFCM is expected to improve the ability to compare flow cytometric immunophenotyping data from multiple instruments at multiple sites in ongoing clinical trials.

In order to achieve the goal of measuring absolute fluorescence intensity, three main requirements for calibration standards in QFCM must be met. The principal requirement is that standards used for calibrating the flow cytometer have the same excitation and emission spectra as the fluorochromes used on the samples being analyzed, i.e., spectral matching.(65–67).

Second, a calibration standard must demonstrate a uniform enough signal that its population be described by a representative peak channel. Calibrators with CVs as high as 15% may be used as long as the peak channel of the population(s) can be determined in a reliable and reproducible manner. Although somewhat dependent upon the software used to derive the measurement, the mean of the histogram peak is the preferable statistic. With log data, the geometric mean is the best choice.

The third requirement of a calibration standard for flow cytometry is that it be calibrated in some meaningful practical fluorescent unit. The most basic fluorescent unit would be the photon. However, calibration, detection, and software analysis of measurements based upon photon fluorescence units involve highly complex calculations and cannot be expected to be widely used at this time.

Although any unit that defines fluorescence intensity in an instrument-independent manner may be used, the two most widely used fluorescent units that do have physical relevance are MESF and ABC (65–67). MESF units are defined as *molecules of equivalent soluble fluorochrome*. This means that the standards are calibrated such that the fluorescence intensity is the same as the equivalent number of molecules of the same fluorochrome in solution. This does not mean that the standards have that many fluorochrome molecules, but only that the standards have the same *intensity* as a solution of known concentration of the particular fluorochrome. MESF units have become internationally recognized as a useful calibration unit. This is best exemplified by their use as measures of fluorescence intensity in the blind panel of the Fifth International Workshop on Human Leukocyte Differentiation Antigens (51).

The concept of ABC has recently been reviewed by Vogt et al. (84). ABC units are defined as a measure of relative *antibody-binding capacity*. This means that the standards labeled with a specific conjugated antibody have the same fluorescence intensity as that number of specific conjugated antibodies bound to cells. In the case of ABC, the fluorescence per antibody, i.e., the effective F/P ratio does not need to be taken into consideration since both the cells and standards are being labeled with the same fluorescently conjugated antibody (65). This concept has been used to quantify a variety of surface antigens expressed by peripheral blood lymphocytes (5,22,30,33,35,83).

A complete description for instrument setup and calibration for quantitative immunofluorescence flow cytometry can be found as an appendix to this article.

### DATA ACQUISITION AND STORAGE

Once daily instrument settings have been verified, including fluorescence intensity settings and color compensation, acquisition of processed patient samples can proceed. Listmode data should be collected on each sample that is acquired. Prior to collection of a specimen tube, the appropriate demographic and sample information should be entered into the data acquisition computer.

Since malignant cells demonstrate a wide range of size and granularity, it is best to collect ungated data on specimens in which the nature of the abnormal cell population is unknown. That will ensure that all abnormal cells are included in the data collection. Failure to acquire a subset of cells excluded by an inappropriate light scatter gate may result in an important population being completely missed on subsequent analysis of the listmode data.

If a specimen is being evaluated for residual disease and the light scatter and immunophenotypic fingerprint of the

abnormal cells is known from previous analysis, it may then be appropriate to collect gated listmode data effectively to enrich for the abnormal cells of interest, thus raising the level of sensitivity for detection.

## SUMMARY

Flow cytometric immunophenotypic analysis of leukocyte populations from a variety of tissue sources provides clinically useful data for the diagnosis and monitoring of patients with hematological malignancy. Unlike the more esoteric aspects of the analysis and interpretation of immunophenotypic patterns in hematological malignancy, there is some consensus opinion established regarding many of the technical aspects common to the use of this technology for analysis of cells from patients with leukemia or lymphoma. This consensus conference was designed to review important points made in the previous consensus works and to elaborate on issues specific to the flow cytometric analysis of hematopoietic malignancies not previously discussed.

Based upon a lengthy period of data review, discussion among conference attendees, and other expert users of the technology, following is a list of new recommendations proposed regarding the technical aspects of this application.

1. The rare nature of the specimens submitted for analysis dictates that every attempt should be made to derive useful information from any specimen submitted for analysis.

2. Initial flow cytometric analysis of the specimen should be performed with cells maintained as close to the native specimen state as is possible. For blood and bone marrow specimens, the preferred method of processing is erythrocyte removal by addition of an external lysing reagent demonstrated to preserve the relevant cell types of interest in the analysis.

3. Specimens should be checked for cell viability. The real-time cytometric method is recommended because it permits nonviable cells to be excluded from analysis regions on each sample tube, whereas the manual method does not. Failure to identify abnormal cells in a specimen with poor viability, even with dead cells gated out of analysis, must not necessarily be interpreted as a negative result.

4. Atypical cell populations are more precisely defined by multicolor immunophenotyping than by single color analysis. It is the recommendation of this consensus conference that five parameter analysis be the minimal standard for immunophenotypic characterization of hematological malignancies.

5. The development of "normal ranges" of percentage of positive cells for each antibody used in a panel provides no useful information and is irrelevant for this application.

6. There is strong consensus that there is little or no need for a normal donor process control to be run with each batch of patient specimens analyzed on the flow cytometer.

7. There is strong consensus that specific isotype controls provide no useful additional information beyond unstained cells alone, or negative cells in selected antibody combinations.

8. Because fluorescence intensity data constitute a very important component of the analysis of cells in hematopoietic malignancy, there is strong consensus that a more stringent and standardized approach to instrument quality control and quality assurance is required. This will be necessary in order to approach achieving the goal of interlaboratory comparability of fluorescence intensity measurements.

It should be understood that the recommendations of this conference are presented here as a basis for further discussion and enhancement. It should also be noted that the recommendations presented by this committee strongly reflect discussion and recommendations by the other core committees involved in the formulation of this consensus regarding the utility of flow cytometry for the analysis of hematological malignancies. This is particularly true for issues such as antibody panel selection and validation, importance of fluorescence standardization and quantification, as well as a number of other topics that reflect upon the technical aspects of the test.

## LITERATURE CITED

1. Afar B, Merrill J, Clark E: Detection of lymphocyte subsets using three-color/single laser flow cytometry and the fluorescent dye peridinin chlorophyll-A protein. J Clin Immunol 11:254–261, 1991.
2. Almasri N, Daque R, Iturraspe J, Everett E, Braylan R: Reduced expression of CD20 antigen as a characteristic marker for chronic lymphocytic leukemia. Am J Hematol 40:259, 1992.
3. Bernard A, Boumsell L, Dausset J, Milstein C, Schlossman S: Leukocyte Typing. Report on the First International Reference Workshop sponsored by INSERM, WHO and IUIS. Springer-Verlag, Berlin, 1984.
4. Borowitz M, Guenther K, Shults K, Stelzer G: Immunophenotyping of acute leukemia by flow cytometric analysis. Am J Clin Path 100:534–540, 1993.
5. Brando B, Sommaruga E: Nationwide quality control trial on lymphocyte phenotyping and flow cytometry performance in Italy. Cytometry 14:294–306, 1993.
6. Braylan R, Benson N: Flow cytometric analysis of lymphomas. Arch Pathol Lab Med 113:627, 1989.
7. Braylan R, Benson N, Benson B, Nourse V: Analysis of neoplastic leukocyte surface antigens in unfractionated blood. Ann NY Acad Sci 468:160–170, 1986.
8. Cardwell C, Maggi J, Henry L, Taylor H: Fluorescence intensity as a quality control parameter in clinical flow cytometry. Am J Clin Path 188:447–456, 1987.
9. Carey J, Hanson C: Flow cytometric analysis of leukemia and lymphoma. In: Flow Cytometry and Clinical Diagnosis, Keren D, Hanson C, Hurtubise P (eds). American Society of Clinical Pathologists, Chicago, 1994, pp 197–308.
10. Carter P, Resto-Ruiz S, Washington G, Ethridge S, Palini A, Vogt R, Waxdal M, Fleischer T, Noguchi P, Marti G: Flow cytometric analysis of whole blood lysis, three anticoagulants, and five cell preparations. Cytometry 13:68–74, 1992.
11. Cavelli T, Denny T, Paxton H, Gelman R, Kagan J: Guideline for flow cytometric immunophenotyping: A report from the National Institute of Allergy and Infectious Diseases, Division of AIDS. Cytometry 14:702–715, 1993.
12. Clevenger C, Shankey T: Cytochemistry II: Immunofluorescence measurement of intracellular antigens. In: Clinical Flow Cytometry: Principles and Application, Bauer K, Duque R, Shankey T (eds). Williams & Wilkins, Baltimore, 1993, pp 57–175.
13. Clinical Laboratory Improvement Act, 1988. Code of Federal Regulations, Title 42: Sec 1213.
14. De Paoli P, Villalta D, Battistin S, Gasparollo A, Santini G: Selective loss of OKT8 lymphocytes on density gradient centrifugation separation of blood mononuclear cells. J Immunol Meth 61:259–260, 1983.