# EXHIBIT 6

# DIANON SYSTEMS

| PREPARED BY:<br>S. Brown, B.A.<br>1/7/98 | TITLE:<br>Immunophenotyping Three Color Procedure | DOCUMENT NO.:<br>Heme - 012 |
|---|---|---|
| | | REVISION: H2 |
| REVIEWED BY:<br>R. Goyette, M.D. | APPROVED:<br>James B. Amberson, M.D., Laboratory Director | EFFECTIVE DATE:<br>PAGE: 1 of 11 |

**Immunophenotyping: Three Color Procedure**

## 1.0 Principle

Monoclonal antibodies have been developed to recognize specific hematopoietic cell surface antigens. The monoclonal antibodies bind specifically to their respective cell surface antigens, if present on the cells, contained in a mononuclear cell suspension or whole blood suspension. The monoclonal antibodies are tagged with fluorochromes which, when excited at a specific wavelength of light, generate a fluorescent signal able to be detected by the optics of a flow cytometer. The percent of cells positive for a specific cell surface antigen is determined and reported.

The following panel of antibodies was chosen by the Hematopathologists at Dianon Systems for its ability to detect a majority of hematopoeitic malignancies. The combinations in which the antibodies are combined, to be detailed later, also convey added information to the physicians.

1. T- Cell Markers
   a. CD5        Mature T cells, some small B-cell malignancies.
   b. CD3        Immunocompetent T cells.
   c. CD4        T helper cells.
   d. CD8        T suppressor / cytotoxic cells.
   e. CD2        E-rosette receptor (T-cells).
   f. CD7        T cells.



2. B- Cell Markers
   a. CD20       Pan B cell.
   b. CD22       B cells.
   c. CD19       Pan B cell, pre B-ALL.
   d. CD10       Common Acute Lymphoblastic Leukemia Antigen.
   e. CD23       Activated B cells.

3. Myeloid Markers
   a. CD13       Monocytes, granulocytes, CFU-C.
   b. CD33       Early myeloid progenitors, myeloid cells, AML.
   c. CD14       Monocytes.

4. Miscellaneous Markers
   a. CD45       Pan Leukocyte, Leukocyte Common Antigen.
   b. CD56       Natural killer cells.
   c. CD25       Activated T-cells, B-cells and monocytes.
   d. CD34       Myeloid progenitors, blasts.
   e. HLA-DR     (I2), B cells, monocytes, and activated T cells.
   f. CD38       Plasma cells, activated T-cells, pre-B-cells, thymic lymphocytes, monocytes.
   g. CD61       (GPIIIa) Platelets, megakaryocytes, and megakaryoblasts
   h. Glycophorin A  Erythrocytes and their precursors
   i. CD57       Natural killer cells, large granular lymphocytes (T-cell subset)

| PREPARED BY: S. Brown, B.A. | TITLE: Immunophenotyping Three Color Procedure | DOCUMENT NO.: Heme - 012 | |
|---|---|---|---|
| 1/7/98 | EFFECTIVE DATE: | Revision: H2 | PAGE: 2 of 11 |

      j. CD11c      Monocytes, granulocytes and macrophages. Hairy cell leukemia
      k. CD103      Hairy cell leukemia.

5. Surface Immunoglobulins
    a. Kappa      Kappa light chain
    b. Lambda      Lambda light chain

## 2.0 Specimen Requirements

Any specimen which requires red blood cell lysing and which meets the requirements detailed in procedure Heme - 001, Hematopathology Check - in Procedure, Section 3.0, B.

## 3.0 References

Coulter Corporation Epics XL-MCL Training Guide.

Clinical Applications of Flow Cytometry: Immunophenotyping of Leukemic Cells; Proposed Guideline. NCCLS Document H34-P, Vol. 13, No. 23.

Shapiro, H.M. Practical Flow Cytometry, Third Edition, NY 1995.

The Coulter Procedure for Direct or Indirect Immunofluorescence Cell Surface Staining with Coulter Clone Monoclonal Antibodies (Whole Blood Lyse) Lytic Reagents - Flow Use Only. Coulter Immunology, Hialeah, FL.

## 4.0 Equipment and Materials

| Item | Source |
|---|---|
| 12 x 75 Glass test tubes | Kimble cat #. 735005 |
| Test tube racks | |
| Eppendorf Electronic Pipette 5 - 100 uL | |
| Eppendorf Electronic Pipette 20 - 500 uL | |
| Eppendorf Pipetman, 1 mL dispense | |
| Eppendorf Pipetman, 250 uL dispense | |
| Pipette tips | |
| Vortex | |
| Mistral 3000I Centrifuge | |
| Epics XL MCL Flow Cytometer | |
| Coulter Multi-Q-prep instrument | |

## 5.0 Reagents

    A.    Antibodies
           The following antibodies are used in the main panel. (See above for specificity)

| CD2 | CD11c | CD23 | CD57 |
|---|---|---|---|
| CD3 | CD13 | CD25 | CD103 |
| CD4 | CD14 | CD33 | Kappa |
| CD5 | CD16 | CD34 | Lambda |
| CD7 | CD19 | CD38 | HLA-DR |
| CD8 | CD20 | CD45 | |
| CD10 | CD22 | CD56 | |

| PREPARED BY:<br>S. Brown, B.A. | TITLE:<br>Immunophenotyping Three Color Procedure | DOCUMENT NO.:<br>Heme - 012 | |
|---|---|---|---|
| 1/7/98 | EFFECTIVE DATE: | Revision: H2 | PAGE: 3 of 11 |

    B.    Phosphate Buffered Saline    Polyscientific  S2190

    C.    Fetal Bovine Serum, Ultra Low IgG  Gibco    16250-086

    D.    Bulk 9.25 % Formaldehyde Fixative

        1.  Spectrum Chemicals 37 % Formaldehyde    Cat# F0110

        2.  Phosphate Buffered Saline, pH 7.5    Polyscientific

        Prepared as a working 1:4 dilution of stock Formaldehyde and PBS. This is used as a replacement for the Coulter Clone Fixative and the Immunotech Lyse and Fix IOtest.

    E.    Immunotech Lyse and Fix IOtest reagent (cat# 0486)

        1.  Lysing reagent concentrate - stored as a concentrate at 2-8 degrees Celsius.

        See Section 6.0, B for working dilution procedure.

        2.  Lyse and Fix IOtest Fixative. - stored as a concentrate at 2-8 degrees Celsius.

        It is used at 250 uL per tube.

    F.    Coulter Q-Prep Whole Blood Lysing reagent system.

    Used either as a kit from the manufacturer or as a bulk reagent prepared on site. See Heme- 014 for reagent preparation.

## 6.0 Reagent Preparation

    A.    **Immunotech Lyse and Fix Iotest Working Solution**

    Warning: Avoid contact with eyes. Reagents may irritate eyes or mucous membranes. If contact occurs, immediately flush with water and contact a physician.

    This is made up daily for the number of tubes to be lysed.

        1.  The working solution is made up at a 1:33 dilution, concentrate: PBS.

        2.  Determine the number of tubes to be lysed for that day: multiply the number of panels by the number of tubes in that panel. For example:

        10 panels X 11 tubes per panel = 110 mL of lyse needed.

        It is usually good practice to add 5 mL extra to the calculation in case of repeat or add-on tubes.

        3.  Determine appropriate amount of Immunolyse concentrate needed.

        30 uL concentrate per 1 ml PBS.

        Continuing with our example: 115 mL X 30 uL/mL = 3450 uL concentrate.

        4.  The lyse should foam readily with gentle agitation.

| PREPARED BY: S. Brown, B.A. | TITLE: Immunophenotyping Three Color Procedure | DOCUMENT NO.: Heme - 012 | |
|---|---|---|---|
| 1/7/98 | EFFECTIVE DATE: | Revision: H2 | PAGE: 4 of 11 |

B. **Coulter Q-prep Reagents**

These reagents are used either directly from a kit, or prepared in bulk. Refer to procedure Heme-014. They are only to be used with the Coulter Q-prep workstation.

## 7.0 Quality Control

A. A peripheral blood sample is drawn from a normal donor every three days. This sample is stained each morning with the standard monoclonal antibody panel used. The sample is then processed as a patient sample and the results recorded and entered into a database. The results are checked against the normal range established for each antibody.

B. Antibody isotype negative controls are run for each panel. These are monoclonal antibodies from the same species and isotype as the antibodies utilized in the test panel. The XL3 panel is programmed to automatically set the quadstat thresholds for 2% positive staining.

C. CD45 gating is used to help determine the proper gating for each sample, unless a myeloma is suspected. A histogram is acquired CD45 vs. Side Scatter to determine Dim 45 and Bright 45 staining. These populations are then back-gated into Forward Scatter vs. Side Scatter histograms to determine where each population is located. It also allows us to determine the level of non-white cell contamination of the lymphocyte gate.

D. Gating for myeloma (plasma cell) cases is determined by running the 38/56/16 tube from the panel under the AMAC 38/56 protocol. Plasma cells are located by their bright CD38 positivity plus CD56 positivity. If a plasma cell population is located, note the forward scatter vs. side scatter location. The main panel will be run gating on this population.

## 8.0 Method

All steps performed at room temperature

A. **Blood and Bone Marrow Samples Procedure.**

1. Label each of the 12-tube panels with the following antibody combinations, by tube:

| Tube # | FITC Antibodies | PE Antibodies | PE-CY5 Antibodies |
|---|---|---|---|
| 1 | CD19 | CD5 | CD45 |
| 2 | IgG1 Negative | IgG2a Negative | IgG1 Negative |
| 3 | CD10 | CD34 | CD20 |
| 4 | CD4 | CD8 | CD3 |
| 5 | CD23 | CD22 | CD19 |
| 6 | CD57 | CD7 | CD2 |
| 7 | CD14 | CD33 | CD34 |
| 8 | CD13 | CD25 | HLA-DR |
| 9 | CD38 | CD56 | CD16 |
| 10 | CD103 | CD11c | CD20 |
| 11 | Negative Control | Negative Control | IgG1 Negative |
| 12 | Kappa | Lambda | CD19 |

| PREPARED BY: S. Brown, B.A. | TITLE: Immunophenotyping Three Color Procedure | DOCUMENT NO.: Heme - 012 | |
|---|---|---|---|
| 1/7/98 | EFFECTIVE DATE: | Revision: H2 | PAGE: 5 of 11 |

2. Add the appropriate amount of antibody to all 12 tubes in the panel.

    Antibodies are used at ½ labeled volumes. Check each vial carefully for the proper antibody amount. Most antibodies will be used at either 10 uL or 5 uL volumes.

3. Incubate Kappa and Lambda sample with Fetal Bovine Serum.

    a) Pipette 100 uL of sample into a glass, 12x75-mm test tube. This should be done when the viability and cell count tubes are being aliquoted.

    b) Wash the samples with 3 mL of PBS. (This is to remove the serum immunoglobulins which interfere with Kappa / Lambda staining.)

    c) Centrifuge for 3 minutes at 400g.

    d) Decant supernatant carefully and vortex.

    e) Repeat steps b, c, and d.

    f) Add 100 uL of Fetal Bovine Serum to each tube.

    g) Incubate for a minimum of 20 minutes.

4. Sample Dilution

    See cell count procedure (Heme - 002) for determining the appropriate dilution for each individual sample.

5. Pipetting Samples

    Add 50 uL of sample to tubes 1 –10. Do not pipette sample directly into tubes 11 and 12, the control and Kappa/Lambda/CD19 tubes.

    Note: On high dilution samples (1:5 or greater dilution) it is possible to use the Fetal Bovine Serum incubated tube as the entire dilution tube and add it to the entire panel.

    If the sample should drip onto the side of the tube use a cotton swab to carefully clean the side of the tube. This is necessary as these cells on the side will not be in contact with the stain and thus reduce the amount of positive staining cells in the sample.

6. Add 100 uL of sample to the Kappa/Lambda and isotypic control tubes from the Fetal Bovine Serum incubated tube.

7. Gently vortex the samples to mix.

8. Incubate the panel for 30 minutes in the dark at room temperature.

9. After the 30-minute incubation place one or two panels on one carousel and place on the multi Q-prep workstation.

10. Start the workstation by pressing "run".

11. When the Q-prep finishes lysing the sample remove the panels and wash once with 3 mL PBS.

12. Centrifuge for 3 minutes at 400g.

13. Decant and resuspend in ½ ml PBS.

14. Analyze on the flow cytometers.

| PREPARED BY: | TITLE: | DOCUMENT NO.: | |
|---|---|---|---|
| S. Brown, B.A. | Immunophenotyping Three Color Procedure | Heme - 012 | |
| 1/7/98 | EFFECTIVE DATE: | Revision: H2 | PAGE: 6 of 11 |

**Fluid Procedure - Specimens without RBC contamination.**

ach tube with the antibody combination to be used in that tube. Currently this will require 12 tubes for Leukemia / Lymphoma testing.

Tubes will be labeled as follows:

| Tube # | FITC Antibodies | PE Antibodies | PE-CY5 Antibodies |
|---|---|---|---|
| 1 | CD19 | CD5 | CD45 |
| 2 | IgG1 Negative | IgG2a Negative | IgG1 Negative |
| 3 | CD10 | CD34 | CD20 |
| 4 | CD4 | CD8 | CD3 |
| 5 | CD23 | CD22 | CD19 |
| 6 | CD57 | CD7 | CD2 |
| 7 | CD14 | CD33 | CD34 |
| 8 | CD13 | CD25 | HLA-DR |
| 9 | CD38 | CD56 | CD16 |
| 10 | CD103 | CD11c | CD20 |
| 11 | Negative Control | Negative Control | IgG1 Negative |
| 12 | Kappa | Lambda | CD19 |

2. Add appropriate amount of antibody to each tubes 1- 12.

   Dispense Immunotech antibodies at 10 uL per tube; Coulter Cytostat and Biosource antibodies are dispensed at 5 uL. Caltag antibodies are dispensed in either 5 uL or 10 uL per tube, check all vials closely for proper antibody and conjugate, especially the immunoglobulin light chain tubes and their negative control.

3. See cell count procedure (Heme - 002) for the appropriate dilution for each individual sample.

   a. Add appropriate amount of sample to **ALL** tubes.

   b. If the sample should drip onto the side of the tube use a cotton swab to carefully clean the side of the tube. This is necessary as these cells on the side will not be in contact with the stain and thus reduce the amount of positive staining cells in the sample.

4. Gently vortex the samples to mix.

5. Incubate tubes 1-12 for 30 minutes in the dark at room temperature.

6. If RBC contamination was noted during the cell count then lyse all tubes with 100 uL of the working lyse solution, otherwise proceed to step 7.

   Note: If the red cells are increased to a degree where an accurate WBC count is not possible, a new WBC estimate tube may be prepared and Q-prepped.

7. Add 250 uL Iotest fixative to each tube and vortex.

8. Add 3 mL PBS to each tube.

9. Centrifuge for 3 minutes at 400g.

| PREPARED BY:<br>S. Brown, B.A. | TITLE:<br>Immunophenotyping Three Color Procedure | DOCUMENT NO.:<br>Heme - 012 | |
|---|---|---|---|
| 1/7/98 | EFFECTIVE DATE: | Revision: H2 | PAGE: 7 of 11 |

10. Decant and resuspend in 0.5 mL PBS if the sample is to be run immediately. If a sample is to be held for more than 24 hours add 1% paraformaldehyde / PBS (100 uL / 1 mL) and store at 0 ° C.

## 9.0 Data Acquisition, Analysis, and Interpretation

A.  Acquisition

This is an abbreviated methodology of operating the Coulter Epics XL-MCL flow cytometer. For complete operating instructions please refer to the Coulter Epics XL-MCL Training Guide.

1. Place the tubes from a sample panel on a carousel in the appropriate order. The CD19/CD5/CD45 tube, used for the backgating protocol, is placed in the first position.

2. Select the panel 'Modified XL3' to be run.

3. Place the carousel on the MCL of the flow cytometer.

4. Press the 'Auto' pad in front of the manual sample stage. Press 'Y' for new panel and 'M' for Manual patient ID entry.

5. Note on the Sample Worksheet the population gated. A flow only screening sheet is available to assist the technologist in selecting the population of interest.

6. As the first tube is acquired evaluate the CD45 vs. Side Scatter histogram.

    a. Place the 'C' gate on the lymphocytes, Bright CD45 and low Side Scatter.

    b. Place the 'D' gate on any CD45 dim and low Side Scatter, if present, or any unusual or unidentified population.

    c. If no CD45 dim and low Side Scatter population is present than place the 'B' gate on the monocytes.

    d. Place the 'E' gate on the CD45 negative population.

7. Evaluate the gated Forward vs. Side Scatter histograms and note where all the gated populations appear. This will assist on placing the 'A' gate and the 'B' gate properly.

8. Place the 'A' gate over the lymphocytes or blasts, if present.

9. The 'B' gate may be placed at the operator's discretion over any of the following, based upon which population appears to be of more interest.

    a. Monocytes if the Forward vs. Side appears normal.

    b. High or Low lymphocytes, if the lymphocytes appear to be separating into two distinct populations. The 'A' gate should be over the entire population in this instance.

    c. Small or indistinct blast populations.

10. Evaluate the CD45 single parameter for recovery. This will give information on possible non white cell contamination within the 'A' gate. Adjust the 'A' gate to maximize this percentage without compromising the population of interest.

| PREPARED BY: S. Brown, B.A. | TITLE: Immunophenotyping Three Color Procedure | DOCUMENT NO.: Heme - 012 | |
|---|---|---|---|
| 1/7/98 | EFFECTIVE DATE: | Revision: H2 | PAGE: 8 of 11 |

11. Allow the flow cytometer to collect 3000 events; enter the accession number when prompted.

12. Listmode files of 3,000 events are acquired for each subsequent tube.

B. Analysis

1. All data analysis for each patient will be entered in the Immunophenotyping worksheet, printed from the laboratory main frame Sequoia system.

2. Determination of percent positive must take into consideration the results of the negative reagent control. This is accomplished by setting thresholds on the negative control such that no more than 2% of the cells fall beyond the threshold ("false positive"). This lower cursor is then utilized as the lower threshold for the determination of true positive.

3. Percent positives will be entered on the worksheet.

    a. Percent total positive is determined for each antibody tested by adding the values from the appropriate quadrants, either Quadrant 1 and 2, or Quadrant 2 and 4.

    b. The exceptions for this rule are as follows:

        I. CD5 - use quadrant 1 unless there is a discrete population of dual positive CD19/CD5 staining noted. In such a case use quadrants 1 and 2 for the CD5 positive percentage.

        II. CD23/CD19 - only use quadrant 2 percentage at all times for CD23.

        III. Kappa/19 and Lambda/19 - use quadrant 2 as above.

4. Samples with populations falling directly on a threshold cursor will be noted for later review by the Supervisor, Senior Technologist or Pathologist assigned to the case.

5. Conclusions about abnormal proportions or abnormal absolute numbers of cells bearing particular cell surface markers shall only be drawn in comparison with local "control" data obtained with the same instrument, reagents, and techniques.

6. Certain antibody combinations are noted on the worksheet and reported as dual positives. These combinations of interest are pre-printed on the sample worksheet.

C. Interpretation

1. The results are reviewed by the Supervisor or Senior Technologist prior to data entry into the Sequoia System. Sample results are checked for the following:

    a. Proper addition of quadrants.

    b. Aberrant expression not associated with a known neoplasm.

    c. Questionable placement of threshold cursors.

    d. Proper forward vs. side gating selection.

    e. Presence of RBC contamination.

    f. T - cell results correlate internally; B - cell results correlate internally; all results, T, B, NK and CD34 add to equal CD45 percentage.

| PREPARED BY:<br>S. Brown, B.A. | TITLE:<br>Immunophenotyping Three Color Procedure | DOCUMENT NO.:<br>Heme - 012 | |
|---|---|---|---|
| 1/7/98 | EFFECTIVE DATE: | Revision: H2 | PAGE: 9 of 11 |

    2. Results are correlated with known or expected leukemias.

        a. Acute Leukemias are flagged for immediate attention by the hematopathologist assigned to the case.

        b. Results are checked against stated histories for correlation.

        c. B - cell neoplasms are checked for CLL, SLL, follicular center cell, mantle cell, and hairy cell leukemic traits.

        d. T - cell predominant samples are reviewed for dual CD4/CD8 staining, absence of CD4 or CD8, and/or CD4/CD8 reversal.

    3. Additional or repeat tubes are determined and ordered.

    4. Histograms are flagged for list mode reanalysis.

    5. Sample results are entered into the Sequoia System, and placed on hold.

    6. Sample results packets; including a copy of the requisition, worksheet cover sheet, viability printout, run histograms, are combined with stained slides and placed in labelled bins for each pathologist to review and diagnose.

        a. The pathologist reviews the results entered by the technologists for any typographical errors or omissions and interprets the case results with cytospin prep and smears.

        b. The pathologists dictate comments for transcription by the medical transcriptionists, and review the reports.

        c. The finalized report is printed and sent to client via Airborne Express.

10. **Troubleshooting**

    A. Sample Processing

        1. Incomplete lysis of red blood cells. Noted either by the color of the sample tube, reddish tinge, or RBC contamination of forward vs. side scatter histogram leading to decreased positive staining percentages.

            a. Wash, spin, decant and vortex tube and / or entire sample again. Re-evaluate visually and flow cytometrically.

            b. Add 250 uL of lyse and wash with 3 mL PBS. Re-evaluate visually and flow cytometrically.

            c. Repeat contaminated tube and / or panel again. Use a new preparation of working lyse.

            d. Re-evaluate time lysed. Visually inspect each sample prior to fixation for clarity. The sample tube should not appear cloudy.

        2. Lysing prior to first wash after incubation.

            a. This could cause incomplete lysing, and is noted by an extended time to lyse.

            b. DO NOT ADD FIXATIVE.

| PREPARED BY: S. Brown, B.A. | TITLE: Immunophenotyping Three Color Procedure | DOCUMENT NO.: Heme - 012 | |
|---|---|---|---|
| 1/7/97 | EFFECTIVE DATE: | Revision: H2 | PAGE: 10 of 11 |

    c. Add 2 mL PBS and centrifuge under the normal protocol.

    d. Decant and resuspend.

    e. Add lyse again, it should lyse rapidly at this point so be ready to add fixative sooner than normal.

    f. Continue with procedure as written.

3. Excess lyse used.

    a. The lyse will act quickly and it is imperative that the sample not be overlysed.

    b. Note the tube or panel closely for clarity.

    c. Add fixative immediately as the sample clears.

    d. Add PBS, adjust the amount appropriately for what can fit into the tube.

    e. Spin at standard protocol, decant and resuspend by gently vortexing.

    f. Continue with procedure as written.

    g. Note on the sample worksheet the tube overlysed and initial.

4. Excess fixative used.

This usually does not affect results; continue with procedure in the normal manner.

5. Correct antibody addition.

    a. This is checked by reviewing the normal control run for correct staining patterns for the antibody combinations used.

    b. Repeat improperly pipetted tubes.

6. Correct addition of sample to testing tubes.

    a. Check that the proper dilution is used.

    b. Check that the sides of the tubes are cleaned of any residual sample.

B. Sample Acquisition

1. Forward Scatter vs. Side Scatter changes during the sample run.

    a. Check sample tubes for continuity of sample color labels. A color change indicates mismatched sample tubes. Possibly occurring during loading the centrifuge buckets.

    b. Immediately 'Prime' the flow cytometer to attempt to clear the flow cell if a clog is present.

    c. Check tube for RBC contamination. See above for corrective action.

2. Flow cytometer computer gives a hard drive error message.

    a. The computer hard drive is full and needs data transferred and then deleted.

    b. This is done within the Microsoft Windows environment. Data is transferred via the Workgroups environment and then deleted from the flow cytometer's hard drive.

| PREPARED BY: S. Brown, B.A. | TITLE: Immunophenotyping Three Color Procedure | DOCUMENT NO.: Heme - 012 | |
|---|---|---|---|
| 1/7/98 | EFFECTIVE DATE: | Revision: H2 | PAGE: 11 of 11 |

    c. This must be performed before samples may be completed as list mode files will not be saved for later evaluation.

3. System pressure error.

    a. Note carousel position at time of error.

    b. Check the lip of that position's sample tube for irregularities. Replace tube.

    c. If there is no irregularity and the flow continues to give errors check the Coulter Epics XL-MCL Special procedures and Troubleshooting Guide.

    d. Log error on the Corrective Action Log for that flow cytometer. Notify Senior Technician and Supervisor.

    e. If standard troubleshooting measures from the Troubleshooting guide do not correct the problem, contact Coulter Customer Service to generate a service call for the instrument.

    f. Discontinue use of the instrument until service corrects the problem.

## 11. History

H1. Procedure, revised and updated by S. Brown from original 2 Color procedure. The scope of the procedure was expanded to reflect new NCCLS, CAP and NYS requirements. 8/1/96.

H2. Revised and updated to reflect changes to the antibody panel, lysing procedure and fetal bovine serum incubation. 1/7/98 S. Brown.

```
FEE FILE MAINTENANCE       Fee Schedule              15:09:52 Mar 07 2006
TEST/PROFILE:  XL35 Pre Transplant, Donor
   BILL TYPE:  PT
 NEXT REVIEW:

      EFFECTIVE:  04/26/02            LAST MODIFIED:  11:30:35 Apr 26 2002
      EXPIRATION: NONE                      TECH ID:  EY1385
      Description                Fee      CPT Code    MC Reimburse
      ---------------------      ------   ---------   -------------
      PRE TRANSPLANT, DONOR        0.00   ..
      ELECTROPHORESIS             32.00   83894
      PCR REACTION                63.00   83898
      PCR REACTION                63.00   83898
      PCR REACTION                63.00   83898
      PCR REACTION                63.00   83898
      PCR REACTION                63.00   83898
      INTERPRETATION              42.00   83912
      ---------------------      ------   ---------   -------------
      TOTALS                     389.00                     0.00

      EFFECTIVE:  01/01/01            LAST MODIFIED:  11:30:35 Apr 26 2002
      EXPIRATION: 04/25/02                  TECH ID:  EY1385
      Description                Fee      CPT Code    MC Reimburse
      ---------------------      ------   ---------   -------------
      MOLECULAR EXTRACTION        53.00   83890
      ELECTROPHORESIS             32.00   83894
      PCR REACTION                63.00   83898
      PCR REACTION                63.00   83898
      PCR REACTION                63.00   83898
      PCR REACTION                63.00   83898
      PCR REACTION                63.00   83898
      INTERPRETATION              42.00   83912
      ---------------------      ------   ---------   -------------
      TOTALS                     442.00                     0.00

      EFFECTIVE:  NONE                LAST MODIFIED:  16:09:33 Dec 29 2000
      EXPIRATION: 12/31/00                  TECH ID:  AUTOINC
      Description                Fee      CPT Code    MC Reimburse
      ---------------------      ------   ---------   -------------
      MOLECULAR EXTRACTION        50.00   83890
      ELECTROPHORESIS             30.00   83894
      PCR REACTION                60.00   83898
      PCR REACTION                60.00   83898
      PCR REACTION                60.00   83898
      PCR REACTION                60.00   83898
      PCR REACTION                60.00   83898
      INTERPRETATION              40.00   83912
      ---------------------      ------   ---------   -------------
      TOTALS                     420.00                     0.00
```

```
FEE FILE MAINTENANCE            Fee Schedule            15:10:02 Mar 07 2006
TEST/PROFILE:  XL35 Pre Transplant, Donor
    BILL TYPE: CL
  NEXT REVIEW:

     EFFECTIVE:  01/01/01              LAST MODIFIED:  16:09:33 Dec 29 2000
     EXPIRATION: NONE                           TECH ID: AUTOINCREASE
     Description                  Fee      CPT Code    MC Reimburse
     -----------------------     -------  ----------  -------------
     MOLECULAR EXTRACTION         265.00
     ELECTROPHORESIS                0.00
     PCR REACTION                   0.00
     INTERPRETATION                 0.00
     -----------------------     -------  ----------  -------------
     TOTALS                       265.00                   0.00

     EFFECTIVE:  NONE                  LAST MODIFIED:  16:09:33 Dec 29 2000
     EXPIRATION: 12/31/00                       TECH ID: AUTOINC
     Description                  Fee      CPT Code    MC Reimburse
     -----------------------     -------  ----------  -------------
     MOLECULAR EXTRACTION         252.00
     ELECTROPHORESIS                0.00
     PCR REACTION                   0.00
     INTERPRETATION                 0.00
     -----------------------     -------  ----------  -------------
     TOTALS                       252.00                   0.00
```