# EXHIBIT 9

DEFENDANT'S
EXHIBIT  TP
4
TP 5/10/06

Cytometry (Communications in Clinical Cytometry) 30:231–235 (1997)

# U.S.-Canadian Consensus Recommendations on the Immunophenotypic Analysis of Hematologic Neoplasia by Flow Cytometry: Selection of Antibody Combinations

Carleton C. Stewart,[1]* Frederick G. Behm,[2] John L. Carey,[3] Joanne Cornbleet,[4] Ricardo E. Duque,[5] S. David Hudnall,[6] Paul E. Hurtubise,[7] Mike Loken,[8] Raymond R. Tubbs,[9] and Susan Wormsley[10]

[1]Laboratory of Flow Cytometry, Roswell Park Cancer Institute, Buffalo, New York
[2]Department of Pathology, St. Jude Children's Research Hospital, Memphis, Tennessee
[3]Department of Pathology, Henry Ford Hospital, Detroit, Michigan
[4]Clinical Laboratories, Stanford Health Services, Stanford, California
[5]Laboratory for Anatomic & Clinical Pathology, Lakeland Regional Hospital, Lakeland, Florida
[6]Department of Pathology, University of Texas, Galveston, Texas
[7]Diagnostic Immunology Lab, University of Cincinnati Medical Center, Cincinnati, Ohio
[8]Hematologics, Fred Hutchinson Cancer Center, Seattle, Washington
[9]Department of Clinical Pathology, The Cleveland Clinic Foundation, Cleveland, Ohio
[10]PharMingen, San Diego, California

The purpose of this committee was to recommend a selection of antibodies that are useful in the flow cytometric analysis of hemopoietic malignancy. Several documents addressing this issue and providing guidelines have been published recently (1,3,9,11). However, the number, specificity, and combination of reagents used by laboratories engaged in this activity are very diverse. Recent surveys of clinical laboratories performing flow cytometric analysis of leukemias and lymphomas (mainly from the U.S.) have clearly demonstrated the wide variation in the use of antibodies for this purpose (4,7). This variability is even greater if one considers the practices of laboratories in other countries (1,11). Inconsistencies in the criteria for choosing and combining antibodies are not surprising given the complexity of this laboratory practice. Preferences may depend on a number of factors, including: (1) the experience and training of the laboratory professional, (2) the specific settings of the laboratory performing the analysis (e.g., hospital-based vs. reference laboratory), (3) the volume of specimens analyzed, (4) the type of sample (e.g., bone marrow vs. lymphoid tissue), (5) the availability of additional clinical or morphological information (e.g., acute leukemia vs. chronic lymphoproliferative disorder), and (6) the scope of the question to be answered (e.g., simple general diagnosis vs. in-depth description of the neoplastic cell phenotype and/or normal cells in the sample). Despite the magnitude of the challenge and the lack of absolute agreement on what constitutes the best antibody combinations, the committee members recognized the need to provide general recommendations and choices of possible strategies for the laboratories to consider in the analysis of hematologic neoplasia.

## MATERIALS AND METHODS

As carried out by other committees, our members were initially asked to rate responses to a questionnaire regarding the use of antibodies, following the general principles

© 1997 Wiley-Liss, Inc.

of the Delphi's method (5,8). Subsequently, further inquiries were submitted to all participants of the Consensus Conference as simple questions on the use of antibodies in various disease states and the results assembled, tabulated, and analyzed. Input and relevant contributions were also received from other committee chairs.

## RECOMMENDATIONS
### Strategies for Selection of Antibodies

Depending on the particular conditions of the laboratory and the preferences of the professional performing the analysis, three different approaches may be considered in the choice and assembly of reagents. A "panel" of antibodies refers to a set of tubes each containing different antibody combinations.

1. The application of a general, comprehensive panel of antibody combinations that usually answers most relevant questions. This procedure saves time, and additional staining is only rarely required. It provides extensive information and requires minimal judgment, but may be wasteful of reagents and not applicable to samples containing small number of cells. A comprehensive panel may be appropriate if reagent and personnel costs could be reduced. In this regard, the availability of automated systems that would allow the use of less antibody volume and minimize labor may be extremely beneficial.

2. The initial use of a minimal "screening" panel to obtain general information on the sample, followed by a secondary, more thorough, and specific set of reagents

*Correspondence to: Carleton C. Stewart, Laboratory of Flow Cytometry, Elm and Carlton Streets, Buffalo, NY 14263.
E-mail: Stewart@sc3101.med.buffalo.edu

232                                            STEWART ET AL.

Table 1
*Useful Antigenic Targets for Immunophenotyping Leukemia/lymphoma**

| CD | kD | Cell surface protein | Major cellular spectrum |
|---|---|---|---|
| CD1b | gp45 | | cortical thymocytes |
| CD2[b] | gp50 | LFA-2 receptor | T cells and NK cells |
| CD3[b] | gp20–50 | T-cell receptor | T cells |
| CD4[a] | gp59 | MHC class II binding receptor | T cells, monocytes, early myeloid progenitor cells |
| CD5[a] | gp67 | adhesion molecule | T cells and B-cell subset |
| CD7[a,b] | gp40 | | T cells, NK-cell subset, progenitor cell subset |
| CD8[a] | gp32 | T8 | T cells, NK-cell subset |
| CD10[a,b] | gp100 | CALLA; neutral endopeptidase | pro and pre B cells, granulocytes |
| CD11b | gp165 | MAC1, CR3, MO1 | granulocyte subset, monocytes, NK-cell subset |
| CD11c | gp150 | p150, 95 | neutrophils, monocytes and lymphocyte subset |
| CD13[b] | gp150–170 | amino-peptidase N | granulocytes and monocytes |
| CD14[b] | gp55 | LPS binding protein receptor | monocytes, macrophages and neutrophils[c] |
| CD15 | various | Lewis[x], Le[a], X-hapten | granulocytes, monocytes, HPC subset, mast cells |
| CD16 | gp50–80 | Fc gamma RIIIA/IIIB receptor | granulocytes and NK cells, monocytes[c] |
| CD19[a,b] | gp95 | B4 | B cells |
| CD20[a,b] | p33 | B1, Bp35 | B cells, T-cell subset[c] |
| CD22 | gp130/140 | BL-CAM | B cells |
| CD23[a] | gp45 | Fc epsilon receptor | eosinophils, B-cell subset |
| CD25 | gp55 | IL-2 receptor | T cells, monocytes |
| CD32 | gp40 | Fc gamma RII receptor | granulocytes, monocytes and B-cell subset |
| CD33[b] | gp67 | glycoprotein of unknown function | monocytes |
| CD34[b] | gp115 | glycoprotein adhesion molecule | progenitor cells |
| CD38 | gp45 | glycoprotein | subsets in all hematopoietic lineages |
| CD41 | gp120/23 | GP11b, integrin alpha 11b | megakaryocytic cells and platelets |
| CD42b | gp135 | GP1b alpha | megakaryocytic cells and platelets |
| CD45[b] | gp180–240 | LCA | all leukocytes |
| CD56 | gp180 | N-CAM | T-cell subset, NK cells |
| CD57[a] | p110 | oligosaccharide | T-cell subset, NK-cell subset |
| CD61 | gp105 | integrin beta3, GP111b | megakaryocytic cells and platelets |
| CD64 | gp75 | Fc gamma RI receptor | myelomonocytic cells, activated neutrophils |
| CDw65 | NA | ceramide 12-saccharide | |
| CD71 | gp95 | transferrin receptor | receptor for iron-binding protein; upregulated on proliferating cells |
| CD79a | gp33 | B-cell receptor component | mature B cells |
| CD103 | gp150/25 | alpha E integrin subunit | T cells, monocytes, hairy cell leukemia |
| CD117 | gp145 | stem cell factor receptor (SCF-R), c-kit | stem cells |
| FMC7 | | | B cells |
| HLAD[b] | gp34, 28 | MHC class II molecule | subsets of T cells, monocytes, NK cells, and progenitor cells, all B cells |
| Kappa[a] | gp250 | immunoglobulin light chain | B-cell subset, all cells with Fc receptors |
| Lambda[a] | | immunoglobulin light chain | B-cell subset, all cells with Fc receptors |
| Glycophorin | | | erythroid cells |
| TdT | | terminal deoxytransferase | pro and pre B cells, cortical thymocytes |
| MPO | | myeloperoxidase | myeloid cells |

* Information obtained from Leukocyte Typing V (12).
[a]Used in all cases of lymphoproliferative disorders by at least 80% of respondents (n = 19).
[b]Used in all cases of acute leukemias by at least 80% of the respondents (n = 20).
[c]Weakly positive.

chosen according to the results obtained with the initial panel. This approach may be more economical but is lengthier, more involved, and may require strategic decisions in antibody selection. Some laboratory professionals feel that when total time and material costs are considered, it is more cost effective to run more antibodies once than fewer antibodies twice, or more times. In fact, all the committee members objected to this practice, and in the general inquiry to the conference participants, only 30% indicated they follow this approach.

3. The selection of a "directed" or targeted approach, which is based on the availability of other data such as morphologic or clinical information. In this case the selected reagents are used to confirm or classify a disease already suspected or diagnosed. This may require a single and relatively reduced panel of antibodies but is impractical in laboratories lacking the supportive additional information and may be hazardous in cases in which this information is incorrect. In situations where the number of cells is insufficient for a complete screen, a directed approach is the only possible option. Availability of clinical, morphologic, or other laboratory information in these cases is essential.

### General Considerations

1. Whatever the reagent selection and strategies chosen, the antibody panel(s) should be sufficiently broad as

SF0761

Table 2
*Cellular Markers Useful in the Identification and Classification of Acute Leukemia*

| Core | Supplemental | |
|---|---|---|
| CD2 | CD1a | CD41 |
| CD5 | s/cytopl CD3 | CD42b |
| CD7 | CD4 | CD61 |
| CD10 | CD8 | CD64 |
| CD13 | CD16 | CD71 |
| CD14 | CD15 | CD117 |
| CD19 | CD20 | MPO |
| CD33 | s/cytopl CD22 | TdT |
| CD34 | CD38 | Glycophorin A |
| KAPPA | | |
| LAMBDA | | |
| HLDR | | |

Table 3
*Cellular Markers Useful in the Identification and Classification of Lymphoproliferative Disease*

| Core | Supplemental | |
|---|---|---|
| *Blood and bone marrow* | | |
| CD3 | CD2 | CD57 |
| CD4 | CD11c | CD38 |
| CD5 | CD16 | FMC7 |
| CD7 | CD22 | BB4 |
| CD8 | CD23 | TcRab |
| CD10 | CD25 | TcRgd |
| CD19 | CD56 | |
| CD20 | | |
| CD45 | | |
| KAPPA | | |
| LAMBDA | | |
| *Tissue and body fluid* | | |
| CD5 | CD2 | CD33 |
| CD10 | CD3 | CD38 |
| CD19 | CD4 | CD56 |
| CD20 | CD7 | CD57 |
| CD23 | CD8 | IgM |
| CD45 | CD11c | IgD |
| KAPPA | CD13 | IgG |
| LAMBDA | CD16 | IgA |
| | CD22 | FMC7 |

to be useful in the identification of all cell sub-populations in the sample, both normal and abnormal. In general, the larger the number of reagents, the higher the sensitivity of abnormal cell detection and the better the ability of delineating phenotypes that may be useful in disease monitoring. In this regard, it should be noted that neoplastic cells often lack antigens expected to be present on normal cells or are expressed in an aberrant manner. Thus a certain degree of redundancy in antibody specificity is always desirable.

2. The trained professional interpreting flow cytometry data must have a good knowledge of the spectrum of cell types that a given antibody binds to and the staining patterns produced by such a reagent when conjugated with the particular fluorochrome used in the analysis. This validation is important because antibodies of the same CD designation may produce different binding patterns that could eventually influence the interpretation of results. In addition to its own experience, the laboratory can benefit from other helpful resources that provide ample information on CD molecules and cellular distribution, and potential clinical utility of many of the antibodies used for leukemia/lymphoma immunophenotyping (6,12).

3. Dead cells bind antibodies nonspecifically, and their presence can lead to erroneous interpretations. A viability assessment of the specimen and exclusion of nonviable elements from the analysis if they are present in significant numbers is strongly recommended. In a general inquiry to the conference participants, 70% and 48% of them indicated that they performed viability testing in tissues and in blood or bone marrow specimens, respectively. The inclusion of a dye that labels nonviable cells generally precludes the use of a third color for immunofluorescence.

4. The panels should be designed to resolve normal as well as malignant cells because normal cells act as internal reference standards.

5. The Committee decided to recommend mainly the use of membrane markers. This is not to be interpreted as an objection to the use of intracytoplasmic antigens, but rather as a reflection of the experience of most North American professionals.

6. Fluorochrome intensity and epitope density are important considerations. Where possible, the highest intensity fluorochromes for the lowest epitope densities should be used.

## Important Antibodies

A list of relevant antigenic targets useful in the analysis of hemopoietic malignancies and a brief chemical description and cellular distribution is shown in Table 1. The list was constructed based on the responses to the inquiry sent to all the participants of the conference. These markers are mainly present on the cell surface, although some are also relevant intracytoplasmic molecules.

## Screening Panels

Screening panels usually consist of a relatively small number of reagents assembled to identify the major groups of cell populations within a sample (e.g., lymphocytes, myeloid cells, monocytes, precursors, red cells, and plasma cells). The mixture of antibodies, of course, may vary according to the type of sample, but it is formulated to help detect abnormal elements that, once recognized, can be further characterized by additional staining. Screening panels may include a pan-T and a pan-B reagent, antibodies against granulocytic and monocytic antigens, and reagents such as CD45 or CD38 antibodies that allow the recognition of other cellular elements. As indicated, a screening panel serves only as an initial evaluation step that precedes the use of a more extensive set of antibodies necessary to complete the analysis.

SF0762

234           STEWART ET AL.

Table 4
*Valuable Approaches in the Recognition of Specific Cell Types*

| Populations to be identified | Useful targets | Useful combinations for 2-color analysis | Useful combinations for 3-color analysis |
|---|---|---|---|
| Normal or clonal B cells | CD19, CD20, kappa, lambda | CD19(CD20)/k, CD19(CD20)/l | CD19(CD20)/k/l |
| B cells of CLL vs. other lymphoproliferative disorders | CD19, CD20, CD5, CD23, CD22, FMC7, CD11c, CD25, CD103, CD10 | CD20/CD5; CD23/FMC7, CD19(CD20)/CD11c; CD19(CD20)/CD103; CD19(CD20)/CD10 | CD5/CD3/CD20; CD5/k/l; CD19/CD11c/CD103; CD19/CD23/FMC7 |
| Plasma cells | CD38, cyt kappa, cyt lambda, CD45, BB4, CD56 | CD38/cyt kappa, CD38/cyt lambda | CD38/CD56/CD45; CD38/CD45/cyt kappa; CD45/cyt lambda |
| Normal or abnormal T cells | CD3, CD5, CD7, CD2, CD4, CD8, TCRab, TCRgd | CD3/CD4; CD3/CD8; CD3/CD5; CD3/CD7; CD3/CD56 | CD3/CD5/CD7; CD3/CD4/CD8; CD3/CD56/CD2; CD7/CD19/CD2; CD3/CD56/CD8 |
| Immature T cells | CD1, CD2, CD4, CD8, CD34, CD7, cytCD3, TdT | CD1a/CD2; CD2/CD7; CD4/CD8 | CD7/CD1a/CD2 |
| Immature B cells | CD19, CD10, CD34, CD20, CD79a, CD22, CD45, TdT | CD19/10; CD20/10; CD34/22; CD45/19 | CD10/CD19/CD34; CD19/CD79a/CD10 |
| Immature myeloid cells | CD34, CD33, CD13, HLADR, CD45, CD117 | CD45/CD33; CD34/CD33(13); CD34/HLADR | CD33/CD13/CD45; CD45/CD34/HLADR |
| Myeloid cells displaying granulocytic differentiation | CD15, CD11b, CD16, CD10 | | CD16/CD33/CD13; CD33/CD13/CD45 |
| Myeloid cells displaying monocytic differentiation | CD4, CD14, CD64, CD33, CD11b, CD45 | CD64/CD13; CD33/CD13 | CD64/CD13/CD33; CD13/CD33/CD45 |
| Myeloid cells displaying megakaryocytic differentiation | CD61, CD41, CD42b; CD34 | CD34/CD41 | CD41/CD34/CD45 |
| Red cell precursors | CD71, CD45, Glycophorin A | CD45/Glycophorin A | CD45/CD71/CD33 |
| Aberrant myeloid antigen expression | CD33, CD13, CD56, CD34, CD15, CD117 | CD7/CD33(13); CD34/CD56; CD117/CD15; other | CD15/CD34/CD56 |
| Aberrant lymphoid antigen expression | CD19, TdT, CD7, CD3 | CD19/CD15; CD3/TdT; CD10/CD13 | CD5/CD13/CD19 |

### General Panels

These general panels are broader sets of antibodies assembled to answer questions regarding major disease groups, such as acute leukemias, chronic lymphoproliferative disorders, non-Hodgkin lymphomas, or plasma cell neoplasias. Tables 1–3 list antigens that are considered useful for the evaluation of particular diseases and according to sample site. They are further classified as "core" and "supplemental," the former being the most important for the analysis of the particular disease and sample type. Cytoplasmic markers in acute leukemia are listed as supplemental. As noted, this is in part because of the limited experience the committee members had with this approach and also because the methods to detect cytoplasmic antigens are more complex than those used for surface antigens, and the information obtained may not always be necessary. It is recognized, however, that in difficult or ambiguous cases the detection of intracytoplasmic antigens are of great value. It is important to emphasize that the markers suggested are not designed to evaluate prognostic factors or to classify all possible malignant subtypes.

Tables 1–3 do not specify how reagents are to be combined in multicolor analysis to obtain the most information from a sample. No consensus could be reached on this point. This is because many different combinations can provide similar information and no particular blend can be proved to be the best in all situations. As noted earlier, what the committee agreed was most important was that a laboratory become familiar with the properties of each antibody combination they use and the particular binding characteristics of these antibodies to normal and abnormal cells.

A useful approach to the problem of assembling antibodies in the various panels would be to list the populations of normal and abnormal cells that need to be discriminated and to combine antibodies to address each population. Such a cell target-oriented approach to recognize different types of normal and abnormal cells is illustrated in Table 4. The left column lists the cell populations to be identified or discriminated, and the other columns provide a general direction in antibody selection. Other selections also have been suggested for similar purposes (11). Some of the combinations listed in the table may appear superfluous or redundant. However, it must be realized that neoplastic cells often exhibit abnormalities in antigen expression, a feature that may be overlooked if an inadequate number of antibodies is used. A restricted panel may also limit the ability of recognizing minimal neoplastic involvement (2,10).

### CONCLUSIONS

Despite the efforts of this committee, it was clear from the responses and subsequent discussions among all con-

ference participants that recommending a universal strategy for the selection of antibodies applicable to the analysis of hematologic neoplasia is unrealistic and that a consensus in this regard will be extremely difficult to reach. There is general agreement, however, that the number of reagents should be sufficiently ample as to allow the recognition of the abnormal elements that may be present in the sample as well as the main groups of normal cells. Because of expense considerations, laboratories have been trying to reduce the antibody panel size. However, it must be realized that there is no "magic" minimal multipurpose panel that would supply all clinically relevant answers. A restricted panel of antibodies may limit our ability to recognize neoplastic cells or to determine their correct type. It may also preclude gaining information on the number and distribution of normal cells in the sample.

We have provided general guidelines for antibody selection and applications, but the particular selection of reagents and the sequence of procedures used in the analysis of hematologic neoplasia is ultimately the responsibility of individual laboratories performing the tests. The ability to recognize and define cellular abnormalities is directly proportional to the number of antibodies used. The average number of reagents routinely used by North American laboratories engaged in the analysis of hematologic neoplasia is 19 and 16 for acute leukemia and lymphoma analysis, respectively (4). In Europe, the number of antibodies recommended is even higher (11). An adequate characterization of the cellular components in a sample requires at least these many reagents or even larger panels, which unfortunately affect test cost. However, such a characterization is often of significant clinical value.

In the context of a potentially serious disease, the impact of reagent cost may be negligible.

## LITERATURE CITED

1. Bene MC, Castoldi G, Knapp W, Ludwig WD, Matutes E, Orfao A, van't Veer MB: Proposals for the immunological classification of acute leukemias: European Group for the Immunological Characterization of Leukemias (EGIL). Leukemia 9:1783–1786, 1995.
2. Campana D, Pui CH: Detection of minimal residual disease in acute leukemia: methodologic advances and clinical significance. Blood 85:1416–1434. 1995.
3. General Hematology Task Force of BCSH: Immunophenotyping in the diagnosis of acute leukaemias. J Clin Pathol 47:777–781, 1994.
4. Hassett J, Parker J: Laboratory practices in reporting flow cytometry phenotyping results for leukemia/lymphoma specimens: results of a survey. Cytometry 22:264–281, 1995.
5. Hill RB, Goodale F: The Delphi predictions of pathology chairmen: a six-year retrospective view. J Med Educ 56:537–546, 1981.
6. Knapp W, Dorken B, Gilks WR, Rieber EP, Schmidt RE, Stein H, vondem Borne AEGK: Leukocyte Typing IV: Proceedings of the fourth International Workshop and Conference on Human Leukocyte Differentiation Antigens. Oxford University Press, Oxford, 1989.
7. McCoy JP, Jr.. Overton WR: A survey of current practices in clinical flow cytometry. Am J Clin Pathol 106:82–86, 1996.
8. Moscovice I. Armstrong P, Shortell S, Bennett R: Health services research for decision-makers: The use of the Delphi technique to determine health priorities. J Health Polit Policy Law 2:588–410, 1977.
9. Borowitz M, Bach BA, Bauer KD, Duque RE, Horton AF, Johnson RL, Marti G, Muirhead K, Peiper S, Rickman W: Immunophenotyping of Leukemic Cells: Proposed Guidelines. NCCLS: Villanova, PA, 1992.
10. Orfao A, Ciudad J, Lopez Berges MC, Lopez A, Vidriales B, Caballero MD, Valverde B. Gonzalez M, San Miguel JF: Acute lymphoblastic leukemia (ALL): detection of minimal residual disease (MRD) at low cytometry. Leuk Lymphoma 13 Suppl 1:87–90, 1994.
11. Rothe G, Schmitz G: Consensus protocol for the flow cytometric immunophenotyping of hematopoietic malignancies: Working Group on Flow Cytometry and Image Analysis. Leukemia 10:877–895, 1996.
12. Schlossman S, Boumsell L, Gilks W, Harlan JM, Kishimoto T, Morimoto C. Ritz J, Shaw S. Silverstein R, Springer T, Tedder TF, Todd RF: Leukocyte Typing V: Proceedings of the fifth International Workshop and Conference on Human Leukocyte Differentiation Antigens. Oxford University Press, Oxford, 1995.

SF0764