# EXHIBIT 10

Cytometry (Communications in Clinical Cytometry) 46:

**Original Articles**

# Optimal Number of Reagents Required To Evaluate Hematolymphoid Neoplasias: Results of an International Consensus Meeting

Raul C. Braylan,[1*] Alberto Orfao,[2] Michael J. Borowitz,[3] and Bruce H. Davis[4]

[1]Department of Pathology, University of Florida, Gainesville, Florida
[2]Cytometry Service and Centro de Investigaciones del Cancer, University Hospital of Salamanca, Salamanca, Spain
[3]Department of Pathology, Johns Hopkins Medical Institutions, Baltimore, Maryland
[4]Maine Medical Center Research Institute, South Portland, Maine

At the ISAC 2000 Congress, the Clinical Cytometry Society organized a meeting of international experts to reach consensus on the minimum number of antibodies required for a full evaluation of hematologic and lymphoid neoplasias. A questionnaire was distributed prior to the meeting to numerous experts from US and European institutions and 13 responses were received. At the meeting, 25 individuals, including most of those who returned responses, participated in the discussions and voted on the issues presented. In chronic lymphoproliferative disorders (CLD), 9 antibodies (anti-CD5, CD19, kappa, lambda, CD3, CD20, CD23, CD10, and CD45) were deemed essential for initial evaluation by 75% of the participants. There was near unanimity that additional markers (selected from CD22, FMC7, CD11c, CD103, CD38, CD25, CD79b and heavy chains for B-cell disorders, and CD4, CD7, CD8, CD2, CD56, CD16, TCRa/b, and TCRg/d for T-cell disorders) would be needed to fully characterize CLD, although not every marker would be useful in all cases. Tissue lymphomas were believed to be similar to CLD, needing a minimum of 12–16 markers. However, for some cases, CD30, bcl-2, TdT, CD71, CD1a, and CD34 were cited as useful by the participants. Markers mentioned for plasma cell disorders included kappa, lambda, CD38, CD45, CD56, CD19, CD20, CD138, and heavy chains. Of 17 voting participants, 16 agreed that between 5 to 8 markers would be essential reagents for plasma cell disorders. For acute leukemia (AL), 10 markers (CD10, CD19, CD13, CD33, CD34, CD45, CD7, CD14, CD3, and HLADR) were considered essential by 75% of participants for initial characterization of the leukemia lineage. Most (>75%) agreed that at least one more B (CD20, CD22, CD79a, IgM), T (CD1a, CD2, CD4, CD5, CD8), myeloid (CD11b, CD15, CD64, CD117, myeloperoxidase), erythroid (CD36, CD71, glycophorin A), and megakaryocytic (CD41, CD61) reagents should be included in the essential panel. However, there was no agreement as to which was optimal. Thus, approximately 13–15 of those reagents would be considered essential in all cases of AL, whereas others (CD16, CD56, CDw65, TdT, and cytoplasmic CD3) were mentioned as useful in some cases. Almost all voting participants believed that the appropriate number of markers for complete characterization of AL would average 20–24. The majority of the responders (11 of 13) indicated that fewer reagents could be used in monitoring or staging patients with previously characterized disease, but not all ventured a specific number of reagents. From the above results, we conclude that the phenotypic analysis of hematologic and lymphoid neoplasia requires a rather extensive panel of reagents. Supplementary reagents might even be necessary if they prove to become relevant for diagnostic purposes. Reducing the number of antibodies could significantly compromise the diagnostic accuracy, appropriate monitoring, or therapy of these disorders. Cytometry (Comm. Clin. Cytometry) 46:23–27, 2001.    © 2001 Wiley-Liss, Inc.

Key terms: immunophenotyping; leukemia; lymphoma; antibody panels; consensus

The flow cytometric analysis of leukemia, lymphoma, myeloma, and other related neoplastic conditions is a highly complex laboratory procedure that requires the use of a large number of reagents. Disparity exists among laboratories regarding the minimal number and type of antibodies needed, their specificity, or the selection of particular multicolor combinations for this purpose. Most surveys of practicing laboratories have suggested that a satisfactory analysis designed to diagnose, characterize, or monitor hematolymphoid neoplasms requires a large number of antibodies (1–7). Except for efforts designed to standardize a research approach to acute leukemia (3), no

*Correspondence to: Raul C. Braylan, M.D., Box 100275, Department of Pathology, University of Florida College of Medicine, 1600 SW Archer Rd., Gainesville, FL 32610.
E-mail: Braylan@ufl.edu

Received 3 November 2000; Accepted 8 November 2000

© 2001 Wiley-Liss, Inc.

studies have directly addressed the question of the minimum number of antibodies required for adequate analysis by flow cytometry. Such information is important as a guideline for diagnostic accuracy and harmonization of disease classification. Furthermore, in some regions, it could provide guidelines for appropriate reimbursement or fiscal support to diagnostic laboratory services.

As part of the ISAC 2000 Congress, the Clinical Cytometry Society (CCS) sponsored a meeting designed to bring together recognized international experts in the area of hematologic and lymphoid neoplasia phenotyping to determine consensus on the optimal use of monoclonal antibody reagents in the diagnosis and subclassification of such diseases. Representation at this meeting included not only the CCS, but also several European organizations including the European Group on Immunologic Classification of Leukemia (EGIL), the Biomed Working Group on Minimal Residual Disease, and the Leukemia/Lymphoma Task Force of the European Working Group on Clinical Cell Analysis. In spite of the magnitude of the challenge, broad consensus was reached on the minimum number and specificity of reagents needed to adequately characterize the most important hematologic and lymphoid neoplastic conditions.

## MATERIALS AND METHODS

Prior to the meeting, a questionnaire was distributed to participants. They were asked to rank the usefulness of various CD antigens and other leukocyte-associated markers in the initial diagnosis of a patient falling into various disease categories including chronic lymphoproliferative disorders (CLD), tissue lymphoma, plasma cell myeloma, and acute leukemia (AL). Participants were asked to indicate whether an antibody was essential for that diagnosis, useful for some but not all cases of that diagnosis, or not useful. Participants were also given the option of saying they had no experience with the marker. Furthermore, they were asked if the analysis of an initial diagnostic sample would differ from that of a subsequent sample submitted for disease monitoring or staging. It was recognized that the structure of the questionnaire was not ideal. Before selecting reagents, one often does not know to which of these categories a particular sample belongs. Also, the selection of antibodies might vary depending on previous analysis, how they are combined in multiple staining procedures, or on the concurrent clinical or morphologic information. However, at least in the United States, reimbursement is linked to particular diagnostic categories, so that devising the consensus findings with this format was believed to be useful.

The answers from 13 questionnaires were available before the meeting. The graphs in Figure 1 reflect these data. With one exception, everyone who returned answers was present at the meeting. In addition, the meeting included experts who did not return the questionnaire but who participated in the discussions and voted on the issues at the time of the meeting. Optimal combinations of markers, preferred fluorochromes, or topics related to the medical value of flow cytometry were not addressed due to time limitations of the meeting.

## RESULTS
### Chronic Lymphoproliferative Disorder

Based on the written answers (Fig. 1) and on the meeting discussion, it became clear that although only 4 specific antibodies were agreed on as essential by every participant, the majority (75%) of participants agreed on 9 antibodies as essential reagents for the evaluation of all cases of suspected CLD. These included anti-CD5, CD19, kappa, lambda, CD3, CD20, CD23, CD10, and CD45. In addition, however, nearly all participants agreed that although this generic panel was adequate for the initial evaluation of a case of a suspected CLD, it was not adequate for a complete characterization of the process once an abnormal lymphoid population was found. Additional markers that were deemed useful for B-cell diseases included CD22, FMC7, CD11c, CD103, CD38, CD25, CD79b, and heavy chains, although it was agreed that not every marker was useful in every case. In order to assess the total number of markers needed to completely characterize a B-cell lymphoproliferative disorder, participants were asked to estimate how many additional markers would be needed on average. Of the 14 participants who expressed a vote, 11 indicated that 3 to 6 additional markers would be necessary depending on the specific diagnosis. Thus, there was broad consensus that the minimum number of markers needed to fully characterize a B-cell lymphoproliferative disorder was between 12 and 15. It was agreed that this number would also be sufficient to detect (although not completely characterize) other abnormal populations that might coexist with a B-cell neoplasm.

Because the initial essential panel was heavily weighted toward the more common B-cell tumors, it was also agreed that if a case was determined to be a T-cell lymphoproliferative disorder, additional markers would be needed. Useful additional markers mentioned included CD4, CD7, CD8, CD2, CD56, CD16, TCR alpha/beta, and TCR gamma/delta reagents. There was near unanimity that on average, 7 markers would be needed in addition to the 9 considered essential, for a total of 16.

### Tissue Lymphoma

Tissue lymphomas were recognized to be very similar to CLD in terms of the basic type of analysis needed (Fig. 1). Discussion focused on whether any antibody deemed necessary for CLD could be eliminated from consideration, or whether additional markers specifically useful in tissue samples should be recommended. It was agreed that for some specific diagnoses, markers including CD30, bcl-2, TdT, CD1a, CD34, and CD71 might prove useful, although none was considered essential. Moreover, there was no consensus on whether, on average, the total number of markers needed for characterization of a tissue lymphoma would be greater than for CLD. However, 8 of 14 participants believed that 2 to 3 more markers from this list would be necessary. Because there was no agreement, participants believed that the minimum number of markers for full characterization of tissue lymphomas is again in the range of 12-16, depending on the diagnosis.

SF0756

REAGENTS IN HEMATOLYMPHOID NEOPLASIA

25





FIG. 1. Written answers from 13 participants who indicated, according to disease, the antibodies that were essential (black bars) or useful (white bars). Blanks indicate no answer or no experience with the marker. Only antibodies considered essential or useful by at least 7 of the 13 respondents are shown.

SF0757

### Plasma Cell Disorders

Markers mentioned as useful in the evaluation and characterization of plasma cells included cytoplasmic kappa and lambda immunoglobulin light chains, CD38, CD45, CD56, CD19, CD20, CD138, and cytoplasmic immunoglobulin heavy chains (IgH), (Fig. 1). Again, there was no consensus on each one of these. 16 of 17 participants at the meeting agreed that between five and eight markers were essential reagents. However, this minimal panel would not be considered adequate to ensure that other abnormal populations (particularly T-cell populations) were not present in the sample.

### Acute Leukemia

Of the 13 responses to the questionnaire, at least 10 indicated 10 reagents as essential in AL. These included CD10, CD19, CD13, CD33, CD34, CD45, CD7, CD14, CD3, and HLADR (Fig. 1). This opinion was validated at the meeting. Most participants agreed that a combination to include at least one more B, T, myeloid, erythroid, and megakaryocytic reagent should be part of the essential panel. These additional reagents could be selected from among the following, although there was no consensus as to which one was optimal: for B-cell lineage: CD20, CD22, CD79a, IgM; for T-cell lineage: CD1a, CD2, CD4, CD5, CD8; for myeloid lineage: CD11b, CD15, CD64, CD117, myeloperoxidase (MPO); for erythroid lineage: CD36, CD71, glycophorin A; for megakaryocytic lineage: CD41, CD61. Thus, approximately 13–15 reagents would be considered essential in the initial evaluation of AL. In contrast to CLD, it was not possible to specify this list. As with CLD, once lineage was established, more markers of that particular lineage would become part of the core workup. In addition to the above, other reagents were mentioned at the meeting as useful for some cases. These included CD14, CD16, CD56, CDw65, TdT, and cytoplasmic CD3. Achieving overall consensus on the appropriate average minimal panel was difficult because it depended so heavily on the particular lineage and on the complexity of the case. The majority (18 of 19) of voting participants believed that the appropriate number was in the range of 20–24 total markers.

### Monitoring Patients With Known Diagnoses

There was insufficient time to discuss the appropriate number of reagents for samples of patients with known diagnoses who are studied for the presence of residual or recurrent disease or who are undergoing staging procedures. The initial questionnaire posed this question and the majority of responders (11 of 13) believed that some reduction was possible. Although the magnitude of the reduction was not discussed at the meeting, the 5 responders to the questionnaire who suggested a reduction and ventured a number of reagents recommended antibody panels ranging from 3 to 8 antibodies (average 7) for CLD or lymphoma, 3 to 8 (average five) for myeloma, and from 3 to 12 (average 8) for AL. The ability to use a reduced number of reagents in evaluating disease relapse or staging was dependent on prior characterization of the phenotypic profile of that patient's disease and knowing which antigens would be useful in subsequent evaluations.

### DISCUSSION

Because of its unique advantages, the flow cytometric immunophenotypic analysis of neoplasias of the bone marrow and lymphoid tissue has become a widely used laboratory procedure. In contrast to most clinical laboratory tests, however, this practice is highly complex and has not been completely standardized. Surveys of clinical laboratories (mainly from the United States) showed that on average, 16–19 reagents are utilized for lymphoma and leukemia analysis, but different laboratories may use as many as 45 or as few as 5 reagents for this purpose (2,4). It is obvious that some laboratories trim down the extent of the analysis, perhaps due to reimbursement policies, budgetary constraints, or other nonmedically based causes, even at the expense of reducing their ability to properly detect or characterize by immunophenotype these serious diseases.

A previous consensus meeting outlined broad principles to be used in assembling antibody panels for the analysis of hematolymphoid neoplasms. However, it stopped short of recommending a universal set or defined combination of reagents and did not specify a minimum number of reagents required (6,7). There are few objective data in the literature that specifically address the issue of the minimal number of antibodies required for this analysis. Our meeting was designed to survey the current practice of international experts to determine if general consensus on this question could be reached. Achieving overall consensus on essential or useful panels is predictably difficult. This is because the choice depends heavily on the particular strategies used for conducting the analysis, the individual preferences for reagents, the different needs of the laboratory, or the complexity of the case. Additionally, the experience among the participants varied with different reagents. For example, not all participants were familiar with using CD64 as a monocytic marker or using intracellular antigen detection in AL. Despite these shortcomings, the group reached broad consensus, supporting the notion that large panels of antibodies were important for adequate characterization of lymphoid neoplasms. Based on the responses to the questionnaire distributed prior to the meeting and the subsequent discussions, the value of large panels was seen to ensure that abnormal populations of any lineage could be identified in a sample, especially a newly diagnosed sample. Large panels also provided comprehensive characterization of any neoplastic population identified. The value of this latter function was not specifically discussed. For some diseases, such as CLD, there was good general consensus on the specific sets of antibodies to be used. For AL, there was consensus only on the principles that needed to be followed in a panel and there was less agreement on the specific reagents employed. As noted above, there is little in the literature that covers the clinical utility of any particular panel of antibodies in the characterization of hematolymphoid neoplasms. This consensus meeting can potentially provide a starting point for

outcome studies documenting the value of the approach shared by so many participants in the field.

The original questionnaire asked that antibodies be classified as either essential or useful for a particular disease. Some concerns were raised about the significance of specifying an essential antibody panel. It became apparent during the meeting that to accept the essential list as the minimal panel was not adequate. In many instances, following the application of a minimal panel, the analysis would necessitate additional testing to further characterize the process or define unexpected abnormalities. It should be emphasized that although the results presented comprise a core of essential panel plus supplementary markers for best characterization, no position was taken as to whether it is better to include all important markers at the outset or to study a sample in two or more stages.

For the diagnosis and classification of CLD, the group recommended 9 antibodies as essential but indicated that additional ones (for a total of 12-15 or 16, depending on whether the process is of B- or T-cell derivation) would be necessary to fully characterize the disorder. With minimal modifications, tissue-based lymphomas were recognized to be very similar to CLD in terms of the basic type of analysis needed for diagnosis and categorization. With regard to plasma cell disorders, the majority of the voting participants suggested that between 5 to 8 reagents were essential. However, it was recognized that this was a very "focused" approach for the evaluation of plasma cells and that such a relatively small panel would not be useful in the assessment of other cell lineages, allowing for the potential of missing other disease processes.

AL proved the most difficult topic to discuss. This was largely due to the fact that there is significant redundancy in leukemic cell reactivity of many antibodies. Also, participants supported the use of their own preferred reagents based on their experience. Although it is obvious that the size of the total panel used would vary with the complexity or the specific lineage of the case, virtually all voting participants agreed that 20-24 antibodies would be necessary for an adequate evaluation of AL at diagnosis. The majority of the responders also believed that some reduction in the number of the reagents recommended at the time of initial diagnosis is possible for monitoring disease following diagnosis or therapy, although the magnitude of the reduction would vary depending on the disease process.

In conclusion, the results of our international meeting support the notion that hematolymphoid neoplasias and related conditions are complex disorders that require a rather large array of antibodies for their complete immunophenotypic characterization. Additional reagents might even be needed as new diagnostic applications prove to be useful (8). Alternative approaches that utilize reduced panels could significantly jeopardize our ability to diagnose, accurately subclassify, or adequately monitor and treat these serious diseases.

## ACKNOWLEDGMENTS

We express our sincere appreciation to the following participants who greatly contributed to the success of this meeting:

*From the United States:* Charles Caldwell, University of Missouri, Columbia, MO; Michelle Y. Clark-Stuart, US FDA, Center for Devices and Radiological Health, Rockville, MD; Charles Goolsby, Northwestern University, Chicago, IL; Jeannine Holden, Emory University, Atlanta, GA; Michael Loken, Hematologica, Seattle, WA; David Miller, Cytometry Associates-Esoterix Inc., Brentwood, TN; Marilyn Owens, Impath, Inc., New York, NY; Maryalice Stetler-Stevenson, National Cancer Institute, Bethesda, MD; Carlton Stewart, Roswell Park Cancer Institute, Buffalo, NY.

*From Europe:* Maria Arroz, Hospital Egas, Lisbon, Portugal; Giuseppe Basso, University of Turin, Turin, Italy; Marie Christine Béné, Faculte de Medecine de Nancy, Nancy, France; Gianluigi Castoldi, University of Ferrara, Ferrara, Italy; H. Choremi, Laikon General Hospital, University of Athens, Athens, Greece; Jan W. Gratama, University Hospital Rotterdam, Rotterdam, The Netherlands; J. Kraan, University Hospital, Rotterdam, The Netherlands; Annalisa Kunkl, San Martino Hospital University of Genoa, Genoa, Italy; Francis Lacombe, University of Bordeaux, Bordeaux, France; Francesco Lanza, University of Ferrara, Ferrara, Italy; Rodica Lenkei, St. Gorans Hospital, Stockholm, Sweden; G. del Poeta, University of Roma, Rome, Italy; Gregor Rothe, Institute for Clinical Chemistry and Laboratory Medicine, Regensburg, Germany.

We also acknowledge the following companies for their generous financial support: Beckman-Coulter, Becton Dickinson Biosciences, Caltag Laboratories, Cytometry Associates-Esoterix, Inc., Impath, Inc., Mayo Medical Laboratory, Spherotech, Inc., and Streck Laboratories, Inc.

## LITERATURE CITED

1. van't Veer MB, Gratama JW. Quality assessment for immunophenotyping of leukaemias and lymphomas: the Dutch experience. The SIHON Study Group. Leuk Lymphoma 1994;13 (Suppl 1):77-79.
2. Hassett J, Parker J. Laboratory practices in reporting flow cytometry phenotyping results for leukemia/lymphoma specimens: results of a survey. Cytometry 1995;22:264-281.
3. Bene MC, Castoldi G, Knapp W, Ludwig WD, Matutes E, Orfao A, van't Veer MB. Proposals for the immunological classification of acute leukemias. European Group for the Immunological Characterization of Leukemias (EGIL). Leukemia 1995;9:1783-1786.
4. McCoy JP Jr, Overton WR. A survey of current practices in clinical flow cytometry. Am J Clin Pathol 1996;106:82-86.
5. Rothe G, Schmitz G. Consensus protocol for the flow cytometric immunophenotyping of hematopoietic malignancies. Working Group on Flow Cytometry and Image Analysis. Leukemia 1996;10:877-895.
6. Stewart CC, Behm FG, Carey JL, Combleet J, Duque RE, Hudnall SD, Hurtubise PE, Loken M, Tubbs RR, Wormsley S. U.S.-Canadian consensus recommendations on the immunophenotypic analysis of hematologic neoplasia by flow cytometry: selection of antibody combinations. Cytometry 1997;30:231-235.
7. Davis BH, Foucar K, Szczarkowski W, Ball E, Witzig T, Foon KA, Wells D, Kotylo P, Johnson R, Hanson C, Bessman D. US-Canadian consensus recommendations on the immunophenotypic analysis of hematologic neoplasia by flow cytometry: Medical indications. Cytometry 1997;30:249-263.
8. Orfao A, Schmitz G, Brando B, Ruiz-Arguelles A, Basso G, Braylan R, Rothe G, Lacombe F, Lanza F, Papa S, Lucio P, San Miguel JF. Clinically useful information provided by the flow cytometric immunophenotyping of hematological malignancies: current status and future directions. Clin Chem 1999;45:1708-1717.

SF0759