# EXHIBIT 12

1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ORIGINAL

- - - - - - - - - - -x
UNITED STATES OF AMERICA,
ex rel. Dr. James J. Tiesinga,    No. 3:02CV1573 (MRK)
         Plaintiffs,

     v.
                                  July 12, 2006
DIANON SYSTEMS, INC.
         Defendant.
- - - - - - - - - - -x

DEPOSITION of ARIF TOOR, M.D.

Taken before Cindy J. Carone, LSR 383, a Court Reporter and Notary Public, within and for the State of Connecticut, pursuant to Subpoena and the Federal Rules of Civil Procedure, at The Tollgate Hill Inn, 571 Torrington Road, Litchfield, Connecticut, on July 12, 2006, commencing at 10:10 a.m.

Falzarano Court Reporters
117 N. Saddle Ridge
West Simsbury, CT  06092
860.651.0258

1  had started being billed for various different
2  diseases, which on review of literature we found that
3  there was a limit to it and there was specific reasons
4  and specific diseases for which this test would be
5  done. And within those specific diseases, we also
6  found that there in some of them there had to be
7  prerequisites before the test could be done.
8      That is where the concentration was the
9  disease, on that condition for which the test the
10 performed. Its frequency or the frequency of the
11 components was left out for medical necessity. If it
12 was medically necessary, considered by the provider,
13 he could use as many as he wanted.
14     The decision -- and if it ever came back to
15 us for frequency, then we would apply the medical
16 necessity rules to it, but generally this was to
17 control and see whether it was being done for the
18 right reasons.
19     Q    Just so I understand, when you applied
20 medical necessity to review the claim, do you mean
21 those factors we just reviewed in Section 13.7.1?
22     A    That's correct.
23     Q    Did you, Dr. Toor, included with this LMRP,
24 have a LMRP file that you maintained that would have
25 contained, for example, the CAC comments on the LMRP,