# EXHIBIT 14



*Leukemia and Lymphoma*, Vol. 44, No 8 (August 2003), pp. 1385–1394



Taylor & Francis
healthsciences

# Real-time Quantitative RT-PCR of Cyclin D1 mRNA in Mantle Cell Lymphoma: Comparison with FISH and Immunohistochemistry

PEI HUI[a,b,*], JOHN G. HOWE[a,*], JILL CROUCH[a], MANJUNATH NIMMAKAYALU[c], MAZIN B. QUMSIYEH[c], GIOVANNI TALLINI[b], STUART D. FLYNN[b] and BRIAN R. SMITH[a,†]

[a]*Department of Laboratory Medicine, Yale University School of Medicine, 333 Cedar Street, P.O. Box 208035, New Haven, CT 06520-8035, USA;* [b]*Department of Pathology, Yale University School of Medicine, 333 Cedar Street, P.O. Box 208023, New Haven, CT 06520-8023, USA;* [c]*Department of Genetics, Yale University School of Medicine, 333 Cedar Street, P.O. Box 208005, New Haven, CT 06520-8005, USA*

*(Received 10 December 2002)*

Presence of the balanced translocation t(11;14)(q13;q32) and the consequent overexpression of cyclin D1 found in mantle cell lymphoma (MCL) has been shown to be of important diagnostic value. Although many molecular and immunohistochemical approaches have been applied to analyze cyclin D1 status, correlative studies to compare different methods for the diagnosis of MCL are lacking. In this study, we examined 39 archived paraffin specimens from patients diagnosed with a variety of lymphoproliferative diseases including nine cases meeting morphologic and immunophenotypic criteria for MCL by: (1) real-time quantitative RT-PCR to evaluate cyclin D1 mRNA expression; (2) dual fluorescence *in situ* hybridization (FISH) to evaluate the t(11;14) translocation in interphase nuclei; and (3) tissue array immunohistochemistry to evaluate the cyclin D1 protein level. Among the nine cases of possible MCL, seven cases showed overexpression of cyclin D1 mRNA (cyclin D1 positive MCL) and two cases showed no cyclin D1 mRNA increase (cyclin D1 negative "MCL-like"). In six of seven cyclin D1 positive cases, the t(11;14) translocation was demonstrated by FISH analysis; in one case FISH was unsuccessful. Six of the seven cyclin D1 mRNA overexpressing cases showed increased cyclin D1 protein on tissue array immunohistochemistry; one was technically suboptimal. Among the two cyclin D1 negative MCL-like cases, FISH confirmed the absence of the t(11;14) translocation in both cases. All other lymphoproliferative diseases studied were found to have low or no cyclin D1 mRNA expression and were easily distinguishable from the cyclin D1 overexpressing MCLs by all three techniques. In addition, to confirming the need to assess cyclin D1 status, as well as, morphology and immunophenotyping to establish the diagnosis of MCL, this study demonstrates good correlation and comparability between measure of cyclin D1 mRNA, the 11;14 translocation and cyclin D1 protein.

*Keywords:* Cyclin D1; Mantle cell lymphoma; Real-time quantitative RT-PCR; Tissue array

## INTRODUCTION

In the past few decades, widespread use of immunohistochemistry, flow cytometry and genetic analysis combined with morphology have led to a progressively more precise classification of non-Hodgkin's lymphoma (NHL) and to the definition of several "new" NHL subtypes, including mantle cell lymphoma (MCL) [1–6]. MCL represents a malignant proliferation of mantle zone derived B cells and is usually characterized by an immunophenotype with co-expression of CD5 and CD20, but absent CD23 expression (reviewed in Ref. [7]). Clinically, MCL demonstrates male predominance, more advanced stage at presentation compared to other small cell lymphomas, very poor response to treatment and consequent adverse prognosis [8]. Therefore, accurate separation of MCL from other morphologically similar small cell NHLs is of great clinical relevance.

Molecular and cytogenetic analyses have revealed that the characteristic reciprocal translocation t(11;14)(q13;q32) is present in almost all cases of MCL [9–12], although this translocation has also been reported, albeit rarely, in other NHLs. The translocation juxtaposes the immunoglobulin heavy chain gene locus at 14q32 with

*Pei Hui and John G. Howe contributed equally and are co-first authors.
†Corresponding author. Tel.: +1-203-688-2286. Fax: +1-203-688-4111. E-mail: brian.smith@yale.edu

ISSN 1042-8194 print/ISSN 1029-2403 online © 2003 Taylor & Francis Ltd
DOI: 10.1080/1042819031000079168

1386                                                                 P. HUI et al.

the BCL-1 locus at 11q13, leading to up-regulation of the CCND1 gene with overexpression of cyclin D1 [13]. Cyclin D1 is a cell cycle regulator of the G1/S phase checkpoint and therefore any increase in amount or function of cyclin D1 will drive cells from the G1 stage into DNA synthesis and mitosis [14]. Normal B cells negotiate the G1/S boundary by expressing cyclin molecules other than cyclin D1 and therefore, abnormal overexpression of cyclin D1 in B cells due to the t(11;14) translocation appears to be unique to the pathogenesis of MCL (reviewed in Ref. [7]). Identification of either the translocation and/or overexpression of cyclin D1 are therefore useful markers for the unequivocal diagnosis of MCL [15]. A recent clinicopathological review of 151 cases of MCL that were initially identified by morphologic and immunophenotypic criteria found that 15% of these cases failed to show evidence of cyclin D1 upregulation [16]. The 5-year survival of patients with cyclin D1 positive MCL was 30% whereas the 5-year survival for patients in this group who did not show evidence of cyclin D1 upregulation was dramatically better at 86%. These data suggest the value of routine characterization of suspected MCL in terms of cyclin D1 expression.

The evolving field of developing more sensitive and specific diagnostic modalities for MCL has generated methods aimed at improved detection of the t(11;14) translocation, improved methods to quantitatively determine cyclin D1 transcription expression [17], and better techniques for analysis of cyclin D1 protein expression [18,19]. Accurate immunohistochemical determination of cyclin D1 protein expression, while perhaps the most widely employed technique, has been found to have technical difficulties by several laboratories [20–22] and markedly different success rates for all techniques in fresh versus paraffin embedded tissue have also been noted. Systematic comparative studies of the various approaches are needed, especially for quantitative analyses such as real-time quantitative RT-PCR as an accurate measurement of the cyclin D1 transcript. In this report, we have therefore examined a group of 39 specimens from patients diagnosed with a variety of lymphoproliferative diseases including nine cases of MCL archived in paraffin blocks. These specimens have been studied by three techniques: a one-step real-time quantitative RT-PCR to evaluate the cyclin D1 mRNA expression level; by dual colored FISH to evaluate the t(11;14) translocation on interphase nuclei; and by tissue array immunohistochemistry to evaluate the cyclin D1 protein level.

## MATERIALS AND METHODS

### Clinical Cases

Thirty-nine cases of B cell lymphoma were identified in recent files of the Department of Pathology at Yale-New Haven Hospital (Table II). Cases were selected to sample the range of diseases involved in the differential diagnoses of MCL. Three pathologists (P.H., G.T., and B.R.S.) histologically reviewed all of these cases. These included nine cases of suspected MCL, fifteen cases of follicular lymphoma, eight cases of chronic lymphocytic leukemia/small lymphocytic lymphoma, three cases of diffuse large cell lymphoma, two cases of extranodal marginal zone B-cell lymphoma of MALT type, one case of lymphomatoid granulomatis, one case of lymphoplasmacytic lymphoma and eight cases of benign lymphadenopathy. All lymphoma cases were initially immunophenotyped using immunohistochemistry on frozen or fixed paraffin embedded tissue sections and/or by flow cytometry of fresh cell suspensions. Although the number of antibodies used varied from case to case, in all of the tumors the immunophenotyping included Ig light and heavy chains, and markers for B-cell (CD19, CD20, CD22, CD45RA, CD10) and T-cell (CD2, CD3, CD5, CD7, CD43, CD45RO) lineage. When the morphology dictated inclusion of MCL in the differential diagnosis, CD5, CD10, and CD23 were analyzed and used as a criterion in making a final assignment of the diagnosis. Details of each case of suspected MCL can be found in Table I.

### Detection of Cyclin D1 Transcript by One-step Real-time Quantitative RT-PCR

*RNA Preparation*

Ten to twenty 10 μm thick unstained sections were generated with one corresponding hematoxylin and eosin

TABLE I  Summary of mantle cell and mantle cell-like lymphoma cases

| Case number | Relative fold increase in cyclin D1 mRNA expression | $\Delta C_t$ cyclin D1 Ct minus $\beta$-2-microglobulin Ct | Cyclin D1 protein by tissue array | t(11;14) by FISH |
|---|---|---|---|---|
| Case 1 | 5.27 | 3.21 | +++ | t(11;14) |
| Case 2 | 0.048 | 9.98 | − | Not found |
| Case 3 | 47.27 | 0.05 | ++ | t(11;14) × 2 |
| Case 4 | 13.84 | 1.82 | +++ | t(11;14) |
| Case 5 | 22.45 | 1.12 | Not evaluated | Not evaluated |
| Case 6 | 14.41 | 1.76 | ++ | t(11;14) |
| Case 7 | 12.28 | 1.99 | ++ | t(11;14) |
| Case 8 | 5.46 | 3.16 | ++ | t(11;14) |
| Case 9 | 0.13 | 8.54 | − | Not Found |

CYCLIN D1 QUANTITATIVE RT-PCR IN MCL                    1387

(H.E.) stain. Leisional tissue identified in the H.E. section was outlined in the unstained section, followed by scraping lesional tissue into a microcentrifuge tube. The tissue was deparaffinized twice with xylene followed by ethanol treatment twice and air-dried. The tissue was then digested with proteinase K [(100 mg/ml) (Roche, Indianapolis, IN) in the ATL tissue digestion buffer (Qiagen, Chatsworth, CA) at 55°C overnight. The total RNA was then extracted by using TRIzol reagent (Life Technologies, Rockville, MD) according to the manufacturer's instructions. The amount of RNA was determined by measuring $OD_{260}$. The RNA was stored at $-70°C$.

*Preparation of Standards*

Total RNA derived from the cyclin D1 overexpressing mantle cell lymphoma cell line, Granta [Deutsche Sammlung von Mikroorganismen und Zellkulturen, Braunschweig, Germany [23]], was serially diluted into peripheral blood lymphocytes (PBL) RNA of a normal donor to generate a series of standards containing different amounts of Granta RNA.

*One Step Real-time Quantitative RT-PCR*

All oligonucleotide primers and probes were synthesized by the Oligo Factory (Perkin–Elmer Applied Biosystems Division, Foster City, CA). Primer and probe sequences are as followed: cyclin D1-sense primer, CCG TCC ATG CGG AAG ATC; cyclin D1-antisense primer, ATG GCC AGC GGG AAG AC; cyclin D1-probe, 6-FAM-CTT CTG TTC CTC GCA GAC CTC CAG CAT-TAMRA; $\beta$-2 microglobulin-sense primer, TGA CTT TGT CAC AGC CCA AGA TA; $\beta$-2 microglobulin-antisense primer, AAT CCA AAT GCG GCA TCT TC; $\beta$-2 microglobulin-probe: VIC-TGA TGC TGC TTA CAT GTC TCG ATC CCA-TAMRA. The cyclin D1 and control $\beta$-2 microglobulin mRNA quantitative assay amplified 0.3 $\mu$g of total RNA prepared from paraffin blocks of each case. The standard master mixes for both cyclin D1 and $\beta$-2 microglobulin were composed of reagents obtained from Perkin–Elmer Corporation (Norwalk, CT) unless otherwise indicated, and included 10% TaqMan 10 × buffer, 2.5 mM $MgCl_2$, 0.2 $\mu$M of dATP, dCTP, and dGTP, 0.4 $\mu$M dUTP, 0.5 units AmpErase Uracil N-Glycosylase (UNG), 1.5 units TaqGold DNA polymerase, 4 units of M-MuLV reverse transcriptase (Roche, Indianapolis, IN) and 5% dimethyl sulfoxide (Sigma Chemical, St. Louis, MO). All reaction mixes were brought to a 50 $\mu$l volume and placed in MicroAmp optical tubes and covered with MicroAmp optical caps (Perkin–Elmer Corporation, Norwalk, CT). Reverse transcription and PCR were performed in an ABI PRISM 7700 Sequence Detector (Perkin–Elmer Corporation, Norwalk, CT). The reaction started with 2 min at 50°C for UNG activation followed by 45 min of reverse transcription at 48°C. This was followed by 10 min at 95°C for TaqGold activation and pre-denaturation and 45 cycles with each cycle consisting of 15 s at 95°C and 1 min at 62°C. Data were normalized to the quencher dye TAMRA and analyzed using the Signal Detection software (Perkin–Elmer Applied Biosystems Division). Critical threshold (Ct) cycle numbers were obtained from amplification of both cyclin D1 and $\beta$-2 microglobulin and a $\Delta$Ct value was calculated by subtracting the Ct of $\beta$-2 microglobulin from the Ct of cyclin D1. PCR results were confirmed by agarose electrophoresis.

### Detection of the t(11;14)(q13;q23) Translocation by Dual Colored FISH

*Nuclei Preparation from Formalin Fixed, Paraffin Embedded Tissue*

Ten sections of formalin fixed, paraffin embedded lesional tissue at 30 $\mu$m thick were obtained and deparaffinized with xylene. Air dried tissue pellets were incubated at room temperature in water for 5 min. The tissue pellets were then digested with 5 mg/ml pepsin (Sigma, St. Louis, MO) in 0.9% NaCl, pH1.5 for 1–3 h with vortexing every 30 min. The supernatant was aspirated into a new tube and washed three times with phosphate buffered saline. The cells were then spotted onto ProbeOn Plus microscope slides (Fisher Scientific, Pittsburgh, PA).

*FISH Probe Preparation*

BAC clone 158A2C (human Ig G heavy chain gene) was described elsewhere [24], and kindly provided by Dr Herve Avet-Loiseau. This probe maps distal to breakpoints on 14q32. It was labeled with biotin-conjugated dUTP (Roche Molecular Biochemical, Indianapolis, IN) by nick-translation method according to standard procedure [25]. FITC-avidin was used for detection of the biotin labeled probes by standard procedures. A human cyclin D1 probe (about 350 kb) was purchased from Vysis Inc. (Downers Grove, IL) and was labeled with spectrum orange (visible as red in Rhodamine filters).

*Dual Colored FISH Detection*

The slides were incubated in 1 M sodium thiocyanate in distilled water at 80°C for 8 min followed by three washes (2 min each) in 2 × SSC. The slides were then fixed in methanol and air-dried. The slides were digested in 4 mg/ml pepsin (Sigma, St. Louis, MO) in 0.9% CaCl, pH1.5 for 8–10 min at 37°C. The slides were rinsed in 2 × SSC for 2 min at room temperature followed by denaturation with 70% formamide, 2 × SSC at 75°C for 5 min. The slides were quenched in cold 70% ethanol for 5 min followed by 90% ethanol and 100% ethanol and air dry. The labeled probe mix of cyclin D1 and 158A2C in 1 × hybridization buffer (Vysis Inc., Downers Grove, IL) was denatured for 5 min at 75°C. The probe mix was then applied onto denatured slides with coverslip and sealed with nail polish.

Hybridization was carried out overnight at 37°C in a humid chamber. The coverslips were removed and the slides were washed three times in 2× SSC at 42°C for 5 min, followed by three washes in 2× SSC/0.1% Triton at 60°C. One milliliter of blocking solution (5% bovine albumin in 2× SSC) was applied onto slides and incubated 30 min at 37°C. The detection solution (FITC conjugated biotin in 2× SSC) was then applied and incubated at 37°C for 45 min. The slides were then washed three times with 2× SSC, followed by staining with DAPI and mounting with Vectorshield (Vector laboratories, Burlingame, CA).

The fluorescent image was captured using an Olympus BX60 fluorescent microscope (Olympus, Melville, CA) and analyzed using image analysis software (CytoVision, Applied Imaging Corp., Santa Clara, CA). One to two hundred cells were processed for each case. The construction of these probes produces a hybrid green (distal IgH) and orange (proximal cyclin D1) signal by FISH. This fused signal appears yellowish. Scoring and interpretation was performed as described by Avet-Loiseau et al. [24].

### Tissue Array Immunohistochemistry

*Tissue Array*

For each case, one H.E. section with outlined lesional area along with corresponding paraffin block was processed by the Tissue Array Service at Yale University School of Medicine. A 0.8 mm diameter tissue punch with two redundancies was obtained for each lymphoma case. An array of 35–40 cases in a single block was processed to generate multiple copies of array slides (Beecher Instrument Micro-Array Technology, Silver Springs, MD).

*Cyclin D1 Immunohistochemistry*

The BCL-1 antibody was obtained from NeoMarkers (Lab Vision, Fremont, CA). Immunoperoxidase was carried out on the tissue array slides with a 1/200 dilution of the BCL-1 antibody. DAB staining according to standard procedure (DAKO, CORP, Carpinteria, CA) was followed by antigen recovery by low pH epitope retrieval (Antigen Retrieving Kit, DAKO, Carpinteria, CA) at 99°C for 20 min. Two pathologists (P.H. and G.T.) immunohistologically reviewed all of these cases, which were treated under the same conditions, and therefore comparison of staining intensity were semi-quantitatively interpreted.

### RESULTS

**Validation of Real-time Quantitative RT-PCR**

The primer and probe sequences specific for cyclin D1 and β-2 microglobulin mRNAs that are used in the real-time quantitative RT-PCR assays were obtained from K.E. Bijwaard of the Armed Forces Institute of Pathology (personal communication and Ref. [26]). They were designed using ABI's Primer Express software. The expected amplification products are 86 and 96 bp for cyclin D1 and β-2 microglobulin, respectively. The real-time quantitative RT-PCR assay was optimized for magnesium, and primer and probe concentrations using the overexpressing cyclin D1 cell line, Granta [23]. Once optimized, assays were capable of detecting less than or equal to one Granta cell equivalent in $5 \times 10^4$ normal mononuclear cells. Standard curves consisted of serially diluted standards (normal peripheral mononuclear cells with varying amounts of Granta cells added). $R^2$ values of greater than or equal to 0.99 were consistently demonstrated, and the dynamic range for both cyclin D1 and β-2 microglobulin assays extended for greater than four logs. Figure 1A and B show representative amplification plots for cyclin D1 and β-2 microglobulin and Fig. 2 shows a standard curve obtained for a typical experiment using both cyclin D1 and β-2 microglobulin real-time quantitative RT-PCR amplification.

**Real-time Quantitative RT-PCR Demonstrates Overexpression of Cyclin D1 in Mantle Cell Lymphoma**

β-2 Microglobulin is ubiquitously expressed in all nucleated cells. For each case, the amount of cyclin D1 amplification is delineated by the real-time quantitative RT-PCR threshold cycle number (Ct) and compared to the Ct value for β-2 microglobulin amplification, which serves as an endogenous control. The lower the Ct value the more template RNA is in the sample. The difference between the Ct values for cyclin D1 and β-2 microglobulin is the ΔCt value, which can be used to compare the relative amounts of cyclin D1 between various samples. A validation experiment was performed to show that the relative expression efficiencies of cyclin D1 and β-2 microglobulin were approximately equal for various inputs of total RNA. The relative amount of cyclin D1 was calculated as: ΔCt values = Ct (β − 2 microglobulin) − Ct(cyclin D1). A lower ΔCt value in an assay corresponds to more cyclin D1 mRNA in the specimen. The lowest average ΔCt value (3.74) was obtained using MCL samples (Fig. 3 and Table I). An average ΔCt value of (5.61) was observed in cases of benign lymph nodes. Average ΔCt values for follicular lymphoma (FL), chronic lymphocytic leukemia/small lymphocytic lymphoma (CLL/SLL), diffuse large cell lymphoma (LCL), extranodal marginal zone B-cell lymphoma of Malt type (MZL) and lymphomatoid granulomatis (LG) ranged between 5.80 and 9.60 (Table II).

When comparing different ΔCt values, the values are subtracted from one another to obtain a ΔΔCt value. To better illustrate the relative amounts of cyclin D1 between one group of specimens and another, a specific type of specimen is chosen to compare all other groups with, such




FIGURE 1  (A) Representative real-time quantitative RT-PCR amplification of cyclin D1 mRNA done in triplicate in several representative cases, in normal lymph node and in the Granta MCL cell line. The x-axis is the number of cycles, the y-axis is the normalized fluorescence signal, ΔRn, and the horizontal line is the fixed fluorescence threshold. (A) Cyclin D1. (B) β-2 microglobulin.

as, the benign lymph nodes, which show very low cyclin D1 expression. The expression of cyclin D1 relative to benign lymphoid hyperplasia can be obtained by calculating the $2^{-\Delta\Delta Ct}$ value using other ΔCt values for the various types of specimens. As shown in Fig. 3 the relative fold increase in cyclin D1 expression observed in the MCL samples relative to benign lymph nodes ($p < 0.001$) is 3.51. All other types of lymphoma showed less or no expression of cyclin D1 (0.062–0.424) folds of increase. Furthermore, $2^{-\Delta\Delta Ct}$ values show no significant difference among FL, CLL/SLL, LCL and MZL. A discriminant line was set at 3.75, below which all cases of non-MCL NHL fell (Fig. 3).

### Identification of Low Cyclin D1 Expressing MCL-like Cases

Among the nine cases of morphologically and immunophenotypically compatible MCLs, a marked variation of cyclin D1 level was observed in the ΔCt and $2^{-\Delta\Delta Ct}$ values

1390        P. HUI et al.



FIGURE 2  Dilution of Granta cells into normal peripheral blood measuring relative fold increase of cyclin D1 mRNA. The error bars represent one standard deviation (SD) determined from three separate experiments.

(Table I and Fig. 3). The $2^{-\Delta\Delta C_t}$ values were found to be between 5.27 and 47.27 in seven out of nine previously diagnosed MCL cases. Two suspected MCL cases (cases 2, 9) showed no to minimal cyclin D1 expression ($2^{-\Delta\Delta C_t}$ values from 0.048 to 0.13), similar to that observed for other types of lymphoma ($2^{-\Delta\Delta C_t}$ values from 0.062 to 0.42). Therefore, these two cases are considered to be in the category cyclin D1 mRNA negative MCL-like lymphomas as described by Yatabe et al. [16].

## Dual Colored FISH Failed to Identify t(11;14) in Cyclin D1 mRNA Negative MCL-like Lymphomas

Application of interphase cytogenetics using dual colored probes for the cyclin D1 and IgG heavy chain genes was technically successful in eight of nine cases of MCL including two cyclin D1 negative cases. In t(11;14) interphase nuclei, overlapping a green signal (IgG heavy chain gene) with orange (cyclin D1 probe) signal will generate a positive yellow hybridization signal, which represents a translocation signal (Fig. 4, panels 1C and 3C). Normal diploid cells or t(11;14) negative lymphomas showed non-overlapping two green and two orange singles (Fig. 4, panel 2C). All six MCL cases with positive t(11;14) translocations also showed overexpressed cyclin D1 by real-time quantitative RT-PCR. Of interest is MCL case 3, which showed two fused signals indicating the presence of two derivative 14 chromosomes in addition to a normal chromosome 14. Extra derivative chromosomes are known in CML [Philadelphia chromosome with t(9;22)], but rarely been reported in cases with t(11;14). In this case, most of the cells displayed three orange cyclin D1 signals and three green Ig heavy chain signals with two yellow signals when images were merged (Fig. 4, panel 3C). Correspondingly, case 3 showed the highest



FIGURE 3  Relative fold increase of cyclin D1 mRNA expression in each group of lymphoma. The average relative fold increase value of eight lymph nodes (Normal) is the base line cyclin D1 level. CLL/SLL: chronic lymphocytic leukemia/small lymphocytic lymphoma; FL: follicular lymphoma; LCL: diffuse large cell lymphoma; LG (diamond): lymphomatoid granulomatis; MZL (3-line cross): extranodal marginal zone B-cell lymphoma of MALT type; LP (2-line cross): lymphoplasmacytic lymphoma and MCL: mantle cell lymphoma. The broad horizontal dashed line is set as the discriminant line for MCL as discussed in the text. The short horizontal lines represent the mean value for the particular group of specimens analyzed as well as all MCLs combined (middle). In the case of MCL cases, two means are calculated: one for the cyclin D1 overexpressing cases (upper line) and one for the non-cyclin D1 overexpressing samples (lower line).

CYCLIN D1 QUANTITATIVE RT-PCR IN MCL  1391

TABLE II  Summary of non-mantle cell lymphoma cases

| Case number | Diagnosis | Abbreviation | Relative fold increase in cyclin D1 mRNA expression | ΔCt cyclin D1 Ct minus β-2-microglobulin Ct |
|---|---|---|---|---|
| Case 10 | Lymphomatoid granulomatosis, grade 1 | LG | 0.028 | 7.44 |
| Case 11 | Lymphoplasmacytic lymphoma | LP | 0.88 | 5.80 |
| Case 12 | Chronic lymphocytic leukemia/Small lymphocytic lymphoma | CLL/SLL | 0.04 | 10.26 |
| Case 13 | Chronic lymphocytic leukemia/Small lymphocytic lymphoma | CLL/SLL | 0.34 | 7.17 |
| Case 14 | Chronic lymphocytic leukemia/Small lymphocytic lymphoma | CLL/SLL | 0.0005 | 16.45 |
| Case 15 | Chronic lymphocytic leukemia/Small lymphocytic lymphoma | CLL/SLL | 0.04 | 10.22 |
| Case 16 | Chronic lymphocytic leukemia/Small lymphocytic lymphoma | CLL/SLL | 0.10 | 8.87 |
| Case 17 | Chronic lymphocytic leukemia/Small lymphocytic lymphoma | CLL/SLL | 0.08 | 9.18 |
| Case 18 | Chronic lymphocytic leukemia/Small lymphocytic lymphoma | CLL/SLL | 0.23 | 7.74 |
| Case 19 | Chronic lymphocytic leukemia/Small lymphocytic lymphoma | CLL/SLL | 0.40 | 6.92 |
| Case 20 | Follicular lymphoma, grade 2/3, locally follicular | FCL | 0.15 | 8.36 |
| Case 21 | Follicular lymphoma, grade 1/3, predominately follicular | FCL | 0.33 | 7.22 |
| Case 22 | Follicular lymphoma, grade 1/3, predominately follicular | FCL | 0.32 | 7.27 |
| Case 23 | Follicular lymphoma, grade 1/3, predominately follicular | FCL | 0.18 | 8.08 |
| Case 24 | Follicular lymphoma, grade 2/3, predominately follicular | FCL | 2.23 | 4.45 |
| Case 25 | Follicular lymphoma, grade 2/3, predominately follicular | FCL | 0.82 | 5.90 |
| Case 26 | Follicular lymphoma, grade 1/3, predominately follicular | FCL | 0.002 | 14.82 |
| Case 27 | Follicular lymphoma, grade 3/3, predominately follicular | FCL | 0.15 | 8.31 |
| Case 28 | Follicular lymphoma, grade 1/3, predominately follicular | FCL | 0.32 | 7.27 |
| Case 29 | Follicular lymphoma, grade 3/3, predominately follicular | FCL | 0.21 | 7.87 |
| Case 30 | Follicular lymphoma, grade 2/3, predominately follicular | FCL | 0.20 | 7.96 |
| Case 31 | Follicular lymphoma, grade 2/3, predominately follicular | FCL | 0.12 | 8.62 |
| Case 32 | Follicular lymphoma, grade 2/3, predominately follicular | FCL | 0.005 | 13.25 |
| Case 33 | Follicular lymphoma, grade 3/3, follicular and diffuse | FCL | 0.10 | 8.89 |
| Case 34 | Follicular lymphoma, grade 1/3, follicular and diffuse | FCL | 0.03 | 10.67 |
| Case 35 | Diffuse large B-cell lymphoma | LCL | 0.72 | 6.08 |
| Case 36 | Diffuse large B-cell lymphoma | LCL | 0.42 | 6.87 |
| Case 37 | Diffuse large B-cell lymphoma | LCL | 0.25 | 7.59 |
| Case 38 | Extranodal marginal zone B-cell lymphoma of MALT type | MZL | 0.24 | 7.66 |
| Case 39 | Extranodal marginal zone B-cell lymphoma of MALT type | MZL | 0.09 | 9.01 |
| Case 40 | Normal lymph node | Normal | 2.01 | 4.60 |
| Case 41 | Normal lymph node | Normal | 0.50 | 6.61 |
| Case 42 | Normal lymph node | Normal | 2.22 | 4.46 |
| Case 43 | Normal lymph node | Normal | 0.72 | 6.09 |
| Case 44 | Normal lymph node | Normal | 0.61 | 6.32 |
| Case 45 | Normal lymph node | Normal | 1.40 | 5.12 |
| Case 46 | Normal lymph node | Normal | 1.75 | 4.80 |
| Case 47 | Normal lymph node | Normal | 0.42 | 6.87 |

expression level of cyclin D1 by real-time quantitative RT-PCR analysis (Table I, case 3). FISH was successful in the two cyclin D1 negative MCL-like lymphomas, where cells displayed separate orange and green signals and no yellow or translocation signals were found (Fig. 4, panel 2C).

**Correlation of BCL-1 Protein with Real-time Quantitative RT-PCR in Tissue Array Immunohistochemistry**

We took advantage of tissue array technology to investigate expression of cyclin D1 protein in multiple cases on one slide. Representative tissues from available cases were arrayed onto one paraffin block and multiple sections made. These tissue array sections were subjected to immunohistochemistry staining for cyclin D1 protein. Since all cases were treated under the same conditions, comparison of staining intensity can be semi-quantitatively interpreted. Lesional tissue was not clearly identified in one case of MCL and hence the protein staining was considered non-evaluable. Six of six evaluable RT-PCR cyclin D1 overexpressing cases were also positive by protein staining. Case 3 noted above did not show the highest intensity of staining by tissue array (Fig. 4, panels 1B and 3B). Two evaluable cyclin D1 negative MCL-like cases by RT-PCR showed negative cyclin D1 staining (Fig. 4, panel 2B). It was noted that spurious cytoplasmic staining of cyclin D1 was seen in some cases of FL and some reactive benign lymph nodes; however, definite nuclear staining like that found in MCL was lacking in those cases. The level of cyclin D1 mRNA did not appear to correlate with protein staining intensity.

**DISCUSSION**

The rapidly evolving classification and subclassification of lymphoproliferative disorders reflects, in part, our new understanding of this group of diseases based on a multidisciplinary diagnostic approach. Such an approach has the capability of recognizing new pathologic entities with distinctive morphologic, biologic and clinical characteristics. Mantle cell lymphoma is the term now accepted to define a monoclonal B cell proliferative



FIGURE 4　Histology, cyclin D1 tissue array immunohistochemistry and interphase FISH detection of t(11;14) in three representative MCL cases. Column A: high power view of H.E. section. Column B: cyclin D1 immunostain. Column C: interphase dual color FISH. Case 1 (1A–C) showed small size lymphoid cells, which stain intensively with cyclin D1 antibody and one t(11;14) in the nuclei. Case 2 (2A to 2C) did not stain for cyclin D1 and had no t(11;14) translocation. Case 3 (3A–C) displayed medium size lymphoid cells with positive staining for cyclin D1 and two derivative 14 chromosomes fused signals in the nuclei.

disease derived from a subset of naive pre-germinal center B cells localized in primary follicles or in the mantle zone of secondary follicles. Distinction of MCL from other B cell lymphomas is important because MCLs are associated with an aggressive and incurable clinical course. Initial diagnosis of MCL relies largely on morphological recognition and immunophenotyping using either immunohistochemistry or flow cytometry. Recent cytogenetic and molecular studies have demonstrated the association of the t(11;14)(q13;q23) translocation with MCL. The translocation juxtaposes the BCL-1 locus on chromosome 11q under the influence of IgG heavy chain gene promoter control (14q23), leading to an overproduction of cyclin D1 or BCL-1, a critical G1/S phase cell cycle regulator, which normally functions in non-lymphoid cells [14]. Aberrant overexpression of cyclin D1 due to the t(11;14)(q13;q23) translocation is believed to be a significant event to the pathogenesis of MCL. Identification of the expression of cyclin D1 by immunohistochemistry is important in diagnosing MCL as shown in the recent finding that cyclin D1 positive MCL and negative MCL-like groups represent different entities and that only the former closely resembles classical MCL in terms of prognosis [16]. The latter, although morphologically and/or immunophenotypically similar, should probably not be identified and treated clinically as cyclin D1 positive MCL. Therefore, a demonstration of the t(11;14)(q13;q23) translocation and/or overexpression of cyclin D1 mRNA and/or protein can be very useful in reaching a definitive diagnosis of MCL.

We have shown in this report that real-time quantitative RT-PCR can be readily applied to measuring cyclin D1 mRNA expression in a group of 39 archived tissue cases of lymphoproliferative disorders including nine cases of morphologically and immunophenotypically identified MCL. Overexpression of cyclin D1 mRNA with $\Delta$Ct values of less than four were found only in cases of MCL with an average $\Delta$Ct value of (1.87). Average $\Delta$Ct values of other types of lymphomas were found to be higher than (6.84). Significant overproduction of cyclin D1 mRNA was observed only in the MCL group as seen in Fig. 3, where the fold of induction was calculated relative to the average $\Delta$Ct value of benign reactive lymph node samples. With an average (3.51) fold induction, MCLs were clearly distinguished from other types of lymphoma (0.062–0.424). Equally important was the finding that two suspected MCLs expressed low amounts of cyclin D1 mRNA. These two cases were, therefore, labeled as cyclin D1 negative MCL-like lymphomas. Although a review of the available information on clinical course was undertaken for all nine cases of MCL, the limited number of cases and the minimal follow-up currently available makes a direct comparison of the cyclin D1 positive and negative cases on this basis impossible.

Direct demonstration of the t(11;14) translocation by dual colored FISH can be very useful in reaching a definitive diagnosis of MCL and is easily applicable to both fresh and archived tissue specimens as shown in this study. Although FISH can be successful in thin tissue section, nuclei suspension appears more attractive. It provides a single layer of individual nuclei, which allows more access of the FISH probes to the nuclei during hybridization and image analysis is easier. A good correlation was observed between real-time quantitative RT-PCR of cyclin D1 mRNA and the presence of the t(11;14) translocation detection by interphase FISH. Six of seven cases of cyclin D1 positive MCLs contained the t(11;14) translocation; in one case FISH was unsuccessful. In addition, FISH can provide important information about the copy number of the translocated chromosome as demonstrated in case 3, where two copies of the derivative 14 chromosomes in addition to the normal chromosome 14 were found, which corresponded to the highest cyclin D1 mRNA level. The two copies of the derivative 14 chromosomes in case 3 appear to be responsible for the high transcriptional expression of cyclin D1. The significance of this observation, however, is unknown, because the level of cyclin D1 protein in case 3 is not significantly different from that of other MCLs in tissue array cyclin D1 staining and does point out that quantitative protein level may not always correlate directly with mRNA level [27]. FISH was successful in the two cyclin D1 negative MCL-like cases, where

a t(11;14) translocation was not identified. In addition, tissue array immunohistochemistry showed no nuclear staining of cyclin D1 in the two cyclin D1 negative MCL-like cases. Hence these results confirm the presence of a subclass of NHL that have the morphologic and immunophenotypic characteristics of mantle cell lymphoma, but which do not show evidence of cyclin D1 overexpression and which do not demonstrate the characteristic chromosomal translocation that drives that over-expression [16].

Real-time quantitative RT-PCR assays have been shown to be an equally sensitive and more quantitative alternative to conventional single-round or nested PCR assays. Measuring the threshold cycle number at early amplification phase eliminates common problems of plateau effects seen in other types of quantitative PCR. The use of a control for carry-over contamination (UNG/dUTP) and elimination of post-PCR processing significantly reduces false positivity. In addition, using a template-specific probe not only increases PCR stringency, but also eliminates nonspecific products. Furthermore, the one step real-time quantitative RT-PCR assay is simple and easy to use. Importantly we have demonstrated that this method can be readily applied to analyzing RNA extracted from paraffin blocks. Bijwaard et al. [25] reached a similar conclusion as ours. The stored sample materials used in the present study were tissue blocks archived up to 6 years of age and amplifiable RNA was achieved in all cases. Designing short amplification products (< 100 bp) may be important to achieving this success. This opens a door to analyzing larger numbers of archived cases in the future.

Routine immunohistochemistry staining for BCL-1 can sometimes pose a significant challenge in both performing the staining and interpretation. We and others have encountered situations where strong cytoplasmic staining masks the nuclear stain, making interpretation difficult. As noted, we have also observed difficulties in patterns of staining using the tissue array assay in cases of follicular lymphoma and in benign lymph nodes, although definitive nuclear staining was observed only in MCL using this technique. At least in the current study, the RT-PCR technique was technically satisfactory in the largest number of cases when compared to FISH and protein staining.

In conclusion, real-time quantitative RT-PCR can be an easily applicable diagnostic alternative for the delineation of MCL, even in paraffin-embedded tissue, with a similar rate of success to dual-colored FISH and to cyclin D1 immunohistochemistry. Based on recent clinicopathological correlative data from other groups, demonstration of the t(11;14) translocation and/or overexpression of cyclin D1 should be an integral part of the diagnosis of MCL.

### Acknowledgements

We thank Dr Julia Bridge for her advice and technical help during the interphase nuclei FISH analysis. Primers and probes for cyclin D1 and β-2 microglobulin for real-time quantitative RT-PCR assays were obtained from K.E. Bijwaard of the Armed Forces Institute of Pathology. We thank Dr David Rimm, Mary Helie and Lori Charette for their assistance in the immunohistochemistry staining of cyclin D1 and tissue array experiment.

### References

[1] Berard, C.W. and Dorfman, R.F. (1974) "Histopathology of malignant lymphomas", Clinical Haematology 3, 39–76.

[2] Lennert, K., Stein, H. and Kaiserling, E. (1975) "Cytological and functional criteria for the classification of malignant lymphoma", British Journal of Cancer 31(Suppl. II), 29–43.

[3] Weisenburger, D.D., Kim, H. and Rappaport, H. (1982) "Mantle zone lymphoma: a follicular variant of intermediate lymphocytic lymphoma", Cancer 49, 1429–1438.

[4] Palutke, M., Eisenberg, L., Mirchandani, I., Tabaczka, P. and Husain, M. (1982) "Malignant lymphoma of small cleaved lymphocytes of the follicular mantle zone", Blood 59, 317–322.

[5] Argatoff, L.H., Connors, J.M., Klasa, R.J., Horsman, D.E. and Gascoyne, R.D. (1997) "Mantle cell lymphoma: a clinicopathologic study of 80 cases", Blood 89, 2067–2078.

[6] Zucca, E., Stein, H. and Coiffier, B. (1994) "European Lymphoma Task Force: Report of the workshop on mantle cell lymphoma", Annals of Oncology 5, 507–511.

[7] Campo, E., Raffeld, M. and Jaffe, E.S. (1999) "Mantle-cell lymphoma", Seminars in Hematology 36, 115–127.

[8] Weisenburger, D.D., Vose, J.M., Greiner, T.C., Lynch, J.C., Chan, W.C., Bierman, P.J., Dave, B.J., Sanger, W.G. and Armitage, J.O. (2000) "Mantle cell lymphoma. A clinicopathologic study of 68 cases from the Nebraska Lymphoma Study Group", American Journal of Hematology 64, 190–196.

[9] Vaandrager, J.W., Schuuring, E., Zwikstra, E., de Boer, C.J., Kleiverda, K.K., Van Krieken, J.H., Kluin-Nelemans, H.C., van Ommen, G.J., Raap, A.K. and Kluin, P.M. (1996) "Direct visualization of dispersed 11q13 chromosomal translocations mantle cell lymphoma by multicolor DNA fiber fluorescence in situ hybridization", Blood 88, 1177–1182.

[10] Leroux, D., Le Marc'hadour, F., Gressin, R., Jacob, M.C., Keddari, E., Monteil, M., Cuillot, P., Jalbert, P. and Sotto, J.J. (1991) "Non-Hodgkin's lymphomas with t(11;14)(q13;q32): a subset of mantle zone/intermediate lymphocytic lymphomas", British Journal Haematology 77, 346–353.

[11] Remstein, E.D., Kurtin, P.J., Buno, I., Bailey, R.J., Proffitt, J., Wyatt, W.A., Hanson, C.A. and Dewald, G.W. (2000) "Diagnostic utility of in situ hybridization in mantle-cell lymphoma", British Journal Haematology 110, 856–862.

[12] Li, J.Y., Gaillard, F., Moreau, A., Harousseau, J.L., Laboisse, C., Milpied, N., Bataille, R. and Avet-Loiseau, H. (1999) "Detection of translocation t(11;14)(q13;q32) in mantle cell lymphoma by fluorescence in situ hybridization", American Journal of Pathology 154, 1449–1452.

[13] Bosch, F., Jares, P., Campo, E., Lopez-Guillermo, A., Piris, M.A., Villamor, N., Tassies, D., Jaffe, E.S., Montserrat, E. and Rozman, C. (1994) "PRAD-1/cyclin D1 gene overexpression in chronic lymphoproliferative disorders: a highly specific marker of mantle cell lymphoma", Blood 84, 2726–2732.

[14] Baldin, V., Lukas, J., Marcote, M.J., Pagano, M. and Draetta, G. (1993) "Cyclin D1 is a nuclear protein required for cell cycle progression in G1", Genes and Development 7, 812–821.

[15] Matutes, E., Carrara, P., Coignet, L., Brito-Babapulle, V., Villamor, N., Wotherspoon, A. and Catovsky, D. (1999) "FISH analysis for BCL-1 rearrangements and trisomy 12 helps the diagnosis of atypical B cell leukaemias", Leukemia 13, 1721–1726.

[16] Yatabe, Y., Suzuki, R., Tobinai, K., Matsuno, Y., Ichinohasama, R., Okamoto, M., Yamaguchi, M., Tamaru, J., Uike, N., Hashimoto, Y., Morishima, Y., Suchi, T., Seto, M. and Nakamura, S. (2000) "Significance of cyclin D1 overexpression for the diagnosis of mantle cell lymphoma: a clinicopathologic comparison of cyclin D1-positive MCL and cyclin D1-negative MCL-like B-cell lymphoma", Blood 95, 2253–2261.

1394                                                            P. HUI et al.

[17] Aguilera, N.S., Bijwaard, K.E., Duncan, B., Krafft, A.E., Chu, W.S., Abbondanzo, S.L., Lichy, J.H. and Taubenberger, J.K. (1998) "Differential expression of cyclin D1 in mantle cell lymphoma and other non-Hodgkin's lymphomas", *American Journal of Pathology* 153, 1969–1976.

[18] Yang, W.-I., Zukerberg, L.R., Motokura, T., Arnold, A. and Harris, N.L. (1994) "Cyclin D1 (Bcl-1, PRAD1) protein expression in low grade B cell lymphomas and reactive hyperplasia", *American Journal of Pathology* 145, 86–96.

[19] Elnenaei, M.O., Jadayel, D.M., Matutes, E., Morilla, R., Owusu-Ankomah, K., Atkinson, S., Titley, ., Mandala, E.M. and Catovsky, D. (2001) "Cyclin D1 by flow cytometry as a useful tool in the diagnosis of B-cell malignancies", *Leukemia Research* 25, 115–123.

[20] Korin, H.W., Schwartz, M.R., Chirala, M. and Younes, M. (2000) "Optimized cyclin D1 immunoperoxidase staining in mantle cell lymphoma", *Applied Immunohistochemistry and Molecular Morphology* 8, 57–60.

[21] Vasef, M.A., Medeiros, L.J., Koo, C., McCourty, A. and Brynes, R.K. (1997) "Cyclin D1 immunohistochemical staining is useful in distinguishing mantle cell lymphoma from other low-grade B cell neoplasms in bone marrow", *American Journal of Clinical Pathology* 108, 302–307.

[22] Miranda, R.N., Briggs, R.C., Kinney, M.C., Veno, P.A., Hammer, R.D. and Cousar, J.B. (2000) "Immunohistochemical detection of cyclin D1 using optimized conditions is highly specific for mantle cell lymphoma and hairy cell leukemia", *Modern Pathology* 13, 1308–1314.

[23] Jadayel, D.M., Lukes, J., Nacheva, E., Bartkova, J., Stranks, G., De Schouwer, P.J.J.C., Lens, D., Bartek, J., Dyer, M.J.S., Kruger, A.R. and Catovsky, D. (1997) "Potential role for concurrent abnormalities of the cyclin D1, $p16^{CDKN2}$, and $p15^{CDKN2B}$ genes in certain B cell non-Hodgkin's lymphomas. Functional studies in a cell line (Granta 519)", *Leukemia* 11, 64–72.

[24] Avet-Loiseau, H., Garand, R., Gaillard, F., Daviet, A., Mellerin, M.P., Robillard, N., Bouyge, I., Arcot, S., Batzer, M., Talmant, P., Harousseau, J.L., Milpied, N. and Bataille, R. (1998) "Detection of t(11;14) using interphase molecular cytogenetics in mantle cell lymphoma and atypical chronic lymphocytic leukemia", *Genes, Chromosomes and Cancer* 23, 175–182.

[25] Sambrook, J., Fritsch, E.F. and Maniatis, T. (1991) Molecular Cloning. A Laboratory Manual, 2nd Ed. (Cold Spring Harbor Laboratory Press, Plainview, New York).

[26] Bijwaard, K.E., Aguilera, N.S., Monczak, Y., Trudel, M., Taubenberger, J.K. and Lichy, J.H. (2001) "Quantitative real-time reverse transcription-PCR assay for cyclin D1 expression: utility in the diagnosis of mantle cell lymphoma", *Clinical Chemistry* 47, 195–201.

[27] Gygi, S.P., Rochon, Y., Franza, B.R. and Aebersold, R. (1999) "Correlation between protein and mRNA abundance in yeast", *Molecular and Cell Biology* 19, 1720–1730.

796    A.J. Wakefield, C. Stott, K. Limb/Medical Veritas 3 (2006) 796–802

# Gastrointestinal comorbidity, autistic regression and Measles-containing vaccines: positive re-challenge and biological gradient

Andrew J. Wakefield[a], FRCS FRCPath; Carol Stott[b], PhD; and Kirsten Limb[c], BSc

[a]Executive Director,
Thoughtful House Center for Children
3001 Bee Caves Rd.
Austin, TX 78746 USA

[b]Hon. Senior Research Associate to Dr. Wakefield
Thoughtful House Center for Children
3001 Bee Caves Rd.
Austin, TX 78746 USA
Email: carol.s@thoughtfulhouse.org

[c]Visceral
A registered U.K. charity
10 Sion Road
Bath, UK BA1 5SG
Website: www.visceral.org.uk

**Abstract**

*Background*: A temporal association between exposure to measles-containing vaccine (MCV) and autistic-like developmental regression in a subset of children with enterocolitis has been reported. Measles virus (MV) was detected in ileal biopsies from these children at higher prevalence than in developmentally normal pediatric controls.
This study tested the hypothesis of a dose-response effect of MCV exposure on intestinal pathology, as evidence of a causal association.

*Methodology/Principle Findings*: Children with normal early development and autistic-like developmental regression were divided into two groups: re-exposed children (n=23), who had received more than one dose of a measles-containing vaccine (MCV), and once-exposed children (n=23), who had received only one dose of MCV. The groups were matched for sex, age, and time-elapsed from first exposure to endoscopy. Comparisons included: secondary (2°) gastrointestinal (GI) and related physical symptoms and observer-blinded scores of endoscopic and histological disease. Re-exposed children scored significantly higher than once-exposed for 2° physical symptoms including incontinence, presence of severe ileal lymphoid hyperplasia, number of biopsies with epithelial damage and number of children with acute inflammation. Markers of acute inflammation included number of children affected and proportion of biopsies affected

*Conclusion/Significance*: The data identify a re-challenge effect on symptoms and a biological gradient effect on intestinal pathology, which links MCV exposure to autistic-like developmental regression and enterocolitis.

© Copyright 2006, Pearblossom Private School, Inc.–Publishing Division. All rights reserved.

*Keywords*: gastrointestinal comorbidity, measles vaccine, enterocolitis, ileal lymphoid hyperplasia, autism spectrum disorder

## 1. Introduction

Autism spectrum disorders (ASDs) are a complex set of developmental disorders of childhood, characterized by pervasive impairments in social interaction, deficits in verbal and non-verbal communication and stereotyped, repetitive patterns of behavior and interests. Manifestations frequently begin within the first three years of life. The prevalence of ASD diagnoses has increased substantially over the last decade in developed countries [1,2]. There is a growing awareness of gastrointestinal (GI) and immunological co-morbidity in some ASD children [3-6] that, for those with GI symptoms, may be associated with later onset of behavioral deterioration [7].

An ASD phenotype has recently been described that is associated with developmental/behavioral regression, enterocolitis, and immune abnormalities [3-6,8,9]. Parental reports from the U.K., the U.S., and elsewhere frequently cite exposure to the measles-mumps-rubella (MMR) vaccine as the trigger for their child's physical and behavioral deterioration. The characteristic intestinal pathology in the affected children – ileocolonic lymphoid nodular hyperplasia (LNH) and mucosal inflammation – and the systemic immunologic abnormalities are consistent with a viral etiology [10].

Flow cytometric and immuno-histochemical analysis of mucosal lymphocyte populations in ASD children have demonstrated qualitatively consistent abnormalities at different anatomic sites, indicating a relatively homogeneous mucosal lymphocyte infiltrate of predominantly $CD8^+$ phenotype [8,9,11]. The cytokine profile of this lymphocyte infiltrate includes a significant increase in the proportion of $CD3^+TNF\alpha^+$ cells and a significant decrease in the proportion of $CD3^+IL-10^+$ cells compared with non-diseased pediatric controls [12]. This constellation of pathology is reminiscent of HIV enteropathy [13,14].

Recent reports have implicated MV as one possible etiological agent, and indicate the presence of MV antigen [10] and genomic RNA [15] in foci of hyperplastic gut mucosal lymphoid tissue. Singh *et al.* have reported an atypical humoral immune response to MV in ASD children that correlates with abnormal serum antibody titers to myelin basic protein [16,17]. These findings are consistent with, but not proof of, a causal relationship between MV in some form and ASD in a subset of affected children.

Challenge re-challenge refers to a situation where re-exposure of an individual to an agent (e.g., a drug or a toxin) elicits a similar adverse reaction to that seen following the initial exposure. The secondary reaction associated with re-challenge may either reproduce the features associated with the primary challenge, or may lead to worsening of the condition that was provoked or induced by the initial exposure. Alternatively, the risk of an adverse outcome may increase with increasing exposure.

During the course of our clinical investigations, we have observed that some children who received a second dose of MMR or boosting with the combined measles rubella (MR) vaccine experienced further deterioration in their physical and/or behavioral symptoms following re-exposure. It was stated in April 2001 by the Vaccine Safety Committee of the U.S. Institute of Medicine (IOM) that, in the context of MMR vaccine as a possible cause of autism *"challenge re-challenge would constitute strong evidence of an association"* [18].

doi: 10.1588/medver.2006.03.00100

A.J. Wakefield, C. Stott, K. Limb/Medical Veritas 3 (2006) 796–802                                                                 797

This study tested the hypothesis that GI features, including symptoms and mucosal pathology, may exhibit a different pattern and degree of severity in ASD children who received more than one dose of MMR/MR compared with ASD children who received only one dose.

## 2. Patients and Methods

From the cohort of 179 children with developmental disorders and GI symptoms (ASD children) referred for a gastroenterological opinion to the Royal Free Hampstead NHS Trust, all children were identified, from hospital record review, who had received more than one dose of a measles-containing vaccine (MCV) (monovalent measles, MMR or MR). These constituted the "re-exposed" group. Developmental diagnoses had been made by appropriate specialists prior to referral for GI opinion.

A child was further eligible for inclusion if there was no documented evidence of abnormal development from clinical records for at least the first 12 months of life. All but three children had received a diagnosis of an ASD. The exceptions were one girl who was under review with a provisional diagnosis of a complex learning disorder, one boy who had a diagnosis of attention deficit hyperactivity disorder (ADHD) with autistic features and a complex learning disorder, and one girl who was considered to have a variant of Rett's syndrome. The last child was included since, in common with other affected children, she had ileal LNH and enterocolitis and was positive for MV RNA in intestinal lymphoid tissue and blood. In addition, while the predisposing genetic lesion for Rett's is known, infectious, enteritic and vaccine exposures are reported to be triggers for the development of this syndrome [19,20].

An important consideration in those elements of this study that rely upon reporting of historical symptoms is recall bias: once a possible association between exposure and outcome has been made, subsequent responses may be biased in favor of this association. In addition, it is possible that physical deterioration, with apparently long-term residual effects, is part of the natural history of some ASDs. In an attempt to address these possibilities in the design of this study, a comparison sample was included. For each case, a child was identified who had no evidence of abnormal development in clinical records during at least the first 12 months of life and a formal diagnosis of developmental disorder (all ASD), as described above, but who had received only one MCV ("once-exposed"). Re-exposed and once-exposed ASD children were matched as closely as possible for sex, age, and time elapsed from first MCV exposure to GI endoscopy.

In order to minimize potential selection bias, the once-exposed group was selected consecutively from the list of those ASD children investigated in the pediatric GI clinic.

## 3. Clinical History

Efforts were made to obtain all routine clinical, developmental and educational records on each child. These included records from general practitioners (including vaccination records), health visitors, outpatient and inpatient attendances and parents. Medical history and age of symptom onset were determined on the basis of the available information. The focus of this study is GI aspects of the children's medical history. An analysis of the developmental history of these children is beyond its scope.

The term "primary physical symptoms" (1° symptoms) refers to the onset of novel GI, or other potentially related physical symptoms (e.g., failure to thrive) after the first MCV (MCV1). The term "secondary physical symptoms" (2° symptoms) refers to the chronic exacerbation of 1° symptoms, or acquisition of new GI and related symptoms, which must, by definition, have followed 1° symptoms. Symptoms were ascertained from the medical records and are based upon the parental history given to the pediatric gastroenterologist at the patient's initial presentation. Data were cross-checked in the follow-up interview with the parents, which was possible for more than 90% of children.

## 4. Ileocolonoscopy and Histopathology

All children had undergone ileocolonoscopy. Symptomatic indications for ileocolonoscopy included diarrhea (sometimes spurious, in association with fecal impaction), abdominal pain and bloating, and failure to thrive (see below). No children were receiving anti-inflammatory or gastrointestinal medications. All endoscopic and histological data were gathered prospectively as described previously [4], without awareness of the vaccination status of the child. The assessed features included presence and grade of ileal LNH: absent (0), mild (1), moderate (2), and severe (3). The qualitative and quantitative evaluation of ileal LNH in these children has been described previously [4,8]. In addition, the mucosal features of: colonic LNH, red halo sign [21], loss of vascular pattern, granularity, erythema, and ulceration, were scored as present (1) or absent (0), as described previously [4]. Colonic biopsies were obtained from the cecum; the rectum; and the ascending, transverse, and descending/sigmoid colon. All ileal and colonic biopsies were scored on a standard pro-forma as described and validated previously [4]. The same pathologist scored all the biopsies from re-exposed and once-exposed children. All scoring was conducted prospectively, without any knowledge of the vaccination status or specific developmental history of the child. Biopsies were scored for the presence and grade of acute (neutrophilic) and chronic (lymphocytic) inflammation, epithelial and crypt pathology, lymphoid reaction, and eosinophil infiltration. Presence of acute mucosal inflammation, characterized by neutrophil infiltration of the lamina propria, cryptitis, and crypt abscess formation, reflects more severe, active disease. All children were screened for celiac disease by anti-endomyseal antibody testing. Routine stool culture and microscopy, and serological analyses were performed to screen for common pathogens.

## 5. Statistical Analysis

Data analysis was carried out using SPSS for Windows v11. Analysis comprised cross-tabulation with p values reported on the chi-square statistic. Where the expected count in any cell was less than 5, Fisher's Exact Test was used. The relative risk statistic (RR) is presented as an estimate of the differential risk associated with re-challenge. 95% Confidence Intervals (CIs) provide information about the degree of certainty around the point estimate with an indication of 5% statistical significance.

798    A.J. Wakefield, C. Stott, K. Limb/Medical Veritas 3 (2006) 796–802

A CI which includes the value of 1 indicates a p value of >0.5. Owing to differences in site and number of biopsies per child, and frequency of ileal examination during endoscopy, data were analyzed using unpaired analysis. The Mann-Whitney test was used to compare time elapsed between (i) those with and without acute mucosal inflammation, and (ii) those with grade III (severe) and grade I (mild) ileal LNH. Statistical significance for all relevant analyses was accepted to be $p \leq 0.05$.

## 6. Ethics Approval

Ileocolonoscopy and histopathology were performed according to clinical need with informed parental consent. Record review was undertaken as part of studies already approved by the Ethical Practices Committee of the Royal Free Hampstead NHS Trust. In order to minimize the potential for reporting and recall bias parents were not made aware of the specific aims of the study, although they were aware of the potential association between exposure to MCV and onset of an ASD.

## 7. Results

After exclusion of children for whom satisfactory documentation or corroborative evidence was not available, adequate clinical records on 23 re-exposed and 23 once-exposed ASD children were available for comparison. Table 1 provides a summary of the relevant details for each child in the following format: Column 1 provides the number (by row) of each re-exposed child (left panels) and once-exposed child (right panels). The sex and age of individual children are shown in column 2. Time elapsed from MVC1 to GI endoscopy is provided in column 3. Column 4 identifies the measles-containing vaccine exposure of children and the age in months at which these vaccines were given. The right-hand side of the table provides the identical information as above, for once-exposed children. There was no evidence of celiac disease in any child. Giardia cysts were identified in one once-exposed child (No. 8, Table 1).

Onset of 1° physical symptoms followed MCV1 in 22 of 23 (96%) once-exposed children and 16 of 22 (73%) re-exposed children. Re-exposed child no. 23 (Table 1) was excluded from this analysis because he received a first MMR at 4 months of age. This was so early and at such variance with all other children that a valid assessment of physical symptoms was deemed impractical. The 1° physical symptoms included frank diarrhea (4 re-exposed, 7 once-exposed), constipation (2 re-exposed, 5 once-exposed), alternating constipation and diarrhea (4 re-exposed, 3 once-exposed), abdominal pain, often associated with bloating (5 re-exposed, 8 once-exposed), blood per rectum (2 re-exposed, 1 once-exposed), and recurrent mouth ulceration (2 re-exposed). Non-GI symptoms included onset of seizures (1 re-exposed, 1 once-exposed) and gait disturbance with loss of motor skills (6 re-exposed, 7 once-exposed). These neurological features are reported here for interest, given their documented association with GI inflammation [22]. Of the 6 re-exposed children who developed 1° physical symptoms after MCV2, 5 children suffered onset of 1° chronic GI problems as described above. One child stopped growing for 18 months; his growth re-commenced only after the introduction of a gluten-free, casein-free (GFCF) diet.

Onset of secondary (2°) GI symptoms after the second MCV (MCV2) was evident in 11 of 22 (50%) of the re-exposed group; i.e. 11 of the 16 (69%) children who had experienced 1° GI symptoms following MCV1. Because none of the once-exposed children developed 2° physical symptoms it was not possible to calculate a quantitative relative risk estimate. However the difference between re-exposed and once-exposed children for occurrence of 2° GI symptoms is statistically significant (RR $\infty$ (infinity) p<0.0001). The difference between re-exposed and once-exposed children for occurrence of 2° fecal and/or urinary incontinence (having previously been continent, i.e., toilet trained) is also statistically significant (RR 2.44; 95% CI, 1.68-3.55).

The 2° physical symptoms involved chronic exacerbation of pre-existing GI problems and development of novel chronic GI symptoms including: severe constipation (4), diarrhea (3), alternating constipation and diarrhea (2), blood and mucus per rectum (2), recurrent mouth ulceration (3), failure to thrive (2), and fecal incontinence (6). Some children had more than one symptom. Accompanying these GI symptoms were loss of coordination with gait disturbance (3), erythema nodosum (1) and joint pains (1). The latter was diagnosed as anti-nuclear antibody-positive juvenile arthritis. One re-exposed child became clumsy with non-epileptiform falling episodes after his initial MMR at 15 months; following his booster MMR at 96 months he was unable to stand at all for 2 weeks, a situation that gradually resolved over several months.

## 8. Ileo-colonoscopy

The ileum was evaluated in 23 re-exposed and 22 once-exposed children. Ileal LNH was present in 22 of 23 (96%) re-exposed and 21 of 22 (95%) once-exposed children (NS). Severe (grade III) ileal LNH was present in 14 of 23 (61%) re-exposed children and 3 of 22 (14%) once-exposed children (RR 4.46; 1.48-13.43). Of the remaining children, both groups exhibited similar proportions of grades 0-2. The entire colon was visualized in all children. Colonic LNH was seen in 12 of 23 (52%) exposed children and 10 of 23 (43%) once-exposed children (NS). There was no predilection for LNH in any particular part of the colon. Features indicative of colonic mucosal inflammation, including erythema, loss of vascular pattern, and mucosal granularity were seen in 12 (52%) re-exposed children, and 14 (61%) once-exposed children (NS). Aphthoid ulceration was seen in two (9%) re-exposed and one (5%) once-exposed child (NS).

## 9. Histopathology

Details of surgical pathology are provided in Table 2. Pathological changes were patchy and distributed throughout the colon as described previously [4]. Acute inflammation of the colonic mucosa was present in 14 of 23 (61%) re-exposed children and 3 of 23 (13%) once-exposed children (RR 4.67; 1.55 - 14.09) (Table 2). For large bowel biopsies, the proportion with acute inflammation is significantly greater in re-exposed chil-

A.J. Wakefield, C. Stott, K. Limb/Medical Veritas 3 (2006) 796–802                    799

dren than in once-exposed children (RR 4.93; 2.15-11.35) (Table 2).

In order to make a valid comparison of the severity of acute inflammation between groups, grades of inflammation were expressed as a proportion of biopsies showing acute inflammation in each group, i.e., where acute inflammation was present, how did its severity compare between groups? Moderate and severe grades were combined for the purposes of statistical analysis since there were no once-exposed children with severe inflammation. The severity of acute inflammation although, greater in re-exposed children than in once-exposed children (RR 4.35; 0.72-26.37) (Table 2), was limited in power by the fact that so few biopsies from once-exposed children had even mild acute inflammation.

There is no significant difference between re-exposed children and once-exposed children for the presence of chronic inflammation

The number of children showing epithelial damage, including disruption of the epithelial basement membrane, crypt architectural changes, and goblet cell depletion, is not significantly different between re-exposed and once-exposed children (RR 1.36; 0.81-2.30) (Table 2). However, the number of biopsies showing epithelial damage is significantly greater in re-exposed children than in once-exposed (RR 1.49; 1.09-2.03) (Table 2).

## 10. Time-elapsed from MCV1 to endoscopy

Re-exposed and once-exposed groups were matched as closely as possible for time elapsed from MCV1 to endoscopy in order to take into account any progression of disease over time. There is no significant difference between re-exposed and once-exposed children for time elapsed (mean +/- standard deviation: 89 ± 28 months in re-exposed children versus 78 ± 27 months in once-exposed children). However, a mean difference of approximately 11 months may be biologically significant in terms of the disease's natural history.

In order to determine whether time elapsed was independently associated with mucosal pathology, re-exposed and once-exposed groups were merged and then segregated into those (i) with and without acute inflammation, and (ii) those with mild or severe ileal LNH. There is no significant difference in time elapsed between those groups with and without acute inflammation or between those with mild and severe ileal LNH.

## 11. Discussion

This study tested an a priori hypothesis and the results provide evidence of a re-challenge effect associated with polyvalent measles-containing vaccines, specifically MMR and MR vaccines. The data build upon the growing clinical and basic scientific evidence of an association between autistic-like developmental regression, mucosal immunopathology and MV exposure [3,10,15-17].

Clearly it would be of interest to examine ASD children who do not have GI symptoms, and ASD children who had received only monovalent measles-containing vaccine in a similar manner. However, in the former case, the ethical constraint against performing invasive procedures on asymptomatic children means that this comparison is not feasible. In the latter case, the fact that all countries with comparable demographics and diagnostic facilities have used MCV over the same period makes this comparison impossible at this time.

A potential shortcoming of this study is that not all expert developmental diagnoses were re-evaluated in our unit. Re-evaluation has been performed in previous studies [3,4,8], and we have no reason, based upon these prior observations, to doubt the accuracy of the original diagnoses. All children studied remain under review by local developmental pediatricians, and we are unaware of any case in which the diagnosis has been revised. Vaccination histories were verified in the study children. It is possible, however, that without access to complete records on all 179 children, because of available resources, some re-exposed children may not have been identified for inclusion in the study.

All children in this study were identified from the same source population, that is, children with a pervasive developmental disorder referred for investigation of GI symptoms. Inclusion of a once-exposed group was considered essential in order to minimize selection and recall biases. One potential problem with this kind of study is that because the conditions of interest (neurodevelopmental and physical symptoms) are often insidious in onset and diagnosis considerably delayed [23], there is rarely a specific acute event to be documented. Physicians may also be reluctant to ascribe a novel event to an adverse vaccine reaction. In addition, documentation was generally of a relatively poor standard. In light of previous experience [24], it was considered that these factors would tend to bias towards the null hypothesis, i.e., no association.

The natural history of the mucosal lesion is not known. We are not yet in a position to say whether the excess of acute inflammation in the re-exposed group is permanent, or whether, as with classical inflammatory bowel disease, it reflects episodic reactivation. We can only say that acute inflammation was more common and had a tendency to greater severity in the re-exposed group. The proportion of biopsies with acute inflammation was also greater in re-exposed children, although this particular statistical analysis assumed that all observations derived from independent cases. This will function to underestimate the observed standard error and leads to the possibility of a Type I error in which the null hypothesis is incorrectly rejected. It is possible that inflammation either progresses or remits over time. However, time-elapsed was not an independent risk factor for pathology, including acute inflammation and LNH, when those children with and without these features were compared.

In order to examine further the relationship of these outcomes, acute inflammation and presence and severity of LNH were independently linked to age at endoscopy in a study of the first 148 ASD children in the source population [25]. There is no significant association between age and any of these mucosal features. It might be anticipated that symptoms and disease severity would be greater in the once-exposed group; these children were not re-vaccinated since, for the majority, parents had made an association between symptoms and MCV1 exposure and therefore, did not have their children re-vaccinated with MCV. This possibility is supported by the observation that 1° physical symptoms were reported in all once-exposed chil-

dren following MCV1, whereas they were reported only after MCV2 in 6 re-exposed children. This suggests that, if anything, the initial disease ran a milder course in re-exposed children and that, if there were no causal association with MCV, the mucosal pathology should be less severe. This was not the case.

Several aspects of this study strengthen the possibility of a causal association between MCV and the syndrome of autistic-like developmental regression and enterocolitis. First is a challenge re-challenge effect on physical symptoms. Second, is a "biological gradient" [24] seen particularly in the severity of mucosal inflammation. Severe ileal LNH and acute "active" inflammation were more common in re-exposed children. In addition, the risk of an event such as onset of physical symptoms increased with higher frequency of exposure, with primary symptoms starting only after MCV2 in some children. The idiosyncratic nature of the mucosal lesion that, as detailed pathological studies have indicated, is distinct from classical inflammatory bowel disease (Crohn's disease or ulcerative colitis) [8,9,11,12,26], supports a specific etiological process.

The importance placed upon re-challenge in determining causation is evidenced by reports from the IOM's Vaccine Safety Committee, where judgment favoring acceptance of a causal relationship has been based solely on the evidence of one or more convincing case reports. For example, Coulter and Fisher [27] reported one case of hemolytic anemia in a 2-year-old boy, which occurred six days following a fourth dose of DPT vaccine. The boy returned to health until 6 days after his fifth DPT vaccine, when he was re-hospitalized with the identical symptoms that accompanied his initial reaction plus loss of consciousness.

Autistic regression with loss of fecal and urinary continence is consistent with descriptions of childhood disintegrative disorder (CDD) [28]. Although the majority of children had never achieved full continence by the time of their 1° regression, in those re-exposed children who did achieve continence after MCV1, loss of continence and fecal soiling frequently followed MCV2. There are a number of possible reasons for this; a relatively common finding in these children is acquired megarectum, with fecal impaction and overflow or "spurious" diarrhea. This may lead to loss of normal rectal sensation, and fecal incontinence that might operate either independently of, or in concert with, developmental regression. Disturbances in micturition may also follow impaction of the rectum.

Reports of clumsiness, gait disturbance, and ataxia were present in a proportion of these children. Symptoms appeared to be prominent during the earlier phases of regression. This may be relevant to reports of loss of coordination in CDD [28], and gait disturbance and ataxia following MMR as reported by Plesner et al. [29,30]. In Denmark this association had not been detected with any other vaccine administered to children of the same age prior to the introduction of MMR in 1987, indicating that a novel adverse event might be associated with the combined MMR vaccine, rather than the monovalent component vaccines. In a recent follow up of Denmark's mandatory passive reporting system, Plesner confirmed this association and indicated that more severe ataxias following MMR may be associated with residual cognitive deficits in some children [30].

It would be of value to establish the nature of these residual deficits.

Epidemiological studies that have examined the possible MMR-autism association have concluded that the data provide no evidence in support of this hypothesis [31-35]. These studies have been challenged on a number of counts including inappropriate methodology [36], lack of statistical power and lack of a control group [37,38], indiscriminate diagnostic groupings, [39] and non-disclosure of relevant data [40]. Reanalysis of the data of Dales et al. [34] and Madsen et al. [41] has, in fact, identified a positive association for some children [42,43].

Clearly, meaningful epidemiological studies should test a priori hypotheses that derive from all clues evident in the clinical histories of affected children. Thus far, this has not happened.

A crucial question relates to what makes a child susceptible to a possible adverse event to a MCV. Potential risk factors are beginning to emerge in the histories of affected children including: familial autoimmunity, pre-existing dietary allergy/intolerance, vaccination with MCV while unwell (including current or recent antibiotic administration), and receipt of multiple simultaneous vaccine antigens, with the associated potential for immunological interference [43-45], particularly for mumps upon measles virus [44].

The growing burden of infant vaccines may increasingly skew the immune response away from optimal antiviral immunity towards a dominant T-helper cell type 2 repertoire [46]. The rapid increase in numbers of children with dietary allergy—itself associated with reduced CD8 cell numbers, prolonged viral infections, and familial autoimmunity [47] with increasing infant exposure to heavy metal toxicity and antibiotic use over the last 10-15 years—suggests that the number of children who may be at risk of aberrant responses to atypical infectious challenges will have risen in the last decades. A likely autoimmune component to the pathogenesis of regressive autism [9,25] suggests that any causal association with MCV would lead to a continuing upward trend in incidence after vaccine introduction, in developed-world but not developing-world populations, in parallel with other autoimmune lesions.

In summary, this study confirms that there is a challenge re-challenge effect of MMR/MR upon GI symptoms and ileocolonic pathology in these children with pervasive developmental disorder, principally autism. In accordance with previous findings of the IOM, this constitutes evidence suggestive of causality.

### Acknowledgements

This work was supported by grants from the Johnson Family Foundation, The Ted Lindsay Foundation, Medical Interventions for Autism, VISCERAL, and the Autism Research Institute. We thank Clare Sawyer and Alexandra Franklin for their help with the study.

All authors have acted in a paid capacity in the now terminated MMR group action litigation. Dr. Wakefield is a named inventor on two viral diagnostic patents.

A.J. Wakefield, C. Stott, K. Limb/Medical Veritas 3 (2006) 796–802                                    801

## References

[1] Bertrand J, Mars A, Boyle C, Bove F, Yeargin-Allsopp M, Decoufle P. Prevalence of autism in a United States population: The Brick Township, New Jersey investigation. *Pediatrics* 2001 Nov;108(5):1155–61.

[2] California Department of Developmental Services. Changes in the population of persons with autism and pervasive developmental disorders in California's Developmental Services System: 1987 through 1998. *A Report to the Legislature, Department of Developmental Services*. Sacramento, Calif.: California Department of Developmental Services 2003. Available online at www.dds.ca.gov. Accessed Oct. 24, 2004.

[3] Wakefield AJ, Murch SH, Anthony A, Linnell J, Casson DM, Malik M, Berelowitz M, Dhillon AP, Thomson MA, Harvey P, Valentine A, Davies SE, Walker-Smith JA. Ileal-lymphoid nodular hyperplasia non-specific colitis, and pervasive developmental disorder in children. *Lancet* 1998 Feb 28;351(9103):637–41.

[4] Wakefield AJ, Anthony A, Murch SH, Thomson M, Montgomery SM, Davies S, O'Leary JJ, Berelowitz M, Walker-Smith JA. Enterocolitis in children with developmental disorders. *Am J Gastroenterol* 2000 Sep;95(9):2285–95.

[5] Horvath K, Papadimitriou JC, Rabsztyn A, Drachenberg C, Tildon JT. Gastrointestinal abnormalities in children with autistic disorder. *J Pediatr.* 1999 Nov;135(5):559–63.

[6] Jyonouchi H, Sun S, Le H. Pro-inflammatory and regulatory cytokine production associated with innate and adaptive immune responses in children with autism spectrum disorders and developmental regression. *J. Neuroimmunol* 2001;120:170–9.

[7] Taylor B, Miller E, Lingam R, Andrews N, Simmons A, Stowe J. Measles, mumps, and rubella vaccination and bowel problems or developmental regression in children with autism: population study. *BMJ* 2002 Feb16;324(7334):393–6.

[8] Furlano R, Anthony A, Day R, Brown A, McGarvey L, Thomson MA, et al. Colonic CD8 and gamma delta T-cell infiltration with epithelial damage in children with autism. *J Pediatrics* 2001 Mar;138(3):366–72.

[9] Torrente F, Ashwood P, Day R, Machado N, Furlano RJ, Anthony A, Davies SE, Wakefield AJ, Thomson MA, Walker-Smith JA, Murch SH. Small intestine enteropathy with epithelial IgG complement deposition in children with regressive autism. *Mol Psychiatry* 2002;7(4):375–82.

[10] Wakefield AJ. Enterocolitis, autism and measles virus. *Molecular Psychiatry* 2002;7:S44–6.

[11] Ashwood P, Anthony A, Pellicer AA, Torrente F, Wakefield AJ. Intestinal lymphocyte populations in children with regressive autism: Evidence for extensive mucosal immunopathology. *J Clin Immunol* 2003;23:504–17.

[12] Ashwood P, Anthony A, Torrente F, Wakefield AJ. Spontaneous mucosal lymphocyte cytokine profiles in children with autism and gastrointestinal symptoms: Mucosal immune activation and reduced counter regulatory interleukin-10. Journal of Clinical Immunology 2004;24:664–74

[13] Zietz M. Mucosal immunodeficiency in HIV/SIV infection. *Pathobiology* 1998;66:151–7.

[14] McGowan I, Radford-Smith G, Jewell DP. Cytokine gene expression in HIV-infected intestinal mucosa. *AIDS* 1994;8:1569–75.

[15] Uhlmann V, Martin CM, Shiels O, Pilkington L, Silva I, Killalea A, Murch SB, Walker-Smith J, Thomson M, Wakefield AJ, O'Leary JJ. Potential viral pathogenic mechanism for new variant inflammatory bowel disease. *Mol Pathol* 2002 Apr;55(2):84–90.

[16] Singh VK, Jensen RL. Elevated levels of measles antibodies in children with autism. *Paediatr Neurol* 2003;28:292–4.

[17] Singh VK, Lin SX., Newell E., Nelson C. Abnormal measles-mumps-rubella antibodies and CNS autoimmunity in children with autism. *J Biomed Sci* 2002;9:359–64.

[18] Stratton K, Gable A, Shetty P, McCormick M. Immunization safety review: Measles-mumps-rubella vaccine and autism (Draft). Washington, D.C.: National Academy Press; 2001. Available online at www.iom.edu /imsafety. Accessed Oct 24, 2004.

[19] Fiumara A, Sciotto A, Barone R, D'Asero G, Munda S, Parano E, Pavone L.. Peripheral lymphocyte subsets and other immune aspects in Rett Syndrome. *Pediatr Neurol* 1999 Sep;21(3):619–21.

[20] Fimura A, Polizzi A, Mazzei R, Conforti L, Magariello A, Sorge G, Pavone L. Rett syndrome phenotype following infantile acute Encephalopathy. *J Child Neurol* 2002;17(9):700–2.

[21] Fujimura Y, Kamoni R, Iida M. Pathogenesis of aphthoid ulcers in Crohn's disease: correlative findings by magnifying colonoscopy, electron microscopy and immunohistochemistry. *Gut* 1996;38:724–32.

[22] Hadjivassiliou M, Grunewald R, Chattopadhyay A, Davies-Jones GA, Gibson A, Jarratt JA, Kandler RH, Lobo A, Powell T, Smith CM. Clinical, radiological, neurophisiological and neuropathological characteristics of gluten ataxia. *Lancet* 1998 Nov 14;352(9140):1582–5.

[23] Spitzer WO, Aitken KJ, Dell'Aniello S, Davis MWL. The natural history of autistic syndrome in British children unexposed to MMR. *Adverse Drug React Toxicol Rev* 2001;20:160–3.

[24] Stratton KR, Howe CJ, Johnston RB. *Adverse Events Associated with Childhood Vaccines—Evidence Bearing on Causality*. Washington, D.C.: National Academy Press; 1994:19–33.

[25] Anthony A, Ashwood P, Murch SH, Heuschkel RB, Thomson MA, et al. Significance of ileo-colonic lymphoid nodular hyperplasia in children with autistic spectrum disorder. *J Pediatr Gastroenterol Nutr* 2003;4:539.

[26] Torrente F, Anthony A, Heuschkel RB, Thomson MA, Ashwood P, Murch SH. Focal-enhanced gastritis in regressive autism with features distinct from Crohn's and *Helicobacter pylori* gastritis. Am. J. Gastroenterol. 2004 Apr;99(4):598–605.

[27] Coulter H, Fisher BL. In: Howson CP, Howe CJ, Fineberg HV (eds). *Adverse Effects of Pertussis and Rubella Vaccines*. Washington, D.C.: National Academy Press; 1991:158.

[28] Rutter M, Taylor E, Hersor L. *Child and Adolescent Psychiatry*. London: Blackwells Scientific Publications, 1994:581–682.

[29] Plesner AM. Gait disturbance after measles mumps rubella vaccine. *Lancet* 1995;345:316.

[30] Plesner AM, Hansen FJ, Taudorf K, Nielsen LH, Larsen CB, Pedersen E. Gait disturbance interpreted as cerebellar ataxia after MMR vaccination at 15 months of age: a follow-up study. *Acta Paediatrica* 2000 Jan;89(1):58–63.

[31] Taylor B, Miller E, Farrington P, Petropoulus M, Favot-Mayoud I, Li J, Waight P. Autism and measles, mumps, rubella vaccine: no epidemiological evidence for a causal association. *Lancet* 1999;353:2026–9.

[32] Peltola H, Patja A, Leinikki P, Valle M, Davidkin I, Paunio M. No evidence for measles, mumps and rubella vaccine-associated inflammatory bowel disease or autism in a 14-year prospective study. *Lancet* 1998 May;351(9112):1327–8.

[33] Kaye JA, Melero-Montes MM, Jick H. Mumps, measles and rubella vaccine and the incidence of autism recorded by general practitioners: a time trend analysis. *BMJ* 2001;322:460–3.

[34] Dales LD, Hammer SJ, Smith NJ. Time trends in autism and in MMR immunisation coverage in California. *JAMA* 2001;285:1183–5.

[35] Madsen MK., Hviid A., Vestergaard M., et al. A population-based study of measles mumps rubella vaccination and autism. *N Engl J Med* 2002;347:1478–82.

[36] Jefferson T, Price D, Demicheli V, Bianco E. Unintended events following immunization with MMR: a systematic review. *Vaccine* 2003;21:3954–60.

[37] Soto MA, Cleary SD, Foster VB. Dept of Epidemiology and Biostatistics, George Washington Univ. Epidemiologic studies of MMR vaccine and autism. Commissioned by and prepared for the IOM Immunization Safety Review Committee. Available at: www.iom.edu/imsafety. Accessed Oct 24, 2004.

[38] Spitzer WO. Measles, mumps, and rubella vaccination and autism. *N Engl J Med* 2003;348:951–4.

[39] Wakefield AJ. MMR and autism. *N Engl J Med* 2003;348:951–4.

[40] Wakefield AJ. MMR vaccination and autism. *Lancet* 1999;354:949–50.

[41] Stott CM, Blaxill M, Wakefield AJ. Commentary: MMR and Autism in perspective the Denmark story. J American Physicians and Surgeons 2004;9(3):89–91..

[42] Edwardes M, Baltzan M. MMR immunization and autism. *JAMA* 2001;285:2852–3.

[43] Buynak EB, Weibel RE, Whitman JE, Stokes J, Hilleman MR. Combined live measles mumps rubella virus vaccines. *JAMA* 1969;207:2259–62.

[44] Minekawa Y, Ueda S, Yamanishi K, Ogino T, Takahashi M.. Studies on live rubella vaccine V. quantitative aspects of interference between rubella, measles and mumps viruses in their trivalent vaccine. *Biken J.* 1974 Dec;17(4):161–7.

[45] Crawford GE, Gremillion DH. Epidemic measles and rubella in air-force recruits: impact of immunization. *J Infect Dis* 1981;144:403–10.

[46] Wakefield AJ, Montgomery SM. Autism, viral infection and measles-mumps-rubella vaccination. *Israeli Med Assoc J* 1999;1:183–7.

[47] Murch SH. Immunologic basis for intestinal food allergy. *Curr Opin Gastroenterol* 2000;16:552–7.

802            *A.J. Wakefield, C. Stott, K. Limb/Medical Veritas* 3 (2006) 796–802

Table 1. A Summary of the demographic details and Measles-containing vaccine exposures in re-exposed and once-exposed children*

| | Re-exposed | | | | | | Once-exposed | | |
|---|---|---|---|---|---|---|---|---|---|
| No. | Sex + age (months) at colonoscopy | | Interval (months) vaccination to colonoscopy | Vaccine + age (months) at vaccination | | | Sex + age (months) at colonoscopy | | Interval (months) vaccination to colonoscopy | Vaccine + age (months) at vaccination |
| 1 | M | 192 | 180 | MVM | 12 | MR | 168 | M | 180 | 164 | MVM 16 |
| 2 | M | 116 | 101 | MMR | 15 | MMR | 49 | M | 113 | 101 | MMR 12 |
| 3 | F | 113 | 95 | MMR | 18 | MR | 70 | F | 58 | 45 | MMR 13 |
| 4 | M | 91 | 78 | MMR | 13 | MMR | 49 | M | 96 | 82 | MMR 14 |
| 5 | M | 134 | 119 | MMR | 15 | MR | 72 | M | 116 | 102 | MMR 14 |
| 6 | M | 84 | 72 | MMR | 12 | MR | 53 | M | 80 | 66 | MMR 14 |
| 7 | M | 91 | 77 | MMR | 14 | MMR | 74 | M | 8 | 82 | MMR 14 |
| 8 | F | 136 | 122 | MMR | 14 | MR | 35 | F | 8 | 83 | MMR 13 |
| 9 | M | 84 | 66 | MMR | 18 | MR | 53 | M | 79 | 66 | MMR 13 |
| 10 | M | 120 | 102 | MMR | 18 | MMR | 88 | M | 112 | 97 | MMR 15 |
| 11 | M | 84 | 68 | MMR | 16 | MMR | 30 | M | 77 | 61 | MMR 16 |
| 12 | M | 75 | 62 | MMR | 13 | MMR | 71 | M | 61 | 48 | MMR 13 |
| 13 | M | 81 | 69 | MMR | 12 | MMR | 48 | M | 72 | 57 | MMR 15 |
| 14 | M | 134 | 121 | MMR | 13 | MR | 73 | M | 112 | 99 | MMR 13 |
| 15 | M | 84 | 72 | MMR | 12 | MMR | 42 | M | 79 | 64 | MMR 15 |
| 16 | M | 173 | 122 | MMR | 51 | MR | 108 | M | 112 | 97 | MMR 15 |
| 17 | M | 87 | 73 | MMR | 14 | MR | 46 | M | 99 | 74 | MMR 25 |
| 18 | M | 84 | 70 | MMR | 14 | MMR | 52 | M | 65 | 52 | MMR 13 |
| 19 | M | 72 | 60 | MMR | 12 | MMR | 48 | M | 60 | 44 | MMR 16 |
| 20 | M | 108 | 94 | MMR | 14 | MR | 59 | M | 111 | 92 | MMR 19 |
| 21 | M | 84 | 71 | MMR | 13 | MMR | 76 | M | 84 | 72 | MMR 12 |
| 22 | M | 84 | 70 | MMR | 14 | MR | 58 | M | 61 | 47 | MMR 14 |
| 23 | M | 98 | 94 | MMR | 4 | MMR | 15 | M | 116 | 102 | MMR 14 |

* MMR is measles-mumps-rubella vaccine; MR is measles-rubella vaccine, MVM is monovalent measles-containing vaccine

Table 2. Details of surgical pathology

| Pathological feature | Patient group | No. of patients & (Total No. Biopsies) | Cases showing feature No. (%) | Biopsies showing feature No. (%) | Severity of inflammation expressed as No. & (%) of biopsies showing feature | | |
|---|---|---|---|---|---|---|---|
| | | | | | Severe | Moderate | Mild |
| Acute inflammation | *Re-Exposed* | 23 (96) | 14 (61) | 29 (30) | 2 (7) | 19 (66) | 8 (28) |
| | *Once-Exposed* | 23 (98) | 3 (13) | 6 (6) | 0 (0) | 1 (17) | 5 (83) |
| Chronic inflammation | *Re-Exposed* | 23 (96) | 20 (87) | 59 (60) | 2 (3) | 15 (25) | 42 (71) |
| | *Once-Exposed* | 23 (98) | 19 (83) | 58 (59) | 2 (3) | 13 (22) | 39 (67) |
| Eosinophil infiltration | *Re-Exposed* | 23 (96) | 15 (65) | 24 (25) | 4 (17) | 5 (21) | 15 (63) |
| | *Once-Exposed* | 23 (98) | 8 (35) | 18 (19) | 4 (22) | 5 (28) | 7 (39) |
| Epithelial changes | *Re-Exposed* | 23 (96) | 15 (65) | 54 (56) | 0 (0) | 1 (2) | 52 (96) |
| | *Once-Exposed* | 23 (98) | 11 (48) | 37 (38) | 0 (0) | 0 (0) | 36 (97) |

Note: The severity (mild, moderate, severe) of each feature is presented as the number of biopsies in each category and the (%) of the total number of biopsies showing this feature. Percentage values are rounded down when <0.5% and up when ≥0.5%) For the purpose of statistical comparison, moderate and severe grades were treated as one category since no once-exposed children had severe acute inflammation.

doi: 10.1588/medver.2006.03.00100