# EXHIBIT 17

# In The Matter Of:

## UNITED STATES OF AMERICA, ET AL. v. DIANON SYSTEMS, INC.

---

### MICHAEL J. BOROWITZ, M.D.
### July 6, 2006

---

*For The Record, Inc.*

*Court Reporting and Litigation Support*

*10760 Demarr Road*

*White Plains, MD USA 20695*

*(301) 870-8025    FAX: (301) 870-8333*

Original File 60706BOR.ASC, 187 Pages
Min-U-Script® File ID: 3766376056

**Word Index included with this Min-U-Script®**

Page 93

[1] based on the first test that came in the door,
[2] as having CML, would there be a reason to do a
[3] flow cytometry test every couple of months?
[4] A: Well, again, I would have to turn that
[5] back to the clinicians caring for the patient.
[6] I would certainly — I would certainly
[7] say that that's an unlikely scenario in a
[8] patient with CML that they should be — that a
[9] clinician should want to routinely follow a
[10] patient with flow cytometry, and this may be the
[11] clinician's lack of knowledge submitting so many
[12] samples, which is different from saying what the
[13] laboratory should have done because somebody is
[14] ordering the test.
[15] But it's difficult to — it's
[16] difficult to construct scenarios where the
[17] patient — where if a patient really just has
[18] CML and doesn't have anything else and — I
[19] mean, one scenario would be that the physician
[20] is really unsatisfied with that diagnosis and
[21] really thinks that there's something else going
[22] on. But — and would continue to send samples.

Page 94

[1] But again, why he or she didn't communicate
[2] that by calling up and, you know — this is so
[3] different from my practice that it's hard to
[4] put myself in the shoes of either the clinician
[5] or the laboratory in terms of assessing what
[6] went on.
[7] This wouldn't happen in my practice
[8] because — because if we were getting repeated
[9] samples — I mean, if — if we were issuing a
[10] diagnosis that said that — well, as you know,
[11] CML isn't something that you precisely diagnose
[12] by flow cytometry, so if you issue a diagnosis
[13] that sort of is vague and could be consistent
[14] with CML but not specific and you get a sample
[15] back and it's the same question and you do that
[16] once or twice, at some point I would communicate
[17] with the clinician and say: Why am I getting
[18] these samples? What are you really thinking is
[19] going on? Are we — you know, are you thinking
[20] wrong? Are we thinking wrong? You know,
[21] what's — you know, is something weird about
[22] this patient that their cells are all dying in

Page 95

[1] transit?
[2] I mean, all sorts of other things would
[3] have to come up probably in my practice before
[4] we got to 17 samples like this, but I'm not —
[5] I'm not in the reference laboratory. I'm not a
[6] clinician practicing in the community to know
[7] kind of how they're thinking.
[8] Q: But if a doctor, clinician, sent you,
[9] say, three of them like this — just take the
[10] first three — you've already diagnosed that
[11] this patient has CML, and the doctor keeps
[12] sending you and asking you to do flow cytometry
[13] at a three or four-month interval, what would
[14] you do?
[15] A: In my laboratory? Well, again, most of
[16] the people would be doctors that I'd know and,
[17] you know, would see around the corner and I'd
[18] talk to them, what's going on.
[19] If this happened to be one of the
[20] 10 percent of cases that was coming to me from
[21] outside, I would probably get on the phone and
[22] say, you know, what — you know, what's going

Page 96

[1] on, why are you doing this, if that's — if
[2] that's really the specific diagnosis, and then,
[3] you know, try to educate them that if that's
[4] the only diagnostic consideration and there's
[5] not something going on with the patient that
[6] maybe they should wait until there's some
[7] clinical change before sending me another
[8] sample.
[9] Q: Okay. Take a look at page — the Bates
[10] number is page 25.
[11] There's another margin note there.
[12] A: Yeah.
[13] You can read that by now I bet.
[14] (Pause in the proceedings.)
[15] So yeah, this is — so for somebody
[16] with lymphoma and cytopenias, which is the
[17] history — it says "cytoperias," but it should
[18] say "cytopenias."
[19] Q: I'm sorry. I made a typo.
[20] A: That's okay. That's fine.
[21] But for somebody with a history of
[22] lymphoma and cytopenias, then Dr. Flynn is

Page 97

[1] erroneously excluding many valuable antibodies.
[2] Because the issue is not really — I mean, even
[3] if you grant that you're going to try to focus
[4] in a panel on a diagnosis, then he's missed an
[5] opportunity to investigate the cytopenias by
[6] excluding specifically 34, the myeloid
[7] markers 13 and 33, 38, to some extent HLA-DR,
[8] CD56.
[9]      I mean, he's completely on the wrong —
[10] you know, he saw the word "lymphoma" and he kind
[11] of forgot about everything else and just said
[12] okay, I'm just going to do my standard thing
[13] that I do with lymphomas.
[14]      And there are many useful — but the
[15] real important consideration here is probably
[16] not that the patient has lymphoma, which has
[17] been known for a long time, but that he now has
[18] cytopenias, which could be a sign of some other
[19] intercurrent or treatment-related or something
[20] marrow disease that excluding these markers
[21] would almost certainly guarantee you would
[22] miss.

Page 98

[1]   Q: If you turn to page 20 — well, the
[2] Bates number is 27.
[3]      There's a marginal note of some sort.
[4] I have no idea what that is.
[5]   A: Oh, that's not actually a note. I was
[6] trying to just sort of — you know, I was noting
[7] that the amended complaint sort of said
[8] something about LabCorp acquiring Dianon and
[9] having different panels and, you know, what the
[10] implications of that were going to be as we went
[11] forward with the case, so it was just a flag for
[12] me.
[13]   Q: Okay. And why did you flag that?
[14]   A: Well, you know, I thought that this
[15] would be something that would come up, as to
[16] whether — whether — you know, whether LabCorp
[17] would get involved — you know, what side of
[18] the — I didn't know whether I was going to be
[19] reading depositions from LabCorp people about
[20] why they did 13 — you know, 16 antibodies, just
[21] something to sort of note.
[22]      (Pause in the proceedings.)

Page 99

[1]   Q: Let me show you what's been marked as
[2] Exhibit 4.
[3]      And I'll just tell you that this is
[4] something I got off the Internet from the
[5] Mayo Clinic, much like I got the information
[6] from your Web site.
[7]      Have you seen this before?
[8]   A: Mr. Parker showed it to me.
[9]   Q: Okay. Generally, as I read this, this
[10] is sort of a piece that Mayo Clinic sort of put
[11] out there to tell people what they will and
[12] won't do in the way of testing.
[13]   A: Uh-huh.
[14]   Q: And one of the things they do is that
[15] they do a — they basically do a triage.
[16]   A: Uh-huh.
[17]   Q: They look at the clinical history and
[18] the morphology and determine whether to make —
[19] to do a flow cytometry test based on that
[20] review.
[21]      What do you think about that approach?
[22]   A: I think it's dangerous.

Page 100

[1]   Q: Why is that?
[2]   A: Well, I actually have specific
[3] knowledge of why it's dangerous. Because the —
[4] the specific knowledge that I have that it's
[5] dangerous was actually a case that I got that
[6] was also received by the Mayo Clinic. And the
[7] Mayo Clinic actually employed this approach,
[8] didn't do flow cytometry on a specimen because
[9] they looked at the morphology and they did not
[10] see any blasts.
[11]      The morphology was probably lousy
[12] because it usually is on sent-in specimens.
[13]      In point of fact, the patient had acute
[14] promyelocytic leukemia. I can't remember the
[15] circumstances under which I got it, but I
[16] remember talking — I mean, it was very
[17] clear-cut promyelocytic leukemia.
[18]      And I remember talking to — I believe
[19] it was Dr. Macon, but I'm not certain, but one
[20] of the people that I know at Mayo Clinic and
[21] telling them about this case, which he said,
[22] Well, maybe we should relook at our triage

Page 141

[1] But if I had a practice in which I saw
[2] more T-cell lymphomas or, you know, T-cell
[3] disorders or I had a practice in which I got all
[4] sorts of things from everywhere and I didn't
[5] know what was going on and I furthermore didn't
[6] have the, you know, the sophisticated staff who
[7] could sort of quickly reflex things and not cost
[8] me too much in turnaround time and I didn't have
[9] the fellows right there who could sort of, you
[10] know, fix those things, then maybe I would add,
[11] put everything up front, too.
[12] I mean, I just — I just don't know.
[13] I'm just saying this is how I can practice,
[14] which sort of is how this is kind of written.
[15] Q: Okay. Take a look at page 758.
[16] A: Uh-huh.
[17] Q: Basically what the — I won't read it
[18] so as not to drive the court reporter crazy.
[19] But it appears that what the conclusion
[20] of the panel was, that in the case where you've
[21] already got a disease diagnosed that you can,
[22] for follow-up, you can do a reduced number of

Page 142

[1] antibodies. Is that right?
[2] A: Yeah. I think that there was — right.
[3] I think that was certainly consensus.
[4] I mean, I remember distinctly when we
[5] got to this part of the discussion at the
[6] meeting, and it was sort of like towards the
[7] end, and we had this general, you know, this
[8] general thing and we kind of voted on the
[9] general principle. And most people believed in
[10] the principle, but the devil was sort of in the
[11] details. And when we started to sort of say
[12] what would you leave out and what would you do,
[13] we could sort of get nowhere. And it was clear
[14] that that was whole another day's worth of work
[15] to sort of do the — you know, get that level of
[16] detail in, so all we could really do was
[17] articulate the principle —
[18] Q: That you could —
[19] A: — that it could probably be done, but
[20] specifically saying how we couldn't say.
[21] Q: But in the case of where a disease has
[22] already been diagnosed, was there general

Page 143

[1] consensus that you wouldn't need to do a broad
[2] panel of antibodies?
[3] A: Well — well, again, the principle that
[4] you still have to be able to identify but not
[5] necessarily characterize abnormalities was I —
[6] was never deviated from.
[7] I mean, we didn't really get into
[8] details about that.
[9] So really, if you actually think about
[10] the limitations that are necessary, it's
[11] worth — it's worth ferreting out, it's worth
[12] plunging into a little bit of detail here,
[13] because I think this will give you a sense of
[14] what I think the consensus was. It's certainly
[15] my view, closer to my view, but — let me
[16] retract that.
[17] This is a sense of what the consensus
[18] was. There are parts of this I agree with and
[19] parts of this which I don't agree with.
[20] But the — if you're talking about
[21] following a patient, say a patient with a
[22] B-cell lymphoma, in the initial

Page 144

[1] characterization of a B-cell lymphoma, it's
[2] important to do many B-cell markers that were
[3] on that list to make sure that you fully
[4] characterize it. It's also necessary to have
[5] these other reagents that identify other
[6] things. Okay.
[7] Naively, you would say, once you know
[8] it's a B-cell lymphoma, all you need to do is
[9] focus on the B-cell things. That's in fact how
[10] Dr. Flynn interprets things. But it's actually
[11] just the reverse. You need to still keep in all
[12] those other things that it might be, but you can
[13] narrow down your B-cell things because you know
[14] there's a B-cell abnormality and you don't have
[15] to quite keep characterizing it as
[16] comprehensively as you do, so that's really
[17] where the savings are.
[18] So, you know, if you're characterizing
[19] a B-cell thing for the first time and it might
[20] be hairy cell and you would do CD103 and CD11c
[21] and CD25 and those markers and then you find out
[22] it's not hairy cell, then you don't really need