# EXHIBIT 18

1

Review of DIANON produced records

| CLAIM INFORMATION: | |
|---|---|
| Sample number | |
| Beneficiary name | |
| Beneficiary HIC | |
| Date of service: | 12/1/2000 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 26    ↑7/16/03 |
| 88180 units considered medically necessary: | 20 ↔ 13 |
| Comments: | ? Lymphoma<br>Kappa/lambda results reveal no<br>B cell clonality   CD 57, 33, 22, 103,  ↑7/16/03<br>CD2, CD7, CD25, CD56, CD13, HLA-DR  11c, 34, 25, 38<br>necessary    not |

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | /s/ Flynn |
| Review date: | 6/17/03 |

SF0536

B

8
Review of DIANON produced records

| CLAIM INFORMATION: | |
|---|---|
| Sample number: | 8 |
| Beneficiary name: | ▓▓▓▓▓▓▓▓ |
| Beneficiary HIC: | ▓▓▓▓▓▓▓▓ |
| Date of service: | 2/12/1996 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 22 |
| 88180 units considered medically necessary: | 12 |
| Comments: | BM    lymphoma, anemia, thrombocyt[openia]<br><br>☑ CD2, CD7, CD13, CD33, CD15, CD11B, CD22, CD25, CD34, HLA-DR<br><br>Interp - Neg |

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | SFlynn |
| Review date: | 12/10/05 |

178

Review of DIANON produced records

| CLAIM INFORM/ | |
|---|---|
| Sample number: | |
| Beneficiary name: | |
| Beneficiary HIC: | |
| Date of service: | 10/22/2002 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 26 |
| 88180 units considered medically necessary: | 13 |
| Comments: | 74 y/o ♀  r/o lymphoma<br>Bore Marrow  BM bx done<br>⌀ CD 2, 7, 13, 33, 22, 103, 11c, 56, 57, 25, 34, HLA, 38 |

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | [signature] |
| Review date: | 8/22/03 |

SF0707

45

Review of DIANON produced records

| CLAIM INFORMATION: | |
|---|---|
| Sample number: | |
| Beneficiary name: | |
| Beneficiary HIC: | |
| Date of service: | 6/16/1999 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 25 |
| 88180 units considered medically necessary: | 13 |
| Comments: 73-100 → lymphoma Bone Marrow ØCD 2, 7, 13, 33, 22, 103, 11c, 56, 57, 25, 34, HLA | |

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | /s/ Flynn |
| Review date: | 8/22/03 |

B

39
Review of DIANON produced records

| CLAIM INFORMATION: | |
|---|---|
| Sample number: | 39 |
| Beneficiary name: | |
| Beneficiary HIC: | |
| Date of service: | 9/1/1998 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 26 |
| 88180 units considered medically necessary: | 15 |
| Comments: | lymphoma  WBC 4.2<br>∅ CD2, CD7, CD13, CD33, CD22, ∅ D57<br>CD103, CD11c, CD25, CD34, HLA-DR<br><br>Interp - None |

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | [signature] |
| Review date: | 12/11/05 |

SF0325

B

51
Review of DIANON produced records

| CLAIM INFORMATION: | |
|---|---|
| Sample number: | 51 |
| Beneficiary name: | ███████ |
| Beneficiary HIC: | |
| Date of service: | 3/3/1999 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 25 |
| 88180 units considered medically necessary: | 17 |
| Comments: | BM    Lymphoma 202.8<br><br>∅ CD2, CD7, CD22, ~~CD103, CD11c~~ CD57, CD34, HLA-DR, CD13, CD33<br><br>Interp. ? |

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | *[signature]* |
| Review date: | 12/31/05 |

SF0337

B

58
Review of DIANON produced records

| CLAIM INFORMATION: | |
|---|---|
| Sample number: | 58 |
| Beneficiary name: | ▮▮▮▮▮▮▮▮▮ |
| Beneficiary HIC: | |
| Date of service: | 8/12/1999 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 25 |
| 88180 units considered medically necessary: | 17 |
| Comments: | BM    202.8    WBC 6.8 lymphoma   ∅ CD2, CD7, CD13, CD33, CD22, CD57, CD34, HLA-DR    Interp - Neg |

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | /s/ Flynn |
| Review date: | 12/31/05 |

SF0344

B

104
Review of DIANON produced records

| CLAIM INFORMATION: | |
|---|---|
| Sample number: | 104 |
| Beneficiary name: | ▮▮▮▮▮ |
| Beneficiary HIC: | ▮▮▮▮▮ |
| Date of service: | 5/16/2001 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 26 |
| 88180 units considered medically necessary: | 18 |
| Comments: | BM  Lymphoma

∅ CD 2, CD 7, CD 13, CD 33, CD 22, CD 57, CD 34, HLA-DR

Interp - Neg |

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | [signature] |
| Review date: | 12/31/05 |

SF0390

B

93
Review of DIANON produced records

| CLAIM INFORMATION: | |
|---|---|
| Sample number: | 93 |
| Beneficiary name: | ████████████ |
| Beneficiary HIC: | ████████████ |
| Date of service: | 2/21/2001 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 26 |
| 88180 units considered medically necessary: | 20 |
| Comments: | BM / Hx of lymphoma, progressive anemia  WBC 8.2  Hgb 7.8<br><br>∅ CD2, CD7, CD22, CD57, HLA-DR, CD38<br><br>Interp - Neg<br>BM. Neg |

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | SFlynn |
| Review date: | 12/31/05 |

4

Review of DIANON produced records

| CLAIM INFORMATION: | |
|---|---|
| Sample number: | |
| Beneficiary name: | |
| Beneficiary HIC: | |
| Date of service: | 10/29/1998 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 25 |
| 88180 units considered medically necessary: | 25 |
| Comments: | Confusing hx - R/O lymphoma, ↑ peripheral mononuclear cells, WBC 4.1 Thus, need comprehensive panel |

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | [signature] |
| Review date: | 6/17/03 |

SF0539