# EXHIBIT 20

# Flow Cytometry in Hematopathology:

## A Visual Approach to Data Analysis and Interpretation

**Doyen Nguyen, MD**

**Lawrence W. Diamond, MD**

**Raul C. Braylan, MD**

University of Florida College of Medicine
Gainesville, FL

© 2003 Humana Press Inc.
999 Riverview Drive, Suite 208
Totowa, New Jersey 07512

**www.humanapress.com**

All rights reserved. No part of this book may be reproduced, stored in a retrieval system, or transmitted in any form or by any means, electronic, mechanical, photocopying, microfilming, recording, or otherwise without written permission from the Publisher.

The content and opinions expressed in this book are the sole work of the authors and editors, who have warranted due diligence in the creation and issuance of their work. The publisher, editors, and authors are not responsible for errors or omissions or for any consequences arising from the information or opinions presented in this book and make no warranty, express or implied, with respect to its contents.

Due diligence has been taken by the publishers, editors, and authors of this book to assure the accuracy of the information published and to describe generally accepted practices. The contributors herein have carefully checked to ensure that the drug selections and dosages set forth in this text are accurate and in accord with the standards accepted at the time of publication. Notwithstanding, as new research, changes in government regulations, and knowledge from clinical experience relating to drug therapy and drug reactions constantly occurs, the reader is advised to check the product information provided by the manufacturer of each drug for any change in dosages or for additional warnings and contraindications. This is of utmost importance when the recommended drug herein is a new or infrequently used drug. It is the responsibility of the treating physician to determine dosages and treatment strategies for individual patients. Further it is the responsibility of the health care provider to ascertain the Food and Drug Administration status of each drug or device used in their clinical practice. The publisher, editors, and authors are not responsible for errors or omissions or for any consequences from the application of the information presented in this book and make no warranty, express or implied, with respect to the contents in this publication.

Cover Illustration: Myelodysplastic syndrome. FCM dot plots with an altered CD13/CD16 myeloid maturation curve and low SSC in the myeloid population. Photomicrograph taken by Doyen Nguyen confirming hypogranular bone marrow myeloid precursors. Material from a case seen at the University of Florida.

Production Editor: Jessica Jannicelli.
Cover design by Patricia F. Cleary.

For additional copies, pricing for bulk purchases, and/or information about other Humana titles, contact Humana at the above address or at any of the following numbers: Tel.: 973-256-1699; Fax: 973-256-8341, E-mail: humana@humanapr.com; or visit our Website: http://humanapr.com

This publication is printed on acid-free paper. ♾
ANSI Z39.48-1984 (American National Standards Institute) Permanence of Paper for Printed Library Materials.

**Photocopy Authorization Policy:**
Authorization to photocopy items for internal or personal use, or the internal or personal use of specific clients, is granted by Humana Press Inc., provided that the base fee of US $20.00 is paid directly to the Copyright Clearance Center at 222 Rosewood Drive, Danvers, MA 01923. For those organizations that have been granted a photocopy license from the CCC, a separate system of payment has been arranged and is acceptable to Humana Press Inc. The fee code for users of the Transactional Reporting Service is: [1-58829-212-6/03 $20.00] [eISBN: 1-59259-354-2].

Printed in the United States of America. 10 9 8 7 6 5 4 3 2 1

Library of Congress Cataloging-in-Publication Data

Nguyen, Doyen T.
Flow cytometry in hematopathology : a visual approach to data analysis and interpretation / Doyen Nguyen, Lawrence W. Diamond, Raul C. Braylan.
p. cm. — (Current clinical pathology)
Includes bibliographical references and index.
1. Blood—Diseases—Diagnosis. 2. Flow cytometry. 3. Hematopoietic stem cell disorders—Diagnosis. 4. Immunophenotyping. I. Diamond, Lawrence W. II. Braylan, Raul C. III. Title. IV. Series.

RB45.N49 2002
616.4'1075—dc21

2002032239

in selected cases additional data can be collected (e.g., live-gating to enrich a small population of potentially monoclonal B-cells). All other necessary gating procedures, such as gating on CD45 to identify leukemic blasts, are performed during the subsequent analysis of the originally ungated list mode data. For cases with poor red cell lysis, as evidenced by the presence of abundant red blood cells (RBCs) on the cytospin and a sizable cluster of CD45-negative cells with very low FSC, the data collection should be on 20,000 "non-RBC" events.

A different approach to data collection is applied for the assessment of minimal residual disease because the sensitivity of the detection depends on the number of cells analyzed. According to previous studies on MRD (many using PCR-based methods), it appears that the clinically significant level of MRD is at $10^{-4}$ and above. For assessing MRD by FCM, detailed information on the phenotypic characteristics of the patient's leukemic cells should be available from a previous FCM analysis at the time of diagnosis. Using a set of appropriate markers, the data are acquired with a "live gate." Greater than $10^5$ cells need to be collected in order to achieve a sensitivity of detecting one leukemic cell per $10^4$ normal cells.

### 2.5.4 Exclusion of nonviable cells

Flow cytometric identification of nonviable cells is preferably done with propidium iodide incorporation, especially for solid tissue specimens, as the viability is often lower than that in liquid specimens (Figure 2.2). Another possible but more costly reagent is 7-AAD. An alternative method is to gate dead cells out by the forward scatter parameter. Although dead and dying cells appear larger under the microscope, they have a lower refractive index than viable cells and therefore scatter less light in the forward direction. As a result, they can be removed electronically by excluding the lower FSC channels, where dead cells and debris accumulate. This FSC gating approach is less accurate than PI exclusion, however, especially on samples with cell populations of heterogeneous cell size, because the larger dead cells will fall in the same region as the smaller viable cells.

## 2.6 Antibody panel design

For the analysis of leukemias and lymphomas, the antibodies are assembled into panels. There has been no agreement between laboratories on a uniform and standardized panel. It is not unusual for the panels in use in a particular laboratory to be based on practical (cost concerns and number of samples) rather than medical considerations. The design of antibody panels reflects one of two opposite approaches to the FCM workup of leukemias and lymphomas: comprehensive vs stepwise. In the first approach, the sample is analyzed with a large panel from the start. The number of antibodies in the panel is sufficiently extensive to permit a full characterization of the neoplasm, including any aberrant expression of the cell surface antigens. In the second approach, the FCM study starts with a limited panel. Then, based on the initial results, further analysis with appropriate antibodies is performed on the remaining sample, if necessary. Not infrequently, more than one round of additional testing may be required before reaching a final diagnosis. The stepwise strategy is more economical in terms of reagent cost, but the turnaround time is slower. The high frequency of additional testing can be disruptive to the laboratory workflow, especially in a laboratory with a high volume of FCM specimens. This can end up being expensive in terms of the technologists' efficiency. A more important factor to consider is the decreased cell viability in the sample between the initial and subsequent additional steps, which, in turn, can affect the results adversely. The comprehensive approach, because of its large battery of reagents, is more costly. Using the microtiter plate technique and/or processing a large number of specimens can offset the cost, however.




**Figure 2.2** Liver with involvement by peripheral T-cell lymphoma. (a) The high uptake of PI by dead and dying cells facilitates the separation of viable (R1 gate) from nonviable cells. The viability in this sample is 15%. (b) The high content of nonviable cells imparts a disarrayed appearance to the ungated FSC/SSC dot plot. (c,d) Gated on R1: The tumor (arrow) demonstrates high FSC, downregulated CD3 and a loss of CD7 expression. Residual T-cells (low FSC, CD3+, CD7+) are present.

The clinical impression or the morphologic features of the specimens should not dictate the design and selection of an antibody panel. Despite efforts to improve the communication between the clinical and laboratory services, the clinical information on the FCM request forms is often scanty, vague, and potentially misleading. Furthermore, to have an antibody panel for each specific group of hematologic neoplasms (e.g., an ALL panel, AML panel, B-cell LPD panel, and T-cell LPD panel) would be inappropriate and defeat the purpose of FCM immunophenotyping. For instance, the presence of many large mononuclear cells in the blood or bone marrow does not necessarily indicate acute leukemia. Involvement by a large cell lymphoma can give a similar morphologic picture and, consequently, lead to the selection of the incorrect antibody panel (i.e., an acute leukemia panel instead of a lymphoma panel). Conversely, small ALL cells in sheets in the bone marrow can be easily mistaken as involvement by a mature B-cell LPD. Errors in panel selection can be circumvented by the comprehensive approach to FCM analysis, and in the absence of economic constraints, it is preferable to apply such an approach. A certain degree of redundancy of some critical antibodies (e.g., CD34 and

CD20) between different tubes is necessary to optimize the sensitivity of FCM analysis and thereby permit the detection of aberrant antigenic expression on neoplastic cells. In the context of a scanty specimen with a low cell yield, however, the morphologic findings or clinical information can be useful for guiding the selection of a limited battery of reagents.

## 2.6.1 Antibody selection

Given the current large repertoire of reagents available from various manufacturers, careful antibody selection and panel design is important to achieve the best possible diagnostic information. Several technical factors need to be considered, including the type of antibody (monoclonal vs polyclonal), antibody isotype (IgG1, IgG2, IgM), antibody clone, dye conjugation, and preparation by the manufacturer (i.e., the stoichiometry between antibody and fluorochrome). Except for the analysis of immunoglobulins, FCM immunophenotyping relies on monoclonal antibodies. Compared to the polyclonal antibodies used in the early days of immunophenotyping, monoclonal reagents are cleaner, with less background and crossreactivity. Monoclonal antibodies targeted against the same antigen structure but produced by different manufacturers do not necessarily have similar antibody reactivity, however. A specific example is the difference in reactivity between CD14–Leu M3 (Becton Dickinson), CD14–Mo2 (Coulter) and CD14–My4 (Coulter). Another factor to consider when constructing a panel is that antibodies (and fluorochrome conjugation) are more than likely to be optimized (and thus best suited for a particular brand of flow cytometer) if the reagents and instruments are from the same manufacturer.

One advantage of monoclonal antibodies is consistency in titer and affinity from one lot of antibody of the same clone to the next. Subtle changes in the preparation may alter the reactivity however, which, in turn, may affect the usefulness of the antibody in characterizing a particular disorder. A specific example is anti-CD20. This reagent has a wide dynamic range in fluorescence intensity, a useful feature to discriminate CLL/SLL (small lymphocytic lymphoma) from other B-cell neoplasms, as well as distinguishing neoplastic B-cells from a background of benign B-cells. A seemingly minor change in the preparation of the same clone of CD20 antibody can severely alter the fluorescence dynamic range, with the resulting loss of this important discriminating function.

### 2.6.1.1 Anti-light chain antibodies

The high specificity of monoclonal antibodies, each recognizing distinctly defined epitopes, can be a disadvantage in the detection of immunoglobulins. Immunoglobulins have many epitopes and are, therefore, more easily detectable by polyclonal $Fab'_2$ fragments than by monoclonal reagents. The immunoglobulins in some mature B-cell malignancies may not be produced correctly; one or more epitopes may be deleted or altered. Staining with a monoclonal antibody may yield a false-negative result if the reagent happens to be specific for the missing or modified epitope, whereas polyclonal antibodies, especially those with broader specificities, will give a positive result by reacting with the other epitopes of the immunoglobulin.

The reactivities of anti-immunoglobulin (kappa, lambda) antibodies can vary widely between manufacturers. To select the optimal brand of kappa and lambda reagents, several candidate pairs are tested at various dilutions with samples from a variety of known disorders, including reactive lymphoid hyperplasia in the lymph nodes or tonsils, CLL/SLL, mantle cell lymphoma (MCL), follicular center cell (FCC) lymphoma, and a neoplasm not producing immunoglobulin (e.g., AML). The samples with reactive hyperplasia, in which both light chains are expressed, are used for titration, to determine the optimal dilution for each reagent. For any given brand of kappa and lambda, the optimal dilution is usually the same for both antibodies. In some instances, however, because of preparation and lot-to-lot variation, one of




**Figure 2.3** Titration of anti-kappa and anti-lambda antibodies using a reactive lymph node. (a,b) CD20-positive B-cells are polyclonal for kappa and lambda. For this particular pair of reagents, kappa had to be one step more dilute than lambda to achieve the desired results.

the two light chain antibodies may need to be diluted more than the other so as to give identical fluorescence signals (Figure 2.3). Based on this comparative evaluation of different brands of kappa and lambda, a given brand is considered optimal if the fluorescence signals fall in the expected range for any given disorder, namely weak intensity in CLL/SLL and moderate to strong in MCL, along with the least background staining.

With some brands of kappa/lambda reagents, it may not be possible to achieve the appropriate fluorescence intensity. The signals, irrespective of the dilutions, are inappropriately bright for samples with CLL/SLL (Figure 2.4) and may fall in the same fluorescence range observed in FCC and MCL. The intensity of surface light chain expression is one of several criteria critical in the diagnosis and subclassification of mature B-cell malignancies. Therefore, in selecting the optimal polyclonal kappa and lambda antibodies, the appropriate fluorescence signal is a more important consideration than the ability to detect extremely dim light chain expression. Lack of detectable light chains in a mature B-cell population invariably signifies an abnormal or neoplastic B-cell population, with the exception of benign plasma cells and reactive large germinal center cells. For this reason, it is also not necessary to conjugate the light-chain antibodies to a fluorochrome with a high quantum yield such as PE. Furthermore, because the kappa antibody serves as a control for lambda and vice versa, it is advisable to conjugate these antibodies to the same type of fluorochrome (i.e., FITC). Preferably, the antibody panel should contain two sets of kappa and lambda reagents from different manufacturers, each pair combined with a different B-cell marker in the following configuration: kappa (1)–FITC/CD20–PE and lambda (1)–FITC/CD20–PE; kappa (2)–FITC/CD19–PE and lambda (2)–FITC/CD19–PE. In the authors' experience, this strategy is more sensitive than the popular combination of kappa–FITC/lambda–PE (available as a kit from most manufacturers), especially when the monoclonal B-cells coexist with a larger population of benign B-cells. Another advantage of this approach is the possibility of assessing the relationship between CD19 and CD20, a valuable feature in the characterization of low-grade B-cell neoplasms (*see* Section 3.6.2).

## 2.6.2 Fluorochrome conjugation

For certain antibodies, conjugation to a particular fluorochrome can affect how much information can be derived from the test results. A specific example is the conjugation of FITC to CD10, used in combination with CD20–PE.




**Figure 2.4** Selection of kappa and lambda reagents tested on the same specimen. (a,b) First set of antibodies: The intensity of the positive kappa light chain on CLL cells is inappropriately bright. The peak fluorescence of kappa is one decalog brighter than that of lambda (c). (e,f) The second set of reagents from a different manufacturer yields appropriate results (i.e., dim positive kappa on CLL cells). The same results are seen on the corresponding kappa/lambda overlay histogram (d).




**Figure 2.5** (a) The conjugation of CD10 to PE results in an apparent increase in CD10 brightness on the benign germinal center cells (lymph node with FRFH). The resulting CD10/CD20 staining pattern becomes similar to, rather than distinctive from, that seen in a lymph node with FCC lymphoma (b). In (b), CD20 is downregulated because the patient has been treated with anti-CD20.

The pattern of cell clusters on the CD10–FITC/CD20–PE dot plot is useful for distinguishing the following: (1) normal precursor B-cells (hematogones) from precursor-B ALL cells and (2) follicular lymphoma from florid reactive follicular hyperplasia (FRFH), either of which can present with no detectable light chain. In FRFH, the different cell clusters are seen in close continuity with each other (*see* Section 4.1.1.1). When CD10 is conjugated to PE, however, the dot plot pattern does not yield the same useful information because the apparent CD10 expression on reactive germinal center cells becomes much more intense. The resulting cell cluster is well separated from other cell clusters (Figure 2.5), an appearance similar to FCC lymphoma. On the other hand, CD10–PE, when combined with kappa–FITC and lambda–FITC, can be useful for detecting residual/relapsed follicular lymphoma in patients treated with anti-CD20 agents.

The selection of fluorochromes to be conjugated to the monoclonal antibodies (MoAbs) is based on the principle that a fluorochrome with a high quantum yield must be used if the antigen sought after is expressed at a low level. Otherwise, the MoAb can be conjugated to a fluorochrome with lower quantum yield, such as FITC. For antigens known to be present at high density (e.g., CD45), the corresponding MoAb can be conjugated to PerCP. For example, CD13 and CD33 should be conjugated to PE so as to maximize the separation of cells expressing these antigens. This principle does not apply to the surface light chains on B-cells, however, because weak expression of monoclonal light chains is a useful diagnostic criterion for the subclassification of B-cell LPD/NHL.

The higher the number of fluorochromes for simultaneous analysis, the lower the number of tubes in the antibody panel and the lower the total number of cells required for the entire FCM study; reagents and cells are thus utilized more efficiently. Five-parameter analysis (i.e., with three fluorochromes) is currently the norm. Four-color labeling is more desirable if there are no associated technical difficulties. The four-color assay is most suitable for evaluating MRD, where the sample may be scanty and the number of critical cells rare. However, the sensitivity, precision, and accuracy of four-color vs three-color testing have not yet been formally compared.

When testing solid tissue samples that often contain a significant number of dead cells, it is prudent that one of the dyes be used for excluding nonviable cells. In designing reagent cock-

tails for multicolor staining, it is important to be aware that one antibody can interfere with the reactivity of another; this can be due to either the isotype of the antibody and/or the type of dye, to which the antibody is conjugated. The electronic process of color compensation is based on the assumption that there is no steric hindrance, enhancement of binding, or dye-to-dye interaction (such as energy transfer or quenching) between the antibodies present in the cocktail. In general, IgG antibodies are preferable to IgM because there is less likelihood for nonspecific binding and steric hindrance. Similarly, a very large size fluorochrome can cause steric interference.

The authors prefer the single molecule type of fluorochrome, namely FITC, PE, allophycocyanin (APC), and PerCP to the large tandem conjugates such as PE–Texas Red or PE–Cy5. Proper energy transfer (i.e., the enhancement of the fluorescence of the acceptor molecule) simultaneous to the quenching of fluorescence of the donor, is critical to the function of a tandem conjugate. When there is inefficient energy transfer between the donor and the acceptor molecules, or nonspecific binding to the Fc receptor of monocytes (e.g., PE–Cy5), the use of tandem conjugates may lead to misleading results. The argument for using tandem conjugates is the possibility to perform four-color immunophenotyping on instruments equipped with a single laser (488 nm). Potential problems, namely steric interference and the difficulties in achieving optimal color compensation among the four fluorochromes, must be carefully considered in this approach, however.

## 2.7 Comprehensive antibody panels

In the authors' laboratory, the antibody panels have been designed based on a comprehensive approach to FCM analysis. The rationale is to optimize the detection and characterization of the critical cells for determining (1) the lineage of the cells of interest (e.g., myeloid, B-cell, T-cell) (2) their maturity status (3) the clonality, where appropriate (4) the specific subtype of hematopoietic malignancy and (5) the status of the normal elements present. The use of large comprehensive panels also facilitates the detection of two or more unrelated neoplastic processes present in the same specimen. Appropriate isotype controls are included in the panels. The evaluation of the FCM data also relies on internal controls, however (e.g., T-cells serve as internal control for B-cells and vice versa) (Figure 2.6).

### 2.7.1 Disease-oriented antibody panels

Over the years, the panels have evolved to incorporate new monoclonal antibodies of diagnostic significance. Recently, the authors have modified the design of the panels from a disease-oriented approach to one based on specimen type. The former strategy includes panels directed toward acute leukemia, lymphoproliferative disorders, or both types of disease. The differences between the acute leukemia and lymphoproliferative panels are that the former includes myeloid markers (e.g., CD13, CD64) whereas the latter contains additional antibodies (e.g., CD25, CD103) necessary for subclassifying LPDs and lymphomas. Antibodies needed to identify the lymphoid lineages as well as maturity status are present in both panels.

The more comprehensive panel combines all of the antibodies of the acute leukemia and lymphoproliferative panels and is most useful when no relevant clinical information is available and the number of critical cells is so low as to escape routine microscopic screening (or the nature of the abnormal cells undetermined by morphologic criteria). The maturity status of the neoplastic cells (e.g., blasts vs large lymphoma cells in the blood or bone marrow) may not be apparent on morphologic examination, because critical cytologic features such as nuclear chromatin can be easily altered by a slight degree of suboptimal staining and processing.




**Figure 2.6** Isotype-matched negative controls (a) and internal controls (b–d). The normal residual T-cells (arrows) serve as a negative internal control for CD20 and a positive control for CD2 and CD3. The tumor cells, which comprise the larger cell cluster, are positive for CD20 and negative for CD2 and CD3.

## 2.7.2 Antibody panels oriented by specimen type

The main drawback to the disease-oriented strategy is that in order to select the proper panel (acute leukemia vs lymphoproliferative), morphologic screening of the specimen by an adequately experienced professional is required. In the authors' experience from several laboratories (United States and Europe), incorrect panel selection because of morphologic misinterpretation is not an infrequent occurrence. To circumvent these issues, the authors have replaced the above antibody panels with panels oriented by specimen type. Thus, the two new panels are a blood/bone marrow/spleen (BBS) panel and a tissue/fluid (TF) panel. This strategy is based on the following rationale: (1) There is an equal predilection for immature hematopoietic malignancies (namely AML and ALL) as well as mature lymphoid neoplasms (B-cell or T-cell LPD/NHL) to involve the blood, bone marrow, and/or spleen and (2) solid tissue and body fluids are much more often involved by lymphoid malignancies (irrespective of the maturity status of the neoplastic cells) than by myeloid neoplasms. In addition, disorders such as plasma cell tumors and hairy cell leukemia (HCL) occur infrequently in the tissue and fluid compartments. The BBS panel, similar to the combined panel under the disease-

Table 2.1 A three-color version of the BBS panel

| FITC | PE | PerCP |
|---|---|---|
| CD34 | CD117 | CD45 |
| CD34 | CD33 | CD45 |
| CD16 | CD13 | CD45 |
| CD16 | CD11b | CD45 |
| CD71 | HLA-DR | CD45 |
| CD19 | CD34 | CD45 |
| CD10 | CD20 | CD45 |
| CD5 | CD19 | CD45 |
| CD19 | CD23 | CD45 |
| CD103 | CD20 | CD45 |
| CD20 | CD11c | CD45 |
| CD25 | CD20 | CD45 |
| CD4 | CD8 | CD45 |
| CD7 | CD3 | CD45 |
| CD2 | CD56 | CD45 |
| CD138 | CD38 | CD45 |
| Kappa $F(ab')_2$ | CD19 | CD45 |
| Lambda $F(ab')_2$ | CD19 | CD45 |
| Kappa $F(ab')_2$ | CD20 | CD45 |
| Lambda $F(ab')_2$ | CD20 | CD45 |
| IgG1 | IgG1 | CD45 |
| IgG2 | IgG2 | CD45 |

*Note*: For blood and bone marrow samples, viability is tested first. Occasionally, if viability is low, PI is added to the tubes.

oriented strategy, contains a large battery of surface antibodies up front, to permit a full characterization of the neoplasm. The TF panel is smaller, because several of the myeloid-associated markers, as well as CD103 and CD138, are not included. In the unusual event where the data reveal involvement of the tissue or fluid by AML, HCL, or plasma cell tumors, then the necessary antibodies are run as add-on tests using portions of the cell suspensions that are routinely set aside for such eventualities.

A three-color version of the BBS panel (Table 2.1) and TF panel (Table 2.2) are shown to illustrate our approach to FCM analysis and to facilitate the readers with the viewing of the FCM illustrations and case studies, many of which are derived from specimens analyzed using the three-color approach. The guidelines [e.g., the use of two sets of kappa and lambda from different manufacturers (one paired with CD20 and the other with CD19)] applied in the three-color version are retained as the panels get modified to a four-color version.

The construction of the cocktails has been aimed at getting the maximum diagnostic information from the antibodies, especially those with a wide dynamic range. A specific example is the previously mentioned CD10–FITC/CD20–PE combination. Another important cocktail is CD11c–FITC/CD20–PE. Because of the wide dynamic range of CD11c, the pattern and the position of the critical cells on the dot plot permits one to distinguish HCL from other CD11c-positive B-cell LPDs (*see* Section 3.6.3.2). This combination is especially helpful because a small number of B-cell LPDs may exhibit CD103 (B-ly7 clone) reactivity identical to HCL. In general, markers with a wide dynamic range are more useful, as cell populations positive for the same marker can be easily distinguished by their different fluorescence reactivities with that marker. Compared to other B-cell antibodies (e.g., CD19, CD22, FMC-7), CD20 has an optimal wide dynamic range. Therefore, most of the antibodies needed for the characterization of B-cell LPD/NHL are anchored to CD20 instead of CD19. The panels do not include FMC-7 or CD22 since, in the authors' experience, these provide no additional diagnostic information to CD19 and CD20.

The main utility of FMC-7 is its absence; lack of FMC-7 expression is a typical finding in CLL. However, this feature is rather redundant for the diagnosis of CLL in light of the char-



Table 2.2 A three-color version of the TF panel

| FITC | PE | 3rd Color |
|---|---|---|
| CD5 | CD19 | PI |
| CD19 | CD23 | PI |
| CD20 | CD11c | PI |
| CD10 | CD20 | PI |
| CD25 | CD2 | PI |
| CD4 | CD8 | PI |
| CD7 | CD3 | PI |
| CD16 | CD56 | PI |
| Kappa $F(ab')_2$ | CD19 | PI |
| Lambda $F(ab')_2$ | CD19 | PI |
| Kappa $F(ab')_2$ | CD20 | PI |
| Lambda $F(ab')_2$ | CD20 | PI |
| IgG1 | IgG1 | PI |
| IgG2 | IgG2 | PI |
| CD71 | CD33 | CD45–PerCP |
| CD34 | CD19 | CD45–PerCP |

*Note.* The antibodies listed in the TF and BBS panels are obtained from the same manufacturer supplying the flow cytometers (the authors' laboratory is equipped with Becton Dickinson instruments) with the exception of CD103 (B-ly7), CD138, and the two sets of kappa and lambda.

acteristic CD20 fluorescence pattern and the relationship of CD20 to CD19 (*see* Section 3.6.2) in this disorder. On a dual fluorescence display of FMC-7 and CD20, a clear linear relationship can be demonstrated (Figure 2.7).

## 2.8 Tailored panels and add-on testing

In addition to these large routine panels, smaller panels can be tailored to analyze follow-up specimens of patients with a recent diagnosis of hematopoietic malignancy if the original graphical FCM data from the diagnostic sample is available for review. The smaller panel is especially applicable if the follow-up specimen (e.g., CSF, fine needle aspiration [FNA]) has a low cell yield. For instance, a so-called "clonal excess detection" panel can be applied to follow patients with B-cell LPD/NHL. The minimal clonal excess panel should contain CD19, CD20, kappa, and lambda. When appropriate, CD10, CD103, or CD5/CD23 are included. The antibody combinations for the tubes are similar to their counterparts in the standard panels.

Because of it scantiness, CSF is handled differently from other specimens. Most CSF samples are submitted as follow-up specimens, to rule out involvement by acute leukemia (primarily ALL) or, less commonly, high-grade LPD/NHL. The cytospins may be reviewed first to determine if FCM is applicable. In general, when suspicious cells are present, the selection of the key antibodies to analyze the CSF is based on the FCM results from an earlier diagnostic specimen (e.g., lymph node, bone marrow). Often the neoplastic cells can be detected using three or four antibody combinations in a single tube.

Antibodies to detect intracellular antigens (TdT, myeloperoxidase [MPO], cytoplasmic light chains, cCD3, cCD22, bcl-2) are not included in the authors' standard panels. The analysis is performed as an add-on test because antibody staining for intracellular antigens is more time-consuming than that for surface antigens. Because T-cell LPD/NHLs occur infrequently in the Western world, testing for the surface antigens TCR $\alpha/\beta$ and TCR $\gamma/\delta$ is also performed only on a case-by-case basis.

To maintain the optimal efficiency in a busy FCM–hematopathology laboratory, the following guidelines can be applied to "automate" the decision of when and which intracellular antigen staining to perform:







**Figure 2.7** Relationship of FMC-7 to CD20. (a) Downregulated CD20 and absent FMC-7 in CLL/SLL; (b) FMC-7 and CD20 coexpression in Burkitt's lymphoma.

**TdT**: Reactivity with either TdT or CD34 indicates that the neoplasm is composed of immature cells. Therefore, testing for TdT may be omitted for maturity assessment if the leukemia is already $CD34^+$. TdT testing is most appropriate when the results from the standard panels indicate a lymphoid neoplasm with no CD34, no surface light chain expression, and no evidence of plasma cell differentiation. In that case, TdT is necessary to establish the maturity status of the tumor cells, which affects the diagnosis and therapy. A useful approach to assess TdT in ALL is to combine the TdT assay with DNA analysis. Aneuploidy is not only helpful as a prognostic marker but the TdT/DNA combination will also serve as a useful fingerprint for the detection of residual/relapsed disease in the patient's follow-up specimens. An additional approach to monitoring MRD is the combination of TdT with T-cell (e.g., CD7 or CD3) or B-cell (e.g., CD19 or CD10) markers. The combination TdT/CD19 is also useful for distinguishing hematogones from residual/relapsed precursor B-ALL (*see* Section 3.5.2).

Whereas the immature neoplastic cells in ALL can be confused morphologically with mature neoplastic lymphoid cells in LPD/NHL, blasts in AML are morphologically distinctive from the maturing myeloid precursors. Therefore, testing for TdT in AML is not necessary irrespective of whether CD34 is expressed or not. The expression of TdT in AML is noncontributory for diagnostic and prognostic purposes. Furthermore, because of the high frequency of antigenic shift in AML, it is unlikely that TdT can be useful as a fingerprint at relapse.

**MPO antibody**: The demonstration of MPO activity or CD13 and CD33 expression constitutes firm evidence of myeloid differentiation. MPO activity can be detected cytochemically (MPO cyto) or immunologically (MPO Ab). Therefore, MPO Ab testing may not always be necessary if the leukemia is either positive for MPO cyto or expresses both CD13 and CD33. Acute leukemias expressing only one of these two antigens (either CD13 or CD33) but with no lymphoid markers are invariably AML, in which case MPO Ab testing may also be omitted.

In contrast, if the blast population does not demonstrate a clear lineage (e.g., only one lymphoid and one myeloid marker are expressed), then testing for MPO Ab would be helpful. At the same time, staining for the appropriate cytoplasmic lymphoid marker, either cCD22 or cCD3, should also be performed. The frequency of cases where additional testing for MPO Ab and cCD3 or cCD22 is needed is relatively low.

**Cytoplasmic CD3, CD22, or mu chain:** With the use of multiple antibodies in the panel and the multicolor approach, the need to stain for cCD3 and cCD22 rarely arises in our laboratory. In most cases of T-ALL, the presence of CD2, CD5, and CD7 is sufficient to infer the T-cell lineage. Previously, cytoplasmic IgM (cmu) was used for subclassifying precursor B-ALL. It is no longer necessary to perform this staining because the presence or absence of cmu has been shown to be of no relevance to prognosis and therapy. Testing for cCD3 may be helpful when the neoplastic cells