# EXHIBIT 21

PT. NAME_____
SPEC. TYPE_____FLOW#_____

### ACUTE LEUKEMIA          18 MARKERS

If pre-B ALL, add cyto mu versus CD 19 and DNA Ploidy
If T ALL, add cyto CD 3 versus CD 1 and DNA Ploidy

| TAG | FL1 (FITC) | FL2 (PE) | FL3 (PECY5) |
|---|---|---|---|
| 001 | CD 16 | CD 14 | CD 45 |
| 002 | Neg(IgG1) | Neg(IgG2a) | Neg(IgG1) |
| 003 | CD 4 | CD 8 | CD 3 |
| 004 | CD 10 | CD 20 | CD 13 |
| 005 | CD 7 | CD 19 | CD 33 |
| 006 | CD 34 | CD 11b | CD 5 |
| 007 | CD 2 | CD 33 | HLADR |
| 008 | KAPPA | LAMBDA | CD 19 |
| 009 | NEG CYT | NEG - C | Neg |
| 010 | TdT | mPO-C | 34 |
| 011 | CD64 | glyco | 117 |
| 012 | | | |
| 013 | | | |
| 014 | | | |
| 015 | | | |

PT. NAME_____
SPEC. TYPE_____FLOW#_____

### ACUTE LEUKEMIA          18 MARKERS

If pre-B ALL, add cyto mu versus CD 19 and DNA Ploidy
If T ALL, add cyto CD 3 versus CD 1 and DNA Ploidy

| TAG | FL1 (FITC) | FL2 (PE) | FL3 (PECY5) |
|---|---|---|---|
| 001 | CD 16 | CD 14 | CD 45 |
| 002 | Neg(IgG1) | Neg(IgG2a) | Neg(IgG1) |
| 003 | CD 4 | CD 8 | CD 3 |
| 004 | CD 10 | CD 20 | CD 13 |
| 005 | CD 7 | CD 19 | CD 33 |
| 006 | CD 34 | CD 11b | CD 5 |
| 007 | CD 2 | CD 33 | HLADR |
| 008 | KAPPA | LAMBDA | CD 19 |
| 009 | NEG CYT | NEG - C | Neg |
| 010 | TdT | mPO-C | 34 |
| 011 | CD64 | glyco | 117 |
| 012 | | | |
| 013 | | | |
| 014 | | | |
| 015 | | | |

(Same form repeated, rotated 180° on lower half of page — two copies)

PT. NAME_____
SPEC. TYPE_____FLOW#_____

### ACUTE LEUKEMIA          18 MARKERS

If pre-B ALL, add cyto mu versus CD 19 and DNA Ploidy
If T ALL, add cyto CD 3 versus CD 1 and DNA Ploidy

| TAG | FL1 (FITC) | FL2 (PE) | FL3 (PECY5) |
|---|---|---|---|
| 001 | CD 16 | CD 14 | CD 45 |
| 002 | Neg(IgG1) | Neg(IgG2a) | Neg(IgG1) |
| 003 | CD 4 | CD 8 | CD 3 |
| 004 | CD 10 | CD 20 | CD 13 |
| 005 | CD 7 | CD 19 | CD 33 |
| 006 | CD 34 | CD 11b | CD 5 |
| 007 | CD 2 | CD 33 | HLADR |
| 008 | KAPPA | LAMBDA | CD 19 |
| 009 | NEG CYT | NEG - C | Neg |
| 010 | TdT | mPO-C | 34 |
| 011 | CD64 | glyco | 117 |
| 012 | | | |
| 013 | | | |
| 014 | | | |
| 015 | | | |

PT. NAME_____
SPEC. TYPE_____FLOW#_____

### ACUTE LEUKEMIA          18 MARKERS

If pre-B ALL, add cyto mu versus CD 19 and DNA Ploidy
If T ALL, add cyto CD 3 versus CD 1 and DNA Ploidy

| TAG | FL1 (FITC) | FL2 (PE) | FL3 (PECY5) |
|---|---|---|---|
| 001 | CD 16 | CD 14 | CD 45 |
| 002 | Neg(IgG1) | Neg(IgG2a) | Neg(IgG1) |
| 003 | CD 4 | CD 8 | CD 3 |
| 004 | CD 10 | CD 20 | CD 13 |
| 005 | CD 7 | CD 19 | CD 33 |
| 006 | CD 34 | CD 11b | CD 5 |
| 007 | CD 2 | CD 33 | HLADR |
| 008 | KAPPA | LAMBDA | CD 19 |
| 009 | NEG CYT | NEG - C | Neg |
| 010 | TdT | mPO-C | 34 |
| 011 | CD64 | glyco | 117 |
| 012 | | | |
| 013 | | | |
| 014 | | | |
| 015 | | | |

YNHH00325