# EXHIBIT 22

B

151
Review of DIANON produced records

| CLAIM INFORMATION: | |
|---|---|
| Sample number: | 151 |
| Beneficiary name: | ███████ |
| Beneficiary HIC: | ███████ |
| Date of service: | 1/20/2003 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 26 |
| 88180 units considered medically necessary: | 19 |
| Comments: | ALL<br>BM<br>∅ CD22, CD103, CD11c, CD57, CD25, HLA-DR, CD38<br><br>Interp - Neg |

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | *[signature]* |
| Review date: | 12/17/05 |

SF0437

B

114
Review of DIANON produced records

| CLAIM INFORMATION: | |
|---|---|
| Sample number: | 114 |
| Beneficiary name: | ███████ |
| Beneficiary HIC: | ███████ |
| Date of service: | 11/28/2001 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 26 |
| 88180 units considered medically necessary: | 22 |
| Comments: | PB     288.8, 289.8, 281.0     WBC 6.8<br>ALL, PA     Lymph 55%<br><br>∅ CD2, CD22, CD57, HLA-DR<br><br>Interp  B CLL |

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | /s/ Flynn |
| Review date: | 12/18/05 |

B

90
Review of DIANON produced records

| CLAIM INFORMATION: | |
|---|---|
| Sample number: | 90 |
| Beneficiary name: | ███████████ |
| Beneficiary HIC: | ███████████ |
| Date of service: | 10/24/2000 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 26 |
| 88180 units considered medically necessary: | 19 |
| Comments: | BM    ALL    WBC ~~18~~ 18K<br><br>∅ CD22, CD23, CD103, CD11C, CD57, CD25, CD38<br><br>Immunop - Neg<br>BM - Neg |

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | [signature] |
| Review date: | 12/31/05 |

A

123

Review of DIANON produced records

| CLAIM INFORMATION: | |
|---|---|
| Sample number: | 123 |
| Beneficiary name: | ███████ |
| Beneficiary HIC: | |
| Date of service: | 8/7/2003 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 26 |
| 88180 units considered medically necessary: | 12 |
| Comments: | BM  CML, ALL<br>∅ CD2, CD7, CD8, CD5, CD22, CD23, CD103, CD11c, CD57, CD25, HLA-DR, CD38, kappa, lambda<br>Conclus - Neg for B or T neopl or acute leuk. myeloid pop. shows atypical antigenic profile<br>PB & BM  WBC 3700<br>features c/w chemotherapy |

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | SFlynn |
| Review date: | 11/20/05 |

A

124

Review of DIANON produced records

| CLAIM INFORMATION: | |
|---|---|
| Sample number: | 124 |
| Beneficiary name: | |
| Beneficiary HIC: | |
| Date of service: | 10/28/2003 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 26 |
| 88180 units considered medically necessary: | 12 |
| Comments: | CML, ALL<br>BM<br>∅ CD2, CD4, CD8, CD5, CD22, CD23, CD103, CD11c, CD57, CD25, HLA-DR, CD38, kappa, lambda<br>Interp - c/w marrow involvement by precursor B cell ALL<br>(did CD79a, TdT, CD117, mPO) |

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | [signature] |
| Review date: | 11/20/05 |

SF0150

A

125

Review of DIANON produced records

| CLAIM INFORMATION: | |
|---|---|
| Sample number: | 125 |
| Beneficiary name: | |
| Beneficiary HIC: | |
| Date of service: | 12/15/2003 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 26 |
| 88180 units considered medically necessary: | 12 |
| Comments: | ALL, CML<br>∅ CD D, CD4, CD8, CD5, CD22, CD23, CD103, CD11c, CD57, CD25, HLA-DR, CD38, Kappa, lambda<br><br>Interpt - involvement by prec. B ALL |

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | SFlynn |
| Review date: | 11/20/05 |

SF0151