# EXHIBIT 23

79

Review of DIANON produced records

| CLAIM INFORMATION: | |
|---|---|
| Sample number: | |
| Beneficiary name: | |
| Beneficiary HIC: | |
| Date of service: | 12/31/1998 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 25 |
| 88180 units considered medically necessary: | 14 |
| Comments: | 86400 Leukopenia, Anemia, H/o Splenomegaly, Bone Marrow  BM bx diagnosed at Dianon  ♂ CD 2, 7, 13, 33, 22, 11c, 56, 57, 25, 34, HLA·DR |

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | [signature] |
| Review date: | 8/4/03 |

SF0614

84

Review of DIANON produced records

| CLAIM INFORMATION: | |
|---|---|
| Sample number: | |
| Beneficiary name: | |
| Beneficiary HIC: | |
| Date of service: | 10/13/2000 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 26 |
| 88180 units considered medically necessary: | 21 |
| Comments: | 80 y o ♀ Thrombocytopenia Splenomegaly Bone Marrow No further distinction<br><br>∅ CD2, 7, 22, 25, HLA-DR |

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | [signature] |
| Review date: | 8/4/03 |

B

70
Review of DIANON produced records

| CLAIM INFORMATION: | |
|---|---|
| Sample number: | 70 |
| Beneficiary name: | ███████ |
| Beneficiary HIC: | ███████ |
| Date of service: | 4/17/2000 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 25 |
| 88180 units considered medically necessary: | 18 |
| Comments: | BM    R/O CML    WBC 26.4<br>     splenomegaly   lymphs 81.1<br><br>∅ CD2, CD7, CD103, CD11c, CD57, CD25, HLA-DR<br><br>Interp - c/w CLL<br><br>BM - CLL |

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | [signature] |
| Review date: | 12/31/05 |

B

78
Review of DIANON produced records

| CLAIM INFORMATION: | |
|---|---|
| Sample number: | 78 |
| Beneficiary name: | ▬▬▬▬▬ |
| Beneficiary HIC: | ▬▬▬▬▬ |
| Date of service: | 6/2/2000 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 25 |
| 88180 units considered medically necessary: | 20 |
| Comments: | BM — Pancytopenia, H/o splenomegaly, WBC 2.8, Hgb 9.1, Plt 114<br>∅ CD2, CD7, CD22, CD57, HLA-DR<br>Jntyp — lambda, 19, 20, 22 ⊕; 5, 10 ⊖<br>BM — positive (low level) |

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | [signature] |
| Review date: | 12/31/05 |

SF0364

B

80
Review of DIANON produced records

| CLAIM INFORMATION: | |
|---|---|
| Sample number: | 80 |
| Beneficiary name: | █████████ |
| Beneficiary HIC: | █████████ |
| Date of service: | 6/19/2000 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 26 |
| 88180 units considered medically necessary: | 20 |
| Comments: | BM  Pancytopenia; Splenomegaly WBC 2.?  Hgb 10.2  p/t 42k<br><br>∅CD2, CD7, CD22, CD57, HLA-DR, CD38<br><br>Jintyp - Neg<br><br>BM - Neg - 2 lymphoid aggregates |

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | *[signed]* |
| Review date: | 12/31/05 |

A

11

Review of DIANON produced records

| CLAIM INFORMATION: | |
|---|---|
| Sample number: | 11 |
| Beneficiary name: | ███████ |
| Beneficiary HIC: | |
| Date of service: | 12/14/2001 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 26 |
| 88180 units considered medically necessary: | 23 |
| Comments: | Anemia, cytopenia, MDS, lymphoma r/o splenomegaly BM ∅CD2, CD22, CD38 Corel - kappa monotypic CD20⊕ small B cell lymphoma |

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | [signature] |
| Review date: | 11/8/05 |

SF0037