# EXHIBIT 24

B

121
Review of DIANON produced records

| CLAIM INFORMATION: | |
|---|---|
| Sample number: | 121 |
| Beneficiary name: | ███████ |
| Beneficiary HIC: | ███████ |
| Date of service: | 1/31/2002 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 26 |
| 88180 units considered medically necessary: | 11 |
| Comments: | BM    R/O CML    WBC 13.3<br><br>∅ Kappa, lambda, CD5, CD4, CD8, CD2, CD7, CD22, CD23, CD103, CD11c, CD57, CD25, HLA-DR, CD38<br><br>Interp - Neg<br>BM - Neg<br>Bcr/Abl - Neg |

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | [signature] |
| Review date: | 12/18/05 |

B

173
Review of DIANON produced records

| CLAIM INFORMATION: | |
|---|---|
| Sample number: | 173 |
| Beneficiary name: | ▓▓▓ |
| Beneficiary HIC: | ▓▓▓ |
| Date of service: | 10/1/2003 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 26 |
| 88180 units considered medically necessary: | 12 |
| Comments: | P/B      CML      WBC 16.8<br>∅ kappa, lambda, CD5, CD4, CD8, CD2, CD22, CD23, CD103, CD11c, CD57, CD25, HLA-DR, CD38<br>Interp - Atyp. gran. prof.<br>BM - c/w CML<br>Cytogen 9/22 |

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | S. Flynn |
| Review date: | 12/18/05 |

13

Review of DIANON produced records

| CLAIM INFORMATION: | |
|---|---|
| Sample number: | |
| Beneficiary name: | |
| Beneficiary HIC: | |
| Date of service: | 10/7/1998 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 22 |
| 88180 units considered medically necessary: | 14 |
| Comments: | 83 y.o. ♂ WBC 21K, Plts 871K N/ LAP R/O Myeloprolif, CML ⌀ CD 22, 103, 11c, 56, 57, 25; HLA-DR, 7 |

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | [signature] |
| Review date: | 8/24/03 |

SF0548

158

Review of DIANON produced records

| CLAIM INFORMA[TION] | |
|---|---|
| Sample number: | |
| Beneficiary name: | |
| Beneficiary HIC: | |
| Date of service: | 3/30/2001 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 26 |
| 88180 units considered medically necessary: | 17 |
| Comments: 50 y o F cML 4 yrs ago, treated Bone Marrow BM Bx Done ✓ cD 2, 7, 22, 103, 11c, 57, 25, HLA, 38 | |

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | [signature] |
| Review date: | 8/21/03 |

SF0690

B

70
Review of DIANON produced records

| CLAIM INFORMATION: | |
|---|---|
| Sample number: | 70 |
| Beneficiary name: | |
| Beneficiary HIC: | |
| Date of service: | 4/17/2000 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 25 |
| 88180 units considered medically necessary: | 18 |
| Comments: | BM    R/O CML    WBC 26.4 |
| | splenomegaly    lymphs 81.1 |
| | ∅ CD2, CD7, CD103, CD11c, CD57, CD25, HLA-DR |
| | Interp - c/w CLL |
| | BM - CLL |

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | [signed] |
| Review date: | 12/31/05 |

SF0356