# EXHIBIT 25

7

Review of DIANON produced records

| CLAIM INFORMATION: | |
|---|---|
| Sample number: | |
| Beneficiary name: | |
| Beneficiary HIC: | |
| Date of service: | 8/19/1998 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 26   17 7/16/03 |
| 88180 units considered medically necessary: | 18 15 |
| Comments: | Diagnosis AML-M5   WBC 9  Hgb 12 Diff → 65% Blasts Specimen - BM aspirate 17 7/16/03 ✓ CD 22, 23, 103, 46, 56, 57, 25, 38 CD 2, 7, 25, HLA-DR |

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | [signature] |
| Review date: | 6/17/03 |

A

203

Review of DIANON produced records

| CLAIM INFORMATION: | |
|---|---|
| Sample number: | 203 |
| Beneficiary name: | |
| Beneficiary HIC: | |
| Date of service: | 12/5/2002 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 26 |
| 88180 units considered medically necessary: | 10 |
| Comments: | 204.00    WBC 8.8<br>BM<br>∅ kappa, lambda, CD5, CD4, CD8, CD2, CD7, CD22, CD10, CD23, CD103, CD11c, CD57, CD25, HLA-DR, CD38<br>Coral- Neg for AML |

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | S Flynn |
| Review date: | 11/27/05 |

SF0229

B

91
Review of DIANON produced records

| CLAIM INFORMATION: | |
|---|---|
| Sample number: | 91 |
| Beneficiary name: | ▮▮▮▮▮▮▮▮ |
| Beneficiary HIC: | |
| Date of service: | 2/8/2001 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 26 |
| 88180 units considered medically necessary: | 13 |
| Comments: | PB      AML<br><br>∅ kappa, lambda, CD5, CD4, CD8, CD2, CD22, CD23, CD103, CD11c, CD57, CD25, CD38<br><br>Interp – AML |

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | [signature] |
| Review date: | 12/31/05 |

B

101
Review of DIANON produced records

| CLAIM INFORMATION: | |
|---|---|
| Sample number: | 101 |
| Beneficiary name: | |
| Beneficiary HIC: | |
| Date of service: | 4/2/2001 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 26 |
| 88180 units considered medically necessary: | 19 |
| Comments: | PB   238.7  285.9   WBC 18.8  AML   60% lymph.  ∅ CD2, CD22, CD103, CD11C, CD57, CD25, CD38   Interp AML |

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | [signature] |
| Review date: | 12/31/05 |

89

Review of DIANON produced records

| CLAIM INFORMATION: | |
|---|---|
| Sample number: | |
| Beneficiary name: | |
| Beneficiary HIC: | |
| Date of service: | 11/30/1998 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 27 |
| 88180 units considered medically necessary: | 19 |
| Comments: | 77:10 o? R/O AML Bone Marrow BM br diagnosed at Dianon of CD 2, 7, 22, 103, 56, 57, 25, HLA-DR |

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | [signature] |
| Review date: | 8/11/03 |

A

187

Review of DIANON produced records

| CLAIM INFORMATION: | |
|---|---|
| Sample number: | 187 |
| Beneficiary name: | |
| Beneficiary HIC: | |
| Date of service: | 3/27/1998 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 25 |
| 88180 units considered medically necessary: | 17 22  1/2/06 |
| Comments: | CLL /? unsp. Leuk |

Spec?

✓ CD2, CD7, CD22, CD13, CD33,  Corrected 1/2/06
CD57, CD34, HLA-DR

Interp - Neg

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | [signature] |
| Review date: | 12/11/05   1/2/06 |

SF0213

A

188

Review of DIANON produced records

| CLAIM INFORMATION: | |
|---|---|
| Sample number: | 188 |
| Beneficiary name: | |
| Beneficiary HIC: | |
| Date of service: | 10/7/1998 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 25 |
| 88180 units considered medically necessary: | 13 |
| Comments: | AML<br>∅ kappa, lambda, CD5, CD4, CD8, CD2, CD22, CD23, CD103, CD11c, CD57, CD25,<br><br>Interp - None |

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | *[signed]* |
| Review date: | 1/2/06 |

A

189

Review of DIANON produced records

| CLAIM INFORMATION: | |
|---|---|
| Sample number: | 189 |
| Beneficiary name: | |
| Beneficiary HIC: | |
| Date of service: | 7/7/2000 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 26 |
| 88180 units considered medically necessary: | 13 |
| Comments: | AML<br>ø kappa, lambda, CD5, CD4, CD8, CD2, CD22, CD23, CD103, CD11c, CD57, CD25, CD38<br><br>Interp - Neg |

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | S Flynn |
| Review date: | 1/2/06 |

A

31

Review of DIANON produced records

| CLAIM INFORMATION: | |
|---|---|
| Sample number: | 31 |
| Beneficiary name: | |
| Beneficiary HIC: | |
| Date of service: | 11/16/1998 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 27 |
| 88180 units considered medically necessary: | 21 |
| Comments: | BM   205.0 (AML)   287.5 (unsp. thrombocyt)   ∅CD2, CD22, CD57, CD103, CD11c, CD25   Interp - ?/? FAB M5 |

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | SFlynn |
| Review date: | 12/13/05 |

SF0057

A

21

Review of DIANON produced records

| CLAIM INFORMATION: | |
|---|---|
| Sample number: | 21 |
| Beneficiary name: | |
| Beneficiary HIC: | |
| Date of service: | 11/17/2000 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 26 |
| 88180 units considered medically necessary: | 22 |
| Comments: | BM Pancytopenia. R/O AML, MDS<br>⌀ CD2, CD22, CD57, CD38<br><br>Core. Small pop. of CD34 ⊕ →correlate with blood smear/BM |

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | SFlynn |
| Review date: | 11/8/05 |

SF0047