# EXHIBIT 26

Case 3:02-cv-01573-MRK     Document 186-25     Filed 09/29/2006     Page 1 of 3

93

Review of DIANON produced records

| CLAIM INFORMATION: | |
|---|---|
| Sample number: | 93 |
| Beneficiary name: | ▮▮▮▮▮▮ |
| Beneficiary HIC: | |
| Date of service: | 10/6/1999 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 26 |
| 88180 units considered medically necessary: | 21 |
| Comments: | 76 y/o ♂, Anemia<br>Peripheral Blood<br>Pt had PB phenotyped 6/11/99<br>(This specimen was 10/6/99 — ? correlation)<br>o/c ∆ 2, 7, 22, (11c), HLA-DR |

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | *Stuart Flynn* |
| Review date: | 8/4/03 |

**CONFIDENTIAL HEALTH INFORMATION - SUBJECT TO PROTECTIVE ORDER**

FLYN000093

**DIANON SYSTEMS**
*The Definitive Choice in Pathology*

S91046362   46362

DEFENDANTS'
EXHIBIT D
15
J.P. Stelos

## PATHOLOGY SERVICES TEST REQUISITION

### ACCOUNT INFORMATION
ACCOUNT NO.: G-70110
TELEPHONE NO.: 770-941-1661
ACCOUNT NAME AND ADDRESS:
GEORGIA CANCER SPECIAL. *
870 CRESTMARK DR, #201
LITHIA SPRINGS, GA  30067

REQUESTING PHYSICIAN: Bordoni
REFERRING PHYSICIAN:

### PATIENT INFORMATION
PATIENT SOC. SEC. NO.: 412149156
PATIENT D.O.B.: 02/18/23
PATIENT LAST NAME: [redacted]
STREET ADDRESS: [redacted]
CITY: [redacted]  STATE: GA  ZIP CODE: 30135
SEX: M ☐ F ☐
PATIENT CHART NO. (OPTIONAL):
PATIENT TELEPHONE NO.:

### BILLING INFORMATION
An ICD-9 Code for this patient's visit is required in order to process this requisition. Please provide the current ICD-9 code in the space on the right. If billing information is already on file at DIANON, provide Social Security No. under PATIENT INFORMATION and check box

ICD-9 Code: 284.8 / 285.9
Other Specified Aplastic Anemia / Anemia

BILL TO: ☐ ACCOUNT ☐ PATIENT ☒ MEDICARE # 412149156A ☐ MEDICAID #

INSURANCE COMPANY/HMO NAME:
STATE / NAME OF EMPLOYER:
POLICY NO.:
GROUP NO.:

INSURANCE COMPANY STREET ADDRESS:
☐ Secondary Insurance Information Attached
CITY / STATE / ZIP:
PATIENT'S RELATIONSHIP TO INSURED: ☐ SPOUSE ☐ CHILD ☐ OTHER
NAME OF INSURED (if other than patient):

### SPECIMEN COLLECTION
SPECIMEN TYPE:   COLLECTION DATE: 10/6/99
☐ Lymph Node: Site _____ ☐ Fresh ☐ Frozen
☐ Solid Tumor: Site _____ ☐ Fresh ☐ Frozen
☐ Bone Marrow: ☐ ACD (Yellow Top) ☐ Sod. Hep. (Green Top)
☒ Peripheral Blood: ☒ ACD (Yellow Top) ☐ Sod. Hep. (Green Top)
☐ Slides/Paraffin Blocks
☐ Stem Cells
☐ Other _____

### CLINICAL INFORMATION (Required)
Clinical Diagnosis: _____

CBC Results: WBC ___ Hgb/Hct ___ MCV ___
☒ (Attached) RDW ___ Plt. Ct. ___ Retic. Ct. ___

Clinical History:
Drugs/Medication: _____
History of Malignancy Type: _____ Site: _____
☐ Splenomegaly  ☐ Lymphadenopathy
Treatment:
☐ None  ☐ Chemo  ☐ Rad.  Dates: from ___ to ___

Indications for Study:
[illegible checkboxes — Myelodysplasia, Chronic Leukemia, Acute Leukemia, Carcinoma, Staging Lymphoma]

RECEIVED OCT 1999

### TESTS REQUESTED †
**Morphologic Interpretation (w/special stains)**
☐ 490 Bone Marrow Core
☐ 491 Bone Marrow Aspirate
☐ 492 Bone Marrow Clot
☐ 493 Peripheral Blood Smear
☐ Consultation on slides prepared elsewhere.
☐ Permission to perform cytochemical studies if medically necessary.

**Molecular/Flow Cytometry Studies**
☒ XL3  Immunophenotyping (Flow Cytometry, 18-26 markers)
☐ XL4  Immunophenotyping (18-26 markers) with T-Cell/B-Cell Gene Rearrangement
☐ XL5  T-Cell Gene Rearrangement
☐ XL5B B-Cell Gene Rearrangement ONLY
☐ XL6  bcr/abl Gene Rearrangement (CML)
☐ XL7  bcl-2 Gene Rearrangement (Follicular Lymphoma)
☐ XL21 PML/RARA Gene Rearrangement (APL)
☐ XL9  Immune Deficiency Panel (5 markers) (Provide WBC Count & % Lymph)
☐ XL13 Epstein-Barr Virus Clonality

1 yellow (bl) to Flow

**Cytogenetic Evaluation**
☐ XL8  Chromosome Analysis (Unstimulated)
☐ XL20 Chromosome Analysis (Solid Tumor)

**Bone Marrow Transplant Engraftment Evaluation**
☐ XL18 Pre-Transplant Analysis, Donor. (Name of Recipient _____)
☐ XL19 Pre-Transplant Analysis, Recipient. (Name of Donor _____)

003713