# EXHIBIT 27

79

Review of DIANON produced records

_____

| CLAIM INFORMATION: | |
|---|---|
| Sample number: | 79 |
| Beneficiary name: | |
| Beneficiary HIC: | |
| Date of service: | 12/31/1998 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 25 |
| 88180 units considered medically necessary: | 14 |
| Comments: | |

86400 → Leukopenia, Anemia, H/o Splenoregaly
Bone Marrow       BM bx diagnosed at
                         ?bron

✗ CD 2, 7, 13, 33, 22, 11c, (56), 57, 25, 34,
   HLA·DR

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | |
| Review date: | 8/4/03 |

**CONFIDENTIAL HEALTH INFORMATION -
SUBJECT TO PROTECTIVE ORDER**

FLYN000079

# DIANON SYSTEMS 003203

*Diagnostic Innovations for Medicine*

S90137585



...OLOGY SERVICES
...TEST REQUISITION

## ACCOUNT INFORMATION

ACCOUNT NO.          TELEPHONE NO.

M-AGH40      904-753-5433

ACCOUNT NAME AND ADDRESS

MATHEW, DR LOURDES M.
121A LAGRANDE BLVD
LADY LAKE        ,FL    32159

REQUESTING PHYSICIAN          REFERRING PHYSICIAN

## PATIENT INFORMATION

PATIENT LAST NAME          FIRST NAME          M.I.

STREET ADDRESS

CITY          STATE  FL   ZIP CODE  32159

SEX M ☐ F ☑          PATIENT CHART NO. (OPTIONAL)          PATIENT TELEPHONE NO.  352-753-5554

## BILLING INFORMATION

An ICD-9 Code for this patient's visit is required in order to process this requisition.
Please provide the current ICD-9 code in the space on the right.          ICD-9 Code: 288-0 4 789.2

- If billing information is already on file at DIANON, provide Social Security No. under PATIENT INFORMATION and check here ☐

BILL TO: ☐ ACCOUNT  ☐ PATIENT  ☑ MEDICARE 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A  ☐ MEDICAID # _____  ☐ HMO  ☐ PPO  ☐ INSURANCE

INSURANCE COMPANY/HMO NAME          STATE  NAME OF EMPLOYER          POLICY NO.          GROUP NO.

INSURANCE COMPANY STREET ADDRESS          CITY          STATE          ZIP

NAME OF INSURED (if other than patient)          PATIENT'S RELATIONSHIP TO INSURED  ☐ SPOUSE  ☐ CHILD  ☐ OTHER

☐ Secondary Insurance Information Attached

## SPECIMEN COLLECTION

SPECIMEN TYPE:     COLLECTION DATE 12/31/98

- ☐ Lymph Node:    Site _____    ☐ Fresh    ☐ Frozen
- ☐ Solid Tumor:   Site _____    ☐ Fresh    ☐ Frozen
- ☑ Bone Marrow:   ☐ ACD (Yellow Top)    ☑ Sod. Hep. (Green Top)
- ☐ Peripheral Blood:   ☐ ACD (Yellow Top)    ☐ Sod. Hep. (Green Top)
- ☐ Slides/Paraffin Blocks
- ☐ Stem Cells
- ☐ Other _____

## CLINICAL INFORMATION (Required)

Clinical Diagnosis: _Leucopenia, Hyperglycemia_

CBC Results:   WBC _____   Hgb/Hct _____   MCV _____
☐ (Attached)   RDW _____   Plt. Ct. _____   Retic. Ct. _____

Clinical History:
Drugs/Medication: _Cardura, Prozac_

History of Malignancy: Type: _____   Site: _____
☑ Splenomegaly          ☐ Lymphadenopathy

Treatment:
☐ None   ☐ Chemo.   ☐ Rad.   Dates: from _____

Indications for Study:

## TESTS REQUESTED

**Morphologic Interpretation (w/special stains)**
- ☑ 490 Bone Marrow Core
- ☑ 491 Bone Marrow Aspirate
- ☑ 492 Bone Marrow Clot
- ☐ 493 Peripheral Blood Smear
- ☐ Consultation on slides prepared elsewhere.
- ☐ Permission to perform cytochemical studies if clinically necessary.

**Molecular/Flow Cytometry Studies**
- ☑ XL3 Immunophenotyping (Flow Cytometry 11 markers)
- ☐ XL4 Immunophenotyping (18-26 markers) with T-Cell/B-Cell Gene Rearrangement
- ☐ XL5 T-Cell/B-Cell Gene Rearrangement
- ☐ XL5T T-Cell Gene Rearrangement ONLY
- ☐ XL5B B-Cell Gene Rearrangement ONLY
- ☐ XL6 bcr/abl Gene Rearrangement (CML)
- ☐ XL7 bcl-2 Gene Rearrangement (Follicular Lymphoma)
- ☐ XL21 PML/RARA Gene Rearrangement (APL)
- ☐ XL9 Immune Deficiency Panel (5 markers) (Provide WBC Count & % Lymph)
- ☐ XL13 Epstein-Barr Virus Clonality

**Cytogenetic Evaluation**
- ☑ XL8 M...mosome Analysis (Unstimulated)
- ☐ XL20 Chromosome Analysis (Solid Tumor)

**Bone Marrow Transplant Engraftment Evaluation**
- ☐ XL18 Pre-Transplant Analysis, Donor. (Name of Recipient _____ )
- ☐ XL19 Pre-Transplant Analysis, Recipient. (Name of Donor _____ )
- ☐ XL11 Post-Transplant Analysis

*(handwritten)* 1 core / 2 slides / 1 clot / 1 yellow to flow

*(handwritten)* 1 green to cyto

## PATIENT AUTHORIZATION

I authorize any holder of medical or other information about me to release to the Social Security Administration, its intermediaries, Blue Shield, or other carriers any information needed for this or related claims. I permit a copy of this authorization to be used in place of the original and request payment of medical insurance benefits.

PATIENT'S SIGNATURE          DATE

DIANON Systems, Inc. • 200 Watson Blvd. • Stratford, CT 06497 • [phone] • [fax]