# EXHIBIT 28

B

6
Review of DIANON produced records

| CLAIM INFORMATION: | |
|---|---|
| Sample number: | 6 |
| Beneficiary name: | |
| Beneficiary HIC: | |
| Date of service: | 2/1/1996 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 22 |
| 88180 units considered medically necessary: | 18 |
| Comments: | Anemia<br>BM<br>∅ CD2, CD22, CD25, HLA-DR<br><br>Interp - No T or B cell neoplasm<br>PB - WBC in nl numbers<br>BM - Fe deficiency |

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | [signature] |
| Review date: | 12/10/05 |

# DIANON SYSTEMS
*Diagnostic Innovations for Medicine*

**THOLO** 
**TEST R**

DEFENDANT'S EXHIBIT

Handwritten at top: 7x16/5-22, 50ul

## ACCOUNT INFORMATION

**ACCOUNT NO.** C-21240  
**TELEPHONE NO.** 912-265-1212  
**ACCOUNT NAME AND ADDRESS**  
OSTA, DR SALIM M. *  
3226 'G' HAMPTON AVENUE  
BRUNSWICK, GA 31520

**REQUESTING PHYSICIAN:** Osta  
**REFERRING PHYSICIAN:**

## SPECIMEN

**SPECIMEN TYPE:**
- ☐ Lymph Node — Site ___
- ☐ Solid Tumor — Site ___
- ☒ Bone Marrow
- ☐ Peripheral Blood
- ☒ Slides/Paraffin Blocks
- ☐ Stem Cells
- ☐ Other ___

- ☒ ACD (Yellow Top)
- ☐ ACD (Yellow Top)

- ☒ Sod. Hep. (Green Top)
- ☐ Sod. Hep. (Green Top)
- ☐ Fresh  ☐ Frozen
- ☐ Fresh  ☐ Frozen

**COLLECTION DATE:** 2/1/96

## PATIENT INFORMATION

**PATIENT SOC. SEC. NO.** 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  
**DATE OF BIRTH:** 8-15-20  
**PATIENT LAST NAME / FIRST NAME / M.I.:** [redacted]  
**STREET ADDRESS:** [redacted]  
**CITY:** [redacted]  **STATE:** GA  **ZIP CODE:** 31521  
**M/F:** F  **PATIENT CHART NO.:** 2902  **PATIENT TELEPHONE NO.:** 912-264-1025

## CLINICAL INFORMATION (Required)

**Clinical Diagnosis:** 1 core, 1 clot, 2 slides, 1 yellow, 1 purple, 1 green — to cyto / Flow  
**CBC Results:** WBC ___ RDW ___ MCV ___  
☐ (Attached)  
**Clinical History:**  
**Drugs/Medication:**  
**History of Malignancy** Type: ___ Site: ___  
☐ Splenomegaly  ☐ Lymphadenopathy  
**Treatment:** ☐ None  ☐ Chemo  ☐ Rad. Dates: from ___ to ___

**Indications for Study:**
- ☐ Cytopenia(s)
- ☐ Monoclonal Gammopathy
- ☒ Other: Fatigue
- ☒ Anemia
- ☐ Myeloproliferative Disorder
- Staging: ☐ Lymphoma
- ☐ Myelodysplasia
- ☐ Chronic Leukemia
- ☐ Acute Leukemia
- ☐ Carcinoma

## BILLING INFORMATION

Check Only One • If billing information is already on file at DIANON, provide Patient Soc. Sec. No. and check here. ☐
- ☒ BILL TO MEDICARE, NO. 259116 5452 A
- ☐ BILL TO ACCOUNT
- ☐ BILL TO PATIENT
- ☐ BILL TO MEDICAID, NO.
- ☐ BILL TO HMO
- ☐ BILL TO INSURANCE

**ICD-9 DIAGNOSTIC CODE:**

INSURANCE COMPANY/HMO NAME ___ STATE ___  
STREET ADDRESS ___  
CITY ___ STATE ___ ZIP CODE ___  
POLICY NO. ___ GROUP NO. ___  
IF GROUP, NAME OF EMPLOYER ___  
INSURED OR RESPONSIBLE PARTY, IF OTHER THAN PATIENT  
LAST NAME ___ FIRST NAME ___  
PATIENT RELATIONSHIP TO INSURED ☐ SPOUSE ☐ CHILD ☐ OTHER  
☐ SECONDARY INSURANCE INFORMATION ATTACHED

## TESTS REQUESTED

**Morphologic Interpretation**
- ☒ 490 Bone Marrow Core
- ☒ 491 Bone Marrow Aspirate
- ☒ 492 Bone Marrow Clot
- ☒ 493 Peripheral Blood Smear
- ☐ Consultation on slides prepared elsewhere
- ☐ Permission to perform cytochemical studies if medically necessary

**Molecular/Flow Cytometry Studies**
- ☒ XL3 Immunophenotyping (Flow Cytometry)
- ☐ XL4 Immunophenotyping with T-Cell/B-Cell Gene Rearrangement
- ☐ XL5 T-Cell/B-Cell Gene Rearrangement
- ☐ XL5T T-Cell Gene Rearrangement ONLY
- ☐ XL5B B-Cell Gene Rearrangement ONLY
- ☐ XL6 bcr/abl Gene Rearrangement
- ☐ XL7 bcl-2 Gene Rearrangement (Follicular Lymphoma)
- ☐ XL9 Immune Deficiency Panel (Include WBC Count & % Lymph)
- ☐ XL13 Epstein-Barr Virus Clonality

**Cytogenetic Evaluation**
- ☒ XL8 Chromosome Analysis (Unstimulated)
- ☐ XL20 Chromosome Analysis (Solid Tumor)

**Bone Marrow Transplant Engraftment Evaluation**
- ☐ XL18 Pre-Transplant Analysis, Donor. (Name of Recipient ___)
- ☐ XL19 Pre-Transplant Analysis, Recipient. (Name of Donor ___)
- ☐ XL11 Post-Transplant Analysis

Stamp: FEB 2 – 1996

## PATIENT AUTHORIZATION

I authorize any holder of medical or other information about me to release to the Social Security Administration, its Intermediates, Blue Shield, or other carriers any information needed for this or related claims. I permit a copy of this authorization to be used in place of the original and request payment of medical insurance benefits.

PATIENT'S SIGNATURE ___ DATE ___

DIANON Systems, Inc. • 200 Watson Boulevard • Stratford, CT 06497 • 800-328-2666 • 203-381-4000
© 1995 DIANON Systems, Inc.
(1189) 9/95

WHITE COPY TO DIANON   PINK COPY TO PHYSICIAN

CONFIDENTIAL HEALTH INFORMATION
PP04266

ONCOLOGY MEDICAL CLINIC
3226-G HAMPTON AVENUE
BRUNSWICK, GA 31520

CELL-DYN 1600 SPECIMEN DATA REPORT

Specimen ID# : 2019611
Type: PATIENT
(Open)

Feb 01 1996   13:40
Operator I.D.:   --
Sequence # :   413

- WBC: 9.8 K/uL
- LYM: 2.1    21.1 %L
- *MID: 0.5    5.6 %M
- GRAN: 7.2    73.3 %G

- RBC: 3.16 M/uL
- HGB: 7.4 g/dL
- HCT: 23.4 %
- MCV: 74. fL
- MCH: 23.4 pg
- MCHC: 31.6 g/dL
- RDW: 21.7 %

- PLT: 334. K/uL
- MPV: 8.6 fL
- PCT: 0.29 %
- PDW: 17.1 10(GSD)

5.07 s
6.55 s

* MID cells may include less frequently occurring and rare cells correlating to monocytes, eosinophils, basophils, blasts and other precursor white cells.

Manual Diff:
___ Neutrophils
___ Band Neutro
___ Lymphocytes
___ Monocytes
___ Eosinophils
___ Basophils
___ Atyp Lymphs
___ Prolymphocytes
___ Metamyelocytes
___ Myelocytes
___ Promyelocytes
___ Blasts
___ NRBC/100 WBC's

Platelet Estimate: ___ Avg ___ Dec ___ Inc

RBC Morphology: _____

___ Normal

PATIENT ▓▓▓▓▓▓▓▓▓▓▓▓▓   DATE 2/1/96

ESR ____ mm/hr
(M 0-10)(F 0-15)
Retic ____ % (0.5-2.0)
PT ____ sec (11-13)
INR ____ (2.0-3.5)
RF ____ Qual (neg)
RF ____ IU/mL (<20)
Glucose ____ mg/dL
(70-135)

Reference Ranges:

WBC (4.6-10.2)
LYM (0.6-3.4)(10-50%)
MON (0.0-0.9)(0-12%)
NEU (2.0-6.9)(37-80%)
EOS (0-0.7)(0-7%)
BAS (0-0.2)(0-2.5%)
RBC (M 4.69-6.13)
    (F 4.04-5.48)
HGB (M 14.1-18.1)
    (F 12.2-16.2)
HCT (M 43.5-53.7)
    (F 37.7-47.9)
MCV (80-97)
MCH (27.0-31.2)
MCHC (31.8-35.4)
RDW (11.6-14.8)
PLT (142-424)

✓ CBC   ___ PT   ___ RF
___ ESR   ___ UA   ___ P65
___ RETIC   ___ OB   ___ EXEC

CONFIDENTIAL HEALTH INFORMATION
PP04267