# EXHIBIT 29

B

106
Review of DIANON produced records

| CLAIM INFORMATION: | |
|---|---|
| Sample number: | 106 |
| Beneficiary name: | |
| Beneficiary HIC: | |
| Date of service: | 7/11/2001 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 26 |
| 88180 units considered medically necessary: | 11 |
| Comments: | Megaloblastic Anemia R/O MDS |

BM

∅ Kappa, lambda, CD5, CD4, CD8, CD2,
CD7, CD22, CD23, CD103, CD11c,
CD57, CD25, HLA-DR, CD38

Interp – Neg.
BM – Neg

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | |
| Review date: | 12/31/05 |

SF0392

B

102
Review of DIANON produced records

| CLAIM INFORMATION: | |
| --- | --- |
| Sample number: | 102 |
| Beneficiary name: | |
| Beneficiary HIC: | |
| Date of service: | 4/20/2001 |

| REVIEW INFORMATION: | |
| --- | --- |
| 88180 units performed: | 26 |
| 88180 units considered medically necessary: | 23 |
| Comments: | Anemia, Leukemia   WBC 6.1 |

BM

∅CD 2, CD22, CD57.

Interp - Neg

BM - Neg

| REVIEWER INFORMATION: | |
| --- | --- |
| Name: | Stuart D. Flynn, MD |
| Signature: | SFlynn |
| Review date: | 12/31/05 |

SF0388

196

Review of DIANON produced records

| CLAIM INFO | |
|---|---|
| Sample numbe | |
| Beneficiary na | |
| Beneficiary H. | |
| Date of service: | 5/29/2002 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 27 |
| 88180 units considered medically necessary: | 16 |
| Comments: | 82.10 Ω Anemia MGUS Bone Marrow BM bx done ∅ CD 2, 7, 13, 33, 22, 103, 11c, 5S, 25, 34, HLA |

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | *S Flynn* |
| Review date: | 6/22/03 |

SF0725

189

Review of DIANON produced records

| CLAIM INFOR |  |
|---|---|
| Sample number: |  |
| Beneficiary nam |  |
| Beneficiary HIC |  |
| Date of service: | 3/18/2002 |

| REVIEW INFORMATION: |  |
|---|---|
| 88180 units performed: | 26 |
| 88180 units considered medically necessary: | 13 |
| Comments: | 81 y0 ♀ Hemolytic anemia Bone Marrow ∅ CD 2, 7, 13, 33, 22, 103, 11c, 56, 57, 25, 34, HLA, 38 |

| REVIEWER INFORMATION: |  |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | S Flynn |
| Review date: | 8/22/03 |

SF0718

183

Review of DIANON produced records

| CLAIM INFORM | |
|---|---|
| Sample number: | |
| Beneficiary name | |
| Beneficiary HIC: | |
| Date of service: | 2/1/2002 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 26 |
| 88180 units considered medically necessary: | 15 |
| Comments: 46 y.o ♀  Igm gammopathy, anemia Bone marrow   BM bx done

∅ CD› 2, 7, 13, 33, 22, 103, 11c, 57, 25, 34, HLA | |

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | *signature* |
| Review date: | 8/22/03 |

175

Review of DIANON produced records

| CLAIM INFORM | |
|---|---|
| Sample number: | |
| Beneficiary name: | |
| Beneficiary HIC: | |
| Date of service: | 2/11/2002 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 26 |
| 88180 units considered medically necessary: | 16 |
| Comments: | |

26 → 00?  Anemia Suspect Neoplasm
~~Mantle cell Lymphoma~~
~~Staging~~

Bone Marrow
Ø CD 2, 7, 22, 103, 11c, 56, 57, 25,
HLA, 38

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | _[signature]_ |
| Review date: | 8/22/03 |

173

Review of DIANON produced records

| CLAIM INFORMA | |
|---|---|
| Sample number: | |
| Beneficiary name: | |
| Beneficiary HIC: | |
| Date of service: | 8/20/2002 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 26 |
| 88180 units considered medically necessary: | 15 |
| Comments: | |

83.10 ♀ Anemia ↑ IgG R/O mm
Bone Marrow BM bx done

∅ CD 2, 7, 13, 33, 22, 103, 11c, 57,
25, 34, HLA

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | |
| Review date: | 8/22/03 |

SF0703

169

Review of DIANON produced records

| CLAIM INFORMAT... | |
|---|---|
| Sample number: | |
| Beneficiary name: | 1 |
| Beneficiary HIC: | |
| Date of service: | 1/18/2002 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 26 |
| 88180 units considered medically necessary: | 16 |
| Comments: | |

69 y.o ♀ MDS, Anemia, lymphoma
of thyroid
∅ CD 2, 7, 22, 103, 11c, 56, 57, 25, HLA, 38

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | _S Flynn_ |
| Review date: | 8/21/03 |

SF0699

130

Review of DIANON produced records

| CLAIM INFORMA | | |
|---|---|---|
| Sample number: | | |
| Beneficiary name: | | |
| Beneficiary HIC: | | |
| Date of service: | 8/2/2002 | |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 27 |
| 88180 units considered medically necessary: | 19 |
| Comments: 78.10 ♀ Anemia & Leukopenia Bone Marrow | |

Øc∆ 2, 7, 22, 103, 11c, 25, HcA, 38

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | SDFlynn |
| Review date: | 8/6/03 |

SF0663

128

Review of DIANON produced records

| CLAIM INFORMA |  |
| --- | --- |
| Sample number: | |
| Beneficiary name: | |
| Beneficiary HIC: | |
| Date of service: | 7/16/2001 |

| REVIEW INFORMATION: | |
| --- | --- |
| 88180 units performed: | 26 |
| 88180 units considered medically necessary: | 16 |
| Comments: | |

89400 → MPD, S/P splenectomy
Anemia, Borderline thrombocytosis
Bone Marrow    BM bx done at Dianon

∅ CD 2, 7, 13, 33, 22, 103, 11c, 25, HLA, 38

| REVIEWER INFORMATION: | |
| --- | --- |
| Name: | Stuart D. Flynn, MD |
| Signature: | |
| Review date: | 8/6/03 |

SF0661

114

Review of DIANON produced records

---

| CLAIM INFORMATION | |
|---|---|
| Sample number: | |
| Beneficiary name: | |
| Beneficiary HIC: | |
| Date of service: | 4/30/2001 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 26 |
| 88180 units considered medically necessary: | 16 |
| Comments: 76 y/o ♀ Anemia Bone Marrow H/o Breast/Colon Ca <br> CD 2, 7, 22, 103, 11c, 56, 57, 25, HLA, 3f | |

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | |
| Review date: | 8/5/03 |

SF0647

111

Review of DIANON produced records

| CLAIM INFORMAT. | |
|---|---|
| Sample number: | |
| Beneficiary name: | |
| Beneficiary HIC: | . |
| Date of service: | 3/28/2001 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 26 |
| 88180 units considered medically necessary: | 16 |
| Comments: | 67.10 of Staging NHL; Recurrence v Anemia<br>Bone Marrow<br>BM Bx done @ Dianon<br>Ø CD 2, 7, 22, 103, 11c, 56, 57, 25, HLA, 38 |

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | |
| Review date: | 8/5/03 |

SF0645

93

Review of DIANON produced records

| CLAIM INFORMATION: | |
|---|---|
| Sample number: | |
| Beneficiary name: | |
| Beneficiary HIC: | ███████████ |
| Date of service: | 10/6/1999 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 26 |
| 88180 units considered medically necessary: | 21 |
| Comments: | |

76 y/o ♂ : Anemia
Peripheral Blood
     Pt had PB phenotyped 6/11/99
     (This specimen was 10/6/99 — ? correlation)
∅ c D2, 7, 22, 11c, HLA-DR

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | Stuart Flynn |
| Review date: | 8/4/03 |

SF0628

79

Review of DIANON produced records

---

| CLAIM INFORMATION: | |
|---|---|
| Sample number: | ██████████ |
| Beneficiary name: | |
| Beneficiary HIC: | |
| Date of service: | 12/31/1998 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 25 |
| 88180 units considered medically necessary: | 14 |
| Comments: | |

86-100 → Leukopenia, Anemia, H/o Splenomegaly,
Rare Marrow    BM bx diagnosed at
Sibron

ⱷ CD 2, 7, 13, 33, 22, 11c, 56, 57, 25, 34,
H LA·AR

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | _(signature)_ |
| Review date: | 8/4/03 |

SF0614

78

Review of DIANON produced records

| CLAIM INFORMATION: | |
|---|---|
| Sample number: | |
| Beneficiary name: | |
| Beneficiary HIC: | |
| Date of service: | 5/10/2000 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 25 |
| 88180 units considered medically necessary: | 19 |
| Comments: | 9/400 → "Anemia, Leukopenia, mPD" (Bone Marrow) WBC 3.2k Hgb 8.9 Plts 258k ✓ CD 2, 7, 22, 11c, 25, HLA DR |

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | |
| Review date: | 8/4/03 |

SF0613

29

Review of DIANON produced records

| CLAIM INFORMATION: | |
|---|---|
| Sample number: | ▬▬▬▬ |
| Beneficiary name: | |
| Beneficiary HIC: | |
| Date of service: | 3/23/1999 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 25 |
| 88180 units considered medically necessary: | 14 |
| Comments: | 80,400→ Anemia. R/O myeloma ∅ CD 2, 7, 22, 11c, 33, 13, 56, 57, 25, 34, HLA·DR |

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | _(signature)_ |
| Review date: | 6/26/03 |

20

Review of DIANON produced records

| CLAIM INFORMATION: | |
|---|---|
| Sample number: | |
| Beneficiary name: | |
| Beneficiary HIC: | ▬▬▬▬▬ |
| Date of service: | 8/17/1998 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 25 |
| 88180 units considered medically necessary: | 19 |
| Comments: 85-10 ♂ Anemia, cytopenia H/o lymphadenopathy Ø CD 2, 7, 11c, 56, 25, HLA-DR | |

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | *[signature]* |
| Review date: | 6/24/03 |

B

175
Review of DIANON produced records

| CLAIM INFORMATION: | |
|---|---|
| Sample number: | 175 |
| Beneficiary name: | |
| Beneficiary HIC: | |
| Date of service: | 11/7/2003 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 26 |
| 88180 units considered medically necessary: | 13 |
| Comments: | |

Bm          Hemolytic Anemia WBC 6.8
                                    Hgb 7.8

∅CD4, CD8, CD2, CD7, CD13, CD33, CD22, CD103,
CD 11c, CD57, CD25, CD34, HLA-DR

Imtf  <5 kappa monotypic
Bm - Atypical lymph. aggreg. highly
suspic. for NHL

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | S Flynn |
| Review date: | 12-18/05 |

B

158
Review of DIANON produced records

| CLAIM INFORMATION: | |
|---|---|
| Sample number: | 158 |
| Beneficiary name: | |
| Beneficiary HIC: | |
| Date of service: | 3/26/2003 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 26 |
| 88180 units considered medically necessary: | 19 |
| Comments: | |

Anemia, thrombocytopenia
↑ Monocytes            WBC 13.2
BM                              Monocy 2.1

∅ CD 2, CD 22, CD 103, CD 57, CD 25,
   HLA-DR, CD 38

Interp - No lymphoma, acute leukemia

BM - c/w CMML

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | |
| Review date: | 12/18/05 |

SF0444

B

156
Review of DIANON produced records

| CLAIM INFORMATION: | |
|---|---|
| Sample number: | 156 |
| Beneficiary name: | |
| Beneficiary HIC: | |
| Date of service: | 2/21/2003 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 2-6 |
| 88180 units considered medically necessary: | 13 |
| Comments: | |

Comments:
BM    Anemia, Monoclonal Gamm
                              WBC 14.9

∅CD 4, CD8, CD2, CD7, CD13, CD 33,
    CD22, CD103, CD11c, CD57,
    CD25, CD 34, HLA-DR
Interp    Atyp cell v Mantle
BM – involved (absent Cyclin D1

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | S Flynn |
| Review date: | 12/17/05 |

SF0442

**B**

150
Review of DIANON produced records

| CLAIM INFORMATION: | |
|---|---|
| Sample number: | 150 |
| Beneficiary name: | |
| Beneficiary HIC: | |
| Date of service: | 1/20/2003 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 26 |
| 88180 units considered medically necessary: | 16 |
| Comments: | |

Comments:

BM          Anemia

Ø CD2, CD7, CD4, CD8, CD13, CD33,
  CD22, CD34, HLA-DR, CD38

Interp - Neg

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | *[signature]* |
| Review date: | 12/12/05 |

SF0436

B

133
Review of DIANON produced records

| CLAIM INFORMATION: | |
|---|---|
| Sample number: | 133 |
| Beneficiary name: | |
| Beneficiary HIC: | |
| Date of service: | 7/19/2002 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 26 |
| 88180 units considered medically necessary: | 12 |
| Comments: | Myeloma, Anemia |

BM

Ø CD4, CD8, CD2, CD7, CD13, CD33, CD22, CD23, CD103, CD11C, CD57, CD25, CD34, HLA DR

Interp - Kappa monotypic. No evidence of plasma cell dyscrasia

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | S Flynn |
| Review date: | 12/18/05 |

B

119
Review of DIANON produced records

| CLAIM INFORMATION: | |
|---|---|
| Sample number: | 119 |
| Beneficiary name: | |
| Beneficiary HIC: | |
| Date of service: | 1/29/2002 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 26 |
| 88180 units considered medically necessary: | 14 |
| Comments: | 285.9  287.5  V71.1    WBC 5.7 |

BM          Anemia, ↓ plts

ØCD2, CD7, CD13, CD33, CD22, CD103,
    CD11c, CD57, CD25, CD34, HLA DR,
    CD38

Interp Neg

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | SFlynn |
| Review date: | 12/18/05 |

SF0405

B

99
Review of DIANON produced records

| CLAIM INFORMATION: | |
| --- | --- |
| Sample number: | 99 |
| Beneficiary name: | |
| Beneficiary HIC: | |
| Date of service: | 3/13/2001 |

| REVIEW INFORMATION: | |
| --- | --- |
| 88180 units performed: | 26 |
| 88180 units considered medically necessary: | 10 |
| Comments: | BM    Anemia, R/O Sezary; MF    WBC 5.4    Hgb 12.0    CD13, CD33, CD22, CD103, CD11C, CD57, CD25, ~~CD4~~ HLA-DR, CD38    Interp. Neg |

| REVIEWER INFORMATION: | |
| --- | --- |
| Name: | Stuart D. Flynn, MD |
| Signature: | S7Lynn |
| Review date: | 12/31/05 |

SF0385

B

97
Review of DIANON produced records

_____

| CLAIM INFORMATION: | |
|---|---|
| Sample number: | 97 |
| Beneficiary name: | |
| Beneficiary HIC: | |
| Date of service: | 3/5/2001 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 26 |
| 88180 units considered medically necessary: | 22 |
| Comments: | Anemia R/O LPD Nodular lymphoma |

BM

∅ CD2, CD7, CD22, HLA-DR

Intrp — Neg

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | |
| Review date: | 12/31/05 |

B

93
Review of DIANON produced records

| CLAIM INFORMATION: | |
|---|---|
| Sample number: | 93 |
| Beneficiary name: | |
| Beneficiary HIC: | |
| Date of service: | 2/21/2001 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 26 |
| 88180 units considered medically necessary: | 20 |
| Comments: | Hx of lymphoma, progressive NBC 8.2 anemia Hgb 7.8 BM ⌀CD2, CD7, CD22, CD57, HLA-DR, CD38 Interp - Neg BM . Neg |

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | |
| Review date: | 12/31/05 |

SF0379

B

83
Review of DIANON produced records

| CLAIM INFORMATION: | | |
|---|---|---|
| Sample number: | 83 | |
| Beneficiary name: | | |
| Beneficiary HIC: | | |
| Date of service: | 7/26/2000 | |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 26 |
| 88180 units considered medically necessary: | 20 |
| Comments: | |

BM    285.9. 280.0 283.9   WBC 5.0
              Anemia                    70% Segs

Ø CD2, CD7, CD22, CD57, HLA-DR, CD38

Intep - Neg

BM - Neg

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | |
| Review date: | 12/31/05 |

**B**

77
Review of DIANON produced records

| CLAIM INFORMATION: | | | |
|---|---|---|---|
| Sample number: | 77 | | |
| Beneficiary name: | | | |
| Beneficiary HIC: | | | |
| Date of service: | 6/1/2000 | | |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 25 |
| 88180 units considered medically necessary: | 11 |
| Comments: | Anemia 280.9 |
| | BM      Dx of Hodgkin 208.0 |
| | ∅ CD5, CD4, CD8, CD2, CD7, CD13, CD33, CD22, CD103, CD11c, CD57, CD25, CD34, HLA·DR |
| | Intap · Neg |
| | BM - Neg |

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | S7 Flynn |
| Review date: | 12/31/05 |

SF0363

B

64
Review of DIANON produced records

| CLAIM INFORMATION: | |
|---|---|
| Sample number: | 64 |
| Beneficiary name: | |
| Beneficiary HIC: | |
| Date of service: | 11/8/1999 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 25 |
| 88180 units considered medically necessary: | 14 |
| Comments: | PB    204.10    285.9<br>CLL    Anemia<br><br>⊘CD2, CD7, CD22, CD103, CD11c, CD13, CD33, CD57, CD25, CD34, HLA-DR<br><br>Jrloop - ? |

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | |
| Review date: | 12/31/05 |

SF0350

**B**

8
Review of DIANON produced records

| CLAIM INFORMATION: | |
|---|---|
| Sample number: | 8 |
| Beneficiary name: | |
| Beneficiary HIC: | |
| Date of service: | 2/12/1996 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 22 |
| 88180 units considered medically necessary: | 12 |
| Comments: | lymphoma, anemia, thrombocyt |

BM

☑ CD2, CD7, CD13, CD33, CD15, CD11B, CD22,
CD25, CD34, HLA-DR

Intep - Neg

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | SFlynn |
| Review date: | 12/10/05 |

SF0294

**B**

7
Review of DIANON produced records

| CLAIM INFORMATION: | |
|---|---|
| Sample number: | 7 |
| Beneficiary name: | |
| Beneficiary HIC: | |
| Date of service: | 2/5/1996 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 22 |
| 88180 units considered medically necessary: | 18 |
| Comments: | Anemia, Thrombocytopenia <br><br> Ø CD 2, CD 22, CD 25, HLA-DR <br><br> Interp - Neg for T or B <br> PB WBC 7500 Automated Diff 4500 Gran 2700 Lymph <br> BM - ? immune thrombocytopenia |

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | SFlynn |
| Review date: | 12/10/05 |

SF0293

B

6
Review of DIANON produced records

| CLAIM INFORMATION: | |
| --- | --- |
| Sample number: | 6 |
| Beneficiary name: | |
| Beneficiary HIC: | |
| Date of service: | 2/1/1996 |

| REVIEW INFORMATION: | |
| --- | --- |
| 88180 units performed: | 22 |
| 88180 units considered medically necessary: | 18 |
| Comments: | Anemia |

BM

∅ CD2, CD22, CD25, HLA·DR

Interp- No T or B cell neoplasm
PB - WBC in nl numbers
BM - Fe deficiency

| REVIEWER INFORMATION: | |
| --- | --- |
| Name: | Stuart D. Flynn, MD |
| Signature: | |
| Review date: | 12/10/05 |

A

182

Review of DIANON produced records

| CLAIM INFORMATION: | |
|---|---|
| Sample number: | 182 |
| Beneficiary name: | |
| Beneficiary HIC: | |
| Date of service: | 3/13/2003 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 26 |
| 88180 units considered medically necessary: | 13 |
| Comments: | |

CLL, anemia   WBC 2.8

BM

Ø CD4, CD8, CD2, CD7, CD13, CD33, CD22,
CD103, CD11c, CD57, CD25, CD34,
HLA-DR

Concl. Minimal residual disease

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | |
| Review date: | 11/27/05 |

A

151

Review of DIANON produced records

| CLAIM INFORMATION: | |
|---|---|
| Sample number: | 151 |
| Beneficiary name: | |
| Beneficiary HIC: | |
| Date of service: | 10/10/2001 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 26 |
| 88180 units considered medically necessary: | 24 |
| Comments: | |

BM          280.9 (anemia ; R/O Lymphoproli)
                    WBC 5.7   Lymph 2.5

Ø CD2, CD 22

Corel - Kappa, CD20 ⊕
            CD10, CD5, CD103, CD11c ⊖

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | |
| Review date: | 11/20/05 |

A

71

Review of DIANON produced records

| CLAIM INFORMATION: | |
|---|---|
| Sample number: | 71 |
| Beneficiary name: | |
| Beneficiary HIC: | |
| Date of service: | 4/16/2002 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 26 |
| 88180 units considered medically necessary: | 17 |
| Comments: | |

Worsening anemia, CLL,
BM myelodyspl, H0 breast ca, m-spike

∅ CD4, CD8, CD2, CD22, CD103, CD11c,
CD57, CD25, HLA-DR

Interp - Neg
BM - No advanced MDS

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | |
| Review date: | 12/10/05 |

A

49

Review of DIANON produced records

| CLAIM INFORMATION: | |
|---|---|
| Sample number: | 49 |
| Beneficiary name: | |
| Beneficiary HIC: | |
| Date of service: | 11/16/2001 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 26 |
| 88180 units considered medically necessary: | 24 |
| Comments: | Lymphocytosis, anemia, BM thrombocytopenia

∅cD2, cD22

Corcl - c/w AML (M4) |

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | |
| Review date: | 11/12/05 |

A

46

Review of DIANON produced records

---

| CLAIM INFORMATION: | |
|---|---|
| Sample number: | 46 |
| Beneficiary name: | |
| Beneficiary HIC: | |
| Date of service: | 8/29/2000 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 26 |
| 88180 units considered medically necessary: | 18 |
| Comments: | |

BM   Hx of Hodgkin Disease.
Pancytopenia; Symptomatic anemia

Ø CD 2, CD 22, CD 57, HLA-DR, CD 38, CD 103,
    CD 11c, CD 25
(Comment doing MPO, CD117, Tdt)
Bone marrow studies done
Final   AML (M₁)

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | |
| Review date: | 11/12/05 |

SF0072

A

41

Review of DIANON produced records

| CLAIM INFORMATION: | |
|---|---|
| Sample number: | 41 |
| Beneficiary name: | |
| Beneficiary HIC: | |
| Date of service: | 6/4/2002 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 26 |
| 88180 units considered medically necessary: | 11 |
| Comments: | No History. Reference mentions aremia, thrombocytop, not AML<br><br>∅ kappa, lambda, CD5, CD4, CD8, CD2, CD22, CD23, CD10, CD103, CD11c, CD57, CD25, HLA-DR, CD38<br><br>Correl - Neg |

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | |
| Review date: | 11/11/05 |

A

30

Review of DIANON produced records

| CLAIM INFORMATION: | |
|---|---|
| Sample number: | 30 |
| Beneficiary name: | |
| Beneficiary HIC: | |
| Date of service: | 3/8/2002 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 26 |
| 88180 units considered medically necessary: | 13 |
| Comments: | BM    CLL, anemia |

Ø CD4, CD8, CD2, CD7, CD13, CD33,
CD22, CD103, CD11C, CD57, CD34,
HLA-DR, CD25

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | |
| Review date: | 11/10/05 |

A

11

Review of DIANON produced records

| CLAIM INFORMATION: | |
|---|---|
| Sample number: | 11 |
| Beneficiary name: | |
| Beneficiary HIC: | |
| Date of service: | 12/14/2001 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 26 |
| 88180 units considered medically necessary: | 23 |
| Comments: | Anemia, cytopenia, MDS, lymphoma r/o splenomegaly |

BM

Ø CD2, CD22, CD38

Corel - Kappa monotypic CD20⊕ small B cell lymphoma

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | |
| Review date: | 11/8/05 |

SF0037

A

4

Review of DIANON produced records

| CLAIM INFORMATION: | |
| --- | --- |
| Sample number: | 4 |
| Beneficiary name: | |
| Beneficiary HIC: | |
| Date of service: | 3/22/2001 |

| REVIEW INFORMATION: | Ⓛ | Ⓡ 1/13/06 |
| --- | --- | --- |
| 88180 units performed: | 26 | 26 µ? |
| 88180 units considered medically necessary: | 19 | 0 |

Comments: Leukocytosis, anemia, thrombocytopenia
R/O AML    WBC 40.1, 43% blasts
2 specimens; L & R BM aspirates
∅ CD2, CD22, CD 103, CD11c, CD57, CD25, CD38 ⁱ/¹³/⁰⁶ ˢᴸⁿ
Immunohistochem or flow? Myeloperoxidase and TdT positive
flop-CD45, CD34, CD33, CD13, HLA-DR ⊕, CD14 ⊖
Dx AML

| REVIEWER INFORMATION: | |
| --- | --- |
| Name: | Stuart D. Flynn, MD |
| Signature: | _(signature)_ |
| Review date: | 10/27/05 |

SF0030

**B**

178
Review of DIANON produced records

| CLAIM INFORMATION: | |
|---|---|
| Sample number: | 178 |
| Beneficiary name: | |
| Beneficiary HIC: | |
| Date of service: | 12/10/2003 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 26 |
| 88180 units considered medically necessary: | 15 |
| Comments: | |

BM        Lymphoma
          Anemia, cytopenia

∅ CD2, CD7, CD13, CD33, CD22, CD103,
   CD11c, CD57, CD25, CD34, HLA-DR

Intep - Neg
BM - Single small lymphoid aggreg

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | _S Flynn_ |
| Review date: | 12/18/05 |

SF0464

B

112
Review of DIANON produced records

| CLAIM INFORMATION: | |
|---|---|
| Sample number: | 112 |
| Beneficiary name: | |
| Beneficiary HIC: | |
| Date of service: | 11/2/2001 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 26 |
| 88180 units considered medically necessary: | 18 |
| Comments: | |

BM

Apl. Anemia, Anemia
Mel. Lymphoma
285.9, 202.85, 235.7, 785.6, 287.5,
110.1

∅ CD2, CD7, CD13, CD33, CD22, CD57,
CD34, HLA-DR

Interp — Possible plasma cell dyscras.

BM  7% plasmacytoss

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | SFlynn |
| Review date: | 12/18/05 |

SF0398

B

95
Review of DIANON produced records

| CLAIM INFORMATION: | |
|---|---|
| Sample number: | 95 |
| Beneficiary name: | |
| Beneficiary HIC: | |
| Date of service: | 2/27/2001 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 26 |
| 88180 units considered medically necessary: | 20 |
| Comments: | |

MDS, Anemia     WBC 9.0
BM                       Hgb 9.5

∅ CD2, CD7, CD22, CD58, HLA DR, CD38

Interp - Neg
BM - ? early MDS

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | |
| Review date: | 12/31/05 |

SF0381

B

14
Review of DIANON produced records

| CLAIM INFORMATION: | |
|---|---|
| Sample number: | 14 |
| Beneficiary name: | |
| Beneficiary HIC: | |
| Date of service: | 4/11/1996 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 2 2 |
| 88180 units considered medically necessary: | 12 |
| Comments: | Lymphoma x years CBC 5.0 On Chemo Hct 24 Severe Anemia |
| | ∅ CD2, CD7, CD11B, CD13, CD33, CD15, CD22, CD25, CD34, HLA-DR |

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | |
| Review date: | 12/10/05 |

A

198

Review of DIANON produced records

| CLAIM INFORMATION: | |
|---|---|
| Sample number: | 198 |
| Beneficiary name: | |
| Beneficiary HIC: | |
| Date of service: | 7/15/2003 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 26 |
| 88180 units considered medically necessary: | 13 |
| Comments: | |

BM          Anemia, MDS, AML          WBC 4.6

∅ kappa, lambda, CD5, CD4, CD8, CD2,
    CD22, CD23, CD103, CD11c, CD57,
    CD25, CD38

Interp - 6% blasts
BM - persistent/ongoing

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | |
| Review date: | 1/2/06 |

SF0224

A

39

Review of DIANON produced records

| CLAIM INFORMATION: | |
|---|---|
| Sample number: | 39 |
| Beneficiary name: | |
| Beneficiary HIC: | |
| Date of service: | 1/17/2002 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 26 |
| 88180 units considered medically necessary: | 24 |
| Comments: | |

Blood ?Acute, chronic leukemia
There is a notation in Interpretation
that results hindered by lack of clinical Hx
Note that there is anemia, thrombocytopenia
ØCD2, CD22
Corel - Neg of lymphoma, acute leuk

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | S Flynn |
| Review date: | 11/11/05 |

SF0065