# EXHIBIT 30

B

106
Review of DIANON produced records

| CLAIM INFORMATION: | |
|---|---|
| Sample number: | 106 |
| Beneficiary name: | |
| Beneficiary HIC: | |
| Date of service: | 7/11/2001 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 26 |
| 88180 units considered medically necessary: | 11 |
| Comments: | |

BM

Megaloblastic Anemia
R/O MDS

∅ Kappa, lambda, CD5, CD4, CD8, CD2, CD7, CD22, CD23, CD103, CD11c, CD57, CD25, HLA-DR, CD38

Interp - Neg
BM - Neg

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | [signature] |
| Review date: | 12/31/05 |

A

193

Review of DIANON produced records

| CLAIM INFORMATION: | |
|---|---|
| Sample number: | 193 |
| Beneficiary name: | |
| Beneficiary HIC: | |
| Date of service: | 12/19/2000 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 26 |
| 88180 units considered medically necessary: | 13 |
| Comments: | BM R/o myelodys. AML not in remission WBC 4.9 ∅ kappa, lambda, CD4, CD8, CD2, CD5, CD22, CD23, CD103, CD11c, CD57, CD25, CD38  Interp - Small population of CD34⊕ |

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | [signature] |
| Review date: | 1/2/06 |

82

Review of DIANON produced records

| CLAIM INFORMATION: | |
|---|---|
| Sample number: | ▓▓▓▓▓▓▓▓▓ |
| Beneficiary name: | |
| Beneficiary HIC: | |
| Date of service: | 7/15/1999 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 25 |
| 88180 units considered medically necessary: | 16 |
| Comments: | 88.10 Q Hx lymphoma, cytopenia Bone Marrow  BM bx diagnosed at Dianon ?MDS<br><br>Q CD 2, 7, 22, 103, 11c, 56, 57, 25, HLA-DR |

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | S. Flynn |
| Review date: | 8/4/03 |

SF0617

B

128
Review of DIANON produced records

| CLAIM INFORMATION: | |
|---|---|
| Sample number: | 128 |
| Beneficiary name: | |
| Beneficiary HIC: | |
| Date of service: | 4/10/2002 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 26 |
| 88180 units considered medically necessary: | 17 |
| Comments: | MDS v myelofib.  WBC 2.6 <br> BM <br> ∅ CD2, CD7, CD22, CD103, CD11c, CD57, CD25, HLA-DR, CD38 <br><br> Interp — Kappa CD20 monotypic <br> BM — involvement by B-cell NHL |

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | [signature] |
| Review date: | 12/18/05 |

B

72
Review of DIANON produced records

| CLAIM INFORMATION: | |
|---|---|
| Sample number: | 72 |
| Beneficiary name: | -- |
| Beneficiary HIC: | |
| Date of service: | 5/1/2000 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 25 |
| 88180 units considered medically necessary: | 22 |
| Comments: | BM  288.7  WBC 1.9  MDS  ∅ CD2, ~~CD7~~, CD22, CD57.  Interp - Hairy Cell Leukemia |

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | [signature] |
| Review date: | 12/31/05 |

B

32
Review of DIANON produced records

| CLAIM INFORMATION: | |
|---|---|
| Sample number: | 32 |
| Beneficiary name: | |
| Beneficiary HIC: | |
| Date of service: | 9/17/1997 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 25 |
| 88180 units considered medically necessary: | 23 |
| Comments: | MDS, CLL, Leukocytosis   ∅ CD2, CD22.   Interp - ? |

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | [signed] |
| Review date: | 12/25/05 |

SF0318

A

211

Review of DIANON produced records

| CLAIM INFORMATION: | |
|---|---|
| Sample number: | 211 |
| Beneficiary name: | |
| Beneficiary HIC: | |
| Date of service: | 6/5/2001 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 26 |
| 88180 units considered medically necessary: | 24 |
| Comments: | 205.00 (Low grade NHL, MDS, ? myel. leuk) CBC 1.3<br>BM<br>∅ CD2, CD22<br><br>Interp - Neg NHL, acut leuk |

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | /s/ Flynn |
| Review date: | 11/27/05 |

SF0237