# EXHIBIT 3

Cytometry (Communications in Clinical Cytometry) 30:231–235 (1997)

# U.S.-Canadian Consensus Recommendations on the Immunophenotypic Analysis of Hematologic Neoplasia by Flow Cytometry: Selection of Antibody Combinations

Carleton C. Stewart,[1]* Frederick G. Behm,[2] John L. Carey,[3] Joanne Cornbleet,[4] Ricardo E. Duque,[5] S. David Hudnall,[6] Paul E. Hurtubise,[7] Mike Loken,[8] Raymond R. Tubbs,[9] and Susan Wormsley[10]

[1]Laboratory of Flow Cytometry, Roswell Park Cancer Institute, Buffalo, New York

[2]Department of Pathology, St. Jude Children's Research Hospital, Memphis, Tennessee

[3]Department of Pathology, Henry Ford Hospital, Detroit, Michigan

[4]Clinical Laboratories, Stanford Health Services, Stanford, California

[5]Laboratory for Anatomic & Clinical Pathology, Lakeland Regional Hospital, Lakeland, Florida

[6]Department of Pathology, University of Texas, Galveston, Texas

[7]Diagnostic Immunology Lab, University of Cincinnati Medical Center, Cincinnati, Ohio

[8]Hematologics, Fred Hutchinson Cancer Center, Seattle, Washington

[9]Department of Clinical Pathology, The Cleveland Clinic Foundation, Cleveland, Ohio

[10]PharMingen, San Diego, California

The purpose of this committee was to recommend a selection of antibodies that are useful in the flow cytometric analysis of hemopoietic malignancy. Several documents addressing this issue and providing guidelines have been published recently (1,3,9,11). However, the number, specificity, and combination of reagents used by laboratories engaged in this activity are very diverse. Recent surveys of clinical laboratories performing flow cytometric analysis of leukemias and lymphomas (mainly from the U.S.) have clearly demonstrated the wide variation in the use of antibodies for this purpose (4,7). This variability is even greater if one considers the practices of laboratories in other countries (1,11). Inconsistencies in the criteria for choosing and combining antibodies are not surprising given the complexity of this laboratory practice. Preferences may depend on a number of factors, including: (1) the experience and training of the laboratory professional, (2) the specific settings of the laboratory performing the analysis (e.g., hospital-based vs. reference laboratory), (3) the volume of specimens analyzed, (4) the type of sample (e.g., bone marrow vs. lymphoid tissue), (5) the availability of additional clinical or morphological information (e.g., acute leukemia vs. chronic lymphoproliferative disorder), and (6) the scope of the question to be answered (e.g., simple general diagnosis vs. in-depth description of the neoplastic cell phenotype and/or normal cells in the sample). Despite the magnitude of the challenge and the lack of absolute agreement on what constitutes the best antibody combinations, the committee members recognized the need to provide general recommendations and choices of possible strategies for the laboratories to consider in the analysis of hematological neoplasia.

## MATERIALS AND METHODS

As carried out by other committees, our members were initially asked to rate responses to a questionnaire regarding the use of antibodies, following the general principles of the Delphi's method (5,8). Subsequently, further inquiries were submitted to all participants of the Consensus Conference as simple questions on the use of antibodies in various disease states and the results assembled, tabulated, and analyzed. Input and relevant contributions were also received from other committee chairs.

## RECOMMENDATIONS
### Strategies for Selection of Antibodies

Depending on the particular conditions of the laboratory and the preferences of the professional performing the analysis, three different approaches may be considered in the choice and assembly of reagents. A "panel" of antibodies refers to a set of tubes each containing different antibody combinations.

1. The application of a general, comprehensive panel of antibody combinations that usually answers most relevant questions. This procedure saves time, and additional staining is only rarely required. It provides extensive information and requires minimal judgment, but may be wasteful of reagents and not applicable to samples containing small number of cells. A comprehensive panel may be appropriate if reagent and personnel costs could be reduced. In this regard, the availability of automated systems that would allow the use of less antibody volume and minimize labor may be extremely beneficial.

2. The initial use of a minimal "screening" panel to obtain general information on the sample, followed by a secondary, more thorough, and specific set of reagents

---

*Correspondence to: Carleton C. Stewart, Laboratory of Flow Cytometry, Elm and Carlton Streets, Buffalo, NY 14263.
E-mail: Stewart@sc3101.med.buffalo.edu

© 1997 Wiley-Liss, Inc.

AG 00171

232                                    STEWART ET AL.

Table 1
*Useful Antigenic Targets for Immunophenotyping Leukemia/lymphoma[a]*

| CD | kD | Cell surface protein | Major cellular spectrum |
|---|---|---|---|
| CD1b | gp45 | | cortical thymocytes |
| CD2[a] | gp50 | LFA-2 receptor | T cells and NK cells |
| CD3[b] | gp20–50 | T-cell receptor | T cells |
| CD4[a] | gp59 | MHC class II binding receptor | T cells, monocytes, early myeloid progenitor cells |
| CD5[a] | gp67 | adhesion molecule | T cells and B-cell subset |
| CD7[a,b] | gp40 | gp40 | T cells, NK-cell subset, progenitor cell subset |
| CD8[a] | gp32 | T8 | T cells, NK-cell subset |
| CD10[a,b] | gp100 | CALLA; neutral endopeptidase | pro and preB cells, granulocytes |
| CD11b | gp165 | MAC1, CR3, MO1 | granulocyte subset, monocytes, NK-cell subset |
| CD11c | gp150 | p150, 95 | neutrophils, monocytes and lymphocyte subset |
| CD13[b] | gp150–170 | amino-peptidase N | granulocytes and monocytes |
| CD14[b] | gp55 | LPS binding protein receptor | monocytes, macrophages and neutrophils[c] |
| CD15 | various | Lewis[x], Le[x], X-hapten | granulocytes, monocytes, HPC subset, mast cells |
| CD16 | gp50–80 | Fc gamma RIIIA/IIIB receptor | granulocytes and NK cells, monocytes[c] |
| CD19[a,b] | gp95 | B4 | B cells |
| CD20[a,b] | p33 | B1, Bp35 | B cells, T-cell subset[c] |
| CD22 | gp130/140 | BL-CAM | B cells |
| CD23[a] | gp45 | Fc epsilon receptor | eosinophils, B-cell subset |
| CD25 | gp55 | IL-2 receptor | T cells, monocytes |
| CD32 | gp40 | Fc gamma RII receptor | granulocytes, monocytes and B-cell subset |
| CD33[b] | gp67 | glycoprotein of unknown function | monocytes |
| CD34[b] | gp115 | glycoprotein adhesion molecule | progenitor cells |
| CD38 | gp45 | glycoprotein | subsets in all hematopoietic lineages |
| CD41 | gp120/23 | GP11b, integrin 11b | megakaryocytic cells and platelets |
| CD42b | gp135 | GP1b alpha | megakaryocytic cells and platelets |
| CD45[a] | gp180–240 | LCA | all leukocytes |
| CD56 | gp180 | N-CAM | T-cell subset, NK cells |
| CD57[a] | p110 | oligosaccharide | T-cell subset, NK-cell subset |
| CD61 | gp105 | integrin beta3, GP111b | megakaryocytic cells and platelets |
| CD64 | gp75 | Fc gamma RI receptor | myelomonocytic cells, activated neutrophils |
| CDw65 | NA | ceramide 12-saccharide | |
| CD71 | gp95 | transferrin receptor | receptor for iron-binding protein; upregulated on proliferating cells |
| CD79a | gp33 | B-cell receptor component | mature B cells |
| CD103 | gp150/25 | alpha E integrin subunit | T cells, monocytes, hairy cell leukemia |
| CD117 | gp145 | stem cell factor receptor (SCF-R), c-kit | stem cells |
| FMC7 | | | B cells |
| HLAD[b] | gp34, 28 | MHC class II molecule | subsets of T cells, monocytes, NK cells, and progenitor cells, all B cells |
| Kappa[a] | gp250 | immunoglobulin light chain | B-cell subset, all cells with Fc receptors |
| Lambda[a] | | immunoglobulin light chain | B-cell subset, all cells with Fc receptors |
| Glycophorin | | | erythroid cells |
| TdT | | terminal deoxytransferase | pro and preB cells, cortical thymocytes |
| MPO. | | myeloperoxidase | myeloid cells |

[a] Information obtained from Leukocyte Typing V (12).
[a] Used in all cases of lymphoproliferative disorders by at least 80% of respondents (n = 19).
[b] Used in all cases of acute leukemias by at least 80% of the respondents (n = 20).
[c] Weakly positive.

chosen according to the results obtained with the initial panel. This approach may be more economical but is lengthier, more involved, and may require strategic decisions in antibody selection. Some laboratory professionals feel that when total time and material costs are considered, it is more cost effective to run more antibodies once than fewer antibodies twice, or more times. In fact, all the committee members objected to this practice, and in the general inquiry to the conference participants, only 30% indicated they follow this approach.

3. The selection of a "directed" or targeted approach, which is based on the availability of other data such as morphologic or clinical information. In this case the selected reagents are used to confirm or classify a disease already suspected or diagnosed. This may require a single and relatively reduced panel of antibodies but is impractical in laboratories lacking the supportive additional information and may be hazardous in cases in which this information is incorrect. In situations where the number of cells is insufficient for a complete screen, a directed approach is the only possible option. Availability of clinical, morphologic, or other laboratory information in these cases is essential.

**General Considerations**

1. Whatever the reagent selection and strategies chosen, the antibody panel(s) should be sufficiently broad as

Table 2
*Cellular Markers Useful in the Identification and Classification of Acute Leukemia*

| Core | Supplemental | |
|---|---|---|
| CD2 | CD1a | CD41 |
| CD5 | s/cytopl CD3 | CD42b |
| CD7 | CD4 | CD61 |
| CD10 | CD8 | CD64 |
| CD13 | CD16 | CD71 |
| CD14 | CD15 | CD117 |
| CD19 | CD20 | MPO |
| CD33 | s/cytopl CD22 | TdT |
| CD34 | CD38 | Glycophorin A |
| KAPPA | | |
| LAMBDA | | |
| HLDR | | |

Table 3
*Cellular Markers Useful in the Identification and Classification of Lymphoproliferative Disease*

| Core | Supplemental | |
|---|---|---|
| **Blood and bone marrow** | | |
| CD3 | CD2 | CD57 |
| CD4 | CD11c | CD38 |
| CD5 | CD16 | FMC7 |
| CD7 | CD22 | BB4 |
| CD8 | CD23 | TcRab |
| CD10 | CD25 | TcRgd |
| CD19 | CD56 | |
| CD20 | | |
| CD45 | | |
| KAPPA | | |
| LAMBDA | | |
| **Tissue and body fluid** | | |
| CD5 | CD2 | CD33 |
| CD10 | CD3 | CD38 |
| CD19 | CD4 | CD56 |
| CD20 | CD7 | CD57 |
| CD23 | CD8 | IgM |
| CD45 | CD11c | IgD |
| KAPPA | CD13 | IgG |
| LAMBDA | CD16 | IgA |
| | CD22 | FMC7 |

to be useful in the identification of all cell sub-populations in the sample, both normal and abnormal. In general, the larger the number of reagents, the higher the sensitivity of abnormal cell detection and the better the ability of delineating phenotypes that may be useful in disease monitoring. In this regard, it should be noted that neoplastic cells often lack antigens expected to be present on normal cells or are expressed in an aberrant manner. Thus a certain degree of redundancy in antibody specificity is always desirable.

2. The trained professional interpreting flow cytometry data must have a good knowledge of the spectrum of cell types that a given antibody binds to and the staining patterns produced by such a reagent when conjugated with the particular fluorochrome used in the analysis. This validation is important because antibodies of the same CD designation may produce different binding patterns that could eventually influence the interpretation of results. In addition to its own experience, the laboratory can benefit from other helpful resources that provide ample information on CD molecules and cellular distribution, and potential clinical utility of many of the antibodies used for leukemia/lymphoma immunophenotyping (6,12).

3. Dead cells bind antibodies nonspecifically, and their presence can lead to erroneous interpretations. A viability assessment of the specimen and exclusion of nonviable elements from the analysis if they are present in significant numbers is strongly recommended. In a general inquiry to the conference participants, 70% and 48% of them indicated that they performed viability testing in tissues and in blood or bone marrow specimens, respectively. The inclusion of a dye that labels nonviable cells generally precludes the use of a third color for immunofluorescence.

4. The panels should be designed to resolve normal as well as malignant cells because normal cells act as internal reference standards.

5. The Committee decided to recommend mainly the use of membrane markers. This is not to be interpreted as an objection to the use of intracytoplasmic antigens, but rather as a reflection of the experience of most North American professionals.

6. Fluorochrome intensity and epitope density are important considerations. Where possible, the highest intensity fluorochromes for the lowest epitope densities should be used.

## Important Antibodies

A list of relevant antigenic targets useful in the analysis of hemopoietic malignancies and a brief chemical description and cellular distribution is shown in Table 1. The list was constructed based on the responses to the inquiry sent to all the participants of the conference. These markers are mainly present on the cell surface, although some are also relevant intracytoplasmic molecules.

## Screening Panels

Screening panels usually consist of a relatively small number of reagents assembled to identify the major groups of cell populations within a sample (e.g., lymphocytes, myeloid cells, monocytes, precursors, red cells, and plasma cells). The mixture of antibodies, of course, may vary according to the type of sample, but it is formulated to help detect abnormal elements that, once recognized, can be further characterized by additional staining. Screening panels may include a pan-T and a pan-B reagent, antibodies against granulocytic and monocytic antigens, and reagents such as CD45 or CD38 antibodies that allow the recognition of other cellular elements. As indicated, a screening panel serves only as an initial evaluation step that precedes the use of a more extensive set of antibodies necessary to complete the analysis.

234

STEWART ET AL.

Table 4
*Valuable Approaches in the Recognition of Specific Cell Types*

| Populations to be identified | Useful targets | Useful combinations for 2-color analysis | Useful combinations for 3-color analysis |
|---|---|---|---|
| Normal or clonal B cells | CD19, CD20, kappa, lambda | CD19(CD20)/k, CD19(CD20)/l | CD19(20)/k/l |
| B cells of CLL vs. other lymphoproliferative disorders | CD19, CD20, CD5, CD23, CD22, FMC7, CD11c, CD25, CD103, CD10 | CD20/CD5; CD23/FMC7, CD19(CD20)/CD11c, CD19(CD20)/CD103; CD19(CD20)/CD10 | CD5/CD3/CD20; CD5/k/l; CD19/CD11c/CD103; CD19/CD23/FMC7 |
| Plasma cells | CD38, cyt kappa, cyt lambda, CD45, BB4, CD56 | CD38/cyt kappa, CD38/cyt lambda | CD38/CD56/CD45; CD38/CD45/cyt kappa; CD38/CD45/cyt lambda |
| Normal or abnormal T cells | CD3, CD5, CD7, CD2, CD4, CD8, TCRab, TCRgd | CD3/CD4; CD3/CD8; CD3/CD5; CD3/CD7; CD3/CD56 | CD3/CD5/CD7; CD3/CD4/CD8; CD3/CD56/CD2; CD7/CD19/CD2; CD3/CD56/CD8 |
| Immature T cells | CD1, CD2, CD4, CD8, CD34, CD7, cytCD3, TdT | CD1a/CD2; CD2/CD7; CD4/CD8 | CD7/CD1a/CD2 |
| Immature B cells | CD19, CD10, CD34, CD20, CD79a, CD22, CD45, TdT | CD19/10; CD20/10; CD34/22; CD45/19 | CD10/CD19/CD34; CD19/CD79a/CD10 |
| Immature myeloid cells | CD34, CD33, CD13, HLADR, CD45, CD117 | CD45/CD33; CD34/CD33(13); CD34/HLADR | CD33/CD13/CD45; CD45/CD34/HLADR |
| Myeloid cells displaying granulocytic differentiation | CD15, CD11b, CD16, CD10 | | CD16/CD33/CD13; CD33/CD13/CD45 |
| Myeloid cells displaying monocytic differentiation | CD4, CD14, CD64, CD33, CD11b, CD45 | CD64/CD13; CD33/CD13 | CD64/CD13/CD33; CD13/CD33/CD45 |
| Myeloid cells displaying megakaryocytic differentiation | CD61, CD41, CD42b; CD34 | CD34/CD41 | CD41/CD34/CD45 |
| Red cell precursors | CD71, CD45, Glycophorin A | CD45/Glycophorin A | CD45/CD71/CD33 |
| Aberrant myeloid antigen expression | CD33, CD13, CD56, CD34, CD15, CD117 | CD7/CD33(13); CD34/CD56; CD117/CD15; other | CD15/CD34/CD56 |
| Aberrant lymphoid antigen expression | CD19, TdT, CD7, CD3 | CD19/CD15; CD3/TdT; CD10/CD13 | CD5/CD13/CD19 |

## General Panels

These general panels are broader sets of antibodies assembled to answer questions regarding major disease groups, such as acute leukemias, chronic lymphoproliferative disorders, non-Hodgkin lymphomas, or plasma cell neoplasias. Tables 1–3 list antigens that are considered useful for the evaluation of particular diseases and according to sample site. They are further classified as "core" and "supplemental," the former being the most important for the analysis of the particular disease and sample type. Cytoplasmic markers in acute leukemia are listed as supplemental. As noted, this is in part because of the limited experience the committee members had with this approach and also because the methods to detect cytoplasmic antigens are more complex than those used for surface antigens, and the information obtained may not always be necessary. It is recognized, however, that in difficult or ambiguous cases the detection of intracytoplasmic antigens are of great value. It is important to emphasize that the markers suggested are not designed to evaluate prognostic factors or to classify all possible malignant subtypes.

Tables 1–3 do not specify how reagents are to be combined in multicolor analysis to obtain the most information from a sample. No consensus could be reached on this point. This is because many different combinations can provide similar information and no particular blend can be proved to be the best in all situations. As noted earlier, what the committee agreed was most important was that a laboratory become familiar with the properties of each antibody combination they use and the particular binding characteristics of these antibodies to normal and abnormal cells.

A useful approach to the problem of assembling antibodies in the various panels would be to list the populations of normal and abnormal cells that need to be discriminated and to combine antibodies to address each population. Such a cell target-oriented approach to recognize different types of normal and abnormal cells is illustrated in Table 4. The left column lists the cell populations to be identified or discriminated, and the other columns provide a general direction in antibody selection. Other selections also have been suggested for similar purposes (11). Some of the combinations listed in the table may appear superfluous or redundant. However, it must be realized that neoplastic cells often exhibit abnormalities in antigen expression, a feature that may be overlooked if an inadequate number of antibodies is used. A restricted panel may also limit the ability of recognizing minimal neoplastic involvement (2,10).

## CONCLUSIONS

Despite the efforts of this committee, it was clear from the responses and subsequent discussions among all con-

AG 00174

ference participants that recommending a universal strategy for the selection of antibodies applicable to the analysis of hematologic neoplasia is unrealistic and that a consensus in this regard will be extremely difficult to reach. There is general agreement, however, that the number of reagents should be sufficiently ample as to allow the recognition of the abnormal elements that may be present in the sample as well as the main groups of normal cells. Because of expense considerations, laboratories have been trying to reduce the antibody panel size. However, it must be realized that there is no "magic" minimal multipurpose panel that would supply all clinically relevant answers. A restricted panel of antibodies may limit our ability to recognize neoplastic cells or to determine their correct type. It may also preclude gaining information on the number and distribution of normal cells in the sample.

We have provided general guidelines for antibody selection and applications, but the particular selection of reagents and the sequence of procedures used in the analysis of hematologic neoplasia is ultimately the responsibility of individual laboratories performing the tests. The ability to recognize and define cellular abnormalities is directly proportional to the number of antibodies used. The average number of reagents routinely used by North American laboratories engaged in the analysis of hematologic neoplasia is 19 and 16 for acute leukemia and lymphoma analysis, respectively (4). In Europe, the number of antibodies recommended is even higher (11). An adequate characterization of the cellular components in a sample requires at least these many reagents or even larger panels, which unfortunately affect test cost. However, such a characterization is often of significant clinical value.

In the context of a potentially serious disease, the impact of reagent cost may be negligible.

## LITERATURE CITED

1. Bene MC, Castoldi G, Knapp W, Ludwig WD, Matutes E, Orfao A, van't Veer MB: Proposals for the immunological classification of acute leukemias: European Group for the Immunological Characterization of Leukemias (EGIL). Leukemia 9:1783–1786, 1995.
2. Campana D, Pui CH: Detection of minimal residual disease in acute leukemia: methodologic advances and clinical significance. Blood 85:1416–1434, 1995.
3. General Hematology Task Force of BCSH: Immunophenotyping in the diagnosis of acute leukaemias. J Clin Pathol 47:777–781, 1994.
4. Hassett J, Parker J: Laboratory practices in reporting flow cytometry phenotyping results for leukemia/lymphoma specimens: results of a survey. Cytometry 22:264–281, 1995.
5. Hill RB, Goodale F: The Delphi predictions of pathology chairmen: a six-year retrospective view. J Med Educ 56:537–546, 1981.
6. Knapp W, Dorken B, Gilks WR, Rieber EP, Schmidt RE, Stein H, vondem Borne ABGK: Leukocyte Typing IV: Proceedings of the fourth International Workshop and Conference on Human Leukocyte Differentiation Antigens. Oxford University Press, Oxford, 1989.
7. McCoy JP, Jr., Overton WR: A survey of current practices in clinical flow cytometry. Am J Clin Pathol 106:82–86, 1996.
8. Moscovice I, Armstrong P, Shortell S, Bennett R: Health services research for decision-makers: The use of the Delphi technique to determine health priorities. J Health Polit Policy Law 2:388–410, 1977.
9. Borowitz M, Bach BA, Bauer KD, Duque RE, Horton AF, Johnson RL, Marti G, Muirhead K, Peiper S, Rickman W: Immunophenotyping of Leukemic Cells: Proposed Guidelines. NCCLS; Villanova, PA, 1993.
10. Orfao A, Ciudad J, Lopez Berges MC, Lopez A, Vidriales B, Caballero MD, Valverde B, Gonzalez M, San Miguel JF: Acute lymphoblastic leukemia (ALL): detection of minimal residual disease (MRD) at flow cytometry. Leuk Lymphoma 15 Suppl 1:87–90, 1994.
11. Rothe G, Schmitz G: Consensus protocol for the flow cytometric immunophenotyping of hematopoietic malignancies: Working Group on Flow Cytometry and Image Analysis. Leukemia 10:877–895, 1996.
12. Schlossman S, Boumsell L, Gilks W, Harlan JM, Kishimoto T, Mormoto C, Ritz J, Shaw S, Silverstein R, Springer T, Tedder TF, Todd RF: Leukocyte Typing V: Proceedings of the fifth International Workshop and Conference on Human Leukocyte Differentiation Antigens. Oxford University Press, Oxford, 1995.

AG 00175

# EXHIBIT 4

Mary Alice Stetler-Stevenson, M.D. - 8/22/06

Page 1

1                IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF CONNECTICUT
2

3    UNITED STATES OF AMERICA,
     ex rel. Dr. James J.
4    Tiesinga,

5              Plaintiffs,
                                    No.3:02CV157(MRK)
6        vs.

7    DIANON SYSTEMS, INC.,

8              Defendant.
     _____/
9

10          The deposition of MARY ALICE

11   STETLER-STEVENSON, M.D. was held on Tuesday, August 22,

12   2006, commencing at 9:30 a.m. at the Law Offices of

13   Venable, L.L.P., 575 7th Street, N.W., Washington,

14   D.C., before Steven Poulakos, Notary Public in and for

15   the District of Columbia.

16

17

18

19

20

21   REPORTED BY:  Steven Poulakos

Mary Alice Stetler-Stevenson, M.D. - 8/22/06

Page 6

1  received your medical degree?
2      A    Medical degree, okay.  I thought you said
3  graduate school.
4          Yes, I had a fellowship in hematopathology
5  at the National Cancer Institute at NIH.
6      Q    When was that?
7      A    That was starting in 1987.
8      Q    When did you finish your fellowship?
9      A    Roughly three years thereafter.  I finished
10  around three years after that.
11     Q    You mentioned -- do you also have a
12  postgraduate degree aside from your medical degree?
13     A    Right.  I have a Ph.D.
14     Q    In what area?
15     A    Physiology.
16     Q    And from what institution?
17     A    Northern Western University.
18     Q    Did you receive that before you went to
19  medical school?
20     A    Yes.
21     Q    After you completed your fellowship at the

Page 7

1  National Cancer Institute, I think you said in
2  approximately 1990 thereabouts?
3      A    Yes.
4      Q    Take me through your work history from that
5  point up to the present point, if you would, please?
6      A    I was a staff clinician.  The title changed
7  just -- I believe it was a medical officer was the term
8  applied initially and then I became a staff clinician
9  as they redefined the category and gave it a new title.
10     Q    At the National Cancer Institute?
11     A    At the National Cancer Institute.  The same
12  place.
13     Q    How long did you stay in that position?
14     A    Up to today.
15     Q    My understanding from what I can determine
16  on the Internet is that you're the director of the flow
17  cytometry lab; is that correct?
18     A    Yes.  The title is chief of the flow
19  cytometry unit.  Government names are different.
20     Q    When did you become the chief?
21     A    I'm not sure when that title was developed.

Page 8

1  I assumed control of the flow cytometry laboratory
2  immediately after my fellowship.  Actually, during my
3  fellowship, there was the person who left and I started
4  to take on the activities of director of laboratory.
5      Q    So around 199 --
6      A    Approximately 1989.
7      Q    So for the better part of 16 to 17 years
8  you've served as the head or chief of the flow
9  cytometry lab for the National Cancer Institute?
10     A    Correct.
11     Q    Thank you.
12         As the chief of the flow lab, what are your
13  responsibilities?
14     A    My responsibilities as chief of the flow
15  cytometry laboratory include the diagnose -- diagnostic
16  interpretation of all flow cytometric data coming from
17  the laboratory.
18         I also run the laboratory which involves
19  overseeing the technicians, monitoring quality control
20  procedures, dictating policy for the laboratory, making
21  sure we're in compliance with CLEA and College of

Page 9

1  American Pathologists requirements.
2          I also train hematopathology fellows in
3  flow cytometry and we have a residency program.  I also
4  teach there.  I conduct some research as well.
5      Q    Is the research that you conduct funded
6  through the NIH funding program?  In other words, you
7  submit grants that are evaluated just as outside?
8      A    No.  I'm part of the intramural program
9  which is run in an entirely different manner.  We are
10  evaluated every two to four years on our performance
11  and our budget and -- by a panel of experts drawn from
12  around usually mostly predominantly the United States,
13  but some international referees Rees may be called in
14  as well, and they determined if my performance was
15  sufficient, superior, or inadequate in the research
16  arena.
17         And based on that they make recommendations
18  to the next two to four years as to whether or not I
19  should continue to receive funding at same level,
20  decreased level, increased level.
21     Q    Do you also have a budget for operational

3 (Pages 6 to 9)

Mary Alice Stetler-Stevenson, M.D. - 8/22/06

Page 18

1  performed outside are suggestive but not sufficient to
2  confirm the studies, diagnosis.
3      Q     What do you -- help me better understand
4  what you mean by protocol? Are you talking about a
5  research program?
6      A     Research protocol, yes. So an example
7  would have a protocol call to treat patients with hairy
8  cell leukemia. Patients with the diagnosis of hairy
9  cell leukemia who are refractory to current accepted
10 therapy will contact the head contact person, a nurse,
11 for this protocol.
12          Their diagnostic evaluation will be sent to
13 NIH and everything that they've had done, and if they
14 appear to indeed have hairy cell leukemia and meet
15 other requirements such as which would be H status, et
16 cetera, their blood would be sent to me to confirm that
17 they have hairy cell leukemia and to determine -- and
18 if they do have hairy cell leukemia they would then be
19 brought to NIH for further evaluation for the protocol.
20          Protocol lists absolute requirements to
21 maintain homogenous patient population so that they

Page 19

1  have appropriate patients to study. If the patient
2  meets all of these requirements and they're visit to
3  NIH they're entered on the protocol they'll receive
4  experimental therapy. They'll be followed by me and by
5  other hematopathologists to record their response to
6  therapy, et cetera.
7      Q     If I'm understanding correctly, if I were
8  to develop a cancer of the blood or bone marrow and my
9  particular cancer is not one for which there is a
10 protocol in place, a study going on at NIH, then I
11 would not be permitted to submit my specimen to your
12 lab for evaluation; is that correct?
13     A     That is correct.
14     Q     And is the protocol process you just
15 described the same at NCI and at NIH?
16     A     NCI is part of NIH.
17     Q     Okay. Thank you.
18     A     All patients are treated on protocols. We
19 do not have an emergency room. We do not have
20 unexpected submissions for patients. They're treated
21 on a protocol.

Page 20

1      Q     No calls in the middle of the night that
2  you have to run down to?
3      A     Yes, I do, but they're on protocol.
4      Q     Okay.
5          I know you told me and I've forgotten. The
6  lab is under the auspice of the NIH or the NCI?
7      A     Well, it's under the auspices of NCI which
8  is under NI.
9      Q     But to be technically correct, the flow lab
10 is operated by NCI?
11     A     Correct.
12     Q     I'm not intending to be fictitious by this,
13 but you use reagents in your flow like everyone else,
14 correct?
15     A     Correct.
16     Q     And they cost money to use?
17     A     Correct.
18     Q     You don't get them for free in your lab?
19     A     Correct.
20     Q     Is it your professional judgment as to --
21 well, let me rephrase the question.

Page 21

1          As part of your professional judgment in
2  constructing your various panels for use in flow, do
3  you have to consider, because you operate with within a
4  budget, the financial implications of your decisions?
5      A     Yes.
6      Q     So you are in, I would say, would you agree
7  with me, somewhat the same situation as an outside
8  nongovernmental lab in which you have to weigh the
9  incremental benefits of how you construct your panel
10 versus the incremental cost?
11         MS. DAVIS: Objection.
12         BY MR. PARKER:
13     Q     You can answer the question.
14     A     Okay. Could you repeat the question?
15     Q     Yes, ma'am.
16         There has been testimony in this case by
17 the government's expert that I can't look to how you
18 run your lab because you're just a government and you
19 don't have to pay for your lab, I mean pay for your
20 studies?
21         MS. DAVIS: Objection.

6 (Pages 18 to 21)

Mary Alice Stetler-Stevenson, M.D. - 8/22/06

Page 78

1   A    Follicular lymphoma, manthocell [sic]
2 lymphoma, chronic lipocytic leukemia, LGL leukemia,
3 hairy cell leukemia, would be examples.
4   Q    Thank you.
5       So if a patient were to come in with any
6 one of those or others that represent a mature lymphoid
7 neoplasia and you have not previously, or your lab has
8 not previously made a diagnosis in that case, that
9 patient gets the panel shown in Exhibit Number 12?
10   A    Yes.
11   Q    Now, let's suppose that that patient is
12 then diagnosed with one of the conditions that you
13 describe and the patient goes back into treatment,
14 comes back four months later. They're now in active
15 treatment. The physician wants to know what the
16 staging was or the status of that condition.
17       That patient comes back, under my
18 hypothetical, four months, do they get this panel or
19 some other type of panel?
20   A    If I'm trying to understand your question
21 and to be specific. If the patient is being treated at

Page 79

1 NCI under a protocol repeat evaluations could be made
2 for protocol purposes, not for diagnosis. This is a
3 panel for diagnosis.
4       After diagnosis is made the patient
5 frequently has samples sent for the purpose of data
6 points that are of research importance to evaluate
7 response to therapy or specific affects of therapeutic
8 agents upon the tumor cells and a diagnosis is not
9 being requested.
10   Q    What happens in a situation -- well, let's
11 finish that discussion.
12       In that situation what panel does the
13 patient get?
14   A    It is protocol specific.
15   Q    Okay. Meaning that the investigators of
16 that protocol determine the panel?
17   A    No. I determine the panel to meet the
18 questions that are specified in the protocol.
19   Q    Now, what happens to this individual who's
20 now involved in an NCI protocol, his or her symptoms
21 are changing, and the physician overseeing that

Page 80

1 patient's care within this NCI protocol is concerned
2 that they may be developing another disease, a
3 co-morbidity.
4       Under your guidelines can they send the
5 patient's blood or bone marrow back to you for testing?
6   A    Yes, for diagnosis.
7   Q    So you would -- in that situation the
8 physician would say I am concerned that the patient may
9 be developing something else and if that something else
10 was a suspicion of a mature lymphoid neoplasia they
11 would get the same panel that we just discussed,
12 Exhibit Number 12?
13   A    Correct.
14   Q    Thank you.
15       (Whereupon, a document was marked as
16 Deposition Exhibit Number 13.)
17       BY MR. PARKER:
18   Q    I'm going to hand you Exhibit Number 13.
19       MR. PARKER: And I'm going to look for a
20 copy for you and a copy for me, Pat.
21       BY MR. PARKER:

Page 81

1   Q    Doctor, while I'm looking for a copies for
2 both Ms. Davis and myself, would you read into the
3 record what the title of this exhibit is?
4   A    Unknown lymphoma PB or BM.
5   Q    Okay. When was this panel in effect
6 through what date?
7   A    It was revised in November 21st, 2002.
8   Q    I'm sorry, so is the document I'm looking
9 at a historical document would it have been as of
10 before November 21, '02?
11   A    It was not in its exact current form before
12 November 21st, 2002. It was the basic document, basic
13 framework would have been the same, but whenever you
14 revise a document you make a note at the bottom.
15   Q    All right. And tell me as of November of
16 '02, just prior to November 21, what circumstances
17 would have to exist for you to use that panel?
18   A    A patient that I had not previously
19 diagnosed presenting for diagnosis of a mature lymphoid
20 malignancy.
21   Q    And in the context of a repeat after you

21 (Pages 78 to 81)

Mary Alice Stetler-Stevenson, M.D. - 8/22/06

Page 82

1  had made the initial diagnosis would your protocol be
2  the same that we just discussed in the context with
3  Exhibit Number 12?
4          MS. DAVIS: Objection.
5          THE WITNESS: I'm not sure I understand the
6  question.
7          BY MR. PARKER:
8      Q    If a patient who had received that panel,
9  Exhibit Number 13, been diagnosed and then, as I asked
10  you earlier, had come back through their physician for
11  repeat testing, would the panel that you provided to
12  them be subject to the same methodology that you
13  described earlier?
14     A    If it was for evaluation of -- you
15  mentioned a possible second process?
16     Q    Yes.
17     A    Then, yes, this is a diagnostic panel.
18     Q    And if it was to determine how they were
19  responding to treatment per the protocol you would
20  construct a targeted panel just to identify and answer
21  that particular question?

Page 83

1      A    Correct.
2          MS. DAVIS: Do you have a copy of that for
3  me?
4          MR. PARKER: I haven't found one.
5          MR. PIERMATTI: I have one.
6          MR. PARKER: Give to it Pat.
7          MS. DAVIS: And that was 13.
8          MR. PARKER: That was 13, yes.
9          (Whereupon, a document was marked as
10  Deposition Exhibit Number 14.)
11         BY MR. PARKER:
12     Q    Let's move on to 14, and, Dr. Stevenson,
13  could you please describe for the record what this
14  document is?
15     A    This is a panel for evaluation of a patient
16  with various diseases. If the patient has a history of
17  myelodysplastic syndrome or a myeloproliferative
18  disorder.
19     Q    That would be MPD or MPS?
20     A    Yes.
21     Q    Thank you.

Page 84

1      A    And we also use it in CML.
2      Q    So if a patient comes in with a suspicion
3  of CML not previously diagnosed by you is this the
4  panel that the patient receives?
5      A    Before -- so a patient just comes in with a
6  suspicion of CMRL?
7      Q    Well, if the patient is one of the NCI
8  protocols and the physician sends you a specimen and
9  says I suspect CML, would you do flow?
10     A    I would ask the physician, since I have
11  resource utilization problems, I have to limit my
12  specimens as much as possible.
13         I would ask them what studies have been
14  done. Have you looked at the bone marrow? I'd like to
15  see the bone marrow? I'd like to see the peripheral
16  smear. What is the CBC? What is the clinical history
17  of the patient? Have you looked for a chromosome
18  problem, various tests would have been done.
19         If nothing had been done I would say do
20  some other studies first. I would tell him to -- and
21  so this is because we're in a different situation than

Page 85

1  like a reference lab or some other facilities in that
2  I'm not getting paid for them. I have a limited budget
3  and I make decisions as to what I will do and I will
4  want a workup performed before I will accept a CML
5  specimen.
6      Q    Under what circumstances would you do this
7  panel, Exhibit 14, for someone suspected of having CML?
8      A    If the patient had a difficult diagnosis or
9  post-transplant or post-therapy to look for return of
10  abnormal cells in that it's really set to determine
11  small levels if necessary, and if the patient were
12  suspected of blasting off or was doing poorly there was
13  an un -- the clinician was concerned about some status
14  in the patient and they wanted an evaluation for blast
15  and abnormal cells and that type of situation.
16     Q    Under those conditions you would use this
17  panel, Exhibit 14, in that patient suspected of having
18  CML?
19     A    Yes.
20     Q    Dr. Stetler-Stevenson, let's go back just
21  for a moment, if you could pull in front of you

22 (Pages 82 to 85)

Towson Reporting Company
410-828-4148

GORE BROTHERS
410-837-3027

Whitman Reporting-Rockville
301-279-7599

Mary Alice Stetler-Stevenson, M.D. - 8/22/06

Page 86

1 Exhibits 12, 13, and 14 together?
2    A    Yes.
3    Q    Am I correct, Doctor, that when you design
4 these panels it was because you felt that this
5 combination of antibodies was what was medically
6 necessary for you to render correct and accurate
7 diagnoses of these suspected medical conditions?
8    A    Yes.
9    Q    These panels are not designed -- let me
10 rephrase it differently.
11        These panels are designed to provide
12 medical diagnostic services, correct?
13    A    Correct.
14    Q    You can put those aside and I have a couple
15 of others here.
16        (Whereupon, a document was marked as
17 Deposition Exhibit Number 15.)
18        BY MR. PARKER:
19    Q    I hand you Exhibit 15, and, Dr.
20 Stetler-Stevenson, can you identify for the record what
21 this exhibit is?

Page 87

1    A    This is an unknown panel for a patient with
2 a diagnosis from an outside institution of acute
3 myelodisplastic leukemia, acute myeloleukemia, a
4 blastic and K-cell process, Burkitt's lymphoma, a stem
5 cell type leukemia or a dendritic cell leukemia.
6    Q    That was a lot.  Let me make sure I
7 understand this.
8    A    Yes.
9    Q    Unknown means that you have, your lab has
10 not previously diagnosed this patient, correct?
11    A    Correct.
12    Q    And when you say outside before, were you
13 referring to outside the NCI family?
14    A    Correct.
15    Q    Would there be a different panel that you
16 would use if a patient that you have not previously
17 diagnosed had these same suspected conditions but was
18 within an NCI protocol?
19    A    If the patient's within an NCI protocol and
20 I have rendered a diagnosis already?
21    Q    No, no.

Page 88

1        If a patient has come to you who is in an
2 NCI protocol whom you have not previously diagnosed but
3 has one of these suspected conditions that we see in
4 Exhibit 15, do they get the panel shown in Exhibit 15
5 or some different panel?
6    A    It is unusual to get a patient with what
7 appears to be an acute leukemic process.  I would
8 expand the panel if it were a true unknown.
9        Usually -- all the time patients have some
10 sort of peripheral smear that leads to suspicion that
11 there is a neoplastic hematolymphoid process.  I would
12 examine the smear and to help as well in designing the
13 panel, but this would not cover possible lymphoma.
14        So this panel would not accurately
15 subclassify a mature lymphoid process.
16    Q    My question may have been unclear because
17 that wasn't, I don't think, what I was asking.
18        What you've explained to me as Exhibit 15
19 is a panel that you use in someone that your lab has
20 not previously seen who comes to you from outside of an
21 NCI protocol and who has a suspected condition that's

Page 89

1 one of the diseases mentioned in this heading:  ALL,
2 AML, NK, Burkitt's, stem cell and an Drake cells; is
3 that correct?
4    A    Correct.
5    Q    What I'm trying to ascertain, Doctor, is if
6 someone who was in an NCI protocol who you have not
7 previously diagnosed comes to you with one of these
8 suspected conditions do they get the panel shown in
9 Exhibit 15 or do you have a different panel for NCI
10 patients?
11    A    I do not have different panels for NCI
12 patients and then for outside patients.  All NCI
13 patients come to NCI with a diagnosis correct or
14 incorrect.
15        So, therefore, when I talk about a previous
16 diagnosis they have a previous diagnosis of something.
17 They may have a diagnosis of acute lymphoplastic
18 leukemia received at a hospital out in Frederick, for
19 example, or whatever, and I consider anything I have
20 not diagnosed unknown personally.
21    Q    I understand that.

23 (Pages 86 to 89)

Mary Alice Stetler-Stevenson, M.D. - 8/22/06

Page 90

1    A    Okay. So NCI patients are not treated
2    differently from nonNCI patients.
3         Does that answer your question?
4    Q    I think so, but let me follow up.
5    A    Okay.
6    Q    If a patient is in a NCI sponsored protocol
7    study and develops what their physician believes may be
8    an ALL and sends their specimen to you and says,
9    Doctor, I think this patient may be developing an ALL,
10   can you do a flow study on it, would such a patient get
11   the panel shown in Exhibit 15?
12   A    Most likely, unless there were extenuating
13   circumstances because I discuss the case and get as
14   much information. If I thought that there may be other
15   processes going on I might add on something in
16   addition.
17   Q    Isn't that true with all of the panels
18   we've talked about, if you have additional information
19   you may add on to these basic panels?
20   A    Yes, although I try to limit it as much as
21   possible.

Page 91

1    Q    Thank you.
2         (Whereupon, a document was marked as
3    Deposition Exhibit Number 16.)
4         BY MR. PARKER:
5    Q    Dr. Stetler-Stevenson, I'm going to hand
6    you Exhibit Number 16 which also appears to be dated
7    February 26, '05, and it's title is secondary MDS
8    panel.
9         I'm going to hand you my only copy. My
10   question, Doctor, is that the panel that you're
11   currently using for a secondary MDS cases?
12   A    It is the preferred panel for secondary,
13   possible secondary MDS.
14   Q    Doctor, we've looked at a number of panels
15   so far and they're all dated February 26, '05. I just
16   want to be clear that those were not -- those are the
17   panels when dated February 26, '05, that are currently
18   in use today; is that right?
19   A    Yes -- well, I believe so, yes.
20   Q    I just want to make sure that on March 1
21   you didn't start using a different panel?

Page 92

1    A    No. No. I mean, I provided all current
2    panels and they would be noted as being a different
3    date if they were later.
4    Q    Thank you. Before we leave this one, what
5    does secondary MDS refer to?
6    A    These are patients who have lymphoma or
7    leukemia who have received a great deal of chemotherapy
8    and they can, as a result of the therapy that they've
9    received, develop a secondary process. They're a
10   secondary Leukemia. It's called secondary because it's
11   secondary to the therapy.
12   Q    So the treatment that was designed to cure
13   the first cancer is actually causing a second cancer?
14   A    Yes.
15   Q    And in patients who are on unfortunate
16   enough to have that process occurring get the panel
17   that's shown in Exhibit 16?
18   A    Yes.
19   Q    Thank you.
20        Can I see that one back just for one
21   second. Thank you.

Page 93

1         Doctor, if you could pull out in front of
2    you Exhibits 12, 13, 14, and 15, and I've pulled back
3    from you or you had given back to me Exhibit 16, and
4    can you tell me -- can you identify for me which of the
5    panels would be used for the patient presenting to you
6    with a suspicion of primary lymphoma?
7    A    12.
8    Q    12?
9    A    Yes.
10   Q    Okay. And which panel would be used by
11   your lab in a patient presenting initially to your lab
12   with a suspicion of leukemia?
13   A    What do you mean by initially?
14   Q    Well, in a patient you have not previously
15   diagnosed.
16   A    Of acute leukemia?
17   Q    Does it make a difference to your answer?
18   A    Yes, it does.
19   Q    Let's start with acute then.
20   A    Acute leukemia would be 15.
21   Q    And if it's chronic?

24 (Pages 90 to 93)

Towson Reporting Company
410-828-4148

GORE BROTHERS
410-837-3027

Whitman Reporting-Rockville
301-279-7599

Mary Alice Stetler-Stevenson, M.D. - 8/22/06

Page 118

1  already detected.
2      Q    So the one of the diseases, the potentially
3  fatal disease, is referred to as AML?
4      A    Yes.
5      Q    And AML itself has a number of different
6  types of AML, some six or seven or so different types
7  of AML, correct?
8      A    Correct.
9      Q    And physicians will adjust their treatment
10 based upon which of those subclassifications in some
11 cases you may find, right?
12     A    Correct.
13     Q    So it's not even enough to tell a physician
14 your patient's got AML to really help that patient
15 live, you've got to tell the patient what type of AML
16 the patient has?
17     A    Correct.
18     Q    And that's what you were attempting to do
19 in Table 2 by using a cocktail in Table 2?
20     A    Correct.
21     Q    Please turn to page 117. If you would,

Page 119

1  Doctor, please look on the right-hand column. Do you
2  see the sentence beginning because up at the top about
3  the fourth line down?
4      A    117?
5      Q    117, right-hand column, fourth line down
6  the sentence begins because?
7      A    Yes.
8      Q    You wrote because adequate clinical history
9  was not provided and because granulation was not
10 apparent a diagnosis of AML was not made based on
11 morphology.
12          First, have I read it right?
13     A    Correct.
14     Q    What I think you're saying, and tell me if
15 I'm wrong, is that someone looking at the microscope,
16 the smears if you will, could not make a diagnosis of
17 AML in this case because rather ultimately flow was
18 needed to make that diagnosis?
19     A    Correct.
20     Q    And in this case also when it came to you
21 there was an inadequate clinical history such that you

Page 120

1  could not have suspected this patient might have AML?
2      A    Correct.
3      Q    And does that refer back to our earlier
4  discussion that often times you see outside diagnoses
5  being wrong?
6      A    Correct.
7      Q    So the point here, I think you're telling
8  the community, tell me if I'm getting it wrong, is that
9  if you simply just assume as a flow cyrtometrist that
10 the diagnosis is right and that's all you look at you
11 can put patients at risk of death?
12          MS. DAVIS: Objection.
13          THE WITNESS: Yes.
14          BY MR. PARKER:
15     Q    Further down in this paragraph do you see
16 the paragraph, the last paragraph begins concomitant?
17 If you go up to the preceding two sentences up that
18 begins if a restricted?
19     A    Yes.
20     Q    Are you with me?
21     A    Yes.

Page 121

1      Q    You wrote to the medical community, if a
2  restricted lymphoma panel had been used only the
3  diagnosis of CLL could have been made, because AML was
4  a disease causing clinical deterioration patient care
5  would have been severely compromised.
6          Have I read it correctly?
7      A    Yes.
8      Q    In all likelihood a patient with AML who
9  goes untreated is going to die within a couple of
10 months?
11     A    Correct.
12     Q    The last paragraph you wrote, picking up
13 mid sentence, do you see where it says, we demonstrate?
14 In this report your wrote —
15     A    We demonstrate.
16     Q    In this report, we demonstrate the
17 importance of employing a panel of antibodies capable
18 of identifying abnormal hematopoietic cells instead of
19 simply using a disease specific panel?
20          MS. DAVIS: Objection.
21          BY MR. PARKER:

31 (Pages 118 to 121)

Towson Reporting Company
410-828-4148

GORE BROTHERS
410-837-3027

Whitman Reporting-Rockville
301-279-7599

Mary Alice Stetler-Stevenson, M.D. - 8/22/06

Page 122

1    Q    This reinforces the U.S.-Canadian consensus
2    recommendations and indicates the danger of restricting
3    reimbursement to disease specific antibody panels.
4          Have I read that correctly?
5    A    Yes.
6    Q    When you referred to reimbursement you're
7    speaking not as a government flow cyrtometrist but to
8    those out there, your colleagues out there, who are
9    doing flow cytometry whether in academic centers or in
10   reference laboratories and are getting compensated for
11   that either by patients or third-party insurers or the
12   U.S. government through Medicare?
13         MS. DAVIS:  Objection.
14         THE WITNESS:  Yes.
15         BY MR. PARKER:
16   Q    Thank you.  No other questions on this
17   paper.
18         MR. PARKER:  Let's go off the record.
19         (A discussion was held off the record.)
20         BY MR. PARKER:
21   Q    Mr. Stetler-Stevenson, putting modesty

Page 123

1    aside, is the NCI flow lab, in your judgment, the
2    premiere flow cytometry lab operated by the United
3    States government?
4    A    There are laboratories that are research
5    laboratories that have different missions and to mix
6    them all together would be -- it's not a type of
7    question I could answer.
8    Q    Fair enough.  Let me rephrase my question.
9          Is the NCI flow lab, your lab, in your
10   judgment, the premiere government operated laboratory
11   for purposes of running diagnostic services through the
12   use of flow cytometry?
13   A    I'd have to restrict it further.  I only
14   study leukemia and lymphoma.
15   Q    Restricting it further, as you've
16   suggested, is it?
17   A    I believe so.
18         (Whereupon, a document was marked as
19   Deposition Exhibit Number 20.)
20         BY MR. PARKER:
21   Q    I'm going to hand you a paper, Exhibit

Page 124

1    Number 20, that was published in 1996 which is the
2    first year of damages sought by the government against
3    my client.
4          Doctor, are you familiar with this paper?
5    A    Yes.  It's been a long time since I've
6    looked at it, but I am familiar with it.
7    Q    I have I think just one question.  If you
8    could turn to the second page of this study.  Now,
9    before I ask you my questions let me put this into
10   context.
11         In 1996, the year this paper was published,
12   you had been the chief of the flow lab for six or seven
13   years?
14   A    Correct.
15   Q    And, Doctor, at that time, 1996, if you had
16   to describe your approach to performing diagnostic flow
17   cytometry would you say you used a restricted approach
18   or a comprehensive panel approach?
19   A    A comprehensive panel approach.
20   Q    And is it fair to say -- strike that.
21         Is it accurate to state that that has been

Page 125

1    your approach throughout your criteria as the chief of
2    the flow cytometry laboratory?
3    A    I believe that initially when I assumed the
4    position as chief of the flow cytometry unit things
5    were done quite differently and I evolved as a
6    clinician through study, and it would take a year or
7    two to get up to the comprehensive panel approach.
8    Q    Then is it more accurate to state that
9    early on in your tenure as the chief of the flow
10   cytometry lab for NCI you developed a comprehensive
11   panel approach?
12   A    Correct.
13   Q    Now, let's go to this paper, Exhibit
14   Number 20, on the second page of this journal article
15   on the right-hand column section 2.3.  The paragraph
16   beginning, alternatively?
17   A    Yes.
18   Q    Do you see that?
19   A    Yes.
20   Q    And in 1996 -- these are largely, by the
21   way, international European pathologists?

32 (Pages 122 to 125)

·Mary Alice Stetler-Stevenson, M.D. - 8/22/06

Page 126

1    A    Correct.

2    Q    These authors write -- and let me start

3  again.

4         This was the report of a consensus

5  conference that European pathologists had?

6         MS. DAVIS: I'm going to object to this as

7  once again being outside of the scope of the 30(b)6

8  deposition.

9         BY MR. PARKER:

10   Q    These authors wrote, alternatively a

11  predetermined panel may be selected for an immediate

12  direct extensive characterization of a wide range of

13  immature and mature hematopoietic cells in the sample.

14        This extensive characterization may

15  increase the sensitivity of the test when malignant

16  cells are only in a minority and also help to

17  characterize the heterogeneity of pathological cells as

18  well as the concomitant disturbances in the maturation

19  of other cellular lineages.

20        Do you agree with that statement?

21        MS. DAVIS: Objection.

Page 127

1         THE WITNESS: Yes.

2         BY MR. PARKER:

3    Q    Lastly they wrote, in addition this

4  strategy offers better control for consistency of

5  staining results. This extensive study in one step can

6  be wasteful in reagents but saves time and workload?

7         MS. DAVIS: Object.

8         BY MR. PARKER:

9    Q    Do you agree with that?

10   A    I don't think I agree with both statements.

11   Q    Which one -- do you disagree with both

12  statements?

13   A    No. I'm not sure that it's wasteful for

14  reagents.

15   Q    Okay. Does this description of this

16  approach better characterize what you were doing in

17  1996 at your lab rather than at the top of this

18  paragraph where it's describing a minimal primary panel

19  approach?

20   A    Yes.

21   Q    So your approach in 1996 was better

Page 128

1  described in the paragraph beginning alternatively?

2         MS. DAVIS: Objection.

3         THE WITNESS: Correct.

4         BY MR. PARKER:

5    Q    Thank you, Doctor.

6         (Whereupon, a document was marked as

7  Deposition Exhibit Number 21.)

8         BY MR. PARKER:

9    Q    Moving on now to Exhibit Number 21. This

10  is a paper published in 1997. This is the

11  U.S.-Canadian consensus recommendations.

12        Dr. Stetler-Stevenson, these are the

13  recommendations or guidelines to which you earlier

14  referred in this deposition?

15   A    Yes.

16   Q    Did you participate in this consensus

17  conference?

18        MS. DAVIS: Objection.

19        THE WITNESS: Yes.

20        BY MR. PARKER:

21   Q    Did you file any written objections that

Page 129

1  you disagreed with the draft of this paper as it was

2  published?

3         MS. DAVIS: Objection.

4         THE WITNESS: No.

5         BY MR. PARKER:

6    Q    If you look on the first page under

7  recommendations.

8         Do you see that?

9    A    Yes.

10   Q    Number one -- well, let me preface it by

11  saying, beginning in paragraph number one and going

12  through three paragraphs is a description of three

13  different ways in which different laboratories perform

14  flow cytometry, correct?

15   A    Correct.

16        MS. DAVIS: Objection.

17        BY MR. PARKER:

18   Q    Approach number one is, they wrote the

19  application of a general comprehensive panel of

20  antibody combinations that usually answers most

21  relevant questions. This procedure saves time and

33 (Pages 126 to 129)

Mary Alice Stetler-Stevenson, M.D. - 8/22/06

Page 130

1 additional staining is only rarely required.
2         That describes what you were doing in 1997
3 in your lab?
4     A    Correct.
5     Q    If we turn now, Doctor, to the second page
6 of this journal article, table number 1. Am I correct,
7 Doctor, without putting them side-by-side that what is
8 subscribed here is useful antigenic targets, although
9 CD markers. The vast majority of those were being used
10 by you in 1997 when you did your unknown PB or BM
11 samples?
12         MS. DAVIS: Objection.
13         THE WITNESS: Yes.
14         BY MR. PARKER:
15    Q    Doctor, thank you. Incidentally, could we
16 turn back just for a moment to Exhibit Number 12 which
17 is the panel that I just referenced, the unknown PB or
18 BM samples.
19         I failed to ask you earlier, Doctor, in
20 1996 I appreciate the fact that with the
21 state-of-the-art developing panel reagents cocktails

Page 131

1 may change, but was there significant difference in the
2 size or the composition of your panel in 1996 for
3 samples that were drawn from peripheral blood or bone
4 marrow?
5     A    Repeat the question, please.
6     Q    Yes.
7         Was there a significant difference in
8 either the composition or the quantity of antibodies
9 that you were using in your panel in 1996 for what you
10 would call unknown PB or BM samples?
11    A    No.
12    Q    Now I'm not sure I got an answer to my
13 question. If you go back to table 1 you would agree
14 with me that when this paper was published in 1997 the
15 majority of these antibodies shown as useful in table
16 number 1 were, in fact, being used by your lab?
17        MS. DAVIS: Objection.
18        THE WITNESS: Yes.
19        BY MR. PARKER:
20    Q    Now, at the bottom of page 2, it's a
21 carryover from paragraph 2 on the preceding page

Page 132

1 discussing the second option of using an initial
2 minimal screening panel followed by a more thorough
3 specific set of reagents.
4         Do you see that?
5     A    Yes.
6     Q    And on the second page the authors of this
7 document wrote, this approach may be more economical,
8 but is lengthier, more involved, and may require
9 strategic decisions in antibody selection.
10         Some laboratory professionals feel that
11 when total time and material costs are considered it is
12 more cost effective to run more antibodies once than
13 fewer antibodies twice or more times. Stopping there.
14         Do you agree with that statement?
15        MS. DAVIS: Objection.
16        THE WITNESS: Yes.
17        BY MR. PARKER:
18    Q    Did you agree with the statement in 1997?
19        MS. DAVIS: Objection.
20        THE WITNESS: Yes.
21        BY MR. PARKER:

Page 133

1     Q    These authors go on. In fact, all of the
2 committee members objected to this practice and in the
3 general inquiry to the conference participants only
4 30 percent indicated they followed this approach.
5         You objected as well to their practice,
6 didn't you, Doctor, in 1997?
7        MS. DAVIS: Objection.
8        THE WITNESS: Yes.
9        BY MR. PARKER:
10    Q    Going on then to option number 3 which is a
11 directed or targeted approach. These authors wrote,
12 this may require a single and relatively reduced panel
13 of antibodies, but is impractical in laboratories
14 lacking the support of additional in formation and may
15 be hazardous in cases in which this information is
16 incorrect.
17         You agreed with that statement in 1997
18 didn't you?
19        MS. DAVIS: Objection.
20        THE WITNESS: Yes.
21        BY MR. PARKER:

34 (Pages 130 to 133)

Mary Alice Stetler-Stevenson, M.D. - 8/22/06

Page 134

1    Q    In fact, your case report that we just
2    discussed is a perfect example of exactly this
3    situation, isn't it, Doctor?
4            MS. DAVIS: Objection.
5            THE WITNESS: Yes.
6            BY MR. PARKER:
7    Q    On page 3 under general considerations, the
8    paragraph begins on page 2 and carries over to page 3.
9    Do you see the sentence in the left-hand column
10   beginning, Doctor, in general? I'm on page 3. I'm
11   sorry, that was confusing. The section begins on page
12   2 --
13   A    Yes.
14           MS. DAVIS: What's the page number?
15           MR. PARKER: I'm sorry, Pat, it's 233.
16           MS. DAVIS: Okay.
17           THE WITNESS: Yes.
18           BY MR. PARKER:
19   Q    The authors wrote, in general the larger
20   the number of reagents the higher the sensitivity of
21   abnormal cell detection and the better the ability of

Page 135

1    delineating phenotypes that must be useful in disease
2    monitoring.
3            You agreed with that statement in 1997?
4    A    Yes.
5            MS. DAVIS: Objection.
6            THE WITNESS: Correction. Delineating
7    phenotypes that may be useful in disease monitoring.
8            BY MR. PARKER:
9    Q    I accept your correction. As you corrected
10   me, that is a statement to which you agreed in 1996??
11           MS. DAVIS: Objection.
12           THE WITNESS: Yes.
13           BY MR. PARKER:
14   Q    Let's turn now to the last page, page 235.
15   Up at the top these authors wrote that despite the best
16   efforts -- I'm paraphrasing here.
17           They wrote, recommending a universal
18   strategy for the selection of antibodies applicable to
19   the analysis of hemotologic neoplasia is unrealistic
20   and that a consensus in this regard will be extremely
21   difficult to reach.

Page 136

1            You agreed with that in 1997?
2            MS. DAVIS: Objection.
3            THE WITNESS: Where is this?
4            BY MR. PARKER:
5    Q    I'm sorry, top of 235 on the left-hand
6    side, the first lane in mid part of that line picks up
7    with recommending and universal?
8    A    Okay, yes.
9            BY MR. PARKER:
10   Q    You agreed with that statement in 1997?
11           MS. DAVIS: Objection.
12           THE WITNESS: Yes.
13           BY MR. PARKER:
14   Q    In other words, Doctor, what you and your
15   colleagues recognized in 1997 is that given the
16   situations that different labs face, some reference
17   labs, some academic labs, some government labs, given
18   the different training that different flow cytometrists
19   cyrtometrist have gone through in their practice, that
20   it simply was not going to be possible then and it
21   hasn't happened today that there is a universal

Page 137

1    strategy for doing flow cytometry, correct?
2            MS. DAVIS: Objection.
3            THE WITNESS: Yes.
4            BY MR. PARKER:
5    Q    Further down in the paragraph the authors
6    wrote, a restricted panel of antibodies may limit our
7    ability to recognize neoplastic cells or to determine
8    their correct types.
9            You agreed with that statement in 1997,
10   right?
11           MS. DAVIS: Objection.
12           THE WITNESS: Yes.
13           BY MR. PARKER:
14   Q    And you still subscribe to that?
15           MS. DAVIS: Objection.
16           THE WITNESS: Yes.
17           BY MR. PARKER:
18   Q    And neoplasia again is cancer?
19   A    Yes.
20   Q    Lastly the authors wrote, the average
21   number -- do you see where I'm referring to at the

35 (Pages 134 to 137)

Mary Alice Stetler-Stevenson, M.D. - 8/22/06

Page 142

1  Braylan on the left-hand side, in general -- I'll let
2  you catch up with me.  Right about right here.
3      A    Okay.
4      Q    You wrote in general, do you see that?
5      A    Yes.
6      Q    Flow cytometry is more sensitive than
7  morphologic analysis and is particularly valuable in
8  staging for detection of bone marrow and peripheral
9  blood involvement, right?
10         MS. DAVIS:  Objection.
11         THE WITNESS:  Correct.
12         BY MR. PARKER:
13     Q    I agree and assume since you're one of the
14 authors you agree with that statement?
15         MS. DAVIS:  Objection.
16         THE WITNESS:  Yes.
17         BY MR. PARKER:
18     Q    And so the jury understands, when you say
19 sensitive, you're really saying it's more accurate?
20         MS. DAVIS:  Objection.
21         BY MR. PARKER:

Page 143

1      Q    In the context that's how you're using that
2  word; isn't that right?
3      A    Accuracy has many different definitions.
4  What I mean by it's more sensitive is that you could
5  evaluate by morphology looking at a slide a specimen
6  and detect no cancer yet be able to detect it by flow
7  cytometry.
8      Q    And my layman sense that's more accurate
9  because I want to know whether I got cancer?
10     A    Right.
11     Q    Now, Doctor, morphologic again is looking
12 through the microscope with the human eye?
13     A    Correct.
14     Q    And flow cytometry is the use of machines
15 that detect antibodies or small proteins that bind to
16 other cellular components in the specimen you're
17 looking at?
18     A    Correct.
19     Q    I think we've covered the other areas in
20 this paper.  Let's put that aside.
21         (Whereupon, a document was marked as

Page 144

1  Deposition Exhibit Number 23.)
2         BY MR. PARKER:
3      Q    Let me hand you an excerpt Exhibit 3, and
4  Exhibit 3 is an excerpt of --
5         MS. DAVIS:  23?
6         MR. PARKER:  23, I'm sorry.
7         BY MR. PARKER:
8      Q    Is an excerpt of from a context written by,
9  among others, Dr. Braylan, which also for the record
10 is --
11         MS. DAVIS:  Once again, I'm going to object
12 to this as being outside of the scope of the 30(b)6
13 deposition.
14         MR. PARKER:  Okay.
15         BY MR. PARKER:
16     Q    -- referenced in the materials by the
17 Connecticut LMRP.
18         Doctor, I'd like you to turn please to page
19 17 of this document.
20     A    Yes.
21     Q    I'm going to read the first two sentences

Page 145

1  and ask whether you agree with these authors.  The
2  clinical impression or the morphologic features of the
3  specimens should not dictate the design and selection
4  of an antibody panel.  Despite efforts to improve the
5  communication between the clinical and laboratory
6  services, the clinical information on the FCM request
7  forms is often scanty, vague, and potentially
8  misleading.
9         Do you agree with that statement?
10         MS. DAVIS:  Objection.
11         THE WITNESS:  Yes.
12         BY MR. PARKER:
13     Q    They further write, furthermore to have an
14 antibody panel for each specific group of hemotologic
15 neoplasms -- I'll skip the parenthetical -- would be
16 inappropriate and defeat the purpose of FCM
17 immunophenotype.
18         Do you agree with that?
19         MS. DAVIS:  Objection.
20         THE WITNESS:  Yes.
21         BY MR. PARKER:

37 (Pages 142 to 145)

Mary Alice Stetler-Stevenson, M.D. - 8/22/06

Page 146

1    Q    Now, FCM is flow cytometry. What does the
2  M stand for?
3    A    Cytom.
4    Q    But we can agree that FCM is flow
5  cytometry?
6    A    Yes, that is -- I believe they define their
7  abbreviation earlier in the chapter. They must have.
8  At some point in the book they would define it as an
9  abbreviation they were using for flow cytometric.
10    Q    And if you just to skip over here. Let's
11  go down to the bottom where it says, a certain degree
12  of redundancy. These authors wrote, a certain degree
13  of redundancy of some critical antibodies -- and cite
14  34 and 20 -- between different tubes is necessary to
15  optimize the sensitivity of FCM analysis and thereby
16  permit the detection of aberrant intragenic expression
17  on neoplastic cells.
18        Do you agree with that?
19        MS. DAVIS: Objection.
20        THE WITNESS: Yes.
21        BY MR. PARKER:

Page 147

1    Q    Now, we haven't used the word aberrant
2  before. What does that mean in the context of flow
3  cytometry?
4    A    Abnormal.
5    Q    So flow can help you determine whether
6  there are cancer cells present? They can also tell you
7  whether normal cells are expressing surface receptors
8  that they should not be expressing?
9        MS. DAVIS: Objection.
10        THE WITNESS: Yes.
11        BY MR. PARKER:
12    Q    And when normal cells express surface
13  receptors that they ordinarily do not, in some cases
14  that's important for prognosis? In some cases it's
15  important for treatment?
16        MS. DAVIS: Objection.
17        THE WITNESS: Yes.
18        BY MR. PARKER:
19    Q    So your goal, among others, as a flow
20  cytometrist, is not only to find the abnormal cells or
21  the cancer cells, but also to properly understand the

Page 148

1  normal cells that may be acting aberrantly?
2    A    I would replace normal by noncancerous.
3    Q    I'll accept that, but otherwise you agree
4  with that statement?
5    A    Yes.
6    Q    We can put that aside.
7        (Whereupon, a document was marked as
8  Deposition Exhibit Number 24.)
9        BY MR. PARKER:
10    Q    I think we're up to number 24. Doctor, I
11  want to show you Exhibit Number 24 which has been
12  previously marked in this litigation as exhibit -- I
13  just gave away my only copy so I'll go by memory --
14  which is dated I believe 1998. It's a Dianon document,
15  correct?
16    A    Correct.
17    Q    Doctor, if you look down I think it's on
18  the second page again --
19        MS. DAVIS: I'll object again as being
20  outside of the scope of 30(b)6 deposition.
21        BY MR. PARKER:

Page 149

1    Q    If you go to the second page, I believe
2  it's on the second page, Doctor, there's a listing of
3  the antibodies being used by Dianon in 1998.
4        Do I have the right page?
5    A    Yes.
6    Q    Doctor, is there --
7        MS. DAVIS: Object.
8        BY MR. PARKER:
9    Q    Is there any significant difference in the
10  antibodies composition -- let me rephrase the question.
11        In 1998, the date of this document 24, was
12  there any material difference in the selection of
13  antibodies that Dianon was using in its flow panels
14  compared to the panel that you were using as shown in
15  Exhibit Number 12 for your blood and bone marrow --
16        MS. DAVIS: Objection.
17        BY MR. PARKER:
18    Q    -- testing?
19    A    Would you repeat the question?
20    Q    Yes, Doctor.
21        Is there any significant difference in the

38 (Pages 146 to 149)

Mary Alice Stetler-Stevenson, M.D. - 8/22/06

Page 150

1    selection of antibodies that Diacon made in 1998 for
2    its flow panel when compared to the flow panel that you
3    discussed with me, Exhibit Number 12, that you were
4    using four blood and bone marrow?
5              MS. DAVIS: Objection.
6              THE WITNESS: I have more antibodies.
7              BY MR. PARKER:
8    Q    You have more?
9    A    Yes, additional.
10   Q    Alright, you can put that aside.
11             Doctor, if you would, please, pull up
12   Exhibit Number 4 which is, I believe if my notes are
13   correct, Dr. Braylan's report -- I'm sorry, Dr.
14   Borowitz, Exhibit Number 3.
15             MS. DAVIS: I'm going to object to this and
16   I'm going to instruct her not to answer any questions
17   about the expert reports in this case. It's outside
18   the scope of the 30(b)6 deposition.
19             MR. PARKER: I don't believe our rules
20   entitle any lawyer to instruct the witness not to
21   answer a question that is not invoking a privilege, and

Page 151

1    none of my questions have invoked a privilege.
2              I think you take all testimony subject to
3    determinations and relevance. I will also say that
4    this witness has already testified that part of her
5    preparation for this deposition was, in fact, review of
6    some of these reports; but I want to make my record so
7    I'll go forward and ask the questions and you can
8    instruct this witness, your government's witness, not
9    to answer my questions.
10             BY MR. PARKER:
11   Q    Doctor, before coming here today -- strike
12   that. Let me go right into this.
13             Doctor, please turn to Dr. Borowitz's
14   report, page 3.
15   A    Yes.
16   Q    Doctor, so I don't prolong this record, I
17   will ask you and then I will simply ask you a question
18   and your counsel will either tell you you're allowed to
19   answer it or in her judgment you're not; but look,
20   Doctor, please at the paragraph that begins, the reason
21   I say this?

Page 152

1    A    Yes.
2    Q    And you've reviewed this as least one time
3    before, right, Doctor?
4    A    Correct.
5    Q    To refresh your memory of Dr. Borowitz's
6    opinions in this case, would you please read to
7    yourself the sentence that begins, the reason I say
8    this, and stopping down at the end of the sentence that
9    ends -- that begins, the reason this is a critical
10   distinction, and tell me when you're done and I'll ask
11   you a question.
12   A    Yes.
13   Q    You've read it to yourself. Doctor, is
14   there anything in that segment of Dr. Borowitz's report
15   with which you disagree?
16             MS. DAVIS: Objection.
17             I'm going to instruct you not to answer.
18             BY MR. PARKER:
19   Q    Let's go on to Dr. Braylan's report,
20   Exhibit Number 4. If you would please turn to page 8
21   of Dr. Braylan's report, down towards the end of the

Page 153

1    first paragraph.
2              Do you see his sentence beginning,
3    focusing?
4    A    Yes.
5    Q    Dr. Braylan wrote, focusing the analysis to
6    a particular cell population and ignoring the remaining
7    cells because of a presumable clinical or pathologic
8    diagnosis is like limiting the examination of a
9    microscopic slide to only a portion of a tissue biopsy
10   and ignoring the rest or restricting the observation of
11   a radiographic study based on patient's symptoms.
12             I read that correctly, right?
13             MS. DAVIS: Objection.
14             THE WITNESS: Yes.
15             BY MR. PARKER:
16   Q    Do you agree with that?
17             MS. DAVIS: Objection, and I'm instructing
18   her not to answer.
19             BY MR. PARKER:
20   Q    Further down the next paragraph Dr. Braylan
21   wrote, furthermore -- let me let you catch up with me.

39 (Pages 150 to 153)