# EXHIBIT 13

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA )
ex rel. DR. JAMES J. )
TIESINGA, )
 )
      Plaintiff, )
 )
vs. ) CIVIL ACTION FILE
 ) NO. 3:02CV1573(MRK)
DIANON SYSTEMS, INC., )
 )
      Defendant. )

---

DEPOSITION OF JEANNINE T. HOLDEN, M.D.

JUNE 7, 2006

9:00 A.M.

---

Page 26

1  say lytic bone lesion or M protein or monochromic
2  hemopathy, that would cue the techs to go ahead and
3  add up front additional tubes looking specifically
4  for chromoplastid cells.
5       If the case were a child and there were
6  anything at all about it that suggested that it might
7  be a new acute leukemia, they might say new acute
8  leukemia; they might say leukemia, cytopenia, some
9  cytopenia, just a new patient, growing pain, any of
10 those would prompt the techs to go ahead and add
11 additional tubes for TDT, that's terminal
12 deoxynucleotidyltransferase and myeloperoxidase.
13 Those are tests that the -- they are treatment
14 protocols require that we do them.
15      So there are a few add-ons we might have
16 occasion to do up front, but short of that, they
17 pretty much get the standard panel. If we have
18 previously diagnosed a patient with --
19    Q   Let me stop you right there.
20    A   I'm sorry.
21    Q   What is the standard panel?
22    A   The standard panel is 14 tubes. They are
23 four-color tubes. It's a total of 30 antibodies
24 tested. So obviously 14 times four is more than 30, so
25 there's a fair amount of redundancy in the panel as

Page 27

1  cross checks.
2       The most redundancies with a reagent
3  called CD45 which is in every tube so that I can find
4  small populations and cross reference them between
5  the tubes.
6     Q   Okay. Go ahead.
7     A   Where was I?
8     Q   You were about to tell me the --
9     A   I know where I was.
10    Q   Okay.
11    A   So assuming that there's no problem with
12 the sample, they will go ahead and take it forward and
13 stain it.
14      I was going to point out, if it's a
15 patient with amyloid process and there's been no
16 integral change to suggest development of a lymphoma,
17 we will drop the tubes that specifically look at --
18 look for lighting restrictions, either kappa or
19 lambda, within the B-cell compartment.
20      Now, there's also a possibility that the
21 patient may have developed an intercurrent, a B-cell
22 lymphoma, but the remainder of the panel is done in
23 such a way that we would detect that and then we
24 would have to go back and add that on.
25    Q   Okay.

Page 28

1     A   So we don't discount that possibility but
2  don't look for it in those cases if we've previously
3  documented a -- documented a myeloic process.
4     Q   Okay. When you say previously documented,
5  does that mean intake form will contains the
6  information.
7     A   No. That means that we have personally
8  run a sample and diagnosed that entity. Even if it had
9  been -- the intake form is notoriously unreliable.
10    Q   Okay. What information comes in addition
11 with the intake form? Let me ask the question again.
12 What information is contained on the intake form?
13    A   There is -- there is the patient's name
14 and identifying information, their contact information
15 from the hospital or doctor's office that sent it, what
16 physician ordered it. If they want to be called with
17 the results immediately, you know, a contact number,
18 fax number, things like that.
19      They'll have indicated the type of
20 specimen it is. Occasionally they won't have done
21 that, and then the techs have to call them and try to
22 identify them before we process.
23      They -- and then, of course, the type of
24 testing they are interested in. Do they only want
25 flow cytometry? Do they also want morphology? Do

Page 29

1  they also want cytogenetics? All of that comes on
2  that form.
3       And then finally clinical history and/or
4  an ICD9 number. And that is has to be very, very
5  complete. And, of course, many of these patients are
6  patients that we've seen previously, and so we pull
7  the -- we pull that patient's folder, previous
8  results, including the report, the previous history
9  of bands or dot plots and any morphology that we may
10 have done on it as well. And we have that available
11 to us.
12    Q   Okay. Let me -- let me -- this is going
13 to be a two-part question. The information that comes
14 in the clinical history and the ICD9, do you consider
15 any of that information in deciding what antibodies to
16 use?
17    A   No.
18    Q   Why not?
19    A   It is frequently -- not frequently, pretty
20 frequently not complete. It can be very misleading.
21 We actually find that, especially in a practice
22 setting, it's much more efficient and better for
23 patient care to simply essentially look for everything.
24 The goal is to identify every cell in the sample.
25    Q   Okay. So if the doctor puts on the form

Page 34

1  will be affected not only by the cell count, but by
2  the viability. If they are a hundred percent viable,
3  I could do four -- three or four tubes. If it were
4  50 percent viable, I'd have to drop that to two
5  tubes.
6      So those are cases in which we start
7  opening the chart at that point and looking very
8  carefully at it. That is the job of whatever
9  attending physician is on the flow cytometry that
10 week.
11     So typical, come in in the morning and
12 have a stack of, you know, three or four or six of
13 these to look at that they will have processed
14 essentially that morning, and said, oh, you know, we
15 don't have enough cells for a full panel, doctor,
16 what would you like us to do.
17     Q    And at some point during the process, does
18 the technician prepare a slide with some of the cells
19 on it?
20     A    No.
21     Q    Never?
22     A    Never.
23     Q    When you do a cyto spin?
24     A    We do not do that.
25     Q    Why not?

Page 35

1      A    It's not necessary. If you are doing your
2  hemotyping correctly, you actually get a great deal
3  more information from the combination of antibody
4  activity and the light scatter from the cytometer.
5      There are a couple of parameters when
6  people talk about flow cytometry, they talk about the
7  industry type aspect of it, but they don't really
8  talk about what we call light scatter.
9      There are two types of light scatter:
10 One is forward scatter and the other is side scatter.
11     Forward scatter refers to essentially
12 measure the cells size, and side scatter is the
13 measure of the cell complexity or granularity.
14 Through the cytometer, those data are collected, and
15 in the end, you actually get a -- because the cells
16 will actually group themselves, if you actually plot
17 forward scatter versus side scatter, will actually
18 group themselves very nicely into nice little
19 clusters of -- for a normal peripheral blood, for
20 instance, leukocytes, monocytes and granulocytes. So
21 you actually have a great deal of morphologic
22 information.
23     A cytospin that's prepared prior to
24 sample processing is -- you may have lost some of the
25 cells. Your final product may not actually reflect

Page 36

1  that. It's possible to lose cells in the process.
2  Some may have been too light or too big or something.
3      If you do it after processing, some
4  morphology is terrible and really pretty much
5  useless, so no, we don't.
6      Q    So you don't do -- if an intake form comes
7  in specifically that just says flow, you never do any
8  sort of morphology on it to look at cells?
9      A    No.
10     Q    And why is that? You don't think there's
11 any -- any purpose to it?
12     A    There's no purpose to it, and it would be
13 a waste of time, effort and sample. The samples are --
14 yeah, they're -- specifically something like a fine
15 needle aspirate in which I have a small number of cells
16 to begin with, the last thing I want to do is waste
17 them on a cytospin.
18     The -- it can also, of course -- it can
19 also be misleading. Flow sediment, any phenotyping
20 and morphology are complementary techniques, but you
21 don't want to let yourself be misled by the
22 morphology. Just because something looks like a
23 lymphoblast or looks like a lymphocyte or looks like
24 anything at all that's what it will turn out to be.
25 That's one of the problems with a short, very fine

Page 37

1  directed panel, so you don't consider the
2  possibility.
3      You make assumptions based on morphology
4  and carry that forward and only find what you expect
5  to find. I take a much broader approach, means that
6  you'll identify essentially any malignancy this
7  patient has.
8      Q    Do you also use a lot of antibodies that
9  aren't going to identify anything?
10     A    Oh, no. They'll identify -- every
11 antibody in the sample will identify -- is designed to
12 identify normal cells in the sample.
13     Q    But there's no clinical significance.
14     A    They do, actually, have a lot of clinical
15 significance. For instance, a child, if do a bone
16 marrow on a child and find that that child is missing
17 certain populations, that is actually significant.
18     Let's say the child comes in with
19 pancytopenia so all of the cell counts are and
20 peripheral blood are decreased, and the clinicians
21 would be very concerned about the possibility of this
22 patient's bone narrow having been occupied by an
23 acute leukemia.
24     I may find that there's -- I can't find
25 acute leukemia, but if I find the absence of normal

Page 38

1  B-cell progenitors and/or normal myoblasts in that
2  sample, I'll be very suspicious that the patient is
3  actually developing neoplastic anemia or actually may
4  have another underlying malignancy that I can't see
5  in the sample, but is present and suppressing normal
6  lymphopoiesis and granulopoiesis so actually it is
7  very important.
8       Q    When you run the test, flow cytometry
9  test, how long does it take for the techs to actually
10 run the test?
11      A    You mean the actual processing? You mean
12 running it on the machine?
13      Q    Yeah.
14      A    Possibly batch them to some extent. I
15 mean, they sit down with a set of three or four or five
16 cases and will stain them all at once, which is one of
17 the reasons we take the standard approach, to minimize
18 the errors that can occur in that setting.
19           Depending on how many other things
20 you're doing at the same time, the staining process
21 itself takes an hour and a half to two hours if they
22 are moving that forward. That's how long it takes
23 for us to, say, process a stat, an emergency bone
24 marrow in a patient with a leukemia, for instance, so
25 on a case where they are waiting for result, if the

Page 39

1  material hit the lab at four o'clock in the afternoon
2  I can usually be on the phone with them with the
3  verbal final diagnosis by six o'clock.
4            That doesn't mean that necessarily a
5  course of the day. Actually, those are the stat
6  cases they are pushing ahead. Generally speaking,
7  turnaround time on these cases coming in on a Monday
8  will be signed out -- the majority of the cases are
9  signed out by the next morning at 11 o'clock.
10           That's when I first fax drop to the
11 outside client, so we try to get those out as quickly
12 as we can. There's another one at, I think, 2:30
13 another one at four. Exceptionally we'll have to
14 hold a case for additional staining or I'll have to
15 call the clinician or else the pathologist and get
16 additional information, or often that call is made
17 because I want to alert them to the presence of
18 something that I didn't think they were expecting or
19 that I think may be unfamiliar with. We will often
20 call before generating a final report.
21      Q    When you said the turnaround time is one
22 day, that's just for the only thing they ask for is
23 flow?
24      A    Yes. Morphology, we can still, depending
25 on the caseload that day, I can -- I can still get a

Page 40

1  case that had morphology on it out the same day as
2  well, depends on how long I have to dictate.
3            Cytogenetics turnaround time,
4  cytogenetics or FISH turnaround time on those is
5  going to be closer to a week. Again, the original
6  either morphology or flow or both will be out between
7  24 to 48 hours.
8       Q    Okay. And if you -- if they've asked for
9  all three, morphology, flow, and cytogenetics, do you
10 wait for the cytogenetics or wait for all three?
11      A    No. You tell them about the others. They
12 are all on the same accession, but instead of the same
13 sample, slightly different procedures and needs to be
14 signed out separately.
15      Q    So when you said you talk to the doctors,
16 you only do this after you've seen the results of the
17 test?
18      A    Yes. Occasionally they will call me to
19 let me know that the sample is on its way to discuss it
20 what were they considering, you know, they'll volunteer
21 that information, but given the -- just very rarely
22 call up front.
23      Q    And you said the technicians sometimes
24 when things come in, they can tell that -- for some
25 reason they can tell that additional antibodies are

Page 41

1  needed and they add them automatically.
2       A    They add them up front. If that -- if a
3  case like potential myeloma and had not been indicated
4  up front, and let's say the patient came in, a new
5  diagnosis might come in, say, as anemia. That would
6  not have flagged the technicians to have added the
7  intercellular kappa lambda.
8            However, the remainder panel, up front
9  panel, is designed to detect plasma cells and
10 phenotypically abnormal plasma cells, and that would
11 cue the person -- person analyzing the case to go
12 ahead and add those.
13           That's typically caught by a tech who is
14 analyzing the case or up-front analysis is performed
15 by either a technologist or by physicians who are in
16 training.
17           Exceptionally, myself and my colleagues
18 in the division have to do it if a really short staff
19 can't analyze the cases, but ideally that's carried
20 out by the techs or the residents if they identify,
21 for instance, an atypical plasma cell population,
22 more plasma cells than what they expected for that
23 patient's age, they go ahead and add those tubes to
24 identify normality.
25      Q    Okay. Do you ever add antibodies after

Page 46

1  "medical necessity" on documents from Medicare. I
2  guess on the Medicare website is where I usually am
3  most likely to see that, specifically in the context of
4  what used to be called LMRPs, local medical review
5  policies, but are now called LCDs, local code
6  determinations.
7      Q  Do you bill Medicare?
8      A  Yes. I know that some of my patients are
9  Medicare patients, so I'm assuming that's done, yes.
10     Q  Do you -- what's your understanding of
11 what medical necessity is?
12     A  Equivalent to standard of care, what's
13 medically appropriate.
14     Q  Medically appropriate for who? For what?
15     A  For any patient, for a patient, you know.
16 The -- as far as I'm concerned, the -- for me, medical
17 necessity is not a term that necessarily relates
18 specifically to the government or Medicare. That's
19 what you do for patients. Good practice, standard of
20 care.
21     Q  Good practice for who? For a particular
22 patient?
23     A  For -- yeah, for all patients and for a
24 particular patient, yes.
25     Q  So in determining whether something is

Page 47

1  medically necessary for a particular patient, do you
2  have to take into account the information that you know
3  about that patient in deciding which antibodies to use?
4      A  Not in deciding which antibodies to use
5  because I'm going to use the same antibodies for
6  essentially all the patients.
7      Q  Regardless of what information you had
8  about --
9      A  Oh, yes. Yes.
10     Q  And you think that that -- that -- that
11 using all -- however many there were, 30?
12     A  Uh-huh.
13     Q  Thirty antibodies, each one of those
14 antibodies is medically necessary in each case?
15     A  Yes, I do.
16     Q  And why is that?
17     A  Because it's the idea that -- that each of
18 the antibodies is a separate test is a false premise.
19 That dates to a time when it was actually technically
20 and cumbersome and expensive to run the lab -- to test
21 for these antibodies, and at that time they were tested
22 singularly or in pairs, if you really wanted to be sort
23 of fancy about it at that time, and that was pretty
24 much the mid 1980s.
25         We no longer do it that way. We now

Page 48

1  take a panel approach. And so that anybody even asks
2  about antibodies is essentially -- the best word
3  would be an artifact of the billing structure in the
4  CPT codes.
5          I went on record actually back in the
6  late '90s saying that I thought the entire billing
7  structure was flawed and that it should not never --
8  should never have been per marker; it should have
9  been per panel, essentially effective from the time
10 we started doing more than one color at a time or one
11 antibody at a time.
12         I have been happy to see that that has
13 changed recently in terms of the professional billing
14 for -- for flow cytometry interpretation. I would
15 actually like to see the technical side follow
16 this -- follow the same principle. That I bill per
17 marker is purely because I have to and not because
18 I'd like to.
19     Q  I'm sorry. Run that one by me again. You
20 bill for markers solely because you have to, not
21 because you want to?
22     A  The CPT codes are tied to a number of
23 markers. There's no way for me to untie them.
24     Q  So you felt no responsibility to -- to --
25 given the fact that you were charging, and we'll just

Page 49

1  stick with Medicare for now, policies. I don't care
2  about private insurers. I mean, I do, but not for this
3  purpose.
4      A  Not for this, yeah.
5      Q  So you felt no obligation to look at the
6  individual markers you were using and find out whether
7  they were medically necessary for that patient at that
8  time when you were billing for every marker?
9      A  They were all medically necessary.
10     Q  And they were all medically necessary why
11 again?
12     A  I think I've explained this.
13     Q  Well, tell me again.
14     A  Okay. When you're looking at a sample,
15 you have to identify all the cells in the sample. Any
16 population that you haven't identified is a candidate
17 of malignant population.
18         As that patient's physician, I can't
19 not -- I can't ignore -- I -- I can't look at that
20 sample and not have identified every cell in the
21 sample.
22     Q  So your approach is essentially --
23     A  I'll give you -- I'll give you a good
24 example of this. Let's say a biopsy is done for -- a
25 skin biopsy is done, and they send it to me, and the

Page 50

1  physician writes on it "rule out melanoma," which is a
2  malignancy that involves a certain type of cell in the
3  skin, and it's important that that be recognized and
4  that is, presumably, if he wrote that down, that was
5  his clinical impression of what this lesion was.
6       And I could look at that slide and say,
7  oh, this patient doesn't have melanoma, but, in fact,
8  when I look at the slide, it's important that I look
9  at the entire sample and recognize any other
10 abnormality, because if it turns out this patient
11 actually had a basal cell carcinoma or leukemia or a
12 metastatic carcinoma, instead of ruling out melanoma,
13 I would have done that patient a great disservice,
14 and that is exactly how flow cytometry works now.
15     Q   Okay. So -- so you have 30 antibodies
16 because they address any potential malignancy there
17 might be?
18     A   Any potential metalloid malignancy, yes,
19 as well as a few others. There's a lot of cross
20 activity between antigens that may not be metalloid
21 form.
22     Q   And that would be diseases that are pretty
23 rare?
24     A   Let's see. Well, essentially everything I
25 deal with is relatively rare. I mean, even a very

Page 51

1  common disease like monocytic leukemia is only going to
2  be particularly common once you get up into the sort of
3  age. Things that are very rare, for instance, as I
4  said, for instance, a gamma delta, gamma delta T-cell
5  lymphoma, I would detect it but not be able to fully
6  characterize it without additional markers.
7       Everything on the panels that we have
8  are each of the individual markers and the markers in
9  combination are combinations that we validated and
10 know to be very useful with these samples. If I have
11 a marker that I don't think is essentially working,
12 as I say, working hard enough for me, I don't use
13 them.
14     Q   So you just mentioned one gamma delta -- I
15 don't know.
16     A   That's okay. T-cell, yeah.
17     Q   I've got a history major. You know, if
18 you want to know where somebody was during the Civil
19 War, I can tell you. This stuff, I don't know.
20     So your panel does -- there are some
21 things that your panel doesn't detect, for example, the
22 gamma delta whatever.
23     A   Well, it would detect it actually. It
24 would find it. I would not be able to render the final
25 diagnosis, as I said, until I tested specifically for

Page 52

1  the gamma delta T-cell receptor, but it would identify
2  it.
3       Q   Okay.
4       A   There are certain malignancies that can be
5  very difficult to identify, as hard as we try, and
6  those are typically T-cell lymphomas. And when the
7  reagents become available that would permit me to more
8  immediately identify those, I will be adding them.
9       And, of course, may decide at some point
10 that other combinations I'm using are not as
11 informative. One of the real keys to doing this and
12 identifying these populations is not just the number
13 of markers you run, but how you run them.
14     It's extremely important to run enough
15 parameters at a time. Three colors at a time is the
16 minimum. What we've been -- when I started training
17 in this lab, we were doing three colors. That was in
18 1994.
19     In 19 -- and, of course, when I joined
20 the lab in '96 it was still three color; we converted
21 to four color in 1998, and we are just about to
22 purchase our second six color machine, so that will
23 permit us to go up to six colors.
24     And what we expect to happen as we move
25 into six colors is that we'll actually be able to

Page 53

1  identify populations that we weren't previously able
2  to see readily.
3       Q   Can you explain, just for my benefit,
4  what's the difference between three and four and six
5  colors.
6       A   So the cytometer, as I said, as each cell
7  moves through the cytometer, it encounters a beam of
8  light, a laser beam, essentially, and that beam of
9  light will be altered in some way by virtue of the fact
10 that the cell has passed through it, and the light will
11 be bent, and that will measure the cell size. It will
12 be reflected or scattered, and that's a measure of cell
13 complexity; then any -- any chemical compounds
14 associated with the cell, either endogenous or
15 exogenous added will absorb some of that light, excite
16 that compound to a higher energy state.
17     And because that's an unstable state,
18 the light will -- will be lost. Essentially that it
19 will -- the higher energy state will fall to a lower
20 energy state, and the photon of light, a different
21 wavelength will be emitted.
22     The cytometer is designed to detect that
23 wave -- that light that is emitted as a result of
24 that fall in energy.
25     Now, there's some background signal

14 (Pages 50 to 53)

Page 70

1  Let me think. At the time -- right. I just want to
2  make sure. At the time I prepared the expert opinion,
3  I don't think I'd seen the deposition. What was the
4  date of the deposition?
5    Q  Which deposition?
6    A  Dr. Flynn's deposition.
7    MR. PARKER: After the report.
8    THE WITNESS: It was after. Okay. So
9  when I prepared my opinion, that's right, I had
10  seen his expert opinion. So in preparation for
11  this deposition, I saw Dr. Flynn's deposition.
12  I saw Dr. Mishilani's deposition.
13    I specifically looked at those cases
14  that were discussed during the deposition.
15  Those were exhibits. I looked at those
16  briefly.
17    The -- looked at -- although I was
18  already familiar with the papers that had been
19  introduced as exhibits during that deposition.
20  Essentially the documents related to his
21  deposition.
22  BY MS. DAVIS:
23    Q  Dr. Flynn's deposition?
24    A  Yes.
25    MR. PARKER: You also had the worksheets,

Page 71

1  so the record is clear.
2    THE WITNESS: Yes. Some of which were
3  discussed at -- essentially any -- anything that
4  had been labeled in that deposition, I think I
5  had, numbers 1 through 30 odd, 35 at least.
6    MS. DAVIS: Just to make clear, she didn't
7  have all 400 or however many?
8    MR. PARKER: I think she did.
9    THE WITNESS: You know, I think I have two
10  binders of cases that I have not looked at in
11  detail. They've been provided to me, but I've
12  not looked at them, very simply I've not looked
13  at them because it's not necessary.
14    As I said, the correct approach in doing
15  this work is not on a patient-per-patient
16  basis, especially in the reference lab
17  setting. I just saw no point in billing
18  Dianon for services that were not necessary.
19  BY MS. DAVIS:
20    Q  Okay. So you didn't look in detail at any
21  of the cases that Dr. Flynn looked at.
22    MR. PARKER: Objection, other than the
23  amended complaint.
24  BY MS. DAVIS:
25    Q  Other than the amended complaint?

Page 72

1    A  Other than what was discussed in detail in
2  the deposition.
3    Q  All right. So if you didn't look at Dr.
4  Flynn's, I take it you didn't look at the results, his
5  handwritten notes.
6    A  Not in enough detail.
7    Q  Okay.
8    A  Or not in -- not in detail. I know
9  there's some -- I think there's some in the binders,
10  just didn't even bother. Not necessary.
11    Q  And why isn't it necessary?
12    A  Because that's not how one correctly
13  approaches these cases. What I'm addressing here is
14  not the details of these cases. What I'm addressing is
15  the practice of flow cytometry.
16    To the extent that Dr. Flynn discusses
17  details of those cases is very illustrative of his
18  approach with which I cannot agree.
19    Q  So if someone takes the approach
20  Dr. Flynn's takes, which is to look at the information
21  that's available, clinical information available about
22  the patient, might look at morphology or the cytospin
23  or whatever, to take that information into account to
24  derive a panel of antibodies that is directed at
25  whatever the suspected diagnosis is for that patient,

Page 73

1  what is your opinion about that approach?
2    MR. PARKER: Objection. Misstates the
3  testimony.
4    THE WITNESS: I'm sorry?
5    MR. PARKER: Just objection for the
6  record.
7    THE WITNESS: That's his job. Can you
8  repeat that?
9    MS. DAVIS: No. It took me long enough to
10  get it. All right. Let me try it again. Can
11  you read it back.
12  (Whereupon, the record was read by the court
13    reporter as designated.)
14    THE WITNESS: My opinion is that that
15  approach is likely to result in misdiagnoses.
16  BY MS. DAVIS:
17    Q  So do you view that approach would be
18  malpractice?
19    A  Potentially.
20    Q  Okay. So because you didn't review
21  Dr. Flynn's results in any of the medical records, you
22  don't know what information was available to Dr. Flynn
23  when he made his decision to have a smaller panel?
24    A  In those -- those cases that were
25  discussed at the deposition, I did look at that

Page 74

1  material.
2    Q   But otherwise you didn't?
3    A   No.
4    Q   And --
5    A   I would not. And, again, as I said
6  before, would not find it necessary.
7    Q   So you don't know whether there were
8  laboratory results in those -- in those packages other
9  than the -- questions, let's just baseline, other than
10 the ones you looked at, you don't know whether there
11 were laboratory results in there?
12   A   I don't know what information was
13 available to Dr. Flynn at the time he would have looked
14 at those. I will point out that it does not appear
15 that he is designing panels that are individualized.
16       Given that all of the patients he was
17 seeing either were known to have lymphomas or were
18 suspected of having lymphomas, I gather it is a
19 fairly standard panel, standard approach, to those
20 cases.
21   Q   In what way? I'm sorry. You mean because
22 he was -- he was basing his analysis on what in
23 Dianon's panel was appropriate or not?
24       MR. PARKER: Objection.
25       THE WITNESS: No, he actually lists --

Page 75

1      list things that he would actually -- he
2      actually did list at certain points what he
3      would do on certain cases.
4          And then and the specifics -- we can go
5      through this if you want to. There are
6      specific differential diagnosis in a number of
7      those cases I would consider even flawed.
8          Even though he was using his past
9      experience to decide what he thought were the
10     most likely diagnosis in some of those
11     patients, some of those would be incorrect.
12 BY MS. DAVIS:
13   Q   So in the panel, the sample targets panel
14 that he derived, would those -- did those contain
15 sufficient antibodies to uncover other -- other things
16 that might be present other than --
17   A   No.
18   Q   In what way?
19   A   They were targeted looking to answer --
20 answer only a question that either a clinician had
21 posed or that he had gathered might be -- might be the
22 question, might have been going on.
23       Say, if he didn't have sufficient
24 information if he looked at the CBC or, say, percent
25 lymphocytes on the differential count, say, oh, this

Page 76

1  patient has a lymphocytosis, I'm going to evaluate it
2  as a lymphocytosis. In some instances -- well, I'll
3  just leave it at that.
4    Q   Okay. So you don't know whether in a
5  particular case the patient had already been diagnosed
6  buy Dianon with a particular disease?
7    A   In some instances they had.
8    Q   And in Dr. -- why is Dr. Flynn's approach
9  inadequate in those cases?
10   A   He would miss intercurrent co-morbid
11 conditions, which do occur, which not infrequently
12 occur, especially as a result of therapy. He didn't
13 specifically have instances of this, but it's also
14 possible to overcall intercurrent co-morbid conditions
15 that are a result of therapy.
16       For instance, patients who have been
17 given colony stimulating factors after chemotherapy.
18 You have to be careful to not overcall those as
19 atypical myeloblast situation.
20   Q   What percent of cases is there a co-morbid
21 disease?
22   A   Well, in all cases there's a potential for
23 co-morbid disease.
24   Q   And what percentage of time does it
25 happen?

Page 77

1    A   Co-morbid finding that we would consider
2  worthy in some of the work we investigate, I'm going to
3  guess 5 percent over the course of the patients.
4  Obviously there's certain patients that are at high
5  risk for developing co-morbid disease that I'd be
6  interested in.
7    Q   So you could -- you could -- knowing what
8  risk factors there were about a particular patient, you
9  could adjust what you did depending on those risk
10 factors, take that into account, in other words, when
11 you put together the panel?
12   A   I don't need to. My panel is sufficient
13 as it is.
14   Q   No. I understood your panel. But if you
15 could do that, you could take into account various risk
16 factors in developing a panel?
17   A   By the time you had done that, you would
18 actually have the same panel that I do or the same --
19 essentially as sufficiently detailed. Whether it would
20 have exactly the same number of markers or the same
21 antibodies, which wouldn't necessarily, but would have
22 to be as detailed.
23   Q   Okay. You mentioned in your report
24 that -- let me see -- you're basing your expertise in
25 part on your extensive experience and high volume

20 (Pages 74 to 77)

Page 150

1  think he would completely miss?
2      A   I would have to go back and look
3  specifically at cases. One of the cases that was
4  discussed in the deposition was a case with a patient
5  with CLL, a patient who actually diagnosis had been
6  rendered, Dianon had identified that, and for some
7  reason they -- the clinicians sent -- continued to send
8  repeat samples at what seemed to be fairly frequent --
9  what seemed to be fairly frequent intervals, and before
10 I had actually seen the details, my question was, oh,
11 this sounds as if the clinicians are not content with
12 the diagnosis of CLL; they think something else is
13 going on, and they continue to send samples to identify
14 that, and what was eventually identified in that
15 patient was a plasma cell myeloma, but which would not
16 have been identified by Dr. Flynn, and he actually
17 suggested that was a trivial finding, and, in fact,
18 that patient actually had significant disease and was
19 treated for that based on -- that was one of the few
20 charts I looked at in detail.
21     Q   Okay. And if the panel that Dr. Flynn in
22 another panel changed a little bit depending on what
23 information he had, but there was sort of a core panel
24 that things showed up pretty much.
25     A   Yes. Given that he suggests that it's and

Page 151

1  it sounds like you're suggesting that you would
2  actually craft a panel based on that individual
3  patient's findings seems at odds to me.
4      Q   What individual --
5      A   I mean, unless you can say that all of his
6  patients were identical, if he did the identical
7  markers on each of them, that would suggest to me that
8  he was using a panel, albeit a very short one.
9      Q   What about the approach -- I mean -- of
10 crafting a panel based on what you suspect the patient
11 has based on the clinical information you have,
12 morphology, blood count, whatever it is you have, plus
13 the referring physician's suspected diagnosis, and in
14 addition to that including some additional antibodies
15 to account for, you know, what else might be out there?
16     A   So you're saying that if -- if he was
17 actually using identical antibodies for a series of
18 patients, those patients were not substantially
19 different in any way from one another?
20     Q   No, that's not what I'm saying. In
21 crafting -- and I'm not saying this is what Dr. Flynn
22 does -- I don't want to speak for Dr. Flynn -- but is
23 it -- would it be possible to take a look at what the
24 diagnosis -- I'm sorry. It's getting late. What the
25 referring physician said, for example, staging

Page 152

1  lymphoma, whatever it is he said, look at the blood
2  count and the other laboratory reports that come in and
3  craft a panel to answer what you think is the
4  diagnostic question that the referring physician is
5  asking, but in addition to that include some antibodies
6  that aren't -- just answer that diagnostic question so
7  that you're covering other potential --
8      A   Right. Not every marker in the world but
9  enough to cover it, which is essentially what I do and
10 what Dianon does.
11     Q   And -- okay.
12     A   The -- the antibodies that a particular
13 lab or hematopathologist will use will depend on the
14 practice setting. Dr. Flynn's practice was these cases
15 were -- essentially these were prescreened for him and
16 so chances of him running into a problem by using a
17 very short directed lymphoid panel were much less than
18 they would be for somebody in my position.
19         I really can't assume that these cases
20 have been as rigorously prescreened. I have cases
21 coming from everywhere and really have to assume that
22 it's a broader question that I'm answering, and
23 that's just -- I owe it to the patients. I can't
24 compromise the testing I do.
25     Q   And so if someone like Mayo medical school

Page 153

1  or the Mayo Clinic does it differently, then, in other
2  words, takes the clinical information and morphology
3  and crafts a more limited panel, once again, you think
4  that's not appropriate?
5         MR. PARKER: Objection.
6         THE WITNESS: They have different cases
7  than I do.
8  BY MS. DAVIS:
9      Q   And you know that how?
10     A   Well, certainly he described -- Flynn
11 described the -- the types of cases that he was getting
12 and certainly his impression of the types of cases that
13 the other lab had been getting. You're right, I can't
14 actually tell you, I do not know exactly precisely what
15 Mayo's case mix may be.
16         I would not be surprised to find that
17 they don't necessarily adhere to the list of
18 indications and nonindications that was present in
19 that Communique' document, at least at this time.
20 And as I said, if I were to take a position with
21 Mayo, I would be uncomfortable practicing that way.
22         (Marked for identification purposes, Exhibit No.
23 7.)
24 BY MS. DAVIS:
25     Q   I'm going to show you what's been marked

Page 174

1  Q   Okay. You have a lot more on the other
2  sticky, though.
3  A   Which sticky?
4  Q   The first sticky. This is we're talking
5  about a different paragraph now, different patient.
6  A   I'm sorry. Can you refer me back to what
7  you're talking about.
8  Q   78, page 78.
9  A   Oh, I'm sorry. We were still on this one.
10 Oh. Oh. Where are we now?
11 Q   The bottom one.
12 A   Oh, farther down. No. It was just
13 specifically talking about the condition of a
14 monoclonic hemopathy, specific markers, 56, 13. I
15 could have added 38. I mean, this is -- these are
16 notes to myself.
17 Q   And that is what I'm trying to find out,
18 what they represent.
19 A   Yeah. Yeah.
20 Q   So the other medically unnecessary
21 antibodies, Dr. Flynn has listed 2, 7, 13 -- you've got
22 13 -- 33, 22, 103, 11C, 56, 57, 25, 34 and HLA. Are
23 those given this patient, are those -- were those
24 necessary?
25 A   I would consider them all reasonable to do

Page 175

1  in this setting, yes.
2  Q   And why is that?
3  A   For the reasons that we've been
4  discussing.
5  Q   Okay. But in this particular case, what
6  would each of the antibodies add to the diagnosis or
7  treatment of this patient?
8  A   We -- it's not a question of this
9  particular case. The only reason I'm discussing this
10 particular case is because it's being called as
11 actually -- it's used as an example here. I otherwise
12 would not have done so.
13 Q   Okay. Humor me. In this particular case,
14 what would the antibodies that Dr. Flynn says are
15 medically unnecessary, what do they add to the
16 diagnosis or treatment of this particular patients?
17 A   Are you talking about CD2 and CD7?
18 Q   Yep.
19 A   And I feel -- correct me -- don't correct
20 me, but I feel that we've gone over those specifically.
21 CD2 and CD7, the things you have trouble identifying
22 would be a T or NK cell lymphoproliferative disorder.
23 CD22 and 25 would have meant that he probably would not
24 have recognized a hairy cell leukemia, along with CD103
25 would not have recognized a hairy cell leukemia.

Page 176

1  Certain T-cell lymphomas, again, it's a
2  particularly aggressive type of lymphoma and would
3  not have been recognized without the 103. We've been
4  over this, 56 T and NK cell myeloma, PNET, small cell
5  carcinoma, all of which are in the differential for
6  this patient.
7  These are not unusual, weird, strange
8  things to consider. Point out things that are
9  missing, hairy cell. Hairy cell classically presents
10 with splenomegaly and peripheral cytopenias, low
11 anemia, white blood cell count. It's often
12 unsuspected. It does involve lymph nodes and the
13 fact that it involves lymph nodes is often not
14 recognized, and taking this approach would have
15 failed to identify.
16 Would you like to know why that's
17 clinically relevant?
18 Q   Sure.
19 A   It's clinically relevant because the
20 treatment for hairy cell leukemia is different from
21 that of other low grade B-cell lymphomas, and in fact
22 it's not quite curable but responds very well to a very
23 specific chemotherapeutic regimen would not have been
24 entertained if the diagnosis had not been made.
25 Q   And -- okay. The next paragraph in the

Page 177

1  complaint, 52 is yet another patient, and you don't
2  have any stickies on there, does that have any
3  significance?
4  A   Well, as we go forward, eventually I do
5  comment on that. You'll notice on page 80, opposite
6  54, I comment on the rule out CLL. I say same old
7  story. What if HCL? LGL, which is I'm referring to
8  the most likely type of T or NK lymphoproliferative
9  disorder, and AML slash ALL, I point out in this
10 particular case that small lymphs -- that's in
11 quotes -- may actually be blasts. Just because
12 something looks like it's a lymphocyte in the
13 peripheral blood or bone marrow or any place else
14 doesn't mean that's what it is. That's why we do flow.
15 Come forward to page 82.
16 Q   I'm sorry. I want to go through this a
17 little more methodically. Okay?
18 A   Well, you actually specifically asked me
19 why I hadn't commented on --
20 Q   On 52.
21 A   I do that on page 82, and I actually have
22 a sticky here that says five times, and what I'm
23 referring to there is the previous five cases and
24 that's on 57. These were all cases of low grade
25 lymphoma and I specifically say that in -- that 2, 7,