# EXHIBIT 14

IN RE: DIANON SYSTEMS

)
)
)
)

### DECLARATION OF RICHERT E. GOYETTE, M.D.

I, Richert E. Goyette, M.D., hereby declare the following to be accurate and true to the best of my knowledge:

1.     From July 1995 to May 2000, I was employed by Dianon Systems, Stratford, Connecticut. From 1995 to 2000, I served as Dianon's Director of Hematopathology. From 1996 to 2000, I also served as the Director of Immunohistochemistry. Finally, from 1996 to 1998, I was one of three Associate Laboratory Directors at the company.

2.     · I am board certified in anatomic and clinical pathology and hematology (American Board of Pathology). I graduated *magna cum laude* from Baylor College of Medicine in Houston, Texas, where I was awarded the Stuart A. Wallace Award as the Outstanding Student in Pathology. I received training in Internal Medicine at the University of Washington, Seattle, WA. I was trained in anatomic pathology, clinical pathology and also received training in hematopathology at Brooke Army Medical Center and the University of Southern California. Immediately prior to joining Dianon in 1995, I served as Chief of the Department of Pathology at Phelps County Regional Medical Center, Rolla, Missouri. I have authored numerous medical journal articles, monographs, educational slide kits and textbooks, including HEMATOLOGY – A COMPREHENSIVE GUIDE TO THE DIAGNOSIS AND TREATMENT OF BLOOD DISORDERS. Attached as Exhibit 1 is a copy of my *Curriculum Vitae*.

3.      When I began interviewing with Dianon in early 1995, the company did not employ a board certified hematopathologist. However, Dianon had strategically determined that it would become a leader in anatomic and clinical pathology in general as well as subspecialty pathology to include hematopathology, dermatopathology, gastrointestinal pathology and cytology. As a first step in that direction, it determined to hire board certified sub-specialty pathologists in all relevant specialty areas including hematopathology. Hence, the company hired, in early 1995, shortly before I was hired, Ann Marie Connor, who was, like me, board certified in hematopathology.

4.      Beginning in 1995, based upon our expertise and experience, Dr. Connor and I began to refine Dianon's immunophenotyping panels. Previously, because Dianon did not have any physician that was board certified in hematopathology, it lacked in-depth expertise and knowledge of which antibodies to perform. Dr. Connor and I extensively studied the subject. The antibody panel was incomplete at that time and did not represent the state of the art in the specialty. Furthermore, there were antibodies on the panel that did not appear to contribute significantly to patient care. Dr. Connor and I were especially well versed in the subject matter: She had recently completed her training in hematopathology under Richard Brunning a world-renowned expert on the subject and I had just finished a well-received draft of my textbook. Dr. Connor and I determined that the medically indicated and necessary basic panel should include a selection of antibodies that eventually totaled twenty-six. We determined that the previous immunophenotyping panel, which included nine antibodies, was inadequate and undermined patient care.

5.      I have reviewed the government's chart, titled 'Timeline: Fee Schedule and Standard Billed Panel', which is attached as Exhibit 2. I understand that the government

2

contends that the determination to expand the number of antibodies performed rose dramatically in response to a drop in reimbursement for the services performed. That viewpoint is mistaken. The hematopathology staff had absolutely no interest in the organization's billing practices and it was only serendipitously that we even learned that our division was making money. Physicians determined what antibodies to perform because it was a medical decision. Specifically, Dr. Connor and I made the decision. I had no knowledge or interest regarding the reimbursement impact of that decision. Indeed, during this time period, I actually believed that the reimbursement was the same regardless of the number of antibodies performed. I thought that the billing was for the panel analogous to that for a multiphasic chemistry analysis. As physicians, the antibody selection and number were made solely based upon patient care considerations, not financial consequences. The total premise underlying the government chart – the number of antibodies performed turned on the dollar amount reimbursed and Dianon intentionally increased the number performed to offset a projected short fall in reimbursement – is absolutely, completely wrong. The compensation of the hematopathologists and the laboratory staff was not based upon the number of antibodies and we believed that billing issues should have no influence on our ability to practice medicine.

6.      The business and corporate personnel at Dianon had absolutely no role in the determination of what or how many antibodies would be performed. At no time would we permit business people to determine what constituted appropriate medical care. On a solitary occasion, a Dianon business manager attempted to cross the boundary between the practice of medicine and the company's financial performance. During the summer of 1995, at approximately 3:00 pm one afternoon, a product manager asked me specifically what I was doing to market the hematopathology services. I was offended by the question and believed that

3

such a query was inconsistent with our intent to practice our specialty. I resigned from the company immediately and left the office. When I arrived at my residence, I called my fiancee in Missouri who was planning to join me in Connecticut and asked her *not* to hand in her letter of resignation because I had no intention to ever work at Dianon again. That evening, Dr. James Amberson, the Medical Director at Dianon, called me and asked me to reconsider my decision. He took me to dinner at the Trumbull Marriot Hotel and told me that the whole situation was inappropriate and that he wished that I would reconsider my decision. He then promised that there would be absolutely no interference by any business person at Dianon regarding the practice of medicine. Accordingly, I returned to Dianon the next morning and resumed my practice of medicine. However, I waited several months before confirming to my fiancee that I would continue working at the company. From that time on, no person at Dianon ever again attempted to insert business considerations into medical decision-making in the hematopathology section.

7.     The diagnosis of hematologic disease is not just based on which antibodies are performed, or how many, but the relationship of the antibodies to each other. These relationships often cannot be observed unless a comprehensive panel is performed. For example, CD19, CD5 and CD23 must be viewed together to differentiate chronic lymphocytic leukemia from mantle cell leukemia. Both of these diseases have antigens that combine with CD19 and CD5. The level of expression in the CD23 differentiates the two. Both look similar under a microscope. Use of the 26-antibody panel substantially advances patient care. For example, shortly after we modified the panel and increased the number of antibodies, I observed that Dianon had begun to diagnose a vastly disproportionate number of cases of hairy cell leukemia and of mantle cell lymphoma than would be anticipated from a review of the literature. The reason that we were

4

able to accurately diagnose these cases is the comprehensive panel we used, the specialty training of the Dianon hematopathologists, and our commitment to the practice of medicine. If all of the antibodies selected by us for the panel were not performed, we knew that diseases would not be fully characterized and we would miss subtleties that were clinically significant based on the interaction of the antibodies and other factors. By performing the 26- antibody panel, we diagnosed a number of conditions on a regular basis that otherwise would have been missed to the detriment of the patient.

8.      I understand that it is the government's position that in selected cases a shorter panel can be appropriately used, for example, in lymphoma cases or when Dianon had previously diagnosed a patient's condition. In my medical judgment, this viewpoint is wrong for several reasons. First, some lymphomas and leukemias have common characteristics and by failure to test the cells with appropriate antibodies, you may misdiagnose the patient's condition. For example, some specimens sent in as one type of lymphoma turned out to be a leukemia of a different cell type and vice versa. In addition, some patient's develop second malignancies. Second, regarding repeat specimens, patient's conditions evolve – a low-grade malignancy could undergo a large cell transformation: an entity with a totally different clinical course and treatment. Indeed, I received a number of calls from physicians who informed me that we had properly diagnosed conditions that were missed by other commercial labs or hospital pathologists. Another example is that we would receive a bone marrow specimen on a patient with a history of lymphoma. In some instances, patients who had received pelvic radiation would have a relatively acellular bone marrow specimen but the CD34 and myeloid antigens would reveal a discrete population of myeloblasts that indicated the presence of an evolving therapy-related myelodysplasia. We would have missed these conditions as well had we

5

performed fewer antibodies. Third, by using the 26 antibody panel, we were also able to diagnose hematological malignancies earlier. For example, outside of gene rearrangement studies, sometimes the only evidence that a T-cell proliferation is malignant is deletion of an antigen. Only by a comprehensive analysis, were we able to identify the antigens that were present as well as those that were aberrantly missing. The consequences of this early identification and characterization had the potential to allow therapy to be given while the tumor burden was lower and could, in some instances, save the patient's life.

9.    Further, by performing 26 antibodies, Dianon was not "screening" patients, which I also understand the government contends. We, obviously, were not testing persons walking in off the street. Hematologists and oncologists referred these patients to us to consult and diagnose the patient's condition. These specialists had determined that the patient's condition had sufficient complexity that they needed to avail themselves of our expertise. Indeed, there were many cases where the referring clinician's impression was wrong and hence we could not rely upon his statement of the patient's condition, for example, when lymphoma was the preliminarily diagnosis and the patient had multiple myeloma or another hematologic disorder. Moreover, if we used the step approach, the referring clinician would not have learned that what came in as a lymphoma was really another condition. If we did not use the comprehensive approach, we would not have made an accurate diagnosis in some cases. Therefore, we treated each patient sample as a request for a medical consultation. The specimen reached Dianon because the patient had already been screened by the referring hematologist who had referred the patient sample to us. Almost every specimen arrived with a presumptive diagnosis of concern about a hematologic malignancy; not with a request for screening. On many instances, we called the referring physician with preliminary results of the immunophenotyping and discussed the

6

diagnosis and treatment with them. This consultation usually clarified the diagnosis, caused the patient to be referred to a tertiary referral center, or necessitated additional testing.

10.    Early in 1997, Dianon determined to review its immunophenotyping panel to verify that its billing was appropriate. I was asked at that time to analyze whether all of the antibodies in the 26 antibody panel were medically indicated and necessary. Accordingly, on May 21, 1997, I authored a memo to Dr. Amberson that provided a justification for the number and variety of antibodies that we used in our flow cytometry panel. *See* Exhibit 3. At that time, I had just completed all work on my hematology textbook and combining that academic expertise with the clinical experience I had obtained at Dianon, along with consultation with the other hematopathologists reinforced my opinion that performing those 26 antibodies was absolutely necessary to provide adequate patient care. I informed the Dianon business representative that I did not care what antibodies they elected to charge or not charge-for, we would not compromise patient care by restricting our ability to fully examine patient specimens. Subsequently, I learned that the management of Dianon concluded that our rationale for the testing was appropriate and had determined that while 26 antibodies should be performed and would continue to be performed that it was considering billing for fewer antibodies to avoid any possible dispute with the carrier. In other words, the representatives of the corporation elected to support optimal patient care rather than economic benefits. Hence, I was asked to identify those antibodies that any responsible payor with knowledge of the complexities of modern hematopathology would agree were essential and for which they could never question medical necessity. After consulting with the hematopathology staff, I identified those antibodies in a June 17, 1997 memo, which happened to number 18. *See* Exhibit 4. I understand that it is the government's position that this memo constitutes Dianon's admission that only 18 antibodies are

7

"essential" and that, by implication, the additional 8 antibodies performed are "non-essential." This viewpoint is absolutely false. I simply identified those antibodies that no hematopathologist with the training and experience that were linked with the number of specimens that we examined could question; this was simply an attempt to avoid what we perceived to be harassment by payers regarding our medical judgment concerning what constituted appropriate medical care. However, although a business decision was made to bill for 18 antibodies, the hematopathology staff continued to perform all 26 antibodies because 26 was indeed medically indicated and necessary. In fact, it was not uncommon to perform more than 26 antibodies in some situations. That is absolute proof we believed that 26 was medically indicated and necessary. Even though Dianon was not compensated for performing those 8 additional antibodies and even though performing these antibodies required the hematopathology staff to work more and review more documents, we were unwilling to compromise patient care for economic benefits. Indeed, in my view, use of a restricted panel of antibodies to diagnose a complex hematologic disorder is analogous to a patient with potential heart disease who goes to a cardiologist who decides to limit the examination by performing only 3- of the 12-leads of an electrocardiogram. Failure to fully examine the patient's hematologic disease is also equivalent to a cardiologist examining a patient with atrial fibrillation prior to cardioversion with only a transthoracic echocardiogram. It is not good enough to be right most of the time. Failure to fully employ all of the diagnostic tools, such as transesophageal echocardiography, to detect a left atrial thrombus in this condition impairs healthcare outcomes and compromises patient care. Forcing the hematopathologists to compromise our practice of medicine would probably have led to wholesale resignations of the Dianon hematopathology staff: a group of physicians who continue to practice the highest standards of hematopathology in a difficult environment.

8

I have reviewed this declaration and declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

_____
Richert E. Goyette, M.D.

# EXHIBIT 1

# Richert Edgar Goyette, MD

1706 Alcott Manor Lane                                             (865)-531-9272 (V)
Knoxville, Tennessee

## EMPLOYER:
Cyran LLC                                                          (865) 604-5177 (Cell)
1706 Alcott Manor Lane                                            (865) 670-9927 (V/F)
Knoxville, TN 37922

## EDUCATION:
- **Baylor College of Medicine**                                   1967—1971
  Houston, Texas
  *Doctor of Medicine (Magna Cum Laude)*
- **University of Washington Affiliated Hospitals**                    1971—1972
  Seattle, Washington
  Resident, Internal Medicine
- **Brooke Army Medical Center San Antonio, Texas**               1972—1976
  Resident, Anatomic and Clinical Pathology
  Hematopathology                                                 1976—1978
- **U.S. Army Senior Resident Fellowship**                        1976
  Hematopathology, University of Southern California
  Robert J. Lukes, M.D., Director

## AWARDS:
- **Stewart A. Wallace Award**                                     1971
  Awarded to the Outstanding Student In Pathology, Baylor College of
  Medicine, Houston, Texas
- **Federal Medical Residents Award**                             1976
  For outstanding performance as a resident among all federal teaching hospitals.
  Citation: *"For Academic and Technical Accomplishments and Publications in the
  field of Pathology While a Resident Physician."*
- **American Medical Writers Association (AMWA)**                 1997
  *Hematology: A Comprehensive Guide to the Diagnosis and treatment of Blood
  Diseases.* Honorary Mention

## HONOR SOCIETIES:
- **Phi Kappa Phi**                                               1966
  Northern Arizona University
- **Alpha Omega Alpha**                                           1970
  Baylor College of Medicine (junior year)
- **Sigma Xi**                                                    1990
  University of Missouri

1

## MEDICAL LICENSES:

| | |
|---|---|
| • State of Texas (D8239) | 1971—Present |
| • State of Illinois (Inactive) | 1978—1982 |
| • State of Missouri (R8B48) | 1982—Present |
| • State of Connecticut (95-653628) | 1995—2000 |
| • State of Tennessee | 2000—Present |

## BOARD CERTIFICATION:

| | |
|---|---|
| • Anatomic and Clinical Pathology | 1976 |
| • Hematology | 1978 |
| • Anatomic and Clinical Pathology (Recertification) | 1997 |

## PROFESSIONAL EXPERIENCE:

| | |
|---|---|
| • Associate Laboratory Director | 1996—1998 |
| Director, Immunohistochemistry | 1996—2000 |
| Dianon Systems, Stratford, Connecticut | |
| • Director, Hematopathology | 1995—2000 |
| Dianon Systems, Stratford, Connecticut | |
| • Clinical Hematologist/Oncologist | 1992—1995 |
| Bond Clinic, Rolla, Missouri | |
| • Chief, Department of Pathology | 1993—1995 |
| Phelps County Regional Medical Center, Rolla, Missouri | |
| • Pathologist | 1982—1995 |
| Phelps County Regional Medical Center, Rolla, Missouri | |
| • Pathologist | 1978—1982 |
| Central DuPage Hospital, Winfield, Illinois | |
| • Associate Clinical Professor of Pathology | 1978—1982 |
| Rush University College of Medicine, Chicago, Illinois | |
| • Hematopathologist | 1976—1978 |
| Brooke Army Medical Center, San Antonio, Texas | |
| • Chief, Department of Anatomic Pathology | 1977—1978 |
| Brooke Army Medical Center, San Antonio, Texas | |
| • Associate Member | 1977—1978 |
| Southwest Oncology Group, Pathology Committee. | |
| Member: Leukemia, Myeloma and Lymphoma Subcommittees | |
| • Clinical Assistant Professor of Pathology | 1972—1978 |
| University of Texas Health Science Center, San Antonio, Texas | |

## EDITORIAL and MEDICAL COMMUNICATION POSITIONS:

| | |
|---|---|
| • Cyran, LLC (Medical Communications) | 1995—Present |
| Knoxville, Tennessee | |
| • Senior Vice-President | 2000—2002 |
| Thomson/Advanced Therapeutics Communications | |
| Knoxville, Tennessee | |
| • Consultant | 1998—2004 |
| Clinical Literature Development Group | |
| Thomson/Physicians World | |
| Secaucus, New Jersey | |

- **Consultant:** *Homocysteine: The New Risk Factor. Introduction to patient management.* I worked with the medical advisory committee to define the role of homocysteine in coronary heart disease and to prepare slides and CME materials for a formal educational program. The advisory committee included the head of the Framingham Heart Study as well as an international panel of cardiologists, biochemists and medical geneticists. Also wrote a newsletter based upon the panel's consensus.
- **Consultant:** *The Cardiovascular Dysmetabolic Syndrome.* Staff member of the advisory panel to Parke Davis Pharmaceuticals on the implications of the syndrome and mechanisms to communicate the importance of the diagnosis and treatment of the CDS to primary care physicians.
- **Consultant:** The Role of Recombinant Thrombopoietin in Human Medicine. Working through a medical communications company, advised Pharmacia and Upjohn and Genentech on the possible roles and communication strategies for rhTPO.
- **General Pathology Editor**                                         1975—1982
  Medical Examination Publishing Co.
  Flushing, New York.

## BOOKS:

- Balk RA, Ely EW, Goyette RE. **The Sepsis Handbook.** A handbook for physicians, medical students and nurses on the pathophysiology, diagnosis, and management of the patient with severe sepsis. 2001; 2004
- Ely EW, Goyette RE. **Management of the Patient with Severe Sepsis.** In: Hall JB, Schmidt GA, Wood LD (eds). *Principles of Critical Care, 3rd Edition,* Mc Graw-Hill; New York, 2004.
- Goyette, R.E. *Hematology—A Comprehensive Guide to the Diagnosis and Treatment of Blood Disorders.* A textbook of hematology for practicing physicians, interns and residents in the fields of Internal Medicine, Family Practice, Anatomic and Clinical Pathology. PMIC, Los Angeles, 1997, 1,126pp.
- Goyette R.E. and Spjut H.J: *General Pathology and Pathophysiology Case Studies.* A series of six books covering pathology, pathophysiology and internal medicine implications of diseases of various organ systems. Medical Examination Publishing Company, Flushing, New York, 1976—1980. Also translated and available in Japanese.
  - Cardiovascular Pathology and Pathophysiology Case Studies
  - Genitourinary Pathology and Pathophysiology Case Studies
  - Gastrointestinal Pathology and Pathophysiology Case Studies
  - Cardiopulmonary Pathology and Pathophysiology Case Studies
  - Endocrinology Pathology and Pathophysiology Case Studies
  - CNS Pathology and Pathophysiology Case Studies

## PROFESSIONAL ARTICLES:

- Goyette RE, Ely EW. Hematologic Changes of Severe Sepsis. Sem Resp Crit Care Med. 2004 (In Press)
- Wheeler AP, Goyette RE. Emergency Management of the Patient with Severe Sepsis. Submitted for publication, 9/2002.
- Ely EW, Kleinpell R, Goyette RE. The Pathophysiology of Severe Sepsis. Submitted for publication, 8/2002.
- Balk RA, Goyette RE. The Role of the Hemostatic System in the Development of the Multiple Organ Dysfunction Syndrome. Royal Society of Medicine Press, London, 2001.
- Goyette RE, Donowho EM Jr, Hieger LR, Plunkett GD. Fulminant herpesvirus hepatitis during pregnancy. *Obstet Gynecol* 1974;43:191-5.
- Panke TW, Langlinais FC, Goyette RE. An "abnormal" lymphoid proliferation simulating Hodgkin's disease in a burn patient. *Hum Pathol* 1978;9:716-23.
- Head DR, Kennedy PS, Goyette RE. Metastatic neuroblastoma in bone marrow aspirate smears. *Am J Clin Pathol* 1979;72:1008-11.

3

- Nataline MR, **Goyette RE**, Owensby LC, Rubin RN. The Budd-Chiari syndrome in sarcoidosis. *JAMA* 1978;239:2657.
- Schow SR, Nespeca JA, **Goyette RE**, Hunsuck EE. Juvenile hemangioendothelioma: report of a case and review of the literature. *J Oral Surg* 1975;33:868-71.
- Baden M, Ortiz A, **Goyette RE**, Kirks DR. Hypoplastic pelvis in association with multiple anomalies. *Pediatrics* 1974;53:270-3.
- Yosowitz EE, Haufrect F, Kaufman RH, **Goyette RE**. Silicone-plastic cuff for the treatment of the incompetent cervix in pregnancy. *Am J Obstet Gynecol* 1972;113:233-8.

## FREELANCE PROJECTS

- Ibandronate Clinical Literature Development/Publication Plan
- Competitive Analysis of Oral Pain Medications
- Literature Review and Metaanalysis of Botox for the Treatment of Myofascial Pain

## FREELANCE ARTICLES BY THERAPEUTIC AREA

I also have written a variety of free-lance articles, slide kits, and video scripts for major pharmaceutical and medical communications companies. Subjects and topics including the following therapeutic areas:

## ANESTHESIA

- Dexmedetomidine: A Novel Sedative, Analgesic and Anxiolytic for Patients in the Intensive Care Unit (A series of articles published by the Royal Society of Medicine as well as two clinical trial publications)
- Conscious Sedation and Outpatient Anesthesia (Newsletter)
- Dexmedetomidine and Sedation: A Dose-Ranging Study
- Dexmedetomidine: A Phase II, Single Center, Two-Part Study

## CARDIOVASCULAR

- Atherosclerosis and Arterial Thrombotic Disease
- An Analysis of the BMS Argument for the Non-linear Relationship between LDL-C Lowering and Coronary Events
- Therapy of Atrial Arrhythmias: New Insights, New Approaches
- Rate versus Rhythm Control—Does the Clinician Have to Choose
- Atrial Fibrillation: Impact of Recent Clinical Advances
- Clinical Trials of Antiarrhythmic Drugs
- Cardiovascular Event Reduction (Video Script for CD ROM)
- Case Studies in the Primary Prevention of Atherosclerotic Heart Disease.
- The Cellular and Electrophysiologic Basis of Antiarrhythmic Drug Therapy
- The Molecular and Ionic Basis of Antiarrhythmic Drug Action
- Systolic Hypertension as a CHD risk factor
- Bristol-Meyer Squibb National Satellite Video Conference: *Coronary Event Reduction—Redefining Intervention*. This included the following presentations:
  - Overview of Interventions to Reduce Coronary Events
  - Pathophysiological Mechanisms of Myocardial Infarction
  - New Cardiology Tools for Risk Stratification
  - Primary Prevention: Evidence-Based Management
  - Primary Prevention in Practice

- - Secondary Prevention: Evidence-Based Management
  - Revascularization: Candidates and Outcomes
  - A Case for Evidence-Based Management
- The Pharmacology and Physiology of Omapatrilat: A Novel Cardioactive Agent
- Homocysteine: The New Risk Factor (Newsletter)
- Homocysteine and Thrombotic Disease (Newsletter)
- Optimal Blood Pressure: How Low Should We Go?
- Treating Multiple Risk Hypertensive Populations
- Omapatrilat in the Treatment of Hypertension
- Angiotensin Receptor Blockers: Evidence for Preserving Target Organs
- Angiotensin Receptor Blockers: Rationale for Combined ACE/ARB Administration in Heart Failure
- Atrial Fibrillation in the 21st Century (Newsletter and Slides)
- Angiotensin Receptor Blockers in High-Risk Myocardial Infarction Patients
- Combined ACE and ARB Therapy in Patients with Chronic Heart Failure
- Statins: Balancing benefits, efficacy and safety
- New views of balancing cardiovascular risk reduction
- Are Current Statins Good Enough?
- Dyslipidemia: Managing the Cardiovascular Risk Continuum
- Managing Dyslipidemia: The Big Picture
- Future Statins: Optimizing Management
- The Future of Cholesterol Management
- It's Time for Results: The Better Way to Manage Cardiovascular Risk
- Aggressive Lipid Management: What is State of the Art?
- The Dyslipidemia Iceberg: Beyond LDL-C
- Managing the Spectrum of Dyslipidemia in Primary Care
- Treating Dyslipidemia and Avoiding Toxicity
- Advances in Cholesterol Management
- Statins: Does Efficacy Negate Safety
- Optimizing Statin Pharmacotherapy
- What is the Ideal Treatment for Improving the Atherogenic Profile?
- Use of Statins in Special Populations
- Examining the Pleiotropic Effects of Statins
- Testing the value of sodium-hydrogen exchange inhibition in coronary artery bypass graft surgery
- A Phase III, Double-Blind, Randomized Trial of Eplerenone and Losartan in the Treatment of Patients with Low-Renin Hypertension
- Central Mineralocorticoid Receptors in the Development of Hypertension

## COSMESIS AND DERMATOLOGY

- Cosmetic Enhancements: Clinical Overview and Practice Techniques (Basic)
- Cosmetic Enhancements: Clinical Overview and Practice Techniques (Advanced)
- New Directions in Cosmetic Enhancements
- Advancements in the Treatment of Hyperhidrosis
- An Open-Label Study of the Safety and Efficacy of Formula 99 Jp 22 in Patients Presenting with Cheilitis due to Treatment with Oral Retinoids
- Diagnosis and Treatment of Onychomycosis

## ENDOCRINOLOGY

- Effects of Age on Carbohydrate and Lipid Metabolism.
- Diabetes Mellitus: A Monograph for Endocrinologists
- Diabetes Mellitus: A Monograph for Primary Care Physicians
- Diabetes Mellitus: A Monograph for Certified Diabetes Educators
- The Diagnosis and Treatment of Diabetes Mellitus: A Consensus Statement
- Diagnosis and Treatment of Hypothyroidism
- New approaches to the treatment of osteoporosis
- Combination Therapy in the Treatment of Type 2 Diabetes
- Benefits of Early Anemia Correction in Pre-Dialysis Patients with Diabetes
- Central Mineralocorticoids in the Development of Hypertension
- The Central Role of Aldosterone in the Development of Hypertensive Renal Vasculopathy

## GENITOURINARY DISEASE

- Intermittent vs Continuous Hormone Therapy For Prostate Cancer: A Strategy For Diminishing Adverse Events Associated With Testosterone Suppression
- Anatomy and Physiology of the Lower Urinary Tract
- The Concept of the Overactive Bladder
- Epidemiology of Overactive Bladder
- Treatment of Patients with Overactive Bladder
- The Use of Alpha Adrenergic Inhibitors in Patients with Benign Prostatic Hyperplasia
- Managing Increased Risks of Hypotensive Effects in Patients Treated for Benign Prostatic Hyperplasia
- Improving Quality-of-Life with Appropriate Selection of Therapy for Patients with Benign Prostatic Hyperplasia
- Vesicare for Overactive Bladder—Slide Kit
- Vesicare Product Monograph

## INFECTIOUS DISEASE

- Pathophysiology and Microbiology of Chronic Sinusitis.
- Evaluation of the Safety and Efficacy of Oral Dirithromycin.
- Diagnosis and Medical Therapy of Chronic Sinusitis.
- Diagnosis and Treatment of Onychomycosis: A Monograph for Physicians.
- Interferon Alfa and Ribavirin in the Treatment of Chronic Hepatitis C (Newsletter)
- Treatment of the Relapsing and Refractory Patient with Hepatitis C Monograph
- Unmet Needs in Sepsis (Editorial)
- The Multiple Organ Dysfunction Syndrome in Patients with Severe Sepsis: More than Just Inflammation
- Activated Protein C: A Key Player in Patients with Severe Sepsis
- The Epidemiology of Sepsis and Its Economic Impact
- Evidence-Based Medicine in Patients with Severe Sepsis: An Analysis of the PROWESS Data
- Diagnosis and Management of the Patient with Severe Sepsis
- Clinical Trial Design and Monitoring in Severe Sepsis
- Strategies for the Treatment Of Acute Odontogenic Infections: Focus on Clindamycin
- Mechanisms of Dyslipidemia in Protease-Treated Patients
- Hyperbilirubinemia and Antiviral Drugs
- Emergency Management of the Patient Presenting with Severe Sepsis

- The Worldwide Incidence of Influenza
- WHO Influenza Fact Sheet
- Neutrophil Function in Patients with Hepatitis C Treated with PEG-Intron with or without Ribavirin

## NEUROLOGY/PSYCHIATRY

- Eletriptan (A series of articles on the pharmacokinetics, pharmacodynamics, and clinical experience with this new 5-HT analogue for the treatment of migraine).
- Chronicity of Anxiety in the Depressed Patient
- How Will Primary Care Physicians, Specialists, and Managed Care Physicians Work Together to Diagnose and Treat Epilepsy in the New Millennium
- Challenging Our Past Paradigm in the Management of Epilepsy
- Diagnosis and Management of Adult Spasticity
- Diagnosis and Management of Pediatric Spasticity
- Treatment of Insomnia in the Elderly
- Advances in Spasticity Management
- Consensus for the Management of Insomnia in the New Millennium
- ADHD in Adults
- General and Specialists Slide Kits on Diagnosis and Treatment of ADHD
- The Role of Norepinephrine in Disorders of Attention
- Personality Changes in Patients with ADHD Treated with Stimulants

## ONCOLOGY AND HEMATOLOGY

- Arterial and Venous Thrombotic Disease: A Monograph for Physicians
- Clopidogrel (Plavix): Clinical Monograph
- Cytokines and Cytokine Receptors in Medical Oncology: A Monograph
- Biology and Pathophysiology of Human Malignancies: A Monograph
- Treatment Considerations of Human Malignancies (Chemotherapy, Biologic Response Modifiers, and Radiation Therapy): A Monograph
- Temozolomide: A Novel Agent for the Treatment of High-Grade Gliomas and Metastatic Malignant Melanomas—A Monograph
- A Phase II Placebo-Controlled Trial of Recombinant Human Thrombopoietin in Combination with G-CSF in Patients Undergoing Myeloablative Chemotherapy and PBPC Transplantation
- Capecitabine: A Novel Tumor-Activated Fluoropyrimidine
- Pharmacological Treatment Options in Patients with Thrombocytopenia
- Pathophysiology, Clinical Significance, and Treatment of the Patient with Thrombocytopenia
- Clinical Trial Results with Recombinant Human Thrombopoietin
- Immunogenicity of recombinant human thrombopoietin
- Safety of Recombinant Human Thrombopoietin
- New Perspectives in Colon Cancer
- A Comparison of Novel Erythropoiesis Stimulating Protein and Epoetin Alfa for the Anemia of End-Stage Renal Disease
- Orthopedic Knowledge Update: Transfusion Medicine
- Rationale and Role of Cytokines in the Management of Thrombocytopenia
- Issues in the Management of Cancer-Related Thrombocytopenia
- Pathophysiology, Clinical Significance, and Management of Thrombocytopenia
- Pharmacologic Treatment Options in Patients with Thrombocytopenia

- Clinical Applications of Platelet-Stimulating Growth Factors
- The Promise of Arsenic Trioxide in Cancer Therapy
- Arsenic Trioxide as Emerging Therapy for Multiple Myeloma
- Maintenance Therapy with Arsenic Trioxide for Patients with Acute Promyelocytic Leukemia
- History of the Development of Arsenic Derivatives in Cancer Therapy
- Vascular Endothelial Growth Factor (VEGF) Signaling Pathway As An Emerging Target In Hematologic Malignancies
- Vascular Endothelial Growth Factor (VEGF) Signaling Pathway As An Emerging Target In Hematological Malignancies
- Advances In The Use Of Angiogenesis Inhibitors In Cancer
- Integrins As Targets Of Angiogenesis Inhibition
- Approach To Angiogenesis Inhibition Based On Cox-2
- Diagnosis of Pulmonary Embolism and Its Relationship to Deep Venous Thrombosis
- Endpoints of Clinical Trials of Deep Venous Thrombosis
- Venous Thromboembolism in Low-Risk Surgical Populations
- Arsenic trioxide in myelodysplasia: rationale and future directions
- Fondaparinux: mechanism of action and clinical pharmacology
- Can fondaparinux be safely employed in patients undergoing neuraxial (regional) anesthesia:
- Fondaparinux dosing: The relationship between timing of first administration, efficacy and safety
- The Use Of Fondaparinux For Thromboprophylaxis In Special Populations
- Selective Inhibition of Coagulation Factors: Advancing Antithrombotic Therapy
- Optimizing Prophylaxis of Venous Thromboembolism
- Treatment of Symptomatic Venous Thromboembolism: Improving Outcomes
- The Utility of Arsenic Trioxide in the Transplant Setting in Patients with Acute Promyelocytic Leukemia
- Fondaparinux: Mechanism of Action and Clinical Pharmacology
- Fondaparinux Dosing: The Relationship Between Timing of First Administration, Safety and Efficacy
- The Role of Intermittent Androgen Suppressive Therapy in the Treatment of Patients with Carcinoma of the Prostate
- The Role of Direct Thrombin Inhibitors in Patients, With and Without Heparin Antibodies, Undergoing Endovascular Procedures

## PAIN CONTROL

- Assorted Articles
- A comparative assessment of oral agents in the treatment of chronic pain of myofascial and muscle spasm origin
- A literature review of the duration of action of Botox in patients with chronic back pain and a metaanalysis of oral agents in the treatment of chronic pain of myofascial and muscle spasm origin.
- Ketorolac in the treatment of acute postoperative pain

## RHEUMATOLOGY

- Rheumatoid arthritis and the use of D2E7, a fully-humanized anti-TNF antibody
- Flexibility of infliximab therapy: Tapering of concomitant antirheumatic agents
- The use of dose titration to optimize anti-TNF therapy in patients with rheumatoid arthritis
- Initiation and continuation of TNF blocking therapies in the management of rheumatoid arthritis: differences in response with infliximab and etanercept

8

- Optimizing the safety of infliximab infusions in clinical practice
- Initiation and Continuation of TNF Blocking Therapies in Patients with Rheumatoid Arthritis
- The Use of Dose Titration to Optimize Anti-TNF Therapy in Patients with Rheumatoid Arthritis
- Flexibility of Infliximab: Tapering of Concomitant Antirheumatic Agents
- Does the Route of Administration Affect the Efficacy of anti-TNF Therapy
- Does Safety Make a Difference in Selecting the Right TNF Antagonist?
- Do TNF antagonists Have Equal Efficacy in Patients with Rheumatoid Arthritis
- Current and New TNF Antagonists in Perspective
- A Comprehensive Nursing Approach to Administering Infliximab

## SURGERY
- The Role of Non-Steroidal Analgesics in Post-Operative Pain Management.
- GM-CSF and Wound Healing.
- Blood Management in Total Hip Arthroplasty Patients
- Use of Alpha Adrenergic Inhibitors in the Treatment of Benign Prostatic Hyperplasia
- A Review of Transfusion Therapy: Medical Knowledge Self-Assessment for Orthopedic Surgeons
- Thromboembolism Prophylaxis for Patients Undergoing Major Abdominal Surgery

## WOMENS HEALTH:
- Cases and Commentaries (Newsletter)
- Managing the Hyperlipidemic Woman: A Guide to Cardiovascular Disease Prevention
- Managing Cardiovascular Risk in Women: A Better Way
- Women's Health: A Consensus Statement
- Osteoporosis: Present and Future Considerations
- Epidemiology, Diagnosis and Management of the Overactive Bladder
- Update on Osteoporosis: The Role of rhTPH

## REVIEWS:
- Sultan C., Goualt-Heilmann M., and Imbert M. *Manual of Hematology*. John Wiley & Sons, 1985 by **Goyette, RE:** *Laboratory Medicine* 1986;17:364.

## INVITED PRESENTATIONS:
- **The Acquired Immune Deficiency: Implications for the Dental Profession**          1995
- Phelps County Dental Society
- **Annual Update on the Biology and Pathophysiology of the Acquired Immune Deficiency Syndrome**
- Phelps County Regional Medical Center                                                              1992—1995
- **Adobe Premiere in Professional Video Production**          1995
  St. Louis Society of Film and Video Editors
- **Tumor Markers in Clinical Medicine**          1997
  South Carolina Society of Medical Technologists
- **The Biology and Pathophysiology of Platelet PL$^A$ Polymorphism**          1998
  Specialty Laboratories, Santa Monica, California

## COMPUTER RELATED:
- **Beta Tester, Scientific American Medicine, CD-ROM, Macintosh version**          1991

Scientific American, Inc.  New York, New York

- **Digital Media Consultant**                                    1993-1995
  Image Soup, Inc.  St. Louis, Missouri
- **Virtual Training Company**                                    2002-2003
  Completed Training in the Following Programs: PhotoShop for Photographers; Basic, Intermediate and
  Advanced Adobe AfterEffects; Basic, Intermediate and Advanced Adobe Illustrator; FinalCut Pro 3.0, Cinema
  4D, Adobe Acrobat 5.0

## CONTINUING MEDICAL EDUCATION:

- **Annual Review of Internal Medicine**, Washington University School of Medicine, St. Louis, Missouri, 33
  hours, Spring 1993.
- **Current Clinical and Hospital Practice of Infectious Disease**, Harvard Medical School, Boston, MA, 32
  hours, November 1994.
- **Update in Surgical Pathology**, Massachusetts General Hospital, Boston, MA, 40 hours, November 1994.
- **Tutorial in Neoplastic Hematopathology**, San Diego, CA, 40 hours, January, 1995.
- **MKSAP In The Subspecialty of Hematology**, American Society of Hematology and American College of
  Physicians, Philadelphia, PA, 50 hours, June 1995.
- **College of American Pathologists Practicum in Flow Cytometry**, Los Angeles, CA, 80 hours, March, 1996.
- **Tutorial in Neoplastic Hematopathology**, San Diego, CA, 40 hours, January, 1997.
- **Clinical Hematology and Oncology**: *1997*, Scripps Clinic, La Jolla, CA, 24 hours, February, 1997.
- **Clinical Hematology and Oncology**: *1998* Scripps Clinic, La Jolla, CA, 24 hours, February, 1998.
- **Clinical Hematology and Oncology**: *1999* Scripps Clinic, La Jolla, CA, 24 hours, February 1999.
- **Clinical Hematology and Oncology**: *2000* Scripps Clinic, La Jolla, CA, 28 hours; February 2000.
- **Update in Internal Medicine**. Harvard Medical School, 60 hours; August 2000.
- **Update in Primary Care Medicine**. Harvard Medical School, November 2001
- **Clinical Hematology and Oncology**:  2002 Scripps Clinic, La Jolla, CA, 28 hours, February 2002
- **Update and Board Review in General Psychiatry**: 2002 Massachusetts General Hospital, Harvard Medical
  School, Boston, MA

# EXHIBIT 3



**DIANON SYSTEMS**
*Diagnostic Innovations for Medicine*

# MEMO

**To:**        James B. Amberson, M.D.
**From:**    Richert E. Goyette, M.D.
**Subject:** Flow Cytometry Antibodies
**Date:**     21 May 1997

Attached is the justification for the number and variety of antibodies we use in our flow cytometry panel. While there is no national consensus on the number of antibodies to use, our practice is not uncommon.

200057

*DIANON Systems, Inc.* • *200 Watson Boulevard* • *Stratford, CT 06497* • *203-381-4000* • *Fax 203-381-4079*

DIANON systems uses a panel of 26 antibodies to identify and characterize hematological malignancies. These panels are subdivided through antibodies which mark all hematopoietic cells (CD45), T-cells (CD2, CD3, CD4, CD5, CD7, CD8 and CD103), B-cells (CD10, CD19, CD20, CD22, CD23, kappa, and lambda light chains), myeloid cells (CD11c, CD13, CD14 and CD33), granular lymphocytes (CD16, CD56, and CD57) progenitor cells (CD34), and activation markers (CD25, CD38 and HLA-DR).

Identification of hematological malignancies by immunophenotyping is a process that requires characterizing the population's lineage by the presence of certain lineage-restricted antigens and identifying neoplasia by antigen aberrancy, deletion, or subset expansion. Since there are few, if any, lineage-specific antigens, panels incorporate a range of antibodies to identify the abnormal population. For example, while CD7 may be thought to be a pan-T-cell antigen, it is the most common antigen deleted in cutaneous T-cell lymphomas. Panels which employ several T-cell markers (e.g., CD2, CD3, CD5, CD7) will not mischaracterize T-cell lymphomas or fail to recognize malignancy by antigen deletion. Aberrancy is another common indicator of hematological malignancy. The panel must contain sufficient antibodies to not only characterize lineage but also to identify aberrancy as a marker of malignancy. For example, while both benign and malignant plasma cells express CD38[bright], the presence of coexpressed CD56 marks myelomatous populations. If only a myeloid-restricted panel is run on a patient with suspected acute myelogenous leukemia, abberant expression of B-, T-, or NK-cell antigens by leukemic myeloblasts will be missed.

While some institutions use a restricted antibody panel to characterize hematological malignancies, antibody selection in this situation depends upon interactions between the clinician and the hematopathologist *plus* review of clinical information and morphological material not readily available to a reference laboratory. When restricted panels are used, the workup usually consists of a time-consuming, multistep process. In this situation, lineage is first identified and then additional antibodies are chosen based upon the clinicopathologic presentation. This process may miss aberrant features that can be used to detect the presence of early relapse or identify minimal residual disease. Sequential workup is not practical in a reference laboratory setting since clinicians are not readily available for consultation and specimen viability, already compromised by transport, declines during the time required to obtain additional information.

# EXHIBIT 4

*Bill —*

*As per your request: hopefully you already have a copy of this information.*

*Jay*

# MEMO

**To:**      James B. Amberson, M.D.

**From:**   Richert E. Goyette, M.D.
            Hematopathology Staff

**Subject:** Flow Cytometry Antibody Panel

**Date:**   17 June 1997

Following consultation among the hematopathology staff, we believe that the following 18 antibodies are essential for the accurate and complete initial workup of flow cytometry specimens. We believe that their routine usage can be justified to insurance carriers.

**T-Cell  Antibodies:**

    CD2
    CD3
    CD4
    CD5
    CD7
    CD8

**B-Cell  Antibodies:**

    CD10
    CD19
    CD20
    CD22
    Kappa
    Lambda

**Myeloid and  Other  Antibodies:**

    CD13
    CD14
    CD33
    CD34
    CD45
    CD56

*Move to 18*