# EXHIBIT 18

COPY

1    UNITED STATES DISTRICT COURT
        DISTRICT OF CONNECTICUT

2

3    - - - - - - - - - - - - - - - - - - - - - - - -X
     UNITED STATES OF AMERICA|
     ex rel. DR. JAMES J.     |    CIVIL ACTION NO.
4    TIESINGA,                |    3:02 CV 1573(MRK)
              Plaintiff,      |
5                             |
                              |
6              vs.            |
                              |
     DIANON SYSTEMS, INC.,    |    March 31, 2006
7              Defendant.     |
     - - - - - - - - - - - - - - - - - - - - - - - -X

8

9

     **ATTACHED EXHIBITS CONTAIN CONFIDENTIAL HEALTH**
10   **INFORMATION SUBJECT TO PROTECTIVE ORDER**

11

12        **DEPOSITION of SUHA MISHALANI, M.D.**

13

14
          Taken before Elzbieta A. Sirois, RPR,
15   LSR 350, a Court Reporter and Notary
     Public within and for the State of
16   Connecticut, pursuant to Notice and the
     Federal Rules of Civil Procedure, at the
17   Office of the United States Attorney for the
     District of Connecticut, 157 Church Street,
18   New Haven, Connecticut on March 31, 2006,
     commencing at 9:35 a.m.

19

20

21

22

23

24        FALZARANO COURT REPORTERS
           117 North Saddle Ridge
25        West Simsbury, CT 06092
              860-651-0258

                    Falzarano Court Reporters

1    based on reconstructing my memory based on a document

2    that I haven't seen.

3        Q    I understand, but based on your reconstructed

4    memory, what's your best recollection of what

5    Dr. Goyette discussed with you and what you discussed

6    with him about the medical utility of the antibodies in

7    the panel?

8        A    I would say the best recollection would be

9    after I was shown a document and then I would

10   reconstruct.  I don't really remember like saying this

11   antibody or this antibody or that, I don't remember

12   that at all.

13       Q    But you had a general discussion about the

14   medical utility of the antibodies?

15       A    It appears that way, yes.

16       Q    What was the reason for reviewing the medical

17   utility of the antibodies back in 1997?

18       A    I have no clear idea about that.  Again, from

19   assumptions and reconstruction, I would have assumed

20   that they may be trying to cut costs and that's why I

21   would be very, you know, adamant about having all the

22   26 antibodies because to me all 26 are medically

23   necessary for me to give that diagnosis.

24       Q    And what, I know it's a general recollection,

25   what's the issue regarding cutting costs?

1    it is that if you're looking for LGL's, T cell LGL's

2    and you want to distinguish whether they're normal or

3    not, you may or may not have 16 and 56 expressed on

4    them but 57 might be there, so that would guide you.

5        Q    Now, CD103, does it have any utility except

6    for determining hairy cell?

7        A    It's also expressed on monocytes and you might

8    see it on T-cells, but mainly, mainly for hairy cell

9    leukemia.

10       Q    You said that if you don't use it, you could

11   miss a case and you said that happened to me, what were

12   you referring to?

13       A    I had a case where again it was a flow only,

14   and like I said we do the correlative smear.

15       Q    You do the...

16       A    Correlative smear and --

17       Q    Right, but that's when you don't do an

18   official -- you're referring you're not doing an

19   official interpretation, but you've got the smear to

20   correlate it?

21       A    And I don't have the marrow.  I have just the

22   aspirate in a tube, and we do the smear.  And I had the

23   case where it was CD10 positive, it was a B-cell

24   neoplasm, and it was monotypic, and he even checked,

25   the doctor checked BCL2, which is a molecular test.

1           So, that molecular tests tends towards

2    follicular lymphoma and follicular lymphoma is CD10

3    positive.  So, there was no reason for me, finding all

4    this, to suspect hairy cell leukemia because on the

5    smear it wasn't so evident.

6           And so, I remember calling the doctor, he was

7    on vacation, telling him that I found something with

8    CD10 positive and that I'm suspecting follicular

9    lymphoma, which is treated differently.  And he was on

10   vacation for a week, and I remember that the BCL2,

11   which is a molecular test that takes longer, came back

12   positive, which again tells you that you're leaning

13   towards follicular lymphoma.  And then a week later or

14   more I get a phone call from the pathologist who got

15   the bone marrow result, and he's saying, Well, on

16   histology it appears to be hairy cell leukemia.

17          So, this is a perfect example how this could

18   mislead you, a short panel could mislead you and you

19   can stop there.  You have your diagnosis.

20      Q    And what role did CD103 play in that

21   particular case you were talking about?

22      A    I didn't have it.  It would be brightly

23   positive.  There's no way I would miss hairy cell

24   leukemia then if I had it.

25      Q    But you didn't have it at the time?

1    So, that's the difference.

2         Q    I understand that.

3         A    Okay.

4         Q    And then, for example, 11B you don't think

5    it's medically necessary to include that in your

6    standard panel because you have CD11b?

7         A    C, because I have CD11c.

8         Q    I'm sorry.  So because you don't you have

9    CD11c, you don't think it's medically necessary to put

10   CD11b in your standard panel?

11        A    Exactly.  And CD11c is more inclusive.

12        Q    So I guess all I'm trying to get at is you're

13   making some decisions about which antibodies are

14   medically necessary to put in the standard panel and

15   which aren't?

16        A    Yes.  And the decision is based on having,

17   providing the accurate and complete diagnosis.  I can't

18   afford to have an incomplete diagnosis or an inaccurate

19   diagnosis.  So, that's how this is designed.

20        Q    Going back to -- that's all I have with that.

21        A    Okay.

22        Q    Going back to the other school of thought you

23   were talking about in your declaration, you know the

24   comprehensive approach versus using the shorter panel

25   and doing it in stages.

1      Q    It's not relevant to choosing the panel to be

2  run?

3      A    No.

4      Q    And do you believe that removing any of the

5  antibodies in Dianon's standard panel would compromise

6  patient care?

7      A    In Dianon's standard panel, removing antibody

8  would compromise patient care.

9      Q    The one other expert I forgot to ask you about

10  was Dr. Raul Braylan, B-r-a-y-l-a-n, from the

11  University of Florida College of Medicine.  Have you

12  heard of Dr. Braylan?

13      A    Yes.

14      Q    In what context have you heard of him?

15      A    I've -- when I went to Tennessee meeting, he

16  was chairing that meeting.  He was the chairman.  He

17  was conducting discussions, sort of.

18      Q    We'll talk about that meeting.  Do you know of

19  Dr. Braylan in any other context but that Tennessee

20  meeting?

21      A    He did come to visit Dianon afterwards.

22      Q    When did he come to Dianon?

23      A    Few months ago.  I'm not sure exactly when.

24      Q    To your facility in Stratford, Connecticut?

25      A    Yes.

1    Q    Do you know why the requisition form was

2    changed?

3    A    I have no idea.

4    Q    Anyone ever discuss that with you?

5    A    No.

6    Q    When you did -- when you ran the full panel of

7    26?

8    A    Right.

9    Q    On June 4th, and I assume you looked back at

10   the prior study that had been done which was less than

11   a month earlier?

12   A    Yes.

13   Q    And since the same test had been run on bone

14   marrow one month earlier, explain to me why you had to

15   run the full panel again.

16   A    This patient was treated.  I would be looking

17   for many different findings.  Again, he's sending me

18   the specimen and it's my job to make sure that the

19   specimen is thoroughly handled, and I would give the

20   diagnosis.

21        During this period of time the patient may

22   have another disease, they may have residual disease or

23   they may have some changes like myodysplasia.  So, this

24   would be what I would do to handle this case.

25   Q    Then Dr. Segal ran another test on the same

1    patient for specimen collected July 16th, 2001, right?

2         A    Yes.

3         Q    He again ran the standard panel of 26?

4         A    Correct.

5         Q    So that's four different tests in a five-month

6    period for the same patient and each time Dianon ran

7    the standard panel of 26, correct?

8         A    Correct.

9         Q    It's your opinion that it was medically

10   necessary to run all 26 each time?

11        A    Yes.

12        Q    And do you think it's proper to charge

13   Medicare for all 26 antibodies each time?

14        A    I'm definitely, again, I'm not going to

15   billing but I'm definitely using all 26 antibodies to

16   give my diagnosis and all 26 are essential for my

17   diagnosis.  In Dr. Segal's report, he found out that

18   the blasts were not 15 to 20 percent so this is

19   indicative of reoccurrence.

20        Q    My question was do you think it was proper to

21   charge Medicare for 26 antibodies each time?

22        A    Yes.

23        Q    Do you understand the Medicare program has

24   limited resources?

25        A    I'm not aware of that.  I mean, I don't know

CROSS-EXAMINATION

BY MR. SALCIDO:

    Q   Good afternoon, Dr. Mishalani.  I had just a couple questions.  You had expressed reluctance earlier at being designated an expert witness?

    A   Yes, I did.

    Q   Why is that?

    A   I didn't want to go through another deposition.  It's extremely stressful for me to be deposed.

    Q   In terms of just to refer to a couple of exhibits that were referenced earlier, with respect to Mishalani Exhibit Number 2, it was brought to your attention a certification on the form which states that "I certify that the services shown on this form were medically indicated and necessary for the health of the patient" in pertinent part.

    Was it your viewpoint and belief that during your time period at Dianon that the services you provided with respect to the standard 26 marker panel were medically indicated and necessary for the health of the patients?

    A   Yes.

    Q   With respect to Segal Exhibit Number 3, which

1    stated in pertinent part:  "We believe that the

2    following 18 antibodies are essential for the accurate

3    and complete initial workup of flow cytometry

4    specimens."

5            Did you believe that the 26 markers in

6    Dianon's standard panel were essential for the accurate

7    and complete workup of flow cytometry specimens?

8                    MR. MOLOT:  Objection.

9        A    I do.

10   BY MR. SALCIDO:

11       Q    To your knowledge, did you ever use an 18

12   marker panel?

13       A    Not to my knowledge, no.

14       Q    Finally, with respect to compensation, last

15   couple of exhibits you were shown.

16       A    Yes.

17       Q    Was your compensation, to your knowledge,

18   based in any way on ordering additional markers?

19       A    Not at all, never.

20       Q    Thank you.

21                    MR. MOLOT:  I have no questions.

22

23                    (Deposition concluded:  3:04 p.m.)

24

25

─────── Falzarano Court Reporters ───────

# EXHIBIT 19

1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-------------------------------X
UNITED STATES OF AMERICA |
ex rel. DR. JAMES J.         |    CIVIL ACTION NO.
TIESINGA,                    |    3:02 CV 1573 (MRK)
            Plaintiff,       |
    vs.                      |
                             |
DIANON SYSTEMS, INC.,        |    March 24, 2006
            Defendant.       |
-------------------------------X

DEPOSITION of GLENN H. SEGAL, D.O.

Taken before Elzbieta A. Sirois, RPR,
LSR 350, a Court Reporter and Notary
Public within and for the State of
Connecticut, pursuant to Notice and the
Federal Rules of Civil Procedure, at the
offices of Office of the United States
Attorney for the District of Connecticut,
157 Church Street, New Haven, Connecticut on
March 24, 2006, commencing at 9:25 a.m.

FALZARANO COURT REPORTERS
117 North Saddle Ridge
West Simsbury, CT 06092
860-651-0258

---

2

APPEARANCES:

For the Plaintiff:

    UNITED STATES DEPARTMENT OF JUSTICE
    157 Church Street
    New Haven, Connecticut 06510
    203.821.3792
        By:  RICHARD M. MOLOT, ESQ.


For the Defendants:

    AKIN, GUMP, STRAUSS, HAUER & FELD, LLP
    1333 New Hampshire Avenue, N.W.
    Washington, D.C. 20036-1564
    202.887.4000
    202.887.4288 Fax
        By:  ROBERT S. SALCIDO, ESQ.

---

3

S T I P U L A T I O N S

        It is stipulated by counsel for the parties that
all objections are reserved until the time of trial,
except those objections as are directed to the form of
the question.
        It is stipulated and agreed between counsel for
the parties that the proof of the authority of the
Notary Public before whom this deposition is taken is
waived.
        It is further stipulated that any defects in the
Notice are waived.
        It is further stipulated that the deposition may
be signed before any Notary Public.

---

4

        (Government's Exhibit No. 1:
        Marked for Identification.)

        (Deposition commenced:  9:25 a.m.)

        GLENN H. SEGAL, D.O., Deponent, of
        46 Sullivan Road, New Milford, Connecticut,
        being first duly sworn by the Notary Public,
        was examined and testified, on his oath, as
        follows:


            DIRECT EXAMINATION


BY MR. MOLOT:
    Q    Good morning.  My name's Rick Molot, and I'm
from the U.S. Attorney's Office, and I represent the
Government in the lawsuit that's been filed against
Dianon Systems, Inc.; you understand that?
    A    Yes.
    Q    I'm going to be taking your deposition this
morning; you understand that?
    A    Yes.
    Q    And in the deposition you've got to verbalize
your answers because the Court Reporter is taking
everything down.  So, a nod of the head won't work.

57

1    A    That looks correct.

2    Q    Could you tell me what is the purpose of CD16?

3    A    CD16 has multiple -- it identifies NK cells,
which is particular use in differentiating an NK cell
from a T-cell.  It's also present on granulocytes and
6  it helps us access granulocytic maturation.  It should
7  be present with a certain pattern on maturing
8  granulocytes.

9         If it's down-regulated or absent, that's
10  abnormal and it may indicate a problem with the myeloid
11  elements.  So, it could be used in two different lines
12  of cells at least, and three even, T-cells with --
13  T-cell lymphoproliferative disorder or T-cell leukemia
14  of granular lymphocytes.  Also, expresses of CD16,
15  whereas normal T-cells don't significantly express
16  that.

17   Q    How about CD103, what's the use of that
18  antibody?

19   A    CD103 is most useful in making a diagnosis or
20  assisting in making a diagnosis of Hairy cell Leukemia,
21  but again it's lineage associated and it can be found
22  on T-cells.  So, it can't be analyzed alone or viewed
23  alone to make an assumption that it would be hairy cell
24  leukemia.

          It also can be expressed on what's called

58

1  splenic marginal zone B-cell lymphoma.

2    Q    And how about --

3    A    And monocytes, sorry.

4    Q    How about CD11c, what's the purpose of that
5  antibody?

6    A    CD11c is another marker that's very useful at
7  distinguishing various B-cell neoplasms and the
8  intensity of expression is most helpful, meaning very
9  bright expression of a CD11c, characteristic again of
10  hairy cell leukemia.

11        Whereas a dimmer expression may be seen in
12  disorders that look similar such as splenic marginal
13  zone B-cell lymphoma of villus lymphocytes.  The villus
14  is a cell that can look like a hairy cell.  So, it can
15  look very similar under the microscope and these
16  markers are very useful in distinguishing them.

17   Q    How about CD57, what's the purpose of that?

18   A    CD57 is again an NK cell marker, and it's
19  another marker useful in identifying or helping to
20  identify the T-cell lymphoproliferative disorder or
        cell leukemia of granular lymphocytes, similar to 16
22  in that regard.  It may or may not be expressed.  Both
23  may be there or the other, so it's important to have
24  both.

25

59

1            (Off record discussion.)

2

3  BY MR. MOLOT:

4    Q    When a specimen comes in for flow cytometry,
5  whose responsibility is it for choosing which
6  antibodies to run, the pathologist or the referring
7  physician?

8    A    No, the pathologist.  The panel is set up.  We
9  have established this panel as being medically
10  necessary and we choose, you know, the panel.

11   Q    Pathologist chooses the panel?

12   A    Right.

13   Q    Not the referring physician?

14   A    No, as far as I know.

15   Q    On what basis does the pathologists --
16  withdrawn.

17        Did any referring physician ever ask Dianon to
18  run particular antibodies to your knowledge?

19   A    Sometimes -- well, they check off the XL 3,
20  occasionally you see like CD19, CD5 or something, I
21  don't know what they mean, maybe make sure you look at
22  that closely, but I don't know exactly what they meant,
23  but no, as far as I know.

24   Q    Generally the referring physician doesn't do
25  that?

60

1    A    Generally, they don't.

2    Q    Every -- on infrequent occasions they might
3  write something --

4    A    You see a marker -- sorry.

5    Q    They might write something on the requisition
6  form next to the box they check off?

7    A    Exactly.

8    Q    A particular marker or two?

9    A    Yes.

10   Q    But it's generally, it's the pathologist's
11  responsibility to the choose the markers?

12   A    Yes.

13   Q    On what basis does a pathologist choose which
14  antibodies to run when a specimen comes in?

15   A    Well, the panel is chosen to analyze or to
16  evaluate abnormal, excuse me, to evaluate leukocytes
17  for potential abnormalities, basically.

18        So, this panel is designed for that purpose in
19  a comprehensive fashion because using other limited
20  methodologies or limited panels, I know from experience
21  that we would have probably missed things that are
22  picked up in a utility.

23   Q    So, in your history with Dianon, when you do a
24  flow cytometry test, you use the Dianon standard panel
25  of -- it was 22 and then it became 26, right?

1 leukocytes that may be present, B, T-cells, NK-cells,
2 plasma cells, monocytes, granulocytes and blasts of
3 different lineage. And LabCorp seems to focus on
4 different, maybe requests from the clinician about what
5 they think it may be, but I think that's very difficult
6 and not very practical in my opinion.
7       It seems there's frequently incorrect
8 information or wrong codes that may come in and to base
9 a panel on that is something I wouldn't want to do.
10      Q   So, Dianon takes the comprehensive approach
11 and does the same panel in all occasions whereas
12 LabCorp relies on the clinical information provided by
13 the referring physician in choosing a panel?
14      A   That's what it looks like to me. The chronic
15 lymphocytic leukemia profile, it's confusing because
16 it's only one disorder. I don't -- hairy cell leukemia
17 -- I don't understand that at all. Hairy cell leukemia
18 is part of the chronic lymphoproliferative disorders.
19      Q   You're looking at Government 8?
20      A   Yeah, I'm looking at Government 8, this is
21 just really confusing. I don't, and then lymphoma and
22 chronic lymphoids overlap depending why they're in
23 blood or not. I don't know why you would have a
24 separate panel for that.
25      Q   So these panels seem confusing to you?

74

1      A   Very confusing to me.
2      Q   Tell me why they're confusing.
3      A   Because it says chronic lymphocytic leukemia
4 profile. Basically you don't know it's chronic
5 lymphocytic leukemia until you do an analysis. You
6 have to distinguish multiple B and C cell disorders,
7 possibly acute leukemia, and rule out other potential
8 comorbid disorders. So to just say have a chronic
9 leucitic leukemia profile I think is sort of ludicrous.
10      It's one disorder basically, and you could,
11 because I don't know, maybe it's just a bad name for
12 that panel. It's something that I wouldn't want to put
13 out or use.
14      Q   What else is?
15      A   Also, hairy cell and plasma cell, I have no --
16 that's very unusual. Hairy cell leukemia is a chronic
17 lymphoproliferative disorder in B-cells so it would be
18 something you would want to look at and distinguish
19 from things such as CLL follicular lymphoma and
20 marginal zone B-cell lymphoma and other things, T-cell
21 lymphoproliferative disorders. I don't know why you
22 would separate it out and put it with plasma cell
23 leukemia, and so I'm very confused.
24      Q   We'll go back to it.
25      A   Anyplace I've ever been I never saw anything

1 like this, tell you the truth. I don't know if I ever
2 saw this memo so this really is confusing to me. Not
3 memo, but whatever this document is.
4      Q   Government 8.
5      A   Government 8, just anyplace I've been, I never
6 saw written like that profiles like that.
7      Q   You mean profiles that are so narrowly
8 focused?
9      A   Exactly, and they don't make sense to me.
10 Hairy cell, plasma cell leukemia, I don't know, either
11 way.
12      Q   What if you know someone that has hairy cell
13 leukemia and you just want to kind of reconfirm it,
14 would it be okay to do a more narrow panel like that?
15      A   No, I don't believe so.
16      Q   Why?
17      A   Because you could have other diseases that
18 occur in the interim when you follow up. Patients are
19 treated with chemotherapeutic agents where you can get
20 secondary MDS or AMLs. Also you can develop a
21 different disorder that you may miss if you do an
22 abbreviated or limited target panel like that.
23 Something I wouldn't do or wouldn't want to do.
24      Q   Is it your belief that these panels are
25 insufficient?

76

1      A   In my opinion, yes, for me to use, yes.
2      Q   Do you think if LabCorp is using these panels
3 they're committing malpractice?
4           MR. SALCIDO: Objection.
5 BY MR. MOLOT:
6      Q   You can answer.
7      A   I wouldn't take -- I do not want to offer an
8 opinion on that. I work for the company.
9      Q   Well, I do want an answer. I mean you're here
10 just to tell the truth.
11      A   I wouldn't, I can't say they're committing
12 malpractice. I wouldn't say that, but it's an approach
13 that I wouldn't take. I don't think it's a complete
14 approach. It could lead to potential malpractice,
15 how's that?
16
17           (Off-the-record discussion.)
18
19           (Government's Exhibit No. 9:
20            Marked for Identification.)
21
22 BY MR. MOLOT:
23      Q   I'm showing you what's been marked as
24 Government's Exhibit 9, which is an e-mail that has
25 other e-mails in it. It's AG 00239 through 240. Do

1    A    I don't recall, no.

2    Q    Do you have any understanding looking at this
3    what it could be used for?

4    A    No.  Well, I'll take a look, a closer look if
5    could read it, but I don't really know.  Maybe
6    there's a description in the front of what it is.  A
7    brochure.  So maybe it's being used for a brochure.

8    Q    So, if you turn it sideways, well, it seems
9    like at one part of it there are three different
10   possible panels:  Acute leukemia profile, chronic -- I
11   can't read that profile, comprehensive, and then if you
12   look farther down there seem to be seven other panels
13   being offered.

14   A    No, I have no understanding of what this is.
15   I don't think a physician wrote this, tell you the
16   truth.

17   Q    I'm just asking because it seemed like it was
18   sent to you.  So, I'm just wondering if you had any
19   knowledge of it?

20   A    I probably didn't think twice about it, tell
21   you the truth.

22   Q    Looking at it now, do you have any
23   understanding of what information this is trying to
24   communicate?

25   A    No, I don't.  I now remember who Susan Taylor

114

1    is.

2    Q    Sure.

3    A    I met her.  I don't know, it's just, it's
4    recent, that's why I was wondering why I didn't --
5    basically she was a LabCorp person or a business, you
6    know, person.  I think she was a Hemepath type manager
7    or marketing or sales or something at LabCorp, and I
8    guess she was put over, because we didn't have any
9    really Hemepath marketing anymore, pretty much after
10   the acquisition.

11        So, I guess sort of around this time at the
12   end of '05 she was getting involved with Jay, that's
13   right, and I guess this was something -- that's Susan
14   Taylor, she was the Hemepath marketing person at
15   LabCorp, but I met her at a meeting, and she's not
16   doing that anymore.  She's GI, I think a GI type
17   marketing person.  I met her at an American Society of
18   Hematology meeting.  Now I remember, yes.

19   Q    Just want to focus again, we buried it.  On
20   your declaration, which is Government's Exhibit 1 at
21   aragraph 11, it talks about that since Dianon was
22   acquired there have been multiple discussions with
23   LabCorp regarding the standardization of the panels
24   that are used.

25        Who at LabCorp did you have discussions with

about the panels that were going to be discussed?

2    A    I would guess that Bryan McCune and Margaret
3    Johnson would be the other physicians getting these
4    things we've been talking about.

5    Q    And when you had these discussions with them,
6    did you have discussions back and forth about the
7    merits of a comprehensive panel versus a smaller
8    sequential panel?

9    A    I don't recall specifically but I would assume
10   we did.

11   Q    It says at the end there, "My viewpoint is so
12   strong on this point that I believe if a shorter panel
13   is used, I may have to include a disclaimer indicating
14   which leukocytes were not evaluated as part of this
15   study."

16        Did you ever tell people from LabCorp that you
17   would want a disclaimer on your work if they had Dianon
18   implement the shorter panels?

19   A    Yes.

20   Q    Who did you tell that to?

21   A    I think it was one of those meetings.

22   Q    Could you explain why?

23   A    Yes, the rationale I gave, because I felt I
24   could be missing significant abnormalities that could
25   be missed with a shorter panel.

116

1    Q    Has anyone at LabCorp ever told you that they
2    think their panels are sufficient for patient care?

3    A    They haven't told me, but I would assume they
4    think so since they do it.

5    Q    But you haven't had a discussion with them
6    with all this kind of standardization back and forth?

7    A    I assume they defended their panel, but I
8    don't remember the specifics.

9    Q    Did you indicate your concern to people at
10   LabCorp about the shorter panels?

11   A    Yes.

12   Q    What did you say to them?

13   A    What I had just said to you, that I'm
14   concerned that you can mispopulate[sic] abnormal
15   populations are not adequately characterized in a case.

16   Q    When you gave them your concerns, what was
17   their response?

18   A    I don't recall.

19   Q    You recall giving them your concerns but you
20   don't recall what they said back to you?

21   A    No, I don't really recall.  I don't know if
22   they did say anything back to me, but I just said what
23   I said.  I don't remember if they responded or if they
24   did what they said.  I really can't say because I can't
25   recall.  They may have just listened and didn't say

149

1  for example, but it's basically a new workup for a
2  potential secondary problems or comorbid disorders that
3  may arise.
4     Q    But it's not the case that you use the prior
5  ..sts to help choose which antibodies to use in the
6  current test?
7     A    No.

9           (Government's Exhibit No. 22 and 23:
10          Marked for Identification.)

12  BY MR. MOLOT:
13     Q    Doctor, showing you what's been marked for
14  identification as Government's Exhibit 22, it's a
15  series of requisition forms and test reports produced
16  by Dianon.  The first page in the packet is PP2500 and
17  again, if you need access to the whole chart, it's
18  here, but I just pulled out some relevant pages to try
19  to move it along.  Let me direct your attention to, I
20  think the second page of the packet, PP2511 through
21  2512.  Do you recognize that document?
22     A    I recognize this as a flow cytometry report
23  that I signed out or diagnosed.
24     Q    It's got a collection date of 4-3-03 upper
~~  right?

150

1     A    Yes.
2     Q    And that's your signature indicating you did
3  the interpretation?
4     A    Yes.
5     Q    I, also then want to direct your attention to
6  a few pages back, PP2524 through 25.  Is that another
7  flow cytometry interpretation report that you did?
8     A    Yes.
9     Q    That's, the collection date is 4-17-03?
10     A    4-17-03, yes.
11     Q    It's on the same patient?
12     A    Yes.
13     Q    Now, these reports, it appears to me, are for
14  bone marrow specimens collected approximately two weeks
15  apart.  Does that seem correct to you?
16     A    Yes.
17     Q    On the second test, specimen collected
18  4-17-03, you ran the same panel as it did for the test,
19  the prior test from 4-3-03, right, it's the same panel?
~~     A    Yes.
       Q    Tell me why you ran the same panel for both?
22     A    Since, again I'm looking for residual disease
23  because I need to establish whether the AML was present
24  or not and also to look for particular comorbid
25  diseases.

151

1     Q    Well, why couldn't you have run a more kind of
2  targeted or directed panel for the second test based on
3  the findings of the first test?
4     A    I just don't believe that would be optimal.  I
5  think it's best to make sure that again, there's
6  different sites, the bone marrows are evaluated at
7  different sites.  There could be diseases at different
8  sites.  Even though it's bone marrow, they're typically
9  not done at the same site, a repeat.
10     Q    It's your opinion that you had to run all 26
11  for the second test, even though you had just gotten
12  results two weeks before from the first test?
13     A    Yes.
14     Q    Looking at the interpretations, is it fair to
15  say that the interpretation of the first test, the
16  4-3-03 specimen is similar to the interpretation of the
17  4-17-03 specimen?
18     A    No, there's a difference.
19     Q    What are the differences?
20     A    The blast count had decreased by flow, by I
21  guess 50 percent at least by flow.
22     Q    What's the significance of that?
23     A    That means the patient is benefitting from
24  treatment but still has residual disease.
25     Q    Which antibody or antibodies were relevant to

152

1  that conclusion you just made?
2     A    To the conclusion of having residual AML?
3     Q    Yes.
4     A    The antibodies that I listed in the phenotype.
5     Q    Which ones are those?
6     A    Of the phenotype is CD45, CD34, CD13, CD33,
7  117, 11c, DR 38 and 7, and also documenting the absence
8  of additional B or T-cell associate antigens as there
9  is aberrant CD7, which again you have to distinguish by
10  phenotypic leukemia.
11     Q    Directing your attention to page 2524 towards
12  the bottom, you wrote that the antigenic profile is
13  similar to a prior study in our files, and then you
14  gave a reference number, see SA 3005535, I think
15  referring to the prior test with the 4-3-03 specimen.
16          What did you mean, I'm not pronouncing that
17  word, antigenic profiles similar?
18     A    That it was similar to the original.  There
19  hadn't been any alterations.
20     Q    Those are the critical antibodies that you
21  talked about before?
22          MR. SALCIDO:  Objection.
23     A    Well, basically for looking at for the AML
24  component, you also have to establish that it doesn't
25  have additional T-markers, B-markers and also exclude

153

1  comorbid diseases. Again, since this may have been
2  from separate site bone marrow, since they usually
3  don't go back at the same site.
4      Q   Are the conclusions of both tests similar?
5      A   They're similar except for the fact that they
6  have a difference in blast and percentage.
7
8          (Government's Exhibit No. 24:
9          Marked for Identification.)
10
11 BY MR. MOLOT:
12     Q   Doctor, I'm showing you again a series of
13 documents that have been produced by Dianon for a
14 particular patient. Again, the whole chart is here if
15 you want to review it. I just pull out the requisition
16 forms and the reports. It begins at page PP48. I just
17 want to direct your attention to page PP94.
18     A   PP94.
19     Q   They're not in exact order because I -- this
20 is closer to the end.
21     A   Got it.
22     Q   I apologize, oh, okay. Yeah, PP94, that's --
23 is that a report on this patient that was done by
24 Dr. Mishalani appear to you?
25     A   So this, just to make sure, it's 94 and 95.

154

1      Q   Correct.
2      A   Yes.
3      Q   Page 94 and 95, that was a bone marrow
4  specimen?
5      A   Yes.
6      Q   That was the collection data is on the upper
7  right is 6-4-01?
8      A   Yes.
9      Q   Then directing your attention to maybe two or
10 three pages back, PP106 and 107. Do you recognize that
11 document?
12     A   Yes.
13     Q   What is that?
14     A   This is a case I signed out.
15     Q   For the same patient?
16     A   Yes.
17     Q   That's collection data 7-16-01?
18     A   Yes.
19     Q   So it's about, I don't know, six weeks or so
20 later than the case of 6-4-01 specimen?
21     A   Yes.
22     Q   The case you signed out is also bone marrow?
23     A   Yes.
24     Q   Again, I got a similar question. Well, you
25 ran the same panel for -- Dianon ran the same panel for

155

1  both the these tests, correct?
2      A   Yes.
3      Q   Why was it necessary to run the same panel of
4  antibodies when there had been a test six weeks before
5  and had the results?
6      A   The same reason I mentioned previously. To
7  look for the abnormal population to see whether it
8  expanded or was diminished or absent by the treatment.
9  Assumed treatment for acute leukemia plus exclude
10 comorbid disorders. They may be present in the bone
11 marrow at a different site.
12     Q   Would you have reviewed the test that
13 Dr. Mishalani did before or at or about the same time
14 you did your report?
15     A   Reviewed the report.
16     Q   You would have reviewed the prior report?
17     A   That was most likely attached to the back of
18 our new case.
19     Q   Is there any indication in the report you did
20 of the prior report? The reason I ask is in the other
21 case there was an actual reference to it.
22     A   I usually do, but yes. Let me see, yes, oh,
23 wait, maybe not. There's a prior reference.
24     Q   But that looks like it's even to a different
25 report. So there's a reference to a prior report but

156

1  it's not the one that was done six weeks earlier. It's
2  some other Dianon report?
3      A   Yes.
4      Q   Let see what that was?
5      A   Sometimes I reference back to the original.
6  So let me see what the original was or it did say see
7  prior reports, 6-4-17 is here.
8      Q   I see, referring to page PP78.
9      A   PP76 I have, 6-4-17, is that it?
10     Q   Yes. So if you go to PP --
11     A   I did. I said original leukemia. So I did
12 reference it back to the, what, at least what I thought
13 was the original. Yes, I guess that's the original.
14     Q   So it looks to me like you were referencing a
15 report, if you look at PP78 and PP79, a report done by
16 Dr. Mishalani for a specimen collected 3-22-01?
17     A   Just make sure that's...
18     Q   Can you tell me why did you reference that
19 report as opposed to the report closer in time?
20     A   I don't know my rationale, but I do that
21 sometimes I do the original or the previous. I don't
22 know what I was thinking, why I did it or why I do
23 that. I can't give you that answer.
24     Q   In the report you did, PP106107?
25     A   Where are we?