# EXHIBIT 20

Ann Marie Connor, M.D.                    August 8, 2006

Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT


UNITED STATES OF AMERICA,
ex rel., JAMES J. TIESINGA,

　　　　　Plaintiffs,

vs.                        Case No. 3:02CV1573  (MRK)

DIANON SYSTEMS, INC.,

　　　　　Defendant.



VIDEOTAPED DEPOSITION OF ANN MARIE CONNOR, M.D.

Taken on behalf of the Plaintiffs

August 8, 2006


BE IT REMEMBERED THAT, pursuant to the Connecticut Rules

of Civil Procedure, the deposition of ANN MARIE CONNOR,

M.D. was taken before Marla J. Cusano, a Certified

Shorthand Reporter, #2986, on August 8, 2006, commencing

at the hour of 8:58 a.m., the proceedings being reported

at 920 W. Riverside Avenue, Suite 340, Spokane,

Washington.

3f7507a3-6da5-4bdf-bcd7-7b7ca253ebdb

Ann Marie Connor, M.D.                                    August 8, 2006

Page 102

1  whether or not the patient was correctly diagnosed with
2  Hodgkin's disease. It can be very, very difficult in
3  some cases.
4      Q.  Okay.
5      A.  Okay.
6      MS. DAVIS: Let's go off the record for a
7  minute.
8      THE VIDEOGRAPHER: The time is 11:42. We are
9  off the record.
10     (Recess taken.)
11     THE VIDEOGRAPHER: We are back on the record at
12 11:44.
13 EXAMINATION
14 BY-MR.PARKER:
15     Q.  Dr. Connor, good afternoon.
16     A.  Good afternoon.
17     Q.  Just a few questions. Dr. Connor, would you
18 agree with me that in performing the job that you did at
19 Dianon, as well as Deaconess before that, that as a
20 pathologist, particularly one performing flow cytometry,
21 you're called upon in some cases to make life and death
22 assessments of diagnoses?
23     A.  Uh-huh. Yeah.
24     Q.  And --
25     A.  Yes.

Page 103

1      Q.  -- am I correct in assuming, Doctor, that you
2  took your responsibilities as a physician very seriously?
3      A.  Yeah.
4      Q.  And did so while you were at Dianon?
5      A.  Oh, yeah.
6      Q.  And during the approximate two plus years at --
7  let's say two years, '95 to some point in '97 --
8      A.  Yeah.
9      Q.  -- the point in the two years that you were at
10 Dianon, after as you've testified you and Dr. Goyette got
11 the lab in shape I think were your words, did you believe
12 you practiced good quality medicine at Dianon?
13     A.  Yes.
14     Q.  Are you proud of the work you did at Dianon?
15     A.  Yes.
16     Q.  Okay. Doctor, as we talked today with
17 Ms. Davis, you were instrumental, along with Dr. Goyette,
18 in designing what later became known as the comprehensive
19 standard panel that Dianon used?
20     A.  Yes.
21     Q.  And in your judgment, Dr. Connor, was the
22 creation of that panel necessary to provide quality
23 medical care to the patients essentially treated by
24 Dianon -- I'm sorry, for which medical services were
25 provided by Dianon? I didn't mean to say treated.

Page 104

1      A.  I guess the -- before I answer that --
2      Q.  Sure.
3      A.  -- I mean, it isn't that, you know, there
4  wouldn't have been -- we didn't feel that we had the only
5  panel that would -- you know, was the perfect panel and
6  there was nothing else that would work, but otherwise
7  what you said is true, that we thought that we had
8  created what was necessary to treat the -- to diagnose
9  the patient properly so they could be treated.
10     Q.  Dr. Goyette testified that whether Dianon
11 ultimately billed for 1 antibody or all 26 at the point
12 in time when you were using 26 antibodies in your panel
13 was ultimately a business decision, but from his
14 perspective as a medical professional all 26 antibodies
15 were medically necessary to provide quality care.
16     A.  Uh-huh.
17     Q.  Do you agree with that testimony?
18     A.  What part are you asking me whether I agree
19 with?
20     Q.  Well, fair enough. Let me break it down.
21     A.  Yeah.
22     Q.  I think you've just told me that you agree that
23 the composition of the panel at the point when it reached
24 26 or when it was at 22, at whatever point in time or
25 whatever the number was that you were using, that that

Page 105

1  number you deemed as a profession to be medically
2  necessary to provide quality care to the patients who
3  were sending their specimens to Dianon?
4      A.  Yes.
5      Q.  Okay. You do your report. Your report goes
6  ultimately to a billing department, correct, within
7  Dianon?
8      A.  Yes.
9      Q.  And Dr. Goyette said whether the people back in
10 the billing department wanted to bill for one of the
11 antibodies I used or all of the antibodies I used, I
12 would be willing to say all were medically necessary.
13     A.  Yeah.
14     Q.  Would you agree with that?
15     A.  Yeah.
16     Q.  Okay. Dr. Connor, I know that at some point
17 before this deposition you were contacted by attorneys
18 for the government?
19     A.  Yes.
20     Q.  And one of those was Ms. Davis sitting in the
21 room today?
22     A.  Yes.
23     Q.  Were there any other government attorneys who
24 called you to talk about the case or were all your
25 conversations with Ms. Davis?

Ann Marie Connor, M.D.                                August 8, 2006

Page 114

1    A.   Say that again.
2    Q.   Okay. When Dr. Amberson testified --
3    A.   Yes.
4    Q.   -- that even before -- consistent with what
5    you've said today, I think, that before you had actually
6    arrived you had begun sending information to Dianon about
7    composition of the panel and other information related to
8    the labs.
9    A.   Yes.
10   Q.   And that's consistent with your memory, is it
11   not?
12   A.   That they would have been using that ahead of
13   time?
14   Q.   No, no. Let me start again. When questioned
15   about who designed the panel that you see on Exhibit No.
16   1 --
17   A.   Yeah.
18   Q.   -- in November of '94 --
19   A.   Even, though -- I mean, I had nothing to do
20   with them -- well, I wouldn't say that -- I recall being
21   recruited in December of '94, but that's all right.
22   Q.   That's what I'm trying to get at. You've
23   testified that before you actually showed up working at
24   Dianon, sometime before that you had conveyed to them
25   information that among other things included the

Page 115

1    composition -- suggested composition of a panel?
2    A.   Yeah. I sent them the written procedures.
3    Q.   All right.
4    A.   But I didn't pick up the phone and say this is
5    what you should be running.
6    Q.   No, I understand. But the procedures also
7    would have identified which antibodies to put in each of
8    the tubes that you would propose being used?
9    A.   It would have -- they probably would have,
10   because I don't recall what the procedure -- whether our
11   procedure specifically listed what we were running.
12   Q.   Okay.
13   A.   I don't recall that I sent that along. But I
14   probably would have -- it would have said something about
15   what the current antibodies were that were being run in
16   our lab. So that information would have been in there, I
17   think.
18   Q.   And what I'm driving at is those materials that
19   you recall sending Dr. DaSilva and Dr. Amberson no longer
20   exist at this point. Is the panel that you see the panel
21   composition on Exhibit No. 1 consistent with what you
22   remember using at Deaconess before you arrived at Dianon?
23   A.   Well, let's see. You mean would this have
24   been -- would this have been a mirror of what I did at
25   Dianon? It probably would have been very similar, but I

Page 116

1    can't say it is the same thing.
2    Q.   Okay. I understand that.
3    A.   So...
4    Q.   But we can -- I'm sorry, go ahead.
5    A.   I can't remember if we ran things like, you
6    know -- under the miscellaneous I can't remember if we
7    ran a CD25. And we may have run, you know, something
8    other than CD56. Maybe we ran a CD57. It's things like
9    that. The other thing is I may have felt it was
10   unnecessary to run a CD15 and may have chosen another
11   antibody.
12   Q.   I understand.
13   A.   Okay.
14   Q.   But I think you would agree with me that the
15   panel composition reflected in Exhibit No. 1 is more
16   consistent with what you were doing before you arrived at
17   Dianon than what shows up in Exhibit 17?
18   A.   Yes.
19        MS. DAVIS: Objection.
20        THE WITNESS: Consistent. Well, it's a larger
21   panel. What's in Exhibit 1 is a broader panel than what
22   is in Exhibit 17, but I have no idea whether this was --
23   why this is a small panel. Is it because of the amount
24   of the specimen or is it because somebody wrote out rule
25   out hairy cell.

Page 117

1    BY MR. PARKER:
2    Q.   Well, that's actually a point I wanted to
3    explore. Sometimes the volume of the specimen would
4    dictate how many markers you could actually use, how many
5    antibodies you could actually use.
6    A.   Okay.
7    Q.   What I was driving at before you even mentioned
8    that, which might well be the explanation, is while you
9    were getting the lab in shape, to use your words, would
10   there have been a period of time where the composition of
11   the panel was in a state of flux, so to speak?
12   A.   Oh, yeah.
13   Q.   Okay. But your confident that at some point
14   before the end of December of 19 -- before the end of
15   1995, and we looked at that SOP dated December 24 or so
16   of 1995, the composition of the panel at least as of that
17   pointed had been agreed upon between you and Dr. Goyette?
18   A.   Yeah. I mean -- well, I can't say that it was
19   in its permanent final state, but yes, definitely -- I
20   mean, we had definitely come to an agreement by then
21   because we would have both been there six months and I
22   know we had made progress by then.
23   Q.   And the panel never was in a permanent state as
24   you described it. It was always subject to change based
25   upon new breakthroughs, new understandings that you and

Ann Marie Connor, M.D.                                    August 8, 2006

**Page 118**

1  others in your field felt were necessary?
2  A.  Yes.
3  Q.  Okay. Let's turn now to Exhibit 16, the
4  consensus statement -- paper by Dr. Braylan. Dr. Connor,
5  I think you've testified, and I'm sure the jury will hear
6  this, but until you were questioned by Ms. Davis about
7  this document, you had never seen it and certainly never
8  had a chance to study or read this document?
9  A.  16, no, I haven't seen it -- hadn't seen it.
10  Q.  Dr. Braylan for your edification since you have
11  not had a chance to read this before you were questioned
12  about it testified that this paper which he was the lead
13  author on was intended to reflect not one half -- I'll
14  start again. This paper was not intended to reflect a
15  consensus on how to do flow, but rather if you look at
16  specific diseases, which of the antibodies might be
17  diagnostic of that particular disease entity.
18  MS. DAVIS: Objection.
19  BY MR. PARKER:
20  Q.  Okay?
21  A.  Okay.
22  Q.  With that in mind, Dr. Connor, I'd like to turn
23  to the questions that were posed to you about the
24  commentary in this paper. Firstly on page 24, which is
25  Bates number SFO756.

**Page 119**

1  A.  Yes.
2  Q.  Dr. Connor, you were asked whether or not you
3  had any significant disagreement or in fact whether you
4  agreed with the commentary regarding the antibodies that
5  would be useful in characterizing chronic
6  lymphoproliferative disorders; do you recall that?
7  A.  Yes.
8  Q.  Just so your testimony is not misconstrued or
9  misunderstood or misinterpreted by others, Dr. Connor,
10  you're not stating that if you got a case in your office
11  at Dianon between 1995 and 1997 from a physician who says
12  I think my patient has a chronic lymphoproliferative
13  disorder, that you felt that good medical practice would
14  limit you to using only these antibodies?
15  A.  No. I wouldn't feel that what was stated in
16  here would limit me.
17  Q.  All right. In fact, what you would do would be
18  to use your full comprehensive panel in that instance?
19  A.  Yes. I would use what I felt was appropriate
20  for the patient and the place.
21  Q.  And similar --
22  A.  You do have to remember this is a consensus
23  study.
24  Q.  And it's not talking about how to do flow,
25  but --

**Page 120**

1  A.  Yes.
2  Q.  -- rather just what antibodies would be helpful
3  in characterizing --
4  A.  Yes.
5  Q.  -- a pathologic condition? Dr. Connor, please
6  also turn to page 26. You were also questioned about the
7  commentary in this paragraph about the number of reagents
8  and the characterization of those antibodies that would
9  be useful in characterizing acute leukemia.
10  A.  Uh-huh.
11  MS. DAVIS: I'm sorry. You said page 26?
12  BY MR. PARKER:
13  Q.  26 under Acute Leukemia. That's SF758.
14  MS. DAVIS: Oh, I see. I see. I'm sorry. I
15  thought you were referring to the Bates numbers.
16  MR. PARKER: No problem. No problem.
17  MS. DAVIS: Okay. Sorry.
18  BY MR. PARKER:
19  Q.  Dr. Connor, again, if you while you were at
20  Dianon from 1995 to 1997 received a requisition to do
21  flow from a physician who suspected that his or her
22  patient had an acute leukemia, would you have used your
23  comprehensive panel approach or this limited number of
24  antibodies that are described here?
25  A.  Actually they're not very limited. This is not

**Page 121**

1  a limited number of antibodies. They're talking 20 to
2  24.
3  Q.  Well, I was looking further up. You were asked
4  about the 13 to 15. You were asked about that statement
5  as well.
6  A.  I wouldn't -- I wouldn't -- okay. Let me say
7  that the way they've approached this is to say this is
8  what some and this is what the majority, this is what
9  everybody and this is what we all together feel. So
10  while some out of the 13 or whatever it is might choose
11  to only do 9, the other two might have a very good reason
12  for doing something else. And I feel that, you know, I
13  would agree that you not -- let me put it this way. I
14  feel that I would stick with the panel that I had chosen
15  because for my circumstances and the patients I was
16  seeing or specimens I was seeing what I was doing was
17  appropriate for them.
18  Q.  Okay.
19  A.  So I wouldn't feel limited to doing their
20  narrowed panel.
21  Q.  And --
22  A.  I mean, that's the whole reason for writing --
23  they wrote an entire paragraph. They didn't just say we
24  feel you should run these 7 antibodies or these 10
25  antibodies.

Ann Marie Connor, M.D.                                    August 8, 2006

Page 122

1    Q.   And they're not saying in here what to do when
2    you're presented with a case of a suspected acute
3    leukemia.  They're saying which antibodies would you use
4    to characterize an acute leukemia?
5    A.   Yes.  And they are also trying to emphasize
6    that there is not total agreement; that there are some
7    people who feel that there is a great value by adding on
8    additional studies.
9    Q.   Thank you.  Further down, the next paragraph is
10   entitled Monitoring Patients with Known Diagnoses.  And
11   you were asked about whether or not you were in agreement
12   that when you see a repeat case, whether it is possible
13   in some cases or appropriate to reduce the size of the
14   panel; do you recall those questions?
15   A.   Yes.
16   Q.   Dr. Connor, is it fair to say that whether you
17   would reduce your comprehensive panel in the context of a
18   repeat case involves a host of questions and variables
19   not presented in this paragraph --
20       MS. DAVIS: Objection.
21   BY MR. PARKER:
22   Q.   -- including the question being presented by
23   the clinician, including the clinical history, including
24   the duration of time between the first examination and
25   the second examination, and a host of other variables?

Page 123

1        MS. DAVIS: Objection.
2        THE WITNESS:  The question is does that
3    influence -- does that information --
4    BY MR. PARKER:
5    Q.   Yes, ma'am.
6    A.   Yes, that influences me.  That influences how I
7    approach something.
8    Q.   Okay.  And lastly with regard to this exhibit,
9    if you would please turn to page 27.  If you go down on
10   the left-hand column, Dr. Connor, if you follow me just
11   above where it says Acknowledgements.
12   A.   Yes.
13   Q.   The authors wrote the following: "Alternative
14   approaches that utilize reduced panels could
15   significantly jeopardize our ability to diagnose,
16   accurately subclassify, or adequately monitor and treat
17   these serious diseases."  Do you agree with that
18   commentary?
19   A.   Yes.
20       MR. PARKER:  Let me just check my notes.
21       (Brief pause.)
22   BY MR. PARKER:
23   Q.   Dr. Connor, at any point in your tenure at
24   Dianon did any nonphysician ever tell you how you were to
25   construct your panels?

Page 124

1    A.   No.
2    Q.   Did any nonmedical personnel at Dianon ever
3    tell you under what circumstances you could do a
4    comprehensive panel or some variant of a comprehensive
5    panel?
6    A.   No.  Now, I have to -- as an aside, when a
7    physician -- when a clinician orders a particular test,
8    the laboratory should run that test that that physician
9    has requested unless it's pretty obvious that something
10   else is in dire need.
11   Q.   Uh-huh.
12   A.   So when -- you're asking did a nonphysician at
13   Dianon tell me?
14   Q.   Yeah.  I simply want to know did any business
15   men --
16   A.   No.
17   Q.   -- ever interfere with your ability to practice
18   medicine --
19   A.   No.
20   Q.   -- as you saw fit?
21   A.   No.  I wouldn't let them.
22       MR. PARKER:  I suspect hearing you that that is
23   the case, Dr. Connor, and I'm glad to hear that.  Thank
24   you.  I have no other questions.
25

Page 125

1    FURTHER EXAMINATION
2    BY-MS.DAVIS:
3    Q.   I have a couple of follow-up questions.  A
4    couple of times when Mr. Barker was asking you questions
5    about the medical necessity of the panels, you stated
6    that your termination was based on the place and
7    circumstances that you were in.  Does that refer to the
8    logistical problems at Dianon in getting the samples?
9    A.   That refers to the specimens, because you have
10   to remember we're not getting optimal specimens.
11   Q.   I'm sorry.  So is it --
12   A.   The place didn't necessarily mean Stratford,
13   Connecticut.  What it meant was that when you are
14   practicing in a reference laboratory and receiving
15   specimens that aren't two hours, you know, old or less
16   age, that you have to be cognizant of the fact that what
17   you do is -- the time factor needs to be considered,
18   because you may not have an opportunity to go back and
19   perform what you would like to perform at leisure.
20   Q.   So the reason you would choose a panel which
21   had more antibodies on it would be because of the
22   logistical problems involved?
23   A.   Say that again.
24   Q.   The reason you would choose a larger number of
25   antibodies would be because of the logistical problems

32 (Pages 122 to 125)

3f7507a3-6da5-4bdf-bcd7-7b7ca253ebdb

# EXHIBIT 21

```
_____
                               )
IN RE: DIANON SYSTEMS          )
                               )
                               )
_____)
```

## DECLARATION OF GLENN H. SEGAL, D.O.

I, Glenn H. Segal, D.O., hereby declare the following to be accurate and true:

1.     I have been employed by DIANON *Systems* ("Dianon") since November 1996, except for a short period from July 1999 to April 2000. In June 2000, I became Dianon's Co-Director of Hematopathology. The following is based upon my personal knowledge.

2.     I am board certified in anatomic and clinical pathology, and hematology. I joined Dianon from the University of Utah School of Medicine, Salt Lake City, where I was Assistant Professor of Pathology and Medical Director of the Molecular Hematopathology Laboratory. I have also been Assistant Professor of Pathology at the University of Florida College of Medicine in Gainesville. After graduating from the University of Medicine and Dentistry of New Jersey-School of Osteopathic Medicine, I was a resident and chief resident at the Cleveland Clinic Foundation, and a Hematopathology Fellow at the University of Utah School of Medicine. I am the recipient of research awards and have authored over 25 publications in hematopathology. Attached as Exhibit 1 is a copy of my *Curriculum Vitae.*

3.     In 1997, I participated with other staff pathologists in reviewing the medical utility of each of the antibodies included in Dianon's immunophenotyping panel. I fully concur in Dr. Goyette's conclusion that all of the antibodies included in Dianon's comprehensive panel were and are medically necessary and indicated for use in the diagnosis of leukemia and

lymphoma in all patients reasonably suspected of having those diseases. Based upon my understanding of Dr. Goyette's viewpoint and my recent review of the June 17, 1997 memorandum, I have concluded that Dr. Goyette's June 17, 1997 memorandum was intended to identify those antibodies that no responsible payer could question or challenge as being medically unnecessary. These are the 18 antibodies that Dr. Goyette refers to as "essential." From my knowledge and association with Dr. Goyette, I do not believe that he meant to imply that the other 8 antibodies in the panel were not medically necessary. Dr. Goyette and I concur that the other 8 antibodies that Dianon performs as part of the immunophenotyping panel were and are, in our professional judgment, medically necessary and indicated to diagnose the condition of all patients suspected of having leukemia or lymphoma.

4.      Moreover, my compensation on a diagnostic case is not related to the number of antibodies performed in the flow cytometry test. When I made any recommendations regarding which antibodies would be performed it was based upon my good faith professional judgment regarding what was medically needed to accurately and completely diagnose the patient's condition and had nothing to do with the amount Dianon would be reimbursed.

5.      Since becoming Co-Director of Hematopathology with Dr. Mishalani, Dr. Mishalani and I have had the authority to determine which immunophenotyping antibodies to perform and the contents of the immunophenotyping panel. Never during my tenure as Co-Director, nor at anytime during my employment at Dianon has any business person or other non-pathologist played any role in determining the number or type of antibodies to be included in Dianon's immunophenotyping panel.

2

6.      During the time period Dr. Tiesinga worked for Dianon, he worked under the direction of Dr. Mishalani and me. He never stated to me that Dianon's comprehensive panel included more antibodies than were medically necessary and indicated.

7.      In 2002, in the wake of Dr. Tiesinga's allegations, Dr. Mishalani and I were asked to review Dianon's comprehensive panel to ensure that all antibodies were medically necessary and indicated for performance as our standard immunophenotyping offering for the diagnosis of leukemia and lymphoma. That review confirmed our medical judgment that each antibody included in the panel was medically necessary and indicated. In summary, we found the comprehensive approach Dianon uses is important for optimal medical practice. Our aim has always been to provide an exact and thorough assessment of each patient's sample.[1]

8.      More specifically, we view flow cytometry immunophenotyping as a single test that leads to a determination of the presence or absence of abnormal leukocytes (and related disorders/neoplasms). Unlike an individual chemistry test where a single analyte can be used independently by the physician, leukemia/lymphoma immunophenotyping requires a complex set of multiple antibodies used in different combinations to detect and distinguish various normal and potentially abnormal leukocytes. The panel we use was designed to test for lymphocytes (B-Cell, T-Cell, NK-Cell), myeloid/monocytic elements, and plasma cells. As such, in cases where the clinician is suspecting a lymphoid neoplasm, assessment of myeloid elements and plasma cells may be essential in excluding a plasma cell disorder and/or associated myelodysplasia. Over the years, we have noticed that the clinical impression does not always correspond to the outcome of the flow cytometric analysis – that is, in cases where the clinical impression is

---

[1] Aside from the 18 antibodies Dr. Goyette identified that no responsible payer could question, Dr. Mishalani and I have described in detail the purpose, use and justification for performing the additional 8 antibodies. *See* Ex. 2. In my good faith professional judgment, each antibody is medically necessary and appropriate to diagnose the condition of patients suspected of having leukemia or lymphoma.

3

provided. Moreover, many times the clinical impression/information provided is limited and/or vague such as simply leukopenia, anemia, etc., or broad such as rule out leukemia, lymphoma and myeloma in the patient.

9.    One approach is to do the test sequentially, that is, start with a limited panel of antibodies to test for a particular disorder and then add on as needed. Following this approach, the results of the study may be affected by specimen viability and/or nonspecific binding, and consequent variation in antigen expression. Moreover, delay in providing critical diagnoses (i.e., acute leukemias, etc.) may occur. In addition, finding an abnormal population in a limited panel may result in cessation of additional testing (i.e., more antibodies) which may hinder the detection of other abnormal leukocytes in the sample. Missing such a population may be detrimental to the patient and/or result in redrawing a sample from the patient by an invasive procedure.

10.    In summary, I understand that reasonable pathologists can arrive at different viewpoints regarding which antibodies should be performed and whether to include all important antibodies at the outset or to study the sample in two or more stages. However, in my good faith professional opinion, the comprehensive approach is better and a misdiagnosis could occur by using a short panel.

11.    Further, since Dianon was acquired by Laboratory Corporation of America ("LabCorp") in early 2003, there have been multiple discussions with LabCorp regarding the standardization of panels that are used. During these discussions, I have continued to advocate that Dianon's comprehensive panel be utilized because, in my professional judgment, the comprehensive panel is best suited toward diagnosing the patient's condition. My viewpoint is

so strong on this point that I believe that if a shorter panel is used, I may have to include a disclaimer indicating which leukocytes were not evaluated as part of the study.

I have reviewed this declaration and declare under penalty of perjury that the foregoing is true and correct.

_____
Glenn H. Segal, D.O.

# EXHIBIT 1

*Curriculum Vitae*

# GLENN H. SEGAL, D.O.

**Home Address**

46 Sullivan Road
New Milford, Connecticut  06776
(860) 355-5851

**Employment Address**

Dianon Systems
200 Watson Blvd.
Stratford, Connecticut  06615
(203) 380-4585

**Personal Data**

Birth date:  November 15, 1959
Birth Place:  Abington, Pennsylvania
Citizenship:  USA

**Professional Experience and Academic Appointments**

| | |
|---|---|
| 4/00 - present | Co-Director, Hematopathology Services (6/00-present)<br>Staff Pathologist (Hematopathology, 4/00-6/00)<br>Dianon Systems<br>Stratford, Connecticut |
| 7/99 - 4/00 | Director and Senior Consultant<br>Hematopathology/Cytometry Services<br>Impath<br>New York, New York |
| 11/96 - 7/99 | Staff Pathologist (Hematopathology)<br>Dianon Systems<br>Stratford, Connecticut |
| 10/94 - 10/96 | Assistant Professor<br>Department of Pathology<br>University of Utah School of Medicine<br>Salt Lake City, Utah |

| | |
|---|---|
| 10/94 - 10/96 | Medical Director<br>Molecular Hematopathology<br>Department of Pathology/ARUP<br>University of Utah Health Sciences Center<br>Salt Lake City, Utah |
| 10/94 - 10/96 | Associate Medical Director<br>Flow Cytometry Laboratory<br>Department of Pathology/ARUP<br>University of Utah Health Sciences Center<br>Salt Lake City, Utah |
| 10/94 - 10/96 | Attending Hematopathologist<br>Department of Pathology/ARUP<br>University of Utah Health Sciences Center<br>Salt Lake City, Utah |
| 12/94 - 10/96 | Associate Member<br>Huntsman Cancer Institute<br>University of Utah<br>Salt Lake City, Utah |
| 7/92 - 9/94 | Assistant Professor<br>Department of Pathology and Laboratory Medicine<br>University of Florida College of Medicine<br>Gainesville, Florida |
| 7/92 - 9/94 | Attending Hematopathologist<br>Department of Pathology and Laboratory Medicine<br>Shands Hospital<br>Gainesville, Florida |
| 3/93 - 9/94 | Graduate Studies Faculty<br>Graduate School<br>University of Florida<br>Gainesville, Florida |

## Education and Postgraduate Training

| | |
|---|---|
| 7/1/91 - 6/30/92 | Hematopathology Fellow<br>Department of Pathology<br>University of Utah School of Medicine<br>Salt Lake City, Utah |

| | |
|---|---|
| 7/1/87 - 6/30/91 | Resident, Anatomic and Clinical Pathology<br>Cleveland Clinic Foundation<br>Cleveland, Ohio |
| 7/1/86 - 6/30/87 | Intern, Transitional (Rotating), Kennedy Memorial Hospitals -<br>University Medical Center/University of Medicine and Dentistry of<br>New Jersey - School of Osteopathic Medicine, Stratford, New<br>Jersey |
| 1982 - 1986 | D.O., University of Medicine and Dentistry of New Jersey - School<br>of Osteopathic Medicine, Stratford and Piscataway campuses, New<br>Jersey |
| 1978 - 1982 | B.A. Biology, Rutgers College, New Brunswick, New Jersey |

**Licensure and Board Certification**

Connecticut, #453, expiration: 11/30/04

Utah, # 91-180326-1204, expiration: 5/31/06

Florida, #OS-0007800, expiration: 3/31/06

New York, #214975, expiration: 10/31/06

Diplomate, American Board of Pathology, Hematology, 1996

Diplomate, American Board of Pathology, Anatomic and Clinical Pathology, 1992

Diplomate, National Board of Osteopathic Medical Examiners, 1987

**Research Awards**

Clinical Oncology Career Development Award, American Cancer Society (Grant #93-71), Title: Development of a comprehensive polymerase chain reaction based protocol for the analysis of clinically significant gene rearrangements in lymphoma, July 1993 -October 1994. Three year award (remainder forfeited as a consequence of institutional affiliation transfer)

New Faculty Research Support Program Award (DSR-D), Grant #DSR-D-19 92-93, Title: Amplified band profiles in human malignant lymphomas and reactive lymphoid proliferations as defined by arbitrarily primed polymerase chain reaction, October 1, 1992 - October 1, 1993.

Clinical Oncology Fellowship Award (Grant #176), American Cancer Society, July 1, 1991 - June 30, 1992.

**Scholastic Awards and Honors**

(1)     Stowell - Orbison Award, United States and Canadian Academy of Pathology annual meeting, Atlanta, GA, 3/17/92

(2)     The International Traveling Fellowship Award, Cleveland Clinic Foundation, 6/12/91

(3)     The George C. Hoffman Award (for demonstration of excellence in academic performance, leadership, and teaching in pathology), Cleveland Clinic Educational Foundation, 6/12/91

(4)     First Prize, Resident Paper Competition, Cleveland Society of Pathologists, 5/15/91

(5)     Chief Resident, Anatomic Pathology, Cleveland Clinic, 7/1/89 - 6/30/90

(6)     Highest Achievement in Medicine, third year medical student award, 1985

**National Committees**

Member, Subcommittee on PCR-Based Assays in Molecular Hematology, National Committee for Clinical Laboratory Standards (NCCLS); see published approved guideline MM5-A Vol. 23 No. 17, 2003.

**Professional Associations**

United States and Canadian Academy of Pathology

American Society of Clinical Pathologists

College of American Pathologists

**Teaching Activity**

Lecturer, Cowan Cancer Symposium (LDS Hospital sponsor), *Relevant molecular biology of non-Hodgkin's lymphoma*, January 28, 1995, Salt Lake City, UT.

*Surgical pathology of lymph nodes: Contemporary evaluation and diagnosis of lymphoma.* American Society of Clinical Pathologists, National Meeting Workshop, October 17, 1993 (Orlando, FL) and October 25, 1994 (Washington, D.C.).

Lecturer, Hematopathology Section, Surgical Pathology Ski Retreat at Park City, Utah, sponsored by the University of Utah School of Medicine (Department of Pathology), February 5, 1992, February 8, 1995 and February 7, 1996.

Lecturer, Interdisciplinary Center for Biotechnology Research Workshop on Recombinant DNA Technology, 1) *Polymerase chain reaction: methods and selected applications*; 2) *DNA polymorphisms and their use in the biomedical field*, March 30, 1993 and November 17, 1993, University of Florida, Gainesville, FL.

Lecturer, Seminar on "Molecular biology in diagnostic and prognostic pathology", Topic: *Polymerase chain reaction in hematological malignancies*, February 13, 1994, Jacksonville, FL.

Teaching faculty, University of Utah School of Medicine, October 1994-October 1996.

- House staff lectures
- Medical student lectures, laboratories and tutorials  (Pathology 601, 602, 603 and 714)
- Medical technologist lectures (Pathology 690)
- Graduate student lectures (Experimental Pathology)
- Clinical Pathology Grand Rounds
- Director, monthly clinical flow cytometry conference

Teaching faculty, University of Florida College of Medicine, July 1992 -September 1994.

-House staff lectures
-Medical student lectures and small group presentations.


**Bibliography**

<u>Original Articles</u>

(1)    Mouritsen CL, Litwin CM, Maiese RL, Segal SM, *Segal GH*.  Rapid PCR- based detection of the causative agent of cat scratch disease (*Bartonella henselae*) in formalin-fixed, paraffin-embedded samples.  HUM PATHOL 1997;28:820-826.

(2)    *Segal GH* and Maiese RL.  Mantle cell lymphoma:  Rapid polymerase chain reaction-based genotyping of a heterogeneous morphologic entity.  ARCH PATHOL LAB MED 1996:120:835-841.

(3)    Lombardo JF, Hwang TS, Maiese RL, Millson A, *Segal GH*.  Optimal primer selection for clonality assessment by polymerase chain reaction analysis: III.

Intermediate and high grade B-cell neoplasms. HUM PATHOL 1996; 27:373--380.

(4)    Lim L-C, *Segal GH*, Wittwer CT. Detection of bcl-1 gene rearrangements and B-cell clonality in mantle cell lymphoma using formalin-fixed, paraffin embedded tissue. AM J CLIN PATHOL 1995; 104:689-695.

(5)    *Segal GH*, Scott M, Braylan R. Semi-automated ELISA-based detection system for verifying the authenticity of amplified t(14;18)-containing products. DIAGN MOL PATHOL 1996; 5:114-120.

(6)    *Segal GH*, Masih AS, Fox AC, Jorgensen T, Scott M, Braylan RC. CD5-expressing B-cell non-Hodgkin's lymphomas with bcl-1 gene rearrangement have a relatively homogeneous immunophenotype and are associated with an overall poor prognosis. BLOOD 1995; 85:1570-1579.

(7)    Maiese RL, *Segal GH*, Iturraspe J, Braylan RC. The cell surface antigen and DNA content distribution of lymph nodes with reactive hyperplasia. MODERN PATHOL 1995; 8:536-543.

(8)    *Segal GH*, Jorgensen T, Masih AS, Braylan RC. Optimal primer selection for clonality assessment by polymerase chain reaction analysis: I. Low grade B-cell lymphoproliferative disorders of non-follicular center cell type. HUM PATHOL 1994; 25:1269-1275.

(9)    *Segal GH*, Jorgensen T, Scott M, Braylan RC. Optimal primer selection for clonality assessment by polymerase chain reaction analysis: II. Follicular lymphomas. HUM PATHOL 1994; 25:1276-1282.

(10)   *Segal GH*, Scott M, Jorgensen T, Braylan RC. Standard PCR analysis does not detect t(14;18) in reactive lymphoid hyperplasia. ARCH PATHOL LAB MED 1994; 118:791-794.

(11)   *Segal GH*, Shick AE. Tubbs RR, Fishleder AJ, Stoler MH. In situ hybridization analysis of lymphoproliferative disorders: Assessment of clonality by immunoglobulin light-chain messenger RNA expression. DIAGN MOL PATHOL 1994; 3:170-177.

(12)   Sleater J, *Segal GH*, Scott M, Masih AS. Intravascular (angiotropic) large cell lymphoma: Determination of monoclonality by PCR on paraffin-embedded tissues. MODERN PATHOL 1994; 7:593-598.

(13)   *Segal GH*, Kjeldsberg CR, Smith GP, Perkins SL. CD30 antigen expression in florid immunoblastic proliferations: A clinicopathologic study of 14 cases. AM J CLIN PATHOL 1994; 102:292-298.

(14)    Smith GP, Perkins SL, *Segal GH*, Kjeldsberg CR.  Peripheral lymphocytosis in thymomas. AM J CLIN PATHOL 1994; 102:447-453.

(15)    Molot RJ, Meeker TC, Wittwer CT, Perkins SL, *Segal GH*, Masih AS, Braylan RC, Kjeldsberg CR.  Antigen expression and PCR amplification of mantle cell lymphomas. BLOOD 1994; 83:1626-1631.

(16)    *Segal GH*, Scott M, Jorgensen T, Braylan RC.  Primers frequently used for detecting the t(14;18) major breakpoint also amplify Epstein Barr viral DNA. DIAGN MOL PATHOL.  1994; 3:15-21.

(17)    Diaz J, *Segal G*, Tubbs R, Stoler M, Grogan T.  Determination of T cell monoclonality by frozen section immunohistology.  LEUKEMIA AND LYMPHOMA 1992; 8:477-481.

(18)    *Segal GH*, Wittwer CT, Fishleder AJ, Stoler MH, Tubbs RR, Kjeldsberg CR. Identification of monoclonal B cell populations by rapid cycle PCR:  A practical screening method for the detection of immunoglobulin gene rearrangements. AM J PATHOL  1992; 141:1291-1297.

(19)    *Segal GH*, Mesa MV, Fishleder AJ, Stoler MH, Weick JK, Lichtin AE, Tubbs RR. Precursor Langerhans cell histiocytosis:  An unusual histiocytic proliferation in a patient with persistent non-Hodgkin lymphoma and terminal acute monocytic leukemia. CANCER  1992; 70:547-553.

(20)    *Segal GH*, Hart WR.  Ovarian serous tumors of low malignant potential (serous borderline tumors):  The relationship of exophytic surface tumor to peritoneal "implants."  AM J SURG PATHOL  1992; 16:577-583.

(21)    *Segal GH*, Stoler MH, Tubbs RR.  The "CD43 only" phenotype:  An aberrant, nonspecific immunophenotype requiring comprehensive analysis for lineage resolution. AM J CLIN PATHOL  1992; 97:861-865.

(22)    Johnson T, Kennedy A, *Segal G*.  Lymphangioma circumscriptum of the vulva: A report of 2 cases.  J REPRODUCT MED  1991; 36:808-812.

(23)    Prayson RA, *Segal GH*, Stoler MH, Licata A, Tubbs RR.  Angiotropic large cell lymphoma in a patient with adrenal insufficiency.  ARCH PATHOL LAB MED 1991; 115: 1039-1041

(24)    *Segal GH*, Tubbs RR, Stoler MH, Fishleder AJ.  Reliable and cost-effective paraffin section immunohistology of lymphoproliferative disorders. AM J SURG PATHOL 1991; 15(11):1034-1041.

(25)     **Segal GH**, Fishleder AJ, Stoler MH, Tubbs RR.  Frozen sections of cellular lymphoid proliferations provide adequate DNA for routine gene rearrangement analysis.  AM J CLIN PATHOL 1991; 96:360-363.

(26)     **Segal GH**, Edinger MG, Owen M, et al.  Concomitant delineation of surface Ig, B-cell differentiation antigens and HLADR on lymphoid proliferations using three color immunocytometry.  CYTOMETRY  1991; 12:350-359.

(27)     **Segal GH**, Ratliff NB, Cosgrove DM.  Cystic medionecrosis of the coronary arteries and fatal coronary vasospasm.  ANN THORAC SURG  1990; 50:653-655.

(28)     **Segal GH**, Hart WR.  Cystic endocervical tunnel clusters.  A clinicopathologic study of 29 cases of so-called "adenomatous hyperplasia."  AM J SURG PATHOL 1990; 14:895-903.

(29)     **Segal GH**, Tubbs RR, Ratliff NB, Miller ML, Longworth DL.  Thrombotic thrombocytopenic purpura in a patient with AIDS.  CLEVE CLIN J MED  1990; 57:360-366.

(30)     Hussey CE, Lay MJ, Wittwer CT, **Segal GH**.  A rapid, practical approach for the detection of PML/RAR   gene fusion in acute promyelocytic leukemia.  AM J CLIN PATHOL 1999; 112:256-262.

Review Articles

(1)      **Segal GH**. Marginal zone B-cell lymphoma: An agreeable union of several recently described entities. ADVANCES IN ANATOMIC PATHOLOGY 1997; 4:44-50.

(2)      **Segal GH**.  Assessment of B cell clonality by the polymerase chain reaction:  A pragmatic overview.  ADVANCES IN ANATOMIC PATHOLOGY 1996; 3:195-203.

(3)      **Segal GH**, Perkins SL, Kjeldsberg CR.  Benign lymphadenopathies in children and adolescents.  SEMIN DIAGN PATHOL 1995; 12:288-302.

(4)      Perkins SL, **Segal GH**, Kjeldsberg CR.  Work-up of lymphadenopathy in children. SEMIN DIAGN PATHOL 1995; 12:284-287.

(5)      Perkins SL, **Segal GH**, Kjeldsberg CR.  Classification of non-Hodgkin's lymphoma in children.  SEMIN DIAGN PATHOL 1995; 12:303-313.

(6)      **Segal GH**, Clough JD, Tubbs RR. Autoimmune and iatrogenic causes of lymphadenopathy.  SEMIN ONCOL 1993; 20:611-626.

Book Chapters

(1)     **Segal GH**, Kjeldsberg CR. Practical lymphoma diagnosis: An approach to using
        the information organized in the REAL proposal. In: RE Fechner and PP Rosen
        (Eds.), ASCP Reviews in Pathology [Anatomic Pathology 1998 (volume 3)],
        ASCP Press, Chicago, pp.147-168, 1998

(2)     **Segal GH**, Petras RE. Small Intestine. In: SS Sternberg (Ed.), Histology for
        Pathologists. Raven Press, New York, pp. 547-569, 1992, and Edition 2,
        Lippincott-Raven, Philadelphia, pp. 495-518, 1997.

(3)     **Segal GH**, Petras RE. Vermiform Appendix. In: SS Sternberg (Ed.), Histology
        for Pathologists. Raven Press, New York, pp. 593-604, 1992, and Edition 2,
        Lippincott-Raven, Philadelphia, pp. 539-550, 1997.


Book Reviews, Letters to the Editor and ASCP Check Samples

(1)     Maiese RL, **Segal GH**, Braylan RC. Benign lymphadenopathy: Emphasis on
        ancillary techniques and specimen processing. ASCP Check Sample,
        Hematopathology 1997; 3(6):71-88.

(2)     **Segal GH**, Hussey CE, Wittwer CT. PCR detection of monoclonality (letter).
        DIAGN MOL PATHOL 1996; 5(4):297-298.

(3)     **Segal GH**, Wittwer CT. bcl-1 gene rearrangements in paraffin-embedded tissues
        (letter). AM J CLIN PATHOL 1996; 105:807.

(4)     **Segal GH**, Braylan RC. Clonality analysis of B-cell lymphomas (letter). HUM
        PATHOL 1995; 26:1046.

(5)     **Segal GH**. Book Review of Shumacher HR and Nand S, Myelodysplastic
        syndromes.
        Approach to diagnosis and treatment, New York, Igaku Shoin, 1995. AM J CLIN
        PATHOL 1996; 105:130.

Abstracts and Associated Presentations

(1)     Hussey CE, Wittwer CT, **Segal GH**. Low cell number may cause
        misinterpretation of polymerase chain reaction assays designed to determine
        monoclonality. Am J Clin Pathol 106:150-151, 1996 (ACLPS, St. Louis, MO,
        6/96).

(2)    **Segal GH** and Maiese RL. An extremely rapid, non-isotopic PCR-based method
       for the detection of IgH and bcl-1 gene rearrangements in mantle cell lymphoma.
       LAB INVEST 72:122a *and* MODERN PATHOL 9:122a, 1996 (USCAP,
       Washington, D.C., March 1996).

(3)    Mouritsen CL, Litwin CM, Maiese RL, Segal SM, **Segal GH**. DNA from the
       causative agent of cat scratch disease (*Bartonella henselae)* can be amplified by
       PCR using formalin-fixed, paraffin-embedded samples. LAB INVEST 72:130a
       *and* MODERN PATHOL 9:130a, 1996 (USCAP, Washington, D.C., March
       1996).

(4)    Hussey CE, Lay M, Wittwer CT, **Segal GH**. A simple, rapid PCR-based
       approach for the molecular detection of t(15;17) in acute promyelocytic leukemia.
       LAB INVEST 72:114a *and* MODERN PATHOL 9:114a, 1996 (USCAP,
       Washington, D.C., March 1996).

(5)    Lombardo JF, Hwang TS, Maiese RL, Millson A, **Segal GH**. Optimal primer
       selection for clonality assessment by polymerase chain reaction analysis:
       Intermediate and high grade B-cell neoplasms. Blood 1995; 86 (suppl):341a and
       American Society of Hematology, Seattle, WA, December 1995.

(6)    Jones EW, **Segal GH**, Prayson RA. Rasmussen's encephalitis: A
       clinicopathologic, immunohistochemical, ultrastructural, and DNA in situ
       hybridization study. J Neuropathol Exp Neurol 1996; 55:660 and American
       Association of Neuropathology, Vancouver, BC, Canada (1996)

(7)    Maiese R.L., **Segal G.H.**, Scott M., Lindsay S.E., Iturraspe J.A.. Braylan R.C.
       Flow cytometric (FCM) detection of monoclonal B cells in morphologically
       unremarkable specimens:Confirmation by polymerase chain reaction (PCR).
       Blood 1995; 86 (suppl):817a.

(8)    Lim L-C, **Segal GH**, Wittwer CT. B-cell clonality analysis of mantle cell
       lymphoma in paraffin-embedded tissues by polymerase chain reaction. Asian
       Pacific Division of the International Society of Haematology. Brisbane, Australia,
       October 1995.

(9)    Lim L-C, **Segal GH**, Wittwer CT. Detection of bcl-1 gene rearrangements and B-
       cell clonality in mantle cell lymphoma using formalin-fixed, paraffin embedded
       tissue. AM J CLIN PATHOL 104:220 (ACLPS, Syracuse, NY, June        1995).

(10)   **Segal GH**, Scott M, Braylan RC. A rapid ELISA-based detection system for
       verifying the authenticity of amplified t(14;18)-containing products. LAB
       INVEST 71:120a *and* MODERN PATHOL 8:120a, 1995 (USCAP, Toronto, ON,
       Canada, March 1995).

(11)   **Segal GH**, Masih AS, Fox AC, Jorgensen T, Scott M, Braylan RC. CD5-
       expressing B-cell non-Hodgkin's lymphomas with bcl-1 gene rearrangement have
       a homogeneous immunophenotype and are associated with an overall poor
       prognosis. Blood 1994; 84 (suppl):450a and American Society of Hematology,
       Nashville, TN, December 1994.

(12)   Hampton TA, Canavan AJ, Scott MP, Braylan RC, **Segal GH**. Standard
       polymerase chain reaction analysis of t(11;14) in reactive lymphoid hyperplasia
       and Hodgkin's disease. AM J CLIN PATHOL 1994; 102:546 (ASCP,
       Washington DC, October 1994).

(13)   **Segal GH**, Jorgensen T, Masih AS, Braylan RC. PCR amplification of
       immunoglobulin heavy chain gene variable region families in low grade B-cell
       lymphoproliferative disorders. LAB INVEST 70:120a *and* MODERN PATHOL
       7:120a, 1994 (USCAP, San Francisco, CA, March 1994).

(14)   **Segal GH**, Jorgensen T, Masih AS, Braylan RC. Optimal clonality assessment of
       low grade B-cell lymphoproliferative disorders, non-follicular center cell type by
       PCR. LAB INVEST 70:120a *and* MODERN PATHOL 7:120a, 1994 (USCAP,
       San Francisco, CA, March 1994).

(15)   **Segal GH**, Jorgensen T, Scott M, Braylan RC. Primer selection for optimal
       clonality assessment of follicular lymphomas by PCR. LAB INVEST 70:120a
       *and* MODERN PATHOL 7:120a, 1994 (USCAP, San Francisco, CA, March
       1994).

(16)   **Segal GH**, Scott M, Jorgensen T, Braylan RC. Standard PCR analysis does not
       detect t(14;18) in reactive lymphoid hyperplasia. LAB INVEST 70: 120a *and*
       MODERN PATHOL 7:120a, 1994 (USCAP, San Francisco, CA, March 1994).

(17)   Masih AS, **Segal GH**, Gaskin C, Jorgensen TL, Scott MP, Braylan RC. Detection
       of BCL-1 major translocation cluster (MTC) gene rearrangements by polymerase
       chain reaction (PCR): Correlation with Southern hybridization. LAB INVEST
       70:115a *and* MODERN PATHOL 7:115a, 1994 (USCAP, San Francisco, CA,
       March 1994).

(18)   Linz W, Maiese RL, **Segal GH**, Iturraspe J, Jorgensen T and Braylan RC. Plasma
       cell leukemia: A flow cytometric- and polymerase chain reaction-based analysis.
       LAB INVEST 70:113a *and* MODERN PATHOL 7:113a, 1994 (USCAP, San
       Francisco, CA, March 1994).

(19)   Maiese RL, **Segal GH**, Iturraspe J, Braylan RC. Cell surface antigen distribution
       in lymph nodes with reactive hyperplasia. LAB INVEST 70:114a *and* MODERN
       PATHOL 7:114a, 1994 (USCAP, San Francisco, CA, March 1994).

(20)    Sleater J, Scott M, *Segal GH*, Masih AS. Intravascular (angiotropic) large cell lymphoma: Determination of monoclonality by PCR on paraffin-embedded tissues. American Society of Dermatopathology, November 1993.

(21)    *Segal G*, Wittwer C, Fishleder A, Stoler M, Tubbs R, Kjeldsberg C. Identification of clonal B cell populations by rapid cycle PCR: A practical screening method for the detection of immunoglobulin gene rearrangements. LAB INVEST 66:87a *and* MODERN PATHOL 5:87a, 1992 (USCAP, Atlanta, GA, March 1992).

(22)    *Segal G*, Wittwer C, Fishleder A, Stoler M, Tubbs R, Kjeldsberg C. Molecular evidence supporting concurrent natural immunoglobulin gene rearrangement and t(14;18) in follicular lymphomas. LAB INVEST 66:87a *and* MODERN PATHOL 5:87a, 1992 (USCAP, Atlanta, GA, March 1992).

(23)    *Segal GH*, Stoler MH, Tubbs, RR. The "CD43 only" phenotype: An aberrant, non-specific immunophenotype requiring comprehensive analysis for lineage resolution. LAB INVEST 66:87a *and* MODERN PATHOL 5:87a, 1992 (USCAP, Atlanta, GA, March 1992).

(24)    Stoler M, *Segal G*, Shick E, Fishleder A, Tubbs R. Clonality assessment by *in situ* detection of light chain messenger RNA in lymph node biopsies. LAB INVEST 66:88a *and* MODERN PATHOL 5:88a, 1992 (USCAP, Atlanta, GA, March 1992).

(25)    *Segal G*, Stoler M, Shick E, Fishleder A, Tubbs R. Immunoglobulin deletion in B-cell lymphoma is possibly due to a block in RNA translation. LAB INVEST 66:87a *and* MODERN PATHOL 5:87a, 1992 (USCAP, Atlanta, GA, March 1992).

(26)    Nicely C, *Segal G*, Edinger M, McNealis M, Owen M, Stoler M, Tubbs R. Optimized immunotyping of lymphoproliferative disorders by three color flow cytometry. LAB INVEST 66:84a *and* MODERN PATHOL 5:84a, 1992 (USCAP, Atlanta, GA, March 1992).

(27)    Tubbs R, Finke J, Rayman P, Stoler M, Edinger M, Alexander J, Diaz J, *Segal G*. T-TIL in B-cell non-Hodgkin's lymphomas are functionally defective. LAB INVEST 66:89a *and* MODERN PATHOL 5:89a, 1992 (USCAP, Atlanta, GA, March 1992).

(28)    *Segal G*, Diaz J, Tubbs R, et al. Monoclonal B-cell populations in non-Hodgkin's lymphoma detected by three color immunocytometry. LAB INVEST 64:84a *and* MODERN PATHOL 4:84a, 1991 (USCAP, Chicago, IL, March 1991).

(29)   *Segal G*, Stoler M, Fishleder A, Tubbs R.  Reliable and cost-effective paraffin section immunohistology of lymphoproliferative disorders.  LAB INVEST 64:84a *and* MODERN PATHOL 4:84a, 1991 (USCAP, Chicago, IL, March 1991).

(30)   *Segal G*, Hart W.  The relationship of surface exophytic tumor to peritoneal implants in ovarian papillary serous tumors of low malignant potential.  LAB INVEST 64:61a *and* MODERN PATHOL 4:61a, 1991 (USCAP, Chicago, IL, March 1991).

(31)   *Segal GH*, Fishleder AJ, Tubbs RR, Stoler MH.  Frozen sections of cellular lymphoid tissue serve as an adequate sample source for Southern molecular analysis.  AM J CLIN PATHOL 1991; 95:282 (ASCP, Nashville, TN, March 1991).

(32)   Diaz J, *Segal G*, Tubbs R, Stoler M, Grogan T.  Immunohistologic quantification of cytolytic effector cells in B-cell non-Hodgkin's lymphoma.  LAB INVEST 64:71a *and* MODERN PATHOL 4:71a, 1991 (USCAP, Chicago, IL, March 1991).

(33)   Diaz J, *Segal G*, Tubbs R, Stoler M, Grogan T.  T-cell monoclonality determination by frozen section immunohistology.  LAB INVEST 64:71a *and* MODERN PATHOL 4:71a, 1991 (USCAP, Chicago, IL, March 1991).

(34)   *Segal GH*, Hart W.  Endocervical tunnel clusters: An under-recognized pseudoneoplastic "lesion."  LAB INVEST 62:91a *and* MODERN PATHOL 3:91a, 1990 (USCAP, Boston, MA, March 1990).

(35)   *Segal G*, Ratliff NB, Cosgrove D.  Cystic medionecrosis of the coronary arteries in a patient with fatal coronary vasospasm.  LAB INVEST 60:86a *and* MODERN PATHOL 2:86a, 1989 (USCAP, San Francisco, CA, March 1989).

# EXHIBIT 2

8/2/2004

By:    Glenn Segal, D.O.
       Suha Mishilani, M.D.

### Purpose, Use and Justification for Performing Eight Antibodies

**CD23:**        This marker is primarily used to distinguish chronic lymphocytic leukemia (CCL) from mantle cell lymphoma (two B-cell neoplasms with similar antigenic features). It is also integral for subtyping B-cell lymphoproliferative disorders (LPDs)/ lymphomas along with CD5, CD10, CD11c, CD25 and CD103.

**CD11c:**        This marker is brightly positive in hairy cell leukemia and is also present at varying intensities on large granular lymphocytes and granulocytes (including monocytes and myeloblasts). It is also extremely helpful in differentiating AML-M3 from other acute myeloid lymphomas (AMLs), especially M4. This marker has broad utility and is used for:
   1) assessing/ subtyping B-cell LPDs/ lymphomas, with particularly bright expression in hairy cell leukemia;
   2) assessing blasts for myeloid lineage/ differentiation and distinguishing APL from other AMLs;
   3) assessing mature/ maturing granulocytes and monocytes for possible aberrancies (as in myelodysplasia and myeolproliferative disorders (MPDs))

**CD103:**        This marker is primarily used for subtyping B-cell LPDs/ lymphomas with positive expression found in hairy cell leukemia, hairy cell leukemia variants and occasionally in splenic marginal zone B-cell lymphoma. CD103 may also be positive on monocytes and certain T-cell LPDs/ lymphomas.

**CD16:**        This marker has broad utility and is used for:
   1) assessing NK cells (along with CD57 and CD56 and certain T-cell markers);
   2) assessing T-cell lymphoproliferative disorder of granular lymphocytes where CD3 (+) T-cells show increased expression of CD16 and CD57;
   3) assessing mature/ maturing granulocytes for possible aberrancies, such as myelodysplasia, MPDs and paroxysmal nocturnal hemoglobinuria (PNH).

**CD38:**        This marker is primarily used to identify and assess plasma cells, which usually show strong (bright) intensity. It is also a prognostic indicator for CLL and is positive in some acute leukemias, but is not specific to them. CD38 is expressed commonly on many leukocyte types at dim to moderate levels and must be viewed carefully on the histogram along with the CD56 marker (and sometimes cytoplasmic kappa/ lambda stains) for accurate cell subtyping.

8-2-2004

**CD25:**        This marker is primarily used for subtyping B-cell LPD/ lymphomas and to differentiate hairy cell leukemia from hairy cell leukemia variants, as well as splenic marginal B-cell lymphoma.  These distinctions are made by reviewing CD25 expression along with CD11c, CD103, CD5, CD10 and CD23.  The marker is also positive in certain T-cell lymphomas/ leukemia, such as adult T-cell lymphoma/ leukemia (ATLL) and may be used to distinguish ATLL (+) from sezary cells/ mycosis furgoides (-).

**CD57:**        This marker is primarily used for:
1) assessing NK cells (along with CD16 and CD56 and certain T-cell markers);
2) assessing T-cells for possible lymphoproliferative disorder of granular lymphocytes where CD3 (+) T-cells show increased expression of CD16 and CD57.

**HLA-DR:**        This marker is relatively non-specific, but is useful in differentiating acute promyelocytic leukemia (AML, M3) (-) from other AMLs (usually +).  It is positive in most AMLs and acute lymphoblastic leukemias (ALLs).  It is also useful for assessing monocytes along with CD14 and CD11c and assists in determining granulocytic immaturity, particularly when CD34(-) myeloid blasts are present since maturing granulocytes typically lack HLA-DR expression.  It is also commonly expressed in B-cells and T-cells, but must be correlated with many other markers for leukocyte lineage determinations.  Aberrant loss of HLA-DR has also been reported to correlate with poor prognosis in some B-cell lymphomas.