# EXHIBIT 22

|                          |   |
|--------------------------|---|
| IN RE: DIANON SYSTEMS    | ) |
|                          | ) |
|                          | ) |
|                          | ) |

## DECLARATION OF SUHA MISHALANI, M.D.

I, Suha Mishalani, M.D., hereby declare the following to be accurate and true:

1. I have been employed by DIANON *Systems* ("Dianon") since July 1996. In 2000, I became Dianon's Co-Director of Hematopathology. The foregoing is based upon my personal knowledge.

2. I am board certified in anatomic and clinical pathology, and hematology. I joined Dianon from Cedars Sinai Medical Center, Los Angeles, California, where I completed my residency and hematopathology subspecialty training and was Chief Resident. I received my medical degree from the American University of Beirut, Lebanon. Attached as Exhibit 1 is a copy of my *Curriculum Vitae*.

3. I have reviewed Dr. Segal's declaration and concur in each of his statements. In sum, we both believe in our professional judgment that the comprehensive panel approach Dianon uses is essential for optimal medical practice. In my good faith professional opinion, the comprehensive approach is better and a misdiagnosis could occur by using shorter panels and analyzing fewer antibodies.

4. In 1997, I participated with other staff pathologists in reviewing the medical utility of the antibodies included in Dianon's immunophenotyping panel. I fully concur in Dr. Goyette's conclusion that all of the antibodies included in Dianon's comprehensive panel were

and are necessary and indicated for use in the diagnosis of leukemia and lymphoma in all patients reasonably suspected of having those diseases. Based upon discussions at the time, my understanding of Dr. Goyette's viewpoint and my recent review of the June 17, 1997 memorandum, I have concluded that Dr. Goyette's June 17, 1997 memorandum was intended to identify those antibodies that no responsible payer could question or challenge as being medically unnecessary. These are the 18 antibodies that Dr. Goyette refers to as "essential." From my knowledge and association with Dr. Goyette, I do not believe that he meant to imply that the other 8 antibodies in the panel were not medically necessary. I concur with Dr. Goyette that the other 8 antibodies that Dianon performs as part of the immunophenotyping panel were and are, in our professional judgment, medically necessary and indicated to diagnose the condition of all patients suspected of having leukemia or lymphoma.

5. Moreover, from the time of my employment at Dianon in 1996 to about 2002, I thought that Dianon was paid a single fee for performing the entire panel and I was unaware that payment was made separately for each of the antibodies performed. It was my belief that the same fee was paid for performing an immunophenotyping panel no matter how many antibodies were included in it.

6. My income as a pathologist at Dianon/ LabCorp is not related to the number of antibodies performed in the flow cytometry test.

7. Since Dr. Segal and I were co-directors of hematopathology, Dr. Tiesinga worked under our direction during his employment at Dianon. During that time period, Dr. Tiesinga never stated to me that Dianon's comprehensive panel included more antibodies than were medically necessary and indicated.

8. In 2002, Dr. Segal and I were asked to review Dianon's comprehensive panel to ensure that all antibodies were medically necessary and indicated. With Dr. Segal, I co-authored Ex. 1, which describes the purpose, use and justification for performing the 8 antibodies that are part of Dianon's comprehensive panel in addition to those 18 antibodies Dr. Goyette identified in his June 17, 1997, memorandum. *See* Ex. 2. In my good faith professional judgment, each antibody is medically necessary and appropriate to diagnose the condition of patients suspected of having leukemia or lymphoma.

9. I have also expressed this viewpoint in various discussions that Dianon has had with Laboratory Corporation of America ("LabCorp") since LabCorp acquired Dianon in early 2003. Specifically, the discussion has concerned whether Dianon should use shorter panels. While I understand that reasonable experts can disagree regarding how many antibodies should be performed and whether all important markers should be included at the outset or studied in two or more stages, my professional judgment is that the shorter panel may result in the misdiagnosis of the patient's condition.

I have reviewed this declaration and declare under penalty of perjury that the foregoing is true and correct.

_____
Suha Mishalani, M.D.

# EXHIBIT 1

**Suha Hajjar Mishalani, M.D.**
810 Flintlock Road
Southport, CT 06490
(203) 259-8007

| | | |
|---|---|---|
| **PROFESSIONAL EXPERIENCE** | **Co-Director, Hematopathology**<br>Dianon Systems, Inc., Stratford, CT | June 2000 – Present |
| | **Staff Hematopathologist**<br>Dianon Systems, Inc., Stratford, CT | July 1996 – June 2000 |
| | **Hematopathology Fellow**<br>Department of Pathology and Laboratory Medicine<br>Cedars Sinai Medical Center, Los Angeles, CA | July 1995 – June 1996 |
| | **Chief Resident**<br>Department of Pathology and Laboratory Medicine<br>Cedars Sinai Medical Center, Los Angeles, CA | July 1995 – June 1996 |
| | **Pathology Resident – AP/CP**<br>Department of Pathology and Laboratory Medicine<br>Cedars Sinai Medical Center, Los Angeles, CA | July 1991 – June 1995 |
| *Awards* | Friedman Prize for Excellence in Research by a Resident or Fellow, 1994 | |
| **PROFESSIONAL APPOINTMENTS** | **Post Doctoral Research Fellow**<br>Division of Nephrology, Departments of Medicine<br>University of Southern California Medical Center,<br>Los Angeles, CA | July 1989 – June 1991 |
| | **Post Doctoral Research Fellow**<br>Division of Nephrology, Department of Medicine<br>Northwestern University, Chicago, IL | Sept. 1988 – June 1989 |
| **EDUCATION** | **Doctor of Medicine**<br>American University of Beirut, Lebanon | 1984-1988 |
| | **Bachelor of Science, Biology** | 1981-1984 |
| *Awards* | Dean's Honor List | 1983-1984 |
| **CERTIFICATION** | The American Board of Pathology<br>Anatomic & Clinical Pathology | 1996 |
| | The American Board of Pathology, Hematology<br>Physician and Surgeon, Medical License, | 1996 |
| | CA – Certificate No. A51516 | Issue Date 12/14/92 |
| | CT – Certificate No. 035308 | Issue Date 06/14/96 |
| | FL - License No. ME76375 | Issue Date 12/13/03 |

**ORGANIZATIONS**  College of American Pathologists
American Society for Clinical Pathology
United States & Canadian Academy of Pathology

# PUBLICATIONS

1. Gabor EP, **Mishalani SH**, Lee S. Rapid response to Cyclosporine therapy and sustained remission in large granular lymphocyte leukemia. 87:1199-1204, 1996.

2. **Mishalani SH**, Said JW. Antigen retrieval: Microwavable and conventional recipes. CAP Today. February 5, 1996

3. **Mishalani SH**, Lones MA, and Said JW. Multilocular thymic cyst: A novel thymic lesion associated with human immunodeficiency virus infection. Arch of Path Lab Med. 119:467-70, 1995.

4. Lones MA, **Mishalani SH**, Shintaku, IP, Weiss LM, Nichols WS, Said JW. Changes in tonsils and adenoids in children with post-transplant lymphoproliferative disorder: report of three cases with early involvement of Waldeyer's ring. Human Pathology. 26:525-30, 1995.

5. **Mishalani SH**, Seliktar J, Braunstein GD. Four rapid serum-urine combination assays of choriogonadotropin (hCG) compared and assessed for their utility in quantitative determination of hCG. Clin Chem. 40: 1944-9, 1994.

6. **Mishalani SH**, Kim P, Jiminez A, Chien K, Lee S, Nichols WS. Human Foamy virus-like sequences detected in marrow. Present in the United States and Canadian Academy of Pathology. Lab Invest, 1993.

7. Fadda GZ, **Hajjar SM**, Zhou XJ, Massry SG. Verapamil corrects abnormal metabolism of pancreatic islets and insulin secretion in phosphate depletion. Endocrinology. 130:193-202.

8. **Hajjar SM**, Fadda GZ, Thanakitcharu P, Smorgorzewski M, Massry SG. Reduced activity of Na-K ATPase of pancreatic islets in chronic renal failure: role of secondary hyperparathyroidism. J Am Soc Nephrol. 2:1355-9, 1992.

9. Thanakitcharu P, Fadda GZ, **Hajjar SM**, Levi E, Stojceva O, Massry SG. Verapamil reverses glucose intolerance in preexisting chronic renal failure: studies on mechanisms. Am J Nephrol. 12:179-87, 1992.

10. Thanakitcharu P, Fadda GZ, **Hajjar SM**, Massry SG. Verapamil prevents the metabolic and function derangements in pancreatic islets of chronic renal failure rats. Endocrinology. 129:1749-54, 1991.

11. Massry SG, **Hajjar SM**, Koureta P, Fadda GZ, Smorgorzewski M. Phosphate depletion increases cytosolic calcium of brain synaptosomes. Am J Physiol. 260:F-12-8, 1991.

12. Fadda GZ, **Hajjar SM**, Perna AF, Zhou XJ, Lipson LG, Massry SG. On the mechanism of impaired insulin secretion in chronic renal failure. J Clin Invest. 87:255-61, 1991.

13. **Hajjar SM**, Smorgorzewski M, Zayed MA, Fadda GZ, Massry SG. Effect of chronic renal failure on $Ca^{2+}$ATPase of brain synaptosomes. J Am Soc Nephrol. 2:1115-21, 1991.

14. **Hajjar SM** and Mujais SK. Crystal induced arthropathy in uremia. International Journal of Artificial Organs. 12:607-9, 1989

# ABSTRACTS

1. **Mishalani, SH**, Shintaku IP, Luthringer DJ. Cytoarchitectural differentiation, hormone receptor and cerb-B2 expression in intraductal carcinoma of the male breast: Analysis of 25 cases. United States and Canadian Academy of Pathology. March 1996.

2. Said JW, Pinkus J, Yamashita J, **Mishalani SH**, Matsumura S, Yamashiro G, Pinkus GS. Follicular dentritic and interdigitating reticulum cells in HIV related lymphoid hyperplasia-localization of Fascin. United States and Canadian Academy of Pathology. March 1996.

3. Afari A, Reyter I, **Mishalani SH**, Said JW, Marchevsky A. Image analysis for the study of low-grade malignant lymphomas. United States and Canadian Academy of Pathology. March 1996

# EXHIBIT 2

8/2/2004

By:   Glenn Segal, D.O.
      Suha Mishilani, M.D.

## Purpose, Use and Justification for Performing Eight Antibodies

**CD23:** This marker is primarily used to distinguish chronic lymphocytic leukemia (CCL) from mantle cell lymphoma (two B-cell neoplasms with similar antigenic features). It is also integral for subtyping B-cell lymphoproliferative disorders (LPDs)/ lymphomas along with CD5, CD10, CD11c, CD25 and CD103.

**CD11c:** This marker is brightly positive in hairy cell leukemia and is also present at varying intensities on large granular lymphocytes and granulocytes (including monocytes and myeloblasts). It is also extremely helpful in differentiating AML-M3 from other acute myeloid lymphomas (AMLs), especially M4. This marker has broad utility and is used for:
1) assessing/ subtyping B-cell LPDs/ lymphomas, with particularly bright expression in hairy cell leukemia;
2) assessing blasts for myeloid lineage/ differentiation and distinguishing APL from other AMLs;
3) assessing mature/ maturing granulocytes and monocytes for possible aberrancies (as in myeolodysplasia and myeolproliferative disorders (MPDs))

**CD103:** This marker is primarily used for subtyping B-cell LPDs/ lymphomas with positive expression found in hairy cell leukemia, hairy cell leukemia variants and occasionally in splenic marginal zone B-cell lymphoma. CD103 may also be positive on monocytes and certain T-cell LPDs/ lymphomas.

**CD16:** This marker has broad utility and is used for:
1) assessing NK cells (along with CD57 and CD56 and certain T-cell markers);
2) assessing T-cell lymphoproliferative disorder of granular lymphocytes where CD3 (+) T-cells show increased expression of CD16 and CD57;
3) assessing mature/ maturing granulocytes for possible aberrancies, such as myelodysplasia, MPDs and paroxysmal nocturnal hemoglobinuria (PNH).

**CD38:** This marker is primarily used to identify and assess plasma cells, which usually show strong (bright) intensity. It is also a prognostic indicator for CLL and is positive in some acute leukemias, but is not specific to them. CD38 is expressed commonly on many leukocyte types at dim to moderate levels and must be viewed carefully on the histogram along with the CD56 marker (and sometimes cytoplasmic kappa/ lambda stains) for accurate cell subtyping.

8-2-2004

**CD25:** This marker is primarily used for subtyping B-cell LPD/ lymphomas and to differentiate hairy cell leukemia from hairy cell leukemia variants, as well as splenic marginal B-cell lymphoma. These distinctions are made by reviewing CD25 expression along with CD11c, CD103, CD5, CD10 and CD23. The marker is also positive in certain T-cell lymphomas/ leukemia, such as adult T-cell lymphoma/ leukemia (ATLL) and may be used to distinguish ATLL (+) from sezary cells/ mycosis furgoides (-).

**CD57:** This marker is primarily used for:
1) assessing NK cells (along with CD16 and CD56 and certain T-cell markers);
2) assessing T-cells for possible lymphoproliferative disorder of granular lymphocytes where CD3 (+) T-cells show increased expression of CD16 and CD57.

**HLA-DR:** This marker is relatively non-specific, but is useful in differentiating acute promyelocytic leukemia (AML, M3) (-) from other AMLs (usually +). It is positive in most AMLs and acute lymphoblastic leukemias (ALLs). It is also useful for assessing monocytes along with CD14 and CD11c and assists in determining granulocytic immaturity, particularly when CD34(-) myeloid blasts are present since maturing granulocytes typically lack HLA-DR expression. It is also commonly expressed in B-cells and T-cells, but must be correlated with many other markers for leukocyte lineage determinations. Aberrant loss of HLA-DR has also been reported to correlate with poor prognosis in some B-cell lymphomas.

# EXHIBIT 23

```
 1              UNITED STATES DISTRICT COURT
                  DISTRICT OF CONNECTICUT
 2
                - - - - - - - - - - X
 3   UNITED STATES OF AMERICA,,      |
     ex rel. Dr. James J. Tiesinga, |
 4          Plaintiffs,              | No. 3:02CV1573 (MRK)
                                     |
 5              v.                   |
                                     |
 6   DIANON SYSTEMS, INC.,           |
            Defendant.               | July 27, 2006
 7              - - - - - - - - - - X

 8

 9

10

11          VIDEO DEPOSITION OF MARK FLORIO

12

13     Taken before Kristine A. Paradis, LSR 338, a
       Court Reporter and Notary Public within and for
14     the State of Connecticut, pursuant to Notice
       and the Federal Rules of Civil Procedure, at
15     the Office of the U.S. Attorney, 157 Church
       Street, New Haven, Connecticut, on July 27,
16     2006, commencing at 9:49 a.m.

17

18

19

20

21

22

23
                 FALZARANO COURT REPORTERS
24                 117 North Saddle Ridge
             West Simsbury, Connecticut 06092
25                    860.651.0258
```

Falzarano Court Reporters

```
 1              CROSS-EXAMINATION
 2
 3   BY MR. SALCIDO:
 4        Q    Just continuing on with Exhibit 6, Mark,
 5   if you can go to the third page, paragraph 6.  And
 6   Ryan read this into the record earlier.  The
 7   business and corporate personnel in Dianon had
 8   absolutely no role in the determination of what or
 9   how many antibodies would be performed.
10             Now, did you ever provide any instructions
11   to any of the hematopathologists at Dianon regarding
12   what antibodies should be performed?
13        A    No.  I wouldn't even know where to begin.
14        Q    And did you provide any instructions to
15   them, the hemopathologists regarding how many
16   antibodies they should perform?
17        A    No.  And Rich -- Rich would walk out and
18   resign.  And if he resigned by me calling him asking
19   him to call doctors, imagine how they would react if
20   we tried to do that.
21             MR. SALCIDO:  That's all I had.
22             THE VIDEOGRAPHER:  Going off record.
23        Time is 2:13.
24
25             (Deposition concluded:  2:13 p.m.)
```

# EXHIBIT 24

1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

------------------------------x
UNITED STATES OF AMERICA        :
ex rel. JAMES J. TIESINGA,      :
                                :
        Plaintiff,               :
                                :
    v.                          : No. 3:02CV1573(MRK)
                                :
                                :
DIANON SYSTEMS, INC.,           :
                                :
        Defendant.               :
------------------------------x

Washington, D.C.

Tuesday, March 28, 2006

30(b)6 Deposition of

JAMES AMBERSON

a corporate designee, called for examination by counsel for Plaintiff, pursuant to notice and agreement of counsel, beginning at approximately 9:08 a.m., at the offices of the United States Department of Justice, 601 D Street, NW., Washington, D.C., before Denise Dobner Vickery of Beta Court Reporting, notary public in and for the District of Columbia, when were present on behalf of the respective parties:

30

1  that's not. Sorry about that. That's my
2  copy. It's got all the highlighting on it.
3    A   Oh.
4        MR. PARKER: Secret codes.
5        MS. DAVIS: Can't give you that
6  one. Give you hints.
7        THE WITNESS: Wouldn't want to give
8  me an advantage.
9        MS. DAVIS: There you go. That's
10 been marked as Exhibit 4.
11       (Deposition Exhibit No. 4 was
12       marked for identification.)
13       BY MS. DAVIS:
14   Q   Okay. This has been marked as
15 Exhibit Number 4, and it's a memorandum on
16 May 21, 1997 from Dr. Goyette to you and its
17 "Subject Flow Cytometry Antibodies"; is that
18 right?
19   A   Yes.
20   Q   It also says, "Attached is the
21 justification for the number and variety of
22 antibodies we use in our flow cytometry

31

1  panel. While there is no national consensus
2  on the number of antibodies to use, our
3  practice is not uncommon." And then it has
4  an explanation.
5        What was -- Dr. Goyette basically
6  when he testified a couple days ago said that
7  he prepared this at your request. Why did
8  you ask him to prepare this?
9    A   Again, I think this was in the
10 context of our increasing to this 26 antibody
11 panel, which Dr. Goyette and the other
12 hematopathologists really felt was essential.
13 In particular, one of our newer
14 hematopathologists, Dr. Glenn Segal, who I
15 believe had joined us the previous fall, had
16 extensive experience in flow cytometry and
17 felt that there were -- I don't remember the
18 number -- another four or so antibodies that,
19 again, as I mentioned before, I think they
20 might have had something to do with hairy
21 cell leukemia, but anyway he really felt we
22 needed to add these antibodies or we would

32

1  miss conditions.
2        So, you know, they put forth this
3  26 antibody panel and I simply asked Dr.
4  Goyette, you know, I'd like to have something
5  in writing that if I'm ever asked why are we
6  using 26 antibodies that I can refer to
7  because I'm not an expert on this, and so he
8  graciously put this -- put this together for
9  me.
10   Q   Okay. Did you -- I mean, this was
11 just something you wanted to have in your
12 file?
13   A   Yeah, I wanted to have a record of
14 it. Again, this is in context of that
15 overbilling problem.
16       MS. DAVIS: Okay. This has been
17 marked as Exhibit 5.
18       (Deposition Exhibit No. 5 was
19       marked for identification.)
20       BY MS. DAVIS:
21   Q   This is that same memo but with
22 some handwriting on it. At the top it says,

33

1  "Bill, as you requested, Jay"?
2    A   Uh-huh.
3    Q   Is that your handwriting?
4    A   Yes.
5    Q   And that Jay is you?
6    A   Yes.
7    Q   And who is Bill?
8    A   McDowell.
9    Q   That suggests that Mr. McDowell
10 asked for the -- the justification?
11   A   Yes.
12   Q   And why did he ask for that?
13   A   I don't remember.
14   Q   No idea?
15   A   No.
16   Q   Did you -- down at the bottom there
17 are three bullet points or three numbered.
18 One of which of them is "Jay discuss" and
19 then the last one says "More detail on second
20 paragraph." Did you discuss this with --
21 with Mr. McDowell?
22   A   I don't recall it. We may have. I

34

1  just don't remember.
2       MS. DAVIS: What's been marked as
3  Exhibit 6.
4       (Deposition Exhibit No. 6 was
5       marked for identification.)
6       BY MS. DAVIS:
7    Q   Do you recognize that document?
8    A   Yes, this is a copy of Dr.
9  Goyette's memo to me.
10   Q   And this is dated June 17, 1997?
11   A   Yes.
12   Q   And it's, once again, flow
13 cytometry antibody panel?
14   A   Yes.
15   Q   And it says, "Following
16 consultation among hematopathology staff, we
17 believe that the following 18 antibodies are
18 essential for the accurate and complete
19 initial workup of both cytometry specimens.
20 We believe that their routine usage can be
21 justified to insurance carriers."
22       Once again, Dr. Goyette testified

35

1  the other day that you asked him to prepare
2  this memo?
3    A   Yes.
4    Q   And why did you ask for it?
5    A   As I stated earlier, I wanted to be
6  extremely cautious and I knew that if you
7  looked at our 26 antibody panel and showed
8  that to a group of hematopathology experts,
9  some of them would say, well, rather than
10 this particular antibody, I would use this
11 or, you know, we might use, you know, 24 and
12 somebody else might use 28.
13      So I asked Dr. Goyette, give me a
14 list of the 18 that you would consider would
15 be the essential core of any panel. You
16 know, they would be essential to any panel.
17 They wouldn't be sufficient to diagnose
18 everything. You would have to add additional
19 antibodies, but these would be something that
20 everybody would agree on, and that's what he
21 supplied to me.
22   Q   Okay. This says, the memo says,

36

1  "The following antibodies are essential for
2  the accurate and complete initial workup of
3  flow cytometry specimens." Is that what you
4  asked him to give you?
5    A   I asked him to give -- as I said,
6  what I asked him is to give me the antibodies
7  that would be, you know, essential in any
8  panel. I did not ask him to give me what
9  antibodies you think should make up a
10 complete panel, but what antibodies should be
11 part of any panel.
12      I guess as an analogy, I would say
13 if a 55-year-old man goes to a doctor for a
14 routine check-up, what are the -- what are
15 the things that everybody would agree should
16 happen. Should take a history. You should
17 do a physical exam. You should do an
18 electrocardiogram.
19      People might disagree on what
20 laboratory values you should get. How
21 complete a lipid profile. Some people might
22 disagree on whether you should do a chest

37

1  X-ray in somebody who's asymptomatic, and it
2  wouldn't -- you couldn't say that doing the
3  chest X-ray would be excessive. A lot, you
4  know, half of the physicians might say they
5  would do it. Others might not do it. There
6  are a lot of factors in there.
7       But everybody would say you've got
8  to do that history and physical. This is
9  kind of analogous. You got to have these
10 antibodies in there.
11   Q   Okay. Let me go back to the
12 language of this memo. It says, "These
13 antibodies are essential for the accurate and
14 complete initial workup of flow cytometry
15 specimens."
16      Is that what you asked him to do is
17 to prepare a panel that would enable him to
18 do an accurate and complete initial workup of
19 flow cytometry specimens?
20   A   I don't remember the exact wording
21 when I made the request what I wanted. What
22 I asked for was a panel, the elements of

10 (Pages 34 to 37)

**78**

1 wanted to be able every antibody would be
2 noncontroversial.
3   Q   Okay. Was anybody questioning it
4 at the time?
5   A   I don't remember anybody
6 questioning at the time, no.
7   Q   Okay. Was Medicare questioning the
8 number of antibodies?
9   A   Medicare? I don't remember
10 Medicare ever questioning the number of
11 antibodies. We certainly had issues with
12 Medicare about them denying flow cytometry
13 totally, saying it wasn't that they weren't
14 going to cover it, but the issue was never
15 the number of antibodies.
16   Q   Okay. And -- and what about other
17 insurance companies? Were other insurance
18 companies questioning the number of
19 antibodies?
20   A   Not that I'm aware of.
21   Q   All right. So I guess I'm -- I'm
22 sort of confused because, you know, you have

**79**

1 $26,000 overbilling. You pay back Medicare,
2 and then you make a decision to give up going
3 forward 8 antibodies which at the time you
4 were charging $70 an antibody?
5   A   Yes.
6   Q   So for every time you tested, you
7 were going to do 26 and only charge for 18?
8   A   That's right.
9   Q   And so you were giving up eight
10 times 70. That's $560 if I did my math,
11 right?
12   A   Yeah, whatever it is.
13   Q   So for every test you were
14 essentially giving up $560 in revenue?
15   A   Yes.
16   Q   And -- and you made that decision?
17   A   Well, I was the one who instigated.
18 Others went along with it.
19   Q   Okay. And this was prompted simply
20 by the fact that there had been this -- this
21 overbilling?
22   A   Well, that was my motivation, yes.

**80**

1   Q   Okay. And what did you to convince
2 the -- what arguments did you make to Mr.
3 McDowell and Mr. Johnson to give up $560 in
4 revenue in every test?
5   A   I don't -- you know, honestly I
6 don't remember the specific discussions or
7 what arguments I made, other than what I just
8 told you.
9   Q   Which is that you wanted to have a
10 panel that nobody could argue with?
11   A   Yes.
12   Q   Now, when you talked about the
13 refund, you said that you went back to August
14 of '96. And why did you only go back to
15 August of '96?
16   A   I wasn't involved in determining
17 what the refund was. So I don't know
18 actually who calculated it and how they went
19 back to August of '96.
20   Q   Okay. Who would normally determine
21 whether an overpayment -- I mean, an
22 overbilling had taken place?

**81**

1   A   I don't know if there's one person
2 who would normally do it. I don't know who
3 normally did it back then. Now, if there was
4 any question of an overbilling, Tom Cassel
5 would get involved and would work with people
6 in the billing department. Back then, I'm
7 not sure who was doing it.
8   Q   So, would it be billing or finance
9 or is billing part of finance?
10   A   Billing is part of finance.
11   Q   Okay. So it would be somebody in
12 the finance department who would do it?
13   A   Well, not solely. They would work
14 with people in other departments and if Tom
15 Cassel was associated with the company at
16 that time, then he would have been involved.
17   Q   Okay. Do you know when Mr. Cassel
18 became associated with the company?
19   A   I honestly I don't recall. I
20 believe it was '96-'97. He wasn't full-time
21 employee of the company. He was essentially
22 a consultant or whatever the technical term