# EXHIBIT 26

ORIGINAL

1                    UNITED STATES DISTRICT COURT
                        DISTRICT OF CONNECTICUT
2
    - - - - - - - - - - X
3   UNITED STATES OF AMERICA,,    |
    ex rel. Dr. James J. Tiesinga,|
4            Plaintiffs,          |    No. 3:02CV1573(MRK)
                                  |
5                 v.              |
                                  |
6   DIANON SYSTEMS, INC.,         |
             Defendant.           |    July 25, 2006
7   - - - - - - - - - - X

8

9

10

11      VIDEOTAPE DEPOSITION OF FRANK DELLI CARPINI, M.D.

12

13          Taken before Kristine A. Paradis, LSR 338, a
        Court Reporter and Notary Public within and for
14      the State of Connecticut, pursuant to Notice
        and the Federal Rules of Civil Procedure, at
15      the offices of First Coast Service Options,
        Inc., 321 Research Parkway, Meriden,
16      Connecticut, on July 25, 2006, commencing at
        10:00 a.m.

17

18

19

20

21

22

23                  FALZARANO COURT REPORTERS
24                    117 North Saddle Ridge
                  West Simsbury, Connecticut 06092
25                       860.651.0258

1    Dr. Delli Carpini --

2         A    Uh-hum.

3         Q    -- to page 2645.  Now, under medical staff

4    signature on that page, do you know who that is?

5         A    It is a nurse that worked in the medical

6    review department at First Coast.

7         Q    Can you read her name for the record?

8         A    Patty -- P. Vulavski, RN, BSN.

9         Q    Was she competent?

10        A    She seemed to be.

11        Q    Now, in terms of under entry 10/27/99,

12   code 88180 times 18, in terms of the handwritten

13   entry, do you know who that is?

14        A    No.

15        Q    Now, if the review was solely to check to

16   see whether the document -- the services were

17   documented, why is it that you would need a medical

18   staff signature?

19        A    At times when the reviews were being done

20   by nonclinical personnel, especially in medically

21   technologically advanced procedures, they would

22   always ask a professional staff to look at the

23   documentation to verify that the actual

24   documentation that they're reading is -- does

25   coordinate to the services being billed.

Falzarano Court Reporters

1          So, therefore, for 88180, a fraud

2     nonprofessional person may ask a nurse to say is

3     this the documentation for 88180 that I'm looking at

4     and is this there 18 times.

5          Q    Now, in terms of the parens, no specific,

6     then the number symbol, ordered, parens, do you know

7     what that's referring to?

8          A    What that means to me is that there was --

9     in looking at the physician orders or wherever the

10    order came from to perform the test, that there was

11    no specific number ordered of 88180.  And then it

12    was billed 18 times and it was documented 18 times.

13    But she's making note that there is no specific

14    number of services ordered.

15         Q    In conducting this type of medical review,

16    do you know whether the reviewer has access to the

17    lab's requisition form?

18         A    In this type of medical review you would

19    think that it would be complete that that would be

20    included in the review.

21         Q    And could I refer you to CMS2650.  Do you

22    know whether the reviewer would have access to the

23    lab's medical report?

24         A    Yes, I would assume that they would.

25         Q    And on page 2650, could you tell how many

1   markers were analyzed by the lab?

2                MR. MOLOT:  Objection.

3       A    By looking at this report can I tell you?

4   BY MR. SALCIDO:

5       Q    Yeah.

6       A    Yeah, they're listed here.

7       Q    So, is it fair to say you would simply

8   count them if you were to analyze how many markers

9   were performed?

10      A    Yes.  I would.

11               MR. SALCIDO:  That's all I have on that

12          one.  I guess we're up to Exhibit 4.

13               THE COURT REPORTER:  Yes.

14

15               (Defendant's Exhibit 4:

16                Marked for Identification.)

17

18  BY MR. SALCIDO:

19      Q    Review it at your leisure, Doctor, but I

20  was going to have a couple questions at page 2624 or

21  Bates number 2624.

22               (Pause.)

23               Now, with respect to the top entry, "RN

24  review findings:  Code 88180 OK," what does that

25  mean?

```
1                MR. MOLOT:  Objection.

2       A    That the user, which seems to be Ellen

3   DeFigueiredo, the fraud analyst consulted with an RN

4   to get an interpretation of the documentation on

5   88180 and that it was okay.

6   BY MR. SALCIDO:

7       Q    Now, if you go to the third one down, it

8   says "RA note #2:  Code 88180 times 18 OK."

9       A    Uh-hum.

10      Q    What does that mean?

11      A    RA.  I'm not sure what "RA note #2" means.

12      Q    Okay.  I have another...

13           (Pause.)

14           Do you recollect having any dialogue with

15   Dr. Amberson of Dianon related to CPT 88180?

16      A    I don't recall direct dialogue.  I don't

17   recall direct contact with him.  I know that I

18   received comments from him, but I don't recall

19   direct dialogue in face-to-face.  Is that the

20   question?

21      Q    Well, it was broader than face-to-face,

22   but I think you answered the question.

23                MR. SALCIDO:  Are we up to 5?

24                THE COURT REPORTER:  Yes.

25                MR. SALCIDO:  I'd like to mark this as
```

1    Exhibit 8, right, the LMRP on Exhibit 8?

2        A    Yes.

3        Q    And is that the LMRP you had a role in

4    developing?

5        A    This is the LMRP that we inherited from

6    United and then reformatted and maintained it.

7        Q    Do you know, Doctor, whether the

8    substantial majority of the ICD9s referenced in

9    Exhibit 7 were adopted in your LMRP in Exhibit 8?

10   If you refer to Exhibit 7 at 800111.

11       A    I would have to crosswalk them to this

12   policy.  Is that the question?

13       Q    Yeah.

14       A    Okay.

15            MR. MOLOT:  Object to the form of the

16            question.

17       A    Am I to go down this list of ICD9s and

18   tell you which are evident in the policy?

19   BY MR. SALCIDO:

20       Q    No, let's -- I guess with respect to

21   referring to Exhibit 7, codes 140 to 199.1, your

22   ICD9 LMRP Exhibit 8 covered 194, malignant neoplasm

23   of adrenal gland?

24       A    Uh-hum.

25       Q    Now, with respect to codes 200 to 208.9,

```
 1   your LMRP covered 200 to 200.88?

 2        A    That's correct.

 3        Q    Now, it looks like your LMRP covered 234

 4   (sic), 238.7, 273.1.  Is that accurate?

 5        A    I'm sorry, could you please repeat --

 6        Q    I'm sorry.  That your LMRP covered 238.4?

 7        A    Yes.

 8        Q    238.7?

 9        A    Yes.

10        Q    273.1?

11        A    Yes.

12        Q    You also covered various types of anemia,

13   specifically 280.1, 280.8, 280.9?

14        A    Yes.

15        Q    And leukemias as well, 284.0 to 284.9?

16        A    284.0 to 284.9 is aplastic anemia?

17        Q    I'm sorry, aplastic anemia.  You covered

18   that?

19        A    Yes.

20        Q    287.1, 3, and 5 you covered?

21        A    Yes.

22        Q    And I -- you covered diseases of white

23   blood cells, 288.0 to 288.9?

24        A    Yes.

25        Q    And you also covered 287.2, 284.2?
```

```
 1        A     287.2 is not covered.

 2        Q     Strike that.  I apologize.  782.2?

 3        A     782.2?  Oh, yes.

 4        Q     784.2?

 5        A     Yes.

 6        Q     789.2?

 7        A     Yes.

 8        Q     And 789.30 to 789.39?

 9        A     Yes.

10        Q     Now, with respect to that LMRP in

11   Exhibit 8, did it contain any frequency limit?

12        A     No.

13        Q     Now, did you, Dr. Delli Carpini, while you

14   were carrier medical director, did you ever

15   communicate to Dianon that there was a frequency

16   limit with respect to CPT 88180?

17        A     Not to my recollection, no.

18        Q     Are you aware of anyone, to your

19   knowledge, at First Coast telling anyone at Dianon

20   that there was a frequency limit with respect to

21   88180?

22        A     Not that I'm aware of.

23              MR. SALCIDO:  All righty.

24              MR. MOLOT:  Are you done with these?

25              MR. SALCIDO:  Yeah, for now, Rick.
```

# EXHIBIT 27

# United HealthCare Medicare Part B - Connecticut
## Revised Local Medical Review Policy for
## Immunophenotypic Analysis of Tissues by Flow Cytometry

**Subject:**      Immunophenotypic Analysis of Tissues by Flow Cytometry

**Policy Number:**      97035 - VI.1    FINAL

**Description:**

Immunophenotyping involves the use of fluorescent antibodies to specific antigens associated with cells. Flow Cytometers count the number of cells made fluorescent by directly or indirectly labeled antibodies.

Immunophenotyping by Flow Cytometry is helpful:

1. In determining the prognosis of a diagnosed malignancy of the hematological and lymphoid tissues, i.e., non Hodgkin's lymphoma and Leukemia

2. To diagnose the presence of non Hodgkin's lymphoma in a lymphoid tissue biopsy showing B cell predominance that is suspicious, but not diagnostic, for lymphoma.

3. To follow patients infected with HIV. Cluster of antibodies used to locate T (helper/inducer) cells are called CD4. This count normally varies from 450-1400 mm3 in patients with HIV infection, a fall in CD4 count to below 200mm3 indicates progression to clinical aids.

4. To follow patients who have had bone marrow transplant to treat malignancies evaluating for reappearance of tumor cells

**Policy Type:**      Local Medical necessity policy

**HCPCS Section Benefit Category:**      Pathology

**HCPCS Codes:**      88180    Flow cytometry; each cell surface marker.

**HCFA's National Policy:**      None

**Indications and Limitations of Coverage:**

1. Evaluation of all leukemias, or suspected recurrence of leukemia.

2. Evaluation of diagnosed Non-Hodgkin's lymphoma or suspected B cell Non-Hodgkin's lymphoma based on the results of a lymphoid tissue biopsy.

3. Evaluation of HIV positive individuals to obtain CD4 counts.

4. Evaluation of patients after bone marrow transplantation.

CMS003231

*Page 2*
*Immunophenotypic Analysis of*
*Tissues by Flow Cytometry*

| | | |
|---|---|---|
| **ICD-9-CM Codes That Support Medical Necessity:** | 042 | Human immunodeficiency virus [HIV] disease |
| | 200.00 - 200.88 | Lymphosarcoma and reticulosarcoma |
| | 202.00 - 202.98 | Other malignant neoplasm of lymphoid and histiocytic tissue |
| | 204.00 - 204.81 | Lymphoid Leukemia |
| | 205.00 - 205.81 | Myeloid leukemia |
| | 206.00 - 206.81 | Monocytic leukemia |
| | 207.00 - 207.81 | Other specified leukemia |
| | 208.00 - 208.81 | Leukemia of unspecified cell type |
| | 238.6 | Neoplasm of uncertain behavior of other and unspecified sites and tissues - plasma cells |
| | 283.2 | Paroxysmal nocturnal hemoglobinuria |
| | V71.1 | Observation for suspected malignant neoplasm (To be used for evaluation of suspected B cell Non-Hodgkin's lymphoma only) |
| | V42.9 | Organ or tissue replaced by transplantation, unspecified organ or tissue. (To be used for evaluation of patients with bone marrow transplantation Also to be used for CD34 counts) |

Note: HLA - B27 determinations are needed in the management of Reiter's syndrome, uveitis, psoriasis arthritis and juvenile arthritis. When the providers are using Flow Cytometry to determine HLA- B27, they should use the appropriate ICD 9 CM code from the following list:

| | |
|---|---|
| 099.3 | Reiter's syndrome |
| 364.3 | Uveitis |
| 696.2 | Psoriasis arthritis |
| 714.30 | Juvenile Arthritis |

**Reason for Denial:**     Lack of documented medical necessity.

CMS003232

Page 3
*Immunophenotypic Analysis of
Tissues by Flow Cytometry*

**Non-Covered ICD-9-CM Codes:**

All ICD 9 CM codes besides those listed above. Individual consideration will be given when a claim is sent with an unlisted ICD 9 CM code submitted with a special report describing the medical necessity and copies of the literature supporting the use of the technology for that purpose.

**Sources of Information:**

Cancer Principals and Practice of Oncology, 5th Edition

Laboratory Test Hand Book, 4th Edition.

**Coding Guidelines:**

Use the CPT code 88180 in column 24 D of the HCFA 1500 form and link it to the applicable ICD 9 CM codes from the list given above in column 24E of the form. When the test is used for evaluation of patients suspected of Non-Hodgkin's lymphoma, besides linking the CPT code with the ICD 9 CM code V71.1, EMC submitters should put the statement "Suspected Non-Hodgkin's Disease" on the comment line. Paper submitters should write it in column 24 D.

**Documentation Requirement:**

Medical necessity must be explicitly documented by the ordering physician in the patient's medical records. Ordering physicians must write the appropriate diagnosis in the narrative or ICD 9 CM code form on the order or requisition form.

**Other Comments:**

1. The test may be performed in HIV positive patients every three months as long as the CD4 count stays more than 200/mm3.

2. Patients with bone marrow transplant usually require the test every three months in the first year, then twice a year subsequently.

3. Immunophenotypic diagnosis of PNH. Immunophenotypic analysis by flow cytometry is now considered to be the method of choice for the diagnosis of paroxysmal nocturnal hemoglobinuria and is much more sensitive and specific than the outdated Ham's test.

4. Quantitation of peripheral blood (CD34+) stem cell. Peripheral blood harvesting of CD34+ stem cells, which are responsible for multilineage engraftment, is performed in both the allotransplant and autotransplant settings. Precise quantitation of CD34+ stem cell from peripheral blood apheresis products is essential to the appropriate management of bone marrow transplant patients.

5. Immunophenotypic determination of HLA-B27. Determination of HLA-B27 antigen expression by flow cytometry methodology is much more rapid and cost-effective than the standard microlymphocytoxicity assay and is the method of choice for determining HLA-B27 antigen expression.

6. Flow cytometric studies of cases of Hodgkin's disease are generally nondiagnostic. Typically, the majority of cells are reactive mature T cells with variable numbers of polyclonal B cells. This pattern cannot be distinguished from a totally benign reactive hyperplasia.

CMS003233

*Page 4*
*Immunophenotypic Analysis of*
*Tissues by Flow Cytometry*

**Rationale for Creating Policy:**       Local Medical Necessity

**CAC Notes:**

This policy does not reflect the sole opinion of the carrier or the Carrier Medical Director. Although final decision rests with the carrier, this policy was developed in cooperation with the Carrier Advisory Committee.

**Start Date of Comment Period:**        February 1998

**Start Date of Notice Period:**         June, 1998

**Revision Date:**                       January 14, 1998

**Revision Number:**                     V1.1

**Revision Effective Date:**             August 1, 1998

CMS003234

Medicare Provider N

# EXHIBIT 28

1

```
 1                UNITED STATES DISTRICT COURT
                  DISTRICT OF CONNECTICUT
 2
    -  -  -  -  -  -  -  -  -  -  -x
 3  UNITED STATES OF AMERICA,
    ex rel. Dr. James J. Tiesinga,    No. 3:02CV1573  (MRK)
 4              Plaintiffs,
 5              v.
                                      June 21, 2006
 6  DIANON SYSTEMS, INC.
                Defendant.
 7  -  -  -  -  -  -  -  -  -  -  -x
 8
 9
10             DEPOSITION of JEAN STONE
11
12
        Taken before Cindy J. Carone, LSR 383,
13   a Court Reporter and Notary Public, within and
     for the State of Connecticut, pursuant to Notice
14   and the Federal Rules of Civil Procedure, at the
     United States Attorney's Office, 157 Church
15   Street, New Haven, Connecticut, on June 21, 2006,
     commencing at 12:06 p.m.
16
17
18
19
20
21
22
23              Falzarano Court Reporters
                117 N. Saddle Ridge
24           West Simsbury, CT  06092
                 860.651.0258
25
```

ORIGINAL

1    Q    -- regarding factors that carrier medical

2    directors should take into account in developing local

3    coverage determinations?

4    A    In determining coverage determination, yes.

5    Q    Is one of the factors they can take into

6    account in developing a local coverage determination

7    the opinions of recognized authorities in the area?

8    A    I don't remember it being worded exactly

9    like that, but in general, yes.

10         Could you clarify, because your original

11    questions I thought were individual determinations,

12    not local coverage determinations because that's a

13    term of art that applies to a specific policy that's

14    published.

15    Q    And your understanding of my questions were

16    accurate.  Initially they were with respect to

17    individual determinations, and only when I referenced

18    medical directors specifically was I referring to

19    criteria that they would look to in developing local

20    coverage determinations.

21    A    Okay.

22    Q    With respect to the *Program Integrity*

23    *Manual*, Chapter 13, Section 7.1 reads in part, "In

24    order of preference, LCDs should be based on published

25    authoritative evidence derived from definitive

1    clinical trials or other definitive studies and

2    general acceptance by the medical community standard

3    of practice as supported by sound medical evidence

4    based on scientific data or research studies published

5    in peer reviewed medical journals, consensus of

6    published expert opinion; that is, recognized

7    authorities in the field."

8              MR. MOLOT:  Can you mark that if you're

9         going to ask her questions about it?

10             MR. SALCIDO:  I'm just going to ask her

11        whether she agrees that that's criteria that

12        a medical director could take into account.

13    A    That language talked about consensus of

14    experts.  The way your question was worded, it

15    appeared to sound more like individual experts.

16    Q    Okay, yes.  It says, "that is, recognized

17    authorities in the field."  Would you agree with that?

18             MR. MOLOT:  Objection; would she agree

19        with what?

20    Q    Would you agree that that's something that a

21    medical director should take into account in

22    developing a local coverage determination?

23    A    The requirement in the PIM, yes.

24    Q    The other part, Ms. Stone, if I could direct

25    your attention to JS25, I'd like to direct your