# EXHIBIT 38

ACLA

American
Clinical Laboratory
Association

April 15, 2005

Ms. Carolyn Mullen
Deputy Director
Practitioner Services Division
Centers for Medicare and Medicaid Services
Department of Health and Human Services
7500 Security Boulevard
Baltimore, MD 21244-1850

Dear Ms. Mullen:

On behalf of the American Clinical Laboratory Association (ACLA), I would like to thank you and other CMS staff for taking the time recently to meet with ACLA representatives to discuss our concerns with the payment for flow cytometry services. As you will recall, at that meeting, ACLA agreed to provide certain additional information to amplify our comments on the 2005 final physician fee schedule rule ("the Final Rule"). Specifically, we are providing the following:

- We are identifying clinical staff activities that could be performed by a laboratory technician as opposed to a more highly compensated cytotechnologist.
- We are identifying the amount of time each item of equipment is used for Code 88184 and 88185.
- We are providing additional documentation of the equipment costs.
- We are providing additional documentation of the reagent costs.

Clinical Staff Type

In our comments that we filed on the Final Rule, we noted that flow cytometry services are typically performed by an individual who is more highly skilled and more highly compensated than a laboratory technician, which is the clinical staff type that CMS used to calculate the staff expense in the Final Rule. In our comments we indicated that a cytotechnologist (L045A) would be the most appropriate type of personnel, in terms of compensation levels, education and training, to use in calculating these RVUs. (The Bureau of Labor Statistics, which maintains this information, does not collect labor cost data on flow cytometry technologists.) At the meeting, the question was asked whether there were any clinical staff tasks that did not require the skills of a cytotechnologist.

After carefully assessing each of the clinical staff activities covered by the original vignette, we are recommending that a laboratory technician (L033A) continue to be assigned to the pre- and post-clinical staff activities approved by the RUC. This would include such tasks as pulling previous reports, accessioning the specimen, packing, storing and transporting the specimen, disposing of materials, cleaning the room, etc. However, we are asking that the intra portion of the service be assigned to a cytotechnologist. This would include such tasks as

Printed on recycled paper ♻

CMS003271


Memas
EXHIBIT NO. 24
CJB   8/4/06

Ms. Carolyn Mullen
April 15, 2005
Page 2

preparing the stain, examining the specimen under the microscope, calibrating the equipment, running the procedure, and reviewing the histograms with the pathologist. We have attached a revised spreadsheet reflecting this data. *(Attachment A)*

<u>Equipment Utilization</u>

Currently, based on input from the College of American Pathologists ("CAP"), CMS has assigned time for the equipment as follows:

|  | Code 88184 |  |
|---|---|---|
| Microscope | EL024 | 4 minutes |
| Centrifuge | EL0007 | 25 minutes |
| Flow Cytometer | EL014 | 22 minutes |
| Differential Analyze |  | 2 minutes |
| Centrifuge Cyto |  | 15 minutes |
|  | Code 88185 |  |
| Flow Cytometer | EL014 | 6 minutes |

We are not asking for any change in the time assigned to this equipment. However, as we noted in our comments, there were certain items of equipment omitted from the current list. At our meeting, you asked us to identify the amount of time this additional equipment is used for each code, taking into account the fact that the equipment might be used for various procedures. After further review and consideration, the following information constitutes our recommendation on this issue. We have refined this information from what we originally presented in our comments to reflect the fact that the equipment is not always in use when the procedure is performed.

| Equipment | Pricing Source | Code 88184 | Code 88185 |
|---|---|---|---|
| Slide Stainer | Vision BioSystems Catalog 09 1501 110 Price $19,763 | 3 minutes | 0 |
| Computer | RUC, ED021 | 2 minutes | 2 minutes |
| Color Printer | RUC ED036 | 5 minutes | 2 minutes |
| Hood Bio | RUC, EL016 | 5 minutes | 0 |
| Wash Ass't | Becton Dickinson BD FACS/Lyse Wash Product # 337146 $38,000 | 5 minutes | 0 |
| FAC Loader | Becton Dickinson BD FACS Caliber Product # 336574 $22,500 | 5 minutes | 0 |

CMS003272

Ms  Carolyn Mullen
April 15, 2005
Page 3

Equipment Costs and Reagent Costs

We are attaching price lists from manufacturers for the equipment listed above for which we are providing the time utilized.  (*Attachment B*)

Reagent Costs

We spent a substantial amount of time at the March 9 meeting discussing the cost of the various reagents used in performing flow cytometry testing, as well as how those costs should be calculated for the purposes of the physician fee schedule.  As we explained at the meeting and in our comments, there are many more markers (antibody reagents) used than are actually reported. In addition, a variety of different antibody reagents are used in a panel and not just a single fluorochrome, like FITC, which is the only one currently reflected in the database and one of the least expensive reagents used.  The issue is made somewhat more complex because laboratories have different protocols that they follow in performing these tests; therefore, a myeloid/lymphoid panel (which was the basis for the vignette used in collecting these costs) may not be the same for each laboratory.

We have spent a great deal of time analyzing this issue with our laboratory members. Based on a resurvey of the laboratories, we found that the most typical number of markers reported for a myeloid/lymphoid panel was 26 markers.  However, as we explained in our meeting, in fact more markers must be performed than are actually reported.  Thus, among the laboratories that reported 26 markers there was a range in how many total markers were actually performed.  The fewest number of markers performed by any laboratory that reported 26 markers was 48 markers, including controls.  We would recommend that CMS base the cost on this "typical" practice.  Using the pattern of markers for that laboratory and the cost data provided by Becton Dickinson, we are recommending a cost per marker of $8.50 for both Codes 88184 and 88185.  Attached is a worksheet supporting this cost estimate.  (*Attachment C*)

We would note that there is no "first" marker per se and no difference in costs for the reagents used in the first marker (CPT Code 88184) and those used in the second marker (CPT 88185).  This is in contrast with some of the other input costs where certain set up or one time costs were assigned to the "first" marker.

We considered recommending an "average" reagent cost based on data provided from the laboratories in lieu of the method described above.  The problem, however, is that this "average" would consist of data for laboratories reporting and using a different number and mix of markers. It would also involve prices from multiple manufacturers.  We are not sure how CMS could be able to "price" this average panel using actual manufacturer prices.  Thus, we thought use of the "typical" panel would be more consistent with CMS' practice expense methodology.  Since it would be obviously too complex to reflect this level of detail in the practice expense data base, we think this can be referred to generically as Reagent Antibodies for Flow Cytometry Procedures.

CMS003273

Ms. Carolyn Mullen
April 15, 2005
Page 4

We understand that CMS does not think it will be possible to revise the practice expense values for these codes for 2005 through a correction to the fee schedule. While we are disappointed by this decision, we urge you to consider this data as you develop the proposed physician fee schedule rule for 2006. If there are any questions on the material we have submitted, please contact Jason DuBois, Vice President for Government Affairs.

Thank you again for your consideration of our request.

Sincerely yours,

Alan Mertz
President

cc:  Edith Hambrick, MD
     Jim Menas

Attachments

CMS003274

## *ATTACHMENT A*

CMS003275

| LOCATION | CMS STAFF TYPE, MEDICAL SUPPLY, OR EQUIPMENT CODE | 88184 Flow cytometry, cell surface, cytoplasmic, or nuclear marker, technical component only; first marker | | 88185 each additional marker | |
|---|---|---|---|---|---|
| GLOBAL PERIOD | | Non Facility | Facility | Non Facility | Facility |
| TOTAL CLINICAL LABOR TIME | | XXX | | XXX | |
| TOTAL PRE-SERV CLINICAL LABOR TIME | L033A | 69 | | 7 | |
| | | 7 | | 0 | |
| TOTAL SERVICE PERIOD CLINICAL LABOR TIME | L045A | 50 | | 6 | |
| TOTAL POST-SERV CLINICAL LABOR TIME | L033A | 12 | | 1 | |
| PRE-SERVICE | | | | | |
| Start: When containers/requisitions prepared for physician | | | | | |
| Accession specimen/prepare for examination | L033A | 5 | | NA | |
| Other Clinical Activity (please specify): Print out or pull previous reports from file | L033A | 2 | | NA | |
| SERVICE PERIOD | | | | | |
| Start: When specimen is ready for examination by pathologist | | | | | |
| Run CBC, prepare cytospin or smear, stain, cover slip, examine under microscope for quality. | L045A | 10 | | NA | |
| Prepare specimen for manual/automated processing, instrument start-up, quality control functions, calibration, centrifugation, maintaining specimen tracking, logs and labeling | L045A | 15 | | 3 | |
| | L045A | 15 | | NA | |
| Other Clinical Activity (please specify) Load specimen into flow cytometer, run specimen, monitor data acquisition, and unload flow cytometer | L045A | 7 | | 2 | |
| Printout histograms and deliver with slides and paperwork to pathologists. | L045A | 2 | | NA | |
| Other Activity (please specify): Review histograms and gating with pathologists. | L045A | 1 | | 1 | |
| POST-SERVICE PERIOD | | | | | |
| Start: When specimen examination by pathologist is complete | | | | | |
| Prepare, pack and transport specimens and records for in-house storage and external storage (where applicable) | L033A | 3 | | NA | |
| Dispose of remaining specimens, spent chemicals/other consumables, and hazardous waste | L033A | 2 | | NA | |
| Clean room/equipment following procedure (including any equipment maintenance that must be done after the procedure) | L033A | 2 | | NA | |
| Other Activity (please specify) Enter data into laboratory information system | L033A | 5 | | 1 | |
| End: When specimen, chemical waste and record handling is complete | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

AMA Specialty Society/RUC Recommendation

CMS003276

# *ATTACHMENT B*

CMS003277

**BD Biosciences**
Clontech
Discovery Labware
Immunocytometry Systems
Pharmingen

BD Biosciences
2350 Qume Drive
San Jose, CA 95131-1807
USA
Tel: 1-877-232-8995
Fax: 1-408-954-2007
EIN: 22-076-0120

 **BD**

# Quotation

| BD Sales Doc No.<br>420005617 | Customer PO# | | Currency<br>USD | Page :<br>1 of 6 | Order Date :<br>04/01/2005 |
|---|---|---|---|---|---|
| Validity From/To. 04/01/2005-06/01/2005 | | | | | |

**SOLD-TO NO : 9000003074**
**SOLD-TO ADDRESS :**
BDIS MARKETING
2350 QUME DR
SAN JOSE CA 95131

**SHIP-TO NO : 9000003074**
**SHIP-TO ADDRESS :**
BDIS MARKETING
ATTN GLORIA J YOUNG
2350 QUME DR
SAN JOSE CA 95131

| Freight Terms<br>FOB Origin | Drop Ship PO# | Reason |
|---|---|---|
| Contact<br>GLORIA J YOUNG | Contact Phone No.<br>408 954 2607 | Authorization |
| Requested Delivery Date<br>04/01/2005 | Original Document Number | Original Document Date |

| Item | Product Description<br>Batch | Product No<br>Est Deliv Date | Ordered<br>Quantity | UOM | Unit Price | Total Price |
|---|---|---|---|---|---|---|
| 10 | BD FACSCALIBUR 4 CLR BASIC<br>SENSOR UNIT | 343202 | 1.00 | EA | | |
| | Gross Price | | | | 101,850.00 | 101,850.00 |
| | Net Price | | | | 101,850.00 | 101,850.00 |
| | 4 Color Modular Analytical Flow<br>Cytometer<br>Doublet Discrimination Module (DDM)<br>Including FL1, FL2, FL3 or FL4<br>Height, Width, Area<br>Electronics and Optics for four-color<br>capability. Includes red diode<br>laser @ 635nm.<br>Comes complete with CaliBRITE3 kit,<br>CaliBRITE PerCP beads, CaliBRITE<br>APC beads, DNA QC Particles,<br>FACSFlow, FACSClean, and FACSRinse<br>Includes Installation, Training and 1-Year<br>Warranty | | | | | |
| 20 | FACSStation For FACSCalibur G5/OSX | 339643 | 1.00 | EA | | |
| | Gross Price | | | | 18,000.00 | 18,000.00 |
| | Net Price | | | | 18,000.00 | 18,000.00 |
| | **Characteristics**<br>BDPAC<br>CPU | **Value**<br>BDPAC<br>POWERMAC G5<br>BASIC SYSTEM<br>OSX | | | | |

CMS003278

**BD Biosciences**
Clontech
Discovery Labware
Immunocytometry Systems
Pharmingen

 **BD**

# Quotation

| BD Sales Doc No. | Customer PO# | Currency | Page : | Order Date : |
|---|---|---|---|---|
| 420005617 | | USD | 2 of 5 | 04/01/2005 |

| Item | Product Description Batch | Product No Est Deliv Date | Ordered Quantity | UOM | Unit Price | Total Price |
|---|---|---|---|---|---|---|
| | Monitor 1 | 17-IN PHILIPS 170B5CS LCD WITH | | | | |
| | Printer 1 | RICOH CL90000 LASER PRINTER | | | | |
| | Software 1 | SOFTWARE BUNDLE 1 | | | | |
| | Consisting of : | | | | | |
| 30 | POWERMAC G5 FACSTATION BASIC SYST | 339642 | 1.00 | EA | | |
| 40 | BDPAC KIT GROUNDED | 337395 | 1.00 | EA | | |
| 50 | FACSTATION USERS GUIDE BUNDLE NUM1 OSX | 335956 | 1.00 | EA | | |
| 60 | RICOH AFICIO CL3000 BUNDLE | 338358 | 1.00 | EA | | |
| 70 | 17-IN PHILIPS 170B5CS LCD WITH SPEAKERS | 339646 | 1.00 | EA | | |
| 80 | FACSLOADER FACSCALIBUR | 338574 | 1.00 | EA | | |
| | Gross Price | | | | 22,500.00 | 22,500.00 |
| | Net Price | | | | 22,500.00 | 22,500.00 |
| 90 | BD FACS SAMPLE PREP ASSISTANT II | 337170 | 1.00 | EA | | |
| | Gross Price | | | | 47,000.00 | 47,000.00 |
| | Net Price | | | | 47,000.00 | 47,000.00 |
| 100 | SAMPLE PREP ASST II WRKSTN BUNDL-US/CAN | 338913 | 1.00 | EA | | |
| | Gross Price | | | | 5,000.00 | 5,000.00 |
| | Net Price | | | | 5,000.00 | 5,000.00 |
| 110 | BD FACS/LYSE WASH ASSISTANT | 337146 | 1.00 | EA | | |
| | Gross Price | | | | 38,000.00 | 38,000.00 |
| | Net Price | | | | 38,000.00 | 38,000.00 |
| 120 | FACSStation For Off Line Analysis G5/OSX | 339645 | 1.00 | EA | | |
| | Gross Price | | | | 13,500.00 | 13,500.00 |

CMS003279

**BD Biosciences**
Clontech
Discovery Labware
Immunocytometry Systems
Pharmingen



Quotation

| BD Sales Doc No. 420005617 | Customer PO# | Currency USD | Page : 3 of 5 | Order Date : 04/01/2005 |
|---|---|---|---|---|

| Item | Product Description Batch | Product No Est Deliv Date | Ordered Quantity | UOM | Unit Price | Total Price |
|---|---|---|---|---|---|---|
| | Net Price | | | | 13,500.00 | 13,500.00 |
| | **Characteristics** | **Value** | | | | |
| | CPU | POWERMAC G5 BASIC SYSTEM OSX | | | | |
| | Monitor 1 | 17-IN PHILIPS 170B5CS LCD WITH | | | | |
| | Printer 1 | RICOH CL30000 LASER PRINTER | | | | |
| | Software 2 | SOFTWARE BUNDLE 2 | | | | |
| | Consisting of : | | | | | |
| 130 | POWERMAC G5 FACSTATION BASIC SYST | 339842 | 1.00 | EA | | |
| 140 | FACSTATION USERS GUIDE BUNDLE NUM2 OSX | 339959 | 1.00 | EA | | |
| 150 | RICOH AFICIO CL3000 BUNDLE | 338356 | 1.00 | EA | | |
| 160 | 17-IN PHILIPS 170B5CS LCD WITH SPEAKERS | 339846 | 1.00 | EA | | |
| | **Sub Total** | | | | | 245,850.00 |
| | **Net Price Before Tax** | | | | | 245,850.00 |
| | **Sales Tax** | | | | | 20,282.63 |
| | **Total** | | | | | 266,132.63 |

TRAINING: Purchase price for the FACSCalibur system includes two training provisions. Each training provision is valid for five days of operator training at a BD Biosciences Training Center and is NOT transferable to other courses or on-site training. Training must take place within one year from the date of installation. Lodging, including breakfast at the hotel, lunches at BD, and a group dinner, are provided by BD during the training. Cost of transportation is not included.

CMS003280

**BD Biosciences**
Clontech
Discovery Labware
Immunocytometry Systems
Pharmingen

 **BD**

# Quotation

| BD Sales Doc No. 420005617 | Customer PO# | | Currency USD | Page : 4 of 5 | Order Date : 04/01/2005 |
|---|---|---|---|---|---|

SHIPMENT: Unless otherwise noted. Within 90 days after receipt of purchase order. Accessories ordered, but not delivered with system will be invoiced separately.

WARRANTY: Twelve-month warranty will begin upon installation or thirty days after the date of shipment, whichever occurs first. This warranty runs only to the original purchaser of the option, accessory, software or upgrade and applies only to products purchased and installed in the United States by an authorized BD Biosciences (BD) service representative or another party approved by BD Biosciences. BD will install its instrument after shipment or reimburse the purchaser for actual costs incurred to have a third party install the instrument. The maximum reimbursement to purchaser for third party installation shall be $1,000 for FACSCalibur instruments. The third party installer must be approved in writing by an authorized representative of BD prior to installation for warranty to become effective. BD Biosciences will no longer provide onsite or mail-in printer repair support.

WARRANTY: The BD FACS Sample Prep Assistant II will have a twelve-month warranty will begin upon installation or thirty days after the date of shipment, whichever occurs first. This warranty runs only to the original purchaser of the option, accessory, software or upgrade and applies only to products purchased and installed in the United States by an authorized BD Biosciences (BDB) service representative or another party approved by BD Biosciences (BDB). Installation will be performed after shipment at the discretion of the customer.

WARRANTY: The BD FACS Lyse/Wash Assistant will have a one-year warranty that begins 5 days from the ship date that includes a free exchange should there be any failure. This warranty runs only to the original purchaser of the option, accessory, software or upgrade and applies only to products purchased and installed in the United States.

CMS003281

**BD Biosciences**
Clontech
Discovery Labware
Immunocytometry Systems
Pharmingen

**BD**

BD Biosciences
2350 Qume Drive
San Jose, CA 95131-1807
USA
Tel: 1-877-232-8995
Fax: 1-408-954-2007
EIN: 22-076-0120

# Quotation

| BD Sales Doc No.<br>420005617 | Customer PO# | Currency<br>USD | Page :<br>5 of 5 | Order Date :<br>04/01/2005 |
|---|---|---|---|---|
| Validity From/To. 04/01/2005-06/01/2005 | | | | |

## TERMS & CONDITIONS

**Pricing**
Customer list prices can be obtained by contacting BD Biosciences Customer Service, or by visiting the BD Biosciences website www.bdbiosciences.com. BD Biosciences reserves the right to revise pricing without notice.

**Standard Orders**
No minimum order quantity is required, unless specifically noted in the catalog. Orders cannot be revised or cancelled once a delivery note has been created. Additions to orders once a delivery note has been created must be entered on a separate order and may therefore be subject  to additional shipping charges.

**Shipping**
All shipments are FOB Origin. Reagent orders received and processed by 2:00 pm (PST) for delivery within the US will be shipped the same day for next day delivery. Orders received Friday will be shipped the following Monday for next day delivery. Shipping & handling charges will be prepaid and added to the invoice.

**Returned Goods**
Please contact the Customer Service department within 48 hours of product receipt to request a return authorization for incorrect, incomplete, or damaged product. A return authorization is required for all returns.

**Restocking Fee**
In the case of a purchasing error or change in order subsequent to shipping the product, BD Biosciences will charge a 25% restocking fee or minimum of $25, whichever is greater. A 50% restocking fee will be applied for the return of service parts. All shipping costs are to be paid by the buyer. If BD Biosciences makes a shipping error, the product will be replaced free of charge.

**Payment Terms**
Terms are net 30 days from date of invoice. If Buyer fails to pay any invoice when due, Becton, Dickinson and Company may charge Buyer a late payment charge equal to the lesser of one and one-half percent (1½%), or the maximum permissible rate under California law, per month on the outstanding balance. If you are a tax-exempt agency, please submit a copy of your tax exemption certificate with your purchase order or fax a copy to Attn: Credit Dept at: (408) 954-2690.

**Product Use Limitations**
BD Biosciences sells products for research and clinical use. Research products are labeled for Research Use Only (RUO) and are not for use  in diagnostic or therapeutic procedures. Products for clinical use are labeled as analyte specific reagents (ASR) or for In Vitro Diagnostic Use (IVD). For analyte specific reagents, analytical and performance characteristics are not established. BD Biosciences is not liable for the misuse of any product.

**Reagent Warranties**
BD Biosciences warrants that the products sold are warranted only to conform to the quantity and contents stated on the label at the time  of delivery to the customer. There are no warranties, expressed or implied, that extend beyond the description on the label of the product.  BD Biosciences sole liability is limited to either replacement of the products or refund of the purchased price. BD Biosciences is not liable for property damage, personal injury, or economic loss caused by the product.
Specific warranties for Instruments, Software, and Service related products are available upon request.

**Acceptance of Terms**
If the above terms are not acceptable to you, promptly return any products in the package in which they were received. Failure to promptly return the products or any use of the products constitutes acceptance of the above terms.

CMS003282

Fax:

# Purchase Order                    PO # 403P16863



| Bill TO: | Attantic | Ship via Ground TO: |
|----------|----------|---------------------|

| Your Account # | P.O.# | Payment | Ship Via | Due Date | Freight | Taxes | TOTAL |
|---|---|---|---|---|---|---|---|
| | None | Net 30 | 02/02/2005 | | $0.00 | $1,581.00 | $21,344.04 |

Vision BioSystems  700 Longwater Drive   . Norwell, MA 02061
Ph:800-753-7264   Ph2:781-616-1190  Fax: 1-781-616-1193

| Std. SKU | Vendor SKU | Item | Unit | Unit Price | Quantity | Line Total |
|---|---|---|---|---|---|---|
| 09.1501.110 | 09.1501.110 | Autostainer RST | EACH | $19763.0000 | 1 | $19763.0000 |
| 21.0051.10 | 21.0051.10 | Bond Max processing module | EACH | $0.0000 | 1 | $0.0000 |
| 21.1950.110 | 21.1950.110 | Bond Max sytem control unit | EACH | $0.0000 | 1 | $0.0000 |

Instructions:

PLEASE CONFIRM RECEIPT OF THIS PURCHASE ORDER TO THE PO CREATOR

**EQUAL EMPLOYMENT OPPORTUNITY CLAUSE**

**FOR GOVERNMENT CONTRACTS AND SUB-CONTRACTS.**

The Equal Employment Opportunity clause in Section 202 of Executive Order 11246, Section 503 of the Rehabilitation Act of 1973, and Section 4212 of the Vietnam Era Veterans Readjustment Assistance Act of 1974, as amended, and the implementing rules and regulations of the Office of Federal Contract Compliance Programs are incorporated herein by specific reference.

CMS003283

*ATTACHMENT C*

CMS003284

## Myeloid/Lymphold Flow Cytometry Panel

| Antibody Name | Fluorochrome | # of Tests per Vial | Vendor Name | Catalogue # | Price | # Antibodies used in Panel | Cost per Antibody | Total Antibody Cost |
|---|---|---|---|---|---|---|---|---|
| CD 2 | PE | 100 | Becton Dickinson | 340701 | $475.00 | 1 | $4.75 | $4.75 |
| CD 3 | PE | 100 | Becton Dickinson | 340662 | $470.00 | 1 | $4.70 | $4.70 |
| CD 4 | APC | 100 | Becton Dickinson | 340672 | $510.00 | 1 | $5.10 | $5.10 |
| CD 5 | FITC | 100 | Becton Dickinson | 340696 | $415 | 1 | $4.15 | $4.15 |
| CD 7 | FITC | 100 | Becton Dickinson | 340699 | $415.00 | 1 | $4.15 | $4.15 |
| CD 8 | FITC | 100 | Becton Dickinson | 340692 | $415.00 | 1 | $4.15 | $4.15 |
| CD 10 | PE | 50 | Becton Dickinson | 340920 | $265.00 | 2 | $5.30 | $10.60 |
| CD 11B | APC | 100 | Becton Dickinson | 340936 | $510.00 | 1 | $5.10 | $5.10 |
| CD 11C | PE | 100 | Becton Dickinson | 340713 | $475.00 | 2 | $4.75 | $9.50 |
| CD 13 | APC | 100 | Becton Dickinson | 340686 | $510.00 | 1 | $5.10 | $5.10 |
| CD 14 | FITC | 100 | Becton Dickinson | 340682 | $415.00 | 1 | $4.15 | $4.15 |
| CD 16 | FITC | 100 | Becton Dickinson | 340704 | $415.00 | 1 | $4.15 | $4.15 |
| CD 19 | FITC | 50 | Becton Dickinson | 340719 | $235.00 | 1 | $4.70 | $4.70 |
| CD 19 | APC | 100 | Becton Dickinson | 340722 | $510.00 | 3 | $5.10 | $15.30 |
| CD 20 | FITC | 100 | Becton Dickinson | 340673 | $415.00 | 1 | $4.15 | $4.15 |
| CD 22 | FITC | 100 | Becton Dickinson | 340707 | $415.00 | 1 | $4.15 | $4.15 |
| CD 23 | PE | 50 | Becton Dickinson | 341008 | $265.00 | 1 | $5.30 | $5.30 |
| CD 33 | APC | 100 | Becton Dickinson | 340680 | $510.00 | 1 | $5.10 | $5.10 |
| CD 34 | APC | 100 | Becton Dickinson | 340667 | $510.00 | 1 | $5.10 | $5.10 |
| CD 38 | APC | 100 | Becton Dickinson | 340677 | $510.00 | 1 | $5.10 | $5.10 |
| CD 45 | Per CP | 100 | Becton Dickinson | 340665 | $575.00 | 10 | $5.75 | $57.50 |
| CD 56 | APC | 100 | Becton Dickinson | 341026 | $510.00 | 1 | $5.10 | $5.10 |
| CD 64 | PE | 100 | Becton Dickinson | 341026 | $265.00 | 1 | $2.65 | $2.65 |
| CD 117 | PE | 50 | Becton Dickinson | 340867 | $270.00 | 1 | $5.40 | $5.40 |
| HLA-DR | PE | 100 | Becton Dickinson | 340689 | $475.00 | 1 | $4.75 | $4.75 |
| Anti-Kappa F (AB')2 | FITC | 50 | Becton Dickinson | 340711 | $235.00 | 1 | $4.70 | $4.70 |
| Anti-Lambda F (AB')2 | FITC | 50 | Becton Dickinson | 340710 | $235.00 | 1 | $4.70 | $4.70 |
|  |  | 0 |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
| **CONTROLS** |  |  |  |  |  |  |  |  |
| Mouse IgG1 Control | FITC | 100 | Becton Dickinson | 340755 | $150.00 | 1 | $1.50 | $1.50 |
| Mouse IgG1 Control | PE | 100 | Becton Dickinson | 340761 | $165.00 | 1 | $1.65 | $1.65 |
| Mouse IgG1 Control | APC | 100 | Becton Dickinson | 340754 | $190.00 | 1 | $1.90 | $1.90 |
| Mouse IgG2a Control | Fitc | 100 | Becton Dickinson | 340764 | $155.00 | 1 | $1.55 | $1.55 |
| Mouse IgG2a Control | PE | 100 | Becton Dickinson | 340766 | $165.00 | 1 | $1.65 | $1.65 |
| Mouse IgG2a Control | APC | 100 | Becton Dickinson | 340757 | $190.00 | 1 | $1.90 | $1.90 |
| CD 45 | Per CP | 100 | Becton Dickinson | 340665 | $575.00 | 2 | $5.75 | $11.50 |

| | | | |
|---|---|---|---|
| Enter # of Reported Antibodies | | 26 | |
| Cost per Reported Antibody with Controls | | $ | 8.50 |

CMS003285

# EXHIBIT 39





October 6, 2003

Thomas A. Scully
Administrator
Centers for Medicare and Medicaid Services
Department of Health and Human Services
Hubert H. Humphrey Building
Room 445-G
200 Independence Avenue
Washington, DC  20201                          Attention: CMS-1476-P


RE: Proposed changes for reimbursement involving clinical flow cytometry testing,
    specifically CPT 88180


Dear Mr. Scully,

       Esoterix is a national reference laboratory with a fifteen-year history of clinical
flow cytometry experience supporting the practice of hematopathology.   Formerly
Cytometry Associates, the flow cytometry division of our company has always been a
major participant in advancing the quality of the science and in maintaining high
standards from both a fiscal and regulatory perspective.   Therefore, we appreciate the
opportunity to provide input and information to CMS to formulate a sound and
appropriate restructure of the reimbursement policies pertaining to CPT 88180.

       Esoterix also appreciates your consideration of an extension of the deadline of
the implementation of these changes to allow a proper overview of the current status
and application of this diagnostic tool for hematopathology.   This extension would
allow a much needed re-visit of the US-Canadian Consensus Conference publication
of 1997.  Over the next year our company will support and participate in efforts by the
College of American Pathologists (CAP) and other professional societies to draft a
white paper to be used as practice guidelines.   This 'standards of practice' piece
should increase the quality of flow cytometry services over a wide variety of
laboratories and should assist CMS in identifying potential abusers of the system.

       In reviewing the suggested **limitation of the number of markers** a laboratory
can employ for diagnostic hematopathology samples, Esoterix recommends a broader
survey of laboratories during this period of review.   In our experience with a very
large number of cases, we consistently report an average of 21 markers per case, with
a range of 4-30.  This data is compiled using all sample types and all levels of
complexity.

                                                            Page 1 of 1

201 Summit View • Suite 301 • Brentwood, TN  37027 • 800.874.3074 • www.esoterix.com



CMS003363

The range (4-30) and average (21) remain consistent month to month. We feel we are simultaneously thorough and conservative. The actual number of markers per case is much higher since no repetitive markers are billed or reported. Samples with fewer cells are segregated and a reduced number of antibodies are used that more specifically address the sample type and target abnormalities under consideration. Our antibody combinations (using 4-color analysis), for adequate samples, are designed to maximize the information necessary to evaluate normal and abnormal findings. Redundant markers are routinely employed. For complex cases such as acute leukemia, multiple clones in a single sample or highly unusual findings, more antibodies are used. A full characterization of the phenotype of *de novo* malignant processes is essential in establishing a format to detect relapse, residual disease and clonal evolution. Esoterix wants to share this conservative approach in considerations of limitation of markers.

When flow cytometry is **used as a quantitative laboratory test**, requiring minimal pathology interpretation, we agree that no professional fee is necessary. The following types of testing are in this category:

- Immunocompetency evaluations- includes lymphocyte subset testing in the evaluation of immune deficiencies such as HIV
- Transplant assessment – includes specific lymphocyte evaluations pertaining to T cell depletion (organ transplant) and stem cell enumeration (bone marrow and stem cell transplants)

When **used as a diagnostic hematopathology tool**, flow cytometry evaluation requires significant interpretation by pathologists and should be considered for adequate/appropriate professional reimbursement. We disagree with your premise that a 'panel' approach does 'not require individual marker interpretation.'

Flow cytometry, when used as a diagnostic hematopathology tool, requires significant professional judgment and interactive input for identification of neoplastic cells within a non-neoplastic background. Flow cytometric analysis of bone marrow, peripheral blood, tissue samples and body fluids is used in the diagnosis and management of leukemia and lymphoma and other related hematopoietic conditions such as MDS (myelodysplasia) and PNH. Flow cytometry is also used in the initial discrimination of malignant from non-malignant cellular proliferations, follow-up examinations for potential relapse of treated malignancies and more recently, specifically assisting in treatment selection (monoclonal antibody therapies).

CMS003364

The phenotype of the abnormal cells is determined with respect to **each** marker, not only on the abnormal population but including consideration of that marker performance on all other populations present in the sample. Each marker must be assessed for staining performance (intensity), positivity and negativity on internal control populations, reactivity on the abnormal population under investigation (occasionally reporting percent (%) positive), the composite immunophenotype and the integration of all aspects of the sample and reagent performance for a single interpretation/diagnosis. Some antibodies must be used multiple times on one sample and these are interpreted without being billed/reported.

The consideration to adjust the professional component of 88180 by CMS, in the opinion of Esoterix, requires serious review and consensus regarding linking levels of complexity to the professional component and also, how to segregate samples into tiers of complexity. The validity and application of this valuable tool would be diminished if regulated inappropriately.

Once again, thank you for this opportunity to respond. We also appreciate your consideration of an extension that will allow Esoterix to be able to support and participate in the modernization of the original efforts of the US-Canadian Consensus of 1997. This joint effort by appropriate users of this technology and the end users (pathologists) will assist in maintaining the highest level of quality and standardization for clinical flow cytometry applications. Esoterix will work diligently over the next months to partner, once again, with the clinical flow cytometry community and CMS to research and present valid data that will provide CMS with the necessary information to devise a sound, appropriate policy that protects the clinical patient whom we all serve.

Please do not hesitate to contact Esoterix if our company can be of any further assistance to CMS as you determine the appropriate policy restructure.

Sincerely,

Joe Papiez, MD, Hematopathology

Esoterix
October 6, 2003
Page 3 of 3

CMS003365

# EXHIBIT 40

October 6, 2003

Thomas A. Scully
Administrator
Centers for Medicare and Medicaid Services
Department of Health and Human Services
Hubert H. Humphrey Building
Room 445-G
200 Independence Avenue
Washington, DC 20201

Attention CMS-1476-P

Dr. Scully:

This letter is in response to the proposed changes for the reimbursement involving flow cytometry testing, specifically relating to CPT 88180. Since some of our staff physicians are members of the College of American Pathologists (CAP), and since IMPATH, Inc. is the largest reference laboratory in the country specializing in the application of flow cytometry in the diagnosis of hematolymphoid neoplasms, with a daily volume of approximately 115 cases per day, we offer our opinion.

We agree with the opinion of the Clinical Cytometry Society (CCS), which comprises a large number of physicians and experts in the field of flow cytometry, that there is a distinction between the quantitative and the diagnostic utility of flow cytometry. Flow cytometry as a laboratory test used for the evaluation of immunocompetency (T cell subset analysis) or transplant assessment (T cell and stem cell assessment) requires minimal pathologist interpretation and should be evaluated with criteria different than those used for phenotyping hematolymphoid diseases.

When used as a diagnostic hematopathological tool, professional judgment is crucial in the identification of neoplastic cells within a non-neoplastic background. We, in our practice, as do most cytometrists in the field, interpret the phenotype of the neoplastic cells with respect to each marker that is performed, in the context of that marker's expression by the non-neoplastic cells in the same sample. Furthermore, this interaction is complex and depends on the specimen type or origin (e.g., bone marrow, peripheral blood, tissue sample or body fluids). Therefore, we believe that the number of markers used should reflect that complexity, which in most cases will range from 16-26 markers.

For these reasons, we agree fully with CCS that any proposal to reimburse only one interpretation per panel, as recently proposed in the Federal Register, is inappropriate. We, and most flow cytometrists, believe that reimbursement should be based on the interpretation of each marker and not on a global interpretation.

Given the wide range of practice parameters throughout the country, we concur with CCS that there must be additional review and discussion of all proposals regarding reimbursement for flow cytometry testing before any new policies can be recommended. We are willing to work with CMS and other professional organizations to reach a standard of practice for flow cytometry.



IMPATH

*The Cancer
·mation Company*

Moacyr DaSilva, M.D.
Medical Director, IMPATH Inc.

5300 McConnell Avenue
Los Angeles, CA 90066
www.impath.com

| Client Services | Billing | Administration |
|---|---|---|
| Tel. (800) 447-5816 | (800) 990-9725 | (866) 337-5911 |
| (888) 202-5911 | | |
| Fax (310) 482-5787 | (310) 482-5101 | (310) 482-5001 |

CMS003366

*New York • Los Angeles • Phoenix*

Meña's
EXHIBIT NO. 6
CJE 8/4/06