UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA <br> ex rel. DR. JAMES J. TIESINGA, <br><br> Plaintiffs, <br><br> v. <br><br> DIANON SYSTEMS, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 3:02 CV 1573(MRK) <br> ) <br> ) October 10, 2006 <br> ) <br> ) <br> ) |

## MOTION FOR EXTENSION OF TIME

Pursuant to Rule 7(b) of the Local Rules of Civil Procedure for the District of Connecticut, the United States respectfully requests a 12-day extension of time, from October 20, 2006, to November 1, 2006, to file its opposition to the motion for summary judgment and the *Daubert* motion filed by defendant Dianon System, Inc. (Dianon). This is the first extension of time the government has made with respect to these motions. Counsel for Dianon does not object to the government's motion for extension of time.

On September 29, 2006, Dianon filed a motion for summary judgment and a motion to excluded the opinions of the government's medical expert, pursuant to *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993). The government's opposition briefs are currently due on or before October 20, 2006. However, due to the complexity of the motions, which contain over 70 exhibits, the government needs a short extension of time to be able to fully and properly respond to the motions. Accordingly, the government seeks a 12-day extension of time, from October 20, 2006, to November 1, 2006, to file its memoranda in opposition to both motions.

Accordingly, the government respectfully requests that its motion for an extension of time be granted. As noted above, counsel for Dianon does not object to the requested extension of time. If the motion is granted, the government's opposition memoranda will be due on or before November 1, 2006.

                                        Respectfully submitted,

                                        PETER D. KEISLER
                                        Assistant Attorney General

                                        KEVIN J. O'CONNOR
                                        United States Attorney

                                        */s/ Richard M. Molot*
                                        RICHARD M. MOLOT
                                        Assistant United States Attorney
                                        Federal Bar No. CT21676
                                        157 Church Street
                                        New Haven, Connecticut 06510
                                        Richard.Molot2@usdoj.gov
                                        (203) 821-3700

                                        MICHAEL F. HERTZ
                                        JOYCE R. BRANDA
                                        PATRICIA R. DAVIS
                                        RYAN FAYHEE
                                        Attorneys, Civil Division
                                        Commercial Litigation Branch
                                        Post Office Box 261, Ben Franklin Station
                                        Washington, D.C. 20044
                                        Telephone: (202) 307-0240
                                        Facsimile: (202) 305-7797

                                        Attorneys for the United States

CERTIFICATION OF SERVICE

I hereby certify that on this 10th day of October 2006, a true and correct copy of the Motion for Extension of Time was served by first-class mail and electronic mail on:

Robert Salcido, Esq.
Akin, Gump, Strauss, Hauer & Feld, LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036

Bruce Parker, Esq.
Venable LLP
1800 Mercantile Bank & Trust Bldg.
2 Hopkins Plaza
Baltimore, Maryland 21201

Bryan T. Carmody, Esq.
Maya & Associates, P.C.
266 Post Road East
Westport, CT 06880

_____
Richard M. Molot
Assistant U.S. Attorney