UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA<br>ex rel. DR. JAMES J. TIESINGA,<br><br>Plaintiffs,<br><br>v.<br><br>DIANON SYSTEMS, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) No. 3:02 CV 1573(MRK)<br>)<br>) October 19, 2006<br>)<br>)<br>) |

**NOTICE OF FILING OF DOCUMENTS PURSUANT
TO THE COURT'S OCTOBER 3, 2006 RULING AND ORDER**

The Government hereby files the attached documents pursuant to the Court's Ruling and Order of October 3, 2006. That Order required the Government to file redacted versions of Documents ## 14, 18, 23, and 30 no later than October 23, 2006. After reviewing the Court's October 3, 2006 Ruling and Order, the Government hereby files Documents ##14 and 18 in their entirety, without any redactions. Documents ## 23 and 30 are hereby filed with minor redactions.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KEVIN J. O'CONNOR
United States Attorney

/s/ RICHARD M. MOLOT

RICHARD M. MOLOT
Assistant United States Attorney
Federal Bar No. CT21676
157 Church Street
New Haven, Connecticut 06510

Richard.Molot2@usdoj.gov
(203) 821-3700


MICHAEL F. HERTZ
JOYCE R. BRANDA
PATRICIA R. DAVIS
RYAN FAYHEE
Attorneys, Civil Division
Commercial Litigation Branch
Post Office Box 261, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-0240
Facsimile: (202) 305-7797

Attorneys for the United States

CERTIFICATION OF SERVICE

I hereby certify that on this 19th day of October 2006, a true and correct copy of the Notice of Filing of Documents Pursuant to the Court's October 3, 2006 Ruling and Order, was served by first-class mail and electronic mail on:

    Robert Salcido, Esq.
    Akin, Gump, Strauss, Hauer & Feld, LLP
    1333 New Hampshire Avenue, N.W.
    Washington, D.C. 20036

    Bruce Parker, Esq.
    Venable LLP
    1800 Mercantile Bank & Trust Bldg.
    2 Hopkins Plaza
    Baltimore, Maryland 21201

    Bryan T. Carmody, Esq.
    Maya & Associates, P.C.
    266 Post Road East
    Westport, CT 06880

                              Richard M. Molot
                              Assistant U.S. Attorney