# EXHIBIT 2

Case 3:02-cv-01573-MRK   Document 193-3   Filed 11/01/2006   Page 1 of 6



# Communiqué

**November 2000**

## To Flow or Not to Flow: The Appropriate Laboratory Utilization of Flow Cytometric Immunophenotyping

Today's medical environment is full of contradictions; do more testing to support better health care, yet reduce costs or coverage because medicine has become too expensive. In this environment, with its emphasis on faster turnaround and diagnosis, it is difficult for physicians to balance all of the demands placed on them. Mayo Medical Laboratories (MML) has designed its diagnostic hematopathology test offerings to provide the highest possible level of diagnostic consultative service, trying to balance optimal patient care with a cost-conscious approach to solving difficult diagnostic problems. To realize this goal, the Division of Hematopathology, together with MML, has implemented an updated laboratory approach to improve the utilization of flow cytometric immunophenotyping for its clients.

### Leukemia/Lymphoma Immunophenotyping by Flow Cytometry

Flow cytometry is an established ancillary diagnostic technique in hematopathology. Similar to other ancillary techniques, its usefulness varies depending upon the diagnostic question. For example, it is the preferred method to distinguish between B-cell chronic lymphocytic leukemia and reactive lymphocytosis in peripheral blood. However, it is inadequate for distinguishing chronic myelogenous leukemia from neutrophilic leukemoid reactions. (See Table 1)

In a healthcare environment characterized by limited financial resources, the decision to utilize an expensive ancillary diagnostic modality must be informed by considerations of cost and the probability that the modality will definitively answer the diagnostic question at hand. Over a 10-year-period of time, the flow cytometry laboratory at Mayo Clinic has evaluated over 35,000 specimens from patients with a wide variety of hematologic disorders. This experience has helped us to identify those differential diagnostic questions that are most likely to be resolved utilizing flow cytometric analysis. These can be broadly grouped as: 1) classifying acute leukemias, 2) immunophenotyping B-cell chronic lymphoproliferative disorders, 3) evaluating T-cell lymphoproliferative disorders, 4) identifying lymphoproliferative disorders of natural killer cells, and 5) recognizing plasma cell proliferative disorders.

Together with our clinical colleagues, we have developed criteria for the utilization of flow cytometry, which includes the selection of antibody panels that are designed to optimize the diagnostic information from this test. Utilizing these criteria has allowed us to substantially reduce the cost associated with flow cytometric immunophenotyping. In an effort to provide outstanding hematopathology consultative services to our MML clients, we will apply our flow cytometry utilization criteria to specimens referred to us from outside institutions. This has resulted in changes to the way the Mayo Flow Cytometry Laboratory handles requests for Leukemia/Lymphoma Immunophenotyping by Flow Cytometry (# 3287). (See Algorithm – Figure 1)

### Laboratory Process

When the physician orders Leukemia/Lymphoma Immunophenotyping by Flow Cytometry, (#3287), the specimen will proceed to an evaluation by a Mayo Clinic hematopathologist. The Mayo hematopathology consultant reviews the clinical history, morphology, and differential count for the patient. If, based on this information, we determine that flow cytometry is

Note: Complete feature. Pages 5-7 omitted.

not beneficial to resolving the diagnosis, testing will be canceled, no charge is generated for the services performed, and the specimen is reported out as "Canceled – Flow Cytometry Not Performed, No Charge."

Submitting a brief, but pertinent clinical history and a reason for referral are critical in assuring that the desired flow cytometric testing is performed. This information, together with the morphologic review, determines the initial direction of the laboratory work-up. The referring physician will be contacted by a Mayo hematopathologist if the diagnostic approach is different than the requested study. In this manner, the referring physician is kept fully informed.

When flow cytometric evaluation is indicated, the specimen will first proceed to a triage step. The triage step includes evaluation of: 1) cellular CD 45 expression and side light scatter for determining the presence of a blast population, 2) cell surface CD19/kappa and CD19/lambda immunoglobulin light chain expression looking for B-cell monoclonality, and 3) cellular morphology on a stained smear or cytocentrifuge preparation. If no increased blast population or B-cell monoclonality is present and morphologic evaluation does not indicate any underlying disorder that could be detected by further flow cytometric analysis, then testing is complete and the patient will be charged a triage fee only. The triage step may also be sufficient to answer particular clinical questions without proceeding to larger antibody panels. For example, it may be unnecessary to perform a complete B-cell antibody panel on a bone marrow specimen when it has been well-characterized as a B-cell lymphoproliferative disorder either by previous flow cytometric studies or with a concurrent lymph node biopsy. Also, a clinical history of a monoclonal gammopathy or the presence of a significant plasma cell population may only require cytoplasmic immunoglobulin studies and not the B-cell antibody panel.

If the triage process indicates the presence of a blast cell population or a monoclonal B-cell process, or morphologic review indicates the presence of an abnormal cell population, then an appropriate flow cytometric antibody panel will be performed. If a significant blast cell population is observed, an acute leukemia immunophenotypic panel will be ordered. Cytochemical stains may be performed (at no additional charge) to further subclassify the disease process. A B-lymphocyte panel will be ordered when there is an abnormal excess of kappa- or lambda-positive lymphocytes. A T-lymphocyte panel may be ordered when there is evidence of a lymphoid disorder in the absence of a blast population or B-cell abnormality. A clinical history of a monoclonal gammopathy or the presence of a plasma cell population will initiate a plasma cell panel. Appropriate two-, three-, or four-color immunophenotypic analyses (to evaluate surface, cytoplasmic and/or nuclear antigens) will be performed according to the diagnostic necessity within each case.

Figure 1 - Algorithm

FLOW CYTOMETRIC UTILIZATION

When the analysis is completed, all results will be communicated by a formal pathology report. Results are signed out within the same day for 70% of referred cases. Results can be faxed if the client is not equipped for electronic resulting. If desired, ordering physicians can request that the laboratory contact them by telephone with the results. Results include:
- morphologic description
- triage summary (if performed)
- panel antibody summary (if performed)
- flow interpretation (if performed)
- diagnosis and consultant comments

## Savings to the Patient

Medical care is very expensive and MML recognizes the need to apply laboratory resources cost-effectively to support quality patient care. For physicians utilizing MML's flow cytometric assays, there are financial benefits for the patient, the care provider, and referring laboratory. An appropriate laboratory test that rapidly leads to a specific and clinically relevant diagnosis, or charts an efficient evaluation or therapeutic course for that patient, can have a significant positive impact on reducing the total expense for that episode of care.

Previously, the fee for test #3287 was a flat rate of $539.90. If all flow cytometry tests were performed at this flat rate, the total cost to a practice would be the number of tests times the cost of the test. By incorporating this multi-step process, so that only appropriate flow testing is performed, there can be a significant financial benefit to a laboratory or clinical practice as compared to the flat rate. It is estimated that at least 10% of all flow cytometry test requests are unnecessary and could be canceled after the specimen evaluation – generating no charge to the client, and at least 25% of requests could be stopped after the triage analysis step. The following outlines the charges associated with each test outcome:

"Test Canceled" (after specimen evaluation):  No Charge
   *Flow Cytometry Not Appropriate*
"Triage Panel Analysis":  $315.00
   *Complete Flow Panel Not Necessary*
"Complete Flow Panel":  $539.90
   Total charge Includes:
     "Triage Panel Analysis":  $315.00
         and
     "Complete Flow Panel":  $224.90

Savings Example:
If a laboratory submits 10 samples to MML for test #3287, by our estimates, 1 sample would be cancelled and generate no charge, 2.5 (round to 3) samples would require only the triage panel analysis, and the remaining 6 samples would require the complete flow panel. This results in projected cost savings of $1,214.60.

| Previous Approach | Total Cost |
|---|---|
| 10 specimens x $539.90 = | $5399.00 |
| | |
| New Flow Utilization Approach | |
| 1 specimen cancelled = | $ 0.00 |
| 3 specimens triage only | |
| (3 x $315.00) = | $ 945.00 |
| 6 specimens complete flow panel | |
| (6 x 539.90) = | $3239.40 |
| Total cost to submitting laboratory | $4184.40 |

**Projected Cost Savings =**     $1214.60
[$5399.00 (Previous approach) - $4184.40 (New approach)]

## Summary

It is MML's goal to provide the highest possible level of diagnostic consultative service, trying to balance optimal patient care with a cost-conscious approach to solving difficult diagnostic problems. This article and algorithm define how a laboratory approach can help physicians optimize their diagnostic results from flow cytometric immunophenotyping studies and demonstrates Mayo's commitment to the appropriate utilization of medical effort.

3

Table 1

| Case Examples Of Flow Cytometric Triage Process |
|---|
| **Flow Studies Not Indicated** |
|     Hodgkin's disease |
|     Screening for myelodysplastic syndromes |
|     Chronic myeloproliferative disorders in chronic phase |
|     Reactive granulocytosis/neutrophilia without lymphocytosis |
|     Determining bone marrow blast cell percentage |
|     Screening good quality bone marrow specimens with no morphologic abnormalities |
|     Duplicate peripheral blood and bone marrow specimens from the same patient |
|     Separate, bilateral bone marrow aspirations |
|     Repeat specimen with no change in CBC, differential, morphology, or clinical situation |
|     Patients with cytopenia(s) and no morphological abnormalities on good quality bone marrow specimens |
|     Follow-up acute leukemia with no increase in blasts |
|     Patients with known T-cell lymphoproliferative disorders without lymphocytosis and no morphologically abnormal cells observed |
| **Flow Triage Only** |
|     Monoclonal gammopathies |
|     Increased plasma cells |
|     Bone marrow staging for B-cell lymphoma, previously well characterized |
|     Follow-up blood or marrow for B-cell lymphoproliferative disorder, previously well characterized |
|     Equivocal blast cell count on bone marrow specimen |
| **Flow Analysis with Complete Acute, B-cell, or T-cell Panel** |
|     Distinguishing acute lymphoblastic leukemia (ALL) from acute myeloid leukemia (AML) |
|     Distinguishing precursor B-cell ALL from precursor T-cell ALL |
|     Distinguishing precursor B-cell ALL from B-cell malignant lymphoma |
|     Detecting monoclonal B-cell processes (de novo or follow-up) |
|     Distinguishing monoclonal B-cells from polyclonal B-cells |
|     Distinguishing immunophenotypic subtypes of B-cell chronic lymphoproliferative disorders |
|     Identifying malignant lymphoma in blood or marrow, not previously characterized |
|     Distinguishing T-cell chronic lymphoproliferative disorders from B-cell chronic lymphoproliferative disorders |
|     Distinguishing CD4-positive from CD8-positive T-cell chronic lymphoproliferative disorders |
|     Identifying natural killer (NK) cell proliferations |

## Serum Lead Testing Discontinued

Whole blood lead has been defined by the Centers for Disease Control as the best test for detecting lead exposure. Use of the serum lead test as a screen for lead exposure can lead to erroneous clinical decisions, as serum analysis for lead is not truly indicative of lead toxicity. For this reason, MML discontinued its Lead, Serum (#8752) test. MML will continue to offer the Lead, Blood (#8602) test. The World Health Organization has defined the following:

    Chronic whole blood lead levels <10 $\mu$g/dL are normal for children.
    Lead levels in whole blood >60 $\mu$g/dL require active treatment by a physician.

4

**Changes in Billing for Leukemia/Lymphoma Immunophenotyping by Flow Cytometry - Tissue Specimens**
The feature article this month describes changes to the utilization of Leukemia/Lymphoma Immunophenotyping by Flow Cytometry (#3287). In addition, there are changes for tissue specimens, Surgical Pathology Consultation (#5439) and Leukemia/Lymphoma Immunophenotyping, Tissue Panel (#9439). The technical performance of these tests will not change, however, the components will now have separate fees associated with them.

    Test: Surgical Pathology Consultation (#5439)
        CPT Code: 88325 Surgical Pathology consultation
        Fee: $219.30
    Test: Leukemia/Lymphoma Immunophenotyping, Tissue Panel (#9439)
        CPT Code: 88180 x 6 Flow cytometry
        Fee: $159.20

    NOTE: In addition to the Surgical Consultation and Tissue Panel, only <u>one</u> of the following panels will be performed when needed:
- Leukemia Phenotyping Acute Panel
  CPT Code: 88180 x 14 Flow cytometry
- Leukemia Phenotyping B-Cell Panel
  CPT Code: 88180 x 9 Flow cytometry
- Leukemia Phenotyping T-Cell Panel
  CPT Code: 88180 x 7 Flow cytometry

# *Communiqué*



Editorial Board:
Jane C. Dale, M.D.
Tammy Fletcher
Terry Gorman
Autumn Latimore
Denise Masoner
Anita Workman
Contributors: Hanson, Curtis A. M.D., Hermansen, Jane M., Meyers, Cecelia H., Remstein, Ellen D. M.D., Kurtin, Paul J. M.D., Macon, William R. M.D., Hoyer, James D. M.D., McConnell, Joseph P. Ph.D., Hawkins, Sherri L.

Communiqué Staff:
Managing Editor: Denise Masoner
Medical Editor: Jane C. Dale, M.D.

The Communiqué is published by Mayo Reference Services to provide laboratorians with information on new diagnostic tests, changes in procedures or normal values, and continuing medical education programs and workshops.

A complimentary subscription of the Communiqué is provided to Mayo Medical Laboratories' clients.

Mayo Reference Services Communiqué
Stabile Building
150 Third Street SW
Rochester, Minnesota 55902
1-800-533-1710
http://www.mayo.edu

© 2000, Mayo Press

MAYO, MAYO CLINIC and the Mayo triple-shield logo and Mayo Reference Services are marks of Mayo Foundation for Medical Education and Research.

MC2831/R1100

Printed on 50% recycled paper with 10% post-consumer waste.