# EXHIBIT 5

```
 1              UNITED STATES DISTRICT COURT
                  DISTRICT OF CONNECTICUT
 2
             ------------------------X
 3   UNITED STATES OF AMERICA |
     ex rel. DR. JAMES J.     |    CIVIL ACTION NO.
 4   TIESINGA,                |    3:02 CV 1573(MRK)
              Plaintiff,      |
 5                            |
          vs.                 |
 6                            |
     DIANON SYSTEMS, INC.,    |    March 31, 2006
 7            Defendant.      |
             ------------------------X
 8

 9
              ATTACHED EXHIBITS CONTAIN CONFIDENTIAL HEALTH
10              INFORMATION SUBJECT TO PROTECTIVE ORDER

11

12             DEPOSITION of SUHA MISHALANI, M.D.

13

14
               Taken before Elzbieta A. Sirois, RPR,
15         LSR 350, a Court Reporter and Notary
           Public within and for the State of
16         Connecticut, pursuant to Notice and the
           Federal Rules of Civil Procedure, at the
17         Office of the United States Attorney for the
           District of Connecticut, 157 Church Street,
18         New Haven, Connecticut on March 31, 2006,
           commencing at 9:35 a.m.
19

20

21

22

23

24              FALZARANO COURT REPORTERS
                117 North Saddle Ridge
25              West Simsbury, CT 06092
                     860-651-0258
                —— Falzarano Court Reporters ——
```

```
 1
      APPEARANCES:
 2

 3      For the Plaintiff:

 4
           UNITED STATES DEPARTMENT OF JUSTICE
 5         157 Church Street
           New Haven, Connecticut 06510
 6         203.821.3792
               By:  RICHARD M. MOLOT, ESQ.
 7

 8
        For the Defendant:
 9
           AKIN, GUMP, STRAUSS, HAUER & FELD, LLP
10         1333 New Hampshire Avenue, N.W.
           Washington, D.C. 20036-1564
11         202.887.4000
           202.887.4288 Fax
12             By:  ROBERT S. SALCIDO, ESQ.

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1    The comprehensive I believe is needed to follow-up the
 2    patient.
 3         Q    But so you don't use the prior test to choose
 4    the panel?
 5         A    Correct.
 6         Q    So you don't use the clinical information to
 7    choose the panel, right?
 8         A    No.
 9         Q    You don't use the morphology to choose the
10    panel, right?
11         A    The morphology is used to go side by side with
12    the panel, yes.
13         Q    But you don't use it to choose the panel?
14         A    No.
15         Q    And you don't use the prior test to choose the
16    panel?
17         A    No.
18         Q    I think there were three -- again referring to
19    Government Exhibit 23.  I think it looks like there
20    were three specimens collected on March 22nd, 2001.
21    Bone marrow, left, that's at page 53.  Bone marrow
22    right, at page 67?
23         A    Yes.
24         Q    And blood at page 78, correct?
25         A    Correct.
```