# EXHIBIT 10

# STUART D. FLYNN, M.D.

| | |
|---|---|
| **Present Position:** | **Associate Dean for Academic Affairs** |
| | **Professor, Departments of Pathology and Basic Medical Sciences** |
| | |
| **Office Address:** | The University of Arizona College of Medicine-Phoenix Campus |
| | 4001 North Third Street, Suite 415 |
| | Phoenix, AZ 85012-6823 |
| | |
| **Telephone Number:** | (602) 631-6577 |
| | |
| **Fax Number:** | (602) 631-6579 |
| | |
| **Personal:** | |
| Wife | Karen |
| Children | Andrea |
| | Shannon |
| | Conor |
| | Dillon |
| | |
| **Licenses:** | Michigan     (No. 42650) |
| | California     (No. G51093) |
| | Maine          (No. 11921) |
| | Connecticut  (No. 027425) |
| | |
| **Certification:** | Diplomate, National Board of Medical Examiners, 1980 |
| | Diplomate, American Board of Pathology, 1983 |
| **Education:** | |
| High School | Sault Area High School, Sault Ste. Marie, Michigan |
| College | Lake Superior State University, Sault Ste. Marie, Michigan |
| | No degree awarded |

| | |
|---|---|
| Medical School | The University of Michigan, Ann Arbor, Michigan |
| | Degree: M.D. |
| Graduate School | Yale University, New Haven, CT |
| | Masters in Arts, Honorary Degree |

**Professional Training:**

| | |
|---|---|
| July 1979-June 1983 | The University of Michigan Medical Center, Combined Anatomic and Clinical Pathology, Resident in Pathology |
| July 1983-June 1984 | Stanford University School of Medicine, Postdoctoral Fellow |

**Appointments:**

| | |
|---|---|
| July 1984-June 1985 | Stanford University School of Medicine: Clinical Instructor in Pathology |
| July 1985-June 1986 | Maine Medical Center: Associate Pathologist |
| | Maine Cytometry Research Center: Associate Pathologist |
| July 1986-November 1990 | Yale University School of Medicine: Assistant Professor of Pathology |
| December 1990-June 2001 | Yale University School of Medicine: Associate Professor in Pathology |
| July 1986-June 2006 | Yale-New Haven Hospital: Attending Physician |
| April 1987-January 1992 | Yale University School of Medicine: Director, Cytopathology Laboratory |
| July 1986-June 2006 | Yale University School of Medicine: Director, Cell Marker Laboratory |
| July 1986-June 2006 | Yale University School of Medicine: Director, Flow Cytometry Laboratory |
| July 1990-June 2006 | Yale University School of Medicine: Section Head, Division of Genitourinary Pathology and Endocrine Pathology |
| July 1991-June1992 | Yale University School of Medicine: Co-Director, Pathology Residency Program |
| July1992-June 1994 | Yale University School of Medicine: Director, Pathology Residency Program |
| January 1993-June 2006 | Yale University School of Medicine: Section Head, Division of Hematopathology |
| July 1996-June 2006 | Yale University School of Medicine: Co-Director, Medical Studies |
| March 2000-June 2000 | Yale University School of Medicine: Associate Professor of |

|  |  |
|---|---|
|  | Surgery/Oncology |
| July 2000-June 2006 | Yale University School of Medicine: Director, Surgical Pathology |
| July 2001-June 2006 | Yale University School of Medicine: Professor of Pathology and Surgery |
| July 2001-June 2006 | Yale University School of Medicine: Director, Pathology Residency Training Program |
| July 2001-June 2006 | Yale University School of Medicine: Director and Coordinator, Pre-Clinical Modules |

**Professional Activities:**

| | |
|---|---|
| 1985-1986 | Director, Immunohistochemistry Laboratory, Maine Medical Center |
| 1985- 1986 | Member, Foundation for Blood Research, Portland, Maine |
| 1986-1988 | Member, Cancer Committee, Yale University School of Medicine |
| 1986-1993 | Member, Gastrointestinal Cancer Study Group, Yale University School of Medicine |
| 1987-1988 | Member, Tissue Committee, Yale-New Haven Hospital |
| 1988-1994 | Chairman, Tissue Committee, Yale-New Haven Hospital |
| 1987-2006t | Member, Professional Practices and Ethics, Connecticut Society of Pathologists |
| 1987-1993 | Coordinator, Clinicopathologic Conferences (Pathology), Yale University School of Medicine |
| 1987-1989 | Director, Photography Laboratory, Department of Pathology, Yale University School of Medicine |
| 1987-1994 | Member, Residency Selection Committee, Department of Pathology, Yale University School of Medicine |
| 1987-1994 | Member, Investigational Molecular Medicine Committee, Yale University School of Medicine |
| 1990-2006 | Study Group Member, Educational and Curriculum Committee, Yale University School of Medicine |
| 1991-2006 | Member, Medical School Admissions Committee, Yale University School of Medicine |
| 1993-1995 | Team Leader, Report Generation Improvement Committee, Department of Pathology, Yale University School of Medicine |

| | |
|---|---|
| 1994-2006 | Co-Chairperson, Pathology Resident Education Committee, Department of Pathology, Yale University School of Medicine |
| 1996-2006 | Member, Basic Science Curriculum Committee, Yale University School of Medicine |
| 1996-2006 | Member, Educational Policy and Curriculum Committee, Yale University School of Medicine |
| 1996-2006 | Member, Medical School Council, Yale University School of Medicine |
| 1996-2006 | Member, Steering Committee, Medical School Council, Yale University School of Medicine |
| 1997-2004 | Chairman, Steering Committee, Medical School Council, Yale University School of Medicine |
| 1998-2000 | Member, Dean's Advisory Committee, Yale University School of Medicine |
| 1998-Present | Member, National Board of Medical Examiners Pathology Test Committee |
| 1998-Present | Member, USMLE Step I Test Material Development Committee |
| 2001-2006 | Director and Coordinator, Pre-Clinical Modules, Yale University School of Medicine |
| 2002-2006 | Member, Senior Faculty Allotment Committee, Yale University School of Medicine |
| 2004-2006 | Member, Education Chairs Coordinating Committee, Yale University School of Medicine |
| 2004-2006 | Co-Director, Pre-Clinical Assessment Committee, Yale University School of Medicine |
| 2005-2006 | Member, Pharmacology Task Force Committee, Yale University School of Medcine |

**Professional Societies:**

Society of Analytical Cytology

Connecticut Society of Pathologists

Connecticut Cytology Association

New England Pathology Society

California Society of Pathologists
American Medical Association
American Association for the Advancement of Science
International Academy of Pathology
European Society for Analytical Cellular Pathology
American Society of Endocrine Surgeons
A. James French Society of Pathologists

**Editorial Review Board/Journal Referee:**
Advances in Anatomic Pathology
Cancer
Modern Pathology
Human Pathology
Journal of Urology
Laboratory Investigation
Oncology Research
Pediatric and Development Pathology

**Professional Honors:**
*The Averill A. Liebow Award* for excellence in the teaching of Pathology Residents, Yale
　　University School of Medicine, Department of Pathology 1989-1990.
*Distinguished Alumnus Award*, Lake Superior State University, 1993
*A.J. French Society Distinguished Member*, University of Michigan, 1993
*Charles W. Bohmfalk Teaching Award*, Yale University School of Medicine Teacher of the Year, 1998
*Founding Member*, Yale Society of Distinguished Teachers, 2002
*America's Top Physician's Award*, Consumers' Research Council of America, 2003
*America's Top Physician's Award*, Consumers' Research Council of America, 2004
*Teacher of the Year Award*, Yale University School of Medicine, 2004
*The Averill A. Liebow Award* for excellence in the teaching of Pathology Residents, Yale
　　University School of Medicine, Department of Pathology 2005-2006.

**Grant Support:**

**Pending:**
NCI
Genetics and Epigenetic Susceptibility to Colon Cancer
P.I.:  Y. Zhu
Total costs:  $2,432,141.00
1/1/06 – 12/31/10


NIH
Circadian Disruption and Breast Cancer in Young Women
P.I.: - T. Zheng
Total costs:  $4,054,087.00
12/1/05-11/30/10

**Expired:**
National Institute of Health
RO1 CA62006-01
Hair dye use and risk of non-Hodgkin's lymphoma
P.I.:  T. Zheng
Percent Effort:   1%
Total amount per year: $286,040
Total amount of grant: $2,014,668
07/01/96 to 06/30/01


National Institute of Health
CA47533-01
Molecular cytology in human pancreatic cancer
P.I.:  J.D. Jamieson
Percent Effort:  5%
Total amount of grant:  342,857
Total amount per year:  170,024
4/1/88-3/31/92


National Institute of Health
NIH DK93-19
Nitric Oxide Transduction Mechanisms in Urinary Tract Infections and Insterstitial Cystitis
P.I.:  Robert Weiss
Percent Effort:  5%
Total amount of grant:  $860,312
Total amount per year:  $159,738
10/1/93-9/30/98


Yale University Comprehensive Cancer Center

Title: Image analysis as a clinical assay to measure intracellular topoisomerase content & distribution
Name of P.I.: J. Murren
Percent Effort: 5%
Total amount of grant: $120,000
Total amount per year: $20,000
1/1/93-12/31/93

National Institute of Health
NIH NCI RO1 CA41556
Growth Control of Normal and Malignant Keratinocytes
P.I.: M. Reiss
Percent Effort: 5%
Total amount per year: $192,497 (Dr. Flynn worked on this project until 12/31/99)
4/1/99-3/31/04.

Cancer Center Collaborative Research Award
Anti-phosphotysine screening of receptor activation in human breast and ovarian carcinoma
Total direct costs: $10,000
11/1/90-1/31/91

### Publications:

1. Flynn SD, Keren DF, Torretti B, Dieterle RC, Grauds S: Factors affecting enzyme-linked immunosorbent assay (ELISA) for insulin antibodies in serum. Clin Chem 27:1753-7, 1981.

2. Judd WJ, Oberman HA, Flynn SD: Fatal intravascular hemolysis associated with T-polyagglutination. Transfusion 22:345-6, 1982.

3. Berenson RJ, Flynn SD, Freiha FS, Kempson RL, Torti FM: Primary osteogenic sarcoma of the bladder. Case report and review of the literature. Cancer 57:350-5, 1986.

4. Hu E, Horning S, Flynn S, Brown S, Warnke R, Sklar J: Diagnosis of B cell lymphoma by analysis of immunoglobulin gene rearrangements in biopsy specimens obtained by fine needle aspiration. J Clin Oncol 4:278-83, 1986.

5. Nishiyama RH, Bigos ST, Goldfarb WB, Flynn SD, Taxiarchis LN: The efficacy of simultaneous fine-needle aspiration and large-needle biopsy of the thyroid gland. Surgery 100:1133-7, 1986.

6. Lynes WL, Flynn SD, Shortliffe LD, Lemmers M, Zipser R, Roberts J, Stamey TA: Mast cell involvement in interstitial cystitis. J Urol 138:746-52, 1987.

7. Flynn SD, Nishiyama RH, Bigos ST: Autoimmune thyroid disease: Immunologic, pathologic and clinical aspects. Crit Rev Clin Lab Sci 26:43-95, 1988.

8. Yousem SA, Flynn SD: Intrapulmonary localized fibrous tumor (Intraparenchymal so-called localized fibrous mesothelioma). Am J Clin Pathol 89:365-9, 1988.

9. Flynn SD: Lymphoproliferative disorders of the skin. College of American Pathologists Symposium 1988.

10. Flynn SD: Malignant lymphoma of the thyroid gland. The American Society of Clinical Pathologists Check Sample Continuing Education Program. Anatomic Pathology II, 12:1, 1988.

11. Flynn SD: An overview of cutaneous T-cell neoplasms. American Society of Dermatology Symposium 1988.

12. Lee F, Flynn SD, Salazar AM: Sudden death six weeks after a myocardial infarct. Yale J Biol Med 61:457-65, 1988.

13. Flynn SD, Forman BH, Stewart AF, Kinder BK: Poorly differentiated ("insular") carcinoma of the thyroid gland: An aggressive subset of the differentiated thyroid neoplasms. Surgery 104:963-70, 1988.

14. Chambers SK, Flynn SD, Del Prete SA, Chambers JT, Schwartz PE: Bleomycin, vincristine, mitomycin-C and cisplatinum in gynecologic squamous cell carcinomas: A high incidence of pulmonary toxicity. Gyn Oncol 32:303-9, 1989.

15. Bagwell SP, Flynn SD, Cox PM, Davison JA: Primary malignant melanoma of the lung. Am Rev Resp Dis 139:1543-7, 1989.

16. Leach SD, LaMorte AI, True LD, Flynn SD, Schwartz PE, Cahow CE, Kinder BK: Aberrant hormone production from ovarian neoplasms: Strategies for diagnosis and therapy. World J Surg 14:335-40, 1990.

17. Lynes WL, Flynn SD, Shortliffe LD, Stamey TA: The histology of interstitial cystitis. Am J Surg Pathol 14:969-76, 1990.

18. Flynn SD, Yousem SA: Pulmonary meningiomas: A report of two cases. Hum Pathol 22:469-74, 1991.

19. Scoutt LM, Flynn SD, Luthringer DJ, McCauley T, McCarthy S: Junctional zone of the uterus: Correlation of MR imaging and histologic examination of hysterectomy specimens. Radiology 179:403-7, 1991.

20. Poo WH, Fynan T, Davis C, Flynn SD, Durivage H, Todd M. High dose recombinant IL-2 alone in patients with metastatic renal cell carcinoma. Proceedings ASCO 10:557, 1991.

21. Lichter JB, Wu J, Genel M, Flynn SD, Pakstis AJ, Kidd JR, Kidd KK: Pre-symptomatic testing using DNA for individuals at risk for familial MEN 2A. J Clin Endoc Metab 74:368-73, 1992.

22. Reed JA, Brigati DJ, Flynn SD, McNutt NS, Min KW, Welch DF, Slater LN. Immunocytochemical identification of Rochalimaea henselae in bacillary (epithelioid) angiomatosis, parenchymal bacillary peliosis, and persistent fever with bacteremia. Am J Surg Pathol 16:650-7, 1992.

23. Seifer DB, Honig J, Penzias AS, Lavy G, Nadkarni PM, Jones EE, DeCherney AH, Flynn SD: Flow cytometric analysis of deoxyribonucleic acid in human granulosa cells as a function of chronological age and ovulation induction regimen. J Clin Endoc Metab 75:636-40, 1992.

24. Basson MD, Modlin IM, Flynn SD: Current clinical and pathologic perspectives on gastric stromal tumors. Surg Gynecol Obstet 175:477-89, 1992.

25. Filderman AE, Silvestri GA, Gatsonis C, Luthringer DJ, Honig J, Flynn SD: Prognostic significance of tumor proliferative fraction and DNA content in stage I non-small cell lung cancer. Am Rev Respir Dis 146:707-10, 1992.

26. Haffty BG, Toth M, Flynn SD, Fischer D, Carter D: Prognostic value of DNA flow cytometry in the locally recurrent, conservatively treated breast cancer patient. J Clin Oncol 10:1839-47, 1992.

27. Flynn SD, Murren J, Kirby W, Honig J, Kan L, Kinder B: P-glycoprotein expression and multidrug resistance in adrenocortical carcinoma. Surgery 112:981-6, 1992.

28. Ruggeri B, Zhang SY, Caamano J, DiRado M, Flynn SD, Klein-Szanto AJP: Human pancreatic carcinomas and cell lines reveal frequent and multiple alterations in the p53 and Rb-1 tumor suppressor genes. Oncogene 7, 1503-11, 1992.

29. Basson MD, Modlin IM, Flynn SD, Jena BP, Madri JA. Independent modulation of enterocyte migration and proliferation by growth factors, matrix proteins and pharmacologic agents in an in vitro model of mucosal healing. Surgery 112:299-307, 1992.

30. Haffty BG, Carter D, Flynn SD, Fisher D, Brash D, Fischer J: Local recurrence versus new primary: A clinical analysis of 82 breast relapses and potential applications for genetic fingerprinting. Int J Radiat Oncol Biol Phys 27:575-83, 1993.

31. Scoutt LM, McCauley T, Flynn SD, Luthringer DJ, McCarthy S: Zonal anatomy of the cervix: Correlation of MR imaging and histologic examination of hysterectomy specimens. Radiology 186:159-62, 1993.

32. Seifer DB, MacLaughlin DT, Penzias AS, Behrman HR, Asmundson L, Donahoe PK, Haning RV, Flynn SD. Gonadotropin-releasing hormone agonist induced differences in granulosa cell cycle kinetics are associated with alterations in follicular fluid Mullerian-inhibiting substance and androgen content. J Clin Endocrinol Metab 76:711-4, 1993.

33. Flynn SD, Kinder BK: Histologic, flow cytometric, and genetic criteria in endocrine surgery. Current Opinion in General Surgery 1:115-20, 1993.

34. Hwang E, Riese DJ, Settleman J, Nilson LA, Honig J, Flynn SD, DiMaio D: Inhibition of cervical carcinoma cell line proliferation by the introduction of a bovine papillomavirus regulatory gene. J Virol 67:3720-9, 1993.

35  Wong TY, Reed JA, Suster S, Flynn SD, Mihm MC: Benign trichogenic tumours: a report of two cases supporting a simplified nomenclature. Histopathology 22:575-80, 1993.

36. August DA, Flynn SD, Jones MA, Bagwell CB, Kinder BK: Parathyroid carcinoma: The relationship of nuclear DNA content to clinical outcome. Surgery 113:290-6, 1993.

37. Mani S, Flynn SD, Duffy TP, Morgan W: Isolated amyloidosis of the penile urethra and corpus spongiosum. A case report. J Urol 150:1915-6, 1993.

38. Kozol RA, Geelhoed GW, Flynn SD, Kinder BK: Management of ectopic thyroid nodules. Surgery 114:1103-6, 1993.

39. Tan LK, Flynn SD, Carcangiu ML: Ovarian serous borderline tumors with lymph node involvement. Clinicopathologic and DNA content study of seven cases and review of the literature. Am J Surg Pathol 18:904-912, 1994.

40. Ennis RD, Flynn S, Fischer DB, Peschel RE: Preoperative serum prostate-specific antigen and Gleason grade as predictors of pathologic stage in clinically organ confined prostate cancer: Implications for the choice of primary treatment. Intl J Radiat Oncol Biol Phys 30:317-22, 1994.

41. Cooper DL, Sinard JH, Edelson RL, Flynn SD: Cardiogenic shock due to progression of cutaneous T-cell lymphoma. South Med J 87:89-94, 1994.

42. Scoutt LM, McCarthy SM, Flynn SD, et al. Clinical stage I endometrial carcinoma: pitfalls in preoperative assessment with MR imaging. Work in progress. Radiology 194:567-72, 1995.

43. Reale MA, Yen Y, Strair RK, Flynn SD, Cooper DL. Pseudoleukemia after granulocyte colony-stimulating factor therapy. South Med J 88:462-4, 1995.

44. Wong TY, Suster S, Bouffard D, Flynn SD, Johnson RA, Barnhill RL, Mihm MC Jr. Histologic spectrum of cutaneous involvement in patients with myelogenous leukemia including the neutrophilic dermatoses. Int J Dermatol 34:323-9, 1995.

45. Mani S, Haffty BG, Sinard J, Fischer D, Papac RJ, Flynn SD. DNA ploidy as a significant predictor of recurrence-free survival in male patients with breast cancer. Breast J 1:356-361, 1995.

46. Flynn S. Polysialic acid of the neural cell adhesion molecule and other immunohistochemical markers in medullary thyroid carcinomas. Advances in Anatomic Pathology 3: 22-27, 1996.

47. Murren JR, Durivage HJ, Buzaid AC, Reiss M, Flynn SD, Carter D, Hait WN. Trifluoperazine as a modulator of multidrug resistance in refractory breast cancer. Cancer Chemother Pharmacol 38:65-70, 1996.

48. DiGiovanna MP, Carter D, Flynn SD, Stern DF. Functional assay for HER-2/*neu* demonstrates active signalling in a minority of HER-2/*neu*-overexpressing invasive human breast tumours. Br J Cancer 74:802-806, 1996.

49. Haffty BG, Brown F, Carter D, Flynn SD. Evaluation of HER-2/*neu* oncoprotein expression as a prognostic indicator of local recurrence in conservatively treated breast cancer: A case-control study. Int J Radiat Oncol Biol Phys 35:751-57, 1996.

50. Mitchell BK, Cornelius EA, Zoghbi S, Murren JR, Fedele J, Kinder BK, Flynn SD: Mechanism of technetium 99m sestamibi parathyroid imaging and the possible role of p-glycoprotein. Surgery 120:1039-45, 1996.

51. Citardi MJ, Abrahams JJ, Flynn SD, Sasaki CT. Efficacy of transcutaneous CT-guided fine needle aspiration biopsy in patients with laryngeal squamous cell carcinoma, probable failed radiation therapy and negative transmucosal biopsies. Laryngoscope 106:1244-7, 1996.

52. Fezza JP, Wolfley DE, Flynn SD. Malignant peripheral nerve sheath tumor of the orbit in a newborn: A case report and review. J Pediatr Ophthalmol Strabismus 34:128-31, 1997.

53. Troiano RN, Lazzarini KM, Scoutt LM, Lange RC, Flynn SD, McCarthy S: Fibroma and fibrothecoma of the ovary: MR imaging findings. Radiology 204:795-98, 1997.

54. Murren JR, Anderson S, Fedele J, Pizzorno G, Belliveau D, Zelterman D, Burtness BA, Tocino I, Flynn SD, Beidler D, Cheng Y. Dose escalation and pharmacodynamic study of topotecan in combination with cyclophosphamide in patients with refractory cancer. J Clin Oncol 15:148-57, 1997.

55. Troiano RN, Flynn SD, McCarthy S: Cystic adenomyosis of the uterus: MRI. J Magn Reson Imaging 8:1198-202, 1998.

56. Heptulla RA, Schwartz RP, Bale AE, Flynn SD, Genel M: Familial medullary thyroid carcinoma: Presymptomatic diagnosis and management in children. J Pediatr 135:327-31, 1999.

57. Hui P, Howe G, Crouch J, Qumsiyeh M, Rimm D, Flynn S, Tallini G, Smith B: Real-time quantitative RT-PCR of cyclin D1 mRNA in mantle cell lymphoma: Comparison with FISH and immunohistochemistry. Leukemia and Lymphoma 44:1385-94. 2003.

58. Morton LM, Holford TR, Leaderer B, Boyle P, Zahm SH, Zhang Y, Flynn SD, Tallini G, Zhang B, Owens PH, Zheng T. Cigarette smoking and risk of non-Hodgkin lymphoma subtypes among women. Br J Cancer 89:2087-2092, 2003.

59. Morton LM, Holford TR, Leaderer B, Boyle P, Zhang Y, Zahm SH, Boyle P, Flynn SD, Tallini G, Owens PH, Zhang B, Zheng T. Alcohol use and risk of non-Hodgkin's lymphoma among Connecticut women (United States). Cancer Causes Control 14:687-694, 2003.

60. Morton LM, Engels EA, Holford TR, Leaderer B, Zhang Y, Zahm SH, Boyle P, Boyle P, Flynn SD, Tallini G, Owens PH, Zhang B, Zheng T. Hepatitis C virus and risk of non-Hodgkin's lymphoma: A population-based case-control study among Connecticut women. Cancer Epidemiol Biomarkers Prev 13:425-430, 2004.

61. Zheng T, Holford TR, Leaderer B, Zhang Y, Zahm SH, Flynn SD, Tallini GT, Owens PH, Lan Q, Rothman N, Boyle P: Hair Coloring Product use and risk of Non-Hodgkin's lymphoma: A population-based case-control study in Connecticut. Am J Epidemiol 159:148-154, 2004.

62. Zheng T, Holford TR, Leaderer B, Zhang Y, Zahm SH, Flynn SD, Tallini GT, Zhang B, Zhou K, Owens PH, Lan Q, Rothman N, Boyle P: Diet and nutrient intakes and risk of non-Hodgkin's lymphoma in Connecticut women. Am J Epidemiol 159:454-466, 2004.

63. Zhang Y, Holford T, Leaderer B, Boyle P, Zahm S, Owens P, Zhang B, Zou K, Morton L, Owens P, Flynn S, Tallini G, Zheng T: Menstrual and reproductive factors and risk of non-Hodgkin's lymphoma among Connecticut women. Am J Epidemiol 160:766-773, 2004.

64. Zhang Y, Holford T, Leaderer B, Boyle P, Zahm SH, Owens P, Morton L, Zhang B, Zou K, Flynn S, Tallini G, Zheng T. Blood Transfusion and Risk of Non-Hodgkin's Lymphoma in Connecticut Women. Am J Epidemiol 160:325-330, 2004.

65. Zhang Y, Holford T, Leaderer B, Zahm SH, B, Boyle P, Morton L, Zhang B, Zou K, Flynn S, Tallini G, Owens P, Zheng T.. Prior medical conditions and medication use and risk of non-Hodgkin's lymphoma in Connecticut United States women. Cancer Causes Control 15:419-428, 2004.

66. Ariyan S, Ariyan C, Farber LR, Fischer DS, Flynn SD, Truini C. Reliability of identification of 655 sentinel lymph nodes in 263 consecutive patients with malignant melanoma. J Am Col Surg 198:924-932, 2004.

67. Dotto JE, Ahrens W, Lesnik D, Kowalsi D, Sasaki C, Flynn S. Solitary FibrousTumor of the Laryx: Case Report and Review of the Literature. Arch Pathol Lab Med 130:213-216, 2006.

68. Gollerkeri A, Bray-Ward P, Flynn SD, Reiss M: Allelic loss of transforming growth factor-β receptor genes in primary breast cancer detected by fluorescence in situ hybridization. Lab Invest (In Press).

69. Orloff JJ, Galbraith SC, Kinder BK, Cooper B, Flynn SD. A corticotropin-unresponsive, exclusively testosterone-secreting adrenal adenoma. JCEM (Submitted).

70. Cooper D, Flynn SD: Pseudoleukemia following granulocyte colony stimulating factor. Blood (Submitted).

71. Flynn SD, Jekel JF, Kinder BK: Size as a diagnostic criterion in follicular neoplasms of the thyroid. Surgery (Submitted).

72. Ribeiro CA, Katz LD, Flynn SD, Lawson JP: Synovial sarcoma. Skeletal Radiol (Submitted).

73. Chu P, Flynn SD, Claus E, Carter D: Angiogenesis and DNA ploidy by subtype of ductal carcinoma-in-situ (DCIS) of the breast. A study of 214 cases. Cancer (Submitted).

**Chapters in Books:**

1. Flynn SD: Leukocyte common antigen, immunoglobulins, and other hematolymphoid antigens. In True LD, Atlas of Diagnostic Immunohistopathology, Gower Medical Publishing, The C.V. Mosby Co., New York/London, 1989.

2. Flynn SD, Seifer D: The clinical application of human chorionic gonadotropin. In Henry JB, Clinical Diagnosis and Management, W.B. Saunders Co., Philadelphia/London, 1990.

3. Flynn SD, Kacinski B, Peschel R: The molecular pathology of the uroepithelium. In Ernstoff MS, Urologic Cancer, W.W. Norton Co., New York, 1995.

4. Flynn SD, Seifer D: Human chorionic gonadotropin. In Henry JB, Clinical Diagnosis and Management, W.B. Saunders Co., Philadelphia/London, 1995.

5. Friedlaender GE, Katz LD, Flynn SF: Paget's Disease and Paget's Sarcoma. In Orthopaedic Knowledge Update: Musculoskeletal Tumors, American Academy of Orthopaedic Surgeons, Rosemont, IL, 2002.