# EXHIBIT 12

## Curriculum Vitae for Academic Promotion
### The Johns Hopkins University School of Medicine

Signature: _____        Date: _____

**Michael J. Borowitz, M.D., Ph.D.**

## DEMOGRAPHIC INFORMATION:

### Current Appointment:

Professor of Pathology and Oncology
Deputy Director(Vice Chair) for Clinical Affairs
Deputy Director(Vice Chair) for Education

### Personal Data:

| | |
|---|---|
| Business Address: | Department of Pathology |
| | The Johns Hopkins University School of Medicine |
| | The Harry and Jeannette Weinberg Building |
| | 401 N. Broadway, Room 2335 |
| | Baltimore, MD 21231 |
| Phone: | (410)614-2889 |
| Facsimile: | (410)502-1493 |
| E-mail: | mborowit@jhmi.edu |
| SSN | 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 |

### Education and Training:

| Degree/Year | Institution | Discipline |
|---|---|---|
| B.S. 1971 | Massachusetts Institute of Technology | |
| Ph.D. 1977 | Duke University | Graduate School |
| M.D. 1977 | Duke University | Medical School |
| Resident 1977-81 | Duke University Medical Center | Anatomic/Clinical Pathology |
| Chief Resident 1980-81 | Duke University Medical Center | Anatomic/Clinical Pathology |

**Certification**

Diplomate, National Board of Medical Examiners
American Board of Pathology (Anatomic and Clinical Pathology), 1981
Maryland Medical License D44981
North Carolina Medical License (Inactive) 24892

**Professional Experience:**

Assistant Professor of Pathology, Duke University School of Medicine, 1981-1987
Associate Professor of Pathology, Duke University School of Medicine, 1987-1993
Professor of Pathology & Oncology, Johns Hopkins University School of Medicine, 1993-
Deputy Director for Education, 1996-
Deputy Director for Clinical Affairs, 2001-

## RESEARCH ACTIVITIES:

### Publications: Referred Journals

1. Borowitz, M.D, and Blum, J.J., (1976) Triacyglycerol Turnover in Tetrahymena Pyriformis: Relations to Phospholipid Synthesis. Biochim. Biophys, Acta 424:114-124.

2. Borowitz, M.J., Stein, R.B. and Blum, J.J. (1976) Quantitative Analysis of the Change in Metabolite Fluxes along the Glycolytic and Pentose-Phosphate Pathways in Tetrahymena in Response to Carbohydrate. J. Biol. Chem. 252:1589-1605.

3. Borowitz, M.J., Raugi, G., Liang, T. and Blum, J.J. (1977) Leucine Catabolism, and $CO_2$ Fixation into Fatty Acids by Tetrahymena: Evidence for two Pools of $CO_2$. J. Biol. Chem. 252:3401-3407.

4. Borowitz, M.J., Bigner, S.H. and Johnston, W.W. (1981) Diagnostic Problems in the Cytologic evaluation of Cerebrospinal Fluid for Leukemia and Lymphomas. Acta Cytol. 25:665-674.

5. Borowitz, M.J., Croker, B.P., and Metzgar, R.S. (1981) Comparison of Histologic and Immunologic Heterogeneity of Non-Hodgkin's Lymphomas. Amer. J. Pathol. 105:97-106.

6. Borowitz, M.J., Croker, B.P. and Burchette, J. (1982) Immunocytochemical Detection of Lymphocyte surface Antigens in Fixed Tissue. J. Histochem. Cytochem. 30:171-174.

7. Metzgar, R.S., Borowitz, M.J., Jones, N.H. and Dowell, B.L. (1981) The Distribution of Common Acute Lymphoblastic Leukemia Antigen (Calla) in Non-Hematopoietic Tissues. J. Exp. Med 154:1249-1254.

8. Metzgar, R.S., Gaillard, M.T., Levine, S.J., Bossen, E.H. and Borowitz, M.J. (1982) Antigens of Human Pancreatic Adenocarcinoma Cells Defined by Murine Monoclonal Antibodies. Cancer Research 42:601-608.

9. Borowitz, M.J., Croker, B.P. and Metzgar, R.S. (1982) Immunohistochemical Analysis of Lymphocyte Subpopulations in Hodgkin's Disease. Cancer Treat. Reports 66:667-674.

10. Jones, N.H., Borowitz, M.J. and Metzgar, R.S. (1982) Characterization and Distribution of a 24,000 Dalton Antigen Defined by a Monoclonal Antibody (DU-ALL-1) Elicited to Common Acute Lymphoblastic Leukemia (CALL) Cells. Leukemia Research 6:449-464.

11. Croker, B.P. and Borowitz, M.J. (1982) Cytotoxic T Cell Allotaxis in Human Kidney Rejection. Am. J. Clin. Pathol, 78:703-711.

12. Shirley, L.R., Buckley, R.W., Borowitz, M.J., Welt, S.I. and Kostyu, D.D. (1982) Monoclonal Immunoglobulin-Secreting Lymphoma in a Patient with Severe Combined Immunodeficiency Disease. Clin. Exp. Immunol. 48:666-674.

13. Stuhlmiller, G.M., Borowitz, M.J., Croker, B.P. and Seigler, H.F. (1982) Multiple Assay Characterization of Murine Monoclonal Anti-Melanoma Antibodies. Hybridoma 1:447-460.

14. Borowitz, M.J., Croker, B.P. and Metzgar, R.S. (1983) Lymphoblastic Lymphoma with the Phenotype of Common Acute Lymphoblastic Leukemia. Am. J. Clin. Pathol. 79:387-391.

15. Wolfe, J.A. and Borowitz, M.J. (1984) Composite Lymphoma: A Unique Case of Two Immunologically Distinct B-Cell Neoplasms. Amer. J. Clin. Pathol. 81:526-529.

16. Dowell, B.L., Tuck, F.L., Borowitz, M.J., LeBien, T.W. and Metzgar, R.S. (1984) Phylogenetic Distribution of a 24,000 Dalton Human Leukemia-Associated Antigen on Platelets and Kidney Cells. Developmental and Comparative Immunology 8:187-195, 1984.

17. Borowitz, M.J., Newby, S., Brynes, R.K., Byrne, G.E. Jr., Collins, R.D., Cousar, J.B., Crissman, J.D., and Whitcomb, C.C. (1984) Multi-Institution Study of Non-Hodgkin's Lymphomas Using Frozen Section Immunoperoxidase. The Southeastern Cancer Group Experience. Blood 63:1147-1152.

18. Borowitz, M.J., Tuck, F.L., Sindelar, W.F., Fernsten, P.D., Metzgar, R.S. (1984) Monoclonal Antibodies Against Human Pancreatic Adenocarcinoma: Distribution of DU-PAN-2 Antigen on Glandular Epithelia and Adenocarcinoma. J. Nat. Cancer Inst. 72:999-1005.

19. Borowitz, M.J., Stevanovic, G. and Gottfried, M. (1984) Different Diagnosis of Undifferentiated Malignant Tumors using Monoclonal Antibody T29/33. Human Pathology 15:928-934.

20. Burton, G.V., Borowitz, M.J. and Weinberg, J.B. (1984) Extramedullary Recurrence of Acute Lymphoblastic Leukemia 15 Years After Initial Diagnosis. Med. Pediat. Oncol. 12:255-257.

21. Stuhlmiller, G.M., Borowitz, M.J. and Seigler, H.F. (1984) D6.1, A Murine Antimelanoma Monoclonal Antibody from Congenitally Athymic Nude Mice Immunized with Purified Melanoma Tumor Associated Antigen. Hybridoma 3:333-346.

22. Borowitz, M.J., Dowell, B.L., Boyett, J.M., Falletta, J.M., Pullen, D.J., Crist, W.M., Humphrey, G.B. and Metzgar, R.S. (1984) Monoclonal Antibody Definition of T Cell Acute Leukemia.. A Pediatric Oncology Group Study. Blood 65:785-788.

23. Johnston, W.W., Borowitz, M.J., Stuhlmiller, G.M. and Seigler, H.F. (1985) Expression of a Melanoma Tumor Associated Antigen as Demonstrated by a Monoclonal Antibody (D6.1) in Cytopathologic Preparations of Human Tumor Cells from Effusions and Needle Aspirates. Anal. Quant. Cytol. 7:72-80.

24. Dunstan. R.A., Simpson, M.B. and Borowitz, M.J. (1985) Absence of ABH Antigens on Neutrophils. Br. J. Haematol. 60:651-657.

25. Borowitz, M.J., Weiss, M.A., Bossen, E.H. and Metzgar, R.S. (1986) Characterization of Renal Neoplasms with Monoclonal Antibodies to Leukocyte Differentiation Antigens. Cancer 57:251-256.

26. Borowitz, M.J., Bousvaros, A., Brynes, R.K., Collins, R.D., Cousar, J.B., Whitcomb, C.C. Kerns, B.J. and Byrne, G.E., Jr, (1985) Monoclonal Antibody Phenotyping of B-Cell Non-Hodgkin's Lymphomas. The Southeastern Cancer Study Group Experience.    Am. J. Pathol. 121:514-521.

27. Whitcomb, C.C., Sternheim, W.L., Borowitz, M.J., Davila, E., and Byrne, G.E., Jr. (1985) T cell Lymphoma Mimicking Granulocytic Sarcoma. Am. J. Clin. Pathol. 84:760-763.

28. Grufferman, S., Raab-Traub, N., Marvin., K., Borowitz, M.J., and Pagano, J.S. (1985) Burkitt's and Other Non-Hodgkin's Lymphomas in Adults Exposed to a Visitor from Africa. N. Engl. J. Med. 313:1525-1529.

29. Quddus, F.F., Leventhal, B.G., Boyett, J.M., Pullen, D.J., Crist, W.M., and Borowitz, M.J.  (1985) Glucocorticoid Receptors in Immunologic Subtypes of Childhood Acute Lymphocytic Leukemia Cells. A Pediatric Oncology Group Study. Cancer Res. 45:6482-6486.

30. Borowitz, M.J., Dowell, B.L., Boyett, J.M., Pullen, D.J., Crist, C.M., Quddus, F.M., Falletta, J.M. and Metzgar, R.S. (1986) Clinicopathologic Aspects of E Rosette Negative T Cell Acute Lymphoblastic Leukemia. A Pediatric Oncology Group Study. J. Clin. Oncol. 4:170-177.

31. Crist, W., Pullen J., Boyett, J., Falletta, J., van Eys, J., Borowitz, M., Jackson, J., Dowell, B., Frankel, L., Quddus, F., Ragab, A. and Vietti, T. (1986) Clinical and Biologic Features Predict Poor Prognosis in Acute Lymphoid Leukemia in Infants. Blood 67:135-140.

32. Weinberg, J.B., Misukonis, M.A., Hobbs, M.M., and Borowitz, M.J. (1986) Cooperative Effects of Gamma Interferon and 1 Alpha 25 Dihydroxyvitamin D3 in Inducing Monocytoid Differentiation of Human Promyelocytic Leukemia (HL-60) Cells. Exp. Hematol. 14:138-142.

33. Gluck, W.L., Bigner, S.H., Borowitz, M.J., and Brenckman, W.D. (1986) Acute Lymphoblastic Leukemia of Burkitt's Type (L-3 ALL) with 8;22 and 14;18 Translocations and Absent Surface Immunoglobulin. Am. J. Clin. Pathol. 85:636-640.

34. Borowitz, M.J., Reichert, T.A., Brynes, R.K., Cousar, J.B., Whitcomb, C.C., Collins, R.D., Crissman, J.D., and Byrne, G.E., Jr. (1986) The Phenotypic Diversity of Peripheral T Cell Lymphomas. The Southeastern Cancer Study Group Experience. Human Pathology. 17:567-574.

35. Fisher, S.R., Burton, G.V., Borowitz, M.J., Murray, J.C., and Crocker, I.R., (1986) Primary Cutaneous Lymphoma of the Head and Neck. The Laryngoscope pp. 653-655.

36. Triozzi, P., Borowitz, M.J., and Gockerman, J.P. (1986) Gastrointestinal Presentations and Multiple Lymphomatous Polyposis in Mantle-Zone Lymphoma. J. Clin. Oncol. 4:866-873.

37. Head, D.R., Borowitz, M.J., Cerezo, L., Craven, C.M., Brock, B.L., Boyett, J.M., Pullen, D.J., Crist, W.M., Falletta, J., and Humphrey, G.B. (1986) Acid Phosphatase Positivity in Childhood Acute Lymphocytic Leukemia. Am. J. Clin. Pathol. 86:650-653.

38. Kadin, M.E., Sako, D., Berliner, N., Franklin, W., Woda, B., Borowitz, M., Ireland, K., Schweid, A., Herzog, P., Lange, B., and Dorfman, R. (1986) Childhood Ki-1 Lymphoma Presenting with Skin Lesions and Peripheral Lymphadenopathy. Blood 68:1042-1049.

39. Williams, M.E., Innes, D.J., Borowitz, M.J., Lovell, M.A., Swerdlow, S.H., Hurtubise P.E., Brynes, R.K., Chan, W.C., Byrne, G.E., Jr., Whitcomb, C.C., and Thomas. C.Y. (1987) Immunoglobulin and T Cell Receptor Gene Rearrangements in Human Lymphoma and Leukemia. Blood 69:79-86.

40. Robertson, S.J., Lowman, J.T., Grufferman, S., Kostyu, D.D., van der Horst, C.M., Matthews, T.J., Borowitz, M.J., and Bigner, S.H. (1987) Familial Hodgkin's Disease: A Clinical and Laboratory Investigation. Cancer 59:1314-1319.

41. Dowell, B.L., Borowitz, M.J., Boyett, J.M., Pullen, D.J., Crist, W.M., Quddus, F.M., Russell, E.C., Falletta, J.M., and Metzgar, R.S. (1987) Immunologic and Clinicopathologic Features of Common Acute Lymphoblastic Leukemia Antigen (CALLA)-Positive Childhood T-Cell Leukemia. Cancer 59:2020-2026.

42. Wain, S.L., Braylan, R.S., and Borowitz, M.J., (1987) Correlation of Monoclonal Antibody Phenotyping and Cellular DNA Content in Non-Hodgkin's Lymphomas. Cancer 60:2403-2411.

43. Carroll, A. J., Raimonds, S.C., Williams, D.L., Behm, E.G., Borowitz, M.J., Castleberry, R.P., Harris, M.B., Patterson, R.B., Pullen, D.J., and Crist, W.M. (1987) tdic (9,12): A Non Random Chromosome Abnormality in Childhood B-Cell Precursor Acute Lymphoblastic Leukemia. A Pediatric Oncology Group Study. Blood 70:1962-1965.

44. Greenberg, C.S., Achyuthan, K.E., Borowitz, M.J., and Shuman, M.A. (1987) The Transglutaminase in Vascular Cells and Tissues Could Provide an Alternate Pathway for Fibrosis Stabilization. Blood 70:702-709.

45. Hertler, A.A., Schlossman, D.M., Borowitz, M.J., Laurent, G., Jansen, F.K., Schmidt, C., and Frankel, A.E. (1988) A Phase I Study of T-101-Ricin A Chain Immunotoxin in Refractory Chronic Lymphocytic Leukemia. J. Biol. Resp. Modifiers 7:97-113.

46. Brandt, S.J., Peters, W.P., Atwater, S.K., Kurtzberg, J., Borowitz, M.J., Jones, R.B., Shpall, E.J., Bast, R.C., Jr., Gilbert, C.J., and Oette, D. (1988) Effect of Recombinant Human Granulocytic-Macrophage Colony-Stimulating Factor on Hematopoietic Reconstitution after High-dose Chemotherapy and Autologous Bone Marrow Transplantation. N. Engl. J. Med. 318:869-876.

47. Crist, W., Pullen, J., Boyett, K., Falletta, J., van Eys, J., Borowitz, M., Jackson, J., Dowell, B., Russell, C., Quddus, R., Ragab, A., and Vietti, T. (1988) Acute Lymphoid Leukemia in Adolescents: Clinical and Biologic Features Predict a Poor Prognosis--A Pediatric Oncology Group Study. J. Clin. Oncol. 6:34-43.

48. Bumol, T.F., Marder, P., de Herdt, S.V., Borowitz, M.J., and Apelgren, L.D. (1988) Characterization of the Human Tumor and Normal Tissue Reactivity of the Ks1/4 Monoclonal Antibody. Hydridoma 7:407-10.

49. Olsen, G.A., Gockerman, J.P., Bast, R.C., Borowitz, M.J., and Peters, W.P., (1988) Altered Immunologic Reconstitution After Standard-Dose Chemotherapy or High-Dose Chemotherapy with Autologous Bone Marrow Support. Transplantation 46:57-60.

50. Haviland, A.E., Borowitz, M.J., Killenberg, P.G., Lan, M.S., and Metzgar, R.S. Detection of An Oncofetal Antigen (Du-Pan-2) in the Sera of Patients with Non-Malignant Hepatobiliary Diseases and Hepatomas. (1988) Int. J. Cancer 41:789-793.

51. Hurwitz, C.A., Loken, M.R., Graham, M.L., Karp, J.E., Borowitz, M.J., Pullen, D.J.,and Civin, C.I. (1988) Asynchronous Antigen Expression in B Lineage Acute Lymphoblastic Leukemia. Blood 72:299-307.

52. Chan, W.C., Borowitz, M.J., Y.J., and Ip, S.H. (1988) T-cell Receptor Antibodies in The Immunohistochemical Studies of Normal and Malignant Lymphoid Cells. Cancer 62:2118-2124.

53. Haviland, A.E., Borowitz, M.J., Lan, M.S., Kaufman, B., Phelps, P.C., and Metzgar, R.S. (1988) Aberrant Expression of Monoclonal Antibody-Defined Colonic Mucosal Antigens in Inflammatory Bowel Disease. Gastroenterology 95:1302-1311.

54. Starling, J.J., Cote, R.J., Marder, P., Borowitz, M.J., and Johnson, D.A. (1988) Tissue Distribution and Cellular Location of the Antigens Recognized by Human Monoclonal Antibodies. 16.88 and 28A32. Cancer Res. 48:7273-7278.

55. Borowitz, M.J., Gockerman, J.P., Moore, J.O., Civin, C.I., Page, S.O., Robertson, J., and Bigner, S.H. (1988) Clinicopathologic and Cytogenetic Features of Cd34 (My10)-Positive Acute Nonlymphocytic Leukemia. Am. J. Clin. Pathol. 91:265-270.

56. Boyer, C.M., Borowitz, M.J., McCarty, K.S. Jr., Kinney, R.B., Everett, L., Dawson, D.V., Ring, D., and Bast, R.C. Jr. (1989) Heterogeneity of Antigen Expression in Benign and Malignant Breast and Ovarian Epithelial Cells. Int. J. Cancer 43:55-60.

57. Gould, B.J., Borowitz, M.J., Graves, E.S., Carter, P.W., Anthony D., Weiner, L.M.,and Frankel, A.E. (1989) A Phase I Study of a Continous Infusion Anti-Breast Cancer Immunotoxin: Report on a Targeted Toxicity not Predicted y Animal Studies. J. Natl. Cancer. Inst. 81:775-781.

58. Johnson, D.A., Gutowsky, M.C. Berger, E.K., Borowitz,, M.J., Eble, J.N., Mitchell. M.S., Kan-Mitchell, J., and Zimmerman, J.L. (1989) Monoclonal Antibody L1c2 Reactive with a Human Carcinoma Associated Antigen. Hydridoma 8:161-174.

59. Crist, W., Boyett, J., Jackson, J., Vietti, T., Borowitz, M., Chauvenet, A., Winick, N., Ragato. A., Mahoney, D., Head, D., Lyer, R., Wagner, H., and Pullen, J. (1989) Prognostic Importance of the Pre-B Cell Immunophenotype and other Presenting Features in B-Lineage Childhood Acute Lymphoblastic Leukemia. Blood 74:1252-1259.

60. Friedman, H.S., Schold, S.C., Jr., Mahalay, M.S., Jr., Colvin, O.M., Oakes, W.J., Vick, N.A., Burger, P.C., Bigner, S.H., Borowitz, M., Halperin, E.C., Djang, W., Falletta, J.M., DeLong, R., Garvin, J.H., DeVivo, D.C., Norris, D., Golembe, B., Winter, J., Bodziner, R.A., Sipahi, H., and Bigner, D.D. (1989) Phase Ii Treatment of Medulloblastoma and Pineoblastoma with Melphalan: Clinical Therapy Based on Experimental Models of Human Medulloblastoma. J. Clin. Oncol.7:904-911.

61. Shuster, J.J., Falletta, J.M., Pullen, D.J., Crist, W.M., Humphrey, G.B., Dowell, B.L. Wharam, M.D. and Borowitz, M.J. (1990) Prognostic Factors in Childhood T-Cell Acute Lymphoblastic Leukemia. Blood 75:166-173.

62. Pui, C-H, Carroll, A.J., Raimondi, S.C., Land, V.J., Crist, W.M., Williams, D.L., Pullen, D.J., Borowitz, M.J., Behm, F.G., and Look, A.T. (1990) Near-Haploid and Hypodiploid <45 Acute Lymphoblastic Leukemia of Childhood: Clinical Presentation, Karyotypic Characterization and Treatment Outcome. Blood 75:1170-1177.

63. Borowitz, M.J., Shuster, J.J., Civin, C.L., Carroll, A.J., Look, A.T., Behm, F.G., Land V.J., Pullen, D.J., and Crist, W.M. (1990) Prognostic Significance of CD34 Expression in Childhood B-Precursor Acute Lymphocytic Leukemia. A Pediatric Oncology Group Study. J. Clin. Oncol. 8:1389-1398.

64. Sullivan, M., Pullen, J., Crist, W., Brecher, M., Ramirez, I., Sabio, H., Borowitz, M. Head, D., Cerezo, L., Shuster, J., and Murphy, S. (1990) Clinical and Biological Heterogeneity of Childhood B-cell Leukemia: Implications For Clinical Trials. Leukemia 4:6-11.

65. Crist, W., Carroll, A., Shuster, J., Jackson, J., Head, D., Borowitz, M., Behm, F., Link M., Steuber, P., Ragab, A., Hirt, A., Brock, B., Land,V., and Pullen. J. (1990) Philadelphia Chromosome Positive Childhood Acute Lymphoblastic Leukemia:  Clinical and Cytogenetic Characteristics and Treatment Outcome:  A pediatric oncology group (POG) study. Blood 76:489-494.

66. Pui, C-H., Carroll, A.J., Head, D., Raimondi, S.C., Shuster, J.J., Crist, W.M., Link, M.P., Borowitz, M.J., Behm, F.G., Land, V.J., Nash, M.B., Pullen, D.J., and Look, A.T. (1990) Near-Triploid and Near Tetraploid Acute Lymphoblastic Leukemia of Childhood. Blood. 76:590-596.

67. Jackson, J.F., Boyett, J., Pullen, J., Brock, B., Patterson, R., Land, V., Borowitz, M., Head, D., and Crist, W.. (1990) Favorable Prognosis Associated with Hyperdiploidy in  Children with Acute Lymphocytic Leukemia Correlates with Extra Chromosome 6. A  Pediatric Oncology Group Study. Cancer 66:1183-1189.

68. Ragab, A.H., Abdel-Mageed, A., Shuster, J.J., Pullen, J., van Eys, J., Sullivan, M.P. Boyett, J., Borowitz, M., Frankel. L., and Crist, W.M. (1990) Clinical and Laboratory Characteristics and End Result of Treatment for Children with Acute Lymphocytic Leukemia and Down's Syndrome. Cancer 67:1057-1063.

69. Cerezo, L., Shuster, J.J., Pullen, D.J., Brock, B., Borowitz, M.J., Falletta, J.M., Crist W.M., and Head, D.R. (1990) Laboratory Correlates and Prognostic Significance of  Granular Acute Lymphoblastic Leukemia in Children: A Pediatric Oncology Group Study. Am. J. Clin. Pathol. 95:526-531.

70. Russo, C., Carroll, A., Kohler, S., Borowitz, M., Amylon M., Homans, A. Kedar, A.,  Shuster, J., Land, V., Crist W.,  Pullen, J., and Link, M. (1991). The Philadelphia Chromosome and Monosomy 7 in Childhood Acute Lymphoblastic Leukemia: A Pediatric Oncology Group Study. Blood 77:1050-1056.

71. Pui, C-H., Frankel, L.S., Carroll, A.J., Raimondi, S.C., Shuster, J.J., Head, D.R. Crist, W.M., Land, V.J., Pullen, D.J., Steuber, P.C., Behm, F.G, and Borowitz, M.J.,(1991) Clinical Characteristics and Treatment Outcome of Childhood Acute Lymphoblastic Leukemia with the T(4,11) (Q21,Q23): A Collaborative Study of 40 Cases. Blood 77:440-447.

72. Herzberg, A.J., Kerns, B.J., Borowitz, M.J., Seigler, H.F., Kinney, R.B., (1991) DNA Ploidy Of Malignant Melanoma Detected by Image Cytometry of Fresh Frozen and Paraffin-Embedded Tissue. J. Cut. Pathol. 18:440-448.

73. Borowitz, M.J., Shuster, J.J., Land, V.J., Steuber, C.P., Pullen, D.J., Vietti, T.J., (1991)  Myeloid-Antigen Expression in Childhood Acute Lymphoblastic Leukemia (Letter). New Engl. J. Med. 325:1379-1380.

74. Rosse W.F., Hoffman S., Campbell M., Borowitz M., Moore J.O., Parker C.J. (1991) The Erythrocytes in Paroxysmal Nocturnal Haemoglobinuria of Intermediate Sensitivity to Complement Lysis. Br. J. Haematol. 79:99-107.

75. Pui C-H, Carroll A.J., Raimondi S.C., Schell M.J., Head D.R., Shuster J.J., Crist W.M., Borowitz M.J., Link

M.P., Behm F.G., Steuber C.P., and Land V.J. (1992) Isochromosomes in Childhood Leukemia . Blood 79:2384-2391.

76. Watson, M.S., Land, V.J., Carroll, A.J., Pullen, J., Borowitz, M.J., Link, M.P., Amylon M. and Behm, F.G. (1992) t(2;14)(p12;q32): A Recurring Abnormality in Lymphocytic Leukemia. A Pediatric Oncology Group Study. Cancer Genet. Cytogent. 58:121-124.

77. Trueworthy R, Shuster J, Look T, Crist W, Borowitz M, Carroll A, Frankel L, Pullen J, Steuber P and Land V. (1992) Ploidy of Lymphoblasts is the Strongest Predictor of Treatment Outcome in B-Progenitor Cell Acute Lymphoblastic Leukemia of Childhood: A Pediatric Oncology Group Study. J Clin Oncol. 10:606-613.

78. Mahmoud, H, Carroll, A.J., Behm, F., Raimondi, S.C., Shuster, J., Borowitz, M., Land, V., Pullen D.J., Vietti, T.J. and Crist, W. (1992) The Non-Random Dic (9:12) Translocation in Acute Lymphoblastic Leukemia is Associated with B- Progenitor Phenotype and an Excellent Prognosis. Leukemia 6:703-707.

79. Boyle, T.J., Tamburini, M., Berend, K.R., Kizilbash, A.M., Borowitz, M.J., Lyerly, H.K. (1992) Human B-Cell Lymphoma in Severe Combined Immunodeficient Mice after Active Infection with Epstein-Barr Virus. Surgery 112:378-386.

80. Krance, R.A., Raimondi, S.C., Dubowy, R., Hvizdala, E., Borowitz, M., Behm, F., Land, V., Pullen J., and Carroll A.J. (1992) The t(12;17)(p13;q21) in Early Pre-B Acute Lymphoid Leukemia. Leukemia 6:251-255.

81. Abshire, T.C., Buchanan, G.R., Jackson, J.F., Shuster, J.J., Brock, B., Head, D., Behm, F., Crist, W.M., Link, M., Borowitz, M., Pullen, D.J. (1992) Morphologic, Immunologic and Cytogenetic Studies in Children with Acute Lymphoblastic Leukemia (All) at Diagnosis and Relapse: A Pediatric Oncology Group Study. Leukemia 6:357-362.

82. Harris, M.B., Shuster, J.J., Carroll, A., Look, A.T., Borowitz, M.J., Crist, W.M., Nitschke, R., Pullen, J., Steuber, C.P., and Land, V.J. (1992) Trisomy of Leukemic Cell Chromosomes 4 and 10 Identifies Children with B-Progenitor Cell Acute Lymphoblastic Leukemia with a Very Low Risk of Treatment Failure. A Pediatric Oncology Group Study, Blood 79:3316-3324.

83. Crist, W., Shuster, J., Look, T., Borowitz, M., Behm, F., Bowman, P., Frankel, L., Pullen, J., Steuber, P., Amylon, M., Link, M., Land, V: (1992) Current Results Of Immunopheno-Type-, Age- And Leukocyte- Based Therapy For Children With Acute Lymphoblastic Leukemia. A Pediatric Oncology Group study. Leukemia 6:162-167.

84. Mahoney, J.F., Urakaze, M., Hall, S., DeGasperi, R., Chang, H.M., Sugiyama, E., Warren, C.D., Borowitz, M., Nicholson-Weller, A., Rosse, W.F. (1992) Defective Glycosylphosphatidylinositol Anchor Synthesis in Paraxysmal Nocturnal Hemoglobinuria Granulocytes. Blood 79:1400-3.

85. Falletta, J.M,. Shuster, J.J., Crist, W.M., Pullen, D.J., Borowitz, M.J., Patterson, R., Foreman, E., Vietti, T.J. (1992) Different Patterns of Relapse Associated with Three Intensive Treatment Regimens for Pediatric E-Rosette Positive T-Cell Leukemia: A Pediatric Oncology Group Study. Leukemia 6: 541-6.

86. Winick, N., McKenna, R.W., Shuster, J.J., Schneider, N.R., Borowitz, M.J., Bowman, W.P., Jacaruso, D., Kamen, B.A., Buchanan, G.R. (1993) Secondary Acute Myeloid Leukemia in Children with Acute Lymphoblastic Leukemia Treated with Etoposide. J Clin Oncol 11:209-217

87. Uckun F.M., Downing J.R., Gunther R., Chelstrom L.M., Finnegan D., Kuriger J., Land V., Borowitz M., Carrol A.J., Crist W.M. (1993) Human t(1;19) (q23;p13) pre-B Acute Lymphoblastic Leukemia in Mice with Severe Combined Immunodeficiency. Blood 81:3052-3062.

88. Borowitz, M.J., Hunger, S.P., Carroll, A.J., Shuster, J.J., Pullen, D.J., Steuber, C.P., Cleary, M.L. (1993) Predictability of the t(1:19) (q23;p13) from Surface Antigen Phenotype. Implication for Screening Cases of Childhood ALL for Molecular Analysis. A Pediatric Oncology Group Study. Blood 82:1086-1091

89. Vandersteenhoven, A.M., Williams, J.E. and Borowitz, M.J. (1993) Marrow B-cell Precursors are Increased in Lymphomas or Systemic Diseases Associated with B-Cell Dysfunction. Am J Clin Pathol, 100: 60-66

90. Borowitz, M.J., Weidner, A., Olsen, E.A., and Picker, L.J. (1993) Abnormalities of Circulating T-Cell Subpopulations in Patients with Cutaneous T-Cell Lymphoma: Cutaneous Lymphocyte-Associated Antigen Expression on T-Cells Correlates with Extent of Disease. Leukemia, 7: 859-863.

91. Pui, C-H., Raimondi, S.C., Borowitz, M.J., Land, V.J., Behm, F.G., Pullen, D.J., Hancock, M.L., Shuster, J.J., Steuber, C.P., Crist, W.M., Civin, C.I., and Carroll, A.J. (1993) Acute Lymphoblastic Leukemia in Children with Down Syndrome. J Clin Oncol, 11: 1361-1367.

92. Kato, G.J., Quddus, F.F., Leventhal, B.G., Shuster, J.J., Boyett, J., Pullen, D.J., Borowitz, M.J., Whitehead, V.M., and Crist, W.M. (1993) High Glucocorticoid Receptor Content of Leukemic Blasts is a Favorable Prognostic Factor in Childhood Acute Lymphoblastic Leukemia. Blood 82: 2304-2309.

93. Borowitz, M.J., Gunther, R.L., Shults, K.E., and Stelzer, G.T. (1993) Immunphenotyping of Acute Leukemia by Flow Cytometry: Use of CD45 and Right Angle Light Scatter to Gate on Leukemic Blasts in Three-Color Analysis. Am J Clin Pathol 100: 534-540.

94. Watson, M.S., Carroll, A.J., Shuster, J.J., Steuber, C.P., Borowitz, M.J., Behm, F.G., Pullen, D.J., and Land, V.J(1993), Trisomy 21 in Childhood Acute Lymphoblastic Leukemia (ALL). A Pediatric Oncology Group study. Blood 82: 3098-3102.

95. Koehler, M., Behm, F., Shuster, J., Crist, W., Borowitz, M., Look, A.T., Head, D., Carroll, A.J., Land, V., Steuber, P., and Pullen, D.J., (1993) Transitional Pre-B-cell Acute Lymphoblastic Leukemia of Childhood is Associated with Prognostically Favorable Clinical Features and an Excellent Outcome. A Pediatric Oncology Group study. Leukemia 7: 2064-2068.

96. Mastovich, S., Ratech, H., Ware, R.E., Moore, J.O., and Borowitz, M.J. (1993) Hepatosplenic T cell Lymphoma. An Unusual Case of a Gamma-Delta T cell Lymphoma with a Blast-Like Terminal Transformation. Human Pathol 25: 102-108.

97. Bentley, R.C., Devlin, B., Kaufman, R.E., Borowitz, M., and Ratech, H. (1993) Genotype Divergence Precedes Clinical Dissemination in a Case of Biclonal Bilateral B-cell Malignant Lymphoma of the Testes. Human Pathol. 24:675-678.

98. Pui, C.H., Raimondi, S.C., Borowitz, M.J., Land, V.J., Behm, F.G., Pullen,D.J., Hancock, M.L., Shuster, J.J., Steuber, C.P., and Crist, W.M. (1993) Immunophenotypes and Karyotypes of Leukemic Cells In Children with Down Syndrome and Acute Lymphoblastic Leukemia. J Clin Oncol. 11:1361-7.

99. Davis, B.H., Bigelow, N.C., Koepke, J.A., Borowitz, M.J., Houwen, B., Jacobberger, J.W., Pierre, R.V., Corash, L., and Ault, K.A. (1994) Flow Cytometric Reticulocyte Analysis. Multiinstitutional Interlaboratory Correlation Study. Am J Clin Pathol. 102:468-77.

100.Horvatinovich, J.M., Sparks, S.D., and Borowitz, M.J. (1994) Detection of Terminal Deoxynucleoti Transferase by Flow Cytometry: A Three Color Method. Cytometry 18:228-230.

101.Mann, K.P., Hall, B., Kamino, H., Borowitz, M.J., and Ratech, H. (1995) Neutrophil-rich, Ki-1-Positive Anaplastic Large-Cell Malignant Lymphoma. Am J Surg Pathol. 19:407-416.

102.Malik UR. Oleksowicz L. Dutcher JP. Ratech H. Borowitz MJ. Wiernik PH. (1996) Atypical clonal T-cell proliferation in infectious mononucleosis. Med Oncol 13: 207-13.

103.Carow, C.E., Levenstein, M., Kaufmann, S.H., Chen, J., Amin, S., Trischmann, T., Rockwell, P., Witte, L., Lyman, S.D., Borowitz, M.J., Civin, C.I., Small, D. (1996) Expression of the Hematopoietic Growth Factor Receptor FLT3 (STK-1/Flk2) in Human Leukemias. Blood 87:1089-1096.

104.Digiuseppe, J.A., LeBeau P., and Borowitz, M.J. (1996) Multiparameter Flow-Cytometric Analysis of Bcl-2 and Fas Expression in Normal and Neoplastic Hematopoiesis. Am J Clin Pathol, 106:345-351.

105.Winick, N, Shuster, J.J., Bowman, W.P., Borowitz, M.J., Farrow, A., Jacaruso, D., Buchanan, G.R., Kamen, B.A. (1996) Intensive Oral methotrexate Protects Against Lymphoid Marrow Relapse in Childhood B-Precursor Acute Lymphoblastic Leukemia. J Clin Oncol 14:2803-2811.

106.Frankel, L.S., Ochs, J., Shuster, J.J., Dubowy, R., Bowman, W.P., Hockenberry-Eaton, M., Borowitz, M.J., Carroll A.J., Steuber, C.P., Pullen, D.J. (1997) A Therapeutic Trial for Infant Acute Lymphoblastic Leukemia: The Pediatric Oncology Group Experience (POG #8493) J Pediatr Hem Oncol. 19:35-42.

107.Borowitz, M.J., Shuster, J., Carroll, A.J., Nash, M., Look, T.A., Camitta, B., Mahoney, D., Lauer, S.J., Pullen, J.D.(1997) Prognostic Significance of Fluorescence Intensity of Surface Marker Expression in Childhood B-Precursor Acute Lymphoblastic Leukemia. A Pediatric Oncology Group Study. Blood, 89:3960-3966

108.DiGiuseppe, J.A. Louie, D.C., Williams, J.E., Miller, D.T., Griffin, C.A., Mann, R.B., Borowitz, M.J. (1997) Blastic Natural Killer cell leukemia/lymphoma: a clinicopathologic study. Am J Surg Pathol 21:1223-1230.

109.Alvarado, C.S., Austin, G.E., Borowitz, M.J., Shuster, J.J., Carroll, A.J., Austin E.D., Zhou, M., Zaki, S.R., Pullen, J.(1998) Myeloperoxidase gene expression in infant leukemia: A pediatric oncology group study Leukemia and Lymphoma 29:145-160.

110.Harris, B., Shuster, J., Pullen, D.J., Borowitz, M., Carroll, A.J., Behm, F.G., Land, V.J. (1998) Consolidation therapy with antimbetabolite-based therapy in standard-risk acute lymphoblastic leukemia of childhood: A Pediatric Oncology Group study. J Clin Onc 16;8:2840-2847.

111.Austin, G.E., Alvarado C.S., Austin, E.D., Hakami, N., Zhao, W.G., Chauvenet, A., Borowitz, M.J., Carroll, A.J.(1998) Prevalence of myeloperoxidase gene expression in infant acute lymphocytic leukemia. Am J Clin Path 110;5:575-581.

112.Borowitz, M.J., Rubnitz, J., Nash, D., Pullen, D.J., Camitta, B. (1998) Surface Antigen Phenotype Can Predict TEL-AML1 Rearrangement in Childhood B-Precursor ALL. A Pediatric Oncology Group Study. Leukemia, 12:1764-1770.

113.Leung, W., Chen, A.R., Klann, R.C., Moss, T.J., Davis, J.M., Noga, S.J., Cohen, K.J., Friedman, A.D., Small, D., Schwartz, C.L., Borowitz, M.J., Wharam, M.D., Paidas, C.N., Long, C.A., Karandish, S., McMannis, J.D., Kastan,

M.B., Civin, C.I. (1998) Frequent Detection of Tumor Cells in Hematopoietic Grafts in Neuroblastoma and Ewing's sarcoma. Bone Marrow Transplantation 22:971-979.

114. Shuster JJ, Wicker P, Pullen J, Numbert J, Land VJ, Mahoney DH, Lauer S, Losh AT, Borowitz MJ, Carroll AJ, Camitta B. (1998) Prognostic significance of sex in childhood B-precursor acute lymphoblastic leukemia in Pediatric Oncology Group Study 5. Clin Oncol 16:2854-2863.

115. Gore, S.D., Rowinsky, E.K., Miller, C.B., Griffin, C., Chen, T., Borowitz, M., Donehower, R.C., Burks,K.L., Armstrong, D.K., Burke, P.J., Grever, M.R., Kaufmann, S.H. (1998) A Phase II "Window" study of topotecan in untreated patients with high risk adult acute lymphoblastic leukemia. Clin Can Res 4:2677.

116. Navid, F., Mosijczuk, A.D., Head, D.R., Borowitz, M.J., Carroll, A.J., Brandt, J.M., Link, M.P., Rozans, M.K., Thomas, G.A., Schwenn, M.R., Shields, D.J., Vietti, T.J., Pullen, D.J. (1999) Acute Lymphoblastic Leukemia with the (8;14) (q24;q32) Translocation of FAB L3 Morphology Associated with a B-Precursor Immunophenotype: The Pediatric Oncology Group Experience. Leukemia 13:135-141.

117. Shuster, J.J., Camitta, B.M., Pullen, J., Borowitz, M.J., Carroll, A.J., Look, A.T., Mahoney, D.H., Lauer, S.J., Land, V.J. (1999) Identification of newly diagnosed children with acute lymphocytic leukemia at high risk for relapse. Cancer Research Therapy and Control 9:101-107.

118. Weir EG, Cowan K, LeBeau P, Borowitz MJ. (1999) A limited antibody panel can distinguish B-precursor acute lymphoblastic leukemia from normal B precursors with four color flow cytometry: implications for residual disease detection. Leukemia 13:558-567.

119. Coventry, S., Punnett, H.H., Tomczak, E.Z., Casher, D., Koehler, M., Borowitz, M.J., Griffin, C.A., Chadarevian, J.P. (1999) Consistency of isochromosome 7q and trisomy 8 in hepatosplenic T-Cell Lymphoma: Detection of fluorescence in situ hybridization of a splenic touch-preparation from a pediatric patient. Pediatric and Developmental Pathology 2; 478-483.

120. Rubnitz, J.E., Camitta, B.M., Mahmoud, H., Raimondi, S.C., Carroll, A.J., Borowitz, M.J., Shuster, J.J., Link, M.P., Pullen, D.J., Downing, J.R., Behm, F.G., Pui, C-H. (1999) Childhood acute lymphoblastic leukemia with the MLL-ENL fusion and t(11;19)(q23;p13.3). J Clin Oncol 17:191-6.

121. Pullen, J., Shuster, J.J., Link, M., Borowitz, M., Amylon, M., Carroll, A.J., Land, V., Look, T.A., McIntyre, B., Camitta, B. (1999) Significance of commonly used prognostic factors differs for children with T-cells acute lymphocytic leukemia (ALL), as compared to those with B-precursor ALL. A Pediatric Oncology Group (POG) Study. Leukemia Nov;13(11):1696-1707.

122. Kaleem, Z., Shuster, J.J., Carroll, A.J., Borowitz, M.J., Pullen, D.J., Camitta, B.M., Zutter, M.M., Watson, M.S. (2000) Acute lymphoblastic leukemia with an unusual t(8;14)(q11.2;q32): a Pediatric Oncology Group Study. Leukemia Feb;14(2):238-40.

123. Laver, J.H., Barredo, J.C., Amylon, M., Schwenn, M., Kurtzberg, J., Camitta, B.M., Pullen, J., Link, M.P.,Borowitz, M.J., Ravindranath, Y., Murphy, S.B., Shuster, J. (2000) Effects of cranial radiation in children with high risk T cell acute lymphoblastic leukemia: a Pediatric Oncology Group report. LeukemiaMar;14(3):369-73.

124. Nicol, T.L., Silberman, M., Rosenthal, D.L., Borowitz, M.J. (2000) The accuracy of combined cytopathologic and flow cytometric analysis of fine-needle aspirates of lymph nodes. Am J Clin     Pathol Jul;114(1):18-28.

125. Schneider, N.R., Carroll, A.J., Shuster, J.J., Pullen, D.J., Link, M.P, Borowitz, M.J., Camitta, B.M., Katz, J.A., Amylon, M.D. (2000) New recurring cytogenetic abnotmalities and association of blast cell karyotypes with prognosis in childhood T-cell acute lymphoblastic leukemia: a Pediatric Oncology Group report of 343 cases. Blood 96:2543-2549.

126. Cannon, J.S., Ciufo, D., Hawkins, A.L., Griffin, C.A., Borowitz, M., Hayward, G.S., Ambinder, R.F. (2000) A New Primary Effusion Lymphoma – Derived cell line yields highly infectious sarcoma Herpesvirus supernatant. J Virology Nov;74(21):10187-10193.

127. Flinn, I.W., O'Donnell, P.V., Goodrich, A., Vogelsang, G., Abrams, R., Noga, S., Marcellus, D., Borowitz, M., Jones, R., Ambinder, R.F. (2000) Immunotherapy with Rituximab during peripheral blood stem cell transplantation for Non-Hodgkin's lymphoma. Biol Blood & Marrow Transplant 6:628-632.

128. Brodsky, R.A., Mukhina, G.L., Li, S, Nelson, K.L., Chiurazzi, P.L., Buckley, J.T., Borowitz, M.J. Improved detection and characterization of paroxysmal nocturnal hemoglobinuria using fluorescent aerolysin. Am J Clin Pathol 114:459-466.

129. Akpek, G., Akpek, E.K., Li, S., Green, R.W., O'Brien, T.P., Borowitz, M.J. (2001) Successive occurrence of peripheral T-cell lymphoma with bilateral conjunctival involvement in a patient with low-grade B-cell lymphoma. J Clin Onc 19(11):2964-2966

130. Li S, Borowitz MJ.(2001) Li S, Griffin CA, Mann RB, Borowitz MJ (2001) Primary cutaneous T-cell-rich B-cell lymphoma: clinically distinct from its nodal counterpart? Mod Pathol 14:10-3

131. Chen H, Lee JM, Zong Y, Borowitz M, Ng MH, Ambinder RF, Hayward SD (2001)Linkage between STAT regulation and Epstein-Barr virus gene expression in tumors.J Virol 75:2929-37

132. Braylan RC, Orfao A, Borowitz MJ, Davis BH. (2001) Optimal number of reagents required to evaluate hematolymphoid neoplasias: results of an international consensus meeting. Cytometry 46: 23-7

133. Li S, Couzi RJ, Thomas GH, Friedman AD, Borowitz MJ (2001) A novel variant three-way translocation of inversion 16 in a case of AML-M4eo following low dose methotrexate therapy. Cancer Genet Cytogenet 125(1):74-77

134. Dialynas DP, Lee MJ, Gold DP, Shao Le, Yu AL, Borowitz MJ, Yu J. (2001 ) Preconditioning with fetal cord blood facilitates engraftment of primary childhood T-cell acute lymphoblastic leukemia in immunodeficient mice.Blood 97: 3218-25

135. Li S, Borowitz MJ. (2001): Cd79a(+) T-cell lymphoblastic lymphoma with coexisting Langerhans cell histiocytosis. Arch Pathol Lab Med 125: 958-60.

137. Berg KD, Brinster NK, Huhn KM, Goggins MG, Jones RJ, Makary A. (2001) Transmission of a T-cell lymphoma by allogeneic bone marrow transplantation. N Engl J Med 15;345(20):1458-63.

138. Berdeja JG, Jones RJ, Zahurak ML, Piantadosi S, Abrams RA, Borowitz MJ, Vogelsang GB, Noga SJ, Ambinder RF, Flinn IW. (2001) Allogeneic bone marrow transplantation in patients with sensitive low-grade lymphoma or mantle cell lymphoma. Biol Blood Marrow Transplant 7(10):561-7.

139. Noga S, Vogelsang GB, Miller SC, Meusel S, Loper K, Care R, Myers B, Rogers L, Flinn I, Borowitz M, O'Donnell P. (2001) Use of point-of-care CD34 count enumeration to optimize PBSC collection conditions. Cytotherapy;3:11-8.

140. Li S, Eshleman JR, Borowitz MJ. (2002) Lack of surface immunoglobulin light chain staining by flow cytometric immunophenotyping can help diagnose peripheral B cell lymphomas. Am J Clin Pathol 118:229-234.

141. Gulley ML, Glaser SL, Craig FE, Borowitz M, Mann RB, Shema SJ. (2002) Guidelines for interpreting EBER in situ hybridization and LMP1 immunohistochemical tests for detecting Epstein-Barr virus in Hodgkin lymphoma. Am J Clin Pathol 117(2):259-67.

142. Borowitz MJ, Pullen DJ, Shuster JJ, Viswanatha D, Montgomery K, Willman CL, Camitta B. (2003) Minimal residual disease detection in childhood precursor–B-cell acute lymphoblastic leukemia: Relation to other risk factors. A Children's Oncology Group Study Leukemia 17:1566-1572

143. Ansari-Lari MA, Kickler TS, Borowitz MJ (2003) Immature Granulocyte Measurement Using the Sysmex XE-2100 Relationship to Infection and Sepsis, Am J Clin Pathol, 120:795-9

144. Chang ET, Zheng T, Weir EG, Borowitz MJ, Mann RB, Spiegelman D, Mueller NE(2004) ; Aspirin and the Risk of Hodgkin's Lymphoma in a Population-Based Case-Control Study. J Natl Cancer Inst 96:305-1

145. Glaser SL, Gulley ML, Borowitz MJ, Craig FE, Mann RB, Stewart SL, Shema SJ, Ambinder RF.(2004) Inter- and intra-observer reliability of Epstein-Barr virus detection in Hodgkin lymphoma using histochemical procedures. Leuk Lymphoma 45:489-97.

146. Chang ET, Zheng T, Lennette ET, Weir EG, Borowitz, MJ, Mann RB, Spiegelman D, Mueller NE (2004). Heterogeneity of risk factors and antibody profiles in Epstein-Barr virus genome-positive and –negative Hodgkin lymphoma. J Infect Dis 189:2271-81.

147. Ansari-Lari MA, Yang CF, Tinawi-Aljundi R, Cooper L, Long L, Allan RH, Borowitz MJ, Berg KD, Murphy KM (2004) *FLT3* Mutations in Myeloid Sarcoma. Br. J Haematol, 126:785-91.

148. Kickler TS, Borowitz MJ, Thompson RE, Charintranont N, Law R. (2004) Ret-Y a measure of reticulocyte size: a sensitive indicator of iron deficiency anemia. Clin Lab Haematol.26:423-7.

149. Kasamon YL, Jones RJ, Diehl LF, Nayer N, Borowitz MJ, Garrett-Mayer E, Ambinder RF, Abrams RA, Zhang Z, Flinn IW. (2005) Outcomes of Autologous and Allogeneic Blood or Marrow Transplantation for Mantle Cell Lymphoma. Biology of Blood and Marrow Transplantation 11:39-46

150. Kasamon YL, Jones RJ, Piantadosi S, Ambinder RF, Abrams RA, Borowitz MJ, Morrison C, Smith BD Flinn IW. (2005) High-Dose Therapy and Blood or Marrow Transplantation for Non-Hodgkin's Lymphoma with Central Nervous System Involvement. Biology of Blood and Marrow Transplantation 11:93-100.

151. Sutcliffe MJ, Shuster JJ, Sather HN, Camitta BM, Pullen J, Schultz KR, Borowitz MJ, Gaynon PS, Carroll AJ, Heerema NA (2005) High concordance from independent studies by the Children's Cancer Group (CCG) and Pediatric Oncology Group (POG) associating favorable prognosis with combined trisomies 4, 10, and 17 in children with NCI Standard-Risk B-precursor Acute Lymphoblastic Leukemia: a Children's Oncology Group (COG) initiative Leukemia 19: 734-40, 2005.

152. Borowitz MJ, Pullen DJ, Winick NL, Martin PL, Bowman WP and Camitta BM. (2005) Comparison of diagnostic and relapse flow cytometry phenotypes in childhood acute lymphoblastic leukemia: Implications for residual disease detection: A Report from the Children's Oncology Group. Cytometry B Epub ahead of print. Sep 23.

**Articles or Chapters in books:**

1. Goerke, J., Harper, H.H., and Borowitz, M. (1970) The Interaction of Calcium with Monolayers of Stearic and Oleic Acid, in Surface Chemistry of Biological Systems, Plenum Press, pp 23-26.

2. Metzgar, R.S., Borowitz, M.J., Tuck, F.L., and Tingye, H. (1984) "Specificity Revisted" in Bernard, A., Boumsell, L., Dausset, J., Milstein, C., and Schlossman, S., Leucocyte Typing, Springer-Verlag, p. 656-660.

3. McKolanis, J.R., Borowitz, M.J., McKolanis, J.R., Tuck, F.L., and Metzgar, R.S. (1983) "Membrane Antigens of Human Myeloid Cells Defined by Monoclonal Antibodies" in Bernard A., Boumsell, L., Dausett, J., Milstein, C., and Schlossman, S., Leukocyte Typing Springer-Verlag, p. 387-394.

4. Metzgar, R.S., Mahvi, D.M., Borowitz, M.J., Lan, M.S., Meyers, W.C., Seigler, H.F., and Finn, O.J., (1985) DU-PAN-2: A Pancreatic Adenocarcinoma Associated Antigen. UCLA Symposium on Molecular and Cellular Biology, A.R. Liss, New York.

5. Borowitz, M.J. (1984) Surface Markers of Hematopoietic Cells, in Koepke, J., Laboratory Hematology, Churchill Livingstone, New York, p. 1051-1084.

6. Borowitz, M.J., (1985) Laboratory Diagnosis of Human Cancer Using Monoclonal Antibodies. In Gordon, D.S. (ed.) Monoclonal Antibodies in Clinical Diagnostic Medicine, Igaku-Shoin, New York, pp. 107-136.

7. Metzgar, R.S., Borowitz, M.J., Hollingsworth, M.A., Kim, Y.W., and Lan, M.S. (1987) Monoclonal Antibody Assays for Pancreatic Cancer. In Kupchik, H. (ed.), In Vitro Diagnosis of Human Tumors Using Monoclonal Antibodies, Marcel Dekker, Inc., New York, pp 169-193.

8. Atwater, S., and Borowitz, M.J., (1991) Immunophenotyping of Blood Cells. In Koepke J. (ed), Practical Laboratory Hematology, 2nd edition, Churchill Livingstone, New York, pp 193-236.

9. Borowitz, M.J., (1992) Acute Lymphoblastic Leukemia In Knowles, DM (ed). Neoplastic Hematopathology, Williams and Wilkins, Baltimore, pp 1295-1314.

10. Borowitz, M.J., Carroll, A.J., Shuster, J.J., Look, A.T., Behm, F.G., Pullen, D.J., Land, V.J., Steuber CP, and Crist, W.M. (1993) Use of Clinical and Laboratory Features to Define Prognostic Subgroups in B-Precursor ALL. Experience of the Pediatric Oncology Group. Rec. Res. Cancer. Res. 131: 257-268.

11. DiGiuseppe, J.A. and Borowitz, M.J. (2000) Clinical Applications of Flow Cytometric Immunophenotyping in Acute Lymphoblastic Leukemia, in Stewart CC and Nicholson JKA (eds) Immunophenotyping, Wiley-Liss, New York, pp 161-180.

12. DiGiuseppe, J.D. and Borowitz, M.J., (2000) Acute Lymphoblastic Leukemia, In Knowles, DM (ed). Neoplastic Hematopathology, Williams and Wilkins, Baltimore, 2nd edition, In press

13. Brunning RD, Head D, Matutes E, Vardiman J, Borowitz M, Bennet J and Flandrin G (2001) Acute Leukaemias of ambiguous lineage in Jaffe ES et al (ed) WHO Classification of Tumours. Tumours of Haematopoietic and Lymphoid Tissues IARC Press pp106-108.

14. DiGiuseppe JA and Borowitz MJ (2002) Leukemias and Lymphomas in Diamandis EP et al Tumor Markers. Physiology, Pathobiology, Technology and Clinical Applications, AACC Press, Washington, DC, pp 321-328.

15. Sweetenham JW and Borowitz MJ (2003). Precursor B- and T-Cell Lymphoblastic lympohoma in Mauch PM et al. (eds) Non-Hodgkin's Lymphomas, Lippencott, Williams and Wilkins, Philadelphia, pp 503-514.

16. Borowitz MJ, Westra W, Cooley LD, Kant JA, Sokoll LJ, Chan DW and Sanfilippo F (2004) Pathology and Laboratory Medicine. In Abeloff MD et al (ed), Clinical Oncology, 3rd Edition, Elsevier Churchill Livingstone, Philadelphia, PA pp 299-340.

17. Harris NL, Borowitz M, Jaffe ES, Vardiman J (2004) Precursor T-lymphoblastic lymphoma/leukaemia in Travis WD et al (eds) Classification of Tumours. Tumours of the Lung, Pleura, Thymus and Heart, IARC Press pp 227-228.

**Published scientific reviews:**

1. Borowitz, M.J. and Stein, R.B., (1984) Diagnostic Applications of Monoclonal Antibodies to Human Cancer. Arch. Pathol. Lab. Med. 108:101-105.

2. Wain, S.L., Borowitz, M.J., (1987) Practical Application of Monoclonal Antibodies to the Diagnosis and Classifications of Acute Leukemia. Clinical and Laboratory Hematology 9:221-244.

3. Borowitz, M.J. and Falletta, J.M., (1988) Leukemia and Lymphomas of Thymic Differentiation. Clin. Lab. Med. 8:119-134.

4. Borowitz, M.J. (1990) Immunologic Markers in Childhood Acute Lymphoblastic Leukemia. Hematolo/Oncol. Clin. NA 4;743-765.

5. DiGiuseppe, J.A. and Borowitz, M.J.(1997) Clinical utility of flow cytometry in the chronic lymphoid leukemias. Seminars in Oncology, 25(1):6-10, 1998.

6. Borowitz, M.J., Bray, R., Gascoyne, R., Melnick, S., Parker, J.W., Picker, L., Stetler-Stevenson, M.(1997) US-Canadian Consensus Recommendations on the Immunophenotypic Analysis of Hematologic Neoplasia by Flow Cytometry: Data Analysis and Interpretation. Cytometry (Communications in Clinical Cytometry) 30:236-244.

7. Weir EG, Borowitz MJ. (2001 ) Flow cytometry in the diagnosis of acute leukemia. Semin Hematol 38:124-38

8. Borowitz MJ. (2000) Flow cytometry testing in PNH. How much is enough? (editorial) Cytometry 42:221-2

**Other:**

**Electronic Medical** - Cases in Flow Cytometry (1999) Interactive CD ROM, Carden Jennings Publishing, Ltd, Charlottesville, VA.

**Abstracts (1995-Present; selected):**

1. Digiuseppe J.A., LeBeau, P., and Borowitz, M.J. (1995) Multiparameter Flow Cytometric(FCM)Analysis of Bcl-2 and Fas/Apo-1 Expression in Normal and Neoplastic Hematopoiesis. Lab Invest 72:108A.

2) Borowitz M.J., Shuster J., Carroll A.J., Look A.T., Camitta B., Mahoney D., Lauer S.J., and Pullen D.J. (1995) Prognostic Significance of Antigen Fluorescence Intensity (FI) in B-precursor Acute Lymphoblastic Leukemia (ALL): Early Outcome Data from The Pediatric Oncology Group. Blood 86:41a.

3) Grenier K., Borowitz M., Blooser L., Tubbs R., Edinger M., Ho A., Young D., Shye S., Ouist M., and Knape C. (1995) Flow Cytometric Assay for the Detection and Enumeration of CD34+ Cells Using a Cocktail of Monoclonal Antibodies, a Nucleic Acid Dye and Counting Beads. Blood 86:119a.

4) Alvarado C.S., Austin G.E., Borowitz M., Shuster J., Zaki S., Hakami N., and Pullen J.   (1995) Myeloperoxidase (MPO) Gene Expression in Infant Leukemia: A Pediatric Oncology Group (POG) Study. Blood 86:330a.

5) Chen A.R., Cohen K.J., Eby L.L., Davis J.M., Noga S.J., Borowitz M.J., Braine H.G., Kent H.W., Conway J.M., and Civin C.I. (1995) Heterogeneous Mobilization of CD34+ Blood Stem Cells for Autologous Rescue of Children with Poor Prognosis Solid tumors. Blood 86:403a.

6) Knape C., Grenier K., Quist M., Young D., Law P., Edinger M., Tubbs R.R., Blosser L., Borowitz M., Cadden M., and Buchner L. (1995) ProCOUNT: A New Standard for CD34 Enumeration. Blood 86:985a.

7) Harris MB, Land VJ, Shuster JJ, Borowitz MJ, Behm FG, Pullen DJ: Consolidation therapy with intermediate dose methotrexate (IDM) alone, or IDM and L-asparaginase, or IDM and cytosine arabinoside in standard risk acute lymphoblastic leukemia of childhood: A Pediatric Oncology Group study. Blood 88(10):668a, 1996.

8) Harris MB, Land VJ, Shuster JJ, Borowitz MJ, Behm FG, Pullen DJ: Consolidation therapy with intermediate dose Methotrexate (IDM) alone, or IDM and L-asparaginase, or IDM and cytosine arabinoside in standard risk acute Lymphoblastic leukemia of childhood: A Pediatric Oncology Group study. Blood 88(10):668a, 1996.

9) Malik UR, Oleksowicz L, Dutcher JP, Ratech H, Borowitz MJ, Wiernik PH.  Atypical clonal T-cell proliferation In infectious mononucleosis. Medical Oncology 13(4):207-13, 1996.

10) DiGiuseppe JA, Louie DC, Williams JE, Miller DT, Griffin CA, Mann RB, Borowitz MJ. Blastic natural killer cell leukemia/lymphoma: a clinicopathologic study. Am J Surg Pathol 21(10):1223-30, 1997

11) Brodsky RA, Mukhina GL Chiurazzi PL Nelson KL, Borowitz MJ Buckley JT Improved detection and characterization of paroxysmal noctunal hemoglobinuria using fluorescent aerolysin Blood #1778,2000

12) Schreiner SR, Fuller SL Borowitz MJ Flow cytometric analysis of bone marrow in myelodysplastic syndrome, Mod Pathol 13: 162a, 2000

13) Viswanatha DS, Bartolo C, Chen IM, Camitta B, Pullen J, Willman C, Borowitz MJ Comparison of Polymerase Chain Reaction and flow cytometry for the detection of minimal residual disease in pediatric acute lymphoblastic leukemia Blood #1356, 2000

14) Czader M, Kuzdzal S, Flinn I, Byrd J, Chan D, Borowitz MJ   The application of surface-enhanced laser desorption/ionization (SELDI) mass spectrometry for the identification of proteins in chronic lymphocytic leukemia Blood #2488, 2000

15) Holden JT, Bray RA, Braylan R, Chen S, Duenzl ML, Frey T, Kamahira S, Ludwig WD, Orfao A, Ratei R, Tomonaga M, Borowitz MJ Interobserver variability in the assessment of flow cytometric immunophenotyping in hematolymphoid neoplasms Blood #3097, 2000

16) Borowitz MJ, Shuster J, Viswanatha D, Willman CL, Montgomery K·Pullen J, Carroll AJ, Camitta B. Correlation of End-Induction Minimal Residual Disease(MRD) in Childhood Acute Lymphoblastic Leukemia (ALL) with Clinical and Biological Risk Factors. A Children's Oncology Group Study, Blood 98: 841a(#3496), 2001.

17) Kasamon YL, Jones RJ, Diehl LF, Nayer H, Borowitz MJ, Garrett-Mayer E, Ambinder RF, Abrams RA, Zhang Z, and Flinn IW (2004) Outcomes of Autologous and Allogeneic BMT for Mantle Cell Lymphoma. Blood; 104: 901

18) Stella M. Davies SM, Borowitz M, Devidas M, Winick N, Martin PL, Bowman P, Elliott J, Linda S, Cook EH, and Relling MV (2004) Pharmacogenetics of Minimal Residual Disease Response in Children with Acute Lymphoblastic Leukemia (ALL). Blood; 104: 451.

19) Schultz KR, Pullen J, Sather H, Shuster J, Borowitz MJ, Heerema NL, Carroll AJ, Gaynon PS, and Camitta BM (2004) Biology-Driven Classification of Childhood Acute Lymphoblastic Leukemia: A Combined Analysis of Prognostic Markers from the Pediatric Oncology Group (POG) and Children's Cancer Group (CCG). Blood 104: 519

20) Borowitz MJ, Devidas M, Hunger SP, Carroll WL, and Raetz E. (2004) Minimal residual disease(MRD) in childhood acute lymphoblastic leukemia(ALL) in relapse. A Children's Oncology Group (COG) study.  Blood 104:324

21) Borowitz MJ, Pullen DJ, Winick N, Martin PL, Bowman WP, and Camitta B (2004) Comparison of Diagnostic and Relapse Flow Cytometry Phenotypes in Childhood ALL: Implications for Residual Disease (MRD) Detection. Blood; 104: 1091

## **Extramural Sponsorship:**

### *Research Grant Participation*

| *Source* | *Approximate amount (Direct Costs)* | *Duration* |
|---|---|---|

**ACTIVE**

NIH R01 CA86011-01                                    $140,773(current direct) 2000-2005
PI Michael J Borowitz MD PhD
Minimal Residual Disease Detection in Childhood ALL
Effort 20%

NIH R21 CA110344                                      $97,500(current direct)
PI Michael J Borowitz MD PhD
Minimal Residual Disease Detection in Childhood ALL in relapse
Effort 16%
04/01/05-03/31/07

NIH P50-CA96888                                       $50,276 (current direct) 2002-2006
Richard Ambinder PI
SPORE in Lymphoma
Pathology Core
Effort..10%

NCCF Subcontract - U10 CA98543                        Annual Direct Costs $259,239
JHU P.I. Michael Borowitz
Effort: 10%
Period: 3/1/03-2/28/06

**PAST**

Project Leader,                                       $548,500              1982-1990
NIH PO1 CA 32672 "Diagnosis
and New Therapeutic Modalities
in Surgical Oncology" Dr. H.F.
Seigler, PI

5 U10-CA 15525 "Pediatric                             $773,642              1983-1993
Oncology Group Studies Dr. J.
Falletta, PI. (Duke);

NIH 1 U10 CA78914-01                                  $60,054               10/98-9/00
PI Michael J Borowitz MD PhD
Minimal Residual Disease Detection in Childhood
ALL
Effort 5%

NIH 5 U0 CA 28476-19                                  $9,687 (final yr)     1993-12/2000
Pediatric Oncology Group
PI Dr. Cindy Schwartz
Project Leader Dr. Michael Borowitz
Immunophenotyping Lab

1 P01 CA69266-01A1                                    $1,107,763            06/20/97-
PI Nancy Mueller (Harvard)                                                  05/31/01
Viral Etiology of Hodgkins Disease
Effort 5%

Contracts

**PAST**

| | | |
|---|---|---|
| Becton-Dickinson | $60,000 Annual | 1987-1997 |
| Immunocytometry Systems | | |
| | $30,000 | 1998-1999 |
| Abbott Diagnostics Division | $20,000 | 1998-1999 |
| Automated bone marrow counting | | |
| Intelligent Medical Imaging: "Automated bone marrow differential counting | $15,000 | 1997-1998 |
| Hoechst - Marie Roussel (Co-investigator) Studies in chronic lymphocytic leukemia Effort 10% | | 1999-2000 |
| Sysmex Corporation Ig count in infection and sepsis | $15,000 | 2002-3 |

**PRESENT**

| | | |
|---|---|---|
| Fellowship support, Sysmex Corporation | $52,000/yr | 2000-07 |
| Becton Dickinson Biological Evaluation of Nexus platform | $26,000 | 2003-5 |

## EDUCATIONAL ACTIVITIES:

Current Activities at Johns Hopkins

General

Deputy Director for Education and Chair, Educational Advisory Committee
Coordinate various teaching programs in department including residency training; year 2 pathology course; fellowship program; allied health education and continuing medical education. Work with leaders of each of these activities on overall direction and long range planning as well as serving as an advocate for educational programs with departmental leadership

Education related presentations and meetings:

Association of Pathology Chairs, Boulder Co, July 1998: "Support for Production of Educational Media"; also demonstration of variety of web-based tools in medical student education

Group for Research in Pathology Education, 1999, Omaha, Neb

**Fellow education:**

Director, Hematopathology Fellowship Training Program (ACGME certified 1997)
Fellows trained:

| FELLOW | CURRENT POSITION |
|---|---|
| Drs. Nichon Grupka and Anita Godra | Current fellows |
| Dr. Sharon Swierczynski | Assistant in Pathology, Johns Hopkins Hospital |
| Dr. Claudio Mosse | Instructor in Pathology, Vanderbilt U School of Medicine |
| Dr. Ali Ansari | Pathologist, Memorial Hospital, Hollywood Fla |
| Dr. Hasan Nayer | Pathologist, Fairfax Medical Center |
| Ds. Jeffrey Seibel | Pathologist, St. Agnes Hospital |
| Dr. Robert Allan | Pathologist, Memorial Hospital, Hollywood Fla |
| Dr. Milena Vuica(2001-2) | Instructor in Pathology, Johns Hopkins University |
| Dr. Magdalena Czader (2001-2) | Asst Professor of Pathology, Indiana U School of Medicine |
| Dr. Stephanie Schreiner (2000-2001) | Pathologist, Wilmington General Hospital |
| Dr. Shiyong Li (1999-2000) | Asst. Professor of Pathology, Emory University |
| Dr. E. Weir (1998-1999) | Asst Professor of Pathology, Johns Hopkins University |
| Dr. Mark Silberman (1997-1998) | Pathologist, Clinical Pathology Laboratories, Austin TX |
| Dr. Celeste Riley (1996-1997) | Pathologist, American Medical Laboratories, Herndon VA |
| Dr. Joe DiGiuseppe (1995-1996) | Pathologist, Hartford Hospital , Hartford CT |
| Dr. Darryl Carter (1993-1994) | Unknown |

**Resident education:**

Director of hematopathology rotation
Preparation of learning objectives for residents; Direct microscopic teaching at daily hematopathology signout conference, including morphology and flow cytometry laboratory. Weekly interesting case conference for pathology residents, and hematology and oncology fellows; Monthly cytopathology/flow cytometry correlation conference; Monthly journal club for fellows and residents; Miscellaneous Lectures and slide seminars for pathology residents

Resident teaching award for clinical pathology, 1993; 2001

**Medical student education:**

Group Leader, second year pathology course.
Lecturer and small group instructor in year 2 pathology course
Member, medical student education advisory committee
Preceptor, Student Elective in Pathology: (K. Fiebelkorn (1995), completed pathology residency at Emory U, 2001; Alexandra Cappiello(2003) (currently resident in pathology Johns Hopkins)

Member, Curriculum reform committee 2004-present
Chair, Hematology content subcommittee

**Continuing Medical Education:**

Course director, "Critical Issues in Laboratory Medicine", 1999-2003
Member, Institutional CME Advisory Board, 2001-present

Previous Activities at Duke University School of Medicine

Medical student teaching:

Course director, Pathology 200 core course, 1991-1993.

Reorganized course structure, dividing it into a general pathology block followed by a systemic pathology block.

Coordinated revision of pathology slide collection and study guide.

Formalized reporting of student evaluation data and counseled faculty to improve their efforts; instituted regular meetings with student representatives to follow course progress.

Developed, in colloboration with Associate Dean's office, a program for faculty self-evaluation through review of videotaped lectures.

Instituted new ancillary computer-based instructional program into curriculum.

Lecturer and lab instructor, Pathology 200 core course

Introductory lecture plus 3 lectures on hematopathology

Lab instructor on general and systemic pathology; approximately 60 contact hours/semester

Student evaluations consistently in the top 5-10% of faculty.

Lecturer, pathology elective courses

Variable from year to year, covering hematopathology and immunopathologic techniques; average 2-4 hrs/year

Preceptor, 3rd year research elective

Students include A.Weidner, 1991; A. Bousvaros, 1984; S. Newby, 1983

## Resident Teaching

Direct microscopic teaching at daily hematopathology signout conference.

Biweekly journal club for residents rotating on hematopathology service.

Biweekly interesting case conference for senior residents.

Instruction of residents rotating through flow cytometry laboratory.

Director of biweekly hematopathology conference given by residents for medical oncology staff and fellows.

## Other significant educational activities.

Chair, ad hoc subcommittee on teaching recognition, Basic Sciences Faculty Steering Committee

Member, institutional curriculum committee.

Attendee, workshop on Faculty Development, Group for Educational Affairs, Association of American Medical Colleges, New Orleans, LA, 1992

Attendee, workshop on designing multiple choice questions, AAMC, New Orleans, La, 1992

Invited speaker for many workshop presentations and continuing medical education courses (see above)

**Editorial Activities:**

Founder and Editor-in-Chief:: Case Studies in Clinical Flow Cytometry, an e-journal
    (**www.flowcases.org**)
Section Editor: Leukemia
Section Editor, Manual of Clinical Laboratory Immunology (5th ed, 1997 and 6th edition 2001)
Editorial Board: Clinical Cytometry
Reviewer: Blood, American Journal of Pathology, American Journal of Clinical Pathology, Pediatric
Hematology, Modern Pathology, Cancer, Archives of Pathology and Laboratory Medicine, Cytometry

# CLINICAL ACTIVITIES:

**Certification:**
- Diplomate, National Board of Medical Examines
- North Carolina Board of Medical Examiners
- American Board of Pathology (Anatomic and Clinical Pathology), 1981
- Maryland Medical License  D44981
- North Carolina Medical License  24892 (Inactive)

# ORGANIZATIONAL ACTIVITIES:

Clinical Cytometry Society
    Senior Councillor 2003-5
    Vice President 2005-
Children's Oncology Group
    Director, Immunophenotyping reference laboratory
    Member, Executive Committee, ALL Disease Committee
Society for Hematopathology
    Chairman, Membership Committee, 1988-1992
    Program Chairman, "Current Progress in Acute Leukemia" Annual
        Meeting, 1990.
    Executive Committee, 1992-1996
    Program Chairman, Pediatric Hematopathology, Annual Meeting, 2004
American Society of Clinical Pathology
American Society of Hematology
US-Canadian Academy of Pathology
    Faculty Member, "Flow Cytometry and Immunocytochemistry in the
        Diagnosis of Leukemias and Lymphomas", CME course.  1988-1992
National Committee for Clinical Laboratory Standards
    Chairman, Subcommittee on Flow Cytometry –1990-1995
International Society for Analytical Cytology
    Program Chairman, Molecular Mechanisms of Neoplasia 1994
    Board member, Clinical Division

Phi Beta Kappa, Alpha Omega Alpha, Sigma Xi

Consultant Appointments: Eli Lilly and Company, 1985 -1993
Becton Dickinson, 1991 -1992
Centers for Disease Control: Expert Panel on CD4+ T cell testing, 1993-5
MD Anderson Cancer Ctr, site visit Hematopathology Dept, June 1998
Quest Diagnostics 1998-2003

## RECOGNITION:

### INVITED PRESENTATIONS (1988 - Present):
American Society of Hematology Symposium on Clinical Laboratory
Hematology "Practical Immunophenotyping in Leukemia". December, 1988.
Becton-Dickinson Immunocytometry Systems Users Meeting. "Flow Cytometry
Applications to Leukemia". February, 1989.
Clinical Applications of Cytometry. "Clinical Utility of Immunophenotyping in
Acute Lymphocytic Leukemia". September, 1989.
U.S. Canadian Academy of Pathology. "Prognostic Significance of
Immunophenotyping in Acute Lymphocytic Leukemia". March, 1990.
Connecticut State Pathology Society and University of Connecticut. "Flow
Cytometry Applications in Leukemia and Lymphoma". October, 1990.
Symposium in Ancillary Studies in Lymphoid Pathology, University of Texas San Antonio.
December, 1990.
International Workshop: Recent Advances in Tumor Cell Biology of Acute
Leukemias, Impact on Diagnosis and Therapy. Free University of Berlin,
Berlin, FRG, June 1991.
Clinical Applications of Cytometry "Lineage Assignment in Acute Leukemias".
Charleston,. S.C. September 1991.
Clinical Applications of Cytometry - Workshop on New Techniques in
Phenotyping Leukemia. Charleston, S.C. September 1992.
Current Problems and New Directions in Lymphoma: "New Entities in
Malignant Lymphoma". Durham, N.C. October 1992.
Hematology: Acute Leukemia, "Role of Immunophenotyping in the Classification of Acute
Leukemia:. SUNY Health Science Center, Syracuse, NY November 1992
Adult Leukemia: Diagnosis and Treatment "Diagnosis and Classification of Adult
Leukemias". Presbyterian Cancer Center. Charlotte, N.C. November 1992.
Florida Society of Pathologists: Workshop on Malignant Lymphomas.
Orlando, FL February 1993.
Clinical Applications of Cytometry: Workshop on Acute Leukemia
Charleston, SC September 1993.
Chesapeake Cytometry Consortium: "Applications of Flow Cytometry to Leukemia"
Rockville, MD May 1994
Annual Flow Cytometry Course: Practical Workshop in Leukemia Flow Cytometry
Charleston, SC, Sept 1994        .
Society for Hematopathology/American Society for Clinical Pathology: "Flow Cytometry of
Leukemia: A morphologic approach" Washington, DC Oct 1994
Tutorial in Leukemia Flow Cytometry: International Society for Analytical Cytology
Lake Placid, NY Oct 1994
New Approaches to Leukemia Flow Cytometry: San Antonio Flow Cytometry Society

San Antonio, TX Dec 1994

Perspectives on Childhood Cancer: "Biologic Risk Factors in Pediatric Acute Leukemia"
Duke University Medical Center, February 1995

Maryland Pathology Society: "Flow Cytometry of Leukemia"
Baltimore, MD, Feb 1995

Annual Cytology course: "Flow Cytometry of Hematopoietic Neoplasms in Cytopathology"
Johns Hopkins Medical Institutions, Baltimore, MD, Apr 1995

Update in Hematopathology: "Flow Cytometry in Leukemia and Lymphoma" Armed Forces
Institute of Pathology, Washington DC May 1995

Critical Issues in Surgical Pathology: "Newly Recognized Entitites in Malignant Lymphoma"
Johns Hopkins Medical Institutions, Baltimore, MD, Apr 1995

"Flow Cytometry in Leukemia " National Institutes of Health Seminar Series
Bethesda, MD May 1995

Annual Flow Cytometry Course: Practical Workshop in Leukemia Flow Cytometry
Charleston, SC, Aug 1995

Progress in Hematologic Malignancies and Bone Marrow Transplantation:    "Approach to
detection of residual disease",  Johns Hopkins Medical Institutions, Baltimore MD
Sept 1995

Annual Cytology course: "Flow Cytometry of Hematopoietic Neoplasms in Cytopathology"
Johns Hopkins Medical Institutions, Baltimore, MD, Apr 1996

Critical Issues in Surgical Pathology: "Newly Recognized Entities in Malignant Lymphoma"
Visiting Professor, University of New Mexico, May 1996

Annual Flow Cytometry Course: Practical Workshop in Leukemia Flow Cytometry
Charleston, SC, Aug 1996

Progress in Hematologic Malignancies and Bone Marrow Transplants: "New Entities in
Malignant Lymphoma", Johns Hopkins Medical Institutions, Baltimore, MD, Sept
1996

Critical Issues in Surgical Pathology: "Diagnostic Entitites in Acute Leukemia "
Johns Hopkins Medical Institutions, Baltimore, MD, May 1997

Annual Flow Cytometry Course: Practical Workshop in Leukemia Flow Cytometry
Charleston, SC, Aug 1996

Symposium on Minimal Residual Disease: "Immunological Detection of Residual Disease
in ALL", Salamanca, Spain, Oct 1997

Annual Cytology course: "Flow Cytometry of Hematopoietic Neoplasms in Cytopathology"
Johns Hopkins Medical Institutions, Baltimore, MD, Apr 1998

Symposium:New Directions in Cancer Diagnostics: "The Problem of non-Hodgkin's
lymphoma",    Becton Dickinson Immunocytometry Systems, June 1998

Association of Pathology Chairs/Group for Research in Pathology Education: "Supporting
Production of Educational Media", July 1998

Annual Flow Cytometry Course: Practical Workshop in Leukemia Flow Cytometry
Charleston, SC, Aug 1998

National Institutes of Health Seminar Series,"Minimal Residual Disease Detection in Childhood
ALL" November 1998

Annual Cytology course: "Flow Cytometry of Hematopoietic Neoplasms in Cytopathology"
Johns Hopkins Medical Institutions, Baltimore, MD, Apr 1999

Clinical Applications of Cytometry: Practical Workshop in Leukemia Flow Cytometry
San Diego, CA, May 1999

Visiting Professor, University of Virginia School of Medicine, Minimal Residual Disease
Detection in Childhood ALL" June 1999

Sino-American Training Course in Clinical Laboratory Medicine, Beijing, China Aug 1999

Applications of Flow Cytometry in Leuekmia and Lymphoma, Singapore, Aug 1999

Clinical Applications of Cytometry:  Practical Workshop in Leukemia Flow Cytometry
    Palm Springs, CA, Sept 1999
Plenary Speaker, Clinical Applications of Cytometry, " Flow cytometry in childhood B-
precursor ALL, Palm Springs, CA
Critical Issues in Laboratory Medicine, May 2000
Clinical Applications of Cytometry:  Practical Workshop in Leukemia Flow Cytometry
    Austin, TX, Nov 2000
Visiting Professor, University of British Columbia/Vancouver General Hospital, Multiple
    presentations March 2001
Clinical Applications of Cytometry:  Practical Workshop in Leukemia Flow Cytometry
    Montpellier, France May 2001
Plenary Speaker, International Society of Laboratory Hematology, "Minimal Residual Disease
    Detection in Childhood ALL Montpellier, France May 2001
Plenary Speaker, Advances in Childhood Leukemia, University of Toronto, June 2001
Keynote Speaker 7th Asia Pacific Congress Association of Societies of Pathologists, Singapore,
    "Minimal Residual Disease Detection in Childhood ALLNov 2001
Plenary Speaker, Advances in Flow Cytometry, Sheffield, England, "Flow cytometry in acute leukemia:
    Beyond Lineage Assignment" June 2002
Plenary Speaker, Association Francais Cytometrie, "Flow cytometry in acute leukemia:  Beyond
    Lineage Assignment" Bordeaux, France, Oct 2002
Clinical Applications of Cytometry:  Practical Workshop in Leukemia Flow Cytometry
    Keystone, CO, October 2002
Critical Issues in Surgical Pathology-"Low grade B cell lymphomas, "May 2003, Baltimore MD
Clinical Applications of Cytometry:  Practical Workshop in Leukemia Flow Cytometry
    Washington, DC, Oct 2003
Plenary Speaker, Washington G2 Conference- "Ancillary testing in leukemia and
    lymphoma"Washington DC, Oct 2003
Visiting Professor, Medical College of Virginia, "Minimal residual disease detection in childhood
    ALL" April 2004
International Society for Analytical Cytology. Tutorial in Flow Cytometry, May 2004
Visiting Professor, Georgetown University School of Medicine, "Minimal residual disease detection in
    childhood ALL" June 2004
Invited plenary speaker, Symposium on Flow Cytometry, Bogota, Colombia, July 2004
Visiting Professor, Indiana University School of Medicine, "Minimal residual disease detection in
    childhood ALL" July 2004
Clinical Cytometry Society. Workshop in Leukemia Flow Cytometry, Long Beach, CA October 2004
Visiting Professor, Children's Hospital of Philadelphia, "Minimal residual disease detection in
    childhood ALL" January 2005
Visiting Professor, Texas Children's Hospital "Minimal residual disease detection in childhood ALL"
    March 2005
Invited Plenary Speaker: 3[rd] Italian Congress on Flow Cytometry, Palermo, Italy, April 2005
Symposium participant:  New Methods for Detecting Residual Disease in Pediatrics.  Am Society
    Clinical Oncology, Orlando FL May 2005

## OTHER PROFESSIONAL ACCOMPLISHMENTS:

Named among Best doctors in Baltimore 2003.