# EXHIBIT 13

# CURRICULUM VITAE

**NAME:**

Raul C. Braylan, M.D.

**PRESENT POSITION & ADDRESS:**

Professor, Department of Pathology,
University of Florida College of Medicine
Box 100275; JHMHC, Gainesville, FL 32610
Home phone (352) 333-1177
Office phone (352) 392-3477
Fax (352) 392-4693
E-mail: braylan@ufl.edu

**PERSONAL:**

Born, August 15, 1936, Buenos Aires, Argentina
Citizen of USA, 1976
Married, 2 children

**EDUCATION:**

B.S., Avellaneda College, B. Aires, 1953
M.D., Buenos Aires Medical School, 1960

**TRAINING:**

Rotating Internship, Mount Sinai Hospital, Chicago, IL, 1963-1964

Resident in Pathology, Mount Sinai Hospital, Chicago, IL, 1964-1965

Resident in Pathology, Albert Einstein College of Medicine, Bronx, NY, 1965-1967

Resident in Pathology, Memorial Hospital for Cancer/Sloan Kettering Institute, New York, NY, 1967-1968

**APPOINTMENTS:**

Fellow Pathologist, Institute of Hematologic Investigations, Buenos Aires, 1968-1971

U.S. Public Health Service Trainee in Hematopathology, and Instructor, Department of Pathology, University of Chicago, Chicago, Illinois, 1971-1973

Senior Staff Fellow, Laboratory of Pathology, National Cancer Institute, National Institutes of Health, Bethesda, Maryland, 1973-1977

Associate Professor, Department of Pathology, University of Florida, College of Medicine, Gainesville, Florida, 1977-1980

Professor and Chief, Hematopathology, Department of Pathology, University of Florida College of Medicine, 1980-Present

**HONORS AND AWARDS:**

Senior Clinical Traineeship for Cancer Control, Memorial Hospital, Sloan Kettering Institute, New York, NY, 1967-1968

Fellowship of the Research National Council, Institute of Hematologic Investigations, Buenos Aires, Argentina, 1968-1971

Whisenant Endowed Chair for Experimental Pathology, University of Florida College of Medicine, 1985

Listed in: "Best Doctors in America" (1996-1998)

**SPECIALTY BOARDS:**

Anatomic Pathology, 1973

**LICENSURES:**

ECFMG Certificate
FLEX
New York State Medical License
Georgia State Medical License
Florida State Medical License

**MAIN ADMINISTRATIVE AND TEACHING RESPONSIBILITIES:**

Medical Director – Hematopathology Service, University of Florida, Shands Hospital
Medical Director - University of Florida Flow Cytometry Core Facility
Consultant to V. A. Hospital, Hematopathology, Gainesville, Florida
Departmental Executive Committee Member
Member, Cancer Center Clinical Affairs Committee
Director, Hematopathology Course, University of Florida Medical Students
Director, ACGME Accredited, Hematopathology Training Fellowship Program
Member, Education Committee - Clinical Cytometry Society
Editorial Board Member – Cytometry Part B: Clinical Cytometry
Associate Editor – Laboratory Investigation

**SOCIETY MEMBERSHIPS:**

American Society of Clinical Pathologists
American Society of Hematology
Association for Molecular Pathology
International Society for Analytical Cytology
Society for Hematopathology
Clinical Cytometry Society

## PUBLICATIONS

### *Books*

1. Nguyen, D.T., Diamond, L.W., **Braylan, R.C.** (2002) Flow Cytometry in Hematopathology: A Visual Approach to Data Analysis and Interpretation. Humana Press, Inc., Totowa, NJ.

### *Chapters in Books*

1. **Braylan, R.C.**, Jaffe, E.S., and Berard, C.W. (1975). Malignant Lymphomas: Current Classification and New Observations. In: Pathology Annual (Sommers, S.C., ed.), 213-270. New York: Appleton-Century-Crofts.

2. Rappaport, H., and **Braylan, R. C.** (1975). The Changing Concepts in the Classification of Malignant Neoplasms of the Hematopoietic System. In: International Academy of Pathology Monographs No. 16: The Reticuloendothelial System (Rebuck, J.W., Berard, C.W., and Abell, M.R. eds.), 1-19. Baltimore: Williams & Wilkins Co.

3. Berard, C.W., Jaffe, E.S., **Braylan, R.C.**, Mann, R.B. and Nanba, K. (1978). Immunologic Markers of Non-Hodgkin's Lymphomas. In: Recent Results in Cancer Research, Vol. 64 (Mathe, G., Seligmann, M. and Tubianna, M. eds.), 138-145. Berlin, Heidelberg, & New York: Springer-Verlag.

4. Jaffe, E.S., **Braylan, R.C.**, Nanba, K., and Berard, C.W. (1980). New Approaches to the Diagnosis and Classification of the Non-Hodgkin's Lymphomas. In: Advances in Cancer Treatment Research, (Aisner, J. ed.), 1-23. Boston: Martinus Nijhoff.

5. **Braylan, R.C.**, Benson, N.A. and Nourse, V.A.: Flow Cytometry: A new approach toward characterizing lymphomas. B and T cell tumors: Biological and Clinical Aspects. UCLA Symposia on Molecular and Cellular Biology, Volume XXIV, (Eds.) Elen Vitetta and C. Fred Fox, Academic Press, New York, NY, 1982 73-77.

6. Duque, R.E. and **Braylan, R.C.** (1990). Applications of Flow Cytometry to Diagnostic Hematopathology. In: International Academy of Pathology Monographs: Techniques in Diagnostic Pathology (Weinstein, R., Coon, J.S. and Kaufman, N. eds). The Williams and Wilkins Company.

7. **Braylan, R.C.** and Benson, N.A.: DNA Content of Solid Tumors: Practical considerations. In: Nishiya, I., Cram, L.S., and Gray, J.W. (eds.), Flow Cytometry and Image Analysis for Clinical Applications, Amsterdam, New York, & Oxford, 1991 95:376-380.

8. **Braylan, R.C.** (1991). Flow Cytometry in the Diagnosis and Classification of Non-Hodgkins' Lymphoma. In: Lymphoid Malignancy (Hanaoka, M., Kadin, M. and Watanabe, S. eds.). New York: W.W. Norton & Company.

9. Moscinski, L.C. and **Braylan, R.C**. (1992). Interpretation of Modern Diagnostic Techniques in Lymphoma. In: Manual of Clinical Laboratory Immunology (4th Ed.) (Rose, N.R., de Macario, E.C., Fahey, J.L., Friedman, H., Penn, G.M., eds). Washington, D.C.: American Society of Microbiology.

***Chapters in Books (Cont.)***

10. **Braylan, R.C.** (1992). Lymphomas. In: Flow Cytometry: Principles and Clinical Applications. (Bauer, K.D., Duque, R.E., Shankey, T.V., eds), 203-234. Baltimore, MD: Williams and Wilkins.

11. Margo, C.E., Smith, L.J., **Braylan, R.C.** (1994). Lymphoid Tumors of the Orbit and Conjunctiva. In: Diagnostic Problems in Clinical Ophthalmology (Margo, C.E., Mames, R.N. and Hamed, L., eds), 76-86. Orlando, FL: W.B. Saunders Company.

12. **Braylan, R.C.** and Anderson, J. (2000) Flow Cytometric Analysis of Hematologic Neoplasia. In: Methods in Molecular Medicine, vol. 55: Hematologic Malignancies: Methods and Techniques (Faguet, G.B., ed), Humana Press, Inc., Totowa, NJ. 215-228.

13. Douglas, V.K. and **Braylan, R.C.** (2003) Immunophenotypic Differential Diagnosis and Cell Cycle Analysis. In: Chronic Lymphocytic Leukemia: Molecular Genetics, Biology, Diagnosis and Management. (Faguet, G.B., ed), Humana Press, Inc. Totowa, NJ (In Press).

***Refereed Publications***

1. Ragins, H. and **Braylan, R.C.**, Zollinger-Ellison Tumor Associated With a Malabsorption Syndrome. With Abdominal Distention Resembling Large Bowel Obstruction. Am.J.Surg. 1966;112(3):441-6.

2. Bernstein, J., **Braylan, R.C.** and Brough, A. J. Bile-Plug Syndrome: a Correctable Cause of Obstructive Jaundice in Infants. Pediatrics 1969;43(2):273-6.

3. Macario, A. J. L, Scornik, J. C., Oyola, E. G., and **Braylan, R.C.**, Cells Involved in RNA Synthesis in Lymphoid Organs of Normal and Immunized Mice. Medicina 1969;29:463.

4. **Braylan, R.C.**, De Tkaczevski, L. Z., Colmerauer, M. E., and Dosne, Pasqualini C. Intracisternal Viral Particles in Murine Leukemias. Medicina (B Aires) 1970;30(5):459-64.

5. Pasqualini, C. D., Saal, F., **Braylan, R.C.**, and Rabasa, S. L. Induction of Leukemia in BALB Mice by Allogeneic AKR Leukemic Cells. Int.J.Cancer 5-15-1970;5(3):338-45.

6. Rumi, L., Scornik, J. C., **Braylan, R.C.**, and Dosne, Pasqualini C. Early Leukopenia After Inoculation of Neoplastic Material in Mice. Medicina (B Aires) 1971;31(2):98-102.

7. Rumi, L., Colmerauer, M. E., **Braylan, R.C.**, Dosne, Pasqualini C., and Rabasa, S. L. Phenomenon of Enhancement Associated With Murine Leukemia. Medicina (B Aires) 1971;31(5):372-6.

8. Saal, F., Colmerauer, M. E., **Braylan, R.C.**, and Dosne, Pasqualini C. Immune Response of Mice Bearing a Subcutaneous Implant of Plastic Material. Medicina (B Aires) 1971;31(5):440-4.

9. **Braylan, R.C.**, Rumi, L., and Dosne, Pasqualini C. Murine Splenic Changes in Response to Syngeneic and Allogeneic Neoplasias. Medicina (B Aires) 1972;32(5):505-10.

10. Saal, F., Colmerauer, M.E. **Braylan, R.C.**, and Pasqualini, C. D. Tumor Growth in Allogeneic Mice Bearing a Lucite Cylinder. J.Natl.Cancer Inst. 1972;49(2):451-8.

***Refereed Publications***

11. **Braylan, R.C.**, and Rappaport, H. Tissue Immunoglobulins in Nodular Lymphomas As Compared With Reactive Follicular Hyperplasias. Blood 1973;42(4):579-89.

12. **Braylan, R.C.**, Pascuccelli, H., Stadecker, M., and Morgenfeld, M. C. Hodgkin's Disease--a Report From Buenos Aires, Argentina. Cancer 1973;32(4):879-86.

13. **Braylan, R.C.**, Jaffe, E. S., and Berard, C. W. Letter: Surface Characteristics of Hodgkin's Lymphoma Cells. Lancet 11-30-1974;2(7892):1328-9.

14. Polliack, A., **Braylan, R.C.**, and Golomb, H. Letter: Scanning Electron Microscopy of Hairy Cells in Hairy-Cell Leukaemia. Lancet 10-26-1974;2(7887):1013-4.

15. **Braylan, R.C.**, Jaffe, E. S., and Berard, C. W. Malignant Lymphomas: Current Classification and New Observations. Pathol.Annu. 1975;10:213-70.

16. Mann, R. B., Jaffe, E. S., **Braylan, R.C.** Eggleston, J. C., Ransom, L., Kaizer, H., and Berard, C. W. Immunologic and Morphologic Studies of T Cell Lymphoma. Am.J.Med. 1975;58(3):307-13.

17. Sanders, S. K., Alexander, E. L., and **Braylan, R.C.** A High-Yield Technique for Preparing Cells Fixed in Suspension for Scanning Electron Microscopy. J.Cell Biol. 1975;67(2PT.1):476-80.

18. Golomb, H. M., **Braylan, R.C.** and Polliack, A. 'Hairy' Cell Leukaemia (Leukaemic Reticuloendotheliosis): a Scanning Electron Microscopic Study of Eight Cases. Br.J.Haematol. 1975;29(3):455-60.

19. **Braylan, R.C.**, Variakojis, D., and Yachnin, S. The Sezary Syndrome Lymphoid Cell: Abnormal Surface Properties and Mitogen Responsiveness. Br.J.Haematol. 1975;31(4):553-64.

20. **Braylan, R.C.**, Jaffe, E. S., Burbach, J. W., Frank, M. M., Johnson, R. E., and Berard, C. W. Similarities of Surface Characteristics of Neoplastic Well-Differentiated Lymphocytes From Solid Tissues and From Peripheral Blood. Cancer Res. 1976;36(5):1619-25.

21. Fisher, R. I., Jaffe, E. S., **Braylan, R.C.**, Andersen, J. C., and Tan, H. K. Immunoblastic Lymphadenopathy. Evolution into a Malignant Lymphoma With Plasmacytoid Features. Am.J.Med. 1976;61(4):553-9.

22. Jaffe, E. S., **Braylan, R.C.**, Frank, M. M., Green, I., and Berard, C. W. Heterogeneity of Immunologic Markers and Surface Morphology in Childhood Lymphoblastic Lymphoma. Blood 1976;48(2):213-22.

23. Mann, R. B., Jaffe, E. S., **Braylan, R.C.**, Nanba, K., Frank, M. M., Ziegler, J. L., and Berard, C. W. Non-Endemic Burkitt's Lymphoma. A B-Cell Tumor Related to Germinal Centers. N. Engl.J.Med. 9-23-1976;295(13):685-91.

24. Alexander, E., Sanders, S., and **Braylan, R.C.** Purported Difference Between Human T-and B-Cell Surface Morphology Is an Artefact. Nature 5-20-1976;261(5557):239-41.

***Refereed Publications***

25. **Braylan, R.C.** and Berard, C. W. The Classification of Non-Hodgkin's Lymphomas. Rev.Bras.Pesqui.Med.Biol. 1976;9(5-6):303-5.

26. **Braylan, R.C.**, Jaffe, E. S., Mann, R. B., Frank, M. M., and Berard, C. W. Surface Receptors of Human Neoplastic Lymphoreticular Cells. Hamatol.Bluttransfus. 1977;20:47-53.

27. **Braylan, R.C.**, Long, J. C., Jaffe, E. S., Greco, F. A., Orr, S. L., and Berard, C. W. Malignant Lymphoma Obscured by Concomitant Extensive Epithelioid Granulomas: Report of Three Cases With Similar Clinicopathologic Features. Cancer 1977;39(3):1146-55.

28. Donlon, J. A., Jaffe, E. S., and **Braylan, R.C.** Terminal Deoxynucleotidyl Transferase Activity in Malignant Lymphomas. N.Engl.J.Med. 9-1-1977;297(9):461-4.

29. Jaffe, E. S., **Braylan, R.C.**, Nanba, K., Frank, M. M., and Berard, C. W. Functional Markers: a New Perspective on Malignant Lymphomas. Cancer Treat.Rep. 1977;61(6):953-62.

30. Nanba, K., Jaffe, E. S., Soban, E. J., **Braylan, R.C.** and Berard, C. W. Hairy Cell Leukemia. Enzyme Histochemical Characterization, With Special Reference to Splenic Stromal Changes. Cancer 1977;39(6):2323-36.

31. Nanba, K., Jaffe, E. S., **Braylan, R.C.**, Soban, E. J., and Berard, C. W. Alkaline Phosphatase-Positive Malignant Lymphoma. A Subtype of B-Cell Lymphomas. Am.J.Clin.Pathol. 1977;68(5):535-42.

32. **Braylan, R.C.**, Jaffe, E. S., Mann, R. B., Frank, M. M., and Berard, C. W. Surface Receptors of Human Neoplastic Lymphoreticular Cells. Hamatol.Bluttransfus. 1977;20:47-53.

33. Berard, C. W., Jaffe, E. S., **Braylan, R.C.**, Mann, R. B., and Nanba, K. Immunologic Markers of Non-Hodgkin's Lymphomas. Recent Results Cancer Res. 1978;64:138-45.

34. Berard, C. W., Jaffe, E. S., **Braylan, R.C.**, Mann, R. B., and Nanba, K. Immunologic Aspects and Pathology of the Malignant Lymphomas. Cancer 1978;42(2 Suppl):911-21.

35. **Braylan, R.C.**, Jaffe, E. S., Triche, T. J., Nanba, K., Fowlkes, B. J., Metzger, H., Frank, M. M., Dolan, M. S., Yee, C. L., Green, I., and Berard, C. W. Structural and Functional Properties of the "Hairy" Cells of Leukemic Reticuloendotheliosis. Cancer 1978;41(1):210-27.

36. **Braylan, R.C.**, Fowlkes, B. J., Jaffe, E. S., Sanders, S. K., Berard, C. W., and Herman, C. J. Cell Volumes and DNA Distributions of Normal and Neoplastic Human Lymphoid Cells. Cancer 1978;41(1):201-9.

37. Lawrence, E. C., Broder, S., Jaffe, E. S., **Braylan, R.C.**, Dobbins, W. O., Young, R. C., and Waldmann, T. A. Evolution of a Lymphoma With Helper T Cell Characteristics in Sezary Syndrome. Blood 1978;52(3):481-92.

38. Belpomme, D., Borella, L., **Braylan, R.C.**, Greaves, M., Herberman, R., Hitzig, W., Kersey, J., Petrov, R., Ritts, R., Seligmann, M., Sobin, L., Thierfelder, S., and Torrigiani, G. Immunological Diagnosis of Leukemia and Lymphoma. A World Health Organization International Union of Immunological Societies Technical Report. Br.J.Haematol. 1978;(38):85-98.

***Refereed Publications***


39. **Braylan, R.C.** and Burke, J. S. Hairy Cell Leukemia. Annu.Rev.Med. 1979;30:17-24.

40. Diamond, L. W. and **Braylan, R.C.** Cell Surface Markers on Lymphoid Cells From Warthin's Tumors. Cancer 1979;44(2):580-3.

41. **Braylan, R.C.**, Diamond, L. W., Powell, M. L., and Harty-Golder, B. Percentage of Cells in the S Phase of the Cell Cycle in Human Lymphoma Determined by Flow Cytometry. Cytometry 1980;1(3):171-4.

42. **Braylan, R.C.** and Diamond, L. W. Flow Analysis of Hairy Cell Leukemia. Leuk.Res. 1980;4(1):177-83.

43. Diamond, L. W. and **Braylan, R.C.** Immunological Markers and DNA Content in a Case of Giant Lymph Node Hyperplasia (Castleman's Disease). Cancer 8-15-1980;46(4):730-5.

44. Diamond, L. W. and **Braylan, R.C.** Flow Analysis of DNA Content and Cell Size in Non-Hodgkin's Lymphoma. Cancer Res. 1980;40(3):703-12.

45. Azar, H. A., Jaffe, E. S., Berard, C. W., Callihan, T. R., **Braylan, R.C.**, Cossman, J., and Triche, T. J. Diffuse Large Cell Lymphomas (Reticulum Cell Sarcomas, Histiocytic Lymphomas). Correlation of Morphologic Features With Functional Markers. Cancer 9-15-1980;46(6):1428-41.

46. Diamond, L. W., **Braylan, R.C.**, Bearman, R. M., Winberg, C. D., and Rappaport, H. The Determination of Cellular DNA Content in Neoplastic and Non-Neoplastic Lymphoid Populations by Flow Microflurometry. Flow Cytometry 1980;4:478-82.

47. Kruth, H. S., **Braylan, R.C.**, Benson, N. A., and Nourse, V. A. Simultaneous Analysis of DNA and Cell Surface Immunoglobulin in Human B-Cell Lymphomas by Flow Cytometry. Cancer Res. 1981;41(12 Pt 1):4895-9.

48. **Braylan, R.C.**, Benson, N. A., Nourse, V., and Kruth, H. S. Correlated Analysis of Cellular DNA, Membrane Antigens and Light Scatter of Human Lymphoid Cells. Cytometry 1982;2(5):337-43.

49. Geary, D. F., Fennell, R. S., **Braylan, R.C.**, Iravani, A., Garin, E. H., and Richard, G. A. Hyperparathyroidism and Anemia in Chronic Renal Failure. Eur.J.Pediatr. 1982;139(4):296-8.

50. Harty-Golder, B. and **Braylan, R.C.** Lymphomas and Their Expression in Peripheral Blood. Am.J.Med.Technol. 1982;48(8):685-8.

51. Appleyard, J., Scornik, J. C., **Braylan, R.C.** and Benson, N. A. Distinctive Expression of the T4 Antigen in Normal and Stimulated Lymphocytes. Cell Immunol. 2-15-1983;76(1):171-88.

52. **Braylan, R.C.** Flow Cytometry. Arch.Pathol.Lab Med. 1983;107(1):1-6.

53. **Braylan, R.C.** Attributes and Applications of Flow Cytometry. Ann.Clin.Lab Sci. 1983;13(5):379-84.

***Refereed Publications***


54. Oblon, D. J., Elfenbein, G. J., **Braylan, R.C.**, Jones, J., and Weiner, R. S. The Reversal of Myelofibrosis Associated With Chronic Myelogenous Leukemia After Allogeneic Bone Marrow Transplantation. Exp.Hematol. 1983;11(7):681-5.

55. **Braylan, R.C.**, Benson, N. A., and Nourse, V. A. Cellular DNA of Human Neoplastic B-Cells Measured by Flow Cytometry. Cancer Res. 1984;44(11):5010-6.

56. Downing, J. R., Benson, N. A., and **Braylan, R.C.** Flow Cytometry: Applications in the Clinical Laboratory. Laboratory Management 1984;22:29-37.

57. Davis, K. M., Spindel, E., Franzini, D. A., Kitchens, C. S., and **Braylan, R.C.** Anaplastic Neoplasm in a Patient With Hairy Cell Leukemia. Cancer 11-15-1985;56(10):2470-5.

58. Helms, S. R., Oblon, D. J., **Braylan, R.C.** and Weiner, R. S. Etoposide, Carmustine, Bleomycin, and Methotrexate With Leucovorin Rescue As Re-Treatment for Unfavorable Non-Hodgkin's Lymphoma. Cancer Treat.Rep. 1985;69(7-8):783-6.

59. Smith, L. J., Maloy, W. L., **Braylan, R.C.** and Wakeland, E. K. Production of Heterologous Antibodies Specific for Murine B-Cell Leukemia (BCL1) Immunoglobulin by Immunization With Synthetic Peptides Homologous to Heavy Chain Hypervariable Regions. Cancer Res. 1985;45(12 Pt 1):6119-23.

60. **Braylan, R.C.**, Benson, N. A., Benson, B. A., and Nourse, V. A. Analysis of Neoplastic Leukocyte Surface Antigens in Unfractionated Blood. Ann.N.Y.Acad.Sci. 1986;468:160-70.

61. Stonesifer, K. J., Benson, N. A., Ryden, S. E., Pawliger, D. F., and **Braylan, R.C.** The Malignant Cells in a Lennert's Lymphoma Are T Lymphocytes With a Mature Helper Surface Phenotype. A Multiparameter Flow Cytometric Analysis. Blood 1986;68(2):426-9.

62. Webster, E., Corman, L. C., and **Braylan, R.C.** Syndrome of Temporal Arteritis With Perivascular Infiltration by Malignant Cells in a Patient With Follicular Small Cleaved Cell Lymphoma. J.Rheumatol. 1986;13(6):1163-6.

63. Present, D. A., Bertoni, F., Springfield, D., **Braylan, R.C.** and Enneking, W. F. Giant Cell Tumor of Bone With Pulmonary and Lymph Node Metastases. A Case Report. Clin.Orthop. 1986;(209):286-91.

64. Bergeron, R. J., **Braylan, R.C.**, Goldey, S., and Ingeno, M. Effects of the Vibrio Cholerae Siderophore Vibriobactin on the Growth Characteristics of L1210 Cells. Biochem.Biophys.Res.Commun. 4-14-1986;136(1):273-80.

65. Gee, A. P., Bruce, K. M., van Hilten, J., Siden, E. J., **Braylan, R.C.**, Bauer, P. C., and Boyle, M. D. Selective Loss of Expression of a Tumor-Associated Antigen on a Human Leukemia Cell Line Induced by Treatment With Monoclonal Antibody and Complement. J.Natl.Cancer Inst. 1987;78(1):29-35.

66. McIntire, T. L., Goldey, S. H., Benson, N. A., and **Braylan, R.C.** Flow Cytometric Analysis of DNA in Cells Obtained From Deparaffinized Formalin-Fixed Lymphoid Tissues. Cytometry 1987;8(5):474-8.

***Refereed Publications***


67. Smith, L.J., **Braylan, R.C.**, Edmundson, K. B., Nutkis, J. E., and Wakeland, E. K. In Vitro Transformation of Human B-Cell Follicular Lymphoma Cells by Epstein-Barr Virus. Cancer Res. 4-15-1987;47(8):2062-6.

68. Smith, L. J., **Braylan, R.C.**, Nutkis, J. E., Edmundson, K. B., Downing, J. R., and Wakeland, E. K. Extraction of Cellular DNA From Human Cells and Tissues Fixed in Ethanol. Anal.Biochem. 1987;160(1):135-8.

69. Stonesifer, K. J., Xiang, J. H., Wilkinson, E. J., Benson, N. A., and **Braylan, R.C.** Flow Cytometric Analysis and Cytopathology of Body Cavity Fluids. Acta Cytol. 1987;31(2):125-30.

70. Wain, S. L., **Braylan, R.C.** and Borowitz, M. J. Correlation of Monoclonal Antibody Phenotyping and Cellular DNA Content in Non-Hodgkin's Lymphoma. The Southeastern Cancer Study Group Experience. Cancer 11-15-1987;60(10):2403-11.

71. Xiang, J. H., Spanier, S. S., Benson, N. A., and **Braylan, R.C.** Flow Cytometric Analysis of DNA in Bone and Soft-Tissue Tumors Using Nuclear Suspensions. Cancer 6-1-1987;59(11):1951-8.

72. **Braylan, R.C.** and Benson, N. A. Cell Surface Markers and Cell Cycle Analysis of Lymphomas. Cytometry Suppl 1988;3:73-7.

73. Duque, R. E. and **Braylan, R.C.** Flow Cytometry in the Diagnosis of Non-Hodgkin's Lymphomas. Clinical Immunology Newsletter 1988;9:13-6.

74. **Braylan, R.C.** and Benson, N. A. Flow Cytometric Analysis of Lymphomas. Arch.Pathol.Lab Med. 1989;113(6):627-33.

75. Moreb, J., Duque, R. E., Slddiqui, T., McCarley, D. L., and **Braylan, R.C.** High-Grade B-Cell Lymphoma Presenting As Polyserosal Disease. Diagnosis by Flow Cytometry. Cancer 12-1-1989;64(11):2254-8.

76. Yancey, W. B., Jr., Dolson, L. H., Oblon, D., Smith, L. J., **Braylan, R.C.**, Longley, S., and Williams, R. C., Jr. HTLV-I-Associated Adult T-Cell Leukemia/Lymphoma Presenting With Nodular Synovial Masses. Am.J.Med. 1990;89(5):676-83.

77. Almasri, N. M., Iturraspe, J. A., Benson, N. A., Chen, M. G., and **Braylan, R.C.** Flow Cytometric Analysis of Terminal Deoxynucleotidyl Transferase. Am.J.Clin.Pathol. 1991;95(3):376-80.

78. Almasri, N. M., Duque, R. E., Iturraspe, J., Everett, E., and **Braylan, R.C.** Reduced Expression of CD20 Antigen As a Characteristic Marker for Chronic Lymphocytic Leukemia. Am.J.Hematol. 1992;40(4):259-63.

79. Fannon, L. D., **Braylan, R.C.** and Phillips, M. I. Alterations of Lymphocyte Populations During Development in the Spontaneously Hypertensive Rat. J.Hypertens. 1992;10(7):629-34.

80. **Braylan, R.C.** Benson, N. A., and Iturraspe, J. Analysis of Lymphomas by Flow Cytometry. Current and Emerging Strategies. Ann.N.Y.Acad.Sci. 3-20-1993;677:364-78.

***Refereed Publications***


81. **Braylan, R.C.** Flow-Cytometric DNA Analysis in the Diagnosis and Prognosis of Lymphoma. Am.J.Clin.Pathol. 1993;99(4):374-80.

82. Duque, R. E., Andreeff, M., **Braylan, R.C.** Diamond, L. W., and Peiper, S. C. Consensus Review of the Clinical Utility of DNA Flow Cytometry in Neoplastic Hematopathology. Cytometry 1993;14(5):492-6.

83. Hendricks, J. B., Wilkinson, E. J., Pharis, P. G., Sapi, Z., and **Braylan, R.C.** Quantitative Morphologic Assessment of Nuclei Extracted From Paraffin for DNA Flow Cytometry. Mod.Pathol. 1993;6(5):565-9.

84. Hendricks, J. B., Hardt, N. S., Wilkinson, E. J., Pharis, P. G., and **Braylan, R.C.** A Method for Detecting Variability Arising From Errors in Sample Processing of Paraffin-Embedded Tissue for DNA Content Analysis. Arch.Pathol.Lab Med. 1993;117(11):1138-41.

85. Fu, L., Yang, M., **Braylan, R.C.** and Benson, N. Real Time Adaptive Clustering of Flow Cytometric Data. Pattern Recognition 1993;26:365-73.

86. Zander, D. S., Iturraspe, J. A., Everett, E. T., Massey, J. K., and **Braylan, R.C.** Flow Cytometry. In Vitro Assessment of Its Potential Application for Diagnosis and Classification of Lymphoid Processes in Cytologic Preparations From Fine-Needle Aspirates. Am.J.Clin.Pathol. 1994;101(5):577-86.

87. Benson, N. A. and **Braylan, R.C.** Evaluation of Sensitivity in DNA Aneuploidy Detection Using a Mathematical Model. Cytometry 1-1-1994;15(1):53-8.

88. Diamond, L. W., Nguyen, D. T., Andreeff, M., Maiese, R. L., and **Braylan, R.C.** A Knowledge-Based System for the Interpretation of Flow Cytometry Data in Leukemias and Lymphomas. Cytometry 11-1-1994;17(3):266-73.

89. Lynch, J. W., Elfenbein, G. J., Noyes, W. D., **Braylan, R.C.** Gross, M. A., and Weiner, R. S. Pure Red Cell Aplasia Associated With Angioimmunoblastic Lymphadenopathy With Dysproteinemia. Am.J.Hematol. 1994;46(2):72-8.

90. Molot, R. J., Mendenhall, N. P., Barre, D. M., and **Braylan, R.C.** The Clinical Relevance of L26, a B-Cell-Specific Antibody, in Hodgkin's Disease. Am.J.Clin.Oncol. 1994;17(3):185-8.

91. Molot, R. J., Meeker, T. C., Wittwer, C. T., Perkins, S. L., Segal, G. H., Masih, A. S., **Braylan, R.C.** and Kjeldsberg, C. R. Antigen Expression and Polymerase Chain Reaction Amplification of Mantle Cell Lymphomas. Blood 3-15-1994;83(6):1626-31.

92. Segal, G. H., Scott, M., Jorgensen, T., and **Braylan, R.C.** Standard Polymerase Chain Reaction Analysis Does Not Detect T(14;18) in Reactive Lymphoid Hyperplasia. Arch.Pathol.Lab Med. 1994;118(8):791-4.

93. Segal, G. H., Jorgensen, T., Scott, M., and **Braylan, R.C.** Optimal Primer Selection for Clonality Assessment by Polymerase Chain Reaction Analysis: II. Follicular Lymphomas. Hum.Pathol. 1994;25(12):1276-82.

***Refereed Publications***

94. Segal, G. H., Jorgensen, T., Masih, A. S., and **Braylan, R.C.** Optimal Primer Selection for Clonality Assessment by Polymerase Chain Reaction Analysis: I. Low Grade B-Cell Lymphoproliferative Disorders of Nonfollicular Center Cell Type. Hum.Pathol. 1994;25(12):1269.

95. Segal, G. H., Scott, M., Jorgensen, T., and **Braylan, R.C.** Primers Frequently Used for Detecting the T(14;18) Major Breakpoint Also Amplify Epstein-Barr Viral DNA. Diagn.Mol.Pathol. 1994;3(1):15-21.

96. Maiese, R. L., Segal, G. H., Iturraspe, J. A., and **Braylan, R.C.** The Cell Surface Antigen and DNA Content Distribution of Lymph Nodes With Reactive Hyperplasia. Mod.Pathol. 1995;8(5):536-43.

97. Segal, G. H., Masih, A. S., Fox, A. C., Jorgensen, T., Scott, M., and **Braylan, R.C.** CD5-Expressing B-Cell Non-Hodgkin's Lymphomas With Bcl-1 Gene Rearrangement Have a Relatively Homogeneous Immunophenotype and Are Associated With an Overall Poor Prognosis. Blood 3-15-1995;85(6):1570-9.

98. Calhoun, D. A., Li, Y., **Braylan, R.C.** and Christensen, R. D. Assessment of the Contribution of the Spleen to Granulocytopoiesis and Erythropoiesis of the Mid-Gestation Human Fetus. Early Hum.Dev. 11-21-1996;46(3):217-27.

99. Segal, G. H., Scott, M., and **Braylan, R.C.** Semi-Automated ELISA-Based Detection System for Verifying the Authenticity of Amplified T(14;18)-Containing Products. Diagn.Mol.Pathol. 1996;5(2):114-20.

100. al Abbadi, M., Masih, A., **Braylan, R.C.** and Almasri, N. M. Soft Tissue Langerhans' Cell Histiocytosis in an Adult. A Case Presentation With Flow Cytometric Analysis and Literature Review. Arch.Pathol.Lab Med. 1997;121(2):169-72.

101. Almasri, N. M., Zaer, F. S., Iturraspe, J. A., and **Braylan, R.C.** Contribution of Flow Cytometry to the Diagnosis of Gastric Lymphomas in Endoscopic Biopsy Specimens. Mod.Pathol. 1997;10(7):650-6.

102. **Braylan, R.C.** Flow Cytometry Is Becoming an Indispensable Tool in Leukemia Diagnosis and Classification. Cancer Invest 1997;15(4):382-3.

103. **Braylan, R.C.** Atwater, S. K., Diamond, L., Hassett, J. M., Johnson, M., Kidd, P. G., Leith, C., and Nguyen, D. U.S.-Canadian Consensus Recommendations on the Immunophenotypic Analysis of Hematologic Neoplasia by Flow Cytometry: Data Reporting. Cytometry 10-15-1997;30(5):245-8.

104. McCann, L. S., Maiese, R. L., Iturraspe, J. A., and **Braylan, R.C.** CD34 Is Not Expressed on the Cells of Chronic Lymphoproliferative Disorders or in the Vast Majority of Non-Hodgkin's Lymphomas: a Review of 1573 Cases. Bone Marrow Transplant. 1997;19(7):757-8.

105. Maiese, R. L. and **Braylan, R.C.** Detection of Low Levels of B-Cell Lymphoproliferative Disorders. Proceedings of a US Public Health Service Workshop 1995 Atlanta.Washington DC: US Government Printing Office 1997;(30):25-245.

***Refereed Publications***


106. Maiese, R. L., Segal, G. H., and **Braylan, R.C**. Benign Lymphadenopathy: Emphasis on Ancillary Techniques and Specimen Processing. ASCP Check Sample, Hematopathology 1997;(3):71-88.

107. Almasri, N. M., Iturraspe, J. A., and **Braylan, R.C.** CD10 Expression In Follicular Lymphoma and Large Cell Lymphoma Is Different From That of Reactive Lymph Node Follicles. Arch.Pathol.Lab Med. 1998;122(6):539-44.

108. del Charco, J. O., Bolek, T. W., McCollough, W. M., Maria, B. L., Kedar, A., **Braylan, R.C.**, Mickle, J. P., Buatti, J. M., Mendenhall, N. P., and Marcus, R. B., Jr. Medulloblastoma: Time-Dose Relationship Based on a 30-Year Review. Int.J.Radiat.Oncol.Biol.Phys. 8-1-1998;42(1):147-54.

109. Hubl, W., Iturraspe, J., Martinez, G. A., Hutcheson, C. E., Roberts, C. G., Fisk, D. D., Sugrue, M. W., Wingard, J. R., and **Braylan, R.C.** Measurement of Absolute Concentration and Viability of CD34+ Cells in Cord Blood and Cord Blood Products Using Fluorescent Beads and Cyanine Nucleic Acid Dyes. Cytometry 6-15-1998;34(3):121-7.

110. Hubl, W., Iturraspe, J., and **Braylan, R.C.** FMC7 Antigen Expression on Normal and Malignant B-Cells Can Be Predicted by Expression of CD20. Cytometry 4-15-1998;34(2):71-4.

111. Slayton, W. B., Juul, S. E., Calhoun, D. A., Li, Y., **Braylan, R.C.** and Christensen, R. D. Hematopoiesis in the Liver and Marrow of Human Fetuses at 5 to 16 Weeks Postconception: Quantitative Assessment of Macrophage and Neutrophil Populations. Pediatr.Res. 1998;43(6):774-82.

112. Slayton, W. B., Li, Y., Calhoun, D. A., Juul, S. E., Iturraspe, J., **Braylan, R.C.** and Christensen, R. D. The First-Appearance of Neutrophils in the Human Fetal Bone Marrow Cavity. Early Hum.Dev. 1998;53(2):129-44.

113. Zaer, F. S., **Braylan, R.C.**, Zander, D. S., Iturraspe, J. A., and Almasri, N. M. Multiparametric Flow Cytometry in the Diagnosis and Characterization of Low-Grade Pulmonary Mucosa-Associated Lymphoid Tissue Lymphomas. Mod.Pathol. 1998;11(6):525-32.

114. Almasri, N. M., Mitchell, D., and **Braylan, R.C.** Blastic Natural Killer Cell. Am.J.Surg.Pathol. 1999;23(8):991-2.

115. Orfao, A., Schmitz, G., Brando, B., Ruiz-Arguelles, A., Basso, G., **Braylan, R.C.**, Rothe, G., Lacombe, F., Lanza, F., Papa, S., Lucio, P., and San Miguel, J. F. Clinically Useful Information Provided by the Flow Cytometric Immunophenotyping of Hematological Malignancies: Current Status and Future Directions. Clin.Chem. 1999;45(10):1708-17.

116. Cornfield, D. B., Mitchell, D. M., Almasri, N. M., Anderson, J. B., Ahrens, K. P., Dooley, E. O., and **Braylan, R.C.** Follicular Lymphoma Can Be Distinguished From Benign Follicular Hyperplasia by Flow Cytometry Using Simultaneous Staining of Cytoplasmic Bcl-2 and Cell Surface CD20. Am.J.Clin.Pathol. 2000;114(2):258-63.

117. Kedar, A. and **Braylan, R.C.** Lymphohistiocytic Anaplastic Large Cell Lymphoma Stage I: Long-Term Survival After Resection Alone. Pediatr.Hematol.Oncol. 2000;17(3):261-8.

***Refereed Publications***

118. **Braylan, R.C.**, Orfao, A., Borowitz, M. J., and Davis, B. H. Optimal Number of Reagents Required to Evaluate Hematolymphoid Neoplasias: Results of an International Consensus Meeting. Cytometry 2001;46(1):23-7.

119. Cornfield, D. B., Mitchell Nelson, D. M., Rimsza, L. M., Moller-Patti, D., and **Braylan, R.C.** The Diagnosis of Hairy Cell Leukemia Can Be Established by Flow Cytometric Analysis of Peripheral Blood, Even in Patients With Low Levels of Circulating Malignant Cells. Am.J.Hematol. 2001;67(4):223-6.

120. Kanehira, K., **Braylan, R.C** and Lauwers, G. Y. Early Phase of Intestinal Mantle Cell Lymphoma: a Report of Two Cases Associated With Advanced Colonic Adenocarcinoma. Mod.Pathol. 2001;14(8):811-7.

121. Stetler-Stevenson, M. and **Braylan, R.C.** Flow Cytometric Analysis of Lymphomas and Lymphoproliferative Disorders. Semin.Hematol. 2001;38(2):111-23.

122. Pantazis, C. G., Templeton, K., Tawfik, O. W., and **Braylan, R.C.** Langerhans Cell Granulomatosis Manifested As Pigmented Villonodular Synovitis. J.South.Orthop.Assoc. 2001;10(4):230-5.

123. Mehta, P., Mageed, A., Roberts, C., Fisk, D., Skoda-Smith, S., **Braylan, R.C** and Wingard, J. R. Donor Leukocyte Infusions After Bone Marrow Transplantation in Children: Series From a Single Institution and Review of the Literature. Int J Pediatr Hematol/Oncol 2001;71-9.

124. Anderson, J. and **Braylan, R.C.** Automated Sample Preparation Tools for Flow Cytometric Immunophenotyping. Advance for Administrators of the Laboratory 2001;48-52.

125. Lee, R. and **Braylan, R.C.** Regarding the Loss of CD20 After Rituximab Therapy. Br.J.Haematol. 2002;118(3):927.

126. Lynch, J. W., Hei, D. L., **Braylan, R.C.**, Rimzsa, L. M., Staab, E. V., Bewsher, C. J., Mendenhall, N. P., and Hudson, J. K. Phase II Study of Fludarabine Combined With Interferon-Alpha-2a Followed by Maintenance Therapy With Interferon-Alpha-2a in Patients With Low-Grade Non-Hodgkin's Lymphoma. Am.J.Clin.Oncol. 2002;25(4):391-7.

127. Rimsza, L. M., Ahrens, K. P., Massey, J. K., Pastos, K. M., Mainwaring, M. G., and **Braylan, R.C.** AML, Angiogenesis, and Prognostic Variables. Blood 8-15-2002;100(4):1517-8.

128. Mainwaring, M. G., Rimsza, L. M., Chen, S. F., Gomez, S. P., Weeks, F. W., Reddy, V., Lynch, J., May, W. S., Kahn, S., Moreb, J., Leather, H., **Braylan, R.C.**, Rowe, T. C., Fieniewicz, K. J., and Wingard, J. R. Treatment of Refractory Acute Leukemia With Timed Sequential Chemotherapy Using Topotecan Followed by Etoposide + Mitoxantrone (T-EM) and Correlation With Topoisomerase II Levels. Leuk.Lymphoma 2002;43(5):989-99.

129. Ahrens, K., **Braylan, R.C.**, Almasri, N., Foss, R., and Rimsza, L. IgH PCR of Zinc Formalin-Fixed, Paraffin-Embedded Non-Lymphomatous Gastric Samples Produces Artifactual "Clonal" Bands Not Observed in Paired Tissues Unexposed to Zinc Formalin. J.Mol.Diagn. 2002;4(3):159-63.

***Refereed Publications***

130. Lee, R., Luchetta, G., Kasnic, G., **Braylan, R.C.** and Rimsza, L. A Post Traumatic Periorbital Mass in a 10 Year Old Male. Case Studies in Clinical Flow Cytometry- www.flowcases.com 2002.

131. Li, S. W., Tang, D., Ahrens, K. P., She, J. X., **Braylan, R.C.** and Yang, L. All-Trans-Retinoic Acid Induces CD52 Expression in Acute Promyelocytic Leukemia. Blood 2003;101(5):1977-80.

132. Rimsza, L.R., Pastos, K., Massey, K., **Braylan, R.C.** Endothelial stimulation by small lymphocytic lymphoma correlates with secreted levels of basic fibroblastic growth factor. Br J Haematol. 2003; 120(5):753-8.

133. Lynch, J. W., Hei, D. L., **Braylan, R. C.**, Rimzsa, L. M., Staab, E. V., Bewsher, C. J., Mendenhall, N. P., and Hudson, J. K. Phase II Study of Fludarabine Combined With Interferon-Alpha-2a Followed by Maintenance Therapy With Interferon-Alpha-2a in Patients With Low-Grade Non-Hodgkin's Lymphoma. Am J Clin Oncol 2002;25(4):391-7.

134. Garcia-Serra, A., Mendenhall, N., Hinerman, R.W., Lynch, J.W., Jr., **Braylan, R.C.**, and Mancuso, A.A. Management of neurotropic low-grade B-cell lymphoma: report of two cases. Head & Neck 2003;25(11):972-6.

135. **Braylan, R. C.** Impact of Flow Cytometry on the Diagnosis and Characterization of Lymphomas, Chronic Lymphoproliferative Disorders and Plasma Cell Neoplasias. Cytometry 2004;58A(1):57-61.

136. Yuan, C. M., Douglas-Nikitin, V. K., Ahrens, K. P., Luchetta, G. R., **Braylan, R. C.**, and Yang, L. DRAQ5-Based DNA Content Analysis of Hematolymphoid Cell Subpopulations Discriminated by Surface Antigens and Light Scatter Properties. Cytometry 2004;58B(1):47-52.

137. Al Quran, S. Z., M. Al Abbadi, and **R. C. Braylan**. 2004. In Hematopathology, Love is Everywhere. Arch Pathol Lab Med 2004;128:1309.

138. Al-Quran, Samer Z., **Braylan, Raul C.** The Use of Flow Cytometry in the Characterization of Lymphoid Neoplasia. Pathology Case Reviews 2004;221-227.

139. Lee, R.V., **Braylan, R.C.**, Rimsza, L.M. CD58 expression decreases as non-malignant B cells mature in bone marrow and is over-expressed in cases of both adult and pediatric precursor B cell acute lymphoblastic leukemia. Am J Clin Pathol 2005;119-124.

***Publications Submitted or In Press***

1. Bergeron, R.J., Weimar, W.R., Wiegand, J., Muller, R., McManis, J.S. Yao, G.W., Huang, G., Snyder, P.S., Porter, C., **Braylan, R.C.** Chemical resection of the exocrine pancreas. (Submitted)

***Recent Abstracts (Last 3 years)***

1. Yuan, C., Douglas, V., Luchetta, G., Ahrens, K., **Braylan, R. C.** and Yang, L. DRAQ5-Based Cell Cycle Analysis of Cell Subpopulations Discriminated by Surface Antigens and Light Scatter in Hematopoietic Tissues. United States and Canadian Academy of Pathology Annual Meeting, Washington, D.C., March 2003.

2. Yuan, C., Douglas, V., Li, Y., Yang, L., **Braylan, R.C.** Cell Subpopulation Specific S-Phase Measurements in Hyperplastic Lymphoid Tissue and Large B-Cell Lymphoma Using Draq5-Based DNA Content Analysis. Clinical Cytometry Society, Arlington, VA. Nov. 2003.

3. Al-Quran, S., Li, Y., Monreal, M., and **Braylan, R.C.** Lymphomas with a Follicular Center Phenotype Often Contain Large Tetraploid or Near Tetraploid B Cells that are not in S-Phase Despite High Ki-67 Expression. United States and Canadian Academy of Pathology Annual Meeting, Vancouver, Canada. March 2004.

4. Al-Quran, S.Z., Magill, J.M., Yang, L., **Braylan, R.C.** and Douglas-Nikitin, V.K. The Pitfalls of Bone Marrow Aspirate Assessment of Plasma Cell Infiltrates. United States and Canadian Academy of Pathology Annual Meeting, Vancouver, Canada. March 2004.

5. Levenson, R.M., van der Loos, C.M. and **Braylan, R.C.** Spectral Imaging for Automated Analysis of Multicolor Immunohistochemical Studies in Hematopathology. United States and Canadian Academy of Pathology Annual Meeting, San Antonio, TX. February 2005.

6. Kurylo, D.K., **Braylan, R.C.** Li, Y., Yang, L.J., Douglas-Nikitin, V.K. Tumor-selective Measurement of Cell Proliferation by Ki-67 and DNA S-phase in non-Hodgkin B-cell lymphomas: are the two Methods Equivalent? United States Canadian Academy of Pathology Annual Meeting, San Antonio, TX. February 2005.

7. Al-Quran, S., Netzel, T., Monreal, M., Cardona, D., L I, Y., **Braylan, R. C.** The Value of a Limited 4-Antibody panel in the Detection of Hematolymphoid Neoplasia in Bone Marrow and Peripheral Blood by Flow Cytometry. United States Canadian Academy of Pathology Annual Meeting, San Antonio, TX. February 2005.

8. Grier, D. D., Al-Quran, S., Li, Y. **Braylan, R. C.** Immunoglobulin heavy chain expression in B-cell lymphomas and reactive lymph nodes analyzed by flow cytometry. United States Canadian Academy of Pathology Annual Meeting, Atlanta, GA. February 2006.

9. Al-Quran, S. Z., Cardona, D.M., **Braylan, R.C.**, Netzel, T.C., Li, Y. Flow cytometric assessment of T-cell clonality in bone marrow, peripheral blood and lymphoid tissue using TCR-Vbeta expression analysis. United States Canadian Academy of Pathology Annual Meeting, Atlanta, GA. February 2006.