# EXHIBIT 15

A

45

Review of DIANON produced records

---

| CLAIM INFORMATION: | |
|---|---|
| Sample number: | 45 |
| Beneficiary name: | |
| Beneficiary HIC: | |
| Date of service: | 5/8/2003 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 26 |
| 88180 units considered medically necessary: | 11 |
| Comments: | Blood — AML 1.5 yrs. ago, in complete remission<br><br>∅ kappa, lambda, CD5, CD4, CD8, CD2, CD22, CD10, CD23, CD103, CD11c, CD57, CD25, CD38, HLA-DR<br><br>Conc — No acute leuk.<br>? CMML   Correlate |

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | S. Flynn |
| Review date: | 11/11/05 |