# EXHIBIT 17

Case 3:02-cv-01573-MRK     Document 193-17     Filed 11/01/2006     Page 1 of 4

Case 3:02-cv-01573-MRK  Document 193-17  Filed 11/01/2006  Page 2 of 4
08/22/2006 15:10 FAX                                                    ☐002
       Case 3:02-cv-01573-MRK  Document 176  Filed 08/23/2006  Page 17 of 19

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Ex rel. DR. JAMES J. TIESINGA,<br><br>    Plaintiff,<br><br>v.<br><br>DIANON SYSTEMS, INC.,<br><br>    Defendant. | CASE NO. 3:02-CV-1573 (MRK)<br><br><br><br>August 23, 2006 |

STATE OF CONNECTICUT )
                                ) ss:
COUNTY OF NEW HAVEN )

## AFFIDAVIT OF BRIAN SMITH, M.D.

BRIAN SMITH, M.D., being duly sworn, deposes and says:

1. I am over the age of 18 and understand the meaning and obligation of an oath.

2. I submit this affidavit in support of Yale-New Haven Hospital's ("the Hospital") memorandum in opposition to Dianon System, Inc.'s ("Dianon") motion to compel compliance with its subpoena duces tecum.

3. I make this declaration based on personal knowledge of the facts contained herein.

4. I am the Director of the Flow Cytometry Laboratory owned and operated by the Hospital (the "Hospital lab").

5. The Hospital lab is separate and distinct from the Yale University pathology laboratory (the "University lab").

Case 3:02-cv-01573-MRK    Document 193-17    Filed 11/01/2006    Page 3 of 4
08/22/2006 15:11 FAX                                                                    ☒003
Case 3:02-cv-01573-MRK    Document 176    Filed 08/23/2006    Page 18 of 19

6. Stuart Flynn, M.D. is the former director of the YU lab. At no time did he work in the Hospital lab.

7. The Hospital lab does not have a relationship with Dianon, and it does not possess any facts regarding the composition of Dianon's flow cytometry panels or Dianon's billing practices over the last ten years.

8. The Hospital lab has not used a standard panel of antibodies in its flow cytometry testing. Instead, it tailors each panel to the individual circumstances of each patient. Over the last ten years, the Hospital lab has performed flow cytometry testing for tens of thousands of patients.

9. Producing the ten years' worth of documents requested in Dianon's subpoena would impose an undue burden, in terms of time, cost, and effort, on the Hospital lab. Many of those documents, particularly those pertaining to the use of antibodies used in Hospital's flow cytometry testing, call for patient records containing protected health information that would have to be redacted in order to comply with state and federal privacy laws. Also, many of the requested documents, such as training materials, represent an overwhelming amount of written material, older versions of which likely are archived and stored off-site.

10. The 2006 Hospital lab policy and procedures manual consists of multiple binders spanning thousands of pages. Determining whether the methodology described in that manual has changed in the last ten years would require a substantial amount of time and effort, at a significant cost, because archived materials would have to be located, obtained from off-site storage, and compared against the current manual in order to determine what changes have been made during the relevant time period.

11. The Hospital lab has not been retained as an expert in the above-captioned lawsuit, and it is not willing to be retained as an expert.

Case 3:02-cv-01573-MRK    Document 193-17    Filed 11/01/2006    Page 4 of 4
08/22/2006 15:11 FAX                                                          ☒004
Case 3:02-cv-01573-MRK    Document 176    Filed 08/23/2006    Page 19 of 19

12. There are over 400 laboratories throughout the United States performing flow cytometry testing.

The foregoing is true and correct to the best of my knowledge and belief.

*Brian Smith, MD*
Brian Smith, M.D.

Subscribed and sworn to before me this
23rd day of August, 2006

*[signature]*
Notary Public    my commission expires 3/31/09

14364\2084\608733.1

3