# EXHIBIT 20

Michael J. Borowitz, M.D. U.S.A. v. Dianon Systems, Inc.                              7/6/2006

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA,              )
ex rel. DR. JAMES J. TIESINGA,         )
            Plaintiffs,                )
    vs.                                ) No. 3:02CV1573(MRK)
DIANON SYSTEMS, INC.,                  )
            Defendant.                 )

                - - - - -

   The videotaped deposition of MICHAEL J. BOROWITZ, M.D. was taken on Thursday, July 6, 2006, commencing at 9:10 a.m., at the offices of Venable LLP, Two Hopkins Plaza, Suite 1800, Baltimore, Maryland, before Josett F. Whalen, Registered Merit Reporter and Notary Public.

                - - - - -

Michael J. Borowitz, M.D. U.S.A. v. Dianon Systems, Inc.                                                    7/6/2006

Page 38

1  new specimen.
2    Q.  Okay.  What about the chronic
3  leukemia?
4    A.  The same idea.
5        If, for example -- if, for example,
6  we -- in our chronic leukemia panel we're
7  weighted towards characterization of a B-cell
8  neoplasm because the B-cell neoplasms are most
9  common.  Once we have fully characterized a
10 B-cell neoplasm, we won't use all of the same
11 antibodies to fully characterize it again.
12 We're mostly interested in detecting it the
13 second time, so we may pare down our 16 basic
14 markers to 12 or something like that.
15   Q.  Some of the other folks we've deposed
16 have -- do things a little differently.  They do
17 a standard panel of, you know --
18   A.  That's correct.
19   Q.  -- 28 or 30 antibodies for every sample
20 that comes in the door.
21       Why don't you do it that way?
22   A.  Okay.  Fair question.

Page 39

1        So I think we have a few advantages
2  over the people that you've deposed, at least
3  depositions that I've read -- I don't know if
4  there are other people -- and for that matter
5  over -- the same advantages exist over Dianon
6  for that matter.  And that has to do with the
7  fact that we have a fixed -- a fairly fixed
8  clientele whom we know fairly well, and they're
9  right on site.
10       So the first thing is we get our
11 samples, 90 percent of our samples, in an hour.
12       I know Dr. Holden runs largely a
13 reference laboratory business and -- or much of
14 her work comes from -- and they get samples, you
15 know, the next day, for DIANON gets their
16 samples the next day, and so they're, from a
17 turnaround point of view, they're already
18 24 hours behind me, so I have a little -- so my
19 process is a little bit more cumbersome and
20 takes a little bit more time, but I have a
21 little more time to work with.
22       The other thing is, I have a very

Page 40

1  skilled staff with fellows really on-site and
2  it's part of their training exercise to sort of
3  learn about making these decisions, and so I
4  have the luxury, because time is not so
5  pressing, that I can sort of incorporate that
6  training aspect of making them make some
7  decisions into the process without sacrificing
8  turnaround time.
9        You know, and the other thing is having
10 a -- having a, you know, a physician clientele
11 whom I know well and who know what we do allows
12 me to sort of trust the information that comes
13 from them to a greater degree than if I didn't
14 know my clientele and samples were coming in
15 from all over.
16       And you know, sometimes we get a sample
17 from somebody not trustworthy and we may handle
18 it a little bit differently because, you know,
19 that's when we'll, you know, we'll start with
20 a -- we may add some extra things, because even
21 though they say it's acute leukemia, we don't
22 know who this person is and we may do the acute

Page 41

1  leukemia panel but add on some of the things
2  from the chronic leukemia panel to make sure
3  that we've done, we've done it all because we
4  don't trust the information.  But that's the
5  rare case.
6        The great majority of cases, we know
7  when Dr. So-and-so orders something, we know
8  that we can trust them.
9    Q.  You said, though, that when a sample
10 comes in and it may come in without a req form
11 that you do some sort of --
12   A.  Hybrid.
13   Q.  -- hybrid panel, and I think you said
14 that had like 17 or 18 antibodies?
15   A.  Right.
16   Q.  Is that what you're talking about?
17   A.  Yeah.  Something -- well, I can't be --
18 I don't want to be overly precise.  That -- if
19 we have no information at all, but -- I guess --
20 I guess what -- that's usually what we do.  I
21 guess that's a fair statement, is that's usually
22 what we do.

11 (Pages 38 to 41)