# EXHIBIT 21

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

NO. 3:02 CV 1573(MRK)

UNITED STATES OF AMERICA, ex rel.
DR. JAMES J. TIESINGA,

    Plaintiff(s),

- vs -

DIANON SYSTEMS, INC.,

    Defendant(s).

---

V I D E O  E X A M I N A T I O N

OF

RAUL C. BRAYLAN, M.D.

| | |
|---|---|
| TAKEN ON BEHALF OF: | The Plaintiff |
| DATE: | June 15, 2006 |
| TIME: | Scheduled start: 9:00 a.m.<br>Actual Start: 9:07 a.m.<br>Conclusion: 12:32 p.m. |
| PLACE: | Unites States Attorney's Office<br>300 West University Avenue<br>Suite 310<br>Gainesville, Florida 32601 |
| REPORTER: | Anne C. Noble, RPR, FPR, CSR-GA, WA<br>Notary Public: Florida and South Carolina |

Page 18

1  processing tubes. The cells are floating in fluid, so
2  the processing consists of spinning the cells down,
3  removing the fluid, washing the cells with other
4  fluids and then expose the cells to a variety of
5  reagents that are informative because they label the
6  cells in a manner that allows us to determine the
7  nature of the cells.
8      And instead of a glass slide with a tissue on
9  top and stained with a variety of stains, in the cases
10 of fluid, the cells that have been exposed to these
11 informative reagents are analyzed by special
12 instruments, called flow cytometers, that measure the
13 cell properties or the cell characteristics. For
14 example, it tells us the cell is so large or small,
15 which is very important for clinical information. It
16 tells us if a cell is what we call a B-cell or a
17 T-cell or a monocyte, which are different cells that
18 occur in the blood and the bone marrow. And it tells
19 us if those cells are reaching maturity normally,
20 developing normally, or they have some abnormality
21 that could be correlated with a malignancy. It also
22 tells us other parameters in the cells that are a
23 reflection of, for example, medication, reaction to
24 infection, other disorders not necessarily malignant,
25 that affect the bone marrow.

Page 19

1      So with a spectrum of these reagents, we have
2  a fairly good panoramic view of all the cells in these
3  tissues.
4      Fluids, like bone marrow and blood, are very
5  complex. They contain a variety of cells of all types
6  that populate our bodies and defend us, keep our
7  oxygen in check and close our wounds and make sure
8  that the clotting is there.
9      The bone marrow is a very complex organ. So
10 it is analyzed on -- almost on a cell-per-cell basis.
11     So the instruments, the flow cytometers,
12 allow us to view that, whereas, the tissue section, a
13 microscopy tissue -- histology section -- it allows us
14 to look at the entire tissue, the entire geographic
15 location of the cells, how the cells infiltrate the
16 tissues, how they behave as a general population.
17     The machine, on the other hand, the flow
18 cytometry machines, allows us to investigate each
19 individual cell -- regardless of the others, in a
20 way -- because they're individually suspended in
21 fluid.
22     Am I making sense.
23 Q. Yes. I'm going to ask clarifying questions.
24 A. No problem.
25 Q. Okay. So let me -- so if I understand

Page 20

1  correctly, when a tissue sample comes in, the
2  preparation is done, it's put on a slide, and it's
3  stained, I guess? And then --
4  A. Right. It's one of the -- when we say
5  "triage," we split the sample into different
6  components. The histology, the slide that you're
7  mentioning, is one of them. Another portion goes to
8  flow cytometry. And yet another portion could be
9  fixed -- or maintained frozen for molecular analyses.
10 Q. Okay. And does it automatically go for both
11 histology, stain one portion, and the second portion
12 automatically goes to flow cytometry?
13 A. Correct. Any primary -- what we called an
14 adenopathy -- well, there are different -- different
15 situations. The diseases that we deal with very often
16 affect what is called lymph nodes or lymph glands.
17 When a person presents -- when a patient presents with
18 an enlarged lymph node that has no other explanation,
19 usually after treatment with antibiotics to see if
20 that subsides, chances are that after failing the
21 antibiotic therapy, the patient will be sent to a
22 surgeon to remove a portion of that -- or to insert
23 the needle to obtain cells out of that and that
24 routinely goes to flow cytometry.
25 Q. Okay.

Page 21

1  A. In the case of a needle aspirate, since we
2  have no tissues, it's almost exclusively flow
3  cytometry and perhaps molecular biology. But in the
4  case of a biopsy, in a tissue biopsy, a portion goes
5  invariably to histology.
6  Q. Okay. Before anybody looks at it under a
7  microscope or performs any other --
8  A. Before anybody looks at it. A primary
9  lymphopathy (phonetic) is an absolute indication for
10 flow cytometry.
11 Q. Okay. What about when the bone marrow -- or
12 I'm sorry -- the bone marrow and the blood come in?
13 Do those automatically go to flow cytometry?
14 A. Well, it depends on the situation. If we had
15 a firm diagnoses in our own laboratory that it
16 occurred within, let's say, two months, and it is our
17 own information -- our own analyses, depending on -
18 again, depending on the case, depending on the
19 circumstances, if nothing has changed and people are
20 looking for a response to therapy, for example, within
21 two months, which is very common after the initial
22 diagnosis, we would generate a -- what is called a
23 panel focused exclusively on the disease, provided
24 that nothing has happened over two months except the
25 therapy and provided that we have firm information on

Page 22

1   the initial diagnosis.
2           We have found time and time again that
3   relying upon somebody else's diagnosis or the
4   dictation or analysis is not sufficiently informative
5   for us to look for, in cases like this, a low level of
6   cancer cells which may escape our screening if we just
7   use a small panel, without knowing what the initial
8   panel in detail consisted of.
9       Q. Okay. What percentage --
10          MS. DAVIS: Let's go off the record for a minute.
11          (Whereupon, there was a pause in the
12      proceedings.)
13          THE WITNESS: That's okay.
14  BY MS. DAVIS:
15      Q. What percentage of the specimens that come in
16  are tissue as opposed to blood or bone marrow?
17      A. The majority are bone marrows. I would say
18  78 percent.
19      Q. Okay. And when -- you say you get some of
20  the specimens from outside your hospital system?
21      A. Uh-huh.
22      Q. Who generally refers those to you?
23      A. Two types of people: Pathologists and
24  oncologists.
25      Q. Okay.

Page 23

1       A. And you understand the difference; right?
2       Q. Yes.
3       A. Okay.
4       Q. Okay. And the people that refer the
5   specimens to you, are they familiar with the various
6   techniques you use?
7       A. Yes. Many of them have been trained by us,
8   and they are in the region practicing. So they know
9   exactly what we do.
10      Q. Okay.
11      A. Others we have to educate -- initially, at
12  least -- and explain what we do and how we integrate
13  results. Not all the laboratories, unfortunately,
14  practice in the same manner, and so clinicians
15  sometimes don't understand how one laboratory performs
16  things and another laboratory performs things.
17          So we try to explain, when there is a person
18  who doesn't know us, how we practice and what to
19  expect from the various laboratory techniques.
20      Q. Okay. If -- let's say a bone marrow, since
21  that's mostly what you do, comes into the lab, and it
22  goes through this triage process, and then it goes to
23  flow cytometry.
24      A. Uh-huh.
25      Q. Exactly what happens to it with -- in

Page 24

1   preparation for the flow cytometer?
2       A. A bone marrow aspirate?
3       Q. Uh-huh.
4       A. Okay. The bone marrow aspirate is
5   initially what is called "smeared" on a slide for
6   quality control, a portion of that aspirate.
7           The aspirate contains something that we call
8   spicules, S-P-I-C-U-L-E-S, which is the actual true
9   bone marrow material that comes mixed with blood that
10  comes usually from the aspirate.
11          So the medical technologist tends to fish
12  those out and put them on a slide and smear them.
13          As for quality control, we use that to make
14  sure that there is a correlation between what we see
15  and what -- many of the slides come from the doctors.
16  We compare the two in case there are problems with the
17  sample; deterioration, mix-ups. Things like that.
18          The remaining of the sample, then, is
19  processed for flow cytometry.
20          Do you want to know the specifics or --
21      Q. Yes? Basically, what antibodies -- reagents
22  you're calling them?
23      A. Okay. Basically, we have two panels.
24      Q. Okay.
25      A. One is called the tissue panel. And the

Page 25

1   other one is called -- all the remaining, which are
2   blood, bone marrows, things that are "bloody";
3   spleens. Things like that.
4           We adopted this a long time ago. It is the
5   only decision that we have to make provided the sample
6   is sufficiently large and allows us to do that.
7           That has many advantages over a selection of
8   panels based on other information which is not firmly
9   established. So one panel has one type of reagents
10  and the other one directed for the tissue. Just on a
11  statistical basis, we may have changed -- we may
12  change the antibody. Essentially, both have the
13  overlapping antibodies, with a few exceptions, that,
14  as I said, because of frequency, we do not use in one
15  and we use in the other.
16      Q. Okay. Can you give me a list of them?
17      A. A list of them?
18      Q. Yes. I'm testing your memory here.
19      A. The memory. Okay. And this is a moving
20  target, I might say, because we keep changing.
21  Depending on the literature, depending upon the
22  experience we have, we may incorporate one antibody --
23  I'll let you know in just a second.
24      Q. That's fine.
25      A. I'm just giving you --