# EXHIBIT 23

## LabCorp Center for Molecul... iology and Pathology 1/22/01

| Test Name | Test # | Specimen Requirements | Test Description | CPT Code** | TAT*** | Prof. Price | Patient Price | Max. Disc. |
|---|---|---|---|---|---|---|---|---|
| Acute Leukemia Profile | 489906 | Two 7-mL tubes whole blood or one 7-mL tube whole blood and 2 cc bone marrow. Whole blood and EDTA bone marrow in lavender-stopper (EDTA) tube; heparinized bone marrow in green-stopper tube | Initial screening panel of B-cell, T-cell, and myeloid markers:CD2, CD3, CD7, CD13, CD14, CD19, CD20, CD33, CD45, HLA-DR; supplemental markers added as needed: CD1a, CD4, CD5, CD8, CD34, CD38, CD61, glycophorin A, Tdt | 88180x14 | 24 hours | $465.00 | $638.00 | $417.73 |
| Chronic Leukemia/ Lymphoma Profile | 489914 | Two 7-mL tubes whole blood or one 7-mL tube whole blood and 2 cc bone marrow. Whole blood and EDTA bone marrow in lavender-stopper (EDTA) tube; heparinized bone marrow in green-stopper tube | Primary panel of markers: CD3, CD4, CD5, CD8, CD16+56, CD10, CD19, CD20, CD23, kappa, lambda; supplemental markers as needed: CD7, CD25 | 88180x14 | 24 hours | $385.00 | $530.00 | $345.55 |
| Hairy Cell/ Plasma Cell Leukemia Profile | 489930 | Two 7-mL lavender-stopper (EDTA) whole blood tubes | Panel of markers: CD5, CD7, CD11c, CD19, CD22, CD25, CD38, HLA-DR | 88180x11 | 24 hours | $370.00 | $510.00 | $368.54 |
| Lymphoma Profile, Lymph Node and Solid Tissue | 489948 | 0.5-1cm3 fresh lymph node, spleen, or extranodal solid tissue in Lymph Node Transport kit | Panel of markers: CD2, CD3, CD4, CD5, CD7, CD8, CD10, CD19, CD20, CD23, CD25, CD38, CD45, HLA-DR, kappa, lambda | 88180x9 | 24 hours | $465.00 | $638.00 | $417.73 |
| **Oncology Cytogenetics** | | | | | | | | |
| Chromosome Analysis, Leukemia/ Lymphoma | 52001 | 2 mL bone marrow, 3 mL peripheral blood (5-10% blasts required) or 0.5-1.0 cm3 tissue. Bone marrow or blood in pediatric green-stopper (sodium heparin) tube; lymph node, spleen, bone core, effusion in Lymph Node Transport kit | Culturing of specimens, chromosome preparation, analysis of 20 metaphases, and preparation of multiple karyotypes displaying all abnormal clones. | 88237; 88264; 88280x2; 88291 | 2-10 days | $575.00 | $786.00 | $517.50 |
| Chromosome Analysis, Solid Tumor | 490060 | 0.5-1.0 cm3 sterile, non-necrotic tumor tissue in Lymph Node Transport kit or sterile tube containing Ringer's Lactate. Fine needle biopsy may also be submitted. | Enzyme digestion of tissue, primary culturing, chromosome harvesting, banding, analysis of 20 metaphases, and karyotyping. | 88264; 88280x2; 88291; 88239 | 10-14 days | $600.00 | $820.00 | $540.00 |

\* For investigational use only
\*\* The codes are guidelines only and should be confirmed with payors before use
\*\*\* Based on no. of business days from specimen recipt in testing lab

AG 00464

FOR INTERNAL USE ONLY

