# EXHIBIT 24

DEFENDANT'S EXHIBIT 15

# DIANON SYSTEMS
*The Definitive Choice in Pathology*

## PATHOLOGY SERVICES TEST REQUISITION

### ACCOUNT INFORMATION
ACCOUNT NO.    TELEPHONE NO.

ACCOUNT NAME AND ADDRESS: **REDACTED**

REQUESTING PHYSICIAN    REFERRING PHYSICIAN

### PATIENT INFORMATION
PATIENT SOC. SEC. NO.

PATIENT LAST NAME: **REDACTED**

STREET ADDRESS

CITY   STATE   ZIP CODE

SEX M☐ F☐   PATIENT CHART NO (OPTIONAL)   PATIENT TELEPHONE NO.

### BILLING INFORMATION
An ICD-9 Code for this patient's visit is required in order to process this requisition. Please provide the current ICD-9 code in the space on the right.
If billing information is already on file at DIANON, provide Social Security No. under PATIENT INFORMATION

ICD-9 Code: **284.8 / 285.9**
*Other Specif Aplastic Anemia*
*Anemia*

BILL TO: ☐ ACCOUNT ☐ PATIENT ☒ MEDICARE **REDACTED** ☐ MEDICAID ☐ PAY ☐ INSURANCE

INSURANCE COMPANY/HMO NAME   STATE   NAME OF EMPLOYER   POLICY NO   GROUP NO

INSURANCE COMPANY STREET ADDRESS   ☐ Secondary Insurance Information Attached   CITY   STATE   ZIP

NAME OF INSURED (if other than patient)   PATIENT'S RELATIONSHIP TO INSURED ☐ SPOUSE ☐ CHILD ☐ OTHER

### SPECIMEN COLLECTION
SPECIMEN TYPE:   COLLECTION DATE **10/6/99**

- ☐ Lymph Node   Site ___   ☐ Fresh ☐ Frozen
- ☐ Solid Tumor   Site ___   ☐ Fresh ☐ Frozen
- ☐ Bone Marrow   ☐ ACD (Yellow Top)   ☐ Sod Hep (Green Top)
- ☒ Peripheral Blood   ☒ ACD (Yellow Top)   ☐ Sod Hep (Green Top)
- ☐ Slides/Paraffin Blocks
- ☐ Stem Cells
- ☐ Other ___

### CLINICAL INFORMATION (Required)
Clinical Diagnosis: ___

CBC Results: WBC ___ Hgb/Hct ___ MCV ___
☒ (Attached) RDW ___ Plt Ct ___ Retic Ct ___

Clinical History:
Drugs/Medication ___
History of Malignancy Type ___ Site ___
☐ Splenomegaly   ☐ Lymphadenopathy
Treatment
☐ None ☐ Chemo ☐ Rad ☐ Other ___ from ___ to ___
Indications for Study:
☐ Cytopenia(s)   ☐ Myelodysplasia
☐ Monoclonal Gammopathy   ☐ Chronic Leukemia
☐ Anemia   ☐ Acute Leukemia
☐ Myeloproliferative Disorder   ☐ Carcinoma

RECEIVED OCT 1999

### TESTS REQUESTED †
**Morphologic Interpretation (w/special stains)**
- ☐ 490 Bone Marrow Core
- ☐ 491 Bone Marrow Aspirate
- ☐ 492 Bone Marrow Clot
- ☐ 493 Peripheral Blood Smear
- ☐ Consultation on slides prepared elsewhere
- ☐ Permission to perform cytochemical studies if medically necessary

**Molecular/Flow Cytometry Studies**
- ☒ XL3 Immunophenotyping (Flow Cytometry, 18-26 markers)
- ☐ XL4 Immunophenotyping (18-26 markers) with T-Cell/B-Cell Gene Rearrangement
- ☐ XL5 T-Cell Gene Rearrangement
- ☐ XL5B B-Cell Gene Rearrangement ONLY
- ☐ XL6 bcr/abl Gene Rearrangement (CML)
- ☐ XL7 bcl 2 Gene Rearrangement (Follicular Lymphoma)
- ☐ XL21 PML/RARA Gene Rearrangement (APL)
- ☐ XL9 Immune Deficiency Panel (5 markers) (Provide WBC Count & % Lymphs)
- ☐ XL13 Epstein Barr Virus Clonality

**Cytogenetic Evaluation**
- ☐ XL8 Chromosome Analysis (Unstimulated)
- ☐ XL20 Chromosome Analysis (Solid Tumor)

**Bone Marrow Transplant Engraftment Evaluation**
- ☐ XL18 Pre-Transplant Analysis, Donor (Name of Recipient ___)
- ☐ XL19 Pre-Transplant Analysis, Recipient (Name of Donor ___)

*1 yellow (cbl) to Flow*

003713