# EXHIBIT 26

NAME **REDACTED**

CTOR/LOCATION

**REDACTED**

```
                                    RUN RESULTS
                                    CAP PIERCER

                            DATE: 06/10/99
                            TIME: 10:48 AM
                                              REDACTED
                            PATIENT ID#:
                            SEQUENCE NO.   702
                            CROWN NO.
                            TUBE NO.
                                                       M F
                                                       -----
                            WBC      5.9  THSN/CU MM
                            RBC      2.38 MILL/CU MM   * *
                            HGB      8.1  GRAMS/DL     L L
                            HCT      24.1 %            L L
                            MCV      101.4 CU MICRONS  H H
                            MCH      34.0 PICO GRAMS
                            MCHC     33.6 %
                            RDW      15.6 %            * *
                            PLT      129  THSN/CU MM   L L

                            MPV      7.2  CU MICRONS   L L


                            %LYMPH   16.4 %
                            %MID     5.0  %                    L L
                            %GRAN    78.6 %            H H
                            LYMPH    1.0  THSN/CU MM   L L
                            MID      0.3  THSN/CU MM
                            GRAN     4.6  THSN/CU MM
```

003746

| MANUAL DIFFERENTIAL | | MORPHOLOGY | 1 | 2 | 3 | 4 |
|---|---|---|---|---|---|---|
| SEG | ___ % | POLYCHROM | ( ) | ( ) | ( ) | ( ) |
| BAND | ___ % | HYPOCHROM | ( ) | ( ) | ( ) | ( ) |
| LYMPH | ___ % | POIK | ( ) | ( ) | ( ) | ( ) |
| MONO | ___ % | TARGET | ( ) | ( ) | ( ) | ( ) |
| EOSIN | ___ % | SPHERO | ( ) | ( ) | ( ) | ( ) |
| BASO | ___ % | ANISO | ( ) | ( ) | ( ) | ( ) |
| ATYP LYMPH | ___ % | MICRO | ( ) | ( ) | ( ) | ( ) |
| META | ___ % | MACRO | ( ) | ( ) | ( ) | ( ) |
| MYELO | ___ % | SICKLE CELLS | ( ) | ( ) | ( ) | ( ) |
| PRO MYELO | ___ % | BASO STRIP | ( ) | ( ) | ( ) | ( ) |
| BLAST | ___ % | VACUOLES | ( ) | ( ) | ( ) | ( ) |
| | | TOXIC GRAN | ( ) | ( ) | ( ) | ( ) |

Retic Count _____ %
Reference Range 0.5 - 1.5%

ESR
Result _____ mm/hr
Normals:    Female under 50    20 mm/hr
            Female over 50     30 mm/hr
            Male under 50      15 mm/hr
            Male over 50       20 mm/hr

**NORMAL RANGES**

| WBC X 10 | 4.8 - 10.8 | % Lymphs | 20.5 - 51.1 |
| RBC X 10 | M 4.70 - 6.10 | % Mids | 1.7 - 9.3 |
| | F 4.20 - 5.40 | % Grans | 42.2 - 75.2 |
| Hgb g/dl | M 14.0 - 18.0 | | |
| | F 12.0 - 16.0 | | |
| Hct % | M 42.0 - 52.0 | | |
| | F 37.0 - 47.0 | | |
| MCV fl | M 80 - 94 | | |
| | F 81 - 99 | | |

COMMENTS:

# DIANON ) SYSTEMS

| | |
|---|---|
| Accession No. | |
| Chart No. | |
| Sex | M |
| D.O.B. | |
| Page | 1 of 2 |

REDACTED

James B. Amberson, M.D.
Laboratory Director

**PRELIM (REPRINT)**
05/29/03

| Patient Name | REDACTED | Collected 06/10/99 |
|---|---|---|
| Requesting Physician | | Received 06/11/99 |
| Referring Physician | | Reported 06/14/99 |

Indications For Study
Anemia, Hx Lymphoma

## PHOTOMICROGRAPH

Photomicrograph available upon request.

**SPECIMEN TYPE**
BONE MARROW

**IMMUNOGLOBULINS**
CD19/KAPPA: 27%
CD19/LAMBDA: 11%

**MONOCLONAL ANTIBODIES**

| T-Cell | | B-Cell | |
|---|---|---|---|
| CD5: | 30% | CD20: | 40% |
| CD3: | 31% | CD22: | 38% |
| CD4: | 15% | CD19: | 37% |
| CD8: | 21% | CD10: | 8% |
| CD2: | 39% | CD23/CD19: | 8% |
| CD7: | 39% | CD103/CD20: | 1% |
| | | CD11C/CD20: | 14% |

| Myeloid | | Miscellaneous | |
|---|---|---|---|
| CD13: | 2% | CD45: | 81% |
| CD33: | 3% | CD16: | 14% |
| CD14: | 1% | CD56: | 8% |
| | | CD57: | 15% |
| | | CD25: | 14% |
| | | CD34: | 1% |
| | | HLA-DR: | 47% |

003741

IMMUNOPHENOTYPING INTERPRETATION:

The above data were generated on a population of cells from the bone marrow which cytometrically correspond to lymphoid cells. The specimen has a viability of 57% as determined by staining with propidium iodide. The gated population comprises 5% of the sample. The specimen appears cellular and examination of Wright-stained smears and cytospin preparations confirms this impression. The cells fall within the normal lymphoid gate. The cellular population appears normal and a distinctly abnormal population is not identified. The histogram does not suggest that a separate and distinct blast or large cell population is present.

The study shows a relative abnormal T:B ratio for bone marrow. The T-cell population expresses pan-T-cell antigens (CD2,

Printed in U S A  © 1991 DIANON Systems, Inc
This test method was developed and its performance characteristics determined by DIANON Systems It has not been cleared or approved by the U S Food and Drug Administration  DIANON is regulated under the Clinical Laboratory Improvement Amendments of 1988 (CLIA) as qualified to perform high complexity clinical testing

200 Watson Boulevard
Stratford, CT  06615
(800)328-2666   (203)381-4000

| DIANON SYSTEMS | | Accession No. | Chart No. | Sex M | D.O.B. | Page 2 of 2 |
|---|---|---|---|---|---|---|
| REDACTED | James B. Amberson, M.D. Laboratory Director | Patient Name | | | | Collected 06/10/99 |
| | PRELIM (REPRINT) 05/29/03 | Requesting Physician | | REDACTED | | Received 06/11/99 |
| | | Referring Physician | | | | Reported 06/14/99 |

CD3, CD5, and CD7) in a non-aberrant fashion. The CD4:CD8 ratio is abnormal secondary to increased CD8 lymphocytes. The B cells are a major population. They express pan-B-cell antigens (CD19, CD20, and CD22) in a non-aberrant fashion. CD10 (CALLA) is not significantly expressed by the B-cell population. Staining for light chains is normal and does not reveal monotypia. The NK cell population is normal in number. Antigens associated with maturing granulocytes (CD13 and CD33) are not present in significant numbers of cells. Stem cell/progenitor/blast-associated antigens (CD34 and HLA-DR) are not detected and/or coexpressed in clinically meaningful numbers.

CONCLUSION:

There is no immunophenotypic evidence for a T-cell or a B-cell neoplasm. However, the B-cell population is expanded without monotypia. This may be seen in patients with a variety of immunologic reactions of the humoral limb of the immune system. The relatively low CD45 positivity within the gate suggests that the region representing the lymphoid population is contaminated with red blood cell precursors and/or debris. It should be noted that the low specimen viability may have resulted in non-random cell loss. Clinical correlation is recommended. Should you have any questions, I can be reached at (203) 381-4000.

003742

Richert E. Goyette, M.D.

**DIANON ) SYSTEMS**

James B. Amberson, M.D.
Laboratory Director

REDACTED

**DIAGNOSTIC (REPRINT)**
05/29/03

| Accession No. | Chart No. | Sex | D.O.B. | Page |
|---|---|---|---|---|
| | | M | | 1 of 1 |

| Patient Name | | Collected |
|---|---|---|
| | REDACTED | 06/10/99 |
| Requesting Physician | | Received |
| | | 06/11/99 |
| Referring Physician | | Reported |
| | | 06/15/99 |
| Indications For Study | | |
| Anemia, Hx Lymphoma | | |

**TESTS ORDERED**
CYTOGENETICS

**SPECIMEN TYPE**
BONE MARROW

CASE #
**REDACTED**

KARYOTYPE: 46,XY

Number of Cells Examined: 20

Cells Analyzed: 20

Cells Karyotyped: 2

Type of Banding/Staining: GTG

Band Resolution: 400

**INTERPRETATION:**

Normal Male Karyotype.

No consistent numerical or structural chromosome abnormalities were observed.

003743

*Guoxian Sun, M.D.*

Printed in U.S.A  © 1991 DIANON Systems, Inc.

Tests Performed by DIANON Systems at 200 Watson Blvd, Stratford CT  203 321-4000

200 Watson Boulevard
Stratford, CT  06615
(800)328-2666   (203)381-4000