# EXHIBIT 27

93

Review of DIANON produced records

| CLAIM INFORMATION: | |
|---|---|
| Sample number: | 93 |
| Beneficiary name: | **REDACTED** |
| Beneficiary HIC: | |
| Date of service: | 10/6/1999 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 26 |
| 88180 units considered medically necessary: | 21 |
| Comments: | 26 ×10 0⁷ . Anemia<br>Peripheral Blood<br>Pt had PB phenolyped 6/11/99<br>(This specimen was 10/6/99 − ? correlation)<br>of c ∆ 2, 7, 22, 11c, HLA-DR |

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | Stuart Flynn |
| Review date: | 8/4/03 |

**CONFIDENTIAL HEALTH INFORMATION -**
**SUBJECT TO PROTECTIVE ORDER**