# EXHIBIT 28

# DIANON ] SYSTEMS

James B. Amberson, M.D.
Laboratory Director

**REDACTED**

**DIAGNOSTIC REPORT**

| Accession No. | Chart No. | Sex | D.O.B. | Page |
|---|---|---|---|---|
| | | M | 86 Yrs | 1 of 4 |

| Patient Name | Collected |
|---|---|
| **REDACTED** | 12/31/98 |
| Requesting Physician | Received |
| | 01/04/99 |
| Referring Physician | Reported |
| | 01/05/99 |

**Indications For Study**
Leukopenia, Anemia, H/O SPLENOMEGALY

**SPECIMEN TYPE**
BONE MARROW, CORE BIOPSY, SLIDES, BM CLOT

**IMMUNOGLOBULINS**
CD19/KAPPA: 3%
CD19/LAMBDA: 62%

**MONOCLONAL ANTIBODIES**

| T-Cell | | B-Cell | |
|---|---|---|---|
| CD5: | 20% | CD20: | 65% |
| CD3: | 21% | CD22: | 69% |
| CD4: | 14% | CD19: | 70% |
| CD8: | 14% | CD10: | 3% |
| CD2: | 35% | CD23/CD19: | 6% |
| CD7: | 27% | CD103/CD20: | 6% |
| | | CD11C/CD20: | 63% |

| Myeloid | | Miscellaneous | |
|---|---|---|---|
| CD13: | 6% | CD45: | 99% |
| CD33: | 13% | CD16: | 15% |
| CD14: | 3% | CD56: | 11% |
| | | CD57: | 8% |
| | | CD25: | 13% |
| | | CD34: | 4% |
| | | HLA-DR: | 76% |

**PHOTOMICROGRAPH**

There is currently no image associated with this accession

1 - BIOPSY SECTION, LOW POWER
2 - CLOT SECTION, HIGH POWER, LYMPHOID AGGREGATE
3 - CLOT, HIGH POWER, ANOTHER LYMPHOID AGGREGATE
4 - ASPIRATE SMEAR, HIGH POWER, LYMPHOCYTOSIS

003198

CLINICAL HISTORY: 86 year-old male with neutropenia and splenomegaly.

IMMUNOPHENOTYPING INTERPRETATION:

The above data were generated on a population of cells from the bone marrow which cytometrically correspond to lymphoid cells. The specimen has a viability of 96% as determined by staining with propidium iodide. The gated population comprises 14% of the sample. The specimen appears cellular and examination of Wright-stained smears and cytospin preparations confirms this impression. The cells fall within the normal lymphoid gate. The cellular population appears increased and a distinctly abnormal population is identified. The histogram does not suggest that a separate and distinct blast or large cell population is present

# DIANON] SYSTEMS

| Accession No. | Chart No. | Sex | D.O.B. | | Page |
|---|---|---|---|---|---|
| | | M | | 86 Yrs | 2 of 4 |

| Patient Name | | Collected |
|---|---|---|
| REDACTED | | 12/31/98 |
| Requesting Physician | REDACTED | Received 01/04/99 |
| Referring Physician | | Reported 01/05/99 |

**REDACTED**

James B. Amberson, M.D.
Laboratory Director

## DIAGNOSTIC REPORT

The study shows a relative abnormal T:B ratio for bone marrow. The T-cell population expresses pan-T-cell antigens (CD2, CD3, CD5, and CD7) in a non-aberrant fashion. The CD4:CD8 ratio is normal. The B cells are a major population. They express pan-B-cell antigens (CD19, CD20, and CD22) in a non-aberrant fashion. CD10 (CALLA) is not significantly expressed by the B-cell population. CD5 is not coexpressed by the B cells. CD11c is expressed by the B cells with moderate intensity. CD103 and CD25 are negative. Staining for light chains is dim and does reveal monotypia. The NK cell population is normal in number. Antigens associated with maturing granulocytes (CD13 and CD33) are not present in significant numbers of cells. Stem cell/progenitor/blast-associated antigen (CD34) is not detected and/or coexpressed in clinically meaningful numbers.

CONCLUSION:

This study shows the presence of a monotypic B-cell population with low intensity lambda light chain positivity. This population carries the B-cell markers CD19, CD20 and CD22 without the expression of CD10 and CD5.

In summary, these immunophenotypic findings are those of a monoclonal B-cell neoplasm consistent with low-level marrow involvement by B-cell lymphoma. The differential diagnosis includes splenic marginal zone/monocytoid B-cell lymphoma and lymphoplasmacytoid lymphoma.

MICROSCOPIC DESCRIPTION:

003199

PERIPHERAL BLOOD:
A peripheral blood smear and CBC report are not available for review

BONE MARROW BIOPSY:
Received is a 10 mm bone marrow biopsy. The marrow is hypercellular for age with hematopoietic cellularity averaging 35%. Trilinear hematopoiesis and maturation are noted. The megakaryocytes are adequate in number and show normal morphology. The erythroid series shows mild hyperplasia. The granulocytic series shows complete maturation. The M:E ratio is approximately 1.5:1. Mild interstitial lymphocytosis is noted. No definite lymphoid aggregates are seen.

BONE MARROW CLOT SECTION:
Received is a bone marrow clot section that shows a hypercellular marrow for age with hematopoietic cellularity averaging 35-40%. Trilinear hematopoiesis and maturation are noted. The megakaryocytes are adequate in number and show normal morphology. The erythroid series shows mild hyperplasia. The granulocytic series shows complete maturation. The M:E ratio is approximately 1.5:1. Multiple scattered small lymphoid aggregates are noted comprising approximately 10-15% of the cellularity and composed of small lymphoid cells with round to slightly irregular nuclei and scant to moderate amount of cytoplasm. No granulomata or metastatic carcinoma are noted.

BONE MARROW ASPIRATE SMEARS:

# DIANON ) SYSTEMS

James B. Amberson, M.D.
Laboratory Director

REDACTED

**DIAGNOSTIC REPORT**

| Accession No. | Chart No. | Sex | D.O.B. | Page |
|---|---|---|---|---|
| | | M | 86 Yrs | 3 of 4 |
| Patient Name | | | | Collected |
| | REDACTED | | | 12/31/98 |
| Requesting Physician | | | | Received |
| | | | | 01/04/99 |
| Referring Physician | | | | Reported |
| | | | | 01/05/99 |

Differential (500 cells):

36%  PMNs and precursors
5%  Myelocytes
1%  Promyelocytes
29%  Nucleated red blood cells
19%  Lymphocytes
4%  Eosinophils
2%  Monocytes
4%  Plasma cells

The aspirate smears are richly particulate and show trilinear hematopoiesis and maturation. The megakaryocytes are adequate in number and show normal maturation. The erythroid series shows mild hyperplasia and normoblastic maturation with mild nuclear:cytoplasmic dyssynchrony. The granulocytic series shows complete maturation. Myeloblasts are less than 3%. The M:E ratio is approximately 1.5:1. Lymphocytes are increased and are small with round to slightly irregular nuclei, mature chromatin, and scant to moderate amount of cytoplasm. Plasma cells are mildly increased and show mainly normal morphology with a rare multinucleated form. No sheets or clusters of plasma cells are seen. Eosinophils and basophils are normal.

IRON STAINS:
Iron stain performed on the aspirate smear shows increased reticuloendothelial iron stores and adequate sideroblastic iron. No ringed sideroblasts are noted.

RETICULIN STAIN:
Reticulin stain performed on the biopsy section shows normal reticulin fibers.

FINAL DIAGNOSIS:

003200

BONE MARROW:

1. Hypercellular marrow with low-level involvement by B-cell neoplasm, see comment.

2. Erythroid hyperplasia, mild.

3. Increased reticuloendothelial iron stores and adequate sideroblastic iron.

COMMENT:
The immunophenotyping study in this case shows a lambda monotypic B-cell population consistent with low-level marrow

| Accession No. | Chart No. | Sex | D.O.B. | Page |
|---|---|---|---|---|
| | | M | 86 Yrs | 4 of 4 |

**DIANON] SYSTEMS**

REDACTED

James B. Amberson, M.D.
Laboratory Director

**DIAGNOSTIC REPORT**

| Patient Name | Collected |
|---|---|
| REDACTED | 12/31/98 |
| Requesting Physician | Received |
| | 01/04/99 |
| Referring Physician | Reported |
| | 01/05/99 |

involvement by a B-cell lymphoma. The differential diagnosis includes splenic marginal zone/monocytoid B-cell lymphoma and lymphoplasmacytoid lymphoma. Clinical correlation is recommended. Should you have any questions, I can be reached at (203) 381-4000.

003201

Suha Mishalani, M.D.

Printed in U.S.A. © 1991 DIANON Systems, Inc.

200 Watson Boulevard
Stratford, CT 06615
(800)328-2666   (203)381-4000