# EXHIBIT 29

# COMMON COMBINATIONS
## FROM
## APPROXIMATELY
## 2001 TO 2004

PT. NAME _____
SPEC. TYPE _____ FLOW# _____

**LYMPHOCYTOSIS   FIRST PHASE   12 MARKERS**

| TAG | FL1 (FITC) | FL2 (PE) | FL3 (PECY5) |
|---|---|---|---|
| 001 | CD 16 | CD 14 | CD 45 |
| 002 | Neg(IgG1) | Neg(IgG2a) | Neg(IgG1) |
| 003 | CD 4 | CD 8 | CD 3 |
| 004 | CD 5 | CD 23 | CD 19 |
| 005 | CD 10 | CD 20 | CD 19 |
| 006 | NEG CLONAL | NEG CLONAL | |
| 007 | KAPPA | CD 19 | |
| 008 | LAMBDA | CD 19 | |
| 009 | | | |
| 010 | | | |
| 011 | | | |
| 012 | | | |
| 013 | | | |
| 014 | | | |
| 015 | | | |

PT. NAME _____
SPEC. TYPE _____ FLOW# _____

**LYMPHOCYTOSIS   FIRST PHASE   12 MARKERS**

| TAG | FL1 (FITC) | FL2 (PE) | FL3 (PECY5) |
|---|---|---|---|
| 001 | CD 16 | CD 14 | CD 45 |
| 002 | Neg(IgG1) | Neg(IgG2a) | Neg(IgG1) |
| 003 | CD 4 | CD 8 | CD 3 |
| 004 | CD 5 | CD 23 | CD 19 |
| 005 | CD 10 | CD 20 | CD 19 |
| 006 | NEG CLONAL | NEG CLONAL | |
| 007 | KAPPA | CD 19 | |
| 008 | LAMBDA | CD 19 | |
| 009 | | | |
| 010 | | | |
| 011 | | | |
| 012 | | | |
| 013 | | | |
| 014 | | | |
| 015 | | | |

**LYMPHOCYTOSIS   FIRST PHASE   12 MARKERS**

| TAG | FL1 (FITC) | FL2 (PE) | FL3 (PECY5) |
|---|---|---|---|
| 001 | CD 16 | CD 14 | CD 45 |
| 002 | Neg(IgG1) | Neg(IgG2a) | Neg(IgG1) |
| 003 | CD 4 | CD 8 | CD 3 |
| 004 | CD 5 | CD 23 | CD 19 |
| 005 | CD 10 | CD 20 | CD 19 |
| 006 | NEG CLONAL | NEG CLONAL | |
| 007 | KAPPA | CD 19 | |
| 008 | LAMBDA | CD 19 | |
| 009 | | | |
| 010 | | | |
| 011 | | | |
| 012 | | | |
| 013 | | | |
| 014 | | | |
| 015 | | | |

PT. NAME
SPEC. TYPE _____ FLOW# _____

**LYMPHOCYTOSIS   FIRST PHASE   12 MARKERS**

| TAG | FL1 (FITC) | FL2 (PE) | FL3 (PECY5) |
|---|---|---|---|
| 001 | CD 16 | CD 14 | CD 45 |
| 002 | Neg(IgG1) | Neg(IgG2a) | Neg(IgG1) |
| 003 | CD 4 | CD 8 | CD 3 |
| 004 | CD 5 | CD 23 | CD 19 |
| 005 | CD 10 | CD 20 | CD 19 |
| 006 | NEG CLONAL | NEG CLONAL | |
| 007 | KAPPA | CD 19 | |
| 008 | LAMBDA | CD 19 | |
| 009 | | | |
| 010 | | | |
| 011 | | | |
| 012 | | | |
| 013 | | | |
| 014 | | | |
| 015 | | | |

PT. NAME
SPEC. TYPE _____ FLOW# _____

PT. NAME_____
SPEC. TYPE_____FLOW#_____

## LYMPHOCYTOSIS SECOND PHASE    6 MARKERS

| TAG | FL1 (FITC) | FL2 (PE) | FL3 (PECY5) |
|---|---|---|---|
| 001 | CD 45 | CD 14 | |
| 002 | Neg(IgG1) | Neg(IgG2a) | Neg(IgG1) |
| 003 | CD 103 | CD 11c | CD 19 |
| 004 | CD 21 | CD 25 | CD 19 |
| 005 | CD 43 | CD 22 | CD 19 |
| 006 | IgM | IgD | CD 19 |
| 007 | IgG | CD 19 | CD 45 |
| 008 | FMC 7 | CD 5 | CD 19 |
| 009 | | | |
| 010 | | | |
| 011 | | | |
| 012 | | | |
| 013 | | | |
| 014 | | | |
| 015 | | | |

PT. NAME_____
SPEC. TYPE_____FLOW#_____

## LYMPHOCYTOSIS SECOND PHASE    6 MARKERS

| TAG | FL1 (FITC) | FL2 (PE) | FL3 (PECY5) |
|---|---|---|---|
| 001 | CD 45 | CD 14 | |
| 002 | Neg(IgG1) | Neg(IgG2a) | Neg(IgG1) |
| 003 | CD 103 | CD 11c | CD 19 |
| 004 | CD 21 | CD 25 | CD 19 |
| 005 | CD 43 | CD 22 | CD 19 |
| 006 | IgM | IgD | CD 19 |
| 007 | IgG | CD 19 | CD 45 |
| 008 | FMC 7 | CD 5 | CD 19 |
| 009 | | | |
| 010 | | | |
| 011 | | | |
| 012 | | | |
| 013 | | | |
| 014 | | | |
| 015 | | | |

## LYMPHOCYTOSIS SECOND PHASE    6 MARKERS

| TAG | FL1 (FITC) | FL2 (PE) | FL3 (PECY5) |
|---|---|---|---|
| 001 | CD 45 | CD 14 | |
| 002 | Neg(IgG1) | Neg(IgG2a) | Neg(IgG1) |
| 003 | CD 103 | CD 11c | CD 19 |
| 004 | CD 21 | CD 25 | CD 19 |
| 005 | CD 43 | CD 22 | CD 19 |
| 006 | IgM | IgD | CD 19 |
| 007 | IgG | CD 19 | CD 45 |
| 008 | FMC 7 | CD 5 | CD 19 |
| 009 | | | |
| 010 | | | |
| 011 | | | |
| 012 | | | |
| 013 | | | |
| 014 | | | |
| 015 | | | |

PT. NAME_____
SPEC. TYPE_____FLOW#_____

## LYMPHOCYTOSIS SECOND PHASE    6 MARKERS

| TAG | FL1 (FITC) | FL2 (PE) | FL3 (PECY5) |
|---|---|---|---|
| 001 | CD 45 | CD 14 | |
| 002 | Neg(IgG1) | Neg(IgG2a) | Neg(IgG1) |
| 003 | CD 103 | CD 11c | CD 19 |
| 004 | CD 21 | CD 25 | CD 19 |
| 005 | CD 43 | CD 22 | CD 19 |
| 006 | IgM | IgD | CD 19 |
| 007 | IgG | CD 19 | CD 45 |
| 008 | FMC 7 | CD 5 | CD 19 |
| 009 | | | |
| 010 | | | |
| 011 | | | |
| 012 | | | |
| 013 | | | |
| 014 | | | |
| 015 | | | |

PT. NAME_____
SPEC. TYPE_____FLOW#_____

PT. NAME_____

SPEC. TYPE_____FLOW#_____

## FOLLOW-UP CD 4+ T CELL LYMPHOCYTOSIS
### 12 MARKERS

| TAG | FL1 (FITC) | FL2 (PE) | FL3 (PECY5) |
|-----|-----------|----------|-------------|
| 001 | CD 16 | CD 14 | CD 45 |
| 002 | Neg(IgG1) | Neg(IgG2a) | Neg(IgG1) |
| 003 | CD 4 | CD 8 | CD 3 |
| 004 | CD 5 | CD 19 | CD 4 |
| 005 | CD 2 | CD 25 | CD 4 |
| 006 | CD 30 | CD 7 | CD 4 |
| 007 | CD 45RA | CD 45RO | CD 4 |
| 008 | | | |
| 009 | | | |
| 010 | | | |
| 011 | | | |
| 012 | | | |

PT. NAME_____

SPEC. TYPE_____FLOW#_____

## FOLLOW-UP CD 4+ T CELL LYMPHOCYTOSIS
### 12 MARKERS

| TAG | FL1 (FITC) | FL2 (PE) | FL3 (PECY5) |
|-----|-----------|----------|-------------|
| 001 | CD 16 | CD 14 | CD 45 |
| 002 | Neg(IgG1) | Neg(IgG2a) | Neg(IgG1) |
| 003 | CD 4 | CD 8 | CD 3 |
| 004 | CD 5 | CD 19 | CD 4 |
| 005 | CD 2 | CD 25 | CD 4 |
| 006 | CD 30 | CD 7 | CD 4 |
| 007 | CD 45RA | CD 45RO | CD 4 |
| 008 | | | |
| 009 | | | |
| 010 | | | |
| 011 | | | |
| 012 | | | |

| TAG | FL1 (FITC) | FL2 (PE) | FL3 (PECY5) |
|-----|-----------|----------|-------------|
| 001 | CD 16 | CD 14 | CD 45 |
| 002 | Neg(IgG1) | Neg(IgG2a) | Neg(IgG1) |
| 003 | CD 4 | CD 8 | CD 3 |
| 004 | CD 5 | CD 19 | CD 4 |
| 005 | CD 2 | CD 25 | CD 4 |
| 006 | CD 30 | CD 7 | CD 4 |
| 007 | CD 45RA | CD 45RO | CD 4 |
| 008 | | | |
| 009 | | | |
| 010 | | | |
| 011 | | | |
| 012 | | | |

### 12 MARKERS
## FOLLOW-UP CD 4+ T CELL LYMPHOCYTOSIS

SPEC. TYPE_____FLOW#_____

PT. NAME_____

| TAG | FL1 (FITC) | FL2 (PE) | FL3 (PECY5) |
|-----|-----------|----------|-------------|
| 001 | CD 16 | CD 14 | CD 45 |
| 002 | Neg(IgG1) | Neg(IgG2a) | Neg(IgG1) |
| 003 | CD 4 | CD 8 | CD 3 |
| 004 | CD 5 | CD 19 | CD 4 |
| 005 | CD 2 | CD 25 | CD 4 |
| 006 | CD 30 | CD 7 | CD 4 |
| 007 | CD 45RA | CD 45RO | CD 4 |
| 008 | | | |
| 009 | | | |
| 010 | | | |
| 011 | | | |
| 012 | | | |

### 12 MARKERS
## FOLLOW-UP CD 4+ T CELL LYMPHOCYTOSIS

SPEC. TYPE_____FLOW#_____

PT. NAME_____

YNHH00318

COMMON COMBINATIONS
2006

PT. NAME_____

SPEC. TYPE_____ FLOW#_____

LYMPHO I                12 MARKERS

| TAG | FL 1 (FITC) | FL 2 (PE) | FL 3 (Cy5.5) | FL 4 (APC) |
|-----|-------------|-----------|--------------|------------|
| 001 | CD 3 | CD16/56 | CD 45 | CD 14 |
| 002 | IgG 1 | IgG 2a | IgG 1 | IgG 1 |
| 003 | CD 5 | CD 23 | CD 19 | CD 10 |
| 004 | CD 4 | CD 8 | CD 3 | CD 20 |
| 005 | Kappa | CD 19 | | |
| 006 | Lambda | CD 19 | | |
| 007 | | | | |
| 008 | | | | |
| 009 | | | | |
| 010 | | | | |
| 011 | | | | |
| 012 | | | | |
| 013 | | | | |
| 014 | | | | |
| 015 | | | | |