```
                IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF CONNECTICUT


UNITED STATES OF AMERICA,
ex rel. Dr. James J.
Tiesinga,

        Plaintiffs,              No.3:02CV157(MRK)

  vs.

DIANON SYSTEMS, INC.,

        Defendant.
_____/


         The deposition of MARY ALICE
STETLER-STEVENSON, M.D. was held on Tuesday, August 22,
2006, commencing at 9:30 a.m. at the Law Offices of
Venable, L.L.P., 575 7th Street, N.W., Washington,
D.C., before Steven Poulakos, Notary Public in and for
the District of Columbia.




REPORTED BY:  Steven Poulakos
```

```
Page 2
 1   APPEARANCES:

 2              PATRICIA R. DAVIS, ESQUIRE

 3                   On behalf of Plaintiffs

 4                   United States Department of Justice

 5                   601 D Street, N.W.

 6                   Room 9154

 7                   Washington, D.C. 20004

 8

 9         BRUCE R. PARKER, ESQUIRE

10         WILLIAM F. PIERMATTI, ESQUIRE

11                   On behalf of Defendant

12                   Venable, L.L.P.

13                   Two Hopkins Plaza

14                   Suite 1800

15                   Baltimore, Maryland 21201

16

17   ALSO PRESENT:  Mike Huff, Videographer

18

19

20

21
```

1   American Pathologists requirements.

2           I also train hematopathology fellows in
3   flow cytometry and we have a residency program.  I also
4   teach there.  I conduct some research as well.
5       Q   Is the research that you conduct funded
6   through the NIH funding program?  In other words, you
7   submit grants that are evaluated just as outside?
8       A   No.  I'm part of the intramural program
9   which is run in an entirely different manner.  We are
10  evaluated every two to four years on our performance
11  and our budget and -- by a panel of experts drawn from
12  around usually mostly predominantly the United States,
13  but some international referees Rees may be called in
14  as well, and they determined if my performance was
15  sufficient, superior, or inadequate in the research
16  arena.
17          And based on that they make recommendations
18  to the next two to four years as to whether or not I
19  should continue to receive funding at same level,
20  decreased level, increased level.
21      Q   Do you also have a budget for operational

Towson Reporting Company
410-828-4148

GORE BROTHERS
410-837-3027

Whitman Reporting-Rockville
301-279-7599

Page 10

1   purposes?

2        A    Yes.

3        Q    And are you evaluated for your performance
4   in the operational arena?  And by that, if my question
5   is not clear, the manner in which your lab performs its
6   services, its proficiency, it's efficiency?

7        A    We have had occasionally reviews of the
8   entire department.  My performance is primarily
9   received by CAP inspections that are yearly.  If I fall
10  my CAP inspection my laboratory can be shut down.

11       Q    I'm sorry, you're referring to CAP?

12       A    CAP.

13       Q    College of American Pathologists?

14       A    Yes.

15       Q    Thank you.

16       A    My funding is determined by the
17  administration through complex formulas.

18            I support a large number of research
19  protocols that are studying patients with Leukemias and
20  lymphomas, and as part of support for those protocols I
21  must be adequately supported as well.

1       A    Yes.

2       Q    And that has been a process that you've

3  seen in your lab in the course of the last 16 years; is

4  that correct?

5       A    Yes.

6       Q    We'll get into more detail subsequently,

7  but for now can you give me a sense, Doctor, for the

8  panel or panels that you're currently using to perform

9  flow cytometry, are they markedly different than they

10 were in 1990 when you began as chief?

11      A    Yes.

12      Q    And that change I presume you instituted

13 over the course of your tenure as chief?

14      A    Yes.

15      Q    Earlier you mentioned you have another

16 pathologist who works with you.  Is that pathologist

17 board certified in hematopathology?

18      A    Yes.

19      Q    Dr. Stetler-Stevenson, again I'll ask

20 whether it has changed, but currently what is the

21 source of the specimens that you receive or your lab

Page 16
```
 1   receives for flow?
 2        A    NCI primarily, but National Institutes of
 3   Health patients with the rare occasion once a year
 4   perhaps the Veteran's Administration Hospital in
 5   Washington, D.C.
 6        Q    So infrequently you receive specimens from
 7   the V.A. Hospital in Washington?
 8        A    At the most once a year, yes.
 9        Q    Most of the specimens come from patients
10   who are being treated either through an NIH program or
11   an NCI program?
12        A    Correct.
13        Q    Help me understand how a patient comes
14   within one of those programs such that they -- their
15   blood or their bone marrow is extracted and sent to
16   your lab for testing?
17        A    The patient is seen by a physician outside
18   of NIH, evaluated and has a diagnosis rendered based --
19   correct or incorrect based on the studies done
20   elsewhere.
21             The patient is either self-referred or
```

Towson Reporting Company
410-828-4148

GORE BROTHERS
410-837-3027

Whitman Reporting-Rockville
301-279-7599

1   referred by the physician for protocol studies at NIH.

2   They contact the protocol -- there are nurses and

3   administrators that interface with patients.  They

4   contact them concerning protocols.

5           The primary diagnostic paperwork is sent

6   initially and all studies performed to render that

7   diagnosis are requested.

8           They are reviewed by pathologists,

9   hematopathologists in the case of leukemia and lymphoma

10  at NIH.  The diagnosis is confirmed by us and other

11  protocol eligibility requirements is reviewed such as

12  performance status, cardiac status, HIV status,

13  hepatitis, other things might be reviewed because

14  protocols have specific requirements.

15          If they meet, apparently meet those

16  requirements they are brought into NIH for evaluation

17  at which point there is a complete diagnostic

18  evaluation including radiographic studies, MRI, and

19  often there may be additional pathology studies

20  required to determine absolute protocol eligibility or

21  to confirm the diagnosis if the original studies

Page 18

1    performed outside are suggestive but not sufficient to

2    confirm the studies, diagnosis.

3        Q    What do you -- help me better understand

4    what you mean by protocol?  Are you talking about a

5    research program?

6        A    Research protocol, yes.  So an example

7    would have a protocol call to treat patients with hairy

8    cell leukemia.  Patients with the diagnosis of hairy

9    cell leukemia who are refractory to current accepted

10   therapy will contact the head contact person, a nurse,

11   for this protocol.

12             Their diagnostic evaluation will be sent to

13   NIH and everything that they've had done, and if they

14   appear to indeed have hairy cell leukemia and meet

15   other requirements such as which would be H status, et

16   cetera, their blood would be sent to me to confirm that

17   they have hairy cell leukemia and to determine -- and

18   if they do have hairy cell leukemia they would then be

19   brought to NIH for further evaluation for the protocol.

20             Protocol lists absolute requirements to

21   maintain homogenous patient population so that they

1    have appropriate patients to study.  If the patient
2    meets all of these requirements and they're visit to
3    NIH they're entered on the protocol they'll receive
4    experimental therapy.  They'll be followed by me and by
5    other hematopathologists to record their response to
6    therapy, et cetera.
7        Q    If I'm understanding correctly, if I were
8    to develop a cancer of the blood or bone marrow and my
9    particular cancer is not one for which there is a
10   protocol in place, a study going on at NIH, then I
11   would not be permitted to submit my specimen to your
12   lab for evaluation; is that correct?
13       A    That is correct.
14       Q    And is the protocol process you just
15   described the same at NCI and at NIH?
16       A    NCI is part of NIH.
17       Q    Okay.  Thank you.
18       A    All patients are treated on protocols.  We
19   do not have an emergency room.  We do not have
20   unexpected submissions for patients.  They're treated
21   on a protocol.

Page 20

```
1    Q    No calls in the middle of the night that
2  you have to run down to?
3    A    Yes, I do, but they're on protocol.
4    Q    Okay.
5         I know you told me and I've forgotten.  The
6  lab is under the auspice of the NIH or the NCI?
7    A    Well, it's under the auspices of NCI which
8  is under NI.
9    Q    But to be technically correct, the flow lab
10 is operated by NCI?
11   A    Correct.
12   Q    I'm not intending to be fictitious by this,
13 but you use reagents in your flow like everyone else,
14 correct?
15   A    Correct.
16   Q    And they cost money to use?
17   A    Correct.
18   Q    You don't get them for free in your lab?
19   A    Correct.
20   Q    Is it your professional judgment as to --
21 well, let me rephrase the question.
```

Towson Reporting Company
410-828-4148

GORE BROTHERS
410-837-3027

Whitman Reporting-Rockville
301-279-7599

1          As part of your professional judgment in
2     constructing your various panels for use in flow, do
3     you have to consider, because you operate with within a
4     budget, the financial implications of your decisions?
5          A    Yes.
6          Q    So you are in, I would say, would you agree
7     with me, somewhat the same situation as an outside
8     nongovernmental lab in which you have to weigh the
9     incremental benefits of how you construct your panel
10    versus the incremental cost?
11              MS. DAVIS:  Objection.
12              BY MR. PARKER:
13         Q    You can answer the question.
14         A    Okay.  Could you repeat the question?
15         Q    Yes, ma'am.
16              There has been testimony in this case by
17    the government's expert that I can't look to how you
18    run your lab because you're just a government and you
19    don't have to pay for your lab, I mean pay for your
20    studies?
21              MS. DAVIS:  Objection.

Page 22

1      BY MR. PARKER:
2      Q    That's his testimony. We'll look at it
3 later on if I've mischaracterized it, and I want to go
4 to that issue. You work under a budget as you've
5 explained, correct?
6      A    Yes.
7      Q    And if you chose to use one antibody in
8 your panel you would cut into your budget less than if
9 you used 40 antibodies, correct?
10     A    Correct.
11     Q    So the process of you trying to decide how
12 to construct your panel involves an assessment of the
13 cost versus the benefit of how you build that panel?
14     A    Yes.
15     Q    And that process is what outside labs also
16 go through, to some extent?
17          MS. DAVIS:  Objection.
18          THE WITNESS:  I've never been in an outside
19 lab.
20          BY MR. PARKER:
21     Q    True, but you talk to a lot of people who

Page 39

1    Q    But anything else other than those?

2    A    I reviewed my unknown panels.

3    Q    Okay. Put aside the documentation that

4  your office collected. What I was trying to -- my

5  question wasn't clear. I'll try again.

6         There have been various documents that have

7  been produced, that have been discussed with witnesses

8  like yourself in previous depositions.

9         Have you been asked to review any reports,

10 internal correspondence from Dianon or other people --

11   A    No.

12   Q    -- anything other than the four or five

13 reports that we've described?

14   A    No.

15   Q    Doctor, let's go back to the NIH -- excuse

16 me, the NCI flow lab for a second and help me

17 understand when a patient seeks to be evaluated and to

18 have his or her specimen tested by your lab and you

19 perform that test, is there any form of, for lack of a

20 better word, billing process that goes on within your

21 full lab?

410-828-4148                      410-837-3027           301-279-7599

1    A    No.

2    Q    Does that cost associated with that test in
3  any way get credit against a protocol and the budget
4  for that protocol?

5    A    For people outside of NCI I am -- my budget
6  comes from NCI and I'm only required to test NCI
7  patients, but there -- and most patients with leukemia
8  lymphoma are from NCI.

9         Occasionally patients appear to have a
10 leukemia or lymphoma rising in other studies that are
11 not cancer studies and they will request that I perform
12 flow cytometry to diagnose the disorder and I require
13 them to buy me supplies.

14   Q    You mean the principal investigators of
15 that study?

16   A    Yes.

17   Q    So you bill them?  Do you invoice them?

18   A    I tell them what I want them to buy and
19 they purchase it and hand over the supplies.

20   Q    When you say supplies are you talking about
21 your reagents that you use in your various tubes?