**Hematopathology Meeting**
**May 17, 2006**

**In attendance:** Dr. Braylan, Mai, Sandy, Linda, Kay, Hailan, Roger

1.     A.    UF genetics laboratory will be moving to Rocky Point;
   B.    LABCO will be marketing the laboratory beginning 7/1/2006
   C.    Dr. Allen (sp?) will soon be joining Hematopathology as faculty and as a new attending physician.

2. When acquiring data from samples with a low percentage of B-cells, use one of the following gating strategies, such as acquiring more CD 19 or CD 20 positive cells, including the large cells, or simply acquire more total events, in order to generate a smooth kappa/lambda histogram with good peak separation. Also, check the cytospin for correlation between the sample itself and the flow data generated.

   \*\*\*We will begin the new types of trays, sometime around November 2006, or sooner, (BBS, confirmed CML, and Lymphocytosis without other abnormalities), we will also be adjusting our gating (or time) strategy so that we acquire more mononuclear cells by gating out granulocytes, so stay tuned! Note that CD11c and CD 22 have been added to the new trays. See your copy of the new trays handed out during the meeting. The issue of charges on confirmed CML cases will depend on whether the test is for clinical (charge) or research (no charge) – see Agnieska about charges.

   Also, we will begin using a two-stage DETECTION versus DIAGNOSIS approach: for the initial screening tests we will use new types of trays that have a fewer number of wells in order to be more cost-effective. Once preliminary screening data shows an abnormality, more specific antibodies will be run for a definitive diagnosis. \*\*\*

3. If a case for Hematopathology is received without any test requested, log in the sample and contact the ordering physician to initiate the proper test, but DO NOT process or submit charges until a specific test is ordered by the referring physician or institution. If you are unable to resolve the ordering problem, speak with one of the physicians in the scope room who will contact the physician who sent the sample to our department.

4. We should all have access to FCS express software for analyzing hematopathology data. DNA analysis will still be carried out using Modfit software. Training issues and analysis templates still need to be resolved for FCS express.

5. CML research patients and confirmed CML patients have a two-tube panel: CD11b/13/45/34 and CD15/33/45/DR . Those patients designated as research

cases will not be charged for these tests – we still need to work out the charge details with Agnieska(?). [See #2 above.]

6. Our new flow cytometer should be purchased soon after the July 1st fiscal year begins.

7. Please be careful to capture and cancel all appropriate charges on the charge sheet or order/cancel in PowerPath, e.g., iron stains, cytogenetics, mince & hold, etc.

8. Hold Analysis Station data for one month, i.e., on our hard drive, in addition to that being held on our group server.

9. Stem cell counts on thawed cord blood are to be sent to Jose at Hematology Associates.

10. We need to elaborate duties for routine cleaning up of old data on our hard discs by burning to CDs, printing, etc., as well as any other leveling out of duties to make our lab work more efficiently.

11. The holiday schedule was worked out for the technologists by volunteering for dates so plans can be made in advance.

12. Accomplishments for last year??? Goals for next year???