1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

- - - - - - - - - - - -x

UNITED STATES OF AMERICA,
ex rel. Dr. James J. Tiesinga,    No. 3:02CV1573 (MRK)
                Plaintiffs,

            v.
                                    June 21, 2006

DIANON SYSTEMS, INC.
                Defendant.

- - - - - - - - - - - -x

DEPOSITION of JEAN STONE

    Taken before Cindy J. Carone, LSR 383,
a Court Reporter and Notary Public, within and
for the State of Connecticut, pursuant to Notice
and the Federal Rules of Civil Procedure, at the
United States Attorney's Office, 157 Church
Street, New Haven, Connecticut, on June 21, 2006,
commencing at 12:06 p.m.

Falzarano Court Reporters
117 N. Saddle Ridge
West Simsbury, CT  06092
860.651.0258

Falzarano Court Reporters

14

```
 1    specific diagnosis, providers were nonetheless
 2    expected to follow longstanding policy to only bill
 3    Medicare for those services which are reasonable and
 4    necessary."
 5              How does a physician determine what is
 6    reasonable and necessary?
 7        A      In general under Medicare statute, the
 8    regulation for local coverage determination, in the
 9    absence of a specific policy it would be the general
10    standard of practice in the local medical community.
11        Q      In making a medical necessity determination,
12    would it be reasonable for a physician to take into
13    account studies published in peer reviewed medical
14    journals?
15        A      Yes.
16        Q      How about in making a medical necessity
17    determination, would it be reasonable for a physician
18    to take into account the opinions of recognized
19    experts in the area?
20        A      Yes.  To the extent that they're appropriate
21    to the individual patient's medical condition, yes.
22        Q      Also in making medical necessity
23    determinations, would it be reasonable for a physician
24    to take into account other consultations with other
25    health care experts?
```

25

```
 1            Is that your understanding of how an
 2    interpretation is made?
 3        A     Yes.
 4        Q     Now, if an interpretation is made based upon
 5    all markers tested, then going to the other sentence I
 6    brought to your attention; that is, "it should only
 7    bill Medicare for the particular antibodies that are
 8    medically necessary for the diagnosis and treatment of
 9    an individual patient," how would it know which
10    antibodies to take out if it bills for the panel as a
11    whole?
12            MR. MOLOT:  Objection to the form.
13        A     The comment on page JS24 says that a single
14    interpretation is made on all the markers tested, not
15    of each marker individually.  The assumption in that
16    statement was that the markers tested would only be
17    the medically necessary markers.
18            The comment on page 26 talks about if a
19    laboratory for its own convenience uses a specific
20    panel every time, then they should only bill Medicare
21    for the antibodies that were medically necessary for
22    that individual patient.  And it would be contingent,
23    the responsibility of the lab to determine which ones
24    would have been appropriate.
25        Q     How does it do that?  How does it determine
```

1    which ones are appropriate?

2        A    The assumption that I gather from the AMA is

3    that they have broken out the codes into three

4    different categories of interpretation:  2 to 8

5    markers, 9 to 15 markers, 16 or more markers or that

6    different patient conditions require different

7    markers.

8            It's not a one size fits all.  So that if an

9    individual patient's condition, they only need a

10    certain number of markers, only those markers should

11    be billed to Medicare.

12            If they're going to run a bigger panel,

13    that's the lab's problem to figure out which ones are

14    appropriate.  The pathologist should be choosing for a

15    particular patient which are the appropriate markers

16    to utilize.  Not every marker is appropriate for every

17    cancer.

18        Q    How does a physician judge which markers are

19    appropriate for which cancers?

20        A    Based on training, based on standard of

21    practice in the local medical community.

22        Q    Rather than speaking generally, speaking

23    specifically with respect to CPT 88180, is it your

24    experience that in local medical review policies, that

25    carriers will list ICD9s that justify medical