**DIANON SYSTEMS**

| PREPARED BY:<br>S. Brown, B.A.<br><br>8/1/96 | TITLE:<br>    Immunophenotyping Three Color Procedure | DOCUMENT NO.:<br>Heme - 012 |
|---|---|---|
| | | REVISION:  H1 |
| REVIEWED BY:<br><br>R. Goyette, M.D. | APPROVED:<br><br>James B. Amberson, M.D., Laboratory Director | EFFECTIVE DATE:<br>PAGE: 1 of 11 |

Immunophenotyping Three Color Procedure

## 1.0    Principle

Monoclonal antibodies have been developed to recognize specific hematopoietic cell surface antigens. The monoclonal antibodies specifically bind their respective cell surface antigens, if present on the cells, contained in a mononuclear cell suspension or whole blood suspension. The monoclonal antibodies are tagged with fluorochromes which, when excited at a specific wavelength of light, generate a fluorescent signal able to be detected by the optics of a flow cytometer. The percent of cells positive for a specific cell surface antigen is determined and reported.

The following panel of antibodies was chosen by the Hematopathologists at Dianon Systems for its ability to detect a majority of hematopoeitic malignancies. The combinations in which the antibodies are combined, to be detailed later, also convey added information to the doctors.

1.  T- Cell Markers
    a.  CD5          Mature T cells, Some CLL and SLL malignancies
    b.  CD3          Immunocompetent T cells
    c.  CD4          T Helper cells
    d.  CD8          T Suppressor / Cytotoxic cells
    e.  CD2          E-rosette T cells
    f.  CD7          T cells

2.  B- Cell Markers
    a.  CD20         Pan B cell
    b.  CD22         Resting B cells, possible Hairy Cell Leukemia cells
    c.  CD19         Pan B cell, pre B-ALL
    d.  CD10         Common Acute Lymphoblastic Leukemia Antigen
    e.  CD23         Activated B cells

3.  Myeloid Markers
    a.  CD13         Monocytes, granulocytes, CFU-C
    b.  CD33         Early myeloid progenitors, myeloid cells, AML
    c.  CD14         Granulocytes

4.  Miscellaneous Markers
    a.  CD45         Pan Leukocyte, Leukocyte Common Antigen
    b.  CD56         Natural Killer Cells
    c.  CD25         Activated T-B cells and monocytes
    d.  CD34         Myeloid Progenitors, Blasts
    e.  HLA-DR       I2 ,B cells, monocytes, and activated T cells
    f.  CD38         Myeloma and Plasma Cells
    g.  CD61         Platelets, GPIIIA

**200007**

| PREPARED BY:<br>S. Brown, B.A.<br><br>8/1/96 | TITLE:<br>**Immunophenotyping Three Color<br>Procedure**<br>EFFECTIVE DATE: | DOCUMENT NO.:<br>Heme - 012 | |
|---|---|---|---|
| | | Revision: H1 | PAGE: 2 of 11 |

    h.  Glycophorin A Erythrocytes and their precursors
    i.   CD57         Natural Killer cells, Large granular lymphocytes
    j.   CD11c       Monocytes, granulocytes and macrophages.  Hairy Cell Leukemia
    k.  CD103       Hairy Cell leukemia.

5. Surface Immunoglobulins
    a.  Kappa         Kappa Light Chains
    b.  Lambda       Lambda Light Chains

## 2.0 Specimen Requirements

Any specimen which requires red blood cell lysing and which meets the requirements detailed in procedure Heme - 001, Hematopatholgy Check - in Procedure, Section 3.0, B.

## 3.0 References

1. Coulter Corporation Epics XL-MCL Training Guide.

2. Clinical Applications of Flow Cytometry:  Immunophenotyping of Leukemic Cells; Proposed Guideline.  NCCLS Document H34-P, Vol. 13, No. 23.

3. Shapiro, H.M. Practical Flow Cytometry, Third Edition, NY 1995.

4. The Coulter Procedure for Direct or Indirect Immunofluorescence Cell Surface Staining with Coulter Clone Monoclonal Antibodies (Whole Blood Lyse) Lytic Reagents - Flow Use Only. Coulter Immunology, Hialeah, FL.

## 4.0 Equipment and Materials

| Item | Source |
|---|---|
| 12 x 75 Glass test tubes | Kimble cat #. 735005 |
| Eppendorf Electronic Pipette 5 - 100 uL | |
| Eppendorf Electronic Pipette 20 - 500 uL | |
| Eppendorf Pipetman, 1 mL dispense | |
| Eppendorf Pipetman, 250 uL dispense | |
| Pipette tips | |
| Vortex | |
| Mistral 3000I Centrifuge | |
| Epics XL MCL Flow Cytometer | |

## 5.0 Reagents

    A.   Antibodies

       The following antibodies are used in the main panel. (See above for specificity)

| CD5 | CD10 | CD13 | CD45 |
|---|---|---|---|
| CD3 | CD19 | CD33 | CD56 |
| CD4 | CD20 | CD14 | CD14 |
| CD8 | CD22 | | CD34 |
| CD2 | CD23 | Kappa | CD38 |
| CD7 | | Lambda | HLA-DR |

200008

| PREPARED BY: | TITLE: | DOCUMENT NO.: |
| S. Brown, B.A. | Immunophenotyping Three Color Procedure | Heme - 012 |
| 8/1/96 | EFFECTIVE DATE: | Revision: H1    PAGE: 3 of 11 |

B. Coulter Immunolyse Whole Blood Lysing Kit (cat# 6603152)

    1. Coulter Clone Immunolyse Concentrate - stored as a concentrate at room temperature.

       See Section 5.0 for working dilution procedure.

    2. Coulter Clone Fixative - stored as a working dilution at room temperature.

       It is used at 250 uLs per tube.

C.    Phosphate Buffered Saline, pH 7.5           Polyscientific

## 6.0 Reagent Preparation

### Coulter Immunolyse Working Solution

Warning: Avoid contact with eyes. Reagents may irritate eyes or mucous membranes. If contact occurs, immediately flush with water and contact a physician.

This is made up daily for the number of tubes to be lysed.

1. The working solution is made up at a 1:25 dilution, concentrate to PBS.

2. Determine the number of tubes to be lysed for that day. Multiply the number of panels by the number of tubes in that panel. For example:

10 panels X 11 tubes per panel = 110 mLs of lyse needed.

It is usually a good practice to add 5 mLs extra to the calculation in case of repeat or add-on tubes.

3. determine appropriate amount of concentrate needed.

40 uLs concentrate per 1 ml PBS.

Continuing with our example: 110 mLs X 40 uLs = 4400 uLs concentrate.

4. The lyse should have a slightly yellow tinge and it should foam readily with gentle agitation.

## 7.0 Quality Control

A. Antibody isotype negative controls are run for each panel. These are monoclonal antibodies from the same species and isotype as the antibodies utilized in the test panel. Wherever possible the same fluorochrome is also utilized.

B. CD45 gating is used to help determine the proper gating for each sample, unless a Myeloma is suspected. A histogram is acquired CD45 vs. Side Scatter to determine Dim 45 and Bright 45 staining. These populations are then backgated into Forward Scatter vs. Side Scatter histograms to determine where each population is located. It also allows us to determine the level of non-white cell contamination of the lymphocyte gate.

C. Myeloma CD38/CD56 gating is used to determine the Forward vs. Side Scatter position of plasma cells. These gates are then used for the remainder of the case.

200009

| PREPARED BY:<br>S. Brown, B.A. | TITLE:<br>Immunophenotyping Three Color<br>Procedure | DOCUMENT NO.:<br>Heme - 012 | |
|---|---|---|---|
| 8/1/96 | EFFECTIVE DATE: | Revision: H1 | PAGE: 4 of 11 |

## 8.0 Method

All steps performed at room temperature

A. Blood and Bone Marrow Samples Procedure.

1. Label each tube with the antibody combination to be used in that tube. Currently this will require 11 tubes for Leukemia / Lymphoma testing.

Tubes will be labeled as follows:

| Tube # | FITC Antibodies | PE Antibodies | PE-CY5 Antibodies |
|---|---|---|---|
| 1 | CD19 | CD5 | CD45 |
| 2 | IgG1 Negative | IgG2a Negative | IgG1 Negative |
| 3 | CD10 | CD34 | CD20 |
| 4 | CD23 | CD22 | CD19 |
| 5 | CD2 | CD7 | CD3 |
| 6 | CD4 | CD8 | CD3 |
| 7 | CD14 | CD33 | CD34 |
| 8 | CD13 | CD25 | HLA-DR |
| 9 | CD38 | CD56 | |
| 10 | Negative Control | Negative Control | IgG1 Negative |
| 11 | Kappa | Lambda | CD19 |

2. Add appropriate amount of antibody to each tubes 1- 9.

   **DO NOT ADD ANTIBODY TO TUBES 10 and 11.**

   Dispense Immunotech antibodies at 10 uL per tube; Coulter Cytostat antibodies are dispensed at 5 uL. Caltag antibodies are dispensed in either 5 uL or 10 uL per tube, check all vials closely for proper Antibody and conjugate, especially the Immunoglobulin light chain tubes and their negative control.

3. See cell count procedure (Heme - 002) for determining the appropriate dilution for each individual sample. Add appropriate amount of sample to **ALL** tubes, including Kappa / Lambda / CD19 and the Control tubes.

4. Gently vortex the samples to mix.

5. Incubate tubes 1-9 for 30 minutes in the dark at room temperature.

6. During the main panel incubation wash tubes 10 and 11 to remove serum Immunoglobulin by adding 3 mLs of PBS.

7. Centrifuge for 3 minutes at 400g.

8. Decant supernatant carefully and vortex.

9. Repeat steps 6, 7, and 8.

10. Add appropriate amount of antibody to the washed tubes.

200010

| PREPARED BY:<br>S. Brown, B.A.<br><br>8/1/96 | TITLE:<br>Immunophenotyping Three Color Procedure<br>EFFECTIVE DATE: | DOCUMENT NO.<br>Heme - 012<br><br>Revision: H1 | PAGE: 5 of 11 |
|---|---|---|---|

11. Incubate tubes 10-11 for 30 minutes in the dark at room temperature.

12. After the 30 minute incubation of the main panel, vortex all tubes and add 3 mLs PBS to each tube.

13. Centrifuge for 3 minutes at 400g.

14. Decant and resuspend the cells by gently vortexing.

15. Add 1 mL Coulter Clone Immunolyse solution to each tube and vortex.

16. Allow to lyse for 60 - 90 seconds or until clear.

17. Add 250 uL Coulter clone fixative to each tube and vortex.

18. Add 2 mL PBS to each tube.

19. Centrifuge for 3 minutes at 400g.

20. Decant and resuspend by gently vortexing.

21. Add 3 mL PBS.

22. Centrifuge for 3 minutes at 400g.

23. Decant and resuspend in 1/2 mL PBS if sample are to be run immediately. If samples are to be held for more than 24 hours add 1% paraformaldehyde /PBS.

24. Store in the dark until ready to analyze on the flow cytometer.

B.  **Tissue and Fluid Procedure - Specimens without RBC contamination.**

1.  Label each tube with the antibody combination to be used in that tube.  Currently this will require 11 tubes for Leukemia / Lymphoma testing.

Tubes will be labeled as follows:

| Tube # | FITC Antibodies | PE Antibodies | PE-CY5 Antibodies |
|---|---|---|---|
| 1 | CD19 | CD5 | CD45 |
| 2 | IgG1 Negative | IgG2a Negative | IgG1 Negative |
| 3 | CD10 | CD34 | CD20 |
| 4 | CD23 | CD22 | CD19 |
| 5 | CD2 | CD7 | CD3 |
| 6 | CD4 | CD8 | CD3 |
| 7 | CD14 | CD33 | CD34 |
| 8 | CD13 | CD25 | HLA-DR |
| 9 | CD38 | CD56 | |
| 10 | Negative Control | Negative Control | IgG1 Negative |
| 11 | Kappa | Lambda | CD19 |

2.  Add appropriate amount of antibody to each tubes 1- 11.

**Note:  It is not necessary to separate the Kappa/ Lambda/ CD19 and Control tube since there is no serum immunoglobulins in these samples to conflict with these antibodies.**

250011

| PREPARED BY:<br>S. Brown, B.A.<br><br>8/1/96 | TITLE:<br>Immunophenotyping Three Color<br>Procedure<br>EFFECTIVE DATE: | DOCUMENT NO.:<br>Heme - 012<br><br>Revision: H1 ┃ PAGE: 6 of 11 |
|---|---|---|

Dispense Immunotech antibodies at 10 uL per tube; Coulter Cytostat antibodies are dispensed at 5 uL. Caltag antibodies are dispensed in either 5 uL or 10 uL per tube, check all vials closely for proper Antibody and conjugate, especially the Immunoglobulin light chain tubes and their negative control.

3. See cell count procedure for the appropriate dilution for each individual sample.

   a. Add appropriate amount of sample to **ALL** tubes.

   b. If the sample should drip onto the side of the tube use a cotton swab to carefully clean the side of the tube. This is necessary as these cells on the side will not be in contact with the stain and thus reduce the amount of positive staining cells in the sample.

4. Gently vortex the samples to mix.

5. Incubate tubes 1-11 for 30 minutes in the dark at room temperature.

6. At this point determine whether the technician performing cell counts noted significant RBC contamination of the tissue sample.

   a. If there is significant contamination, lyse all tubes with 250 uLs of the working lyse solution before proceeding.

   b. If there is no significant contamination then proceed as normal.

7. Add 250 uL Coulter clone fixative to each tube and vortex.

8. Add 3 mL PBS to each tube and vortex.

9. Centrifuge for 3 minutes at 400g.

10. Decant and resuspend by gently vortexing.

11. Decant and resuspend in 1/2 mL PBS if sample are to be run immediately. If samples are to be held for more than 24 hours add 1% paraformaldehyde /PBS.

12. Store in the dark until ready to analyze on the flow cytometer.

## 9.0 Data Acquisition, Analysis, and Interpretation

  A.  Acquisition

This is an abbreviated methodology of operating the Coulter Epics XL-MCL flow cytometer. For in depth operating instructions please refer to the Coulter Epics XL-MCL Training Guide.

1. Place a sample panel on a carousel, CD19/CD5/CD45 backgating protocol, is placed in the first position. Remember the sample accession number.

2. Select the panel '3 Color XL3' to be run.

3. Place the carousel on the MCL of the flow cytometer.

4. Press the 'Auto' pad in front of the manual sample stage. Press 'Y' for new panel and 'M' for Manual patient ID entry.

230012

| PREPARED BY:<br>S. Brown, B.A. | TITLE:<br>Immunophenotyping  Three Color<br>Procedure | DOCUMENT NO.:<br>Heme - 012 |
|---|---|---|
| 8/1/96 | EFFECTIVE DATE: | Revision: H1 | PAGE:  7 of 11 |

5. Note on the Sample Worksheet the population of interest the pathologist selected after reviewing the Wright-Geimsa stained cytospin prep and the Wright-Geimsa stained sample smear or crush prep.

6. As the first tube is acquired evaluate the CD45 vs. Side Scatter histogram.

   a. Place the 'C' gate on the lymphocytes, Bright CD45 and low Side Scatter.

   b. Place the 'D' gate on any CD45 dim and low Side Scatter, if present.

   c. If no CD45 dim and low Side Scatter population is present than place the 'B' gate on the monocytes.

   d. Place the 'E' gate on the CD45 negative population.

7. Evaluate the gated Forward vs. Side Scatter histograms and note where all the gated populations appear.  This will assist on placing the 'A' gate and the 'B' gate properly.

8. Place the 'A' gate over the lymphocytes or blasts, if present.

9. The 'B' gate may be placed at the operator's discretion over any of the following, based upon which population appears to be of more interest.

   a. Monocytes if the Forward vs. Side appears normal.

   b. High or Low lymphocytes, if the lymphocytes appear to separating into two distinct populations.  The 'A' gate should be over the entire population in this instance.

   c. Small or indistinct blast populations.

10. Evaluate the CD45 single parameter for recovery.  This will give information on possible non white cell contamination within the 'A' gate.  Adjust the 'A' gate to maximize this percentage without compromising the population of interest.

11. Allow the flow cytometer to collect 3000 events, enter the accession number when prompted.

12. Listmode files of 3,000 events are acquired for each subsequent tube.

B.  Analysis

1. All data analysis for each patient will be entered in the Immunophenotyping worksheet, printed from the laboratory main frame Sequoia system.

2. Determination of percent positive must take into consideration the results of the negative reagent control.  This is accomplished by setting a "gate" on the negative control such that no more than 2% of the cells fall beyond the gate ("false positive").  This gate (lower cursor) is then utilized as the lower threshold for the determination of true positive.

3. Percent positives will be entered on the worksheet.

   a. Percent positive is determined by adding the appropriate quadrants for each antibody, either Quadrant 1 and 2, or Quadrant 2 and 4.

   b. The exceptions for this rule are as follows:                    200013

| PREPARED BY:<br>S. Brown, B.A. | TITLE:<br>Immunophenotyping  Three Color<br>Procedure | DOCUMENT NO.:<br>Heme - 012 | |
|---|---|---|---|
| 8/1/96 | EFFECTIVE DATE: | Revision: H1 | PAGE:  8 of 11 |

    I.  CD5 - use quadrant 1 unless there is a discrete > 10% population of dual positive CD19/CD5 staining noted.  In such a case use quadrant 1 and 2 for the CD5 positive percentage.

    II.  CD23/CD19 - only use quadrant 2 percentage at all times for CD23.

    III.  Kappa/19 and Lambda/19 - use quadrant 2 as above.

4. Samples with populations falling directly on a threshold cursor will be noted for later review by the Senior Technologist or Pathologist assigned to the case.

5. Conclusions about abnormal proportions or abnormal absolute numbers of cells bearing particular cell surface markers shall only be drawn in comparison with local "control" data obtained with the same instrument, reagents, and techniques.

6. Certain antibody combinations are noted on the worksheet and reported as dual positives. These combinations of interest are pre-printed on the sample worksheet.

C.    Interpretation

1. The results are reviewed by a Senior Technologist prior to data entry into the Sequoia System.  Sample results are checked for the following:

    a.  Proper addition of quadrants.

    b.  Aberrant expression not associated with a known leukemia.

    c.  Questionable placement of threshold cursors.

    d.  Proper forward vs. side gating selection.

    e.  Presence of RBC contamination.

    f.  T - cell results correlate internally, B - cell results correlate internally, all results, T, B, NK and CD34 add to equal CD45 percentage.

2. Results are correlated with known or expected leukemias.

    a.  Acute Leukemias are flagged for immediate attention by the hematopathologist assigned to the case.

    b.  Results are checked against stated histories for correlation.

    c.  B - cell neoplasms are checked for CLL, SLL, Follicular Center Cell, Mantle Cell, and Hairy Cell Leukemic traits.

    d.  T - cell predominant samples are reviewed for dual CD4/CD8 staining, and/or CD4/CD8 reversal.

3. Additional or repeat tubes are determined and ordered.

4. Histograms are flagged for list mode reanalysis.

5. Sample results are entered into the Sequoia System, and placed on hold.

6. Sample packets; worksheet cover sheet, viability printout, run histograms, are combined with stained slides and placed in labelled bins for each pathologist to review and diagnose.

| PREPARED BY:<br>S. Brown, B.A. | TITLE:<br>Immunophenotyping Three Color Procedure | DOCUMENT NO.:<br>Heme - 012 | |
|---|---|---|---|
| 8/1/96 | EFFECTIVE DATE: | Revision: H1 | PAGE: 9 of 11 |

a. The pathologist review the results entered by the technicians for any typographical errors or omissions.

b. Pathologists review case results with cytospin prep and smears for correlation.

c. The pathologists dictate comments for transcription by the medical transcriptionists

d. Pathologists review comments.

e. Report is finalized, printed and sent to client via Airborne Express.

10.    Troubleshooting

A.    Sample Processing

1. Incomplete lysis of Red Blood Cells. Noted either by the color of the sample tube, reddish tinge, or RBC contamination of forward vs. side scatter histogram leading to decreased positive staining percentages.

    a. Wash, spin, decant and vortex tube and / or entire sample again. Re-evaluate visually and flow cytometrically.

    b. Add 250 uL of lyse and wash with 3 mL PBS. Re-evaluate visually and flow cytometrically.

    c. Repeat contaminated tube and / or panel again. Use a new preparation of working lyse.

    d. Re-evaluate time lysed. Visually inspect each sample prior to fixation for clarity. The sample tube should not appear cloudy.

2. Lysing prior to first wash after incubation.

    a. This could cause incomplete lysing, and is noted by an extended time to lyse.

    b. DO NOT ADD FIXATIVE.

    c. Add 2 mL PBS and centrifuge under the normal protocol.

    d. Decant and resuspend.

    e. Add lyse again, it should lyse rapidly at this point so be ready to add fixative sooner than normal.

    f. Continue with procedure as written.

2. Excess lyse used.

    a. The lyse will act quickly and it is imperative that the sample not be overlysed.

    b. Note the tube or panel closely for clarity.

    c. Add lyse immediately as the sample clears.

    d. Add PBS, adjust the amount appropriately for what can fit into the tube.

    e. Spin at standard protocol, decant and resuspend by gently vortexing.

    f. Continue with procedure as written.

    g. Note on the sample worksheet the tube overlysed and initial.    200015

| PREPARED BY:<br>S. Brown, B.A. | TITLE:<br>Immunophenotyping Three Color<br>Procedure | DOCUMENT NO.:<br>Heme - 012 | |
|---|---|---|---|
| 8/1/96 | EFFECTIVE DATE: | Revision: H1 | PAGE: 10 of 11 |

   3. Excess fixative used.

      This is not a problem, continue with procedure in the normal manner.

   2. Correct antibody addition.

     a. This is checked by reviewing the normal control run for correct staining patterns for the antibody combinations used.

     b. Repeat improperly pipetted tubes.

   3. Correct addition of sample to testing tubes.

     a. Check that the proper dilution is used.

     b. Check that the sides of the tubes are cleaned of any residual sample.

B.   Sample Acquisition

   1. Forward Scatter vs. Side Scatter changes during the sample run.

     a. Check sample tubes for continuity of sample color labels. A color change indicates mismatched sample tubes. Possibly occurring during loading the centrifuge buckets.

     b. Immediately 'Prime' the flow cytometer to attempt to clear the flow cell if a clog is present.

     c. Check tube for RBC contamination. See above for corrective action.

   2. Flow cytometer gives a hard drive error message.

     a. The computer hard drive is full and needs data transferred and then deleted.

     b. This is done within the Microsoft Windows environment. Data is transferred via the Workgroups environment and then deleted from the flow cytometer's hard drive.

     c. This must be performed before samples may be completed as list mode files will not be saved for later evaluation.

   3. System pressure error.

     a. Note carousel position at time of error.

     b. Check the lip of that position's sample tube for irregularities. Replace tube.

     c. If there is no irregularity and the flow continues to give errors check the Coulter Epics XL-MCL Special procedures and Troubleshooting Guide.

     d. Log error on the Corrective Action Log for that flow cytometer. Notify Senior Technician and Supervisor.

     e. If standard troubleshooting measures from the Troubleshooting guide do not correct the problem contact Coulter Customer Service to generate a service call for the instrument.

     f. Discontinue use of the instrument until service corrects the problem.

| PREPARED BY:<br>S. Brown, B.A. | TITLE:<br>Immunophenotyping Three Color<br>Procedure | DOCUMENT NO.:<br>Heme - 012 |
|---|---|---|

| 8/1/96 | EFFECTIVE DATE: | Revision: H1 | PAGE: 11 of 11 |

**11.    History**

H1.    Procedure, revised and updated by S. Brown from original 2 Color procedure.  The scope of the procedure was expanded to reflect new NCCLS, CAP and NYS requirements. 8/1/96.

200017