**From:** "Karin Berg" <Bergk@labcorp.com>
**To:** "Valerie Palmieri" <Palmiev@labcorp.com>
**Date:** 3/31/04 10:28:46 AM
**Subject:** Re: Confirming phone conference tomorrow

Valerie et al...

The number for today's Hemepath standardization call will be: 517-267-1044 participant code: 220407. The call is scheduled to start at 2:30 and the (brief) agenda is below.

Thanks again,

Karin

Karin D. Berg MD, MS
Associate Medical Director
Center for Molecular Biology and Pathology
Laboratory Corporation of America
1912 Alexander Drive
Research Triangle Park, NC 27709
800-533-0567
919-361-7797 (fax)
bergk@labcorp.com

- Remove %'s from report
- compliance issues on labcorp's end
- target date by end of next week for "shotgun" panel validation

>>> Valerie Palmieri 3/30/2004 10:01:58 PM >>>
Karin,
I will be able to attend. Pls advise as to the call in number.

Tks

>>> Karin Berg 03/30/04 5:28 PM >>>
Dear Suha and Glenn,

Please allow this email to confirm that there will be a hemepath standardization call tomorrow (Wednesday March 31st at 2:30 pm). I will send the dial in number and code in the morning. On the agenda for discussion:

1) Flow panel update
CMBP
Stratford

2) Reporting

3) Hemepath kit progress

4) other?? (Please add)

Goal of the call besides updates and status checks is to establish a time line for the hemepath phase of dianization.

Thanks, look forward to talking to you,

Karin

**CC:** <dawkic@dianon.com>, "Michael Brookes" <Brookem@labcorp.com>, "Hawazin



PLAINTIFF'S EXHIBIT