# REVISED
## 1998 PATHOLOGY INCENTIVE PROGRAM

The purpose of the incentive program is to reward productivity. Unlike the bonus system of the past, this system is not dependent upon the performance of the Company as a whole nor is it based upon the achievements of the pathology group. It is based solely on individual performance. Individuals who exceed the standards set for each service will be compensated for their extra work.

Incentive compensation is calculated as follows:

Incentive compensation = ($ per case) x [average number of cases per day - standard for service]

where $ per case equals the case rate, average number of cases is based number actually signed out over one week, standard for service is the output per pathologist for that service.

The relevant numbers for each service are displayed in the table below.

| SERVICE | STANDARD(1/2 day) | CASE RATE | MAX | |
|---|---|---|---|---|
| Diacyte | 37 | $13.00 | 45 | |
| GI-upper | 22 | $13.00 | 30 | UP TO 65 TOTAL |
| GI-lower | 29 | $13.00 | 40 | GIs per day |
| Derm | 37 | $13.00 | 100 | |
| Gyn Hist | 25 | $13.00 | 35 | |
| Paps | 34 | $13.00 | 80 | |
| Microcyte | 170 | $2.60 | 225 | |
| Forcyte | 70 | $6.50 | 93 | |
| Heme | 5.5 | $90.00 | 8 | |
| IHC | 5.5 | $90.00 | 8 | |
| Other AP Hist | 25 | $13.00 | 35 | |
| FNA | 15 | $25.00 | 20 | |

At the beginning of each quarter each pathologist will submit the maximum number of cases he or she is willing to sign out per half day for each service in which he or she participates. No pathologist may exceed the MAX number shown in the table. Pathologists not participating in the incentive program are expected to sign out the standard workload over the course of a week. Since the daily sign out volume will vary, they should only redistribute their cases when they exceed the standard by 10% or when it is obvious that their volume for the week will exceed 100% of the standard.


PLAINTIFF'S EXHIBIT 20

PP13695

Note that the standards for some services have changed to correct an inequity pointed out by several of you. Some services have cases for sign out 5 days per week while others have cases for sign out only 4 days per week because of the weekend sign-out program. In order to correct this inequity, the standards for those services with weekend sign-out have been increased by roughly 10%.

For pathologists signing out on more than one service in a day, incentive compensation will be paid for extra cases only when the workload for the day exceeds 100%. Extra cases will be distributed after consideration of relative workload distribution and those electing to participate in the incentive plan for a particular service. There may be some days when people will get extra cases from a service other than the one to which they are assigned yet their daily workload may still not exceed 100%. In these instances these individual will not receive incentive compensation. This kind of situation should occur relatively infrequently if the overall workload is distributed evenly.

As part of the incentive plan, pathologists also have the option to participate in weekend sign out. Weekend sign out is available on the following services: prostate, GI, and, in modified form, derm. The case rates for prostate, GI, and derm are all $17.50. Any prostate and GI cases accessioned on Friday are available for weekend sign out. The number of derm cases available for weekend sign out is determined by the following formula:

(total number of cases accessioned on Friday and Saturday) - (number of paths on service x standard)

Pathologists may only sign out on one service on the weekend except when there are not enough people to sign out all the cases on one service. In that case individuals may elect to participate in more than one weekend service.

When the TAT requirements for a service don't justify weekend sign-out, the workload will be spread out over Monday and Tuesday. Cases accessioned on the previous Friday should be signed out on Monday and cases accessioned on the previous Saturday should be signed out on Tuesday.