

# DIANON SYSTEMS

## PATHOLOGY WORKLOAD STANDARDS & INCENTIVE PROGRAM - 1999

**PURPOSE:**
The purpose of this policy is to clarify the expected number of cases and/or blocks to be signed out weekly by the pathology staff at DIANON Systems, Inc.

**SCOPE:**
This policy is applicable to all full time physicians employed by DIANON.

**POLICY:**
Each pathologist is expected to sign out the "standard" number of cases per week for each service, assuming, of course, that there is sufficient volume to reach the "standard". The "standard" is the number of cases judged by the pathology staff, Senior VP of Operations, and Chief Medical Officer to represent a reasonable level of productivity consistent with the needs of the company and good medical practice. On weeks when the caseload exceeds the standard, pathologists may elect to sign out additional cases under the Incentive Plan described below. No pathologist is required to sign out more cases than the standard. As physicians they are expected to assume extra work only to the degree that their diagnostic acumen does not deteriorate from fatigue. The Chief Medical Officer may at his or her discretion limit the number of cases signed out by a member of the pathology staff if that staff member is signing out a number of cases which in the judgement of the Chief Medical Officer exceeds the staff member's capacity.

The purpose of the incentive program is to reward productivity. Unlike the bonus system of the past, this system is not dependent upon the performance of the Company as a whole nor is it based upon the achievements of the pathology group. It is based solely on individual performance. Individuals who exceed the standards set for each service will be compensated for their extra work.

Incentive compensation is calculated as follows:

**Incentive Compensation =**
**($ per case) X [average number of cases per day - standard for service]**

*Where $ per case equals the case rate, average number of cases is based on number actually signed out over one week, and standard for service is the output per pathologist for that service.*

PLAINTIFF'S EXHIBIT 22

PP13652

# PATHOLOGY WORKLOAD STANDARDS & INCENTIVE PROGRAM - 1999

The relevant numbers for each service is displayed in the table below.

| SERVICE | STANDARD (1/2 day) | CASE RATE |
|---|---|---|
| Diacyte | 35 | $13.00 |
| GI-upper* | 23 | $13.00 |
| GI-lower* | 35 | $13.00 |
| Derm | 37 | $13.00 |
| Gyn Hist | 25 | $13.00 |
| Paps | 34 | $13.00 |
| Microcyte | 170 | $2.60 |
| Forcyte | 70 | $6.50 |
| Heme | 5 | $60.00 |
| IHC | 5 | $60.00 |
| Other AP Hist. | 29 | $13.00 |
| FNA | 15 | $25.00 |

At the beginning of each quarter each pathologist will submit the maximum number of cases he or she is willing to sign out per half day for each service in which he or she participates. Pathologists not participating in the incentive program are expected to sign out the standard workload over the course of a week. Since the daily sign out volume will vary, they should only redistribute their cases when they exceed the standard by 10% or when it is obvious that their volume for the week will exceed 100% of the standard.

For pathologists signing out on more than one service in a day, incentive compensation will be paid for extra cases only when the workload for that day exceeds 100%. Extra cases will be distributed after consideration of relative workload distribution and those electing to participate in the incentive plan for a particular service. There may be some days when people will get extra cases from a service other than the one to which they are assigned yet their daily workload may still not exceed 100%. In these instances these individuals will not receive incentive compensation. This kind of situation should occur relatively infrequently if overall workload is distributed evenly.

PP13653