OCT-09-97 THU 10:10 AM CHRISTOPHER F METZ 6102879316 P.02

10-07-1997 4:46PM FROM CATHY PAVLOWSKI 2033884100 P.4

# MEMO

**To:** James B. Amberson, M.D.

**From:** Richert E. Goyette, M.D.
Hematopathology Staff

**Subject:** Flow Cytometry Antibody Panel

**Date:** 17 June 1997

Following consultation among the hematopathology staff, we believe that the following 18 antibodies are essential for the accurate and complete initial workup of flow cytometry specimens. We believe that their routine usage can be justified to insurance carriers.

**T-Cell Antibodies:**

CD2
CD3
CD4
CD5
CD7
CD8

**B-Cell Antibodies:**

CD10
CD19
CD20
CD22
Kappa
Lambda

**Myeloid and Other Antibodies:**

CD13
CD14
CD33
CD34
CD45
CD56

Move to 18




300008