



Overview    Anti-Fraud    DMERC    Part B    EFT    Workshops
< Back    Home    Search    Site Map    Publications    Contact

# Medicare Part B - North Carolina
# Local Medical Review Policy

## SUBJECT:

Flow Cytometry

## POLICY NUMBER:

99-005

## DESCRIPTION:

Flow cytometry measures physical and/or chemical characteristics of individual cells as the cells pass singly, in a fluid stream, by one or more optical or electronic sensors. Flow cytometry can measure certain parameters of cells without the need for additional reagents (e.g., cell size, volume and cytoplasmic granularity). Utilizing fluorescent dyes, some of which are linked to immunologic cell surface markers, flow cytometry can be used to establish cell lineage and cellular DNA characteristics. The clinical utility of flow cytometry is in establishing the immunophenotype of hematolymphoid neoplasms and in evaluating the ploidy and S-phase fraction of solid tumors. This policy addresses the criteria necessary to justify the use of flow cytometry for the purpose of:

- Immunophenotyping in patients with hematolymphoid neoplasms; and/or
- Diagnosing suspected hematolymphoid malignancy; and/or
- Staging a patient with a previously diagnosed hematolymphoid neoplasm; and/or
- Monitoring T-cell populations in patients having been previously diagnosed with immunosuppression including (but not limited to): HIV/AIDS, organ transplant patients on chronic immunosuppressive therapy; and/or
- Identifying disease specific cell antigens (e.g. CD59 in Paroxysmal Nocturnal Hemoglobinuria).

## HCPCS SECTION BENEFIT CATEGORY:

Pathology and Laboratory

## HCPCS©CODES:

| | |
|---|---|
| 88180 | Flow cytometry; each cell surface marker |
| 88182 | Flow cytometry; cell cycle or DNA analysis |

## HCFA'S NATIONAL POLICY:

Title XVIII of the Social Security Act, section 1862 (a) (7). This section excludes routine physical

check-ups. Title XVIII of the Social Security Act, section 1862 (a) (1) (A). This section allows coverage and payment for only those services that are considered to be reasonable and medically necessary.

Title XVIII of the Social Security Act, section 1833(e). This section prohibits Medicare payment for any claim which lacks the necessary information to process the claim. HCFA Publication 14-3, Medicare Carrier Manual, section 5114.1-5114.3 42CFR410.32. Diagnostic tests may only be ordered by a treating physician (or other treating practitioner acting within the scope of their license and Medicare requirements).

## INDICATIONS AND LIMITATIONS OF COVERAGE:

Immunophenotyping using flow cytometry is paid for by Medicare as follows:

- To immunophenotype a hematolymphoid neoplasm;
- To diagnose a suspected hematolymphoid neoplasm where first line diagnostic methods (e.g. microscopic examination, cytochemistry, immunohistochemistry, other laboratory findings) fail to establish a diagnosis;
- To stage a patient with a previously diagnosed hematolymphoid neoplasm (with the exception of Hodgkin's Disease) where first line diagnostic methods (e.g. microscopic examination, cytochemistry, immunohistochemistry, other laboratory findings) fail to confirm a diagnosis consistent with the primary hematolymphoid neoplasm;
- To monitor the response to therapy for a previously diagnosed hematolymphoid neoplasm (with the exception of Myelodysplasia) when first line diagnostic methods (including microscopic examination and laboratory indices) have been unsuccessful;
- To monitor CD4 and CD8 lymphocyte populations in patients with HIV infection;
- To monitor lymphocyte subpopulations in post transplant patients on immunosuppressive therapy; or
- To identifying disease specific cell antigens when first line diagnostic methods have failed to yield a diagnosis (e.g. CD59 in paroxysmal nocturnal hemoglobinuria).

Comments:

- In Myelodysplasia, immunophenotyping will only be paid for by Medicare in those cases where the laboratory evidence clearly supports blast transformation (i.e. blast counts of greater than 20% in the bone marrow differential and/or circulating blasts in the peripheral smear). Flow cytometry used for the purpose of blast counts will be denied as not medically necessary.
- In the case of post transplant lymphoproliferative disorders, flow cytometry will only be covered when the microscopic examination reveals a monomorphous population of lymphoid cells that persist after withdrawal of immunosuppressive therapy.
- Immunophenotyping is not covered in patients with granulocytosis. This testing is denied as not medically necessary for diagnosing chronic myelogenous leukemia. However, immunophenotyping is covered in a patient with chronic myelogenous leukemia in blast crisis or undergoing blast transformation.
- Immunophenotyping is denied as not medically necessary in patient with lymphocytosis for purposes of establishing a diagnosis of chronic lymphocytic leukemia.
- Medicare will not reimburse for immunophenotypic studies performed on non-viable material. Viability studies (e.g. propidium iodide) must be included with the study as part of the documentation. These viability studies are not separately payable. Flow cytometry may be medically necessary when used in the following situations:
  - CPT code 88180:
    - HIV infection as defined by the Center for Disease Control criteria.
    - Leukemias
    - Lymphomas
    - Postoperative monitoring of organ transplant patients.
  - CPT code 88182:
    - Prostatic adenocarcinoma
    - Breast carcinoma

AG 00656

- Urinary bladder carcinoma
- Ovarian carcinoma

## ICD-9 CODES THAT MAY SUPPORT MEDICAL NECESSITY:

CPT code 88180:

| | |
|---|---|
| 042 | Human immunodeficiency virus (HIV) disease |
| 200.00-200.88 | Lymphosarcoma and reticulosarcoma |
| 201.40-201.48 | Hodgkin's disease, Lymphocytic-histiocytic predominance |
| 201.70-201.78 | Hodgkin's Disease, Lymphocytic depletion |
| 202.00-202.98 | Other malignant neoplasms of lymphoid and histiocytic tissue |
| 203.00-203.81 | Multiple myeloma and immunoproliferative neoplasms |
| 204.00-204.91 | Lymphoid Leukemia |
| 205.00-205.91 | Myeloid leukemia |
| 206.00-206.91 | Monocytic leukemia |
| 207.00-207.81 | Other specified leukemia |
| 208.00-208.91 | Leukemia of unspecified cell type |
| 283.2 | Hemoglobinuria due to hemolysis from external causes |
| 996.80-996.89 | Complications of transplanted organ |
| V08 | Asymptomatic human immunodeficiency virus (HIV) infection status |
| V42.0-V42.9 | Organ or tissue replaced by transplant |
| V71.1 | Observation for suspected malignant neoplasm |

CPT code 88182:

| | |
|---|---|
| 174.0-174.9 | Malignant neoplasm of female breast |
| 175.0-175.9 | Malignant neoplasm of male breast |
| 183.0 | Malignant neoplasm of ovary |
| 183.8 | Malignant neoplasm of other specified sites of uterine adnexa |
| 185 | Malignant neoplasm of prostate |
| 188.0-188.9 | Malignant neoplasm of bladder |

## REASONS FOR DENIAL:

All other indications not listed in the **Indications and Limitations of Coverage** section of this policy. The service is for screening purposes or not medically necessary. The medical record does not verify that the service described by the HCPCS code was provided.

## NONCOVERED ICD-9 CODES:

Codes not included under **ICD-9 Codes That May Support Medical Necessity** will be denied as not medically necessary.

## SOURCES OF INFORMATION:

AG 00657

Other Carrier's policies including South Carolina and the CMD Clinical Laboratory Workgroup.

## CODING GUIDELINES:

The appropriate ICD-9 code or diagnosis information must be submitted on the claim. ICD-9 codes must be used at their highest level of specificity. Use ICD-9 code V71.1 when the results of immunophenotyping a suspected hematolymphoid neoplasm results in a diagnosis of carcinoma and/or melanoma. Global billing should not be utilized for 88180. The proper number of units of service of 88180-TC (the technical component) and 88180-26 (the professional component) should be submitted separately. For purposes of immunophenotyping of hematolymphoid neoplasm(s) or in the evaluation of suspected hematolymphoid neoplasms, up to 12 units of the service may be medically necessary for the technical component of the study (HCPCS 88180-TC) and up to 4 units of service (HCPCS 88180-26) for professional interpretation. In the staging or surveillance of a previously diagnosed hematolymphoid neoplasm, up to 8 units of the service may be medically necessary units for the technical component of the study (HCPCS 88180-TC) and up to 3 units of service (HCPCS 88180-26) for professional interpretation. For quantifying T-cell populations and/or monitoring of immunosuppressive therapy, bill the technical component only for each medically necessary immunophenotypic marker performed using 88180-TC. The professional component (88180-26) is denied as not medically necessary when flow cytometry is used to monitor T cell populations in patients with HIV infection or post transplant patients on immunosuppressive therapy. T-cell markers in excess of 2 per study for monitoring HIV progression and/or response to therapy will be denied as not medically necessary. Frequency of monitoring in these patients must be justified by a change in clinical status and/or laboratory indices in the documentation. For evaluating disease specific antigens (e.g. CD59) bill 1 unit of service only for the technical component (HCPCS 88180-TC) and 1 unit of service only for the professional component (HCPCS 88180-26). Additional units for service will be denied as not medically necessary. When the results of a disease specific antigen immunophenotyping evaluation do not confirm a clinically suspected diagnosis (i.e. Paroxysmal Nocturnal Hemoglobinuria), use ICD-9 code 283.2. Bill 1 unit of service only for the technical component (HCPCS 88180-TC) and 1 unit of service only for the professional component (HCPCS 88180-26). Additional units of service will be denied as not medically necessary.

## DOCUMENTATION REQUIREMENTS:

Documentation in the medical record must demonstrate how the results would impact the treatment plan. The medical record should support the medical necessity and frequency of this procedure and must be made available to Medicare upon request. In pre-menopausal women with diagnosis of breast carcinoma (ICD-9 174.0-174.9), the tumor must be less than one centimeter and this should be documented in the medical record. For hematolymphoid neoplasms, the documentation in the medical record must include (but is not limited to): gross and microscopic examination of material prior to submission for flow cytometric studies; and clinical and laboratory findings supportive of the suspected neoplastic process. For patients with HIV/AIDS, the medical record must include (but is not limited to) documentation of the clinical findings and/or laboratory findings.

## OTHER COMMENTS:

Copyright, 1997; 1998 CPT Physicians' Current Procedural Terminology, American Medical Association.

HCPCS and ICD-9 Diagnosis codes referenced in this policy are active and approved by HCFA at the time the policy became effective. This policy will be updated to incorporate changes in the coding system or inadvertent omissions including adding procedure codes and diagnoses codes such that the policy's original intent and scope will not substantively change.

## CAC NOTES:

This policy does not reflect the sole opinion of the carrier or Carrier Medical Director. Although the final decision rests with the carrier, this policy was developed in cooperation with the Carrier Advisory Committee, which includes representatives from various specialties including Internal Medicine and

AG 00658

Pathology.

**START DATE OF COMMENT PERIOD:**

November 1, 1998

**START DATE OF NOTICE PERIOD:**

February 15, 1999

**EFFECTIVE DATE:**

March 15, 1999

Overview | Anti-Fraud | DMERC | Part B | EFT | Events/Workshops
<< Back | Top Of Page | Home | Search | Publications | Site Map | Contact

Should you have landed here as a result of a search engine (or other) link, be advised that these files contain material that is copyrighted by the American Medical Association. You are forbidden to download the files unless you read, agree to, and abide by the the provisions of the copyright statement. Read the copyright statement now and you will be linked back to here.

Copyright © 2001 CIGNA Corporation. See Legal Disclaimers and Privacy Statement.

AG 00659