

# Centers for Medicare & Medicaid Services

Home | About CMS | FAQs | Feedback    Search now
Go

Professionals | Governments | Consumers
Media Center

**Programs**
- Medicare
- Medicaid
- SCHIP
- HIPAA
- CLIA

**Topics**
- Advisory Committees
- Coverage
- Demonstrations
- Manuals
- Medicare Modernization Act
- New Freedom
- Open Door Forums
- Oral Health
- Partner with CMS
- PRIT
- Providers
- Quality Initiatives
- Quarterly Provider Update
- Regulations
- State Waivers
- Statistics & Data

**Resources**
- Acronyms
- Contacts
- Events
- Forms
- Glossary
- Mailing Lists
- Search

## Medicare Coverage Database

coverage home | help | basket

Search | Indexes | Reports | Download

Have the document ID?
Use the ID Search



Search Home > Search Results > **View LMRP**

**LMRP for Flow Cytometry and Immunocytochemistry for Cancer Diagnoses and Prognoses (L9780)**

**Please note: If you are printing this document and it is truncated on the right margin, please try printing landscape.**

**Please note: This is a Retired LMRP.**

### Contractor Information

**Contractor Name**
National Heritage Insurance Company

**Contractor Number**
31146

**Contractor Type**
Carrier

### LMRP Information

A "Local Coverage Determination" (LCD), as established by Section 522 of the Benefits Improvement and Protection Act, is a decision by a fiscal intermediary or carrier whether to cover a particular service on an intermediary-wide or carrier-wide basis

CMS0000943

in accordance with Section 1862(a)(1)(A) of the Social Security Act (i.e., a determination as to whether the service is reasonable and necessary). The difference between LMRPs and LCDs is that LCDs consist only of "reasonable and necessary" information, while LMRPs may also contain category or statutory provisions.

The final rule establishing LCDs was published November 11, 2003. Effective December 7, 2003, CMS's contractors will begin issuing LCDs instead of LMRPs. Over the next 2 years (until December 31, 2005) contractors will convert all existing LMRPs into LCDs and articles. Until the conversion is complete, for purposes of a 522 challenge, the term LCD will refer to both 1.) Reasonable and necessary provisions of an LMRP and, 2.) an LCD that contains only reasonable and necessary language. Any non-reasonable and necessary language a contractor wishes to communicate to providers must be done through an article.

## LMRP ID Number

L9780

## LMRP Title

Flow Cytometry and Immunocytochemistry for Cancer Diagnoses and Prognoses

## Original Policy Effective Date

For services performed on or after 01/15/2003

## Original Policy Ending Date

12/31/2004

## Revision Effective Date

For services performed on or after 01/01/2004

## Revision Ending Date

12/31/2004

## Contractor's Policy Number

02-06.1R2

CMS0000944

### AMA CPT / ADA CDT Copyright Statement

CPT codes, descriptions and other data only are copyright 2004 American Medical Association (or such other date of publication of CPT). All Rights Reserved. Applicable FARS/DFARS Clauses Apply. Current Dental Terminology, (CDT) (including procedure codes, nomenclature, descriptors and other data contained therein) is copyright by the American Dental Association. © 2002, 2004 American Dental Association. All rights reserved. Applicable FARS/DFARS apply.

### CMS National Coverage Policy

Title XVIII of the Social Security Act, Section 1862(a)(1)(A). This section states that no Medicare payment shall be made for items or services which "are not reasonable and necessary for the diagnosis or treatment of illness or injury or to improve the functioning of a malformed body member."

Title XVIII of the Social Security Act, Section 1862(a)(7) and 42 Code of Federal Regulations, section 411.15 et. seq. These sections exclude routine physical examinations.

Title XVIII of the Social Security Act, Section 1833(e). This section prohibits Medicare payment for any claim which lacks the necessary documentation to process the claim.

### Primary Geographic Jurisdiction

California - Southern

### Oversight Region

Region IX

### CMS Consortium

Western

### LMRP Description

This policy refers only to the use of flow cytometry and immunocytochemistry when used for the diagnosis or prognosis of cancer. This policy does not affect other uses of these laboratory techniques.

Flow cytometry (FCM) counts and analyzes certain aspects of cells. Solid tissue cells and/or their nuclei are extracted from the tissue and suspended in fluid. Cell nuclei can then be stained to assess and quantify nuclear DNA. Antibodies with fluorescent molecules attached can be reacted with cell antigens to identify or characterize the cells.

The suspended cells are forced—one cell at a time—through an adjustable aperture and then through a laser light beam. The light activates the fluorescent molecules, resulting in light scatter, which forms a pattern that can be analyzed for cell characteristics. FCM provides useful information in patients with cancer, including analysis of nuclear DNA content and cell proliferation status. This may help to determine prognosis, aid in the analysis of effusions, urine, or other fluids in which cancer cells may be few or mixed with benign cells, detect metastases in lymph nodes or bone marrow, or to supplement fine needle aspiration.

FCM has been used to phenotype leukemias and lymphomas and aid in the diagnosis and prognosis of such tumors as breast carcinoma, colorectal cancer, transitional cell cancer of the urinary bladder, prostate cancer, ovarian cancer, melanoma, endometrial cancer, renal, bone, and cervical cancer.

The usefulness and applications of FCM are constantly changing as the equipment, science, and immunology studies develop.

Immunocytochemical studies can help differentiate the cell type and origin of certain cancers. In most cases, pathologists can differentiate carcinoma, sarcoma, and lymphoma via microscopic or other study. However, in some cases of small specimens, tumors with poor distinguishing features, or undifferentiated cancers, special staining can be performed using antibodies against various cell antigens to distinguish the cancer cell type. The majority of these antibodies are against some component of tissue intermediate filaments (e.g., major filamentous proteins that constitute the skeleton or intracellular matrix of cells). Over recent years antibodies to individual tumor types or subgroups of tumor types have been found. Algorithms using various combinations of these antibodies can be used to identify or confirm tumor types. Several manufacturers and labs have marketed various antibodies to intracellular components; however, there is well-documented variation of results (both positive and negative) between laboratories and investigators. Many of these antigens are considered investigational at this time, while others lack specificity. As with flow cytometry, the science and utilization of immunocytochemical studies is changing rapidly.

### Indications and Limitations of Coverage and/or Medical Necessity

Flow cytometry and immunocytochemistry are indicated to help determine the exact diagnosis and/or prognosis of various cancer cell types. A range of algorithms and combinations of tests can be performed to differentiate cell type and/or prognosis. Based on advice from expert consultants, we will normally reimburse for:

- A maximum of 20 flow cytometry studies and/or
- A maximum of 10 immunocytochemical studies without additional

CMS0000946

submitted documentation of medical necessity.

Immunocytochemical studies that are considered investigational will be denied.

### CPT/HCPCS Section
Pathology

### Benefit Category
Diagnostic Laboratory Tests

### Coverage Topic
Lab Services

## Coding Information

### Bill Type Codes

| | |
|---|---|
| 999x | Not Applicable |

### Revenue Codes

| | |
|---|---|
| 99999 | Not Applicable |

### CPT/HCPCS Codes

| | |
|---|---|
| 88180 | FLOW CYTOMETRY; EACH CELL SURFACE, CYTOPLASMIC OR NUCLEAR MARKER |
| 88342 | IMMUNOHISTOCHEMISTRY (INCLUDING TISSUE IMMUNOPEROXIDASE), EACH ANTIBODY |

CMS0000947