To: Kevin Cummings, OIG-BO

From: Frank A. Delli Carpini, M.D., Carrier Medical Director
      First Coast Service Options

Re: Dianon Systems, Inc., #690000180

Date: October 28, 2002

As per our last conversation I did some telephone inquires as to the usual and customary number of antibodies for some of the diagnoses billed by Dianon Systems for CPT code

The first contact was with Dr. Damazuk, Medical Director of Quest Diagnostic Labs He stated that he thought the number billed was high and without seeing the specimen he felt that most number of antibodies were off by at least 4 to 5.

Dr. Srinivas Mandavilli our CAC representative for pathology stated that this was not his area of expertise but that it seemed to him that it was an excessive amount of antibodies billed.

Alexander Podolsky M.D., Director of Pathology, New York Hospital Westchester Square Medical Center, New York City was consulted and did some research from one of his reference labs, Impath Labs and found that the number of antibodies used for Lymphoma should average 15, for Leukemia, Multiple Myeloma and Myeloid processes it should be somewhat less an average of approximately 12 to 13 antibodies.

These were the only contacts that I was able to commit to a viable answer.

If you have any further questions, please do not hesitate to call.

1-02-20013-9-11