

1

```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

- - - - - - - - - - X
UNITED STATES OF AMERICA,,        |
ex rel. Dr. James J. Tiesinga,    |
            Plaintiffs,           |  No. 3:02CV1573(MRK)
                                  |
            v.                    |
                                  |
DIANON SYSTEMS, INC.,             |
            Defendant.            |  July 25, 2006
- - - - - - - - - - X
```

VIDEOTAPE DEPOSITION OF FRANK DELLI CARPINI, M.D.

   Taken before Kristine A. Paradis, LSR 338, a
Court Reporter and Notary Public within and for
the State of Connecticut, pursuant to Notice
and the Federal Rules of Civil Procedure, at
the offices of First Coast Service Options,
Inc., 321 Research Parkway, Meriden,
Connecticut, on July 25, 2006, commencing at
10:00 a.m.

                FALZARANO COURT REPORTERS
                  117 North Saddle Ridge
             West Simsbury, Connecticut 06092
                       860.651.0258

1  or --
2           MR. MOLOT: Object to the form.
3      A   I would assume so. Again, nurses or
4  physicians if need be.
5  BY MR. SALCIDO:
6      Q   Now, the next sentence says, "Based on
7  Medicare guidelines, our staff made the following
8  determinations." Do you know what's meant by
9  Medicare guidelines?
10     A   I would assume documentation guidelines.
11     Q   Now, further down in the chart there it
12 says 88180 times 18. Then reviews, comments,
13 documentation supports services -- service billed.
14 Do you know what that reference means, documentation
15 supports service billed?
16     A   It would mean that the document that was
17 being reviewed to coordinate with a claim that had
18 88180 times 18, that there was documentation that 18
19 units of that service were documented in the record
20 or evident in the record.
21     Q   Okay. Now, the first page which we
22 discussed earlier, the purpose of the review is to
23 rule out overutilization, in part. Do you know
24 whether a utilization review was also conducted?
25     A   I wouldn't think it was because there's no

1  reference to it.
2     Q   Do you know why it would be stated on the
3  first page then that the purpose of the review is to
4  rule out overutilization?
5     A   Well, to rule out overutilization or abuse
6  of the program. So, I think -- I would venture to
7  say that this was a potential abuse allegation, so
8  it went to a documentation review.
9     Q   And what would the first bullet mean then,
10 verify that reimbursements are made only for
11 services which are considered medically necessary?
12    A   That would mean that the review would look
13 at documentation to make sure that the services
14 billed are services that -- that services billed
15 equal services documented and, therefore, imply
16 medical necessity that the provider billed services
17 that were medically necessary as stated in their
18 participation with Medicare. All services have to
19 be medically necessary.
20    Q   Would it mean that the services provided
21 were consistent with the LMRP if there is, in fact,
22 one?
23         MR. MOLOT: Object to the form.
24    A   That would not be this type of a review,
25 no. This is a documentation review.