**From:** Michelle Fiordalisi [Fiordam@labcorp.com]
**Sent:** Wednesday, December 18, 2002 1:30 PM
**To:** Cindy Dawkins
**Cc:** Margaret Johnson
**Subject:** LabCorp Leukemia test profiles

The attachment includes the four leukemia test profiles we perform, the test numbers, markers included in each, and appropriate specimen types.
We would like CD117 testing always performed for the specimens we divert to you.

Please review and let me know if you have any questions. I will fax the requisitions later this afternoon

Michelle Fiordalisi, Ph.D.
Director, Cytometry
LabCorp-CMBP
1912 Alexander Drive
Research Triangle Park, NC 27709
1-800-533-0557 x3331
FAX 919-572-7797
mfiordal@labcorp.com



PLAINTIFF'S EXHIBIT

6/15/04

AG 00327

**Acute Leukemia Profile, Test #489906**
Specimen Whole blood or bone marrow aspirate
Test Includes CD2, CD3, CD7, CD10, CD11b, CD13, CD14, CD15, CD19, CD20, CD33, CD34, CD45, CD71, CD117, HLA-DR; supplemental markers added as needed (CD1a, CD4, CD5, CD8, CD61, glycophorin A, TdT)

**Chronic Lymphocytic Leukemia Profile, Test #489914**
Specimen Whole blood, bone marrow aspirate or body fluid
Test Includes CD2, CD3, CD4, CD5, CD7, CD8, CD10, CD14, CD19, CD20, CD16 + CD56, CD23; CD38, CD45, kappa and lambda immunoglobulin light chains; additional markers added as needed (CD11c, CD22, CD25, CD71, FMC-7, TCR alpha/beta, TCR gamma/delta)

**Hairy Cell/Plasma Cell Leukemia Profile, Test #489930**
Specimen Whole blood or bone marrow aspirate
Test Includes CD2, CD4, CD5, CD7, CD8, CD11c, CD14, CD19, CD22, CD25, CD38, CD45, CD71, HLA-DR; supplemental markers added as needed (CD103, CD138, CD56, kappa and lambda immunoglobulin light chains)

**Lymphoma Profile for Solid Tissue, Test #489948**
Specimen Fresh lymph node, spleen, extranodal solid tissue, biopsy or needle aspirate
Note: Number of markers tested is dependent upon number of cells recovered.
Test Includes CD2, CD3, CD4, CD5, CD7, CD8, CD10, CD14, CD19, CD20, CD23, CD25, CD38, CD45; HLA-DR; kappa and lambda immunoglobulin light chains. Viability determination by CD45/7-AAD.