## 4-COLOR STRATEGY FOR CLL, LYMPHOMA, HAIRY CELL LEUKEMIA, AND MULTIPLE MYELOMA

*(8 tubes)*

| # | Tube | Markers | Code |
|---|---|---|---|
| 6. PB | Gating/diff tube | CD56 FITC/ CD2 PE/ CD45 PerCP-CY5.5/ CD33 APC | CHR6PB |
| 6. BM | marrow | CD71 FITC/ CD2 PE/ CD45 PerCP-CY5.5/ CD33 APC | CHR6BM |
| 7. | B-cells | CD5 FITC/ CD10 PE/ CD19 PerCP-CY5.5/ CD23 APC | CHR7 |
| 8. | Monoclonal B | Kappa FITC/ Lambda PE/ CD19 PerCP-CY5.5/ CD20 APC | CHR8 |
| 9. | Hairy Cell | CD22 FITC/ CD11c PE/ CD19 PerCP-CY5.5/ CD25 APC | CHR9 |
| 10. | Misc. B cell | FMC-7 FITC/ CD7 PE/ CD19 PerCP-CY5.5/ CD38 APC | CHR10 |
| 11. | T cells | CD3 FITC/ CD8 PE/ CD45 PerCP-CY5.5/ CD4 APC | CHR11 |
| 12. | Plasma cells | CD56 FITC/ CD138 PE/ CD45 PerCP-CY5.5/ CD38 APC | (PC/PC1) |

## 4-COLOR STRATEGY FOR ALL and AML

*(5 tubes)*

| # | Tube | Markers | Code |
|---|---|---|---|
| 1. | Gating/diff tube | CD71 FITC / CD14 PE/ CD45 PerCP-CY5.5/ CD33 APC | 4C8 |
| 2. | Myeloid cells | Anti-HLA-DR FITC/ CD13 PE/ CD45 PerCP-CY5.5/ CD11b APC | 4C9 |
| 3. | B cells/blasts | CD10 FITC/ CD19 PE/ CD45 PerCP-CY5.5/ CD20 APC | 4C10 |
| 4. | Myeloblasts | CD15 FITC/ CD117 PE/ CD45 PerCP-CY5.5/ CD34 APC | 4C11 |
| 5. | T cells | CD2 FITC/ CD7 PE/ CD45 PerCP-CY5.5/ CD3 APC | 4C12 |

H:\4-color\4C final revised 021102.doc

