Expert Witness Report of
Constantin T. Yiannoutsos, Ph.D. and
R. James Alerding, CPA/ABV, ASA, CVA
In regard to
U.S. ex rel. Tiesinga v. Dianon Systems, Inc.



**Clifton Gunderson LLP**
Certified Public Accountants & Consultants

February 14, 2006

Richard M. Molot, Esq.
Pat Davis, Esq.
U.S. Department of Justice
Connecticut Financial Center
157 Church Street
P.O. Box 1824
New Haven, Connecticut 06510

Re: United States ex rel. Tiesinga v. Dianon Systems, Inc., Civil No. 3:02CV1573 (MRK) (D. Conn.)

Dear Attorneys Molot and Davis:

This report (hereinafter, Report) is being offered pursuant to Federal Rule of Civil Procedure 26(a)(2)(B).

## I.   SCOPE OF ENGAGEMENT

We were engaged by the United States Department of Justice ("US DOJ") to provide services with regard to the above referenced matter. The scope of our services included providing our opinion as to the damages suffered by the Medicare and Tricare Management Activity ("Tricare") programs as a result of the claims submitted by Dianon Systems, Inc. ("Dianon") for flow cytometry tests performed during the period from January 1, 1996 through December 31, 2003 containing antibodies that were not medically necessary.

In fulfilling these purposes, it is our opinion that we have done so in a manner that satisfies the requirements set forth in *Daubert v. Merrell Dow Pharmaceuticals* for the establishment of the scientific validity of expert testimony.[1]  It is our opinion that, with respect to the purpose of estimating the

---

[1] *See* Daubert v. Merrell Dow Pharmaceuticals, 509 U.S. 579 (1993)



00002
HLB International





CG000008



Figure 1. Frequency distribution of total antibodies charged per test. The small number of totals greater than 26 are multiple tests (with 26 total antibodies each) that were run on the same date.

Three main patterns of charging are evident by inspection of the frequency tables: A pattern of predominantly 26 total antibodies per test, which starts in 1996 and ends on August 31, 1997, a second period when almost exclusively 18 tests are charged, which starts on September 1, 1997 and ends on or about December 31, 2000 and a third pattern of almost exclusive charges of 26 antibodies per test, which is manifested between 2001 and 2003.

CG00009

*Clifton Gunderson LLP*           8