
PLAINTIFF'S EXHIBIT

# Workflow & Turnaround Time: Flow Cytometry

| Day | Function | Step in the Workflow |
|---|---|---|
| 1 | Client: Specimen Collection & Shipping | Collects specimens during bone marrow procedure. Completes test requisition, using Specimen Guide or back of test req to decide which tests to perform and what specimens are required. Calls Airborne or other courier. Ships specimens overnight to DIANON. Checks Saturday delivery on shipments sent out Friday. |
| 2 | DIANON Lab Processing | Receives specimen, unpacks, assigns accession numbers, labels all specimens and routes to appropriate laboratories. |
|   | Flow Lab: Check-in | The specimens are checked in by matching the patient name on the specimen with the test requisition. Non-flow specimens are distributed to morphology and histology labs. |
|   | Assessment | The flow cytometry technologists assess the cell counts and viabilities of specimens of all patient specimens. |
|   | Preparation | Specimens are processed for flow cytometric analysis by incubating the sample with monoclonal antibodies. After incubation, whole blood RBC Lysis is done -- a chemical process that makes the cells swell and burst so the red blood cells can be separated and removed. The red cell debris specimen is washed out, so the specimen only has white blood cells. |
|   | Flow cytometry | Specimens are run through the flow cytometer. A flow report is filled out as the patient's specimens are gated, re-run, and completed. |
| 3 | QC | Lab Supervisor reviews flow cases, determines repeat antibodies or some add-on tests, enters preliminary flow results, and forwards flow results to the hematopathologists for review. |
|   | Hematopath- ologist | The hematopathologist reviews the flow results, ordering repeat flow cytometry or add-on flow tests, as necessary. |
|   | Reporting | Flow only reports are finalized by the hematopathologist, printed, mailed and/or faxed to the clinician. |
| 4-5 |   | Flow reports are paired with finalized morphology results and mailed and/or faxed together. Additional tests are ordered by the hematopathologist, after consultation with the sending physician, if necessary. |
| 4-5 |   | All results from additional testing are reviewed by pathologists, finalized and sent out. |

400681