```
FEE FILE MAINTENANCE        Fee Schedule        13:41:20 May 06 2003

TEST/PROFILE:  XL3 L/L PHENOTYPING
    BILL TYPE:  PT
  NEXT REVIEW:  06/02/93

      EFFECTIVE:   01/01/01         LAST MODIFIED:  14:39:10 Dec 30 2000
      EXPIRATION:  NONE                    TECH ID:  EY1385
      Description                 Fee     CPT Code    MC Reimburse
      ---------------------------------   ---------   ------------
      LEUKEMIA/LYMPHOMA            0.00   ..             \
      IMMUNOPHENOTYPING            0.00   ..
      CD45                        75.00   88180
      CD14                        75.00   88180
      CD3                         75.00   88180
      CD19                        75.00   88180
      CD20                        75.00   88180
      CD5                         75.00   88180
      CD33                        75.00   88180
      CD8                         75.00   88180
      CD22                        75.00   88180
      KAPPA                       75.00   88180
      CD4                         75.00   88180
      CD2                         75.00   88180
      CD7                         75.00   88180
      CD13                        75.00   88180
      LAMBDA                      75.00   88180
      CD56                        75.00   88180
      CD34                        75.00   88180
      CD10                        75.00   88180
      CD23                        75.00   88180
      CD11C                       75.00   88180
      CD103                       75.00   88180
      CD16                        75.00   88180
      CD38                        75.00   88180
      CD25                        75.00   88180
      CD57                        75.00   88180
      HLA-DR                      75.00   88180
      ---------------------------------   ---------   ------------
      TOTALS                    1950.00                    0.00

      EFFECTIVE:   12/01/00         LAST MODIFIED:  16:10:42 Dec 29 2000
      EXPIRATION:  12/31/00                 TECH ID:  AUTOINC
      Description                 Fee     CPT Code    MC Reimburse
      ---------------------------------   ---------   ------------
      LEUKEMIA/LYMPHOMA            0.00   ..
      IMMUNOPHENOTYPING            0.00   ..
      CD45                        70.00   88180
      CD14                        70.00   88180
      CD3                         70.00   88180
      CD19                        70.00   88180
      CD20                        70.00   88180
      CD5                         70.00   88180
      CD33                        70.00   88180
      CD8                         70.00   88180
      CD22                        70.00   88180
      KAPPA                       70.00   88180
      CD4                         70.00   88180
      CD2                         70.00   88180
      CD7                         70.00   88180

      CD13                        70.00   88180
      LAMBDA                      70.00   88180
      CD56                        70.00   88180
      CD34                        70.00   88180
      CD10                        70.00   88180
```

900000

```
------------------------------    -------   ---------   -------------
TOTALS                            1260.00               0.00

 EFFECTIVE:   09/01/97              LAST MODIFIED:  19:40:08 Dec 04 2000
 EXPIRATION:  11/30/00                    TECH ID:  EY1385
 Description                      Fee      CPT Code    MC Reimburse
------------------------------    -------   ---------   -------------
LEUKEMIA/LYMPHOMA                   0.00  .
IMMUNOPHENOTYPING                   0.00  ......
CD45                               70.00  88180
CD14                               70.00  88180
CD3                                70.00  88180
CD19                               70.00  88180
CD20                               70.00  88180
CD5                                70.00  88180
CD33                               70.00  88180
CD8                                70.00  88180
CD22                               70.00  88180
KAPPA                              70.00  88180
CD4                                70.00  88180
CD2                                70.00  88180
CD7                                70.00  88180
CD13                               70.00  88180
LAMBDA                             70.00  88180
CD56                               70.00  88180
CD34                               70.00  88180
CD10                               70.00  88180
------------------------------    -------   ---------   -------------
TOTALS                            1260.00               0.00

 EFFECTIVE:   08/01/97              LAST MODIFIED:  10:06:04 Sep 08 1997
 EXPIRATION:  08/31/97                    TECH ID:  DAK66
 Description                      Fee      CPT Code    MC Reimburse
------------------------------    -------   ---------   -------------
LEUKEMIA/LYMPHOMA                   0.00  .
IMMUNOPHENOTYPING                   0.00  ......
CD45                               45.00  88180
CD14                               45.00  88180
CD3                                45.00  88180
CD19                               45.00  88180
CD20                               45.00  88180
CD5                                45.00  88180
CD33                               45.00  88180
CD8                                45.00  88180
CD22                               45.00  88180
KAPPA                              45.00  88180
CD4                                45.00  88180
CD2                                45.00  88180
CD7                                45.00  88180
CD103                              45.00  88180
CD13                               45.00  88180
LAMBDA                             45.00  88180
CD38                               45.00  88180
CD10                               45.00  88180
CD56                               45.00  88180

CD25                               45.00  88180
CD34                               45.00  88180
HLA-DR                             45.00  88180
CD11C                              45.00  88180
CD23                               45.00  88180
CD103                              45.00  88180
CD57                               45.00  88180
------------------------------    -------   ---------   -------------
TOTALS                            1170.00               0.00
```

900001

```
    EFFECTIVE:   03/25/97          LAST MODIFIED:   12:55:47 Aug 01 1997
    EXPIRATION:  07/31/97                  TECH ID:  SEL244
    Description                  Fee      CPT Code    MC Reimburse
    -------------------------   -------   ----------  -------------
    LEUKEMIA/LYMPHOMA             0.00    .
    IMMUNOPHENOTYPING             0.00    ......
    CD45                         45.00    88180
    CD14                         45.00    88180
    CD3                          45.00    88180
    CD19                         45.00    88180
    CD20                         45.00    88180
    CD5                          45.00    88180
    CD33                         45.00    88180
    CD8                          45.00    88180
    CD22                         45.00    88180
    KAPPA                        45.00    88180
    CD4                          45.00    88180
    CD2                          45.00    88180
    CD7                          45.00    88180
    CD103                        45.00    88180
    CD13                         45.00    88180
    LAMBDA                       45.00    88180
    CD38                         45.00    88180
    CD10                         45.00    88180
    CD56                         45.00    88180
    CD25                         45.00    88180
    CD34                         45.00    88180
    HLA-DR                       45.00    88180
    CD11C                        45.00    88180
    CD23                         45.00    88180
    CD103                        45.00    88180
    CD57                         45.00    88180
    .                             0.00    .
    -------------------------   -------   ----------  -------------
    TOTALS                     1170.00                   0.00

    EFFECTIVE:   01/01/96          LAST MODIFIED:   12:51:58 Aug 01 1997
    EXPIRATION:  03/24/97                  TECH ID:  SEL244
    Description                  Fee      CPT Code    MC Reimburse
    -------------------------   -------   ----------  -------------
    LEUKEMIA/LYMPHOMA             0.00    ..
    IMMUNOPHENOTYPING             0.00    ......
    CD45                         45.00    88180
    CD14                         45.00    88180
    CD3                          45.00    88180
    CD19                         45.00    88180
    CD20                         45.00    88180
    CD5                          45.00    88180
    CD33                         45.00    88180

    CD8                          45.00    88180
    CD22                         45.00    88180
    KAPPA                        45.00    88180
    CD4                          45.00    88180
    CD2                          45.00    88180
    CD7                          45.00    88180
    CD11B                        45.00    88180
    CD13                         45.00    88180
    LAMBDA                       45.00    88180
    CD15                         45.00    88180
    CD10                         45.00    88180
    CD56                         45.00    88180
    CD25                         45.00    88180
    CD34                         45.00    88180
    HLA-DR                       45.00    88180
```

900002

```
CD11C                              45.00  88180
CD23                               45.00  88180
CD61                               45.00  88180
CD57                               45.00  88180
.                                   0.00  .
-----------------------------    -------  ---------    -------------
TOTALS                           1170.00                    0.00

   EFFECTIVE:    10/01/95        LAST MODIFIED:   13:23:57  09 FEB 1996
   EXPIRATION:   12/31/95                TECH ID: DAK66
   Description                   Fee      CPT Code     MC Reimburse
-----------------------------    -------  ---------    -------------
LEUKEMIA/LYMPHOMA                   0.00  .
IMMUNOPHENOTYPING                   0.00  ......
CD45                               95.00  88180
CD14                               95.00  88180
CD3                                95.00  88180
CD19                               95.00  88180
CD20                               95.00  88180
CD5                                95.00  88180
CD33                               95.00  88180
CD8                                95.00  88180
CD22                               95.00  88180
-----------------------------    -------  ---------    -------------
TOTALS                            855.00                    0.00

   EFFECTIVE:    12/01/94        LAST MODIFIED:   17:40:22  13 OCT 1995
   EXPIRATION:   09/30/95                TECH ID: DAK66
   Description                   Fee      CPT Code     MC Reimburse
-----------------------------    -------  ---------    -------------
LEUKEMIA/LYMPHOMA                   0.00  .
IMMUNOPHENOTYPING                   0.00  ......
CD45                               70.00  88180
CD14                               70.00  88180
CD3                                70.00  88180
CD19                               70.00  88180
CD20                               70.00  88180
CD5                                70.00  88180
CD33                               70.00  88180
CD8                                70.00  88180
-----------------------------    -------  ---------    -------------
TOTALS                            560.00                    0.00

   EFFECTIVE:    NONE            LAST MODIFIED:   12:09:58  14 DEC 1994
   EXPIRATION:   11/30/94                TECH ID: DAK66

   Description                   Fee      CPT Code     MC Reimburse
-----------------------------    -------  ---------    -------------
LEUKEMIA/LYMPHOMA                   0.00  .
IMMUNOPHENOTYPING                   0.00  ......
CD45                               70.00  88180
CD14                               70.00  88180
CD3                                70.00  88180
CD19                               70.00  88180
CD20                               70.00  88180
CD5                                70.00  88180
CD33                               70.00  88180
-----------------------------    -------  ---------    -------------
TOTALS                            490.00                    0.00
```