# DIANON SYSTEMS
*Diagnostic Innovations for Medicine*

HF8787  8 **HOLOGY SERVICES**
**TEST REQUISITION**

## ACCOUNT INFORMATION

NT NO.          TELEPHONE NO.

ACCX

GEORGIA CANCER SPECIAL. *
870 CRESTMARK DR. #201
LITHIA SPRINGS    *GA    30057

*(signature)* Bordoni

REQUESTING PHYSICIAN          REFERRING PHYSICIAN

## PATIENT INFORMATION

AT

CITY          STATE          ZIP CODE

M  F  PATIENT CHART NO. (OPTIONAL)   PATIENT TELEPHONE NO.

## BILLING INFORMATION

Check Only One • If billing information is already on file at DIANON, provide Patient Soc. Sec. No. and check here. ☐

☐ BILL TO MEDICA
☐ BILL TO ACCOU
☐ TO PATIENT
☐ MEDICAID, N
☐ HMO
☐ BILL TO INSURANCE

INSURANCE COMPANY/HMO NAME

STREET ADDRESS

CITY

POLICY NO.

IF GROUP, NAME OF EMP

INSURED OR RESPONSIBLE PARTY, IF OTHER THAN PATIENT

LAST NAME          FIRST NAME

PATIENT RELATIONSHIP TO INSURED ☐ SPOUSE ☐ CHILD ☐ OTHER
☐ SECONDARY INSURANCE INFORMATION ATTACHED

## PATIENT AUTHORIZATION

I authorize any holder of medical or other information about me to release to the Social Security Administration, its intermediaries, Blue Shield, or other carriers any information needed for this or related claims. I permit a copy of this authorization to be used in place of the original and request payment of medical insurance benefits.

PATIENT'S SIGNATURE          DATE

## SPECIMEN COLLECTION

**SPECIMEN TYPE:**          COLLECTION DATE  7/02/97

| | | | |
|---|---|---|---|
| ☐ Lymph Node | Site _____ | ☑ Fresh | ☐ Frozen |
| ☐ Solid Tumor | Site _____ | ☐ Fresh | ☐ Frozen |
| ☐ Bone Marrow | ☐ ACD (Yellow Top) | ☑ Sod. Hep. (Green Top) |
| ☑ Peripheral Blood | ☐ ACD (Yellow Top) | ☑ Sod. Hep. (Green Top) |
| ☐ Slides/Paraffin Blocks | | |
| ☐ Stem Cells | | |
| ☐ Other _____ | | |

## CLINICAL INFORMATION (Required)

Clinical Diagnosis: _____

CBC Results:   WBC **37.9**   Hgb/Hct **14.0/121**  MCV **94.4**
☐ (Attached)   RDW _____   Plt. Ct. **632,000**   Retic. Ct. _____

Clinical History:

Drugs/Medication: _____

History of Malignancy  Type: _____   Site: _____

Treatment:
☐ None  ☐ Chemo.  ☐ Rad.   Dates: from _____ to _____

Indications for Study:
☐ Cytopenia(s)  ☐ Anemia  ☐ Myelodysplasia
☐ Monoclonal Gammopathy  ☐ Myeloproliferative Disorder  ☐ Chronic Leukemia
☐ Other _____   ☐ Acute Leukemia
Staging:  ☐ Lymphoma   ☐ Carcinoma

## TESTS REQUESTED

**Morphologic Interpretation**          *1 YELLOW TO FLOW*
☐ 490 Bone Marrow Core
☐ 491 Bone Marrow Aspirate
☐ 492 Bone Marrow Clot          *1 GREEN TO CYTO*
☐ 493 Peripheral Blood Smear
☐ Consultation on slides prepared elsewhere.
☐ Permission to perform cytochemical studies if medically necessary.

**Molecular/Flow Cytometry Studies**
☑ XL3  Immunophenotyping (Flow Cytometry)
☐ XL4  Immunophenotyping with T-Cell/B-Cell Gene Rearrangement
☐ XL5  T-Cell/B-Cell Gene Rearrangement
☐ XL5T  T-Cell Gene Rearrangement ONLY
☐ XL5B  B-Cell Gene Rearrangement ONLY
☐ XL6  bcr/abl Gene Rearrangement
☐ XL7  bcl-2 Gene Rearrangement (Follicular Lymphoma)
☐ XL9  Immune Deficiency Panel (Include WBC Count & % Lymph)
☐ XL13  Epstein-Barr Virus Clonality

**Cytogenetic Evaluation**
☑ XL8  Chromosome Analysis (Unstimulated)   *Philadelphia chromosome*
☐ XL20  Chromosome Analysis (Solid Tumor)

**Bone Marrow Transplant Engraftment Evaluation**
☐ XL18  Pre-Transplant Analysis, Donor. (Name of Recipient _____ )
☐ XL19  Pre-Transplant Analysis, Recipient. (Name of Donor _____ )
☐ XL11  Post-Transplant Analysis

ANON Systems, Inc. • 200 Watson Boulevard • Stratford, CT 06497 • 800-328-2666 • 203-381-4000
DIANON Systems, Inc.

PLAINTIFF'S EXHIBIT 25

**CONFIDENTIAL HEALTH INFORMATION**
**PP01650**

22538

## IMMUNOGLOBULINS

Kappa:
Lambda

## MONOCLONAL ANTIBODIES:

**T-Cell**
CD5 (T1):
CD3 (T3):
CD4 (T4):
CD8 (T8):
CD2 (T11):
CD7 (3A1):

**B-Cell**
CD20 (B1):
CD22 (B3):
CD19 (B4):
CD10 (CALLA):

**Myeloid**
D11B (M01):
D13 (MY7):
CD33 (MY9):
CD15 (LEU-M1):

**Miscellaneous**
CD45 (KC56):
CD56 (NKH-1):
CD25 (IL2-R1):
CD34 (Anti-HPCA-2):
HLA-DR (I3):

*Indication: 44 yo female c ICD-9 code indicating CML.*

## *(FLOW)* IMMUNOPHENOTYPING INTERPRETATION:

The above data were generated on a population of cells from the (*peripheral blood,* bone marrow, or lymph node) which cytometrically correspond to (*lymphoid cells,* blasts). The specimen has a viability of (*92*)% as determined by staining with propidium iodide. The gated population comprises (*16* )% of the sample. The specimen appears (*hypocellular, normocellular, hypercellular*) and examination of Wright-stained smears and cytospin preparations confirms this impression. The cells fall (*within,* outside) the normal lymphoid gate. The cellular population appears (*normal, increased, decreased*) and a distinctly abnormal population (*is, is not*) identified. The histogram (*does not, does*) suggest that a separate and distinct blast population is present.

The study shows a relative (*normal,* abnormal) T:B ratio for (*peripheral blood,* bone marrow, lymph node). The T-cell population expresses pan T-Cell antigens (CD2, CD3, CD5, and CD7) in (a, an) (*non-aberrant,* or aberrant) fashion. The CD4:CD8 ratio is (*normal,* abnormal) (secondary to increased CD4 lymphocytes, increased CD8 lymphocytes, CD8 expression by NK cells). The B-Cells are a (*minor,* major) population. They express pan-B-Cell antigens (CD19, CD20, and CD22) in (a, an) (*non-aberrant,* or aberrant) fashion. CD10 (CALLA) (*is, is not*)

significantly expressed by the B-cell population. Staining for light chains is (low, *normal*, or high) · and (does, *does not*) reveal monotypia. The NK cell population is (low, *normal*, or *increased*) in number. Antigens associated with maturing granulocytes (CD11B, CD13, CD15, and CD33) *are*, are not) present in significant numbers of cells. Stem Cell/Progenitor/Blast-associated antigens (CD34 and HLA-DR) (*are not*, are) detected and/or coexpressed in clinically meaningful numbers.

**CONCLUSION:** (Please note, the following bold-faced headings are for indentification purposes and are not to be printed with the final report.)

(*N*) Normal) (There is no immunophenotypic evidence for a T-Cell or a B-cell neoplasm. However, the limited cellularity and/or fragility of transported cells may limit the study and any fragile or minor population of cells may not, therefore, be identified in this study. Should you have any questions, I can be reached at (203) 381-4000.)

*There is an expanded maturing granulocyte population and this the clinical impression of CML. However, cytogenetic study are needed to establish to the genetic rule out diagnosis.*

(*NDC*) Normal with Degenerative Changes: There is no immunophenotypic evidence for a T-Cell or a B-cell neoplasm. However, limited cellularity and/or fragility of transported cells may limit the study and any fragile or minor population of cells may not, therefore, be identified in this study. The relatively low CD45-positivity within the gate suggests that the region representing the lymphoid population is contaminated with red blood cell precursors and/or debris. Should you have any questions, I can be reached at (203) 381-4000.

**Non-Diagnostic Increase in B-cells:** There is no immunophenotypic evidence for a T-Cell or a B-cell neoplasm. However, the B-cell population is expanded without monotypia. This may be seen in patients with a variety of immunologic reactions of the humoral limb of the immune system. Alternately, it may be the *form fruste* of an eventual lymphoproliferative disease. Clinical correlation is recommended. It should be kept in mind, however, that limited cellularity and/or fragility of transported cells may limit the study and any fragile or minor population of cells may not, therefore, be identified during this examination. Should you have any questions, I can be reached at (203) 381-4000.

(*NCD8*) Normal with Increased CD8 Cells: There is no immunophenotypic evidence for a T-Cell or a B-cell neoplasm. However, the limited cellularity and/or fragility of transported cells may limit the study and any fragile or small population of cells may not, therefore, be identified in this study. The predominance of CD8 (cytotoxic/suppressor) T-cells in this study is a non-specific finding. Although it may be seen in patients infected with the Human Immunodeficiency Virus, it is also a common accompaniment of a variety of immune reactions. Should you have any questions, I can be reached at (203) 381-4000.

(*NNK*) Normal with Increased NK Cells: There is no immunophenotypic evidence for a T-Cell or a B-cell neoplasm. However, the limited cellularity and/or fragility of transported cells may limit the study and any fragile or small population of cells may not, therefore, be identified in this study. NK Cells (CD56, CD2, CD7, CD8—positive; CD3—negative) are (*mildly, moderately, markedly*) increased in number. NK cells are CD3-negative and often have large granular lymphocyte (LGL) morphology. NK cells function in immunosurveillance, regulation of hematopoiesis, resistance to viral infections, antibody-dependent cellular cytotoxicity, and MHC non-restricted cell lysis. Mild to moderately increased numbers of NK cells are often seen as a reactive phenomenon. Significant increases in NK cells raise the possibility of agressive LGL disorders. Clinicopathologic correlation is recommended in this cases. Should you have any questions, I can be reached at (203) 381-4000.

CONFIDENTIAL HEALTH INFORMATION
PP01667

(N&NK)  Normal with Increased CD8 and NK Cells:  There is no immunophenotypic evidence
for a T-Cell or a B-cell neoplasm. However, the limited cellularity and/or fragility of transported
cells may limit the study and any fragile or small population of cells may not, therefore, be
identified in this study.  The predominance of CD8 (cytotoxic/suppressor) T-cells in this study is a
non-specific finding.  Although it may be seen in patients infected with the Human
Immunodeficiency Virus, it is also a common accompaniment of a variety of immune reactions.
NK Cells (CD56, CD2, CD7, CD8—positive; CD3—negative) are (*mildly, moderately, markedly*)
increased in number.  NK cells are CD3-negative and often have large granular lymphocyte (LGL)
morphology.  NK cells function in immunosurveillance, regulation of hematopoiesis, resistance to
viral infections, antibody-dependent cellular cytotoxicity, and MHC non-restricted cell lysis.  Mild
to moderately increased numbers of NK cells are often seen as a reactive phenomenon.  Significant
increases in NK cells raise the possibility of agressive LGL disorders.  Clinicopathologic
correlation is recommended in this cases.  Should you have any questions, I can be reached at
(203) 381-4000.

(CLSL)  CLL/SLL:  This study shows the presence of a monotypic B-Cell population with low
intensity (kappa, lambda) light-chain positivity.  This population carries the B-Cell markers CD19,
CD20, and CD22 (dim) without the expression of CD10.  Aberrantly expressed on this population
of B-Cells is CD5—a putative T-Cell antigen.  CD5-positive B-cells represent a very small
population of B-lymphocytes in a normal individual and are associated with autoreactivity.  When
present in large numbers, they are characteristic of small B-Cell malignancies such as chronic
lymphocytic leukemia (CLL), small lymphocytic lymphoma (SLL), and mantle cell lymphoma
(MCL).  The presence of co-expressed CD23 in this population of the patient's cells is
characteristic of CLL/SLL and is not a normal feature of leukemic-phase MCL.

In summary, these immunophenotypic findings are those of chronic lymphocytic leukemia in
patients with primary peripheral blood and bone marrow disease or small lymphocytic lymphoma
in individuals with predominant lymphoid organ involvement.  Should you have any questions, I
can be reached at (203) 381-4000.

(CLSL25)  CLL/SLL + CD25:  This study shows the presence of a monotypic B-Cell population
with low intensity (kappa, lambda) light-chain positivity.  This population carries the B-Cell
markers CD19, CD20, and CD22 (dim) without the expression of CD10.  Aberrantly expressed on
this population of B-Cells is CD5—a putative T-Cell antigen.  CD5-positive B-cells represent a
very small population of B-lymphocytes in a normal individual and are associated with
autoreactivity.  When present in large numbers, they are characteristic of small B-Cell malignancies
such as small lymphocytic lymphoma (SLL), chronic lymphocytic leukemia (CLL), and mantle cell
lymphoma (MCL).  The presence of co-expressed CD23 in this population of the patient's cells is
characteristic of CLL/SLL and is not a normal feature of leukemic-phase MCL.  The cellular
population also expresses CD25.  CD25 is the low-affinity IL-2 receptor.  When present, it has
been associated with plasmacytoid differentiation, increased numbers of prolymphocytes, or the
presence of proliferation centers in SLL.

In summary, these immunophenotypic findings are those of chronic lymphocytic leukemia with
increased numbers of prolymphocytes or plasmacytoid lymphocytes in patients with primary
peripheral blood and bone marrow disease or small lymphocytic lymphoma with proliferation
centers in individuals with predominant lymphoid organ involvement.  Should you have any
questions, I can be reached at (203) 381-4000.

()  B-Cell PLL:  This study shows the presence of a monotypic B-Cell population with moderate
intensity (*kappa, lambda*) light-chain positivity.  The cells have morphologic features of
prolymphocytes.  This population carries the B-Cell markers CD19, CD20, and CD22 without the
expression of CD10.  CD5 (*is, is not*) aberrantly expressed on this population of B-Cells.  CD5-

CONFIDENTIAL HEALTH INFORMATION
PP01668

positive B-cells represent a very small population of B-lymphocytes normally concerned with autoreactivity. While characteristically present on the cells of chronic lymphocytic leukemia (CLL), expression is diminished or disappears with prolymphocytic transformation. This population (*does, does not*) express CD23. CD23 expression is characteristic of CLL but is also seen on prolymphocytes. The cellular population also expresses CD25. CD25 is the low-affinity IL-2 receptor. Its presence has been associated with increased numbers of prolymphocytes. High intensity CD22/CD11c expression is not present.

In summary, these immunophenotypic findings are those of B-cell prolymphocytic leukemia. Should you have any questions, I can be reached at (203) 381-4000.

(*MCL*) Mantle Cell Lymphoma: This study shows the presence of a monotypic B-Cell population with intermediate intensity (kappa, lambda) light-chain positivity. This population carries the B-Cell markers CD19, CD20, and CD22 in low to intermediate intensity without the expression of CD10. Aberrantly expressed on this population of B-Cells is CD5—a putative T-Cell antigen. CD5-positive B-cells represent a very small population of B-lymphocytes normally concerned with autoreactivity. When present in large numbers, they are characteristic of small B-Cell malignancies such as small lymphocytic lymphoma (SLL), chronic lymphocytic leukemia (CLL), and mantle cell lymphoma (MCL). The absence of co-expressed CD23 in this population of the patient's cells is characteristic of MCL and is not a normal feature of CLL or leukemic phase SLL.

In summary, these immunophenotypic findings are those of a monotypic B-cell neoplasm which is most consistent with a mantle cell lymphoma (intermediate differentiated lymphoplytic lymphoma). When these lymphomas peripheralize, they are often confused with CLL/SLL. Should you have any questions, I can be reached at (203) 381-4000.

(*LAS*) Low CD45-Positivity: There is no immunophenotypic evidence for a T-Cell or a B-cell neoplasm. However, the limited cellularity and/or fragility of transported cells may limit the study and any fragile or small population of cells may not, therefore, be identified in this study. The relatively low CD45-positivity within the gate suggests that the region representing the lymphoid population is contaminated with red blood cell precursors and/or debris. Should you have any questions, I can be reached at (203) 381-4000.

(*MM*) Myelodysplasia and Myeloproliferation (Non-CML): Immunophenotypic changes of a maturing granulocytic population. The Stem Cell/Progenitor Cell pool (*does, does not*) appear to be significantly increased. If clinically indicated (and not already requested) cytogenetics may prove diagnostically and/or prognostically significant in this patient. There is no immunophenotypic evidence for a T-Cell or a B-cell neoplasm. However, the limited cellularity and/or fragility of transported cells may limit the study and any fragile or small population of cells may not, therefore, be identified in this study. Should you have any questions, I can be reached at (203) 381-4000.

(*MM8*) Myelodysplasia and Myeloproliferation (Non-CML) with Increased CD8 Cells: Immunophenotypic changes of a maturing granulocytic population. The Stem Cell/Progenitor Cell pool (*does, does not*) appear to be significantly increased. The predominance of CD8 (cytotoxic/suppressor) T-cells in this study is a non-specific finding. Although it may be seen in patients infected with the Human Immunodeficiency Virus, it is also a common accompaniment of a variety of immune reactions. If clinically indicated (and not already requested) cytogenetics may prove diagnostically and/or prognostically significant in this patient.

In summary, there is no immunophenotypic evidence for a T-Cell or a B-cell neoplasm. However, the limited cellularity and/or fragility of transported cells may limit the study and any fragile or

CONFIDENTIAL HEALTH INFORMATION
PP01669

small population of cells may not, therefore, be identified in this study. Should you have any
questions, I can be reached at (203) 381-4000.

3
4    (*MMNK*) Myelodysplasia and Myeloproliferation (Non-CML) with Increased NK Cells:
5    Immunophenotypic changes of a maturing granulocytic population. The Stem Cell/Progenitor Cell
6    pool (*does, does not*) appear to be significantly increased. NK Cells (CD56, CD2, CD7,
7    CD8—positive; CD3—negative) are (*mildly, moderately, markedly*) increased in number. NK
8    cells are CD3-negative and often have large granular lymphocyte (LGL) morphology. NK cells
9    function in immunosurveillance, regulation of hematopoiesis, resistance to viral infections,
10   antibody-dependent cellular cytotoxicity, and MHC non-restricted cell lysis. Mild to moderately
11   increased numbers of NK cells are often seen as a reactive phenomenon. Significant increases in
12   NK cells raise the possibility of agressive LGL disorders. If clinically indicated (and not already
13   requested) cytogenetics may prove diagnostically and/or prognostically significant in this patient.
14
15   In summary, there is no immunophenotypic evidence for a T-Cell or a B-cell neoplasm. However,
16   the limited cellularity and/or fragility of transported cells may limit the study and any fragile or
17   small population of cells may not, therefore, be identified in this study. Should you have any
18   questions, I can be reached at (203) 381-4000.
19
20   (*MCDNK*) Myelodysplasia and Myeloproliferation (Non-CML) with Increased CD8 and
21   NK Cells: Immunophenotypic changes of a maturing granulocytic population. The Stem
22   Cell/Progenitor Cell pool (*does, does not*) appear to be significantly increased. The predominance
23   of CD8 (cytotoxic/suppressor) T-cells in this study is a non-specific finding. Although it may be
24   seen in patients infected with the Human Immunodeficiency Virus, it is also a common
25   accompaniment of a variety of immune reactions. NK Cells (CD56) are increased in number. This
26   is often seen as a reactive phenomenon. When identified, increased NK cells are often associated
27   with an increase in the numbers of reactive HLA-DR-positive and CD3-negative cells (*seen, not
28   seen*) in this case. If clinically indicated (and not already requested) cytogenetics may prove
      diagnostically and/or prognostically significant in this patient.
30
31   In summary, there is no immunophenotypic evidence for a T-Cell or a B-cell neoplasm. However,
32   the limited cellularity and/or fragility of transported cells may limit the study and any fragile or
33   small population of cells may not, therefore, be identified in this study. Should you have any
34   questions, I can be reached at (203) 381-4000.
35
36   (*CML*) Chronic Myelogenous Leukemia: The population of gated cells shows weak to
37   intermediate expression of CD45. This pattern of reactivity is a feature of myeloid cells.
38   Contributing to the low CD45-positivity also may be debris resulting from degenerated
39   granulocytes. The Stem Cell/Progenitor Cell pool (*does, does not*) appear to be significantly
40   increased. When CD34 cells are present in increased numbers, they may be associated with the
41   clinical appearance of accelerated phase or blast crisis disease. If clinically indicated (and not
42   already requested) cytogenetics may prove diagnostically and/or prognostically significant in this
43   patient.
44
45   In summary, these immunophenotypic changes are consistent with CML (*with, without*) an
46   increase in the stem cell/progenitor cell pool. There is no immunophenotypic evidence for a T-Cell
47   or a B-cell neoplasm. However, the limited cellularity and/or fragility of transported cells may
48   limit the study and any fragile or small population of cells may not, therefore, be identified in this
49   study. Should you have any questions, I can be reached at (203) 381-4000.
50
51   (*AMLI*) Acute Myelogenous Leukemia: The population of gated cells shows weak to
52   intermediate expression of CD45. This pattern of reactivity is a feature of myeloid cells. The cells

CONFIDENTIAL HEALTH INFORMATION
PP01670

xpress CD34—the Stem Cell/Progenitor Cell antigen. The population also expresses CD33 (*with*, *ithout*) coexpression of CD13 and CD15. CD7-positivity normally associated with T-Cell proliferations (*is not*, *is*) also present. However, CD7 is identified in some cases of otherwise classical acute myeloid leukemias and, when present, should not be considered to represent bi-phenotypic disease. CD4 (*is*, *is not*) significantly expressed. While CD4 expression has been classically associated with helper T-cells, recent studies show its presence on normal monocytes and myelomonocytic cells. Therefore, depending upon its context of expression, CD4 can be considered to be a very specific and moderately sensitive marker for acute myelogenous leukemia. The blasts are (*positive*, *negative*) for HLA-DR. HLA-DR-positivity is seen in most cases of acute myeloid leukemia with the exception of FAB M3 (Acute Promyelocytic Leukemia). CD14 reactivity was also determined. The abnormal cellular population (*does*, *does not*) express this antigen. CD14-positivity, when present, is associated with monocytic differentiation.

In conclusion, a significant population of myeloid blasts without bi-phenotypic markers are present. These findings are consistent with a diagnosis of acute myelogenous leukemia. Should you have any questions, I can be reached at (203) 381-4000.

**Undifferentiated Acute Leukemia (?AML M0):** The population of gated cells shows intermediate expression of CD45. Their immaturity is reflected by expression of CD34—the Stem Cell/Progenitor Cell antigen. HLA DR is not present on significant numbers of cells. The cells fail to react with sudan black B or peroxidase; non-specific esterase staining shows punctate rather than diffuse positivity. Terminal deoxynucleotidyl transferase (TdT) activity is not present.

CD4 (*is*, *is not*) significantly expressed on more than half of the cells. While CD4 expression has been classically associated with helper T-cells, recent studies show its presence on normal monocytes and myelomonocytic cells. Therefore, depending upon its context of expression, CD4 can be a very specific and moderately sensitive marker for acute myelogenous leukemia. In this ᵢnstance, however, no other evidence of myeloid differentiation is present rendering the expression this cell surface antigen a lack of specificity. The cells (*do*, *do not*) express CD25—the low-affinity IL-2 receptor. The presence of CD25 does not provided specificity either, however, since it is detected on both activated T-cells as well as myeloid precursors. The population does not expresses myeloid associated antigens such as CD33, CD13, CD14, or CD15 in significant amounts. CD7-positivity normally associated with T-Cell proliferations (*is*, *is not*) present in a minority of cells. However, CD7 is identified in both classical acute myeloid leukemias and ALL and does not provide an answer to this patient's presentation. The cells do not express surface immunoglobulin molecules.

In conclusion, neither cytochemistry nor immunophenotypic studies provide a lineage specificity to this patient's acute leukemia. At this point in time, while I favor the diagnosis of AML (M0), this should be considered to represent an undifferentiated acute leukemia. If additional studies are clinically indicated, electron microscopy should be considered. Thank you for allowing us to particpate in the workup of this patient's hematologic disease. Should you have any questions, I can be reached at (203) 381-4000.

**(ALL) Acute Lymphocytic Leukemia (Pre-B):** The population of gated cells shows intermediate expression of CD45. This pattern of reactivity is a feature of lympoid cells. The cells express CD34—the Stem Cell/Progenitor Cell antigen without the expression of immunophenotypic markers of myeloid (CD13 and/or CD33) or monocytic lineages (CD14). The blasts are positive for HLA-DR. HLA-DR-positivity is seen in most cases of acute lymphocytic leukemia. The cells are expressing B-cell markers CD19, CD10 (CALLA), and CD20. Surface light chain expression is not present. Staining for terminal deoxynucleotidyl transferase (TdT) is (*positive; negative*). Biphenotypic markers are not present.

CONFIDENTIAL HEALTH INFORMATION
PP01671

1  In conclusion, a significant population of lymphoid blasts withouth bi-phenotypic markers are
2  present. These findings are consistent with a diagnosis acute lymphocytic leukemia of the pre-B-
   cell type. Should you have any questions, I can be reached at (203) 381-4000.

5  (*MULTM*) Multiple Myeloma: The kappa:lambda ratio of surface light chains is (*normal,
6  abnormal*). (*Kappa, Lambda, or Neither*) light chain is predominant. The sum of the kappa and
7  lambda light chains does not always equal the total B-cell population because the determinations are
8  performed by slightly different techniques. Surface light chain expression, however, is a poor
9  marker for myeloma since the cells are mature B-cells and possess cytoplasmic rather than surface
10 immunoglobulin. Inspection of the histogram for bright CD38 expression, a marker of plasma
11 cells shows this feature. The cells were also reacted with a monoclonal antibody to CD56. While
12 normal plasma cells are reported to be CD56-negative, myeloma cells generally express this
13 adhesion molecule. This patient's cells express both bright CD38 and CD56—immunophenotypic
14 features of multiple myeloma.
15
16 In summary, the gated population of CD45-negative cells are positive for both CD38(bright) and
17 CD56—features of myeloma cells. Stains for cytoplasmic immunoglobulins reveal a population of
18 cells positive for Ig(*G, A, M*) with (*kappa, lambda*) light chains). These findings should be
19 correlated with the bone marrow histology, immunoprotein studies, and results of selected
20 radiologic studies. Should you have any questions, I can be reached at (203) 381-4000.
21
22 (*IMM*) Indeterminate for Multiple Myeloma: The kappa:lambda ratio is (*normal, abnormal*).
23 (*Kappa, Lambda, or Neither*) light chain is predominant. The sum of the kappa and lambda light
24 chains does not always equal the total B-cell population because the determinations are performed
25 by slightly different techniques. Surface light chain expression, however, is a poor marker for
26 myeloma since the cells are mature B-cells and possess cytoplasmic rather than surface
27 immunoglobulin. Inspection of the histogram for bright CD38 expression, a marker of plasma
28 cells shows this feature in a small number of cells. The cells were also reacted with a monoclonal
29 antibody to CD56. While normal plasma cells are reported to be CD56-negative, myeloma cells
30 generally express this adhesion molecule. The presence of CD56 expression without
   coexpression of CD11b is suggestive of the presence of a population of myeloma cells. However,
2  the cytospin does not show a distinct population of plasma cells and, therefore, the results of this
3  study must be correlated with serum and urine protein studies and the results of bone marrow
4  examination. Should you have any questions, I can be reached at (203) 381-4000.
5
6  (*NOMCK*) No Evidence of Myeloma and Increased CD8 and NK Cells: The predominance
7  of CD8 (cytotoxic/suppressor) T-cells in this study is a non-specific finding. Although it may be
8  seen in patients infected with the Human Immunodeficiency Virus, it is also a common
9  accompaniment of a variety of immune reactions. A population of cells coexpresses CD11b and
0  CD56. This is a feature of NK cells. These cells produce a variety of cytokines and function in
1  non-MHC restricted cytotoxicity. Cells with NK-cell activity are concentrated in the large granular
2  lymphocyte population of peripheral blood mononuclear cells. Increased NK cells are often seen
3  as a reactive phenomenon. When identified, increased NK cells are often associated with an
4  increase in the numbers of reactive HLA-DR-positive and CD3-negative cells (*seen, not seen*) in
5  this case.
6
7  The kappa:lambda ratio is normal. Neither light chain is predominant. The sum of the kappa and
8  lambda light chains does not always equal the total B-cell population because the determinations are
9  performed by slightly different techniques. Surface light chain expression, however, is a poor
0  marker for myeloma since the cells are mature B-cells and possess cytoplasmic rather than surface
1  immunoglobulin. Inspection of the histogram for bright CD38 expression, a marker of plasma
2  cells fails to show this feature. Therefore, these immunophenotypic findings can be used neither to
3  confirm or refute the possibility of a plasma cell malignancy.

CONFIDENTIAL HEALTH INFORMATION
PP01672

In summary, there is no immunophenotypic evidence for a T-Cell or a B-cell neoplasm. However, limited cellularity and/or fragility of transported cells may limit the study and any fragile or small population of cells may not, therefore, be identified in this study. Should you have any questions, I can be reached at (203) 381-4000.

(NOMNK) No Evidence of Myeloma and Increased NK Cells: A population of cells coexpresses CD11b and CD56. This is a feature of NK cells. These cells produce a variety of cytokines and function in non-MHC restricted cytotoxicity. Cells with NK-cell activity are concentrated in the large granular lymphocyte population of periphral blood mononuclear cells. Increased NK cells are often seen as a reactive phenomenon. When identified, increased NK cells are often associated with an increase in the numbers of reactive HLA-DR-positive and CD3-negative cells (seen, not seen) in this case.

The kappa:lambda ratio is normal. Neither light chain is predominant. The sum of the kappa and lambda light chains does not always equal the total B-cell population because the determinations are performed by slightly different techniques. Surface light chain expression, however, is a poor marker for myeloma since the cells are mature B-cells and possess cytoplasmic rather than surface immunoglobulin. Inspection of the histogram for bright CD38 expression, a marker of plasma cells fails to show this feature. Therefore, these immunophenotypic findings can be used neither to confirm or refute the possibility of a plasma cell malignancy.

In summary, there is no immunophenotypic evidence for a T-Cell or a B-cell neoplasm. However, limited cellularity and/or fragility of transported cells may limit the study and any fragile or small population of cells may not, therefore, be identified in this study. Should you have any questions, I can be reached at (203) 381-4000.

(RLTF) Reactive Lymphoid Tissue (Follicular): Both pan- T- and B-Cell antigens are expressed in a non-abberant fashion and no monotypia is identified. The increased number of CD10-positive cells coupled with increased numbers of B-cells suggests a reactive element of follicular center cell origin. In summary, there is no immunophenotypic evidence for a T-Cell or a B-cell neoplasm.

In summary, neither monotypia nor abberrancy of T-cell markers is present. These findings are most consistent with a reactive process. However, limited cellularity and/or fragility of transported cells may limit the study and any fragile or minor population of cells may not, therefore, be identified in this study. Should you have any questions, I can be reached at (203) 381-4000.

(RLTN) Reactive Lymphoid Tissue (NOS): In summary, neither monotypia nor abberrancy of T-cell markers is present. Therefore, these findings are most consistent with a reactive process. However, limited cellularity and/or fragility of transported cells may limit the study and any fragile or minor population of cells may not, therefore, be identified in this study. Should you have any questions, I can be reached at (203) 381-4000.

(HAIRY) Hairy Cell Leukemia: The gated cell population is of B-cell origin and shows intense coexpression of CD11c with CD22 (not shown). In addition, the cells are moderately positive for CD25/CD19 (not shown). Moderately intense monoclonal surface (kappa, lambda) light chain expression is also observed. The cells do not express CD5 or CD10.

In summary, the immunoreactive pattern of this process is that of a late stage of B-cell maturation and is characteristic for Hairy Cell Leukemia. Following treatment, some authorities will use this distinctive pattern of immunophenotypic reactivity to detect minimal residual disease not identified by conventional morphologic studies. The cells also show acid phosphatase positivity that is

CONFIDENTIAL HEALTH INFORMATION
PP01673

resistant to tartrate inhibition. Should you have any questions, I can be reached at (203) 381-4000.

**()** Splenic Lymphoma with Villous Lymphocytes. This study shows the presence of a monotypic B-cell population formed by (*small, moderate, large*) numbers of small lymphoid cells with round to lobulated nuclei with homogeneous nuclear chromatin and small amounts of pale blue and occasionally vacuolated cytoplasm. Scattered cells show a somewhat plasmacytoid appearance. Cells with slightly increased amounts of cytoplasm show a polarized ragged rim of peripheral cytoplasm suggestive of villous processes. The cells (*do, do not*) contain tartrate-resistant acid phosphatase (TRAP) activity.

Monotypia of these cells is indicated by the presence of high intensity lambda light-chain positivity. CD19, CD20, and CD22 show moderate intensity reactivity. The cells shows low reactivity with antibodies to CD11c. HLA-DR is expressed. Significantly, the abnormal population is negative for CD5, CD23, and CD25.

In summary, morphologic, cytochemical, and flow cytometric findings are those of a monotypic B-cell neoplasm. While the differential includes HCL, the majority of data support a diagnosis of splenic lymphoma with villous lymphocytes. Bone marrow morphology and serum protein electrophoresis should provide corroborative evidence. Thank you for allowing us to participate in the workup of this unusual and complex hematopathologic disorder. Should you have any questions, I can be reached at (203) 381-4000.

**(*WM*)** Waldenstrom Macroglobulinemia: This study shows the presence of a monotypic B-Cell population with moderate intensity (kappa, lambda) light-chain positivity. This population carries the B-Cell markers CD19, CD20, and CD22 (*with, without*) the expression of CD10. Neither CD5 nor CD23 are coexpressed on the monotypic population. These latter markers are used to establish a diagnosis of chronic lymphocytic leukemia or small lymphocytic lymphoma; their absence is strong evidence against those diagnoses.

In summary, when correlated with the morphology from the cytospin preparation, these immunophenotypic findings are most consistent with a plasmacytoid small lymphocytic lymphoma/Waldenstrom Macroglobulinemia. Clinical correlation and serum protein studies are recommended. Thank you for allowing us to participate in the workup of this very interesting problem. Should you have any questions, I can be reached at (203) 381-4000.

**(*LCML*)** Large Cell Malignant Lymphoma: This study shows the presence of a monotypic B-Cell population with (*low, moderate, high*) intensity (*kappa, lambda*) light-chain positivity. This population carries the B-Cell markers CD19, CD20, and CD22 (*with, without*) the expression of CD10. CD10 expression, when present, is a marker for immature B-cells and also marks cells of follicular center cell origin. CD5 (*is, is not*) expressed. CD5 expression is seen in approximately 5 to 10% of large cell lymphomas but is most common in small lymphocytic lymphomas, chronic lymphocytic leukemia, and mantle cell lymphomas. CD23 is not coexpressed on this patient's monotypic population. Detection of CD23 expression is used in the process of establishing a diagnosis of chronic lymphocytic leukemia or small lymphocytic lymphoma; its absence is strong evidence against those diagnoses. CD15 (*is, is not*) expressed on this population. CD15 normally marks granulocytes in peripheral blood and bone marrow specimens. However, it can be found in 5 to 10% of patients with B-cell large cell lymphomas (particularly in patients with immunoblastic lymphomas and in those neoplasms that have transformed from a low grade lymphoma).

In summary, when correlated with the morphology from the cytospin preparation, these immunophenotypic findings are most consistent with a large cell malignant lymphoma. Clinical correlation is recommended. Thank you for allowing us to participate in the workup of this very interesting problem. Should you have any questions, I can be reached at (203) 381-4000.

CONFIDENTIAL HEALTH INFORMATION
PP01674

**(ML) Malignant Lymphoma (NOS):** This study shows the presence of a monotypic B-Cell population with (*low, moderate, high*) intensity (*kappa, lambda*) light-chain positivity. This population carries the B-Cell markers CD19, CD20, and CD22 (*with, without*) the expression of CD10. CD10 expression, when present, is a marker for immature B-cells and also marks cells of follicular center cell origin. CD5 (*is, is not*) expressed. While CD5 expression is seen in approximately 5 to 10% of large cell lymphomas, it is most common in small lymphocytic lymphomas, chronic lymphocytic leukemia, and mantle cell lymphomas. CD23 (*is, is not*) coexpressed on this patient's monotypic population. Detection of CD23 expression is used in the process of establishing a diagnosis of chronic lymphocytic leukemia or small lymphocytic lymphoma; its absence is strong evidence against those diagnoses. However, CD23 positivity is also seen in some B-cell non-Hodgkin's malignant lymphomas.

In summary, these immunophenotypic findings are those of a monoclonal B-Cell neoplasm. The results of this study must be correlated with morphologic findings. Should you have any questions, I can be reached at (203) 381-4000.

**(DS) Degenerated Sample:** This sample is degenerated and non-viable. Immunophenotypic studies on it may prove misleading and, therefore, the test request was cancelled. Thank you for submitting the sample to us. Should you have any questions, I can be reached at (203) 381-4000.

**Other Interpretation:**

CONFIDENTIAL HEALTH INFORMATION
PP01675

# DIANON SYSTEMS

Connecticut Lic. #: CL-0356

**CBBEL01**    **DIAGNOSTIC (REPRINT)**
08/16/05

## GEORGIA CANCER SPECIALIST
## 1700 HOSPITAL SOUTH DR. #102

## AUSTELL, GA 30106

| RT | : 770-944-1537 | SEQ: CBEL |
|---|---|---|

| Accession No. | Chart No. | Sex | L. | Page |
|---|---|---|---|---|
| S00351921 | | | | 1 of 1 |

| Patient Name | Collected |
|---|---|
| . | 03/23/00 |

| Requesting Physician | Received |
|---|---|
| BORDONI, DR RUDOLF E * | 03/24/00 |

| Referring Physician | Reported |
|---|---|
| | 03/30/00 |

| Indications For Study |
|---|
| CML |

**TESTS ORDERED**
bcr/abl

**SPECIMEN TYPE**
**BONE MARROW**

bcr Analysis:

POSITIVE RESULTS

Analysis for the bcr/abl gene rearrangement, the molecular equivalent of a t(9;22), was performed in duplicate by RT-PCR. A bcr/abl gene rearrangement was detected. The breakpoint in bcr was found within the minor breakpoint region (found in ALL).

We have found that our PCR method can detect 1-10 cells with this rearrangement in a sample containing 1 million normal cells.

PCR Reference Method:
Mauer, J et al., 1990, Molecular diagnosis of the Philadelphia chromosome in chronic myelogenous and acute lymphoblastic leukemia by PCR. Disease Markers 8:211-218.

Although rare, diagnostic errors may result from the presence of an unusual genetic variation (polymorphism), maternal cell contamination of a prenatal sample and/or incorrect information provided regarding the relationship between family members. This test was validated and its performance characteristics determined by DIANON Systems, Inc. It has not been cleared or approved by the U.S. Food and Drug Administration.

Comment
A bcr/abl gene rearrangement at the minor breakpoint occurs in approximately two third of all ALL cases. The minor breakpoint rearrangement seldoms occurs in CML cases. However, there are rare cases of CML that have minor breakpoint gene rearrangement. In a paper described by Melo et al. (Leukemia, 1994, 8: 208-211), it was reported that CML patients with bcr/abl minor breakpoint tended to have a prominent monocytic component resembling chronic myelomonocytic leukemia. In a recent paper by Ohno et al. (Am J Hematol. 57:320-325), it was reported that CML patients with bcr/abl minor breakpoint would develop hybrid-type of blast crisis.

Alternatively, this finding may suggest an evolving acute leukemia as indicated by the flow cytometry report. Correlation with other clinical data is needed.

*Perry Chan*

Perry S. Chan, Ph. D.

Printed in U.S.A. © 1991 DIANON Systems, Inc.

Tests Performed by DIANON Systems at 200 Watson Blvd/Stratford CT

200 Watson Boulevard
Stratford, CT 06615
(800)328-2888   (203)381-4000

CONFIDENTIAL HEALTH INFORMATION
PP01698

# DIANON SYSTEMS

Connecticut Lic. #: CL-0356

**CBBEL01    PRELIM (REPRINT)**

## GEORGIA CANCER SPECIALIST
## 1700 HOSPITAL SOUTH DR. #102

**AUSTELL, GA 30106**

| | | | RT | S.770-944-1537 | SEQ: CBEL |
|---|---|---|---|---|---|
| Accession No. S00351921 | Chart No. | Sex | | | Page 1 of 1 |
| Patient Name | | | | | Collected 03/23/00 |
| Requesting Physician BORDONI, DR RUDOLF E * | | | | | Received 03/24/00 |
| Referring Physician | | | | | Reported 03/28/00 |
| Indications For Study CML | | | | | |

**TESTS ORDERED**
CYTOGENETICS

**CASE #**
M00-1581

**SPECIMEN TYPE**
BONE MARROW

**KARYOTYPE: 46,X,t(X;10)(p10;q10),t(9;22)(q34;q11.2)**

Number of Cells Examined: 20

Type of Banding/Staining: GTG

Cells Analyzed: 20

Band Resolution: 400

Cells Karyotyped: 2

**INTERPRETATION:**

All twenty metaphases examined contain a translocation involving the long arms of chromosomes 9 and 22, the "Philadelphia" rearrangement associated with CML, as was observed in previous samples.

These cells also contain a whole-arm translocation involving an X chromosome and chromosome 10. While not a common major or minor route secondary change, the presence of this additional cytogenetic abnormality is consistent with progression to blast crisis.

No other consistent numerical or structural chromosome abnormalities were observed.

Molecular analysis via RT-PCR to document the presence of a bcr/abl gene rearrangement is in progress.

*Steven L. Gersen, Ph.D.*
Steven L. Gersen, Ph. D.

Printed in U.S.A.  © 1991 DIANON Systems, Inc.

Tests Performed by DIANON Systems at 200 Watson Blvd, Stratford CT

200 Watson Boulevard
Stratford, CT 06615
(800)328-2666  (203)381-4000

CONFIDENTIAL HEALTH INFORMATION
PP01699

# DIANON SYSTEMS

Connecticut Lic. #: CL-0356

| Accession No. | Chart No. | Sex | Page |
|---|---|---|---|
| S00351921 | | F | 1 of 2 |

| Patient Nr | | | Collected |
|---|---|---|---|
| | | | 03/23/00 |

**CBBEL01    PRELIM (REPRINT)**

| Requesting Physician | Received |
|---|---|
| BORDONI, DR RUDOLF E * | 03/24/00 |

**GEORGIA CANCER SPECIALIST**
**1700 HOSPITAL SOUTH DR. #102**

| Referring Physician | Reported |
|---|---|
| | 03/27/00 |

**AUSTELL, GA 30106**

Indications For Study
**RECURRENCE, PT HAD STEM CELL TRANSPLANT**

RT    S 770-944-1537    SEQ: CBEL

**SPECIMEN TYPE**
**BONE MARROW,**

**PHOTOMICROGRAPH**



### IMMUNOGLOBULINS
CD19/KAPPA:  8%
CD19/LAMBDA:  6%

### MONOCLONAL ANTIBODIES

| T-Cell | | B-Cell | |
|---|---|---|---|
| CD5: | 12% | CD20: | 14% |
| CD3: | 14% | CD22: | 15% |
| CD4: | 6% | CD19: | 12% |
| CD8: | 8% | CD10: | 1% |
| CD2: | 14% | CD23/CD19: | 1% |
| CD7: | 51% | CD103/CD20: | 0% |
| | | CD11C/CD20: | 2% |

| Myeloid | | Miscellaneous | |
|---|---|---|---|
| 13: | 22% | CD45: | 94% |
| CD33: | 36% | CD16: | 3% |
| CD14: | 1% | CD56: | 6% |
| | | CD57: | 4% |
| | | CD25: | 18% |
| | | CD34: | 52% |
| | | HLA-DR: | 55% |

**IMMUNOPHENOTYPING INTERPRETATION:**

The above data were generated on a population of cells from the bone marrow which cytometrically correspond to blasts. The specimen has a viability of 99% as determined by staining with propidium iodide. The gated population comprises 29% of the sample. The specimen appears cellular and the normal lymphoid gate. The cellular population appears increased and a distinctly abnormal population is identified. The histogram does suggest that a separate and distinct blast population is present.

The study shows a relative abnormal T:B ratio for bone marrow. The T-cell population expresses pan-T-cell antigens (CD2, CD3, CD5, and CD7) in a non-aberrant fashion. The CD4:CD8 ratio is essentially normal. The B cells are a major population

Printed in U.S.A. © 1991 DIANON Systems, Inc.

Tests Performed by DIANON Systems at 200 Watson Blvd, Stratford CT

200 Watson Boulevard
Stratford, CT 06615
(800)328-2666   (203)381-4000

CONFIDENTIAL HEALTH INFORMATION
PP01700

# DIANON SYSTEMS

Connecticut Lic. #: CL-0356

CBBEL01     PRELIM (REPRINT)

F     FB 770-944-1537   SEQ: CBEL

| Accession No. | Chart No. | Sex | | Page |
| S00351921 | | | | 2 of 2 |

| Patient Name | Collected |
| | 03/23/00 |

| Requesting Physician | Received |
| BORDONI, DR RUDOLF E * | 03/24/00 |

| Referring Physician | Reported |
| | 03/27/00 |

---

relative to the number of lymphocytes in the gate. They express pan-B-cell antigens (CD19, CD20, and CD22) in a non-aberrant fashion. CD10 (CALLA) is not significantly expressed by the B-cell population. Staining for light chains is of normal intensity and does not reveal monotypia. The NK cell population is normal in number. Antigens associated with maturing granulocytes (CD13 and CD33) are present in significant numbers of cells. Stem cell/progenitor/blast-associated antigens (CD34 and HLA-DR) are detected and/or coexpressed in clinically meaningful numbers.

CONCLUSION:

Immunophenotypic changes of a granulocytic population. The blast pool does appear to be significantly increased and has the following immunophenotype; CD34+/CD33+/CD13+/CD7+/CD38+/HLA-DR+/CD14-. No biphenotypia is identified. These changes are consistent with high-grade myelodysplasia, or evolving acute leukemia. Cytogenetics may prove diagnostically and/or prognostically significant in this patient. There is no immunophenotypic evidence for a T-cell or B-cell neoplasm. Should you have any questions, I can be reached at (203) 381-4000.

_Richert E. Goyette, M.D._

Richert E. Goyette, M.D.

Printed in U.S.A. © 1991 DIANON Systems, Inc.

This Performed by DIANON Systems at 200 Watson Blvd, Stratford CT

200 Watson Boulevard
Stratford, CT 06615
(800)328-2666   (203)381-4000

CONFIDENTIAL HEALTH INFORMATION
PP01701

# DIANON) SYSTEMS

Connecticut Lic. #: CL-0356

| | | | RT | 'S 770-944-1537  SEQ: CBEL |
|---|---|---|---|---|
| **Accession No.** S00452973 | **Chart No.** | **Sex** | | **Page** 1 of 2 |
| **Patient Name** | | | | **Collected** 04/20/00 |
| BORDONI, DR RUDOLF E * | | | | **Received** 04/21/00 |
| **Referring Physician** — | | | | **Reported** 04/24/00 |
| **Indications For Study** Has Had 1 Cycle Of Treatment | | | | |

**CBBEL01        DIAGNOSTIC (REPRINT)**
08/16/05

## GEORGIA CANCER SPECIALIST
## 1700 HOSPITAL SOUTH DR. #102

### AUSTELL, GA 30106

**SPECIMEN TYPE**
BONE MARROW,

### PHOTOMICROGRAPH



**IMMUNOGLOBULINS**
CD19/KAPPA:  2%
CD19/LAMBDA: 1%

**MONOCLONAL ANTIBODIES**

| T-Cell | | B-Cell | |
|---|---|---|---|
| CD5: | 71% | CD20: | 3% |
| CD3: | 76% | CD22: | 3% |
| CD4: | 40% | CD19: | 4% |
| CD8: | 36% | CD10: | 1% |
| CD2: | 89% | CD23/CD19: | 2% |
| CD7: | 89% | CD103/CD20: | 1% |
| | | CD11C/CD20: | 1% |

| ~~loid | | Miscellaneous | |
|---|---|---|---|
| ..3: | 4% | CD45: | 98% |
| ~~33: | 5% | CD16: | 16% |
| CD14: | 1% | CD56: | 19% |
| | | CD57: | 33% |
| | | CD25: | 25% |
| | | CD34: | 2% |
| | | HLA-DR: | 25% |

IMMUNOPHENOTYPING INTERPRETATION:

The above data were generated on a population of cells from the bone marrow which cytometrically correspond to lymphoid cells. The specimen has a viability of 97% as determined by staining with propidium iodide. The gated population comprises 33% of the sample. The specimen appears hypocellular and hemodilute, and examination of Wright-stained smears and cytospin preparations confirms this impression. The cells fall within the standard lymphoid gate. The histogram does not suggest that a separate and distinct blast or large-cell population is present.

The T-cell population expresses pan-T-cell antigens (CD2, CD3, CD5, and CD7) in a non-aberrant fashion. The CD4:CD8 ratio is normal. The B cells are a minor population. They express pan-B-cell antigens (CD19, CD20, and CD22) in a non-aberrant

Printed in U.S.A. © 1991 DIANON Systems, Inc.

200 Watson Boulevard
Stratford, CT 06615
(800)328-2666  (203)381-4000

Tests Performed by DIANON Systems at 200 Watson Blvd, Stratford CT

CONFIDENTIAL HEALTH INFORMATION
PP01711

# DIANON ] SYSTEMS

RT'    CS 770-944-1537   SEQ: CBEL

Connecticut Lic. #: CL-0356

**CBBEL01**    **DIAGNOSTIC (REPRINT)**
08/16/05

| Accession No.<br>S00452973 | Chart No. | Sex | Page<br>2 of 2 |
|---|---|---|---|
| Patient Name | | | Collected<br>04/20/00 |
| Requesting Physician<br>BORDONI, DR RUDOLF E * | | | Received<br>04/21/00 |
| Referring Physician<br>— | | | Reported<br>04/24/00 |

fashion. CD10 (CALLA), CD5, CD103, and CD11c (bright) are not significantly expressed by the B-cell population. Staining for light chains is of normal intensity and does not reveal monotypia. The NK cell population is normal in number. Antigens associated with maturing granulocytes (CD13 and CD33) are not present in significant numbers of cells. Stem cell/progenitor/blast-associated antigen (CD34) is not detected and/or coexpressed in clinically meaningful numbers.

CONCLUSION:

There is no detectable immunophenotypic evidence of a T-cell or B-cell lymphoid neoplasm, or acute leukemia. Due to the hypocellular and hemodilute nature of the sample, these results should be correlated with a comprehensive bone marrow morphologic examination. Should you have any questions, I can be reached at (203) 381-4000.

Glenn H. Segal, D.O.

200 Watson Boulevard
Stratford, CT 06615
(800)328-2666    (203)381-4000

Tests Performed by DIANON Systems at 200 Watson Blvd, Stratford CT

CONFIDENTIAL HEALTH INFORMATION
PP01712

# DIANON SYSTEMS

RT    770-944-1537    SEQ: CBEL

Connecticut Lic. #: CL-0356

| Accession No. | Chart No. | Sex | Page |
|---|---|---|---|
| S00654482 | | | 1 of 2 |

| Patient Name | | | Collected |
| | | | 06/01/00 |

**CBBEL01    DIAGNOSTIC (REPRINT)**
08/16/05

**GEORGIA CANCER SPECIALIST**
**1700 HOSPITAL SOUTH DR. #102**

**AUSTELL, GA 30106**

| Requesting Physician | Received |
|---|---|
| BORDONI, DR RUDOLF E * | 06/02/00 |

| Referring Physician | Reported |
|---|---|
| | 06/07/00 |

| Indications For Study |
|---|
| CML - POSSIBLE RELAPSE AFTER CHEMO |

## PHOTOMICROGRAPH



**SPECIMEN TYPE**
**BONE MARROW, RPIC**

**IMMUNOGLOBULINS**
CD19/KAPPA: 1%
CD19/LAMBDA: 1%

**MONOCLONAL ANTIBODIES**

| T-Cell | | B-Cell | |
|---|---|---|---|
| CD5: | 66% | CD20: | 1% |
| CD3: | 53% | CD22: | 1% |
| CD4: | 35% | CD19: | 1% |
| CD8: | 27% | CD10: | 2% |
| CD2: | 79% | CD23/CD19: | 1% |
| CD7: | 83% | CD103/CD20: | 1% |
| | | CD11C/CD20: | 1% |

| Myeloid | | Miscellaneous | |
|---|---|---|---|
| CD13: | 13% | CD45: | 98% |
| CD33: | 21% | CD16: | 10% |
| CD14: | 1% | CD56: | 15% |
| | | CD57: | 20% |
| | | CD25: | 30% |
| | | CD34: | 9% |
| | | HLA-DR: | 32% |

**IMMUNOPHENOTYPING INTERPRETATION:**

The above data were generated on a population of cells from the bone marrow which cytometrically correspond to lymphoid cells. The specimen has a viability of 97% as determined by staining with propidium iodide. The gated population comprises 12% of the sample. The specimen appears cellular and examination of Wright-stained smears and cytospin preparations confirms this impression. The cells fall within the standard lymphoid gate and the histogram shows an expanded granulocytic population.

The T-cell population expresses pan-T-cell antigens (CD2, CD3, CD5, and CD7) in a non-aberrant fashion. The CD4:CD8 ratio is normal. The B cells are a minor population. They express pan-B-cell antigens (CD19, CD20, and CD22) in a non-aberrant

Printed in U.S.A. © 1991 DIANON Systems, Inc.

280 Watson Boulevard
Stratford, CT 06615
(800)328-2666  (203)321-4004

Tests Performed by DIANON Systems at 200 Watson Blvd, Stratford CT

CONFIDENTIAL HEALTH INFORMATION
PP01721

# DIANON SYSTEMS

Connecticut Lic. #: CL-0356

CBBEL01        **DIAGNOSTIC (REPRINT)**
                           08/16/05

| | S 770-944-1537  SEQ: CBEL |
|---|---|
| Accession No. **S00654482**  Chart No.  Sex | Page **2 of 2** |
| Patient Name | Collected **06/01/00** |
| Requesting Physician **BORDONI, DR RUDOLF E \*** | Received **06/02/00** |
| Referring Physician | Reported **06/07/00** |

fashion. CD10 (CALLA) is not significantly expressed by the B-cell population. Staining for light chains does not reveal monotypia. The NK cell population is normal in number. Antigens associated with maturing granulocytes (CD13 and CD33) are present in significant numbers of cells. CD34(+) blasts account for approximately .9% of the gate, i.e., approximately 1% of all cells.

CONCLUSION:

There is no immunophenotypic evidence for a T-cell or B-cell neoplasm. There is an expanded granulocytic population present consistent with the history of CML. No significant increase in CD34(+) blasts is noted. However, correlation with blood and marrow morphologic findings with differential counts and with cytogenetic evaluation is needed. Should you have any questions, I can be reached at (203) 381-4000.

Suha Mishalani , M.D.

Printed in U.S.A. © 1991 DIANON Systems, Inc.

Tests Performed by DIANON Systems at 200 Watson Blvd., Stratford CT

200 Watson Boulevard
Stratford, CT 06615
(800)328-2666   (203)381-4000

CONFIDENTIAL HEALTH INFORMATION
PP01722

RF     VFS 770-844-1537   SEQ: CBEL

# DIANON SYSTEMS

Connecticut Lic. #: CL-0356

| Accession No. | Chart No. | Sex | Page |
|---|---|---|---|
| S00654482 | | | 1 of 1 |

**CBBEL01      PRELIM (REPRINT)**

**GEORGIA CANCER SPECIALIST**
**1700 HOSPITAL SOUTH DR. #102**

**AUSTELL, GA 30106**

Patient Name                                              llected 6/01/00

Requesting Physician                                   Received 06/02/00
BORDONI, DR RUDOLF E *

Referring Physician                                      Reported 06/06/00

Indications For Study
CML - POSSIBLE RELAPSE AFTER CHEMO

---

**TESTS ORDERED**
**CYTOGENETICS**

**CASE #**
**M00-2911**

**SPECIMEN TYPE**
**BONE MARROW**

**KARYOTYPE:  46,X,t(X;10)(p10;q10),t(9;22)(q34;q11.2)**

Number of Cells Examined: 20                Type of Banding/Staining: GTG,GTW

Cells Analyzed: 20                                    Band Resolution: 400

Cells Karyotyped: 2

**INTERPRETATION:**

All twenty metaphases examined contain a translocation involving the long arms of chromosomes 9 and 22, the "Philadelphia" rearrangement associated with CML. In addition, these cells also contain a whole-arm translocation between an X chromosome and a chromosome 10 which evolved from the stem line, as was observed in a previous study (case # M00-1581, 05/27/00).

Approximately 80% of patients with CML transforming to accelerated or acute phase show secondary chromosomal aberrations. The presence of a subclone may indicate clonal evolution and disease progression. Clinicopathologic correlation and cytogenetic follow-up studies are suggested.

No other consistent numerical or structural chromosome abnormalities were observed.

Guoxian Sun, M.D.

Printed in U.S.A. © 1991 DIANON Systems, Inc.

Tests Performed by DIANON Systems at 200 Watson Blvd, Stratford CT

200 Watson Boulevard
Stratford, CT 06615
(800)328-2666   (203)381-4000

CONFIDENTIAL HEALTH INFORMATION
PP01723

# DIANON SYSTEMS

Connecticut Lic. #: CL-0358

| Accession No. | Chart No. | Sex | Page |
|---|---|---|---|
| S00655090 | | | 1 of 2 |

**CBBEL01       DIAGNOSTIC (REPRINT)**
                                    08/16/05

**GEORGIA CANCER SPECIALIST**
**1700 HOSPITAL SOUTH DR. #102**

**AUSTELL, GA 30106**

| | |
|---|---|
| Requesting Physician | Received |
| BORDONI, DR RUDOLF E * | 06/17/00 |
| Referring Physician | Reported |
| | 06/19/00 |
| Indications For Study | |

Collected 06/15/00

---

SPECIMEN TYPE
BLOOD,

**PHOTOMICROGRAPH**



### IMMUNOGLOBULINS
CD19/KAPPA:  0%
CD19/LAMBDA:  0%

### MONOCLONAL ANTIBODIES

| T-Cell | | B-Cell | |
|---|---|---|---|
| CD5: | 22% | CD20: | 1% |
| CD3: | 29% | CD22: | 1% |
| CD4: | 15% | CD19: | 1% |
| CD8: | 15% | CD10: | 1% |
| CD2: | 34% | CD23/CD19: | 0% |
| CD7: | 61% | CD103/CD20: | 0% |
| | | CD11C/CD20: | 1% |

| Myeloid | | Miscellaneous | |
|---|---|---|---|
| 13: | 20% | CD45: | 96% |
| 33: | 39% | CD16: | 10% |
| CD14: | 1% | CD56: | 14% |
| | | CD57: | 13% |
| | | CD25: | 28% |
| | | CD34: | 28% |
| | | HLA-DR: | 44% |
| | | CD38: | 60% |
| | | CD11C: | 55% |

IMMUNOPHENOTYPING INTERPRETATION:

The above data were generated on a population of cells from the peripheral blood which cytometrically correspond to lymphoid cells. The specimen has a viability of 94% as determined by staining with propidium iodide. The gated population comprises 18% of the sample. The specimen appears cellular and examination of Wright-stained smears and cytospin preparations confirms this impression. The cells fall within and outside the standard lymphoid gate and a distinctly abnormal population is identified.

---

Printed in U.S.A.  © 1991 DIANON Systems, Inc.

Tests Performed by DIANON Systems at 200 Watson Blvd, Stratford CT

200 Watson Boulevard
Stratford, CT 06615
(800)328-2666   (203)381-4000

CONFIDENTIAL HEALTH INFORMATION
PP01731