RTE: USIAFS 770-942-7699   SEQ: G701

# DIANON] SYSTEMS

James B. Amberson, M.D.
Laboratory Director

GM70114   **PRELIMINARY REPORT**

**GEORGIA CANCER SPECIAL. ***
**4645 TIMBER RIDGE RD #120**

**DOUGLASVILLE, GA 30135**

| Accession No. | Chart No. | Sex | D.O.B. | Page |
|---|---|---|---|---|
| S10568330 | | | | 1 of 2 |

| Patient Name | | Collected |
|---|---|---|
| | | 05/01/01 |

| Requesting Physician | 006338 | Received |
|---|---|---|
| MUNJAL, DR | | 05/02/01 |

| Referring Physician | Reported |
|---|---|
| | 05/03/01 |

Indications For Study
CML

**PHOTOMICROGRAPH**



**SPECIMEN TYPE**
BONE MARROW, LPIC

**IMMUNOGLOBULINS**
CD19/KAPPA: 14%
CD19/LAMBDA: 8%

**MONOCLONAL ANTIBODIES**

| T-Cell | | B-Cell | |
|---|---|---|---|
| CD5: | 47% | CD20: | 20% |
| CD3: | 49% | CD22: | 23% |
| CD4: | 30% | CD19: | 23% |
| CD8: | 17% | CD10: | 2% |
| CD2: | 59% | CD23/CD19: | 2% |
| CD7: | 62% | CD103/CD20: | 0% |
| | | CD11C/CD20: | 1% |

| Myeloid | | Miscellaneous | |
|---|---|---|---|
| CD13: | 1% | CD45: | 98% |
| CD33: | 0% | CD16: | 4% |
| CD14: | 1% | CD56: | 3% |
| | | CD57: | 3% |
| | | CD25: | 4% |
| | | CD34: | 3% |
| | | HLA-DR: | 39% |
| | | CD38: | 47% |

IMMUNOPHENOTYPING INTERPRETATION:

The above data were generated on a population of cells from the bone marrow which cytometrically correspond to lymphoid cells. The specimen has a viability of 100% as determined by staining with propidium iodide. The gated population comprises 3% of the sample. The specimen appears cellular and examination of Wright-stained smears and cytospin preparations confirms this impression. The cells fall within the standard lymphoid gate and the histogram does not suggest that a separate and distinct blast population is present.

The T-cell population expresses pan-T-cell antigens (CD2, CD3, CD5, and CD7) in a non-aberrant fashion. The CD4:CD8 ratio

Printed in U.S.A. © 1991 DIANON Systems, Inc.   200 Watson Boulevard   Stratford, CT 06615

**DIANON] SYSTEMS**

James B. Amberson, M.D.
Laboratory Director

GM70114   PRELIMINARY REPORT

TE: USIAFS 770-942-7699   SEQ: G701

| Accession No. | Chart No. | Sex | D.O.B. | Page |
|---|---|---|---|---|
| S10568330 | | | | 2 of 2 |

| Patient Name | 22832041 2 | Collected 05/01/01 |
|---|---|---|

| Requesting Physician | | Received |
|---|---|---|
| MUNJAL, DR | 006339 | 05/02/01 |

| Referring Physician | Reported |
|---|---|
| | 05/03/01 |

is normal. The B cells are a minor population. They express pan-B-cell antigens (CD19, CD20, and CD22) in a non-aberrant fashion. CD10 (CALLA) is not significantly expressed by the B-cell population. Staining for light chains does not reveal monotypia. The NK cell population is normal in number. Antigens associated with maturing granulocytes (CD13 and CD33) are not present in significant numbers of cells. Stem cell/progenitor/blast-associated antigen (CD34) is not detected and/or coexpressed in clinically meaningful numbers.

CONCLUSION:

There is no immunophenotypic evidence for a T-cell or B-cell neoplasm or acute leukemia. No increase in CD34(+) blasts is noted. The results of this study must be correlated with marrow morphologic findings and with pending cytogenetic evaluation. Should you have any questions, I can be reached at (203) 381-4000.

Suha Mishalani, M.D.

Printed in U.S.A. © 1991 DIANON Systems, Inc.

200 Watson Boulevard
Stratford, CT 06615
(800)328-2666   (203)381-4000

## DIANON SYSTEMS
*The Definitive Choice in Pathology*

S10568330

**HEMATOPATHOLOGY SERVICES TEST REQUISITION**

006341

**ACCOUNT NO.** G-70110  **TELEPHONE NO.** 770-942-0457  *STRA*

**ACCOUNT NAME AND ADDRESS**
GEORGIA CANCER SPECIAL. *
SUITE 120
4645 TIMBER RIDGE DR B200
DOUGLASVILLE, GA 30133

**REQUESTING PHYSICIAN:** Dr Deepti Munjal

**PATIENT INFORMATION:** [redacted]
**SEX:** M ☒  F ☐

An ICD-9 Code for this patient's visit is required in order to process this requisition. Please provide the current ICD-9 code in the space on the right.

**ICD-9 Code (Required):** 205.10, V58.1

**BILL TO:** ☐ ACCOUNT  ☐ PATIENT  ☒ MEDICARE  REDACTED

---

Medicare will only pay for services that it determines to be reasonable and necessary under section 1862(a)(1) of the Medicare law. If Medicare determines that a particular service, although it would otherwise be covered, is not reasonable and necessary under Medicare program standards, Medicare will deny payment for that service. As your physician, I believe that, in your case, Medicare is likely to deny payment for the following test(s) for the reason(s) stated below:

1. Please Check ☑ the Test(s) Based upon your case history, Medicare is likely to deny payment for the test(s) indicated ☒ below, because Medicare does not consider these test(s) to be reasonable and necessary for your diagnosis.

   ☐ XL3   ☐ XL4   ☐ XL9   ☐ Other _____

2. Patient Signature I have been notified by my physician that he/she believes that, in my case, Medicare is likely to deny payment for the services identified above, for the reasons indicated above. If Medicare denies payment, I agree to be personally and fully responsible for payment.

Patient Signature _____
Date _____

**SPECIMEN TYPE** — Collected 05/01/01 — LPJC
- ☐ Lymph Node: Site ____  ☐ Fresh  ☐ Frozen
- ☐ Solid Tumor: Site ____  ☐ Fresh  ☐ Frozen
- ☒ Bone Marrow:  ☒ ACD (Yellow Top)  ☒ Sod. Hep. (Green Top)
- ☐ Peripheral Blood:  ☐ ACD (Yellow Top)  ☐ Sod. Hep. (Green Top)
- ☐ Slides/Paraffin Blocks  ☐ Stem Cells
- ☐ Other _____

Which is the primary specimen for testing?
☐ Blood  ☐ Bone Marrow  ☐ Other _____

**Clinical Diagnosis:** _____

**CBC Results:** WBC ____ Hgb/Hct ____ MCV ____
☐ (Attached) RDW ____ Plt. Ct. ____ Retic. Ct. ____

**Clinical History:**
Drugs/Medication: _____
History of Malignancy: Type ____ Site ____
☐ Splenomegaly  ☐ Lymphadenopathy
Treatment:
☐ None  ☐ Chemo  ☐ Rad.  Dates: from ____ to ____

**Indications for Study:**
- ☐ Cytopenia(s)   ☐ Myelodysplasia   ☐ Anemia
- ☐ Monoclonal Gammopathy  ☒ Chronic Leukemia  ☐ Acute Leukemia
- ☐ Myeloproliferative Disorder  ☐ Staging Lymphoma  ☐ Carcinoma
- ☐ Other: CML

---

**Morphologic Interpretation (w/special stains)**
- ☐ 490 Bone Marrow Core
- ☐ 491 Bone Marrow Aspirate
- ☐ 492 Bone Marrow Clot       MAY -2 2001
- ☐ 493 Peripheral Blood Smear
- ☐ Permission to perform additional cytochemical, flow cytometry, molecular genetic or cytogenetic studies if medically necessary to render a diagnosis in the opinion of the reviewing pathologist.

**Molecular/Flow Cytometry Studies**
- ☒ XL3*    †Immunophenotyping (Flow Cytometry)
- ☐ XL4*    †Immunophenotyping with T-Cell/B-Cell Gene Rearrangement
- ☐ XL9*    †Immune Deficiency Panel (Provide WBC Count & % Lymph)
*The number of antibodies used will be based on the professional opinion of the hematopathologist.
- ☐ XL5     T-Cell/B-Cell Gene Rearrangement (Southern Blot)
- ☐ XL5T    T-Cell Gene Rearrangement ONLY (Southern Blot)
- ☐ XL5B    B-Cell Gene Rearrangement ONLY (Southern Blot)
- ☐ XL5TP3  T-Cell Gene Rearrangement ONLY (PCR)
- ☐ XL5BP2  B-Cell Gene Rearrangement ONLY (PCR)
- ☐ XL6     bcr/abl Gene Rearrangement
- ☐ XL7     bcl Gene Rearrangement
- ☐ XL21    PML/RARα Gene Rearrangement (APL)

**Coagulation**
- ☐ XL23    Prothrombin G20210A Mutation Analysis
- ☐ XL24    Factor V Leiden Mutation Analysis
- ☐ XL26    MTHFR Mutation Analysis

**Virology & Parasitology**
Test for ☐ Active Infection or ☐ Latent Infection
- ☐ XL13    Epstein-Barr Virus Clonality (Southern Blot)
- ☐ XL27    Epstein-Barr Virus by PCR
- ☐ XL28    Toxoplasma Gondii by PCR
- ☐ XL29    Cytomegalovirus by PCR
- ☐ XL31    Herpes Simplex Virus I by PCR
- ☐ XL32    Herpes Simplex Virus II by PCR
- ☐ XL33    Human Herpesvirus Type 6 by PCR
- ☐ XL30    Human Herpesvirus Type 8 by PCR

**Cytogenetic Evaluation**
- ☒ Chromosome Analysis (Unstimulated)
- ☐ Chromosome Analysis (Solid Tumor/Biopsy)

**Transplant**
- ☐ XL18    Pre-Transplant Analysis, Donor (RFLP) (Name of Recipient ____)
- ☐ XL19    Pre-Transplant Analysis, Recipient (RFLP) (Name of Donor ____)
- ☐ XL11    Post-Transplant Analysis (RFLP)
- ☐ XL35    Pre-Transplant Analysis, Donor, by VNTR (Name of Recipient ____)
- ☐ XL34    Pre-Transplant Analysis, Recipient, by VNTR (Name of Donor ____)
- ☐ XL37    Post-Transplant Analysis by VNTR

Handwritten notes: "1 yellow BM Flow", "1 green BM Cyto"

DIANON Systems, Inc. • 200 Watson Boulevard • Stratford, CT 06615 • 800-328-2666 • 203-381-4000

† Medicare provides only limited coverage for CPT code _____