# DIANON Systems
*The Definitive Choice in Pathology*

S10771702

## HEMATOPATHOLOGY SERVICES TEST REQUISITION

**ACCOUNT NO.** N-ACB10  **TELEPHONE NO.** 901-763-0446  *STAT*

**ACCOUNT NAME AND ADDRESS:**
MEMPHIS CANCER CTR., INC.
TERESA IN LAB
1068 CRESTHAVEN RD. #500
MEMPHIS, TN 38119

**ICD-9 Code (Required):** 201.00

**BILL TO:** ☒ MEDICAL

**INSURANCE COMPANY NAME:** P O Box 1465

**SPECIMEN TYPE:**
- ☒ Bone Marrow: ☒ ACD (Yellow Top)

**COLLECTION DATE:** 7/11/01

**Clinical Diagnosis:** Lymphoma

**CBC Results:** ☒ (Attached)

### Medicare Advance Beneficiary Notification
Medicare will only pay for services that it determines to be reasonable and necessary under section 1862(a)(1) of the Medicare law. If Medicare determines that a particular service, although it would otherwise be covered, is not reasonable and necessary under Medicare program standards, Medicare will deny payment for that service.

This notification applies to you if:
a.) One or more limited coverage (†) tests, are requested by the physician, either separately or as part of a panel, AND
b.) For limited coverage tests (†), the patient's diagnosis DOES NOT match any of the ICD-9 (diagnosis) codes established as eligible for coverage by the Medicare carrier.

The physician/supplier believes that, in your case, Medicare is likely to deny payment for the following reason:
† = Medicare usually does not pay for this limited coverage test for the provided diagnosis.

**Patient Signature** _____  **Date** _____

# DIANON SYSTEMS

RTE: RP 991-763-2145  SEQ: MACB

| Accession No. | Chart No. | Sex | D.O.B. | Page |
|---|---|---|---|---|
| S10771702 | | | | 1 of 2 |

| Patient Name | | Collected |
|---|---|---|
| | | 07/11/01 |

James B. Amberson, M.D.
Laboratory Director

**MSACB01   DIAGNOSTIC REPORT**

| Requesting Physician | Received |
|---|---|
| SMITH, DR KIRBY L. | 07/12/01 |

| Referring Physician | Reported |
|---|---|
| | 07/13/01 |

**MEMPHIS CANCER CTR, INC.**
**1068 CRESTHAVEN RD, #500**
**TERESA IN LAB**
**MEMPHIS, TN 38119**

| Indications For Study |
|---|
| LYMPHOMA |

## PHOTOMICROGRAPH



**SPECIMEN TYPE**
BONE MARROW.

**IMMUNOGLOBULINS**
CD19/KAPPA: 1%
CD19/LAMBDA: 1%

**MONOCLONAL ANTIBODIES**

| T-Cell | | B-Cell | |
|---|---|---|---|
| CD5: | 87% | CD20: | 1% |
| CD3: | 86% | CD22: | 3% |
| CD4: | 25% | CD19: | 4% |
| CD8: | 66% | CD10: | 3% |
| CD2: | 92% | CD23/CD19: | 0% |
| CD7: | 84% | CD103/CD20: | 0% |
| | | CD11C/CD20: | 0% |

| Myeloid | | Miscellaneous | |
|---|---|---|---|
| CD13: | 1% | CD45: | 99% |
| CD33: | 3% | CD16: | 11% |
| CD14: | 1% | CD56: | 8% |
| | | CD57: | 31% |
| | | CD25: | 13% |
| | | CD34: | 2% |
| | | HLA-DR: | 77% |
| | | CD38: | 89% |

CLINICAL DATA: Lymphoma.

IMMUNOPHENOTYPING INTERPRETATION:

The above data were generated on a population of cells from the bone marrow which cytometrically correspond to lymphoid cells. The specimen has a viability of 94% as determined by staining with propidium iodide. The gated population comprises 9% of the sample. The specimen appears cellular and examination of Wright-stained smears and cytospin preparations confirms this impression. The cells fall within the standard lymphoid gate. The histogram does not suggest that a separate and distinct blast population is present.

Printed in U.S.A. © 1991 DIANON Systems, Inc.

200 Watson Boulevard
Stratford, CT 06615
(800)328-2666  (203)381-4000
CAP No. 26747-01

CLIA ID#: 07D0644713    Connecticut Lic. #: CL-0356

CONFIDENTIAL HEALTH INFORMATION
PP03137

# DIANON Systems
*The Definitive Choice in Pathology*

SR2018505

## HEMATOPATHOLOGY SERVICES TEST REQUISITION

### ACCOUNT INFORMATION
ACCOUNT NO.: M-ACB10
TELEPHONE NO.: 901-763-0446  *STRA*
ACCOUNT NAME AND ADDRESS:
MEMPHIS CANCER CTR, INC.
TERESA IN LAB
1068 CRESTHAVEN RD, #500
MEMPHIS, TN 38119

REQUESTING PHYSICIAN: Kirby Smith

### BILLING INFORMATION
ICD-9 Code (Required): 202.80
BILL TO: ☒ MEDICARE
INSURANCE COMPANY/HMO NAME: Medicare
Medicare secondary insurance
P.O. Box [illegible]
Nashville, TN [illegible]

### MEDICARE ADVANCE BENEFICIARY NOTIFICATION
Medicare will only pay for services that it determines to be reasonable and necessary under section 1862(a)(1) of the Medicare law. If Medicare determines that a particular service, although it would otherwise be covered, is not reasonable and necessary under Medicare program standards, Medicare will deny payment for that service.

This notification applies to you if:
a.) One or more limited coverage (†) tests, are requested by the physician, either separately or as part of a panel AND
b.) For limited coverage tests (†), the patient's diagnosis DOES NOT match any of the ICD-9 (diagnosis) codes established as eligible for coverage by the Medicare carrier.

The physician/supplier believes that, in your case, Medicare is likely to deny payment for the following reason:
† = Medicare usually does not pay for this limited coverage test for the provided diagnosis.

### Patient Signature
I have been notified by my physician that he/she believes that, in my case Medicare is likely to deny payment for the tests identified on the right for the reasons stated above. If Medicare denies payment, I agree to be personally responsible for payment.

Patient Signature _____ Date _____

### SPECIMEN COLLECTION
COLLECTION DATE: 11/21/02
SPECIMEN TYPE:
☐ Lymph Node: Site ___ ☐ Fresh ☐ Frozen
☐ Solid Tumor: Site ___ ☐ Fresh ☐ Frozen
☒ Bone Marrow: ☐ ACD (Yellow Top) ☒ Sod. Hep. (Green Top)
☐ Peripheral Blood: ☐ ACD (Yellow Top) ☐ Sod. Hep. (Green Top)
☐ Slides/Paraffin Blocks ☐ Stem Cells
☐ Other ___

Which is the primary specimen for testing?
☐ Blood ☐ Bone Marrow ☐ Other

### CLINICAL INFORMATION
Clinical Diagnosis: Lymphoma
CBC Results: WBC ___ % Lymph ___ Hgb/Hct ___
☒ (Attached) MCV ___ RDW ___ Plt. Ct. ___
Clinical History: ___
Drugs/Medication: ___
History of Malignancy: Type ___ Site ___
☐ Splenomegaly  ☐ Lymphadenopathy
Treatment:
☐ None  ☐ Chemo.  ☐ Rad. Dates from ___ to ___

Indications for Study:
☐ Cytopenia(s)  ☐ Myelodysplasia  ☐ Anemia
☐ Monoclonal Gammopathy  ☐ Chronic Leukemia  ☐ Acute Leukemia
☐ Myeloproliferative Disorder  ☒ Staging Lymphoma  ☐ Carcinoma
☐ Other ___

### Morphologic Interpretation (w/special stains)
☐ 490 Bone Marrow Core   ☐ 491 Bone Marrow Aspirate
☐ 492 Bone Marrow Clot   ☐ 493 Peripheral Blood Smear
☐ Permission to perform additional cytochemical, flow cytometry, molecular genetic or cytogenetic studies if medically necessary to render a diagnosis in the opinion of the reviewing pathologist.

### Flow Cytometry Studies
☒ XL3* † Immunophenotyping (Flow Cytometry - Leukemia/Lymphoma)
☐ XL4* † Immunophenotyping with T-Cell/B-Cell Gene Rearrangement
☐ XL9 † Immune Deficiency Panel (Provide WBC Count & % Lymph)
☐ XL41 † PNH (Paroxysmal Nocturnal Hemoglobinuria)
*Standard Panel of 26 Antibodies.

NOV 23 2002

### Molecular Studies
**Clonality Assays**
Southern Blot | PCR
☐ XL5 T-Cell/B-Cell (Southern Blot) | ☐ XL5TP3 T-Cell (PCR)
☐ XL5T T-Cell (Southern Blot) | ☐ XL5BP2 B-Cell (PCR)
☐ XL5B B-Cell (Southern Blot)
☐ XL13 Epstein Barr Virus (Southern Blot)

**Gene Rearrangements by PCR (Leukemia)**
Individual Tests
☐ XL6 BCR/ABL t(9;22) | ☐ [illegible] AML/ETO t(8;21)
☐ XL42 MLL/AF4 t(4;11) | ☐ XL45 CBFβ/MYH11 [inv(16)]
☐ XL44 TEL/AML1 t(12;21) | ☐ XL49 MAFF t(6;11)
☐ XL47 E2A/PBX1 t(1;19) | ☐ XL52 [illegible]
☐ XL51 MLL/AFX t(X;11) | ☐ XL46 SIL/TAL1 [microdeletion 1p32]
☐ XL54 HOX11 t(7;10) | ☐ XL57 NPM/MLF1 t(3;5)
☐ XL21 PML/RARA t(15;17) | ☐ XL58 MLL/AF9 t(9;11)

**Profiles**
☐ XL48 ALL Profile (BCR/ABL, E2A/PBX1, MLL/AF4, TEL/AML1, SIL/TAL)
☐ XL53 AML Profile (BCR/ABL, AML1/ETO, PML/RARA, CBFβ/MYH11, MLL/AF4)

**Gene Rearrangements (Lymphoma)**
☐ XL25 BCL-1 t(11;14) (PCR) | ☐ XL50 NPM/ALK t(2;5) (PCR)
☐ XL7 BCL-2 t(14;18) (PCR) | ☐ [illegible] Southern Blot

**Coagulation/Hemochromatosis**
☐ XL23 Prothrombin G20210A Mutation Analysis
☐ XL24 Factor V Leiden Mutation Analysis
☐ XL26 MTHFR C667T Mutation Analysis
☐ M133 Hereditary Hemochromatosis

### Virology & Parasitology
Test for: ☐ Active Infection or ☐ Latent Infection
☐ XL13 Epstein-Barr Virus Clonality (Southern Blot) | ☐ XL32 Herpes Simplex Virus II (PCR)
☐ XL27 Epstein-Barr Virus (PCR) | ☐ XL33 Human Herpesvirus Type 6 (PCR)
☐ XL38 Varicella-Zoster (PCR) | ☐ XL39 Human Herpesvirus Type 7 (PCR)
☐ XL28 Toxoplasma Gondii (PCR)
☐ XL29 Cytomegalovirus (PCR) | ☐ XL30 Human Herpesvirus Type 8 (PCR)
☐ XL31 Herpes Simplex Virus I (PCR) | ☐ XL40 Human Parvovirus B19 (PCR)

### Transplant
☐ XL35 Pre-Transplant Analysis, Donor, by VNTR (Name of Recipient ___)
☐ XL34 Pre-Transplant Analysis, Recipient, by VNTR (Name of Donor ___)
☐ XL37 Post-Transplant Analysis by VNTR

### Cytogenetic Evaluation
☒ XL8 Chromosome Analysis for Hematopoietic Disorders (unstimulated)
☐ XL20 Chromosome Analysis (Solid Tumor/Biopsy)
☐ K400 Fanconi Anemia Chromosome Breakage Study
☐ K20 FISH** Specify ___
**CPT code 88271 for each FISH probe performed

Handwritten annotations: "1 Yellow BM to Flow", "1 Green BM to Cyto"

DIANON Systems, Inc. • 200 Watson Boulevard • Stratford, CT 06615 • 800-328-2666 • 203-381-4000
© 1995 DIANON Systems, Inc.  CT Lic. #: CL-0356
(1189) Rev. 8/01

WHITE COPY TO DIANON    PINK COPY TO PHYSICIAN

CONFIDENTIAL HEALTH INFORMATION
PP03139

# DIANON SYSTEMS

RTE: RP 961-763-2145  SEQ: MACB

| Accession No. | Chart No. | Sex | D.O.B. | Page |
|---|---|---|---|---|
| SA2018605 | | | | 1 of 2 |

| Patient Name | Collected |
|---|---|
| | 11/21/02 |

**MSACB01    DIAGNOSTIC REPORT**

**MEMPHIS CANCER CTR, INC.**
**1068 CRESTHAVEN RD, #500**
**TERESA IN LAB**
**MEMPHIS, TN 38119**

| Requesting Physician | Received |
|---|---|
| SMITH, DR KIRBY L. | 11/23/02 |

| Referring Physician | Reported |
|---|---|
| | 11/25/02 |

| Indications For Study |
|---|
| STAGING LYMPHOMA |

### SPECIMEN TYPE
BONE MARROW, L PIC

**PHOTOMICROGRAPH**



**IMMUNOGLOBULINS**
CD19/KAPPA: 0%
CD19/LAMBDA: 0%

**MONOCLONAL ANTIBODIES**

| T-Cell | | B-Cell | |
|---|---|---|---|
| CD5: | 80% | CD20: | 0% |
| CD3: | 84% | CD22: | 3% |
| CD4: | 24% | CD19: | 4% |
| CD8: | 64% | CD10: | 1% |
| CD2: | 90% | CD23/CD19: | 0% |
| CD7: | 81% | CD103/CD20: | 0% |
| | | CD11C/CD20: | 0% |

| Myeloid | | Miscellaneous | |
|---|---|---|---|
| CD13: | 1% | CD45: | 97% |
| CD33: | 3% | CD16: | 9% |
| CD14: | 0% | CD56: | 5% |
| | | CD57: | 38% |
| | | CD25: | 10% |
| | | CD34: | 3% |
| | | HLA-DR: | 24% |
| | | CD38: | 38% |

CLINICAL DATA: Lymphoma for staging.

IMMUNOPHENOTYPING INTERPRETATION:

The above data were generated on a population of cells from the bone marrow which cytometrically correspond to lymphoid cells. The specimen has a viability of 81% as determined by staining with propidium iodide. The gated population comprises 8% of the sample. The specimen appears normocellular and examination of Wright-stained smears and cytospin preparations confirms this impression. The cells fall within the standard lymphoid gate. The histogram does not suggest that a separate and distinct blast population is present.

Printed in U.S.A. © 1991 DIANON Systems, Inc.

Tests Performed by DIANON Systems at 200 Watson Blvd. Stratford CT

200 Watson Boulevard
Stratford, CT 06615
(800)328-2666   (203)381-4000

CONFIDENTIAL HEALTH INFORMATION
PP03149