# CHRONIC MYELOGENOUS LEUKEMIA

Chronic myelogenous leukemia (CML) is a myeloproliferative disorder characterized by a clonal proliferation of granulocytic cells, which results in a large increase in total body granulocyte mass.  CML comprises approximately 20% of all leukemias and is seen most frequently in the middle aged, but rarely in children.  CML is a clonal disorder having its origin from multipotential stem cells.

## Clinical Findings

CML is most frequently seen in patients between 50 and 60 years of age.  The initial symptoms may include malaise, fatigue, weight loss, and, as the disease progresses, upper abdominal discomfort.  Physical examination usually reveals splenomegaly.  As the disease progresses, the spleen may become markedly enlarged and in general, the magnitude of splenomegaly correlates with the leukocyte-count.

## Approach to Diagnosis

Following clinical history and physician examination, the laboratory diagnosis of CML proceeds in the following sequence:

1. A complete blood count.

2. Examination of the peripheral blood smear.

3. Examination of the bone marrow.

4. Cytochemical studies (leukocyte alkaline phosphatase, TdT) as needed.

5. Cytogenetic studies for the Philadelphia chromosome.

6. BCR/abl gene rearrangement.

## Hematologic Findings

The hematologic findings in CML are quite characteristic, but not diagnostic.  Severe leukemoid reactions, due to infections, can mimic CML and myeloproliferative disorders such as myelofibrosis may have similar blood and bone marrow findings.

Blood Cell Measurements.  The majority of patients have mild anemia at the time of diagnosis.  The anemia becomes more severe as the leukocyte count increases.

PP10619

**Peripheral Blood Smear Morphology.** The diagnosis of CML can usually be suspected from an examination of the peripheral blood.

**Bone Marrow Examination.** The bone marrow biopsy specimen often reveals mild myelofibrosis, which may become more severe as the disease progresses. Bone marrow fibrosis is associated with a poor prognosis because major fibrotic changes are often associated with the accelerated or blastic phase of the disease.

It should be noted that bone marrow examination is often of little help in making the diagnosis of CML. It is necessary to conduct cytogenetic BCR/abl gene rearrangements studies (Philadelphia chromosome) and to evaluate the degree of bone marrow fibrosis because of its prognostic importance.

*Other Laboratory Tests*

**Cytogenetics.** More than 95% of patients with CML have a translocation of one of the long arms of chromosome 22, usually to one of the 9 chromosomes. The presence of this abnormal chromosome, the Philadelphia chromosome (Ph[1]) in the bone marrow, is diagnostic of CML. The proto-oncogene abl is located on chromosome 9. This oncogene is translocated to chromosome 22. The breakpoint on chromosome 22 occurs within the BCR gene. The final result is a hybrid gene BCR/abl.

**BCR/abl Gene Rearrangement.** Although PH[1] chromosome translocation is a cytogenetic hallmark of CML, molecular detection of the gene rearrangement is a more sensitive and specific marker for CML. Almost 50% of cytogenetically PH[1] chromosome negative CML cases are positive for BCR/abl gene rearrangement.

*Leukocyte Alkaline Phosphatase (LAP)*

**Purpose.** Together with cytogenetics and BCR/abl, LAP is the most useful confirmatory test in CML.

**Interpretation.** In CML, the LAP score is zero or markedly decreased. The diagnostic value of a low score in patients with CML is increased by the fact that the LAP scores are usually elevated in the conditions with which CML is most commonly mistaken, such as granulocytic leukemoid reactions. During the accelerated or blastic phase, the LAP may be normal or elevated.

PP10620

*Course and Treatment*

CML has constant, predictive course during the chronic phase, with a median survival of 3 to 4 years. Approximately 20% of the patients survive 7 years or more. The majority of patients die from complications associated with blast crisis, usually infection or hemorrhage or both. The only definitive prospect for curing CML at this time appears to be marrow transplantation.

*Specific Diagnostic Considerations*

**Accelerated Phase and Blast Crisis in CML.** There are 3 phases in the biologic natural history of CML: the chronic phase, the accelerate phase, and the terminal blastic phase or crisis can occur very rapidly or gradually over several months. The development of blast crisis occurs in the majority of patients with CML between 2 and 6 years from the time of diagnosis. The accelerated phase and blast crisis are associated with a maturation block similar to that seen in AML. Features associated with the accelerated phase include increased number of basophils, additional chromosome abnormalities, and myelofibrosis.

Lymphoid blast crisis may be seen in approximately 30% of patients with CML. Clinically the accelerated phase and blastic crisis are associated with marked malaise, fatigue, anorexia, and weight loss.

PP10621

# CHRONIC LYMPHOCYTIC LEUKEMIA AND OTHER LYMPHOID LEUKEMIAS

Chronic lymphocytic leukemia (CLL) is an acquired clonal lymphoproliferative disorder characterized by an accumulation of small lymphocytes in the peripheral blood, bone marrow, lymph nodes, and spleen. In the United States, CLL accounts for approximately 30% of all leukemia.

Immunologic studies reveal surface immunoglobulin, of the leukemic cells in over 95% of patients, indicating that the majority of CLL originates from a clone of cells arrested at an early stage of B-cell differentiation. The cells from these patients show clonal immunoglobulin gene rearrangement. In approximately 5% of the cases, however, the cells have a T-cell phenotype demonstrating clonal rearrangements of the T-beta and T-gamma chains of the T-cell antigen receptor. There is a rarity of blast transformation in CLL in contrast to CML.

Genetic factors may play an important role in CLL. The trisomy 12 is the most common numerical chromosome abnormality, and its presence is considered to be evidence of aggressive disease. The most common structural chromosome abnormality is 14q+, and patients with the abnormality have a high incidence of prolymphocytic leukemia or Richter transformation.

## Clinical Findings

The majority of patients with CLL are over 60 years of age, but the disease may also occur in individuals younger than 30 years of age. The disease may be discovered by chance, by blood examination, or by the finding of an enlarged lymph node or spleen during examination for an unrelated complaint. Other patients may seek advice because of enlarged lymph nodes or complaints related to anemia. During the course of the disease, extranodal involvement, including the gastrointestinal tract and lungs, is not unusual.

## Approach to Diagnosis

Following a clinical history and physical examination, the approach to the laboratory diagnosis of CLL proceeds in the following sequence:

1. A complete blood count.

2. Examination of the peripheral blood smear.

3. Examination of the bone marrow.

4. Immunologic cell marker studies when needed for diagnosis.

5. Cytogenetic studies, which may be useful for prognosis and perhaps therapy.

PP10622

6.      T- and B-cell clonality.

*Hematologic Findings*

The diagnosis of CLL can usually be suspected from the peripheral blood findings. Bone marrow examination confirms the diagnosis and is an indicator of prognosis. Other disorders are usually easily distinguishable from CLL, and should not represent a diagnostic problem. Several other malignant lymphoproliferative disorders, however, such as lymphosarcoma cell leukemia, prolymphocytic leukemia, T-cell lymphocytosis, and hairy cell leukemia may closely resemble CLL.

**Blood Cell Measurements.** Anemia is found at presentation in approximately 50% of patients associated with bone marrow failure due to CLL involvement.

**Peripheral Blood Smear Morphology.** In most patients, the leukemic cells appear as small- and medium-sized normal lymphocytes. When more than 15% to 20% of the lymphocytes have the appearance of prolymphocytes, which are characterized by large cells with moderately abundant cytoplasm and prominent nucleoli usually associated with an accelerated phase of the disease.

**Bone Marrow Examination.** There is significant correlation between the infiltration patterns and clinical stage and survival. A diffuse infiltrative pattern is usually associated with a more rapidly progressive course than a nondiffuse pattern.

*Other Laboratory Tests*

*Cell Surface Markers*

**Purpose.** B-lymphocytes in B-CLL express a single immunoglobulin light chain (either kappa or lambda, but not both) on their surface membrane. In addition, the lymphocytes usually have IgM and IgD heavy chains on their surface membrane-bound immunoglobulin is present in very small amounts. In addition, B-CLL lymphocytes cross-react with the monoclonal antibody T101 or Leu-1, a Pan-T-cell antibody. The latter is not present on normal B-cells and is predominantly expressed on small lymphocytic malignancies such as CLL, small lymphocytic lymphoma, and intermediate lymphocytic lymphoma of B-cell phenotype.

In the majority of patients, cell surface marker studies are not needed to make a diagnosis of CLL. In patients who present with persistent mild idiopathic lymphocytosis the presence of only one light chain, is helpful in the diagnosis of CLL.

Cell surface markers are necessary to make a diagnosis of persistent T-cell lymphocytosis or T-cell CLL.

### Cytogenetics

**Purpose.** Chromosome studies may be useful in the prognosis and perhaps therapy in patients with CLL.

**Interpretation.** If lymphocyte cultures are stimulated by B-cell mitogens, clonal cultures abnormalities are revealed in about half the patients. The most common numerical chromosome abnormality is trisomy 12, a karyotypic change thought to be a marker of aggressive disease. The most common structural chromosome abnormality is the marker 14q+. Patients with the 14q+ marker chromosome usually show high leukocyte counts, advanced clinical staging, and are refractory to therapy.

**Lymph Node Biopsy.** Lymphadenopathy is common in CLL. A lymph node biopsy is not necessary for the diagnosis of CLL, but may be useful in the diagnosis of Richter's syndrome, which can transform in to a large cell lymphoma in about 5% to 10% of CLL patients.

**T- and B-cell Clonality.** As discussed before, cell surface markers may be absent. Molecular studies can differentiate T- and B-cell lineage and lineage and assist in the diagnosis of CLL.

### Course and Treatment

The clinical course of CLL is variable. Many patients have relatively good health, living more than 10 years, some patients die within 1 year. The staging system is useful for predicting the course of the disease. Good prognosis is associated with stage 0, intermediate prognosis with stages I and II, and poor prognosis with stages III and IV. Additional prognostic indicators include the pattern of lymphocytic infiltration in the bone marrow biopsy and the degree of absolute lymphocytosis and chromosomal abnormalities. The vulnerability infections is most often the cause of morbidity and mortality of advanced patients.

Richter's syndrome is defined as the development of large-cell lymphoma in the course of CLL. The transformation to large-cell lymphoma usually begins in the lymph nodes, but the disease eventually involves extranodal tissue, including the bone marrow. The development of large-cell lymphoma in CLL is usually associated with poor prognosis.

Most therapy in CLL is palliative and not curative. In general, the treatment is started in the presence of any of the following: autoimmune hemolytic anemia, progressive marrow failure, massive splenomegaly, "bulky" disease, progressive hyperlymphocytosis, or increased susceptibility to bacterial infections. Intensive combination chemotherapy and total body radiation may be useful in advanced disease.

*Other Chronic Lymphoid Leukemias*

**Hairy Cell Leukemia.** Hairy cell leukemia is a rare form of leukemia.

Mononuclear cells ("hairy" cells), as seen in the blood smear, have features of both lymphocytes and monocytes. The number of malignant cells in the peripheral blood may be very small. The diagnosis may be missed.

The cell of origin of hair cell leukemia has been the source of much controversy. There is good evidence that the hairy cells belong to the B-cell lineage. Surface marker studies usually reveal a monoclonal B-cell population.

Hairy cell leukemia has in the past been, and probably still is, frequently misdiagnosed. It is important to recognize this disease, because the patients usually do not respond to conventional chemotherapy used in CLL, and most do not tolerate aggressive chemotherapy. Interferon and deoxycoformycin are showing considerable promise as therapeutic agents.

PP10625