1   IN THE UNITED STATES DISTRICT COURT
     FOR THE DISTRICT OF CONNECTICUT

2 ———————————————————————

3

 UNITED STATES OF AMERICA,
4 EX REL., JAMES J. TIESINGA,

5
      Plaintiff,

6

7 VS.       NO. 3:02CV1873 (MRK)

8

9 DIANON SYSTEMS, INC.,
10    Defendant.

 ———————————————————————

11

12

13

14

15

    THE VIDEOTAPED DEPOSITION OF
16     WILLIAM McDOWELL
     TAKEN JUNE 2, 2006

17

18

19

20   ———————————————————

21

22   ALPHA REPORTING CORPORATION
    LAUREN EDWARDS, CCR, CSR
23    236 Adams Avenue
   Memphis, Tennessee 38103
24    1-800-556-8974
    www.alphareporting.com

Page 14

1    Q.  In addition to being important to the
2  patients, was it an important selling item for the
3  company, a marketing item, turnaround?
4    A.  Turnaround time?
5    Q.  Yes, *as compared to your competitors.*
6    A.  Sure.  I mean, but, I mean, all your -- I
7  mean, you sort of have a level of turnaround time
8  expectation, I guess, in the industry.  And, you
9  know, on tests like these, it's going to be two or
10 three days, you know, and most -- you know, unless
11 a competitor is having a problem of some sort, you
12 know, they have got more tests than they have
13 people to do the work, that's a general -- that's
14 a pretty common turnaround time.
15       And so if you looked at the various
16 companies that are in the industry, their
17 turnaround time is going to be very similar, I
18 mean, really across the board.  You know, plus or
19 *minus 24 hours it will be pretty similar.*
20      So it's not -- I wouldn't say it's important
21 to say that -- you know, it's not like there was
22 some other big company out there who was
23 delivering two-week turnaround time, and all of a
24 sudden you come in with two days and you look so

Page 15

1  much better.  It was almost the other way, that if
2  you were two weeks and they were two days, then
3  you had a problem on your hands.  I don't know if
4  that makes sense.
5    Q.  Yeah.  So if, for example, the lab was
6  having problems meeting the turnaround time that
7  was usual in the industry, that would be a
8  problem?
9    A.  Absolutely.  Absolutely.  And we had that
10 from time to time in various tests, you know, but
11 every lab does.  I mean, every lab does, so --
12   Q.  All right.  So when you first started
13 getting into, you know, flow cytometry and the
14 hematopathology area --
15      (Off-the-record discussion.)
16 MS. DAVIS CONTINUING:
17   Q.  Okay.  *So when Dianon first decided to*
18 *get into the flow cytometry and hematopathology*
19 *area, was there one person in the company who was*
20 *sort of pushing that?*
21   A.  One person?
22   Q.  One person.
23   A.  Well, no, there wouldn't have been one
24 person.  Well, first of all, when we got into

Page 16

1  hematopathology, that preceded us getting into GYN
2  or GI or dermatology by a couple of years, really.
3  Probably a year and a half.  I'm guessing here, so
4  that -- those were not -- you know, those events
5  *did not happen at the same time.*
6    Q.  Okay.  So hematopathology was --
7       (Off-the-record discussion.)
8       THE VIDEOGRAPHER:  The time is 9:26
9  a.m.  We're now back on the record.
10 MS. DAVIS CONTINUING:
11   Q.  All right.  Mr. McDowell, I'm going to
12 speak loudly so the court reporter can hear me, so
13 don't think I'm yelling at you, all right?
14   A.  Okay.
15   Q.  I'm just trying to accommodate.
16   A.  This is all a big setup, but go ahead.
17   Q.  That's right.  Before we went off the
18 record, we were talking about getting into the
19 hematopathology area.
20   A.  Right.
21   Q.  And you said that that was the first area
22 of anatomic pathology that you really got into?
23   A.  Well, prostate was the first area of
24 urology, and that was back in the -- *I don't know,*

Page 17

1  '86, '87.  It was early on, way before I was ever
2  with the company.
3       And then -- I'm trying to think.  We did an
4  acquisition of a company like in '93, and they did
5  some flow cytometry testing, and that kind of
6  helped us open our eyes maybe a little bit would
7  be a way of saying it, and we gained some more
8  expertise, and so by '94, we made that, you know,
9  attempt.  You know, I don't know what the sales
10 were.  I don't think it was all that successful,
11 but we definitely, you know, got into that back
12 in -- I'm guessing -- '94.
13   Q.  Okay.
14   A.  I wasn't in charge of it.
15   Q.  I understand.  Okay.  Let me show you
16 Exhibit 1.
17   A.  *This is going to be like old home week*
18 for me looking at some of this stuff.
19   Q.  Now, have you seen that before?  I know
20 it's a big document, but does it ring any bells?
21   A.  I think it does.  I just wanted to look
22 to see if there was one thing in here.  You know,
23 I'm sure I have seen this.  I can't
24 specifically -- you know, heck, I could have put a

Alpha Reporting Corporation
901.523.8974

Page 66

1  mean, that's a better question for Jay Amberson
2  and Rich Goyette. You know, I'm assuming that if
3  they ran them, it ended up on the flow report in
4  some fashion.
5      Q.  So you don't know whether that's the
6  panel they were running in all cases?
7      A.  No, I have no idea.
8      Q.  Did Mr. Florio know?
9      A.  I doubt it. You know, I mean -- this is
10  more than just flow on this report, though. This
11  is a full bone marrow biopsy. This includes a
12  peripheral blood, bone marrow biopsy, bone marrow
13  clot. This is a comprehensive analysis, aspirate
14  smear.
15      I mean, you can see all these different
16  sample types that were sent in. This would have
17  been, you know, an oncologist who sent in -- you
18  remember how I was saying how complex all this
19  stuff is? This would have been a case where we
20  had a number of different sample types, different
21  tests that had to be run on them, you know, and
22  flow would have been one of -- one of the tests.
23      Q.  Okay. Let me show you what's been marked
24  as Exhibit 18. This is dated May 20th, 1996, from

Page 67

1  Mr. Florio to the sales force, and the topic is
2  hematopathology patient fees.
3      And it says, "In October, 1995, and again in
4  January, 1996, Dianon raised the patient fees for
5  hematopathology for the following reasons: One,
6  the fees that were originally set up by Dianon in
7  1993 were too low for what Medicare is reimbursing
8  in '95 and '96. Consequently, Dianon was not
9  collecting as much money as Medicare allowed."
10  And that's what you were referring to earlier?
11      A.  Uh-huh.
12      Q.  Okay.
13      A.  Well, for -- on the per CPT code basis,
14  yeah.
15      Q.  Right. And No. 2 says, "Medicare changed
16  the reimbursed values for several key CPT codes
17  which made it necessary to alter the billing to
18  achieve maximum reimbursement." Do you know what
19  he's referring to there?
20      A.  I don't, but my assumption is, you know,
21  decline in, you know, the 88180 reimbursement, and
22  so we began to bill for all the tests that we were
23  running basically. I don't -- it's hard to say.
24  It doesn't have any -- and it was ten years ago,

Page 68

1  but that would be my guess.
2      Q.  And No. 3 says, "Our competitors, we
3  learned, were billing much higher rates than
4  Dianon. An example of this is MetPath's
5  immunophenotyping panel (18 markers) which is
6  client billed at $960, and patient billed at
7  around $1,200." Was it typical to look at what
8  the competitors were billing to be --
9      A.  Oh, sure, yeah, and often still is today.
10      Q.  You would alter your billing based on
11  what the competitor is doing?
12      A.  I don't know. I mean, these fees weren't
13  changed very often, but you just wanted to be in
14  the ballpark, you know. You didn't want to be a
15  lab that would be way too low or way too high.
16  You know, and alter -- alter is too strong of a
17  word. Fees went for years without changing.
18      Q.  Okay. Turn to the next page, Bates
19  number --
20      MR. SALCIDO: Before going on, Pat,
21  just to be clear, that when you read three into in
22  the record, it said "only 18 markers," and you had
23  left out the word "only."
24      MS. DAVIS: Okay.

Page 69

1  MS. DAVIS CONTINUING:
2      Q.  Look at the second page, which is
3  Bates-numbered 16465. It says, "Following is a
4  list of our new fees compared to our old fee
5  schedule. Since we have raised the fees, we have
6  heard no complaints from the clients or the
7  insurance carriers."
8      A.  Uh-huh.
9      Q.  Is that accurate?
10      A.  I have no idea. I would guess it is, but
11  I have no idea. I don't know why he would have
12  sent this out. There is really no purpose to that
13  memo.
14      (Off-the-record discussion.)
15  MS. DAVIS CONTINUING:
16      Q.  Okay. Let me show you what has been
17  marked as Exhibit 19. Do you recognize that?
18      A.  I do not, but I can see what it's all
19  about, though.
20      Q.  I'm assuming that this is when you told
21  Mr. Florio to go find something else to do?
22      A.  Yeah, that's absolutely what it would be.
23  I mean, I don't know for sure, but the time frame
24  and how he titled it, and that's my handwriting in

18 (Pages 66 to 69)