### LabCorp/Dianon Standardization of Hematopathology

Conference Call #1, Minutes:

Date: Oct 21, 2003, 2-3pm
Attendees:   LabCorp CMBP: Bryan McCune, M.D., Margaret Johnson, M.D.
             Dianon: Suha Mishalani, M.D., Glenn Segal, M.D., Jay Amberson, M.D.

Purpose: Compare and contrast hematopathology operations between CMBP and Dianon, in preparation for standardization and CMBP Dianization.

Drs. Mishalani and Segal described workflow and ancillary testing at Dianon. Bone marrow samples are direct shipped from client and arrive next day (day 1). Samples arrive in a limited number of shipments, which have regular drop off times. Samples may be ordered for flow only, morphology only, or both. On day 1, flow is set up, smears are stained, and tissue processing initiated. Smears may be reviewed on day 1 for stat cases. On day 2, flow reviewed, slides are delivered in a.m., slide review begins, flow integrated, reports dictated. If flow ordered with morphology, a single report incorporating morphology and flow is issued. Reports are transcribed and signed out by day 3 (within 48 of accessioning). An extra day may be required for immunostains. Flow, histology, and flow/histology reports include photomicrographs (up to 4 on the histology reports). Cytogenetics/molecular testing is performed and reported by separate department. Reports include at least 200 cell manual diffs on peripheral blood and bone marrow smears (performed by pathologist). Hematology special stains are limited mainly to TRAP stains. No "D2" conference for heme- intradepartmental reviews fairly informal. See attachment from Dianon for further detail.

Drs. Johnson and McCune described workflow and ancillary testing at CMBP. Samples are generally shipped through a local LabCorp branch and ideally arrive within 24 hrs of procurement, but often arrive 2-3 days. Shipments arrive throughout the day. May be ordered for flow only, histology only, or both. Reflex program exists for histology samples which include aspirate tubes: on day sample arrives (day 1), smears are stained and reviewed by pathologist; recommendation made to client regarding flow and/or cyto or molecular testing if indicated testing not already ordered. Flow set up and tissue processing initiated day 1. Flow signed out separately (whether or not associated with a histology case) on day 1 or day 2. Slides delivered to pathologist on day 2, reports dictated and signed out day 2 or day 3 (within 48hrs of sample accessioning). Extra day may be required for immunostains. Flow results are referred to in histology report as comment. Cytogenetic/molecular testing done in separate dept and reported separately, but effort made to issue an addendum in histology cases hinging on these results. No photomicrographs. Limited manual diffs are included as indicated (generally limited to M:E ratio, blasts, plasma cells). Fairly comprehensive hematology special stain program is offered, but except for TRAP, not requested very often.

Flow cytometry. The main differences in flow cytometry are 1) Dianon specimens are received in the lab for testing in the morning by overnight carrier whereas at LabCorp



they are received by courier and by overnight carrier in the afternoon and until late in the evening. Depending on where the specimens come from and the day they were sent they are 24-72 hours old upon arrival. 2) Dianon offers one comprehensive profile while LabCorp offers 2 directed profiles. At LabCorp we perform a smear review and get a diagnosis to make sure the correct profile is being ordered and performed. This can add to TAT. 3) Dianon reports are available about 24 hours after specimen is received while LabCorp reports are variable, most requiring more than 24 hours. 4) the Dianon flow cytomtery report contains a photo of the cytospin.

Meeting adjourned with plans to share and review sample reports from each site, and plan follow up conference call in next few weeks to continue standardization talks.

## Hematopathology Workflow Matrix

|       | Day 1                | Day 2                      | Day 3               | Day 4                            |
|-------|----------------------|----------------------------|---------------------|----------------------------------|
| XL3   | Received at Dianon   | Report Available*          | Report Available**  |                                  |
| 490   | Received at Dianon   | Some Reports Available     | Report Available    | Addendum Report Available***     |
| 491   | Received at Dianon   | Some Reports Available     | Report Available    | Addendum Report Available***     |
| 492   | Received at Dianon   | Some Reports Available     | Report Available    | Addendum Report Available***     |
| XL9   | Received at Dianon   | Report Available           |                     |                                  |
| XL41  | Received at Dianon   | Report Available           |                     |                                  |

\* The report is available if the client only orders flow studies.

\*\* The report is available if the client orders flow studies along with morphological interpretation; some of these reports will go out on Day 2.

\*\*\* If further testing is required on a specimen, then an addendum report will be issued. The clinician is aware of the additional testing via direct communication with Dianon's Hematopathologists.

# Hematopathology Testing Workflow

Day 1   The specimen arrives at Dianon. The XL3 and the 491(BM Aspirate) are forwarded to the Flow lab. The XL3 is processed, run and the data is entered. The 491 is stained, screened, merged with the flow data and put in the assigned Pathologist's bin late in the afternoon. Any STAT or acute cases are given directly to the Pathologist before the day is over (except for Saturday cases; they are flagged for immediate reporting on Monday). The 490(Core) and 492(Clot) are forwarded to the Histology lab where they are grossed, fixed, decalcified and placed in a tissue processor for overnight processing.

Day 2   The Pathologist arrives in the morning and starts reading the flow only cases (i.e. XL3 was the only testing requested). The transcriptionists will type the report and the Pathologist will review it. After the Pathologist's final review, the transcriptionists will finalize the case and a report will go out today. Also reported out today are XL9 and XL41 testing.

Meanwhile, the 490(Core) and 492(Clot) slides are finished in the Histology lab, put in folders and brought to the Flow lab generally between 8am – 11am. The Flow lab merges the 490 and the 492 slides with the 491 slides and XL3 data (if ordered). The consolidated case is now brought to the Pathologist. The Pathologist reviews all the information and will request additional testing if necessary. Dependant on time constraints, this additional testing will be either started today or first thing the next morning. The Pathologist will begin the dictation of the cases into the Dictaphone system. Completed morph/flow and morph only cases typed this day will be finalized and sent out.

Day 3   The transcriptionists will continue to type the cases and forward the rough draft to the Pathologist for corrections. After thoroughly reviewing the transcribed report, the corrected report is sent back to the transcriptionists who will either finalize the case or send it back for one more review. If additional tests are pending, the client may request that the completed report be held an additional day in order to consolidate the results onto one report. This prevents the need for an addendum report. If the client has requested auto faxing, then a report will go out today. A hard copy report will go out today if it makes the print run.

Day 4   Any additional testing is completed and forwarded back to the requesting Pathologist. The Pathologist will issue an addendum report which is transcribed and ultimately finalized by the transcriptionists after the Pathologist's review. If the client has requested auto faxing, then the addendum report will go out today. A hard copy report will go out today if it makes the print run.

# Turnaround Time & Workflow for Hematopathology Lab

| Day | Function | Step in the Workflow |
|---|---|---|
| 1 | Specimens Received at Dianon | Lab processing receives specimens, unpacks them, double checks names, assigns accession number, labels all specimens and routes them to the appropriate labs for testing. |
| 1 | Cores and Clots Sent to Histology Lab | Cores (490) and Clots (492) are grossed, fixed, decalcified and then placed in an automatic tissue processor for overnight processing (10 hours 45 min). |
| 1 | Fresh Bone Marrow Sent to Flow Lab | Aspirates (491) are assessed, smeared, stained, coverslipped and pre-screened for the pathologist. Any acute or STAT cases are given to the Pathologist at this time. The remaining cases wait in the Flow lab.<br><br>Aspirates, Bloods and Tissues (XL3) are assessed, pipetted, viability performed, incubated, lysed, washed, run on the flow cytometer, reviewed by the supervisor, and data entered into the DEC. Any acute or STAT cases are given to the Pathologist at this time. The remaining cases wait in the Flow lab. |
| 2 | Cores and Clots are Finished | Cores (490) and Clots (492) are embedded in paraffin, cut, put on slides, baked, de-paraffined, hydrated, stained and then coverslipped. The slides are put in folders and forwarded to the Flow lab generally between 8am – 11am. |
| 2 | The Cases are Merged Together | The Flow lab now merges the Cores (490) and Clots (492) with the Aspirates (491) and Flows (XL3). The merged cases are given to the assigned Pathologists who start to dictate the cases - starting with the most critical. |
| 2 - 4 | Additional Testing Ordered by Pathologist | The Pathologists may order additional tests such as immunohistochemical stains or flow cytometry. Additional testing is performed by the labs and submitted to the Pathologist. The Pathologists will review any additional tests and confer with each other on clinically significant cases. Clients who only ordered Flow (XL3) should have their cases finalized. |
| 2 - 4 | Finalization and Printing of Reports | The remaining cases are transcribed, reviewed by the Pathologists and then finalized. Reports are then printed, mailed, and/or auto-faxed to the client. |