CENTERS FOR MEDICARE & MEDICAID SERVICES





# 2007

**This is the official government handbook with important information about**

- what's new.
- what's covered.
- health plans.
- prescription drug plans.
- your rights.

# Welcome to Medicare & You 2007

Medicare is helping you stay healthy and active. The program offers you more than ever. More of you are taking advantage of the many preventive services that Medicare covers, and an unprecedented number of you have a prescription drug plan.

Medicare is committed to providing information and tools to help you make the best health decisions for your individual needs. MyMedicare.gov is an exciting new service on the web. With this tool, you can see your health care claims, track which preventive services you need, and get the most up-to-date details about how to get the most out of your Medicare benefits. If you don't have access to the web, the same information is available by calling 1-800-MEDICARE and through Medicare's many partners in the community.

That's just the start. Medicare is working harder than ever to improve the information you can get. Better information means you can compare and choose better care for better prices. It means helping you access new treatments and innovative practices.

As always, help is available anytime, day or night. You can visit www.medicare.gov or call 1-800-MEDICARE (1-800-633-4227). Medicare is also present in your local communities to get you the answers you need.

Thank you for taking time to look at this Medicare handbook.

Michael O. Leavitt
Secretary
Department of Health and
Human Services

Mark McClellan, M.D., Ph.D.
Administrator
Centers for Medicare &
Medicaid Services



## Section 12: Definitions of Words in Blue

**Exception**—A formulary exception is a decision to cover a drug that's not on the formulary. A tiering exception is a decision to charge you a lower tier amount for a drug that is on a non-preferred drug tier (see page 55). Another exception can be a decision not to apply a limit, like a dose or quantity limit. Your doctor must send a supporting statement with the medical reason for the exception.

**Formulary**—A list of drugs covered by a plan.

**Health Maintenance Organization (HMO) Plan**—A type of health plan available in some areas of the country. Plans must cover all Medicare Part A and Part B health care. Some HMOs cover extra benefits, like extra days in the hospital. In most HMOs, you can only go to doctors, specialists, or hospitals on the plan's list except in an emergency. Your costs may be lower than in the Original Medicare Plan.

**Institution**—A facility that meets Medicare's definition of a long-term care facility, such as a nursing facility or skilled nursing facility, not including assisted or adult living facilities, or residential homes.

**Lifetime Reserve Days**—In the Original Medicare Plan, 60 days that Medicare will pay for when you are in a hospital more than 90 days during a benefit period. These 60 days can be used only once during your lifetime. For each lifetime reserve day, Medicare pays all covered costs except for a daily coinsurance (see page 102).

**Long-term Care**—A variety of services that help people with health or personal needs and activities of daily living over a period of time. Long-term care can be provided at home, in the community, or in various types of facilities, including nursing homes and assisted living facilities. Most long-term care is custodial care. Medicare doesn't pay for this type of care if this is the only kind of care you need.

**Medicaid**—A joint Federal and State program that helps with medical costs for some people with limited income and resources. Medicaid programs vary from state to state, but most health care costs are covered if you qualify for both Medicare and Medicaid.

**Medically Necessary**—Services or supplies that are needed for the diagnosis or treatment of your medical condition, meet the standards of good medical practice in the local area, and aren't mainly for the convenience of you or your doctor.

**Medicare Advantage Plan (Part C)**—A type of Medicare plan offered by a private company that contracts with Medicare to provide you with all your Medicare Part A and Part B benefits. Also called Part C, Medicare Advantage Plans are HMOs, PPOs, Private Fee-for-Service Plans, or Medicare Medical Savings Account Plans. If you are enrolled in a Medicare Advantage Plan, Medicare services are covered through the plan, and are not paid for under the Original Medicare Plan.

**Medicare-approved Amount**—In the Original Medicare Plan, this is the amount a doctor or supplier can be paid, including what Medicare pays and any deductible, coinsurance, or copayment that you pay. It may be less than the actual amount a doctor or supplier charges.