

DIANON SYSTEMS
Diagnostic Innovations for Medicine

### REVISION

**To:**     Sales Force

**From:**   Mark Florio

**Date:**   May 24, 1996

**Topic:**  Hematopathology Patient Fees

---

In October 1995 and again in January 1996, DIANON raised the patient fees for Hematopathology for the following reasons:

   1. The fees that were originally set up by DIANON in 1993 were too low for what Medicare is reimbursing in 1995 and 1996. Consequently, DIANON was not collecting as much money as Medicare allowed.

   2. Medicare changed the reimbursed values for several key CPT codes which made it necessary to alter the billing to achieve maximum reimbursement.

   3. Our competitors we learned, were billing much higher rates than DIANON. An example of this is Metpath's immunophenotyping panel (only 18 markers) which is client billed at $960 and patient billed at around $1,200.

   4. With the service shutdown and fee increase in October, we decided that the law of supply and demand would help curb new growth. As demand increased and supply dwindled our fee increase should have slowed growth but, much to our surprise our growth has continued.


Addendum 1: Hematopathology Patient Fees

| XL3 Immunophenotyping Panel | Billable Events | Fee | Total |
|---|---|---|---|
| 88180 Flow Cytometry, cell surface | 26 | $45 | $1,170 |
| 88323 Microslide consulttion | 1 | $130 | $130 |
| | | | $1,300 |

| XL4 Comprehensive Analysis Panel | | | |
|---|---|---|---|
| 88180 Flow Cytometry, cell surface | 26 | $45 | $1,170 |
| 88323 Microslide consultation | 1 | $130 | $130 |
| 83890 Molecular extraction | 1 | $25 | $25 |
| 83892 Enzymatic digestion | 1 | $40. | $40 |
| 83894 Electrophoresis | 2 | $20 | $40 |
| 83896 Nucleic acid probe | 1 | $30 | $30 |
| 83912 Interpretation and report | 1 | $35 | $35 |
| | | | $1,470 |

| XL5 T-Cell, B-Cell Gene Rearrangement | | | |
|---|---|---|---|
| 83890 Molecular extraction | 1 | $25 | $25 |
| 83892 Enzymatic digestion | 9 | $40 | $360 |
| 83894 Electrophoresis | 9 | $20 | $180 |
| 83896 Nucleic acid probe | 5 | $30 | $150 |
| 83912 Interpretation and report | 1 | $35 | $35 |
| | | | $750 |

| XL6 bcr/abl Gene Rearrangement | | | |
|---|---|---|---|
| XL7 bcl-2 Gene Rearrangement | | | |
| 83890 Molecular extraction | 1 | $25 | $25 |
| 83894 Electrophoresis | 2 | $20 | $40 |
| 83898 PCR reaction | 6 | $60 | $360 |
| 83912 Interpretation and report | 1 | $35 | $35 |
| | | | $460 |

| XL8 Chromosome Analysis | | | |
|---|---|---|---|
| 88237 Bone marrow | 1 | $400 | $400 |
| 88262 Chromosome analysis | 1 | $300 | $300 |
| | | | $700 |

| XL9 Immune Deficiency Panel | | | |
|---|---|---|---|
| 88180 Flow Cytometry, surface markers | 4 | $45 | $180 |
| | | | $180 |

**XL11 Post Transplant Analysis**

| | | | |
|---|---|---|---|
| 83890 Molecular extraction | 1 | $25 | $25 |
| 83892 Enzymatic digestion | 3 | $40 | $120 |
| 83894 Electrophoresis | 7 | $20 | $140 |
| 83896 Nucleic acid probe | 1 | $30 | $30 |
| 83912 Interpretation and report | 1 | $35 | $35 |
| | | | $350 |

**XL18/ XL19 Pre-Transplant Analysis Donor/Recipient**

| | | | |
|---|---|---|---|
| 83890 Molecular extraction | 2 | $25 | $50 |
| 83892 Enzymatic digestion | 4 | $40 | $160 |
| 83894 Electrophoresis | 10 | $20 | $200 |
| 83896 Nucleic acid probe | 5 | $30 | $150 |
| 83912 Interpretation and report | 1 | $35 | $35 |
| | | | $595 |

**490 Bone Marrow Bx (core)**

| | | | |
|---|---|---|---|
| 88305 Biopsy interp. | 1 | $130 | $130 |
| 88313 Iron stain | 1 | $30 | $30 |
| | | | $160 |

**491 Bone Marrow Aspirate**

| | | | |
|---|---|---|---|
| 88305 Biopsy interp. | 1 | $130 | $130 |
| 88313 Iron stain | 1 | $30 | $30 |
| 88313 Wright Giemsa stain | 1 | $30 | $30 |
| | | | $190 |

**492 Bone Marrow Clot**

| | | | |
|---|---|---|---|
| 88305 Biopsy interp. | 1 | $130 | $130 |
| 88313 Iron stain | 1 | $30 | $30 |
| | | | $160 |

**493 Peripheral Blood Smear**

| | | | |
|---|---|---|---|
| 85097 Blood smear interp. | 1 | $100 | $100 |
| 88313 Wright Giemsa stain | 1 | $30 | $30 |
| | | | $130 |

PP13257