| | ***EFFECTIVE*** | **PER/MONTH** | **1997 IMPACT** | **1998 IMPACT** | **1999 IMPACT** |
|---|---|---|---|---|---|
| XL3/XL4 | *Feb-97* | $90,000 | $990,000 | $1,080,000 | $1,080,000 |
| CEA/PSA | *May-97* | $125,000 | $875,000 | $1,500,000 | $1,500,000 |
| DNA-PROSTATE | *Aug-97* | $60,000 | $300,000 | $720,000 | $720,000 |
| PSA-600 CODE | *Aug-97* | $60,000 | $300,000 | $720,000 | $720,000 |
| SPECIAL STAINS | *Apr-98* | $30,000 | $0 | $240,000 | $360,000 |
| DNA-MICRO CYTE | *Jun-98* | $50,000 | $0 | $350,000 | $600,000 |
| **REIMBURSEMENT HITS** | | **$415,000** | **$2,465,000** | **$4,610,000** | **$4,980,000** |

500177