HEMATOPATHOLOGY SERVICES
FEE JUSTIFICATION JANUARY 30, 1996

This memo will address the impact of the Hematopathology fee changes. This process used October Medicare numbers only for my hard calculations. This memo will also illustrate the reconciled fee structure for Hematopathology. The reason for the patient fee increase for Hematopathology testing is twofold:
    1. Increase product AUP.
    2. Reconciliation with universal pricing structure.

===================================================================

1. Fee changes by CPT code:

| CPT Code | Old fee | New fee | MC/reim | Difference |
|---|---|---|---|---|
| 88180 Flow cytometry, (cell surface) | $95.00 | $45.00 | $28.77 | -$50.00 |
| 88180-26 Professional comp. modifier | | $40.00 | $25.51 | |
| 88323 Consultation and report | | $130.00 | $79.37 | |
| 83890 Molecular extraction | $20.00 | $25.00 | $5.67 | +$5.00 |
| 83892 Enzymatic digestion | $40.00 | $40.00 | $5.67 | N/C |
| 83894 Electrophoresis | $20.00 | $20.00 | $5.67 | N/C |
| 83896 Nucleic acid probe | $30.00 | $30.00 | $5.67 | N/C |
| 83898 Polymerase chain reaction | $30.00 | $60.00 | $38.51 | +$30.00 |
| 83912 Interpretation and report | $30.00 | $35.00 | $5.67 | +$5.00 |
| 88237 Tissue culture bone marrow | $300.00 | $400.00 | $178.74 | +$100.00 |
| 88262 Chromosome analysis | $400.00 | $300.00 | $176.38 | -$100.00 |
| 88305 Bone marrow biopsy | $110.00 | $130.00 | $73.74 | +$20.00 |
| 88313 Special stains | $20.00 | $30.00 | $17.74 | +$10.00 |
| 85097 Blood smear interp | $80.00 | $100.00 | $59.38 | +$20.00 |
| 88323 Consult on slides | $90.00 | $90.00 | $59.34 | N/C |

===================================================================

2. Final Analysis

Total net loss with new price and CPT configuration using October Medicare sales and 1996 Medicare reimbursement figures exclusively = (-$1,650)

===================================================================

3. Impact by Test:

Attached is the analysis of each test affected by the price change or the CPT code reconciliation. The analysis will also show the impact of each test on revenue of the Hematopathology product line.

PLAINTIFF'S EXHIBIT

200060

XL-3 Immunophenotyping (old)

| CPT Code | Billable events | Fee | Total |
|---|---|---|---|
| 88180 Flow cytometry, cell surface | 9 | $95.00 | $855.00 |

XL-3 Immunophenotyping (new)

| CPT Code | Billable events | Fee | Total |
|---|---|---|---|
| 88180 Flow cytometry, cell surface | 26 | $45.00 | $1300.00 |
| 88323 Microslide consultation | 1 | $130.00 | |

**Estimated revenue impact using October Medicare sales figures**
-Medicare reimbursement XL-3 (old) = $843.93 @ 80% =$675.14
-Medicare reimbursement XL-3 (new) = $807.20 @ 80% =$645.60
-XL-3 October's Medicare #s = 59
-59 x $675.14 (80% assigned value) = $39,833 (XL-3 old)
-59 x $531.12 (80% assigned value) = $38,090 (XL-3 new)
-Net Loss = ($1,743) (no co-pay amount was figured into calculation)

---

XL-4 Comprehensive analysis (old)

| CPT code | Billable events | Fee | Total |
|---|---|---|---|
| 88180 Flow cytometry, cell surface | 9 | $95.00 | $855.00 |
| 83890 Molecular extraction | 1 | $25.00 | $25.00 |
| 83892 Enzymatic digestion | 1 | $40.00 | $40.00 |
| 83894 Electrophoresis | 1 | $20.00 | $20.00 |
| 83896 Nucleic acid probe | 1 | $30.00 | $30.00 |
| 83912 Interpretation and report | 1 | $35.00 | $35.00 |
| | | | $1,005.00 |

XL-4 Comprehensive analysis (new)

| CPT code | Billable events | Fee | Total |
|---|---|---|---|
| 88180 Flow cytometry, cell surface | 26 | $45.00 | $1,170.00 |
| 88323 Microslide consultation | 1 | $130.00 | $130.00 |
| 83890 Molecular extraction | 1 | $25.00 | $25.00 |
| 83892 Enzymatic digestion | 1 | $40.00 | $40.00 |
| 83894 Electrophoresis | 2 | $20.00 | $40.00 |
| 83896 Nucleic acid probe | 1 | $30.00 | $30.00 |
| 83912 Interpretation and report | 1 | $35.00 | $35.00 |
| | | | $1,470.00 |

**Estimated revenue impact using October Medicare sales figures**
- XL-4 (old) Medicare reimbursement = $865.35 @ 80% = $692.28
- XL-4 (new) Medicare reimbursement = $841.02 @ 80% = $672.16
- XL-4 October Medicare #s = 29
- 29 x $692.28 (80% Medicare reimbursed value) = $20,076 (XL-4 old)
- 29 x $511.50 (80% Medicare reimbursed value) = $19,511. (XL-4 new)
- Net loss = ($565) (no co-pay amount was figured into calculations)

---

200061