# DIANON SYSTEMS

| PREPARED BY:<br>S. Brown<br><br>12/25/95 | TITLE:<br>**Hematopathology<br>Immunophenotyping Procedures** | DOCUMENT NO.:<br>**HEM- 001** |
|---|---|---|
| | | REVISION: **H1** |
| REVIEWED BY:<br>A. Connor, M.D. | APPROVED:<br>**James B. Amberson, M.D., Laboratory<br>Director** | EFFECTIVE DATE:<br>PAGE: **1 of 9** |

1.0    **Leukemia / Lymphoma 3 Color Immunophenotyping Procedure**

   **Overview**

   Specimens are received from clients throughout the United States via Airborne or Federal Express. They are accessioned by laboratory support and given a unique accession number. Upon receipt in the laboratory they are checked for integrity as well as specimen age. Any problems are noted on the original requisition. Copies of each requisition are made and sent with the specimens to the Hematopathology Lab for processing.

   Hematopathology completes the Check-in procedure, confirms specimen integrity, specimen type and adequacy for processing. The first stage in processing is making either aspirate smears using a crush technique or peripheral smears. A cytospin preparation is also made. These slides are stained with a Wright-Giemsa stain for evaluation by a pathologist. A cell count is performed as well as a viability assessment by propidium iodide when possible, or by Trypan Blue manual method when necessary.

   The samples are then processed for flow cytometric analysis. Sample volumes are adjusted according to cell counts in accordance with manufacture's guidelines. A single panel of antibodies is used for all leukemias and lymphomas with additional antibodies added at the pathologist's discretion.

   Slides are reviewed prior to flow cytometric analysis to identify the population of interest. All flow cytometry data is saved in listmode format for 2 weeks in case re-analysis is necessary. A copy of the requisition with histogram printouts and slides for a case are given to the pathologist for review and final interpretation. A copy of the final report is filed permanently along with the printouts for future reference.

1.1    **Principle**

   Monoclonal antibodies have been developed to recognize specific hematopoietic cell surface antigens. The monoclonal antibodies specifically bind their respective cell surface antigens, if present on the cells, contained in a mononuclear cell suspension or whole blood suspension. The monoclonal antibodies are fluorescently tagged and generate a fluorescent signal able to be detected by the optics of a flow cytometer. The percent of cells positive for a specific cell surface antigen is determined and reported.

1.2    **Specimen Requirements**

   1.    **Specimen Type**

      Acceptable specimen types are as follows:  whole blood, bone marrow, fresh tissue and some fluids, such as cerebrospinal fluid or Pleural Fluid.

   2.    **Specimen Collection**

      A.    Whole blood and bone marrow may be received in one of three anticoagulants. Vacutainers should be filled with the designated amounts for proper concentrations of sample and anticoagulant.

         1.    EDTA - The sample must be less than 24 hours old at the time it is received by Dianon Systems Inc. This anticoagulant is not the anticoagulant of choice for bone marrow samples but it is still acceptable as long as it falls within the time criteria.

         2.    Sodium Heparin - The sample must be less than 48 hours old at the time of receipt. This anticoagulant is acceptable for either specimen type.

100196



PLAINTIFF'S<br>EXHIBIT<br>6<br>PENGAD-Bayonne, N. J.

| PREPARED BY:<br>S. Brown | TITLE:<br>**Immunophenotyping Procedures** | DOCUMENT NO.:<br>          **Hem-001** | |
|---|---|---|---|
| 12/25/95 | **EFFECTIVE DATE:** | **Revision: H1** | **PAGE:**<br>**2 of 9** |

        3.      ACD - The sample must be less than 48 hours old at the time of receipt. This anticoagulant is acceptable for either sample type. Note: The ratio of anticoagulant to sample is important. Too small a sample volume in a large volume of ACD can lead to cell lysis and poor viability during transport. Clients are given a pediatric size ACD tube for low volume bone marrow aspirations to help prevent this.

    B.    Fresh tissue can be received in either of the following:

        1.      RPMI cell culture media - This is the media of choice for fresh lymph nodes or other tissue of interest. The sample must be less than 36 hours old. A viability assessment is made on all specimens regardless of age.

        2.      Normal Sterile Saline - This media is also acceptable although there is a larger percentage of non-viable cells when transported in this media.

    C.    Cerebrospinal Fluid can be received either:

        1.      Suspended in RPMI media, (preferred).

        2.      Unprocessed; if there is a low white count and dilution would pose a problem, sending CSF in a sterile container is acceptable.

3.    **Specimen Transport**

    A.    The optimal storage temperature is 18 - 25 °C. Prolonged cold temperatures lower the total number of T cells. Should a sample at any time become frozen it must be rejected due to the loss of surface membrane integrity.

    B.    All samples should be shipped via Airborne Express or Federal Express in their proper containers to prevent breakage and to ensure 24 hour arrival time.

4.    **Specimen Rejection Criteria**

    A.    All specimens are checked for proper storage and collection media, age of sample, temperature of storage and transport, and amount of sample. In addition all samples are also checked for clots and hemolysis. The presence of either of these alterations is cause for sample rejection.

**Quality Control / Quality Assurance**

400197

| PREPARED BY:<br>S. Brown | TITLE:<br>**Immunophenotyping Procedures** | DOCUMENT NO.:<br>**Hem-001** | |
|---|---|---|---|
| 12/25/95 | EFFECTIVE DATE: | Revision: H1 | PAGE:<br>2 of 9 |

## 1.3    Procedures

### 1.3.1    Estimation of Cell Viability on Tissue and Specimens with no Red Cell Contamination

1.   **Principle**

Propidium iodide is an intercalating DNA/RNA stain that can be used to discriminate between living and dead cells. The technique is based on the fact that living cells actively exclude Propidium iodide, whereas dead cells take up Propidium iodide and fluoresce red.

2.   **Specimen Requirements**

Unfixed cells in a single cell suspension.

3.   **Equipment and Materials**

(1)   Flow cytometer
(2)   590nm or 610nm long pass filter, 1" diameter
(3)   Pasteur pipettes
(4)   1 mL serological pipette, disposable
(5)   Micropipette, 10-200 uL capacity
(6)   12mm x 75mm polystyrene or polypropylene test tubes, disposable

4.   **Reagent**

Item                    Source
Propidium Iodide        Sigma

5.   **Reagent Preparation**

Propidium iodide stain: Dissolve 5 mg of Propidium iodide in 100 mL of 1X Phosphate Buffered Saline. Cover the container with aluminum foil, and label with the date of preparation, preparer's initials, and a one year expiration date. Store at 4°C in the dark.

OR

Dilute STOCK 1 mg/ml PI/PBS 1:20 in PBS to make a working solution.

6.   **Method**

PLEASE NOTE: GLOVES AND LABCOATS ARE TO BE WORN WHENEVER WORKING WITH HUMAN MATERIAL, AND GOGGLES WHEN APPROPRIATE. (See General Laboratory Safety Manual)

1.   Aliquot 0.5 - 1x10$^6$ cells in 100 microliters of each sample into separate 12 mm x 75 mm plastic or glass test tube

2.   Aliquot 0.5 - 1x10$^6$ cells in 100 microliters of any single specimen into a tube labeled "dead cell control". Add 0.3 mL of 1% formalin and vortex.

3.   Add 1 mL of PI/PBS to both tubes.

4.   Incubate at room temperature for 3-5 minutes.

5.   Acquire in the VIABILITY protocol on the Coulter XL. Collect signals through a 590 nm or 610 nm long pass filter. (FL2 linear)

   a.   Run the dead cell control first to adjust the sensitivity of the red fluorescence detector. Set the left cursor to include 100% of the cells, leave the right cursor all the way open.

   b.   Run the unfixed samples at the same cursor setting.

   c.   The percent positive cells = percent dead cells.

      Viable cells = 100% - % positive.

400198

| PREPARED BY:<br>S. Brown | TITLE:<br>**Immunophenotyping Procedures** | DOCUMENT NO.:<br>**Hem-001** | |
|---|---|---|---|
| 12/25/95 | EFFECTIVE DATE: | Revision: H1 | PAGE:<br>3 of 9 |

6.    Print and save this as a list mode file.

7.    Record the percent viable on sample worklist

8.    Samples with > 85% viability will automatically be processed. Samples with < 85% viability will be reviewed by a pathologist before staining.

**1.3.2    Estimation of Cell Viability Blood and Bone Marrow or  Specimens with Red Cell Contamination Using Propidium Iodide and CD45 staining.**

1.    **Principle**

Propidium iodide is an intercalating DNA/RNA stain that can be used to discriminate between living and dead cells.  The technique is based on the fact that living cells actively exclude Propidium iodide, whereas dead cells take up Propidium iodide and fluoresce red.  The problem with processing samples which have RBC's in them is that the RBC's will not stain with propidium iodide and therefore prevents an accurate viability assessment.  By adding the CD45, LCA antibody we can differentiate the dual staining dead white cells from the CD45 + / PI - staining live white cells as well as the dual negative staining red cells.

2.    **Specimen Requirements**

Blood or Bone Marrow Specimens or other specimens with significant RBC contamination.

3.    **Equipment and Materials**

(1)    Flow cytometer
(2)    590nm or 610nm long pass filter, 1" diameter
(3)    Pasteur pipettes
(4)    1 mL serological pipette, disposable
(5)    Micropipette, 10-200 uL capacity
(6)    12mm x 75mm polystyrene or polypropylene test tubes, disposable

4.    **Reagent**

| Item | Source |
|---|---|
| Propidium Iodide | Sigma |
| CD45 FITC | Immunotech |

5.    **Reagent Preparation**

Propidium iodide stain:  Dissolve 5 mg of Propidium iodide in 100 mL of 1X Phosphate Buffered Saline.  Cover the container with aluminum foil, and label with the date of preparation, preparer's initials, and a one year expiration date.  Store at 4°C in the dark.

OR

Dilute STOCK 1 mg/ml PI/PBS 1:20 in PBS to make a working solution.

6.    **Method**

PLEASE NOTE:  GLOVES AND LABCOATS ARE TO BE WORN WHENEVER WORKING WITH HUMAN MATERIAL, AND GOGGLES WHEN APPROPRIATE.  (See General Laboratory Safety Manual)

1.    Aliquot 50 microliters into a 12 mm x 75 mm plastic or glass test tubes.  Label tube with the accession number and a V.   Aliquot $0.5 - 1x10^6$ cells in 100 microliters of any single specimen into a tube labeled "dead cell control".

400199

-00200

| PREPARED BY: S. Brown | TITLE: Immunophenotyping Procedures | DOCUMENT NO.: Hem-001 | EFFECTIVE DATE: 12/25/95 | Revision: H1 | PAGE: 4 of 9 |
|---|---|---|---|---|---|

2. Add 10 μL of CD45 FITC antibody to each tube and incubate in the dark at room temperature for 15 minutes.

3. Add 0.3 mL of 1% formalin to the tube labeled "Dead Cell Control" and vortex.

4. Add 1 mL of PI/PBS to all of the tubes.

5. Incubate at room temperature for 3-5 minutes.

6. Acquire in the BLOOD AND BONE MARROW VIABILITY protocol on the Coulter XL.

    a. Run the control tube first to determine positive PI staining.

    b. Collect an ungated histogram detecting FITC fluorescence.

    c. Set a gate around the FITC positive cells and measure the PI staining of these on another histogram.

    d. Set two gates on this histogram. The negative staining gate is the % live cells and the positive gate is the % dead cells.

    Viable cells = 100% - % positive.

6. Print and save this as a list mode file.

7. Record the percent viable on sample worklist.

8. Samples with > 85% viability will automatically be processed. Samples with < 85% viability will be reviewed by a pathologist before staining.

| PREPARED BY: S. Brown | TITLE: Immunophenotyping Procedures | DOCUMENT NO.: Hem-001 | |
|---|---|---|---|
| 12/25/95 | EFFECTIVE DATE: | Revision: H1 | PAGE: 6 of 9 |

**1.3.3    Hemacytometer Cell Counts**

    **1.**    **Principle**

        To obtain a total cell count.

    **2.**    **Specimen**

        Any sample that contains single cells in suspension.

    **3.**    **Equipment and Materials**

        (1)    Pipette
        (2)    Hemacytometer
        (3)    Microscope
        (4)    Coverslip

    **4.**    **Method (For whole blood or bone marrow)**

        1.    Q-prep or lyse 50 or 100 uL. (This will affect your calculation later on; if you use 100 uL, you must multiply the final result by 10 in order to factor in the Q-Prep dilution; if you use 50 uL, you must multiply the result by 20.) Save this tube to make a cytospin of the case.

        2.    Place a coverslip onto the hemacytometer.

        3.    Add 20 uL of cell suspension or Q-prepped cells to the chamber. Do not flood area.

        4.    Count the cells under 40x in the large squares. Count all 16 squares if there are few cells. If there are >25 cells per square; count 2-4 squares (see diagram)*·

        5.    If there are, >50/large square dilute sample 1:10 (Mix 100 uL suspension with 900 uL PBS or RPMI). Remeber to include this in your final calculation.

        6.    Calculate the cell concentrations using the following formula:

            # cells in 16 large squares x 10,000 = # / ml, if you divide this number by $10^3$ you have the WBC cells per $mm^3$

            For example: If you count 100 cells in 2 large squares in which you had Q-Prepped 50 ul:

                100 x 8 x 10,000 x 20 = 16,000,000   16.0 x $10^6$/ml  or   WBC = 16

| WBC Count | Dilution | Amount to Use |
|---|---|---|
| < or = 10 | none | 50 ul |
| >10 < 20 | 1:1 | 50 ul |
| >20 < 30 | 1:2 | 50 ul |
| >30 < 40 | 1:3 | 50 ul |
| >40 < 50 | 1:4 | 50 ul |
| > 50 < 60 | 1:5 | 50 ul |
| >60 < 70 | 1:6 | 50 ul |
| etc..... | | |

        7.    Make a cytospin for Wright Giemsa staining from the tube used for the cell count. See Cytospin Procedure and Wright Giemsa Procedure.

500201

| PREPARED BY:<br>S. Brown | TITLE:<br>**Immunophenotyping Procedures** | DOCUMENT NO.:<br>**Hem-001** | |
|---|---|---|---|
| 12/25/95 | EFFECTIVE DATE: | Revision: H1 | PAGE:<br>7 of 9 |

5.   **Method (For lymphoma, fluid)**

1.   If bloody Q-prep or lyse 50 or 100 uL. (This will affect your calculation later on; if you use 100 uL, you must multiply the final result by 10 in order to factor in the Q-Prep dilution; if you use 50 uL, you must multiply the result by 20.)

2.   Place a coverslip onto the hemacytometer.

3.   Add 20 uL of cell suspension or Q-prepped cells to the chamber. Do not flood area.

4.   Count the cells under 40x in the large squares.  Count all 16 squares if there are few cells. If there are >25 cells per square, count 2-4 squares (see diagram)*

5.   If there are >50/large square dilute sample 1:10 (Mix 100 uL suspension with 900 uL PBS or RPMI).

6.   Calculate the cell concentrations using the following formula:

# cells in 16 large squares x 10,000 = # / ml

For example: if you have 5 mls of cell suspension and you count 48 cells in 2 large squares:

$$48 \times 8 \times 10,000 = 3,840,000 \quad 3.4 \times 10^6/\text{ml}$$

$$3.4 \times 10^6 \times 5 \text{ mL} = 17.0 \times 10^6 \text{ or } 1.7 \times 10^7 \text{ TOTAL CELLS.}$$

7.   Adjust the cells to $5 \times 10^6$ per ml to use 100 ul of sample or $1 \times 10^7$ per ml to use 50 ul of sample.

**NOTE: If you simultaneously do a Trypan Blue 1:2 for Trypan blue viability, don't forget to multiply by a factor of 2.**

For example: if you have 2 mls of cell suspension and you count a total of 200 cells in all 16 squares which you had a Trypan Blue stained (1:1):

$$200 \times 10,000 \times 2 = 4,000,000 \text{ cells / mL or } 4 \times 10^6 \text{ cells / mL}$$

$$4 \times 10^6 \text{ cells / mL} \times 2 \text{ mls} = 8,000,000 \text{ cells or } 8 \times 10^6 \text{ TOTAL CELLS.}$$

Adjust cells to $5 \times 10^6$ per ml and use 100 ul of this suspension for staining.

8.   If less than 5 million cells see supervisor for truncated panel.

If > 5 < 10 million adjust cell to 1.5 mls and use 50 ul per tube.

If > 10 million cells adjust to $5 \times 10^6$ cells / mL and use 100 uL.

9.   Make a cytospin for Wright Giemsa staining from the tube used for the cell count. See Cytospin Procedure and Wright Giemsa Procedure.

6.   **Reference**

Henry, John B, Clinical Diagnosis and Management 17th Edition page 590-591.

400202

| PREPARED BY: S. Brown 12/25/95 | TITLE: **Immunophenotyping Procedures** | DOCUMENT NO.: Hem-001 | |
|---|---|---|---|
| | EFFECTIVE DATE: | Revision: H1 | PAGE: 8 of 9 |

**1.3.4**  **Whole Blood / Bone Marrow Lysing Procedure**

    **1.**    **Principle**

        To lyse red blood cells in whole blood, bone marrow or bloody samples.

    **2.**    **Specimen Requirements**

        Any specimen which requires red blood cell lysing and which meets the requirements listed in section 1.2.

    **3.**    **Equipment and Materials**

| Item | Source |
|---|---|
| 12 x 75 Glass test tubes | Kimble cat #. 735005 |
| Pipette 5 - 100 uL | |
| Pipette 20 - 500 uL | |
| Eppendorf Pipetman, 1 mL dispense | |
| Eppendorf Pipetman, 250 uL dispense | |
| Phosphate Buffered Saline, pH 7.5 | Polyscientific |
| Antibodies | Immunotech/Coulter/Caltag |
| Pipette tips | |
| Vortex | |
| Centrifuge | |
| Epics XL MCL Flow Cytometer | |

    **4.**    **Method**

        All steps performed at room temperature

        1    Label each tube with the antibody combination to be used in that tube. Currently this will require 11 tubes for Leukemia / Lymphoma testing.

400203

| PREPARED BY:<br>S. Brown<br><br>12/25/95 | TITLE:<br>**Immunophenotyping Procedures** | DOCUMENT NO.:<br>**Hem-001** | |
|---|---|---|---|
| | EFFECTIVE DATE: | Revision: H1 | PAGE:<br>7 of 9 |

Tubes will be labeled as follows:

| Tube # | FITC Ab | Pe Ab | Cy5 Ab |
|---|---|---|---|
| 1 | CD45 | CD5 | CD19 |
| 2 | G1 | G2a | G1 |
| 3 | CD10 | CD34 | CD19 |
| 4 | CD23 | CD22 | CD20 |
| 5 | CD2 | CD7 | CD3 |
| 6 | CD3 | CD4 | CD8 |
| 7 | CD14 | CD33 | CD34 |
| 8 | CD13 | CD25 | HLADR |
| 9 | CD38 | CD56 | |
| 10 | Fab'2 | Fab'2 | G1 |
| 11 | Kappa | Lambda | CD19 |

2. Add appropriate amount of antibody to each tubes 1- 9.  **DO NOT ADD AB TO TUBES 10 and 11.** Dispense Immunotech antibodies at 10 uL per tube.  Coulter Cytostat antibodies are dispensed at 5 uL.  Caltag antibodies are dispensed in either 5 uL or 10 uL per tube, check all vials closely for proper Ab and conjugate, especially the immunoglobulin light chain tubes and their negative control.

3. Add appropriate amount of sample to ALL tubes, including Kappa Lambda CD19 and the FAB's Ctl tubes.  See Cell count procedure.

4. Gently vortex the samples to mix.

5. Incubate tubes 1-9 for 30 minutes in the dark at room temperature.

6. Wash tubes 10 and 11 to remove serum immunoglobulin by adding 3 mls of PBS, vortex, cap.

7. Centrifuge for 3 minutes at 400g.

8. Decant  supernatant carefully.

9. Repeat steps 7 and 8.

10. Add appropriate amount of antibody to the washed tubes.

11. Incubate tubes 10-11 for 30 minutes in the dark at room temperature.

12. After the 30 minute incubation, vortex all tubes and add 3 mls PBS to each tube.

13. Centrifuge for 3 minutes at 400g.

14. Decant and resuspend the cells.

15. Prepare Coulter Clone Immunolyse working solution, (See section 3:1.2, Reagents, for dilution.)

16. Add 1 mL Coulter Clone Immunolyse solution to each tube and vortex.

17. Allow to lyse for 90 seconds or until clear.

18. Add 250 uL Coulter clone fixative to each tube and vortex.

±00204

| PREPARED BY:<br>S. Brown<br>12/25/95 | TITLE:<br>**Immunophenotyping Procedures** | | DOCUMENT NO.:<br>Hem-001 | |
|---|---|---|---|---|
| | EFFECTIVE DATE: | | Revision: H1 | PAGE:<br>5 of 9 |

19.   Add 3 mL PBS to each tube and vortex.

15.   Centrifuge for 3 minutes at 400g.

16.   Decant and resuspend.

17.   Add 3 mL PBS and vortex.

18.   Centrifuge for 3 minutes at 400g.

19.   Decant and resuspend in 1 mL PBS if samle are to be run immediatley. If samples are to be held for more than 24 hours add 1% paraformaldehyde /PBS.

20.   Store in the dark at 4° C until ready to analyze on the flow cytometer.

**1.3.5   Kappa and Lambda Pre-wash Procedure**

1.   **Principle**

It has been hypothesized that serum proteins in the sample during incubation with the Kappa and Lambda antibodies preferentially bind those antibodies. This reduces the antibody available for binding on the surface of the cell, which will reduce intensity of the cellular staining and may produce false negative results. Pre-washing these samples at least two times before incubation to decrease the interference by serum proteins will prevent or reduce this occurrence.

2.   **Specimen Requirements**

Samples to be stained for Kappa and Lambda

3.   **Equipment and Materials**

**Item**
12 x 75 Glass test tubes
Pipet 5 - 100 uL
Eppendorf Pipetman, 250 uL dispense
Phosphate Buffered Saline, pH 7.5
Antibody
Pipet tips
Vortex
Centrifuge
Epics XL MCL Flow Cytometer

**Source**
Kimble cat #. 735005

4.   **Method**

NOTE:   If the entire panel of antibodies is being performed, this procedure may be started at step #3. (1.3.3.4)

1.   Label the appropriate tubes.

2.   Add appropriate amount of cell suspension sample to each tube. (Previously determined utilizing the Cell count procedure.)

3.   Add 3 ml PBS and vortex gently to mix.

4.   Centrifuge for 3 minutes at 400g.

5.   Decant and resuspend by vortexing.

6.   Add 3 ml PBS and vortex.

7.   Centrifuge for 3 minutes at 400g.

8.   Decant and resuspend by vortexing.

±00205

9. Add appropriate amount of antibodies to each tube, 10 uL for Kappa, 5 uL for Lambda, 10 uL for the CD19's and 10 uL of the control, and vortex gently.

10. Incubate 30 minutes in the dark at room temperature.

11. Add 1 mL Coulter Immunolyse solution to each tube and vortex.

12. Allow to lyse for 90 seconds or until clear.

13. Add 250 uL Coulter Immunolyse fixative to each tube and vortex.

14. Add 3 mL PBS to each tube and vortex.

15. Centrifuge for 3 minutes at 400g.

16. Decant and resuspend by vortexing

17. Add 3 mL PBS and vortex.

18. Centrifuge for 3 minutes at 400g.

19. Decant, resuspend, and add 1 mL PBS; gently vortex to mix.

20. Store in the dark at 4° C until ready to analyze on the flow cytometer.

### 1.3.6 Fresh Tissue and Cerebrospinal Fluid Staining Procedure

1. **Principle**

   To tag the hematopoietic cells with monoclonal antibodies against the antigens of interest.

2. **Specimen Requirements**

   Any specimen which does not require red blood cell lysing and which meets the requirements listed in section 1.2.

3. **Equipment and Materials**

   | Item | Source |
   |---|---|
   | 12 x 75 Glass test tubes | Kimble cat #: 735005 |
   | Pipette 5 - 100 uL | |
   | Pipette 20 - 500 uL | |
   | Eppendorf Pipetman, 1 mL dispense | |
   | Eppendorf Pipetman, 250 uL dispense | |
   | Phosphate Buffered Saline, pH 7.5 | Polyscientific |
   | Antibodies | Immunotech/Coulter/Caltag |
   | Pipette tips | |
   | Vortex | |
   | Centrifuge | |
   | Epics XL MCL Flow Cytometer | |

4. **Method**

   **Note: Inspect tissue and fluid samples closely for an increased number of red blood cells. If excessive numbers are present, ie. enough to form a sizable pellet when washed, than it will be necessary to lyse the red cells in the sample. See procedure 1.3.3.**

   All steps performed at room temperature

   - Label each tube with the antibody combination to be used in that tube. Currently this will require 11 tubes for Leukemia / Lymphoma testing and 6 tubes for Immunodeficiency testing.

400206

| PREPARED BY:<br>S. Brown<br><br>12/25/95 | TITLE<br>**Immunophenotyping Procedures** | | DOCUMENT NO.:<br>**Hem-001** |
|---|---|---|---|
| | EFFECTIVE DATE: | Revision: H1 | PAGE:<br>9 of 9 |

Tubes will be labeled as follows:

| Tube # | FITC Ab | Pe Ab | Cy5 Ab |
|---|---|---|---|
| 1 | CD45 | CD5 | CD19 |
| 2 | G1 | G2a | G1 |
| 3 | CD10 | CD34 | CD19 |
| 4 | CD23 | CD22 | CD20 |
| 5 | CD2 | CD7 | CD3 |
| 6 | CD3 | CD4 | CD8 |
| 7 | CD14 | CD33 | CD34 |
| 8 | CD13 | CD25 | HLADR |
| 9 | CD38 | CD56 | |
| 10 | Fab'2 | Fab'2 | G1 |
| 11 | Kappa | Lambda | CD19 |

2. Add appropriate amount of antibody to each labeled tube. Dispense Immunotech antibodies at 10 uL per tube; Coulter Cytostat antibodies are dispensed at 5 uL. Caltag antibodies are dispensed in either 5 uL or 10 uL per tube, check vial closely for proper amount.

3. Add appropriate amount of sample to each tube, Kappa and Lambda tubes, and the Kappa / Lambda control. See Cell Count Procedure to determine amount.

4. Gently vortex the samples to mix.

5. Incubate 30 minutes in the dark at room temperature.

6. Vortex and add 250 uL Coulter Immunolyse fixative to each tube.

7. Vortex and add 3 mls PBS to each tube.

8. Centrifuge for 3 minutes at 400g.

9. Decant and resuspend in 1 mL PBS if to be acquired within 24 hours. Resuspend in 1% paraformaldehyde if acquiring > 24 hrs.

10. Store in the dark at 4° C until ready to analyze on the flow cytometer.

400207