200 Watson Boulevard · Stratford, CT 06497 · 800-328-2666

# DIANON SYSTEMS

| | |
|---|---|
| To: | Bob Tucciarone |
| From: | Bill McDowell |
| Date: | July 30, 1997 |
| Subject: | Hematopathology |

Bob, please have the following changes made in the hematopathology product line:

1. Effective 1 August, remove CPT code 88323 from both the XL3 and XL4 profiles. Adjust the patient and account fees in the following manner:

   XL3    Patient: decrease from $1300 to $1170
           Account: decrease from $400 to $350

   XL4    Patient: decrease from $1450 to $1320
           Account: decrease from $700 to $650

2. Effective 1 September, change the XL3 and XL4 profiles to reflect billing for the following eighteen 88180 tests:

   CD2✓    CD3✓    CD4✓    CD5✓            CD7✓
   CD8✓            CD10    CD19✓   CD20✓           CD22✓
   CD13✓           CD14✓   CD33✓   CD34✓           CD45✓
   CD56            Kappa✓  Lambda✓

3. Effective 1 September, please ensure that the attached patient and account fee schedules are followed. Please note that most of the fees, both patient and account, for the various tests will be changing on 1 September. Any changes on these fee schedules labeled "Effective 1 September" supersede any prior changes.

cc: Jay Amberson
    Dave Schreiber

PLAINTIFF'S EXHIBIT [signature] PENGAD-Bayonne, N.J.

300000

The following fees by CPT code apply for each "XL" test are effective on 1 September. Please see the attached fee schedules for the proper number of CPT events by test code.

| CPT Code | Fee |
|---|---|
| 88305 | $130 |
| 88311 | $40 |
| 88313 | $30 |
| 85097 | $100 |
| 88180 | $70 |
| 83890 | $50 |
| 83892 | $30 |
| 83894 | $30 |
| 83912 | $40 |
| 83896 | $30 |
| 83898 | $60 |
| 88233 | $400 |
| 88237 | $400 |
| 88262 | $300 |
| 83902 | $60 |

# Hematopathology Services
# Account Fee Schedule



EFFECTIVE DATE: September 1, 1997

| TEST NO. | TEST NAME - (CPT CODES) | FEE |
|---|---|---|
| **MORPHOLOGICAL INTERPRETATION** | | |
| 490 | Bone Marrow Biopsy (88305, 88311, 88313 x 2) | $160.00 |
| 491 | Bone Marrow Aspirate (88305, 88313 x 2) | $130.00 |
| 492 | Bone Marrow Clot (88305, 88313 x 2) | $130.00 |
| 493 | Peripheral Blood Smear (85097, 88313) | $90.00 |
| **IMMUNOPATHOLOGY, CYTOGENETICS AND MOLECULAR ANALYSIS** | | |
| L3 | Immunophenotyping (88180 x 18) | $850.00 |
| L4 | Comprehensive Panel (88180 x 18, 83890, 83892, 83894, 83912) Immunophenotyping with T-Cell/B-Cell Gene Rearrangement | $1,000.00 |
| XL5 | T-Cell/B-Cell Gene Rearrangement (83890, 83892 x 2, 83894 x 9, 83896 x 5, 83912) | $550.00 |
| XL6 | bcr/abl Gene Rearrangement (Philadelphia Chromosome) (83890, 83902, 83894 x 2, 83898 x 4, 83912) | $315.00 |
| XL7 | bcl-2 Gene Rearrangement (Follicular Lymphoma) (83890, 83894 x 2, 83898 x 6, 83912) | $360.00 |
| XL8 | Chromosome Analysis (unstimulated) (88237, 88262) | $490.00 |
| XL9 | Immune Deficiency Panel (88180 x 5) | $245.00 |
| XL11 | Post-Transplant Analysis (Recipient) (83890, 83892 x 3, 83894 x 7, 83896, 83912) | $290.00 |
| XL13 | Epstein Barr Virus (83890, 83892, 83894, 83896, 83912) | $150.00 |
| XL18 | Pre-Transplant Analysis (Donor) (N/A) | NO CHARGE |
| XL19 | Pre-Transplant Analysis (Recipient) (83890 x 2, 83892 x 4, 83894 x 6, 83896 x 3, 83912) | $370.00 |
| XL20 | Chromosome Analysis Tissue (unstimulated) (88233, 88262) | $490.00 |
| XL21 | PML/RARA Gene Rearrangement (APL) (83890, 83902, 83894 x 2, 83898 x 4, 83912) | $315.00 |

*The XL18 Pre-Transplant Analysis (Donor) is billed to the recipient.*

NOTE: *Profiles equal the sum of the individual tests.*

300002

Printed in the U.S.A.

(1346) Rev. 8/97

Connecticut License No. CL-0356

natopathology Services
Patient Fee Schedule



EFFECTIVE DATE: September 1, 1997

| TEST NO. | TEST NAME - (CPT CODES) | FEE |
|---|---|---|

**MORPHOLOGICAL INTERPRETATION**

| | | |
|---|---|---|
| 490 | Bone Marrow Biopsy (88305, 88311, 88313 x 2) | $230.00 |
| 491 | Bone Marrow Aspirate (88305, 88313 x 2) | $190.00 |
| 492 | Bone Marrow Clot (88305, 88313 x 2) | $190.00 |
| 493 | Peripheral Blood Smear (85097, 88313) | $130.00 |

**IMMUNOPATHOLOGY, CYTOGENETICS AND MOLECULAR ANALYSIS**

| | | |
|---|---|---|
| 3 | Immunophenotyping (88180 x 18) | $1,260.00 |
| XL4 | Comprehensive Panel (88180 x 18, 83890, 83892, 83894, 83912) Immunophenotyping with T-Cell/B-Cell Gene Rearrangement | $1,410.00 |
| XL5 | T-Cell/B-Cell Gene Rearrangement (83890, 83892 x 9, 83894 x 9, 83896 x 5, 83912) | $780.00 |
| XL6 | bcr/abl Gene Rearrangement (Philadelphia Chromosome) (83890, 83902, 83894 x 2, 83898 x 4, 83912) | $450.00 |
| XL7 | bcl-2 Gene Rearrangement (Follicular Lymphoma) (83890, 83894 x 2, 83898 x 6, 83912) | $510.00 |
| XL8 | Chromosome Analysis (unstimulated) (88237, 88262) | $700.00 |
| XL9 | Immune Deficiency Panel (88180 x 5) | $350.00 |
| XL11 | Post-Transplant Analysis (Recipient) (83890, 83892 x 3, 83894 x 7, 83896, 83912) | $420.00 |
| XL13 | Epstein Barr Virus (83890, 83892, 83894, 83896, 83912) | $180 ~~$210.00~~ |
| XL18 | Pre-Transplant Analysis (Donor) (N/A) | NO CHARGE |
| XL19 | Pre-Transplant Analysis (Recipient) (83890 x 2, 83892 x 4, 83894 x 6, 83896 x 3, 83912) | $530.00 |
| XL20 | Chromosome Analysis Tissue (unstimulated) (88233, 88262) | $700.00 |
| XL21 | PML/RARA Gene Rearrangement (APL) (83890, 83902, 83894 x 2, 83898 x 4, 83912) | $450.00 |

*The XL18 Pre-Transplant Analysis (Donor) is billed to the recipient.*

*NOTE: Profiles equal the sum of the individual tests.*

300003

Printed in the U.S.A.

Connecticut License No. CL-0356