## DIANON SYSTEMS
*The Definitive Choice in Pathology*

S1846749

## HEMATOPATHOLOGY SERVICES

**ACCOUNT INFORMATION**

| ACCOUNT NO. | TELEPHONE NO. |
|---|---|
| M-AEK40 | 706-226-0508 |

ACCOUNT NAME AND ADDRESS
NW GEORGIA HEM/ONC
1504 CHATTANOOGA RD #102
DALTON, GA 30722

REQUESTING PHYSICIAN: Naguib

**PATIENT INFORMATION**

SEX: M

**BILLING INFORMATION**

ICD-9 Code (Required): 205.10

BILL TO: ☒ MEDICARE

**ABN INFORMATION**

Medicare notice text...

**SPECIMEN COLLECTED**

COLLECTION DATE: 4/16/01

SPECIMEN TYPE:
- ☒ Bone Marrow: ☒ ACD (Yellow Top) ☒ Sod. Hep. (Green Top)
- ☒ Slides/Paraffin Blocks

Which is the primary specimen for testing?
☒ Bone Marrow

**CLINICAL INFORMATION**

Clinical Diagnosis: CML

CBC Results: WBC 72.6  Hgb/Hct 12.6/36.9  MCV 93.2
☒ (Attached) RDW 14.9  Plt. Ct. 212

Clinical History:
Drugs/Medication: ∅

Treatment: ☒ None

Indications for Study:
☒ Chronic Leukemia

**TESTS REQUESTED**

Morphologic Interpretation (w/special stains):
- ☒ 490 Bone Marrow Core
- ☒ 491 Bone Marrow Aspirate
- ☒ 492 Bone Marrow Clot
- ☒ 493 Peripheral Blood Smear

APR 17 2001

Molecular/Flow Cytometry Studies:
- ☒ XL3* †Immunophenotyping (Flow Cytometry)

Cytogenetic Evaluation:
- ☒ XL17 Chromosome Analysis (Unstimulated)

[handwritten notes: 1 core, 1 cof, 2 slides, 1 yellow Bm Flow, 1 Green Bm cyto]

## DIANON SYSTEMS

James B. Amberson, M.D.
Laboratory Director

**MNAEK01**     **PRELIMINARY REPORT**

**NW GEORGIA HEM/ONC ***
**1504 CHATTANOOGA RD #102**
**DALTON, GA 30722**

RTE: RP 706-226-5889    SEQ: MAEK

| Accession No. | Chart No. | Sex | DOB | Page |
|---|---|---|---|---|
| S10467496 | 3801 | | | 1 of 4 |

| Patient Name | 435928362 | Collected 04/16/01 |
|---|---|---|

Requesting Physician: NAGUIB, HOSAM, MD *
Received: 04/17/01
Referring Physician:
Reported: 04/19/01

Indications For Study: Chronic Leukemia

### SPECIMEN TYPE
BONE MARROW, CORE BIOPSY, CLOT, SLID, ILIAC

**IMMUNOGLOBULINS**
CD19/KAPPA: 4%
CD19/LAMBDA: 2%

**MONOCLONAL ANTIBODIES**

| T-Cell | | B-Cell | |
|---|---|---|---|
| CD5: | 39% | CD20: | 8% |
| CD3: | 35% | CD22: | 11% |
| CD4: | 25% | CD19: | 11% |
| CD8: | 18% | CD10: | 1% |
| CD2: | 45% | CD23/CD19: | 5% |
| CD7: | 41% | CD103/CD20: | 1% |
| | | CD11C/CD20: | 2% |

| Myeloid | | Miscellaneous | |
|---|---|---|---|
| CD13: | 28% | CD45: | 99% |
| CD33: | 47% | CD16: | 7% |
| CD14: | 4% | CD56: | 16% |
| | | CD57: | 7% |
| | | CD25: | 51% |
| | | CD34: | 9% |
| | | HLA-DR: | 26% |
| | | CD38: | 67% |

**PHOTOMICROGRAPH**

1 - BONE MARROW, LOW POWER
2 - ASPIRATE SMEAR
3 - RETICULIN STAIN
4 - IRON STAIN

CLINICAL HISTORY: This is a 42 year old male with a clinical diagnosis of chronic myelogenous leukemia.

IMMUNOPHENOTYPING INTERPRETATION:

The above data were generated on a population of cells from the bone marrow which cytometrically correspond to lymphoid cells. The specimen has a viability of 97% as determined by staining with propidium iodide. The gated population comprises 3% of the sample. The specimen appears hypercellular and examination of Wright-stained smears and cytospin preparations confirms this impression and show marked granulocytic hyperplasia. The cells fall within the standard lymphoid gate. The cellular population appears increased and a distinctly abnormal population is not identified. The histogram does not suggest

Printed in U.S.A. © 1991 DIANON Systems, Inc.

200 Watson Boulevard
Stratford, CT 06615
(800)328-2666  (203)381-4000
CAP No. 25747-01

CLIA ID#: 07D0644713     Connecticut Lic. #: CL-0356

CONFIDENTIAL HEALTH INFORMATION
PP03262

# DIANON SYSTEMS

RTE: RP 706-226-5889  SEQ: MAEK

| Accession No. | Chart No. | Sex | D.O.B. | Page |
|---|---|---|---|---|
| S10467496 | 3801 | | | 2 of 4 |

James B. Amberson, M.D.
Laboratory Director

| Patient Name | Collected |
|---|---|
| E— | 04/16/01 |

| Requesting Physician | Received |
|---|---|
| NAGUIB, HOSAM, MD * | 04/17/01 |

**MNAEK01  PRELIMINARY REPORT**

| Referring Physician | Reported |
|---|---|
| | 04/19/01 |

that a separate and distinct blast or large cell population is present.

The study shows a relative normal T:B ratio for bone marrow. The T-cell population expresses pan-T-cell antigens (CD2, CD3, CD5, and CD7) in a non-aberrant fashion. The CD4:CD8 ratio is normal. The B cells are a minor population. They express pan-B-cell antigens (CD19, CD20, and CD22) in a non-aberrant fashion. CD10 (CALLA) is not significantly expressed by the B-cell population. Staining for light chains is normal and does not reveal monotypia. The NK cell population is normal in number. Antigens associated with maturing granulocytes (CD13 and CD33) are present in significant numbers of cells in the lymphoid gate consistent with neutrophils. Stem cell/progenitor/blast-associated antigen (CD34) is not detected and/or coexpressed in clinically meaningful numbers.

CONCLUSION:

There is no immunophenotypic evidence for a T-cell or a B-cell neoplasm or acute leukemia. However, marked granulocytic hyperplasia is observed.

GROSS DESCRIPTION:
Received in fixative is one bone marrow core biopsy measuring 1.3 cm. The biopsy is submitted entirely for routine histology in one cassette. Also received is a blood clot, submitted entirely for routine histology in one cassette.

MICROSCOPIC DESCRIPTION:

PERIPHERAL BLOOD:
CBC values (as received): WBC 72.6, Hgb 12.6, Hct 36.9, MCV 93.2, RDW 14.9, platelets 212,000.

Differential (100 cells):

65 % Segmented neutrophils
12 % Metamyelocytes
 8 % Myelocytes
 1 % Promyelocyte
 7 % Lymphocytes
 7 % Basophils

Platelets are numerically and morphologically unremarkable. Red blood cells show mild anisopoikilocytosis with no significant morphologic abnormalities. Neutrophils are markedly increased in number with significant left-shift. Basophils are increased in number.

BONE MARROW BIOPSY:

Printed in U.S.A. © 1991 DIANON Systems, Inc.

CLIA ID#: 07D0644713    Connecticut Lic. #: CL-0356

200 Watson Boulevard
Stratford, CT 06615
(800)328-2666  (203)381-4900
CAP No. 26747-01

CONFIDENTIAL HEALTH INFORMATION
PP03263

# DIANON SYSTEMS

James B. Amberson, M.D.
Laboratory Director

**MNAEK01    PRELIMINARY REPORT**

| | |
|---|---|
| RTE: RP 706-226-5889 | SEQ: MAEK |

| Accession No. | Chart No. | Sex | D.O.B. | Page |
|---|---|---|---|---|
| S10467496 | 3801 | | | 3 of 4 |

| Patient Name | Collected |
|---|---|
| B | 04/16/01 |

| Requesting Physician | Received |
|---|---|
| NAGUIB, HOSAM, MD * | 04/17/01 |

| Referring Physician | Reported |
|---|---|
| | 04/19/01 |

The biopsy is hypercellular for age with patchy cellularity in the range of 90%. The bone marrow is almost completely effaced with diffuse granulocytic infiltrate. Granulocytes show progressive maturation and are markedly increased in number. Megakaryocytes are also increased in number with significant increase in monolobated forms. Erythroid elements show progressive maturation and are relatively reduced in number. No significant morphologic evidence of transformation to acute leukemia.

**CLOT SECTION:**
Clot sections are similar in cellularity and composition to the bone marrow biopsy.

**ASPIRATE SMEARS:**

Differential (400 cells):

52 % Segmented neutrophils and bands
20 % Metamyelocytes
17 % Myelocytes
 2 % Promyelocytes
 8 % Nucleated red blood cells
 1 % Basophils

Aspirate smears are richly particulate and cellular. The M:E ratio is 11:1. Megakaryocytes are increased in number with increase in monolobated forms. Erythroid elements show progressive maturation and are relatively reduced in number. Myeloid elements show progressive maturation to segmented neutrophils with significant increase in both mature and immature forms. Blast count comprises less than 1% of the entire elements examined.

**IRON STAINS:**
Iron stains show trace of stainable storage iron.

**RETICULIN STAIN:**
Reticulin stains show focal mild increase in reticulin content.

**FINAL DIAGNOSIS:**

**PERIPHERAL BLOOD (BY REPORT):**

1. Granulocytic hyperplasia, consistent with myeloproliferative disorder.

**BONE MARROW:**

Printed in U.S.A. © 1991 DIANON Systems, Inc.

CLIA ID#: 07D0644713        Connecticut Lic. #: CL-0356

200 Watson Boulevard
Stratford, CT 06615
(800)328-2666  (203)381-4000
CAP No. 25747-01

CONFIDENTIAL HEALTH INFORMATION
PP03264

**DIANON SYSTEMS**

James B. Amberson, M.D.
Laboratory Director

MNAEK01    PRELIMINARY REPORT

RTE: RP 706-226-5889    SEQ: MAEK

| Accession No. | Chart No. | Sex | D.O.B. | Page |
| S10467496 | 3801 | | | 4 of 4 |

| Patient Name | | Collected 04/16/01 |
| Requesting Physician NAGUIB, HOSAM, MD | | Received 04/17/01 |
| Referring Physician | | Reported 04/19/01 |

1. Hypercellular marrow with granulocytic hyperplasia, diagnostic for myeloproliferative disorder.

2. Focal increase in reticulin content.

3. Stainable storage iron.

4. No evidence of transformation to acute leukemia, see comment.

COMMENT:
The overall peripheral blood and bone marrow findings are consistent with myeloproliferative disorder, such as chronic myelogenous leukemia. However, these results should be correlated with relevant clinical and laboratory data (e.g., cytogenetic studies/bcr-abl gene rearrangement testing) for definitive subclassification. Should you have any questions, I can be reached at (203) 381-4000.

*Sherif Ibrahim*
Sherif Ibrahim, M.D., PhD.

Printed in U.S.A. © 1991 DIANON Systems, Inc.

200 Watson Boulevard
Stratford, CT 06615
(800)328-2666  (203)381-4000
CAP No. 26747-01

CLIA ID#: 07D0644713    Connecticut Lic. #: CL-0356

CONFIDENTIAL HEALTH INFORMATION
PP03265

# DIANON Systems
*The Definitive Choice in Pathology*

**HEMATOPATHOLOGY SERVICES TEST REQUISITION**

S111178036  6

**ACCOUNT NO.:** M-AEK40  **TELEPHONE NO.:** 706-226-0508  *STRA*

**ACCOUNT NAME AND ADDRESS:**
NW GEORGIA HEM/ONC
1604 CHATTANOOGA RD #102
DALTON, GA 30722

**REQUESTING PHYSICIAN:** Naguib

**ICD-9 Code (Required):** 205.10

**BILL TO:** ☒ MEDICARE  REDACTED

## Medicare Advance Beneficiary Notification

Medicare will only pay for services that it determines to be reasonable and necessary under section 1862(a)(1) of the Medicare law. If Medicare determines that a particular service, although it would otherwise be covered, is not reasonable and necessary under Medicare program standards, Medicare will deny payment for that service.

This notification applies to you if:
a.) One or more limited coverage (†) tests, are requested by the physician, either separately or as part of a panel AND
b.) For limited coverage tests (†), the patient's diagnosis DOES NOT match any of the ICD-9 (diagnosis) codes established as eligible for coverage by the Medicare carrier.

The physician/supplier believes that, in your case, Medicare is likely to deny payment for the following reason:
† = Medicare usually does not pay for this limited coverage test for the provided diagnosis.

### Patient Signature
I have been notified by my physician that he/she believes that, in my case Medicare is likely to deny payment for the tests identified on the right for the reasons stated above. If Medicare denies payment, I agree to be personally responsible for payment.

Patient Signature _____  Date _____

**SPECIMEN TYPE:**  **COLLECTION DATE:** 11/16/01
- ☐ Lymph Node  Site _____  ☐ Fresh  ☐ Frozen
- ☐ Solid Tumor  Site _____  ☐ Fresh  ☐ Frozen
- ☒ Bone Marrow: ☒ ACD (Yellow Top)  ☒ Sod. Hep. (Green Top)
- ☐ Peripheral Blood: ☐ ACD (Yellow Top)  ☐ Sod. Hep. (Green Top)
- ☒ Slides/Paraffin Blocks  ☐ Stem Cells
- ☒ Other: ILIAC

**Which is the primary specimen for testing?**
☐ Blood  ☒ Bone Marrow  ☐ Other

**Clinical Diagnosis:** CML Chronic Phase on Gleevec

**CBC Results:** WBC 5.6  % Lymph 30  Hgb/Hct 13/41
☐ (Attached)  MCV 97  RDW 17  Plt. Ct 196

**Clinical History:**
Drugs/Medication: _____
History of Malignancy  Type: _____  Site: _____
☐ Splenomegaly  ☐ Lymphadenopathy
**Treatment:**
☐ None  ☐ Chemo.  ☐ Rad.  Dates: from _____ to _____

**Indications for Study:**
- ☐ Cytopenia(s)  ☐ Myelodysplasia  ☐ Anemia
- ☐ Monoclonal Gammopathy  ☒ Chronic Leukemia  ☐ Acute Leukemia
- ☐ Myeloproliferative Disorder  ☐ Staging Lymphoma  ☐ Carcinoma
- ☐ Other

## Morphologic Interpretation (w/special stains)
- ☒ 490 Bone Marrow Core  ☒ 491 Bone Marrow Aspirate
- ☒ 492 Bone Marrow Clot  ☒ 493 Peripheral Blood Smear
- ☒ Permission to perform additional cytochemical, flow cytometry, molecular genetic or cytogenetic studies if medically necessary to render a diagnosis in the opinion of the reviewing pathologist.

### Flow Cytometry Studies
- ☒ XL3* † Immunophenotyping
- ☐ XL4* † Immunophenotyping w/...Gene Rearrangement
- ☐ XL9 † Immune Deficiency Panel (Provide WBC Count & % Lymph)
- ☐ XL41 † PNH (Paroxysmal Nocturnal Hemoglobinuria)
*Standard Panel of 26 Antibodies

### Molecular Studies
**Clonality Assays**
**Southern Blot**
- ☐ XL5  T-Cell/B-Cell (Southern Blot)  ☐ XL5TP3 T-Cell (PCR)
- ☐ XLST  T-Cell (Southern Blot)
- ☐ XLSB  B-Cell (Southern Blot)
- ☐ XL13  Epstein Barr Virus (Southern Blot)

**Gene Rearrangements by PCR (Leukemia)**
**Individual Tests**
- ☒ XL6  BCR/ABL t(9;22) (P/O)  ☐ t(8;21)
- ☐ XL42  MLL/AF4 t(4;11)
- ☐ XL44  TEL/AML1 t(12;21)
- ☐ XL47  E2A/PBX1 t(1;19)
- ☐ XL51  MLL/AF9 t(X;11)
- ☐ XL54  HOX11 t(7;10)  ☐ NPM/MLF1 t(3;5)
- ☐ XL21  PML/RARA t(15;17)  ☐ XL58  MLL/AF9

**Profiles**
- ☐ XL48  ALL Profile (BCR/ABL, E2A/PBX1, MLL/AF4, TEL/AML1, SIL/TAL)
- ☐ XL53  AML Profile (BCR/ABL, AML1/ETO, PML/RARA, CBFB/MYH11, MLL/AF4)

**Gene Rearrangements (Lymphoma)**
- ☐ XL25  BCL-1 t(11;14) (PCR)  ☐ XL50  NPM/ALK T(2;5) (PCR)
- ☐ XL7  BCL-2 t(14;18) (PCR)  ☐ XL59  BCL-6 (Southern Blot)

**Coagulation/Hemochromatosis**
- ☐ XL23  Prothrombin G20210A Mutation Analysis
- ☐ XL24  Factor V Leiden Mutation Analysis
- ☐ XL26  MTHFR C667T Mutation Analysis
- ☐ M133  Hereditary Hemochromatosis

**Virology & Parasitology**
Test for ☐ Active Infection or ☐ Latent Infection
- ☐ XL13  Epstein-Barr Virus Clonality (Southern Blot)
- ☐ XL27  Epstein-Barr Virus (PCR)
- ☐ XL38  Varicella-Zoster (PCR)
- ☐ XL28  Toxoplasma Gondii (PCR)
- ☐ XL29  Cytomegalovirus (PCR)
- ☐ XL31  Herpes Simplex Virus I (PCR)
- ☐ XL32  Herpes Simplex Virus II (PCR)
- ☐ XL33  Human Herpesvirus Type 6 (PCR)
- ☐ XL39  Human Herpesvirus Type 7 (PCR)
- ☐ XL30  Human Herpesvirus Type 8 (PCR)
- ☐ XL40  Human Parvovirus B19 (PCR)

**Transplant**
- ☐ XL35  Pre-Transplant Analysis, Donor, by VNTR (Name of Recipient)
- ☐ XL34  Pre-Transplant Analysis, Recipient, by VNTR (Name of Donor)
- ☐ XL37  Post-Transplant...

**Cytogenetic Evaluation**
- ☐ XL8  Chromosome Analysis for Hematologic Disorders (unstimulated)
- ☒ XL20  Chromosome Analysis (Solid Tumor/Biopsy)
- ☐ K400  Fanconi Anemia Chromosome Breakage Study
- ☐ K20  FISH** Specify _____

**CPT code 88271 for each FISH probe performed

Handwritten notes: SLIDES 1 CORE 1 CLOT 1 YELLOW FLOW SOUTH/W DNA GREEN BM CYTO

DIANON Systems, Inc. • 200 Watson Boulevard • Stratford, CT 06615 • 800-328-2666 • 203-381-4000
© 1995 DIANON Systems, Inc.  CT Lic. #: CL-0356
(1189) Rev. 8/01

WHITE COPY TO DIANON   PINK COPY TO PHYSICIAN

CONFIDENTIAL HEALTH INFORMATION
PP03266

## DIANON] SYSTEMS

James B. Amberson, M.D.
Laboratory Director

**MNAEK01**    **DIAGNOSTIC REPORT**

**NW GEORGIA HEM/ONC ***
**1504 CHATTANOOGA RD #102**

**DALTON, GA 30722**

RTE: RP 706-226-5889  SEQ: MAEK

| Accession No. | Chart No. | Sex | D.O.B. | Page |
|---|---|---|---|---|
| S11178036 | 3801 | | | 1 of 4 |

| Patient Name | Collected |
|---|---|
| | 11/16/01 |
| NAGUIB, HOSAM, MD * | Received |
| | 11/17/01 |
| Referring Physician | Reported |
| | 11/21/01 |

Indications For Study
CML, CHRONIC PHASE, ON GLEEVAC

**SPECIMEN TYPE**
BONE MARROW, CORE BIOPSY, CLOT, SLID, ILIAC

**IMMUNOGLOBULINS**
CD19/KAPPA: 14%
CD19/LAMBDA: 10%

**MONOCLONAL ANTIBODIES**

| T-Cell | | B-Cell | |
|---|---|---|---|
| CD5: | 63% | CD20: | 24% |
| CD3: | 65% | CD22: | 25% |
| CD4: | 34% | CD19: | 26% |
| CD8: | 27% | CD10: | 1% |
| CD2: | 67% | CD23/CD19: | 9% |
| CD7: | 63% | CD103/CD20: | 0% |
| | | CD11C/CD20: | 2% |

| Myeloid | | Miscellaneous | |
|---|---|---|---|
| CD13: | 1% | CD45: | 98% |
| CD33: | 1% | CD16: | 7% |
| CD14: | 1% | CD56: | 9% |
| | | CD57: | 13% |
| | | CD25: | 30% |
| | | CD34: | 1% |
| | | HLA-DR: | 32% |
| | | CD38: | 30% |

**PHOTOMICROGRAPH**



1 - CORE BIOPSY, 4X
2 - GRANULOCYTIC & MEGAKARYOCYTIC HYPERPLASIA, 40X
3 - LYMPHOID AGGREGATE, 40X
4 - ATYPICAL MEGAKARYOCYTES, 100X

CLINICAL HISTORY: 43 year old man with CML on Gleevec.

IMMUNOPHENOTYPING INTERPRETATION:

The above data were generated on a population of cells from the bone marrow which cytometrically correspond to lymphoid cells. The specimen has a viability of 93% as determined by staining with propidium iodide. The gated population comprises 10% of the sample. The specimen appears cellular and examination of Wright-stained smears and cytospin preparations confirms this impression. The cells fall within the standard lymphoid gate. The histogram does not suggest that a separate and distinct blast population is present.

Printed in U.S.A. © 1991 DIANON Systems, Inc.

Tests Performed by DIANON Systems at 200 Watson Blvd, Stratford CT

200 Watson Boulevard
Stratford, CT 06615
(800)328-2666  (203)381-4000
CAP No. 26747-01

CONFIDENTIAL HEALTH INFORMATION
PP03273

# DIANON SYSTEMS

| | |
|---|---|
| RTE: RP 706-226-5889 | SEQ: MAEK |

| Accession No. | Chart No. | Sex | D.O.B. | Page |
|---|---|---|---|---|
| S11178036 | 3801 | | - | 2 of 4 |

James B. Amberson, M.D.
Laboratory Director

| | |
|---|---|
| | Collected 11/16/01 |
| Requesting Physician NAGUIB, HOSAM, MD * | Received 11/17/01 |
| Referring Physician | Reported 11/21/01 |

**MNAEK01    DIAGNOSTIC REPORT**

The T-cell population expresses pan-T-cell antigens (CD2, CD3, CD5, and CD7) in a non-aberrant fashion. The CD4:CD8 ratio is increased. The B cells are a minor population. They express pan-B-cell antigens (CD19, CD20, and CD22) in a non-aberrant fashion. CD10 (CALLA), CD5, CD11c (bright), and CD103 are not significantly expressed by the B-cell population. Staining for light chains is of normal intensity and does not reveal monotypia. The NK cell population is normal in number.

Separate gating on myeloid elements (data not shown above) shows a proportion of CD13(+) and/or CD33(+) myeloid cells which is greater than expected for a normal marrow. There is no significant CD34 coexpression among these cells, however, and markers of later myeloid differentiation (CD11c and CD16) are expressed by a significant number of cells.

CONCLUSION:

Features consistent with continued involvement by a myeloproliferative process. There is no definitive immunophenotypic evidence for a T-cell or B-cell neoplasm, or acute leukemia.

GROSS DESCRIPTION:
Received in formalin are two cores measuring 0.5 x 0.2 cm and 0.4 x 0.2 cm, submitted in one cassette, and a 2.0 x 1.5 x 0.3 cm clot, submitted in another cassette.

MICROSCOPIC DESCRIPTION:

PERIPHERAL BLOOD:
CBC values (11/16/01): WBC 5.6, RBC 4.27, MCV 97.1, platelets 176K.

Red cells are normochromic normocytic with an increase in macrocytes resulting in moderate to marked anisocytosis; poikilocytosis is mild. Polychromasia appears normal. The number of platelets is within the low range of normal. Leukocytes are normal in number. Scanning of the smear shows no significant increase in basophils or immature granulocytes.

Differential (100 cells):

56 % Neutrophils, segmented
30 % Lymphocytes
12 % Monocytes
2 % Eosinophils

ASPIRATE SMEARS:

Differential (200 cells):

Printed in U.S.A. © 1991 DIANON Systems, Inc.

Tests Performed by DIANON Systems at 200 Watson Blvd, Stratford CT    Connecticut Lic. #: CL-0356

200 Watson Boulevard
Stratford, CT 06615
(800)328-2666  (203)381-4000
CAP No. 26747-01

CONFIDENTIAL HEALTH INFORMATION
PP03274

**DIANON SYSTEMS**

James B. Amberson, M.D.
Laboratory Director

MNAEK01    DIAGNOSTIC REPORT

RTE: RP 706-226-5889   SEQ: MAEK

| Accession No. | Chart No. | Sex | D.O.B. | Page |
|---|---|---|---|---|
| S11178036 | 3801 | | | 3 of 4 |

Patient Name

Requesting Physician: NAGUIB, HOSAM, MD *

Referring Physician

Collected: 11/16/01
Received: 11/17/01
Reported: 11/21/01

0.5 % Myeloblasts
18.0 % Erythroids
1.0 % Promyelocytes
66.5 % Neutrophils and precursors
4.0 % Monocytes
3.0 % Eosinophils
0.5 % Basophils
5.5 % Lymphocytes
1.0 % Plasma cells

Neutrophil granulocytes are increased; there is complete maturation but segmented neutrophils and myelocytes account for most. No significant cytological atypicality is identified within this series. Erythroid maturation is orderly and complete. An occasional megakaryocyte is small and hypolobate. Lymphocytes and plasma cells are within the normal range.

BONE MARROW BIOPSY:
Sections show a markedly hypercellular marrow at 95% cellularity due to granulocytic hyperplasia. The M:E ratio is about 4:1, in agreement with the differential count. The number of megakaryocytes is also slightly increased; they are singly distributed. There is a focal increase in stromal elements including small well-differentiated lymphocytes that occasionally form small interstitial aggregates. No metastatic tumor infiltration or granulomas are seen.

CLOT SECTIONS:
Clot sections reflect the core biopsy findings.

IRON STAINS:
Storage and sideroblastic iron are decreased.

RETICULIN STAIN:
There is a slight focal increase in fibrosis.

FINAL DIAGNOSIS:

PERIPHERAL BLOOD:

1. No specific pathologic change (see description).

BONE MARROW:

1. Markedly hypercellular marrow (95% cellularity) with granulocytic and megakaryocytic hyperplasia (see comment).

Printed in U.S.A. © 1991 DIANON Systems, Inc.

Tests Performed by DIANON Systems at 200 Watson Blvd, Stratford CT

Connecticut Lic. #: CL-0356

200 Watson Boulevard
Stratford, CT 06615
(800)328-2666  (203)381-4000
CAP No. 26747-01

CONFIDENTIAL HEALTH INFORMATION
PP03275

## DIANON SYSTEMS

James B. Amberson, M.D.
Laboratory Director

**MNAEK01**   **DIAGNOSTIC REPORT**

RTE: RP 706-225-5889   SEQ: MAEK

| Accession No. | Chart No. | Sex | D.O.B. | Page |
|---|---|---|---|---|
| S11178036 | 3801 | | | 4 of 4 |

| Patient Name | Collected |
|---|---|
| | 11/16/01 |

| Requesting Physician | Received |
|---|---|
| NAGUIB, HOSAM, MD * | 11/17/01 |

| Referring Physician | Reported |
|---|---|
| | 11/21/01 |

2. Decreased storage and sideroblastic iron, suggesting iron depletion.

COMMENT:
These findings are consistent with chronic myeloid leukemia in chronic phase. Should you have any questions, I can be reached at (203) 381-4000.

*James J. Tiesinga, M.D.*

Printed in U.S.A. © 1991 DIANON Systems, Inc.

Tests Performed by DIANON Systems at 200 Watson Blvd, Stratford CT

Connecticut Lic. #: CL-0356

200 Watson Boulevard
Stratford, CT 06615
(800)328-2668  (203)381-4000
CAP No. 25747-01

CONFIDENTIAL HEALTH INFORMATION
PP03276

# DIANON Systems
*The Definitive Choice in Pathology*

SP2001396  6

## HEMATOPATHOLOGY SERVICES
## TEST REQUISITION

**ACCOUNT NO.** M-AEK40  
**TELEPHONE NO.** 706-226-0508  *STRA*

**ACCOUNT NAME AND ADDRESS**  
NW GEORGIA HEM/ONC #  
1504 CHATTANOOGA RD #102  
DALTON, GA 30722

**REQUESTING PHYSICIAN:** Naguib

**PATIENT INFORMATION:** REDACTED

SEX: M ☒ F ☐

**ICD-9 Code (Required):** 205.10

BILL TO: ☐ Account ☐ Patient ☒ Medi — REDACTED

Date stamp: JAN 29 2002

### MEDICARE ADVANCE BENEFICIARY NOTIFICATION
Medicare will only pay for services that it determines to be reasonable and necessary under section 1862(a)(1) of the Medicare law. If Medicare determines that a particular service, although it would otherwise be covered, is not reasonable and necessary under Medicare program standards, Medicare will deny payment for that service.

This notification applies to you if:
a.) One or more limited coverage (†) tests, are requested by the physician, either separately or as part of a panel AND
b.) For limited coverage tests (†), the patient's diagnosis DOES NOT match any of the ICD-9 (diagnosis) codes established as eligible for coverage by the Medicare carrier.

The physician/supplier believes that, in your case, Medicare is likely to deny payment for the following reason:
† = Medicare usually does not pay for this limited coverage test for the provided diagnosis.

**Patient Signature**

### Specimen
**COLLECTION DATE:** 1/28/02

**SPECIMEN TYPE:**
- ☐ Lymph Node: Site ___ ☐ Fresh ☐ Frozen
- ☐ Solid Tumor: Site ___ ☐ Fresh ☐ Frozen
- ☒ Bone Marrow: ☒ ACD (Yellow Top) ☒ Sod. Hep. (Green Top)
- ☒ Peripheral Blood: ☐ ACD (Yellow Top) ☒ Sod. Hep. (Green Top)
- ☒ Slides/Paraffin Blocks ☐ Stem Cells
- ☐ Other ___

Which is the primary specimen for testing?  
☐ Blood  ☒ Bone Marrow  ☐ Other

**Clinical Diagnosis:** Chronic myeloid leukemia

**CBC Results:** WBC 7.3  Hgb/Hct 14.4/44  MCV 92.1  
☐ (Attached)  RDW 14.3  Plt. Q 227  Retic. Q ___

**Clinical History:**  
Drugs/Medication: Soma, Coumadin, Gleevac  
History of Malignancy: Type ___  Site ___  
☐ Splenomegaly  ☐ Lymphadenopathy  

**Treatment:**  
☐ None  ☒ Chemo  ☐ Rad.  Dates: from 6/01 to 9/01

**Indications for Study:**
- ☐ Cytopenia(s)
- ☐ Monoclonal Gammopathy
- ☐ Myeloproliferative Disorder
- ☐ Myelodysplasia
- ☒ Chronic Leukemia
- ☐ Staging Lymphoma
- ☐ Anemia
- ☐ Acute Leukemia
- ☐ Carcinoma
- ☐ Other

### Morphologic Interpretation (w/special stains)
- ☒ 490 Bone Marrow Core
- ☒ 491 Bone Marrow Aspirate
- ☒ 492 Bone Marrow Clot
- ☒ 493 Peripheral Blood Smear
- ☐ Permission to perform additional cytochemical, flow cytometry, molecular genetic or cytogenetic studies if medically necessary to render a diagnosis in the opinion of the reviewing pathologist.

### Flow Cytometry Studies
- ☒ XL3* † Immunophenotyping (Flow Cytometry - Leukemia/Lymphoma)
- ☐ XL4* † Immunophenotyping with T-Cell/B-Cell Gene Rearrangement
- ☐ XL9 † Immune Deficiency Panel (Provide WBC Count & % Lymph)
- ☐ XL41 † PNH (Paroxysmal Nocturnal ___)
*Standard Panel of 26 Antibodies.

### Molecular Studies
**Clonality Assays**
- ☐ XL5  T-cell/B-cell (Southern Blot)
- ☐ XL5T  T-cell (Southern Blot)
- ☐ XL5B  B-cell (Southern Blot)
- ☐ XL5TP3  T-cell (PCR)
- ☐ XL5BP2  B-cell (PCR)
- ☐ XL13  Epstein Barr Virus Clonality (Southern Blot)

**Gene Rearrangements by PCR (Lymphoma)**
- ☐ XL25  Bcl-1 [t(11;14)]
- ☐ XL7  Bcl-2 [t(14;18)]
- ☐ XL50  NPM/ALK [t(2;5)]

**Gene Rearrangements by PCR (Leukemia)**
- ☐ ___ [t(9;22)]
- ☐ ___ PML/RARA [t(15;17)]
- ☐ XL42  MLL/AF4 [t(4;11)]
- ☐ XL43  AML1/ETO [t(8;21)]
- ☐ XL44  TEL/AML1 [t(12;21)]
- ☐ XL45  CBFB/MYH11 [inv(16)]
- ☐ ___  ___ [t(1p32)]
- ☐ ___  E2A/PBX1 [t(1;19)]
- ☐ XL49  MLL/AF6 [t(6;11)]
- ☐ XL51  MLL/AFX [t(X;11)]
- ☐ XL52  TEL/PDGFR [t(5;12)]
- ☐ XL53  AML Panel (bcr/abl, AML1/ETO, PML/RARA, CBFB/MYH11, MLL/AF4, TEL/AML1, SIL/TAL)

### Coagulation
- ☐ XL23  Prothrombin C20210A Mutation Analysis
- ☐ XL24  Factor V Leiden Mutation Analysis
- ☐ XL26  MTHFR C667T Mutation Analysis

### Virology & Parasitology
Test for: ☐ Active Infection or ☐ Latent Infection
- ☐ XL13  Epstein-Barr Virus Clonality (Southern Blot)
- ☐ XL27  Epstein-Barr Virus (PCR)
- ☐ XL38  Varicella-Zoster (PCR)
- ☐ XL28  Toxoplasma Gondii (PCR)
- ☐ XL29  Cytomegalovirus (PCR)
- ☐ XL31  Herpes Simplex Virus I (PCR)
- ☐ ___  Herpes ___ (PCR)
- ☐ ___  Human Herpesvirus Type 6 (PCR)
- ☐ XL39  Human Herpesvirus Type 7 (PCR)
- ☐ ___  Human Herpesvirus Type 8 (PCR)
- ☐ XL40  Human Parvovirus B19 (PCR)

### Cytogenetic Evaluation
- ☒ XL8  Chromosome Analysis
- ☐ XL20  Chromosome Analysis (Solid Tumor/Biopsy)
- ☐ K400  Fanconi Anemia Chromosome Breakage Study
- ☐ K20  FISH** Specify ___
**CPT code 88271 for each FISH probe performed

### Transplant
- ☐ XL18  Pre-Transplant Analysis, Donor (RFLP) (Name of Recipient ___)
- ☐ XL19  Pre-Transplant Analysis, Recipient (RFLP) (Name of Donor ___)
- ☐ XL11  Post-Transplant Analysis (RFLP)
- ☐ XL35  Pre-Transplant Analysis, Donor, by VNTR (Name of Recipient ___)
- ☐ XL34  Pre-Transplant Analysis, Recipient, by VNTR (Name of Donor ___)
- ☐ XL37  Post-Transplant Analysis by VNTR

Handwritten notes across right side: "1 core", "1 clot", "3 slides", "1 touchprep", "1 core to flow", "1 core to cyto"

DIANON Systems, Inc. • 200 Watson Boulevard • Stratford, CT 06615 • 800-328-2666 • 203-381-4000
© 1995 DIANON Systems, Inc.  CT Lic. #: CL-0356
(1189)  Rev. 11/00

WHITE COPY TO DIANON  PINK COPY TO PHYSICIAN

CONFIDENTIAL HEALTH INFORMATION
PP03279

```
                                                            RTE: RP 706-226-5889  SEQ: MAEK
┌─────────────────────────────────┬──────────────────────────────────────────────────┐
│ DIANON] SYSTEMS                 │ Accession No. │ Chart No. │ Sex │ D.O.B. │ Page  │
│                                 │ SA2001396     │           │     │        │ 1 of 4│
```

# DIANON] SYSTEMS

James B. Amberson, M.D.
Laboratory Director

**MNAEK01**   **DIAGNOSTIC REPORT**

**NW GEORGIA HEM/ONC ***
**1504 CHATTANOOGA RD #102**
**DALTON, GA 30722**

| Accession No. | Chart No. | Sex | D.O.B. | Page |
|---|---|---|---|---|
| SA2001396 | | | | 1 of 4 |

| Patient Name | Collected |
|---|---|
| | 01/28/02 |

| Requesting Physician | Received |
|---|---|
| NAGUIB, HOSAM, MD * | 01/29/02 |

| Referring Physician | Reported |
|---|---|
| | 01/31/02 |

| Indications For Study |
|---|
| CML |

## SPECIMEN TYPE
BONE MARROW, CORE BIOPSY, CLOT, SLID, ILIAC

### IMMUNOGLOBULINS
CD19/KAPPA: 12%
CD19/LAMBDA: 7%

### MONOCLONAL ANTIBODIES

| T-Cell | | B-Cell | |
|---|---|---|---|
| CD5: | 67% | CD20: | 17% |
| CD3: | 69% | CD22: | 22% |
| CD4: | 42% | CD19: | 22% |
| CD8: | 26% | CD10: | 1% |
| CD2: | 71% | CD23/CD19: | 7% |
| CD7: | 65% | CD103/CD20: | 1% |
| | | CD11C/CD20: | 2% |

| Myeloid | | Miscellaneous | |
|---|---|---|---|
| CD13: | 2% | CD45: | 96% |
| CD33: | 3% | CD16: | 4% |
| CD14: | 2% | CD56: | 8% |
| | | CD57: | 8% |
| | | CD25: | 32% |
| | | CD34: | 1% |
| | | HLA-DR: | 27% |
| | | CD38: | 22% |

### PHOTOMICROGRAPH



1 - BIOPSY, TRILINEAGE HEMATOPOIESIS
2 - CLOT, MEGAKARYOCYTE
3 - ASPIRATE, MATURING HEMATOPOIESIS
4 - CLOT, IRON STAIN (POSITIVE)

CLINICAL HISTORY: This is a 43 year old male with chronic myelogenous leukemia (CML) on Gleevec chemotherapy.

IMMUNOPHENOTYPING INTERPRETATION:

The above data were generated on a population of cells from the bone marrow which cytometrically correspond to lymphoid cells. The specimen has a viability of 92% as determined by staining with propidium iodide. The gated population comprises 13% of the sample. The specimen appears cellular and examination of Wright-stained smears and cytospin preparations confirms this impression. The cells fall within the standard lymphoid gate. The histogram does not suggest that a separate and distinct blast population is present.

Printed in U.S.A. © 1991 DIANON Systems, Inc.

200 Watson Boulevard
Stratford, CT 06615
(800)328-2666  (203)381-4000

Tests Performed by DIANON Systems at 200 Watson Blvd, Stratford CT

CONFIDENTIAL HEALTH INFORMATION
PP03288

# DIANON] SYSTEMS

James B. Amberson, M.D.
Laboratory Director

**MNAEK01**    **DIAGNOSTIC REPORT**

| | |
|---|---|
| RTE: RP 706-226-5889 | SEQ: MAEK |

| Accession No. | Chart No. | Sex | D.O.B. | | Page |
|---|---|---|---|---|---|
| SA2001396 | | | | /s | 2 of 4 |

| Patient Name | 435928362 | Collected |
|---|---|---|
| | | 01/28/02 |

| Requesting Physician | Received |
|---|---|
| NAGUIB, HOSAM, MD * | 01/29/02 |

| Referring Physician | Reported |
|---|---|
| | 01/31/02 |

The study shows a relative normal T:B ratio for bone marrow. The T-cell population expresses pan-T-cell antigens (CD2, CD3, CD5, and CD7) in a non-aberrant fashion. The CD4:CD8 ratio is normal. The B cells are a minor population. They express pan-B-cell antigens (CD19, CD20, and CD22) in a non-aberrant fashion. CD10 (CALLA), CD5, CD103 and CD11c(bright) are not significantly expressed by the B-cell population. Staining for light chains does not reveal monotypia. The NK cell population is normal in number. Antigens associated with maturing granulocytes (CD13 and CD33) are not present in significant numbers of cells in the lymphoid gate. Stem cell/progenitor/blast-associated antigen (CD34) is not detected and/or coexpressed in clinically meaningful numbers.

CONCLUSION:

There is no detectable immunophenotypic evidence of a T-cell or B-cell lymphoid neoplasm, or acute leukemia.

GROSS DESCRIPTION:
Received in formalin is a homogeneous bone marrow core biopsy specimen measuring 0.4 x 0.2 x 0.2 cm. The specimen is submitted in toto in one cassette. Received in formalin is clot section material measuring 0.6 x 0.6 x 0.2 cm. The specimen is submitted in toto in one cassette.

MICROSCOPIC DESCRIPTION:

PERIPHERAL BLOOD:
CBC values (as provided): Hgb 14.4, Hct 44.4, MCV 92.1, RDW 14.3, platelet count 227,000, WBC 7300.

Differential (100 cells):

64 % Segmented neutrophils and bands
27 % Lymphocytes
6 % Monocytes
2 % Eosinophils
1 % Basophils

The red blood cells appear normocytic and normochromic and exhibit a mild degree of anisopoikilocytosis and polychromasia. Platelets are present in adequate numbers. White blood cells are present in normal number and exhibit no overt or diagnostic cytologic abnormalities.

ASPIRATE SMEARS:

Differential (200 cells):

Printed in U.S.A. © 1991 DIANON Systems, Inc.

Tests Performed by DIANON Systems at 200 Watson Blvd, Stratford CT

200 Watson Boulevard
Stratford, CT 06615
(800)328-2566   (203)381-4000

CONFIDENTIAL HEALTH INFORMATION
PP03289

# DIANON SYSTEMS

James B. Amberson, M.D.
Laboratory Director

**MNAEK01**  **DIAGNOSTIC REPORT**

RTE: RP 706-226-5889  SEQ: MAEK

| Accession No. | Chart No. | Sex | D.O.B. | Page |
|---|---|---|---|---|
| SA2001396 | | | | 3 of 4 |

| Patient Name | Collected |
|---|---|
| | 01/28/02 |

| Requesting Physician | Received |
|---|---|
| NAGUIB, HOSAM, MD * | 01/29/02 |

| Referring Physician | Reported |
|---|---|
| | 01/31/02 |

40 % Segmented neutrophils and bands
13 % Metamyelocytes
11 % Myelocytes
2 % Promyelocytes
1 % Blasts
2 % Plasma cells
18 % Nucleated red blood cells
7 % Lymphocytes
2 % Monocytes
4 % Eosinophils

The aspirate smears are cellular and contain adequate spicules for evaluation. There is maturing trilineage hematopoiesis. Erythroid precursors show normoblastic maturation and granulocytic elements mature to segmented neutrophils. The M:E ratio is estimated at 4.1:1. There is patchy eosinophilia. Megakaryocytes are mildly increased in number with focal cytologic atypia. No significant lymphocytosis or plasmacytosis is noted. The touch preparation has a similar overall appearance and cellular composition to the aspirate smears.

BONE MARROW BIOPSY:
The bone marrow core biopsy specimen consists primarily of dense connective tissue and cortical bone. There is focal evidence of cellular marrow (40-50%) in this subcortical location. Erythroid precursors and granulocytic elements show complete maturation with an M:E ratio of 4:1. Megakaryocytes are identified. There are no discrete lymphoid aggregates or significant plasma cell infiltrates.

CLOT SECTION:
The bone marrow clot section contains numerous marrow particles for histologic evaluation. There is maturing trilineage hematopoiesis with an overall cellularity estimated at 70-75%. Erythroid precursors and granulocytic elements show complete maturation with an M:E ratio of 4:1. Megakaryocytes are mildly increased in number and exhibit focal cytologic atypia. Prominent megakaryocyte clustering is not identified. There are also multiple (scattered), well-circumscribed lymphoid aggregates with a heterogeneous cytologic appearance, including small lymphocytes, intermixed plasma cells and scattered histiocytes.

IRON STAINS:
The iron stain preparations demonstrate a mild to moderate increase in storage iron. Sideroblastic iron is detected. Ringed sideroblasts are not identified.

RETICULIN STAIN:
The reticulin stain shows a focal, mild increase in reticulin fibers.

FINAL DIAGNOSIS:

Printed in U.S.A. © 1991 DIANON Systems, Inc.

Tests Performed by DIANON Systems at 200 Watson Blvd, Stratford CT

200 Watson Boulevard
Stratford, CT 06615
(800)328-2666  (203)381-4000

CONFIDENTIAL HEALTH INFORMATION

## DIANON SYSTEMS

James B. Amberson, M.D.
Laboratory Director

**MNAEK01**   **DIAGNOSTIC REPORT**

| | |
|---|---|
| RTE: RP 706-225-5885 | SEQ: MAEK |

| Accession No. | Chart No. | Sex | D.O.B. | Page |
|---|---|---|---|---|
| SA2001396 | | | | 4 of 4 |

| Patient Name | Collected |
|---|---|
| | 01/28/02 |

| Requesting Physician | Received |
|---|---|
| NAGUIB, HOSAM, MD * | 01/29/02 |

| Referring Physician | Reported |
|---|---|
| | 01/31/02 |

PERIPHERAL BLOOD:

1. No diagnostic abnormalities.

BONE MARROW:

1. Variably cellular marrow (normocellular to hypercellular areas) with maturing trilineage hematopoiesis and mild megakaryocytic hyperplasia.

2. Increased storage iron.

3. Focal, mild increase in reticulin fibers.

4. No morphologic or flow cytometric evidence of acute leukemia (blast crisis).

5. Multiple (scattered) lymphoid aggregates with negative flow cytometry study, non-diagnostic.

COMMENT:
The overall peripheral blood and bone marrow findings are compatible with a patient undergoing Gleevec chemotherapy for CML. Correlation with cytogenetic studies will be necessary for further characterization, and to document the presence or absence of the Philadelphia chromosome [t(9;22)]. Molecular genetic studies (bcr-abl gene rearrangement testing by PCR and/or FISH analysis) may also be informative, as clinically warranted. Should you have any questions, or require additional testing on this sample, please contact me at (203) 381-4000. This case was reviewed by another member of the DIANON hematopathology staff who concurs with these impressions.

Glenn H. Segal, D.O.

Printed in U.S.A. © 1991 DIANON Systems, Inc.

Tests Performed by DIANON Systems at 200 Watson Blvd, Stratford CT

200 Watson Boulevard
Stratford, CT 06615
(800)328-2666  (203)381-4000

CONFIDENTIAL HEALTH INFORMATION
PP03291

# DIANON Systems
*The Definitive Choice in Pathology*

SP2018999 9

## HEMATOPATHOLOGY SERVICES
## TEST REQUISITION

**ACCOUNT NO.** M-AEK40    **TELEPHONE NO.** 706-226-0508    *STRA*

**ACCOUNT NAME AND ADDRESS**
NW GEORGIA HEM/ONC #
1504 CHATTANOOGA RD #102
DALTON, GA 30722

Naguib

**REQUESTING PHYSICIAN (PLEASE PRINT)**    **REFERRING PHYSICIAN (PLEASE PRINT)**

PATIENT NAME: [illegible]
PATIENT: ALL
SEX: M ☒ F ☐

An ICD-9 Code is required for this patient's visit in order to process this requisition.
Please provide the current ICD-9 code in the space on the right.

**ICD-9 Code (Required):** 205.10

If billing information is already on file at DIANON, provide Social Security No. ____ INFORMATION and check here ☐

**BILL TO:** ☐ ACCOUNT  ☐ PATIENT  ☒ MEDICARE #____  ☒ MEDICAID #____  ☐ HMO REFERRAL #____  ☐ PPO  ☐ INSURANCE

INSURANCE COMPANY/HMO NAME    STATE    NAME OF EMPLOYER    POLICY NO.    GROUP NO.

INSURANCE COMPANY STREET ADDRESS    ☐ Secondary Insurance Information Attached    CITY    STATE    ZIP

NAME OF INSURED (if other than patient)    PATIENT'S RELATIONSHIP TO INSURED ☐ SPOUSE ☐ CHILD ☐ OTHER

### MEDICARE ADVANCE BENEFICIARY NOTIFICATION

Medicare will only pay for services that it determines to be reasonable and necessary under section 1862(a)(1) of the Medicare law. If Medicare determines that a particular service, although it would otherwise be covered, is not reasonable and necessary under Medicare program standards, Medicare will deny payment for that service.

This notification applies to you if:
a.) One or more limited coverage (†) tests, are requested by the physician, either separately or as part of a panel AND
b.) For limited coverage tests (†), the patient's diagnosis DOES NOT match any of the ICD-9 (diagnosis) codes established as eligible for coverage by the Medicare carrier.

The physician/supplier believes that, in your case, Medicare is likely to deny payment for the following reason:
† = Medicare usually does not pay for this limited coverage test for the provided diagnosis.

**Patient Signature**
I have been notified by my physician that he/she believes that, in my case Medicare is likely to deny payment for the tests identified on the right above. If Medicare denies payment, I agree to be personally responsible for payment.

Iliac

Patient Signature    Date

**SPECIMEN TYPE:**    **COLLECTION DATE** 7/17/02
☐ Lymph Node:    Site____    ☐ Fresh ☐ Frozen
☐ Solid Tumor:    Site____    ☐ Fresh ☐ Frozen
☒ Bone Marrow:    ☒ ACD (Yellow Top)    ☒ Sod. Hep. (Green Top)
☐ Peripheral Blood:  ☐ ACD (Yellow Top)  ☐ Sod. Hep. (Green Top)
☒ Slides/Paraffin Blocks    ☐ Stem Cells
☐ Other____

**Which is the primary specimen for testing?**
☐ Blood    ☒ Bone Marrow    ☐ Other____

**Clinical Diagnosis:** Chronic Leukemia

**CBC Results:** WBC 7.7  % Lymph 88.7  Hgb/Hct 14/46
☐ (Attached)  MCV 95.5  RDW 14.10  Plt. Ct. 215k

**Clinical History:**
Drugs/Medication:____
History of Malignancy Type:____  Site:____
☐ Splenomegaly    ☐ Lymphadenopathy
Treatment:
☐ None  ☐ Chemo.  ☐ Rad.  Dates: from____ to____

**Indications for Study:**
☐ Cytopenia(s)  ☐ Myelodysplasia  ☐ Anemia
☐ Monoclonal Gammopathy  ☒ Chronic Leukemia  ☐ Acute Leukemia
☐ Myeloproliferative Disorder  ☐ Staging Lymphoma  ☐ Carcinoma
☐ Other____

### Morphologic Interpretation (w/special stains)
☒ 490 Bone Marrow Core    ☒ 491 Bone Marrow Aspirate
☒ 492 Bone Marrow Clot    ☒ 493 Peripheral Blood Smear
☐ Permission to perform additional cytochemical, flow cytometry, molecular genetic or cytogenetic studies if medically necessary to render a diagnosis in the opinion of the reviewing pathologist.

**Flow Cytometry Studies**
☒ XL3* Immunophenotyping (Flow Cytometry - Leukemia/Lymphoma)
☐ XL4* † Immunophenotyping with T-Cell/B-Cell Gene Rearrangement
☐ XL9 † Immune Deficiency Panel (Provide WBC Count & % Lymph)
☐ XL41 † PNH (Paroxysmal Nocturnal Hemoglobinuria)
*Standard Panel of 26 Antibodies

**Molecular Studies**
**Clonality Assays**
Southern Blot                                  PCR
☐ XL5   T-Cell/B-Cell (Southern Blot)    ☐ XL5TP3  T-Cell (PCR)
☐ XL5T  T-Cell (Southern Blot)            ☐ XL5BP2  B-Cell (PCR)
☐ XL5B  B-Cell (Southern Blot)
☐ XL13  Epstein Barr Virus (Southern Blot)

**Gene Rearrangements by PCR (Leukemia)**
**Individual Tests**
☐ XL6   BCR/ABL t(9;22)
☐ XL42  MLL/AF4 t(4;11)
☐ XL44  TEL/AML1 t(12;21)    ☐ XL49  MLL/AF6 t(6;11)
☐ XL47  E2A/PBX1 t(1;19)     ☐ XL52  TEL/PDGFR t(5;12)
☐ XL51  MLL/AFX t(X;11)      ☐ XL46  SIL/TAL1 microdeletion 1p32
☐ XL54  HOX11 t(7;10)
☐ XL21  PML/RARA t(15;17)

**Profiles**
☐ XL48  ALL Profile (BCR/ABL, E2A/PBX1, MLL/AF4, TEL/AML1, SIL/TAL)
☐ XL53  AML Profile (BCR/ABL, AML1/ETO, PML/RARA, CBFB/MYH11, MLL/AF4)

**Gene Rearrangements (Lymphoma)**
☐ XL25  BCL-1 t(11;14) (PCR)    ☐ XL50  ALK t(2;5) (PCR)
☐ XL7   BCL-2 t(14;18) (PCR)    ☐ XL59  BCL-6 (PCR)

**Coagulation/Hemochromatosis**
☐ XL23  Prothrombin G20210A Mutation Analysis
☐ XL24  Factor V Leiden Mutation Analysis
☐ XL26  MTHFR C667T Mutation Analysis
☐ M133  Hereditary Hemochromatosis

**Virology & Parasitology**
Test for: ☐ Active Infection or ☐ Latent Infection
☐ XL13  Epstein-Barr Virus           ☐ XL32  Herpes Simplex Virus II (PCR)
        Clonality (Southern Blot)    ☐ XL33  Human Herpesvirus Type 6 (PCR)
☐ XL27  Epstein-Barr Virus (PCR)
☐ XL38  Varicella Zoster (PCR)       ☐ XL39  Human Herpesvirus Type 7
☐ XL28  Toxoplasma Gondii                    Human
☐ XL29  Cytomegalovirus                      Human
☐ XL31  Herpes Simplex Virus I       ☐ XL40  Human Parvovirus B19 (PCR)
        (PCR)

**Transplant**
☐ XL35  Pre-Transplant Analysis, Donor, by VNTR (Name of Recipient)
☐ XL34  Pre-Transplant Analysis, Recipient, by VNTR (Name of Donor)
☐ XL37  Post-Transplant Analysis by VNTR

**Cytogenetic Evaluation**
☒ XL8   Chromosome Analysis for Hematopoietic Disorders (unstimulated)
☐ XL20  Chromosome Analysis (Solid Tumor/Biopsy)
☐ K400  Fanconi Anemia Chromosome Breakage Study
☐ K20   FISH** Specify____
**CPT code 88271 for each FISH probe performed

*Handwritten notes across form:*
1 Core
1 Clot
1 Yellow BM → Flow
2 Slides
1 Green BM → Cyto

DIANON Systems, Inc. • 200 Watson Boulevard • Stratford, CT 06615 • 800-328-2666 • 203-381-4000
© 1995 DIANON Systems, Inc. CT Lic. #: CL-0356
(1189) Rev. 8/01

WHITE COPY TO DIANON    PINK COPY TO PHYSICIAN

CONFIDENTIAL HEALTH INFORMATION
PP03292

# DIANON SYSTEMS

| | |
|---|---|
| RTE: RP 706-226-5899 | SEQ: MAEK |

| Accession No. | Sex | D.O.B. | Page |
|---|---|---|---|
| SA2010999 | | | 1 of 4 |

| Patient Name | Collected |
|---|---|
| | 07/17/02 |

**MNAEK01    DIAGNOSTIC REPORT**

**NW GEORGIA HEM/ONC \***
**1504 CHATTANOOGA RD #102**
**DALTON, GA 30722**

| Requesting Physician | Received |
|---|---|
| NAGUIB, HOSAM, MD * | 07/18/02 |

| Referring Physician | Reported |
|---|---|
| | 07/22/02 |

| Indications For Study |
|---|
| Chronic Leukemia |

**SPECIMEN TYPE**
BONE MARROW, CORE BIOPSY, CLOT, SLID, ILIAC

**IMMUNOGLOBULINS**
CD19/KAPPA: 11%
CD19/LAMBDA: 7%

**MONOCLONAL ANTIBODIES**

| T-Cell | | B-Cell | |
|---|---|---|---|
| CD5: | 66% | CD20: | 17% |
| CD3: | 66% | CD22: | 21% |
| CD4: | 38% | CD19: | 22% |
| CD8: | 22% | CD10: | 2% |
| CD2: | 72% | CD23/CD19: | 8% |
| CD7: | 63% | CD103/CD20: | 1% |
| | | CD11C/CD20: | 2% |

| Myeloid | | Miscellaneous | |
|---|---|---|---|
| CD13: | 1% | CD45: | 98% |
| CD33: | 2% | CD16: | 6% |
| CD14: | 2% | CD56: | 9% |
| | | CD57: | 6% |
| | | CD25: | 33% |
| | | CD34: | 2% |
| | | HLA-DR: | 28% |
| | | CD38: | 34% |

**PHOTOMICROGRAPH**



1 - CORE, 10X
2 - CORE, 40X
3 - ASPIRATE, 50X
4 - ASPIRATE, IRON STAIN

CLINICAL HISTORY: 43 year old male with history of CML.

IMMUNOPHENOTYPING INTERPRETATION:

The above data were generated on a population of cells from the bone marrow which cytometrically correspond to lymphoid cells. The specimen has a viability of 93% as determined by staining with propidium iodide. The gated population comprises 12% of the sample. The specimen appears normocellular and examination of Wright-stained smears and cytospin preparations confirms this impression. The cells fall within the standard lymphoid gate. The cellular population appears normal and a distinctly abnormal population is not identified. The histogram does not suggest that a separate and distinct blast population is

Printed in U.S.A. © 1991 DIANON Systems, Inc.

Tests Performed by DIANON Systems at 200 Watson Blvd, Stratford CT

200 Watson Boulevard
Stratford, CT 06615
(800)328-2666   (203)381-4000

CONFIDENTIAL HEALTH INFORMATION
PP03300

**DIANON SYSTEMS**

RTE: RP 706-226-5889   SEQ: MAEK

| Accession No. | Chart No. | Sex | D.O.B. | Page |
| SA2010999 | | | | 2 of 4 |

Patient Name: 

Collected: 07/17/02

MNAEK01   **DIAGNOSTIC REPORT**

Requesting Physician: NAGUIB, HOSAM, MD*

Received: 07/18/02

Referring Physician:

Reported: 07/22/02

present.

The study shows a relative normal T:B ratio for bone marrow. The T-cell population expresses pan-T-cell antigens (CD2, CD3, CD5, and CD7) in a non-aberrant fashion. The CD4:CD8 ratio is normal. The B cells are a minor population. They express pan-B-cell antigens (CD19, CD20, and CD22) in a non-aberrant fashion. CD10 (CALLA), CD5, CD103, and CD11c (bright) are not significantly expressed by the B-cell population. Staining for light chains is of normal intensity and does not reveal monotypia. The NK-cell population is normal in number. Antigens associated with maturing granulocytes (CD13 and CD33) are not present in significant numbers of cells. Stem cell/progenitor/blast-associated antigen (CD34) is not detected and/or coexpressed in clinically meaningful numbers.

CONCLUSION:
There is no immunophenotypic evidence for a T-cell or B-cell neoplasm, or acute leukemia.

GROSS DESCRIPTION:
Received in formalin is a bone marrow core measuring 1.0 cm in length and 0.2 cm in diameter. Specimen is submitted in toto in one cassette. Received in formalin is clotted blood measuring 1.4 x 0.7 x 0.2 cm in aggregate. Specimen is submitted in toto in one cassette.

MICROSCOPIC DESCRIPTION:

PERIPHERAL BLOOD:
CBC values (partial, as provided): Hgb 14, MCV 95.5, RDW 14, platelets 215,000, WBC 7.7.

Differential (100 cells):

60 % Segmented neutrophils and bands
31 % Lymphocytes
7 % Monocytes
2 % Eosinophils

The peripheral smear shows a normal white blood cell count with a normal differential count. The red blood cells are normocytic and normochromic with minimal anisopoikilocytosis. The granulocytes are predominantly mature neutrophils without significant cytologic atypia. Platelets are adequate in number.

BONE MARROW BIOPSY:
Sections show a mildly hypocellular marrow for patient's age at 40%. There is trilineage hematopoiesis with an estimated M:E ratio of 2:1. The granulocytic series shows progressive and orderly maturation to segmented neutrophils. There is no evidence of an expanded blast population. Megakaryocytes are morphologically unremarkable and micromegakaryocytes are not

Printed in U.S.A. © 1991 DIANON Systems, Inc.

Tests Performed by DIANON Systems at 200 Watson Blvd, Stratford CT

200 Watson Boulevard
Stratford, CT 06615
(800)328-2666  (203)381-4000

CONFIDENTIAL HEALTH INFORMATION
PP03301

**DIANON SYSTEMS**

| Accession No. | Chart No. | Sex | D.O.B. | Page |
|---|---|---|---|---|
| SA2010999 | | | | 3 of 4 |

| Patient Name | Collected |
|---|---|
| | 07/17/02 |

| Requesting Physician | Received |
|---|---|
| NAGUIB, HOSAM, MD * | 07/18/02 |

| Referring Physician | Reported |
|---|---|
| | 07/22/02 |

RTE: RP 706-226-5889  SEQ: MAEK

**MNAEK01    DIAGNOSTIC REPORT**

identified.

CLOT SECTIONS:
Sections contain abundant marrow particles and reflect the core biopsy findings. In addition, multiple small to intermediate size lymphoid aggregates are noted composed of small lymphocytes without significant cytologic atypia.

ASPIRATE SMEARS:

Differential (300 cells):

34 % Segmented neutrophils and bands
9 % Metamyelocytes
8 % Myelocytes
4 % Promyelocytes
2 % Blasts
1 % Plasma cells
33 % Nucleated red blood cells
8 % Lymphocytes
1 % Eosinophils

Trilineage hematopoiesis is evident. The M:E ratio is 1.8:1. Erythroid precursors show only mild megaloblastic changes with nuclear:cytoplasmic dyssynchrony. The granulocytic series shows orderly and progressive maturation without an expanded blast population. Megakaryocytes are cytologically unremarkable. There is no significant lymphocytosis or plasmacytosis.

IRON STAIN:
The iron stain shows normal storage iron. There is no evidence of increased ringed sideroblasts.

RETICULIN STAIN:
The reticulin stain shows mild reticulin fibrosis.

FINAL DIAGNOSIS:

PERIPHERAL BLOOD:

1. No significant pathologic diagnosis.

BONE MARROW:

Printed in U.S.A. © 1991 DIANON Systems, Inc.

Tests Performed by DIANON Systems at 200 Watson Blvd. Stratford CT

200 Watson Boulevard
Stratford, CT 06615
(800)328-2666  (203)381-4000

CONFIDENTIAL HEALTH INFORMATION
PP03302

**DIANON SYSTEMS**

RTE: RP 706-228-5889  SEQ: MAEK

| Accession No. | Chart No. | Sex | D.O.B. | | Page |
|---|---|---|---|---|---|
| SA2010999 | | | | | 4 of 4 |

| Patient Name | | Collected |
|---|---|---|
| | | 07/17/02 |

| Requesting Physician | Received |
|---|---|
| NAGUIB, HOSAM, MD * | 07/18/02 |

| Referring Physician | Reported |
|---|---|
| | 07/22/02 |

**MNAEK01    DIAGNOSTIC REPORT**

1. Mildly hypocellular marrow with maturing trilineage hematopoiesis, see comment.

2. Multiple lymphoid aggregates with negative flow cytometry study, non-diagnostic.

3. Adequate storage iron without increased ringed sideroblasts.

COMMENT:
The composite peripheral blood and bone marrow findings are consistent with being in morphologic remission. However, correlation with pending cytogenetic study is recommended. Should you have any questions, I can be reached at (203) 381-4000.

Peijie Cong, M.D. Ph.D.

Printed in U.S.A. © 1991 DIANON Systems, Inc.

200 Watson Boulevard
Stratford, CT 06615
(800)328-2666  (203)381-4000

Tests Performed by DIANON Systems at 200 Watson Blvd, Stratford CT

CONFIDENTIAL HEALTH INFORMATION
PP03303