## Anatomic Pathology Operations
(March Management Meeting)
Manager / Supervisor Template

### New TAT Report

Completed for AP products. This new program provides a more accurate measurement of our ability to meet our client's TAT needs.
CP / Genetics products will be completed soon.

### Histology

Sunday staffing will start April 6th due to increased volume of Saturday overnight and Monday specimen arrives.
Histotechnologist staffing issues still priority.

### Cytology

GYN Cytology labor :   Lost 3 Cytotechnologists since mid-February
Under-capacity problem under better control.
Strict pricing standards could keep volume forecast 10-20% under plan.
PAPNET volume (% accs):  Actual 9-10%; Plan 5%

### Hematopathology

Improvements to workflow are reducing overall TAT. We will monitor for the next few weeks.
Improvements to handling guides and kits will reduce shipping and handling errors.

### OHIO Expansion Project

Histology Laboratory completion date is June2.
Material Management - Kit production to start April 21st.

PP11363