file - Hem



# Hematopathology Process Analysis: Kickoff Memo

**1/13/96**

**From:** **Lisa Hoopes**     **Project Facilitator**    x 4154

**TO:** Raynae Barschow, Steve Brown, Kathy Jean Carney, Chuck Frederick, Eliza George, Dr. Richert Goyette, Sandra Priest, Dr. Glenn Segal, Marty Stefanelli, Michelle Tartaglia, Dorothy Warner

Cc: K. Johnson, J. Amberson, J. Barry, A. Connor, J. Garner, S. Gersen, L. Kuruc, B. McNamee, M. Monaco, V. Palmieri, B. McDowell, S. Mishalini, R. Verfurth, S. Wilcz

## Hematopathology Process Analysis

You have been asked to participate in a group problem solving process called "process analysis," a structured series of work sessions for identifying opportunities to improve customer satisfaction and reduce costs.

We will analyze the Hematopathology Process from the point at which the specimen is taken in the physician's office to the point at which the physician's office is satisfied with the report and results.

Over the next five+ weeks, we will meet weekly to document all the Customer, Laboratory, Client Services, and Reporting workflows involved in Hematopathology Services, problem solve areas for improvement, and plan implementation strategies. The overall goals of the project are to . . .
- Reduce turnaround time
- Increase client satisfaction with the end result
- Increase the overall efficiency of workflows and inter-departmental communications
- Review & establish standards and measures

## First Team Meeting

Our first team meeting Wednesday, January 15, from 8:30 – 10:30 a.m. in Marty Stefanelli's office.

### Meeting Agenda

### Project Overview
Sponsor's Goals presented by Dr. Amberson
Roles & Group Norms
Process Analysis Method
Time Commitments

### Focus on the Customer
Identification of Process Internal & External Customers
Scoring of Process Performance in Meeting Customer Expectations

1

**PP10885**

DIA005-3402



| Name of Process | Hematopathology |
|---|---|
| Process begins with | Specimen taken |
| Process ends with | Client Satisfaction |

| Major events or steps | **Physician's Office**<br>■ Specimen taken<br>■ Test req filled out<br>***Specimen preparation in laboratory***<br>■ Accessioning<br>■ Tech<br>**Resulting**<br>■ Interpretation<br>■ Transcription<br>■ Reporting<br>**Physician's Office** |
|---|---|

## Hematopathology Process Analysis Team Members

| | |
|---|---|
| Marty Stefanelli | **Director of Operations** |
| Eliza George | **Accessioning** |
| Dorothy Warner | **Client Services Supervisor** |
| Steve Brown | **Supervisor/MedTech** |
| Kathy Jean Carney | **Histology Administrator** |
| Chuck Frederick | **Histology Technician** |
| Dr. Richert Goyette | **Hematopathologist,  Director Hematopathology Services** |
| Dr. Glenn Segal | **Hematopathologist** |
| Raynae Barschow | **Medical Transcription Supervisor** |
| Michelle Tartaglia | **Medical Transcriptionist** |
| Sandra Priest | **Reporting** |

| Flow | We will be analyzing two workflows:<br><br>■ One test req & aspirate & core/clot specimen flowing through the process<br><br>■ One test req & immunophenotyping (flow) specimen flowing through the process |
|---|---|



2

**PP10886**

DIA005-3403



# Hematopathology Process Analysis: Status Report

**1/27/96**

| From: | **Lisa Hoopes** | **Project Facilitator** | **x 4154** |
|---|---|---|---|

**TO:** Raynae Barschow, Steve Brown, Kathy Jean Carney, Chuck Frederick, Aliza George, Dr. Richert Goyette, Sandra Priest, Dr. Glenn Segal, Marty Stefanelli, Michelle Tartaglia, Dorothy Warner

Cc: K. Johnson, J. Amberson, J. Barry, A. Connor, J. Garner, S. Gersen, L. Kuruc, B. McNamee, M. Monaco, V. Palmieri, B. McDowell, S. Mishalini, B. Tilton R. Verfurth, S. Wilz

## Results from "Focus on the Customer"

1. **The Team developed observable, measurable expectations from a list of internal and external customer needs. They rated the ability of the process to meet the expectations, using a 10-point scale in which a 10 is high and a 0 low. Documentation is attached.**

2. Because the rating process was fairly subjective, the next step is to **document** current performance in meeting customer expectations. With real data from the documentation, the group can then evaluate whether the expectations are **realistic** or whether the process needs to be **modified** in order to meet customer expectations.

**Documentation Assignments:**

For at least two weeks, **Dorothy Warner** will have Customer Service document:

- Every hematopathology telephone call received
- Nature of request/question/need
- How long it takes to get the problem/question resolved (in minutes)
- Process of getting the customer request resolved (if someone outside CS contacted, who contacted, # of "telephone football" transfers or "process continues" handoffs )

For at 30 days, **Bill Tilton** will document:

- number of hematopathology specimens received from Airborne and time received per day
- time specimens sent to labs (flow, histology) by accessioning
- time of append (data entry worklist)
- number and time of finalized results from pathologists per day
- number and time of reports printed and mailed per day

1

**PP10888**

### Meeting Agenda

### Wednesday, January 29

### 8:30 - 10:30 a.m.

### Marty Stefanelli's office

*Documentation*
What we are documenting & why
What we've learned so far
Comments

*Accessioning process*
How to map a process
Accessioning process map

Physician process map (as time permits)

On Wednesday, January 29 we will also plan upcoming sessions. The Team will be split into two subteams:

1. Team A will work on the first half of the process to streamline physician, accessioning and lab workflows, and to work on communications issues between Customer Service, lab and resulting.

2. Team B will work on the second half of the process to streamline Resulting workflows and including Interpretation, Transcription, and Reporting, and problem solve communications issues.

Both groups will be expanded to include additional team members. For example, ALL pathologists and transcriptionists will work on Team B.

2

**PP10889**

DIA005-3406

# Customer Needs & Expectations

**First Two Team Meetings: Focus on the Customer**

| Customer | Needs | Expectations | Rate |
|---|---|---|---|
| Patient | Quick, accurate results | Same as requesting physician | |
| | Timely | | |
| | Reasonable cost | | |
| Requesting physician | Quick timely results | To receive reports within 3 to 5 days of *date of collection* | 2.4 |
| | Comprehensive results | | |
| | Supplies | To be called within 48 hours of date of collection with results of clinically significant cases | 8.0 |
| | Education on retrieving specimens | | |
| | Need fast response to phone calls; high level of professionalism | To speak with the pathologist of choice <u>any</u> time. | 4.2 |
| | Need a contact person | To receive an immediate answer to telephone questions | 4.2 |
| | Report routing options (FAX, print, mail, courier) | To get what they ask for! | 5.2 |
| | | To get anything they ask for! | 4.3 |
| Courier | Need proper information on pickup | | |
| | Education on specimen handling | | |
| Sales rep | Education | Competitive Service | |
| | Competitive service/ knowledgeable DSI staff for customer contact | To receive priority attention | |
| Archives | Need properly identifiable material | | |

3

**PP10890**

DIA005-3407

**Internal**

| Customer | Needs | Expectations | Rate |
|---|---|---|---|
| **Accessioning** | On-time arrival of specimens | To have Airborne deliver specimens by 8:30 a.m. daily | **3.7** |
| | Properly filled-out reqs; Information is easy to read Properly collected & packaged specimen Knowledge of specimen detail | To meet turnaround time of 30 - 60 minutes from time of arrival to priority accession all Hem-path reqs/specimens & deliver to labs | **5.4** |
| | Open communication with lab/client services | To have 100% response rate to flow & histology questions within accessioning timeframe above. | **6.1** |
| | • Current workload: 4 questions per 10 specimens for flow • 1 question per 10 specimens for histology | To data enter Hempath test reqs within the same timeframe as above so that cassettes and slides are delivered | **4.0** |
| **Client Services** | Client feedback • 10 calls per day | To answer a client's question/problem immediately or within 30 minutes (patients usually in the office waiting) | **5.6** |
| | Information at their disposal Paging system Contact person (go to person) Education | To be able to identify the location of a case efficiently/immediately during the course of the day in order to get resulting information | **3.4** |

4

**PP10891**

DIA005-3408

| Internal Customer | Needs | Expectations: Flow & Histotechs | Rate |
|---|---|---|---|
| FlowTechs | Proper sample/ req complete in a timely fashion | To receive specimens from accessioning within 30-60 minutes of Airborne delivery | 4.4 |
| | Automation on specimen | To receive properly filled out test reqs and resolution of missing information/ confusing items within two hours | 5 |
| | Improved communication/ education with pathologists, customer service, lab support | | |
| | Histology completed in a timely fashion | To complete the histology on all morphology specimens and deliver to pathologist before 11 a.m. the second business day after date of collection | 4.5 |
| | Response feedback from accession and client services | | |
| Histotechs | Fewer interruptions | To resolve missing information/ specimen confusion with accessioning immediately | 4.9 |
| | Properly identified specimens | | |
| | Accessioning to do their part in timely fashion | | |
| | Contact person in accession | To be on the computer for documentation and automated labeling etc. so all manual functions are automated (reduce errors) | 1.1 |
| | Improved communication/ automation/ computer system | | |
| | Flow completed in timely fashion | To complete flow check-in within 15 minutes | 6.2 |
| | Support from lab aides | To have all support tasks e.g. 95% alcohol and clean glassware prepared by lab aides by 5 a.m. | 4.5 |
| | Batch stain requests for efficient processing | To receive stain requests from pathologists prior to 3 p.m. | 5.5 |

5

**PP10892**

DIA005-3409



# Hematopathology Process Analysis:
# Status Report

**3/21/97**

| | | | |
|---|---|---|---|
| From: | **Lisa Hoopes** | **Project Facilitator** | **x 4154** |

**TO:** Raynae Barschow, Steve Brown, Kathy Jean Carney, Chuck Frederick, Aliza George, Nancy Hayes, Richert Goyette, Tish Llaguno, Sandra Priest, Dr. Glenn Segal, Marty Stefanelli, Michelle Tartaglia, Dorothy Warner

Cc: K. Johnson, J. Amberson, J. Barry, A. Connor, J. Garner, S. Gersen, L. Kuruc, B. McNamee, M. Monaco, V. Palmieri, B. McDowell, S. Mishalini, B. Tilton R. Verfurth, S. Wilz

## Results from Team A

Team A met on Tuesday, Mar. 18 to discuss two weeks of performance results during which morphology cases were consistently delivered to hematopathologist bins by 9:30 a.m. of the 2nd day in-house. Attendees: R. Barschow, S. Brown, K. Carney, C. Frederick, R. Goyette, T. Llaguno, B. McDowell, B. Tilton

1. **Dr. Goyette reported consistent results in receiving transcribed cases back for pathologist review on the same day of dictation (2nd day inhouse).**

2. **Tish Llaguno reported a 50% reduction in hematopathology cases on the days inhouse report. (This report documents all hematopathology cases over 3 days inhouse).**

3. **Numbers tracked by Transcription showed heavy caseloads on the two Mondays studied (52 & 44 cases respectively) with an average of 15 cases being held until Tuesday for completion. A new transcriptionist is going to be added who will assist in Monday's caseloads.**

4. Numbers tracked by **Reporting** showed that a certain percentage of hematopathology reports do not get sent out the same day they are printed (2nd day inhouse). 5-8 reports were held for mailing on each of five evenings during the 10-day test period. It is expected that this figure will drop when Hematopathology is on the network, photomicrographs are digitized, rather than cut and pasted manaully, and photocopying of all reports for filing purposes is eliminated.

5. **Tish Llaguno** presented a new form and workflow for add-on stains in histology which will prevent the problem of add-on stains being ordered and new slides produced without being accessioned or billed. **Tish** will produce a 2-part carbon version of the form: one copy to stay in histology; the other copy to be routed daily to accessioning. The new workflow has already reduced the number of hematopathology cases erroneously included on the days inhouse report and ensured that histology add-on stains are billed.

6. **Raynae Barschow** will continue to track performance numbers for the next four weeks. She also suggested that (non-acute) cases held over from Thursday or Friday for Monday transcription be transcribed in the order received so that clients do not experience abnormally long turnaround time. **Raynae** will remind transcriptionists of this SOP.

**PP10918**

DIA005-3435



## Results from Team C

Members of Team C have met off-line over the last few weeks to implement many ideas for enhancing the Hematopathology shipping kit, Specimen handling Guides and client training. The ideas were brainstormed by members of the entire **Process Analysis Team**.

The members of Team C are: Steve Brown, Lisa Hoopes, Mike Lorenzo, Ruth Kornreich, Bill McDowell. Lisa Hoopes and Steve Brown presented results to Team A.

1.  **Steve Brown presented a new 4-color Specimen Handling Guide (attached).** A laminated version of this Guide will be sent to every existing client in April along with a cover letter from Dr. Goyette.

2.  **Steve Brown and Lisa Hoopes presented a color-coded diagram of the containers in the Hematopathology shipping kit.** This self-explanatory label will replace existing labels and be included in every Hematopathology shipping box beginning in April. The label coupled with the new Specimen Handling Guide is expected to prevent the numerous specimen problems and logistics uncertainties currently experienced by our clients. Each item can be produced and modified very inexpensively in-house.

3.  **Lisa Hoopes** described the video-based client training package which will be sent out to all TSRs to train existing and new clients in Hematopathology specimen preparation and logistics so that guidance is clear on how to prepare the complex types of specimens required for quality morphology. These training materials will be sent to all TSRs in April. The first new-hire training class has already been trained, Accessioning has received training, and Client Services is scheduled to receive training within two weeks.

4.  **Steve Brown** presented a mocked-up version of a Hemamatopathology shipping kit that includes a jar instead of a tube for clots. This jar is expected to increase the penetration of clots with fixative, resulting in higher quality slides and reduced processing time in the lab. Steve will continue to investigate the feasiblity of replacing the tube with the jar over the next 1-2 months.

**PP10919**

DIA005-3436