# TABLE OF CONTENTS

1.   Borowitz Deposition Testimony
2.   Connor Deposition Testimony
3.   U.S. Canadian Consensus
4.   INTENTIONALLY LEFT BLANK
5.   Delli Carpini 30(b)(6) Deposition Testimony
6.   Connecticut LMRP
7.   Phurrough Deposition Testimony
8.   International Consensus
9.   Defendants' 30(b)(6) Notice
10.  Stetler-Stevenson Deposition Testimony
11.  Braylan Documents
12.  Braylan Deposition Testimony
13.  YNHH Laboratory Manual - Flow Cytometry Consultation
14.  Margaret Johnson Deposition Testimony
15.  Mayo Reference Service Publication
16.  Flynn Deposition Testimony
17.  Stone Expert Report
18.  Stone Deposition Testimony
19.  Statute and Regulations
20.  Goyette Deposition Testimony
21.  Mishilani Deposition Testimony
22.  Segal Deposition Testimony
23.  Tiesinga Deposition Testimony
24.  Standard Operating Procedures 1996
25.  Email confirming hemepath standardization conference call.
26.  1998 Pathology Incentive Program
27.  Pathology Workload Standards & Incentive Program - 1999
28.  Amberson Personal Deposition Testimony
29.  Carlson Deposition Testimony
30.  Memo re: Move to 18 Antibodies
31.  North Carolina LMRP
32.  Tennessee LMRP
33.  NHIC Retired LMRP
34.  Toor Deposition Testimony
35.  Delli Carpini memo to Department of Justice
36.  Delli Carpini personal Deposition Testimony
37.  Affidavit of Georgina Aguilar
38.  Menas Deposition Testimony
39.  Affidavit of David Mehring

TABLE OF CONTENTS cont'd

40. Email re: LabCorp panels
41. Lab Corp panels
42. Holden Deposition Testimony
43. Health Insurance Claims Form - CMS 1500
44. Excerpts from Clifton Gunderson's Expert Report
45. Federal Register - OIG Guidance
46. Medicare Provider's News
47. Program Safeguards
48. Workflow and turnaround time
49. XL3 - Fee Schedule
50. Patient documents
51. Patient documents
52. Patient documents
53. Palmieri Deposition Testimony
54. Chronic Myelogenous Leukemia (CML) Training
55. McDowell Deposition Testimony
56. Standardization Document
57. Medicare & You 2007
58. Maxium Reimbursement
59. Amberson 30(b)(6) Deposition Testimony
60. November 1995 Fee Justification Document
61. Reimbursement Hits
62. January 1, 1996 Fee Justification.
63. January 30, 1996 Fee Justification
64. Standard Operation Procedures - December 1995
65. McDowell's July 30, 1997 Memo
66. Richert Goyette Declaration
67. James Amberson Declaration
68. Patient Chart
69. Affidavit of James Tiesinga
70. Anatomic Pathology Operations
71. Hematopathology Process Analysis: Kickoff Memo