# EXHIBIT 1

COUNT _____   DISP. VOL. _____ uL   VIABILITY _____%

PAP TOTAL PROCESSED VOLUME _____mL

| EML  FLOW LAB | 4 COLOR  IMMUNOPHENOTYPING  PANEL | |
|---|---|---|

Date _____    Tech: _____   ICD9 #/Diagnosis _____   E0195   E5572

Name _____   Dr. _____ EML 6- _____   Folder_____

Acc. # _____   Institution _____   Tech: _____

**Accession Number Pending**   ADD ONS:  Folder:_____  Tech: _____  Inst. _____

BMA  BMBX  PB  CSF  HPC-A  DAY_____  Body Fluid _____

Cytogenetics / Molecular / Cytology   FNA _____   LN _____   Other _____

Spec. Gross:    Amount: _____mL    Size:_____x_____x_____cm    in  aggregate (several pieces)

Tech: _____   Appearance: Pink / Red / Grey / Tan / Colorless / Clear / Cloudy / Soft / Firm / Other

**\*\* Check for Previous Patient History prior to Staining or check with Supervisor or Pathologist \*\***

**Myeloid - follow up for AML / CML with previous work ups in our Lab.  Tubes 1 - 10 only**

| Tube # | FITC / FL1 | PE / FL2 | PERCP / FL3 | APC / FL4 |
|---|---|---|---|---|
| B1 | IgG 1 + 2 | IgG 1 + 2 | IgG 2a | IgG 1 |
| B2 | CD14 | CD13 | CD45 | CD34 |
| B3 | HLA-DR | CD25 | CD45 | CD33 |
| B4 | CD3 | CD4 | CD45 | CD8 |
| B5 | CD2 | CD7 | CD45 | CD5 |
| B6 | CD10 | CD19 | CD45 | CD34 |
| B7 | CD36 | CD117 | CD45 | CD34 |
| B8 | CD15 | CD11b | CD45 | CD34 |
| B9 | CD103 | CD22 | CD45 | CD11c |
| B10 | CD16 | CD56 | CD45 | CD38 |

**Add for Lymphoma / Undetermined** — Mark (1) + Mark2 (24) = 25

| B11 | FMC-7 | CD23 | CD45 | CD19 |
|---|---|---|---|---|
| B12 | Kappa | CD20 | CD45 | CD19 |
| B13 | Lambda | CD20 | CD45 | CD19 |
| B14 | Kappa | Lambda | CD20 | CD5 |

**Add for Myeloma / Plasma Cell Disorders** — Mark (1) + Mark2 (29) = 30

| 15 | IC    Kappa | CD38 | CD45 | |
|---|---|---|---|---|
| 16 | IC    Lambda | CD38 | CD45 | |

**Add for New Acute Leukemias** — Mark (1) + Mark2 (29) = 30

| 15 | IC    Control | Control | CD45 | Control |
|---|---|---|---|---|
| 16 | IC  Myeloperoxidase | Lactoferrin | CD45 | |
| 17 | IC    Tdt | CD22 | CD45 | CD3 |

**Limited Panel Lymphoma** — Mark (1) + Mark2 (32) = 33

| 1 | Kappa | Lambda | CD3 | CD19 |
|---|---|---|---|---|

**Add Ons** — Mark (1) + Mark2 (3) = 4

| | | | | |
|---|---|---|---|---|
| | | | | |
| | | | | |

Other Limited Panel Charges   Mark (1) + Mark2 (_____) = _____

| Tech: | Dispense: | Stain: | Kap/Lam: | IC: |
|---|---|---|---|---|

Lymphoid panel: drop tube B7, B8 and B14 for suspected lymphoid malignancies with low count or volume.
Submit Panel to Dr. or qualified techs for PAPP in all other instances.

*Sample acquired same day as setup* ___    *PAP Chosen by* _____   *Circle one:*    Use all   or   Use 1/2

**CONFIDENTIAL**   C:\Documents and Settings\ksiemon\Local Settings\Temporary Internet Files\OLK64A\4Color 2revised (2)   EU 0039