# EXHIBIT 2

4 COLOR BBS TRAY MAP                                     JULY 2004

| Microtiter Plate Well (row/column) | Ab name & format | Clone | Catalog# | Volume (ul)[1] |
|---|---|---|---|---|
| A1 | CD38 FITC | T16 | IM0775 | 400 |
|  | CD56 PE | MY31 | BD347747 | 400 |
|  | CD45 PerCP | 2D1 | BD347464 | 500 |
|  | CD19 APC | SJ 25C1 | BD340437 | 100 |
|  | AB serum / Hanks |  |  | 600 |
| B1 | IgG1 FITC | X40 | BD349041 | 400 |
|  | IgG2 PE | X39 | BD349053 | 400 |
|  | CD45 PerCP | 2D1 | BD347464 | 500 |
|  | IgG1 APC | X40 | BD340754 | 100 |
|  | AB serum / Hanks |  |  | 600 |
| C1 | IgG2 FITC | X39 | BD349051 | 400 |
|  | IgG1 PE | X40 | BD349043 | 400 |
|  | CD45 PerCP | 2D1 | BD347464 | 500 |
|  | IgG2 APC | X39 | BD340473 | 100 |
|  | AB serum / Hanks |  |  | 600 |
| D1 | CD20 FITC | L27 | BD347673 | 400 |
|  | CD10 PE | HI10a | BD340921 | 400 |
|  | CD45 PerCP | 2D1 | BD347464 | 500 |
|  | CD19 APC | SJ 25C1 | BD340437 | 100 |
|  | AB serum / Hanks |  |  | 600 |
| E1 | CD10 FITC | W8E7 | BD347503 | 400 |
|  | CD58 PE | AICD58 | IM1430 | 400 |
|  | CD45 PerCP | 2D1 | BD347464 | 500 |
|  | CD19 APC | SJ 25C1 | BD340437 | 100 |
|  | AB serum / Hanks |  |  | 600 |
| F1 | KAPPA FITC | HP6062 | MH10511 | 20 |
|  | LAMBDA PE | HP6054 | MH10614 | 60 |
|  | CD45 PerCP | 2D1 | BD347464 | 500 |
|  | CD19 APC | SJ 25C1 | BD340437 | 100 |
|  | 1% BSA/ Hanks |  |  | 1320 |
| G1 | KAPPA FITC | polyclonal | BD348063 | 40* |
|  | CD5 PE | L17F12 | BD347307 | 400 |
|  | CD45 PerCP | 2D1 | BD347464 | 500 |
|  | CD20 APC | L27 | BD340940 | 100 |
|  | 1% BSA/ Hanks |  |  | 960 |
| H1 | LAMBDA FITC | polyclonal | BD348073 | 40* |
|  | CD23 PE | EBVCS-5 | BD341007 | 400 |
|  | CD45 PerCP | 2D1 | BD347464 | 500 |
|  | CD20 APC | L27 | BD340940 | 100 |
|  | 1% BSA/ Hanks |  |  | 960 |

SHC000167

| Microtiter Plate Well (row/column) | Specificity & fluorochrome | Clone | Catalog# | Volume (ul)[1] |
|---|---|---|---|---|
| A2 | CD103 FITC | B-ly7 | IQP111F | 200 |
|  | CD11c PE | S-HCL-3 | BD347637 | 400 |
|  | CD20 PerCP Cy5 | L27 | BD340955 | 500 |
|  | CD25 APC | 2A3 | BD340938 | 100 |
|  | AB serum / Hanks |  |  | 800 |
| B2 | CD7 FITC | 4H9 | BD347483 | 400 |
|  | CD2 PE | S5.2 | BD347597 | 400 |
|  | CD3 PerCP | SK7 | BD347344 | 500 |
|  | CD5 APC | L17F12 | BD340583 | 100 |
|  | AB serum / Hanks |  |  | 600 |
| C2 | CD7 FITC | 4H9 | BD347483 | 400 |
|  | CD56 PE | MY31 | BD347747 | 400 |
|  | CD45 PerCP | 2D1 | BD347464 | 500 |
|  | CD3 APC | SK7 | BD340440 | 100 |
|  | AB serum / Hanks |  |  | 600 |
| D2 | CD4 FITC | SK3 | BD340133 | 400 |
|  | CD8 PE | SK1 | BD340046 | 200 |
|  | CD45 PerCP | 2D1 | BD347464 | 500 |
|  | CD3 APC | SK7 | BD340440 | 100 |
|  | AB serum / Hanks |  |  | 800 |
| E2 | Glycophorin A FITC | 11E4B-7-6 | IM2212 | 400 |
|  | CD36 PE | CB38(NL07) | Pharm555455 | 400 |
|  | CD45 PerCP | 2D1 | BD347464 | 500 |
|  | CD71 APC | L01.1 | BD341028 | 100 |
|  | AB serum / Hanks |  |  | 600 |
| F2 | CD11b FITC | Bear1 | IM0530 | 400 |
|  | CD13 PE | L138 | BD347837 | 400 |
|  | CD45 PerCP | 2D1 | BD347464 | 500 |
|  | CD34 APC | 8G12 | BD340441 | 100 |
|  | AB serum / Hanks |  |  | 600 |
| G2 | CD16 FITC | NKP15 | BD347523 | 400 |
|  | CD13 PE | L138 | BD347837 | 400 |
|  | CD45 PerCP | 2D1 | BD347464 | 500 |
|  | HLA-DR APC | L243 | BD340549 | 100 |
|  | AB serum / Hanks |  |  | 600 |
| H2 | CD15 FITC | 80H5 | IM1423 | 400 |
|  | CD14 PE | MoP9 | BD347497 | 200 |
|  | CD45 PerCP | 2D1 | BD347464 | 500 |
|  | CD34 APC | 8G12 | BD340441 | 100 |
|  | AB serum / Hanks |  |  | 800 |

SHC000168

| Microtiter Plate Well (row/column) | Specificity & fluorochrome | Clone | Catalog# | Volume (ul)[1] |
|---|---|---|---|---|
| A3 | HLA-DR FITC | L243 | BD347363 | 400 |
|  | CD33 PE | P67.6 | BD347787 | 400 |
|  | CD45 PerCP | 2D1 | BD347464 | 500 |
|  | CD34 APC | 8G12 | BD340441 | 100 |
|  | AB serum / Hanks |  |  | 600 |
| B3 | CD34 FITC | 8G12 | BD348053 | 400 |
|  | CD117 PE | 104D2 | BD340529 | 400 |
|  | CD45 PerCP | 2D1 | BD347464 | 500 |
|  | CD38 APC | H27 | BD340439 | 100 |
|  | AB serum / Hanks |  |  | 600 |
| C3 | CD64 FITC | 22 | IM1604 | 400 |
|  | CD41 PE | P2 | IM1416 | 400 |
|  | CD45 PerCP | 2D1 | BD347464 | 500 |
|  | CD14 APC | MoP9 | BD340684 | 100 |
|  | AB serum / Hanks |  |  | 600 |

**Volumes needed to prepare 100 trays**

Antibody Volume: per cocktail, (in ul)
Final volume prepared per cocktail: 2ml
Cocktail volume added per well: 20ul


* Kappa or Lambda (BD) volumes could be changed depending on protein concentration in the vial


Antibodies brands:

BD : Becton Dickinson, BDB
Pharm: Pharmingen ,BDB
IM: Coulter Immunotech
MH or H: Caltag
IQP LAB

SHC000169