# EXHIBIT 3

## Unknown -- PB or BM[1]

| | | FITC | PE | PerCP/CY5.5 | APC | |
|---|---|---|---|---|---|---|
| 1. | L1. | Isotype | Isotype | CD45 | Isotype | |
| 2. | L2. | CD3 | CD16+56 | CD45 | CD19 | |
| 3. | L3. | CD33 | CD13 | CD45 | CD14 | |
| 4. | L4. | CD36 | CD64 | CD45 | CD71 | |
| 5. | L5. | CD4 | CD8 | CD45 | CD3 | |
| 6. | L6. | CD57 | CD56 | CD45 | CD3 | |
| 7. | L7. | TCR a/b | TCR g/d | CD45 | CD8 | LGL tube |
| 8. | L8. | TCR a/b | TCR g/d | CD3 | CD5 | |
| 9. | T1. | CD7 | CD2 | CD3 | CD5 | |
| 10. | T2. | CD7 | CD5 | CD3 | CD25 | |
| 11. | T3. | CD7 | CD25 | CD4 | CD3 | |
| 12. | T4. | CD5 | CD38 | CD19 | CD34 | |
| 13. | T6. | CD30 | CD2 | CD4 | CD25 | |
| 14. | B1. | CD20 | CD22 | CD45 | CD10 | FCL tube |
| 15. | B2. | CD103 | CD25 | CD20 | CD11c | HCL tube |
| 16. | B3. | FMC7 | CD79b | CD19 | CD23 | CLL tube |
| 17. | B4. | Kappa | Lambda | CD19 | CD XX ** | |
| 18. | B5. | Kappa | CD22 | *CD20 | CD XX ** | |
| 19. | B6. | Lambda | CD22 | *CD20 | CD XX ** | |

20. IRTA-2 cocktail (choose disease-specific HCL, T cell, FCL, or CLL cocktails APC has already been added)

**NOTE: Within 6 months of rituxan Rx, consult supervisor (CD19 may be preferential Aby choice).
**NOTE: Tumor specific APC marker: Mantle or CLL = CD5, Follicular = CD10, HCL= CD11c.
If unknown, run B4,B5,B6 as:   K/L/19/ CD5,   K/22/20/ CD10,   L/22/20/ CD10

### BM tubes

| | FITC | PE | PerCP/CY5.5 | APC | |
|---|---|---|---|---|---|
| BM3. | CD19 | CD10 | CD45 | CD34 | |

**Additional Protocol specific tubes:**

| | FITC | PE | PerCP/CY5.5 | APC | |
|---|---|---|---|---|---|
| T cell Unknown: (UNK Medi 507 panel elsewhere) | CD7 | CD25 1:1 | CD4 | CD3 | |
| | CD7 | 7G7 | CD4 | CD3 | |
| T cell Waldeman / Janik / CAMPATH: | CD7 | CD52 | CD4 | CD3 | |
| | CD7 | CD52 | CD8 | CD3 | |
| Anaplastic large cell Lymphoma | CD5+CD3 | CD30-Hefi | CD4 or known+ | CD2 or known+ ** | |
| If CD52 checked: | CD30 | CD52 | CD4 or known+ | CD2 or known+ ** | |
| If CD25 and 7G7 checked: (Therapeutic tubes) | CD30 | CD7G7 | CD4 or known+ | CD2 or known+ ** | |
| Angioimmunoblastic lymphoma (AIL) | CD5 | CD7 | CD3 | | CD10 |
| | CD5 | CD7 | CD45 | | CD10 |