# EXHIBIT 4

Page 1

1              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF CONNECTICUT
2

3    - - - - - - - - - - - - - - - - )
                                      )
4    UNITED STATES OF AMERICA,        )
     ex rel. Dr. James J. Tiesinga    )NO.: 3:02CV1573(MRK)
5              PLAINTIFFS             )
                                      )
6    VS.                              )
                                      )
7    DIANON SYSTEMS, INC.             )
               DEFENDANT              )
8    - - - - - - - - - - - - - - - - )

9

10

11              DEPOSITION OF: STUART FLYNN, M.D.

12              DATE TAKEN: MAY 10, 2006

13              LOCATION: UNITED STATES DEPARTMENT OF

14                        JUSTICE

15                        157 CHURCH STREET

16                        NEW HAVEN, CONNECTICUT

17

18

19

20

21    REPORTED BY:  IRENE J. PARRISH, RMR, LSR #085

Stuart Flynn, M.D. - 5/10/06

Page 54

1 the practice have been back when your lab was
2 operational to send that over to the Department of
3 Laboratory Medicine for analysis?
4    A   It would depend what the question being asked
5 was.  If it was a question of chronic lymphocytic
6 leukemia and it was a bone marrow and we got the
7 core, we would analyze that.  If the question was
8 acute leukemia, we would take advantage of laboratory
9 medicine's panel because that's what they did and
10 send that upstairs.
11    Q   Can you tell me, sir, today whether you've
12 ever signed out a flow study involving blood or bone
13 marrow for purposes of immunophenotyping?
14    A   I have.
15    Q   But it would be accurate to state that that
16 would be the small minority of cases that you
17 actually signed out?
18         MR. MOLOT:  Objection.
19    A   It would be.  I want to clarify in fairness
20 to myself and the process that although I'm not the
21 one signing them out I'm intimately associated with

Page 55

1 not only their interpretation but with their role
2 because --
3 BY MR. PARKER:
4    Q   What does that mean?
5    A   That means I'm a hematopathologist.  So even
6 though a case may be looked at and formally signed
7 out in laboratory medicine, it's a very fluid and
8 collegial relationship so they call me and ask what
9 I'm seeing.  I talk with them.  We have conferences
10 together.  We walk to each other's department so I
11 don't want to make it appear stark because it's not
12 stark.
13    Q   Well, if currently -- and since 2000 at the
14 point when your lab closed for immunophenotyping,
15 when the Department of Laboratory Medicine gets a
16 request to do immunophenotyping, are you called in
17 for consults?
18    A   I actually often get part of the specimen so
19 I'm not a consultant.  I'm actually a diagnostician.
20    Q   You get a part of the specimen for
21 morphologic examination?

Page 56

1    A   Correct.
2    Q   Okay.  For purposes of interpreting
3 immunophenotyping, are you called in as a consult?
4         MR. MOLOT:  Objection.
5    A   I'm called in to integrate what I'm seeing
6 with what they're seeing.
7 BY MR. PARKER:
8    Q   That's not what I'm asking.
9    A   Well, then clarify your question.
10    Q   Okay.  There are components in doing a flow
11 that may involve looking at the morphology, looking
12 at the cells under a microscope and describing what
13 one sees, correct?
14    A   Correct.
15    Q   Another component is looking at the reactions
16 or lack thereof that one gets by using monoclonal
17 antibodies in a flow cytometry study?
18    A   Correct.
19    Q   My question, sir, pertains to interpreting
20 the reactions or lack of reactions to the monoclonal
21 antibodies that are used in a flow cytometry study.

Page 57

1 Have you been called in to give a second opinion on
2 that aspect of a flow study?
3    A   Which aspect so I understand?
4    Q   Interpreting whether or not -- well,
5 interpreting what diagnostic conclusions one can
6 reach from the reactions to the monoclonal
7 antibodies.
8    A   Oh, absolutely.
9    Q   And you've been called in by the folks in the
10 Department of Laboratory Medicine?
11    A   Correct.
12    Q   Now, when you're called in to do a consult,
13 do you write a report?
14    A   Actually, I write a report because I have a
15 specimen in my department.
16    Q   I'm not talking about your evaluation of the
17 morphologic evaluation.  I'm talking about whatever
18 feedback you give to them on your interpretation of
19 the monoclonal antibodies that are used.
20    A   Well, it is incorporated into my report so
21 the answer is yes.

15 (Pages 54 to 57)

Towson Reporting Company
410-828-4148

GORE BROTHERS
410-837-3027

Whitman Reporting-Rockville
301-279-7599

Page 62

1   if there was another tissue to put through for flow
2   cytometry, and if there was, then the specimen would
3   be sent to the flow cytometry lab at which point the
4   cells would be disassociated. We would have already
5   made touch preps in pathology so we had some
6   indication of what we were expecting to see
7   morphologically, and then the case would get prepped.
8   We would make tubes of cells, and we would add the
9   aliquots of antibodies that we were using at the
10  time.
11      Q   Who made the decision as to what antibodies
12  were to be placed in which tubes?
13      A   That was designed by Patrick and myself, and
14  then we would adjust that as time went by if it
15  needed adjusting.
16      Q   I'm not sure I understand that. Firstly, you
17  mentioned that you would get tissue from the
18  operatory from someone suspected, I presume, of
19  having a lymphoma?
20      A   Correct.
21      Q   But if I'm not mistaken, you said there were

Page 63

1   some occasions where you would have received some of
2   those similar samples through the mail from a
3   physician not operating in an operating room within
4   the Yale medical facility?
5       A   Correct.
6       Q   Okay. Let's talk about those instances where
7   you received the sample through overnight mail. And
8   there were such occasions?
9       A   Yes.
10      Q   They're initially received by a technician?
11      A   No. They're received in surgical pathology
12  once again so the process is once they're received --
13          MR. MOLOT: Wait for the next
14          question.
15  BY MR. PARKER:
16      Q   Take me through it. So what do you mean they
17  were received by a surgical pathologist?
18      A   So the case is sent to pathology, and once it
19  comes to pathology, it didn't make any difference if
20  it had come from the outside or if it had come from
21  the operating room.

Page 64

1       Q   So you or your colleague would take a look at
2   the sample, correct?
3       A   Correct.
4       Q   And then do I understand that based on the
5   clinical information you had in hand you would then
6   design a customized panel for that patient?
7       A   No. We already had a customized panel
8   because the question was typically lymphoma and
9   issues related to that.
10      Q   So you used the same panel for all the
11  lymphoma cases that were presented to you?
12      A   Correct.
13      Q   And can you tell me now by memory what
14  antibodies were in your lymphoma panel as of 2000 or
15  the last year in which your lab operated?
16      A   I cannot tell you from memory.
17      Q   And further not only did you have
18  predetermined the particular antibodies that you
19  would use, but I presume, and correct me if I'm
20  wrong, that you would also determine the combination
21  of antibodies that you would use together?

Page 65

1       A   Correct.
2       Q   How many colors did you use in your lab in
3   2004 of immunophenotyping?
4       A   Two colors.
5       Q   Was that state of the art in 2000?
6       A   You'd have to define "state of the art."
7       Q   Do you know what that term means?
8       A   I think it means a lot of different things to
9   a lot of different people.
10      Q   Well, in your judgment, did your lab using
11  two colors represent the state of the art?
12          MR. MOLOT: Objection. I think he
13          said he's not sure.
14      A   I'm not sure what you mean by "state of the
15  art." Was it diagnostically viable and valuable, the
16  answer is yes.
17  BY MR. PARKER:
18      Q   So two colors was valuable and provided in
19  your judgment accurate information with regard to
20  interpreting immunophenotyping in lymphoma cases?
21      A   Correct.

17 (Pages 62 to 65)

Towson Reporting Company
410-828-4148

GORE BROTHERS
410-837-3027

Whitman Reporting-Rockville
301-279-7599

Stuart Flynn, M.D. - 5/10/06

Page 66

1   Q   How many tubes did you use in 2000?
2   A   I don't remember.
3   Q   Is there a technician -- strike that.
4       When the samples were actually run in the
5   machines, were they run by a pathologist or a
6   technician?
7   A   Technician.
8   Q   Who ran your lab in 2000?
9   A   Elaine Johnson.
10  Q   And is she still with Yale?
11  A   She is not.
12  Q   Do you know where she is?
13  A   I do not.
14  Q   Is there anyone currently still associated
15  with your lab who was responsible for conducting the
16  flow studies with regard to immunophenotyping?
17      MR. MOLOT:  Objection.
18  A   Chaline Johnson is still in the lab.
19  BY MR. PARKER:
20  Q   Chaline?
21  A   Right.

Page 67

1   Q   And what was her job, sir?
2   A   She was one of the technicians in the lab.
3   Q   And is she still doing that?
4   A   She's still at Yale.
5   Q   Now, I thought you told me -- and, again, I'm
6   not taking notes of everything you tell me today so I
7   could be wrong -- that on occasion your lab would
8   also do a wet study as well?
9   A   Correct.
10  Q   When you received a wet specimen -- and can
11  we define what you mean by "wet specimen"?
12  A   Either bone marrow or peripheral blood.
13  Q   When you received such a specimen and you
14  elected to do the study yourself rather than sending
15  it up to the Department of Laboratory Medicine, did
16  you already have your panel constructed for, let's
17  say, leukemias?
18  A   Well, again, to put it into context, the
19  question often was either staging of a bone marrow so
20  we knew what the lymphoma was or it was an issue of a
21  lymphocytosis in the peripheral blood.  Other kinds

Page 68

1   of questions we would send up to laboratory medicine.
2   Q   So if someone sent you a sample, a wet
3   specimen, and said, "Doc, I think my patient's got
4   leukemia, tell me if they do," if that was the
5   question, was that something you would send up to
6   Department of Laboratory Medicine?
7   A   We would see what kind of leukemia they were
8   asking.
9   Q   The doctor says, "I don't know.  I think they
10  have leukemia."
11  A   Well, they have more information than that.
12  They have a white count.  They have a differential,
13  and so that question would be quite open ended so
14  there's more information attached to that patient
15  than just that history.
16  Q   All right.  When you reviewed Dianon's
17  records, did you see requisition forms where the only
18  request by the referring physician was to rule out a
19  leukemia?
20  A   Yes.
21  Q   Okay.  So if you got such a request from a

Page 69

1   physician out there saying, "You guys are smart guys,
2   tell me whether my patient has a leukemia, here's
3   their blood count, and it is what it is," would you
4   do that test or would you send it up to the
5   Department of Laboratory Medicine?
6   A   Well, if you tell me what the blood count is
7   and you tell me what the differential is and you just
8   said that was the information I got --
9   Q   Tell me --
10      MR. MOLOT:  Let him finish the answer.
11  A   If it was a lymphocytosis, we would do it.
12  If it was a question of acute leukemia, then we would
13  send it to laboratory medicine.
14  BY MR. PARKER:
15  Q   So if all the doctor is sending you is a
16  blood sample and a question of "Tell me whether my
17  patient has leukemia," you would look at the blood
18  sample, and you would make an assessment of whether
19  it was probable that it was a lymphocytosis or
20  probable that it was either a myelogenous or
21  lymphocytic leukemia?

18 (Pages 66 to 69)

Towson Reporting Company
410-828-4148

GORE BROTHERS
410-837-3027

Whitman Reporting-Rockville
301-279-7599

Stuart Flynn, M.D. - 5/10/06

Page 86

1   Q   And does it remain your understanding that
2   Dianon's standard panel consisted of 25 or 27
3   antibodies?
4           MR. MOLOT: Objection. That's not
5       what it says. It says, "25, 26 or 27."
6           MR. PARKER: I understand that.
7   BY MR. PARKER:
8   Q   I'm asking: Does the standard panel consist
9   of 25 or 27?
10  A   Based on their depositions? You're asking me
11  to reference that towards their depositions?
12  Q   I'm saying based upon the information that
13  has come to your attention since your report.
14          MR. MOLOT: From the depositions?
15          MR. PARKER: Any source including the
16      depositions.
17  A   I'm not sure that my opinion has changed in
18  that regard.
19  BY MR. PARKER:
20  Q   Okay. So who testified, if you can recall,
21  that Dianon ever had a standard panel of 27

Page 87

1   antibodies?
2   A   I don't think anybody mentioned -- well,
3   that's not actually true. I'm not sure if the word
4   "standard" was used, but a one-size-fits-all panel
5   was kind of alluded to by I will say everybody who
6   was deposed.
7   Q   And that consisted of 27 antibodies?
8   A   It consisted of 25, 26 or 27 consistently.
9   Q   Doctor, did you understand Dianon's practice
10  to have been, putting aside the actual number as
11  different points in time, that they had a standard
12  panel to which they would add antibodies if
13  particular circumstances in a case warranted it?
14  A   I've seen that reference, yes.
15  Q   Okay. So in point of fact, there was
16  clinical judgment exercised by the pathologists at
17  Dianon on an individual-case basis to determine
18  whether they needed to add additional antibodies to
19  their standard panel?
20  A   I've seen that reference, correct.
21  Q   Your beef, so to speak, Doctor, is that their

Page 88

1   standard panel was too large?
2           MR. MOLOT: Objection. Stop. When I
3       object, you've got to wait. Object to the
4       term "beef."
5   A   I don't have a beef in this at all.
6   BY MR. PARKER:
7   Q   You don't. Your criticism, to be more
8   polite, I suppose, about it, is that their standard
9   panel was larger than the standard panel you would
10  have used?
11  A   Correct.
12  Q   Because after all I think we've established
13  that your lab when it was in operation approached
14  their cases the same way insofar as you had a
15  standard panel that you used for all lymphoma cases?
16          MR. MOLOT: Objection.
17  A   Correct.
18  BY MR. PARKER:
19  Q   Let's go over, please, sir, to page No. 3.
20  You wrote -- just read along with me. I'm in the top
21  paragraph. "Such information" -- you see where I'm

Page 89

1   reading?
2   A   Yes.
3   Q   "Such information is typically known by the
4   referring physician. In many cases, there was
5   sufficient clinical information to design a targeted
6   panel of antibodies as opposed to using a large
7   'standard panel' in each case." Now, firstly, I've
8   read that accurately, correct?
9   A   Correct.
10  Q   Doctor, when your lab was up and running,
11  when you had a lymphoma case, you did not design a
12  targeted panel for each individual case, did you?
13          MR. MOLOT: Objection.
14  A   It was a targeted panel for the disease
15  process.
16  BY MR. PARKER:
17  Q   And Dianon has targeted panels for the
18  disease processes it sees. It just happens to
19  believe that its approach requires more antibodies
20  than what you'd like to see?
21          MR. MOLOT: Objection.

23 (Pages 86 to 89)

Stuart Flynn, M.D. - 5/10/06

Page 118

1    A    Correct.
2    Q    So how many have to be dead before you throw
3    it away and say "Give me a fresh sample"?
4    A    We will still do -- we'll do the assay, and
5    that's not usually initially that they're all dead,
6    but the majority may be dead, and we will still get a
7    viable result in many of those cases.
8    Q    So there's no -- there's no degree if we were
9    to put a percentage on it of dead cells in your
10   sample that are going to stop you from doing a flow
11   study?
12   A    I don't think so.
13   Q    Okay.
14        MR. MOLOT:  Could we take a
15   five-minute break?
16        MR. PARKER:  Sure.
17        (A short break was taken.)
18   BY MR. PARKER:
19   Q    Dr. Flynn, what conditions are within the
20   differential diagnosis for myeloid dysplasia
21   syndrome?

Page 119

1    A    Well, those usually present -- definitionally
2    they're an anemia of unknown cause for at least six
3    months.  So it's any -- it's the entire breadth of
4    diseases that present with anemia.
5    Q    Give me a few.
6    A    Iron deficiency anemia, B12 deficiency
7    anemia, anemia chronic disease, various
8    hemoglobinopathies that present with anemia.
9    Q    What about neoplasms?
10   A    Present with anemia?
11   Q    Yes, that are within the differential
12   diagnosis of MDS.
13   A    Yeah, there could be.
14   Q    Give me a couple.  If you're a physician and
15   you're presented with a suspicion of MDS, what do you
16   have to consider with respect to the family of
17   neoplasms within the differential diagnosis of MDS?
18   A    Well, most metastatic cancers would not go
19   undetected for six months, and those make up the vast
20   majority of what we would refer to as neoplasms.  So
21   chronic lymphocytic leukemia could present as an

Page 120

1    anemia, but, again, that would be six months of being
2    undiagnosed.  So in a vacuum, neoplasms can be
3    present that way.  In reality, the vast majority
4    would give you other hints that there's something
5    else going on other than just anemia.
6    Q    All right.  Let me be more specific, Doctor.
7    If you got a case that came in from a physician who
8    felt that their patient had MDS but wanted
9    confirmation, is CLL within your differential
10   diagnosis?
11   A    It would be before I know anything about the
12   patient.
13   Q    Okay.  Would hairy cell leukemia be within
14   your differential diagnosis?
15   A    It would.
16   Q    Would mantle cell leukemia be within your
17   differential diagnosis?
18   A    Again, I want to qualify.  It's in the broad
19   universe of differential diagnoses, but there will be
20   other information that will clue you in that this is
21   not an MDS issue.

Page 121

1    Q    Let's assume that the doctor's off on a
2    vacation.  He sends a report in.  He goes on
3    vacation.  You can't find the doctor.  All you got is
4    a result of the blood study, and the doctor
5    requisitioned to do flow work and says that my
6    provisional diagnosis is MDS.  What blood work would
7    rule in or rule out CLL as within a differential
8    diagnosis?
9         MR. MOLOT:  Objection.
10   A    Two things.  One is you would have a white
11   count, and you would have a differential.  That would
12   be a given for your patient.
13   BY MR. PARKER:
14   Q    Okay.
15   A    So I don't need to talk to the doctor.  I can
16   talk to the doctor's office to get that information
17   if it's not submitted.  Secondly, I'm going to look
18   at the smear, and I garner a lot of information from
19   that smear, and I will write immediately have an
20   appreciation whether this is an MDS, whether I see a
21   lymphocytosis, whether I see plasma cells.  So just

Stuart Flynn, M.D. - 5/10/06

Page 126

1  competent physician would rely upon one single
2  laboratory test on which to make any diagnosis?
3     A   I'm not sure that's true.
4     Q   So competent physicians would?
5     A   I think physicians would, and it would become
6  a matter of judgment whether they were competent or
7  not.
8     Q   Within the standard of care?
9           MR. MOLOT:  Objection.
10    A   We'd have to discuss the specifics.
11 BY MR. PARKER:
12    Q   Doctor, do leukemias occur within lymph
13 nodes?
14    A   They can.
15    Q   And when you have a question of
16 lymphocytosis, is myelogenous leukemia within the
17 differential diagnosis?
18    A   You said when you have information that it's
19 lymphocytosis --
20    Q   Yes.
21    A   -- is myelogenous leukemia --

Page 127

1     Q   -- within the differential diagnosis?
2     A   I think you're going to have to clarify that.
3  That seems to not be a connect.
4     Q   Well, it may not be.  You're the expert.  If
5  a physician out there says, "You know, I got a
6  patient.  I did a history, physical.  I opened up my
7  medical textbook, and I think they got this condition
8  called lymphocytosis.  Here's their blood.  You
9  answer the question for me," and that's all you got.
10 You got a blood study, and you got a doctor telling
11 you they think they have a patient that has
12 lymphocytosis.  The question is:  When you get that
13 case, is myelogenous leukemia within the differential
14 diagnosis?
15    A   Chronic or acute?
16    Q   Let's start with acute.
17    A   Well, first of all, again, you're not just
18 reliant on the history of lymphocytosis.  You have a
19 smear that you look at which is very valuable.  You
20 have a differential to look at.  So in the universe
21 of all patients, is AML a possibility?  The answer is

Page 128

1  yes.
2     Q   Okay.
3     A   If it comes in as lymphocytosis and you
4  evaluate it for lymphocytosis and just for that
5  question, the answer that's going to come back is
6  these cells are not marking as lymphocytosis, and
7  that sends out all kinds of flags.  So you have a
8  safety net even with a negative result, and the
9  result is these aren't lymphocytes.  Find out what
10 they are.
11    Q   Then what do you do then?
12    A   Then you go back.  You can look at the smear.
13 You can look at the bone marrow.  You can now run
14 more tubes because you've prepared them, and you can
15 do antibodies.  You can say, "I have to consider that
16 this might be an acute leukemia."  So you have a lot
17 of options.
18    Q   More testing?
19    A   More testing.
20    Q   If a patient presents with a suspicion of
21 lymphoma, is leukemia within the differential

Page 129

1  diagnosis?
2     A   What kind of specimen?
3     Q   Tissue specimen.
4     A   It is, and it's the same story again, very
5  rare.  You have morphology to look at.  Either you do
6  or somebody does.  Studies can be done on that so you
7  don't need to take out another specimen, but, again,
8  from a flow cytometry perspective, you're going to
9  get back a result that says I don't see -- I don't
10 even see lymphocytes in here if that's all you were
11 to look for, for instance.  So, again, that negative
12 result is a pretty critical piece of information that
13 you're looking at something that you didn't think was
14 in there.
15    Q   When the Department of Laboratory Medicine
16 does a wet specimen flow analysis, do you know what
17 their protocol is with respect to whether they do a
18 morphologic examination before or after the flow
19 study?
20    A   They do them before.
21    Q   And what is the reason why they do that

33 (Pages 126 to 129)

Towson Reporting Company
410-828-4148

GORE BROTHERS
410-837-3027

Whitman Reporting-Rockville
301-279-7599

Stuart Flynn, M.D. - 5/10/06

Page 138

1   out of context of any specificity to a question.
2       Q   That's your full answer to my question?
3       A   That's my full answer.
4       Q   Please turn to Table 6 of this report.
5           MR. MOLOT:  What page is it?
6           MR. PARKER:  I'm sorry.  Rick, it's
7       page 884, Table 6.
8   BY MR. PARKER:
9       Q   Doctor, the table -- excuse me -- the title
10  of this table is "Potentially useful three-parameter
11  antibody combinations for a full distinction of
12  immature and mature nucleated bone marrow cells,"
13  correct?
14      A   Correct.
15      Q   Now, the reference to "Three-parameter
16  antibody combinations" refers to three colors,
17  correct?
18      A   Correct.
19      Q   Okay.  And this paper is published in 1996,
20  and I think you told me as of 2000 your lab was using
21  a two-color approach?

Page 139

1       A   Correct.
2       Q   Does the -- do -- let me try it one more
3   time.
4           Does the inclusion of additional colors
5   enhance diagnostic sensitivity in a flow cytometry
6   assay?
7       A   It has the potential.  It depends on what the
8   disease is that you've addressed.
9       Q   And, Doctor, looking at this presentation by
10  these authors in 1996 of what would be useful, to use
11  their word, "for a full distinction of immature and
12  mature nucleated bone marrow cells," are there any
13  antibodies in this chart which if my math is correct
14  number 24 with which you disagree?
15      A   Well, I would clarify they don't say
16  "useful."  They say "potentially useful."
17      Q   Okay.  I'll amend it, potentially useful.
18      A   And, secondly, as individual antibodies, I
19  would not disagree with any of these as having merit.
20  On the other hand, I would address the issue of
21  overlap, the ability to, for instance, do a

Page 140

1   second-tier assay to address very specific questions
2   that some of these antibodies address and then would
3   harp back to the issue of medical necessity, and I
4   think that all of these are medically necessary.
5       Q   Doctor, how do you define the term "medical
6   necessity" or "medically necessary"?
7       A   I would define it in the context of a given
8   patient or in this case a given patient disease
9   entity process and the antibodies that allow me to
10  address not only that question but also assure for
11  diseases that have some likelihood of overlap that I
12  also at least can address the possibility that that's
13  an issue.  That's how I would define it.
14      Q   If a lab performs an assay in conformity --
15  let me start again.
16          If a lab conducts a flow cytometry study in
17  conformity with the prevailing standard of care, in
18  your definitional terms, are the antibodies that are
19  used thereby medically necessary?
20          MR. MOLOT:  Objection.

Page 141

1       A   Yes.
2   BY MR. PARKER:
3       Q   Doctor, then let's -- with that
4   understanding, let's go back to Table No. 6, and if
5   the question sought by the clinician was to get a
6   full distinction of immature and mature nucleated
7   bone marrow cells, which of these antibodies do you
8   contend are not within the standard of care for a
9   laboratory to use?
10      A   Well, I will give you a couple.  One would be
11  Glycophorin A which is an antibody that will stain
12  erythroblasts which is one of the acute leukemias
13  when they're neoplastic that falls under the genre of
14  AML, exceedingly rare -- well, that's maybe an
15  overstatement, rare.  I guess I don't need to modify
16  "rare," and I think it would be medically unnecessary
17  for every antibody -- for every panel to have that
18  antibody present on the rare chance that the patient,
19  number one, has acute leukemia and it's an acute
20  erythroblastic leukemia.
21      Q   Okay.  Just name -- and, firstly, if I have

36 (Pages 138 to 141)

Page 222

1 information, please tell me how you would construct
2 the panel to diagnose this patient's condition of
3 anemia and fatigue.
4    A    Okay.  Well, same caveats for the other
5 cases.  I'd want to know more specificity about the
6 patient and the anemia.  I'm just looking at the
7 numbers here.  So the hemoglobin is 7.4.  I'm trying
8 to see what their range is for the MCV and the MCH,
9 MCHC.  So the history I have is anemia and fatigue.
10 It is a 76-year-old patient.  So the panel I would
11 design for this would be -- would have certainly
12 overlap with the last panel.  It would be kappa,
13 lambda --
14    Q    And if it's the same, just tell me.
15    A    Let me fight through what would be different
16 on this.  I think it would be a similar panel.
17    Q    Well, since the government's charging my
18 clients if they were off by one, is it the same or
19 similar?
20    A    No.  May I see what the panel was on the last
21 one just so I --

Page 223

1    Q    Sure.  I'll give it to you.  It was 3 -- I
2 wrote it down.  Actually, I'm sorry.  That's 15.
3 This is 16.
4    A    Okay.  The same.
5    Q    That's yours.  This is mine.  Thank you.
6 Now, let's move on to Exhibit 18.
7              (Defendant's Exhibit No. 18,
8              Real-time Quantitative RT-PCR
9              of Cyclin D1 mRNA in Mantle
10             Cell Lymphoma:  Comparison with
11             FISH and Immunohistochemistry,
12             marked for identification.)
13 BY MR. PARKER:
14    Q    Let me see if I can find my copy.
15          MR. MOLOT:  Take one second?
16          MR. PARKER:  Yeah, sure.
17             (A short break was taken.)
18 BY MR. PARKER:
19    Q    All right.  Doctor, what I've had marked as
20 Exhibit 8 --
21          MR. MOLOT:  18.

Page 224

1          MR. PARKER:  18.  I'm sorry.  Thanks,
2    Rick.
3 BY MR. PARKER:
4    Q    -- 18 is entitled, "Real-time Quantitative
5 RT-PCR of Cyclin D1 mRNA in Mantle Cell Lymphoma:
6 Comparison with FISH and Immunohistochemistry."  Have
7 I read it --
8    A    You did a good job.
9    Q    -- correctly?  Now, this is a paper which
10 both you and your colleague, Dr. Smith, and others
11 authored?
12    A    Correct.
13    Q    Did you actually work on the paper or were
14 you put on the paper out of professional courtesy?
15    A    No.  These cases -- a subset of these cases
16 were undoubtedly mine, probably were reviewed for the
17 paper, so not put on for courtesy.
18    Q    Okay.  I didn't mean to disparage you.
19    A    No.  On the other hand, it's a multiauthored
20 paper so there are various areas of expertise here.
21    Q    Understand.  Doctor, if we were to turn to

Page 225

1 page 2 of this paper, just so I'm clear, Doctor,
2 these were not studies done for some research purpose
3 but rather were 39 cases of folks who had to get
4 diagnosed and were diagnosed at the Department of
5 Pathology?
6    A    Correct.
7    Q    And we're told that in all of the cases the
8 immunophenotyping included -- among other things but
9 what we're told CD19, CD20, CD22, CD45RA, CD10 and
10 T cell markers CD2, CD3, CD5, CD7, CD43 and CD45RO,
11 and we're further told that in those cases when there
12 was a suggestion to do morphologic examination of a
13 differential diagnosis of MCL -- and, Doctor, what is
14 MCL?
15    A    Mantle cell lymphoma.
16    Q    -- that additional antibody markers CD5, CD10
17 and CD23 were added?
18    A    Correct.
19    Q    Now, these were not the only markers that
20 would have been used when working up these cases,
21 correct?

57 (Pages 222 to 225)

Stuart Flynn, M.D. - 5/10/06

Page 226

1    A   I would imagine that's the truth, but we use
2   directed panels so it somewhat would depend on what
3   the case came in for.  It would depend on what the
4   smear may have shown, and then a decision is made as
5   to what directed panel, but I think there would have
6   been other antibodies used in these cases.
7    Q    Now, the reference to the Department of
8   Pathology, would this have been the flow lab in your
9   group or would this have been in the Department of
10  Laboratory Medicine?
11   A   Laboratory medicine.
12   Q   Can you -- let me rephrase the question.
13       Since your lab focused on lymphoma cases
14  you told me --
15   A   Correct.
16   Q   -- can you tell me whether or not at the time
17  this paper was written -- strike that.
18       This paper was written in 2003.  You were
19  shut down by then?
20   A   Correct.
21   Q   At the time your lab was operating, were they

Page 227

1   using these markers for lymphoma?
2    A   Certainly some of them.  I don't have them
3   all put to memory, and I'm not even sure when
4   possibly one or two of these came out so I can't say
5   definitively that every one of them was being used.
6    Q    Sitting here today, with the exception --
7   well, let me start again.
8        Dianon used CD45 in all of its panels,
9   correct?
10   A   Correct.
11   Q   What is the distinction, help me, Doctor,
12  between CD45RA and CD45RO?
13   A   I don't know what CD45RA is.  CD45RO is
14  another T cell antigen or antibody in this case.
15   Q   And with respect to all of the other ones
16  mentioned here, all of these were used in the Dianon
17  panel dating back to 1996?
18   A   With the exception of what you said was
19  incorrect, RO and RA?
20   Q   Right.
21   A   I don't think 43 was.

Page 228

1    Q    I would agree with that.  I don't have 43
2   being in the panel.  Thank you.
3    A   So 19, 20, 22, 10, 2, 3, 5 and 7 were.
4    Q   And the additional 5, 10 and 23?
5    A   Were.
6    Q   Okay.  All right.  Now, I want to just put
7   that aside because we're going to come back to that
8   for a moment.  Now, let's go back to this
9   description.  These cases involved, we're told, 15
10  cases of lymphoma, correct?
11   A   Oh, you're back to the paper?
12   Q   Yeah.  I need to lay another foundational
13  question.
14       MR. MOLOT:  What page?
15       MR. PARKER:  Same section we've been
16   dealing with.
17  BY MR. PARKER:
18   Q   Under "Clinical Cases."
19   A   Okay.  I'm sorry.  What was your question?
20   Q   I apologize for being disjointed.  I just
21  want to break up the 39 cases for purposes of my next

Page 229

1   series of questions.
2    A   Okay.
3    Q    In that 39 cases, you had, we're told, nine
4   cases of suspected mantle cell leukemia?
5    A   Okay.
6    Q   And 15 were lymphoma cases?
7    A   Follicular lymphoma.
8    Q   And eight CLL cases?
9    A   Slash, small lymphocytic lymphoma, yes.
10   Q   And then there were others that I'm not going
11  to mention and put into my next series of questions.
12   A   Okay.
13   Q   With respect to the CLL cases, would all of
14  them also have been tested with the antibodies listed
15  below that we just went over?
16   A   In other words, would that panel have been
17  used on those?  Is that what you're asking?
18   Q   Would the panel that had been used to look at
19  those cases of CLL included 19, 20, 22, 45, 10, 2, 3,
20  5, 7, 43?
21   A   Their statement is or the statement in the

58 (Pages 226 to 229)

Towson Reporting Company
410-828-4148

GORE BROTHERS
410-837-3027

Whitman Reporting-Rockville
301-279-7599

Stuart Flynn, M.D. - 5/10/06

Page 230

1  paper is in all of the tumors the markers were used
2  so I think I'm interpreting that correctly.
3      Q    That's how I read it, but I wanted to be
4  sure.
5      A    Yeah, that's how I'm reading it, too.
6      Q    Now, Doctor, when you looked at Dianon's
7  cases -- and I'm not asking you to accept my numbers,
8  but as I looked at your files, you reviewed 85 cases
9  where the diagnosis was CLL, and I could only find
10  three of those in which you permitted the use of
11  CD22.  Did that strike you as in the ballpark of
12  being accurate or widely off?
13          MR. MOLOT:  In all of the 400 cases or
14      just one sample versus another?
15          MR. PARKER:  I think it's all 400.
16      A    No.  I think that's reasonable.
17  BY MR. PARKER:
18      Q    Okay.  And in none of the 85 cases of CLL did
19  you find the use of CD2 to be medically necessary.
20  Does that strike you as consistent with the way you
21  approached Dianon's case?

Page 231

1      A    I'm not sure that's totally consistent, but I
2  could imagine --
3      Q    Very few?
4      A    Possibly but, again, that would be
5  contingent on the patient's history.
6      Q    What you're telling me is when you authored
7  this paper all of the patients who had CLL had
8  histories that indicated and required the use of CD2
9  and CD22?
10      A    No.  I think -- and I don't know if they came
11  in with that history, but the message here is this is
12  what the lab ran on those cases.
13      Q    Um-hum.  And, Doctor, am I correct that when
14  you were asked to participate in this study and you
15  saw what was done you didn't go down to Dr. Smith and
16  say, "Brian, you guys are using medically unnecessary
17  markers to diagnose CLL.  You shouldn't be using 22
18  or 2"?
19          MR. MOLOT:  Objection.
20      A    I don't remember having that conversation so
21  I think you're correct.

Page 232

1  BY MR. PARKER:
2      Q    And going back to Dianon's cases of CLL,
3  again, I'm not asking you to accept my number of 85,
4  but I counted 85 cases you reviewed of CLL, and I
5  could only find four in which you found CD7 to be
6  medically necessary.  Does that strike you as being
7  roughly accurate?
8      A    That sounds reasonable.
9      Q    Moving on, again, keeping in mind your paper
10  that you published in 2003, I have you reviewing 159
11  cases of lymphoma out of Dianon's file, and only six
12  of those cases by my count did you find CD2 to be
13  medically necessary.  Again, I'm not asking you to
14  accept my 159, but does that balance strike you as
15  reasonably accurate?
16      A    Reasonable.
17      Q    Of the 159 cases of lymphoma, CD7 you found
18  to be medically necessary in only 10 of 59 cases.
19  Reasonably accurate?
20      A    Yes.
21      Q    And, again, CD2, 7 and 22 were all antibodies

Page 233

1  that you and your colleagues used in all of the cases
2  of lymphoma or so we're told in this study?
3      A    Correct.
4      Q    Lastly, I have in those 159 cases by your
5  report finding CD22 to be medically necessary in only
6  seven out of 159 cases.  Again, strike you as being
7  reasonably accurate?
8      A    Yes.
9              (Defendant's Exhibit No. 19,
10              collection of documents, Sample
11              No. 63, marked for
12              identification.)
13  BY MR. PARKER:
14      Q    I'm going to hand you as Exhibit 19 a
15  collection of papers pertaining to sample No. 63, a
16  study done by Dianon on December 13th, 1999.
17          MR. MOLOT:  Counsel, are you
18      representing that this is the complete
19      information that was in the chart?
20          MR. PARKER:  Yes.
21          MR. MOLOT:  So there's no CBC stuff in

59 (Pages 230 to 233)

Towson Reporting Company
410-828-4148

GORE BROTHERS
410-837-3027

Whitman Reporting-Rockville
301-279-7599