# EXHIBIT 5

Page 1

```
 1           IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF CONNECTICUT
 2

 3   UNITED STATES OF AMERICA,
     ex rel. Dr. James J.
 4   Tiesinga,

 5              Plaintiffs,
                                         No.3:02CV157(MRK)
 6        vs.

 7   DIANON SYSTEMS, INC.,

 8              Defendant.
                                    /
 9

10           The deposition of MARY ALICE

11   STETLER-STEVENSON, M.D. was held on Tuesday, August 22,

12   2006, commencing at 9:30 a.m. at the Law Offices of

13   Venable, L.L.P., 575 7th Street, N.W., Washington,

14   D.C., before Steven Poulakos, Notary Public in and for

15   the District of Columbia.

16

17

18

19

20

21   REPORTED BY:  Steven Poulakos
```

Page 74

1    A    The five color machine is only being used
2    for a specific protocol of patients. We've only
3    validated the cocktails for the five color for one
4    specific protocol, and actually we have not concluded
5    the complete validation process of the machine.
6    Q    How long have you been doing three four
7    colors, excuse me?
8    A    I have to admit, I don't know.
9    Q    Did that change during your tenure though?
10    A    Yes.
11    Q    So when you started in around 1989, '90 you
12    were doing three color?
13    A    One color.
14    Q    One color?
15    A    Yes.
16    Q    That's interesting. So when you came in
17    the NCI flow lab was only using one color?
18    A    Correct.
19    Q    And over the 16 years of your tenure as the
20    chief you've moved that lab from one color to two to
21    three to four and now on the verge of becoming five

Page 75

1    color?
2    A    Correct.
3    Q    Would you say that five color is currently
4    the edge or the state-of-the-art?
5    A    Not the edge or the art. People are doing
6    more colors. Spect & Dickinson has produced a six
7    color machine that is rather standardized and that
8    they're proposing for clinical laboratory use and I'm
9    aware of a practicing pathologist uses a large number
10    of colors.
11    Q    Dr. Stetler-Stevenson, as the chief of the
12    NCI flow lab, have you in the course of your tenure in
13    that position conducted educational courses for other
14    pathologists within either VA hospitals or other
15    governmental institutions running flow labs with
16    respect to how to perform flow?
17    A    I don't recall ever specifically ever
18    conducting a course at the Veteran's Administration
19    Hospital.
20    Q    Well, let me --
21    A    That is correct, okay.

Page 76

1    Q    My question wasn't so limited. My question
2    was: Have you as the NCI chief of flow ever
3    participated or directed an educational course for the
4    benefit of government pathologists running flow labs?
5    I didn't mean to limit my question to on the premise of
6    a VA Hospital.
7    A    I participate in a course for joint NCI and
8    NHLBI fellows, and all members may attend. It has to
9    do with leukemia and lymphoma in general.
10        I give the introductory -- I give the
11    lecture on immunophenotyping of -- plus cytometric
12    immunophenotype of lymphoma -- mature lymphoid
13    neoplasia.
14    Q    What is NHBI?
15    A    NHLBI. It's National Heart Lung and Blood
16    Institute.
17        (Whereupon, a document was marked as
18    Deposition Exhibit Number 12.)
19        BY MR. PARKER:
20    Q    I'm handing you Exhibit Number 12, Dr.
21    Stetler-Stevenson. I'm not sure I have my own copy.

Page 77

1    What is the date at the bottom of that exhibit?
2    A    February 26, '05.
3    Q    And it's entitled unknown?
4    A    Unknown PB or BM.
5    Q    I assume that's peripheral blood bone
6    marrow?
7    A    Correct.
8    Q    And does the unknown refer to the fact that
9    the diagnostic condition is unknown to your laboratory?
10    Let me withdraw that question.
11        What does unknown refer to?
12    A    I have not made a diagnosis in that
13    patient.
14    Q    So let me see if I understand. If a
15    specimen comes to you that is from either blood or bone
16    marrow with a provisional diagnosis but you have not
17    previously examined that patient, does such a patient
18    currently get this panel from antibodies?
19    A    If the patient has a provisional diagnosis
20    of a mature lymphoid neoplasia.
21    Q    What would be some examples of that?

Page 86

1  Exhibits 12, 13, and 14 together?
2      A   Yes.
3      Q   Am I correct, Doctor, that when you design
4  these panels it was because you felt that this
5  combination of antibodies was what was medically
6  necessary for you to render correct and accurate
7  diagnoses of these suspected medical conditions?
8      A   Yes.
9      Q   These panels are not designed -- let me
10 rephrase it differently.
11         These panels are designed to provide
12 medical diagnostic services, correct?
13     A   Correct.
14     Q   You can put those aside and I have a couple
15 of others here.
16         (Whereupon, a document was marked as
17 Deposition Exhibit Number 15.)
18         BY MR. PARKER:
19     Q   I hand you Exhibit 15, and, Dr.
20 Stetler-Stevenson, can you identify for the record what
21 this exhibit is?

Page 87

1      A   This is an unknown panel for a patient with
2  a diagnosis from an outside institution of acute
3  myelodisplastic leukemia, acute myeloleukemia, a
4  blastic and K-cell process, Burkitt's lymphoma, a stem
5  cell type leukemia or a dendritic cell leukemia.
6      Q   That was a lot. Let me make sure I
7  understand this.
8      A   Yes.
9      Q   Unknown means that you have, your lab has
10 not previously diagnosed this patient, correct?
11     A   Correct.
12     Q   And when you say outside before, were you
13 referring to outside the NCI family?
14     A   Correct.
15     Q   Would there be a different panel that you
16 would use if a patient that you have not previously
17 diagnosed had these same suspected conditions but was
18 within an NCI protocol?
19     A   If the patient's within an NCI protocol and
20 I have rendered a diagnosis already?
21     Q   No, no.

Page 88

1          If a patient has come to you who is in an
2  NCI protocol whom you have not previously diagnosed but
3  has one of these suspected conditions that we see in
4  Exhibit 15, do they get the panel shown in Exhibit 15
5  or some different panel?
6      A   It is unusual to get a patient with what
7  appears to be an acute leukemic process. I would
8  expand the panel if it were a true unknown.
9          Usually -- all the time patients have some
10 sort of peripheral smear that leads to suspicion that
11 there is a neoplastic hematolymphoid process. I would
12 examine the smear and to help as well in designing the
13 panel, but this would not cover possible lymphoma.
14         So this panel would not accurately
15 subclassify a mature lymphoid process.
16     Q   My question may have been unclear because
17 that wasn't, I don't think, what I was asking.
18         What you've explained to me as Exhibit 15
19 is a panel that you use in someone that your lab has
20 not previously seen who comes to you from outside of an
21 NCI protocol and who has a suspected condition that's

Page 89

1  one of the diseases mentioned in this heading: ALL,
2  AML, NK, Burkitt's, stem cell and an Drake cells; is
3  that correct?
4      A   Correct.
5      Q   What I'm trying to ascertain, Doctor, is if
6  someone who was in an NCI protocol who you have not
7  previously diagnosed comes to you with one of these
8  suspected conditions do they get the panel shown in
9  Exhibit 15 or do you have a different panel for NCI
10 patients?
11     A   I do not have different panels for NCI
12 patients and then for outside patients. All NCI
13 patients come to NCI with a diagnosis correct or
14 incorrect.
15         So, therefore, when I talk about a previous
16 diagnosis they have a previous diagnosis of something.
17 They may have a diagnosis of acute lymphoplastic
18 leukemia received at a hospital out in Frederick, for
19 example, or whatever, and I consider anything I have
20 not diagnosed unknown personally.
21     Q   I understand that.


**Page 106**

1  A  Correct.
2  Q  I'm sorry, continue.
3  A  And we evaluated the specimen.
4  Q  What did you determine the patient's
5  condition was?
6  A  We determined that the patient had an acute
7  myeloid leukemia that was unexpected, and in addition
8  had a incidentally a process consistent with an early
9  chronic lymphocytic leukemia.
10  Q  What you diagnosed was not what was
11  suspected?
12  A  Correct.
13  Q  And one of the conditions you diagnosed, an
14  acute myeloid cancer?
15  A  Yes.
16  Q  Is a potentially fatal cancer?
17  A  Correct.
18  Q  Such that if one is not treated rather
19  quickly and promptly you will die?
20  A  Correct.
21  Q  So the is it fair to say, Doctor, that you

**Page 107**

1  and your colleagues who perform flow cytometry are
2  called upon to make life and death decisions?
3     MS. DAVIS:  Objection.
4     THE WITNESS:  Yes.
5     BY MR. PARKER:
6  Q  So it's important to be correct in what you
7  do?
8  A  Yes.
9  Q  Doctor, you wrote in the first paragraph,
10  and I'm going to paraphrase, but I think I'll get the
11  gist of it, that you wrote, in an effort to cut costs
12  or to reduce costs laboratories constantly try to
13  reduce antibody panels performing flow cytometry,
14  correct?
15  A  Correct.
16  Q  And that pressure on cost, as we discussed,
17  is also something you experience as part of your
18  budgetary process?
19  A  Right.
20  Q  In fact, Doctor, as you explain it to me,
21  unlike what some people might think you don't have

**Page 108**

1  unlimited resources in terms of performing flow
2  cytometry, do you?
3  A  No.
4  Q  In fact, you have to make decisions on to
5  which patient you do flow on as to whether it fits
6  within your protocol?
7  A  Correct.
8  Q  Something which an outside laboratory
9  doesn't have to do?
10  A  Correct.
11  Q  You comment, and you put in quotes, disease
12  directed panels.
13     Do you see that, Doctor?
14  A  Yes.
15  Q  What do you mean by that?
16  A  People who receive a true unknown and
17  suspected of a lymphoma and do a panel that will only
18  detect lymphoma, that would be a disease specific
19  panel, would be unable to detect an acute myeloid
20  leukemia, for example.
21  Q  Does your -- today in the course of this

**Page 109**

1  morning's discussion we've looked at number of panels,
2  some of which have a number of diseases, some of which
3  have fewer. I don't recall seeing anyone that just had
4  one.
5     Is your approach disease specific or is it
6  something different?
7  A  Our approach is not disease specific,
8  although our approach is based on the fact that
9  patients present already with a diagnosis.
10     In all panels we include antibodies that
11  will detect another process. It may not fully
12  characterize it, but will detect it, as in this case
13  where we had to request a second blood sample to fully
14  characterize the acute myeloid leukemia, however, we
15  detected its presence with our limited panel.
16  Q  Doctor, I didn't ask you this before. In
17  your laboratory when you're performing flow on a
18  patient who's within an NCI protocol study, does your
19  lab require that morphologic examination of the
20  specimens be conducted before you do your flow study?
21  A  No.

Page 118

1 already detected.
2    Q   So the one of the diseases, the potentially
3 fatal disease, is referred to as AML?
4    A   Yes.
5    Q   And AML itself has a number of different
6 types of AML, some six or seven or so different types
7 of AML, correct?
8    A   Correct.
9    Q   And physicians will adjust their treatment
10 based upon which of those subclassifications in some
11 cases you may find, right?
12    A   Correct.
13    Q   So it's not even enough to tell a physician
14 your patient's got AML to really help that patient
15 live, you've got to tell the patient what type of AML
16 the patient has?
17    A   Correct.
18    Q   And that's what you were attempting to do
19 in Table 2 by using a cocktail in Table 2?
20    A   Correct.
21    Q   Please turn to page 117. If you would,

Page 119

1 Doctor, please look on the right-hand column. Do you
2 see the sentence beginning because up at the top about
3 the fourth line down?
4    A   117?
5    Q   117, right-hand column, fourth line down
6 the sentence begins because?
7    A   Yes.
8    Q   You wrote because adequate clinical history
9 was not provided and because granulation was not
10 apparent a diagnosis of AML was not made based on
11 morphology.
12       First, have I read it right?
13    A   Correct.
14    Q   What I think you're saying, and tell me if
15 I'm wrong, is that someone looking at the microscope,
16 the smears if you will, could not make a diagnosis of
17 AML in this case because rather ultimately flow was
18 needed to make that diagnosis?
19    A   Correct.
20    Q   And in this case also when it came to you
21 there was an inadequate clinical history such that you

Page 120

1 could not have suspected this patient might have AML?
2    A   Correct.
3    Q   And does that refer back to our earlier
4 discussion that often times you see outside diagnoses
5 being wrong?
6    A   Correct.
7    Q   So the point here, I think you're telling
8 the community, tell me if I'm getting it wrong, is that
9 if you simply just assume as a flow cyrtometrist that
10 the diagnosis is right and that's all you look at you
11 can put patients at risk of death?
12       MS. DAVIS: Objection.
13       THE WITNESS: Yes.
14       BY MR. PARKER:
15    Q   Further down in this paragraph do you see
16 the paragraph, the last paragraph begins concomitant?
17 If you go up to the preceding two sentences up that
18 begins if a restricted?
19    A   Yes.
20    Q   Are you with me?
21    A   Yes.

Page 121

1    Q   You wrote to the medical community, if a
2 restricted lymphoma panel had been used only the
3 diagnosis of CLL could have been made, because AML was
4 a disease causing clinical deterioration patient care
5 would have been severely compromised.
6       Have I read it correctly?
7    A   Yes.
8    Q   In all likelihood a patient with AML who
9 goes untreated is going to die within a couple of
10 months?
11    A   Correct.
12    Q   The last paragraph you wrote, picking up
13 mid sentence, do you see where it says, we demonstrate?
14 In this report your wrote --
15    A   We demonstrate.
16    Q   In this report, we demonstrate the
17 importance of employing a panel of antibodies capable
18 of identifying abnormal hematopoietic cells instead of
19 simply using a disease specific panel?
20       MS. DAVIS: Objection.
21       BY MR. PARKER:

Page 122

1  Q   This reinforces the U.S.-Canadian consensus
2  recommendations and indicates the danger of restricting
3  reimbursement to disease specific antibody panels.
4      Have I read that correctly?
5  A   Yes.
6  Q   When you referred to reimbursement you're
7  speaking not as a government flow cyrtometrist but to
8  those out there, your colleagues out there, who are
9  doing flow cytometry whether in academic centers or in
10 reference laboratories and are getting compensated for
11 that either by patients or third-party insurers or the
12 U.S. government through Medicare?
13     MS. DAVIS:  Objection.
14     THE WITNESS:  Yes.
15     BY MR. PARKER:
16 Q   Thank you.  No other questions on this
17 paper.
18     MR. PARKER:  Let's go off the record.
19     (A discussion was held off the record.)
20     BY MR. PARKER:
21 Q   Mr. Stetler-Stevenson, putting modesty

Page 123

1  aside, is the NCI flow lab, in your judgment, the
2  premiere flow cytometry lab operated by the United
3  States government?
4  A   There are laboratories that are research
5  laboratories that have different missions and to mix
6  them all together would be -- it's not a type of
7  question I could answer.
8  Q   Fair enough.  Let me rephrase my question.
9      Is the NCI flow lab, your lab, in your
10 judgment, the premiere government operated laboratory
11 for purposes of running diagnostic services through the
12 use of flow cytometry?
13 A   I'd have to restrict it further.  I only
14 study leukemia and lymphoma.
15 Q   Restricting it further, as you've
16 suggested, is it?
17 A   I believe so.
18     (Whereupon, a document was marked as
19 Deposition Exhibit Number 20.)
20     BY MR. PARKER:
21 Q   I'm going to hand you a paper, Exhibit

Page 124

1  Number 20, that was published in 1996 which is the
2  first year of damages sought by the government against
3  my client.
4      Doctor, are you familiar with this paper?
5  A   Yes.  It's been a long time since I've
6  looked at it, but I am familiar with it.
7  Q   I have I think just one question.  If you
8  could turn to the second page of this study.  Now,
9  before I ask you my questions let me put this into
10 context.
11     In 1996, the year this paper was published,
12 you had been the chief of the flow lab for six or seven
13 years?
14 A   Correct.
15 Q   And, Doctor, at that time, 1996, if you had
16 to describe your approach to performing diagnostic flow
17 cytometry would you say you used a restricted approach
18 or a comprehensive panel approach?
19 A   A comprehensive panel approach.
20 Q   And is it fair to say -- strike that.
21     Is it accurate to state that that has been

Page 125

1  your approach throughout your criteria as the chief of
2  the flow cytometry laboratory?
3  A   I believe that initially when I assumed the
4  position as chief of the flow cytometry unit things
5  were done quite differently and I evolved as a
6  clinician through study, and it would take a year or
7  two to get up to the comprehensive panel approach.
8  Q   Then is it more accurate to state that
9  early on in your tenure as the chief of the flow
10 cytometry lab for NCI you developed a comprehensive
11 panel approach?
12 A   Correct.
13 Q   Now, let's go to this paper, Exhibit
14 Number 20, on the second page of this journal article
15 on the right-hand column section 2.3.  The paragraph
16 beginning, alternatively?
17 A   Yes.
18 Q   Do you see that?
19 A   Yes.
20 Q   And in 1996 -- these are largely, by the
21 way, international European pathologists?

Page 134

1  Q   In fact, your case report that we just
2  discussed is a perfect example of exactly this
3  situation, isn't it, Doctor?
4       MS. DAVIS:  Objection.
5       THE WITNESS:  Yes.
6       BY MR. PARKER:
7  Q   On page 3 under general considerations, the
8  paragraph begins on page 2 and carries over to page 3.
9  Do you see the sentence in the left-hand column
10 beginning, Doctor, in general?  I'm on page 3.  I'm
11 sorry, that was confusing.  The section begins on page
12 2 --
13 A   Yes.
14      MS. DAVIS:  What's the page number?
15      MR. PARKER:  I'm sorry, Pat, it's 233.
16      MS. DAVIS:  Okay.
17      THE WITNESS:  Yes.
18      BY MR. PARKER:
19 Q   The authors wrote, in general the larger
20 the number of reagents the higher the sensitivity of
21 abnormal cell detection and the better the ability of

Page 135

1  delineating phenotypes that must be useful in disease
2  monitoring.
3       You agreed with that statement in 1997?
4  A   Yes.
5       MS. DAVIS:  Objection.
6       THE WITNESS:  Correction.  Delineating
7  phenotypes that may be useful in disease monitoring.
8       BY MR. PARKER:
9  Q   I accept your correction.  As you corrected
10 me, that is a statement to which you agreed in 19967?
11      MS. DAVIS:  Objection.
12      THE WITNESS:  Yes.
13      BY MR. PARKER:
14 Q   Let's turn now to the last page, page 235.
15 Up at the top these authors wrote that despite the best
16 efforts -- I'm paraphrasing here.
17      They wrote, recommending a universal
18 strategy for the selection of antibodies applicable to
19 the analysis of hemotologic neoplasia is unrealistic
20 and that a consensus in this regard will be extremely
21 difficult to reach.

Page 136

1       You agreed with that in 1997?
2       MS. DAVIS:  Objection.
3       THE WITNESS:  Where is this?
4       BY MR. PARKER:
5  Q   I'm sorry, top of 235 on the left-hand
6  side, the first lane in mid part of that line picks up
7  with recommending and universal?
8  A   Okay, yes.
9       BY MR. PARKER:
10 Q   You agreed with that statement in 1997?
11      MS. DAVIS:  Objection.
12      THE WITNESS:  Yes.
13      BY MR. PARKER:
14 Q   In other words, Doctor, what you and your
15 colleagues recognized in 1997 is that given the
16 situations that different labs face, some reference
17 labs, some academic labs, some government labs, given
18 the different training that different flow cytometrists
19 cyrtometrist have gone through in their practice, that
20 it simply was not going to be possible then and it
21 hasn't happened today that there is a universal

Page 137

1  strategy for doing flow cytometry, correct?
2       MS. DAVIS:  Objection.
3       THE WITNESS:  Yes.
4       BY MR. PARKER:
5  Q   Further down in the paragraph the authors
6  wrote, a restricted panel of antibodies may limit our
7  ability to recognize neoplastic cells or to determine
8  their correct types.
9       You agreed with that statement in 1997,
10 right?
11      MS. DAVIS:  Objection.
12      THE WITNESS:  Yes.
13      BY MR. PARKER:
14 Q   And you still subscribe to that?
15      MS. DAVIS:  Objection.
16      THE WITNESS:  Yes.
17      BY MR. PARKER:
18 Q   And neoplasia again is cancer?
19 A   Yes.
20 Q   Lastly the authors wrote, the average
21 number -- do you see where I'm referring to at the

Towson Reporting Company
410-828-4148

GORE BROTHERS
410-837-3027

Whitman Reporting-Rockville
301-279-7599