# EXHIBIT 9

Page 1

```
         IN THE UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA    )
ex rel. DR. JAMES J.        )
TIESINGA,                   )
                            )
         Plaintiff,         )
                            )
vs.                         )   CIVIL ACTION FILE
                            )   NO. 3:02CV1573(MRK)
DIANON SYSTEMS, INC.,       )
                            )
         Defendant.         )
```

---

DEPOSITION OF JEANNINE T. HOLDEN, M.D.

JUNE 7, 2006

9:00 A.M.

---

PREMIER REPORTING

45542f79-c893-4804-88f7-3e1f28685ccc

Page 74

1  material.
2  Q  But otherwise you didn't?
3  A  No.
4  Q  And --
5  A  I would not. And, again, as I said
6  before, would not find it necessary.
7  Q  So you don't know whether there were
8  laboratory results in those -- in those packages other
9  than the -- questions, let's just baseline, other than
10 the ones you looked at, you don't know whether there
11 were laboratory results in there?
12 A  I don't know what information was
13 available to Dr. Flynn at the time he would have looked
14 at those. I will point out that it does not appear
15 that he is designing panels that are individualized.
16     Given that all of the patients he was
17 seeing either were known to have lymphomas or were
18 suspected of having lymphomas, I gather it is a
19 fairly standard panel, standard approach, to those
20 cases.
21 Q  In what way? I'm sorry. You mean because
22 he was -- he was basing his analysis on what in
23 Dianon's panel was appropriate or not?
24 MR. PARKER: Objection.
25 THE WITNESS: No, he actually lists --

Page 75

1  list things that he would actually -- he
2  actually did list at certain points what he
3  would do on certain cases.
4      And then and the specifics -- we can go
5  through this if you want to. There are
6  specific differential diagnosis in a number of
7  those cases I would consider even flawed.
8      Even though he was using his past
9  experience to decide what he thought were the
10 most likely diagnosis in some of those
11 patients, some of those would be incorrect.
12 BY MS. DAVIS:
13 Q  So in the panel, the sample targets panel
14 that he derived, would those -- did those contain
15 sufficient antibodies to uncover other -- other things
16 that might be present other than --
17 A  No.
18 Q  In what way?
19 A  They were targeted looking to answer --
20 answer only a question that either a clinician had
21 posed or that he had gathered might be -- might be the
22 question, might have been going on.
23     Say, if he didn't have sufficient
24 information if he looked at the CBC or, say, percent
25 lymphocytes on the differential count, say, oh, this

Page 76

1  patient has a lymphocytosis, I'm going to evaluate it
2  as a lymphocytosis. In some instances -- well, I'll
3  just leave it at that.
4  Q  Okay. So you don't know whether in a
5  particular case the patient had already been diagnosed
6  buy Dianon with a particular disease?
7  A  In some instances they had.
8  Q  And in Dr. -- why is Dr. Flynn's approach
9  inadequate in those cases?
10 A  He would miss intercurrent co-morbid
11 conditions, which do occur, which not infrequently
12 occur, especially as a result of therapy. He didn't
13 specifically have instances of this, but it's also
14 possible to overcall intercurrent co-morbid conditions
15 that are a result of therapy.
16     For instance, patients who have been
17 given colony stimulating factors after chemotherapy.
18 You have to be careful to not overcall those as
19 atypical myeloblast situation.
20 Q  What percent of cases is there a co-morbid
21 disease?
22 A  Well, in all cases there's a potential for
23 co-morbid disease.
24 Q  And what percentage of time does it
25 happen?

Page 77

1  A  Co-morbid finding that we would consider
2  worthy in some of the work we investigate, I'm going to
3  guess 5 percent over the course of the patients.
4  Obviously there's certain patients that are at high
5  risk for developing co-morbid disease that I'd be
6  interested in.
7  Q  So you could -- you could -- knowing what
8  risk factors there were about a particular patient, you
9  could adjust what you did depending on those risk
10 factors, take that into account, in other words, when
11 you put together the panel?
12 A  I don't need to. My panel is sufficient
13 as it is.
14 Q  No. I understood your panel. But if you
15 could do that, you could take into account various risk
16 factors in developing a panel?
17 A  By the time you had done that, you would
18 actually have the same panel that I do or the same --
19 essentially as sufficiently detailed. Whether it would
20 have exactly the same number of markers or the same
21 antibodies, which wouldn't necessarily, but would have
22 to be as detailed.
23 Q  Okay. You mentioned in your report
24 that -- let me see -- you're basing your expertise in
25 part on your extensive experience and high volume