# EXHIBIT 4

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>ex rel. Dr. James J. Tiesinga,<br><br>Plaintiffs,<br>v.<br><br>DIANON SYSTEMS, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 3:02CV1573(MRK) |

**DECLARATION OF CONSTANTIJN PANIS**

1. My name is Constantijn (Stan) Panis. I have worked at Deloitte Financial Advisory Services LLP ("Deloitte FAS") since 2004. I began my employment at Deloitte FAS as a Manager and am currently a Senior Manager focused on economic and statistical consulting. At Deloitte FAS, I concentrate on health care, demographic issues, applied econometrics, and forecasting. I have analyzed Medicare claims data before. Prior to working at Deloitte FAS, I was a Senior Economist at the RAND Corporation, a non-profit independent research institute. At RAND, I directed research funded by the National Institutes of Health and the Centers for Medicare and Medicaid Services (CMS) on health, health care utilization, and forecasting. In parallel to my work at both Deloitte FAS and RAND, I was co-founder of a company that developed statistical software to disentangle causality, reverse causality, and selection effects in economic models. I received a B.A. in Economics, cum laude, an M.A. in Business Economics, cum laude, and the equivalent of a J.D. from the University of Groningen in the Netherlands. I then received a Ph.D. in Economics from the University of Southern California in Los Angeles, California. Attached herein is a copy of my curriculum vitae.

2. I have reviewed the CMS data provided to me. This data set contains flow cytometry (CPT code 88180) claims for the time period 1996-2004 on behalf of 5 percent of Medicare beneficiaries. I also reviewed a crosswalk of provider identification numbers to demographic information of providers.

3. I have also reviewed two Connecticut Medicare Part B Carrier's Local Medical Review Policies (LMRP) regarding flow cytometry; I reviewed an LMRP from 1998, as well as a revised LMRP from 2003. I also reviewed the Government's Amended Complaint and the Defendant's Local Rule 56 (a)(1) Statement, which contained what I understand to be

an uncontested list of states which imposed caps on the number of antibodies for which a laboratory can bill under CPT 88180.

4. I have read the declaration of David Mehring. Mr. Mehring reached a number of conclusions based on the CMS 5 percent data. Specifically, Mr. Mehring opined, among other things, that for the over 1,000 laboratories in the database, approximately 90 percent of the paid claims were for panels with fewer than 26 units (i.e., antibodies). Thus, only approximately 10 percent of the paid claims contained 26 or more units.

5. There is no listing on the CMS data that would indicate whether a lab had one or more panels. The CMS data provide information on the number of markers only.

6. It appears that in conducting his analysis, Mr. Mehring included all healthcare entities submitting claims under CPT 88180 (not just independent laboratories) and all ICD-9 codes (including diagnosis codes not at issue in this case) in his analysis.

7. Using the 5 percent CMS data sample, I derived the following frequency distribution of antibodies among all 88180 claims for 1996-2004, excluding Dianon's claims:

**Frequency Distribution of Antibodies in Flow Cytometry Tests (1996-2004)**
**Universe: All 88180 claims in 5 percent CMS data sample, excluding Dianon**

| Number of antibodies | Freq. | Percent |
|---|---|---|
| 1 | 14,431 | 19.8% |
| 2 | 5,591 | 7.7% |
| 3 | 5,175 | 7.1% |
| 4 | 5,099 | 7.0% |
| 5 | 3,692 | 5.1% |
| 6 | 4,250 | 5.8% |
| 7 | 2,093 | 2.9% |
| 8 | 1,574 | 2.2% |
| 9 | 1,537 | 2.1% |
| 10 | 2,450 | 3.4% |
| 11 | 1,196 | 1.6% |
| 12 | 2,284 | 3.1% |
| 13 | 1,849 | 2.5% |
| 14 | 1,771 | 2.4% |
| 15 | 1,826 | 2.5% |
| 16 | 1,339 | 1.8% |
| 17 | 1,052 | 1.4% |
| 18 | 1,268 | 1.7% |
| 19 | 1,211 | 1.7% |
| 20 | 2,271 | 3.1% |
| 21 | 1,091 | 1.5% |
| 22 | 1,909 | 2.6% |
| 23 | 477 | 0.7% |
| 24 | 1,944 | 2.7% |
| 25 | 561 | 0.8% |
| 26 | 2,115 | 2.9% |
| 27 | 328 | 0.4% |
| 28 | 638 | 0.9% |
| 29 | 315 | 0.4% |
| 30-49 | 1,504 | 2.1% |
| 50-99 | 96 | 0.1% |
| 100-199 | 10 | 0.0% |
| 200-499 | 2 | 0.0% |
| 500-900 | 2 | 0.0% |
| Total | 72,951 | 100.0% |

Average 9.7 markers

8. In this distribution, the average number of antibodies is 9.7. This chart also apparently demonstrates how Mr. Mehring concluded that approximately 90 percent of the paid claims were for panels with fewer than 26 antibodies. However, these results do not accurately portray the distribution of antibodies in pertinent flow cytometry tests between 1996 and 2004, because they include claims (1) from providers that are not independent laboratories such as Dianon, (2) that do not reflect the actual diagnoses (ICD-9 codes) at issue in this lawsuit as reflected in Connecticut's LMRPs, or (3) that arose in states with a cap on the number of antibodies used.

9. Thus, I first refined this analysis by including only claims from independent laboratories and with ICD-9 codes that are listed in the Connecticut LMRPs. I only included ICD-9 codes that appeared on both versions of the LMRP. These are:

| | |
|---|---|
| 200.00-200.88 | Lymphosarcoma and reticulosarcoma |
| 202.00-202.98 | Other malignant neoplasm of lymphoid and histiocytic tissue |
| 204.00-204.81 | Lymphoid Leukemia |
| 205.00-205.81 | Myeloid leukemia |
| 206.00-206.81 | Monocytic leukemia |
| 207.00-207.81 | Other specified leukemia |
| 208.00-208.81 | Leukemia of unspecified cell type |
| 238.6 | Neoplasm of uncertain behavior of other and unspecified sites and tissues – plasma cells |
| V71.1 | Observation for suspected malignant neoplasm (To be used for evaluation of suspected B cell Non-Hodgkin's lymphoma only) |

10. I excluded the ICD-9 codes for human immunodeficiency virus (HIV) disease and for paroxysmal nocturnal hemoglobinuria, because I understand that these require separate panels not at issue in this case. Using this method, I derived the following results for Dianon and other providers.

**Frequency Distribution of Antibodies in Flow Cytometry Tests (1996-2004)**
**Universe: Independent laboratories only;**
**ICD-9 codes that indicate medical necessity only.**

| Number of Antibodies | Dianon Freq. | Dianon Percent | Other laboratories Freq. | Other laboratories Percent |
|---|---|---|---|---|
| 1 | 1 | 0.2% | 191 | 2.4% |
| 2 | | | 60 | 0.7% |
| 3 | 1 | 0.2% | 109 | 1.4% |
| 4 | | | 139 | 1.7% |
| 5 | 1 | 0.2% | 141 | 1.8% |
| 6 | | | 160 | 2.0% |
| 7 | 1 | 0.2% | 175 | 2.2% |
| 8 | | | 210 | 2.6% |
| 9 | 9 | 1.4% | 263 | 3.3% |
| 10 | | | 224 | 2.8% |
| 11 | | | 151 | 1.9% |
| 12 | | | 268 | 3.3% |
| 13 | | | 205 | 2.6% |
| 14 | | | 434 | 5.4% |
| 15 | | | 291 | 3.6% |
| 16 | | | 240 | 3.0% |
| 17 | | | 196 | 2.4% |
| 18 | 180 | 28.0% | 193 | 2.4% |
| 19 | 1 | 0.2% | 355 | 4.4% |
| 20 | 1 | 0.2% | 663 | 8.3% |
| 21 | | | 276 | 3.4% |
| 22 | 86 | 13.4% | 544 | 6.8% |
| 23 | | | 71 | 0.9% |
| 24 | | | 577 | 7.2% |
| 25 | 1 | 0.2% | 102 | 1.3% |
| 26 | 356 | 55.3% | 1,005 | 12.5% |
| 27 | 1 | 0.2% | 75 | 0.9% |
| 28 | 3 | 0.5% | 353 | 4.4% |
| 29 | | | 36 | 0.4% |
| 30-49 | | | 305 | 3.8% |
| 50-99 | 2 | 0.3% | 12 | 0.1% |
| 100-199 | | | 1 | 0.0% |
| 200-499 | | | | |
| 500-900 | | | | |
| Total | 644 | 100.0% | 8,025 | 100.0% |
| Average | 22.9 markers | | 18.0 markers | |

11. In this more refined analysis that uses ICD-9 codes actually at issue in this lawsuit, Dianon averaged 22.9 markers compared to a national average of 18.0. Addressing the Government's allegations in its Amended Complaint that billing for more than 18 markers is tantamount to fraud, this analysis indicates that 56.9 percent of other laboratories' claims used 18 or more markers.

12. I then further refined this comparison. In addition to including only claims from independent laboratories and for ICD-9 codes that indicate medical necessity, I included only claims from states without a cap on the number of antibodies permitted, where the number of antibodies used was based solely on medical judgment. For purposes of this analysis, I thus excluded claims for services performed while and where there was a cap. Using this refinement, I derived the following results:

**Frequency Distribution of Antibodies in Flow Cytometry Tests (1996-2004)**
**Universe: Independent laboratories only;**
**ICD-9 codes that indicate medical necessity only;**
**States without cap on number of antibodies only.**

| Number of Antibodies | Dianon | | Other laboratories | |
|---|---|---|---|---|
| | Freq. | Percent | Freq. | Percent |
| 1 | 1 | 0.2% | 112 | 2.2% |
| 2 | | | 34 | 0.7% |
| 3 | 1 | 0.2% | 64 | 1.2% |
| 4 | | | 55 | 1.1% |
| 5 | 1 | 0.2% | 111 | 2.1% |
| 6 | | | 125 | 2.4% |
| 7 | 1 | 0.2% | 100 | 1.9% |
| 8 | | | 110 | 2.1% |
| 9 | 9 | 1.4% | 77 | 1.5% |
| 10 | | | 86 | 1.7% |
| 11 | | | 56 | 1.1% |
| 12 | | | 94 | 1.8% |
| 13 | | | 103 | 2.0% |
| 14 | | | 249 | 4.8% |
| 15 | | | 205 | 4.0% |
| 16 | | | 117 | 2.3% |
| 17 | | | 149 | 2.9% |
| 18 | 180 | 28.0% | 109 | 2.1% |
| 19 | 1 | 0.2% | 307 | 5.9% |
| 20 | 1 | 0.2% | 297 | 5.7% |
| 21 | | | 224 | 4.3% |
| 22 | 86 | 13.4% | 160 | 3.1% |
| 23 | | | 50 | 1.0% |
| 24 | | | 462 | 8.9% |
| 25 | 1 | 0.2% | 74 | 1.4% |
| 26 | 356 | 55.3% | 956 | 18.5% |
| 27 | 1 | 0.2% | 53 | 1.0% |
| 28 | 3 | 0.5% | 328 | 6.3% |
| 29 | | | 34 | 0.7% |
| 30-49 | | | 263 | 5.1% |
| 50-99 | 2 | 0.3% | 12 | 0.2% |
| 100-199 | | | 1 | 0.0% |
| 200-499 | | | | |
| 500-900 | | | | |
| Total | 644 | 100.0% | 5,177 | 100.0% |
| Average | 22.9 markers | | 19.5 markers | |

13. In this refined model, Dianon is seen to use an average of 22.9 markers compared to the average among laboratories that were not subject to a cap of 19.5 markers. This is a difference of only 3.4 markers.[1] Moreover, this chart indicates that 64.2 percent of other laboratories' claims used 18 or more markers.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 15th day of November 2006

Constantijn Panis

[1] The 95 percent confidence interval around the average for Dianon is (22.6, 23.3), around the average for other laboratories it is (19.2, 19.7), and around the difference it is (2.8, 4.1).

Deloitte.

Deloitte Financial Advisory Services LLP

# Constantijn (Stan) Panis, Ph.D.

Senior Manager
Deloitte Financial Advisory Services LLP
213-553-1291
spanis@deloitte.com

## Professional Summary

Dr. Panis is an expert in health care, demographic issues, applied econometrics, and forecasting. He has many years of economic research experience at a prestigious think tank; was an award-winning teacher in Executive MBA and other programs; and co-founded a successful company that develops statistical software to disentangle causality, reverse causality, and selection effects in economic models. Panis was a senior economist at The RAND Corporation and directed research, funded by the National Institutes of Health and the Centers for Medicare and Medicaid Services, on health, health care utilization, and forecasting. His academic research also includes work in demographics, employment patterns, pension entitlements, financial choice behavior, and benefits of marriage. He is a frequent speaker at professional meetings and has published extensively. His work has been published in the *Journal of Health Economics*, *Medical Care*, *Health Affairs*, *Health Policy Research*, and many other professional journals.

## Education

- University of Southern California, Los Angeles, California: Ph.D., Economics.
- University of Groningen, Netherlands: J.D. (equivalent), Dutch Civil Law.
- University of Groningen, Netherlands: M.A., Business Economics. Cum laude.
- University of Groningen, Netherlands: B.A., Economics. Cum laude.

## Selected Engagements

- Dr. Panis provided litigation support in a case involving a hospital chain that allegedly manipulated its charges to extract hundreds of millions of dollars in excess Medicare outlier payments. We demonstrated that a major portion of these payments were due

to a patient mix that was disproportionately expensive to serve and to Fiscal Intermediary errors and delays.

- Dr. Panis related workplace injury logs to worker demographics, production levels, and other factors in support of a criminal litigation case in which a major manufacturing company was accused of workplace safety violations.

- Dr. Panis developed a projection model to forecast the demand for nursing home beds in the United States. In addition to demographic determinants, we found that increasing prevalence of obesity, diabetes, and asthma in the younger population will boost demand for nursing home beds in the future.

- Dr. Panis developed a complex microsimulation model of health status and medical expenditures for the Centers of Medicare and Medicaid Services. The model is used to assess the implications of major medical breakthroughs for Medicare's finances.

- Dr. Panis served as economic expert in a class action insurance case over the insurance company's alleged obligation to share in the legal expenses of its insureds.

- The Social Security Administration (SSA) charged Dr. Panis with the development of a complex microsimulation model to help it identify winners and losers from proposed reforms to the Disability Insurance program and other components of Social Security.

- In a separate SSA engagement, Dr. Panis led a team of economists in the development of a model to forecast retirement behavior, disability claims, and fiscal implications in case of an increase in the normal or early Social Security retirement ages.

- In a variety of engagements, Panis designed statistical samples or reviewed the appropriateness of samples for financial audit, damages calculations, or other extrapolation purposes.

## Professional Experience

- Manager/Senior Manager, Deloitte & Touche, Economic Consulting, 2004–present

- Senior Economist, The RAND Corporation, 1999–2004

- Economist/Associate Economist/Consultant, The RAND Corporation, 1986-1996 and 1997-1999

- Consultant, Analysis Group, 2004

- Co-founder and CEO, EconWare, Inc., 1999-2005

- Business Analyst, Computer Sciences Corporation, 1996-1997

- Adjunct Associate/Assistant Professor, University of Southern California, Economics Department and Marshall School of Business, 1993-2002 (intermittently)

- Lecturer, University of California at Irvine, Graduate School of Management, 1992-1995 (intermittently)

Copyright © 2006 Deloitte Development LLC. All rights reserved.

## Professional Organizations:

- American Economic Association
- Association of Business Trial Lawyers
- Los Angeles Area Chamber of Commerce

## Papers and Publications

- "An Analysis of the Choice to Cash Out, Maintain, or Annuitize Pension Rights upon Job Change or Retirement," (with Michael Hurd). *Journal of Public Economics* 2006, Volume 90 (12): 2213-2217.
- "Health and Spending of the Future Elderly: Consequences of Health Trends and Medical Technology" (with Dana Goldman et al.). *Health Affairs* Web Exclusive, 26 September 2005 (http://content.healthaffairs.org/cgi/reprint/hlthaff.w5.r5v1).
- "Disability Forecasts and Future Medicare Costs," (with Jayanta Bhattacharya et al.). *Health Policy Research* 2004, Volume 7: 75-94, David Cutler and Alan Garber (eds), MIT Press, Cambridge, Mass.
- "Forecasting the Nursing Home Population," (with Darius Lakdawalla, Dana Goldman, Jayanta Bhattacharya, Michael Hurd, Geoffrey Joyce). *Medical Care*, 41(1): 8-20, January 2003.
- *Health Status and Medical Treatment of the Future Elderly*, 2004 (with Dana Goldman et al.), RAND TR-169-CMS. ISBN 0-8330-3653-X. Santa Monica, California. See http://www.rand.org/publications/TR/TR169.
- "Marital Status and Mortality: The Role of Health," (with Lee A. Lillard), August 1996, *Demography,* 33(3): 313-327.
- "Supply of and Demand for Skilled Labor in the United States," February 2005, (with Lynn Karoly). Working paper presented at the conference on "Skilled Migration Today: Prospects, Problems and Policies" at the Council of Foreign Relations and Columbia University, March 4-5, 2005. Forthcoming 2006 in a book edited by Jagdish Bhagwati.
- "Comparing Disability Growth among the Young and Old," (with Darius Lakdawalla, Jayanta Bhattacharya, Dana Goldman, Michael Hurd, Geoffrey Joyce). RAND working paper, April 2001.
- "Life Expectancy Projections for European Union Member Countries," Final report prepared for Directorate General V (Employment, Industrial Relations, and Social Affairs) of the European Commission (with Erwin Charlier and James Kahan). September 1996.
- "Child Mortality in Malaysia: Explaining Ethnic Differences and the Recent Decline," *Population Studies* 49 (1995): 463-479 (with Lee Lillard).

Copyright © 2006 Deloitte Development LLC. All rights reserved.

Member of
**Deloitte Touche Tohmatsu**

- "Health Inputs and Child Mortality: Malaysia," *Journal of Health Economics,* 13 (1994): 455-489 (with Lee Lillard).
- "The Decline of Infant Mortality in Malaysia: Causes and Policy Implications." In *Health, Economics, and Development: Working Together for Change*, World Federation of Public Health Associations, pp. 71-72 (presented to the 7-th International Congress, Bali, Indonesia, December, 1994.)
- "Pension Annuitization and Social Security Claiming," (with Michael Hurd, James Smith, and Julie Zissimopoulos). 2004. Chapter 5 in *Developing an Annuity Market in Europe*, Elsa Fornero and Elisa Luciano (eds.). ISBN 1843764768. Edward Elgar, London.
- "Annuities and Retirement Well-being," 2004,Chapter 14 in *Pension Design and Structure: New Lessons from Behavioral Finance,* Olivia S. Mitchell and Stephen P. Utkus (eds), ISBN 0-19-927339-1. Oxford: Oxford University Press.
- "The Size and Composition of Wealth Holdings in the United States, Italy, and the Netherlands," March 2003, (with Arie Kapteyn). Chapter 9 in *Analyses in the Economics of Aging*, David Wise (ed.). National Bureau of Economic Research, The University of Chicago Press: Chicago, Illinois.
- *The 21st Century at Work: Forces Shaping the Future Workforce and Workplace in the United States*, 2004 (with Lynn Karoly), RAND MG-164-DOL. ISBN 0-8330-3492-8. Santa Monica, California. See http://www.rand.org/publications/MG/MG164.
- "Effects of Changing Social Security Administration's Early Entitlement Age and the Normal Retirement Age," (with Michael Hurd and David Loughran). November 2002.
- "Workers That Claim Early Social Security Benefits," (with Julie Zissimopoulos). October 2002.
- "Nonmarital Childbearing: Influences of Education, Marriage, and Fertility," (with Dawn Upchurch and Lee Lillard), *Demography* 39(2): 311-329, May 2002.
- "Microsimulations in the Presence of Unobserved Heterogeneity," December 2003.
- "MetLife Retirement Crossroads Study: Paving the Way to a Secure Future," 2002, Metropolitan Life Insurance Company, February 2002. http://www.metlife.com/WPSAssets/97633369201018640707V1FRAND-Final.pdf.
- "Determinants and Accuracy of Planned Retirement Age," (with Michael Hurd and David Loughran). November 2001.
- "The Impact of Nonmarital Childbearing on Subsequent Marital Formation and Dissolution," 2001, (with Dawn Upchurch and Lee Lillard) in Wu, Haveman, and Wolfe (Eds.), *Out of Wedlock: Trends, Causes, and Consequences of Nonmarital Fertility*. Russell Sage, New York.
- "The Quality of Retrospective Data: An Examination of Long-Term Recall in a Developing Country," 2001, (with Megan Beckett, Julie DaVanzo, Christine Peterson, and Narayan Sastry), *Journal of Human Resources* 2001, 36(3): 593-625.

Copyright © 2006 Deloitte Development LLC. All rights reserved.

Member of
**Deloitte Touche Tohmatsu**

- "SSA Program Data User's Manual," June 2000, (with Roald Euller, et al.), Report for the Social Security Administration, RAND PM-973-SSA
- "Release of Confidential Microdata for Research: Case Studies of Federal Agencies and Recommendations for the Social Security Administration," May 2000 (with Cynthia Grant and Roald Euller), Report for the Social Security Administration, RAND PM-1044-SSA.
- "Citizens, Computers, and Connectivity: A Review of Trends," September 1999, (with Tora Bikson), RAND MR-1109-MF.
- "Near Term Model Development, Part II" August 1999, (with Lee Lillard), final report for the Social Security Administration.
- "Panel Attrition from the Panel Study of Income Dynamics: Marital Status, Income, and Mortality," (with Lee Lillard), *Journal of Human Resources* 1998, 33(2): 437-457.
- "Socioeconomic Differentials in the Returns to Social Security," February 1996, (with Lee Lillard). RAND DRU-1327-NIA.
- "Social Security: Equity, Adequacy, Reforms," 1996, (with Lee Lillard) RAND Documented Briefing, DB-167-NIA.
- "Social Security Reform: Touching the Rail," Winter 1995-96 (with Lee Lillard), *RAND Research Review*, Vol. XIX, No.3.
- "The Value of an Annuity When Payments and Survival Probabilities Depend on Future Events," 1997, (with Lee Lillard and Michael Brien).
- "Computers and Connectivity: Current Trends," in *Universal Access to E-mail*, Robert H. Anderson, Tora Bikson, Sally Ann Law, and Bridger Mitchell (eds), RAND. Also in *Social Psychology of the Internet*, Sara Kiesler (ed.), Mahwah, New Jersey: Erlbaum, Inc., 1996. (With Tora K. Bikson).
- "Implications of Family Formation for Educational Attainment among Young Women," 1995 (with Lee Lillard and Dawn Upchurch).
- "Interdependencies Over the Life Course: Women's Fertility, Marital, and Educational Experiences," 1996 (with Lee Lillard and Dawn Upchurch).
- "The Piecewise Linear Spline Transformation with an Application to Age at First Marriage," *Stata Technical Bulletin* 18 (1994): 27-29.
- "Timing of Child Replacement Effects on Fertility Timing in Malaysia," (with Lee A. Lillard), RAND Labor and Population Program, DRU-331-NICHD, June 1993.
- "The Logit Model: An Introduction for Economists," review of book by J. S. Cramer, *Journal of Regional* Science, 1992, 32:392-394.

Copyright © 2006 Deloitte Development LLC. All rights reserved.

## Expert Witness Experience

- *Rainbow Development Corp. v. Rhodes Design and Development Corp., et al.*, District Court, Clark County, Nevada, Case No. A392416. Deposition, April 21, 2005.
- *Taylor, et al. v. Farmers Insurance Co.*, Superior Court, King County, Washington, Case No. 02-2-08934-8 SEA. Deposition, March 1, 2006.

## Peer Evaluation and Referee Experience

- Referee for the following academic journals:

  *Journal of Political Economy*
  *Journal of Human Resources*
  *National Tax Journal*
  *Journal of the Royal Statistical Society, Series B*
  *Statistical Modeling: an International Journal*
  *Journal of Population Economics*
  *Demography*
  *Social Security Bulletin*
  *Demographic Research*
  *Social Science & Medicine*
  *Economic Journal*
  *Empirica*
- R03 Grant Reviewer, National Institute for Child Health and Human Development (2004)
- Review panelist, PENSIM Pension Simulation Model, Department of Labor (2000)

## Professional Honors and Awards

- President's Award, The RAND Corporation, 1994
- Teaching Excellence Award 1990-93, Fully Employed MBA Program, Graduate School of Management, University of California, Irvine, 1994
- Outstanding International Scholar Award, University of Southern California, 1990
- University of Southern California Predoctoral Merit Fellowship, 1989-1990
- Haynes Foundation Predoctoral Merit Fellowship, 1988-1989
- Other fellowships: Gerard Simeon Korijnfonds, 1986; Vereniging Algemeen Studiefonds, 1986; Fundatie van de Vrijvrouwe van Renswoude, 1986; Genootschap Noorthey, 1986

Copyright © 2006 Deloitte Development LLC. All rights reserved.

# EXHIBIT 5

**In The Matter Of:**

*UNITED STATES OF AMERICA, ET AL. v.*
*DIANON SYSTEMS, INC.*

---

*MICHAEL J. BOROWITZ, M.D.*
*July 6, 2006*

---

*For The Record, Inc.*
*Court Reporting and Litigation Support*
*10760 Demarr Road*
*White Plains, MD USA 20695*
*(301) 870-8025 FAX: (301) 870-8333*

*Original File 60706BOR.ASC, 187 Pages*
*Min-U-Script® File ID: 3766376056*

**Word Index included with this Min-U-Script®**

Page 37

21 antibodies, which is sort of why I'm not quite sure of my list here.

But our basic leukemia panel has 21 antibodies and — or our acute leukemia screening panel has 21 antibodies. If we have an established diagnosis of acute leukemia and, you know, our standard panel was good at recognizing the acute leukemia and we know that that's appropriate from our previous study, we will probably follow with something like 18 antibodies. There's one of them — unless one of the markers — one of the combinations is rarely useful in acute leukemia, it's mostly there to see other things, and it may not be — and we may not follow with that.

Again, this is predicated on the fact that it's a recent specimen on a patient with acute leukemia. You know, we're looking a month or two months after treatment.

If this is a patient who we saw with acute leukemia, you know, five years ago and we get a new specimen, we treat that as if it's a

Page 38

new specimen.

Q: Okay. What about the chronic leukemia?

A: The same idea.

If, for example — if, for example, we — in our chronic leukemia panel we're weighted towards characterization of a B-cell neoplasm because the B-cell neoplasms are most common. Once we have fully characterized a B-cell neoplasm, we won't use all of the same antibodies to fully characterize it again. We're mostly interested in detecting it the second time, so we may pare down our 16 basic markers to 12 or something like that.

Q: Some of the other folks we've deposed have — do things a little differently. They do a standard panel of, you know —

A: That's correct.

Q: — 28 or 30 antibodies for every sample that comes in the door.

Why don't you do it that way?

A: Okay. Fair question.

Page 39

So I think we have a few advantages over the people that you've deposed, at least depositions that I've read — I don't know if there are other people — and for that matter over — the same advantages exist over Dianon for that matter. And that has to do with the fact that we have a fixed — a fairly fixed clientele whom we know fairly well, and they're right on site.

So the first thing is we get our samples, 90 percent of our samples, in an hour.

I know Dr. Holden runs largely a reference laboratory business and — or much of her work comes from — and they get samples, you know, the next day, for DIANON gets their samples the next day, and so they're, from a turnaround point of view, they're already 24 hours behind me, so I have a little — so my process is a little bit more cumbersome and takes a little bit more time, but I have a little more time to work with.

The other thing is, I have a very

Page 40

skilled staff with fellows really on-site and it's part of their training exercise to sort of learn about making these decisions, and so I have the luxury, because time is not so pressing, that I can sort of incorporate that training aspect of making them make some decisions into the process without sacrificing turnaround time.

You know, and the other thing is having a — having a, you know, a physician clientele whom I know well and who know what we do allows me to sort of trust the information that comes from them to a greater degree than if I didn't know my clientele and samples were coming in from all over.

And you know, sometimes we get a sample from somebody not trustworthy and we may handle it a little bit differently because, you know, that's when we'll, you know, we'll start with a — we may add some extra things, because even though they say it's acute leukemia, we don't know who this person is and we may do the acute

Page 97

erroneously excluding many valuable antibodies. Because the issue is not really — I mean, even if you grant that you're going to try to focus in a panel on a diagnosis, then he's missed an opportunity to investigate the cytopenias by excluding specifically 34, the myeloid markers 13 and 33, 38, to some extent HLA-DR, CD56.

I mean, he's completely on the wrong — you know, he saw the word "lymphoma" and he kind of forgot about everything else and just said okay, I'm just going to do my standard thing that I do with lymphomas.

And there are many useful — but the real important consideration here is probably not that the patient has lymphoma, which has been known for a long time, but that he now has cytopenias, which could be a sign of some other intercurrent or treatment-related or something marrow disease that excluding these markers would almost certainly guarantee you would miss.

Page 98

Q: If you turn to page 20 — well, the Bates number is 27.

There's a marginal note of some sort. I have no idea what that is.

A: Oh, that's not actually a note. I was trying to just sort of — you know, I was noting that the amended complaint sort of said something about LabCorp acquiring Dianon and having different panels and, you know, what the implications of that were going to be as we went forward with the case, so it was just a flag for me.

Q: Okay. And why did you flag that?

A: Well, you know, I thought that this would be something that would come up, as to whether — whether — you know, whether LabCorp would get involved — you know, what side of the — I didn't know whether I was going to be reading depositions from LabCorp people about why they did 13 — you know, 16 antibodies, just something to sort of note.

(Pause in the proceedings.)

Page 99

Q: Let me show you what's been marked as Exhibit 4.

And I'll just tell you that this is something I got off the Internet from the Mayo Clinic, much like I got the information from your Web site.

Have you seen this before?

A: Mr. Parker showed it to me.

Q: Okay. Generally, as I read this, this is sort of a piece that Mayo Clinic sort of put out there to tell people what they will and won't do in the way of testing.

A: Uh-huh.

Q: And one of the things they do is that they do a — they basically do a triage.

A: Uh-huh.

Q: They look at the clinical history and the morphology and determine whether to make — to do a flow cytometry test based on that review.

What do you think about that approach?

A: I think it's dangerous.

Page 100

Q: Why is that?

A: Well, I actually have specific knowledge of why it's dangerous. Because the — the specific knowledge that I have that it's dangerous was actually a case that I got that was also received by the Mayo Clinic. And the Mayo Clinic actually employed this approach, didn't do flow cytometry on a specimen because they looked at the morphology and they did not see any blasts.

The morphology was probably lousy because it usually is on sent-in specimens.

In point of fact, the patient had acute promyelocytic leukemia. I can't remember the circumstances under which I got it, but I remember talking — I mean, it was very clear-cut promyelocytic leukemia.

And I remember talking to — I believe it was Dr. Macon, but I'm not certain, but one of the people that I know at Mayo Clinic and telling them about this case, which he said, Well, maybe we should relook at our triage

Page 101

procedure, because that's certainly — I mean, acute promyelocytic leukemia, just to say why that's a particular pitfall, is a kind of leukemia that doesn't have blasts.The kinds of leukemic cells could in a particularly — in a not particularly good marrow preparation could look like normal bone marrow cells. It's a devastating disease where patients can decide even before they get to therapy.

You know, the implications of missing that diagnosis are far greater than missing a small monoclonal gammopathy or something like that. And I think you don't have to miss too many of those cases, like one, before you have to call into question this whole procedure about whether it's the right thing to do.

So it's possible that they're still doing this. It's possible that they haven't changed their Web site and they've changed their practice because, you know, I don't know exactly what's on my Web site and my guess is the Mayo Clinic people who are actually doing it

Page 102

don't know exactly what's on their Web site. It would be interesting to know whether they've actually done it.This was a few years ago, but — no — a couple of years ago that I remember the case.

So yeah, I think it's — I mean, it's clearly potentially dangerous and in one — in an end of one it actually was dangerous.

Q: Take a look at the — I guess it's the third page of the exhibit.

There's a list of — it says "Flow Studies Not Indicated" and then it has a list of circumstances?

A: Oh. In the table.Yes.

Q: Do you agree with that?

A: The whole list? No.

Q: What don't you agree with?

A: So I don't agree with — well, so I'll start with the ones that I really don't agree with.

One is screening good quality bone marrow specimens with no morphologic

Page 103

abnormalities. I don't agree with that.

Q: You don't agree that —

A: I don't agree that flow is not indicated.

Q: Okay.

A: I mean, you know, this — yeah, I don't agree that flow is not indicated there.

I don't agree with duplicate peripheral blood and bone marrow specimens from the same —

MR. PARKER: Slow down.

THE WITNESS: Sorry — duplicate peripheral blood and bone marrow specimens from the same patient.

My problem is that I assume that everybody has the document in front of them and can read along with me, but that's not the case.

I don't think that that's generally indicated, but there are circumstances in which that's indicated, and so I would not make a blanket statement that it's not indicated.

Page 104

I don't agree with separate bilateral bone marrow aspirations, again, given a particular clinical circumstance. In a patient with acute leukemia, it's not indicated. In a patient where you're staging lymphoma, it is indicated.

Patients with cytopenias and no morphologic abnormalities on good quality bone marrow specimens, again, I don't agree with that.

Follow-up acute leukemia with no increase in blasts, I definitely do not agree with that.

So those are the strongest ones.There are a few others that are sort of on the margin, I kind of disagree with, but I see where they're coming from.

Again, patients with known T-cell lymphoproliferative disorders without lymphocytosis are not — right.The reading is terrible. Let's start again.

Patients with known T-cell