# EXHIBIT 10

# HEMATOLOGY

## Richert E. Goyette, M.D.

---

## A Comprehensive Guide to the Diagnosis & Treatment of Blood Disorders

PRACTICE MANAGEMENT INFORMATION CORPORATION
Los Angeles, California 90010

Library of Congress Cataloging-in-Publication Data

Goyette, Richert E.
    Hematology : a comprehensive guide for primary car physicians /
by Richert E. Goyette, M.D..
      p.    cm.
    Includes bibliographical references and index.
    ISBN 1-57066-008-5 (alk. paper)
    1. Blood—Diseases. 2. Hematology. I. Title.
    [DNLM: 1. Hematologic Diseases—diagnosis. 2. Hematologic
Diseases—therapy. WH 120 G724h 1997]
RB145.G69 1997
616.1'5--dc20
DNLM/DLC
for Library of Congress                                           96-4701
                                                                    CIP

ISBN: 1-57066-008-5

Practice Management Information Corporation (PMIC)
4727 Wilshire Blvd., Suite 300
Los Angeles, CA 90010

Printed in the United States of America

Copyright © 1997, by Practice Management Information Corporation (PMIC), Los Angeles, CA 90010. All rights reserved. None of the content of this publication may be reproduced, stored in a retrieval system, or transmitted in any form or by any means (electronic, mechanical, photocopying, recording, or otherwise) without the prior permission of the publisher.

detected in small numbers of B-cells in minimally involved tissues and in atypical lymphoreticular proliferations by antigen receptor gene rearrangement studies through the Southern blot procedure (Chapter 18). Of note, however, immunoglobulin heavy chain (but not light chain) genes are sometimes rearranged in T-lineage malignant lymphomas.

### T-CELLS

No antigenic marker is available for T-cell clonality which corresponds to the expression of surface light chains by B-cells. Immunophenotypic criteria useful in the immunodiagnosis of T-cell malignancies as described by Knowles include the following: (1) Anomalous deletion of one or more pan-T-cell antigens by 50% or more of the abnormal population. CD7 is the most commonly deleted antigen, followed in incidence by CD5, CD2, and CD3. Loss of cell surface antigen expression is the most useful immunophenotypic criterion for the diagnosis of T-cell malignancy (♦). Caution in applying this criterion is indicated in cutaneous lymphoid infiltrates, however, since some of these processes are benign expansions of a normal CD7-negative, $CD4^+$ T-cell subset. (2) Presence of markers indicating that the cells are precursor T-cells. Precursor T-cells express TdT (see below) and/or CD1 and are rarely, if ever, present in peripheral blood or the peripheral lymphoid tissue of normal adults. (3) Anomalous expression of T-cell subset antigens. Almost all mature T-cells in peripheral blood and lymphoid tissue express either CD4 or CD8. Therefore, populations of double-positives ($CD4^+CD8^+$) or double-negatives ($CD4^-CD8^-$) are distinctly abnormal and raise the possibility of T-cell neoplasia. Several caveats to this rule exist, however. Genetic polymorphism in approximately 4% of American blacks is associated with absence of the CD4 epitope detected by some, but not all, commercial CD4 antibodies. Studies performed on patients with this polymorphism will demonstrate an apparent deletion of CD4. This aberrancy can be resolved, however, by reanalysis with a different anti-CD4 monoclonal antibody. Human immunodeficiency virus-infected patients, on the other hand, may show an expansion of $\gamma/\delta$ T-cells. These cells are a distinct subset of T-cells that normally comprise 1 to 15% of peripheral blood lymphocytes. Since $\gamma/\delta$ T-cells are CD3-positive but lack both cell surface CD4 and CD8, expansion of this cell population will result in increased numbers of double-negatives which might be considered to be indicative of malignancy unless the exact nature of the process is recognized. (4) Restriction of T-cell subset antigen expression. The normal ratio of CD4 to CD8 lymphocytes in the peripheral blood and bone marrow is 3:1 to 0.9:1. Alterations in this ratio can be seen in a number of diseases (Chapter 16) but extreme changes may indicate a clonal expansion of either $CD4^+$ or $CD8^+$ cells. (5) Abnormal increased numbers of T-cells. When T-cells comprise more than 80% of any cellular proliferation, the possibility of T-cell malignancy should always be considered. However, T-cells comprise the majority of lymphocytes in the peripheral blood and bone marrow of the normal patient population. Antigen receptor gene rearrangements studies are the best clinical laboratory procedure to confirm the monoclonal nature of a T-cell proliferation. They can detect a monoclonal T-cell population when it comprises as few as 1 to 5% of the cells. T-cell receptor $\beta$-chain can be identified in most T-cell lymphomas and leukemias. However, occasional B-lineage lymphomas will also rearrange their $\beta$ T-cell receptor. A few cases of T-cell malignancies will show surface expression of the $\gamma/\delta$ receptor complex. Unfortunately, T-cell receptor gene probes are not diagnostically useful in $\gamma/\delta$ neoplasms due to the restricted variable-segment gene repertoires.

### TECHNICAL PROCEDURES

#### Flow Cytometry

Flow cytometry is based upon the principle that the physical and immunophenotypic characteristics of cells suspended in a fluid can be measured when large numbers of cells pass through a flow

Hematology

### Table 2-8: Application of Flow Cytometry in Hematology



| Immunophenotyping | Monitoring Disease Activity |
|---|---|
| Lymphomas | Lymphomas and Leukemias |
| Leukemias | HIV Infection |
|  | Rejection of Organ Transplants |
| **DNA and Cell Cycle Analysis** | Malaria (Detection of Parasitemia) |
| S-Phase | Hemolytic Anemias (Reticulocytosis) |
| Ploidy |  |
| **Quantitation of Cell Populations** |  |
| T- and B-cell Subsets |  |
| Myeloid Cells |  |
| Monocytes |  |
| Malignant Cells |  |

chamber. As the cells pass in a single file through the detector, light scatter characteristics and fluorescence of different fluorochromes can be measured. Cells scatter light at both low and right angles. Low angle light scatter (4 to 15° forward) is proportional to the size of the cell. Light scatter at 90° is related to the granularity and nuclear contour of the cells. Immunofluorescent labels are available for a number of CD determinants, heavy and light immunoglobulin chains, and other cell markers. Fluorochrome-labelled cells are excited by a focused, high-intensity light beam (laser or mercury arc) and the emitted light waves are measured at right angles to the beam. Signals from the light scatter detectors and the photodetectors are then processed and presented in univariate or multivariate formats (Figure 2-10). Clinical applications of flow cytometry in hematology are listed in Table 2-8.

### Immunohistochemistry

Immunohistochemical study of hematolymphoid disorders provides important information for the diagnosis and classification of complex cases. Interpretation requires familiarity with the normal pattern of antigen expression and knowledge that aberrancy is relatively common. Diagnosis results from integration of the morphology with the staining pattern coupled with detection of some markers and absence of others. A number of technical problems can render interpretation difficult. These include non-specific binding of the antibody to the tissue sections, background staining by absorbed serum proteins, cross-reactivity by the antibody with different epitopes of the same or different antigens, or overstaining of the edge of the tissue while the center remains under- or unstained.

#### FROZEN TISSUE SAMPLES

Frozen tissue samples remain the specimen of choice for many hematopathologists. While hematopathologists prefer to examine the antigenic reactivity of frozen specimens, this preference does *not* extend to frozen section morphologic diagnosis of lymphoid neoplasms. Evaluation of antigenic reactivity on frozen tissue is the procedure of choice because architectural features can be appreciated and focal lesions detected and categorized. While flow cytometry of hematolymphoid lesions is used more commonly in the general hematology practice, and offers many of the advantages of frozen tissue analysis, the procedure of preparation of a cell suspension can enrich some cell populations while depleting others. This can mask the true nature of the process by altering the proportions of the cells comprising various subsets. In addition, reactivity of hematolymphoid antigens is not as well preserved in suspended cells over time. Material for immunohistochemistry must be obtained and processed at the time of the original diagnostic

# Jacobs & DeMott
# Laboratory Test Handbook

## with

### Key Word Index

## 5th Edition



David S. Jacobs, MD
Wayne R. DeMott, MD
Dwight K. Oxley, MD



# Jacobs & DeMott
# Laboratory Test Handbook

*with*

## Key Word Index

## 5th Edition

**David S. Jacobs, MD, FACP, FCAP**
*Co-Editor-in-Chief*
*President, Pathologists Chartered*
*Consultant in Pathology and Laboratory Medicine*
Overland Park, Kansas

**Dwight K. Oxley, MD, FCAP**
*Co-Editor-in-Chief*
*Medical Director of Pathology*
Wesley Medical Center
Wichita, Kansas

**Wayne R. DeMott, MD, FCAP**
*Consultant in Pathology and Laboratory Medicine*
Shawnee Mission, Kansas



**LEXI-COMP, INC**
Hudson (Cleveland), OH

## Fetal Hemoglobin (Continued)

multiple myeloma and lymphomas, metastatic disease of the bone marrow; bone marrow transplantation; pregnancy; miscellaneous disorders reported include infants small for gestational age, infants with chronic intrauterine anoxia with developmental anomalies; during anticonvulsant drug therapy; diabetes; hyper- and hypothyroidism; and macroglobulinemia. Elevation of Hb F should, then, raise the question of possible underlying disease. Even after exclusion of this variety of disease states, some apparently normal individuals will have elevated Hb F in the 1.5% to 4.0% range. A majority of those result from mutations involving the gamma ($\gamma$) chain of Hb F, in particular a cytosine to threonine change at the amino acid 158 position [C $\rightarrow$ T at -158 ($^G\gamma$)].[12] Human Hb F consists of two $\alpha$ and two $\gamma$ chains ($\alpha_2\gamma_2$). Synthesis of the $\gamma$ chain has a glycine residue at position 136, $^A\gamma$ has alanine at that location. Mutations and the effect of the $\beta$ globin gene cluster on the expression of $\gamma$-globin genes are important participants in regulation of the level of Hb F and thus the clinical severity of sickle disease.

The oxyhemoglobin dissociation curve for Hb F compared to Hb A shows a "left shift" (greater affinity of Hb F c.f. Hb A). Mutant Hb F with decreased oxygen affinity is in the differential diagnosis of newborns presenting with cyanosis of unknown cause.[13] Hb F also causes interference with the laboratory measurement of percent saturation with $O_2$ and with measurement of fraction of oxygenated hemoglobin. There are a variety of approaches to correction for the effect of Hb F.[14] Modern CO-Oximeter™ instruments nearly eliminate interference by Hb F through appropriate selection of light wavelengths. Neither Hb F nor bilirubin in blood causes clinically significant interference with COHb measurement such that COHb could be used to assist in the diagnosis of hemolysis in the newborn.[15]

Hemoglobin F levels have been studied in relation to risk factors for sudden infant death syndrome (SIDS).[1] Higher levels of Hb F occurred in newborns with shorter gestations and lower birth weights. Newborns older than 38 weeks, whose mothers smoked, had higher Hb F levels than newborns of nonsmoking mothers. Factors associated with high risk for SIDS were found similar to factors leading to higher Hb F levels. The goal is to determine if Hb F levels can identify infants at high risk for SIDS.[1]

### Footnotes

1. Cochran DL, Conrad ME, and Matney J, "Hemoglobin F and Risk Factors for Sudden Infant Death Syndrome," *Lab Med*, 1997, 28(1):53-7.
2. Tan GB, Aw TC, Dunstan RA, et al, "Evaluation of High Performance Liquid Chromatography for Routine Estimation of Haemoglobins $A_2$ and F," *J Clin Pathol*, 1993, 46(9):852-6.
3. Cotton F, Lin C, Fontaine B, et al, "Evaluation of a Capillary Electrophoresis Method for Routine Determination of Hemoglobins $A_2$ and F," *Clin Chem*, 1999, 45(2):237-43.
4. Conti M, Gelfi C, and Righetti PG, "Screening of Umbilical Cord Blood Hemoglobins by Isoelectric Focusing in Capillaries," *Electrophoresis*, 1995, 16(8):1485-91.
5. Weatherall DJ, Clegg JB, Higgs DR, et al, "The Hemoglobinopathies," *The Metabolic and Molecular Basis of Inherited Disease*, 7th ed, Volume 111, Scriver CR, Beaudet AL, Sly WS, et al, eds, New York, NY: McGraw-Hill Inc, 1995, 3417-84.
6. Lee-Potter JP, Deacon-Smith RA, Simpkiss MJ, et al, "A New Cause of Hemolytic Anemia in the Newborn. A Description of an Unstable Fetal Hemoglobin: F. Poole, $\alpha_2\gamma_2$ 130 Tryptophan Yields Glycine," *J Clin Pathol*, 1975, 28:317-20.
7. Jiménez CV, "Iron-Deficiency Anemia and Thalassemia Trait Differentiated by Simple Hematological Tests and Serum Iron Concentrations," *Clin Chem*, 1993, 39(11 Pt 1):2271-5.
8. Erler BS, Vitagliano P, and Lee S, "Superiority of Neural Networks Over Discriminant Functions for Thalassemia Minor Screening of Red Blood Cell Microcytosis," *Arch Pathol Lab Med*, 1995, 119(4):350-4.
9. Weatherall DJ, Clegg JB, Higgs DR, et al, "The Hemoglobinopathies," *The Metabolic and Molecular Bases of Inherited Disease*, 7th ed, Chapter 113, Scriver CR, Beaudet AK, Sly WS, et al, eds, New York, NY: McGraw Hill Inc, 1995, 3497.
10. Bunn HF, "Pathogenesis and Treatment of Sickle Cell Disease," *N Engl J Med*, 1997, 337(11):762-9.
11. May C, Rivella S, Callegari J, et al, "Therapeutic Haemoglobin Synthesis in $\beta$-Thalassaemic Mice Expressing Lentivirus-Encoded Human $\beta$-Globin," *Nature*, 2000, 406(6791):82-6.
12. Leonova JY, Kazanetz EG, Smetanina NS, et al, "Variability in the Fetal Hemoglobin Level of the Normal Adult," *Am J Hematol*, 1996, 53(2):59-65.
13. Kohli-Kumar M, Zwerdling T, and Rucknagel DL, "Hemoglobin F-Cincinnati, $\alpha_2^A\gamma_2$ 41 (C7) Phe $\rightarrow$ Ser in a Newborn With Cyanosis," *Am J Hematol*, 1995, 49(1):43-7.
14. Moran RF, "Hemoglobin F and Measurement of Oxygen Saturation and Fractional Oxyhemoglobin," *Clin Lab Sci*, 1994, 7(3):192-4.
15. Vreman HJ and Stevenson DK, "Carboxyhemoglobin Determined in Neonatal Blood With a CO-Oximeter™ Unaffected by Fetal Oxyhemoglobin," *Clin Chem*, 1994, 40(8):1522-7.

### References

Adekile AD and Huisman THJ, "Hb F in Sickle Cell Anemia," *Experientia*, 1993, 49(1):16-27.

Bowie LJ, Reddy PL, Nagabhushan M, et al, "Detection of $\alpha$-Thalassemias by Multiplex Polymerase Chain Reaction," *Clin Chem*, 1994, 40(12):2260-0.

Egberts J, Huisman M, van Leeuwen A, et al, "Improved Method for Determining Fetal Hemoglobin (Hb F) by Alkali Denaturation," *Clin Chem*, 1995, 41(12):1778-80.

Kaufman RE, "Analysis of Abnormal Hemoglobins," *Practical Laboratory Hematology*, Koepke JA, ed, New York, NY: Churchill Livingstone, 1991, 251-94.

Papadea C and Cate JC 4th, "Identification and Quantitation of Hemoglobins A, F, S, and C by Automated Chromatography," *Clin Chem*, 1996, 42(1):57-63.

Prehu C, Ducrocq R, Godart C, et al, "Determination of Hb F Levels: The Routine Methods," *Hemoglobin*, 1998, 22(5&6):459-67.

Steinberg MH, "Sickle Cell Anemia and Fetal Hemoglobin," *Am J Med Sci*, 1996, 305(5):259-65.

- Fetal Hemoglobin Test in Newborn  see Apt-Downey Test on page 405
- Filarial Infestation  see Microfilariae, Peripheral Blood Preparation on page 460
- Filariasis, Peripheral Blood Preparation  see Microfilariae, Peripheral Blood Preparation on page 460
- Flippase  see Sickle Cell Tests on page 486
- Floppase  see Sickle Cell Tests on page 486
- Flow Cytofluorometry  see Flow Cytometry, Overview on page 432
- Flow Cytometric Analysis for Paroxysmal Nocturnal Hemoglobinuria (PNH)  see PNH Test (GPI-Anchored Proteins) by Flow Cytometry on page 472
- Flow Cytometric Test for GPI-Anchored Protein Deficient Cells  see PNH Test (GPI-Anchored Proteins) by Flow Cytometry on page 472

## Flow Cytometry, Overview

### Related Information

Alkaline Phosphatase, Neutrophil Membrane (mNAP) on page 402
Apoptosis Assays on page 402
Body Cavity Fluid Cytology on page 372
Body Fluid Chemical Analysis on page 123
Bone Marrow on page 410
CD4/CD8 Enumeration on page 511
CD34+ Hematopoietic Stem Cells by Flow Cytometry on page 413
Cell Cycle Analysis by Flow Cytometry on page 53
Complete Blood Count on page 419
Cytomegalovirus Antigen Detection on page 598
Fetal Cell Detection by Flow Cytometry on page 435
Fetal Hemoglobin on page 431
Fine Needle Aspiration Culture on page 609
Fine Needle Aspiration, Deep Masses on page 381
Fine Needle Aspiration, Superficial Masses (Palpable) on page 382
Immunophenotypic Analysis of Tissues by Flow Cytometry on page 62
Infertility Screen on page 310
Kleihauer-Betke on page 453
Leukocyte Cytochemistry on page 468
Lymphocyte Transformation Test on page 539
Mixed Lymphocyte Culture on page 540
Nitroblue Tetrazolium Test on page 461
Platelet Antibodies on page 349
Platelet Count on page 468
Platelet Sizing on page 471
PNH Test (GPI-Anchored Proteins) by Flow Cytometry on page 472
Polymerase Chain Reaction on page 713
Reticulated Platelet Count on page 480
Reticulocyte Count on page 481
Reticulocyte Hemoglobin Content on page 482
Tissue Typing on page 546

**Synonyms** FACS; FC; FCM; Flow Cytofluorometry; Flow Microfluorometry; Fluorescence Activated Cell Sorter

**Applies to** Bar-EP4; CD; CD4 Lymphocytes; CD8 Lymphocytes; Clusters Differentiation; Mesothelial Cells; Permeabilization; Prion Protein; Suspension Array Technology

**Abstract** Flow cytometry (FCM) is a technique for the identification, enumeration, and/or separation of particles (including cells) on the basis of light-scattering and/or fluorescence characteristics. Operationally, a column (shaped and contained by a "sheathing" fluid) of particles flows singly past the flow cell analysis point of the cytometer. Important established and expanding uses include immunophenotyping for classification of leukemia, lymphoma, tumor ploidy and S-phase determination, diagnosis of immunodeficiency disorders including acquired immunodeficiency syndrome (AIDS), stem cell enumeration, diagnosis of paroxysmal nocturnal hemoglobinuria (PNH), detection of minimal residual disease following therapy for malignancy, enumeration of reticulocyte and platelet parameters, semen analysis, and an overgrowing number of clinical as well as research applications. Multicolor flow cytometry-based suspension array technology (SA) can perform rapid simultaneous multianalyte immunoassay.

**Specimen** Whole blood, heparinized. EDTA-anticoagulated blood may be used for many applications.[1] A variety of other clinical specimens can be analyzed (eg, bone marrow, cerebrospinal fluid,[2] serous body fluids/peritoneal washings).[3] Cells must be viable and present as a suspension of single cellular elements. Tissue must be dissociated mechanically and/or by enzyme treatment into an individual cell suspension.

**Special Instructions** Cell fixation and permeabilization are required for analysis of intracellular targets, see Fetal Hemoglobin on page 431.

**Reference Interval** Application dependent

**Use** Broad applications for the unique capabilities of flow cytometric analysis have been, and continue to be, developed in many scientific/analytic disciplines, but are of special value in clinical hematology and immunology.

## Hematology

- Diagnosis/classification of leukemia (myeloid, lymphoid, erythroid)
- Diagnosis/classification of lymphoproliferative disorders (malignant lymphoma and leukemia)
- Detection of clonality and minimal residual disease
- DNA content and cell cycle analysis
- Reticulocyte count, levels of maturation and indices (reticulocyte mean volume, hemoglobin concentration, and hemoglobin content), see Reticulocyte Count on page 481 and Hemoglobin on page 442
- Granulocyte function and antineutrophil antibody studies
- Assay for leukocyte alkaline phosphatase[4] (a "PIG" protein - see PNH Test (GPI-Anchored Proteins) by Flow Cytometry on page 472)
- Platelet count, maturation, and antiplatelet antibody studies
- Diagnosis of PNH by flow cytometry, see PNH Test (GPI-Anchored Proteins) by Flow Cytometry on page 472
- F-cell analysis by flow cytometry, see Fetal Cell Detection by Flow Cytometry on page 430

## Immunology

Identification and enumeration of cell populations identified by surface antigens classified as "clusters of differentiation" (CD) and including numerous members of immunoglobulin, receptor or other "superfamilies" (eg, CD34, member of a family of adhesion molecules-sialomucins and present on hematopoietic stem cells). See CD34+ Hematopoietic Stem Cells by Flow Cytometry on page 413 and Cluster of Differentiation Antigens Table on page 400 in the Hematology Introduction.

**Limitations** Eosinophils may bind unconjugated fluorescein isothiocyanate; trace amounts of which may contaminate reagent kits) and act as a potential source of analytic error.[5] Sensitivity of immunophenotyping is dependent upon characteristics of the monoclonal antibody (eg, specificity, affinity, and properties of the fluorochrome label). Background fluorescence must be minimized. Nonspecific binding of antibody (mediated through the Fc fragment and nonspecies specific) must be decreased by pretreatment with human plasma. FCM may be less than ideally sensitive in detection of T-cell lymphoid malignancy. If malignant cells are few and present admixed with many benign/reactive hematopoietic cells (as occurs with most forms of Hodgkin disease and with T-cell rich B-cell lymphoma) malignancy may not be detected.

**Methodology** Flow cytometry (FCM) (applied to human cells) is a multiple parameter process involving cell preparation, cell analysis, and data processing/presentation. A variety of scientific disciplines are involved, including antigen/antibody reactions, fluorescence labeling and detection, fluid flow parameters (fluidics), light scattering and detection, and computer/electronic control and analysis techniques.

Study of white blood cells is usually performed after lysis of the red cell population. A method for differentiation of red cells and white cells using diluted whole blood has been described that obviates lysis of red cells or staining of white cells.[6] In the process of flow cytometry, cells are made to pass singly in a fluid stream through a beam of light - the flow cell analysis point (see diagram).



**Diagram of Flow Chamber of Cytometer**

- Core (sample) inlet
- Sheath fluid inlet
- Core (sample) injector
- Sheath fluid constricts core
- Photodiode forward scatter detector
- Flow cell analysis point
- Laminar flow
- Excitation beam (laser light source) (usually argon with 488 nm wavelength)
- lens, mirrors and photomultiplier tubes side scatter and fluorescence detection

Please refer to Howard Shapiro's clever and entertainingly written informative classic *Practical Flow Cytometry* (3rd ed, John Wiley and Sons, 1995), for a truly revealing text, diagram of a FC optical system and for color histograms (between pages 378 and 379), and for Shapiro's Laws of Flow Cytometry. If stolen from your local library, it is worthy of purchase for your very own.

As the cells pass through the beam of light (usually a laser light source), photons are emitted and scattered (light scattering). Light scattered along the axis of the beam, forward angle scatter (FS), and light scattered at right angles, 90°C or side scatter (SS), is transmitted optically and collected by detectors for electronic/computer analysis. The light signal is converted to a digital signal by photomultiplier tubes (PMT) that is proportional to the amount of light detected. FS is proportional to the size of the cell; SS corresponds to nuclear complexity and cytoplasmic granularity.

Fluorochrome-conjugated antibodies reacting with cell membrane surface antigens (and/or with intracellular targets after application of cell fixation and "permeabilization" techniques) allow dissection of cell structure and composition. Two fluorochromes (eg, fluorescein isothiocyanate - FITC, and phycoerythrin - PE, are commonly used) and have distinctive excitation and emission spectra. The argon laser is of common use in clinical hematology and produces a 488 nm excitation wavelength, capable of exciting many different fluorochromes. Each fluorochrome has a specific and distinct emission wavelength (or spectrum). Two additional fluorochromes (ie, Texas red and cyanine), conjugated with PE, allow argon laser excitation at 488 nm with light emission at three different wavelengths. Thus, "three color" flow cytometry, in which three separate fluorochrome/monoclonal antibody combinations allow for detection of three antigens (total of five parameters) by a single flow cell. Flow cytometers are now available that utilize two lasers and a corresponding greater number of detectors that allow "four-color" (total of six parameters) cytometry with a single flow cell.[7,8]

Propidium iodide (PI) is excited at the same wavelength (488 nm) as FITC and PE. PI stains DNA and can be used in nuclear S-phase and ploidy studies utilizing an argon laser (as with FITC- and PE-based analyses).

Complex light scattering and fluorescence excitation/emission events, as partially detailed above, occur at the "flow cell analysis point" and depend importantly upon the system fluidics to deliver cells in a uniform single column from a monodisperse suspension. This is accomplished by forcing isotonic fluid under pressure through tubing to the flow cell. Within the flow cell, "sheath fluid" is generated that has laminar flow and a high flow rate (10 m/sec) (see diagram). The sample to be analyzed is fed into the center of the sheath fluid by a computer-driven syringe. Thus, a coaxial stream within a stream is created without mixing of sample and sheath streams. Individual cells must be properly oriented as they pass, single file, past the analysis point. Orientation is assisted by the shape of the tip of the sample insertion needle and by hydrodynamic alignment of cells by pressure of the sheath stream. As the cells pass single file through the flow cell and across the analysis point, they produce light scattering, are excited by the laser light beam, and emit fluorescent light.

Flow cytometry, a near miraculous technical achievement is not without expense and requirements for dedicated space and knowledgeable operating personnel.[9] For additional insight into methodology see Additional Information and consult the outstanding references listed below.

### Flow Cytometer Systems for Clinical Application[9]

| Cytometer | Manufacturer |
|---|---|
| FACS Calibur | Becton Dickinson, San Jose, CA |
| XL | Beckman-Coulter, Miami, FL |
| PAS | Partec, Munster, Germany |
| Bryte HS | BioRad, Hercules, CA |
| IMAGN 2000 | Biometric Imaging and Becton Dickinson, San Jose, CA |
| Laser Scanning Cytometer | Compucyte, Cambridge, MA |
| Cell Dyn 4000 | Abbott Laboratories, North Chicago, IL |

**Additional Information** Data gathered from photomultiplier tubes of the flow cytometer (see Methodology) is digitized and can be stored in digital format (computer memory) where it is subject to manipulation by software. The data is commonly displayed as a "dot plot." On the basis of light scatter characteristics, the weak analog signals are amplified (linear or logarithmic) and converted to digital signals, a reflection of which can be represented as a dot on a display device. The example below shows white blood cells identified and displayed on the basis of size (y-axis, ordinate) representing forward light scatter (FS) and on the basis of granularity (x-axis, abscissa) representing side (90°C) light scatter (SS).

The cell populations can be further delineated on the basis of fluorescence from fluorochrome conjugated antibody to specific cell surface (membrane) markers, and in some cases, intracellular targets after cell fixation and permeabilization. The degree of cell membrane electropermeabilization can be monitored by use of a nonpermeant cytotoxic agent (bleomycin).[10] Cell components (eg, G protein-coupled receptors) have also been detected by FCM after solubilization and binding to a fluorescent ligand particle.[11] FCM can detect and measure antigens which are catalogued by "CD" designation.[12] CD refers to cluster designation, "clusters of differentiation", meaning a cluster of antibodies binding to a known antigen.[13]

(Continued)

## HEMATOLOGY: FLOW CYTOMETRY, OVERVIEW

### Flow Cytometry, Overview (Continued)



P = Polymorphonuclear cells
Large with many granules

M = Monocytes
Few, medium to large size

L = Lymphocytes
Small, few to no granules

### Prognostic Value of Antigen Expression (Composite of Eight Reports)[14]

| Prognostic Influence | ALL* Childhood | ALL* Adults | AML† | MM‡ |
|---|---|---|---|---|
| Favorable | CD34<br>CD2<br>CD9<br>CD54 | CD58 | CD58<br>CD95 | CD11a<br>CD56 |
| Adverse | CD45 | CD34 | CD34<br>CD11b<br>CD7<br>CD9<br>CD44v6<br>CD56<br>MDR1§<br>LRP¶ | CD20<br>sIg<br>CD13/CD3<br>CD28<br>CD44 |

*Acute lymphocytic leukemia.
†Acute myelogenous leukemia.
‡Multiple myeloma.
§MDR, multidrug-resistant protein.
¶LRP, lung-resistant protein, only in childhood AML.

Perhaps the most valuable and widely used application of FCM is immunophenotyping of hematologic malignancy. Immunophenotyping is important in lineage determination (eg, myeloid, lymphoid), differentiation of acute B-cell from acute T-cell leukemia, establishing presence of mixed lineage leukemia, assisting in the determination of prognosis and in detection of minimal residual disease. Of 30 or so B-lymphoid cell markers, some 12 have value in analysis of hematologic malignancy. Of 26 T-lymphoid cell markers, 9 are useful in lymphoid malignancy. Of 23 myeloid/monocytic markers, some 9 are useful in hematologic malignancy. See table.

### Immunophenotype Markers (Lineage Associations) Useful in Study of Hematologic Malignancy

| B-Cell Markers | T-Cell Markers | Myeloid/Monocytic Markers |
|---|---|---|
| CD5 | CD1-CD5 | CD10 |
| CD10 | CD7 | CD13-CD15 |
| CD19 | CD8 | CD24 |
| CD20-CD25 | CD25 | CD33 |
| CD40 | CD28 | CD34 |
| CD79 | CD40L | CD117 (c-kit) |
| CD103 | | |

CD = Clusters of differentiation, see text and references.

Unfortunately, determination that there is expression of a rare cell marker on a majority of cells may not occur in all cases or may be misleading in some cases of leukemia; thus, the composite phenotype should be utilized (see Leukocyte Cytochemistry on page 456 for examples of immunophenotypic characteristics of some leukemias).

As hematopoietic (including lymphoid) cells evolve/mature, their cell antigens (in particular, surface membrane antigens) also evolve (change). This process of differentiation may relate to or be mimicked by leukemias/lymphomas, although anomalous development is also common in these malignancies. These anomalies may provide opportunity to monitor disease progression, including detection of residual disease.

Types of abnormal antigen expression include:

1. Lineage infidelity: myeloid antigens are expressed on lymphoid cells or lymphoid antigens are seen on myeloid cells
2. Asynchronous antigen expression; immature and mature antigens are coexpressed
3. Antigen absence; antigens, normally seen together are not both expressed on cells of a tumorous process
4. Intensity of antigen expression is altered (up or down)

A recent broad literature review found that the utility of flow cytometric immunophenotyping of hematologic malignancy (for diagnosis, classification, prognosis, and post-therapeutic monitoring) was rather minimally utilized in routine practice.[14] The following table, indicating the prognostic value of antigen expression on leukemic cells in some cases, is taken with slight modification from this review.[14]

Sensitive methods are required to detect minimal residual disease in cases of acute leukemia. Even though in "clinical" remission, acute leukemia may have up to $10^{10}$ residual malignant cells. FCM can detect one leukemic cell among 10,000 normal bone marrow cells. Because of their sensitivity, FCM and PCR find application in detection of these submicroscopic levels of leukemia.[16]

A system has been introduced for the CD4 and CD8 lymphocyte immunophenotype determination that does not require a high degree of technical sophistication (IMAGN 2000; Becton Dickinson, San Jose, CA).[16] This instrument automatically sets discrimination gates, takes into account volume and sample dilution factors, and has a number of internal quality control features. It directly reports CD4 and CD8 cells per μL of whole blood.[16]

Disorders of granulocyte function (eg, phagocytosis, adhesion defects, production of oxygen radicals in chronic granulomatous disease - CGD) be assessed by FCM-based methods. The Nitroblue Tetrazolium Test, page 461, for diagnosis of CGD, has been largely replaced by FCM-based procedures.[17]

Blood can be analyzed by FCM to determine the percentage of F cells method using an isothiocyanate conjugated monoclonal antibody against Hb F has been developed.[18] Washed blood is fixed in formaldehyde glutaraldehyde and then "permeabilized" in a Triton x-100/PBS solution that the antibody can gain access to the intracellular Hb F. FCM analysis then used to determine the percentage of F cells.

FCM may be of value in study of serous effusions harboring malignant cells. Use of Ber-EP₄ (monoclonal antibody directed against two glycopeptides human epithelial cells) has, in some studies, shown specificity and sensitivity in differentiating between malignant epithelial cells and mesothelial cells.[?]

Multicolor flow cytometer-based suspension array technology (SAT) is for cytokine panel quantitation. Microparticle-based multiplexed immunoassays, affinity assays, and DNA hybridization assays utilizing low-cost miniaturized laser systems have led to commercial FCM dedicated to SAT the potential to replace most ELISA (enzyme-linked immunoassay) based methods.[19]

FCM's ability to detect and follow cell differentiation has been applied evergrowing number of research investigations. An example is elucidation of prion protein's role in the genesis of the transmissible spongiform encephalopathies (TSE) which includes Creutzfeldt-Jakob disease (CJD humans).[20] Prion protein is etiologically related to TSE. An isoform of protein (PrP$^{Sc}$), which accumulates in CJD, is formed as the result of a translational process with conformational changes from the normal cellular isoform of the prion protein (PrP$^c$). PrP$^{Sc}$ apparently replicates by converting PrP$^c$ into PrP$^{Sc}$ by a process of autocatalysis. FCM studies have shown PrP$^c$ plays an important role in function and development of some lymphohematopoietic cells.[20] Recently, it has been shown that plasminogen actively binds PrP$^{Sc}$. This finding has neuropathogenetic significance and open avenues to prion removal from blood-derived biological products to the development of diagnostic procedures.[21] Previously there were immunoreagents available for clinical use that could reliably differentiate between PrP$^{Sc}$ and PrP$^c$. There is interest (especially in Europe) development and application of a screening test to detect individuals infected with variant CJD.[22]

### Footnotes

1. Stetzer GT, Marti G, Hurley A, et al, "U.S.-Canadian Consensus Recommendations on the Immunophenotypic Analysis of Hematologic Neoplasia by Flow Cytometry: Standardization and Validation of Laboratory Procedures," *Cytometry* 30(5):214-30.
2. Finn WG, Peterson LC, James C, et al, "Enhanced Detection of Malignant Lymphoma in Cerebrospinal Fluid by Multiparameter Flow Cytometry," *Am J Pathol*, 1998, 110(3):341-6.
3. Risberg B, Davidson B, Dong HP, et al, "Flow Cytometric Immunophenotyping of Serous Effusions and Peritoneal Washings: Comparison With Immunocytochemical and Morphological Findings," *J Clin Pathol*, 2000, 53(7):513-7.
4. Rambaldi A, Masuhara K, Borleri GM, et al, "Flow Cytometry of Leukocyte Phosphatase in Normal and Pathologic Leukocytes," *Br J Haematol*, 98(4):819-22.
5. Bednar E, Haficka HD, Cheng W, et al, "High Affinity Binding of Fluorescein Isocyanate to Eosinophils Detected by Laser Scanning Cytometry: A Potential Source of Error in Analysis of Blood Samples Utilizing Fluorescein-Conjugated Reagents in Flow Cytometry," *Cytometry*, 1999, 36(1):77-82.
6. Ost V, Neukammer J, and Rinneberg H, "Flow Cytometric Differentiation of Erythrocytes and Leukocytes in Dilute Whole Blood by Light Scattering," *Cytometry* 32(3):191-7.
7. Kroft SH, "Q & A Flow Cytometry," *Lab Med*, 2000, 31(10):535-8.

**EXHIBIT 11**



```
 1              UNITED STATES DISTRICT COURT
                  DISTRICT OF CONNECTICUT
 2
     ---------------------------X
 3   UNITED STATES OF AMERICA |
     ex rel. DR. JAMES J.     |   CIVIL ACTION NO.
 4   TIESINGA,                |   3:02 CV 1573(MRK)
              Plaintiff,      |
 5                            |
          vs.                 |
 6                            |
     DIANON SYSTEMS, INC.,    |   March 31, 2006
 7            Defendant.      |
     ---------------------------X
 8

 9
          ATTACHED EXHIBITS CONTAIN CONFIDENTIAL HEALTH
10           INFORMATION SUBJECT TO PROTECTIVE ORDER

11

12        DEPOSITION of SUHA MISHALANI, M.D.

13

14
          Taken before Elzbieta A. Sirois, RPR,
15   LSR 350, a Court Reporter and Notary
     Public within and for the State of
16   Connecticut, pursuant to Notice and the
     Federal Rules of Civil Procedure, at the
17   Office of the United States Attorney for the
     District of Connecticut, 157 Church Street,
18   New Haven, Connecticut on March 31, 2006,
     commencing at 9:35 a.m.
19

20

21

22

23

24            FALZARANO COURT REPORTERS
                117 North Saddle Ridge
25             West Simsbury, CT 06092
                   860-651-0258
```

Falzarano Court Reporters

```
 1   under a microscope?
 2       A    Correct.
 3       Q    I'm sorry, go ahead.
 4       A    Then they would start the process of setting
 5   up the cases.
 6       Q    Then what happens next?
 7       A    At the same time the case is flowing, someone
 8   is flowing the case, the data is coming out.
 9       Q    I'm sorry, what does that mean, flowing the
10   case?
11       A    It means that the case is going through the
12   flow cytometry machine and giving the histograms.
13       Q    Who sets up the antibodies to be used with
14   each specimen?
15       A    The technologist sets up the antibodies.  We
16   have a panel of antibodies that's set up.
17       Q    You have a standard panel?
18       A    Correct.
19       Q    And so the technologists don't have to consult
20   the doctors about what antibodies to run?
21       A    No, if the requisition is clear, the doctor
22   had checked XL3 because we also have XL9, which is
23   immunodeficiency panel, and then we have a panel that
24   is -- I forgot the number of it, but it's for PNH,
25   paroxysmal nocturnal hemoglobinuria panel.  If
```

1  everything's clear on the rack, the XL3, they know the
2  panel, what it is and they set it up.
3      Q    So, if the referring physician checks off XL3
4  on the requisition form, the technician sets up the
5  standard panel of antibodies, correct?
6      A    Correct.
7      Q    And does not have to consult the doctor to ask
8  about what antibodies to use?
9      A    No.
10     Q    They don't have to do that?
11     A    No, they don't have to do that.
12     Q    What happens after they set up the panel, and
13 it starts, they start the test?
14     A    Excuse me.  They may consult us just if they
15 have a problem with the gating, but it rarely happens.
16 If they want us to check the gating, if they are gating
17 it correctly, but not with the panel.  The panel is
18 set.
19     Q    The panel is set, it's standard?
20     A    It's standard.
21     Q    They don't have to consult you on that?
22     A    No, unless there's a problem.
23     Q    The problem, the only problem you talk about
24 is the gating?
25     A    Or if the specimen was short and they can't

1  is because somebody reading this might think you craft
2  a panel each time when the case is you do a
3  comprehensive standard panel each time.
4      A   They might because I had the impression that
5  that's what you thought too.
6      Q   I'm just asking you what you think.
7      A   I think it might but I didn't think about it
8  before and actually, I've never actually seen it
9  before.
10     Q   On the lower left there's information filled
11 in on the clinical diagnosis?
12     A   Yes.
13     Q   And there's also information filled in on the
14 indications for the study?
15     A   Indications for the study, yes.
16     Q   That information plays no the part in the
17 panel you choose to run, correct?
18     A   It doesn't play a part in choosing the panel
19 because we have the standard panel, but it helps direct
20 certain things.  I may have to make a phone call to ask
21 more questions.  It depends on the case, but the panel
22 is the standard panel.
23     Q   So even if this information was blank, you'd
24 run the same panel?
25     A   Yes.

1    Q    So, the number of antibodies you run is not
2 based on your opinion of this particular patient, it's
3 based on your opinion of every patient?
4    A    Exactly.
5    Q    From time to time Dianon would run flow
6 cytometry tests on patients that had previously had a
7 test, right?
8    A    Correct.
9    Q    And in those cases when there was a second or
10 a third or fourth test done, would you look at the
11 prior flow cytometry results?
12    A    Definitely.
13    Q    That was standard practice?
14    A    To me, yes, it's attached, and I would always
15 look for priors.
16    Q    Did you use those prior tests in any way to
17 help choose the antibodies to run in your panel?
18    A    Again, the antibodies are chosen and we run
19 them. It helps me direct my findings. A prior would
20 definitely help me direct my findings. For example, if
21 the prior was a Kappa monotypic and it had 10, and in
22 this new one I'm finding the Kappa Lambda is not clear.
23 It may be normal, but it's not clear and the 10 is not
24 clear. Knowing the prior would help me do a 10 Kappa
25 Lambda additional repeat. That's how it would help me.

**EXHIBIT 12**

```
 1                UNITED STATES DISTRICT COURT
                    DISTRICT OF CONNECTICUT
 2
     - - - - - - - - - - X
 3   UNITED STATES OF AMERICA,,    |
     ex rel. Dr. James J. Tiesinga,|
 4        Plaintiffs,              |   No. 3:02CV1573(MRK)
                                   |
 5            v.                   |
                                   |
 6   DIANON SYSTEMS, INC.,         |
          Defendant.               |   July 25, 2006
 7   - - - - - - - - - - X

 8

 9

10

11   VIDEOTAPE DEPOSITION OF FRANK DELLI CARPINI, M.D.

12

13     Taken before Kristine A. Paradis, LSR 338, a
       Court Reporter and Notary Public within and for
14     the State of Connecticut, pursuant to Notice
       and the Federal Rules of Civil Procedure, at
15     the offices of First Coast Service Options,
       Inc., 321 Research Parkway, Meriden,
16     Connecticut, on July 25, 2006, commencing at
       10:00 a.m.
17

18

19

20

21

22

23
                    FALZARANO COURT REPORTERS
24                    117 North Saddle Ridge
                West Simsbury, Connecticut 06092
25                       860.651.0258
```

```
 1    more accurately reflect a patient's disease, then
 2    the pathologist's ICD9 is what governs payment.  Is
 3    that accurate?
 4              MR. MOLOT:  Object to the form of the
 5          question.
 6       A    What -- what this document is saying is
 7    that Dr. Amberson was re -- was asking my opinion as
 8    to what diagnosis should be billed.  And in my
 9    response, I said that the most accurate diagnosis
10    that there is should be billed at the -- at the time
11    of the testing.
12              So, therefore, if a provisional diagnosis
13    is given and then the testing is done and a
14    definitive diagnosis is made, then he was certainly
15    free to use the more definitive diagnosis.
16    BY MR. SALCIDO:
17       Q    Where that definitive diagnosis was
18    different from the provisional diagnosis of the
19    referring physician.  Is that accurate?
20       A    It could be different.
21       Q    Thank you.
22              Now, with respect to these exhibits we
23    looked at, the medical review records we went
24    through earlier, what part of First Coast reviewed
25    those medical records?  Was it done by the fraud and
```