**EXHIBIT 13**

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA      )
ex rel. DR. JAMES J.          )
TIESINGA,                     )
                              )
            Plaintiff,        )
                              )
vs.                           )   CIVIL ACTION FILE
                              )   NO. 3:02CV1573(MRK)
DIANON SYSTEMS, INC.,         )
                              )
            Defendant.        )

---

DEPOSITION OF JEANNINE T. HOLDEN, M.D.

JUNE 7, 2006

9:00 A.M.

---

PREMIER REPORTING

1  B-cell progenitors and/or normal myoblasts in that
2  sample, I'll be very suspicious that the patient is
3  actually developing neoplastic anemia or actually may
4  have another underlying malignancy that I can't see
5  in the sample, but is present and suppressing normal
6  lymphopoiesis and granulopoiesis so actually it is
7  very important.
8      Q    When you run the test, flow cytometry
9  test, how long does it take for the techs to actually
10  run the test?
11      A    You mean the actual processing?  You mean
12  running it on the machine?
13      Q    Yeah.
14      A    Possibly batch them to some extent.  I
15  mean, they sit down with a set of three or four or five
16  cases and will stain them all at once, which is one of
17  the reasons we take the standard approach, to minimize
18  the errors that can occur in that setting.
19          Depending on how many other things
20  you're doing at the same time, the staining process
21  itself takes an hour and a half to two hours if they
22  are moving that forward.  That's how long it takes
23  for us to, say, process a stat, an emergency bone
24  marrow in a patient with a leukemia, for instance, so
25  on a case where they are waiting for result, if the

1  material hit the lab at four o'clock in the afternoon
2  I can usually be on the phone with them with the
3  verbal final diagnosis by six o'clock.
4          That doesn't mean that necessarily a
5  course of the day.  Actually, those are the stat
6  cases they are pushing ahead.  Generally speaking,
7  turnaround time on these cases coming in on a Monday
8  will be signed out -- the majority of the cases are
9  signed out by the next morning at 11 o'clock.
10          That's when I first fax drop to the
11  outside client, so we try to get those out as quickly
12  as we can.  There's another one at, I think, 2:30
13  another one at four.  Exceptionally we'll have to
14  hold a case for additional staining or I'll have to
15  call the clinician or else the pathologist and get
16  additional information, or often that call is made
17  because I want to alert them to the presence of
18  something that I didn't think they were expecting or
19  that I think may be unfamiliar with.  We will often
20  call before generating a final report.
21      Q    When you said the turnaround time is one
22  day, that's just for the only thing they ask for is
23  flow?
24      A    Yes.  Morphology, we can still, depending
25  on the caseload that day, I can -- I can still get a

1  case that had morphology on it out the same day as
2  well, depends on how long I have to dictate.
3          Cytogenetics turnaround time,
4  cytogenetics or FISH turnaround time on those is
5  going to be closer to a week.  Again, the original
6  either morphology or flow or both will be out between
7  24 to 48 hours.
8      Q    Okay.  And if you -- if they've asked for
9  all three, morphology, flow, and cytogenetics, do you
10  wait for the cytogenetics or wait for all three?
11      A    No.  You tell them about the others.  They
12  are all on the same accession, but instead of the same
13  sample, slightly different procedures and needs to be
14  signed out separately.
15      Q    So when you said you talk to the doctors,
16  you only do this after you've seen the results of the
17  test?
18      A    Yes.  Occasionally they will call me to
19  let me know that the sample is on its way to discuss it
20  what were they considering, you know, they'll volunteer
21  that information, but given the -- just very rarely
22  call up front.
23      Q    And you said the technicians sometimes
24  when things come in, they can tell that -- for some
25  reason they can tell that additional antibodies are

1  needed and they add them automatically.
2      A    They add them up front.  If that -- if a
3  case like potential myeloma and had not been indicated
4  up front, and let's say the patient came in, a new
5  diagnosis might come in, say, as anemia.  That would
6  not have flagged the technicians to have added the
7  intercellular kappa lambda.
8          However, the remainder panel, up front
9  panel, is designed to detect plasma cells and
10  phenotypically abnormal plasma cells, and that would
11  cue the person -- person analyzing the case to go
12  ahead and add those.
13          That's typically caught by a tech who is
14  analyzing the case or up-front analysis is performed
15  by either a technologist or by physicians who are in
16  training.
17          Exceptionally, myself and my colleagues
18  in the division have to do it if a really short staff
19  can't analyze the cases, but ideally that's carried
20  out by the techs or the residents if they identify,
21  for instance, an atypical plasma cell population,
22  more plasma cells than what they expected for that
23  patient's age, they go ahead and add those tubes to
24  identify normality.
25      Q    Okay.  Do you ever add antibodies after

PREMIER REPORTING

Page 42

1  the fact, after you've seen the results?
2      A    Yes. Yes.
3      Q    How often do you do that?
4      A    How often do I do that?  Less than five
5  percent of the time.  It's typically to work up a
6  possible T-cell disorder, and that I'm -- they are some
7  of the hardest to identify and characterize
8  phenotypically because there's some tetrogenetic normal
9  T-cells.  Some of the T-cell lymphomas are less common
10 than D cell lymphomas.
11             So, for instance, like a hepatosplenic
12 gamma delta T-cell lymphoma, although it's very
13 important to identify it, absolutely having
14 expressing the gamma delta T-cell receptor, it's not
15 such a common disease that I have it on my upfront
16 panel.  Although the upfront panel is designed to
17 detect it, to detect a T-cell lymphoproliferative
18 process if it's there.
19     Q    But it won't distinguish what is a rare
20 form of that disease?
21     A    It would identify it, but in order to
22 render a diagnosis of hepatosplenic gamma delta T-cell
23 lymphoma, I have to specifically demonstrate a gamma
24 delta T-cell receptor on the surface.  So based on the
25 immunophenotype I have, I would be very suspicious that

Page 43

1  that's what it was, but I can't render the diagnosis
2  absolutely without the official information.
3      Q    How long does it take to add on a test?
4      A    It typically adds a day to the -- to the
5  turnaround time, because by the time they actually
6  ground through it.
7      Q    Is that because -- you said it only takes
8  about a couple of hours to run the test?
9      A    Well, it depends on how stat we thought
10 the add-on was.  Every time you do something special,
11 it slows down the remainder of the work flow in the
12 lab.  So if I emphasize turnaround time on one case,
13 it's going to be to the detriment of the other
14 patients, and I have to consider all the patients in
15 the workload for the day.
16     Q    Okay.  So if you decided to add on, you
17 would take a look at whether it needed to be done
18 quickly or could wait.
19     A    Yes.
20     Q    So it could wait as much as a day.
21     A    It would just go back into the regular
22 work flow.
23     Q    It would go to the head of the line.
24     A    Essentially goes to the end of the line.
25     Q    Okay.  Now, when samples come from inside

Page 44

1  the Emory system, how does billing for those work?
2      A    When samples come from the Emory system,
3  how does the billing work?  Well, in terms of my
4  involvement, we bill exactly the same way all the cases
5  are billed.
6             Cases that have morphology, they are
7  different CPT codes.  I actually dictate the case,
8  and at the end of my dictation, go through and
9  essentially I'm able to say, I did one of this, one
10 of this, and one of this.  That's part of the
11 dictation.
12             When doing flow set hematyping at the
13 same time I'm signing the case, I'm billing for it.
14 I don't bill for the technical.  That will have been
15 done by the techs, I think is where the charges are
16 posted, and I don't think it makes a difference how
17 they post it, depending on whether it's an inside or
18 outside client, they essentially put in the same CPT
19 codes.
20             What I put in at the time that I sign
21 the case is the professional CPT code, and that is
22 now tied to the number of markers that were run and
23 it's a rough -- it roughly correlates to the
24 complexity of the case.  Say if you were doing eight
25 markers, one charge; 16 or greater is another charge.

Page 45

1      Q    That's the new CPT codes.
2      A    That's the new CPT codes, yes.
3      Q    But the old CPT codes?
4      A    You have to actually know how many markers
5  you had run and add them.
6      Q    And you do it per marker.
7      A    Yes.
8      Q    If you used, for example, you mentioned
9  that you used CD 45 several times, different tubes.
10 Are there different charges for every time you use it?
11     A    No.  And you'd asked also about the -- for
12 instance, adding on those tubes looking at chromoplasma
13 cells, well, because the markers I do in those tubes
14 are markers I've already run on the panel, including
15 DC38 and kappa lambda and CD 45, I can't charge for
16 that additional work either, even if I were working up
17 a T-cell lymphoma and were trying to decide to pull out
18 a subset of the T-cells, typically the markers, even
19 though I'm doing additional staining, the markers I'm
20 using are markers I've already used on the panel, I
21 can't charge them again.  I just use them in different
22 combinations.
23     Q    Are you familiar with the Medicare
24 regulations on medical necessity?
25     A    Vaguely.  I certainly see the term

12  (Pages 42 to 45)

45542f79-c893-4804-88f7-3e1f28685ccc

Page 86

1  budget.
2      She may be able to bill some of it to
3  grants of other investigators there, and I really
4  don't know how it works, but those are all potential
5  sources of revenue for -- in terms of offsetting the
6  cost of testing.
7      Q    Have you talked to her about what her
8  panels look like?
9      A    I'm not -- I don't know specific details
10  of her panels. I've probably seen them in the course
11  of teaching together. I know that she takes a similar
12  approach to mine, that is to say that you have to
13  identify every cell in the sample; you can't assume
14  that the diagnosis that was suggested by the clinician
15  or may even have been previously rendered was correct.
16      Like me, she's likely to see patients
17  who have -- have been treated and not responded at
18  some point so she's been asked to figure out what the
19  issue is.
20      Q    Are you familiar with the VA hospitals?
21      A    Yes. There's a VA hospital here in
22  Atlanta, and the faculty there -- most of the attending
23  physicians there also have faculty positions at Emory.
24      Q    Are you familiar with how their flow labs
25  work?

Page 87

1      A    Well, there's a flow lab at the VA
2  hospital here in Atlanta. I don't personally ever see
3  that lab. I occasionally will be asked to consult on
4  one of their cases if they're having a difficult case
5  they. Would send dot plots over for me to look at and
6  then give an opinion?
7      Q    Do you know what kind of panel they use?
8      A    Really can't say. Those -- my exposure is
9  pretty limited, and they'll have -- given me a series
10  of dot plots, and I don't know -- by the time I get the
11  case, it's likely a case that's, you know, problematic.
12  I don't know if they've done several rounds of testing
13  or just one.
14      Q    Okay.
15      A    The lab here at Emory is run by a guy
16  named Garth Austin.
17      THE COURT REPORTER: Run by who?
18      THE WITNESS: Garth Austin. And actually
19      they've just recently hired one of my Fellows to
20      help him as well.
21  BY MS. DAVIS:
22      Q    Do you get referrals of cases that are
23  suspected or diagnosed cases of CML, chronic
24  myelogenous leukopenia?
25      A    Yes, I do.

Page 88

1      Q    And do you perform flow cytometry on
2  those?
3      A    If they have asked for it. They don't
4  necessarily.
5      Q    And so what's the purpose of doing the
6  flow cytometry on cases of CML?
7      A    They are looking for -- well, first of
8  all, it's whether or not I find anything else. First
9  time the patient is being diagnosed, if it's that first
10  diagnostic marrow, they'll want to see if there was
11  anything else going on. At the same time assuming it
12  is CML, the clinical impression was correct, they want
13  to see whether or not that patient's already evolving
14  into an accelerated or blast phase of the disease.
15      And so even if that -- even if the
16  patient's apparently presenting in the chronic phase,
17  if we identify a blast population, even if it's quite
18  small and not morphologically apparent, if it's
19  typically apparent, they know they want to move
20  quickly on that patient towards definitive therapy,
21  because, of course, they are inherently unstable and
22  eventually will go into a blast crisis.
23      Whether on subsequent testing --
24  typically they do that on the original diagnostic
25  marrow. Subsequent testing, whether or not they ask

Page 89

1  for flow is generally tied to whether or not they
2  think the patient may be evolving or may be going
3  into blast crisis, so we'll be asked to look at it at
4  that point.
5      Q    So if there's no suggestion that the
6  patient might be going into a blast crisis, is there
7  any reason to do flow cytometry on a CML patient?
8      A    Well, the -- the suggestion -- the
9  possibility of the patient going into blast crisis
10  is -- is always present. I mean, I couldn't endorse
11  that we actually did flow on the patient every day, but
12  it can change quite rapidly.
13      Q    How rapidly would it change?
14      A    Oh, it could change in the course of days.
15      Q    And how -- how would it manifest itself
16  clinically?
17      A    Well, it might not manifest itself
18  clinically at all. It may just have been a question of
19  time passing. If six months had gone by and even if
20  the patient's peripheral count appeared stable and the
21  patient felt -- was reportedly feeling well, especially
22  if the patient already had the disease, say, for
23  several years, the clinician's increasingly anxious
24  about the possibility of going into blast crisis.
25      Now, whether or not a particular

23  (Pages 86 to 89)

PREMIER REPORTING

45542f79-c893-4804-88f7-3e1f28685ccc

Page 90

1  clinician decides to order flow at a particular
2  point, I do not go back and say, I'm not going to
3  offer you flow. I don't actually say you have to
4  prove to me that flow is warranted at this point. I
5  assume that the clinicians ordering the test are
6  familiar -- are more familiar than I am with the
7  details of that particular patient and they are
8  ordering appropriately.
9       (Marked for identification purposes, Exhibit No.
10      3.)
11 BY MS. DAVIS:
12      Q    Take a look at what's been marked as
13 Exhibit 3.
14      A    Okay.
15      Q    You can read whatever you like, but I'll
16 just ask -- I'll just tell you --
17      A    Go ahead.
18      Q    And this is my -- this is my reading of
19 it, my reading. Take a look at page two of this
20 document. There's an algorithm.
21      A    Uh-huh.
22      Q    And it says that basically the Mayo
23 Clinic's approach to handling request for flow
24 cytometry is to evaluate the specimen looking at the
25 history, morphology and differential and deciding

Page 91

1  whether, in fact, flow is necessary.
2       A    Uh-huh.
3       Q    Now, this is different from your approach?
4       A    It is different. I can't disagree with
5  doing it; there's no harm to the patient assuming they
6  are doing this rapidly and still using a sufficiently
7  broad panel of antibodies to detect whatever may be
8  going on.
9            I'll just point out that it's not
10 necessary, but I wouldn't say that the Mayo Clinic
11 was doing a poor job to do that with the caveats that
12 the panels they eventually do have to be sufficiently
13 broad and with the caveat that they have to be
14 including cases in which, even though
15 morphologically -- a disease may not be
16 morphologically apparent, that they still proceed
17 with the hemophenotyping if their clinical situation
18 warrants it essentially.
19           That specifically if it is their
20 practice to reject cases -- and I can't tell from,
21 obviously this cursory look. If it's their practice
22 to reject cases because disease is not
23 morphologically apparent, then I would have to say
24 that it's poor practice. So far as I can tell, they
25 are not doing that based purely on this.

Page 92

1       Q    I'm sorry. As I read it, it says,
2  "Specimen evaluated, review clinical history,
3  morphology & differential," and then "Cancel Test" or
4  goes through a further analysis. So they make a
5  determination, apparently, based on evaluating the
6  specimen.
7       A    All of these -- all of those together.
8       Q    Right.
9       A    So, for instance, let's say they may well
10 look at the morphology and say, oh, look, we can't see
11 any abnormal cells. That doesn't mean they reject it
12 based on that; it just means they review it, take that
13 information into account.
14           It actually may make them -- it may
15 actually prompt them to do an even more complete
16 workup in that they wouldn't have morphology to tell
17 them possibly which direction to go in.
18           The hardest diseases are those
19 diseases -- or hardest specimens are those specimens
20 in which you do not have a morphologically evident
21 population to evaluate. That is -- that is not an
22 indication to not proceed with flow cytometry.
23      Q    Take a look at page four.
24      A    Okay.
25      Q    Case examples of flow cytometry --

Page 93

1  cytometric -- I'm sorry -- triage process.
2       A    Uh-huh.
3       Q    And it has a list of flow studies are not
4  indicated.
5       A    Uh-huh.
6       Q    One of those, if you look down three to
7  the chronic myeloproliferative disorders in chronic
8  phase, would that include CML?
9       A    Well, that's -- that's those are the
10 situations in which they would not do it, and that's
11 going to vary as the opinion is -- the opinions are
12 going to vary whether or not you would consider that,
13 and, of course, it also, you know, how do they
14 essentially define chronic phase.
15           It's a practice in their laboratory not
16 to do that apparently. I'll point out that this
17 document is prepared by Mayo labs as -- from what I
18 can tell, as part of their in-house journal,
19 Communique', which I've never previously seen. This
20 was -- I don't know the date of this.
21      Q    Let me tell you --
22      A    This is from 2000?
23      Q    It's still in effect as far as I can tell.
24      A    This would not be a peer review document.
25 This is essentially explaining to their clients what

24 (Pages 90 to 93)

PREMIER REPORTING

Page 94

1  type of testing they do and under what circumstances.
2  That's essentially a -- it's not a -- it's almost a
3  marketing document.
4      Q  No. I understand. Right.
5      A  I want to make that clear.
6          MR. PARKER: Let her finish and you let
7  her finish. Okay.
8          THE WITNESS: I just want to make it clear
9      that this is not a peer review document.
10  BY MS. DAVIS:
11     Q  Right. No. I understand that fully.
12     A  Okay.
13     Q  And let me tell you where I got it, I got
14  it off the Internet.
15     A  Exactly. Exactly.
16     Q  Okay. The other -- the other, if you take
17  a look, it says, flow studies not indicated, and it
18  says Hodgkin's disease.
19     A  Uh-huh.
20     Q  Do you agree with that?
21     A  I do not actually. A patient with a known
22  or suspected Hodgkin's disease may well actually have a
23  second B-cell lymphoma. The -- if a sample -- well,
24  no, I don't agree with that.
25     Q  So if a patient's previously been

Page 95

1  diagnosed with Hodgkin's disease and the doctor
2  submitted the case to you and said, I'd like you to do
3  flow cytometry on this, and the only indication is that
4  the person has Hodgkin's disease, would you still do
5  the flow?
6      A  Well, that, of course, would be written on
7  the form. I would not necessarily question that. I
8  would assume that he had -- Hodgkin's disease, of
9  course, is not detectable by flow, but other conditions
10  not in treatment co-morbid conditions may be.
11         And, of course, there's a number of
12  different conditions I might expect to find in that
13  setting, including an associated B-cell lymphoma as
14  well as a therapy related myelodysplastic syndrome or
15  acute myelosis leukemia, which are actually pretty
16  classic co-morbid conditions in patients with history
17  of Hodgkin's.
18     Q  So if a request came in with the only
19  indication that the person has Hodgkin's disease and
20  has previously been diagnosed, you would run a complete
21  panel of 30?
22     A  I would.
23     Q  And what would that information tell you
24  about the person's Hodgkin's disease?
25     A  It wouldn't specifically tell me anything

Page 96

1  about the Hodgkin's disease. You can't detect
2  Hodgkin's disease by flow. It would tell me that there
3  was nothing else present.
4      Q  So it -- all it would tell you is -- it
5  would tell you the negative; it would tell you there's
6  nothing else going on?
7      A  Exactly, which, of course, is highly
8  informative. Actually, again, one of the issues is the
9  question of screening and that's sort of a -- sort of a
10  hot word. Well, what do you mean?
11         Down here under "Flow Studies Not
12  Indicated: Screening good quality bone marrow
13  specimens with no morphologic abnormalities." I would
14  disagree wholeheartedly with that statement.
15         That is an indication for doing flow. If
16  this patient has had a bone marrow and they are
17  suspicious. They've done the bone marrow because they
18  are suspicious of any hemato lymph node neoplasm, it is
19  poor practice not to do flow. You will find diseases
20  that would not have been detected morphologically.
21         If I will -- I will very specifically say
22  that if I were to be hired by Mayo and worked in that
23  lab, I would only do so if that practice were changed.
24     Q  So in your opinion is the Mayo Clinic
25  practicing bad medicine?

Page 97

1      A  Potentially.
2      (Marked for identification purposes, Exhibit No.
3      4.)
4  BY MS. DAVIS:
5      Q  Let me show you what's been marked as
6  Exhibit 4, and it's also been marked as Exhibit 8. I
7  think it was marked as Exhibit 8 to Dr. Flynn's
8  deposition.
9      A  Uh-huh.
10     Q  Have you seen that before?
11     A  I did glance at it, and it was referred to
12  in Dr. Flynn's deposition. I did not read it in great
13  detail.
14     Q  Okay. If you take a look at the very top,
15  it says, "When a sample is sent for flow cytometry, the
16  sample is always first reviewed morphologically by a
17  clinical pathologist. This is essential in determining
18  the proper group of immunophenotypic markers and flow
19  cytometry assays to analyze as well as for determining
20  which cell subpopulations" -- and I'm going to skip the
21  parenthetical -- "should be studied."
22     A  Uh-huh.
23     Q  And then if you look down at the flow
24  cytometry panels, there are two different -- I think
25  there are only two -- no, seem to be more. Depending

**EXHIBIT 14**

1

```
 1              UNITED STATES DISTRICT COURT
                 DISTRICT OF CONNECTICUT
 2   ------------------------X
 3   UNITED STATES OF AMERICA
     ex rel. DR. JAMES J.        CIVIL ACTION NO.
 4   TIESINGA,                   3:02 CV 1573(MRK)
                  Plaintiff,
 5
             vs.
 6
     DIANON SYSTEMS, INC.,       March 24, 2006
 7                Defendant.
     ------------------------X
 8

 9

10           DEPOSITION of GLENN H. SEGAL, D.O.

11

12

13           Taken before Elzbieta A. Sirois, RPR,
             LSR 350, a Court Reporter and Notary
14           Public within and for the State of
             Connecticut, pursuant to Notice and the
15           Federal Rules of Civil Procedure, at the
             offices of Office of the United States
16           Attorney for the District of Connecticut,
             157 Church Street, New Haven, Connecticut on
17           March 24, 2006, commencing at 9:25 a.m.

18

19

20

21

22
                 FALZARANO COURT REPORTERS
23                117 North Saddle Ridge
                  West Simsbury, CT 06092
24                    960-651-0258

25
```

3

```
 1

 2              S T I P U L A T I O N S

 3

 4

 5       It is stipulated by counsel for the parties that

 6   all objections are reserved until the time of trial,

 7   except those objections as are directed to the form of

 8   the question.

 9       It is stipulated and agreed between counsel for

10   the parties that the proof of the authority of the

11   Notary Public before whom this deposition is taken is

12   waived.

13       It is further stipulated that any defects in the

14   Notice are waived.

15       It is further stipulated that the deposition may

16   be signed before any Notary Public.

17

18

19

20

21

22

23

24

25
```

2

```
 1   APPEARANCES:

 2

 3   For the Plaintiff:

 4

 5       UNITED STATES DEPARTMENT OF JUSTICE
         157 Church Street
 6       New Haven, Connecticut 06510
         203.821.3792
 7           By:  RICHARD M. MOLOT, ESQ.

 8

 9   For the Defendants:

10       AKIN, GUMP, STRAUSS, HAUER & FELD, LLP
         1333 New Hampshire Avenue, N.W.
11       Washington, D.C. 20036-1564
         202.887.4000
12       202.887.4288 Fax
             By:  ROBERT S. SALCIDO, ESQ.

13

14

15

16

17

18

19

20

21

22

23

24

25
```

4

```
 1              (Government's Exhibit No. 1:

 2               Marked for Identification.)

 3

 4       (Deposition commenced:  9:25 a.m.)

 5

 6       GLENN H. SEGAL, D.O., Deponent, of

 7   46 Sullivan Road, New Milford, Connecticut,

 8   being first duly sworn by the Notary Public,

 9   was examined and testified, on his oath, as

10   follows:

11

12              DIRECT EXAMINATION

13

14   BY MR. MOLOT:

15       Q   Good morning.  My name's Rick Molot, and I'm

16   from the U.S. Attorney's Office, and I represent the

17   Government in the lawsuit that's been filed against

18   Dianon Systems, Inc.; you understand that?

19       A   Yes.

20       Q   I'm going to be taking your deposition this

21   morning; you understand that?

22       A   Yes.

23       Q   And in the deposition you've got to verbalize

24   your answers because the Court Reporter is taking

25   everything down.  So, a nod of the head won't work.
```

161

1  example, and hairy cell leukemia, very bright

2  intensity.

3      Q    So, it's not like with CD19 and CD20 you get

   enough information that you don't need CD22, even

   though they're similar?

6      A    We believe that we -- it's important.  Just

7  like some of these other antibodies, they use and we

8  don't, vice versa, you never can get -- maybe in this

9  case we'll all agree, but I don't know if we want to

10  drop CD22, we'll have to see.  I hope we don't, but...

11     Q    But some people would advocate -- some

12  pathologists, I mean, again, reasonable pathologists I

13  guess could disagree.  Some pathologists would say if

14  you got CD19 and CD20, you don't necessarily need CD22

15  in an initial workup?

16     A    Yes.

17     Q    Why do you have CD57 in a panel that also

18  includes CD56 and CD16, those are all NK-cell markers?

19     A    In part, yes, they look at other things as

20  well.

21     Q    Tell me why you believe that -- and CD57, CD56

22  and CD16 are all in Dianon's standard panel?

23     A    Yes.

24     Q    Tell me why you need CD57 if you also have 56

   and 16?

162

1      A    CD57 may be the only NK cell associated marker

2  on T-cell lymphoproliferative disorder, T-cell leukemia

3  or granular lymphocytes, and may be absent 16 and 56.

4      So, in the normal assessment of -- NK cells

5  are typically all expressed, however, you may

6  miss T-cell lymphoproliferative disorders.  They're

7  very subtle, and it would be very important to see CD57

8  present on those in my opinion.

9      Q    But again, reasonable pathologists could

10  disagree and some pathologists could have the opinion

11  that if you got CD56 and CD16, you don't need CD57 for

12  an initial workup?

13     A    Yes.

14     Q    And turning to the next page, PP13802, the box

15  kind of at the top, is that a possible kind of core

16  panel that is under consideration.

17     A    I believe it is under -- it is the one, again

18  I'm not certain, but I believe it is.

19     Q    The one that's being considered as a core

   panel that would be used by all four labs?

       A    Exactly.

22     Q    On the second box there on page 13802?

23     A    This one?

24     Q    Yeah.  I'm sorry, the box lower down.

25     A    Specialty tubes for standardization?

163

1      Q    Correct, yes.  It talks about add-on

2  cocktails?  What is your understanding what that means?

3      A    That's similar to what we do in our situation

4  if we have an acute leukemia we add on certain markers

5  like cytoplasmic immunoperoxidase that I mentioned,

6  TDT, or if we have a T-cell population that's abnormal

7  that needs further characterization, we do Alpha, Beta,

8  Gamma, Delta T-cell receptors.

9      Q    Those are add-ons you do after you run the

10  initial 26 panel?

11     A    Exactly.

12     Q    Tell me, can you tell me what role flow

13  cytometry plays in the diagnosis of CML, chronic

14  myelogenous leukemia?

15     A    It plays, it's basically a piece of the

16  puzzle, immunophenotyping.  It can help distinguish

17  expanded or high white counts, benign, what's called

18  leukemoid reaction or reactive conditions, they're not

19  malignant.  CML, excuse me, flow cytometry can help

20  identify abnormal populations that your eye couldn't

21  pick up because they look like normal maturing cells,

22  and they can pick up aberrancies in the granulocytes,

23  such as the CD56 expression, down-regulated CD10, 10,

24  CD56 expression down-regulated CD10, down-regulated

25  CD16 and CD11c.

164

1      So, there's multiple markers that we can use

2  for in that.  In addition, it helps in identify

3  accelerated phase or blast crisis.

4      Accelerated phase, there's multiple parameters

5  for that.  It can mean an increase in blast count,

6  which could be myeloid, monocytic, B or T-cell, very

7  complicated.  So, it requires a whole array of markers

8  to assess the type of blast population that may account

9  for accelerated phase or blast crisis.

10     In contrast, accelerated phase can be

11  identified only by a high basophil count and we can

12  look for that by looking at CD13 and CD25 in

13  combination, lacking other myeloid markers.  So, it's

14  really, there's multiple things immunophenotyping can

15  do.

16     Q    What's Philadelphia chromosome in relation to

17  diagnosing CML?

18     A    It's a marker that when you have the

19  appropriate clinical morphologic blood and marrow and

20  immunophenotyping features that will allow you to say

21  this is CML in distinction from other potential

22  myeloproliferative disorders that may mimic it, such

23  as --

24     Q    Is that something you look under a microscope

25  to figure that out?

165

1    A    That's a cytogenetic test, and they also have
2  molecular tests for that, FISH and BCR.  Looking at the
3  BCR-abl arrangement.
     Q    What about, what was the role, if any, that
   flow cytometry placed in diagnosing Hodgkins lymphoma?
6    A    It's basically using, excluding non-Hodgkins
7  lymphomas from it and other entities.
8    Q    What about hairy cell leukemia, what are the
9  -- is it true that the most relevant antibodies to
10 hairy cell leukemia are 11c, 103 and 25, those are the
11 three that are most relevant to hairy cell?
12   A    Yeah.  Well, you have to establish that it's a
13 B-cell malignancy first, so you need many more markers
14 to do that, but in subtyping and distinguishing from
15 the myriad of B-cell malignancies which -- do you
16 wanted me run through.
17   Q    Sure.
18   A    There was multiple B-cell malignancies
19 basically of smaller type cells, which hairy cell
20 leukemia is one.  Such as small lymphocytic lymphoma,
21 chronic lymphocytic leukemia, CLL/SLL, is what it's
22 called, the abbreviation, it's one disorder.
23      Also, there's other B-cell disorders.
24 Marginal zone B-cell lymphoma.  There's one in the
25 spleen.  Splenic marginal zone B-cell lymphoma.  Nodal

166

1  and extranodal.  So there's three separate subtypes of
2  those as well.  They have similar immunophenotyping
3  features that may overlap with hairy cell leukemia.
4  There's a lot basically.  I'll just give a few.
5    Q    Can hairy cell be diagnosed from a
6  morphological investigation?
7    A    I don't believe so, no.
8    Q    11c 103 and CD25, why would you run these
9  three or why would you include those three antibodies
10 in your panel if you're testing a lymph node?
11   A    Because on occasion, although rare, you can
12 get hairy cell leukemic infiltrate in a lymph node and
13 it needs to be distinguished from nodal marginal zone
14 B-cell lymphoma, which has an overlapping phenotype.
15      Splenic marginal zone B-cell lymphoma
16 expresses 11c, sometimes may express 103, so you have
17 to look at the intensity, the presence or absence of
18 each of those markers and the intensity particularly of
19 11c.
     Q    But it would be rare in a lymph node, right?
     A    It would be uncommon, yes, but it still could
22 occur and the treatment is different.
23   Q    Few other standard questions I always ask.
24      Have you ever been subject of professional
25 discipline in any way?

167

1    A    No.
2    Q    Have you ever been disciplined at work?
3    A    No.
4    Q    Have you ever been arrested?
5    A    No.  Well, not arrested, no, motor vehicle
6  tickets.
7    Q    No.
8    A    No DUIs or anything.
9    Q    No arrests.  Ever been convicted of a crime?
10   A    No.
11   Q    Okay.  I think that might be all I have, but
12 just if you give me three minutes just to go to my
13 office and review my notes and then I will come back
14 and let you know.
15      MR. MOLOT:  Are you going to have any
16 questions?
17      MR. SALCIDO:  I have none.
18      MR. MOLOT:  Let's take three minutes.
19
20      (Recess taken:  2:18-2:20 p.m.)
21
22      MR. MOLOT:  I have no further questions at
23      this time.  Thank you, Doctor.
24
25      (Deposition concluded:  2:20 p.m.)

168

INDEX

WITNESS                                             PAGE

Glenn H. Segal, D.O.
    Direct Examination by Mr. Molot                   4


GOVERNMENTS' EXHIBITS
(For Identification)

EXHIBIT                                             PAGE

1   Declaration                                       4

2   Memo dated May 21, 1997                          35

3   Memo dated June 17, 1997                         36

4   Immunophenotyping Three Color Procedure          53
    Document

5   One page document dated 3-20-97 from             55
    Bill McDowell

6   E-mail dated August 26, 2003                     69

7   One page document Bates stamped AG 00170         70

8   Document entitled Flow Cytometry Testing         70
    Offered by LabCorp RTP

9   E-mail dated October 7, 2003                     76

10  E-mail dated September 17, 2003                  79

11  One page memo, Bates number AG 00128             84

12  Minutes from conference call dated               86
    October 21, 2003

13  Minutes from meeting dated January 13, 2004 92

**EXHIBIT 15**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

------------------------------x
UNITED STATES OF AMERICA,      :
ex rel., JAMES J. TIESINGA,    :
                               :
        Plaintiffs,            :
                               :
        v.                     :  No. 3:02CV1573(MRK)
                               :
DIANON SYSTEMS, INC.,          :
                               :
        Defendant.             :
------------------------------x

                                Washington, D.C.

                        Tuesday, February 28, 2006

Deposition of

        RICHERT E. GOYETTE

a witness, called for examination by counsel for

Plaintiffs, pursuant to notice and agreement of

counsel, beginning at approximately 9:00 a.m., at

the offices of United States Department of Justice,

601 D Street, NW., Washington, D.C., before Lohna

Esteb of Beta Court Reporting, notary public in and

for the District of Columbia, when were present on

behalf of the respective parties:

42

1  chronic myelogenous leukemia, or CML, as a
2  chronic leukemia, the presenting
3  manifestation are not nearly as dramatic,
4  okay; in other words, they don't look like
5  they are going to die in your office.
6      You know, they look like -- they
7  may actually be healthy, and the diagnosis
8  may be made incidentally by the presence of
9  an elevated -- or the diagnosis may be
10 suspected by the presence of an elevated
11 white blood cell count.
12     They usually have an enlarged
13 spleen. They have -- have very -- fairly
14 distinctive abnormalities on their peripheral
15 blood smear. And then they have a series of
16 morphologic and laboratory changes that help
17 to establish the diagnosis.
18     Q   And what's the -- all right. So
19 you talked about the blood smear, that
20 somebody looks at it under a microscope. And
21 you said there are -- are there abnormalities
22 that you can see when you look at it under

43

1  the microscope?
2      A   In a patient with chronic
3  myelogenous --
4      Q   Yeah.
5      A   -- leukemia? Yes, you can usually
6  recognize, looking at peripheral blood smear,
7  you can usually recognize that the white
8  blood cell count has increased.
9      There -- the increase in white
10 blood cells, there's some elements that are
11 disproportionately represented; for example,
12 there may be more eosinophiles or basophils.
13     And you will usually see small
14 numbers of blasts. And there may actually be
15 what's called a leukemic hiatus in that you
16 will have blasts, and instead of more normal
17 cells, they will be kind of skipping a couple
18 generations of less mature cells, and then
19 more mature cells.
20     Q   Okay. And then would you also
21 perform a bone marrow?
22     A   Oh, yes, yes. Bone marrow would

44

1  show the bone marrow -- the normal elements
2  of bone marrow completely replaced by this
3  proliferation of pretty much normal looking
4  white blood cells.
5      Q   Okay. As opposed to the --
6      A   Blasts.
7      Q   Right. Okay. And then are there --
8  is there anything else you would do to look
9  at and to determine whether it's CML?
10     A   Well, as I said, it's a clinical
11 pathologic diagnosis. So those are the
12 fairly characteristic clinical changes.
13     And then one would use a series of
14 laboratory markers, sometimes a -- some
15 simple stains called a leukocyte alkaline
16 phosphatase would be used. Flow cytometry is
17 often done to help confirm the presence of a
18 discreet population of blasts. And, in
19 addition, cytogenetics is done looking for
20 the presence of a Philadelphia chromosome.
21     Q   And what is the definitive
22 diagnostic tool in that case?

45

1      MR. PARKER: Objection.
2      THE WITNESS: You know, actually,
3  I'm not trying to be evasive, but I don't
4  remember necessarily anybody thinking that --
5  if you had somebody normal that came up to me
6  and said, something -- the doctor told me I
7  had Philadelphia chromosome in my blood. And
8  I read in a book that that's diagnostic of
9  chronic myelogenous leukemia.
10     And I look at this person and they
11 are completely healthy. I would have to say,
12 well, we do use the Philadelphia chromosome
13 to help establish the diagnosis of CML; but
14 it, in and of itself, is not totally
15 diagnostic.
16     And, in fact, there have been
17 studies showing that the molecular markers of
18 chronic -- for CML that correspond to the
19 presence of the Philadelphia chromosome are
20 present in some normal people. So it's a
21 clinical pathologic diagnosis.
22

**46**

1    BY MS. DAVIS:
2      Q   All right. And what role does the
3  flow cytometry play?
4      A   Well, I think that the flow
5  cytometry is used because it helps confirm
6  the presence of a discreet population of
7  blasts. It supports the morphologic
8  evaluation of the bone marrow; in other
9  words, sometimes it can be very hard to
10  identify and recognize blasts. They can be
11  very subtle. So it's a way to further
12  characterize the blasts, identify the number
13  of blasts.
14      And, in addition, there are number
15  of times that hematopathologists receives a
16  specimen from somebody labeled chronic
17  myelogenous leukemia that is totally
18  something else. That it's totally something
19  else, so --
20      And, lastly, these things just
21  don't occur by themselves. People oftentimes
22  have more than one disorder. And even in

**47**

1  somebody with CML, we found some other
2  hematologic disorders.
3      Q   All right. So when you're looking
4  at a specimen that has CML with flow, what --
5  flow cytometry -- what markers would be
6  useful?
7      A   If you're telling me that the
8  person has chronic myelogenous leukemia, the
9  diagnosis has been established and that you
10  are certain that they don't have a second
11  disorder, and that the diagnosis was made
12  correctly, then the markers that should be
13  used, or that I might use, would be CD 34, CD
14  13, CD 14, CD 11.
15      Q   Eleven?
16      A   Sorry. I'm thinking of something
17  else. Not CD 11, no.
18      Q   Eleven is out? Okay.
19      A   Thirty-four, HLADR. The problem is
20  by restricting it to those, you miss other
21  diagnoses that are present and cases in which
22  are referred as CML that aren't.

**48**

1      Q   All right. And then chronic CLL,
2  chronic leukemia?
3      A   Lymphocytic leukemia?
4      Q   Right. Sorry.
5      A   Well, chronic lymphocytic leukemia
6  falls into the family of chronic leukemias.
7  And that the patient can oftentimes live for
8  years with the diagnosis.
9      And the family of cells that are
10  neoplastic are lymphocytes. And it's
11  characterized by the -- oftentimes by the
12  presence of an enlarged liver and spleen --
13  later in the disease the patient oftentimes
14  have enlarged liver and spleen, may have
15  enlarged lymph nodes.
16      They have an elevated white blood
17  cell count, which are small cells which
18  appear to be mature lymphocytes.
19      And they have very characteristic
20  -- cytogenics is not really helpful in that;
21  but, they do have very characteristic
22  features by flow cytometry.

**49**

1      Q   Okay. So if you suspected CLL in a
2  patient, what procedures would you --
3      A   What would I do? What procedures
4  would I do?
5      Q   What procedures would --
6      A   Because -- let me see, what would I
7  do? As, again, it's clinical pathologic. I
8  think that in the case of CLL, the procedures
9  I would do would be a complete history and
10  physical examination on the patient. I would
11  look carefully for enlarged liver and spleen.
12      MR. PARKER: Slow down.
13      THE WITNESS: I would look
14  carefully for an enlarged liver and spleen.
15  I'd look carefully for enlarged lymph nodes.
16      I'd would then get a complete blood
17  count. And I would expect to see in that
18  complete blood count, if that's in fact what
19  the patient had, increased numbers of small,
20  mature-appearing lymphocytes.
21      I would then submit the specimen
22  for flow cytometry. And -- lose my train of

58

1  appropriate milieu, milieu, establishes a
2  diagnosis.
3       In other words, in and of itself
4  it's not diagnostic; but, in the proper
5  environment, it is. Whereas non-Hodgkin's
6  lymphomas are characterized by 5h3 appearance
7  of malignancy and the absence of
8  Reed-Sternberg cells.
9  **Q   Okay. So -- and how would you find**
10 **the Reed-Sternberg cells, would that be by**
11 **looking under the microscope, or the stains,**
12 **or how?**
13 A   You'd look under the microscope.
14 And the original identifiers of this cell
15 listed very characteristic features which
16 essentially are still looked for today.
17      I'm sorry, what was the question?
18 **Q   The question was, in determining**
19 **whether it's Hodgkin's or non-Hodgkin's, you**
20 **would look for these cells, is that what you**
21 **--**
22 A   Yes, you would look for the

59

1  Reed-Sternberg cells.
2  **Q   Okay. And how would you look for**
3  **those, by just looking under the microscope?**
4  A   Certainly, you'd look under the
5  microscope.
6  **Q   And you can tell a Reed-Sternberg**
7  **cell just by looking at it?**
8  A   I think I would give you a
9  qualified yes on that, yeah. I mean,
10 sometimes you show it to a colleague and say,
11 "What do you think, is this a Reed-Sternberg
12 cell or not?"
13      And sometimes they can be very hard
14 to find, but...
15 **Q   Okay. All right. And then you**
16 **said you would -- let's go back to**
17 **non-Hodgkin's for a moment.**
18      **You would do a histologic exam,**
19 **you'd do cytogenetics, and then**
20 **immunophenotyping. What would be the role**
21 **for the immunophenotyping in this case?**
22 A   The immunophenotyping -- you know,

60

1  again, it would be nice if medicine for very
2  cut and dried. But, in fact, it can be very
3  difficult, based on histologic examination
4  alone, to establish a diagnosis of malignant
5  lymphoma, either sometimes Hodgkin's disease
6  and certainly non-Hodgkin's lymphomas.
7       So immunophenotyping is used
8  routinely to characterize the cellular
9  population of the lymph node, and oftentimes
10 provides diagnostic information when
11 microscopic examination is indeterminate.
12 **Q   And if you had a specimen that you**
13 **suspected was non-Hodgkin's lymphoma, what**
14 **markers would you use?**
15 A   I would use -- I -- actually, I'd
16 use a whole series of markers because
17 oftentimes they come in as non-Hodgkin's
18 lymphomas and they're something else.
19      Like I've seen acute leukemia in
20 lymph nodes that somebody thought was an
21 non-Hodgkin's lymphoma.
22      So I would do a very comprehensive

61

1  list of B- and T-cell antigens, as well as
2  myeloid antigens. And these antigens
3  identify very immature cells, CD 34, HLADR.
4  **Q   Okay. And then Hodgkin's lymphoma,**
5  **you talked about the diagnosis being made**
6  **primarily through the Reed-Sternberg cells.**
7  A   Uh-huh.
8  **Q   Would there be any role for flow**
9  **cytometry in diagnosing this disease?**
10 A   Well, it's kind of -- it's a little
11 bit of a difficult question to answer
12 because, in fact, the Reed-Sternberg cells
13 are the neoplastic cells in Hodgkin's
14 disease. And there aren't really good
15 immunophenotypic characteristics for
16 Reed-Sternberg cells.
17      But, in fact, lots of times things
18 are called Hodgkin's disease and they are
19 not. So often, as part of the initial
20 diagnosis, all the tests would be run and you
21 could have Reed-Sternberg like cells in a non
22 Hodgkin's lymphoma, for example.

62

1    So I wouldn't separate the type of
2 flow cytometry I'd do for somebody with an
3 enlarged lymph node based on whether I
4 thought there was Hodgkin's disease there or
5 not.
6    I mean, I'm wouldn't say, "Oh, it's
7 probably Hodgkin's disease, we will just
8 limit it to this," because there are
9 surprises.
10    Q   What about if it had already been
11 diagnosed as Hodgkin's?
12    A   Well, if God diagnosed it, that
13 would be okay.  But the plain fact of the
14 matter is --
15    COURT REPORTER:  Can you slow down?
16    THE WITNESS:  I'm sorry. This is
17 going to drive me crazy.  Sorry. Can we take
18 a break?
19    MS. DAVIS:  Sure.
20    THE WITNESS:  Thanks.
21    THE VIDEOGRAPHER:  Going off the
22 record at 9:56 a.m. Tape 1.

63

1    (Recess)
2    THE VIDEOGRAPHER:  Going back on
3 the record at 10:01. a.m. Tape 1.
4    BY MS. DAVIS:
5    Q   Okay.  All right. I am going to --
6 where we left off, I guess, you were going to
7 tell me what markers would be useful for
8 Hodgkin's lymphoma.
9    MR. PARKER:  Objection.
10    THE WITNESS:  Simply, again, that
11 specimens are sent in to the laboratory for
12 -- of abnormal lymph nodes for
13 immunophenotyping.
14    And at that point in time we
15 rendering a consultative opinion.  And we
16 don't actually know it's Hodgkin's.
17    I mean, on a regular basis,
18 specimens are sent in as Hodgkin's disease
19 that are non-Hodgkin's lymphomas, or
20 non-Hodgkin's lymphomas that are Hodgkin's
21 disease -- non-Hodgkin's lymphomas or
22 Hodgkin's disease that turn out to be

64

1 something totally different.  So it -- I --
2 we really look at it as a -- as a chance to
3 make a diagnosis -- it's like going to a
4 cardiologist.  You know, and you say this
5 guy's got an abnormal heart rhythm.  So the
6 cardiologist says, "Okay, I'll only get one
7 lead of an EKG."
8    It's like a cardiologist applies
9 his professional skills to the patient, and
10 it's a similar thing we do with that.
11    BY MS. DAVIS:
12    Q   Okay.  Let me maybe ask the
13 question a slightly different way.
14    A   Okay.
15    Q   If you looked at it -- and you
16 looked at a sample, and which markers doing
17 something would tell you that it's Hodgkin's;
18 in other words, if the marker reacts or
19 doesn't react, how would that -- which of the
20 markers that you do would tell you that it's
21 Hodgkin's?
22    A   So are you asking me would I use

65

1 immunophenotyping to establish a -- to make
2 the diagnosis of Hodgkin's disease --
3    Q   Yes.
4    A   -- without ruling out anything
5 else; in other words, a person could have a
6 non-Hodg -- a whole variety of non-Hodgkin's
7 lymphomas, and all I want is one test by
8 immunophenotyping that is going to tell me if
9 it's Hodgkin's disease?
10    Q   No. I want to know if you had a
11 sample and you looked at it under --
12    A   Microscope?
13    Q   -- microscope or you did the flow
14 cytometry and looked at the scattergrams,
15 what -- which of the markers reacting in some
16 way would tell you that, in fact, it's
17 Hodgkin's disease as opposed to something
18 else?
19    A   You know, I could have answered
20 that question until you said as opposed to
21 something else.
22    If you say which markers would tell

226

1    Q    What is that page?
2    A    That appears to represent the
3    laboratory worksheet on this -- on Ruth
4    Godberg. And the result should be reflected
5    on the -- on Page 04129. And I haven't
6    checked, but at least the first couple seem
7    to be adequately represented.
8    Q    Okay. and so this would have been
9    the flow tech's --
10   A    Yes, in fact, probably the flow
11   tech's initials should be here.
12   Q    Is that down at the bottom of the
13   page just above where it says "Comments"?
14   A    Yeah, looks like prep tech, flow
15   tech, and initials. So I don't know whose
16   initials those are.
17   Q    You don't know who, what looks like
18   CAS, is?
19   A    There was a girl there, a tech,
20   laboratory technologist, whose name was
21   Carey. And there was one named Tamara,
22   Tamara, so it may have been those people.

227

1    Q    Okay. And let me just make sure
2    it's clear, because I wasn't sure, we cut
3    each other off.
4        This particular page, 4136, is the
5    initial worksheet used by the tech to write
6    down the results of the flow cytometry?
7    A    To write down the data from the
8    flow cytometry, yes.
9    Q    Okay. And then there's a series of
10   pages starting at 4139 going through 4157.
11   Are those what you have been referring to as
12   the scattergrams?
13   A    Yes.
14   Q    Okay. And those reflect the results
15   of the flow cytometry?
16   A    They reflect the data generated by
17   the flow cytometry. The results required
18   interpretation by the pathologist.
19   Q    Okay, I'm sorry. Not as precise.
20   A    Mine goes through 158, not 157, by
21   the way.
22   Q    Oh, I'm sorry. Yep, you're right.

228

1    There was a page stuck.
2        Okay. And then on 4159, can you
3    tell what that is?
4    A    Yes.
5    Q    What is that?
6    A    It's a template that I used to
7    organize my thoughts in making the diagnosis.
8    Q    All right. So this was something
9    that you would have sitting next to you when
10   you're reviewing the clot and the marrow and
11   the flow cytometry results?
12   A    Yes.
13   Q    Okay. And then based on that, you
14   would, what, pick one of these descriptions?
15   A    If the description was appropriate,
16   that I could use it either without changes or
17   by writing things in and scratching things
18   out, I would use it; otherwise, I would
19   dictate it. But the majority of reports I
20   was able to modify using this template.
21   Q    Okay. And on 4161, there's a
22   handwritten note?

229

1    A    Yes.
2    Q    Is that yours?
3    A    That is my handwriting.
4    Q    And does that indicate that that's
5    the particular -- I don't know what to call
6    it.
7    A    Particular diagnosis. The case
8    didn't meet the criteria, all the criteria I
9    had established there, so I had to modify it
10   somewhat.
11   Q    Okay. All right. Can you go back
12   to the first page of your report, which is
13   4129?
14   A    Yes.
15   Q    Okay. Under the T-cell antibodies?
16   A    Yes.
17   Q    Can you tell me what role those
18   played in your diagnosis of this case?
19   A    Oh, absolutely. They helped
20   establish that the lymphocyte population that
21   was identified by the clinician when he said
22   rule out CLL was, in fact, a B-cell

230

1  population because there's both T-Cll and
2  B-CLL. So in the process of doing this
3  workup we've identified that it's not T-CLL
4  but it's B-CLL. Okay.
5       And that the fact that there's no
6  CD10 let's us know that not only does it have
7  these markers, but it's probably not a
8  follicular lymphoma. The fact that CD23 and
9  CD19 are partially expressed means it's not a
10  mantel cell lymphoma.
11       The fact that CD56 is low means
12  there's not an associated or concomitant NK
13  cell disorder probably; however, the fact is
14  that at this time we weren't doing 6 --
15  doesn't appear to be doing 16 or 57 so you
16  can't say absolutely.
17       The fact that CD25 is elevated
18  would certainly raise concerns about the
19  possibility of hairy cell leukemia, but hairy
20  cell leukemia is CD5 negative so it's not
21  hairy cell leukemia.
22       The fact that CD34 is only 5

231

1  percent indicates to me that we don't have to
2  worry about the presence of an acute leukemia
3  on this particular specimen; and, you know,
4  sometimes people with CLL get acute leukemia
5  too, believe it or not. So it let me know
6  that.
7       It also let me know that our
8  morphologic interpretation --
9       COURT REPORTER: I'm sorry. Slow
10  down. It also let me know --
11       THE WITNESS: That the morphologic
12  interpretation of our cells as -- was correct
13  as far as really small lymphocytes or blasts
14  that are called micromyeloblasts. And they
15  look virtually identical to lymphocytes in
16  CLL; but, in fact, they are blasts. So it
17  helped confirm that that's, in fact, what we
18  were looking at.
19       Sadly, we don't have 103 or 11C,
20  which would have helped us rule out hairy
21  cell leukemia. However, the fact that CD5 is
22  there makes me think that it's probably not

232

1  aberrantly expressed on a CLL cell.
2       So these changes are -- do several
3  things: The first is, they tell us that this
4  is not an acute leukemia. We've
5  comprehensively examined the bone marrow.
6  There's no acute leukemia here based by flow
7  alone. Okay.
8       It tells me that the clinician's
9  diagnosis of CLL is, in fact, B-CLL because
10  B-CLL and T-CLL respond totally to different
11  therapy and have different clinical courses.
12       It lets me know that this is not a
13  follicular lymphoma, which can mimic CLL and
14  so I don't have to worry about -- this is
15  probably a primary disease of the blood and
16  bone marrow and not spilling over from lymph
17  nodes in the abdomen -- deep in the abdomen.
18       It lets me know that it's not one
19  of these small, granular lymphocyte disorders
20  which can mimic CLL, but are actually NK
21  cells, the fact that one of those markers is
22  negative.

233

1       I would never have done one marker
2  a year later; but at the time, I was still --
3  I'm always learning. My life is one of
4  continuing to learn. So, I mean, I would
5  have wanted that 57 at that time.
6       BY MS. DAVIS:
7       Q   What about the markers that are
8  listed under the myeloid, what role did those
9  play in your diagnosis?
10       A   Okay. Well, those illuminate the
11  fact that there's not a concomitant myeloid
12  proliferation going on there that might
13  indicate the patient also has evolving acute
14  leukemia.
15       Now, you might say, "Wait, this --
16       COURT REPORTER: I'm sorry. Now,
17  you're going too fast again. You might say,
18  "Wait...
19       THE WITNESS: Yeah, you might say,
20  "Wait, that you've just made the diagnosis of
21  chronic lymphocytic leukemia -- chronic
22  lymphocytic leukemia. Why would you want to

234

1 look at myeloid markers?"
2      Well -- I am talking softly, too.
3      MR. PARKER: You don't have to talk
4 softly, just slowly.
5      COURT REPORTER: If softly helps...
6      THE WITNESS: Well, the first
7 thing, myeloid markers can be aberrantly
8 expressed on lymphoid cells. Okay. And
9 sometimes they are a sign that it's a
10 neoplastic lymphoid population.
11      The second is that if this patient
12 -- now, this is a rule out -- but had this
13 patient been a person who had been previously
14 treated, and sometimes we don't actually know
15 that. They will say rule out CLL and it will
16 turn out the nurse didn't hear right and the
17 nurse wrote to form, and the patient had CLL.
18      So it tells us also that the
19 treatment -- if they had treatment for
20 another disease, or if they had treatment for
21 CLL, that there is no chemotherapy-induced
22 malignancy there. Because treatment can

235

1 actually induce a myeloid malignancy,
2 treatment of a lymphocytic disease can induce
3 a myeloid malignancy.
4      So it tells us a lot of stuff.
5 It's like a complete physical examination of
6 the specimen.
7      BY MS. DAVIS:
8      Q   Okay. And then, I apologize if
9 you'd said this, but what role did CD34 play
10 in your diagnosis?
11      A   It helps eliminate the possibility
12 there's a small blast population there.
13      Q   And what about HLADR?
14      A   If there was a discordance between
15 CD34 and HLADR, I would have asked them to
16 repeat both of those because they normally go
17 together, but not always.
18      And plus they can be used
19 diagnostically. There are certain lymphoid
20 neoplasms that have HLADR and others don't;
21 but, you ask for them together.
22      So that's how I was interpreting

236

1 the question.
2      Q   All right. Let's go back to the
3 T-cells.
4      A   Okay.
5      Q   You've got six different T-cell
6 antibodies there.
7      A   Uh-huh.
8      Q   Why do you need all six?
9      A   Well, T-cell malignancies can be
10 very difficult to diagnose, and that's
11 because the T-cells often look like normal
12 lymphocytes when you look at them on a smear
13 It's because the T-cells don't have the KAPPA
14 and LAMBDA, so -- unlike the B-cells, which
15 is another marker that helps characterize it
16 -- so to make the diagnosis of T-CLL requires
17 identification of both the presence or
18 absence of all T-lymphoid antigens as well as
19 the staining intensity.
20      For example, something you can't do
21 on tissue is if you look at a lymph node and
22 stain it for CD7 --

237

1      COURT REPORTER: I'm sorry. If
2 you...
3      THE WITNESS: If you look at a
4 lymph node and stain it for CD7, okay, that's
5 a tissue pathologist. He can say CD7 is
6 present or absent.
7      Okay. Now, if it's absent, that
8 would help in the diagnosis. Okay. But on
9 flow cytometry, you cannot only see whether
10 it's present or absent, but you can look at
11 the staining intensity.
12      And sometimes the only abnormality
13 marking the presence by flow of a T-cell
14 lymphoma is a dim expression of one of these,
15 not absence.
16      So it offers refinement beyond what
17 you can see by looking at a lymph node in
18 staining.
19      BY MS. DAVIS:
20      Q   Would it be possible to
21 characterize, adequately characterize, a
22 T-cell disease just using 5, 3, 4, and 8?

238

1    A   I would never do that.
2    Q   Why not?
3    A   Because that's an incomplete group
4  of antibodies.  Did you say 5, 3, 4, and 8?
5    Q   Yep.
6    A   Five, three, four and eight.  Well,
7  first, because 5 can be seen on B-cells; and,
8  in fact, in this case it is.  So it's not a
9  specific T-cell marker.
10       Four and eight are subpopulations
11  of T-cells.  And did you say 3?
12   Q   Yep.
13   A   Okay, and 3.  Three is a pan T-cell
14  marker, but you could have a T-CLL in which
15  CD3 is present, CD5 is present, but CD7 is
16  absent or dim staining, and it would be the
17  only indication by flow that this was a
18  T-cell malignancy.
19   Q   All right.  I'm sorry.  Run that by
20  me again.  You could have -- you've got 8, 4,
21  3 and 5.
22   A   Eight --

239

1    Q   Four, three and five.  Those are on
2  your --
3    A   I know.  I just -- I should have
4  had lunch.
5        All right.  I'm with you.
6    Q   Okay. what does -- if you have
7  those four, what does adding -- and I'm going
8  to do this, since you want to talk about 7,
9  what does adding 7 give you that --
10   A   CD7?
11   Q   Yes.
12   A   It's an additional marker that be
13  aberrantly expressed, it can be dimly
14  expressed, or it can be absent.  And --
15   Q   What's the diagnostic significance
16  of that?
17   A   Because the only abnormality in a
18  T-cell -- the only thing that you could use
19  by flow and even by morphology to diagnosis a
20  T-cell lymphoma might be the absence of one
21  of these antigens.  The only thing.
22       Or it's present but only dimly

240

1  staining, because normally they stain -- they
2  have a -- they're more brightly staining.
3  It's absolutely crucial to diagnose T-cell
4  malignancies by flow.
5    Q   Can you diagnose a T-cell
6  malignancy in some other way other than flow?
7    A   There's an expensive and
8  complicated laboratory procedure called
9  T-cell gene rearrangement studies that you
10  can use to confirm the flow, but it would
11  certainly not be the first test done.
12   Q   All right.  So if you've got 8, 4,
13  3 and 5, what does 2 add to that?
14   A   Exactly the same thing that 7 adds.
15   Q   Okay.
16   A   But that doesn't mean you could do
17  2 or 7, because it might not be deleted on 7,
18  or low staining on 7, and be present on 2.
19   Q   All right.  Under the B-cell --
20   A   Yes.
21   Q   -- you've got 20, 22, and 19, and
22  then 23.

241

1    A   Yes.
2    Q   Twenty-three, you said -- remind me
3  what that one does.
4    A   Twenty-three is co-expressed in CLL
5  as opposed to mantel cell.  They can look
6  identical.
7    Q   Okay.  And then what do 20, 22 and
8  19 do?
9    A   Okay, 19 and 20 -- 19 is, I believe
10  -- now, remember, this -- I stopping
11  practicing hematopathology in 2000, but to
12  the best of my knowledge, I think I'm right.
13       Nineteen is one of very earliest
14  B-cell antigens that comes on.  In other
15  words, it's not they have got these antigens
16  or they don't.  They come on sequentially.
17       And so 19 -- for example, if we
18  added -- if this was a B-cell acute leukemia,
19  the only B-cell antigen might have been CD19
20  okay.
21       So the presence -- you might have
22  only 19.  The fact that 19 and 20 are there

242

1  indicates it's a more mature B-cell neoplasm,
2  which is what CLL is.
3       The presence of CD22,
4  differentiating hairy cell leukemia. And as
5  I said, you can't just look and them and tell
6  the difference in hairy cell leukemia --
7       COURT REPORTER: You are starting
8  to go too fast.
9       THE WITNESS: Differentiating in
10  hairy cell leukemia and CLL. In CLL, the
11  expression of CD22 is dim. It's not a here
12  -- is it here or not? It's -- actually, it's
13  expressed but it's very dim. It's weak.
14       BY MS. DAVIS:
15   Q  I'm sorry, in which?
16   A  CD22 and CLL.
17   Q  Okay.
18   A  It's weak or dimly expressed;
19  whereas, in hairy cell leukemia, it's bright.
20  So to establish the diagnosis, isn't is it
21  there or not, it's what's the intensity of
22  staining?

243

1   Q  Okay. So it's usefulness is in --
2   A  CLL and hairy cell.
3       MS. DAVIS: Okay. Let's -- you
4  want to change the tape now?
5       THE VIDEOGRAPHER: Sure.
6       MS. DAVIS: Okay. Let's take a
7  short break.
8       THE VIDEOGRAPHER: Going off the
9  record at 2:25 p.m. Tape 3.
10       (Recess)
11       THE VIDEOGRAPHER: Going back on
12  the record at 2:39 p.m. Tape 4.
13       BY MS. DAVIS:
14   Q  Okay. I think we're done with that
15  one for now.
16   A  Okay.
17       MS. DAVIS: Give you what has been
18  marked Exhibit 24.
19       (Deposition Exhibit No. 24 was
20       marked for identification.)
21       BY MS. DAVIS:
22   Q  I'll just cut to the chase. This

244

1  is another package of documents similar to
2  the last one.
3   A  Okay.
4   Q  Let me have you take a look at Page
5  4257.
6   A  You know what, before I do that,
7  let me look and see what I about before this
8  case before we get specific.
9   Q  Sure.
10   A  And I'll make it real quick about
11  it. Let me just see what's going on here.
12       (Pause)
13   A  All right. Thank you.
14   Q  Okay.
15   A  Which page?
16   Q  The first page of your report,
17  4257.
18   A  Okay.
19   Q  Okay.
20   A  Oh, wait, wait. I looked at --
21   Q  I think there are two copies in the
22   --

245

1   A  Are they the same report?
2   Q  I don't know the answer to that.
3  They appear to be the same report date.
4   A  Yeah, it is. I mean, it could have
5  been bilateral, but it looks like it wasn't;
6  so, okay.
7   Q  Okay. All right. Let's go to Page
8  4257.
9   A  Okay.
10   Q  And the antibodies that are listed
11  there about the middle of the page, are those
12  the antibodies that were actually performed?
13   A  You know, I know you're not playing
14  games with me, but unless I look at this --
15  at the worksheet --
16   Q  Okay. Try 4265.
17   A  Okay. Let's see, 4265. Okay. Do
18  you really want me to compare to these?
19  Because what I'll have to do is -- I see two
20  KAPPA and two LAMBDA, which appears here. I
21  think a reasonable person would say that
22  probably they were transcribed correctly and