**EXHIBIT 20**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>ex rel. Dr. James J. Tiesinga, | ) | |
| | ) | |
| | ) | No. 3:02CV1573(MRK) |
| Plaintiffs, | ) | |
| v. | ) | |
| | ) | |
| DIANON SYSTEMS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### DECLARATION OF ROBERT TUCCIARONE

I, Robert Tucciarone, hereby state as follows:

1.     I am the Director of Accounts Receivables at Dianon Systems, Inc. ("Dianon").

In 1997, I was the Director of Billing and Collections at Dianon.

2.     Attached hereto are true and correct copies of the following exhibits, which are

submitted in support of Defendant's Local Rule 56(a)(1) Reply Statement:

- Letter dated June 17, 1997 to Accounting Department, Medicare MetraHealth Insurance Companies (attached hereto as Tab A)

- Letter dated July 28, 1997 to Accounting Department, United Health Care Insurance Co. (attached hereto as Tab B)

- Letter dated June 23, 2006 to Financial Services, First Coast Service Options, Inc. (attached hereto as Tab C)

I declare under penalty of perjury that the foregoing is true and correct.  Executed this
14th day of November, 2006.

Robert Tucciarone

1

**TAB A**



DIANON SYSTEMS
*Diagnostic Innovations for Medicine*

June 17, 1997

Attn: Accounting Department
Medicare MetraHealth Insurance Companies
PO Box 9000
Meridan, CT 06454-9000

Re: DIANON Systems, Inc., Refund for Immunophenotyping Studies

Dear Sir/Madam:

Enclosed is a refund check in the amount of $26,331.20 for overpayments related to immunophenotyping (flow cytometry) studies performed by our laboratory during the time period August 1, 1996 through March 24, 1997 and billed under CPT code 88180. The error occurred because a change in laboratory procedures in the first week of August 1996 was not effectively communicated to the Billing Department. The error has been corrected.

The enclosed spreadsheet lists the pertinent accessions by patient name, HIC and ICN number, date of service and the amount of the overpayment. This information should allow the refund to be applied as appropriate. If you would prefer a disk with this information, please contact me at the number below. In addition, we will be separately refunding any excess coinsurance and deductible payments made by your beneficiaries.

Should you have need of further information regarding this matter, please feel free to contact me at 203-380-3311.

Cordially,

Robert Tucciarone
Director, Billing and Collections

/rf
Encl.

800477



800478

DIANON Systems, Inc.
200 Watson Boulevard • Stratford, CT 06497

| REFERENCE | DATE | AMOUNT | DISCOUNT | DATE | CHECK NO. | OTHER DEDUCT. | REMARKS | VENDOR NO. | NET AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| ZZZMC0697 | 06/17/97 | $26,331.20 | | 06/17/97 | MEDICARE 88180 | | | | $26,331.20 |
| | | | | | | | | TOTALS | $26,331.20 |

DIANON SYSTEMS

200 WATSON BOULEVARD
STRATFORD, CT 06497

R 100194

FIRST UNION BANK OF CONNECTICUT
STAMFORD, CT 06901

51-110
211

CHECK NO.    DATE        AMOUNT
100194    06/17/97    ****$26,331.20

TWENTY-SIX THOUSAND THREE HUNDRED THIRTY-ONE AND 20/100 DOLLARS

PAY
TO THE
ORDER OF

MEDICARE
538 PRESTON AVE.
MERIDEN, CT 06450-9060

⑈100194⑈ ⑆0211011081⑆ 20000153157⑈

**TAB B**



**DIANON SYSTEMS**
*Diagnostic Innovations for Medicine*

July 28, 1997

Attn:  Accounting Department
United Health Care Insurance Co.
PO Box 10066
2743 Perimeter Parkway, Building 200
Augusta, GA  30999-0001

Re:  DIANON Systems, Inc., Refund for Immunophenotyping Studies

Dear Sir/Madam:

Enclosed is a refund check in the amount of $1,722.96 for overpayments related to immunophenotyping (flow cytometry) studies performed by our laboratory during the time period August 1, 1996 through March 24, 1997 and billed under CPT code 88180.  The error occurred because a change in laboratory procedures in the first week of August 1996 was not effectively communicated to the Billing Department.  The error has been corrected.

The enclosed spreadsheet lists the pertinent accessions by patient name, HIC and ICN number, date of service and the amount of the overpayment.  This information should allow the refund to be applied as appropriate.  If you would prefer a disk with this information, please contact me at the number below.  In addition, we will be separately refunding any excess coinsurance and deductible payments made by your beneficiaries.

Should you have need of further information regarding this matter, please feel free to contact me at 203-380-3311.

Cordially,

Robert Tucciarone
Director, Billing and Collections

/rf
Encl.

800479



200 Watson Boulevard • Stratford, CT 06497

DATE 07/15/97

CHECK NO. 100851

VENDOR NO.

| REFERENCE | DATE | AMOUNT | DISCOUNT | OTHER DEDUCT. | REMARKS | NET AMOUNT |
|-----------|------|--------|----------|---------------|---------|------------|
| ZZZMC0797 | 07/15/97 | $1,722.96 | | | MC 88180 | $1,722.96 |
| TOTALS ► | | $1,722.96 | | | | $1,722.96 |

DIANON SYSTEMS

200 WATSON BOULEVARD
STRATFORD, CT 06497

FIRST UNION BANK OF CONNECTICUT
STAMFORD, CT 06901

51-190
211

CHECK NO. 100851

DATE 07/15/97

AMOUNT ******1,722.96

R 100851

ONE THOUSAND SEVEN HUNDRED TWENTY-TWO AND 96/100 DOLLARS

PAY
TO THE
ORDER OF

UNITED HEALTHCARE MEDICARE
PO BOX 10066
2743 PERIMETER PKWY BLDG 200
AUGUSTA GA 30999-0001

⑈100851⑈ ⑈021101108⑈ 20000 215 3 2157⑈

800480

**TAB C**

# DIANON *Systems*
## A **LabCorp** Company

DIANON Systems
200 Watson Boulevard
Stratford, CT 06615

Telephone: 800-328-2666

www.dianon.com
www.CarePathOnline.com

June 23, 2006

Connecticut Part B Medicare
First Coast Service Options, Inc.
Attn: Financial Services
Post Office Box 45010
Jacksonville, FL 32232-5010

Re:    DIANON *Systems*, Inc., *Refund for Flow Cytometry Testing for Immunophenotyping*, Provider No. 690000180

Dear Sir or Madam:

On March 30, we advised First Coast- Medicare Part B of a probable overpayment for flow cytometry testing (HCPS 88180) for immunophenotyping performed at DIANON's Stratford, Connecticut facility during the time period January 1, 1996 through July 31, 1996 (copy enclosed).

Previously, on June 17, 1997, DIANON refunded $26,331.20 for overpayments related to immunophenotyping studies performed during the time period August 1, 1996 through March 24, 1997 (see enclosed correspondence). The time period for this refund was based upon the mistaken conclusion that the error occurred because of a change in laboratory procedures in the first week of August 1996. Because of a pending investigation, we reviewed the eight-month time period preceding August 1, 1996 and determined that overpayments may also have been made for testing performed during that period.

We have calculated the Medicare Part B overpayment to be $38,924.21 for the refund period of January 1, 1996 and July 31, 1996. A check in that amount is enclosed. Detailed information concerning the refund on a claim-by-claim basis is provided on the enclosed spreadsheet. The spreadsheet shows the number of antibodies billed on each accession and the number reported. In most cases, 22 to 24 antibodies were reported, while 26 were billed. The spreadsheet is organized in alphabetical order by patient last name and lists HIC number, ICN number (where available), date of service, the number of HCPS 88180 units paid, reported and overpaid and the amount of the refund. In some cases, we were unable to locate the Remittance Advice. In those cases, we assumed that payment was made at the prevailing rate for the total number of units billed. If you would prefer this information on computer-ready format, please contact me at the number below with your requirements.

We note that there were several claims during this time period that were underbilled. In those cases, nine antibodies were billed, whereas 22 to 24 antibodies were performed. This underpayment was not included in the refund figure. There also were some instances where

**PP18267**

refunds had already been made on duplicate payments. These also are not included in the spreadsheet attached.

Should you have need of further information regarding this matter, please feel free to contact me at (203) 380-3311.

Cordially,

Robert Tucciarone
Director, Accounts Receivables





**A CMS CONTRACTED INTERMEDIARY & CARRIER**

**MEDICARE**

# OVERPAYMENT REFUND FORM

Provider must select one of the options below.  If none are checked, an overpayment letter will be issued.

☑ Voluntary refund check attached   ☐ Voluntary offset requested   ☐ Send overpayment letter

## TO BE COMPLETED BY MEDICARE CONTRACTOR

Date: _____

Contractor Deposit Control (CCN) #: _____ Date of Deposit: _____

Contractor Contact Name: _____ Department: ☐ **FSD** ☐ **MSP**

Contractor Address: _____

Contractor Fax:  (203) 634-5493 _____ Phone #: _____

## TO BE COMPLETED BY PROVIDER/PHYSICIAN/SUPPLIER, OR OTHER ENTITY

*Please complete and forward to your Medicare Contractor.  This form, or a similar document containing the following information, should accompany every unsolicited/ voluntary refund or overpayment reporting so that receipt of the check is properly recorded and applied and/or that recovery of the overpayment is initiated.*

PROVIDER/PHYSICIAN/SUPPLIER OR OTHER ENTITY NAME___DIANON Systems, Inc._____

ADDRESS_200 Watson Boulevard, Stratford, CT 06615

PROVIDER/PHYSICIAN/SUPPLIER #_690000180___ TAX ID #__06-1128081___

CONTACT PERSON: Sandi Hagopian_____ PHONE #__203-381-4990_____

MEDICARE CHECK NUMBER#___Multiple_____

AMOUNT OF CHECK $_38,924.21____ CHECK #__268917_____ CHECK DATE_06/20/06___

## REFUND INFORMATION

For each claim, provide the following:

Patient Name__Please see attached spreadsheet_____ HIC # _____(Required)_____

Medicare Claim Number (ICN#)_____ Claim Amount Refunded $_____

Claim Service Date_____

Reason Code for Claim Adjustment:___16___ (Select reason code from list below. Use one reason per claim) *(Please attach copies of the related remittances.  If not available, list all claim numbers involved. Attach separate sheet, if necessary.  For Reason codes 07-11, please include the primary insurer's Explanation of Benefits)*

*Note:   If Specific Patient/HIC/Claim #/Claim Amount data not available for all claims due to Statistical Sampling, please indicate methodology and formula used to determine amount and reason for overpayment:_____*

**NOTE:**  If specific patient/HIC/Claim # information is not provided, no appeal rights can be afforded with respect to this refund.  Providers/physicians/suppliers, and other entities who are submitting a refund under the OIG's Self-Disclosure Protocol are not afforded appeal rights as stated in the signed agreement presented by the OIG.

For Institutional Facilities Only:_____ Cost Report Year(s)_____

(If multiple cost years are involved, provide a breakdown by amount and corresponding cost report year)

For OIG Reporting Requirements:

Do you have a Corporate Integrity Agreement with OIG?      ✓ Yes_      ___No

Are you a participant in the OIG Self-Disclosure Protocol?      ___Yes      ✓ No

## Reason Codes:

| Billing/Clerical | MSP/Other Payer Involvement | Miscellaneous |
|---|---|---|
| 01 - Corrected Date of Service | 07 - MSP Group Health Plan Insurance | 12 - Insufficient Documentation |
| 02 - Duplicate | 08 - MSP No Fault Insurance | 13 - Patient Enrolled in an HMO |
| 03 - Corrected CPT Code | 09 - MSP Liability Insurance | 14 - Services Not Rendered |
| 04 - Not Our Patient(s) | 10 - MSP, Workers Comp.(Including | 15 - Medical Necessity |
| 05 - Modifier Added/Removed | Black Lung | 16 - Other – **Please Specify** |
| 06 - Billed in Error | 11 - Veterans Administration | Incorrect # of units billed |

Dianon Systems, Inc.
200 Watson Blvd
Stratford, CT  06615

DATE: 06/20/06          CHECK NO.  268917

| REFERENCE | DATE | AMOUNT | REMARKS | NET CHECK AMOUNT |
|---|---|---|---|---|
| ZZZMC0606 | 06/20/06 | $38,924.21 | INCORRECT NUMBER OF UNITS BILLED IN ERROR | $38,924.21 |
| TOTALS ➤ | | $38,924.21 | | $38,924.21 |

DATE: 06/20/06          CHECK NO.  268917

| REFERENCE | DATE | AMOUNT | REMARKS | NET CHECK AMOUNT |
|---|---|---|---|---|
| ZZZMC0606 | 06/20/06 | $38,924.21 | INCORRECT NUMBER OF UNITS BILLED IN ERROR | $38,924.21 |
| TOTALS ➤ | | $38,924.21 | | $38,924.21 |



PP18270

DIANON *Systems*, Inc.                     Provider ID # 690000180
Flow Cytometry Refund Calculation — First Coast Service Options, Inc., Connecticut Medicare Part B
Refund Period: 01/01/96 — 07/31/96

| Last Name | First Name | HIC No. | ICN | DOS | CPT 88180 Paid | CPT 88180 Reported | CPT 88180 Overage | Refund Due |
|---|---|---|---|---|---|---|---|---|
| | | | N/A | 3/27/96 | 26 | 23 | 3 | $67.71 |
| | | | | 5/7/96 | 26 | 23 | 3 | $67.71 |
| | | | | 3/13/96 | 26 | 23 | 3 | $67.71 |
| | | | | 2/27/96 | 26 | 24 | 2 | $45.14 |
| | | | | 2/22/96 | 26 | 22 | 4 | $90.28 |
| | | | | 2/23/96 | 26 | 23 | 3 | $67.71 |
| | | | | 1/26/96 | 26 | 22 | 4 | $90.28 |
| | | | | 6/27/96 | 26 | 23 | 3 | $67.71 |
| | | | | 1/17/96 | 26 | 23 | 3 | $67.71 |
| | | | | 4/8/96 | 26 | 22 | 4 | $90.28 |
| | | | | 7/9/96 | 26 | 22 | 4 | $90.28 |
| | | | | 4/24/96 | 26 | 22 | 4 | $90.28 |
| | | | | 3/1/96 | 26 | 22 | 4 | $90.28 |
| | | | | 4/12/96 | 26 | 22 | 4 | $90.28 |
| | | | | 5/2/96 | 26 | 22 | 4 | $90.28 |
| | | | | 1/5/96 | 26 | 22 | 4 | $90.28 |
| | | | | 3/15/96 | 26 | 22 | 4 | $90.28 |
| | | | | 4/4/96 | 26 | 23 | 3 | $67.71 |
| | | | | 6/20/96 | 26 | 22 | 4 | $90.28 |
| | | | | 1/12/96 | 26 | 22 | 4 | $90.28 |
| | | | | 1/24/96 | 26 | 22 | 4 | $90.28 |
| | | | | 6/19/96 | 26 | 23 | 3 | $67.71 |
| | | | | 5/2/96 | 26 | 22 | 4 | $90.28 |
| | | | | 3/1/96 | 26 | 22 | 4 | $90.28 |
| | | | | 7/22/96 | 26 | 24 | 2 | $45.14 |
| | | | | 5/17/96 | 26 | 23 | 3 | $67.71 |
| | | | | 2/13/96 | 26 | 23 | 3 | $67.71 |
| | | | | 2/1/96 | 26 | 22 | 4 | $90.28 |
| | | | | 2/5/96 | 26 | 22 | 4 | $90.28 |
| | | | | 2/28/96 | 26 | 22 | 4 | $90.28 |
| | | | | 3/7/96 | 26 | 21 | 5 | $112.85 |
| | | | | 4/5/96 | 26 | 23 | 3 | $67.71 |
| | | | | 6/17/96 | 26 | 22 | 4 | $90.28 |
| | | | | 7/8/96 | 26 | 23 | 3 | $67.71 |
| | | | | 2/20/96 | 26 | 22 | 4 | $90.28 |

1 of 13

CONFIDENTIAL HEALTH INFORMATION -
SUBJECT TO PROTECTIVE ORDER

PP18271

DIANON *Systems*, Inc.                    Provider ID # 690000180
Flow Cytometry Refund Calculation -- First Coast Service Options, Inc., Connecticut Medicare Part B
Refund Period: 01/01/96 -- 07/31/96

| Last Name | First Name | HIC No. | ICN | DOS | Paid | Reported | Overage | Refund Due |
|---|---|---|---|---|---|---|---|---|
| | | | | | | CPT 88180 | | |
| | | | | 5/15/96 | 26 | 23 | 3 | $67.71 |
| | | | | 1/23/96 | 26 | 22 | 4 | $90.28 |
| | | | | 5/2/96 | 26 | 22 | 4 | $90.28 |
| | | | | 4/22/96 | 26 | 22 | 4 | $90.28 |
| | | | | 1/4/96 | 26 | 22 | 4 | $90.28 |
| | | | | 4/3/96 | 26 | 22 | 4 | $90.28 |
| | | | | 3/5/96 | 26 | 23 | 3 | $67.71 |
| | | | | 1/24/96 | 26 | 22 | 4 | $90.28 |
| | | | | 3/5/96 | 26 | 22 | 4 | $90.28 |
| | | | | 1/5/96 | 26 | 23 | 3 | $67.71 |
| | | | | 3/28/96 | 26 | 22 | 4 | $90.28 |
| | | | | 4/15/96 | 26 | 22 | 4 | $90.28 |
| | | | | 5/22/96 | 26 | 23 | 3 | $67.71 |
| | | | | 5/16/96 | 26 | 22 | 4 | $90.28 |
| | | | | 1/16/96 | 26 | 22 | 4 | $90.28 |
| | | | | 4/29/96 | 26 | 26 | 0 | $0.00 |
| | | | | 1/18/96 | 26 | 22 | 4 | $90.28 |
| | | | | 1/15/96 | 26 | 22 | 4 | $90.28 |
| | | | | 5/15/96 | 26 | 23 | 3 | $67.71 |
| | | | | 5/1/96 | 26 | 22 | 4 | $90.28 |
| | | | | 7/16/96 | 26 | 23 | 3 | $67.71 |
| | | | | 3/22/96 | 26 | 23 | 3 | $67.71 |
| | | | | 4/11/96 | 26 | 22 | 4 | $90.28 |
| | | | | 3/27/96 | 26 | 22 | 4 | $90.28 |
| | | | | 1/11/96 | 26 | 22 | 4 | $90.28 |
| | | | | 5/22/96 | 26 | 22 | 4 | $90.28 |
| | | | | 3/4/96 | 26 | 23 | 3 | $67.71 |
| | | | | 2/5/96 | 26 | 22 | 4 | $90.28 |
| | | | | 1/17/96 | 26 | 22 | 4 | $90.28 |
| | | | | 6/6/96 | 26 | 22 | 4 | $90.28 |
| | | | | 1/16/96 | 26 | 22 | 4 | $90.28 |
| | | | | 4/25/96 | 26 | 22 | 4 | $90.28 |
| | | | | 1/10/96 | 26 | 24 | 2 | $45.14 |
| | | | | 4/2/96 | 26 | 22 | 4 | $90.28 |
| | | | | 3/11/96 | 26 | 22 | 4 | $90.28 |

2 of 13

CONFIDENTIAL HEALTH INFORMATION -
SUBJECT TO PROTECTIVE ORDER

PP18272

DIANON *Systems*, Inc.                          Provider ID # 690000180

Flow Cytometry Refund Calculation -- First Coast Service Options, Inc., Connecticut Medicare Part B

Refund Period: 01/01/96 -- 07/31/96

| Last Name | First Name | HIC No. | ICN | DOS | CPT 88180 Paid | CPT 88180 Reported | CPT 88180 Overage | Refund Due |
|-----------|-----------|---------|-----|-----|------|----------|---------|-----------|
| | | | N/A | 4/2/96 | 26 | 23 | 3 | $67.71 |
| | | | | 2/8/96 | 26 | 22 | 4 | $90.28 |
| | | | | 1/31/96 | 26 | 7 | 19 | $157.99 |
| | | | | 1/26/96 | 26 | 13 | 13 | $293.41 |
| | | | | 1/11/96 | 26 | 23 | 3 | $67.71 |
| | | | | 4/11/96 | 26 | 22 | 4 | $90.28 |
| | | | | 2/21/96 | 26 | 22 | 4 | $90.28 |
| | | | | 3/25/96 | 26 | 22 | 4 | $90.28 |
| | | | | 2/23/96 | 26 | 22 | 4 | $90.28 |
| | | | | 1/29/96 | 26 | 22 | 4 | $90.28 |
| | | | | 2/9/96 | 26 | 20 | 6 | $135.42 |
| | | | | 2/15/96 | 26 | 22 | 4 | $90.28 |
| | | | | 2/7/96 | 26 | 23 | 3 | $67.71 |
| | | | | 5/23/96 | 26 | 22 | 4 | $90.28 |
| | | | | 4/9/96 | 26 | 22 | 4 | $90.28 |
| | | | | 2/13/96 | 26 | 22 | 4 | $90.28 |
| | | | | 7/22/96 | 26 | 24 | 2 | $45.14 |
| | | | | 1/16/96 | 26 | 23 | 3 | $67.71 |
| | | | | 4/5/96 | 26 | 23 | 3 | $67.71 |
| | | | | 4/17/96 | 26 | 23 | 3 | $67.71 |
| | | | | 6/7/96 | 26 | 22 | 4 | $90.28 |
| | | | | 5/2/96 | 26 | 22 | 4 | $90.28 |
| | | | | 4/30/96 | 26 | 22 | 4 | $90.28 |
| | | | | 1/10/96 | 26 | 22 | 4 | $90.28 |
| | | | | 4/24/96 | 26 | 22 | 4 | $90.28 |
| | | | | 1/18/96 | 26 | 22 | 4 | $90.28 |
| | | | | 3/5/96 | 26 | 22 | 4 | $90.28 |
| | | | | 4/3/96 | 26 | 23 | 3 | $67.71 |
| | | | | 3/4/96 | 26 | 22 | 4 | $90.28 |
| | | | | 3/22/96 | 26 | 22 | 4 | $90.28 |
| | | | | 7/23/96 | 26 | 23 | 3 | $67.71 |
| | | | | 1/30/96 | 26 | 22 | 4 | $90.28 |
| | | | | 5/31/96 | 26 | 22 | 4 | $90.28 |
| | | | | 1/3/96 | 26 | 22 | 4 | $90.28 |
| | | | | 3/7/96 | 26 | 21 | 5 | $112.85 |

3 of 13

**CONFIDENTIAL HEALTH INFORMATION -**
**SUBJECT TO PROTECTIVE ORDER**

PP18273

DIANON *Systems*, Inc.                    Provider ID # 690000180
Flow Cytometry Refund Calculation -- First Coast Service Options, Inc., Connecticut Medicare Part B
Refund Period: 01/01/96 -- 07/31/96

| Last Name | First Name | HIC No. | ICN | DOS | CPT 88180 | | | Refund Due |
| | | | | | Paid | Reported | Overage | |
|---|---|---|---|---|---|---|---|---|
| | | | | 2/2/96 | 26 | 22 | 4 | $90.28 |
| | | | | 7/25/96 | 26 | 23 | 3 | $67.71 |
| | | | | 5/30/96 | 26 | 22 | 4 | $90.28 |
| | | | | 1/19/96 | 26 | 23 | 3 | $67.71 |
| | | | | 3/15/96 | 26 | 23 | 3 | $67.71 |
| | | | | 2/28/96 | 26 | 23 | 3 | $67.71 |
| | | | | 7/31/96 | 26 | 23 | 3 | $67.71 |
| | | | | 1/29/96 | 26 | 22 | 4 | $90.28 |
| | | | | 3/1/96 | 26 | 22 | 4 | $90.28 |
| | | | | 2/7/96 | 26 | 22 | 4 | $90.28 |
| | | | | 3/29/96 | 26 | 22 | 4 | $90.28 |
| | | | | 5/6/96 | 26 | 23 | 3 | $67.71 |
| | | | | 5/13/96 | 26 | 23 | 3 | $67.71 |
| | | | | 1/17/96 | 26 | 23 | 3 | $67.71 |
| | | | | 4/1/96 | 26 | 22 | 4 | $90.28 |
| | | | | 6/13/96 | 26 | 22 | 4 | $90.28 |
| | | | | 2/19/96 | 26 | 22 | 4 | $90.28 |
| | | | | 7/17/96 | 26 | 24 | 2 | $45.14 |
| | | | | 2/22/96 | 26 | 22 | 4 | $90.28 |
| | | | | 2/14/96 | 26 | 22 | 4 | $90.28 |
| | | | | 7/8/96 | 26 | 22 | 4 | $90.28 |
| | | | | 4/4/96 | 26 | 24 | 2 | $45.14 |
| | | | | 3/27/96 | 26 | 22 | 4 | $90.28 |
| | | | | 4/5/96 | 26 | 0 | 26 | $586.82 |
| | | | | 1/12/96 | 26 | 22 | 4 | $90.28 |
| | | | | 5/22/96 | 26 | 22 | 4 | $90.28 |
| | | | | 7/18/96 | 26 | 24 | 2 | $45.14 |
| | | | | 3/1/96 | 26 | 24 | 2 | $45.14 |
| | | | | 5/7/96 | 26 | 22 | 4 | $90.28 |
| | | | | 3/22/96 | 26 | 22 | 4 | $90.28 |
| | | | | 1/12/96 | 26 | 23 | 3 | $67.71 |
| | | | | 3/18/96 | 26 | 22 | 4 | $90.28 |
| | | | | 3/18/96 | 26 | 23 | 3 | $67.71 |
| | | | | 4/19/96 | 26 | 22 | 4 | $90.28 |
| | | | | 3/4/96 | 26 | 22 | 4 | $90.28 |

4 of 13

CONFIDENTIAL HEALTH INFORMATION -
SUBJECT TO PROTECTIVE ORDER

PP18274

DIANON *Systems*, Inc.                    Provider ID # 690000180
Flow Cytometry Refund Calculation -- First Coast Service Options, Inc., Connecticut Medicare Part B
Refund Period: 01/01/96 -- 07/31/96

| Last Name | First Name | HIC No. | ICN | DOS | Paid | Reported | Overage | Refund Due |
|---|---|---|---|---|---|---|---|---|
| | | | | 3/25/96 | 26 | 22 | 4 | $90.28 |
| | | | | 4/18/96 | 26 | 22 | 4 | $90.28 |
| | | | | 6/24/96 | 26 | 22 | 4 | $90.28 |
| | | | | 7/10/96 | 26 | 22 | 4 | $90.28 |
| | | | | 4/19/96 | 26 | 22 | 4 | $90.28 |
| | | | | 3/13/96 | 26 | 22 | 4 | $90.28 |
| | | | | 7/5/96 | 26 | 23 | 3 | $67.71 |
| | | | | 2/26/96 | 26 | 22 | 4 | $90.28 |
| | | | | 6/13/96 | 26 | 23 | 3 | $67.71 |
| | | | | 4/9/96 | 26 | 22 | 4 | $90.28 |
| | | | | 5/17/96 | 26 | 22 | 4 | $90.28 |
| | | | | 7/22/96 | 26 | 24 | 2 | $45.14 |
| | | | | 6/12/96 | 26 | 23 | 3 | $67.71 |
| | | | | 2/12/96 | 26 | 22 | 4 | $90.28 |
| | | | | 3/14/96 | 26 | 22 | 4 | $90.28 |
| | | | | 5/27/96 | 26 | 22 | 4 | $90.28 |
| | | | | 7/10/96 | 26 | 23 | 3 | $67.71 |
| | | | | 3/26/96 | 26 | 22 | 4 | $90.28 |
| | | | | 4/18/96 | 26 | 22 | 4 | $90.28 |
| | | | | 7/31/96 | 26 | 23 | 3 | $67.71 |
| | | | | 4/29/96 | 26 | 22 | 4 | $90.28 |
| | | | | 4/11/96 | 26 | 22 | 4 | $90.28 |
| | | | | 4/11/96 | 26 | 22 | 4 | $90.28 |
| | | | | 7/5/96 | 26 | 23 | 3 | $67.71 |
| | | | | 7/1/96 | 26 | 22 | 4 | $90.28 |
| | | | | 2/21/96 | 26 | 22 | 4 | $90.28 |
| | | | | 5/16/96 | 26 | 22 | 4 | $90.28 |
| | | | | 1/26/96 | 26 | 22 | 4 | $90.28 |
| | | | | 3/4/96 | 26 | 22 | 4 | $90.28 |
| | | | | 5/6/96 | 26 | 22 | 4 | $90.28 |
| | | | | 3/6/96 | 26 | 22 | 4 | $90.28 |
| | | | | 2/6/96 | 26 | 22 | 4 | $90.28 |
| | | | | 4/12/96 | 26 | 22 | 4 | $90.28 |
| | | | | 4/30/96 | 26 | 22 | 4 | $90.28 |
| | | | | 2/6/96 | 26 | 23 | 3 | $67.71 |

5 of 13

CONFIDENTIAL HEALTH INFORMATION -
SUBJECT TO PROTECTIVE ORDER

PP18275

DIANON *Systems*, Inc.                          Provider ID # 690000180
Flow Cytometry Refund Calculation -- First Coast Service Options, Inc., Connecticut Medicare Part B
Refund Period: 01/01/96 -- 07/31/96

| Last Name | First Name | HIC No. | ICN | DOS | CPT 88180 Paid | Reported | Overage | Refund Due |
|---|---|---|---|---|---|---|---|---|
| | | | | 2/9/96 | 26 | 23 | 3 | $67.71 |
| | | | | 3/18/96 | 26 | 23 | 3 | $67.71 |
| | | | | 3/25/96 | 26 | 22 | 4 | $90.28 |
| | | | | 5/13/96 | 26 | 22 | 4 | $90.28 |
| | | | | 5/10/96 | 26 | 22 | 4 | $90.28 |
| | | | | 1/18/96 | 26 | 22 | 4 | $90.28 |
| | | | | 3/5/96 | 26 | 22 | 4 | $90.28 |
| | | | | 4/23/96 | 26 | 22 | 4 | $90.28 |
| | | | | 3/20/96 | 26 | 22 | 4 | $90.28 |
| | | | | 2/7/96 | 26 | 5 | 21 | $473.97 |
| | | | | 1/24/96 | 26 | 22 | 4 | $90.28 |
| | | | | 6/25/96 | 26 | 22 | 4 | $90.28 |
| | | | | 1/9/96 | 26 | 22 | 4 | $90.28 |
| | | | | 7/30/96 | 26 | 23 | 3 | $67.71 |
| | | | | 1/30/96 | 26 | 0 | 26 | $586.82 |
| | | | | 5/29/96 | 26 | 23 | 3 | $67.71 |
| | | | | 3/19/96 | 26 | 22 | 4 | $90.28 |
| | | | | 6/17/96 | 26 | 22 | 4 | $90.28 |
| | | | | 1/23/96 | 26 | 22 | 4 | $90.28 |
| | | | | 3/29/96 | 26 | 22 | 4 | $90.28 |
| | | | | 3/19/96 | 26 | 23 | 3 | $67.71 |
| | | | | 4/1/96 | 26 | 10 | 16 | $361.12 |
| | | | | 4/15/96 | 26 | 22 | 4 | $90.28 |
| | | | | 1/24/96 | 26 | 22 | 4 | $90.28 |
| | | | | 5/16/96 | 26 | 22 | 4 | $90.28 |
| | | | | 7/10/96 | 26 | 23 | 3 | $67.71 |
| | | | | 7/8/96 | 26 | 22 | 4 | $90.28 |
| | | | | 3/5/96 | 26 | 23 | 3 | $67.71 |
| | | | | 2/14/96 | 26 | 22 | 4 | $90.28 |
| | | | | 3/25/96 | 26 | 22 | 4 | $90.28 |
| | | | | 1/26/96 | 26 | 22 | 4 | $90.28 |
| | | | | 3/28/96 | 26 | 22 | 4 | $90.28 |
| | | | | 4/29/96 | 26 | 22 | 4 | $90.28 |
| | | | | 4/18/96 | 26 | 23 | 3 | $67.71 |
| | | | | 1/29/96 | 26 | 22 | 4 | $90.28 |

6 of 13

CONFIDENTIAL HEALTH INFORMATION -
SUBJECT TO PROTECTIVE ORDER

PP18276

DIANON *Systems*, Inc.                              Provider ID # 690000180
Flow Cytometry Refund Calculation -- First Coast Service Options, Inc., Connecticut Medicare Part B
Refund Period: 01/01/96 -- 07/31/96

| Last Name | First Name | HIC No. | ICN | DOS | Paid | Reported | Overage | Refund Due |
|---|---|---|---|---|---|---|---|---|
| | | | | 6/7/96 | 26 | 22 | 4 | $90.28 |
| | | | | 6/5/96 | 26 | 23 | 3 | $67.71 |
| | | | | 2/22/96 | 26 | 22 | 4 | $90.28 |
| | | | | 2/22/96 | 26 | 22 | 4 | $90.28 |
| | | | | 4/1/96 | 26 | 23 | 3 | $67.71 |
| | | | | 7/19/96 | 26 | 25 | 1 | $22.57 |
| | | | | 3/14/96 | 26 | 22 | 4 | $90.28 |
| | | | | 2/2/96 | 26 | 22 | 4 | $90.28 |
| | | | | 6/11/96 | 26 | 22 | 4 | $90.28 |
| | | | | 6/24/96 | 26 | 22 | 4 | $90.28 |
| | | | | 3/12/96 | 26 | 22 | 4 | $90.28 |
| | | | | 1/31/96 | 26 | 22 | 4 | $90.28 |
| | | | | 3/1/96 | 26 | 22 | 4 | $90.28 |
| | | | | 3/6/96 | 26 | 21 | 5 | $112.85 |
| | | | | 1/8/96 | 26 | 23 | 3 | $67.71 |
| | | | | 4/22/96 | 26 | 24 | 2 | $45.14 |
| | | | | 5/20/96 | 26 | 22 | 4 | $90.28 |
| | | | | 6/24/96 | 26 | 22 | 4 | $90.28 |
| | | | | 1/24/96 | 26 | 22 | 4 | $90.28 |
| | | | | 2/20/96 | 26 | 22 | 4 | $90.28 |
| | | | | 4/3/96 | 26 | 22 | 4 | $90.28 |
| | | | | 2/16/96 | 26 | 23 | 3 | $67.71 |
| | | | | 7/2/96 | 26 | 22 | 4 | $90.28 |
| | | | | 3/26/96 | 26 | 23 | 3 | $67.71 |
| | | | | 5/7/96 | 26 | 22 | 4 | $90.28 |
| | | | | 5/3/96 | 26 | 22 | 4 | $90.28 |
| | | | | 5/14/96 | 26 | 22 | 4 | $90.28 |
| | | | | 3/22/96 | 26 | 22 | 4 | $90.28 |
| | | | | 1/8/96 | 26 | 22 | 4 | $90.28 |
| | | | | 3/1/96 | 26 | 23 | 3 | $67.71 |
| | | | | 3/20/97 | 26 | 22 | 4 | $90.28 |
| | | | | 3/15/96 | 26 | 22 | 4 | $90.28 |
| | | | | 2/21/96 | 26 | 22 | 4 | $90.28 |
| | | | | 2/23/96 | 26 | 22 | 4 | $90.28 |
| | | | | 7/30/96 | 26 | 23 | 3 | $67.71 |

7 of 13

**CONFIDENTIAL HEALTH INFORMATION -
SUBJECT TO PROTECTIVE ORDER**

PP18277

DIANON *Systems*, Inc.                          Provider ID # 690000180
Flow Cytometry Refund Calculation -- First Coast Service Options, Inc., Connecticut Medicare Part B
Refund Period: 01/01/96 -- 07/31/96

| Last Name | First Name | HIC No. | ICN | DOS | Paid | Reported | Overage | Refund Due |
|---|---|---|---|---|---|---|---|---|
| | | | | | CPT 88180 | | | |
| | | | | 1/11/96 | 26 | 22 | 4 | $81.24 |
| | | | | 1/9/96 | 26 | 24 | 2 | $45.14 |
| | | | | 3/13/96 | 26 | 22 | 4 | $90.28 |
| | | | | 3/28/96 | 26 | 23 | 3 | $67.71 |
| | | | | 4/2/96 | 26 | 22 | 4 | $90.28 |
| | | | | 7/16/96 | 26 | 25 | 1 | $22.57 |
| | | | | 5/24/96 | 26 | 22 | 4 | $90.28 |
| | | | | 3/1/96 | 26 | 22 | 4 | $90.28 |
| | | | | 1/19/96 | 26 | 22 | 4 | $90.28 |
| | | | | 1/16/96 | 26 | 24 | 2 | $45.14 |
| | | | | 4/29/96 | 26 | 21 | 5 | $112.85 |
| | | | | 2/15/96 | 26 | 22 | 4 | $90.28 |
| | | | | 3/29/96 | 26 | 22 | 4 | $90.28 |
| | | | | 4/30/96 | 26 | 22 | 4 | $90.28 |
| | | | | 4/4/96 | 26 | 23 | 3 | $67.71 |
| | | | | 6/20/96 | 26 | 22 | 4 | $90.28 |
| | | | | 5/9/96 | 26 | 23 | 3 | $67.71 |
| | | | | 6/25/96 | 26 | 22 | 4 | $90.28 |
| | | | | 3/13/96 | 26 | 22 | 4 | $90.28 |
| | | | | 1/5/96 | 26 | 22 | 4 | $90.28 |
| | | | | 1/4/96 | 26 | 0 | 26 | $586.82 |
| | | | | 3/13/96 | 26 | 22 | 4 | $90.28 |
| | | | | 3/11/96 | 26 | 22 | 4 | $90.28 |
| | | | | 2/27/96 | 26 | 22 | 4 | $90.28 |
| | | | | 5/10/96 | 26 | 22 | 4 | $90.28 |
| | | | | 1/5/96 | 26 | 24 | 2 | $45.14 |
| | | | | 3/14/96 | 26 | 22 | 4 | $90.28 |
| | | | | 7/1/96 | 26 | 22 | 4 | $90.28 |
| | | | | 5/31/96 | 26 | 23 | 3 | $67.71 |
| | | | | 1/10/96 | 26 | 22 | 4 | $90.28 |
| | | | | 7/22/96 | 26 | 23 | 3 | $67.71 |
| | | | | 5/21/96 | 26 | 22 | 4 | $90.28 |
| | | | | 2/8/96 | 26 | 22 | 4 | $90.28 |
| | | | | 3/14/96 | 26 | 22 | 4 | $90.28 |
| | | | | 1/30/96 | 26 | 24 | 2 | $45.14 |

CONFIDENTIAL HEALTH INFORMATION -
SUBJECT TO PROTECTIVE ORDER

PP18278

DIANON *Systems*, Inc.                    Provider ID # 690000180
Flow Cytometry Refund Calculation -- First Coast Service Options, Inc., Connecticut Medicare Part B
Refund Period: 01/01/96 -- 07/31/96

| Last Name | First Name | HIC No. | ICN | DOS | Paid | Reported | Overage | Refund Due |
|-----------|-----------|---------|-----|-----|------|----------|---------|------------|
| | | | | 4/18/96 | 26 | 22 | 4 | $90.28 |
| | | | | 3/25/96 | 26 | 22 | 4 | $90.28 |
| | | | | 3/6/96 | 26 | 23 | 3 | $67.71 |
| | | | | 2/20/96 | 26 | 23 | 3 | $67.71 |
| | | | | 1/5/96 | 26 | 22 | 4 | $90.28 |
| | | | | 4/26/96 | 26 | 22 | 4 | $90.28 |
| | | | | 1/4/96 | 26 | 23 | 3 | $67.71 |
| | | | | 2/13/96 | 26 | 22 | 4 | $90.28 |
| | | | | 5/9/96 | 26 | 23 | 3 | $67.71 |
| | | | | 7/22/96 | 26 | 23 | 3 | $67.71 |
| | | | | 2/22/96 | 26 | 22 | 4 | $90.28 |
| | | | | 2/16/96 | 26 | 23 | 3 | $67.71 |
| | | | | 3/12/96 | 26 | 22 | 4 | $90.28 |
| | | | | 3/7/96 | 26 | 21 | 5 | $112.85 |
| | | | | 6/14/96 | 26 | 22 | 4 | $90.28 |
| | | | | 6/26/96 | 26 | 22 | 4 | $90.28 |
| | | | | 3/11/96 | 26 | 23 | 3 | $67.71 |
| | | | | 5/31/96 | 26 | 22 | 4 | $90.28 |
| | | | | 5/29/96 | 26 | 22 | 4 | $90.28 |
| | | | | 3/27/96 | 26 | 22 | 4 | $90.28 |
| | | | | 5/13/96 | 26 | 22 | 4 | $90.28 |
| | | | | 2/20/96 | 26 | 23 | 3 | $67.71 |
| | | | | 4/19/96 | 26 | 23 | 3 | $67.71 |
| | | | | 3/26/96 | 26 | 22 | 4 | $90.28 |
| | | | | 7/19/96 | 26 | 22 | 4 | $90.28 |
| | | | | 4/1/96 | 26 | 22 | 4 | $90.28 |
| | | | | 4/19/96 | 26 | 22 | 4 | $90.28 |
| | | | | 2/13/96 | 26 | 0 | 26 | $586.82 |
| | | | | 7/24/96 | 26 | 23 | 3 | $67.71 |
| | | | | 1/29/96 | 26 | 22 | 4 | $90.28 |
| | | | | 4/30/96 | 26 | 23 | 3 | $67.71 |
| | | | | 3/21/96 | 26 | 22 | 4 | $90.28 |
| | | | | 2/1/96 | 26 | 23 | 3 | $67.71 |
| | | | | 5/31/96 | 26 | 22 | 4 | $90.28 |
| | | | | 1/15/96 | 26 | 22 | 4 | $90.28 |

9 of 13

CONFIDENTIAL HEALTH INFORMATION -
SUBJECT TO PROTECTIVE ORDER

PP18279

DIANON *Systems*, Inc.                    Provider ID # 690000180
Flow Cytometry Refund Calculation -- First Coast Service Options, Inc., Connecticut Medicare Part B
Refund Period: 01/01/96 -- 07/31/96

| Last Name | First Name | HIC No. | ICN | DOS | CPT 88180 Paid | Reported | Overage | Refund Due |
|-----------|------------|---------|-----|-----|------|----------|---------|------------|
| | | | | 5/9/96 | 26 | 22 | 4 | $90.28 |
| | | | | 7/19/96 | 26 | 22 | 4 | $90.28 |
| | | | | 1/16/96 | 26 | 22 | 4 | $90.28 |
| | | | | 5/14/96 | 26 | 22 | 4 | $90.28 |
| | | | | 2/13/96 | 26 | 23 | 3 | $67.71 |
| | | | | 2/21/96 | 26 | 23 | 3 | $67.71 |
| | | | | 6/20/96 | 26 | 23 | 3 | $67.71 |
| | | | | 4/8/96 | 26 | 22 | 4 | $90.28 |
| | | | | 2/1/96 | 26 | 22 | 4 | $90.28 |
| | | | | 1/4/96 | 26 | 22 | 4 | $90.28 |
| | | | | 3/1/96 | 26 | 22 | 4 | $90.28 |
| | | | | 4/12/96 | 26 | 23 | 3 | $67.71 |
| | | | | 2/28/96 | 26 | 23 | 3 | $67.71 |
| | | | | 7/29/96 | 26 | 24 | 2 | $45.14 |
| | | | | 2/8/96 | 26 | 22 | 4 | $90.28 |
| | | | | 1/31/96 | 26 | 24 | 2 | $45.14 |
| | | | | 7/25/96 | 26 | 24 | 2 | $45.14 |
| | | | | 3/19/96 | 26 | 23 | 3 | $67.71 |
| | | | | 1/9/96 | 26 | 22 | 4 | $90.28 |
| | | | | 1/22/96 | 26 | 22 | 4 | $90.28 |
| | | | | 1/12/96 | 26 | 22 | 4 | $90.28 |
| | | | | 6/5/96 | 26 | 22 | 4 | $90.28 |
| | | | | 3/5/96 | 26 | 22 | 4 | $90.28 |
| | | | | 4/8/96 | 26 | 25 | 1 | $22.57 |
| | | | | 6/13/96 | 26 | 24 | 2 | $45.14 |
| | | | | 6/3/96 | 26 | 22 | 4 | $90.28 |
| | | | | 5/8/96 | 26 | 22 | 4 | $90.28 |
| | | | | 3/26/96 | 26 | 23 | 3 | $67.71 |
| | | | | 5/14/96 | 26 | 23 | 3 | $67.71 |
| | | | | 3/12/96 | 26 | 22 | 4 | $90.28 |
| | | | | 3/15/96 | 26 | 23 | 3 | $67.71 |
| | | | | 1/18/96 | 26 | 22 | 4 | $90.28 |
| | | | | 5/3/96 | 26 | 22 | 4 | $90.28 |
| | | | | 6/20/96 | 26 | 22 | 4 | $90.28 |
| | | | | 4/2/96 | 26 | 22 | 4 | $90.28 |

CONFIDENTIAL HEALTH INFORMATION -
SUBJECT TO PROTECTIVE ORDER

PP18280

DIANON *Systems*, Inc.                          Provider ID # 690000180

Flow Cytometry Refund Calculation -- First Coast Service Options, Inc., Connecticut Medicare Part B

Refund Period: 01/01/96 -- 07/31/96

| Last Name | First Name | HIC No. | ICN | DOS | CPT 88180 Paid | Reported | Overage | Refund Due |
|-----------|------------|---------|-----|-----|------|----------|---------|------------|
| ███ | ███ | ███ | ███ | 6/27/96 | 26 | 23 | 3 | $67.71 |
| ███ | ███ | ███ | ███ | 6/24/96 | 26 | 22 | 4 | $90.28 |
| ███ | ███ | ███ | ███ | 5/10/96 | 26 | 11 | 15 | $338.55 |
| ███ | ███ | ███ | ███ | 2/23/96 | 26 | 23 | 3 | $67.71 |
| ███ | ███ | ███ | ███ | 2/16/96 | 26 | 22 | 4 | $90.28 |
| ███ | ███ | ███ | ███ | 2/5/96 | 26 | 23 | 3 | $67.71 |
| ███ | ███ | ███ | ███ | 1/2/96 | 26 | 22 | 4 | $90.28 |
| ███ | ███ | ███ | ███ | 3/6/96 | 26 | 22 | 4 | $90.28 |
| ███ | ███ | ███ | ███ | 3/18/96 | 26 | 23 | 3 | $67.71 |
| ███ | ███ | ███ | ███ | 5/30/96 | 26 | 24 | 2 | $45.14 |
| ███ | ███ | ███ | ███ | 6/24/96 | 26 | 22 | 4 | $90.28 |
| ███ | ███ | ███ | ███ | 2/7/96 | 26 | 22 | 4 | $90.28 |
| ███ | ███ | ███ | ███ | 1/12/96 | 26 | 22 | 4 | $90.28 |
| ███ | ███ | ███ | ███ | 6/21/96 | 26 | 22 | 4 | $90.28 |
| ███ | ███ | ███ | ███ | 5/7/96 | 26 | 22 | 4 | $90.28 |
| ███ | ███ | ███ | ███ | 7/1/96 | 26 | 22 | 4 | $90.28 |
| ███ | ███ | ███ | ███ | 3/8/96 | 26 | 22 | 4 | $90.28 |
| ███ | ███ | ███ | ███ | 5/8/96 | 26 | 22 | 4 | $90.28 |
| ███ | ███ | ███ | ███ | 3/19/96 | 26 | 22 | 4 | $90.28 |
| ███ | ███ | ███ | ███ | 4/11/96 | 26 | 22 | 4 | $90.28 |
| ███ | ███ | ███ | ███ | 5/1/96 | 26 | 22 | 4 | $90.28 |
| ███ | ███ | ███ | ███ | 1/31/96 | 26 | 22 | 4 | $90.28 |
| ███ | ███ | ███ | ███ | 2/8/96 | 26 | 5 | 21 | $473.97 |
| ███ | ███ | ███ | ███ | 3/8/96 | 26 | 22 | 4 | $90.28 |
| ███ | ███ | ███ | ███ | 5/23/96 | 26 | 22 | 4 | $90.28 |
| ███ | ███ | ███ | ███ | 3/20/96 | 26 | 22 | 4 | $90.28 |
| ███ | ███ | ███ | ███ | 3/6/96 | 26 | 22 | 4 | $90.28 |
| ███ | ███ | ███ | ███ | 1/12/96 | 26 | 22 | 4 | $90.28 |
| ███ | ███ | ███ | ███ | 1/30/96 | 26 | 22 | 4 | $90.28 |
| ███ | ███ | ███ | ███ | 4/2/96 | 26 | 23 | 3 | $67.71 |
| ███ | ███ | ███ | ███ | 5/7/96 | 26 | 24 | 2 | $45.14 |
| ███ | ███ | ███ | ███ | 2/7/96 | 26 | 23 | 3 | $67.71 |
| ███ | ███ | ███ | ███ | 7/3/96 | 26 | 22 | 4 | $90.28 |
| ███ | ███ | ███ | ███ | 4/3/96 | 26 | 22 | 4 | $90.28 |
| ███ | ███ | ███ | ███ | 4/4/96 | 26 | 22 | 4 | $90.28 |

11 of 13

CONFIDENTIAL HEALTH INFORMATION -
SUBJECT TO PROTECTIVE ORDER

PP18281

DIANON *Systems*, Inc.                          Provider ID # 690000180
Flow Cytometry Refund Calculation -- First Coast Service Options, Inc., Connecticut Medicare Part B
Refund Period: 01/01/96 -- 07/31/96

| Last Name | First Name | HIC No. | ICN | DOS | CPT 88180 Paid | Reported | Overage | Refund Due |
|-----------|------------|---------|-----|-----|------|----------|---------|------------|
| | | | | 6/19/96 | 26 | 22 | 4 | $90.28 |
| | | | | 4/18/96 | 26 | 23 | 3 | $67.71 |
| | | | | 2/2/96 | 26 | 23 | 3 | $67.71 |
| | | | | 3/5/96 | 26 | 23 | 3 | $67.71 |
| | | | | 3/27/96 | 26 | 22 | 4 | $90.28 |
| | | | | 4/18/96 | 26 | 22 | 4 | $90.28 |
| | | | | 1/4/96 | 26 | 24 | 2 | $45.14 |
| | | | | 3/4/96 | 26 | 22 | 4 | $90.28 |
| | | | | 2/7/96 | 26 | 22 | 4 | $90.28 |
| | | | | 4/17/96 | 26 | 22 | 4 | $90.28 |
| | | | | 1/15/96 | 26 | 22 | 4 | $90.28 |
| | | | | 5/29/96 | 26 | 22 | 4 | $90.28 |
| | | | | 1/17/96 | 26 | 23 | 3 | $67.71 |
| | | | | 5/6/96 | 26 | 23 | 3 | $67.71 |
| | | | | 5/28/96 | 26 | 22 | 4 | $90.28 |
| | | | | 1/22/96 | 26 | 23 | 3 | $67.71 |
| | | | | 4/17/96 | 26 | 22 | 4 | $90.28 |
| | | | | 7/3/96 | 26 | 22 | 4 | $90.28 |
| | | | | 5/7/96 | 26 | 23 | 3 | $67.71 |
| | | | | 1/22/96 | 26 | 23 | 3 | $67.71 |
| | | | | 2/12/96 | 26 | 23 | 3 | $67.71 |
| | | | | 7/11/96 | 26 | 22 | 4 | $90.28 |
| | | | | 4/30/96 | 26 | 22 | 4 | $90.28 |
| | | | | 1/31/96 | 26 | 22 | 4 | $90.28 |
| | | | | 5/29/96 | 26 | 22 | 4 | $90.28 |
| | | | | 2/2/96 | 26 | 23 | 3 | $67.71 |
| | | | | 2/14/96 | 26 | 22 | 4 | $90.28 |
| | | | | 3/11/96 | 26 | 22 | 4 | $90.28 |
| | | | | 1/17/96 | 26 | 0 | 26 | $586.82 |
| | | | | 3/14/96 | 26 | 22 | 4 | $90.28 |
| | | | | 2/21/96 | 26 | 22 | 4 | $90.28 |
| | | | | 2/28/96 | 26 | 23 | 3 | $67.71 |
| | | | | 1/4/96 | 26 | 21 | 5 | $112.85 |
| | | | | 1/26/96 | 26 | 22 | 4 | $90.28 |
| | | | | 7/31/96 | 26 | 23 | 3 | $67.71 |

12 of 13

CONFIDENTIAL HEALTH INFORMATION -
SUBJECT TO PROTECTIVE ORDER

PP18282

DIANON *Systems*, Inc.                         Provider ID # 690000180
Flow Cytometry Refund Calculation -- First Coast Service Options, Inc., Connecticut Medicare Part B
Refund Period: 01/01/96 -- 07/31/96

| Last Name | First Name | HIC No. | ICN | DOS | CPT 88180 Paid | CPT 88180 Reported | CPT 88180 Overage | Refund Due |
|---|---|---|---|---|---|---|---|---|
| ▮ | ▮ | ▮ | ▮ | 3/5/96 | 26 | 22 | 4 | $90.28 |
| ▮ | ▮ | ▮ | ▮ | 1/3/96 | 26 | 21 | 5 | $112.85 |
| ▮ | ▮ | ▮ | ▮ | 2/17/96 | 26 | 22 | 4 | $90.28 |
| ▮ | ▮ | ▮ | A | 3/8/96 | 26 | 22 | 4 | $90.28 |
| | | | | | | | | $38,924.21 |

CONFIDENTIAL HEALTH INFORMATION -
SUBJECT TO PROTECTIVE ORDER

PP18283

# DIANON *Systems*
### A **LabCorp** Company

DIANON Systems
200 Watson Boulevard
Stratford, CT 06615

Telephone: 800-328-2666

www.dianon.com
www.CarePathOnline.com

March 31, 2006

<u>Via Overnight Mail</u>

First Coast Service Options-Medicare Part B
321 Research Parkway
Meriden, Connecticut 06450-9000

Attn: Accounting Department

Re: DIANON *Systems*, Inc., *Refund for Flow Cytometry Testing for Immunophenotyping,* Provider No. 690000180

Dear Sir or Madam:

This will advise you of a probable overpayment for flow cytometry testing (CPT 88180) for immunophenotyping performed at DIANON's Stratford, Connecticut facility during the time period January 1, 1996 through July 31, 1996. On June 17, 1997, DIANON refunded $26,331.20 for overpayments related to immunophenotyping studies performed during the time period August 1, 1996 through March 24, 1997 (see enclosed correspondence). The time period for this refund was based upon the mistaken conclusion that the error occurred because of a change in laboratory procedures in the first week of August 1996. Because of a pending investigation, we reviewed the eight-month time period preceding August 1, 1996 and believe that overpayments were also made for testing performed during that period. Our preliminary conclusion is that payment was made for approximately three antibodies that were not reported. The total overpayment is estimated to be less than $45,000. We are in the process of calculating the overpayment and will issue a refund when the exact amount is determined and we have the per-patient detail required by the Medicare program.

If you need to contact me regarding the foregoing, I can be reached at 203-380-3311 or you can contact Pat Torre at 203-380-3301.

Truly,

Robert Tucciarone
Director, Accounts Receivable



DIANON SYSTEMS
*Diagnostic Innovations for Medicine*

June 17, 1997

Attn: Accounting Department
Medicare MetraHealth Insurance Companies
PO Box 9000
Meridan, CT 06454-9000

Re: DIANON Systems, Inc., Refund for Immunophenotyping Studies

Dear Sir/Madam:

Enclosed is a refund check in the amount of $26,331.20 for overpayments related to immunophenotyping (flow cytometry) studies performed by our laboratory during the time period August 1, 1996 through March 24, 1997 and billed under CPT code 88180. The error occurred because a change in laboratory procedures in the first week of August 1996 was not effectively communicated to the Billing Department. The error has been corrected.

The enclosed spreadsheet lists the pertinent accessions by patient name, HIC and ICN number, date of service and the amount of the overpayment. This information should allow the refund to be applied as appropriate. If you would prefer a disk with this information, please contact me at the number below. In addition, we will be separately refunding any excess coinsurance and deductible payments made by your beneficiaries.

Should you have need of further information regarding this matter, please feel free to contact me at 203-380-3311.

Cordially,

Robert Tucciarone
Director, Billing and Collections

/rf
Encl.

**PP18285**

**Flow Cytometry Refund Calculations: United HealthCare Medicare Connecticut**

Provider Number 590001068

| Check Date | Patient Name | HIC Number | ICN Number | DOS | CPT | Billed | Coins | Prov Pd | Refund Per Patient |
|---|---|---|---|---|---|---|---|---|---|
| 10/2/96 | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | 88180 | $1,170.00 | $146.69 | $585.77 | $90.28 |
| 10/2/96 | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | 88180 | $1,170.00 | $146.69 | $585.77 | $90.28 |
| 10/4/96 | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | 88180 | $1,170.00 | $146.69 | $585.77 | $90.28 |
| 10/7/96 | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | 88180 | $1,170.00 | $146.69 | $585.77 | $90.28 |
| 10/8/96 | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | 88180 | $1,170.00 | $146.69 | $585.77 | $90.28 |
| 10/9/96 | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | 88180 | $1,170.00 | $146.69 | $585.77 | $90.28 |
| 10/9/96 | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | 88180 | $1,170.00 | $146.69 | $585.77 | $90.28 |
| 10/17/96 | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | 88180 | $1,170.00 | $146.69 | $585.77 | $90.28 |
| 10/17/96 | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | 88180 | $1,170.00 | $146.69 | $585.77 | $90.28 |
| 10/17/96 | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | 88180 | $1,170.00 | $146.69 | $585.77 | $90.28 |
| 10/21/96 | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | 88180 | $1,170.00 | $146.69 | $585.77 | $90.28 |
| 10/22/96 | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | 88180 | $1,170.00 | $146.69 | $585.77 | $90.28 |
| 10/24/96 | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | 88180 | $1,170.00 | $146.69 | $585.77 | $90.28 |
| 10/31/96 | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | 88180 | $1,170.00 | $146.69 | $585.77 | $90.28 |
| 10/31/96 | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | 88180 | $1,170.00 | $146.69 | $585.77 | $90.28 |
| 11/1/96 | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | 88180 | $1,170.00 | $146.69 | $585.77 | $90.28 |
| 11/4/96 | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | 88180 | $1,170.00 | $146.69 | $585.77 | $90.28 |
| 11/8/96 | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | 88180 | $1,170.00 | $146.69 | $585.77 | $90.28 |
| 11/4/96 | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | 88180 | $1,170.00 | $146.69 | $585.77 | $90.28 |
| 11/5/96 | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | 88180 | $1,170.00 | $146.69 | $585.77 | $90.28 |
| 11/5/96 | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | 88180 | $1,170.00 | $146.69 | $585.77 | $90.28 |
| 11/19/96 | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | 88180 | $1,170.00 | $146.69 | $585.77 | $90.28 |
| 11/19/96 | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | 88180 | $1,170.00 | $146.69 | $585.77 | $90.28 |
| 11/19/96 | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | 88180 | $1,170.00 | $146.69 | $585.77 | $90.28 |
| 11/25/96 | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | 88180 | $1,170.00 | $146.69 | $585.77 | $90.28 |
| 11/25/96 | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | 88180 | $1,170.00 | $146.69 | $585.77 | $90.28 |
| 11/26/96 | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | 88180 | $1,170.00 | $146.69 | $585.77 | $90.28 |
| 11/27/96 | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | 88180 | $1,170.00 | $146.69 | $585.77 | $90.28 |
| 11/27/96 | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | 88180 | $1,170.00 | $146.69 | $585.77 | $90.28 |
| 12/2/96 | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | 88180 | $1,170.00 | $146.69 | $585.77 | $90.28 |
| 12/2/96 | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | 88180 | $1,170.00 | $146.69 | $585.77 | $90.28 |
| 12/2/96 | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | 88180 | $1,170.00 | $146.69 | $585.77 | $90.28 |

CONFIDENTIAL HEALTH INFORMATION - SUBJECT TO PROTECTIVE ORDER

Flow Cytometry Refund Calculation: United HealthCare Medicare, Connecticut



| Check Date | Patient Name | HIC Number | ICN Number | DOS | Provider Number 890010088 CPT | Billed | Coins | Prov Pd | Refund Per Patient |
|---|---|---|---|---|---|---|---|---|---|
| 3/25/97 | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | 88180 | $1,170.00 | $135.62 | $542.46 | $83.44 |
| 3/26/97 | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | 88180 | $1,170.00 | $135.62 | $542.46 | $83.44 |
| 3/28/97 | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | 88180 | $1,170.00 | $135.62 | $542.46 | $83.44 |
| 3/31/97 | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | 88180 | $1,170.00 | $135.62 | $542.46 | $83.44 |
| 3/31/97 | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | 88180 | $1,170.00 | $135.62 | $542.46 | $83.44 |
| 3/31/97 | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | 88180 | $1,170.00 | $135.62 | $542.46 | $83.44 |
| 3/31/97 | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | 88180 | $1,170.00 | $135.62 | $542.46 | $83.44 |
| 3/03/97 | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | 88180 | $1,170.00 | $135.62 | $542.46 | $83.44 |
| 3/03/97 | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | 88180 | $1,170.00 | $135.62 | $542.46 | $83.44 |
| 3/31/97 | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | 85180 | $1,170.00 | $146.89 | $586.77 | $90.28 |
| 4/07/97 | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | 88180 | $1,170.00 | $135.62 | $542.46 | $83.44 |
| 4/07/97 | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | 88180 | $1,170.00 | $146.89 | $586.77 | $90.28 |
| 4/07/97 | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | 88180 | $1,170.00 | $135.62 | $542.46 | $83.44 |
| 4/04/97 | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | 88180 | $1,170.00 | $135.62 | $542.46 | $83.44 |
| 4/04/97 | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | 88180 | $1,170.00 | $135.62 | $542.46 | $83.44 |
| 4/07/97 | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | 88180 | $1,170.00 | $135.62 | $542.46 | $83.44 |
| 4/07/97 | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | 88180 | $1,170.00 | $135.62 | $542.46 | $83.44 |
| 4/07/97 | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | 88180 | $1,170.00 | $135.62 | $542.46 | $83.44 |
| 4/08/97 | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | 88180 | $1,170.00 | $146.89 | $586.77 | $90.28 |
| 4/08/97 | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | 88160 | $1,170.00 | $135.62 | $542.46 | $83.44 |
| 4/08/97 | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | 88180 | $1,170.00 | $135.62 | $542.46 | $83.44 |
| 4/11/97 | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | 88180 | $1,170.00 | $135.62 | $542.46 | $83.44 |
| 4/11/97 | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | 88160 | $1,170.00 | $135.62 | $542.46 | $83.44 |
| 4/11/97 | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | 88180 | $1,170.00 | $135.62 | $542.46 | $83.44 |
| 4/11/97 | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | 88180 | $1,170.00 | $135.62 | $542.46 | $83.44 |
| 4/11/97 | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | 88180 | $1,170.00 | $135.62 | $542.46 | $83.44 |
| 4/11/97 | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | 88180 | $1,170.00 | $135.62 | $542.46 | $83.44 |
| 4/15/97 | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | 88180 | $1,170.00 | $135.62 | $542.46 | $83.44 |
| 4/15/97 | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | 88180 | $1,170.00 | $135.62 | $542.46 | $83.44 |
| 4/15/97 | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | 88180 | $1,170.00 | $146.89 | $586.77 | $90.28 |
| 4/17/97 | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | 88180 | $1,170.00 | $135.62 | $542.46 | $83.44 |
| 4/17/97 | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | 88180 | $1,170.00 | $135.62 | $542.46 | $83.44 |
| 4/17/97 | ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | 88180 | $1,170.00 | $135.62 | $542.46 | $83.44 |
| | | | | | | | | | $26,331.20 |

CONFIDENTIAL HEALTH INFORMATION -
SUBJECT TO PROTECTIVE ORDER

FedEx | Ship Manager | Label 7904 7844 5561

Page 1 of 1

From:  Origin ID:  (203)381-4000
Dianon Systems
DIANON SYSTEMS INC
200 WATSON BLVD

STRATFORD, CT 06615



Ship Date: 26JUN06
ActWgt: 1 LB
System#: 2461476/INET2500
Account#: S *********

REF: 40



SHIP TO:   (000)000-0000        BILL SENDER
**CONNECTICUT MEDICARE PART B**
**FIRST COAST SVC OPTIONS, INC.**
**P.O. BOX 45010**

**JACKSONVILLE, FL 322325010**

Delivery Address Bar Code



**PRIORITY OVERNIGHT**                    **TUE**

TRK#   **7904  7844  5561**   FORM    Deliver By:
                              0201    27JUN06

                                      **JAX**   A2

**32232**    -FL-US

                    **XH NIPA**



Shipping Label: Your shipment is complete

1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning: Use only the printed original label for shipping purposes. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.**

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

https://www.fedex.com/cgi-bin/ship it/unitv/6CgUa2IaUa1IcWx4IbVr8BiUs9FfZt6BiWv...    6/26/2006

**PP18288**