# EXHIBIT 24

### Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
NO. 3:02CV1573-MRK

------------------------------

UNITED STATES OF AMERICA,
ex rel. DR. JAMES J. TIESINGA
    Plaintiff,
VS.
DIANON SYSTEMS, INC.,
    Defendants.

------------------------------

Videotape Deposition of JAMES JAY TIESINGA, MD, a witness called on behalf of the Defendant, taken pursuant to notice before Cindy M. Falcon, Certified Shorthand Reporter and Notary Public in and for the Commonwealth of Massachusetts, at Dechert, LLP, 200 Clarendon Street, Boston, Massachusetts, on Wednesday, September 13, 2006, commencing at 9:23 a.m.
REPORTED BY: Cindy M. Falcon

### Page 2

1  APPEARANCES:
2
3    Patricia R. Davis, Esq.
4    United States Department of Justice
5    601 D Street N.W., Room 9154
6    Washington, DC 20004
7    On behalf of the United States
8
9    Bruce R. Parker, Esq.
10   Venable LLP
11   Two Hopkins Plaza, Suite 1800
12   Baltimore, Maryland 21201
13   On behalf of the Defendant
14
15   Bryan T. Carmody, Esq.
16   Maya & Associates, P.C.
17   266 Post Road East
18   Westport, Connecticut 06880
19   On behalf of the Deponent
20 ALSO PRESENT:
21   Jody Urbati, Videographer

### Page 3

1           PROCEEDINGS
2
3     THE VIDEOGRAPHER: Here begins
4 Videotape No. 1 in today's deposition of James
5 Jay Tiesinga, MD, in the matter of the United
6 States of America versus Dianon Systems, Inc.,
7 in the United States District Court for the
8 District of Connecticut, Case No.
9 3:02CV1573-MRK.
10     Today's date is September 13, 2006. The
11 time, 9:23 a.m. The video operator today is
12 Jody Urbati contracted by O'Brien & Levine,
13 Boston, Mass.
14     This video deposition is taking place at
15 the law offices of Dechert, LLP. Counsel,
16 please voice identify yourselves and state whom
17 you represent.
18     MR. PARKER: Bruce Parker representing
19 the defendant, Dianon Systems.
20     MR. CARMODY: Bryan Carmody, Maya &
21 Associates, representing the deponent, Dr. James

### Page 4

1 Jay Tiesinga.
2     MS. DAVIS: Pat Davis representing the
3 government.
4     THE VIDEOGRAPHER: The court reporter
5 today is Cindy Falcon of O'Brien & Levine.
6 Would the reporter please swear in the witness.
7
8     JAMES JAY TIESINGA, MD, having been
9 satisfactorily identified by the production of
10 his driver's license, and duly sworn by the
11 Notary Public, testified as follows:
12
13     MR. CARMODY: Counsel, let's have the
14 usual stipulations?
15     MR. PARKER: I'm not sure what you
16 consider to be usual stipulations, but I will
17 stipulate to waiver of objections as to -- for
18 all substantive objections. Which other ones do
19 you wish to stipulate to?
20     MR. CARMODY: My usual stipulation is
21 you make objections as to form now during the

Page 285

1  panel?
2       MR. CARMODY: Objection.
3  A  No, I would hope --
4  Q  Not hope, Doctor. Do you know?
5  A  I don't know how they ultimately billed it. I
6     don't know.
7  Q  All right. So Doctor -- all right, fair
8     enough. When you look at --
9  A  I mean, there was a -- there was a process there
10    that I wasn't involved in. The final step of
11    the billing, I don't know what they did.
12       (Exhibit No. 15 marked for identification.)
13 Q  This one I do have copies. I'm going to come
14    back to the exhibit, but let's put something in
15    context, as you say, before we go on.
16       I'm going to show you Exhibit No. 15. It's
17    a letter dated November 18, 2002. Is this a
18    letter that you actually sent out, Doctor? I
19    don't have a signed copy.
20 A  Yes, sir.
21 Q  Okay. So this was prepared by you and actually

Page 286

1     sent to AmeriPath; is that right?
2  A  Yes, sir.
3  Q  Had you raised with others at AmeriPath the
4     substance of what you discussed in this exhibit
5     before November 18, 2002?
6  A  Yes, sir.
7  Q  And if I've understood where we are at this
8     point, notwithstanding this letter of November
9     18, 2002, as of the day you left sometime in --
10    help me, was it 2005 sometime when you left
11    AmeriPath?
12 A  Left AmeriPath, yes. My last day in the
13    laboratory was August 19, 2005.
14 Q  So notwithstanding this Exhibit 15, in three
15    years of working there, you never were able to
16    assure yourself that in fact they were billing
17    what you told them to bill?
18 A  At AmeriPath North Texas, when I told them to
19    bill my cases a certain way, I don't know how
20    they ultimately decided to do it.
21       And when I raised complaints to the company

Page 287

1     about how they should bill, I don't know how
2     they ultimately decided to do it.
3  Q  Now, Doctor, I take it that you hold the
4     opinion, I think you've told me this today, that
5     like Dianon, the 24 antibody panel that you used
6     for three years also provided in your judgment
7     medically unnecessary or useless information.
8  A  Yes, sir.
9  Q  And does it follow, sir, that if AmeriPath,
10    despite your letter of November 18, decided that
11    they disagreed with your interpretation of the
12    Medicare provisions, they would bill for all the
13    work that they actually do, it would follow that
14    they are also committing some form of illegality
15    as you have alleged against Dianon.
16       MR. CARMODY: Objection to form.
17 A  That's correct.
18 Q  Have you sued them, too?
19 A  To the extent that there may possibly be some
20    case under seal, my lawyers have instructed me
21    not to discuss it.

Page 288

1  Q  Forget about allegations of Medicare fraud. Put
2     those aside. I can't imagine anything else
3     could be under seal.
4       Have you sued AmeriPath?
5  A  To the extent that there may possibly be a case
6     under seal, I can't discuss it.
7  Q  I'm not talking about under seal. Have you sued
8     them?
9  A  To the extent that there may possibly be a case
10    under seal, I can't discuss it.
11 Q  Right. So Doctor, let's go back to your report,
12    if we could, please. Let me just see if I can
13    understand the way AmeriPath set up the
14    reports.
15       There is a section in all those reports --
16    again, I don't have the one that you have in
17    front of you -- where it says: Test performed.
18    Do you see that?
19 A  Yes, sir.
20 Q  And there are, at least in the one I'm looking
21    at, two rows of antibodies.