UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA <br> ex rel. DR. JAMES J. TIESINGA, <br><br> Plaintiffs, <br><br> v. <br><br> DIANON SYSTEMS, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> )   No. 3:02 CV 1573(MRK) <br> ) <br> )   November 22, 2006 <br> ) <br> ) <br> ) |

**UNITED STATES' MOTION TO STRIKE
DEFENDANT'S LOCAL RULE 56(a)(1) REPLY STATEMENT**

Plaintiff, the United States of America, hereby moves to strike Defendant's Local Rule 56(a)(1) Reply Statement because such a reply statement is not permitted by the Local Rules of Civil Procedure for the District of Connecticut.

On or about September 29, 2006, defendant filed a memorandum of law in support of its summary judgment motion and, pursuant to the Local Rules, also filed a Local Rule 56(a)(1) Statement.  *See Local Rule 56(a)(1)*.  On or about November 1, 2006, the Government filed its memorandum in opposition to defendant's summary judgment motion and, pursuant to the Local Rules, filed its Local Rule 56(a)(2) Statement.  *See Local Rule 56(a)(2)*.  On or about November 16, 2006, defendant filed its 10 page reply brief, pursuant to Local Rule 7(d).  *See Local Rule 7(d)* (allowing for reply briefs not to exceed 10 pages).  However, on or about November 16, 2006, defendant also filed a **54 page** document entitled "Defendant's Local Rule 56(a)(1) Reply Statement."   This "Reply Statement" is not permitted or contemplated by the Local Rules.

**ORAL ARGUMENT IS NOT REQUESTED**

In its Reply Statement, defendant both objects to the Government's Local Rule 56(a)(2) Statement (Reply Statement at p. 1-27) and responds to the Government's Disputed Issues of Material Fact (Reply Statement at p. 27-54). Defendant then references and cites to its Reply Statement throughout its 10 page reply brief. Thus, defendant's reply consists of 64 pages of material – its 54 page Reply Statement, plus its 10 page reply brief. This serves to evade the 10 page limit of Local Rule 7(d).

Because defendant's Reply Statement is improper and not in conformity with the Local Rules, it should be stricken and not considered by the Court. Other courts have stricken reply statements similar to the one defendant improperly filed here. *See Wojcik v. Pillsbury Co.*, 2000 WL 876909, at *1 (N.D.Ill. 2000) ("Both parties complied with Local Rule 56.1; however defendant field an additional reply to plaintiff's LR56.1(b)(3)(A) response. Such a reply is not contemplated by the Local Rules and is stricken as improper."); *Warner v. Atkinson Freight Lines Corp.*, 2005 WL 1926641, at * 2 n.1 (D. Me. 2005) (same). The court in *Warner* held as follows:

> The plaintiffs have filed a purported "reply" to the defendant's response to the statement of material facts submitted by the plaintiffs in support of their motion for summary judgment. Plaintiffs' Reply Statement of Material Facts in Support of Their Motion for Summary Judgment and in Reply to the Defendants' Opposition Thereto (Docket No. 36). No such "reply" is contemplated or permitted by Local Rule 56. The plaintiffs did not seek leave to file such a document. It is therefore stricken from the record of this case.

*Id.*

Accordingly, for the above-stated reasons, the United States respectfully requests that Defendant's Local Rule 56(a)(1) Reply Statement be stricken and not considered by the Court.

Respectfully submitted,

PETER D. KEISLER

2

Assistant Attorney General

KEVIN J. O'CONNOR
United States Attorney

          /s/
RICHARD M. MOLOT
Assistant United States Attorney
Federal Bar No. CT21676
157 Church Street
New Haven, Connecticut 06510
(203) 821-3700
Richard.Molot2@usdoj.gov


          /s/
MICHAEL F. HERTZ
JOYCE R. BRANDA
PATRICIA R. DAVIS
RYAN FAYHEE
Attorneys, Civil Division
Commercial Litigation Branch
Post Office Box 261, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-0240
Facsimile: (202) 305-7797

Attorneys for the United States

CERTIFICATION OF SERVICE

    I hereby certify that on this 22nd day of November 2006, a true and correct copy of the United States' Motion to Strike Defendant's Local Rule 56(a)(1) Reply Statement, was served by first-class mail and electronic mail on:

> Bryan T. Carmody, Esq.
> Maya & Associates, P.C.
> 266 Post Road East
> Westport, CT 06880
> bcarmody@mayalaw.com
>
> Robert Salcido, Esq.
> Akin Gump Strauss Hauer & Feld, LLP
> Robert Strauss Building
> 1333 New Hampshire Ave, NW
> Washington, D.C. 20036
> rsalcido@akingump.com
>
> Bruce R. Parker
> Venable LLP
> 1800 Mercantile Bank & Trust Bldg.
> 2 Hopkins Plaza
> Baltimore, Md. 21201
> brparker@venable.com

                                        /s/
                                 Richard M. Molot
                                 Assistant U.S. Attorney