UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>ex rel. DR. JAMES J. TIESINGA, | ) <br> ) <br> ) | No. 3:02CV1573(MRK) |
| Plaintiffs, | ) <br> ) | |
| v. | ) <br> ) | December 1, 2006 |
| DIANON SYSTEMS, INC., | ) <br> ) <br> ) <br> ) | |
| Defendant. | ) | |

### NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL
### FOR THE UNITED STATES

The Clerk of the Court shall please enter the appearance of Andrew M. Steinberg as additional counsel for the United States in this matter. Mr. Steinberg is an attorney with the Department of Justice, Civil Division. Mr. Steinberg is admitted to practice before the Supreme Courts of Connecticut, New York and New Jersey.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KEVIN J. O'CONNOR
United States Attorney

_/s/ R. M. M._____

RICHARD M. MOLOT
Assistant United States Attorney
Federal Bar No. CT21676
157 Church Street, 23rd Floor
New Haven, Connecticut 06510
(203) 821-3700
Richard.Molot2@usdoj.gov

*/s/ Andrew Steinberg*
_____
MICHAEL F. HERTZ
JOYCE R. BRANDA
PATRICIA R. DAVIS
ANDREW A. STEINBERG
Attorneys, Civil Division
Commercial Litigation Branch
Post Office Box 261, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-1437
Facsimile: (202) 305-7797
Email: Andrew.Steinberg@usdoj.gov


Attorneys for the United States

## CERTIFICATION OF SERVICE

I hereby certify that on this 1st day of December 2006, a true and correct copy of the Notice of Appearance of Additional Counsel for the United States, was served by first-class mail and electronic mail on:

    Bryan T. Carmody, Esq.
    Maya & Associates, P.C.
    266 Post Road East
    Westport, CT 06880
    bcarmody@mayalaw.com

    Robert Salcido, Esq.
    Akin Gump Strauss Hauer & Feld, LLP
    Robert Strauss Building
    1333 New Hampshire Ave, NW
    Washington, D.C. 20036
    rsalcido@akingump.com

    Bruce R. Parker
    Venable LLP
    1800 Mercantile Bank & Trust Bldg.
    2 Hopkins Plaza
    Baltimore, Md.  21201
    brparker@venable.com

                                              _____
                                              Richard M. Molot
                                              Assistant U.S. Attorney