UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA<br>ex rel. DR. JAMES J. TIESINGA,<br><br>    Plaintiffs,<br><br>v.<br><br>DIANON SYSTEMS, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) No. 3:02 CV 1573(MRK)<br>)<br>) December 1, 2006<br>)<br>)<br>) |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule of Civil Procedure 7(e), the United States of America hereby moves to withdraw the appearance of Ryan Fayhee as counsel for the Government in this action. Mr. Fayhee has recently left the Civil Division of the Department of Justice. Andrew M. Steinberg, an attorney with the Civil Division of the Department of Justice, is replacing Mr. Fayhee as additional counsel for the Government. Mr. Steinberg has filed a Notice of Appearance as additional counsel for the Government.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KEVIN J. O'CONNOR
United States Attorney

_/s/ R. M. M._____
RICHARD M. MOLOT
Assistant United States Attorney
Federal Bar No. CT21676
157 Church Street
New Haven, Connecticut 06510
(203) 821-3700
Richard.Molot2@usdoj.gov

*Andrew Steinberg*
───────────────────────────────
MICHAEL F. HERTZ
JOYCE R. BRANDA
PATRICIA R. DAVIS
ANDREW A. STEINBERG
Attorneys, Civil Division
Commercial Litigation Branch
Post Office Box 261, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-1437
Facsimile: (202) 305-7797
Email: Andrew.Steinberg@usdoj.gov

Attorneys for the United States

## CERTIFICATION OF SERVICE

I hereby certify that on this 1st day of December 2006, a true and correct copy of the Motion to Withdraw Appearance, was served by first-class mail and electronic mail on:

>Bryan T. Carmody, Esq.
>Maya & Associates, P.C.
>266 Post Road East
>Westport, CT 06880
>bcarmody@mayalaw.com
>
>Robert Salcido, Esq.
>Akin Gump Strauss Hauer & Feld, LLP
>Robert Strauss Building
>1333 New Hampshire Ave, NW
>Washington, D.C. 20036
>rsalcido@akingump.com
>
>Bruce R. Parker
>Venable LLP
>1800 Mercantile Bank & Trust Bldg.
>2 Hopkins Plaza
>Baltimore, Md. 21201
>brparker@venable.com

>_____
>Richard M. Molot
>Assistant U.S. Attorney