TABLE OF CONTENTS cont'd

72. Flynn Affidavit Report
73. Connor Testimony
74. Braylan Testimony
75. Rule 45 Subpoena and Response from Shands Hospital
76. Flynn Testimony
77. Rule 45 Subpoena Response from Yale New Haven Hospital
78. Tiesinga Testimony
79. Stone Affidavit and Report
80. Clifton Gunderson Affidavit and Report
81. Stone Testimony
82. McDowell Testimony
83. Carlson Testimony
84. Segal Testimony
85. Rogan Testimony
86. Rule 26 Disclosures
87. Borowitz Testimony
88. Holden Testimony
89. Goyette Testimony
90. Stetler-Stevenson Testimony
91. Palmieri Testimony
92. Amberson Testimony
93. Amberson 30(b) 6 Testimony
94. Delli Carpini Testimony