EXHIBIT 81

1

```
 1              UNITED STATES DISTRICT COURT
                  DISTRICT OF CONNECTICUT
 2
       - - - - - - - - - - -x
 3    UNITED STATES OF AMERICA,
      ex rel. Dr. James J. Tiesinga,    No. 3:02CV1573 (MRK)
 4              Plaintiffs,

 5           v.
                                         June 21, 2006
 6    DIANON SYSTEMS, INC.
                 Defendant.
 7    - - - - - - - - - - -x

 8

 9

10            DEPOSITION of JEAN STONE

11

12
      Taken before Cindy J. Carone, LSR 383,
13    a Court Reporter and Notary Public, within and
      for the State of Connecticut, pursuant to Notice
14    and the Federal Rules of Civil Procedure, at the
      United States Attorney's Office, 157 Church
15    Street, New Haven, Connecticut, on June 21, 2006,
      commencing at 12:06 p.m.
16

17

18

19

20

21

22

23              Falzarano Court Reporters
                  117 N. Saddle Ridge
24             West Simsbury, CT  06092
                    860.651.0258
25
```

COPY

1  overt notice to the provider that the service was
2  excluded from coverage.
3       So if you put both those factors together
4  and have a denied claim, because you're right, a
5  denied claim triggers it, would a provider be entitled
6  to payment is what I'm asking.
7       MR. MOLOT: Objection.
8  A   There are considerations in addition those
9  two that you cited. It's not an automatic.
10 Q   I'd like to direct your attention to JS26,
11 the third paragraph. Quoting, "Even if the laboratory
12 chooses to utilize an overly large panel of antibodies
13 for flow cytometry testing for each and every patient,
14 they should only bill Medicare for the particular
15 antibodies that are medically necessary for diagnosis
16 and treatment of an individual patient."
17      Based on that sentence, what I'd like to ask
18 is if a lab had a standard panel of let's say
19 20 antibodies that was consistent with the guidance
20 and peer reviewed medical journals and consistent with
21 the views of recognized experts in the area and used
22 to diagnose Leukemia or Lymphoma and it turned out
23 that let's say only four markers, four antibodies were
24 necessary to diagnosis the condition, say Hairy Cell
25 Leukemia, should the provider under those

```
 1   circumstances bill for only those 4 antibodies or
 2   could it bill for 20 which is the size of its panel?
 3               MR. MOLOT:  Objection.
 4       A    Could you restate it because the number of
 5   the panel varied in your example.
 6       Q    Okay. I don't think it did.
 7       A    You started at 26 and then end at 20.
 8       Q    No.  You might be thinking of 26 for the --
 9   but either way.
10               THE WITNESS:  Could you read it back?
11
12               (The last question was read
13               back by the Court Reporter.)
14
15       A    I'm not a clinician, so I can't answer the
16   specifics because it went from Leukemia, Lymphoma to
17   Hairy Cell.
18            If only four markers were necessary based on
19   the ordering physician's request, the information that
20   came in on the requisition form for that individual
21   patient, then the four should be what was billed to
22   Medicare.
23       Q    Well, is it your opinion then with respect
24   to a hemopathologist that he's limited to the
25   provisional diagnosis that the referring physician
```

1  provides in testing for the patient's disease?
2           MR. MOLOT:  Objection.
3       A    It's my understanding that it is the
4  provisional diagnosis, if there's any additional
5  information on the requisition form, the tissue itself
6  if there's a microscopic examination of the sample.
7           Under the OIG compliance guidance shows if
8  there's any question, the laboratory is encouraged to
9  pick up the telephone and talk to the doctor, and if
10 they can't reach the doctor, anyone else that has
11 access to the medical records.
12      Q    Maybe the question is unclear.  With respect
13 to the provisional diagnosis that has to do with a
14 potential cancer having to do with the blood or lymph
15 system --
16      A    Okay.
17      Q    -- upon running the panel, the
18 hemopathologist is able to diagnosis Hairy Cell
19 Leukemia and needs only four antibodies to diagnosis
20 that condition.
21           Under those circumstances, does he bill --
22 as an expert medical necessity, does he bill for the
23 four antibodies used that he ultimately concluded was
24 the diagnosis, or does he bill for the full panel of
25 20?

1       MR. MOLOT: Objection.

2       A     If I understand the question to be that the
3  requesting physician's potential diagnosis was
4  associated with 20 markers for that individual patient
5  because the suspected diagnosis would have included a
6  panel of 20 and the subsequent confirmed diagnosis
7  would have only needed four, if the ordering
8  physician's suspected diagnosis for that particular
9  patient would have required 20 in that specific
10 example, then 20 could have been billed.

11      Q     Yes, you understood the question.

12            One other question I have on this particular
13 paragraph that confused me, and that is -- I'm jumping
14 to where the comma starts on the second line if I can
15 -- "It should only bill Medicare for the particular
16 antibodies that are medically necessary for the
17 diagnosis and treatment of the individual patient."

18            My question is I want to compare that to a
19 statement you make a couple pages earlier.  I
20 apologize for this jumping around.

21            It's going to be JS24, the paragraph that is
22 second to the bottom and more specifically the last
23 sentence there which reads, "a single interpretation
24 is made based on all the markers tested, not of each
25 marker individually."

1          Is that your understanding of how an
2    interpretation is made?
3        A    Yes.
4        Q    Now, if an interpretation is made based upon
5    all markers tested, then going to the other sentence I
6    brought to your attention; that is, "it should only
7    bill Medicare for the particular antibodies that are
8    medically necessary for the diagnosis and treatment of
9    an individual patient," how would it know which
10   antibodies to take out if it bills for the panel as a
11   whole?
12             MR. MOLOT:  Objection to the form.
13       A    The comment on page JS24 says that a single
14   interpretation is made on all the markers tested, not
15   of each marker individually.  The assumption in that
16   statement was that the markers tested would only be
17   the medically necessary markers.
18             The comment on page 26 talks about if a
19   laboratory for its own convenience uses a specific
20   panel every time, then they should only bill Medicare
21   for the antibodies that were medically necessary for
22   that individual patient.  And it would be contingent,
23   the responsibility of the lab to determine which ones
24   would have been appropriate.
25       Q    How does it do that?  How does it determine

1  which ones are appropriate?
2     A   The assumption that I gather from the AMA is
3  that they have broken out the codes into three
4  different categories of interpretation: 2 to 8
5  markers, 9 to 15 markers, 16 or more markers or that
6  different patient conditions require different
7  markers.
8        It's not a one size fits all. So that if an
9  individual patient's condition, they only need a
10 certain number of markers, only those markers should
11 be billed to Medicare.
12       If they're going to run a bigger panel,
13 that's the lab's problem to figure out which ones are
14 appropriate. The pathologist should be choosing for a
15 particular patient which are the appropriate markers
16 to utilize. Not every marker is appropriate for every
17 cancer.
18    Q   How does a physician judge which markers are
19 appropriate for which cancers?
20    A   Based on training, based on standard of
21 practice in the local medical community.
22    Q   Rather than speaking generally, speaking
23 specifically with respect to CPT 88180, is it your
24 experience that in local medical review policies, that
25 carriers will list ICD9s that justify medical