EXHIBIT 82

```
 1           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF CONNECTICUT
 2    _____
 3

      UNITED STATES OF AMERICA,
 4    EX REL., JAMES J. TIESINGA,
 5
                    Plaintiff,
 6
 7    VS.                        NO. 3:02CV1873 (MRK)
 8
 9    DIANON SYSTEMS, INC.,
10              Defendant.

11    _____
12
13
14
15
                THE VIDEOTAPED DEPOSITION OF
16                    WILLIAM McDOWELL
                   TAKEN JUNE 2, 2006
17
18
19
20    _____
21
22         ALPHA REPORTING CORPORATION
            LAUREN EDWARDS, CCR, CSR
23             236 Adams Avenue
           Memphis, Tennessee 38103
24              1-800-556-8974
           www.alphareporting.com
```

Page 78

1  and so on and so forth, So -- you know, which is
2  all good stuff.
3      Q.  And when did Kevin -- Mr. Johnson join
4  the firm?
5      A.  I'm pretty sure it was May of '96.
6      Q.  I know Tom Cossell is now the in-house
7  counsel for Dianon --
8      A.  Right.
9      Q.  -- but as I understand it, at some point
10 he began providing consulting?
11     A.  Consulting.
12     Q.  Do you remember when that was?
13     A.  I don't. It was early, though. I mean,
14 Tom would know.
15     Q.  Was it after Mr. Johnson came on board?
16     A.  Oh, yeah. We didn't know Tom until Kevin
17 came, and Tom came via Kevin, if you will, but --
18 and I don't remember the timing, but Tom -- you
19 know, we sort of transitioned away from Helen to
20 Tom on regulatory issues, and Tom was on -- I
21 don't know if he was, quote, on the compliance
22 committee, but certainly a consultant to the
23 compliance committee and attended the meetings and
24 all that stuff.

Page 79

1      Q.  Okay.
2      A.  And eventually became an employee of the
3  company, I think, anyway, after I left.
4      Q.  Now, did he have -- did Mr. Cossell
5  provide or did somebody else provide, you know,
6  formal training on compliance?
7      A.  You know, that's a good question. I
8  don't remember having, quote, formal training, you
9  know. It may have happened and I just don't
10 remember it, you know. But you have got to
11 remember, this is '96, and I don't think the OIG
12 had even published -- it seems like in '98 they
13 published their formal compliance, you know, their
14 example plan, if you will.
15     And you know, nowadays, the company I'm
16 with, we basically have the model compliance plan
17 we're following, so we're putting all those things
18 in place, but it didn't exist yet for people to
19 follow.
20     Q.  Okay. But you did form a compliance
21 committee --
22     A.  Absolutely.
23     Q.  -- and have meetings? Do you remember
24 about when that was?

Page 80

1      A.  I don't, no.
2      Q.  After Mr. Johnson came on board?
3      A.  Absolutely, yeah. But it seems -- I
4  shouldn't say. I don't know, but not all that
5  long after Kevin came on board, but I don't
6  remember when.
7      Q.  Okay. Did you get any training on what
8  medical necessity was in the Medicare regulations?
9      A.  I don't remember. No, I don't remember.
10     Q.  Okay. What about do you remember -- were
11 you on the compliance committee?
12     A.  I was not.
13     Q.  Did you ever bring issues to the
14 attention of the compliance committee?
15     A.  I don't remember. I would guess I did,
16 you know, just given my role, but I don't
17 remember.
18     Q.  Okay.
19     A.  You wouldn't have gone to the committee,
20 you would have gone to Dave Schreiber or Tom
21 Cossell or whatever, I mean, as opposed to having
22 a conference or a meeting and you go in and
23 present to the committee, if you understand what
24 I'm saying.

Page 81

1      Q.  Right. You go in Dave Schreiber's office
2  and say, hey, I'm just wondering whether this is a
3  problem?
4      A.  Yeah, that's right, that's what I would
5  have done.
6      Q.  Do you recall an issue having to do with
7  the Medicare carrier not reimbursing for certain
8  flow cytometry tests?
9      A.  Well, not reimbursing for certain ICP9
10 codes.
11     Q.  Okay.
12     A.  Absolutely.
13     Q.  And that's what your understanding was,
14 it had to do with the ICP9 codes?
15     A.  Yes.
16     Q.  Did the carrier ever question how many
17 antibodies were being charged for?
18     A.  Not that I ever remember hearing. But
19 the whole ICP9 code thing went on forever, you
20 know, and that was a real -- I mean, our
21 clinicians are ordering tests because they, you
22 know, fear patients have leukemia, yet, you know,
23 the Medicare carrier is not paying for it. You
24 know, we're stuck -- you know, we're running the