EXHIBIT 83

```
                IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF CONNECTICUT


UNITED STATES OF AMERICA, ex rel.,
DR. JAMES J. TIESINGA,

       Plaintiff,

vs.                        NO.: 3:02 CV 1573 (MRK)

DIANON SYSTEMS, INC.

       Defendant.
_____/




VIDEOTAPED
DEPOSITION OF:    GRANT CARLSON

DATE:             June 15, 2006

TIME:             9:00 a.m. to 1:31 p.m.

PLACE:            101 East Kennedy Boulevard
                  Suite 1200
                  Tampa, Florida

BEFORE:           KELLI ANN ELLIS, RPR
                  Registered Professional Reporter
                  Notary Public
                  State of Florida at Large



                  Pages 1 - 164
```

APPEARANCES:

RYAN FAYHEE
United States Department of Justice
Trial Attorney
601 D Street, NW
Room 9607
Washington, DC 20004
    Attorney for Plaintiff United States of America

ROBERT SALCIDO
Attorney-at-law
Akin, Gump, Strauss, Hauer & Feld, LLP
1333 New Hampshire Avenue, N.W.
Washington, DC 20036
    Attorney for Defendant

ALSO PRESENT:

   Greg Scrivener - Videographer

INDEX TO PROCEEDINGS

|  | PAGE |
|---|---|
| Direct Examination by Mr. Fayhee | 4 |
| Certificate of Oath | 162 |
| Court Reporter's Certification Page | 163 |
| Witness' Signature Page | 164 |

EXHIBITS

|  |  | PAGE |
|---|---|---|
| No. 1 | Memo Re: 2001 Fee Schedules | 20 |
| No. 2 | Document entitled Hematopathology Services | 29 |
| No. 3 | 8/29/06 Memo Re: Special Pricing/Threshold Pricing List | 31 |

EXHIBITS CONTINUED

|  |  | PAGE |
|---|---|---|
| No. 4 | Federal Register Notice, Vol. 63 No. 163 Monday, August 24, 1998 | 40 |
| No. 5 | Copy of 42 CFR 411.15 | 43 |
| No. 6 | Compliance Committee Minutes February 27, 1998 | 45 |
| No. 7 | Continuity File 12/10/06 | 48 |
| No. 8 | Review of DSI Strategy | 57 |
| No. 9 | Dianon Systems/The Definitive Choice in Hematopathology | 64 |
| No. 10 | TAT Review Flow Cytometry Testing | 72 |
| No. 11 | Hematopathology Role Play #3 | 78 |
| No. 12 | Fee/CPT Code Change & New Tests/Profiles | 90 |
| No. 13 | Hematopathology Services Fee Justification January 30, 1996 | 102 |
| No. 14 | Hematopathology Services Fee Justification January 8, 1996 | 103 |
| No. 15 | Memo dated 3/20/97 to Bill McDowell from Steve Brown | 105 |
| No. 16 | 6/17/97 Memo to James Amberson, M.D. from Richert E. Goyette, M.D. | 106 |
| No. 17 | Ap Test Code Creation Form | 120 |
| No. 18 | Cytogenetics Worksheet | 130 |
| No. 19 | Declaration of Richert Goyette, M.D. | 133 |
| No. 20 | Deposition Transcript of Valerie Palmieri | 135 |
| No. 21 | OPS Report - October '99 Summary | 147 |
| No. 22 | Requisition Review Routing | 147 |

        THE VIDEOGRAPHER: This is the video operator speaking, Greg Scrivener, from A-Pro Video, Inc.
        The court reporter is Kelli Ellis.
        This videotaped deposition is taking place at 101 East Kennedy Boulevard, Tampa, Florida.
        We are here this day, June 15th, 2006, to take the video deposition of Grant Carlson in the matter of United States, ex rel, Dr. James Tiesinga, plaintiffs, versus Dianon Systems, Inc., defendant, in the United States District Court for the District of Connecticut.
        The time as indicated on the video monitor is approximately 9:00 a.m.
        Will counsels please introduce themselves for the record beginning with plaintiffs' counsel.
        MR. FAYHEE: My name is Ryan Fayhee. I represent the United States of America.
        MR. SALCIDO: My name is Robert Salcido. I represent the defendant, Dianon Systems, Inc.
        THE VIDEOGRAPHER: Madam Court Reporter, would you please swear the witness.
        GRANT CARLSON,
the witness herein, being first duly sworn on oath, was examined and deposed as follows:
        THE VIDEOGRAPHER: You may proceed.
        DIRECT EXAMINATION

36

1    something from the lab in managing their costs for
2    different tests and so forth.
3        Q.   Is this the type of document that you would have
4    came across in the regular course of business?
5        A.   No, not really.
6        Q.   Okay.  You may recognize the -- if we look at
7    XL3, the first test here, and the code XL3, you'll see at
8    the end it appears that there's a set of numbers that
9    are -- that are added up to $185.54.  Do you see that?
10       A.   Uh-huh.  (Indicates affirmatively.)
11       Q.   That number happens to correspond with 8904, page
12   8904 and the AUC.
13       A.   Yeah.  I just saw that.
14       Q.   Is this -- could this be the -- figuring up the
15   costs for the immunophenotyping panel XL3?
16       A.   Yes.
17       Q.   Okay.  While you were at Dianon, did you ever
18   receive Medicare compliance training?
19       A.   I would say, no.
20       Q.   Okay.  Did you receive Medicare compliance
21   training prior to being at Dianon?
22       A.   No.
23       Q.   Okay.
24       A.   Yeah.  I would say -- you know, I would add that
25   we had a compliance committee.  We were very aware of