EXHIBIT 84

1

```
 1              UNITED STATES DISTRICT COURT
                  DISTRICT OF CONNECTICUT
 2
       ------------------------X
 3     UNITED STATES OF AMERICA|
       ex rel. DR. JAMES J.    |   CIVIL ACTION NO.
 4     TIESINGA,               |   3:02 CV 1573(MRK)
                  Plaintiff,   |
 5                             |
              vs.              |
 6                             |
       DIANON SYSTEMS, INC.,   |   March 24, 2006
 7              Defendant.     |
       ------------------------X
 8

 9

10
             DEPOSITION of GLENN H. SEGAL, D.O.
11

12

13         Taken before Elzbieta A. Sirois, RPR,
       LSR 350, a Court Reporter and Notary
14     Public within and for the State of
       Connecticut, pursuant to Notice and the
15     Federal Rules of Civil Procedure, at the
       offices of Office of the United States
16     Attorney for the District of Connecticut,
       157 Church Street, New Haven, Connecticut on
17     March 24, 2006, commencing at 9:25 a.m.

18

19

20

21

22
                  FALZARANO COURT REPORTERS
23                  117 North Saddle Ridge
                   West Simsbury, CT 06092
24                       860-651-0258

25
```

14      Q    So were you kind of looking at the panel as a
15 whole?
16      A    Right.  One antibody is basically useless
17 alone.  So it must be interpreted in the context of a
18 panel format with other antibodies.
19      Q    Does it take less time, for example, to review
20 a panel with 20 antibodies than it does with 25 or does
21 it take about the same time to do?
22      A    I would say it's similar.  It could be
23 slightly longer because you're looking at more
24 histograms, but I mean, half a minute or a minute,
25 depends.

1       Q    Not much longer?
2       A    I mean, if you have something with 20
3  sentences versus 25 sentences, I don't know.  I don't
4  think it's...
5       Q    That's an analogy in a way?
6       A    I guess.
7       Q    From 1996 'til let's say 2004, Dianon used one
8  standard panel for all of its flow cytometry cases,
9  correct?
10      A    Yes.

14      Q    So were you kind of looking at the panel as a
15 whole?
16      A    Right. One antibody is basically useless
17 alone. So it must be interpreted in the context of a
18 panel format with other antibodies.
19      Q    Does it take less time, for example, to review
20 a panel with 20 antibodies than it does with 25 or does
21 it take about the same time to do?
22      A    I would say it's similar. It could be
23 slightly longer because you're looking at more
24 histograms, but I mean, half a minute or a minute,
25 depends.

1       Q    Not much longer?
2       A    I mean, if you have something with 20
3 sentences versus 25 sentences, I don't know. I don't
4 think it's...
5       Q    That's an analogy in a way?
6       A    I guess.
7       Q    From 1996 'til let's say 2004, Dianon used one
8 standard panel for all of its flow cytometry cases,
9 correct?
10      A    Yes.

59

1          (Off record discussion.)
2
3   BY MR. MOLOT:
4       Q    When a specimen comes in for flow cytometry,
5   whose responsibility is it for choosing which
6   antibodies to run, the pathologist or the referring
7   physician?
8       A    No, the pathologist.  The panel is set up.  We
9   have established this panel as being medically
10  necessary and we choose, you know, the panel.
11      Q    Pathologist chooses the panel?
12      A    Right.
13      Q    Not the referring physician?
14      A    No, as far as I know.
15      Q    On what basis does the pathologists --
16  withdrawn.
17           Did any referring physician ever ask Dianon to
18  run particular antibodies to your knowledge?
19      A    Sometimes -- well, they check off the XL 3,
20  occasionally you see like CD19, CD5 or something, I
21  don't know what they mean, maybe make sure you look at
22  that closely, but I don't know exactly what they meant,
23  but no, as far as I know.
24      Q    Generally the referring physician doesn't do