EXHIBIT 86

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. DR. JAMES J. TIESINGA, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 3:02 CV 1573(MRK) |
| DIANON SYSTEMS, INC., | ) ) | June 1, 2005 |
| Defendant. | ) | |

## THE UNITED STATES' RULE 26(a)(1) INITIAL DISCLOSURES

The United States hereby provides defendant with its initial disclosure pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure. This initial disclosure is based on information presently available to the undersigned counsel for the United States. The United States reserves the right to modify these disclosures as discovery proceeds, as required by the Federal Rules of Civil Procedure.

The United States objects to the disclosure of any document or information that is covered by the attorney-client privilege, the attorney work product doctrine, the investigative files privilege, the deliberative process privilege, or any other government privileges that may apply. The United States also objects to the disclosure of any document or information that is covered by the Privacy Act, 5 U.S.C. § 552a, or is confidential or otherwise exempted form disclosure by any other statute or regulation.

This initial disclosure is not intended to disclose the identity of expert witnesses, if any, that the United States may use in this case, nor documents or information, if any, used by any experts in this case. The United State will make disclosures regarding expert witnesses, if any, in

compliance with the Court's scheduling order.

26(a)(1)(A).   The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.

Dr. James Amberson (Medical necessity, flow cytometry, billing)
Dianon Systems, Inc.
200 Watson Blvd.
Stratford, CT 06615

Steve Brown (flow cytometry, medical necessity, billing)

Grant Carlson (billing)

Stephen Conway (data)
Department of Health and Human Services
Office of Inspector General
Office of Audit Services
Government Center Station
Boston, MA  02114

Cindy Dawkins (flow cytometry, medical necessity, viability, billing)

Special Agent Kevin Cummings (data)
Department of Health and Human Services
Office of Inspector General
Office of Investigations
P.O. Box 8767
Government Center Station
Boston, MA  02114

Ellen DeFigueiredo (Medicare policies, billing, data)
New England Benefit Integrity Center
Electronic Data Systems Corp.
Founders Plaza
800 Connecticut Blvd., 3rd Floor
East Hartford, CT 06108

Dr. Steven Gersen  (Medical necessity, flow cytometry, billing)
Dianon Systems, Inc.