EXHIBIT 87

Page 1

1          IN THE UNITED STATES DISTRICT COURT

2            FOR THE DISTRICT OF CONNECTICUT

3

4   UNITED STATES OF AMERICA,         )

5   ex rel. DR. JAMES J. TIESINGA,    )

6             Plaintiffs,             )

7        vs.                          ) No. 3:02CV1573(MRK)

8   DIANON SYSTEMS, INC.,             )

9             Defendant.              )

10        -   -   -   -   -

11        The videotaped deposition of

12   MICHAEL J. BOROWITZ, M.D. was taken on Thursday,

13   July 6, 2006, commencing at 9:10 a.m., at the

14   offices of Venable LLP, Two Hopkins Plaza,

15   Suite 1800, Baltimore, Maryland, before

16   Josett F. Whalen, Registered Merit Reporter and

17   Notary Public.

18        -   -   -   -   -

19

20

21

22

Michael J. Borowitz, M.D.                U.S.A. v. Dianon Systems, Inc.                7/6/2006

Page 18

1  we'll look at them together.  I can't say, you

2  know, which of those things happens.

3          But we will kind of look at all the

4  material together ultimately.  But the process

5  starts separately, and then they're brought

6  together at the end.

7      Q.  Okay.  You mentioned that -- when we

8  were starting this process, you said that the

9  specimens were coming from in-house or inside

10 Johns Hopkins?

11     A.  Yeah, inside Johns Hopkins.  I'd say

12 85-90 percent of my specimens come from inside.

13     Q.  And where do the other 15 percent come

14 from?

15     A.  So there are a few places around

16 Baltimore and then there are a couple of

17 clients -- I mean, like there's one client we

18 have in North Carolina because I used to live in

19 North Carolina and I know these people very

20 well, and when I moved up here, they sent me

21 stuff.

22          So we have a -- you know, we have a

Michael J. Borowitz, M.D.                U.S.A. v. Dianon Systems, Inc.                7/6/2006

1  small handful of clients that we serve that make

2  up the rest of the constituency.

3      Q.   And the other around Baltimore, are

4  those hospitals or --

5      A.   Yeah.   Mostly hospitals.

6      Q.   Hospitals.  Okay.

7           You said that the requisition form has

8  a number of I guess boxes somebody could check

9  to order particular tests.

10          If I check the box for acute leukemia,

11 what antibodies would I get?

12     A.   Okay.   So I probably should have

13 anticipated this question and memorized the

14 exact list, but I probably won't come up with it

15 exactly right.

16          But it -- so we have a series of tubes,

17 and it's not just the list of antibodies that's

18 important, but it's how they're combined that's

19 important.  We do everything right now in

20 four-color.

21          And the starting antibody will -- the

22 starting combination will be a combination of

Michael J. Borowitz, M.D.                U.S.A. v. Dianon Systems, Inc.                7/6/2006

Page 32

1     So, again, if we're talking about a
2  bone marrow, there are two parts to the
3  morphology of a bone marrow.  One is the direct
4  smear that's made and stained without fixation
5  and putting in wax, and that generally is
6  available more or less in the same time frame as
7  the flow cytometry results.  As it happens
8  because of work flow issues, the flow is often
9  ready before that, although in principle it --
10 in principle, that piece of information should
11 be ready the soonest, but it isn't always.
12     Q.  And is the practice that we've just
13 been talking about the same for those specimens
14 that come in from the hospitals around Baltimore
15 or North Carolina?
16     A.  So most of our clients will have our
17 requisition forms, and they can provide us with
18 the same information.  Every once in a while
19 they'll run out of requisition forms, and every
20 once in a while we'll get a specimen from some
21 other client, and we won't have exactly that,
22 but for the most part it's the same.

1    Q.    And what happens if they don't have a
2    req form and the specimen shows up?  What do you
3    do?
4    A.    Well, if we have no information, then
5    that's where we start with our sort of hybrid
6    panel, limited hybrid panel, and then reflex
7    from there.
8    Q.    So -- and approximately how many
9    antibodies are in the hybrid panel that you
10   run?
11   A.    Oh, I think 17-18, something like
12   that.
13   Q.    Okay.  And then based on the results of
14   the hybrid panel, you would go back and focus
15   on --
16   A.    Focus on either myeloid if it's
17   myeloid, B-cell if it's B-cell, T-cells.
18   Q.    Have you ever testified before?
19   A.    Yes.
20   Q.    When?
21   A.    So I think the last time I was in court
22   was something like five or six years ago.  I

1  cases I've testified in have been medical

2  malpractice cases.  That's true of all of them.

3      Q.   And what about depositions?

4      A.   I've done more depositions, probably

5  somewhere between five and ten, maybe as many as

6  a dozen.  Again, I think all of those have been

7  medical malpractice cases.

8      Q.   And in each of those you were an

9  expert?

10     A.   In each of those I was an expert.

11     Q.   Okay.  When we were talking about the

12 specimens that come into the lab, you said that

13 you have the capability of looking at previous

14 history for the patients; is that right?

15     A.   (Witness nodding.)

16     Q.   In cases where -- I take it the doctors

17 write something about the history on the req

18 form.

19          If you have already diagnosed a patient

20 previously, would you do the tests in the same

21 way?

22     A.   Slightly differently.

1     So let's talk about -- I guess I would
2  do it differently if we would have already had a
3  specimen in the flow cytometry laboratory.
4     I mean, if we had made a morphologic
5  diagnosis, that probably wouldn't affect -- and
6  it was the first time we were doing a
7  flow cytometry specimen, it probably wouldn't
8  affect how we did it.
9     If we had previously done a
10 flow cytometry specimen, then what we'll
11 actually do is pull out the data from that
12 flow cytometry specimen.  We'll inspect it to
13 make sure that there wasn't anything
14 specifically unusual about the case where one of
15 our standard combinations was not optimal for
16 evaluating a follow-up case and if we had to add
17 a specific additional combination.
18     And then we will slightly streamline
19 some of our panels, many of our panels, so
20 that -- and these numbers are not hard-and-fast.
21 But if in an acute leukemia case we have, say,
22 twenty -- our basic acute leukemia panel has

1    Q    So hypothetically speaking, they may get a
2    case, let's say, from a physician in California who
3    may want to have his or her patient's specimen
4    analyzed by Yale?
5    A    They get their -- the bulk of their
6    specimens -- I can't comment on specific geographies,
7    but the radius is basically Connecticut, probably
8    hits upstate or hits New York.  I'm not familiar with
9    New York's geography, but it's more geographically
10   confined to that for the most part with outliers.
11   Q    So it's accurate to state, Doctor, that for
12   the most part the flow lab at Yale's -- that is
13   within Yale's Department of Laboratory Medicine
14   largely supports the physicians who have privileges
15   at the Yale Medical Center?
16   A    No, I don't think they necessarily have --
17   again, that's an administrative nuance which I don't
18   want to misrepresent.
19   Q    Um-hum.
20   A    But they're not individuals, for instance,
21   that necessarily admit patients to Yale.  So it's

1  these tentacles which I don't pretend to understand.

2      Q    Fair enough.  Doctor, do you know the

3  approximate number of flow cytometry studies that are

4  currently being done on a monthly basis or weekly if

5  that's easier for you by the Department of Laboratory

6  Medicine?

7      A    I think probably the number that's reasonable

8  is daily, and it averages around 10 cases a day.

9      Q    When the flow lab within the pathology

10 department was in operation, what was your volume of

11 cases for flow?

12     A    It averaged, I would say, four to five cases

13 a day.

14          MR. MOLOT:  Did you ask for him

15          personally or --

16          MR. PARKER:  No, the lab within the

17          pathology department.

18          MR. MOLOT:  Okay.  Sorry.  Go ahead.

19 BY MR. PARKER:

20     Q    Doctor, did you sign out cases interpreting

21 flow studies?