EXHIBIT 88

```
0001
 1              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF CONNECTICUT
 2
     UNITED STATES OF AMERICA   )
 3   ex rel. DR. JAMES J.       )
     TIESINGA,                  )
 4                              )
                Plaintiff,      )
 5                              )
     vs.                        )   CIVIL ACTION FILE
 6                              )   NO. 3:02CV1573(MRK)
     DIANON SYSTEMS, INC.,      )
 7                              )
                Defendant.      )
 8
 9
10
11   _____
12          DEPOSITION OF JEANNINE T. HOLDEN, M.D.
13                      JUNE 7, 2006
14                       9:00 A.M.
15   _____
16
17
18
19
20
21
22
23
24
25
0002
 1   APPEARANCES OF COUNSEL:
 2          On behalf of the Plaintiff:
 3               Patricia R. Davis, Esq.
 4          On behalf of the Defendant:
 5               Bruce R. Parker, Esq.
 6                       * * *
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
```

```
 1   the peripheral blood and actual tissue from the lymph
 2   nodes or it's fluid from the lymph?  I don't
 3   understand.
 4        A    Yeah, tissue or fluid.  So a tissue is
 5   when you've actually done a certain excise and gone in
 6   an retrieved a lymph node.  A fine needle aspirate, you
 7   actually just puncture the skin as if you were drawing
 8   a blood sample and aspirate cells from the target
 9   tissue.  It could be a lymph node; it could be
10   something else.
11        Q    Okay.  So -- so other than peripheral
12   blood, you don't do a lot of fluids?
13        A    Well, bone marrow.
14        Q    Bone marrow.
15        A    And then things like pleural fluid.
16   That's the liquid that's surrounding -- that can build
17   up in the cavity surrounding the lungs, pericardial
18   fluid and cerebral spinal fluid.
19        Q    Okay.  And when you're -- when you're
20   doing the -- when you're looking at these various
21   specimens, what are you primarily looking for, specific
22   diseases?
23        A    I'm looking for any metallophoid disorder.
24   I'm looking to see whether or not normal cells that I
25   expect to find in that site are present.
0019
 1        A    I'm looking -- we can actually find some
 2   types of neoplasms that you don't think of as being
 3   hemolymphomas but may involve those tissues, and so you
 4   identify that as a more population.
 5             You may have an idea what it is based on
 6   the activity with the antibodies and will essentially
 7   not render a final diagnosis but certainly render --
 8   have an opinion as to what it actually represents.
 9             The goal is to -- essentially you want
10   to be able to identify every cell in the sample.  Any
11   cells you can't identify is a candidate for being
12   something that shouldn't be there.
13        Q    Your report says that you get about 50
14   percent of your referrals from outside the Emory
15   system.
16        A    Uh-huh.
17        Q    Where do they come from?
18        A    They come from other hospitals in the
19   Atlanta area, and also come from doctors' offices in
20   the Atlanta area.
21             It's fairly common that the patient may
22   get -- have either peripheral blood or bone marrow
23   sample that's actually done in the doctor's office
24   setting rather than a hospital, so they send them
25   directly to us when they can.
0020
 1             Insurance companies will, in many
 2   instances, dictate where a sample is sent, which
 3   laboratory gets it.
 4        Q    And when you get them, how long do you get
 5   them -- the ones from outside the Emory system, how
```

```
 6   long after they're -- they are obtained do you get
 7   them?
 8        A    They arrive either the same day or the
 9   next day, almost all instances.  Of course, we have --
10   if a sample is obtained on Friday and needs to be --
11   even if they don't need a diagnosis emergently over the
12   weekend, typically we will go ahead and process the
13   tissue.
14             A peripheral blood or bone marrow, say,
15   if it was done on Friday can wait until Monday, but
16   if it were a tissue, some other sample, with rapidly
17   falling viability, we would go ahead and process it
18   over the weekend.
19        Q    The referral that you get from outside the
20   hospital, who are the referring doctors primarily?
21        A    Both pathologists and hematologists and
22   oncologists.  We virtually never get a sample that is
23   not from either a pathologist or a hematologist.
24        Q    So you're not getting referrals from GPs
25   or something like that?
0021
 1        A    No.  No.  That would be very unusual.
 2   Possibly if a hematologist, you know, in consultation
 3   with a GP said, why don't you go ahead and send this
 4   before I see the patient.  I essentially know all the
 5   people that send me cases.  Even if I haven't met them
 6   in person, I speak to them on the phone.
 7        Q    Okay.  Can you just describe for me the
 8   process starting from when a specimen comes in the door
 9   and tell me whether you treat -- whether it comes in
10   from inside the Emory system as opposed to outside the
11   Emory system, whether there's a difference and describe
12   that.
13        A    There is actually not much difference in
14   terms of whether a specimen has come in from the Emory
15   system or whether it comes in from the outside.
16             If it comes from the outside, it's
17   brought in by a courier.  It's usually one of the
18   couriers that we employ, the labs are called Emory
19   Medical Laboratories, and we have couriers that go
20   out and pick up samples.
21             If it comes from one of the operating
22   rooms at Emory, it would arrive -- essentially a
23   residence might have brought it down from the
24   operating room or if it came from one of the clinics,
25   a courier would have brought it.
0022
 1             Once it's in the laboratory, the
 2   paperwork is checked to make sure that the
 3   identification on the sample is correct and so forth
 4   and --
 5        Q    Who does that?
 6        A    A tech.
 7        Q    Okay.
 8        A    A technician.  The sample is accessioned
 9   so it -- it all goes into the computer system.  If the
10   patient already has -- is already registered, of
```

```
 6   long after they're -- they are obtained do you get
 7   them?
 8       A    They arrive either the same day or the
 9   next day, almost all instances.  Of course, we have --
10   if a sample is obtained on Friday and needs to be --
11   even if they don't need a diagnosis emergently over the
12   weekend, typically we will go ahead and process the
13   tissue.
14            A peripheral blood or bone marrow, say,
15   if it was done on Friday can wait until Monday, but
16   if it were a tissue, some other sample, with rapidly
17   falling viability, we would go ahead and process it
18   over the weekend.
19       Q    The referral that you get from outside the
20   hospital, who are the referring doctors primarily?
21       A    Both pathologists and hematologists and
22   oncologists.  We virtually never get a sample that is
23   not from either a pathologist or a hematologist.
24       Q    So you're not getting referrals from GPs
25   or something like that?
0021
 1       A    No.  No.  That would be very unusual.
 2   Possibly if a hematologist, you know, in consultation
 3   with a GP said, why don't you go ahead and send this
 4   before I see the patient.  I essentially know all the
 5   people that send me cases.  Even if I haven't met them
 6   in person, I speak to them on the phone.
 7       Q    Okay.  Can you just describe for me the
 8   process starting from when a specimen comes in the door
 9   and tell me whether you treat -- whether it comes in
10   from inside the Emory system as opposed to outside the
11   Emory system, whether there's a difference and describe
12   that.
13       A    There is actually not much difference in
14   terms of whether a specimen has come in from the Emory
15   system or whether it comes in from the outside.
16            If it comes from the outside, it's
17   brought in by a courier.  It's usually one of the
18   couriers that we employ, the labs are called Emory
19   Medical Laboratories, and we have couriers that go
20   out and pick up samples.
21            If it comes from one of the operating
22   rooms at Emory, it would arrive -- essentially a
23   residence might have brought it down from the
24   operating room or if it came from one of the clinics,
25   a courier would have brought it.
0022
 1            Once it's in the laboratory, the
 2   paperwork is checked to make sure that the
 3   identification on the sample is correct and so forth
 4   and --
 5       Q    Who does that?
 6       A    A tech.
 7       Q    Okay.
 8       A    A technician.  The sample is accessioned
 9   so it -- it all goes into the computer system.  If the
10   patient already has -- is already registered, of
```

```
11   course, they just add it.  If it's from the outside,
12   the patient often has to be registered as a new patient
13   and all the demographic data and so forth, which
14   happens pretty quickly.
15              The -- if there is morphology on the
16   sample, that is, say, bone marrow from the clinic,
17   that material will be -- would be pulled aside and
18   that processing started.
19              If they requested cytogenetics, that
20   will be pulled off and sent to the appropriate lab
21   for a molecular as well.
22              Occasionally we're asked to split a
23   sample that they weren't comfortable splitting, say
24   it was a skin biopsy, and we'll take care of that.
25              Occasionally if that sample needed
0023
 1   cytogenetics done, it has to be in the cytogenetics
 2   lab because it is -- they have to make the case to
 3   grow it in.  Basically once the case is broken apart,
 4   the flow sample either has a cell count performed on
 5   it on automated counter, that would be for the
 6   peripheral -- the bone marrow -- I'm sorry -- the
 7   peripheral bloods, those are counted auto -- on the
 8   automated counter, get an idea of how many white
 9   cells are on the sample.
10              The bone marrows actually have to be
11   cleaned up a bit because they will clot the automated
12   counter, so they are washed and then counted on the
13   automated counter.
14              Things like a solid tissue has to be
15   mechanically disaggregated.  We actually do that by
16   hand.  When I say "mechanically," it has to be
17   essentially pulled apart and put into a single cell
18   suspension and then something like a fine needle
19   aspirate, which is already essentially in a single
20   cell suspension, and other fluids, which would also
21   be in a single cell suspension, all of those samples,
22   essentially that is all of the samples except for
23   peripheral blood and bone marrows are counted
24   manually, and the reason for that is we
25   simultaneously assess viability of the sample using a
0024
 1   something called Trypan blue solution.  Trypan blue,
 2   that's capital T, little R, Y-P-A-N, blue.
 3        Q    Let me stop you there for a minute.  The
 4   people who -- who take in the samples and process
 5   them --
 6        A    Yes.
 7        Q    -- what is their training?
 8        A    They are, for the most part, a medical
 9   pathologist, MPs.
10        Q    And then you say depending on what kind of
11   sample it is, it comes in and goes through this cell
12   count?
13        A    I'm sorry.  Yes.  Every sample is -- the
14   cellularity of the sample has to be counted because we
15   need to know that to know how many cells to deliver to
```

```
15    actually prompt them to do an even more complete
16    workup in that they wouldn't have morphology to tell
17    them possibly which direction to go in.
18              The hardest diseases are those
19    diseases -- or hardest specimens are those specimens
20    in which you do not have a morphologically evident
21    population to evaluate.  That is -- that is not an
22    indication to not proceed with flow cytometry.
23         Q    Take a look at page four.
24         A    Okay.
25         Q    Case examples of flow cytometry --
0093
 1    cytometric -- I'm sorry -- triage process.
 2         A    Uh-huh.
 3         Q    And it has a list of flow studies are not
 4    indicated.
 5         A    Uh-huh.
 6         Q    One of those, if you look down three to
 7    the chronic myeloproliferative disorders in chronic
 8    phase, would that include CML?
 9         A    Well, that's -- that's those are the
10    situations in which they would not do it, and that's
11    going to vary as the opinion is -- the opinions are
12    going to vary whether or not you would consider that,
13    and, of course, it also, you know, how do they
14    essentially define chronic phase.
15              It's a practice in their laboratory not
16    to do that apparently.  I'll point out that this
17    document is prepared by Mayo labs as -- from what I
18    can tell, as part of their in-house journal,
19    Communique', which I've never previously seen.  This
20    was -- I don't know the date of this.
21         Q    Let me tell you --
22         A    This is from 2000?
23         Q    It's still in effect as far as I can tell.
24         A    This would not be a peer review document.
25    This is essentially explaining to their clients what
0094
 1    type of testing they do and under what circumstances.
 2    That's essentially a -- it's not a -- it's almost a
 3    marketing document.
 4         Q    No.  I understand.  Right.
 5         A    I want to make that clear.
 6              MR. PARKER:  Let her finish and you let
 7         her finish.  Okay.
 8              THE WITNESS:  I just want to make it clear
 9         that this is not a peer review document.
10    BY MS. DAVIS:
11         Q    Right.  No.  I understand that fully.
12         A    Okay.
13         Q    And let me tell you where I got it, I got
14    it off the Internet.
15         A    Exactly.  Exactly.
16         Q    Okay.  The other -- the other, if you take
17    a look, it says, flow studies not indicated, and it
18    says Hodgkin's disease.
19         A    Uh-huh.
```

```
20        Q    Do you agree with that?
21        A    I do not actually.  A patient with a known
22   or suspected Hodgkin's disease may well actually have a
23   second B-cell lymphoma.  The -- if a sample -- well,
24   no, I don't agree with that.
25        Q    So if a patient's previously been
0095
 1   diagnosed with Hodgkin's disease and the doctor
 2   submitted the case to you and said, I'd like you to do
 3   flow cytometry on this, and the only indication is that
 4   the person has Hodgkin's disease, would you still do
 5   the flow?
 6        A    Well, that, of course, would be written on
 7   the form.  I would not necessarily question that.  I
 8   would assume that he had -- Hodgkin's disease, of
 9   course, is not detectable by flow, but other conditions
10   not in treatment co-morbid conditions may be.
11             And, of course, there's a number of
12   different conditions I might expect to find in that
13   setting, including an associated B-cell lymphoma as
14   well as a therapy related myelodysplastic syndrome or
15   acute myelosis leukemia, which are actually pretty
16   classic co-morbid conditions in patients with history
17   of Hodgkin's.
18        Q    So if a request came in with the only
19   indication that the person has Hodgkin's disease and
20   has previously been diagnosed, you would run a complete
21   panel of 30?
22        A    I would.
23        Q    And what would that information tell you
24   about the person's Hodgkin's disease?
25        A    It wouldn't specifically tell me anything
0096
 1   about the Hodgkin's disease.  You can't detect
 2   Hodgkin's disease by flow.  It would tell me that there
 3   was nothing else present.
 4        Q    So it -- all it would tell you is -- it
 5   would tell you the negative; it would tell you there's
 6   nothing else going on?
 7        A    Exactly, which, of course, is highly
 8   informative.  Actually, again, one of the issues is the
 9   question of screening and that's sort of a -- sort of a
10   hot word.  Well, what do you mean?
11             Down here under "Flow Studies Not
12   Indicated:  Screening good quality bone marrow
13   specimens with no morphologic abnormalities."  I would
14   disagree wholeheartedly with that statement.
15             That is an indication for doing flow.  If
16   this patient has had a bone marrow and they are
17   suspicious.  They've done the bone marrow because they
18   are suspicious of any hemato lymph node neoplasm, it is
19   poor practice not to do flow.  You will find diseases
20   that would not have been detected morphologically.
21             If I will -- I will very specifically say
22   that if I were to be hired by Mayo and worked in that
23   lab, I would only do so if that practice were changed.
24        Q    So in your opinion is the Mayo Clinic
```