EXHIBIT 89

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

---------------------------------x
UNITED STATES OF AMERICA,         :
ex rel., JAMES J. TIESINGA,       :
                                  :
      Plaintiffs,                 :
                                  :
v.                                : No. 3:02CV1573(MRK)
                                  :
                                  :
DIANON SYSTEMS, INC.,             :
                                  :
      Defendant.                  :
---------------------------------x

                        Washington, D.C.

              Tuesday, February 28, 2006

Deposition of

          RICHERT E. GOYETTE

a witness, called for examination by counsel for

Plaintiffs, pursuant to notice and agreement of

counsel, beginning at approximately 9:00 a.m., at

the offices of United States Department of Justice,

601 D Street, NW., Washington, D.C., before Lohna

Esteb of Beta Court Reporting, notary public in and

for the District of Columbia, when were present on

behalf of the respective parties:

30

1  BY MS. DAVIS:
2  Q  All right. So -- but the primary
3  -- is the primary diagnosis -- I guess I
4  didn't understand the answer to my question
5  -- is the definitive diagnosis of ALL through
6  the morphology or through the flow?
7  MR. PARKER: Objection. You can
8  answer.
9  THE WITNESS: I actually have never
10  heard it phrased that way because the
11  practice of medicine basically is a clinical
12  pathologic basis.
13  For example, you can see somebody
14  who is mildly demented, and you have no idea
15  what the cause of the dementia is.
16  And then you look at electrolytes,
17  for example, and they have got low sodium.
18  So I don't know any hematologist oncologist
19  who would make the diagnosis of acute
20  lymphocytic leukemia definitively only based
21  on morphology; although, they -- I think they
22  would be strongly suspicious, but I think

31

1  they would use a combination of tools to
2  arrive at the diagnosis.
3  BY MS. DAVIS:
4  Q  When you're doing a flow cytometry
5  on a specimen and you're looking for or
6  trying to determine whether -- what kind of
7  ALL it is, what markers are useful for doing
8  that?
9  A  Well, I'd first like to state that
10  I have been not practicing medicine or
11  hematology oncology or hematopathology since
12  2000, okay? And so --
13  Q  I understand.
14  A  -- whereas I can certainly give you
15  an overview, it may not be comprehensive or,
16  in fact, it may not be current as of 2006.
17  Q  All right. Let's put it in terms
18  of the time period when you were working at
19  Dianon. What would have been the useful
20  markers?
21  A  Okay. Now, remember we have to
22  keep in mind my memory, okay? It's been a

32

1  long time since I practiced. And I've, you
2  know, seen -- people I haven't seen for 10 or
3  15 years and I don't recognize them
4  initially.
5  So, okay, so I'm not going to tell
6  you that this is definitive. I'm just going
7  to tell you that this, to the best my
8  knowledge, is what I remember during the
9  time.
10  And so -- and what we did is, we
11  used a series of markers that determined
12  lineage. And lineage is like your last name,
13  okay. So in this case, if we are -- were we
14  talking about ALL still, or all types of
15  leukemia? ALL?
16  Q  Let's stick with ALL for right now.
17  A  Okay. All right. So we want to
18  determine the family name or lineage. And so
19  we use markers which would tell us, of the
20  two lineages, B-cell lineage or T-cell
21  lineage, we used a series of markers for
22  B-cells, and B-cell lineage markers included

33

1  CD 19, CD 20, CD 22, CD 10.
2  T-cell lineage markers included CD
3  2, CD 3, CD 4, CD 8. CD 5 is kind of a funny
4  thing. It's actually can be -- can identify
5  some B-cells and some T-cells. We used CD 5.
6  THE WITNESS: Could you read back
7  to me, please, what T-cell antigens I
8  described? I started with, I believe, with
9  CD 2.
10  BY MS. DAVIS:
11  Q  Actually, I wrote them down: 2, 3,
12  4, 8, 5.
13  A  Two, three, four, 8, five. I'm
14  drawing a blank right now. It certainly may
15  have been -- I don't remember. And then we
16  used antigens that helped determine the
17  maturity of the cells. And the predominate
18  antigen in that instance was CD 34, although
19  HLADR was also used.
20  Q  Okay. All right. Let's talk about
21  -- now, and I hope I am going to say this
22  right -- acute myelogenous leukemia?

38

1  A  Yes, that's correct.
2  Q  And then what purpose would flow
3  cytometry --
4  A  Flow cytometry further -- has
5  prognostic implications in that it helps
6  establish the lineage of the leukemic cells.
7     Actually, probably be the first
8  names, not the lineage because they are of
9  myeloid origin, but helps determine whether
10 they are from abnorm -- developing from
11 abnormal red blood cells, which would be
12 erythroleukemia, or if they are developing
13 from specific kinds of granulocytes or
14 megakaryocytes.
15    In addition, also, it can help to
16 identify small populations of these immature
17 cells or blasts in people with very early
18 disease or recurrent disease.
19 Q  Okay.  And of the things we just
20 listed, the looking at the blood under the
21 microscope, looking at the bone marrow cells
22 and staining the cells and then flow, which

39

1  is the definitive diagnostic tool?
2     MR. PARKER:  Objection.
3     THE WITNESS:  Well, it would be
4  nice if life were that simple.  Again, it's a
5  clinical pathologic diagnosis.
6     And I not sure that you could find
7  somebody that said, you know, I would only
8  make it on the way the patient looked when
9  they came into the office.  I don't think
10 you'd find somebody that said the diagnosis
11 is unequivocal based on the peripheral blood.
12    I think you'd become more certain
13 as you looked at the bone marrow.  And while
14 I think you could reasonably make a diagnosis
15 of acute myelogenous leukemia without flow
16 cytometry, it offers very valuable prognostic
17 information and therapeutic information.
18    So I think it's an appropriate
19 component of the workup.
20    BY MS. DAVIS:
21 Q  Okay.  And when you're using flow
22 cytometry on a sample that is a specimen that

40

1  is -- has AML, which markers are useful?
2  A  We use a series of myeloid markers
3  which are to help characterize the lineage.
4     And, again, this list may not be
5  complete because of the long interval between
6  when I practiced and now, but would include
7  CD 13, CD 33, CD 14 as myeloid lineage
8  markers.  Sometimes CD 61 for
9  megakaryocytics.  It would also include
10 markers such as immature -- excuse me,
11 immature myeloid markers such as CD 34 and
12 HLADR.
13 Q  Okay.  Let's talk about chronic --
14 another long one -- chronic myelogenous
15 leukemia.
16 A  Okay.
17 Q  CML for short.
18 A  Yes.
19 Q  Okay.
20 A  Chronic myelogenous leukemia is a
21 chronic leukemia.  Basically, leukemias are
22 divided into acute and chronic, both

41

1  morphologically in that acute leukemia is the
2  predominantly malignant cell or very immature
3  cells called blasts; and chronic leukemias in
4  which blasts are present but they are not
5  necessarily the predominant element.
6     Blast can be present, but are not
7  necessarily the predominant element.
8     And then chronic leukemias are also
9  divided clinically from acute leukemias by
10 the fact that a patient with leukemia --
11 acute leukemia is generally -- a patient with
12 acute leukemia is generally dead within three
13 or so months without treatment; whereas, a
14 patient with chronic leukemia can usually
15 live for years without treatment.
16    And I've lost my train of thought
17 again.  I'm sorry.
18 Q  Okay.  And when someone comes in
19 and has this disease, how would they look?  I
20 mean, what indications would there be to the
21 doctor?
22 A  Sure.  Sure.  The diagnosis of

30

```
 1        BY MS. DAVIS:
 2     Q   All right. So -- but the primary
 3   -- is the primary diagnosis -- I guess I
 4   didn't understand the answer to my question
 5   -- is the definitive diagnosis of ALL through
 6   the morphology or through the flow?
 7        MR. PARKER: Objection. You can
 8   answer.
 9        THE WITNESS: I actually have never
10   heard it phrased that way because the
11   practice of medicine basically is a clinical
12   pathologic basis.
13        For example, you can see somebody
14   who is mildly demented, and you have no idea
15   what the cause of the dementia is.
16        And then you look at electrolytes,
17   for example, and they have got low sodium.
18   So I don't know any hematologist oncologist
19   who would make the diagnosis of acute
20   lymphocytic leukemia definitively only based
21   on morphology; although, they -- I think they
22   would be strongly suspicious, but I think
```

31

```
 1   they would use a combination of tools to
 2   arrive at the diagnosis.
 3        BY MS. DAVIS:
 4     Q   When you're doing a flow cytometry
 5   on a specimen and you're looking for or
 6   trying to determine whether -- what kind of
 7   ALL it is, what markers are useful for doing
 8   that?
 9     A   Well, I'd first like to state that
10   I have been not practicing medicine or
11   hematology oncology or hematopathology since
12   2000, okay? And so --
13     Q   I understand.
14     A   -- whereas I can certainly give you
15   an overview, it may not be comprehensive or,
16   in fact, it may not be current as of 2006.
17     Q   All right. Let's put it in terms
18   of the time period when you were working at
19   Dianon. What would have been the useful
20   markers?
21     A   Okay. Now, remember we have to
22   keep in mind my memory, okay? It's been a
```

32

```
 1   long time since I practiced. And I've, you
 2   know, seen -- people I haven't seen for 10 or
 3   15 years and I don't recognize them
 4   initially.
 5        So, okay, so I'm not going to tell
 6   you that this is definitive. I'm just going
 7   to tell you that this, to the best my
 8   knowledge, is what I remember during the
 9   time.
10        And so -- and what we did is, we
11   used a series of markers that determined
12   lineage. And lineage is like your last name,
13   okay. So in this case, if we are -- were we
14   talking about ALL still, or all types of
15   leukemia? ALL?
16     Q   Let's stick with ALL for right now.
17     A   Okay. All right. So we want to
18   determine the family name or lineage. And so
19   we use markers which would tell us, of the
20   two lineages, B-cell lineage or T-cell
21   lineage, we used a series of markers for
22   B-cells, and B-cell lineage markers included
```

33

```
 1   CD 19, CD 20, CD 22, CD 10.
 2        T-cell lineage markers included CD
 3   2, CD 3, CD 4, CD 8. CD 5 is kind of a funny
 4   thing. It's actually can be -- can identify
 5   some B-cells and some T-cells. We used CD 5.
 6        THE WITNESS: Could you read back
 7   to me, please, what T-cell antigens I
 8   described? I started with, I believe, with
 9   CD 2.
10        BY MS. DAVIS:
11     Q   Actually, I wrote them down: 2, 3,
12   4, 8, 5.
13     A   Two, three, four, 8, five. I'm
14   drawing a blank right now. It certainly may
15   have been -- I don't remember. And then we
16   used antigens that helped determine the
17   maturity of the cells. And the predominate
18   antigen in that instance was CD 34, although
19   HLADR was also used.
20     Q   Okay. All right. Let's talk about
21   -- now, and I hope I am going to say this
22   right -- acute myelogenous leukemia?
```