**EXHIBIT 90**

```
                                                          Page 1
 1              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF CONNECTICUT
 2

 3   UNITED STATES OF AMERICA,
     ex rel. Dr. James J.
 4   Tiesinga,

 5              Plaintiffs,
                                          No.3:02CV157(MRK)
 6        vs.

 7   DIANON SYSTEMS, INC.,

 8              Defendant.
     _____/
 9

10         The deposition of MARY ALICE

11   STETLER-STEVENSON, M.D. was held on Tuesday, August 22,

12   2006, commencing at 9:30 a.m. at the Law Offices of

13   Venable, L.L.P., 575 7th Street, N.W., Washington,

14   D.C., before Steven Poulakos, Notary Public in and for

15   the District of Columbia.

16

17

18

19

20

21   REPORTED BY:   Steven Poulakos
```

1     A     And we also use it in CML.

2     Q     So if a patient comes in with a suspicion
3  of CML not previously diagnosed by you is this the
4  panel that the patient receives?

5     A     Before -- so a patient just comes in with a
6  suspicion of CMRL?

7     Q     Well, if the patient is one of the NCI
8  protocols and the physician sends you a specimen and
9  says I suspect CML, would you do flow?

10    A     I would ask the physician, since I have
11 resource utilization problems, I have to limit my
12 specimens as much as possible.

13          I would ask them what studies have been
14 done.  Have you looked at the bone marrow?  I'd like to
15 see the bone marrow?  I'd like to see the peripheral
16 smear.  What is the CBC?  What is the clinical history
17 of the patient?  Have you looked for a chromosome
18 problem, various tests would have been done.

19          If nothing had been done I would say do
20 some other studies first.  I would tell him to -- and
21 so this is because we're in a different situation than

Page 85

1    like a reference lab or some other facilities in that

2    I'm not getting paid for them.  I have a limited budget

3    and I make decisions as to what I will do and I will

4    want a workup performed before I will accept a CML

5    specimen.

6         Q    Under what circumstances would you do this

7    panel, Exhibit 14, for someone suspected of having CML?

8         A    If the patient had a difficult diagnosis or

9    post-transplant or post-therapy to look for return of

10   abnormal cells in that it's really set to determine

11   small levels if necessary, and if the patient were

12   suspected of blasting off or was doing poorly there was

13   an un -- the clinician was concerned about some status

14   in the patient and they wanted an evaluation for blast

15   and abnormal cells and that type of situation.

16        Q    Under those conditions you would use this

17   panel, Exhibit 14, in that patient suspected of having

18   CML?

19        A    Yes.

20        Q    Dr. Stetler-Stevenson, let's go back just

21   for a moment, if you could pull in front of you