EXHIBIT 92

1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

------------------------------x
UNITED STATES OF AMERICA       :
ex rel. JAMES J. TIESINGA,     :
                               :
          Plaintiff,           :
                               :
     v.                        : No. 3:02CV1573(MRK)
                               :
DIANON SYSTEMS, INC.,          :
                               :
          Defendant.           :
------------------------------x

Washington, D.C.

Tuesday, March 28, 2006

Deposition of

JAMES AMBERSON

a witness, called for examination by counsel for

Plaintiff, pursuant to notice and agreement of

counsel, beginning at approximately 10:46 a.m.,

at the offices of the United States Department of

Justice, 601 D Street, NW., Washington, D.C.,

before Denise Dobner Vickery of Beta Court

Reporting, notary public in and for the District

of Columbia, when were present on behalf of the

respective parties:

Page 14

```
 1  medical affairs?
 2      A   I think that was for about maybe
 3  two years.
 4      Q   Okay. So, '94 to '95?
 5      A   Something like that, yes.
 6      Q   Okay. And then you said you became
 7  director of the lab?
 8      A   Yes.
 9      Q   And was that different from head of
10  medical affairs?
11      A   Yes.
12      Q   Who became the head of medical
13  affairs?
14      A   That -- nobody.
15      Q   Okay.
16      A   Nobody.
17      Q   And then so when you were head of
18  -- director of the lab, how did your -- your
19  role differ from --
20      A   Well, the laboratory, I was now
21  director of the laboratory. The physicians
22  in the laboratory reported to me. Also for
```

Page 15

```
 1  that period of time, I think all of
 2  laboratory operations reported directly to
 3  me.
 4      Q   Okay. Were you still involved in
 5  management decisions, strategic decisions?
 6      A   Yes.
 7      Q   Did you attend management meetings?
 8      A   Yes.
 9      Q   Okay. Were there management
10  meetings held periodically?
11      A   Yes.
12      Q   How often?
13      A   Well, there was a management
14  meeting that was held monthly, and then there
15  would have been other ad hoc meetings and
16  committees.
17      Q   Okay. And then you said at some
18  point you became a member of the board of
19  directors?
20      A   Yes.
21      Q   When was that?
22      A   I think that was around '93. I
```

Page 16

```
 1  don't remember exactly.
 2      Q   Okay. Are you still on the board?
 3      A   No.
 4      Q   When did you cease being a board
 5  member?
 6      A   I ceased being a board member I
 7  believe it was around 1998-'99 right before
 8  Dr. Snyder came, and subsequently, I mean,
 9  DIANON no longer has a board of directors
10  since it was acquired by LabCorp.
11      Q   Right. Which was in 2003?
12      A   Right.
13      Q   Okay. Okay. Then you said you
14  went -- you said that you had some input into
15  the expansion into anatomic pathology?
16      A   Yes.
17      Q   What was your role in that?
18      A   Fairly expense -- extensive. We --
19  I had initially proposed that we expand the
20  business into outpatient anatomic pathology
21  and was involved in writing the business plan
22  for that and presented that to the board of
```

Page 17

```
 1  directors.
 2      Q   Okay. And then you said you became
 3  -- I'm trying to follow -- medical director
 4  again?
 5      A   Yes.
 6      Q   And that would be as head of the
 7  lab or as of some?
 8      A   Head of the laboratory, yes.
 9      Q   Okay. And then when was that?
10      A   I think that was around -- I
11  believe it was late 1994. I don't recall the
12  exact date.
13      Q   Okay. And then in 2000, you say
14  you gave up being medical director to do more
15  diagnostic work at that point. What would be
16  -- what would have been your title?
17      A   At that point, I think my title was
18  director of anatomic pathology.
19      Q   Okay. And the folks in the lab who
20  did anatomic pathology report to you?
21      A   No.
22      Q   No?
```

**Page 18**

1  A  No. I was just -- that was the
2  title that I had. Actually, the area that I
3  was concentrating in was in urine cytology,
4  which was my field of interest.
5  Q  Okay. So, who did the folks, the
6  pathologists report to?
7  A  Dr. Snyder.
8  Q  Okay. And I take it Dr. Snyder is
9  not there any more?
10 A  No.
11 Q  You said he was asked to resign?
12 A  Yes.
13 Q  Why was he asked to resign?
14 A  There were performance issues.
15 Q  Okay. How long was he there?
16 A  I believe he was there from August
17 2000 to March of 2001.
18 Q  Do you know where he is now?
19 A  No.
20 Q  And then when he left, you said you
21 became lab director again?
22 A  Yes.

**Page 19**

1  Q  And did you stay lab director until
2  the -- well, you're still lab director,
3  right?
4  A  Yes.
5  Q  Okay. And as I recall from earlier
6  this morning, you said you're in charge of
7  the Stratford lab and the Long Island lab?
8  A  Right. I've only been in charge of
9  the Long Island lab since June.
10 Q  Okay. And when you say you're in
11 charge of a lab, does that involve the
12 operations of the lab?
13 A  No. No. I'm -- the way that
14 operates, operations doesn't report to me.
15 What that means is that I am the medical
16 director of the lab. The physicians report
17 to me and the chief physician or the
18 laboratory director at our facility in New
19 York reports to me, but the operations don't
20 report to me.
21 Q  Okay. And Ms. Palmieri is the head
22 of the operations?

**Page 20**

1  A  Yes.
2  Q  And she does not report to you?
3  A  No.
4  Q  And what does she handle in
5  relation to the lab?
6  A  All aspects outside of the
7  professionals.
8  Q  Okay. So, anything other than
9  medicine?
10 A  Yes. I handle the physicians and I
11 currently have the person who is in charge of
12 quality assurance reports to me, but in terms
13 of the operations of the lab, the supervisors
14 in the lab and histology, cytology and so on,
15 they all report through the chain of command
16 up to her.
17 Q  Okay. So the techs, the
18 cytotechnologists and those folks report to
19 her?
20 A  Yes.
21    MS. DAVIS: And they report to you?
22 Let me have you take a look at what's been

**Page 21**

1  marked as Exhibit 1.
2    (Deposition Exhibit No. 1 was
3    marked for identification.)
4  BY MS. DAVIS:
5  Q  Can you tell me what that document
6  is?
7  A  I know I remember seeing this. Let
8  me just -- it looks like something, just what
9  it says, "A Review of DSI strategy."
10 Q  Do you know who prepared it?
11 A  No.
12 Q  This isn't the business plan you
13 talked about earlier?
14 A  No. It's been a while since I
15 looked at that business plan. I'm trying to
16 see if this looks like. I don't think so.
17 No.
18    MS. DAVIS: I'm going to have you
19 take a look at what's been marked as Exhibit
20 2.
21    (Deposition Exhibit No. 2 was
22    marked for identification.)

**Page 186**

1  A    That's for routine histology.
2  Q    Okay. I knew that. I did,
3  actually.
4  A    I was testing you.
5  Q    It just wasn't coming out. All
6  right. So you don't remember having anything
7  to do with it?
8  A    No.
9  Q    Okay. All right. I won't show you
10 this then.
11      Let's talk a little bit about at
12 some point DIANON considered opening up a
13 hematopathology lab in Oklahoma City; is that
14 right?
15 A    That's correct.
16 Q    When was that?
17 A    I believe it was around the spring
18 of 2002. I don't -- I'm sure there's some
19 documents that -- I don't remember exactly.
20 It was in the spring. I think it was around
21 2002. It was at the time that Dr. Tiesinga
22 resigned.

**Page 187**

1  Q    Okay. Well, when -- you have to --
2  I did know this, but I don't any more. When
3  did DIANON buy Urocorp? It was in?
4  A    I believe 2001.
5  Q    Okay. And is that when -- how long
6  after buying Urocorp did you start thinking
7  about putting a hematopathology lab in
8  Oklahoma City?
9  A    Well, if I'm correct, when we were
10 looking to do that would have been about a
11 year later.
12 Q    Okay. So, sometime in 2002?
13 A    Yes.
14 Q    Okay.
15 A    Spring of 2002.
16 Q    Okay. And how far along did you
17 get in -- in putting that together?
18 A    Well, I know that there was a fair
19 amount of progress putting together the
20 cytogenetics component of it.
21 Q    And that would be Dr. Gersen?
22 A    Yes, getting that set up and then

**Page 188**

1  actually there is a cytogenetics component
2  there and it's operational. As far as the
3  hematopathology lab, we identified Dr.
4  Tiesinga or actually he had expressed an
5  interest in being the pathologist out there.
6  A lot of preliminary work I believe was done
7  by Valerie Palmieri's staff in terms of how
8  many people we would need and the resources,
9  capital expenses and so on.
10 Q    Did -- were people actually hired
11 for positions out there?
12 A    I don't know about technical
13 people. Dr. Tiesinga had contacted a
14 colleague of his, a hematopathologist, Dr.
15 Fan, and we did offer her a position, but
16 when it came time for her to join us,
17 Oklahoma wasn't ready and there was doubts as
18 to when and if it would be set up. So she
19 came to Stratford.
20 Q    Okay. So she's working there now?
21 A    Yes.
22 Q    Okay. And she's doing

**Page 189**

1  hematopathology?
2  A    Yes.
3  Q    Okay. Was there any discussion
4  about the limitations on reimbursement for
5  flow cytometry in Oklahoma City as a reason
6  for not putting up -- putting the lab there?
7  A    Not -- no, not for reason for not
8  putting the lab there. What I remember the
9  problems with putting the lab there were
10 multifold and it seemed an ill-fated
11 adventure. First of all, difficulties with
12 Dr. Tiesinga arose and he resigned. So we
13 had no laboratory director out there. We had
14 difficulty hiring people. We've always had
15 some difficulty hiring technical people for
16 Oklahoma City. And --
17 Q    I don't get it. It's a lovely
18 place.
19 A    Neither do I. Actually, my best
20 friend from medical school lives in Oklahoma
21 and it is a great place. And then also as
22 things progressed into that summer,

```
                                                 190
 1  unbeknownst to me at the time, but there was
 2  an active effort to sell the company, and I
 3  think people's attention was deflected
 4  towards that.
 5     Q  Okay. Was there -- were there any
 6  meetings to discuss trying to convince the
 7  carrier in Oklahoma to raise the cap on the
 8  reimbursement?
 9     A  Yes.
10     Q  And who -- who was in those
11  discussions?
12     A  I don't remember who was in every
13  meeting, but I remember there was myself, Dr.
14  Tiesinga, Valerie Palmieri and then Steve
15  Gersen and Todd Holman, Marty Stefanelli. I
16  don't remember who was in each meeting, but
17  those were the principal people as I recall
18  involved.
19     Q  Okay. Was there an attempt made to
20  convince the medical director of the carrier
21  in Oklahoma to -- to lift the cap on -- on
22  reimbursement?
```

```
                                                 191
 1     A  Yes. Actually Dr. Tiesinga
 2  volunteered to go out there. He felt that
 3  that was just an artificial cap and that he
 4  could go out there and would like to at least
 5  try and make a strong case for raising it to
 6  a higher number. He, in fact, did go out
 7  there I believe with Steve Gersen and Todd
 8  Holman.
 9     Q  And did anybody at DIANON at this
10  time period do any calculations on if the
11  carrier in Oklahoma refused to raise the cap
12  on the numbers of markers to be reimbursed
13  for, how much lost revenue DIANON would
14  incur?
15     A  I think there was a calculation
16  that was done. I don't remember exactly who
17  did it. There were -- it was essentially in
18  terms of revenue. My recollection is that it
19  was felt to be kind of revenue neutral
20  because it was felt that they would pay for
21  more cases, that they had a more liberal
22  policy in terms of paying for flow cytometry.
```

```
                                                 192
 1  Although it was fewer markers and so it
 2  wasn't clear whether it would make any
 3  difference in terms of revenue.
 4     Q  Let me make sure I understand. So
 5  the Oklahoma City carrier had paid for more
 6  ICD 9 codes than -- than Connecticut?
 7     A  Yeah, I think -- I believe that was
 8  the case.
 9     Q  And so somebody did a calculation
10  and determined that even if the number of
11  markers was less, the number of diagnosis
12  codes would make up for it?
13     A  Yeah. In other words, in terms of
14  revenue, it was revenue neutral whether we
15  went there or not.
16     Q  And who did that calculation?
17     A  I don't know.
18     Q  Okay. Did you see something in
19  writing?
20     A  No. No. I just remember that
21  somebody bringing that up saying, look, you
22  know, revenue is not an issue here. The real
```

```
                                                 193
 1  issue here is we need capacity and also it
 2  would be nice to have a presence in the
 3  western half of the United States.
 4     Q  Okay. And you say that the -- I'm
 5  sorry, let me make sure I understand the
 6  people who were involved in these discussions
 7  generally. It was Dr. Tiesinga, Dr. Gersen,
 8  yourself, Todd Holman you mentioned? He was
 9  in marketing?
10     A  Yes.
11     Q  Stefanelli who was?
12     A  Yeah, and again I don't know if
13  everybody was present in every discussion,
14  but, you know, they're all present in at
15  least some of them talking about Oklahoma. I
16  don't know who was present talking about, you
17  know, what it was going to cost to set up a
18  lab out there. What did we think the revenue
19  would be in the lab. I don't remember that
20  specifically.
21     Q  Okay. Is opening up a new lab like
22  that in Oklahoma City, is that something that
```

49 (Pages 190 to 193)

194
1  would have had to go to the board of
2  directors?
3      A   It would have been mentioned to
4  them, but we really weren't opening up a new
5  lab. We already had the building.
6      Q   Right.
7      A   They had plenty of space there. So
8  it was really a matter of capital equipment
9  and sending people up there. I mean, it
10 would have been -- I assume it was mentioned
11 at the board of directors, but it wasn't a
12 huge deal.
13     Q   Have you -- have you read the
14 expert reports that DIANON has submitted in
15 this case?
16     A   What -- what expert reports?
17     Q   Experts reports. Ones filed by Dr.
18 Raul Braylan, Raul Braylan?
19     A   No.
20     Q   Do you know who Dr. Braylan is?
21     A   Oh, yes.
22     Q   How do you know him?

195
1      A   I've met him.
2      Q   When did you meet him?
3      A   Well, I first talked to him when --
4  I believe when I hired Dr. Segal because Dr.
5  Segal had worked with him and I called him
6  for a reference. I subsequently met him
7  actually this year because I guess he has a
8  long association with Greg Stelzer, who is an
9  expert in flow cytometry and is one of the
10 principals at Cytometry Associates, which was
11 acquired by Esoterix, which was acquired by
12 LabCorp. And --
13     Q   Essentially there's going to be
14 just one big lab, you know.
15     A   And so there's been some and
16 actually, no, when was the first time I met
17 him? I met him when we had our -- a meeting
18 in Brentwood. I don't remember when it was.
19 I think it was in the fall. To discuss what
20 would be our five-color flow cytometry panel.
21        So we had representatives,
22 hematopathologists from each of the

196
1  laboratories, and I was asked by Dr. Goldman
2  to come along for my calming presence or
3  whatever because she was concerned that this
4  would be screaming amongst the
5  hematopathologists over antibodies and what,
6  you know, what the panel should be. And Dr
7  Braylan was brought along as somebody with
8  gravitas and a strong reputation in the field
9  and he was going to preside over this.
10     Q   Okay. And have you seen Dr.
11 Braylan since then?
12     A   Yes, I think I saw him in January.
13 We had dinner.
14     Q   Okay. And was he in town for some
15 reason?
16     A   Yes. We actually had dinner
17 because there had been some discussion. We
18 were also impressed with his performance in
19 the fall that we thought we might talk to him
20 about his joining us and being the -- what I
21 call the uber hemopath. He would be in
22 charge of all hematopathology because one of

197
1  our tasks will be to, you know, try and get a
2  consensus not just on flow cytometry but
3  style of reports and things like that.
4      Q   So -- so you were talking about
5  hiring him?
6      A   Yes.
7      Q   As an employee, consultant or what?
8      A   No, as an employee.
9      Q   Okay. And then the other report
10 was written by Jeannine Holden?
11     A   I don't know her.
12     Q   Okay. Michael Borowitz?
13     A   I don't know him.
14     Q   Okay. He's at Johns Hopkins, by
15 the way. You don't know him from there?
16     A   No. I don't think he was there
17 when I was there.
18     Q   Okay. I don't know. You never
19 know. Have you read the government's expert
20 report?
21     A   No.
22     Q   Okay. Do you know Dr. Stewart

50 (Pages 194 to 197)