EXHIBIT 93

Page 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

```
----------------------------------x
UNITED STATES OF AMERICA          :
ex rel. JAMES J. TIESINGA,        :
                                  :
          Plaintiff,              :
                                  :
     v.                           : No. 3:02CV1573(MRK)
                                  :
                                  :
DIANON SYSTEMS, INC.,             :
                                  :
          Defendant.              :
----------------------------------x
```

                                    Washington, D.C.

                                    Tuesday, March 28, 2006

30(b)6 Deposition of

JAMES AMBERSON

a corporate designee, called for examination by counsel for Plaintiff, pursuant to notice and agreement of counsel, beginning at approximately 9:08 a.m., at the offices of the United States Department of Justice, 601 D Street, NW., Washington, D.C., before Denise Dobner Vickery of Beta Court Reporting, notary public in and for the District of Columbia, when were present on behalf of the respective parties:



Page 38

```
 1  which would be essential in any complete flow
 2  cytometry panel.
 3      Q   Okay.  And then it says, "We
 4  believe that their routine uses can be
 5  justified to insurance carriers"?
 6      A   Yes.
 7      Q   Do you know why he said that?
 8      A   I mean, I don't know why he said
 9  that.  I had said I want antibodies that if
10  people to look at them, these antibodies,
11  everybody would agree, yeah, you've got to
12  have these antibodies in there.
13      Q   Okay.  Were insurance companies
14  raising issues about whether the individual
15  antibodies were necessary?
16      A   No.  No.
17      Q   Nobody was raising that issue?
18      A   No.
19      Q   Okay.  Take a look at the top of
20  the document.  It says, "Bill, as per your
21  request, hopefully you already have a copy of
22  this information" and then "Jay."  Is that
```

Page 39

```
 1  you?
 2      A   Yes.
 3      Q   That's your handwriting?
 4      A   Yes.
 5      Q   And is -- is the Bill, Bill
 6  McDowell again?
 7      A   Yes.
 8      Q   And Bill requested the information,
 9  Mr. McDowell?
10      A   I assume so.  I don't remember
11  writing that, but it would appear to be the
12  case.
13      Q   Okay.  So you don't remember
14  whether he asked for it or not?
15      A   No.
16      Q   Okay.  Up at the top you see some
17  fax numbers up there and one of them says
18  10/1997, Christopher F. Metz.
19      A   Yes.
20      Q   Who is Mr. Metz?
21      A   He was -- at the time I think he
22  was in sales.
```

Page 40

```
 1      Q   Okay.  Do you know what position he
 2  held in sales?
 3      A   Well, he had a lot of different
 4  positions.  He was involved in sales with
 5  managed care, and then he was also just a
 6  straightforward sales rep.  I'm not sure what
 7  he was at the time.
 8      Q   Okay.  But he dealt with managed
 9  care organizations?
10      A   In the latter part of his career at
11  DIANON.  I'm not certain he was even doing
12  that at that point.  I just don't remember.
13      Q   Okay.  And what about Cathleen
14  Pavlowski?
15      A   I have no idea who that is.
16      Q   Okay.  And then down at the bottom
17  there's a notation that says "Move to 18."
18  Do you know who -- who wrote that?
19      A   No.  I would guess it was Mr.
20  McDowell, but I don't know.
21      Q   Okay.  So Mr. McDowell made the
22  decision to -- to bill for 18?
```

Page 41

```
 1      A   No.  I made the decision.
 2      Q   You made that decision?
 3      A   (Nodding)
 4          MS. DAVIS:  Okay.  This has been
 5  marked as Exhibit 7.
 6              (Deposition Exhibit No. 7 was
 7              marked for identification.)
 8          BY MS. DAVIS:
 9      Q   Can you tell me what that is?
10      A   Yes.  This is a form for either
11  changing fees or CPT codes or test profiles
12  that was in existence at the time.
13      Q   Okay.
14      A   And this is the form where they
15  went -- we changed from billing for 26
16  antibodies to 18.
17      Q   Okay.  And in the very center it
18  says "Current patient fees/CPT codes."  Then
19  it says 26 -- I don't know what that says.
20      A   Typings I believe.
21      Q   Typings times $45?
22      A   Yes.
```