EXHIBIT 73

Page 89

1  remember getting all hot and bothered while I was at
2  Dianon. I remember him getting all hot and bothered when
3  I was at Dianon about this, but...
4     Q.  Do you remember any discussion about harassment
5  by payers, about whether --
6     A.  Oh, well, that -- I mean, that's something you
7  only know when you know whether or not your billing is
8  getting done, I mean whether what you're billing for is
9  getting reimbursed, and I wouldn't have been in on
10 those -- I wouldn't have been in on those discussions.
11 But I can tell you from experience that it's not
12 infrequent when you don't get paid by your -- when you
13 don't get paid by the person who is supposed to paying
14 you, that you'll talk about them giving you a hard time
15 about paying their bills properly.
16    Q.  But that wasn't an issue for the
17 hematopathologists at Dianon?
18    A.  No, not that I remember. I mean, I remember
19 discussing how well the "product line" was doing, but I
20 don't recall anything about whether people were paying.
21    MS. DAVIS:  Okay. Let's go off the record for
22 a minute. I have to get a copy of something.
23    THE VIDEOGRAPHER:  We are off the record at
24 11:14.
25    (Recess taken.)

Page 90

1     THE VIDEOGRAPHER:  We are back on the record at
2  11:19.
3     (Whereupon, a medical article was marked
4  Exhibit-16 for identification.)
5  BY MS. DAVIS:
6     Q.  Doctor, I'm going to have you take a look at
7  what's been marked as Exhibit 16.
8     A.  Yes.
9     Q.  Okay. Have you seen that before?
10    A.  No.
11    Q.  Okay. This is an article titled Optimal Number
12 of Reagents Required to Evaluate Hematolymphoid
13 Neoplasias: Results of an International Consensus
14 Meeting, and take a look at the authors there. Do you
15 know anything about those folks?
16    A.  Do I know them?
17    Q.  Yeah.
18    A.  Well, I know Raul Braylan and Michael Borowitz
19 by name. And I knew Bruce H. Davis. He used to be at my
20 medical school as an attending until he left and went
21 elsewhere.
22    Q.  Okay.
23    A.  The only person whose name is unfamiliar is
24 Alberto Orfao.
25    Q.  Okay. And, I'm sorry, how do you know -- you

Page 91

1  know Dr. Braylan and Dr. Borowitz just by name?
2     A.  Yes.
3     Q.  You never met them?
4     A.  No.
5     Q.  Okay. There's this consensus document which is
6  dated in 2000, and then there's an earlier one which was
7  dated in 1997. Did you review either of those -- have
8  you reviewed either of those documents, consensus
9  documents?
10    A.  No. No.
11    Q.  Okay.
12    A.  I would have been in graduate school at that
13 time, and I don't think I was paying that close
14 attention.
15    Q.  What about the 1997 one?
16    A.  The 1997 one? Which one was that?
17    Q.  Yeah. It was titled U.S. and Canadian
18 Consensus Recommendations.
19    A.  I don't recall it. And what journal was it
20 in?
21    Q.  Cytometry.
22    A.  No. Not that I -- not that there's anything
23 bad with Cytometry, but I probably wasn't reading that at
24 the time.
25    Q.  Why not?

Page 92

1     A.  In 1997? Well, usually because if there's
2  something hematopoietic, it was either being published in
3  Blood or else it was being published in one of the
4  pathology journals, and so I wouldn't have been looking
5  in a Cytometry journal for it. But somebody probably at
6  Dianon would have told me about it. But in 1997 I don't
7  know if I was still there.
8     Q.  Okay. And that's because you switched --
9     A.  Yeah.
10    Q.  -- carriers basically?
11    A.  I left. Yeah. Yeah. Well, yeah. I mean, I
12 tried to -- believe me, you try to keep up on all this
13 kind of stuff, and you sort of use your grapevine. When
14 there's something out there that's important for
15 hematopathologists to know, you keep in touch with other
16 hematopathologists.
17    Q.  Okay. But Cytometry was not one of the
18 journals that you routinely looked at?
19    A.  No, because cytometry can include just about
20 everything you use a cytometer for.
21    Q.  So it could be -- for example, it could be used
22 for cytopathology?
23    A.  Well, yeah. I mean, a lot of cytometry -- flow
24 cytometry is done for DNA analysis, and so it's used a
25 lot for other malignancies. I mean, you're looking for