*fee pd.*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA <br> ex rel. DR. JAMES J. TIESINGA, <br><br> Plaintiffs, <br><br> v. <br><br> DIANON SYSTEMS, INC., <br><br> Defendant. | No. 3:02CV1573(MRK) <br><br><br> **MOTION FOR ADMISSION** <br> ***PRO HAC VICE*** <br> **OF WILLIAM PIERMATTEI** <br><br> January 5, 2007 |

The Defendant, Dianon Systems, Inc., by its counsel, Mary A. Gambardella, of Epstein Becker & Green, P.C., a member of the Bar of this Court, respectfully moves, pursuant to Local Rule 83.1(d) of the Local Rules of Civil Procedure for the District of Connecticut, for the admission of William Piermattei, an attorney with the law firm Venable LLP, 2 Hopkins Plaza, Baltimore, Maryland 21204, as *pro hac vice* counsel for the said Defendant in association with the undersigned and other *pro hac vice* counsel admitted in the above-captioned matter. In support of this motion, the undersigned represents as follows:

1. Attorney Piermattei has been admitted to the following Bars and Courts:

    Maryland – 1999

    United States District Court for the District of Maryland – 2001

2. Attorney Piermattei is a member in good standing of all Bars to which he has been admitted and has never been the subject of any disciplinary proceedings.

3.     Attorney Piermattei has not resigned nor been denied admission, reprimanded, suspended or disbarred from the practice of law by this or any other court, nor does he have any grievances pending against him.

4.     Attorney Piermattei has not been denied admission or been disciplined in accordance with Rule 83.2 of the Local Rules of Civil Procedure for this District and has not been denied admission or disciplined by any other court.

5.     Attorney Piermattei has specialized knowledge of the facts of this case and of the circumstances described by the allegations of the Complaint.

6.     Attorney Piermattei has not previously been admitted *pro hac vice* to the United States District Court of Connecticut.

7.     Attorney Piermattei has reviewed and is familiar with the Rules of the United States District Court for the District of Connecticut.

The Affidavit of William Piermattei has been annexed hereto in support of this motion. Mr. Piermattei's telephone number is (410) 244-7473. His fax number is (410) 244-7742.

**WHEREFORE**, the undersigned respectfully requests that the Court grant permission for William Piermattei to appear *pro hac vice* on behalf of Dianon Systems, Inc. in the above-referenced matter.

**EPSTEIN BECKER & GREEN, P.C.**
Attorneys for Defendant Dianon Systems, Inc.

By: _____
Mary A. Gambardella
Federal Bar No. (#ct05386)
One Landmark Square, Suite 1800
Stamford, CT 06901-2601
(203) 348-3737
203-324-9291 (fax)
mgambard@ebglaw.com

-2-

NY:1546252v1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was sent, via regular mail, postage prepaid, this 5th day of January 2007 to:

> Richard M. Molot, Esq.
> Assistant United States Attorney
> Office of U.S. Attorney, District of Connecticut
> Connecticut Financial Center
> U.S. Department of Justice
> 157 Church Street
> New Haven, Connecticut 06510
>
> Patricia Davis, Esq.
> Assistant Director
> Commercial Litigation Branch
> Civil Division
> U.S. Department of Justice
> Washington, D.C. 20530
>
> Bryan T. Carmody, Esq.
> Maya & Associates, P.C.
> 266 Post Road East
> Westport, CT 06880

_____
Mary Gambardella

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ex rel. DR. JAMES J. TIESINGA, ) <br>  ) <br> Plaintiffs, ) <br>  ) <br> v. ) <br>  ) <br> DIANON SYSTEMS, INC., ) <br>  ) <br> Defendant. ) | No. 3:02CV1573(MRK) <br><br> **AFFIDAVIT OF** <br> **WILLIAM PIERMATTEI** |

I, William Piermattei, being duly sworn, state and aver, based on my personal knowledge of the following:

1. I am an associate with the firm Venable LLP, 2 Hopkins Plaza, Baltimore, Maryland 21201, email WFPiermattei@venable.com, phone: 410-244-7473, facsimile: 410-244-7742, and admitted to the following bars and courts:

   Maryland - 1999

   United States District Court for the District of Maryland - 2001

2. I am a member in good standing of the Bars to which I have been admitted and I have never been the subject of any disciplinary proceedings.

3. I have not resigned nor been denied admission, reprimanded, suspended or disbarred from the practice of law by this or any other court, nor do I have any grievances pending against me.

4. I have not been denied admission or been disciplined in accordance with the Local Rules of Civil Procedure for this District and have not been denied admission or disciplined by any other court.

-2-

5. I am familiar with the facts of this case and have knowledge of the circumstances giving rise to this action.

6. I have not previously been admitted *pro hac vice* to the U.S. District Court of Connecticut.

7. I have reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

                                                                William Piermattei

Dated: 1/4/07

Subscribed and sworn to before me
this 4 day of January, 2007

Notary Public

Ex 1-1-08