# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## APPEARANCE

CASE NUMBER: 3:02CV1573(MRK)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

DIANON SYSTEMS, INC.

---

1/10/07
**Date**

phv01585
**Connecticut Federal Bar Number**

(410) 244-7473
**Telephone Number**

(410) 244-7742
**Fax Number**

wfpiermattei@venable.com
**E-mail address**

*Signature*

William F. Piermattei
**Print Clearly or Type Name**

2 Hopkins Plaza - Ste. 1800
**Address**

Baltimore, Maryland  21201

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Bryan T. Carmody, Esq.
Maya & Associates, P.C.
266 Post Road East
Westport, CT  06880

Richard M. Molot, Esq.
Assistant United States Attorney
Office of U.S. Attorney, District of Connecticut
Connecticut Financial Center
U.S. Department of Justice
157 Church Street
New Haven, CT  06510

*Signature*

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24