**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. DR. JAMES J. TIESINGA,<br><br>Plaintiffs,<br><br>v.<br><br>DIANON SYSTEMS, INC.<br><br>Defendants. | ) | No. 3:02 CV 1573(MRK) |

**NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL**
**FOR THE UNITED STATES**

The Clerk of the Court shall please take notice of the appearance of Melissa A. Meister as additional counsel for the United States in this matter. Ms. Meister is an attorney with the Department of Justice, Civil Division. Ms. Meister is admitted to practice before the Supreme Court of Arizona.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KEVIN J. O'CONNOR
United States Attorney

JOHN B. HUGHES
Assistant U.S. Attorney
Chief, Civil Division

RICHARD MOLOT
Assistant United States Attorney
Federal Bar No. CT21676
157 Church Street
New Haven, Connecticut 06510
(203) 821-3700

MICHAEL F. HERTZ
JOYCE R. BRANDA
PATRICIA R. DAVIS
MELISSA A. MEISTER
Attorneys, Civil Division
Commercial Litigation Branch
Post Office Box 261, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-7986
Facsimile: (202) 514-0280

Attorneys for the United States

CERTIFICATION OF SERVICE

I hereby certify that on this 1st day of February 2007, a true and correct copy of the **Notice of Appearance of Additional Counsel for the United States**, was served by first-class mail and/or electronic mail on:

Bryan T. Carmody, Esq.
Maya & Associates, P.C.
183 Sherman Street
Fairfield, CT 06430

Robert Salcido, Esq.
Akin Gump Strauss Hauer & Field, LLP
Robert Strauss Building
1333 New Hampshire Ave, NW
Washington, D.C. 20036
rsalcido@akingump.com

Bruce R. Parker
Venable LLP
1800 Mercantile Bank & Trust Bldg.
2 Hopkins Plaza
Baltimore, Md. 21201
brparker@venable.com

Melissa A. Meister
Trial Attorney
U.S. Department of Justice