UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : <br> ex rel. DR. JAMES J. TIESINGA, : <br> : <br> Plaintiffs, : <br> : <br> v. : <br> : <br> DIANON SYSTEMS, INC. and : <br> ETHEL JANEGA : <br> : <br> Defendants. : | No. 3:02CV1573 (MRK) |

**TRIAL SCHEDULING ORDER**

The parties having conferred by telephone conference on March 5, 2007, the Court sets the following schedule:

>Jury selection will take place on **September 26, 2007, at 9:30 a.m.** in Courtroom # 4, United States District Court, 141 Church Street, New Haven, Connecticut.   Trial will commence in this case at **9:00 a.m. on October 9, 2007** and continue from day-to-day until completed.
>
>**All persons entering the courthouse must present photo identification.**

IT IS SO ORDERED.

/s/      Mark R. Kravitz
United States District Judge

Dated at New Haven, Connecticut: March 5, 2007.