UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA<br>ex rel. DR. JAMES J. TIESINGA,<br><br>      Plaintiffs,<br><br>      v.<br><br>DIANON SYSTEMS, INC.,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)  No. 3:02 CV 1573(MRK)<br>)<br>)  March 9, 2007<br>)<br>)<br>) |

**PARTIES' PROPOSED SCHEDULE**

Pursuant to the scheduling conference call with the Court on March 5, 2007, the parties respectfully submit the following proposed schedule.

<u>Joint Trial Memorandum Schedule</u>: The parties have agreed to the following schedule, subject to the Court's approval.

-Parties exchange exhibits, deposition designations and witnesses - June 27th

-Joint Trial Memorandum (Items 1-8) - July 25th

-Stipulations of Fact, Jury Instructions, voir dire or bench memo (Item 9), motions in limine - August 10th

-Objections to jury instructions and voir dire - opposition to motions in limine - August 24th

-Replies to motions in limine, jury instructions, and voir dire - August 31st

-Final pretrial conference - Sept. 5

<u>Advanced briefing schedule regarding certain motions in limine</u>

-Dianon's motions in limine re the statistical sample and other issues - April 20

-Government's opposition - May 11

-Dianon's reply - May 21

Pursuant to the proposed schedule, the motion will be fully submitted by May 21, 2007. Thus, the Court will have a chance to rule on the motion prior to June 27, 2007, which is the date the parties have agreed to exchange exhibits, deposition designations and witnesses. The parties respectfully request a ruling on the motion before they have to exchange exhibits and witnesses, as the Court's ruling will effect the scope of the parties' submissions.

In addition to the previously discussed motion to exclude the statistical sample, Dianon wishes to submit motions in limine: (1) to exclude evidence of false claims based on Dianon's overbilling for some 1996 claims; and (2) requesting exclusion of witnesses, admission of facts, and an adverse inference jury instruction due to Government's alleged discovery violations. Dianon seeks to brief these issues because they could have a significant impact on the witnesses and evidence presented at trial and therefore the Joint Trial Memorandum and trail preparation. The Government also may make an advanced motion in limine regarding certain alleged discovery violations by Dianon. The parties may also make additional motions in limine by August, 10, 2007, the date set forth in the proposed Joint Trial Memorandum schedule, as set forth above.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KEVIN J. O'CONNOR
United States Attorney

_/s/ R. M. M._

RICHARD M. MOLOT
Assistant United States Attorney
Federal Bar No. CT21676
157 Church Street
New Haven, Connecticut 06510
Richard.Molot2@usdoj.gov

2

(203) 821-3700

MICHAEL F. HERTZ
JOYCE R. BRANDA
PATRICIA R. DAVIS
MELISSA A. MEISTER
Attorneys, Civil Division
Commercial Litigation Branch
Post Office Box 261, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-0240
Facsimile: (202) 305-7797
Attorneys for the United States

/Robert Salcido/ by RRN with permission
ROBERT SALCIDO, admitted pro hac vice
Fed. Bar. No. 447951
Akin Gump Strauss Hauer & Feld, LLP
1333 New Hampshire Avenue, NW
Washington, DC 20036

Attorneys for Dianon Systems, Inc.

3

CERTIFICATION OF SERVICE

I hereby certify that on this 9th day of March 2007, a true and correct copy of the Parties' Proposed Schedule was served by first-class mail and electronic mail on:

> Robert Salcido, Esq.
> Akin, Gump, Strauss, Hauer & Feld, LLP
> 1333 New Hampshire Avenue, N.W.
> Washington, D.C. 20036
>
> Bruce Parker, Esq.
> Venable LLP
> 1800 Mercantile Bank & Trust Bldg.
> 2 Hopkins Plaza
> Baltimore, Maryland 21201
>
> Bryan T. Carmody, Esq.
> Maya & Associates, P.C.
> 266 Post Road East
> Westport, CT 06880

_____
Richard M. Molot
Assistant U.S. Attorney