## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA<br>ex rel. DR. JAMES J. TIESINGA,<br><br>        Plaintiffs,<br><br>v.<br><br>DIANON SYSTEMS, INC. and<br>ETHEL JANEGA<br><br>        Defendants. | :<br>:<br>:<br>:<br>:<br>:    No. 3:02CV1573 (MRK)<br>:<br>:<br>:<br>:<br>: |

## JOINT TRIAL MEMORANDUM AND
## ADVANCED BRIEFING SCHEDULING ORDER

1. <u>Joint Trial Memorandum</u>

   The parties shall exchange exhibits, deposition designations and witnesses no later than **June 27, 2007**;

   The Joint Trial Memorandum (Items 1-8) shall be filed no later than **July 25, 2007**;

   Stipulations of Fact, Jury Instructions, voir dire or bench memorandum (Item 9), and motions in limine shall be filed no later than **August 10, 2007**;

   Objections to jury instructions and voir dire - opposition to motions in limine shall be filed no later than **August 24, 2007**; and

   Replies to motions in limine, jury instructions, and voir dire shall be filed no later than **August 31, 2007**.

   A Final Pretrial Conference will be held in Courtroom Four, United States District Court, 141 Church St., New Haven, Connecticut on **September 5, 2007 at 9:30 a.m. TRIAL COUNSEL MUST ATTEND THE FINAL PRE-TRIAL CONFERENCE.**

2. <u>Advanced briefing schedule regarding certain motions in limine</u>

    Dianon Systems, Inc.'s motions in limine regarding the statistical sample and other issues shall be filed no later than **April 20, 2007**.

    The Government's opposition shall be filed no later than **May 11, 2007**.

    Dianon Systems, Inc. shall file its reply brief no later than **May 21, 2007**.

                           IT IS SO ORDERED.


                          /s/     <u>     Mark R. Kravitz     </u>
                                       United States District Judge


Dated at New Haven, Connecticut: <u>March 13, 2007</u>.