# United States District Court

DISTRICT OF CT

United States District Court
District of Connecticut
FILED AT NEW HAVEN
3/13 2007
Kevin F. Rowe, Clerk
M. Ruocco
Deputy Clerk

USA
v.
Dianon Sys Inc.

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 3:02cv1573

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Mark Kravitz | Molot / Davis | Parker / Piematter |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 3/13/07 Mot Hrg. | T. Finkelstein | M. Ruocco |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| X | | 3/13/07 | | | Stuart Dale Flynn - Phoenix AZ |
| | X | 3/13/07 | | | Jeannine Holden - Atlanta GA |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___ Pages