# United States District Court

DISTRICT OF Connecticut

FILED AT 3/13 2007
Kevin F. Rowe, Clerk
By M. Ruocco, Deputy Clerk

Tiesinga v. Dianon Systems Inc

EXHIBIT AND WITNESS LIST

CASE NUMBER: 3:02CV1573

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Mark R. Kravitz | Rick Molot / Patricia Davis | Bruce Parker / William Piematti |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 3/13/07 - Mot. Hrg. | Thea Finkelstein | Melissa Ruocco |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 3/13/07 | | ✓ | Curriculum Vitae - Dr. Flynn |
| 5 | | " | | ✓ | Test results starting with sample 53 |
| 3 | | " | | ✓ | Document re: Common Combinations 2001-2004 |
| 7 | | " | | ✓ | Expert report by Dr. Flynn |
| 4 | | " | | ✓ | Dianon chart - worksheet - sample 144 |
| 6 | | " | | ✓ | Manuscript re: Mantle Cell Lymphoma |
| 8 | | " | | ✓ | Deposition excerpt of Dr. Flynn 5/10/06 |
| 9 | | " | | ✓ | Test samples |
| 10 | | " | | ✓ | Test samples |
| 11 | | " | | ✓ | Test samples |
| 12 | | " | | ✓ | Test samples |
| 13 | | " | | ✓ | Test samples |
| 14 | | " | | ✓ | Test samples |
| 15 | | " | | ✓ | Test samples |
| 16 | | " | | ✓ | |
| 17 | | " | | ✓ | |
| 18 | | " | | ✓ | |
| 19 | | " | | ✓ | |
| 20 | | " | | ✓ | |
| | 501 | " | | ✓ | Chart |
| | 502 | " | | ✓ | Email to Rick Molot |
| | 503 | " | | ✓ | Worksheet |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages

# United States District Court

DISTRICT OF _____

Continued EXHIBIT ~~AND WITNESS~~ LIST

V.

CASE NUMBER:

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
|  | 504 | 3/13/07 |  | ✓ | Review of records # 215 |
|  | 505 | " |  | ✓ | Review of records # 82 |
|  | 506 | " |  | ✓ | Review of records # 178 |
|  | 507 | " |  | ✓ | Review of records # 159 |
|  | 508 | " |  | ✓ | Records # 70 |
|  | 509 | " |  | ✓ | Records # 84 |
|  | 510 | " |  | ✓ | Records # 79 |
|  | 511 | " |  | ✓ | Census Recommendations |
|  | 512 | " |  | ✓ | Articles 2001 |
|  | 513 | " |  | ✓ | Case reports 2000 |
|  | 514 | " |  | ✓ | Curriculum vitae - Dr. Holdey |
|  | 515 | " |  | ✓ | File 139 w/ Dr. Flynn's handwritten notes |
| 21 |  | " |  | ✓ | Doc. related to billing/workup - Initial |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___ Pages