UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ex rel. DR. JAMES J. TIESINGA, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DIANON SYSTEMS, INC., ) <br> ) <br> Defendant. ) | No. 3:02CV1573(MRK) |

### DIANON'S POST-HEARING SUPPLEMENTAL SUBMISSION
### IN SUPPORT OF ITS MOTION TO EXCLUDE THE OPINIONS OF
### STUART FLYNN, M.D.

During the March 13, 2007 hearing before this Court concerning Dianon Systems Inc.'s Motion to Exclude the Opinions of Stuart Flynn, M.D. (docket entry #185), the Court granted leave to submit excerpts and exhibits to supplement the record. Dianon submits the following:

**I.    Government Designee Points of Disagreement with Stuart Flynn, M.D.**

1.    Dr. Stetler-Stevenson, flow cytometry laboratory director for the National Cancer Institute, a division of the National Institute of Health (NIH), testified on behalf of the government as its F.R.C.P. 30(b)(6) designee concerning "(a)ntibody panel design and implementation for flow cytometry testing for leukemia and lymphoma or the diagnosis and staging of hematopoietic disease from January 1, 1996 through January 1, 2004." *Exhibit 1*, Dianon Notice of Deposition at ¶3(a).

2.    Attached is Dr. Stetler-Stevenson's testimony concerning the following subjects:

-2-

(a)  NCI designs its flow cytometry panel for medical diagnostic services. *Exhibit 2*, Deposition of Dr. Stetler-Stevenson at 85:20 to 86:13, *Exhibit 3*, NCI flow cytometry panels (Deposition Exhibits 12 to 14). Compare to *Exhibit 4*, Deposition of Stuart Flynn, M.D. at 159:20 to 161:7, 163:9 to 164:2 (NIH constructs their panels for research and diagnostic services).

(b) NCI flow cytometry panel designs are restricted by the laboratory's budget. *Exhibit 2* at 107:9 to 108:10.

(c) NCI has utilized a comprehensive approach to flow cytometry from 1996 to the present. *Exhibit 2*, 124:15 to 125:12; 130:15 to 131:11, *Exhibit 3*. Dr. Stetler-Stevenson does not agree with Dr. Flynn's opinion that a targeted or "disease directed" approach to flow cytometry based on morphologic information is medically appropriate. *Exhibit 2* at 108:11 to 112:16; 144:21 to 145:20.

(d) Dr. Stetler-Stevenson agrees with the diagnostic utility of antibodies that Dianon used and contradicts Dr. Flynn's opinions that certain antibodies are medically unnecessary. *Exhibit 2* at 96:10 to 102:12; 103:1 to 103:16, 159:14 to 160:9; *Exhibit 3* compare with *Exhibit 5*, Report of Stuart Flynn, M.D. at 3 (Dr. Stetler Stevenson testified that CD2, CD7, CD22, CD25, CD13, CD33, CD34, CD57, CD11c, and CD103, HLA-DR are medically necessary for a lymphoma panel – all excluded by Dr. Flynn as medically unnecessary).

BA2DOCS1 #311139

## II.     Dr. Flynn was provided Dianon reports throughout his deposition

3. Dr. Flynn was provided and had access to Dianon's reports (and panel designs), contradicting his testimony before the Court. Attached as *Exhibit 6* are deposition exhibits 19-25, 27, 31, 33-34, 37-38, and 40 (15 deposition exhibits included Dianon reports, 4 did not). The deposition exhibits included clinical information and the Dianon report for each patient. The attached deposition exhibit excerpts only include the relevant Dianon reports.

Dianon has requested the transcripts for both the motion for summary judgment and the Daubert hearing conducted before this Court. Dianon may submit an additional supplement referencing those portions of the transcript that are relevant to oral argument of its Motion to Exclude the Opinions of Stuart Flynn, M.D.

Respectfully submitted,

*/s/ [signature]*

Bruce R. Parker, admitted pro hac vice
Bar no. PHV01015
William Piermattei, admitted pro hac vice
Bar no. PHV 01585
Venable LLP
1800 Mercantile Bank & Trust Bldg.
2 Hopkins Plaza
Baltimore, Maryland 21201
(410) 244-7400


Robert Salcido, admitted pro hac vice
Fed. Bar no. 447951
Akin Gump Strauss Hauer & Feld, LLP
1333 New Hampshire Avenue, NW
Washington, DC 20036

Attorneys for Dianon Systems, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of March, 2007, a copy of the foregoing Post-Hearing Supplemental Submission and attachments thereto were sent via U.S. mail, postage prepaid, to:

Richard M. Molot, AUSA
U.S. Department of Justice
Connecticut Financial Center
157 Church Street
P.O. Box 1824
New Haven CT 06510

Bryan T. Carmody
Maya & Associates, P.C.
266 Post Road East
Westport, CT 06880

William Piermattei