# EXHIBIT 3

## Unknown -- PB or BM[1]

|    |     | FITC     | PE       | PerCP/CY5.5 | APC      |          |
|----|-----|----------|----------|-------------|----------|----------|
| 1. | L1. | Isotype  | Isotype  | CD45        | Isotype  |          |
| 2. | L2. | CD3      | CD16+56  | CD45        | CD19     |          |
| 3. | L3. | CD33     | CD13     | CD45        | CD14     |          |
| 4. | L4. | CD36     | CD64     | CD45        | CD71     |          |
| 5. | L5. | CD4      | CD8      | CD45        | CD3      |          |
| 6. | L6. | CD57     | CD56     | CD45        | CD3      | LGL tube |
| 7. | L7. | TCR a/b  | TCR g/d  | CD45        | CD8      |          |
| 8. | L8. | TCR a/b  | TCR g/d  | CD3         | CD5      |          |
| 9. | T1. | CD7      | CD2      | CD3         | CD5      |          |
| 10.| T2. | CD7      | CD5      | CD3         | CD25     |          |
| 11.| T3. | CD7      | CD25     | CD4         | CD3      |          |
| 12.| T4. | CD5      | CD38     | CD19        | CD34     |          |
| 13.| T6. | CD30     | CD2      | CD4         | CD25     |          |
| 14.| B1. | CD20     | CD22     | CD45        | CD10     | FCL tube |
| 15.| B2. | CD103    | CD25     | CD20        | CD11c    | HCL tube |
| 16.| B3. | FMC7     | CD79b    | CD19        | CD23     | CLL tube |
| 17.| B4. | Kappa    | Lambda   | CD19        | CD XX ** |          |
| 18.| B5. | Kappa    | CD22     | *CD20       | CD XX ** |          |
| 19.| B6. | Lambda   | CD22     | *CD20       | CD XX ** |          |

20. IRTA-2 cocktail (choose disease-specific HCL, T cell, FCL, or CLL cocktails APC has already been added)

**NOTE: Within 6 months of rituxan Rx, consult supervisor (CD19 may be preferential Aby choice).
**NOTE: Tumor specific APC marker: Mantle or CLL = CD5, Follicular = CD10, HCL= CD11c.
       If unknown, run B4,B5,B6 as:    K/L/19/ CD5,    K/22/20/ CD10,    L/22/20/ CD10

### BM tubes

|      | FITC | PE   | PerCP/CY5.5 | APC  |
|------|------|------|-------------|------|
| BM3. | CD19 | CD10 | CD45        | CD34 |

Additional Protocol specific tubes:

| | FITC | PE | PerCP/CY5.5 | APC |
|---|---|---|---|---|
| T cell Unknown : | CD7 | CD25 1:1 | CD4 | CD3 |
| (UNK Medi 507 panel elsewhere) | CD7 | 7G7 | CD4 | CD3 |
| | CD7 | CD52 | CD4 | CD3 |
| T cell Waldeman / Janik / CAMPATH: | CD7 | CD52 | CD8 | CD3 |
| Anaplastic large cell Lymphoma | CD5+CD3 | CD30-Hefi | CD4 or known+ | CD2 or known+ ** |
| If CD52 checked: | CD30 | CD52 | CD4 or known+ | CD2 or known+ ** |
| If CD25 and 7G7 checked: | CD30 | CD7G7 | CD4 or known+ | CD2 or known+ ** |
| (** Therapeutic tubes) | | | | |
| Angioimmunoblastic lymphoma | CD5 | CD7 | CD3 | CD10 |
| (AIL) | CD5 | CD7 | CD45 | CD10 |

_m/Hble Alevin_   2/29/05

# Unknown Lymphoma-- PB or BM[1]

2002

|    | FITC     | PE       | PerCP/CY5.5 | APC      |          |
|----|----------|----------|-------------|----------|----------|
| 1. | Isotype  | Isotype  | CD45        | Isotype  |          |
| 2. | CD3      | CD16+56  | CD45        | CD19     |          |
| 3. | CD33     | CD13     | CD45        | CD14     |          |
| 4. | CD71     | glyco A  | CD45        | ----     |          |
| 5. | CD4      | CD8      | CD45        | CD3      |          |
| 6. | CD57     | CD56     | CD45        | CD3      | LGL tube |
| 7. | TCR a/b  | TCR g/d  | CD8         | -------- |          |
| 8. | CD7      | CD2      | CD3         | CD5      |          |
| 9. | CD7      | CD2      | CD3         | CD25     |          |
| 10.| CD7      | CD25     | CD4         | CD3      |          |
| 11.| CD5      | CD38     | CD34        | CD19     |          |
| 12.| CD20     | CD22     | CD45        | CD10     | FCL tube |
| 13.| CD103    | CD25     | CD20        | CD11c    | HCL tube |
| 14.| FMC7     | CD79b    | CD19        | CD23     | CLL tube |
| 15.| Kappa    | Lambda   | CD19        | CD XX ** |          |
| 16.| Kappa    | CD22     | **CD20      | CD XX ** |          |
| 17.| Lambda   | CD22     | **CD20      | CD XX ** |          |

**NOTE:  Within 6 months of rituxan Rx, consult supervisor (CD19 may be preferential Aby choice).
**NOTE:  Tumor specific APC marker: Mantle or CLL = CD5, Follicular = CD10, HCL= CD11c.
         If unknown, run K/L/19/ CD5,    K/22/20/ CD10,    L/22/20/ CD10

**BM tubes**

CONFIDENTIAL HEALTH INFORMATION - SUBJECT TO PROTECTIVE ORDER

| 18. | CD16 | CD13 | CD45 | CD33 |
| 19. | CD36 | CD64 | CD45 | CD14 |
| 20. | CD19 | CD10 | CD45 | CD34 |

**Additional Protocol specific tubes:**

| T cell Unknown (Waldman): | CD7 | 7G7  | CD4 | CD3 |
| Waldeman / CAMPATH:       | CD7 | CD52 | CD4 | CD3 |

-- analysis together with tube #10, above
-- also, see Maryalice or Doug for additional panel markers

HU1D10:   See HU1D10 Panel (adds activation marker tubes and HU1D10 tubes)

Kwak:     See Kwak Unknown LN panel  (add Heavy chain tubes and HU1D10 tubes)

Anaaplastic large cell lymphoma (ALCL): CD30/CD2/CD3/CD14 and CD30/CD2/CD4/CD14 (min. 2-tube panel)

---

[1] Revised 11-21-2002

NIH000099

## CML/ MDS/ MPD [1]

|  |  | FITC | PE | PerCP/CY5.5 | APC |
|---|---|---|---|---|---|
| 1. | L1. | Isotype | Isotype | CD45 | Isotype |
| 2. | L2. | CD3 | CD16+56 | CD45 | CD19 |
| 3. | L3. | CD33 | CD13 | CD45 | CD14 |
| 4. | L4. | CD36 | CD64 | CD45 | CD71 |
| 5. | BM3. | CD19 | CD10 | CD45 | CD34 |
| 6. | B1. | CD20 | CD22 | CD45 | CD10 |
| 7. | BL1. | Kappa | Lambda | CD45 | CD19 |
| 8. | ML1. | CD16 | CD13 | CD45 | CD11b |
| 9. | ML2. | CD33 | HLA-DR | CD45 | CD14 |
| 10. | ML3. | CD38 | CD117 | CD45 | CD34 |
| 11. | MDS1 | CD15 | CD11b | CD45 | CD34 |
| 12. | MDS2 | CD33 | CD56 | CD45 | CD14 |
| 13. | MDS3 | CD36 | Gly A | CD45 | CD71 |
| 14. | MDS4 | CD7 | CD2 | CD45 | CD33 or 13 or 34** |
| 15. | MDS5 | CD5 | CD38 | CD45 | CD19 |

*M Stetler-Stevenson 2/26/05*

** apc for MDS4 cocktail should be determined by pathologist and added separately.

[1] Began 11/2004

EXHIBIT DIS 14  2  8/22

NIH000905