# EXHIBIT 4

```
                                                              Page 1
 1              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF CONNECTICUT
 2

 3     - - - - - - - - - - - - - - - - )
                                        )
 4     UNITED STATES OF AMERICA,        )
       ex rel. Dr. James J. Tiesinga    )NO.: 3:02CV1573(MRK)
 5               PLAINTIFFS             )
                                        )
 6     VS.                              )
                                        )
 7     DIANON SYSTEMS, INC.             )
                 DEFENDANT              )
 8                                      )
       - - - - - - - - - - - - - - - - )
 9

10

11              DEPOSITION OF: STUART FLYNN, M.D.

12              DATE TAKEN: MAY 10, 2006

13              LOCATION: UNITED STATES DEPARTMENT OF

14                        JUSTICE

15                        157 CHURCH STREET

16                        NEW HAVEN, CONNECTICUT

17

18

19

20

21     REPORTED BY:   IRENE J. PARRISH, RMR, LSR #085
```

## Page 2

```
 1              APPEARANCES
 2
 3   Representing the Plaintiffs:
 4       UNITED STATES DEPARTMENT OF JUSTICE
         157 Church Street, 23rd Floor
 5       New Haven, CT  06510
            By: RICHARD M. MOLOT,
 6          ASSISTANT UNITED STATES ATTORNEY
 7   Representing the Defendant:
 8       VENABLE, LLP
         Two Hopkins Plaza, Suite 1800
 9       Baltimore, MD  21201-2978
            By: BRUCE R. PARKER, ESQ.
10
11   IN ATTENDANCE:
         Glenn Segal, M.D.
```

## Page 3

```
 1                INDEX
 2   WITNESS    DIRECT  CROSS  REDIRECT  RECROSS
 3   STUART FLYNN, M.D.
     By Mr. Parker:   8
 4
 5   EXHIBITS:                 MARKED
 6
 7   DEFENDANT'S:   (For Identification)
 8    1   notice of deposition ..........   9
 9    2   letter, 3/26/03, and attachments   10
10    3   Optimal Number of Reagents Required  12
11        to Evaluate Hematolymphoid
12        Neoplasias: Results of an
13        International Consensus Meeting
14    4   U.S.-Canadian Consensus .......   15
15        Recommendations on the
16        Immunophenotypic Analysis of
17        Hematologic Neoplasia by Flow
18        Cytometry: Selection of Antibody
19        Combination
20    5   U.S.-Canadian Consensus .......   17
21        Recommendations on the
```

## Page 4

```
 1        Immunophenotypic Analysis of
 2        Hematologic Neoplasia by Flow
 3        Cytometry: Standardization and
 4        Validation of Laboratory Procedure
 5    6   Medical Legal Cases, Deposition    25
 6        and/or Trial, 1/1/02 to present
 7    7   curriculum vitae .............   31
 8    8   YNHH Laboratory Manual, Flow ..   46
 9        Cytometry Consultation
10    9   copy of report prepared by ...   79
11        Dr. Flynn, 2/10/06
12   10   memo, 5/21/97 .................   130
13   11   Consensus Protocol for the Flow  135
14        Cytometric Immunophenotyping of
15        Hematopoietic Malignancies
16   12   Diagnosis of Unexpected Acute .   158
17        Myeloid Leukemia and Chronic
18        Lymphocytic Leukemia: A Case Report
19        Demonstrating the Perils of
20        Restricted Panels in Flow Cytometric
21        Immunophenotyping
```

## Page 5

```
 1   13   collection of documents, .....   176
 2        Sample No. 36
 3   14   Optimal Number of Reagents Required  187
 4        to Evaluate Hematolymphoid
 5        Neoplasias: Results of an
 6        International Consensus Meeting
 7   15   requisition form received on or   204
 8        about 10/6/99
 9   16   requisition form, Patient 79 ..   211
10   17   requisition form, Patient 6 ...   221
11   18   Real-time Quantitative RT-PCR of   223
12        Cyclin D1 mRNA in Mantle Cell
13        Lymphoma: Comparison with FISH and
14        Immunohistochemistry
15   19   collection of documents, .....   233
16        Sample No. 63
17   20   collection of documents, .....   239
18        Sample No. 129
19   21   collection of documents, .....   245
20        Sample No. 54
21   22   collection of documents, .....   250
```

Page 158

1  your goal 100 percent of the time?
2  A   Within medical care and medical necessity, I
3  wanted to be correct.
4  Q   A hundred percent of the time?
5  A   Every time I could be.
6  Q   Okay. Let's go on to the next paper.
7              (Defendant's Exhibit No. 12,
8              Diagnosis of Unexpected Acute
9              Myeloid Leukemia and Chronic
10             Lymphocytic Leukemia: A Case
11             Report Demonstrating the Perils
12             of Restricted Panels in Flow
13             Cytometric Immunophenotyping,
14             marked for identification.)
15 BY MR. PARKER:
16 Q   I've just marked as Exhibit 12 a paper
17 published in 2000 entitled, "Diagnosis of Unexpected
18 Acute Myeloid Leukemia and Chronic Lymphocytic
19 Leukemia: A Case Report Demonstrating the Perils of
20 Restricted Panels in Flow Cytometric
21 Immunophenotyping."

Page 159

1       Did you come across this paper in your
2  review, Doctor?
3  A   No.
4  Q   One of the authors, Dr. Stetler-Stevenson, is
5  described as affiliated with the National Cancer
6  Institute within the NIH, correct?
7  A   Correct.
8  Q   Do you recognize the NIH to be a government
9  institution?
10 A   I do.
11 Q   Of some knowledge and reputation in the
12 medical arena?
13 A   Correct.
14 Q   And does the National Cancer Institute
15 provide clinical services to folks or is it purely a
16 research function?
17        MR. MOLOT: Objection.
18 A   Both.
19 BY MR. PARKER:
20 Q   Doctor, if you would skip down to -- and I
21 recognize that you have not read this so I'm simply

Page 160

1  going to draw your attention to a couple specific
2  sentences and ask for comments. You will see,
3  Doctor, the last sentence of the first paragraph
4  reads as follows: "This case illustrates the need to
5  use multiparametric analysis with antibody panels
6  designed to detect all abnormal hematopoietic
7  populations." Have I read that correctly?
8  A   Yes.
9  Q   Do you agree with -- you agree with that
10 basic approach of the need to do multiparametric
11 analyses of antibody panels?
12 A   Well, again, a sentence that has a large
13 overarching meaning to it -- so, first of all, all of
14 the panels that we've discussed today, be them
15 directed or comprehensive, represent multiparametric
16 panels or analyses so there's no disagreement with
17 that. I would certainly challenge quite vehemently
18 "To detect all abnormal hematopoietic populations"
19 because I would venture to bet even in the wonderful
20 world of the NIH, who as we all know is a
21 government-funded institution, the patients do not

Page 161

1  pay for their care.
2       These assays are done both from a clinical
3  and from a research perspective. I would venture to
4  bet that they cannot defend that they detect all
5  abnormal hematopoietic populations so it's a sentence
6  that is out of context with what they're trying to
7  defend in this case as far as I'm concerned.
8  Q   Okay. Let's go to page 2. And do you see
9  the section right above "Cytology"?
10 A   Yes.
11 Q   You see the sentence that describes that this
12 patient's specimen was sent to this lab with a
13 differential diagnosis of infection versus neoplasia?
14 A   Yes.
15 Q   Basically if I'm understanding, Doctor, what
16 the lab was presented with was a patient with a
17 variety of symptoms and lab values that are described
18 on the first page and the physician saying, "They
19 either got an infection or they got cancer, tell me
20 which"?
21 A   Well, there's additional information that

Stuart Flynn, M.D. - 5/10/06

Page 162

1  they've shared. They've shared the patient is
2  anemic. They shared that the patient does not have
3  an elevated white count, and, in fact, they shared
4  that the patient is quite neutropenic so those are
5  all valuable pieces of information.
6     Q   Absolutely, and the question was --
7     A   Go ahead. I'm sorry.
8     Q   And the question that was presented to them
9  was, "Tell me whether this patient has an infection
10 or cancer."
11    A   That's how they've portrayed it here. That's
12 fine.
13    Q   Well, that's what you understand reading this
14 paper, the question presented to the lab. "With
15 these lab values, tell me whether my patient's got
16 cancer or an infection."
17    A   That is potentially the history that was
18 written in the requisition. That is not the only
19 information they had, but that is the history on the
20 requisition.
21    Q   Sure. Okay. And if you turn on this page

Page 163

1  that we've been looking at to "Flow Cytometric
2  Analysis," do you see that?
3     A   The panels or the paragraph?
4     Q   The paragraph, sir.
5     A   Okay.
6     Q   It says, "The cells were studied with a panel
7  of antibodies, Tables 1 and 2."
8     A   Correct.
9     Q   And we could then look above that, and we
10 could see the array of antibodies that the
11 government's flow lab felt were necessary to diagnose
12 this patient with either -- or to determine whether
13 this patient had an infection or cancer?
14        MR. MOLOT: Objection to the term
15    "government's flow lab."
16    A   I'm not sure I would want to defend that they
17 thought this was necessary. This happened to be the
18 panel they did, and, once again, to put this in
19 context, they are not doing the panels for these
20 patients. Part of their job is to garner scientific
21 information about various neoplasms. So "necessary"

Page 164

1  may be an overstatement for how they design their
2  panels.
3  BY MR. PARKER:
4     Q   Well, let's just look at how they designed
5  the panel. If one looks above, there are in what's
6  described the "Antibody Panel for Pulmonary Pullback
7  Specimens" -- do you see the first one?
8     A   I do.
9     Q   There are, if I counted these correctly, on
10 the order of 22 antibodies that they used in that
11 panel?
12    A   I will accept it as 22.
13    Q   In excess of 20?
14    A   Right, and the vast majority of which are
15 also antibodies that are in the Dianon panels.
16    Q   Um-hum. Now, Doctor, looking at Table No. 1
17 and presented -- if your lab was presented with
18 precisely this same type of clinical information, no
19 more, no less, with a question presented of does the
20 patient have an infection or cancer and you attempted
21 to answer that question, which, if any, of the

Page 165

1  antibodies in Table No. 1 in your judgment were
2  medically unnecessary to use to get an answer to that
3  question?
4     A   Well, I think again you can't take it out of
5  the context of what you know about the patient.
6     Q   I'm asking you to put it in the context.
7     A   I'm going to put it in the context.
8         MR. MOLOT: Let him finish the answer.
9     A   The context would be you now have peripheral
10 blood information about this patient. You also would
11 make a smear from this specimen. So based on that
12 information -- and if I read the title of this
13 correct, it's unexpected diagnosis of both AML and
14 CLL. One would anticipate that you're going to see
15 one if not both of those populations of cells on a
16 smear, but I would also put it in the context of same
17 patient or similar kind of scenario, how many would
18 they do this panel and find nothing unsuspected, and
19 the answer would be 99.999 percent. So at some
20 point, it becomes an issue of medically necessary and
21 cost effective.