# EXHIBIT 6



63

Review of DIANON produced records

| CLAIM INFORMATION: | |
|---|---|
| Sample number: | 63 |
| Beneficiary name: | ▮▮▮▮▮▮▮ |
| Beneficiary HIC: | ▮ |
| Date of service: | 12/13/1999 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 26 |
| 88180 units considered medically necessary: | 14 |
| Comments: | 74 y0 ♀ Treated myeloma<br>∅ CD 2, 7, 13, 33, 22, 103, 11c, 56, 57, 25, 34, HLA DR |

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | _(signature)_ |
| Review date: | 7/16/03 |

**CONFIDENTIAL HEALTH INFORMATION –
SUBJECT TO PROTECTIVE ORDER**

FLYN000063

RTE: AB 561-495-3816    SEQ: M960

# DIANON SYSTEMS



| Accession No. | Chart No. | Sex | D.O.B. | Page |
|---|---|---|---|---|
| S91248475 | 62250 | ▮ | ▮ | 1 of 2 |

| Patient Name | Collected |
|---|---|
| ▮ | 12/13/99 |

**M-96040    DIAGNOSTIC (REPRINT)**
05/20/03

**SOUTH CTY HEM/ONC ASSOC**
**5210 LINTON BLVD # 204**

**DELRAY BEACH, FL 33484**

| Requesting Physician | Received |
|---|---|
| MD NAME NOT GIVEN | 12/14/99 |

| Referring Physician | Reported |
|---|---|
| | 12/17/99 |

| Indications For Study |
|---|
| Myeloma, ? Residual |

## PHOTOMICROGRAPH

**SPECIMEN TYPE**
**BONE MARROW**

**IMMUNOGLOBULINS**
CD19/KAPPA: 12%
CD19/LAMBDA: 7%

**MONOCLONAL ANTIBODIES**

Photomicrograph available upon request.

| T-Cell | | B-Cell | |
|---|---|---|---|
| CD5: | 74% | CD20: | 19% |
| CD3: | 52% | CD22: | 20% |
| CD4: | 38% | CD19: | 20% |
| CD8: | 22% | CD10: | 1% |
| CD2: | 70% | CD23/CD19: | 12% |
| CD7: | 80% | CD103/CD20: | 1% |
| | | CD11C/CD20: | 2% |
| | | CD5/CD19: | 16% |

| Myeloid | | Miscellaneous | |
|---|---|---|---|
| CD13: | 2% | CD45: | 100% |
| CD33: | 1% | CD16: | 16% |
| CD14: | 1% | CD56: | 20% |
| | | CD57: | 18% |
| | | CD25: | 17% |
| | | CD34: | 1% |
| | | HLA-DR: | 58% |

**IMMUNOPHENOTYPING INTERPRETATION:**

The above data were generated on a population of cells from the bone marrow which cytometrically correspond to lymphoid cells. The specimen has a viability of 97% as determined by staining with propidium iodide. The gated population comprises 5% of the sample. The specimen appears cellular and examination of Wright-stained smears and cytospin preparations confirms this impression. The cells fall within the normal lymphoid gate. The cellular population appears normal and a distinctly abnormal population is not identified. The histogram does not suggest that a separate and distinct blast or large cell population is present.

002305

Printed in U.S.A. © 1991 DIANON Systems, Inc.

200 Watson Boulevard
Stratford, CT 06615
(800)328-2666  (203)381-4000

RTE: AB 561-495-3816   SEQ: M960

# DIANON) SYSTEMS

| Accession No. S91248475 | Chart No. 62250 | Sex | D.O.B. | | Page 2 of 2 |
|---|---|---|---|---|---|
| Patient Name | | | | 130243190 | Collected 12/13/99 |
| Requesting Physician MD NAME NOT GIVEN | | | | | Received 12/14/99 |
| Referring Physician | | | | | Reported 12/17/99 |

**M-96040**      **DIAGNOSTIC (REPRINT)**
                              05/20/03

The study shows a relative normal T:B ratio for bone marrow. The T-cell population expresses pan-T-cell antigens (CD2, CD3, CD5, and CD7) in a non-aberrant fashion. The CD4:CD8 ratio is normal. The B cells are a minor population. They express pan-B-cell antigens (CD19, CD20, and CD22) in a non-aberrant fashion. CD10 (CALLA) is not significantly expressed by the B-cell population. Staining for light chains is of normal intensity and does not reveal monotypia. The NK cell population is upper-normal in number. Antigens associated with maturing granulocytes (CD13 and CD33) are not present in significant numbers of cells. Stem cell/progenitor/blast-associated antigens (CD34 and HLA-DR) are not detected and/or coexpressed in clinically meaningful numbers.

CONCLUSION:

The kappa:lambda ratio is normal. Neither light chain is predominant. Surface light chain expression, however, is a poor marker for myeloma since the cells are mature B cells and possess cytoplasmic rather than surface immunoglobulin. Inspection of the histogram for bright CD38 expression, a marker of plasma cells fails to show this feature. Therefore, these immunophenotypic findings can be used neither to confirm nor to refute the possibility of a plasma cell malignancy. Interestingly, a small polyclonal CD5+/CD19+ population is present. Increased in these cells may be seen in patients with disordered immune function.

In summary, there is no immunophenotypic evidence for a T-cell or B-cell neoplasm. Should you have any questions, I can be reached at (203) 381-4000.

C02306

*Richert E. Goyette, M.D.*

Printed in U.S.A. © 1991 DIANON Systems, Inc.                    200 Watson Boulevard
Stratford, CT 06615
(800)328-2666   (203)381-4000

Tests Performed by DIANON Systems at 200 Watson Blvd, Stratford CT

DEFENDANT'S
EXHIBIT JP
20
JP 5/10/06

129

Review of DIANON produced records

| CLAIM INFORMATION: | |
|---|---|
| Sample number: | 129 |
| Beneficiary name: | ████████ |
| Beneficiary HIC: | ████████ |
| Date of service: | 11/11/2002 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 26 |
| 88180 units considered medically necessary: | 15 |
| Comments: | 7/400? MGUS, Myeloma Bone Marrow BM bx done @ Dianon ø CD 2, 7, 13, 33, 22, 103, 11c, 57, 25, 34, HLA |

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | *[signature]* |
| Review date: | 8/6/03 |

CONFIDENTIAL HEALTH INFORMATION -
SUBJECT TO PROTECTIVE ORDER

RTE: USIAFS 301-570-0136    **SEQ: K441**

# DIANON] SYSTEMS

| Accession No.<br>SA2017768 | Chart No. | Sex | D.O.B. | Page<br>1 of 3 |
|---|---|---|---|---|
| Patient Name | | | | Collected<br>11/11/02 |
| Requesting Physician<br>MILLER, KENNETH D., MD * | | | | Received<br>11/12/02 |
| Referring Physician<br>APPEL, LAWRENCE MD | | | | Reported<br>11/18/02 |
| Indications For Study<br>MGUS, Multiple Myeloma | | | | |

**KM44102        DIAGNOSTIC REPORT**

**COMMUNITY HEM/ONC PRACT.**
**18111 PRINCE PHILLIP DR**

**OLNEY, MD 20832**

## PHOTOMICROGRAPH



**SPECIMEN TYPE**
BONE MARROW, CORE BIOPSY, BM CLOT, SLIDES

### IMMUNOGLOBULINS
**CD19/KAPPA: 5%**
**CD19/LAMBDA: 3%**

### MONOCLONAL ANTIBODIES

| T-Cell | | B-Cell | |
|---|---|---|---|
| CD5: | 54% | CD20: | 7% |
| CD3: | 56% | CD22: | 10% |
| CD4: | 33% | CD19: | 10% |
| CD8: | 39% | CD10: | 7% |
| | 81% | CD23/CD19: | 3% |
| | 76% | CD103/CD20: | 0% |
| | | CD11C/CD20: | 0% |

| Myeloid | | Miscellaneous | |
|---|---|---|---|
| CD13: | 2% | CD45: | 95% |
| CD33: | 4% | CD16: | 26% |
| CD14: | 1% | CD56: | 25% |
| | | CD57: | 25% |
| | | CD25: | 10% |
| | | CD34: | 2% |
| | | HLA-DR: | 39% |
| | | CD38: | 58% |

1 - CORE, 10X
2 - CORE, 40X
3 - ASPIRATE, 50X
4 - CLOT, 40X, IRON STORES

005100

CLINICAL HISTORY: 71 year old male with multiple myeloma.

IMMUNOPHENOTYPING INTERPRETATION:

The above data were generated on a population of cells from the bone marrow which cytometrically correspond to lymphoid cells. The specimen has a viability of 98% as determined by staining with propidium iodide. The gated population comprises 8% of the sample. The specimen appears cellular and examination of Wright-stained smears and cytospin preparations confirms this impression. The cells fall within the standard lymphoid gate. The histogram does not suggest that a separate and distinct blast population is present.



RTE: USIAFS 301-570-0136    SEQ: K441

# DIANON] SYSTEMS

| Accession No. SA2017768 | Chart No. | Sex | D.O.B. | Page 2 of 3 |
|---|---|---|---|---|
| Patient Name | | | | Collected 11/11/02 |
| Requesting Physician MILLER, KENNETH D., MD * | | | | Received 11/12/02 |
| Referring Physician APPEL, LAWRENCE MD | | | | Reported 11/18/02 |

KM44102        DIAGNOSTIC REPORT

The study shows a relative normal T:B ratio. The T-cell population expresses pan-T-cell antigens (CD2, CD3, CD5, and CD7) in a non-aberrant fashion. The CD4:CD8 ratio is mildly inverted. The B cells are a minor population. They express pan-B-cell antigens (CD19, CD20, and CD22) in a non-aberrant fashion. CD10 (CALLA) and CD5 are not significantly expressed by the B-cell population. Staining for light chains is of normal intensity and does not reveal monotypia. The LGL/NK-cell population is increased in number. Antigens associated with maturing granulocytes (CD13 and CD33) are not present in significant numbers of cells. Stem cell/progenitor/blast-associated antigen (CD34) is not detected and/or coexpressed in clinically meaningful numbers.

CONCLUSION:

There is no immunophenotypic evidence for a T-cell or B-cell neoplasm or increased CD34(+) blasts. Lymphocytes with LGL and NK phenotype are increased. This is commonly associated with viral syndrome, aberrant immune conditions, or the post-chemotherapeutic state.

GROSS DESCRIPTION:

Received in fixative are two bone marrow core biopsies, each measuring 0.6 cm in length and 0.2 cm in diameter, submitted in toto in a single cassette. Additionally received is clot measuring 2.0 x 1.2 x 0.5 cm in aggregate, submitted in toto in two additional cassettes.

MICROSCOPIC DESCRIPTION:

PERIPHERAL BLOOD:
No peripheral blood smear or CBC report is available for review.

005107

ASPIRATE SMEARS:

Differential (200 cells):

44 % Segmented neutrophils and bands
19 % Metamyelocytes
11 % Myelocytes
1 % Promyelocytes
15 % Nucleated red blood cells
8 % Lymphocytes
2 % Eosinophils

The smears are aspicular and hypocellular. The calculated M:E ratio is 5:1. There is intact erythroid and myeloid maturation with no overt megaloblastic or dyspoietic changes. There is no appreciable increase in blasts. Megakaryocytes are not observed.

RTE: USIAFS 301-570-0136    SEQ: K441

# DIANON] SYSTEMS

| Accession No. SA2017768 | Chart No. | Sex | D.O.B. | Page 3 of 3 |
|---|---|---|---|---|
| Patient Name | | | | Collected 11/11/02 |
| Requesting Physician MILLER, KENNETH D., MD * | | | | Received 11/12/02 |
| Referring Physician APPEL, LAWRENCE MD | | | | Reported 11/18/02 |

**KM44102          DIAGNOSTIC REPORT**

There is no apparent lymphocytosis or plasmacytosis.

BONE MARROW BIOPSY:
Cortical and medullary bone is present. Cellularity is 40%. The M:E ratio is somewhat variable, approximately 4:1 overall, with maturation. Megakaryocytes are normal in number and morphology. No lymphoid aggregates or granulomas are identified. Plasma cells are inconspicuous.

CLOT SECTIONS:
The clot contains multiple particles with cellular composition similar to the core biopsy.

IRON STAIN:
Iron stores are present. Ringed sideroblasts are not identified

RETICULIN STAIN:
There is no significant increase in reticulin fibers.

FINAL DIAGNOSIS:

BONE MARROW:

1. Normocellular marrow with maturing trilineal hematopoiesis and mild relative granulocytic hyperplasia.

2. No morphologic or immunophenotypic evidence of lymphoma, overt myelodysplasia, or acute leukemia.

3. No significant plasmacytosis detected.

4. Iron stores present.

5. No significant increase in reticulin fibers.

005103

COMMENT:
Correlation with additional clinical, laboratory and radiologic data is necessary for further characterization of a monoclonal gammopathy or staging of myeloma. Cytogenetic studies performed at DIANON demonstrate a normal male karyotype. Should you have any questions, I can be reached at (203) 381-4000.

*Wilfrid M. Fehrle*
Wilfrid M. Fehrle, MD.

DEFENDANT'S
EXHIBIT TD
21
TD 5/6/06

54

Review of DIANON produced records

| CLAIM INFORMATION: | |
| --- | --- |
| Sample number: | 54 |
| Beneficiary name: | ▮▮▮▮▮▮▮ |
| Beneficiary HIC: | |
| Date of service: | 2/14/2000 |

| REVIEW INFORMATION: | |
| --- | --- |
| 88180 units performed: | 25 |
| 88180 units considered medically necessary: | 13 |
| Comments: | 81400 → IgM gammopathy<br>∅ CD 2, 7, 13, 33, 22, 103, 11c, 56, 57, 34, 25, HLA-DR |

| REVIEWER INFORMATION: | |
| --- | --- |
| Name: | Stuart D. Flynn, MD |
| Signature: | *[signature]* |
| Review date: | 7/16/03 |

CONFIDENTIAL HEALTH INFORMATION –
SUBJECT TO PROTECTIVE ORDER

# DIANON SYSTEMS

| Accession No. | Chart No. | Sex | D.O.B. | Page |
|---|---|---|---|---|
| S00250476 | 4821 | | | 1 of 4 |

| Patient Name | | Collected |
|---|---|---|
| | | 02/14/00 |

James B. Amberson, M.D.
Laboratory Director

**OW12504**     **DIAGNOSTIC (REPRINT)**
05/16/03

**ONC & HEM ASSOC W.BROWARD
7431 N UNIV DRIVE, #110
LAB
TAMARAC, FL 33321**

| Requesting Physician | Received |
|---|---|
| WEISS, STEVEN, MD | 02/15/00 |

| Referring Physician | Reported |
|---|---|
| | 02/17/00 |

| Indications For Study |
|---|
| CHRONIC GAMMOPATHY IGM |

## PHOTOMICROGRAPH



**SPECIMEN TYPE**
**BONE MARROW, CORE BIOPSY**

**IMMUNOGLOBULINS**
CD19/KAPPA: 7%
CD19/LAMBDA: 3%

**MONOCLONAL ANTIBODIES**

| T-Cell | | B-Cell | |
|---|---|---|---|
| CD5: | 54% | CD20: | 10% |
| CD3: | 64% | CD22: | 10% |
| CD4: | 29% | CD19: | 11% |
| CD8: | 37% | CD10: | 1% |
| CD2: | 70% | CD23/CD19: | 6% |
| CD7: | 69% | CD103/CD20: | 1% |
| | | CD11C/CD20: | 5% |

| Myeloid | | Miscellaneous | |
|---|---|---|---|
| CD13: | 1% | CD45: | 81% |
| CD33: | 1% | CD16: | 4% |
| CD14: | 1% | CD56: | 13% |
| | | CD57: | 22% |
| | | CD25: | 24% |
| | | CD34: | 1% |
| | | HLA-DR: | 25% |

1 - PERIPHERAL BLOOD SMEAR
2 - CLOT SECTION (HIGH POWER)
3 - ASPIRATE SMEAR
4 - TRACE OF RETICULOENDOTHELIAL IRON

CLINICAL HISTORY: 81 year old man with chronic IgM gammopathy.

IMMUNOPHENOTYPING INTERPRETATION:

The above data were generated on a population of cells from the bone marrow which cytometrically correspond to lymphoid cells. The specimen has a viability of 91% as determined by staining with propidium iodide. The gated population comprises 6% of the sample. The specimen appears cellular and examination of Wright-stained smears and cytospin preparations confirms this impression. The cells fall within the normal lymphoid gate. The cellular population appears normal and a distinctly abnormal population is not identified. The histogram does not suggest that a separate and distinct blast or large cell population is present.

Printed in U.S.A. © 1991 DIANON Systems, Inc.

001875

200 Watson Boulevard
Stratford, CT 06615
(800)328-2666  (203)381-4000



The study shows a relative normal T:B ratio for bone marrow. The T-cell population expresses pan-T-cell antigens (CD2, CD3, CD5, and CD7) in a non-aberrant fashion. The CD4:CD8 ratio is abnormal secondary to increased CD8 lymphocytes. The B cells are a minor population. They express pan-B-cell antigens (CD19, CD20, and CD22) in a non-aberrant fashion. CD10 (CALLA) is not significantly expressed by the B-cell population. Staining for light chains is of normal intensity and does not reveal monotypia. The NK cell population is normal in number. Antigens associated with maturing granulocytes (CD13 and CD33) are not present in significant numbers of cells. Stem cell/progenitor/blast-associated antigens (CD34 and HLA-DR) are not detected and/or coexpressed in clinically meaningful numbers.

CONCLUSION:

The predominance of CD8 (cytotoxic/suppressor) T cells in this study is a non-specific finding and is a common accompaniment of a variety of immune reactions.

The kappa:lambda ratio is normal. Neither light chain is predominant. Surface light chain expression, however, is a poor marker for myeloma since the cells are mature B-cells and possess cytoplasmic rather than surface immunoglobulin. Inspection of the histogram for bright CD38 expression, a marker of plasma cells shows this feature in a small number of cells. The cells were also reacted with a monoclonal antibody to CD56. While normal plasma cells are reported to be CD56-negative, dysplastic plasma cells generally express this adhesion molecule. The presence of CD56 expression without coexpression of CD11b is suggestive of the presence of a population of dysplastic plasma cells. The results of this study must be correlated

MICROSCOPIC DESCRIPTION:

PERIPHERAL BLOOD:
Hgb 11.9, MCV 86.6, RDW 19.1, platelets 270,000, WBC 5,670

The red blood cells appear normochromic and normocytic. A mild aniso- and poikilocytosis is present.

Platelets appear adequate on smear. No abnormalities in platelet size or granulation are identified.

White blood cells are present in normal numbers. No hypersegmentation or dyspoiesis are identified.

Differential (client supplied):

3,990 Granulocytes
895 Lymphocytes
570 Monocytes
176 Eosinophils

Printed in U.S.A. © 1991 DIANON Systems, Inc.

001876

200 Watson Boulevard
Stratford, CT  06615
(800)328-2666   (203)381-4000

Tests Performed by DIANON Systems at 200 Watson Blvd, Stratford CT

RTE: ABIAFS 954-726-2234    SEQ: O125

# DIANON] SYSTEMS

James B. Amberson, M.D.
Laboratory Director

OW12504    **DIAGNOSTIC (REPRINT)**
05/16/03

| Accession No. S00250476 | Chart No. 4821 | Sex | D.O.B. | Page 3 of 4 |
|---|---|---|---|---|
| **Patient Name** | | | | **Collected** 02/14/00 |
| **Requesting Physician** WEISS, STEVEN, MD | | | | **Received** 02/15/00 |
| **Referring Physician** | | | | **Reported** 02/17/00 |

41  Basophils

BONE MARROW BIOPSY:
No osteoporosis or other types of metabolic bone disease are identified.  The marrow:fat ratio is approximately 20:80.  Trilinear hematopoiesis is present.  Megakaryocytes are present in normal numbers and are neither clustered nor dyspoietic.  No abnormal localization of immature precursors is identified.  No plasma cell sheets or nodules are identified.  However, plasma cells are increased in the interstitium and small clusters are present in some areas.  No metastatic tumors, granulomatous infiltrates, lymphoid nodules, or paratrabecular lymphoid infiltrates are identified.

CLOT SECTION:
The bone marrow clot section differs from the biopsy in that it is slightly more cellular at 25%.

ASPIRATE SMEARS:
Aspirate smears are hemodilute and variably cellular.

Differential (500 cells):

32  %  Segmented neutrophils and bands
8  %  Metamyelocytes
4  %  Myelocytes
1  %  Promyelocytes
2  %  Blasts
10  %  Plasma cells
33  %  Nucleated red blood cells
7  %  Lymphocytes
1  %  Monocytes
2  %  Eosinophils

Megakaryocytes are present in normal numbers.  The M:E ratio is 1.5:1.  Red blood cell maturation is normoblastic.  White blood cells mature to segmented granulocytes without dyspoiesis.  Myeloblasts comprise less than 3% of bone marrow elements.  Low frequency elements are remarkable for the presence of 11% atypical plasmacytosis.  Cytologically atypical features of the plasma cell population include increased size, increased nuclear:cytoplasmic ratios, and distinct nucleoli.

IRON STAINS:
Prussian-blue stains show a trace of reticuloendothelial and decreased sideroblastic iron.  No ringed sideroblasts are identified.

RETICULIN STAIN:
Bone marrow reticulin staining is non-contributory.

Printed in U.S.A. © 1991 DIANON Systems, Inc.

001877

200 Watson Boulevard
Stratford, CT  06615
(800)328-2666  (203)381-4000

Tests Performed by DIANON Systems at 200 Watson Blvd, Stratford CT

# DIANON SYSTEMS

RTE: AB1AFS 954-726-2234  SEQ: O125

James B. Amberson, M.D.
Laboratory Director

**OW12504**   **DIAGNOSTIC (REPRINT)**
05/16/03

| Accession No. | Chart No. | Sex | D.O.B. | Page |
|---|---|---|---|---|
| S00250476 | 4821 | | | 4 of 4 |

| Patient Name | Collected |
|---|---|
| | 02/14/00 |

| Requesting Physician | Received |
|---|---|
| WEISS, STEVEN, MD | 02/15/00 |

| Referring Physician | Reported |
|---|---|
| | 02/17/00 |

FINAL DIAGNOSIS:

PERIPHERAL BLOOD:

1. Normocytic anemia, mild.

2. Lymphocytopenia, mild.

BONE MARROW WITH IMMUNOPHENOTYPING:

1. Normocellular bone marrow for age with trilinear hematopoiesis and trilineal maturation.

2. Atypical plasmacytosis, mild-moderate (10%).

3. Normoblastic erythroid hyperplasia, mild-moderate.

4. Tissue iron depletion.

5. Immunophenotypic changes of small (approximately 3%) population of immunophenotypically dysplastic plasma cells and increased numbers of CD8 lymphocytes.

COMMENT:
These hematopathologic features meet a minor diagnostic criterion for multiple myeloma. In addition, the possibility of an advanced plasma cell dyscrasia is supported by the cytologic atypia of the plasma cell population and the immunophenotypic changes of CD56 coexpression on these cells. However, the results of this study require correlation with selected medical imaging and immunoprotein studies. If other diagnostic changes are not identified at this time, close follow-up is indicated because of the features identified in this study.

Thank you for allowing us to participate in the workup of this patient's hematopathologic disorder. Should you have any questions, I can be reached at (203) 381-4000.

Richert E. Goyette, M.D.

DEFENDANT'S
EXHIBIT 10
22
IP 5/10/06

7

Review of DIANON produced records

| CLAIM INFORMATION: | |
|---|---|
| Sample number: | 7 |
| Beneficiary name: | ▮▮▮▮▮▮ |
| Beneficiary HIC: | |
| Date of service: | 8/19/1998 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 26    ^7/16/03 |
| 88180 units considered medically necessary: | 18 /5    16 ^9/26/05 |
| Comments: | Diagnosis AML-M5    WBC 9  Hgb 12<br>Diff → 65% Blasts<br>Specimen - BM aspirate<br>^7/16/03<br>9 CD 22, 23, 103, 16, 56, 57, 25, 38<br>CD2, 7, 28, HLA-DR<br>^7 9/26/05 |

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | SDFlynn |
| Review date: | 6/17/03 |

CONFIDENTIAL HEALTH INFORMATION -
SUBJECT TO PROTECTIVE ORDER

FLYN000007

RTE: AFS 203-381-4015  **SEQ: O016**

# DIANON] SYSTEMS

| Accession No. S80833856 | Chart No. | Sex | D.O.B. | Page 1 of 3 |
|---|---|---|---|---|

| Patient Name | Collected 08/19/98 |
|---|---|

**OK01608**      **DIAGNOSTIC REPORT**

| Requesting Physician KEGUCHI,DR.ALEXANDRA | Received 08/20/98 |
|---|---|

**OXFORD MEDICAL GROUP ***
**707 WESTCHESTER AVE, #110**

| Referring Physician | Reported 08/21/98 |
|---|---|

**WHITE PLAINS, NY 10604**

| Indications For Study AML | |
|---|---|

## PHOTOMICROGRAPH

**SPECIMEN TYPE**
**BONE MARROW, SLIDES**

**IMMUNOGLOBULINS**
**CD19/KAPPA: 1%**
**CD19/LAMBDA: 1%**

**MONOCLONAL ANTIBODIES**

There is currently no image
associated with this accession

| T-Cell | | B-Cell | |
|---|---|---|---|
| CD5: | 1% | CD20: | 1% |
| CD3: | 1% | CD22: | 1% |
| CD4: | 41% | CD19: | 1% |
| CD8: | 4% | CD10: | 2% |
| CD2: | 2% | CD23/CD19: | 0% |
| CD7: | 2% | CD103/CD20: | 1% |
| | | CD11C/CD20: | 1% |

| Myeloid | | Miscellaneous | |
|---|---|---|---|
| CD13: | 12% | CD45: | 100% |
| CD33: | 99% | CD16: | 3% |
| CD14: | 1% | CD56: | 98% |
| | | CD57: | 1% |
| | | CD25: | 2% |
| | | CD34: | 2% |
| | | HLA-DR: | 88% |
| | | CD38/CD56: | 98% |

1 - ASPIRATE SMEAR, INCREASED BLASTS
2 - ASPIRATE SMEAR, STRONG POSITIVITY WITH NSE

CLINICAL HISTORY: 69 year old male with clinical diagnosis of AML-M5.

IMMUNOPHENOTYPING INTERPRETATION:

The above data were generated on a population of cells from the bone marrow which cytometrically correspond to blasts. The specimen has a viability of 98% as determined by staining with propidium iodide. The gated population comprises 50% of the sample. The specimen appears hypercellular and examination of Wright-stained smears and cytospin preparations confirms this impression. The cells fall outside the normal lymphoid gate. The cellular population appears increased and a distinctly abnormal population is identified. The histogram does suggest that a separate and distinct blast population is present.

000213

RTE: AFS 203-381-4015    **SEQ: O016**

# DIANON) SYSTEMS

| Accession No.<br>S80833856 | Chart No. | Sex | D.O.B. | Page<br>2 of 3 |
|---|---|---|---|---|
| Patient Name | | | | Collected<br>08/19/98 |
| Requesting Physician<br>KEGUCHI,DR.ALEXANDRA | | | | Received<br>08/20/98 |
| Referring Physician | | | | Reported<br>08/21/98 |

**OK01608      DIAGNOSTIC REPORT**

The study shows an abnormal population of blasts expressing moderate to dim CD45 and showing the following phenotype:
CD33 (+), HLA-DR (+), CD11c (+), CD38 (+), CD56 (+), CD4 (dim +), CD13 (-), CD14 (-), CD34 (-), pan-B- and pan-T-cell
antigens negative. Tdt by flow cytometric method is negative. Myeloperoxidase by flow cytometric and histochemical stains
show a subpopulation that is positive (less than 20%). NSE by histochemical stain shows the blasts to be strongly positive
(greater than 80%).

CONCLUSION:

The findings are consistent with acute myelogenous leukemia, FAB subclassification AML-M5 (acute monoblastic leukemia).

MICROSCOPIC DESCRIPTION:

PERIPHERAL BLOOD:
A peripheral blood smear and CBC report are not available for review. The requisition slip shows the following CBC values:
WBC 9, Hgb 12, platelet count 133.

BONE MARROW BIOPSY:
Not available for review.

CLOT SECTION:
Not available for review.

ASPIRATE SMEARS:

Differential (200 cells):

15 %  PMNs and precursors
2 %  Myelocytes
65 %  Blasts
4 %  Nucleated red blood cells
13 %  Lymphocytes
1 %  Monocytes

The aspirate smears are adequately particulate and show a predominant population of blasts. The blasts are large and show
immature chromatin and a scant to moderate amount of cytoplasm. No definite Auer rods are noted. The remaining
hematopoietic elements are decreased and consist of rare maturing erythroid elements showing focal dyserythropoiesis and
rare maturing granulocytes. Occasional megakaryocytes are noted.

## 000214

RTE: AFS 203-381-4015   **SEQ: O016**

# DIANON] SYSTEMS

| Accession No.<br>S80833856 | Chart No. | Sex | D.O.B. | Page<br>3 of 3 |
|---|---|---|---|---|
| Patient Name | | | | Collected<br>08/19/98 |

**OK01608**     **DIAGNOSTIC REPORT**

| Requesting Physician<br>KEGUCHI,DR.ALEXANDRA | Received<br>08/20/98 |
|---|---|
| Referring Physician | Reported<br>08/21/98 |

IRON STAIN:

Iron stain performed on the aspirate smear shows marked increase in reticuloendothelial iron stores and decreased sideroblastic iron. No ring sideroblasts are noted.

FINAL DIAGNOSIS:

BONE MARROW:

1. Acute myelogenous leukemia, AML-M5, see comment.

2. Diminished residual hematopoietic elements.

3. Marked increase in reticuloendothelial iron stores and decreased sideroblastic iron.

COMMENT:

The morphologic and immunophenotypic findings in this case are those of AML-M5 (acute monoblastic leukemia). Correlation with pending cytogenetic studies is recommended. This case has been reviewed by the DIANON hematopathology staff. Should you have any questions, I can be reached at (203) 381-4000.

000215

Suha Mishalani , M.D.

A



239

Review of DIANON produced records

| CLAIM INFORMATION: | |
|---|---|
| Sample number: | 239 |
| Beneficiary name: | ███████████ |
| Beneficiary HIC: | ██████████ |
| Date of service: | 12/19/2000 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 26 |
| 88180 units considered medically necessary: | 18 |
| Comments: | |

BM                    CLL              WBC 7.1
                                       ~~lymphs~~ 58.8%

∅ CD2, CD7, CD13, CD33, CD22, CD57,
    CD 34, HLA·DR

Interp - B·CLL

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | *[signature]* |
| Review date: | 12/11/05 |

# DIANON SYSTEMS

RTE: RP   SEQ: F491



Connecticut Lic. #: CL-0356

FF49101   DIAGNOSTIC (REPRINT)
08/16/05

**FRANKLIN, ROMAN, MD**
**6770 DIXIE HIGHWAY #106A**

**CLARKSTON, MI 48346**

| Accession No. S01262539 | Chart No. | Sex | D.O.B. | Page 1 of 2 |
|---|---|---|---|---|
| Patient Name | | | | Collected 12/19/00 |
| Requesting Physician FRANKLIN, ROMAN, MD | | | | Received 12/20/00 |
| Referring Physician | | | | Reported 12/21/00 |
| Indications For Study CLL | | | | |

**PHOTOMICROGRAPH**



**SPECIMEN TYPE**
BONE MARROW,

**IMMUNOGLOBULINS**
CD5/KAPPA: 78%
CD5/LAMBDA: 2%

**MONOCLONAL ANTIBODIES**

| T-Cell | | B-Cell | |
|---|---|---|---|
| CD5: | 88% | CD20: | 82% |
| CD3: | 15% | CD22: | 76% |
| CD4: | 8% | CD19: | 76% |
| CD8: | 11% | CD10: | 1% |
| CD2: | 20% | CD23/CD19: | 70% |
| CD7: | 20% | CD103/CD20: | 1% |
| | | CD11C/CD20: | 46% |
| | | CD5/CD19: | 73% |

| Myeloid | | Miscellaneous | |
|---|---|---|---|
| CD13: | 1% | CD45: | 97% |
| CD33: | 1% | CD16: | 11% |
| CD14: | 1% | CD56: | 9% |
| | | CD57: | 13% |
| | | CD25: | 49% |
| | | CD34: | 1% |
| | | HLA-DR: | 76% |
| | | CD38: | 11% |

IMMUNOPHENOTYPING INTERPRETATION:

The above data were generated on a population of cells from the bone marrow which cytometrically correspond to lymphoid cells. The specimen has a viability of 96% as determined by staining with propidium iodide. The gated population comprises 45% of the sample. The specimen appears cellular and examination of Wright-stained smears and cytospin preparations confirms this impression. The cells fall within the standard lymphoid gate. The cellular population appears increased and a distinctly abnormal population is identified. The histogram does not suggest that a separate and distinct blast population is present.

Printed in U.S.A. © 1991 DIANON Systems, Inc.

Tests Performed by DIANON Systems at 200 Watson Blvd, Stratford CT

200 Watson Boulevard
Stratford, CT 06615
(800)328-2666   (203)381-4000

CONFIDENTIAL HEALTH INFORMATION
PP03820

RTE: RP    SEQ: F491

# DIANON SYSTEMS

Connecticut Lic. #: CL-0356

**FF49101**      **DIAGNOSTIC (REPRINT)**
08/16/05

| Accession No. S01262539 | Chart No. | Sex | D.O.B. | Page 2 of 2 |
|---|---|---|---|---|
| Patient Name | | | | Collected 12/19/00 |
| Requesting Physician FRANKLIN, ROMAN, MD | | | | Received 12/20/00 |
| Referring Physician | | | | Reported 12/21/00 |

The study shows a relative abnormal T:B ratio for bone marrow. The T-cell population expresses pan-T-cell antigens (CD2, CD3, CD5, and CD7) in a non-aberrant fashion. The CD3(+) CD4:CD8 ratio is low-normal. The B cells are a major population. They express pan-B-cell antigens (CD19, CD20, and CD22) in a non-aberrant fashion. CD10 (CALLA) is not significantly expressed by the B-cell population. CD5 and CD23 are coexpressed by the B cells. No significant CD38 expression is noted. Staining for light chains reveals monotypia with very dim kappa positivity. The NK cell population is normal in number. Antigens associated with maturing granulocytes (CD13 and CD33) are not present in significant numbers of cells. Stem cell/progenitor/blast-associated antigen (CD34) is not detected and/or coexpressed in clinically meaningful numbers.

CONCLUSION:

The immunophenotypic findings are diagnostic of B-cell chronic lymphocytic leukemia (CLL).

*Suha Mishalani , M.D.*

Printed in U.S.A. © 1991 DIANON Systems, Inc.

Tests Performed by DIANON Systems at 200 Watson Blvd, Stratford CT

200 Watson Boulevard
Stratford, CT 06615
(800)328-2666   (203)381-4000

CONFIDENTIAL HEALTH INFORMATION
PP03821

B



72
Review of DIANON produced records

| CLAIM INFORMATION: | |
|---|---|
| Sample number: | 72 |
| Beneficiary name: | ███████████ |
| Beneficiary HIC: | ███████ |
| Date of service: | 5/1/2000 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 25 |
| 88180 units considered medically necessary: | 2-2 |
| Comments: | 288.7                    WBC 1.9 |
|  | BM          MDS |

∅ CD2, ~~CD7~~, CD22, CD57.

Interp - Hairy Cell Leukemia

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | *[signature]* |
| Review date: | 12/31/05 |

SF0358

# DIANON SYSTEMS

RTE: USIAFS 915-692-7452   SEQ: T391

| Accession No.<br>S00553352 | Chart No.<br>35915 | Sex | D.O.B. | Page<br>1 of 4 |
|---|---|---|---|---|
| Patient Name | | | | Collected<br>05/01/00 |
| Requesting Physician<br>MELNYK, ANTON M.S., MD | | | | Received<br>05/03/00 |
| Referring Physician | | | | Reported<br>05/05/00 |
| Indications For Study<br>MDS | | | | |

Connecticut Lic. #: CL-0356

**TM39101        PRELIM (REPRINT)**

**TOPA-ABILENE SOUTH**
**1957 ANTILLERY RD**

**ABILENE, TX 79606**

## PHOTOMICROGRAPH

**SPECIMEN TYPE**
BONE MARROW, CORE BIOPSY, CLOT, SLID, RT ILIAC CREST



**IMMUNOGLOBULINS**
CD19/KAPPA: 87%
CD19/LAMBDA: 1%

**MONOCLONAL ANTIBODIES**

| T-Cell | | B-Cell | |
|---|---|---|---|
| CD5: | 16% | CD20: | 86% |
| CD3: | 8% | CD22: | 83% |
| CD4: | 4% | CD19: | 81% |
| CD8: | 8% | CD10: | 75% |
| CD2: | 10% | CD23/CD19: | 23% |
| CD7: | 9% | CD103/CD20: | 81% |
| | | CD11C/CD20: | 84% |

1 - BIOPSY, CELLULAR MARROW
2 - BIOPSY, HAIRY CELL LEUKEMIC INFILTRATE
3 - ASPIRATE, HAIRY CELLS
4 - ASPIRATE, MEGAKARYOCYTE

| Myeloid | | Miscellaneous | |
|---|---|---|---|
| CD13: | 2% | CD45: | 99% |
| CD33: | 1% | CD16: | 3% |
| CD14: | 0% | CD56: | 7% |
| | | CD57: | 4% |
| | | CD25: | 90% |
| | | CD34: | 1% |
| | | HLA-DR: | 80% |

CLINICAL HISTORY: This is a 72 year old male with cytopenias, rule out myelodysplasia.

IMMUNOPHENOTYPING INTERPRETATION:

The above data were generated on a population of cells from the bone marrow which cytometrically correspond to small- to mid-size mononuclear cells. The specimen has a viability of 97% as determined by staining with propidium iodide. The gated population comprises 59% of the sample. The specimen appears cellular and examination of Wright-stained smears and cytospin preparations confirms this impression. The cellular population appears increased and a distinctly abnormal population is identified. The histogram does not suggest that a separate and distinct blast population is present.

Printed in U.S.A. © 1991 DIANON Systems, Inc.

Tests Performed by DIANON Systems at 200 Watson Blvd, Stratford CT

**200 Watson Boulevard**
**Stratford, CT 06615**
**(800)328-2666   (203)381-4000**

**CONFIDENTIAL HEALTH INFORMATION**
**PP05700**

# DIANON SYSTEMS

RTE: USIAFS 915-692-7452    SEQ: T391

Connecticut Lic. #: CL-0356

**TM39101    PRELIM (REPRINT)**

| Accession No. S005553352 | Chart No. 35915 | Sex | D.O.B. | Page 2 of 4 |
| --- | --- | --- | --- | --- |
| Patient Name | | | | Collected 05/01/00 |
| Requesting Physician MELNYK, ANTON M.S., MD | | | | Received 05/03/00 |
| Referring Physician | | | | Reported 05/05/00 |

The study shows a relative abnormal T:B ratio for bone marrow. The T-cell population expresses pan-T-cell antigens (CD2, CD3, CD5, and CD7) in a non-aberrant fashion. The CD4:CD8 ratio is inverted. The B cells are a major population. They express pan-B-cell antigens (CD19, CD20, and CD22) in an aberrant fashion with bright overall B-cell antigen intensity. CD5 is not significantly expressed by the B-cell population, but CD11c (bright), CD103, CD25, and CD10 are coexpressed. Staining for light chains is of moderate intensity and does reveal monotypia. The NK cell population is low in number. Antigens associated with maturing granulocytes (CD13 and CD33) are not present in significant numbers of cells. Stem cell/progenitor/blast-associated antigen (CD34) is not detected and/or coexpressed in clinically meaningful numbers.

CONCLUSION:

The immunophenotypic findings are characteristic of hairy cell leukemia.

MICROSCOPIC DESCRIPTION:

PERIPHERAL BLOOD:
CBC values (5/01/00): RBC 3.34, Hgb 12.5, Hct 36.2, MCV 108.5, MCHC 34.4, RDW 13.7, platelet count 163,000, WBC 1,900.

Differential (100 cells):

31 % Segmented neutrophils and bands
66 % Lymphocytes
1 % Monocytes
2 % Eosinophils

The red blood cells appear macrocytic and show a mild degree of anisopoikilocytosis and polychromasia. Platelets are normal in number and show no significant clump formation. White blood cells are moderately decreased in number and exhibit absolute neutropenia and relative lymphocytosis. The lymphocyte population is heterogeneous and contains small round lymphocytes, granular lymphocytes, and rare atypical lymphoid cells with moderate cytoplasm and focal cytoplasmic projections.

BONE MARROW ASPIRATE SMEARS:

Differential (500 cells):

6 % Segmented neutrophils and bands
3 % Metamyelocytes
3 % Myelocytes
1 % Promyelocytes
2 % Plasma cells

CONFIDENTIAL HEALTH INFORMATION
PP05701

RTE: USIAFS 915-692-7452     SEQ: T391

# DIANON SYSTEMS

Connecticut Lic #: CL-0356

| Accession No. S00553352 | Chart No. 35915 | Sex | D.O.B. | Page 3 of 4 |
|---|---|---|---|---|
| Patient Name | | | | Collected 05/01/00 |
| Requesting Physician MELNYK, ANTON M.S., MD | | | | Received 05/03/00 |
| Referring Physician | | | | Reported 05/05/00 |

**TM39101     PRELIM (REPRINT)**

7  %  Nucleated red blood cells
77  %  Lymphocytes
1  %  Eosinophils

The aspirate smears are cellular and contain adequate spicules for evaluation. There is a monotonous population of small- to medium-size atypical lymphoid cells with round to oval nuclei and moderate to abundant cytoplasm with irregular cytoplasmic projections characteristic of hairy cell leukemia. Erythroid precursors show normoblastic maturation and granulocytic elements mature to segmented neutrophils with left shift. Megakaryocytes are focally identified. These latter normal hematopoietic elements are significantly diminished in number.

BONE MARROW BIOPSY:
The bone marrow core biopsy specimen reveals an overall cellularity of 30-40%. There is a dense interstitial atypical lymphoid infiltrate with features of hairy cell leukemia involving the majority of the specimen. Normal hematopoietic elements are identified, but are significantly reduced in number.

CLOT SECTION:
The bone marrow clot section consists primarily of peripheral blood elements with a few scattered marrow particles for evaluation. The marrow particles have a similar overall appearance and cellular composition to the core biopsy specimen.

IRON STAINS:
The iron stained preparation demonstrates stainable storage iron. Sideroblastic iron is detectable. Ringed sideroblasts are not identified.

RETICULIN STAIN:
The reticulin stain shows a diffuse, mild-moderate increase in reticulin fibers.

FINAL DIAGNOSIS:

PERIPHERAL BLOOD:

1.  Absolute neutropenia with relative lymphocytosis, mild.

2.  Macrocytic anemia, mild.

BONE MARROW:

1.  Hairy cell leukemia.

Printed in U.S.A. © 1991 DIANON Systems, Inc.

Tests Performed by DIANON Systems at 200 Watson Blvd, Stratford CT

200 Watson Boulevard
Stratford, CT 06615
(800)328-2866  (203)381-4000

CONFIDENTIAL HEALTH INFORMATION
PP05702



RTE: USIAFS 915-892-7452    SEQ: T391

**DIANON SYSTEMS**

Connecticut Lic. #: CL-0356

| | |
|---|---|
| **Accession No.** S00553352 | **Chart No.** 35915 | **Sex** | **D.O.B.** | **Page** 4 of 4 |

**TM39101       PRELIM (REPRINT)**

| | |
|---|---|
| **Patient Name** | **Collected** 05/01/00 |
| **Requesting Physician** MELNYK, ANTON M.S., MD | **Received** 05/03/00 |
| **Referring Physician** | **Reported** 05/05/00 |

2. Stainable storage iron.

3. Diffuse, mild-moderate increase in reticulin fibers.

4. No morphologic or immunophenotypic evidence of overt or advanced myelodysplasia, or acute leukemia.

COMMENT:
The overall morphologic and immunophenotypic findings support a diagnosis of hairy cell leukemia. Although the anemic state is likely due, in part, to the extensive lymphoid infiltrate of marrow, secondary causes for macrocytic anemia should also be excluded, such as B12/folate deficiency, medication/ethanol effect, hemolysis, underlying liver disease, and hypothyroidism. Correlation with pending cytogenetic studies is also suggested. Should you have any questions, please contact me at (203) 381-4000.

Glenn H. Segal, D.O.

Printed in U.S.A. © 1991 DIANON Systems, Inc.

Tests Performed by DIANON Systems at 200 Watson Blvd, Stratford CT

200 Watson Boulevard
Stratford, CT 06615
(800)328-2866  (203)381-4000

CONFIDENTIAL HEALTH INFORMATION
PP05703

B

128
Review of DIANON produced records

---

| CLAIM INFORMATION: | |
|---|---|
| Sample number: | 128 |
| Beneficiary name: | |
| Beneficiary HIC: | |
| Date of service: | 4/10/2002 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 26 |
| 88180 units considered medically necessary: | 17 |
| Comments: | MDS v myelofib.   WBC 2.6 |

BM

∅ CD 2, CD 7, CD 22, CD 103, CD 11c, CD 57,
CD 25, HLA-DR, CD 38

Interp – Kappa CD20 monotypic
BM – Involvement by B-cell NHL

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | |
| Review date: | 12/18/05 |

RTE: USIAFS 815-942-2983    SEQ: J091

# DIANON SYSTEMS

James B. Amberson, M.D.
Laboratory Director

**JM09101    DIAGNOSTIC REPORT**

**JOLIET HEM/ONC OF MORRIS**
**1802 N. DIVISION ST #505**

**MORRIS, IL 60450**

| Accession No. SA2005325 | Chart No. 8008 | Sex | D.O.B. | Page 1 of 4 |
|---|---|---|---|---|
| Patient Name | | | | Collected 04/10/02 |
| Requesting Physician MODI, SANJIV, MD | | | | Received 04/11/02 |
| Referring Physician | | | | Reported 04/15/02 |
| Indications For Study CYTOPENIA, MDS VS MYELOFIBROSIS, H/O SPLENOMEGALY | | | | |

---

**SPECIMEN TYPE**
**BONE MARROW, CORE BIOPSY, CLOT, SLID, RT HIP**

### IMMUNOGLOBULINS
CD19/KAPPA: 21%
CD19/LAMBDA: 1%

### MONOCLONAL ANTIBODIES

| T-Cell | | B-Cell | |
|---|---|---|---|
| CD5: | 58% | CD20: | 24% |
| CD3: | 61% | CD22: | 21% |
| CD4: | 39% | CD19: | 22% |
| CD8: | 23% | CD10: | 0% |
| CD2: | 62% | CD23/CD19: | 3% |
| CD7: | 58% | CD103/CD20: | 1% |
| | | CD11C/CD20: | 14% |

| Myeloid | | Miscellaneous | |
|---|---|---|---|
| CD13: | 0% | CD45: | 94% |
| CD33: | 1% | CD16: | 4% |
| CD14: | 2% | CD56: | 4% |
| | | CD57: | 7% |
| | | CD25: | 10% |
| | | CD34: | 3% |
| | | HLA-DR: | 19% |
| | | CD38: | 41% |

**PHOTOMICROGRAPH**



1 - BX, LOW POWER, ATYPICAL LYMPHOID AGGREGATE
2 - LYMPHOID AGGREGATE, HIGH POWER
3 - ASPIRATE, 50X, LYMPHOCYTOSIS
4 - ASPIRATE, MARKED INCREASE IN RE IRON STORES

**CLINICAL HISTORY:** 76 year old female with pancytopenia, rule out myelodysplasia versus myelofibrosis.

**IMMUNOPHENOTYPING INTERPRETATION:**

The above data were generated on a population of cells from the bone marrow which cytometrically correspond to lymphoid cells. The specimen has a viability of 95% as determined by staining with propidium iodide. The gated population comprises 4% of the sample. The specimen appears cellular and examination of Wright-stained smears and cytospin preparations confirms this impression. The cells fall within the standard lymphoid gate. The cellular population appears increased and a distinctly abnormal population is identified. The histogram does not suggest that a separate and distinct blast population is

---

Printed in U.S.A.  © 1991 DIANON Systems, Inc.

Tests Performed by DIANON Systems at 200 Watson Blvd, Stratford CT

200 Watson Boulevard
Stratford, CT 06615
(800)328-2666  (203)381-4800

CONFIDENTIAL HEALTH INFORMATION
PP06432