RTE: US\AFS 815-842-2583    SEQ: J091

# DIANON SYSTEMS

James B. Amberson, M.D.
Laboratory Director

**JM09101**    **DIAGNOSTIC REPORT**

| Accession No. | Chart No. | Sex | D.O.B. | Page |
|---|---|---|---|---|
| SA2005325 | 8008 | | | 2 of 4 |

| Patient Name | Collected |
|---|---|
| | 04/10/02 |

| Requesting Physician | Received |
|---|---|
| MODI, SANJIV, MD | 04/11/02 |

| Referring Physician | Reported |
|---|---|
| | 04/15/02 |

present.

The T-cell population expresses pan-T-cell antigens (CD2, CD3, CD5, and CD7) in a non-aberrant fashion. The CD4:CD8 ratio is normal. The B cells are a minor population. They express pan-B-cell antigens CD19, CD20 (bright) and CD22. CD10 (CALLA), CD5, CD103 and CD11c (bright) are not significantly expressed by the B-cell population. Staining for light chains does reveal monotypia with dim kappa positivity. The NK-cell population is normal in number. Antigens associated with maturing granulocytes (CD13 and CD33) are not present in significant numbers of cells. Stem cell/progenitor/blast-associated antigen (CD34) is not detected and/or coexpressed in clinically meaningful numbers.

CONCLUSION:

There is a kappa monotypic, CD20(+) B-cell population detected.   Please see bone marrow diagnosis and comments below.

GROSS DESCRIPTION:
Received in fixative is a 0.9 cm bone marrow core biopsy all embedded in one cassette. Also received is a 2.2 x 1.5 x 2.1 cm bone marrow clot representative section submitted in two cassettes.

MICROSCOPIC DESCRIPTION:

PERIPHERAL BLOOD:
A peripheral blood smear and CBC report are received showing the following values: Hgb 8.4, Hct 26.4, MCV 85, RDW 18.7, platelets 93K, WBC 2.6. Differential: 33.5% Lymphocytes, 7.6% Mid-elements and 58.9% Granulocytes.

A peripheral blood smear is received showing no adequate feathered edge for optimal morphologic evaluation.

BONE MARROW BIOPSY:
The marrow is high normocellular for age with hematopoietic cellularity averaging 35%. Multiple lymphoid aggregates are noted most of which are paratrabecular comprising approximately 10-20% of the cellularity. The lymphoid cells are predominantly small and show round to slightly irregular nuclei, mature chromatin and scant amount of cytoplasm. Trilinear hematopoiesis and maturation are noted. Megakaryocytes are high normal in number and show normal morphology. The erythroid and granulocytic series show complete maturation. Mild relative erythroid hyperplasia is noted. The M:E ratio is approximately 1.5:1.

CLOT SECTIONS:
The bone marrow clot sections show a hypercellular marrow for age with hematopoietic cellularity averaging 50%. Multiple lymphoid aggregates are noted comprising approximately 30-40% of the cellularity. The lymphoid cells are predominantly small and show irregular nuclei, mature chromatin and scant amount of cytoplasm. The remaining findings are similar to the biopsy section.

Printed in U.S.A. © 1991 DIANON Systems, Inc.

Tests Performed by DIANON Systems at 200 Watson Blvd, Stratford CT

200 Watson Boulevard
Stratford, CT 06615
(800)328-2666  (203)381-4000

CONFIDENTIAL HEALTH INFORMATION
PP06433

# DIANON SYSTEMS

RTE: USIAFS 815-942-2983   SEQ: J091

| Accession No. SA2005325 | Chart No. 8008 | Sex | D.O.B. | Page 3 of 4 |
|---|---|---|---|---|

James B. Amberson, M.D.
Laboratory Director

| Patient Name | | Collected 04/10/02 |
|---|---|---|

**JM09101**     **DIAGNOSTIC REPORT**

| Requesting Physician MODI, SANJIV, MD | Received 04/11/02 |
|---|---|
| Referring Physician | Reported 04/15/02 |

---

ASPIRATE SMEARS:

Differential (200 cells):

42 % PMNs and precursors
4 % Myelocytes
1 % Blasts
28 % Nucleated red blood cells
20 % Lymphocytes
4 % Eosinophils
1 % Plasma cells

The aspirate smears are cellular and show significant lymphocytosis. One of the smears shows sheets of small lymphocytes comprising greater than 50% of the cellularity. However, overall, the lymphocytes comprise approximately 20%. Residual normal hematopoietic elements with trilinear hematopoiesis and maturation are noted. Erythroid series shows mild relative hyperplasia and normoblastic maturation with mild cytologic atypia including slight nuclear irregularities. The granulocytic series shows complete maturation. Myeloblasts are less than 3%. The M:E ratio is approximately 1.5:1. Plasma cells, eosinophils and basophils are within normal limits.

IRON STAIN:
Iron stain performed on the aspirate smear shows marked increase in reticuloendothelial iron stores and increased sideroblastic iron. Occasional coarse but no definite ring sideroblasts are noted.

RETICULIN STAIN:
The reticulin stain performed on the biopsy section shows mild-to-moderate increase in reticulin fibers in the lymphoid aggregates.

FINAL DIAGNOSIS:

PERIPHERAL BLOOD:

1. Pancytopenia.

BONE MARROW:

1. Overall hypercellular marrow for age with involvement by B-cell non-Hodgkin's lymphoma, see comment.

2. Trilinear hematopoiesis and maturation with mild erythroid hyperplasia.

---

Printed in U.S.A. © 1991 DIANON Systems, Inc.

Tests Performed by DIANON Systems at 200 Watson Blvd, Stratford CT

200 Watson Boulevard
Stratford, CT 06615
(800)328-2666   (203)381-4000

CONFIDENTIAL HEALTH INFORMATION
PP06434

# DIANON SYSTEMS

James B. Amberson, M.D.
Laboratory Director

**JM09101**    **DIAGNOSTIC REPORT**

RTE: US\AFS 815-942-2983    SEQ: J091

| Accession No. SA2005325 | Chart No. 8008 | Sex | D.O.B. | Page 4 of 4 |
|---|---|---|---|---|
| Patient Name | | | | Collected 04/10/02 |
| Requesting Physician MODI, SANJIV, MD | | | | Received 04/11/02 |
| Referring Physician | | | | Reported 04/15/02 |

3. Marked increase in reticuloendothelial iron stores and increased sideroblastic iron.

4. Mild to focal moderate increase in reticulin fibers in the lymphoid aggregates.

**COMMENT:**
The overall morphologic findings along with the flow cytometric evaluation are consistent with marrow involvement by B-cell non-Hodgkin's lymphoma. Correlation with lymph nodes/spleen status and other relevant clinical data is recommended. There is no evidence of advanced myelodysplasia noted in the study. Mild cytologic atypia is noted, mainly in the erythroid population and correlation with pending cytogenetic evaluation is recommended. Should you have any questions, I can be reached at (203) 381-4000.

Suha Mishalani , M.D.

Printed in U.S.A. © 1991 DIANON Systems, Inc.

Tests Performed by DIANON Systems at 200 Watson Blvd, Stratford CT

200 Watson Boulevard
Stratford, CT 06615
(800)328-2666   (203)381-4000

CONFIDENTIAL HEALTH INFORMATION
PP06435

A

123

Review of DIANON produced records



| CLAIM INFORMATION: | |
|---|---|
| Sample number: | 123 |
| Beneficiary name: | ███████████ |
| Beneficiary HIC: | ███████ |
| Date of service: | 8/7/2003 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 26 |
| 88180 units considered medically necessary: | 14 |
| Comments: | CML, ALL |

BM

Ø cD2, cD7, cD8, cD5, cD22, cD23,
cD103, cD11c, cD57, cD25, HLA-DR,
cD38, kappa, lambda

Conclus - Neg for Bor T neopl or acute leuk.
Myeloid pop. shows atypical antigenic
profile

PB & BM   WBC 3700
Features c/w chemotherapy

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | |
| Review date: | 11/20/05 |



# DIANON SYSTEMS

RTSL                                          RTE: RP 404-294-9664    SEQ: C980

| Accession No. | Chart No. | Sex | D.O.B. | Page |
|---|---|---|---|---|
| SA3012747 | PA0689230 2209 | | | 1 of 3 |

| Patient Name | | Collected |
|---|---|---|
| | | 08/07/03 |

**CM98014**    **DIAGNOSTIC REPORT**

| Requesting Physician | Received |
|---|---|
| MOORE, MELVIN R, MD | 08/08/03 |

**GEORGIA CANCER SPECIAL. ***
**2675 N. DECATUR RD., #701**

| Referring Physician | Reported |
|---|---|
| EIDEX, MAXWELL, MD | 08/12/03 |

**DECATUR, GA 30033**

| Indications For Study |
|---|
| CML, ALL |

## PHOTOMICROGRAPH

### SPECIMEN TYPE
BONE MARROW, CORE BIOPSY, BM CLOT, SLIDES, L IL.



### IMMUNOGLOBULINS
CD19/KAPPA: 0%
CD19/LAMBDA: 0%

### MONOCLONAL ANTIBODIES

| T-Cell | | B-Cell | |
|---|---|---|---|
| CD5: | 72% | CD20: | 1% |
| CD3: | 75% | CD22: | 3% |
| CD4: | 31% | CD19: | 7% |
| CD8: | 39% | CD10: | 2% |
| CD2: | 94% | CD23/CD19: | 0% |
| CD7: | 79% | CD103/CD20: | 0% |
| | | CD11C/CD20: | 0% |

1 - BONE MARROW BIOPSY, LOW POWER
2 - BONE MARROW BIOPSY, HIGH POWER
3 - IRON STAIN (BIOPSY)
4 - RETICULIN STAIN

| Myeloid | | Miscellaneous | |
|---|---|---|---|
| CD13: | 2% | CD45: | 97% |
| CD33: | 1% | CD16: | 19% |
| CD14: | 1% | CD56: | 15% |
| | | CD57: | 51% |
| | | CD25: | 2% |
| | | CD34: | 1% |
| | | HLA-DR: | 15% |
| | | CD38: | 50% |

CLINICAL HISTORY: 69 year old male with CML and ALL on chemotherapy.

IMMUNOPHENOTYPING INTERPRETATION:

The above data were generated on a population of cells from the bone marrow which cytometrically correspond to lymphoid cells. The specimen has a viability of 95% as determined by staining with propidium iodide. The gated population comprises 24% of the sample. The specimen appears hypocellular and examination of Wright-stained smears and cytospin preparations confirms this impression. The cells fall within the standard lymphoid gate. The histogram does not suggest that a separate and distinct blast population is present.

Printed in U.S.A. © 1991 DIANON Systems, Inc.

This test method was developed and its performance characteristics determined by DIANON Systems. It has not been cleared or approved by the U.S. Food and Drug Administration. DIANON is regulated under the Clinical Laboratory Improvement Amendments of 1988 (CLIA) as qualified to perform high complexity clinical testing.

Tests Performed by DIANON Systems at 200 Watson Blvd, Stratford CT, 203-381-4000

200 Watson Boulevard
Stratford, CT 06615
(800)328-2666   (203)381-4000

CONFIDENTIAL HEALTH INFORMATION
PP01798



RTE: RP 404-294-9664    SEQ: C980

**DIANON SYSTEMS**

| Accession No. SA3012747 | Chart No. PA06892301 2209 | Sex | D.O.B. | | Page 2 of 3 |
| --- | --- | --- | --- | --- | --- |
| Patient Name | | | | | Collected 08/07/03 |
| Requesting Physician MOORE, MELVIN R, MD | | | | | Received 08/08/03 |
| Referring Physician EIDEX, MAXWELL, MD | | | | | Reported 08/12/03 |

**CM98014          DIAGNOSTIC REPORT**

The T-cell population expresses pan-T-cell antigens (CD2, CD3, CD5, and CD7) in a non-aberrant fashion. The CD4:CD8 ratio is 1:1.3. The B cells are a minor population. They express pan-B-cell antigens (CD19, CD20, and CD22) in a non-aberrant fashion. CD10 (CALLA) is not significantly expressed by the B-cell population. Staining for light chains does not reveal monotypia. The NK-cell population is normal in number. Antigens associated with maturing granulocytes (CD13 and CD33) are not present in significant numbers of cells. Stem cell/progenitor/blast-associated antigen (CD34) is not detected and/or coexpressed in clinically meaningful numbers. The myeloid population shows down-regulation of CD16.

CONCLUSION:

There is no immunophenotypic evidence for a T-cell or B-cell neoplasm or acute leukemia. The myeloid population shows atypical antigenic profile. The specimen is hypocellular.

GROSS DESCRIPTION:
Received in formalin is a bone marrow core measuring 0.7 cm in length x 0.1 cm in diameter, submitted in toto in one cassette. Also received in formalin is clot measuring 2.1 x 0.5 x 0.5 cm in aggregate, submitted in toto in two cassettes.

MICROSCOPIC DESCRIPTION:

PERIPHERAL BLOOD:
CBC values (08/07/03): WBC 3,700, RBC 3.32, Hgb 10.5, Hct 30.3, MCV 91, MCH 31.5, MCHC 34.5, RDW 16.2, platelets 155,000.

Differential (automated, as provided):

63.2 % Neutrophils
26.0 % Lymphocytes
8.6 % Monocytes
2.0 % Eosinophils
0.2 % Basophils

A formal peripheral blood smear interpretation is not requested.

ASPIRATE SMEARS:
The aspirate smears are aparticulate and hypocellular. Scanning of the smears shows mainly mature granulocytes and lymphocytes. Few nucleated red blood cells are seen. They show normoblastic maturation. The lymphocytes are well-differentiated. The touch preparation is hypocellular and reflective of the aspirate smears.

BONE MARROW BIOPSY:

Printed in U.S.A. © 1991 DIANON Systems, Inc.

Tests Performed by DIANON Systems at 200 Watson Blvd, Stratford CT, 203-381-4000

200 Watson Boulevard
Stratford, CT 06615
(800)328-2666   (203)381-4000

CONFIDENTIAL HEALTH INFORMATION
PP01799



RTE: RP 404-294-9664    SEQ: C980

**DIANON SYSTEMS**

| Accession No.<br>SA3012747 | Chart No.<br>PA0689230<br>2209 | Sex | D.O.B. | Page<br>3 of 3 |
|---|---|---|---|---|
| Patient Name | | | | Collected<br>08/07/03 |
| Requesting Physician<br>MOORE, MELVIN R, MD | | | | Received<br>08/08/03 |
| Referring Physician<br>EIDEX, MAXWELL, MD | | | | Reported<br>08/12/03 |

**CM98014    DIAGNOSTIC REPORT**

The biopsy shows fragmentation/aspiration artifact, coagulative necrosis, and fibrosis with small area of marrow for evaluation. An accurate assessment of cellularity and the M:E ratio cannot be performed. There is maturing trilineage hematopoiesis. Megakaryocytes are adequate. Erythroid precursors and granulocytic elements show complete maturation. There is no evidence of lymphoid aggregates or extensive residual acute leukemia.

CLOT SECTION:
The clot section shows blood and scattered hematopoietic elements.

IRON STAINS:
The iron stained bone marrow clot and aspirate smear preparations lack sufficient spicules for the assessment of iron stores. However, the bone marrow biopsy shows increased iron stores. Incorporation cannot be assessed.

RETICULIN STAIN:
There is moderate increase in reticulin fibers.

FINAL DIAGNOSIS:

BONE MARROW:

1. Limited sample with fibrosis and coagulation necrosis.

2. Limited maturing trilineage hematopoiesis.

3. Increased iron stores.

4. Moderate increase in reticulin fibers.

COMMENT:
The overall findings are compatible with response to chemotherapy. Recommend correlation with pending cytogenetic evaluation, other laboratory/clinical data and patient follow-up. Should you have any questions, I can be reached at (203) 381-4000.

*Fadi Gebrail*

Fadi Gebrail, M.D.

208 Watson Boulevard
Stratford, CT  06615
(800)328-2666   (203)381-4000

Tests Performed by DIANON Systems at 200 Watson Blvd, Stratford CT, 203-381-4000

CONFIDENTIAL HEALTH INFORMATION
PP01800

**B**

6
Review of DIANON produced records



DEFENDANT'S
EXHIBIT
3A
JP Slide

| CLAIM INFORMATION: | |
|---|---|
| Sample number: | 6 |
| Beneficiary name: | |
| Beneficiary HIC: | |
| Date of service: | 2/1/1996 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 22 |
| 88180 units considered medically necessary: | 18 |
| Comments: | Anemia |

BM

∅ CD2, CD22, CD25, HLA-DR

Interp - No T or B cell neoplasm
PB - WBC in nl numbers
BM - Fe deficiency

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | |
| Review date: | 12/10/05 |

 **DIANON SYSTEMS**

CLIA ID#: 07D0644713
CT License No. CL-0356
CAP No. 26747-01

| ACCESSION NUMBER | COLLECTION DATE |
|---|---|
| S60209938 | 02/01/96 |
| PATIENT NAME | DATE RECEIVED |
| | 02/02/96 |

REQUESTING PHYSICIAN

OSTA, DR SALIM M. *

| CASE NUMBER | REPORT DATE |
| | 02/06/96 |
| DATE OF BIRTH | PATIENT ID NUMBER |
| | 2902 |
| TEST ORDERED | SPECIMEN TYPE |
| L/L PHENOTYPING | BONE MARROW |
| INDICATION FOR STUDY | |
| ANEMIA, FATIGUE | |

O-21240
OSTA, DR SALIM M. *

3226 'G' HAMPTON AVENUE
BRUNSWICK, GA 31520

## RESULTS

### IMMUNOGLOBULINS

KAPPA/CD19 2%
LAMBDA/CD19 1%

### MONOCLONAL ANTIBODIES

**PHOTOMICROGRAPH**



**T-Cell**
CD5(T1) 64%
CD3(T3) 66%
CD4(T4) 49%
CD8(T8) 45%
CD2(T11) 86%
CD7(3A1) 80%

**B-Cell**
CD20(B1) 6%
CD22(B3) 8%
CD19(B4) 10%
CD10(CALLA) 3%
CD23/CD19 1%

**Myeloid**
CD11B(MO1) 39%
CD13(MY7) 3%
CD33(MY9) 7%
CD15(LEU-M1) 5%

**Miscellaneous**
CD45(KC56) 97%
CD56(NKH-1) 29%
CD25(IL2-R1) 34%
CD34(ANTI-HPCA-2) 8%
HLA-DR(I3) 21%

### COMMENTS

CLINICAL HISTORY:  Unspecified anemia and fatigue.

IMMUNOPHENOTYPING INTERPRETATION:

The above data were generated on a population of cells from the bone
marrow which cytometrically correspond to lymphoid cells.  The specimen
has a viability of 89% as determined by staining with propidium iodide.
The gated population comprises 10% of the sample.  The specimen appears
normocellular and examination of Wright-stained smears and cytospin
preparations confirms this impression.  The cells fall within the normal
lymphoid gate.  The cellular population appears normal and a distinctly
abnormal population is not identified.  The histogram does not suggest
that a separate and distinct blast or large cell population is present.

Continued on next page. . .

DIANON Systems, Inc. • 200 Watson Boulevard • Stratford, CT 06497 • 800-328-2666 • 203-381-4000
© 1993 DIANON Systems, Inc.  Printed in U.S.A.

(980A)  Rev. 9/95

**DIANON SYSTEMS**
Diagnostic Innovations for Medicine

**CONFIDENTIAL HEALTH INFORMATION**
PP04257



DIANON SYSTEMS

CLIA ID#: 07D0644713
CT License No. CL-0356
CAP No. 26747-01

| ACCESSION NUMBER | COLLECTION DATE |
|---|---|
| S60209938 | 02/01/96 |
| PATIENT NAME | DATE RECEIVED |
| | 02/02/96 |
| REQUESTING PHYSICIAN | |
| OSTA, DR SALIM M. * | |
| CASE NUMBER | REPORT DATE |
| | 02/06/96 |
| DATE OF BIRTH | PATIENT ID NUMBER |
| | 2902 |
| TEST ORDERED | SPECIMEN TYPE |
| L/L PHENOTYPING | BONE MARROW |
| INDICATION FOR STUDY | |
| ANEMIA, FATIGUE | |

O-21240
OSTA, DR SALIM M. *

3226 'G' HAMPTON AVENUE
BRUNSWICK, GA 31520

## RESULTS

. . .CONTINUED. . .

The study shows a relative normal T:B ratio for bone marrow. The T-cell
population expresses pan T-Cell antigens (CD2, CD3, CD5, and CD7) in a
non-aberrant fashion. The CD4:CD8 ratio is normal. The B-Cells are a
minor population. They express pan-B-Cell antigens (CD19, CD20, and
CD22) in a non-aberrant fashion. CD10 (CALLA) is not significantly
expressed by the B-cell population. Staining for light chains is normal
and does not reveal monotypia. The NK cell population is increased in
number. Antigens associated with maturing granulocytes (CD11B, CD13, CD15,
and CD33) are not present in significant numbers of cells. Stem
Cell/Progenitor/Blast-associated antigens (CD34 and HLA-DR) are not
detected and/or coexpressed in clinically meaningful numbers.

CONCLUSION:

There is no immunophenotypic evidence for a T-Cell or a B-Cell neoplasm.
Of undetermined significance is the presence of a small increased
population of double-positives (CD4+CD8). Increased numbers of these
cells may be seen in patients with Hashimoto's disease, Myasthenia Gravis,
Thymoma, and HTLV-1 positive ATLL. However, the limited cellularity
and/or fragility of transported cells may limit the study and any fragile
or small population of cells may not, therefore, be identified in this
study. NK cells (CD56, CD2, CD7, CD8-positive; CD3-negative) are mildly
increased in number. NK cells are CD3-negative and often have large
granular lymphocyte (LGL) morphology. NK cells function in
immunosurveillance, regulation of hematopoiesis, resistance to viral
infections, antibody-dependent cellular cytotoxicity, and MHC
non-restricted cell lysis. Mild to moderately increased numbers of NK
cells are often seen as a reactive phenomenon. Significant increases in
NK cells raise the possibility of aggressive LGL disorders.
Clinicopathologic correlation is recommended in this case.

MICROSCOPIC DESCRIPTION:

PERIPHERAL BLOOD:

Continued on next page. . .

DIANON Systems, Inc. • 200 Watson Boulevard • Stratford, CT 06497 • 800-328-2666 • 203-381-4000
© 1993 DIANON Systems, Inc.   Printed in U.S.A.

(980A)  Rev. 9/95



DIANON SYSTEMS

*Diagnostic Innovations for Medicine*

CONFIDENTIAL HEALTH INFORMATION
PP04258


# DIANON SYSTEMS

CLIA ID#: 07D0644713
CT License No. CL-0356
CAP No. 26747-01

O-21240
OSTA, DR SALIM M. *

3226 'G' HAMPTON AVENUE
BRUNSWICK, GA 31520

| ACCESSION NUMBER | COLLECTION DATE |
|---|---|
| S60209938 | 02/01/96 |
| PATIENT NAME | DATE RECEIVED |
| | 02/02/96 |
| REQUESTING PHYSICIAN | |
| OSTA, DR SALIM M. * | |
| CASE NUMBER | REPORT DATE |
| | 02/06/96 |
| DATE OF BIRTH | PATIENT ID NUMBER |
| | 2902 |
| TEST ORDERED | SPECIMEN TYPE |
| L/L PHENOTYPING | BONE MARROW |
| INDICATION FOR STUDY | |
| ANEMIA, FATIGUE | |

## RESULTS

```
. . .CONTINUED. . .

Hgb 7.4, MCV 74, RDW 21.7, platelets 334,000, WBC 9,800.

The red blood cells appear microcytic and hypochromic with a moderate
anisocytosis and poikilocytosis. The peripheral blood smear shows the
presence of scattered elliptocytes, tear-drop cells, hypochromic
microcytes, stomatocytes, and polychromatophilic red cells. No
circulating nucleated red blood cells are identified.

Platelets appear adequate on smear and vary somewhat in size. No
abnormalities of platelet granulation are identified.

White blood cells are present in normal numbers and are a rare
hypersegmented cell is identified.

Differential: (100 cells)

76p% Segmented neutrophils
10p% Lymphocytes
9p% Monocytes
3      % Eosinophils
2p% Basophils

BONE MARROW BIOPSY:
Bone marrow biopsy shows the presence of mild osteoporosis. The marrow:
fat ratio is 20:80. Trilinear hematopoiesis is present. Megakaryocytes
appear present in normal numbers without clustering or dyspoiesis. No
abnormal localization of immature precursors are identified. No
metastatic tumors, granulomas, lymphoid nodules, or paratrabecular
lymphoid infiltrates are identified.

BONE MARROW CLOT SECTION:
The bone marrow clot section does not differ significantly from the
changes seen on the bone marrow biopsy.

ASPIRATE SMEARS:
```

Continued on next page. . .

DIANON Systems, Inc. • 200 Watson Boulevard • Stratford, CT 06497 • 800-328-2666 • 203-381-4000
© 1993 DIANON Systems, Inc. Printed in U.S.A.

(980A)  Rev. 9/95


DIANON SYSTEMS
Diagnostic Innovations for Medicine

CONFIDENTIAL HEALTH INFORMATION
PP04259



| ACCESSION NUMBER | COLLECTION DATE |
|---|---|
| S60209938 | 02/01/96 |
| PATIENT NAME | DATE RECEIVED |
| ▉▉▉▉▉▉ | 02/02/96 |
| REQUESTING PHYSICIAN | |
| OSTA, DR SALIM M. ★ | |
| CASE NUMBER | REPORT DATE |
| | 02/06/96 |
| DATE OF BIRTH | PATIENT ID NUMBER |
| ▉▉▉▉▉▉ | 2902 |
| TEST ORDERED | SPECIMEN TYPE |
| L/L PHENOTYPING | BONE MARROW |
| INDICATION FOR STUDY | |
| ANEMIA, FATIGUE | |

CLIA ID#: 07D0644713
CT License No. CL-0356
CAP No. 26747-01

O-21240
OSTA, DR SALIM M. ★

3226 'G' HAMPTON AVENUE
BRUNSWICK, GA 31520

## RESULTS

. . .CONTINUED. . .

Differential (500 cells):

26p% Segmented neutrophils and bands
6p% Metamyelocytes
11p% Myelocytes
1p% Promyelocyte
1p% Blast
1p% Plasma cell
35p% Nucleated red blood cells
13    % Lymphocytes
2p% Monocytes
3p% Eosinophils
1p% Basophil

The aspirated material contains numerous spicules which are more cellular than would be expected from examination of the bone marrow biopsy. Touch preparations are submitted. Megakaryocytes appear present in normal numbers without morphologic abnormalities. The M:E ratio is 1.7:1 secondary to a normoblastic to micronormoblastic erythroid hyperplasia. White blood cells mature to segmented granulocytes without dyspoiesis. Myeloblasts comprise less than 3% of bone marrow elements. Low frequency elements are present in normal numbers.

IRON STAINS:
Iron stains performed on the aspirate smear, clot section and bone marrow biopsy show no reticuloendothelial or sideroblastic iron. Ringed sideroblasts are absent.

RETICULIN STAIN:
Bone marrow reticulin is normal in amount and distribution.

FINAL DIAGNOSIS:

PERIPHERAL BLOOD:
Microcytic anemia, moderate
Hypersegmentation, rare

Continued on next page. . .

DIANON Systems, Inc. • 200 Watson Boulevard • Stratford, CT 06497 • 800-328-2666 • 203-381-4000
© 1993 DIANON Systems, Inc.   Printed in U.S.A.

(980A)  Rev. 9/95



Diagnostic Innovations for Medicine

CONFIDENTIAL HEALTH INFORMATION
PP04260



CLIA ID#: 07D0644713
CT License No. CL-0356
CAP No. 26747-01

O-21240
OSTA, DR SALIM M. *

3226 'G' HAMPTON AVENUE
BRUNSWICK, GA 31520

| ACCESSION NUMBER | COLLECTION DATE |
|---|---|
| S60209938 | 02/01/96 |
| PATIENT NAME | DATE RECEIVED |
|  | 02/02/96 |
| REQUESTING PHYSICIAN | |
| OSTA, DR SALIM M. * | |
| CASE NUMBER | REPORT DATE |
|  | 02/06/96 |
| DATE OF BIRTH | PATIENT ID NUMBER |
|  | 2902 |
| TEST ORDERED | SPECIMEN TYPE |
| L/L PHENOTYPING | BONE MARROW |
| INDICATION FOR STUDY | |
| ANEMIA, FATIGUE | |

**RESULTS**

---

. . .CONTINUED. . .

BONE MARROW WITH IMMUNOPHENOTYPING:
Trilinear hematopoiesis
Micronormoblastic erythroid hyperplasia, mild
Tissue iron depletion with iron deficient erythropoiesis
Immunophenotypic changes of increased NK cells

COMMENT:
Myelodysplastic alterations are not present.  The basic disease process
appears to be tissue iron deficiency with iron deficient erythropoiesis.
However, the presence of a rare hypersegmented neutrophil in the
peripheral smear raises the possibility of a combined deficiency state.
This clinical entity should be ruled out by appropriate laboratory studies.
   Thank you for allowing us to participate in the workup of your patient's
hematologic disorder.  Should you have any questions, I can be reached at
(203) 381-4000.

006773861 220

_Thomas F Smyth, MD_

_Richert E. Goyette, M.D._

Arthur Rabson, M.D.

DIANON Systems, Inc. • 200 Watson Boulevard • Stratford, CT 06497 • 800-328-2666 • 203-381-4000
© 1993 DIANON Systems, Inc.  Printed in U.S.A.

(980A)  Rev. 9/95

RTE: LVOL SEQ: 132



Diagnostic Innovations for Medicine

CONFIDENTIAL HEALTH INFORMATION
PP04261



25

Review of DIANON produced records

| CLAIM INFORMATION: | |
|---|---|
| Sample number: | 25 |
| Beneficiary name: | |
| Beneficiary HIC: | |
| Date of service: | 9/24/1999 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 26 |
| 88180 units considered medically necessary: | 14 |
| Comments: | |

72,100 Monoclonal gammopathy
WBC 6900, Plt 186K, Hg 12.5

∅ CD 2, 7, 22, 103, 11c, 13, 33, 56, 57,
25, 34, HLA DR

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | |
| Review date: | 6/24/03 |

CONFIDENTIAL HEALTH INFORMATION -
SUBJECT TO PROTECTIVE ORDER

RTE: USIAFS 212-956-1873   SEQ: LRAN

# DIANON ] SYSTEMS

| Accession No. | Chart No. | Sex | D.O.B. | Page |
|---|---|---|---|---|
| S90945910 | | �these | ▬ | 1 of 4 |

| Patient Name | Collected |
|---|---|
| ▬ | 09/24/99 |

**LLRAN10**       **DIAGNOSTIC (REPRINT)**
                              05/16/03

LEVINE, RANDY MD
4 EAST 76TH STREET

NEW YORK, NY 10021

| Requesting Physician | Received |
|---|---|
| LEVINE, RANDY MD | 09/25/99 |

| Referring Physician | Reported |
|---|---|
| | 10/01/99 |

| Indications For Study |
|---|
| MONOCLONAL GAMMOPATHY, SENSORY NEUROPATHY |

## PHOTOMICROGRAPH

### SPECIMEN TYPE
BONE MARROW, CORE BIOPSY

#### IMMUNOGLOBULINS
CD19/KAPPA: 27%
CD19/LAMBDA: 5%

#### MONOCLONAL ANTIBODIES

**Photomicrograph available upon request.**

| T-Cell | | B-Cell | |
|---|---|---|---|
| CD5: | 74% | CD20: | 40% |
| CD3: | 50% | CD22: | 36% |
| CD4: | 24% | CD19: | 34% |
| CD8: | 33% | CD10: | 4% |
| ( | 57% | CD23/CD19: | 28% |
| CD7: | 54% | CD103/CD20: | 1% |
| | | CD11C/CD20: | 14% |
| | | CD5/CD19: | 25% |

1 - CLOT SECTION (LOW POWER)
2 - BIOPSY (HIGH POWER)
3 - ASPIRATE SMEAR
4 - RETICULOENDOTHELIAL IRON

| Myeloid | | Miscellaneous | |
|---|---|---|---|
| CD13: | 4% | CD45: | 95% |
| CD33: | 5% | CD16: | 15% |
| CD14: | 4% | CD56: | 21% |
| | | CD57: | 25% |
| | | CD25: | 30% |
| | | CD34: | 1% |
| | | HLA-DR: | 58% |

CLINICAL HISTORY: 72 year old man with sensory neuropathy.

IMMUNOPHENOTYPING INTERPRETATION:

The above data were generated on a population of cells from the bone marrow which cytometrically correspond to lymphoid cells. The specimen has a viability of 96% as determined by staining with propidium iodide. The gated population comprises 21% of the sample. The specimen appears cellular and examination of Wright-stained smears and cytospin preparations confirms this impression. The cells fall within the normal lymphoid gate. The cellular population appears normal and a distinctly abnormal population is not identified. The histogram does not suggest that a separate and distinct blast or large cell population

000857

Printed in U.S.A. © 1991 DIANON Systems, Inc.

200 Watson Boulevard
Stratford, CT 06615
(800)328-2666   (203)381-4000

RTE: USIAFS 212-956-1673   SEQ: LRAN

# DIANON] SYSTEMS

| Accession No. S90945910 | Chart No. | Sex | D.O.B. | Page 2 of 4 |
|---|---|---|---|---|
| Patient Name | | | | Collected 09/24/99 |
| Requesting Physician LEVINE, RANDY MD | | | | Received 09/25/99 |
| Referring Physician | | | | Reported 10/01/99 |

**LLRAN10      DIAGNOSTIC (REPRINT)**
05/16/03

is present.

The study shows a relative abnormal T:B ratio for bone marrow. The T-cell population expresses pan-T-cell antigens (CD2, CD3, CD5, and CD7) in a non-aberrant fashion. The CD4:CD8 ratio is abnormal secondary to increased CD8 lymphocytes and CD8 expression by NK cells. The B cells are a major population. They express pan-B-cell antigens (CD19, CD20, and CD22) in a non-aberrant fashion. CD10 (CALLA) is not significantly expressed by the B-cell population. Staining for light chains is low and does reveal monotypia. The NK cell population is increased in number. Antigens associated with maturing granulocytes (CD13 and CD33) are not present in significant numbers of cells. Stem cell/progenitor/blast-associated antigens (CD34 and HLA-DR) are not detected and/or coexpressed in clinically meaningful numbers.

CONCLUSION:

This study shows the presence of a small monotypic B-Cell population with low intensity kappa light-chain positivity. This population carries the B-Cell markers CD19, CD20, and CD22 (dim) without the expression of CD10. Aberrantly expressed on population of B-Cells is CD5- a putative T-Cell antigen. CD5-positive B-Cells represent a very small population of lymphocytes in a normal individual and are associated with autoreactivity. When present in large numbers, they are characteristic of small B-Cell malignancies such as chronic lymphocytic leukemia (CLL), small lymphocytic lymphoma (SLL), and mantle cell lymphoma (MCL). The presence of co-expressed CD23 in this population of the patient's cells is characteristic of CLL/SLL and is not a normal feature of leukemic-phase MCL.

In summary, these immunophenotypic findings are suggestive of minimal bone marrow involvement by a small lymphocytic lymphoma. However, the population is small and its significance requires clinicopathologic correlation.

MICROSCOPIC DESCRIPTION:

PERIPHERAL BLOOD:
The peripheral blood smear is lysed.

Hgb 12.5, MCV 96.2, RDW 12.8, platelets 180,000, WBC 6,900.

Differential (client supplied):

4,700  Granulocytes
1,900  Lymphocytes
400  Monocytes

BONE MARROW BIOPSY:
The biopsy shows the presence of unremarkable skin. Mild osteoporosis is present. The marrow:fat ratio is approximately

000858

RTE: USIAFS 212-956-1673   SEQ: LRAN

# DIANON] SYSTEMS

| Accession No. | Chart No. | Sex | D.O.B. | Page |
|---|---|---|---|---|
| S90945910 | | | | 3 of 4 |

| Patient Name | Collected |
|---|---|
| | 09/24/99 |

| Requesting Physician | Received |
|---|---|
| LEVINE, RANDY MD | 09/25/99 |

| Referring Physician | Reported |
|---|---|
| | 10/01/99 |

**LLRAN10      DIAGNOSTIC (REPRINT)**
05/16/03

20:80. Trilinear hematopoiesis is present. Megakaryocytes are present in normal numbers and are neither clustered nor dyspoietic. No abnormal localization of immature precursors is identified. Two small lymphoid aggregates are present. However, no metastatic tumors, granulomatous infiltrates, lymphoid nodules, or paratrabecular lymphoid infiltrates are identified.

CLOT SECTION:
The bone marrow clot section differs from the biopsy in that it is slightly more cellular at 30%. In addition, it shows occasional scattered small lymphocytes in either aggregates or as an interstitial infiltrate. Lymphoid cells occupy less than 5% of the intertrabecular space and are not associated with a large cell component.

ASPIRATE SMEARS:

Differential (500 cells):

16 % Segmented neutrophils and bands
   % Metamyelocytes
.. % Myelocytes
2 % Promyelocytes
1 % Blasts
3 % Plasma cells
28 % Nucleated red blood cells
26 % Lymphocytes
1 % Monocytes
2 % Eosinophils

Megakaryocytes are present in normal numbers. The M:E ratio is approximately 1.5:1. Red blood cell maturation is normoblastic. White blood cells mature to segmented granulocytes without dyspoiesis. Myeloblasts comprise less than 3% of bone marrow elements. Low frequency elements are remarkable for the presence of a 26% small round regular lymphocytosis and a 3% mature plasmacytosis.

IRON STAINS:
Prussian-blue stains show 2+ reticuloendothelial and normal amounts of sideroblastic iron. No ringed sideroblasts are identified.

RETICULIN STAIN:
Bone marrow reticulin staining is non-contributory.

IMMUNOHISTOCHEMISTRY:
Immunohistochemical stains were performed for CD20 and CD3. They show no evidence of a lymphoreticular infiltrate.

000859

Printed in U.S.A. © 1991 DIANON Systems, Inc.                                     200 Watson Boulevard
Stratford, CT 06615

**DIANON SYSTEMS**

RTE: USIAFS 212-956-1673    SEQ: LRAN

| Accession No.<br>S90945910 | Chart No. | Sex | D.O.B. | Page<br>4 of 4 |
|---|---|---|---|---|
| Patient Name | | | | Collected<br>09/24/99 |
| Requesting Physician<br>LEVINE, RANDY MD | | | | Received<br>09/25/99 |
| Referring Physician | | | | Reported<br>10/01/99 |

**LLRAN10    DIAGNOSTIC (REPRINT)**
05/16/03

---

FINAL DIAGNOSIS:

PERIPHERAL BLOOD:

1. Normocytic anemia, mild.

BONE MARROW WITH IMMUNOPHENOTYPING:

1. Normocellular bone marrow for age with trilinear hematopoiesis and trilineal maturation.

2. Interstitial lymphocytosis, mild (26%).

3. Mature plasmacytosis, mild (3%).

    ...lative normoblastic erythroid hyperplasia, mild.

5. Immunophenotypic changes of small CD5(+)/CD19(+)/kappa light-chain-restricted small B-cell population.

COMMENT:
Despite the flow cytometric studies, these hematopathologic changes are non-diagnostic for bone marrow involvement by a small lymphocytic lymphoma. Diagnostic considerations include minimal bone marrow involvement, non-uniform bone marrow involvement, or a lymphoproliferative disease of undetermined significance. The results of this study should be correlated with the patient's clinicopathologic presentation as well as a careful search for central and peripheral lymphadenopathy.

Thank you for allowing us to participate in the workup of this patient's hematopathologic disorder. Should you have any questions, I can be reached at (203) 381-4000.

000860

Richert E. Goyette, M.D.

200 Watson Boulevard
Stratford, CT  06615

161



Review of DIANON produced records

| CLAIM INFORMATION: | |
|---|---|
| Sample number: | 161 |
| Beneficiary name: | ██████████ |
| Beneficiary HIC: | ██████████ |
| Date of service: | 5/1/2001 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 26 |
| 88180 units considered medically necessary: | 16 |
| Comments: | |

70;10 0? CML
Bone Marrow
∅cb 2, 7, 22, 103, 11c, 56, 57, 25, HLA, 38

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | |
| Review date: | 8/21/03 |

**CONFIDENTIAL HEALTH INFORMATION -**
**SUBJECT TO PROTECTIVE ORDER**

FLYN000161

RTE: USIAFS 770-942-7699   **SEQ: G701**

# DIANON) SYSTEMS

James B. Amberson, M.D.
Laboratory Director

**GM70114**      **PRELIMINARY REPORT**

**GEORGIA CANCER SPECIAL. ***
**4645 TIMBER RIDGE RD #120**

**DOUGLASVILLE, GA 30135**

| Accession No. S10568330 | Chart No. TOMPD:00 | Sex | D.O.B. | Page 1 of 2 |
|---|---|---|---|---|
| **Patient Name** | | | | **Collected** 05/01/01 |
| **Requesting Physician** MUNJAL, DR | | 006338 | | **Received** 05/02/01 |
| **Referring Physician** | | | | **Reported** 05/03/01 |
| **Indications For Study** CML | | | | |

## PHOTOMICROGRAPH



**SPECIMEN TYPE**
BONE MARROW, LPIC

### IMMUNOGLOBULINS
**CD19/KAPPA: 14%**
**CD19/LAMBDA: 8%**

### MONOCLONAL ANTIBODIES

| T-Cell | | B-Cell | |
|---|---|---|---|
| CD5: | 47% | CD20: | 20% |
| CD3: | 49% | CD22: | 23% |
| CD4: | 30% | CD19: | 23% |
| CD8: | 17% | CD10: | 2% |
| : | 59% | CD23/CD19: | 2% |
| : | 62% | CD103/CD20: | 0% |
| | | CD11C/CD20: | 1% |

| Myeloid | | Miscellaneous | |
|---|---|---|---|
| CD13: | 1% | CD45: | 98% |
| CD33: | 0% | CD16: | 4% |
| CD14: | 1% | CD56: | 3% |
| | | CD57: | 3% |
| | | CD25: | 4% |
| | | CD34: | 3% |
| | | HLA-DR: | 39% |
| | | CD38: | 47% |

IMMUNOPHENOTYPING INTERPRETATION:

The above data were generated on a population of cells from the bone marrow which cytometrically correspond to lymphoid cells. The specimen has a viability of 100% as determined by staining with propidium iodide. The gated population comprises 3% of the sample. The specimen appears cellular and examination of Wright-stained smears and cytospin preparations confirms this impression. The cells fall within the standard lymphoid gate and the histogram does not suggest that a separate and distinct blast population is present.

The T-cell population expresses pan-T-cell antigens (CD2, CD3, CD5, and CD7) in a non-aberrant fashion. The CD4:CD8 ratio

RTE: USIAFS 770-942-7699    SEQ: G701

# DIANON] SYSTEMS

James B. Amberson, M.D.
Laboratory Director

**GM70114**    **PRELIMINARY REPORT**

| Accession No. | Chart No. | Sex | D.O.B. | Page |
|---|---|---|---|---|
| S10568330 | TOMPD:00 | | | 2 of 2 |

| Patient Name | | | Collected |
|---|---|---|---|
| | | | 05/01/01 |

| Requesting Physician | | Received |
|---|---|---|
| MUNJAL, DR | 006339 | 05/02/01 |

| Referring Physician | Reported |
|---|---|
| | 05/03/01 |

is normal. The B cells are a minor population. They express pan-B-cell antigens (CD19, CD20, and CD22) in a non-aberrant fashion. CD10 (CALLA) is not significantly expressed by the B-cell population. Staining for light chains does not reveal monotypia. The NK cell population is normal in number. Antigens associated with maturing granulocytes (CD13 and CD33) are not present in significant numbers of cells. Stem cell/progenitor/blast-associated antigen (CD34) is not detected and/or coexpressed in clinically meaningful numbers.

CONCLUSION:

There is no immunophenotypic evidence for a T-cell or B-cell neoplasm or acute leukemia. No increase in CD34(+) blasts is noted. The results of this study must be correlated with marrow morphologic findings and with pending cytogenetic evaluation. Should you have any questions, I can be reached at (203) 381-4000.

Suha Mishalani , M.D.

Printed in U.S.A. © 1991 DIANON Systems, Inc

200 Watson Boulevard
Stratford, CT 06615
(800)328-2666   (203)381-4000



121

Review of DIANON produced records

| CLAIM INFORMATION: | |
|---|---|
| Sample number: | 121 |
| Beneficiary name: | ▇▇▇▇▇▇ |
| Beneficiary HIC: | ▇▇▇▇▇ |
| Date of service: | 5/30/2001 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 27 |
| 88180 units considered medically necessary: | 14 |
| Comments: | 77-10 ♀ Lymphocytosis<br>Peripheral Blood WBC 28.2k 76% Lymphs<br>CD 2, 7, 13, 33, 22, 103, 11c, 56, 57,<br>25, 34, HLA, 38 |

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | *[signature]* |
| Review date: | 8/5/03 |

**CONFIDENTIAL HEALTH INFORMATION -
SUBJECT TO PROTECTIVE ORDER**

FLYN000121

RTE: USIAFS 510-483-1866    SEQ: L281

# DIANON SYSTEMS

James B. Amberson, M.D.
Laboratory Director

**LP28103**     **DIAGNOSTIC REPORT**

**EAST BAY MED ONC/HEM ***
**13847 E 14TH STE#217**

**SAN LEANDRO, CA 94578**

| Accession No. | Chart No. | Sex | D.O.B. | Page |
|---|---|---|---|---|
| S10569698 | 42209 | | | 1 of 3 |

| Patient Name | Collected |
|---|---|
| | 05/30/01 |

| Requesting Physician | Received |
|---|---|
| PATEL, DR BIMAL * | 05/31/01 |

| Referring Physician | Reported |
|---|---|
| | 06/04/01 |

| Indications For Study |
|---|

## PHOTOMICROGRAPH



1 - PERIPHERAL BLOOD

**SPECIMEN TYPE**
BLOOD, SLID,

**IMMUNOGLOBULINS**
CD19/KAPPA: 84%
CD19/LAMBDA: 1%

**MONOCLONAL ANTIBODIES**

| T-Cell | | B-Cell | |
|---|---|---|---|
| CD5: | 97% | CD20: | 91% |
| CD3: | 8% | CD22: | 91% |
| CD4: | 5% | CD19: | 91% |
| CD8: | 4% | CD10: | 1% |
| 2: | 10% | CD23/CD19: | 89% |
| J7: | 11% | CD103/CD20: | 1% |
| | | CD11C/CD20: | 69% |
| | | CD5/CD19: | 89% |

| Myeloid | | Miscellaneous | |
|---|---|---|---|
| CD13: | 1% | CD45: | 100% |
| CD33: | 1% | CD16: | 1% |
| CD14: | 0% | CD56: | 2% |
| | | CD57: | 3% |
| | | CD25: | 77% |
| | | CD34: | 1% |
| | | HLA-DR: | 91% |
| | | CD38: | 2% |

004820

CLINICAL HISTORY: This is a 77 year old female with a history of lymphocytosis.

IMMUNOPHENOTYPING INTERPRETATION:

The above data were generated on a population of cells from the peripheral blood which cytometrically correspond to lymphoid cells. The specimen has a viability of 95% as determined by staining with propidium iodide. The gated population comprises 75% of the sample. The specimen appears cellular and examination of Wright-stained smears and cytospin preparations confirms this impression. The cells fall within the standard lymphoid gate. The cellular population appears increased and a



**DIANON SYSTEMS**

| Accession No. | Chart No. | Sex | D.O.B. | Page |
| S10569698 | 42209 | ▮ | ▮ | 2 of 3 |

| Patient Name | | Collected |
| ▮▮▮▮ | | 05/30/01 |

James B. Amberson, M.D.
Laboratory Director

**LP28103**   **DIAGNOSTIC REPORT**

| Requesting Physician | Received |
| PATEL, DR BIMAL * | 05/31/01 |

| Referring Physician | Reported |
| | 06/04/01 |

---

distinctly abnormal population is identified. The histogram does not suggest that a separate and distinct blast or large cell population is present.

The study shows a relative abnormal T:B ratio for peripheral blood. The T-cell population expresses pan-T-cell antigens (CD2, CD3, CD5, and CD7) in a non-aberrant fashion. The CD4:CD8 ratio is normal. The B cells are a major population. They express pan-B-cell antigens (CD19, CD20[dim], and CD22) and coexpress CD5, CD11c(dim), and CD23 in an aberrant fashion. CD10 (CALLA) and CD38 are not significantly expressed by the B-cell population. Staining for light chains is dim and does reveal kappa monotypia. The NK cell population is low in number. Antigens associated with maturing granulocytes (CD13 and CD33) are not present in significant numbers of cells. Stem cell/progenitor/blast-associated antigen (CD34) is not detected and/or coexpressed in clinically meaningful numbers.

CONCLUSION:

The findings are diagnostic for chronic lymphocytic leukemia. Lack of CD38 expression by the neoplastic B-cells may suggest a ᵒorable prognosis.

MICROSCOPIC DESCRIPTION:

PERIPHERAL BLOOD:
CBC values (as received, dated 5/30/01): WBC 28.2, RBC 4.36, Hgb 13.1, Hct 39.7, MCV 91, RDW 15.5, platelets 212,000.

Differential (300 cells):

22 % Segmented neutrophils and bands
77 % Lymphocytes
1 % Monocyte

004821

Platelets are numerically and morphologically unremarkable. Red blood cells show mild anisopoikilocytosis with rare polychromasia. Neutrophils are relatively reduced in number with normal cytoplasmic granules and nuclear segmentation. Lymphocytes are markedly increased in number. The majority of the lymphocytes are small in size, mature-appearing with scanty basophilic cytoplasm, rounded nucleus with clumped chromatin. Rare larger lymphocytes with abundant cytoplasm, larger nucleus with prominent nucleoli are seen. However, the larger lymphocytes (prolymphocytes) comprise less than 10% of the overall lymphocyte count. Rare basophils and eosinophils and monocytes are seen on scan.

FINAL DIAGNOSIS:

PERIPHERAL BLOOD:

RTE: USIAFS 510-483-1856    **SEQ: L281**

# DIANON] SYSTEMS

James B. Amberson, M.D.
Laboratory Director

**LP28103**        **DIAGNOSTIC REPORT**

| Accession No. S10569698 | Chart No. 42209 | Sex | D.O.B. | Page 3 of 3 |
|---|---|---|---|---|
| **Patient Name** | | | | **Collected** 05/30/01 |
| **Requesting Physician** PATEL, DR BIMAL * | | | | **Received** 05/31/01 |
| **Referring Physician** | | | | **Reported** 06/04/01 |

1. The peripheral blood morphology and immunophenotypic findings are diagnostic for chronic lymphocytic leukemia (see comment).

COMMENT:
The immunophenotypic studies document an increase in kappa monotypic B-cell population which express CD19, CD20, CD22, and coexpress CD5, CD11c(dim), and CD23. The neoplastic B-cells lack CD38 expression which portends a favorable prognosis. Should you have any questions, I can be reached at (203) 381-4000.

004822

*Sherif Ibrahim*

Sherif Ibrahim, M.D., PhD.

**200 Watson Boulevard**
**Stratford, CT  06615**

125



Review of DIANON produced records

| CLAIM INFORMATION: | |
| --- | --- |
| Sample number: | 125 |
| Beneficiary name: | ███████████ |
| Beneficiary HIC: | ███████ |
| Date of service: | 3/7/2002 |

| REVIEW INFORMATION: | |
| --- | --- |
| 88180 units performed: | 27 |
| 88180 units considered medically necessary: | 14 |
| Comments: | 84 y.o ♀ ?CLL<br>Peripheral Blood<br>Ø CD 2, 7, 13, 33, 22, 103, 11c, 56, 5?,<br>25, 34; HLA, 38 |

| REVIEWER INFORMATION: | |
| --- | --- |
| Name: | Stuart D. Flynn, MD |
| Signature: | |
| Review date: | 8/6/03 |

**CONFIDENTIAL HEALTH INFORMATION –
SUBJECT TO PROTECTIVE ORDER**

RTE: ABIAFS 201-444-3265   SEQ: H673

# DIANON] SYSTEMS

James B. Amberson, M.D.
Laboratory Director

**HL67301**      **DIAGNOSTIC REPORT**

**HEM-ONC ASSOC OF NJ
174 UNION STREET**

**RIDGEWOOD, NJ 07450**

| Accession No. SA2003497 | Chart No. | Sex | D.O.B. | Page 1 of 2 |
|---|---|---|---|---|
| **Patient Name** | | | | **Collected** 03/07/02 |
| **Requesting Physician** LEE, JAMES, MD | | | | **Received** 03/08/02 |
| **Referring Physician** | | | | **Reported** 03/11/02 |
| **Indications For Study** LYMPHOCYTOSIS, THROMBOCYTOPENIA, ?CLL | | | | |

**SPECIMEN TYPE**
BLOOD,

**PHOTOMICROGRAPH**



**IMMUNOGLOBULINS**
**KAPPA/CD20  71%**
**LAMBDA/CD20  1%**

**MONOCLONAL ANTIBODIES**

| T-Cell | | B-Cell | |
|---|---|---|---|
| CD5: | 93% | CD20: | 80% |
| CD3: | 16% | CD22: | 76% |
| CD4: | 9% | CD19: | 77% |
| CD8: | 7% | CD10: | 0% |
| ?: | 21% | CD23/CD19: | 60% |
| /: | 18% | CD103/CD20: | 1% |
| | | CD11C/CD20: | 12% |
| | | CD5/CD19: | 72% |

| Myeloid | | Miscellaneous | |
|---|---|---|---|
| CD13: | 1% | CD45: | 100% |
| CD33: | 0% | CD16: | 5% |
| CD14: | 0% | CD56: | 4% |
| | | CD57: | 3% |
| | | CD25: | 10% |
| | | CD34: | 0% |
| | | HLA-DR: | 82% |
| | | CD38: | 7% |

004944

CLINICAL DATA:  Lymphocytosis, rule out chronic lymphocytic leukemia (CLL).

IMMUNOPHENOTYPING INTERPRETATION:

The above data were generated on a population of cells from the peripheral blood which cytometrically correspond to lymphoid cells.  The specimen has a viability of 100% as determined by staining with propidium iodide.  The gated population comprises 60-70%% of the sample.  The specimen appears cellular and examination of Wright-stained smears and cytospin preparations confirms this impression.  The cells fall within the standard lymphoid gate.  The cellular population appears increased and a

RTE: ABIAFS 201-444-3265   SEQ: H673

# DIANON SYSTEMS

James B. Amberson, M.D.
Laboratory Director

**HL67301**    **DIAGNOSTIC REPORT**

| Accession No. SA2003497 | Chart No. | Sex ■ | D.O.B. ■ | Page 2 of 2 |
|---|---|---|---|---|
| Patient Name ■ | | | | Collected 03/07/02 |
| Requesting Physician LEE, JAMES, MD | | | | Received 03/08/02 |
| Referring Physician | | | | Reported 03/11/02 |

distinctly abnormal population is identified. The histogram does not suggest that a separate and distinct blast population is present.

The study shows a relative abnormal T:B ratio for peripheral blood. The T-cell population expresses pan-T-cell antigens (CD2, CD3, CD5, and CD7) in a non-aberrant fashion. The CD4:CD8 ratio is normal. The B cells are a major population. They express pan-B-cell antigens (CD19, CD20, and CD22) in an aberrant fashion with dim to moderate CD22 and CD20 intensity. CD10 (CALLA), CD103, CD11c (bright), and CD38 are not significantly expressed by the B-cell population, but CD5 and CD23 are coexpressed. Staining for light chains is of dim intensity and does reveal monotypia (kappa-restricted). The NK cell population is low in number. Antigens associated with maturing granulocytes (CD13 and CD33) are not present in significant numbers of cells in the lymphoid gate. Stem cell/progenitor/blast-associated antigen (CD34) is not detected and/or coexpressed in clinically meaningful numbers.

CONCLUSION:

The peripheral blood sample contains a monotypic (kappa), CD5(+)/CD23(+) B-cell population comprising 70-80% of gated lymphoid cells (or 45-50% of total analyzed elements). These immunophenotypic findings are characteristic of B-cell chronic lymphocytic leukemia (CLL). Should you have any questions, please contact me at (203) 381-4000.

004945

Glenn H. Segal, D.O.

137



Review of DIANON produced records

| CLAIM INFORMATION: | |
|---|---|
| Sample number: | 137 |
| Beneficiary name: | ███████████ |
| Beneficiary HIC: | |
| Date of service: | 2/9/2001 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 26 |
| 88180 units considered medically necessary: | 14 |
| Comments: | 72→0 0→ Lymphaderopathy ?HB, LCAL Retroperitoneal Mass ∅CD 2, 7, 13, 33, 22, 103, 56, 57, 25, 34, HLA, 38 |

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | |
| Review date: | 8/6/03 |

**CONFIDENTIAL HEALTH INFORMATION –
SUBJECT TO PROTECTIVE ORDER**

RTE: USIAFS 304-327-1591    SEQ: B829

# DIANON] SYSTEMS

Jack W. Snyder, M.D.
Laboratory Director

**BP82901          DIAGNOSTIC (REPRINT)**
05/16/03

**BLUEFIELD REG MEDICAL CTR
500 CHERRY STREET
ATTN: PATHOLOGY
BLUEFIELD, WV 24701**

| Accession No. | Chart No. | Sex | D.O.B. | Page |
|---|---|---|---|---|
| S10264563 | M086580 | | | 1 of 2 |

| Patient Name | | Collected |
|---|---|---|
| | | 02/09/01 |

| Requesting Physician | | Received |
|---|---|---|
| POOLOS, DR STEPHEN | 005357 | 02/10/01 |

| Referring Physician | Reported |
|---|---|
| BARKER,FREDERICK MD | 02/12/01 |

| Indications For Study |
|---|
| ?Hodgkin`s vs LCAL, H/O LYMPHADENOPATHY |

## PHOTOMICROGRAPH

**SPECIMEN TYPE**
**FRESH TISSUE, RETROPERITONEAL MASS**

### IMMUNOGLOBULINS
CD19/KAPPA: 1%
CD19/LAMBDA: 1%

### MONOCLONAL ANTIBODIES



| T-Cell | | B-Cell | |
|---|---|---|---|
| CD5: | 92% | CD20: | 2% |
| CD3: | 92% | CD22: | 2% |
| CD4: | 72% | CD19: | 2% |
| CD8: | 18% | CD10: | 1% |
| CD2: | 94% | CD23/CD19: | 0% |
| | 93% | CD103/CD20: | 1% |
| | | CD11C/CD20: | 1% |

| Myeloid | | Miscellaneous | |
|---|---|---|---|
| CD13: | 1% | CD45: | 98% |
| CD33: | 1% | CD16: | 1% |
| CD14: | 2% | CD56: | 1% |
| | | CD57: | 8% |
| | | CD25: | 1% |
| | | CD34: | 1% |
| | | HLA-DR: | 63% |
| | | CD38: | 82% |

IMMUNOPHENOTYPING INTERPRETATION:

The above data were generated on a population of cells from the retroperitoneal mass which cytometrically correspond to lymphoid cells. The specimen has a viability of 84% as determined by staining with propidium iodide. The gated population comprises 94% of the sample. The specimen appears cellular and examination of Wright-stained smears and cytospin preparations confirms this impression. The cells fall within the standard lymphoid gate and the histogram does not suggest that a separate and distinct blast population is present.

The T-cell population expresses pan-T-cell antigens (CD2, CD3, CD5, and CD7) in a non-aberrant fashion. The CD4:CD8 ratio

**DIANON SYSTEMS**    055258·

Jack W. Snyder, M.D.
Laboratory Director

**BP82901**    **DIAGNOSTIC (REPRINT)**
05/16/03

RTE: USIAFS 304-327-1591    **SEQ: B829**

| Accession No. S10264563 | Chart No. M086580 | Sex ██ | D.O.B. ████████ | Page 2 of 2 |
|---|---|---|---|---|
| Patient Name ████████████ | | | | Collected 02/09/01 |
| Requesting Physician POOLOS, DR STEPHEN | | | | Received 02/10/01 |
| Referring Physician BARKER, FREDERICK MD | | | | Reported 02/12/01 |

is increased secondary to increased CD4 lymphocytes. The B cells are a minor population. They express pan-B-cell antigens (CD19, CD20, and CD22) in a non-aberrant fashion. CD10 (CALLA) is not significantly expressed by the B-cell population. Staining for light chains does not reveal monotypia. The NK cell population is normal in number. Antigens associated with maturing granulocytes (CD13 and CD33) are not present in significant numbers of cells. Stem cell/progenitor/blast-associated antigen (CD34) is not detected and/or coexpressed in clinically meaningful numbers.

CONCLUSION:

There is no immunophenotypic evidence of a B-cell non-Hodgkin's lymphoma or an acute leukemic infiltrate. It should be noted that Hodgkin's lymphoma and certain rare T-cell neoplasms may show a similar phenotype and cannot be excluded by flow cytometric criteria alone. Therefore, the results of this study must be correlated with histomorphologic findings for final interpretation. Should you have any questions, I can be reached at (203) 381-4000.

Suha Mishalani , M.D.

Printed in U.S.A. © 1991 DIANON Systems, Inc.

200 Watson Boulevard
Stratford, CT 06615
(800)328-2565   (203)321-4000