# EXHIBIT 2

John McCarthy

| | |
|---|---|
| **John McCarthy**<br>09/28/2005 11:03 AM | To: David Jaspen/WTC1/Empire@Empire, Annette Rose/YKT/Empire@Empire<br>cc: Paul Deutsch/YKT/Empire, Eileen Moynihan/law/Empire, Patrick Lally/HAR/Empire, Jill Parker/HAR/Empire, Catherine Delli-Carpini/YKT/Empire, Robert Torti/SYR/Empire<br>Subject: Importance: High (Carriers) |

David...The attached request came from the CMS Central Office lead for MR. I will ask Paul and Eileen to respond to the first question, and if we have or have had a policy, the Appeals areas will have to research the secod question. I will assume Coordination will coordinate. Thanks.
Mike

----- Forwarded by John McCarthy/YKT/Empire on 09/28/2005 10:58 AM -----



"STACEY D PARTRIDGE" <STACEY.PARTRIDGE@TRAILBLAZERHEALTH.COM>
Sent by: "Medicare Medical Review Managers" <MRMANAGERS@LIST.NIH.GOV>

09/28/2005 10:47 AM
Please respond to "STACEY D PARTRIDGE"

To: MRMANAGERS@LIST.NIH.GOV
cc: (bcc: John McCarthy/YKT/Empire)
Subject: Importance: High (Carriers)

This message is being sent per John Warren, CMS CO.

************************************************************

ATTENTION: Carriers

You should contact OGC directly, per the instructions at the end

of this text, with specific questions.

The Department of Justice has asked CMS to assist in responding to a

discovery request in a False Claims Act case, United States ex rel.

Tiesinga v. Dianon Systems, Inc. As part of this effort, we are asking

every Medicare carrier to help us locate information to assist in answering the two requests below. We are also asking carriers to certify to their responses in the attached certification which should be mailed back along with any responsive documents.

1. Describe, in detail, the content of any and all written policies or standards issued or adopted by the United States governing the number of antibodies used in flow cytometry antibody panel testing for leukemia and lymphoma during the period 1996 through 2004. Include the date of publication and where the standard or policy was published.
CMS Guidance: For this request, please let us know if you have a Local Coverage Decision (LCD) or Local Medical Review Policy (LMRP) on the reimbursement of flow cytometry antibody panel tests. If this policy is already posted on the Medicare Coverage Database (MCD) located on CMS's website at http://www.cms.hhs.gov/mcd/search.asp then please indicate that in your response. You will not need to produce this policy to us unless it has changed from the version posted on the website. Also, if this policy has been in effect since 1996 you will not need to search your records for any previous local review policies. However, if there were other policies in effect between 1996 through 2004 or changes made to the policy during this time period, please search your records to provide these other policies and changes to us. Please only provide a copy of the policy and do not summarize or describe the policy in a separate document. On each policy document please indicate when the policy was in effect, both the start and end date. If you do not have a policy, nor have ever had a policy on the reimbursement of flow cytometry tests during the period of 1996 through 2004, please check off the box on the certification which states you do not have any responsive documents.

CMS004909

2. Produce all documents relating to any appeal or challenge of any payment policy by a Medicare carrier limiting the number of antibodies reimbursed, including without limitation appeals by ImPath and Genzyme to denials by Medicare carriers in California.

CMS Guidance: For this request, please send us any documents relating to any appeals or challenges to decisions you have made from January 1, 1995 through the date upon which you respond to this request, to limit the number of antibodies reimbursed in a flow cytometry test. This request pertains to all Medicare carriers, not just those in California. Any e-mail responses or questions on this discovery request should be sent to either Assistant United States Attorney Richard Molot at Richard.Molot2@usdoj.gov or the attorney assigned to this matter in the Office of General Counsel/HHS, Sylvia Yu at Sylvia.Yu@hhs.gov. You may also contact Richard at (203) 821-3700 or Sylvia at (202) 401-4867. The deadline for responding to this request is Friday, October 7th, 2005. Every carrier must fill out and sign the attached certification. The original certification (no electronic copies please) should be sent to the address below.

Please send all documents and certifications to the following address:
Pat Davis, Esq. United States Department of Justice
Civil Division
Patrick Henry Building
601 D Street, Room 9026
Washington, DC 20530
202-307-0238 (work)

Thank you for your prompt attention to this matter.

John Warren

Director,

Division of Medical Review & Education

(410) 786-3633

john.warren@cms.hhs.gov


Thank you,
Stacey Partridge
Project Administrator, CMDF Project
TrailBlazer Health Enterprises, LLC
469-372-0807

****************************************************
The information provided herein by TrailBlazer Health
Enterprises, LLC may contain confidential information
intended for the specified recipient(s). Unauthorized
use is strictly prohibited.


----- Forwarded by Paul Deutsch/YKT/Empire on 05/25/2006 02:53 PM -----

**Paul Deutsch**
09/29/2005 04:32 PM

To: Cynthia Rifkin/YKT/Empire
cc: CRNYPartB@Empire
Subject: Re: Importance: High Attachment

Additional information on request.

Paul Deutsch, MD
Carrier Medical Director Part B (NY)
Empire Medicare Services
914-248-3214

"STACEY D PARTRIDGE" <STACEY.PARTRIDGE@TRAILBLAZERHEALTH.COM>



**"STACEY D PARTRIDGE" <STACEY.PARTRIDGE @TRAILBLAZERHEAL TH.COM>**
Sent by: "Medicare Contractor Medical Directors" <MEDICARE-CMDS@LIST.NIH.GOV>

To: MEDICARE-CMDS@LIST.NIH.GOV
cc: (bcc: Paul Deutsch/YKT/Empire)
Subject: Re: Importance: High Attachment

CMS004911