# EXHIBIT 5



CMS008761