# EXHIBIT 8

```
                              88180.FCI
-- Received from WPS.SROEMER 301-2659              08-11-03 1209p
```

Ann,

This is the information I pulled for May CAC on PATH-016 Flow Cyometry it has BESS data and STARS data for all states.

Susan

----------------------------------------------------------------

```
--- Received from WPS.AKELLY 608-301-2615          08-11-03 1100a
```

Susan and Sharon,

I need some data on this code.

Susan,

 Can you get for me

The total amount billed for this code in 2002 in all states, in each state.
The highst billers of this code in each state.

A bess report on how we compare to the nation.

Those providers who bill consistently 23 or more units of service per claim.

Sharon,

 Can you provide for me the cost savings report on this code?
There currently is a frequency edit of 16 on it.

How many claims are overturned?

You may not have all this. Let me know what reports to run to get the best info.

Thanks,

Ann

```
---- 08-11-03 1100a ---- Sent to          ---------------------------
  -> WPS.SROEMER                ROEMER, SUSAN              MCDU
  -> WPS.SLUICK                 LUICK, SHARON              MEDICARE
CC:
  -> WPS.KBUSSAN                BUSSAN MD, KENNETH L.      MEDICARE

---- 08-11-03 1209p ---- Sent to          ---------------------------
  -> WPS.AKELLY                 KELLY, ANN                 MED PLCY
CC:
  -> WPS.KBUSSAN                BUSSAN MD, KENNETH L.      MEDICARE
```
D D(
path-016.xls
PATH016.xls-
jurisdic.xls
JURISDIC.xls-
bessfiel.doc
BESSFIEL.docFile Cabinet\flow cytometry

Page 1

WPS 0996