# EXHIBIT 9

```
HELP-SCREEN=AUD434
FIELD=090602
OL=
BATCH=
CLERK=A212
```

+TITLE:   12 Times Per Day Limitation

EFFECTIVE DATES:   August 1, 1997 and after.

DESCRIPTION:   This audit fails the 13th and subsequent procedure billed on the same day for the same beneficiary.

SUBJECT CODES:   88180

HISTORY CODES:   Same as subject code.

ACTION:   When the 13th and subsequent procedure is billed, the system will take the following action:
EMC:

Assigned claim, no 'Y' in the 'D' field:

    No GA modifier - D387
    GA modifier - D395
    Third party biller - D923

Assigned with a "Y" in the 'D' field, develop with V438.

Unassigned claim, the system will develop with V438.

If the quantity billed is greater than 0010, the system will suspend. Copy the services (see HE COPY) onto separate detail lines for each date of service. Delete the original line.

PAPER/OCR:

The system will suspend. If the quantity billed is greater than 0010, copy the services (see HE COPY) onto separate detail lines for each date of service. Manually count and verify that 12 procedures are allowed. For the 13th and subsequent procedure, check for medical records. If information is available, refer to the MR nurses. If no documentation, take the following action:

Assigned claim:

    No GA modifier - D387

WPS 0698

```
        GA modifier - D395
        Third party biller - D923
```

When denying, only deny the 13th and subsequent procedure.

Unassigned claim, develop with V438.

RESOLUTION:  If written documentation is submitted, route to the MR nurses.

If the medical staff indicates the documentation is not legible, deny with D908

If written documentation is not submitted, deny with:

```
No GA modifier - D387
GA modifier - D395
```

REVIEWS:  We may make an additional allowance if written documentation is submitted that supports more than 12 services per day. We need documentation of a morphologic abberation (i.e., change in the differential WBC) that justifies the medical appropriateness of necessity of this test. Reviews submitted with documentation should be routed to the MR nurses. Put the review in LOC 041.

NOTE:  This procedure previously was on audit 432 and allowed 7 per day. For any dates of service, 12 can be allowed without additional documentation. Recovery was completed on 5/20/98 to identify the services that were denied in error from August 1, 1997 and after. Additional allowances were made. (Prob Rpt #114)

REASON:  Operations meeting 3/17/98.

PUBLISHED:  June 98 bulletin, page 21, discusses the necessity of supporting documentation when a procedure is billed more than once per day.

09/05/02-Added guidelines to use the copy function to create new lines on the claim. Following these instructions will generate a HIPAA compliant ERA. See Federal Register 45 CFR, Parts 160 and 162. (PA,BK)
04/23/02-Added clarification to description stating same beneficiary.(BK)

01/07/02-Excluded the QV modifier from setting this audit for DOS 1/1/02 and after. Per PM-AB-01-142, CR 1637, for Clinical Trials. (JH)
05/21/01-Set audit to auto-deny/develop EMC and suspend paper to check for medical documentation. Claims and reviews with documentation attached should be submitted to the MR nurses for determination of medical necessity. Added guidelines if the documentation is not legible deny with D908. (JW)
01/01/01-Added publication date.(MC)
06/12/00-Changed waiver denial guidelines to instruct the staff to deny. It previously told them the system would do it.(MC)
05/15/00-Added waiver denials.(MC)
02/14/00-Made audit suspend so a manual count can be done. The audit would deny the thirteenth service even though some of the twelve were not allowed.(MC) Added zero '0' at the beginning of the location to prepare for CSR 2981, location expansion. (JW)
03/29/99-Changed note to document completed recovery. (SAED)
03/20/98-New audit. We can allow 12 88180s per day per Dr. Gerber and Dr. Busby. Approved by Ops 3/17/98. (RS)

WPS 0700

PAPER/OCR:

The system will suspend. If the quantity billed is greater than 0010, Copy the services (see HE: COPY) onto a separate detail line for each date of service. Delete the orginal line. Check for medical records. If information is available, refer to the MR nurses. If no documentation, take the following action:

Assigned claim:

No GA modifier - D387
GA modifier - D395
Third party biller - D923

NOTE: When denying, HI the history claims to check status. Earlier julian date claims should be allowed. Earlier claims may have been denied in error. Allow up to 6 total.

+        Only deny the 7th and subsequent procedure.

Unassigned claim, develop with V438.

RESOLUTION: If written documentation is submitted, route to the MR nurses.

If the medical staff indicates the documentation is not legible, deny with D908

If written documentation is not submitted, deny with:

No GA modifier - D387
GA modifier - D395

REVIEWS: We may make an additional allowance if written documentation is submitted that supports more than 6 services per day.

Reviews submitted with documentation should be routed to the MR nurses. Put the review in LOC 041.

NOTE: Unless directed by MR Nurses to allow more or less you may allow 6 services. HI history claims to verify at least 6 will be paid.

REASON: Operations meeting 10/3/96.

11/15/02-End dated 9/30/02 code 88342, per policy staff.(BK)

09/13/02-Added guidelines to use the copy function to create new lines on the claim. Following these instructions will generate a HIPPA compliant ERA. See Federal Register 45 CFR, Parts 160 and 162. (PA, BK)
07/22/02-Added instructions to HI history claims to make sure up to 6 have or will be paid. (PA,BK)
04/02/02-End date 4/1/02 code 87106 per JCG. (BK)
03/06/02-End dated 12/31/01 M0590, 22585, 86255, 87118 per Medical Policy Staff. (BK)
05/21/01-Set audit to auto-deny/develop EMC and suspend paper to check for medical documentation. Claims and reviews with documentation attached should be submitted to the MR nurses for determination of medical necessity. Added guidelines to deny illegible documentation with D908. (JW)
01/15/01-Added publication date. (SR)
07/10/00-Added waiver denial messages. (MC)
05/01/00-Added zero '0' at the beginning of the location to prepare for CSR 2981, location expansion. (LF)
01/31/00-Added NOTE regarding lumped services. (SP)
01/26/98-Changed MS indicator to "9" for all subject codes to allow the procedures to bypass Edit 190 and fail the audit per 12/4/97 Operation Meeting. (DH)
05/19/97-Changed Review Location to 41. (JW)
04/28/97-New audit created for codes M0590, 22585, 86235, 86255, 87106, 87118, 88312, 88313, 88342, 88346, 95920 to match MS indicators. Approved by Operations 10/3/96. (TAR)
02/21/94-Audit deleted 2/10/94 and replaced by Audits 970-979. (RB)

WPS 0703