# EXHIBIT 10

```
FCDB220                          FLOWXC89.FCI
¶    □ □ óΠΠ □ □ 7   Flow Cytometry => 2 ¶□   FLOWCYTO FLOWXC89.FCI □ Flow Cytometry
LMRP

□ 7          □B ÿ □       □ KELLY, ANN                      óΠΠ □ □ 7   óΠΠ □
                                                  WPS.AKELLY

                                   ¼ΠΠ □

                          wmatthaeus@oncofwis.com

                        ¼ΠΠ    □     □

                           sreich@meriter.com

                        ¼ΠΠ    □     □
1255p         --- Received from WPS.AKELLY 608-301-2615            05-29-03
```

Dr. Reich and Dr. Matthaeus,

I have received this response from Dr. Boren from the Illinois CAC. I am also attaching a
European concensus document on Immunophenotyping for Leukemias. In the radiation therapy document
we placed a sentence in the document as it related to IMRT that this was evolving technology and
we would be responsive to changes in technology. I do think we could add that statement. I
currently believe, unless you guide me in a different direction, that setting up an absolute
number of tests as it relates to flow cytomery for leukemia or lymphoma may be unreasonable now.
I did know that occassionally a 30 tests were needed but I specifically left this sentance out of
the document in hopes that the pathologists would specifically state when a large number were
needed. My tactic did not work since the numbers submitted are all over the board.

Thank you for your help. I believe Dr. Frigy and all the commentors have made some good points.
They have until July 10th to make further comments so we have some time to work on this.

Ann

From: afrigy@smd.hshs.org
To: WPS.SBOREN@WPSIC.COM
Date: Thu, 29 May 2003 11:29:38 -0500
Subject: Flow Cytometry LMRP

Page 1

WPS 0274