# EXHIBIT 13

DRAFT

**Contractor's Policy Number**
PATH-016

**Contractor Name**
Wisconsin Physicians Service (WPS)

**Contractor Number**
00951, 00952, 00953, 00954

**Contractor Type**
Carrier

**LMRP Title**
Flow Cytometry

**AMA CPT Copyright Statement**
*CPT codes, descriptions, and other data only are copyright 2001 American Medical Association. All Rights Reserved. Applicable FARS/DFARS Clauses Apply.*

**CMS National Coverage Policy**
Title XVIII of the Social Security Act section 1862 (a)(1)(A). This section allows coverage and payment of those services that are considered to be medically reasonable and necessary.

Title XVIII of the Social Security Act section 1862 (a)(7). This section excludes routine physical examinations and services

**Primary Geographic Jurisdiction**
Wisconsin, Illinois, Michigan, Minnesota

**CMS Region**
Region V

**CMS Consortium**
Midwest

**Original Policy Effective Date**

| | |
|---|---|
| Wisconsin: | Effective for services provided on or after 09/01/95 |
| Illinois: | N/A |
| Michigan: | N/A |
| Minnesota: | 03/01/97; 01/01/01 |

**Original Policy Ending Date**
Wisconsin:
Illinois:      N/A
Michigan:   N/A
Minnesota:

[Formatted]

**Revision Effective Date**
Wisconsin:
Illinois:      N/A

WPS 0169

Michigan:      N/A
Minnesota: ........................................................................................................... Formatted

**Revision Ending Date**
Wisconsin:
Illinois:       N/A
Michigan:       N/A
Minnesota:

### LMRP Description

Flow Cytometry is a cell analysis process performed by allowing cells in liquid suspension to pass through a laser-produced beam of light for the actual analysis of the cell. Specimens are usually treated with reagents that are chosen to amplify certain signals, such as antigens on a cell surface or within the cytoplasm or nucleus, or DNA content within a cell. Data is generated and organized by the instrument. Clinical analysis and interpretations are performed by an experienced physician, usually a hemopathologist.

**Immunophenotyping:**
The cells of the immune system bear on their surfaces and within their cytoplasm and nucleus hundreds of molecules specific for particular development stage and functional state. There have been more than 260 types of molecules identified on the surface of human leukocytes but only around 30 of these are associated with a known structure or function.

The process of measuring the types of antigens expressed on and within a cell by flow cytometry is referred to as immunophenotyping. To detect these antigens, antigen-specific monoclonal antibodies are used which have been labeled with a fluorescent dye or fluorochrome. After washing away any unbound antibody, the cells are analyzed by flow cytometry which categorizes them by size, granularity and fluorochrome intensity. A international standard nomenclature is used to categorize most antibodies according to the antigen they detect. Each category is called a cluster of differentiation (CD) and is numbered. A few clinically useful antibodies have not yet been "clustered", and are referred to by names derived from site of origin or nomenclature used in other classification systems (e.g. Histocompatibility and Immunoglobulin antigens).

Deleted: surfaces
Deleted: internationally
Deleted: the

### DNA content (ploidy) and cell proliferative activity (S-phase fraction or %S-phase)

1.  Malignant cells sometimes show abnormalities in total chromosome number and the frequency of these abnormalities generally increases with progression to higher-grade tumors.
    Flow cytometric methods are used to measure nuclear deoxyribonucleic acid (DNA) content (ploidy) as a prognostic indicator of solid tumors. Fluorescent dyes are used to stain nucleic acids. DNA diploid tumors are those where a single peak containing an amount of DNA similar to normal cells is generated by flow cytometry. DNA aneuploid tumors have additional peaks on the DNA histogram which may represent cells containing more or less nucleic acid found in 46 normal chromosomes.
    A DNA index (DI) is a more quantitative method of expression. It is a ratio of the mean tumor sample G0/G1 DNA content of normal diploid reference cells. The greater the deviation of the DI from 1, the more aneuploid the tumor.

2.  The assessment of % S-phase or the S phase fraction (SPF) measures the percentage or proportion of cells preparing for mitosis by their active doubling of DNA. Tumor cells tend to replicate more readily than normal cells therefore increased SPF activity can raise the question of malignancy. Frequently a high SPF will correlate positively with poor differentiation, increasing

tumor size and degree of aggressiveness in tumor spread which can have prognostic significance.

Terms:
ploidy: The number of single sets of chromosomes in a cell or organism.
diploid: Having two sets or a pair of chromosomes, as normally found in the somatic cell of higher organisms. A diploid cell has one chromosome from each parent.
triploid: Having three times the haploid number of chromosomes in the cell nucleus and would be abnormal in humans.
aneuploid: Having a chromosome number that is not an exact multiple of the normal diploid number, with either fewer or more than the normal number of chromosomes in the cell. In humans, an aneuploid cell would be considered abnormal. A triploid cell would be an example of aneuploidy in humans.

**Indications and Limitations of Coverage and/or Medical Necessity**
The specimen analysis is dependent on the diagnosis of the patient.

A. Immunophenotyping (88180) Flow cytometry; each cell surface or intracellular marker
Immunophenotyping is indicated for the following conditions:

1. HIV infection
The status of an HIV-infected patient can be monitored by the analysis of the surface antigen CD4 and CD8. This information can contribute to a prognosis as well as medical management for that individual (e.g., the need for AZT therapy or prophylaxis). Monitoring would be considered appropriate no greater in frequency than every 3 months. When a patient is stable, especially during the long period of clinical latency, assays would be appropriate at a frequency less often. When the patient has an acute problem or therapy change, it may be necessary to perform the test at an increased frequency.

   *Deleted: or prophylaxis*

2. Drug monitoring
Drugs that react against specific monoclonal antibodies are being developed to treat certain diseases that impact the immune system.

Psoriasis
Alefacept, (Amevive) has been developed to treat psoriasis. During the 12 week treatment course weekly monitoring of surface CD4 is required since the drug has the potential for reducing lymphocyte counts. A baseline CD4 is needed prior to therapy. It may be necessary to continue monitoring CD4 counts in the patient if the drug was discontinued due to low CD4 counts.

3. Leukemia or Lymphoma
Leukemias and lymphomas may be analyzed from any solid tissue, blood, marrow or other fluids (e.g. cerebrospinal fluid, bronchoalveolar lavage, pleural and peritoneal fluids). Sometimes, flow cytometry may be performed on peripheral blood and fine needle aspirate material, thus avoiding more invasive procedures for diagnosis. The presence or absence of antigens is determined using an antibody panel for appropriate differential diagnosis and classification. This process is sometimes necessary at the initial diagnostic phase, for separate hematologic malignancies, or when tumor is present in several anatomic sites. It may also be necessary where there is abnormal tissue, bone marrow or blood histology where results are suspicious for lymphoma or leukemia, and where the physician must distinguish reactive from neoplastic conditions and morphologic exam is not sufficiently sensitive to resolve the diagnosis (e.g. minimal disease, either de novo or residual after therapy).

*Deleted: in*
*Deleted: or*
*Deleted: absence of antigens are*
*Deleted: There is available some logic as to the approach to take in evaluating the need and the extent of flow cytometric tests of leukemia and lymphoma.*
*Once a specimen is received the pathologist assesses the clinical history, reviews the morphology of the specimen (blood smear, bone marrow smear, lymph node frozen section) and determines if the lesion is amenable to analysis by flow cytometry. If the decision is to proceed a triage panel of assays utilizing antibodies to CD45, CD19, kappa and lambda light chains, CD3 and DC 16 are performed. If the results do not reveal any abnormalities and if the clinical and morphological features do not indicate leukemia or lymphoma, additional tests are unnecessary.*
*If the initial panel indicates a potential B cell lymphoma or B cell lymphoproliferative disorder an additional panel of 8 antibodies are used to characterize the disease process.*
*If the process reveals an acute leukemia or T-cell lymphoproliferative disorder 7-12 antibodies*
*would be needed in the analysis.*

The standard of practice allows primary care physicians, clinical hematologists and oncologists, and laboratory-based physicians (pathologists) to recognize clinical and/or microscopic questions that flow cytometry may answer as far as the diagnosis and prognostication of leukemia and lymphoma are concerned. Given this and the variable nature of the specimens, the flow cytometry laboratory will require panels of various degrees of complexity to meet the diagnostic demand. This is particularly true with samples such a marrow, the diagnosis of acute leukemias and mature T cell neoplasias and in the resolution of diagnosis of mature B cell leukemias and lymphomas in marrow, blood, fine needle aspirations and limited biopsies of solid tissue.

Where flow cytometry has already established a diagnosis and where the neoplastic cells have a characteristic phenotype it may be unnecessary to extensively re-phenotype the lesion, instead using a limited analysis that allows the pathologist to definitively identify the abnormal cell population while referring back to the original phenotype. However, this approach is probably not appropriate for complex fluid samples (e.g. marrow) or for acute leukemias, where changes in antigen profile at relapse are not uncommon.

Leukemia:
Usually, the initial clinical and/or morphologic exam of the specimen can adequately distinguish between potential mature T or B lymphoproliferations and acute leukemias. Hence, flow panels can be designed for separate acute leukemia (ALL and AML) and chronic lymphoid leukemia cases.

Flow cytometric analysis of blood and marrow mononuclear cells can generally differentiate between polyclonal and monoclonal B lymphocytosis. It can also define certain atypical gains and losses of T cell related antigens that are associated with clonal T cell lymphoproliferations (e.g. restricted TCR V beta antigen expression, loss of CD7, atypical gain of CD57). At a minimum, flow cytometric analysis for mature T or B lymphoproliferations should evaluate leukemic cells for expression of multiple "pan" B cell and T-cell differentiation antigens (e.g. T: CD2, CD3, CD4, CD5, CD7, CD8; B: CD19, CD20, CD22) intrinsic (non-Fc bound) surface immunoglobulin light chains (kappa and lambda), and additional leukocyte antigens that help to distinguish between the various T or B cell leukemias (e.g. CD10, CD11c, CD16, CD23, CD25, CD56, CD57, CD103). In the situation of plasma cell dyscrasia (e.g. myeloma, MGUS), a smaller panel directed at both cell surface (CD19, CD38, CD45, CD56 with or without CD138 or immunoglobulin light chains) and cytoplasmic immunoglobulin light chains would be appropriate.

The acute leukemia panel is designed to distinguish at diagnosis whether leukemic blasts are of myeloid or lymphoid origin, and, if the latter, whether they are of T or B lineage. For the B lineage ALLs, certain differenentiation antigens are prognostically useful (e.g. CD10, cytoplasmic IgM, surface immunoglobulin light chains). The acute leukemia panels may also be necessary for the detection of minimal residual disease in post-therapy bone marrow samples from leukemic patients. Because of the need to define the presence or absence of a given atypical profile, both the initial diagnostic and post therapy panels require additional antigens to fully characterize the neoplastic cells.

Any of the above panels may include up to 25 antibodies for the evaluation of mature lymphoid leukemias or acute leukemias.

Lymphoma
An adequate biopsy is key to diagnosis and staging of lymphomas, and is often diagnostic in of itself. Flow cytometry is usually a secondary test and is not always necessary in the diagnosis and staging of every lymphoma. However, some benign lymphoid proliferations can be morphologically confused with lymphoma. Further, the use of fine needle aspirate biopsy (FNA)

Deleted: is usually
Deleted: a
Deleted: would be performed
Deleted: ¶
Formatted: Indent: First line: 0.25"
Deleted: ¶
reactive lymphocytosis,
Deleted: B cell lymphocytosis
Deleted: secondary to lymphoproliferative disease
Deleted: ¶
Deleted: or
Deleted: ,
Deleted: s
Deleted: and k or a
Deleted: .
Deleted: The differential expression of these light chains
Deleted: s
Deleted: Therefore, the panel
Formatted: Indent: First line: 0.25", Tabs: Not at 5.94"
Deleted: .
Deleted: ¶
Deleted: It
Deleted: In some cases the
Deleted:
Deleted: 12
Formatted: Indent: First line: 0.25"
Deleted: a the
Deleted:
Deleted: and since the pathologic diagnosis of lymphoma is difficult,

results in the loss of the biopsy architecture – a critical feature in distinguishing benign from neoplastic lymphoproliferations. Lastly, the biopsy and FNA are not always able to distinguish clinically significant forms of lymphoma (e.g. Mantle Cell NHL). All of these situations are indications for flow cytometry to assist with the diagnosis, the prognosis and treatment of the patient with lymphoma.

The panels of antibodies to leukocyte antigens are designed to identify and characterize lymphoproliferative disorders, which are usually comprised of mature B, T or plasma cells. Flow cytometric immunophenotyping for anaplastic large cell lymphoma, lymphomatoid granulomatosis (LYG), thymic B cell lymphoma, or large cell lymphoma must be cautiously interpreted because of false negative results due to tumor cells loss in these disease populations.

For B cell malignancies, demonstration of the presence of monoclonal population by restricted kappa or lambda immunoglobulin light chain expression is useful, particularly when augmented by other differentiation antigens(e.g. CD5, CD10, CD11c, CD23, CD25, CD103). Typically, the latter are combined with a pan B antigen (CD19, CD20, CD22), and not only help support the diagnosis of neoplasia, but significantly assist in defining the specific type of B cell lymphoma.

For T cell proliferations, clonality can usually be assessed using two complementary approaches. The first and newest is uses well defined panels of 10 – 12 antibodies to TCR Vbeta genes. The other more indirect method looks for the atypical absence of well defined pan T antigens (e.g. CD2, CD3, CD5, CD7, TCR $\alpha\beta$, TCR $\gamma\delta$) and/or atypical intensities of pan T antigens may serve as reasonably specific markers of clonality. Lastly, atypical coexpression of certain antigens (CD16, CD25, CD30, CD56, CD57) is helpful in defining certain subsets of T cell lymphomas. To render a formal diagnosis of T cell neoplasia, such flow data needs to be correlated with morphology and, in some instances, immunocytochemistry, TCR gene clonality, HTLV serologic and/or cytogenetic studies.

In the situation of plasma cell dyscrasia (e.g. plasmacytoma), a smaller panel directed at both cell surface (CD19, CD38, CD45, CD56 with or without CD138 or immunoglobulin light chains) and cytoplasmic immunoglobulin light chains would be appropriate.

Flow cytometry can help define NK cell lineage in rare neoplasic NK proliferations. However, there is no immunophenotypic markers for clonality. In these instances, careful correlation with clinical course or molecular or cytogenetic testing may assist.

The panels may include up to 25 antibodies for lymphomas.

3. Transplants

Organ Transplants:
Postoperative monitoring of organ transplants may be necessary to determine early rejection, immunosuppressive therapy toxicity, or differentiation of infection from allograft rejection. The cell surface marker examined is CD3. This may require repeated analysis when symptoms are expressed for the above conditions by the transplant patient.

Stem cell transplants:
To measure CD34 stem cell counts in patients undergoing autologous or allogeniec transplantation.

4. Primary Immunodeficiencies
Primary immunodeficiencies (e.g., Lymphocyte disorders, Phagocyte disorders, Monocyte/macrophage disorder) are immune disorders that are present at birth. These conditions are quite rare. Diagnosis typically occurs at an early age due to recurrent infections with frequent treatment failures. Initial evaluation for suspected primary immunodeficiencies includes physical

WPS 0173

exam, laboratory evaluation (e.g., CBC, platelet, WBC with differential, ESR), and may include skin testing. Flow cytometry is indicated for diagnostic purposes in the presence of established disease or when abnormal results are found in the initial evaluation.

5. Paroxysmal nocturnal hemoglobinuria is a disease in which blood cells are unusually sensitive to lysis by complement. This condition is caused by a genetic mutation that results in the absence of over a dozen surface antigens on red and white blood cells. It can be diagnosed very efficiently by assessing the white blood cells by flow cytometry for the absence of these antigens. In general staining the white blood cells with fluorescent inactivated aureolysin (FLAER) and with antibodies to some of the missing antigens (such as CD59, CD14 and CD55) will allow for a very rapid and accurate diagnosis. This test is indicated in any patient with Coombs' negative hemolytic anemia.

6. Hereditary persistence of fetal hemoglobin (HPFH) is a group of disorders in which hemoglobin F (the dominant hemoglobin in the developing fetus) persists into adult life. By itself this disorder is usually clinically benign. However, HPFH is sometimes inherited together with thalassemias and other hemoglobinopathies such as hemoglobin S (sickle cell trait). In these latter conditions, the presence of high levels of hemoglobin F modify the clinical severity of the thalassemia or the hemoglobin S disorder. Complicating matters though is the observation that some patients with sickle cell disease have an increase in hemoglobin F levels that are not due to HPFH. These patients can have a relatively severe clinical course. Thus it is critical to separate patients with homozygous hemoglobin S and physiologic increases in hemoglobin F levels from patients with heterozygous hemoglobin S and HPFH. Flow cytometry is a very effective way to distinguish these two conditions. In most cases of HPFH every red blood cell has about the same amount of hemoglobin F (called a "homocellular distribution") whereas in physiologic increases in hemoglobin F, the concentration of hemoglobin F varies from one red blood cell to the next (called a "heterocellular distribution"). Using antibodies to hemoglobin F, flow cytometry can readily distinguish a homocellular from a heterocellular hemoglobin F distribution and therefore distinguish HPFH from physiologic increases in hemoglobin F. The test would be indicated in anyone with an unexplained increase in hemoglobin F.

7. A recently developed fluorescent dye method has great utility in the diagnosis of hereditary spherocytosis. In the past the diagnosis of hereditary spherocytosis was based on recognizing spherocytes on the peripheral blood smears and by performing a test called the osmotic fragility test. The osmotic fragility test is sensitive and picks up most patients with hereditary spherocytosis, but it lacks specificity, because patients with other causes of hemolytic anemia can have an abnormal osmotic fragility result. Using flow cytometry with a fluorescent dye (eosin-5-maleimide) one can distinguish hereditary spherocytosis (the red blood cells have weaker staining with the dye) from other causes of spherocytosis (the red blood cells have normal binding to the dye). When coupled with the traditional tests (osmotic fragility and review of blood cell morphology), this has proven to be a very useful test. Flow cytometry for hereditary spherocytosis would be indicated in patients who have Coombs' negative hemolytic anemia.

B. DNA content (ploidy) and cell proliferative activity (S-phase fraction or %S-phase) (88182) Flow cytometry; cell cycle or DNA analysis.

1. Carcinomas
DNA analysis of tumor for ploidy and percent-S-phase cells may be necessary for selective patients with carcinomas. Information obtained from flow cytometry is useful when the obtained prognostic information will affect treatment decisions in patients with low stage (localized

WPS 0174

disease). These tests are not indicated for prognostic and therapeutic purposes in the routine clinical management of cancers. Some of the reasons for this are:

Ploidy status may have uncertain value in individual patients depending on a number of factors that can include specimen size, source, and preparation; and that aneuploidy has been detected in non-tumor cells.

Increased S-phase activity is a more accepted prognostic indicator but it is technically more difficult to measure accurately. Not all tumors with S-phase fraction are malignant; not all tumors with increased S-phase metastasize; and not all malignant tumors with relatively small S-phase fraction fail to metastasize.

It has not been proven that this testing provides useful information in colorectal or breast cancers. This is usually performed only one time after a diagnosis has been made and before treatment is initiated.

This testing is indicated for selected patients (without metastatic disease) with the following conditions:

1. Prostatic adenocarcinoma
2. Urinary Bladder Carcinoma
3. Ovarian Carcinoma
4. Endometrial adenocarcinoma
5. Renal cell adenocarcinoma
6. Mediastinal neuroblastoma
7. Medulloblastoma

2. Flow cytometry has also been proven to be useful in evaluating molar and partial molar pregnancies. Using a method to quantify DNA, similar to that used for evaluation of carcinomas, partial moles which are triploid can be readily distinguished from normal placenta and complete molar pregnancies (which are usually diploid). This is a very important clinical distinction and is a valid indication for flow cytometry.

**CPT/HCPCS Section & Benefit Category**
Pathology and Laboratory

**CPT/HCPCS Codes**
88180  Flow cytometry; each cell surface marker
88182  Flow cytometry; cell cycle or DNA analysis

**Not Otherwise Classified (NOC)**
N/A

**ICD-9 Codes that Support Medical Necessity**
A.  CPT code 88180 (Flow cytometry; each cell surface marker) is indicated for the following conditions:

1. HIV infection (ICD-9 042, 079.51, 079.52, 079.53), as defined by the Center for Disease Control criteria.
2. Leukemias, either to comfirm or exclude diagnosis, or for which flow is required to confirm remission, particularlyl in the histologic or cytologic presence of a minor fraction of atypical cells (ICD-9 204.00 - 208.91)
2a. Persons with potential health hazards related to personal and family history - Leukemia (V10.60 – V10.69)
3. Lymphomas (ICD-9 200.00-203.81).

[Margin annotations: Formatted: Italian (Italy); Formatted: English (U.S.); Deleted: , 204.10, 204.20, 204.80, 204.90, 205.00, 205.10, 205.20, 205.30, 205.80, 205.90, 206.00, 206.10, 206.20, 206.80, 206.90, 207.00, 207.10, 207.20, 207.80, 208.00, 208.10, 208.20, 208.80, 208.90; Formatted: Indent: Hanging: 0.5"; Deleted: 3.]

    3a. Persons with potential health hazards related to personal and family history – Other lymphatic and Hematopoietic neoplasms (ICD-0 V10.71 – V10.79)

    3b. Monoclonal proteinurias or proteinemias often associated with plasma cell dyscrasias (ICD-9 273.1, 273.3, 791.0)

    4. Abnormal tissue or mass, bone marrow, or blood histology when the results are suspicious for lymphoma or leukemia and where the physician must distinguish reactive from neoplastic conditions (ICD9 379.92, 611.72, 733.90, 782.2, 784.2, 786.6, 787.99, 789.2, 789.30 – 789.39, 785.6, 795.4).

    4a. Abnormal tissue that is clinically felt to be a malignant neoplasm, primary or secondary (ICD-9 140.0 - 199.1)

    4b. Abnormal fluid or tissue that is clinically felt to be malignant, or benign but which histologic or cytologic exam reveals hematolymphoid proliferation suggestive of neoplasia (ICD-9 210.0 – 217, 219.0 – 227.9, 228.1 – 229.9, 230.0 – 234.9, 235.0 – 237.6, 237.9 – 238.3, 238.5 – 239.9, 423.9, 511.9, 568.82).

    4c. Myeloproliferative disorders that may have features of acute leukemia or concomitant lymphoid proliferation consistent with a mature T or B leukemia or lymphoma. (ICD–9 238.4, 289.8).

    4d. Conditions clinically presenting with blood cytopenias or cytoses, which may be due to leukemia or lymphoma (ICD-9 284.8, 285.9, 287.5, 288.0, 288.3, 288.8, 289.9, 757.33)

    5. Postoperative monitoring of organ transplant patients (ICD-9 996.80-996.89, V42.0-V42.89) or pretransplant evaluation of allogeneic or autologous donor stem cell products (ICD-9 V42.82).

    6. Primary immunodeficiencies (ICD-9 279.10-279.9, 288.0-288.9, 334.8)

    7. Certain hemolytic anemias:
Paroxysmal nocturnal hemoglobinuria (ICD-9 283.2)
Hereditary spherocytosis (ICD-9 282.0)
Sickle cell (ICD-9 282.5, 282.60-282.69)
HPFH (ICD-9 282.7)

    8. Drug monitoring (ICD-9 V58.69) and Psoriasis (ICD-9 696.1)

    9. Certain autoimmune disorders or clinical conditions strongly associated with HLA-B27 phenotype (720.0, 720.2, 721.3, 721.4, 721.90, 724.2, 724.5, 724.6, 724.9).

B. CPT code 88182 (Flow cytometry; cell cycle or DNA analysis) is indicated for selected patients (without metastatic disease) with the following conditions:
1. Prostatic adenocarcinoma (ICD-9 185)
2. Urinary Bladder Carcinoma (ICD-9 188.0-188.9)
3. Ovarian Carcinoma (ICD-9 183.0, 183.8)
4. Endometrial adenocarcinoma (ICD-9 182.0)
5. Renal cell adenocarcinoma (ICD-9 189.0, 189.1)
6. Mediastinal neuroblastoma (ICD-9 164.2, 164.3)
7. Medulloblastoma (ICD-9 191.0-191.8)
8. Molar pregnancy (ICD-9 630)

*Note: ICD-9 codes must be coded to the highest level of specificity.*

**Diagnosis that Supports Medical Necessity**
N/A

**ICD-9 Codes that DO NOT Support Medical Necessity**
N/A

**Diagnosis that DOES NOT Support Medical Necessity**
N/A

**Reasons for Denial**
Not Medically Necessary

**Noncovered ICD-9 Code(s)**
N/A

**Noncovered Diagnosis**
N/A

**Coding Guidelines**

1. List the appropriate CPT code for the test performed.
2. List the most specific ICD-9 code(s) to document the patient's condition.

**Documentation Requirements**
*Documentation supporting the medical necessity of this item, such as ICD-9 codes, must be submitted with each claim. Claims submitted without such evidence will be denied as being not medically necessary.*

Documentation in the progress notes must reflect medical necessity, and be available on request.

**Utilization Guidelines/Other Comments**
Routine use of flow cytometry in situations where the test is performed on tissue or tumor tissue, is not covered. Documentation in the patient's record must demonstrate how the results would impact the treatment plan.

Performing duplicate testing on different sources (i.e. blood smear and bone marrow) from the same patient in the same time frame does not provide any additional information and therefore would be considered not medically necessary.

Flow cytometry used as part of experimental protocols is not a covered service.

*The CPT codes, descriptors and two digit modifiers used in this policy are copyright by the American Medical Association. All rights reserved.*

**Sources of Information and Basis for Decision**
CLIC-AAAAI, Practice Parameters for the Diagnosis and Management of Immunodeficiency, *Annals of Allergy, Asthma, &Immunology*, August 31, 1995, pp 282-294
Wright, et, al, A Characterization of Common Variable Immunodeficiency: Identification of a Subset of Patients with Distinctive Immunophenotypic and Clinical Features, *Blood*, Vol 76, No. 10 (November 15), 1990, pp 2046-2051
Schmalstieg, et, al, Postnatal Development of T Lymphocytes in a Novel X-Linked Immunodeficiency Disease, *Clinical Immunology and Immunopathology*, Vol 64, No. 1, July 1992, pp 71-77
Jaffe, et, al, Functional Abnormalities of CD8+ T cells defined a Unique Subset of Patients with Common Variable Immunodeficiency, *Blood*, Vol 82, No 1 (July 1) 1993, pp192-201

WPS 0177


Mathews, et, al, A Function of the Interleukin-2 (IL-2) Receptor G-Chain in Biologic Responses of X-Linked Severe Combined Immunodeficient B Cells to IL-2, IL-4, IL-13, and IL-15", *Blood*, Vol 85, No1 (January 1), 1995, pp 38-42

Ochs, et, al, Antibody Responsses to Bacteriophage fX174 in Patients with Adenosine Deaminase Deficiency@, *Blood*, Vol 80, No 5 (September 1), 1992, pp 1163-1171

*Williams Hematology Fifth Edition*, McGraw-Hill, Inc., 1995

*Pathology Second Edition*, J.B. Lippincott Company, 1994

National Cancer Institute Laboratory Protocols

Verstovsek G, et al., Large B-cell lymphomas: Fine needle aspiration plays an important role in initial diagnosis of cases which are falsely negative by flow cytometry; Diagnostic Cytopathology; Vol 27, Issue 5, 10/2002, pp282-285

McCoy P and Davis BH: Report of the Clinical Practice Task Force Survey of the Clinical Cytometry Society. Cytometry, 46:177-183, 2001

Braylan RC, Orfao A, Borowitz MJ, and Davis BH: Optimal number of reagents required to evaluate hematolymphoid neoplasias. Results of an international consensus meeting. Cytometry 46:23-27, 2001

Davis BH, Foucar K, Szczarkowski W, Ball E, Witzig, T, Foon KA, Wells D, Kotylo P, Johnson R, Hanson C, Bessman D. US-Canadian consensus recommendations on the immunophenotypic analysis of hematologic neoplasia by flow cytometry: Medical indications. Cytometry 30:249-263, 1997

Brodsky, R.A., et al., Improved detection and characterization of paroxysmal nocturnal hemoglobinuria using fluorescent aerolysin, Am J Clin Pathol, 2000. 114(3): p. 459-66.

Hoyer, J.D., et al., Flow cytometric measurement of hemoglobin F in RBCs: diagnostic usefulness in the distinction of hereditary persistence of fetal hemoglobin (HPFH) and hemoglobin S-hPFH from other conditions with elevated levels of hemoglobin F. Am J Clin Pathol, 2002. 117(6): p. 857-63.

King, M.J., et al., Rapid flow cytometric test for the diagnosis of membrane cytoskeletal associated hemolytic anemia. Br J Haematol, 2000. 111: p. 924-933.

Stoya, G., et al., Flow cytometric analysis of band 3 protein of human erythrocytes. Acta Histochem, 1997. 99(1): p. 29-36.

Fukunaga, M., Early partial hydatidiform mole: prevalence, histopathology, DNA ploidy, and persistence rate. Virchows Arch, 2000. 437(2): p. 180-4.

Fukunaga, M., Flow cytometric and clinicopathologic study of complete hydatidiform moles with special reference to the significance of cytometric aneuploidy. Gynecol Oncol, 2001. 81(1): p. 67-70.

Braylan, R.C., et al., U.S.-Canadian Consensus recommendations on the immunophenotypic analysis of hematologic neoplasia by flow cytometry: data reporting. Cytometry, 1997. 30(5): p. 245-8.

Braylan, R.C., et al., Optimal number of reagents required to evaluate hematolymphoid neoplasias: results of an international consensus meeting. Cytometry, 2001. 46(1): p. 23-7.

Hanson, C.A., et al., Immunophenotypic analysis of peripheral blood and bone marrow in the staging of B-cell malignant lymphoma. Blood, 1999. 94(11): p. 3889-96.

2000 update on recommendations for the use of tumor markers in breast and colorectal cancer; Clinical Practice Guidelines of the American Society of Clinical Oncology; J.Clin.Ocol. 2001; 19(6): 1865-1878

Other Carrier policies

**Advisory Committee Notes**
Meeting Date:
Wisconsin:   05/ /2003; 03/24/95
Illinois:        05/ /2003
Michigan:    05/ /2003
Minnesota:  05/ /2003; 09/30/96

Comments in margin: Deleted:; Formatted: Indent: Left: 0.5"; Formatted: Indent: First line: 0"

WPS 0178

**Start Date of Comment Period**
Wisconsin:
Illinois:
Michigan:
Minnesota: 09/30/96

**End Date of Comment Period**
Wisconsin:
Illinois:
Michigan:
Minnesota:

**Start Date of Notice Period**
(Published)
Wisconsin:    03/10/95; 08/01/95; Article 09/01/96; Article 01/01/97; Article 02/01/98
Illinois:
Michigan:
Minnesota:    02/01/97

**Revision History**
Wisconsin:    08/01/96, one; 10/15/96, two; 01/01/98, three (ICD-9 update)
Illinois:
Michigan:
Minnesota:    10/31/00, one (added ICD-9's)

This policy does not reflect the sole opinion of the carrier or Carrier Medical Director. This policy was developed considering comments from the medical community via the Carrier Advisory Committee, which includes representatives from all specialties.

WPS 0179