# EXHIBIT 15

# Piermattei, William F.

| | |
|---|---|
| **From:** | Ryan.Fayhee@usdoj.gov |
| **Sent:** | Friday, August 11, 2006 11:35 AM |
| **To:** | Piermattei, William F. |
| **Cc:** | Pat.Davis@usdoj.gov; Richard.Molot2@usdoj.gov; Parker, Bruce R.; rsalcido@AKINGUMP.COM |
| **Subject:** | Outstanding Discovery Issues |

Bill,

I am working on a portion of your 54 point list of lingering discovery issues.  Number 40 is listed as follows:

40. All responsive documents provided to James O'Neill's pursuant to his FOIA request(s). E.g. see reference at CMS8649-50.

We have been under the assumption that Mr. O'Neill was working on behalf of Dianon in light of the strong similarity between the FOIA requests and Dianon's discovery requests. If our assumption was mistaken, please let us know.

Ryan Fayhee

Ryan Fayhee
Trial Attorney
Commercial Litigation Branch, Fraud
U.S. Department of Justice
Washington, D.C.
Phone: (202) 307-0240
Fax: (202) 514-0280

IMPORTANT: This e-mail, including all attachments, is intended only for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential, or otherwise protected from disclosure under applicable law. If the reader of this e-mail transmission is not the intended recipient or the employee or agent responsible for delivering the transmission to the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this e-mail or its contents is strictly prohibited. If you have received this e-mail in error, please notify the sender by responding to the e-mail and then delete the e-mail immediately.