# EXHIBIT 24

*Flowcytometry (CPT 88180): Frequency of Units of Services Billed*   1

20:29 Thursday, February 12, 2004

*The FREQ Procedure*

Frequency

Table of year by billed

| year | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2002 | 928 | 277 | 181 | 1804 | 345 | 152 | 62 | 136 | 314 | 230 | 94 | 664 | 117 | 374 | 943 | 260 | 108 | 180 | 1211 |
| 2003 | 799 | 245 | 144 | 1807 | 329 | 110 | 91 | 130 | 146 | 212 | 105 | 683 | 138 | 443 | 1321 | 304 | 108 | 192 | 1325 |
| Total | 1727 | 522 | 325 | 3611 | 674 | 262 | 153 | 266 | 460 | 442 | 199 | 1347 | 255 | 817 | 2264 | 564 | 216 | 372 | 2536 |

Table of year by billed

| year | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 | 34 | 35 | 36 | 37 | 38 | 39 | 40 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2002 | 251 | 162 | 110 | 90 | 118 | 83 | 6170 | 97 | 1347 | 156 | 118 | 84 | 93 | 32 | 13 | 9 | 11 | 7 | 9 | 6 | 3 |
| 2003 | 233 | 134 | 78 | 68 | 196 | 96 | 6306 | 95 | 1140 | 122 | 148 | 49 | 155 | 38 | 25 | 15 | 23 | 13 | 12 | 7 | 12 |
| Total | 484 | 296 | 188 | 158 | 314 | 179 | 12476 | 192 | 2487 | 278 | 266 | 133 | 248 | 70 | 38 | 24 | 34 | 20 | 21 | 13 | 15 |

Table of year by billed

| year | 41 | 42 | 43 | 44 | 45 | 46 | 48 | 49 | 50 | 51 | 52 | 53 | 54 | 56 | 57 | 59 | 60 | 321 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2002 | 1 | 7 | 1 | 2 | 1 | 0 | 1 | 1 | 1 | 1 | 27 | 1 | 7 | 3 | 0 | 0 | 0 | 1 | 17404 |
| 2003 | 10 | 1 | 4 | 3 | 2 | 5 | 3 | 1 | 0 | 0 | 23 | 0 | 1 | 4 | 1 | 1 | 1 | 0 | 17657 |
| Total | 11 | 8 | 5 | 5 | 3 | 5 | 4 | 2 | 1 | 1 | 50 | 1 | 8 | 7 | 1 | 1 | 1 | 1 | 35061 |

*Empire Medicare Services Part B (NY)*
*Settled Claims Jan 1, 2002 - Dec 31, 2003*

CMS004762