UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA<br>ex rel. DR. JAMES J. TIESINGA,<br><br>    Plaintiffs,<br><br>v.<br><br>DIANON SYSTEMS, INC.,<br><br>    Defendant. | No. 3:02CV1573(MRK) |

## MOTION IN LIMINE TO EXCLUDE EVIDENCE
## OF FALSE CLAIMS ACT LIABILITY

Dianon Systems, Inc. (Dianon), through undersigned counsel, submits this Motion in Limine to Exclude Evidence of False Claims Act Liability requesting:

1. The exclusion of Stuart Flynn, M.D.'s opinions to establish False Claims Act liability.

2. The exclusion of Constantin Yiannoutsos, Ph.D.'s calculations to support False Claims Act liability and damages.

3. The exclusion of evidence concerning Dianon's 1996 billing error to support False Claims Act liability.

4. Dianon fully incorporates herein the relief sought and grounds therefore outlined in the attached Memorandum in Support of Motion in Limine to Exclude Evidence of False Claims Act Liability.

**ORAL ARGUMENT REQUESTED**

-2-

WHEREFORE, Dianon requests that the Court exclude: (1) Dr. Flynn's opinions for the purpose of supporting False Claims Act liability; (2) Constantin Yiannoutsos' calculation of damages to support False Claims Act liability; and (3) evidence of Dianon's 1996 billing error to support False Claims Act liability.

Respectfully submitted,

Bruce R. Parker, Admitted *Pro Hac Vice*
Bar No. PHV01015
William Piermattei, Admitted *Pro Hac Vice*
Bar No. PHV 01585
Venable LLP
1800 Mercantile Bank & Trust Bldg.
2 Hopkins Plaza
Baltimore, Maryland  21201
(410) 244-7400

Robert Salcido, Admitted *Pro Hac Vice*
Fed. Bar No. 447951
Akin Gump Strauss Hauer & Feld, LLP
1333 New Hampshire Avenue, NW
Washington, DC 20036

Attorneys for Dianon Systems, Inc.

BA2DOCS1\#315976

-3-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of April, 2007, a copy of the foregoing Motion in Limine to Exclude Evidence of False Claims Act Liability, Memorandum in Support thereof, attached Exhibits and Proposed Order were sent via U.S. mail, postage prepaid, to:

>Richard M. Molot, Esq.
>Assistant United States Attorney
>U.S. Department of Justice
>Connecticut Financial Center
>157 Church Street
>P.O. Box 1824
>New Haven CT 06510
>
>Bryan T. Carmody, Esq.
>Maya & Associates, P.C.
>266 Post Road East
>Westport, CT 06880

*/s/ William F. Piermattei*
William F. Piermattei

BA2DOCS1\#315976