# EXHIBIT 1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA <br> ex rel. DR. JAMES J. TIESINGA, <br><br> Plaintiff, <br> v. <br><br> DIANON SYSTEMS, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | No. 3:02CV1573(MRK) <br><br><br><br><br><br> May 1, 2006 |

**UNITED STATES' DAMAGES DISCLOSURE**

Plaintiff, United States of America, through its undersigned counsel, hereby provides its calculation of damages in this action. This calculation is based on the information now known to counsel for the United States and may change depending on the results of future discovery.

There are several types of damages in this case: (1) False Claims Act, 31 U.S.C. § 3729, damages and penalties and (2) common law damages. In addition, damages for various periods of time may be calculated in the alternative.

**I.      False Claims Act Damages**

   **A.      Based on Statistical Sample**

The United States has drawn two statistically valid samples of Medicare patients for which Dianon billed Medicare for CPT code 88180. These samples were reviewed by an expert pathologist for medical necessity of the antibodies used by Dianon. In addition, the second sample reviewed by the Government's medical expert was used to calculate damages by

- 1 -

extrapolating the results of the medical review over the universe of Medicare and Tricare claims. For details of the medical review and the damages calculation for the second sample see the expert report of Dr. Flynn and the expert report of Clifton, Gunderson which has been served on the parties to this case.

### 1. Extrapolation from the Second Sample

A summary of damages and penalties calculated as a result of extrapolation of the results of the expert medical review can be summarized as follows.

| | | |
|---|---|---|
| Medicare non-repeat | $2,643,408.23 | 9,391 claims |
| Medicare repeat | $ 890,608.53 | 2,605 claims |
| Medicare Total | $3,534,016.76 | 11,996 claims |
| | | |
| Tricare non-repeat | $ 72,609.21 | 448 claims |
| Tricare repeat | $ 19,595.30 | 101 claims |
| Tricare Total | $ 92,204.51 | 549 claims |
| | | |
| Total | $3,626,221.27 | 12,545 claims[1] |
| Trebled | x 3 | |
| Total | $10,878,664 | |

The details of the calculation can be found in the Government's expert report.

### 2. Based on the 578 Patients in the Two Samples

Single damages associated with just the 578 patients in the two samples drawn from Medicare patients and reviewed by the Government's medical expert are $183,969.67. In

---

[1]  The False Claims Act provides for penalties of $5000-$10,000 per false claim submitted.  31 U.S.C. § 3729(a).  These penalties were adjusted for inflation in 1999 and raised to $5500-$11,000.  See 64 Fed. Reg. 47099.

addition, Dianon is liable for three times that number or $551,909.01 plus penalties for each of the 578 false claims submitted.

### B. Damages Based on 18 units Medically Necessary

As an alternative to the use of the extrapolation from the sample, damages can be calculated based on the Dianon internal memo dated June 17, 1997 which says that only 18 units of CPT code 88180 are medically necessary for the initial workup of a specimen. Damages would be calculated based on the difference between the 18 medically necessary antibodies and the 26 billed for by Dianon for the period 2001-2003. Damages are summarized below:

| | | |
|---|---|---|
| Medicare | $2,253,592 | 7,314 claims |
| Tricare | $    60,844 |    429 claims |
| Total | $2,314,436 | 7,743 claims |
| Trebled | x  3 | |
| Total | $6,943,308 | |

Dianon is also liable for civil penalties for each of the 7,743 false claims submitted.

### C. Damages for 1996 - Charging for 26 Antibodies When Performing 22

From January 1, 1996 until early 1997, Dianon billed Medicare for 26 antibodies, but only performed 22 antibodies. Dianon reimbursed Medicare for most of the overpayments for the period after July of 1996, but did not reimburse Medicare for the time period between January 1st and July 31st. As a result, Dianon owes the United States single damages of $40,937.56 for 456 separate claims. Treble damages would be $122,812.68, and penalties could be assessed for each of the 456 false claims.

## II.    Unjust Enrichment & Payment by Mistake

### A. Based on the Statistical Sample

Common law damages for overpayments to Dianon have been calculated as

$3,626,221.27 without interest and $4,264,913.42 with interest. Details of the calculation can be found in the United States' expert reports.

**B. Based on the 578 Patients in the Two Samples**

Common law damages for overpayments to Dianon based on the 578 patient samples reviewed by the United States' medical expert have been calculated as $183,969.67 plus interest.

**C. Based on 18 Medically Necessary Units**

Common law damages for overpayment based on the difference between 18 medically necessary tests and the amount actually billed by Dianon is $2,314,436 plus interest.

**D. 1996 Damages When Dianon Billed for 26 and Performed 22 units**

Common law damages for overpayments based on the period between January 1, 1996 and July 31, 1996 when Dianon performed 22 units of CPT code 88180 and billed for 26 units of CPT 88180 are $40,937.56 plus interest.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KEVIN J. O'CONNOR
United States Attorney

/s/
RICHARD M. MOLOT
Assistant United States Attorney
Federal Bar No. CT21676
157 Church Street
New Haven, Connecticut 06510
(203) 821-3700 (phone)
(203) 773-5373 (fax)
Richard.Molot2@usdoj.gov

                                            /s/ *[signature]*
                                        MICHAEL F. HERTZ
                                        JOYCE R. BRANDA
                                        PATRICIA R. DAVIS
                                        RYAN FAYHEE
                                        Attorneys, Civil Division
                                        Commercial Litigation Branch
                                        Post Office Box 261, Ben Franklin Station
                                        Washington, D.C. 20044
                                        Telephone: (202) 307-0238

Attorneys for the United States

## CERTIFICATION OF SERVICE

This is to certify that a true and correct copy of the Plaintiff United States' Damages Disclosure was served by mail and by email, this 1st day of May 2006 on:

Bryan T. Carmody, Esq.
Maya & Associates, P.C.
266 Post Road East
Westport, CT 06880
bcarmody@mayalaw.com

Robert Salcido, Esq.
Akin Gump Strauss Hauer & Field, LLP
Robert Strauss Building
1333 New Hampshire Ave, NW
Washington, D.C. 20036
rsalcido@akingump.com

Bruce R. Parker
Venable LLP
1800 Mercantile Bank & Trust Bldg.
2 Hopkins Plaza
Baltimore, Md. 21201
brparker@venable.com

_____
Patricia Davis