# EXHIBIT 2

```
1           IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF CONNECTICUT
2

3    - - - - - - - - - - - - - - - - )
                                      )
                                      )
4    UNITED STATES OF AMERICA,        )
     ex rel. Dr. James J. Tiesinga    )NO.: 3:02CV1573(MRK)
5              PLAINTIFFS             )
                                      )
6    VS.                              )
                                      )
7    DIANON SYSTEMS, INC.             )
               DEFENDANT              )
8                                     )
     - - - - - - - - - - - - - - - - )
9

10

11            DEPOSITION OF: STUART FLYNN, M.D.

12            DATE TAKEN: MAY 10, 2006

13            LOCATION: UNITED STATES DEPARTMENT OF

14                      JUSTICE

15                      157 CHURCH STREET

16                      NEW HAVEN, CONNECTICUT

17

18

19

20

21   REPORTED BY:  IRENE J. PARRISH, RMR, LSR #085
```

Page 138

1  out of context of any specificity to a question.
2  Q  That's your full answer to my question?
3  A  That's my full answer.
4  Q  Please turn to Table 6 of this report.
5      MR. MOLOT: What page is it?
6      MR. PARKER: I'm sorry. Rick, it's
7  page 884, Table 6.
8  BY MR. PARKER:
9  Q  Doctor, the table -- excuse me -- the title
10 of this table is "Potentially useful three-parameter
11 antibody combinations for a full distinction of
12 immature and mature nucleated bone marrow cells,"
13 correct?
14 A  Correct.
15 Q  Now, the reference to "Three-parameter
16 antibody combinations" refers to three colors,
17 correct?
18 A  Correct.
19 Q  Okay. And this paper is published in 1996,
20 and I think you told me as of 2000 your lab was using
21 a two-color approach?

Page 139

1  A  Correct.
2  Q  Does the -- do -- let me try it one more
3  time.
4      Does the inclusion of additional colors
5  enhance diagnostic sensitivity in a flow cytometry
6  assay?
7  A  It has the potential. It depends on what the
8  disease is that you've addressed.
9  Q  And, Doctor, looking at this presentation by
10 these authors in 1996 of what would be useful, to use
11 their word, "for a full distinction of immature and
12 mature nucleated bone marrow cells," are there any
13 antibodies in this chart which if my math is correct
14 number 24 with which you disagree?
15 A  Well, I would clarify they don't say
16 "useful." They say "potentially useful."
17 Q  Okay. I'll amend it, potentially useful.
18 A  And, secondly, as individual antibodies, I
19 would not disagree with any of these as having merit.
20 On the other hand, I would address the issue of
21 overlap, the ability to, for instance, do a

Page 140

1  second-tier assay to address very specific questions
2  that some of these antibodies address and then would
3  harp back to the issue of medical necessity, and I
4  think in a medical necessity panel I would not
5  justify that all of these are medically necessary.
6  Q  Doctor, how do you define the term "medical
7  necessity" or "medically necessary"?
8  A  I would define it in the context of a given
9  patient or in this case a given patient disease
10 entity process and the antibodies that allow me to
11 address not only that question but also assure for
12 diseases that have some likelihood of overlap that I
13 also at least can address the possibility that that's
14 an issue. That's how I would define it.
15 Q  If a lab performs an assay in conformity --
16 let me start again.
17     If a lab conducts a flow cytometry study in
18 conformity with the prevailing standard of care, in
19 your definitional terms, are the antibodies that are
20 used thereby medically necessary?
21     MR. MOLOT: Objection.

Page 141

1  A  Yes.
2  BY MR. PARKER:
3  Q  Doctor, then let's -- with that
4  understanding, let's go back to Table No. 6, and if
5  the question sought by the clinician was to get a
6  full distinction of immature and mature nucleated
7  bone marrow cells, which of these antibodies do you
8  contend are not within the standard of care for a
9  laboratory to use?
10 A  Well, I will give you a couple. One would be
11 Glycophorin A which is an antibody that will stain
12 erythroblasts which is one of the acute leukemias
13 when they're neoplastic that falls under the genre of
14 AML, exceedingly rare -- well, that's maybe an
15 overstatement, rare. I guess I don't need to modify
16 "rare," and I think it would be medically unnecessary
17 for every antibody -- for every panel to have that
18 antibody present on the rare chance that the patient,
19 number one, has acute leukemia and it's an acute
20 erythroblastic leukemia.
21 Q  Okay. Just name -- and, firstly, if I have

Page 258

1  of time where Dianon was only billing for 18 despite
2  using 26 and you were to conclude that eight
3  antibodies were unnecessary, how do I interpret that?
4  Are they medically unnecessary irrespective of cost?
5         MR. MOLOT: Objection to the form of
6     the question.
7  A   I understood all until the last question.
8  BY MR. PARKER:
9  Q   Well, you seem to be saying that you hinged
10 your determination or in part hinged your
11 determination of whether the antibodies used in a
12 case-by-case basis were billed.
13        MR. MOLOT: Objection. I think that
14    mischaracterizes his testimony.
15 A   That is not correct.
16 BY MR. PARKER:
17 Q   So no aspect of these reports that we have,
18 these 400 reports, includes an overlay of whether
19 Dianon billed for one or more of the antibodies; is
20 that correct?
21 A   I can tell you I don't know. I only know

Page 259

1  from depositions what they billed for. I had no idea
2  what they billed for.
3  Q   Then no portion of your analysis is dependent
4  upon whether Dianon billed for the antibodies; is
5  that correct, sir?
6  A   That's correct.
7  Q   Okay. Because you just put that in your
8  answer, and I didn't know what that had to do with
9  your assessment of whether these were medically
10 necessary or not, and your answer is that whether
11 they were medically necessary had nothing to do with
12 how many antibodies Dianon billed?
13 A   That's correct.
14 Q   Thank you.
15        (Defendant's Exhibit No. 23,
16        collection of documents, Sample
17        No. 239, marked for
18        identification.)
19 BY MR. PARKER:
20 Q   Now, I'm going to hand you as Exhibit 23
21 sample 239, and this was in the second group of

Page 260

1  analyses that you did, correct?
2  A   Correct.
3  Q   This is with the benefit of your new
4  perspective, right?
5  A   Correct.
6  Q   All right. Now, this is a case presenting of
7  CLL, provisional diagnosis of CLL?
8  A   Correct.
9  Q   And I think you've answered the question in
10 my notes. This reflects your new thinking that using
11 38 and 56 in cases involving CLL was permissible?
12 A   Well, first of all, 56 I now included looking
13 at it from the technical perspective in regards to
14 making sure the various cell types are accounted for
15 on the histograms. 38 we've discussed in regards to
16 multiple myeloma, but it also plays a role in CLL.
17 So the answer to both of those is correct.
18 Q   Now, if we could please -- this is hopefully
19 a reproduction of all of your reports of this case
20 which was one in which Dianon had done multiple
21 analyses, correct?

Page 261

1  A   Correct.
2  Q   Now, let's just walk through this because I'm
3  not sure I understand your analysis. The first test
4  that Dianon did was on December 19th, 2000, right?
5  A   Correct.
6  Q   And here you said Dianon was okay to use 18
7  of the 26 antibodies in its panel?
8  A   Correct.
9  Q   And you said they were doing something wrong
10 to add eight antibodies in their panel, correct?
11        MR. MOLOT: Objection.
12 A   Correct.
13 BY MR. PARKER:
14 Q   Now -- and before you went to the next report
15 of July 26th, 2001 -- that is your next one, right,
16 in this series?
17 A   I'm going to stay up with you. July 26th you
18 said?
19 Q   That's sample No. 240?
20 A   Correct.
21 Q   So I can assume that 239, 240 would be the