# EXHIBIT 6

B

32
Review of DIANON produced records

| CLAIM INFORMATION: | |
|---|---|
| Sample number: | 32 |
| Beneficiary name: | ███████████ |
| Beneficiary HIC: | ███████████ |
| Date of service: | 9/17/1997 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 25 |
| 88180 units considered medically necessary: | 23 |
| Comments: | MDS, CLL, Leukocytosis<br><br>⌀ CD2, CD22.<br><br>Interp - ? |

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | *S. Flynn* |
| Review date: | 12/15/05 |

SF0318

B

34
Review of DIANON produced records

| CLAIM INFORMATION: | |
|---|---|
| Sample number: | 34 |
| Beneficiary name: | ▮▮▮▮▮▮ |
| Beneficiary HIC: | ▮▮▮▮▮▮ |
| Date of service: | 1/27/1998 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 25 |
| 88180 units considered medically necessary: | 18 |
| Comments: | Leukocytosis ( WBC 21.3) H/o Bladder carcinoma<br><br>β CD 2, CD22, CD103, CD11c, CD57, CD25, HLA-DR<br><br>Interp - ~~Abs~~ B-CLL |

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | S Flynn |
| Review date: | 12/11/05 |

B

42
Review of DIANON produced records

---

| CLAIM INFORMATION: | |
|---|---|
| Sample number: | 42 |
| Beneficiary name: | ████████████████ |
| Beneficiary HIC: | ████████████████ |
| Date of service: | 10/9/1998 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 26 |
| 88180 units considered medically necessary: | 18 |
| Comments: | |

Blood            ? CLL            WBC 16.1
                                  Lymphs 77%

∅ CD2, CD7, CD13, CD33, CD22,
    CD57, CD34, HLA DR

Interp · ?

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | _(signature)_ |
| Review date: | 12/25/05 |

B

69
Review of DIANON produced records

---

| CLAIM INFORMATION: | |
|---|---|
| Sample number: | 69 |
| Beneficiary name: | ████████████ |
| Beneficiary HIC: | |
| Date of service: | 4/4/2000 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 25 |
| 88180 units considered medically necessary: | 18 |
| Comments: | 288.0   R/o Lymphaproli. |

PB     WBC 3.4 96% lymph

✓ CD2, CD7, CD13, CD33, CD22, CD34, HLA-DR

Interp - ? Tcell LPD

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | _S.Flynn_ |
| Review date: | 12/31/05 |

**B**

70
Review of DIANON produced records

---

| CLAIM INFORMATION: | |
|---|---|
| Sample number: | 70 |
| Beneficiary name: | ███████████ |
| Beneficiary HIC: | |
| Date of service: | 4/17/2000 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 25 |
| 88180 units considered medically necessary: | 18 |
| Comments: | |

BM    R/O CML    WBC 26.4
Spleomegaly    Lymphs 81.1

∅ CD 2, CD7, CD103, CD11c, CD57, CD25,
HLA-DR

Interp - c/w CLL

BM - CLL

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | *[signature]* |
| Review date: | 12/31/05 |

SF0356

B

78
Review of DIANON produced records

| CLAIM INFORMATION: | |
|---|---|
| Sample number: | 78 |
| Beneficiary name: | ████████████ |
| Beneficiary HIC: | ████████████ |
| Date of service: | 6/2/2000 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 25 |
| 88180 units considered medically necessary: | 20 |
| Comments: | BM    Pancytopenia    WBC 2.8<br>H/O splenomegaly    Hgb 9.1<br>Plt 114<br><br>∅ CD2, CD7, CD22, CD57, HLA-DR<br><br>Interp - lambda, 19, 20, 22 ⊕<br>5, 10 ⊖<br>BM - Positive (low level) |

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | *[signature]* |
| Review date: | 12/31/05 |

SF0364

B

80
Review of DIANON produced records

| CLAIM INFORMATION: | |
| --- | --- |
| Sample number: | 80 |
| Beneficiary name: | |
| Beneficiary HIC: | |
| Date of service: | 6/19/2000 |

| REVIEW INFORMATION: | |
| --- | --- |
| 88180 units performed: | 26 |
| 88180 units considered medically necessary: | 20 |
| Comments: | BM   Pancytopenia ; Spleromegaly WBC 2.8 / Hgb 10.2 / P/t 42k<br><br>∅CD2, CD7, CD22, CD57, HLA DR, CD38<br><br>Interp - Neg<br>BM - Neg - 2 lymphoid aggregates |

| REVIEWER INFORMATION: | |
| --- | --- |
| Name: | Stuart D. Flynn, MD |
| Signature: | S Flynn |
| Review date: | 12/31/05 |

**B**

83
Review of DIANON produced records

---

| CLAIM INFORMATION: | |
|---|---|
| Sample number: | 83 |
| Beneficiary name: | ██████████████ |
| Beneficiary HIC: | ████████████ |
| Date of service: | 7/26/2000 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 26 |
| 88180 units considered medically necessary: | 20 |
| Comments: | 285.9  280.0  283.9   WBC 5.0 |
| BM | Anemia                    70% Segs |
| | ∅ CD2, CD7, CD22, CD57, HLA-DR, CD38 |
| | Interp - Neg |
| | BM - Neg |

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | _(signature)_ |
| Review date: | 12/31/05 |

B

85
Review of DIANON produced records

| CLAIM INFORMATION: | |
|---|---|
| Sample number: | 85 |
| Beneficiary name: | ███████████ |
| Beneficiary HIC: | ███████████ |
| Date of service: | 9/25/2000 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 26 |
| 88180 units considered medically necessary: | 18 |
| Comments: | BM     CLL for yrs; Recent pancytopenia WBC 600 Hgb 9.8 Plt 96k<br><br>Ø CD2, CD7, CD22, CD103, CD11c, CD57, CD25, HLA-DR, ~<br><br>Interp - CLL<br>BM - CLL |

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | |
| Review date: | |

SE0371

B

90

Review of DIANON produced records

| CLAIM INFORMATION: | |
|---|---|
| Sample number: | 90 |
| Beneficiary name: | ████████ |
| Beneficiary HIC: | ████████ |
| Date of service: | 10/24/2000 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 26 |
| 88180 units considered medically necessary: | 19 |
| Comments: | |

BM          ALL        WBC  ~~____~~ 18 k

∅ CD 22, CD23, CD103, CD11c, CD57, CD25,
    CD38

Interp – Neg
BM – Neg

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | _(signature)_ |
| Review date: | 12/31/05 |