# EXHIBIT 7



# SOCIETY FOR HEMATOPATHOLOGY

## World Health Organization
## Classification of Neoplastic Diseases
## of the Hematopoietic and Lymphoid Tissues

(DRAFT; 12/17/96)

(This preliminary version of the WHO classification has been published in the American Journal of Surgical Pathology, 1997, 21(1): 114-121)

**B-CELL NEOPLASMS**

**T-CELL NEOPLASMS**

**HODGKIN LYMPHOMA**

**IMMUNODEFICIENCY RELATED-LYMPHOPROLIFERATIVE DISORDERS**

**HISTIOCYTIC/DENDRITIC-CELL NEOPLASMS AND RELATED DISORDERS**

**ACUTE LEUKEMIAS**

**MYELODYSPLASTIC SYNDROMES**

**CHRONIC MYELOPROLIFERATIVE DISORDERS**

---

**B-CELL NEOPLASMS**

**Precursor B-cell lymphoblastic leukemia/ lymphoma**

To be discussed with acute leukemias (see below)

**Peripheral B-Cell Neoplasms**

B-cell chronic lymphocytic leukemia/small lymphocytic lymphoma

    Variant: With monoclonal gammopathy/ plasmacytoid differentiation

B-cell prolymphocytic leukemia

Immunocytoma/lymphoplasmacytic lymphoma

    (+/- Waldenstrom's macroglobulinemia)

    (see below for clinical variants)

Mantle cell lymphoma:

    Variants: Blastic or blastoid

        Pleomorphic

        Small-cell

        Monocytoid

Follicular lymphoma

    Variants: Grade 1 (centroblasts comprise <50% of the follicle area)

        Grade 2 (centroblasts comprise >50% of the follicle area)

Cutaneous follicular lymphoma

Marginal Zone B-cell Lymphoma of mucosa-associated lymphoid tissue (MALT) type (+/- monocytoid B cells)

    Variant: Nodal marginal zone lymphoma +/- monocytoid B cells*

Splenic marginal zone B-cell lymphoma (+/-villous lymphocytes)

Hairy cell leukemia

Diffuse large B-cell lymphoma

    Variants: Burkitt-like

        Immunoblastic

        T-cell or histiocyte-rich

        Anaplastic large B-cell

Mediastinal (Thymic) large B-cell lymphoma

Intravascular large B-cell lymphoma

Burkitt lymphoma

    Variant: with plasmacytoid differentiation (AIDS-associated)

\* The definition and criteria for the diagnosis of a primary nodal marginal zone or nodal monocytoid B-cell lymphoma are still under discussion.

Immunosecretory disorders (clinical or pathological variants)

Plasma cell myeloma (multiple myeloma)

Monoclonal gammopathy of undetermined significance (MGUS)

Plasma cell myeloma variants:

    Indolent myeloma

    Smoldering myeloma

    Osteosclerotic myeloma (POEMS syndrome)

    Plasma cell leukemia

    Non-secretory myeloma

Plasmacytomas:

    Solitary plasmacytoma of bone

    Extramedullary plasmacytoma

Waldenstrom's macroglobulinemia (immunocytoma, see above)

Heavy Chain Disease (HCD)

    Gamma HCD

    Alpha HCD

    Mu HCD

Immunoglobulin deposition diseases:

    Systemic light chain disease

    Primary amyloidosis

## T-CELL NEOPLASMS

**Precursor T-cell lymphoblastic leukemia/lymphoma (see below)**

**Peripheral T-cell and NK-cell neoplasms**

T-cell prolymphocytic leukemia

    Variants: Small cell

        Cerebriform cell

T-cell granular lymphocytic leukemia

Aggressive NK cell leukemia

Nasal and nasal-type NK/T cell lymphoma.

Mycosis fungoides and Sezary syndrome

    Variants: Pagetoid reticulosis

        MF-associated follicular mucinosis

    Granulomatous slack skin disease

Angioimmunoblastic T-cell lymphoma

Peripheral T-cell lymphoma unspecified

    Variants: Lymphoepithelioid (Lennert's)

        T-zone

        Pleomorphic, small, mixed, and large

        Immunoblastic

Adult T-cell leukemia/lymphoma (HTLV1+)

    Variants: Acute

        Lymphomatous

        Chronic

        Smoldering

        Hodgkin-like



Anaplastic large cell lymphoma (ALCL) (T and null cell types)

    Variants: Lymphohistiocytic

        Small cell

Primary cutaneous CD-30 positive T-cell lymphoproliferative disorders

    Variants: Lymphomatoid papulosis (type A and B)

        Primary cutaneous ALCL

        Borderline lesions

Subcutaneous panniculitis-like T-cell lymphoma

Intestinal T-cell lymphoma (+ enteropathy)

Hepatosplenic gamma/delta T-cell lymphoma

## HODGKIN LYMPHOMA (Hodgkin's Disease)*

Nodular lymphocyte predominance Hodgkin lymphoma

    +/- diffuse areas

Classical Hodgkin lymphoma

    Nodular sclerosis (Grades I and II)

    Classical Hodgkin lymphoma, lymphocyte-rich

    Mixed cellularity

    Malignant lymphoma with features of Hodgkin lymphoma and anaplastic large cell lymphoma (formerly ALCL Hodgkin's-like)

* this list is tentative, pending agreement of the WHO committees

## IMMUNODEFICIENCY RELATED-LYMPHOPROLIFERATIVE DISORDERS *

Congenital immunodeficiency -associated lymphoproliferative disorders

    Atypical lymphoproliferative disorders

Diffuse large B-cell lymphoma (includes immunoblastic and anaplastic large B-cell variants)

Post transplantation-associated lymphoproliferative disorders

Polymorphic B-cell lymphoproliferative disorders

Diffuse large B-cell lymphoma (includes immunoblastic and anaplastic large B-cell variants)

Plasmacytoma (may or may not be associated with multiple myeloma)

AIDS-associated lymphoproliferative disorders

Burkitt and Burkitt-like lymphoma

Diffuse large B-cell lymphoma (including anaplastic large B-cell lymphoma)

Immunoblastic lymphoma (with plasmacytic differentiation

Primary effusion lymphoma

*The congenital immunodeficiencies most commonly associated with lymphoproliferative disorders include Wiskott-Aldrich syndrome, common variable immunodeficiency, ataxia telangiectasia, severe combined immunodeficiency, X-linked lymphoproliferative disorder, and hyper-IgM syndrome. Each form of immunodeficiency disorder is associated with its own risk factors, which affect the pattern of lymphoproliferative disorder encountered. Consequently, the lymphoproliferative disorders vary by type and frequency according to the form of underlying immune deficiency.

## HISTIOCYTIC/DENDRITIC-CELL NEOPLASMS AND RELATED DISORDERS

**Macrophage/histiocyte related**

Histiocytic sarcoma (mainly localized)

Malignant histiocytosis (generalized, may be related to acute monocytic leukemia)

**Dendritic-cell related**

Langerhans cell histiocytosis

    Localized, generalized

    Indolent, progressive

Langerhans cell sarcoma

Interdigitating dendritic cell sarcoma

http://www.dartmouth.edu/~nlevy/WHO_Classification.html

9/9/2005

Follicular dendritic cell sarcoma/ tumor

**Other proliferative and tumor-like conditions**

Hemophagocytic syndromes (primary and secondary)

Rosai-Dorfman disease (sinus histiocytosis with massive lymphadenopathy)

Solitary reticulo-histiocytosis (histiocytoma)

Multicentric reticulo-histiocytosis

Juvenile xanthogranuloma

## ACUTE LEUKEMIAS and MYELODYSPLASTIC SYNDROMES

**Acute myeloid leukemia**

Acute myeloid leukemia, minimally differentiated (M0)

Acute myeloid leukemia without maturation (M1)

Acute myeloid leukemia with maturation (M2)

    Acute myeloid leukemia with maturation with t(8;21)

Acute promyelocytic leukemia (M3)

    Hypergranular type

    Microgranular type

Acute myelomonocytic leukemia (M4)

    Acute myelomonocytic leukemia with increased marrow eosinophils (M4EO)

Acute Monocytic Leukemia (M5)

    Acute monoblastic leukemia (M5a)

    Acute monocytic leukemia with maturation (M5b)

Erythroleukemia

    Erythroid /myeloid) (M6a)

    Pure erythroid malignancy (M6b)

Acute megakaryoblastic leukemia (M7)

    Acute megakaryoblastic leukemia associated with t(1;22)

Acute basophilic leukemia

Acute myelofibrosis (acute myelodysplasia with myelofibrosis)

Acute leukemia and transient myeloproliferative disorder in Down's Syndrome

Hypocellular acute myeloid leukemia

Myeloid sarcoma

**Acute lymphoblastic leukemia**

Acute lymphoblastic leukemia (L1/L2)

    Precursor B-cell

    "Precursor" T cell

Acute lymphoblastic leukemia, B-cell (L3)
(equivalent to Burkitt lymphoma in leukemic phase to be discussed with Burkitt lymphoma)

Lymphoblastic lymphoma/leukemia

    Precursor B-cell

    "Precursor" T-cell

Acute leukemia, biphenotypic

## MYELODYSPLASTIC SYNDROMES

**Primary**

Refractory anemia

Refractory cytopenia with multilineage dysplasia

Refractory anemia with ringed sideroblasts

Refractory anemia with excess blasts

Refractory anemia with excess blasts in transformation



Chronic myelomonocytic leukemia

Chronic myelomonocytic leukemia in transformation

**Therapy related**

Alkylating agent related

Epipodophyllotoxin related

## CHRONIC MYELOPROLIFERATIVE DISORDERS

Chronic granulocytic leukemia

Atypical myeloproliferative syndrome (Ph-/BCR- myeloid leukemia)

Chronic myelomonocytic leukemia, myeloproliferative type

Chronic neutrophilic leukemia

Hypereosinophilic syndrome/ Chronic eosinophilic leukemia

Polycythemia vera

Essential thrombocythemia

Chronic idiopathic myelofibrosis with myeloid metaplasia

Chronic myeloproliferative syndrome, unclassifiable

Systemic mastocytosis