# EXHIBIT 8

# CONNECTICUT MEDICARE PART B
# LOCAL MEDICAL REVIEW POLICY

**Policy Number**

88180

**Contractor Name**

First Coast Service Options, Inc.

**Contractor Number**

00591

**Contractor Type**

Carrier

**LMRP Title**

Flow Cytometry and Morphometric Analysis

**AMA CPT Copyright Statement**

CPT codes, descriptions, and other data only are copyright 2003 American Medical Association (or such other date of publication of CPT). All Rights Reserved. Applicable FARS/DFARS Clauses Apply.

**CMS National Coverage Policy**

N/A

**Primary Geographic Jurisdiction**

Connecticut

**Secondary Geographic Jurisdiction**

N/A

**CMS Region**

Region I

**CMS Consortium**

Northeastern

**Original Policy Effective Date**

08/01/1998

CMS004225

**Original Policy Ending Date**

N/A

**Revision Effective Date**

01/05/2004

**Revision Ending Date**

01/04/2004

**LMRP Description**

Flow cytometry is a technique in which particles are recorded and then directed in a single file through a laser beam. The particles are often tagged with (a) fluorescent substance(s). The intensity of fluorescence induced by the laser light is detected and the number of particles exhibiting different levels of fluorescence is recorded. This method is used frequently to study cell-cycle properties, when reagents are used such that the fluorescence intensity is proportional to DNA content. When reagents are used to mark substances on cell surfaces or in cytoplasm, the cell phenotype with regard to that substance is being studied. Other particles are sometimes analyzed, such as individual chromosomes, with reagents to mark specific DNA sequences.

Flow cytometric analysis of DNA provides a useful method of quantifying the changes in nuclear DNA that accompany neoplastic transformation. This technique may be used as an adjuvant diagnostic tool in cases where the subjective staging of a tumor is particularly difficult.

Morphometric analysis utilizes a quantitative image analysis system (light or fluorescent microscopy with quantitative morphometry and computerized data reduction) to assess a sample after the diagnosis of malignancy has already been established by histopathology. The pathologist assesses the specific area within the examined section in which the tumor analysis will be performed. Semi-thin plastic or paraffin embedded sections of specimen are prepared and an imaging instrument analyzes the nuclear ploidy for the chromosome make-up of the cell nuclei. The individual tumor cells can be microscopically visualized and analyzed with the exclusion of surrounding stroma, inflammatory cells and normal tissue thus giving a specific determination of phenotypes and receptor content. This assessment can assist in estimating prognosis and planning treatment for patients from whom tumors have been sampled or excised.

**Indications and Limitations of Coverage and/or Medical Necessity**

Connecticut Medicare will consider flow cytometry medically reasonable and necessary when performed for the following indications:

- As an adjunct in the diagnosis and histologic classification/grading of tumors of hematopoietic and lymphoid tissues (e.g., non-Hodgkin lymphomas and other lymphoproliferative disorders, leukemias, and pre-leukemic states (myelodysplastic syndromes), and plasma cell dyscrasias);

- To define the distribution of phenotypic properties among the cells of a population (including, but not limited to: define subtypes of human leukemia and lymphoma for use in guiding treatment; to assess levels of different lymphocyte populations in patients with HIV and other immunologic diseases; to demonstrate erythrocyte populations with different types of hemoglobin; or to demonstrate neutrophils which have or do not have the ability to generate an oxidative burst);

- To aid in the detection and diagnosis of B-cell, T-cell, and NK-cell lymphomas/lymphoproliferative disorders (which are sometimes difficult to distinguish from benign lymphoid reactions by light microscopy); or

- To define phenotypic properties that may be important for the treatment of different types of cancers (e.g., to detect markers of drug resistance or assess the uptake of fluorescent drugs such as doxorubicin).

Connecticut Medicare will consider morphometric analysis of a tumor medically reasonable and necessary when performed to assist in the prediction of tumor prognosis for certain types of cancer. Morphometric analysis is not diagnostic of malignancy.

The specimen analysis is dependent on the diagnosis of the patient. The indications and limitations of coverage for specific diagnoses are clarified below.

**CPT Code 88180:**

- HIV Infection

  The status of an HIV-infected patient can be monitored by the analysis of the surface antigen CD4 (a T-cell receptor for HIV). This information can contribute to a prognosis, as well as medical management for that individual (e.g., the need for AZT therapy or prophylaxis). Monitoring would be considered appropriate no greater in frequency than once every 3 months. When a patient is stable, especially during a long period of clinical latency, assays would be appropriate at a less frequent interval. When a patient has an acute problem or therapy change, it may be necessary to perform the test at an increased frequency.

- Leukemia or Lymphoma

  Leukemias and lymphomas may be analyzed in tissue, blood, marrow or body cavity fluids (e.g., cerebrospinal fluid, pleural fluid, pericardial fluid, or peritoneal fluid). Sometimes, flow cytometry may be performed on peripheral blood and fine needle aspiration material, thus avoiding more invasive procedures for diagnosis. The presence or absence of antigens are determined using an antibody panel for appropriate diagnosis and classification. This process is usually necessary at the initial diagnostic phase, for separate hematologic malignancies, or when a tumor is present in several anatomic sites. It may also be necessary for the detection of minimal residual disease in post-therapy bone marrow samples from patients with leukemia.

- Primary and Secondary Immunodeficiencies

  Primary immunodeficiencies (e.g., lymphocyte disorders, phagocyte disorders, monocyte/macrophage disorders) are immune disorders that are present at birth and are quite rare. Diagnosis typically occurs at an early age due to recurrent infections with frequent treatment failures. Initial evaluation for suspected primary immunodeficiencies generally includes a physical exam, laboratory evaluation (e.g., CBC, platelets, WBC with differential, ESR) and may include skin testing.

  A variety of secondary immunodeficiencies have been identified in which the patient presents with recurrent infectious diseases. The immunodeficiency is related to the occurrence of another illness or condition. Several of the more common diseases which can cause immunodeficiencies are severe malnutrition, biotin, B12 or zinc deficiency, lymphoma, myasthenia gravis, myeloma, radiation or chemotherapy, chronic alcoholism, drug abuse, cancers, splenectomy, chronic viral illnesses, and chronic disease. If a secondary immunodeficiency is suspected, an analysis of quantity and types of lymphocytes present in the blood can be performed to assess immune status. This could include detection of B-cell, NK cell, and T-cell antigens including CD4 and CD8.

  Flow cytometry testing for primary and secondary immunodeficiencies is usually done as an aid to the initial diagnosis of the patient but may also, in some conditions, be used to monitor the disease or response to the therapy or following bone marrow transplantation to assess reconstitution.

- Organ Transplants

  Postoperative monitoring of organ transplants may be necessary to determine immunosuppressive therapy toxicity, or differentiation of infection or allograft rejection from a post-transplantation lymphoproliferative disorder.

- Stem Cell Transplantation

  CMS004227

  Hematopoietic stem cells which are positive for the CD34 surface protein are capable of reconstituting bone marrow with all the important cellular elements. Measurement of the percent and number of CD34+ cells in the peripheral

blood prior to stem cell collection can be done to determine the appropriate time for the pheresis. The CD34+ measurement can also be done to determine the actual yield of CD34+ cells in the pheresis product to ensure the presence of adequate numbers of stem cells in the product. The analysis should include the CD34 antibody but may also include several additional antibodies used to insure the correctness of the analysis and minimize overestimation of the numbers of stem cells present.

- Paroxysmal Nocturnal Hemoglobulinuria

Paroxysmal nocturnal hemoglobulinuria (PNH) is an acquired disease characterized by the development of an abnormal clone of precursor cells in the bone marrow. The cells produce abnormal white cells and red cells, which have abnormal function and are susceptible to lysis. Decreased or absent expression of several GPI-linked proteins, which is characteristic of the affected cells in this disorder, may be detected by flow cytometry.

- Miscellaneous

Flow cytometry can also be used to directly demonstrate anti-platelet, anti-granulocyte, lymphocyte, and red cell autoantibodies. These antibodies can be found in a variety of autoimmune conditions and cause anemia, leukopenia, or thrombocytopenia. Detection can be either direct (patient cells) or indirect (patient serum) and use anti-human IgG antibodies. The analysis may also include several additional antibodies used to insure the correctness of the analysis for the cells of interest.

Flow cytometry can be used for either red cell or platelet reticulocyte enumeration.

**CPT Code 88182:**

- Carcinomas

DNA analysis of tumor ploidy and percent S-phase cells may be necessary for a few selective patients with certain carcinomas (prostate, breast, urinary bladder, ovarian). Information obtained from flow cytometry is useful when the obtained prognostic information will affect treatment decisions in patients with low stage (localized) disease. This is usually performed only one time after a diagnosis has been made and before treatment is initiated.

Precursor B-cell acute lymphoblastic leukemia

DNA analysis of tumor ploidy is a prognostic factor in patients with precursor B-cell acute lymphoblastic leukemia.

**CPT Code 88358:**

- Carcinomas

The value of morphometric analysis in prediction of tumor prognosis is largely dependent upon tumor type. Predictive value is most solidly established for cancers of the breast, prostate, and colon. It is less clearly true for cancers of the ovary, lung, and kidney.

Connecticut Medicare does not reimburse the routine use of flow cytometry or morphometric analysis. Medical record documentation must demonstrate how the results of the flow cytometry or morphometric analysis will be utilized in the management of the patient's condition.

**CPT/HCPCS Section & Benefit Category**

Pathology and Laboratory/Cytopathology

**CPT/HCPCS Codes**

88180    Flow cytometry; each cell surface, cytoplasmic or nuclear marker

CMS004228

88182  cell cycle or DNA analysis

88358  Morphometric analysis; tumor (eg, DNA ploidy)

**Not Otherwise Classified Codes (NOC)**

N/A

**ICD-9 Codes that Support Medical Necessity**

For procedure code **88180** the following diagnoses are considered medically reasonable and necessary:

| Code | Description |
|---|---|
| 042 | Human immunodeficiency virus [HIV] disease |
| 079.51 | Human T-cell lymphotrophic virus, type I (HTLV-I) |
| 079.52 | Human T-cell lymphotrophic virus, type II (HTLV-II) |
| 079.53 | Human immunodeficiency virus, type 2 (HIV-2) |
| 194.0 | Malignant neoplasm of adrenal gland |
| 200.00-200.88 | Lymphosarcoma and reticulosarcoma |
| 201.00-201.98 | Hodgkin's disease |
| 202.00-202.98 | Other malignant neoplasms of lymphoid and histiocytic tissue |
| 203.00-203.81 | Multiple myeloma and immunoproliferative neoplasms |
| 204.00-204.91 | Lymphoid leukemia |
| 205.00-205.91 | Myeloid leukemia |
| 206.00-206.91 | Monocytic leukemia |
| 207.00-207.81 | Other specified leukemia |
| 208.00-208.91 | Leukemia of unspecified cell type |
| 236.7 | Neoplasm of uncertain behavior of bladder |
| 238.4 | Polycythemia vera |
| 238.5 – 238.6 | Neoplasm of uncertain behavior of histiocytic, mast cells and plasma cells |
| 238.7 | Neoplasm of uncertain behavior of other lymphatic and hematopoietic tissues |
| 273.1 | Monoclonal paraproteinemia |
| 273.2 | Other paraproteinemias |
| 273.3 | Macroglobulinemia |
| 279.00-279.9 | Disorders involving the immune mechanism |
| 280.1 | Iron deficiency anemias, secondary to inadequate dietary iron intake |
| 280.8 | Other specified iron deficiency anemias |
| 280.9 | Iron deficiency anemia, unspecified |
| 281.0-281.9 | Other deficiency anemias |
| 283.2 | Hemoglobinuria due to hemloysis from external causes (nocturnal paroxysmal hemoglobinuria) |
| 284.0 – 284.9 | Aplastic anemia |
| 285.0 – 285.9 | Other and unspecified anemias |
| 287.1 | Qualitative platelet defects |
| 287.3 | Primary thrombocytopenia |
| 287.5 | Thrombocytopenia, unspecified |
| 288.0-288.9 | Diseases of white blood cells |
| 423.9 | Unspecified disease of pericardium |
| 511.9 | Unspecified pleural effusion |
| 782.2 | Localized superficial swelling, mass, or lump |
| 784.2 | Swelling, mass, or lump in head and neck |
| 785.6 | Enlargement of lymph nodes |
| 786.6 | Swelling, mass, or lump in chest |
| 789.2 | Splenomegaly |
| 789.30-789.39 | Abdominal or pelvic swelling, mass, or lump |
| 789.5 | Ascites |
| 795.4 | Other nonspecific abnormal histological findings (abnormal tissue, bone marrow, or blood histology when the results are suspicious for lymphoma or leukemia and where the physician must distinguish reactive from neoplastic conditions) |
| 996.80-996.89 | Complications of transplanted organ |

| | |
|---|---|
| V10.60-V10.69 | Personal history of leukemia |
| V10.71 | Personal history of lymphosarcoma and reticulosarcoma |
| V10.72 | Personal history of Hodgkin's disease |
| V10.79 | Personal history of other lymphatic and hematopoietic neoplasms |
| V42.0-V42.89 | Organ or tissue replaced by transplant |
| V59.02 | Donors, stem cells |
| V59.3 | Donors, bone marrow |
| V71.1 | Observation for suspected malignant neoplasm |

For procedure code **88182**, the following diagnoses are considered medically reasonable and necessary:

| | |
|---|---|
| 159.0-159.9 | Malignant neoplasm of other and ill-defined sites within the digestive organs and peritoneum |
| 170.0-170.9 | Malignant neoplasm of bone and articular cartilage |
| 171.0-171.9 | Malignant neoplasm of connective and other soft tissue |
| 174.0-174.9 | Malignant neoplasm of female breast |
| 175.0-175.9 | Malignant neoplasm of male breast |
| 182.0 | Malignant neoplasm of corpus uteri, except isthmus (endometrial carcinoma) |
| 183.0 | Malignant neoplasm of ovary |
| 183.8 | Malignant neoplasm of other specified sites of uterine adnexa |
| 185 | Malignant neoplasm of prostate |
| 188.0-188.9 | Malignant neoplasm of bladder |
| 189.0 | Malignant neoplasm of kidney, except pelvis |
| 189.1 | Malignant neoplasm of renal pelvis |
| 191.6 | Malignant neoplasm of cerebellum NOS (medulloblastoma) |
| 194.0 | Malignant neoplasm of adrenal gland (neuroblastoma) |
| 200.00-200.88 | Lymphosarcoma and reticulosarcoma |
| 201.00-201.98 | Hodgkin's disease |
| 202.00-202.98 | Other malignant neoplasms of lymphoid and histiocytic tissue |
| 203.00-203.81 | Multiple myeloma and immunoproliferative neoplasms |
| 204.00-204.91 | Lymphoid leukemia |
| 205.00-205.91 | Myeloid leukemia |
| 206.00-206.91 | Monocytic leukemia |
| 207.00-207.81 | Other specified leukemia |
| 208.00-208.91 | Leukemia of unspecified cell type |
| 236.1 | Neoplasm of uncertain behavior of placenta (hydatiform mole) |
| 530.20-530.21 | Ulcer of esophagus (Barrett's esophagus with dysplasia) |

For procedure code **88358**, the following diagnoses are considered medically reasonable and necessary:

| | |
|---|---|
| 153.0-153.9 | Malignant neoplasm of colon |
| 174.0-174.9 | Malignant neoplasm of female breast |
| 175.0-175.9 | Malignant neoplasm of male breast |
| 185 | Malignant neoplasm of prostate |
| 197.5 | Secondary malignant neoplasm of large intestine and rectum |
| 198.81 | Secondary malignant neoplasm of breast |
| 230.3 | Carcinoma in situ of colon |
| 233.0 | Carcinoma in situ of breast |
| 233.4 | Carcinoma in situ of prostate |
| 235.2 | Neoplasm of uncertain behavior of stomach, intestines, and rectum |
| 236.5 | Neoplasm of uncertain behavior of prostate |
| 238.3 | Neoplasm of uncertain behavior of breast |
| 239.0 | Neoplasms of unspecified nature, digestive system |
| 239.3 | Neoplasms of unspecified nature, breast |

**Diagnoses that Support Medical Necessity**

N/A

CMS004230

**ICD-9 Codes that DO NOT Support Medical Necessity**

N/A

**Diagnoses that DO NOT Support Medical Necessity**

N/A

**Reasons for Denials**

When performed for indications other than those listed in the "Indications and Limitations of Coverage and/or Medical Necessity" section of this policy.

**Noncovered ICD-9 Codes**

Any diagnosis codes not listed in the "ICD-9 Codes That Support Medical Necessity" section of this policy.

**Noncovered Diagnosis**

N/A

**Coding Guidelines**

N/A

**Documentation Requirements**

Medical record documentation maintained by the performing provider must clearly indicate the medical necessity of the service being billed. In addition, documentation that the service was performed must be included in the patient's medical record. This information is normally found in the office/progress notes, hospital notes, and/or procedure report.

If the provider of the service is other than the ordering/referring physician, that provider must maintain hard copy documentation of the test results and interpretation, along with the ordering physician's order for the test. The physician must state the clinical indication/medical necessity for the study in his/her order for the test.

Documentation should support the criteria for coverage as set forth in the "Indications and Limitations of Coverage and/or Medical Necessity" section of this policy.

Connecticut Medicare does not reimburse the routine use of flow cytometry and morphometric analysis. Therefore, medical record documentation must demonstrate how the results of the flow cytometry and morphometric analysis will be utilized in the management of the patient's condition.

**Utilization Guidelines**

N/A

**Other Comments**

N/A

**Sources of Information and Basis for Decision**

CMS004231

American Society of Clinical Oncology. (1998). Update of clinical practice guidelines for the use of tumor markers in breast and colorectal cancer. Journal of Clinical Oncology, 16(2), 793-795. [On-line]. Available: http://www.guideline.gov.

Davis, B.H., Foucar, K., Szczarkowski, W., Ball, E., Witzig, T., Foon, K.A., Wells, D., Kotylo, P., Johnson, R., Hanson, C., & Bessman, D. (1997). U.S.-Canadian consensus recommendations on the immunophenotypic analysis of hematologic neoplasia by flow cytometry: Medical indications. Cytometry, 30, 249-263.

Escribano, L. Diaz-Agustin, B., Bellas, C., Navalon, R., Nunez, R., Sperr, W., Schernthaner, G., Valent, P., Orfao, A. (2001). Utility of flow cytometric analysis of mast cells in the diagnosis and classification of adult mastocytosis. *Leukemia Research*, 25(7), 563-70.

Fischbach, F. (2000). A manual of laboratory & diagnostic tests (6th ed.). Philadelphia: J.B. Lippincott Company.

Holland, J.F., Bast, R.C. Jr., Morton, D.L., Frei III, E., Kufe, D.W., and Weichselbaum, R.R. (1997). Cancer medicine (vol. 2, 4th ed.). Baltimore: Williams & Wilkins.

Jacobs, D.S., Demot, W.R., Finley, P.R., Horvat, R.T., Kasten, B.I. Jr., & Tilzer, L.L. (1994). Laboratory test handbook (3rd ed.). Ohio: Lexi-Comp. Inc.

Jaffe, E., Harris, N., Stein, H., & Vardiman, J. (2001). *Tumors of Haematopoietic and Lymphoid Tissues*. Lyon: IARC Press.

Keren, D., McCoy, J., & Carey, J. (2001). *Flow Cytometry in Clinical Diagnosis* (3rd ed.). Chicago: ASCP Press.

Kurata, Y., Hayashi, S., Kiyoi, T., Kosugi, S., Kashiwagi, H., Honda, S., Tomiyama, Y. (2001). Diagnostic value of tests for reticulated platelets, plasma glycocalicin, and thrombopoietin levels for discriminating between hyperdestructive and hypoplastic thrombocytopenia. *American Journal of Clinical Pathology*, 115(5), 656-664.

McCoy, JP Jr. & Keren, D.F. (1999). Current practices in clinical flow cytometry. A practice survey by the American Society of Clinical Pathologists. American Journal of Clinical Pathology, 111, 161-168.

Miller, D. & Stelzer, G. (2001). Contributions of flow cytometry to the analysis of the myelodysplastic syndrome. *Clinics in Laboratory Medicine*, 21, 811-828.

Nguyen, D., Diamond, L., & Braylan, R. (2003). *Flow Cytometry in Hematopathology*. Totowa: Humana Press.

Peerschke, E. (2002). The laboratory evaluation of platelet dysfunction. *Clinics in Laboratory Medicine*, 22(2), 405-420.

Rawstron, A., Davies, F., DasGupta, R., Ashcroft, A., Patmore, R., Drayson, M., Owen, R., Jack, A., Child, J., & Morgan, G. (2002). Flow cytometric disease monitoring in multiple myeloma: The relationship between normal and neoplastic plasma cells predicts outcome after transplantation. *Blood*, 100, 3095-3100.

Ross, J.S. (1996). DNA ploidy and cell cycle analysis in cancer diagnosis and prognosis. Oncology, 10(6), 867-890.

Stetler-Stevenson, M., Arthur, D., Jabbour, N., Xie, X., Molldrem, J., Barrett, A., Venzon, D., & Rick, M. (2001). Diagnostic utility of flow cytometric immunophenotyping in myelodysplastic syndrome. *Blood*, 98, 979-987.

Stewart, C. & Nicholson, J. (2000). *Immunophenotyping*. New York: Wiley-Liss.

Tannock, I.F. & Hill, R.P. (Eds.). (1998). The basic science of oncology (3rd ed.). New York: McGraw-Hill.

The International Myeloma Working Group. (2003). Criteria for the classification of monoclonal gammopathies, multiple myeloma and related disorders: A report of the International Myeloma Working Group. *Br J Haematol*, 121, 749-757.

Warzynski, M., Graham, D., Axtell, R., Higgins, J. Hammers, Y. (2002). Flow cytometric immunophenotyping test for staging/monitoring neuroblastoma patients. *Cytometry*. 50(6), 298-304.

**Advisory Committee Notes**

CMS004232

This policy does not reflect the sole opinion of the contractor or Contractor Medical Director. Although the final decision rests with the contractor, this policy was developed in cooperation with advisory groups, which includes representatives from numerous societies.

Carrier Advisory Committee Meeting held on 07/15/2003.

**Start Date of Comment Period**

07/11/2003

**End Date of Comment Period**

08/25/2003

**Start Date of Notice Period**

11/01/2003

**Revision History**

| Revision Number | 3 | PCR B2003-118CT |
|---|---|---|
| Start Date of Comment Period: | 07/11/2003 | |
| Start Date of Notice Period: | 11/01/2003 | 1st Quarter 2004 Update |
| Revised Effective Date | 01/05/2004 | |

Explanation of Revision: This new policy has been developed to address flow cytometry and morphometric analysis services in one policy. Therefore, the policies for Immunophenotypic Analysis of Tissues by Flow Cytometry (Policy Number 88180) and Cell Cycle or DNA Analysis by Flow Cytometry (Policy Number 88182) will be struck-through completely and addressed in this new policy. The effective date of policy revisions is based on date of service.

**Revision History for 88180 Immunophenotypic Analysis of Tissues by Flow Cytometry**

| Revision Number | 2 |
|---|---|
| Start Date of Comment Period: | N/A |
| Start Date of Notice Period: | N/A |
| Revised Effective Date | 01/01/2003 |

Explanation of Revision: Policy updated to conform to HCPCS and ICD-9 changes through 01/01/2003.

| Revision Number | 1 |
|---|---|
| Start Date of Comment Period: | N/A |
| Start Date of Notice Period: | N/A |
| Revised Effective Date | 01/01/2003 |

Explanation of Revision: Policy reformatted into required LMRP format. Policy identifier changed to 88180.

| Revision Number | Original |
|---|---|
| Start Date of Comment Period: | |
| Start Date of Notice Period: | 06/01/1998 |
| Original Effective Date | 08/01/1998 |

**Revision History for 88182 Cell Cycle or DNA analysis by Flow Cytometry**

CMS004233

| | | |
|---|---|---|
| Revision Number | 1 | |
| Start Date of Comment Period: | N/A | |
| Start Date of Notice Period: | 02/01/2003 | 2nd Quarter 2003 Update |
| Revised Effective Date | 12/05/2002 | |

Explanation of Revision: Policy reformatted into required LMRP format. Addition of ICD-9 Codes 175.0-175.9 and 204.00. Policy identifier number changed to 88182.

| | |
|---|---|
| Revision Number | Original |
| Start Date of Comment Period: | 02/01/1998 |
| Start Date of Notice Period: | 06/01/1998 |
| Original Effective Date | 08/01/1998 |

---

Document formatted: 12/08/2003 (JG/sh)

CMS004234