UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA <br> ex rel. DR. JAMES J. TIESINGA, <br><br> Plaintiffs, <br><br> v. <br><br> DIANON SYSTEMS, INC., <br><br> Defendant. | No. 3:02CV1573(MRK) |

## ORDER

Upon consideration of Dianon Systems, Inc.'s Motion in Limine to Exclude Evidence in Support of False Claims Act Liability and any Opposition thereto, it is this _____ day of _____, 2007 hereby

**ORDERED** that Dianon's Motion is hereby **GRANTED** and the following evidence shall be excluded for the purpose of establishing False Claims Act liability and damages:

1. The opinions of Stuart Flynn, M.D.

2. The calculations of Constantin Yiannoutsos, Ph.D.

3. 1996 claims based on Dianon's billing mistake.

_____
Mark R. Kravitz, Judge
United States District Court
for the District of Connecticut

BA2\316002