UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>ex rel. DR. JAMES J. TIESINGA, | ) ) ) | No. 3:02CV1573(MRK) |
| | ) | NOTICE OF APPEARANCE |
| Plaintiffs, | ) ) | OF ADDITIONAL COUNSEL |
| v. | ) ) | |
| DIANON SYSTEMS, INC., | ) ) ) | April 20, 2007 |
| Defendants. | ) ) | |

**NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL
FOR THE UNITED STATES**

The Clerk of the Court shall please take notice of the appearance of Jennifer Chorpening as additional counsel for the United States in this matter. Ms. Chorpening is an attorney with the Department of Justice, Civil Division. Ms. Chorpening is admitted to practice before the Supreme Court of Illinois.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KEVIN J. O'CONNOR
United States Attorney

RICHARD MOLOT
Assistant United States Attorney
Federal Bar No. CT21676
157 Church Street
New Haven, Connecticut 06510
(203) 821-3700

JOYCE R. BRANDA
PATRICIA R. DAVIS
JENNIFER CHORPENING

Fed. Bar No.
Attorneys, Civil Division
Commercial Litigation Branch
Post Office Box 261, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-0240
Facsimile: (202) 305-7797
Email: Jennifer.Chorpening@usdoj.gov

Attorneys for the United States

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of April, I caused a true copy of the foregoing **UNITED STATES' MOTION IN LIMINE AS TO CLAIMS DATA AND MOTION TO COMPEL DEFENDANT TO PROVIDE DISCOVERY** to be served by mail and electronic mail to:

Bryan T. Carmody, Esq.
Maya & Associates, P.C.
266 Post Road East
Westport, CT 06880
bcarmody@mayalaw.com

Robert Salcido, Esq.
Akin Gump Strauss Hauer & Feld, LLP
Robert Strauss Building
1333 New Hampshire Ave, NW
Washington, D.C. 20036
rsalcido@akingump.com

Bruce R. Parker
Venable LLP
1800 Mercantile Bank & Trust Bldg.
2 Hopkins Plaza
Baltimore, Md. 21201
brparker@venable.com

_____
Jennifer Chorpening
Trial Attorney
U.S. Department of Justice