UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>ex rel. DR. JAMES J. TIESINGA, | ) <br> ) <br> ) | No. 3:02CV1573(MRK) |
| Plaintiffs, | ) <br> ) | |
| v. | ) <br> ) | |
| DIANON SYSTEMS, INC. , | ) <br> ) <br> ) | April 20, 2007 |
| Defendant. | ) <br> ) | |

## UNITED STATES' MOTION IN LIMINE AS TO CLAIMS DATA AND MOTION TO COMPEL DEFENDANT TO PROVIDE DISCOVERY

The United States respectfully moves *in limine* to exclude evidence that Defendant Dianon Systems, Inc. ("Dianon") may seek to admit at trial concerning claims data. Moreover, pursuant to Fed. R. Civ. P. Rule 37, the United States respectfully moves the Court to compel Dianon to provide discovery as to certain matters more fully explained herein.

First, the Government moves *in limine* to preclude Dianon from submitting evidence at trial regarding its claims or electronic claims. This is because, despite repeated requests, Dianon has refused to produce this information during discovery. In addition, Dianon has not responded to the Government's request to stipulate to the claims data provided by the Government during discovery.

Second, Dianon produced a number of documents to the Government after the close of discovery, despite the fact that these documents were responsive to the Government's First Request for Production of Documents, dated July 27, 2005. These documents appear to show the

**Oral Argument is Requested**

development of new Dianon flow cytometry test requisition forms. Despite a written request on September 5, 2006 for information as to the creation of these forms, Dianon has continuously failed to provide information as to who created them and why, thereby prejudicing the Government's case. Thus, the Government seeks limited additional discovery of a Dianon witness under Fed. R. Civ. P. 30(b)(6) who can testify to (a) the creation of these flow cytometry test requisition forms and (b) the creation of several additional documents produced after the close of discovery.

Third, despite repeated requests by the Government for a complete production of documents relating to an important Hemepath Consensus Conference held in or about October/November 2005, Dianon has failed to provide these documents, despite the fact that the Government clearly requested these documents in its Second Request for Production of Documents dated May 15, 2006. Based upon this conduct, the Government respectfully requests that the Court enter an Order compelling production of all documents concerning the Hemepath Consensus Conference or, absent their production, submission of an affidavit asserting that no such documents exist.

A memorandum of law and a declaration of Government Counsel, with attached exhibits, is being filed contemporaneously herewith.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KEVIN J. O'CONNOR
United States Attorney

RICHARD MOLOT
Assistant United States Attorney
Federal Bar No. CT21676
157 Church Street
New Haven, Connecticut 06510
(203) 821-3700

_____
JOYCE R. BRANDA
PATRICIA R. DAVIS
JENNIFER CHORPENING
Fed. Bar No.
Attorneys, Civil Division
Commercial Litigation Branch
Post Office Box 261, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-0240
Facsimile: (202) 305-7797
Email: Jennifer.Chorpening@usdoj.gov


Attorneys for the United States

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of April, I caused a true copy of the foregoing **UNITED STATES' MOTION IN LIMINE AS TO CLAIMS DATA AND MOTION TO COMPEL DEFENDANT TO PROVIDE DISCOVERY** to be served by mail and electronic mail to:

>Bryan T. Carmody, Esq.
>Maya & Associates, P.C.
>266 Post Road East
>Westport, CT 06880
>bcarmody@mayalaw.com
>
>Robert Salcido, Esq.
>Akin Gump Strauss Hauer & Feld, LLP
>Robert Strauss Building
>1333 New Hampshire Ave, NW
>Washington, D.C. 20036
>rsalcido@akingump.com
>
>Bruce R. Parker
>Venable LLP
>1800 Mercantile Bank & Trust Bldg.
>2 Hopkins Plaza
>Baltimore, Md. 21201
>brparker@venable.com

>>Jennifer Chorpening
>>Trial Attorney
>>U.S. Department of Justice