# EXHIBIT 7

09/01/95  10:27  ☏203 236 1624  WOLF PRINTING CO → DIANON SYDNEY  ☐001

# DIANON SYSTEMS
*Diagnostic Innovations for Medicine*

## HEMATOPATHOLOGY SERVICES
## TEST REQUISITION

**ACCOUNT NO.**   **TELEPHONE NO.**

**ACCOUNT NAME AND ADDRESS**

*SH Proof Form 1169 9/1/95*

**SPECIMEN TYPE:**   **COLLECTION DATE** ___/___/___

☐ Lymph Node   Site _____   ☐ Fresh   ☐ Frozen
☐ Solid Tumor   Site _____   ☐ Fresh   ☐ Frozen
☐ Bone Marrow   ☐ ACD (Yellow Top)   ☐ Sod. Hep. (Green Top)
☐ Peripheral Blood   ☐ ACD (Yellow Top)   ☐ Sod. Hep. (Green Top)
☐ Slides/Paraffin Blocks
☐ Stem Cells
☐ Other _____

**REQUESTING PHYSICIAN**   **REFERRING PHYSICIAN**

**PATIENT SOC. SEC. NO.**   **DATE OF BIRTH**

**Clinical Diagnosis:** _____

**CBC Results:**   WBC _____ Hgb/Hct _____ MCV _____
☐ (Attached)   RDW _____ Plt. Ct. _____ Retic. Ct. _____

**PATIENT LAST NAME**   **FIRST NAME**   **M.I.**

**Clinical History:**
Drugs/Medication: _____
History of Malignancy Type: _____ Site: _____

**STREET ADDRESS**

**CITY**   **STATE**   **ZIP CODE**

**Treatment:**
☐ None   ☐ Chemo.   ☐ Rad.   Dates: from _____ to _____
☐ Splenomegaly   ☐ Lymphadenopathy

M  F  **PATIENT CHART NO. (OPTIONAL)**   **PATIENT TELEPHONE NO.**

**Indications for Study:**

Check Only One - If billing information is already on file at DIANON, provide Patient Soc. Sec. No. and check here. ☐

☐ BILL TO MEDICARE, NO.
☐ BILL TO ACCOUNT
☐ BILL TO PATIENT
☐ BILL TO MEDICAID, NO.
☐ BILL TO HMO
☐ BILL TO INSURANCE

**Morphologic Interpretation**
☐ 490 Bone Marrow Core
☐ 491 Bone Marrow Aspirate
☐ 492 Bone Marrow Clot
☐ 493 Peripheral Blood Smear
☐ Consultation on slides prepared elsewhere.
☐ Permission to perform cytochemical studies if medically necessary.

**INSURANCE COMPANY/HMO NAME**   **STATE**

**STREET ADDRESS**

**CITY**   **STATE**   **ZIP CODE**

**POLICY NO.**   **GROUP NO.**

**Molecular/Flow Cytometry Studies**
☐ XL3   Immunophenotyping (Flow Cytometry)
☐ XL4   Immunophenotyping with T-Cell/B-Cell Gene Rearrangement
☐ XL5   T-Cell/B-Cell Gene Rearrangement
☐ XL5T  T-Cell Gene Rearrangement ONLY
☐ XL5B  B-Cell Gene Rearrangement ONLY
☐ XL6   bcl/abl Gene Rearrangement
☐ XL7   bcl-2 Gene Rearrangement (Follicular Lymphoma)
☐ XL9   Immune Deficiency Panel (Include WBC Count & % Lymph)
☐ XL13  Epstein-Barr Virus Clonality

**IF GROUP, NAME OF EMPLOYER**
**INSURED OR RESPONSIBLE PARTY, IF OTHER THAN PATIENT**

**LAST NAME**   **FIRST NAME**

PATIENT RELATIONSHIP TO INSURED ☐ SPOUSE ☐ CHILD ☐ OTHER
☐ SECONDARY INSURANCE INFORMATION ATTACHED

**Cytogenetic Evaluation**
☐ XL8   Chromosome Analysis (Unstimulated)

**Bone Marrow Transplant Engraftment Evaluation**
☐ XL10  Pre-Transplant Analysis, Donor, (Name of Recipient _____)
☐ XL19  Pre-Transplant Analysis, Recipient, (Name of Donor _____)
☐ XL11  Post-Transplant Analysis _____

I authorize any holder of medical or other information about me to release to the Social Security Administration, its intermediaries, Blue Shield, or other carriers any information needed for this or related claims. I permit a copy of this authorization to be used in place of the original and request payment of medical insurance benefits.
**PATIENT'S SIGNATURE**   **DATE**

DIANON Systems, Inc. • 200 Watson Boulevard • Stratford, CT 06497 • 800-328-2666 • 203-381-4000
© 1995 DIANON Systems, Inc.
F1899 8/95

WHITE COPY TO DIANON   PINK COPY TO PHYSICIAN

PP17934

08/23/95  12:32   ☎203 236 1824   WOLF PRINTING CO → DIANON/LINDA   ☒003

## MORPHOLOGIC INTERPRETATIONS

| TEST | TEST # | SPECIMEN REQUIREMENTS |
|---|---|---|
| Bone Marrow Biopsy Interpretation | 490 | 2-4 slides of "touch imprints" from the biopsy and Biopsy/clot fixed immediately in 10% buffered Formalin. Shipped at room temperature. |
| Bone Marrow Clot Interpretation | 492 | Marrow aspirate material does not need to be clotted before being placed in Formalin. Please send copy of CBC report and unstained peripheral blood smear. |
| Bone Marrow Aspirate Interpretation | 491 | 7 aspirate smears with particles (either direct "push" smears or particle crush-prep smears) and 1 pediatric ACD tube with 2-4 mL of aspirate and Please send copy of CBC report and unstained peripheral blood smear. |
| Peripheral Blood Smear Interpretation | 493 | 3 or more fingerstick blood smears (do not fix, spray or stain) and (1) 7 mL ACD tube with a copy of CBC report. |
| * | * | We recommend including 1 sodium heparin tube with 1-3 mL of bone marrow for cytogenetics if necessary. Ship at room temperature. |

*Handwritten margin notes: "Should we specify unfixed?", "FIRST PROOF DATE 8/23/95", "Prep info", "Form my back"*

## IMMUNOPATHOLOGY, MOLECULAR GENETICS and CYTOGENETICS

| TEST | TEST # | METHOD | SPECIMEN REQUIREMENTS |
|---|---|---|---|
| Immunophenotyping | XL3 | Flow Cytometry | Bone marrow - 1 pediatric ACD tube with 2-4 mL. Shipped at room temperature. Peripheral blood - 2 ACD tubes each with 8 mL. Shipped at room temperature. Solid tissue - 0.5 cm³ of fresh tissue immersed in RPMI (not saline) at 4°C (on cool packs). |
| Comprehensive Analysis | XL4 | Flow Cytometry Southern Blot | Same as XL3 and XL5 |
| T and B Cell Gene Rearrangement | XL5 | Southern Blot | Bone marrow - 1 pediatric ACD tube with 2-4 mL. Shipped at room temperature. |
| bcr/abl Gene Rearrangement | XL6 | PCR | Peripheral blood - 2 ACD tubes with 8 mL. Shipped at room temperature. Solid tissue - 0.5cm³ fresh tissue shipped on dry ice |
| bcl-2 Gene Rearrangement | XL7 |  | or immersed in RPMI at 4°C 0.5 cm³ fresh tissue shipped in 80-95% ethanol at room temperature |
| Chromosome Analysis (unstimulated) | XL8 | Cytogenetics (if blasts) | Bone marrow - 1 sodium heparin tube with 1-3 mL. Shipped at room temperature. Peripheral blood - 1 sodium heparin tube with 8 mL. Shipped at room temperature. Blasts present |
| Immune Deficiency Panel | XL9 | Flow Cytometry | Peripheral blood - 1 ACD tube with 8 mL. Shipped at room temperature. |
| Post-Transplant Analysis (recipient) | XL11 |  | Bone marrow - 1 pediatric ACD tube with 1-3 mL. Shipped at room temperature. and |
| Pre-Transplant Analysis (donor) | XL18 | Southern Blot | Peripheral blood - 2 ACD tubes with 8 mL. Shipped at room temperature. (extra specimen required with low WBC count) |
| Pre-Transplant Analysis | XL19 |  |  |

## RECOMMENDED TESTING

| Lymphoproliferative Process | Acute Leukemic/Blast Crisis | Plasma Cell Dyscrasia/Monoclonal Gammopathy | Myeloproliferative/Myelodysplastic Process |
|---|---|---|---|
| - Morphologic Interpretation<br>- Trap Stain<br>- Immunophenotyping<br>- T-cell, B-cell Gene Rearrangement<br>- bcl-2 Gene Rearrangement<br>- Epstein-Barr Virus Clonality | - Morphologic Interpretation<br>- Myeloperoxidase Reaction Stain<br>- Sudan Black B<br>- Non Specific Esterase<br>- Terminal Deoxynucleotidyl Transferase (TdT)<br>- Immunophenotyping<br>- Chromosome Analysis | - Morphologic Interpretation<br>- Cytoplasmic Immunoglobulin<br>- Immunophenotyping<br>- T-cell/B-cell Gene Rearrangement | - Morphologic Interpretation<br>- Chromosome Analysis<br>- Bcr/abl Gene Rearrangement |

*Available through DIANON Systems Physician Participation Program for Investigational use only. To be used only in conjunction with other medically established diagnostic procedures. Performance characteristics have not been established.

Printed in U.S.A.
(1185) 8/95

*Handwritten: "? Trap Stain", "? applicable"*

**DIANON SYSTEMS**
Diagnostic Innovations for Medicine

*Handwritten note at bottom: "Mark: I think actually heparin is better for immunophenotyping (where it is the only test, and doesn't need morphology) ask Steve Brown if the XL9 should be in a green top rather than an ACD tube"*

PP17935

08/03/95  10:11  ☎203 236 1824    WOLF PRINTING CO → DIANON SYDNEY    ☒001

# DIANON SYSTEMS
*Diagnostic Innovations for Medicine*

## HEMATOPATHOLOGY SERVICES TEST REQUISITION

### ACCOUNT INFORMATION
- ACCOUNT NO. _____ TELEPHONE NO. _____
- ACCOUNT NAME AND ADDRESS

*SECOND PAGE* — DATE: 8/3/95 Form 1189

- REQUESTING PHYSICIAN _____ REFERRING PHYSICIAN _____

### SPECIMEN COLLECTION
COLLECTION DATE ___/___/___

SPECIMEN TYPE:
- ☐ Lymph Node — Site _____
- ☐ Solid Tumor — Site _____
- ☐ Bone Marrow — ☐ ACD (Yellow Top)
- ☐ Peripheral Blood — ☐ ACD (Yellow Top)
- ☐ Slides
- ☐ Stem Cells _____
- ☐ Other _____

- ☐ Fresh  ☐ Frozen
- ☐ Fresh  ☐ Frozen
- ☐ Sod. Hep. (Green Top)
- ☐ Sod. Hep. (Green Top)

### PATIENT INFORMATION
- PATIENT SOC. SEC. NO. _____ DATE OF BIRTH _____
- PATIENT LAST NAME _____ FIRST NAME _____ M.I. ___
- STREET ADDRESS _____
- CITY _____ STATE ___ ZIP CODE _____
- ☐ M  ☐ F  PATIENT CHART NO. (OPTIONAL) _____ PATIENT TELEPHONE NO. _____

### BILLING INFORMATION
Check Only One – If billing information is already on file at DIANON, provide Patient Soc. Sec. No. and check here. ☐
- ☐ BILL TO MEDICARE, NO. |_|_|_|_|_|_|_|_|_|
- ☐ BILL TO ACCOUNT
- ☐ BILL TO PATIENT
- ☐ BILL TO MEDICAID, NO. |_|_|_|_|_|_|_|_|_|_|_|_|
- ☐ BILL TO HMO
- ☐ BILL TO INSURANCE  ICD-9 DIAGNOSTIC CODE _____

INSURANCE COMPANY/HMO NAME _____ STATE ___
STREET ADDRESS _____
CITY _____ STATE ___ ZIP CODE _____
POLICY NO. _____ GROUP NO. _____
IF GROUP, NAME OF EMPLOYER _____
INSURED OR RESPONSIBLE PARTY, IF OTHER THAN PATIENT
LAST NAME _____ FIRST NAME _____
PATIENT RELATIONSHIP TO INSURED ☐ SPOUSE ☐ CHILD ☐ OTHER
☐ SECONDARY INSURANCE INFORMATION ATTACHED

### AUTHORIZATION
I authorize any holder of medical or other information about me to release to the Social Security Administration, its intermediaries, Blue Shield, or other carriers any information needed for this or related claims. I permit a copy of this authorization to be used in place of the original and request payment of medical insurance benefits.
PATIENT'S SIGNATURE _____ DATE _____

### CLINICAL INFORMATION (Required)
Clinical Diagnosis: _____

CBC Results:  WBC ___ Hgb/Hct ___ MCV ___
☐ (Attached)  RDW ___ pbH ___ Retic. Ct. ___

Clinical History:
☐ Splenomegaly  ☐ Lymphadenopathy
Drugs/Medication: _____
History of Malignancy  Type: _____ Site: _____
Treatment:
☐ None  ☐ Chemo.  ☐ Rad.  Dates: from ___ to ___
Indications for Study:
Staging:  ☐ Lymphoma  ☐ Carcinoma
☐ Cytopenia  ☐ Anemia  ☐ Myelodysplasia
☐ Monoclonal Gammopathy  ☐ Myeloproliferative Disorder
☐ Other _____

### TESTS REQUESTED
**Morphologic Interpretation**
- ☐ 490 Bone Marrow Core
- ☐ 491 Bone Marrow Aspirate
- ☐ 492 Bone Marrow Clot
- ☐ 493 Blood Smear
- ☐ Permission to perform additional tests if necessary.

**Molecular/Flow Cytometry Studies**
- ☐ XL3  Immunophenotyping (Flow Cytometry)
- ☐ XL4  Immunophenotyping with T-Cell/B-Cell Gene Rearrangement
- ☐ XL5  T-Cell/B-Cell Gene Rearrangement
- ☐ XL5T T-Cell Gene Rearrangement ONLY
- ☐ XL5B B-Cell Gene Rearrangement ONLY
- ☐ XL6  bcr/abl Gene Rearrangement (Philadelphia Ch.)
- ☐ XL7  bcl-2 Gene Rearrangement (Follicular Lymphoma)
- ☐ XL9  Immune Deficiency Panel
- ☐ XL13 Epstein-Barr Virus Clonality

**Cytochemical/I.F. Studies**
- ☐ Acute Leukemias with TdT
- ☐ T.R.A.P. Stain
- ☐ Cytoplasmic Immunoglobulin

**Cytogenetic Evaluation**
- ☐ XL8  Chromosome Analysis (unstimulated)

**Transplant Engraftment Evaluation**
- ☐ XL19 Pre-Transplant Analysis Donor. Name of Recipient _____
- ☐ XL18 Pre-Transplant Analysis Recipient. Name of Donor _____
- ☐ XL11 Post-Transplant Analysis Recipient Name _____

DIANON Systems, Inc. • 200 Watson Boulevard • Stratford, CT 06497 • 800-328-2666 • 203-381-4000
® 1992 DIANON Systems, Inc.
01869  8/93

WHITE COPY TO DIANON    PINK COPY TO PHYSICIAN

*(handwritten margin note: "these items are filled in each other, we need to make this more clear")*

PP17938

Morphologic Interpretation

| Test | Test # | Specimen requirements |
|---|---|---|
| Bone Marrow Biopsy Interpretation | 490 | 2-4 slides of "touch imprints" from the biopsy and biopsy/clot fixed immediately in 10% buffered Formalin shipped at Room Temp |
| Bone Marrow Clot Interpretation | 492 | Marrow aspirate material does not need to be clotted before being placed in Formalin. Please send copy of CBC report and unstained peripheral blood smear |
| Bone Marrow Aspirate Interpretation | 491 | 7 aspirate smears with particles (either direct "push" smears or particle crush prep smear) and 1 pediatric ACD tube with 2-4 mL of aspirate and please send copy of CBC report and unstained peripheral blood smear |
| Peripheral Blood Smear Interpretation | 493 | 3 or more fingerstick blood smears (do not fix, spray or stain) and (1) 7mL ACD tube with a copy of CBC report |
| * | * | We recommend including 1 Sodium Heparin tube with 8mL for bone marrow cytogenetics if necessary. Ship at room temperature. |

Immunopathology, Molecular genetics and Cytogenetics

| Test | Test # | Method | Specimen requirements |
|---|---|---|---|
| Immunophenotyping | XL3 | Flow Cytometry | Bone marrow - 1 pediatric ACD tube with 2-4 mL shipped at Room Temperature. Peripheral Blood - 2 ACD tubes each with 8mL shipped at Room Temperature. Solid Tissue - 0.5cm³ of fresh tissue immersed in RPMI (not saline) at 4°C (on cool pack) |
| Comprehensive Analysis | XL4 | Flow Cytometry Southern Blot | Same as XL3 and XL5 |
| T and B cell gene rearrangement | XL5 | Southern Blot | Bone Marrow - 1 pediatric ACD tube with 2-4 mL shipped at Room temperature. Peripheral Blood - 2 ACD tubes with 8mL shipped at Room temperature. Solid tissue - 0.5cm³ fresh tissue shipped on Dry Ice or 0.5cm³ fresh tissue shipped in 90-95% Ethanol at Room Temp |
| xr/abl gene rearrangement | XL6 | PCR** | |
| xl-2 gene rearrangement | XL7 | | |
| Chromosome Analysis (unstimulated) | XL8 | Cytogenetics | Bone Marrow - 1 Sodium Heparin tube with 1-3 mL shipped at Room temperature. Peripheral Blood - 1 Sodium Heparin Tube with 8mL shipped at Room Temperature (Blasts present) |
| Immune deficiency panel | XL9 | Flow Cytometry | Peripheral blood - 1 ACD tube with 8mL shipped at Room temperature |
| Post Transplant Analysis (recipient) | XL11 | Southern Blot | Bone Marrow - 1 pediatric ACD tube with 1-3 mL shipped at room temperature. Peripheral blood - 2 ACD tubes with 8mL shipped at room temperature |
| Re-Transplant Analysis (donor) | XL18 | | |
| Pre-Transplant Analysis | XL19 | | |

Lymphoproliferative process
|
Morphologic Interpretation
|
Trap Stain
|
Immunophenotyping
|
T-cell, B cell gene rearrangement
|
bcl-2 gene rearrangement
|
Epstein-Barr virus clonality

Acute Leukemia/Blast crisis
|
Morphologic Interpretation
|
Myeloperoxidase reaction stain
Sudan Black B
Non Specific Esterase
Terminal deoxynucleotidyl transferase
|
Immunophenotyping
|
Chromosome Analysis

Plasma cell dyscrasia/Monoclonal gammopathy
|
Morphologic Interpretation
|
Cytoplasmic Immunoglobulin
|
Immunophenotyping
|
T-cell/B-cell gene rearrangement

Myeloproliferative/Myelodysplastic process
|
Morphologic Interpretation
|
Chromosome Analysis
|
bcr/abl gene rearrangement

PP17939

Test Requisition

**DIANON SYSTEMS**
*Diagnostic Innovations for Medicine*

### ACCOUNT INFORMATION

ACCOUNT NO. _____ TELEPHONE NO. _____

ACCOUNT NAME AND ADDRESS

REQUESTING PHYSICIAN / REFERRING PHYSICIAN

### PATIENT INFORMATION

PATIENT SOC. SEC. NO. _____ DATE OF BIRTH _____

PATIENT LAST NAME _____ FIRST NAME _____ M.I. _____

STREET ADDRESS

CITY _____ STATE _____ ZIP CODE _____

PATIENT CHART NO. (OPTIONAL) _____ PATIENT TELEPHONE NO. _____

### BILLING INFORMATION

Check Only One • If billing information is already on file at DIANON, provide Patient Soc. Sec. No. and check here. ☐

☐ BILL TO MEDICARE, NO. _____
☐ BILL TO ACCOUNT
☐ BILL TO PATIENT
☐ BILL TO MEDICAID, NO. _____
☐ BILL TO HMO
☐ BILL TO INSURANCE    DIAGNOSIS: (ICD-9 CODE) _____

INSURANCE COMPANY/HMO NAME _____ STATE _____

STREET ADDRESS

CITY _____ STATE _____ ZIP CODE _____

POLICY NO. _____ GROUP NO. _____

GROUP, NAME OF EMPLOYER

INSURED OR RESPONSIBLE PARTY, IF OTHER THAN PATIENT

NAME _____ FIRST NAME _____

PATIENT RELATIONSHIP TO INSURED ☐ SPOUSE ☐ CHILD ☐ OTHER
SECONDARY INSURANCE INFORMATION ATTACHED

### PATIENT AUTHORIZATION

I authorize any holder of medical or other information about me to release to the Social Security Administration, its intermediaries, Blue Shield, or other carriers any information needed for this or related claims. I permit a copy of this authorization to be used in place of the original and request payment of medical insurance benefits.

PATIENT'S SIGNATURE _____ DATE _____

DIANON Systems, Inc. • 200 Watson Boulevard • Stratford, CT 06497 • 800-328-
© DIANON Systems, Inc.
Rev. 5/95

WHITE COPY

---

**Specimen Collection**

Specimen Type: _____ Collection Date __/__/__

☐ Lymph node  Site ___ Fresh ___ Frozen ___
☐ Solid Tumor site  Site ___ Fresh ___ Frozen ___
☐ Bone Marrow  # slides ___ ACD(Yellow Top) ___ Sod Hep(green Top) ___
☐ Blood  # slides ___ ACD(Yellow Top) ___ Sod Hep(green Top) ___
☐ Other _____
☐ Stem cells

**Clinical Information**

Clinical Diagnosis _____ CBC results  WBC ___ Hgb/Hct ___
                                          Plt ___ Retic ___
Clinical History:
Splenomegaly Y_ N_  Adenopathy Y_ N_

Drug/medication _____

History of malignancy Y_ N_ Type ___ Site ___
Treatment: None ___ Chemo ___ Rad ___ other ___
Reasons For Marrow Exam:
Staging: Lymphoma ☐  Carcinoma ☐  Cytopenias ☐ other ☐

---

**Lymphoproliferative Process**
☐ XL3 Immunophenotyping by Flow Cytometry
☐ XL_ Cytochemistry studies
☐ XL5 T+B Cell clonality analysis
☐ XL7 Bcl-2 gene rearrangement
☐ XL4 Immunophenotyping with T+B cell clonality analysis
☐ XL13 Epstein-Barr virus clonality

**Acute Leukemia / Blast Crisis**
☐ XL3 Immunophenotyping by Flow Cytometry
☐ XL_ Cytochemistry studies
☐ XL8 Chromosome Analysis (unstimulated)

**Plasma Cell Dyscrasia / Monoclonal gammopathy**
☐ XL3 Immunophenotyping by Flow Cytometry
☐ XL5 T+B cell clonality analysis
☐ XL4 Immunophenotyping with T+B cell clonality analysis

**Myeloproliferative / Myelodysplastic Process**
☐ XL8 Chromosome Analysis (unstimulated)
☐ XL6 Bcr/abl gene rearrangement
* See also acute leukemia/blast crisis if applicable

XL3?

**Morphologic Interpretation**
☐ 490 Bone Marrow core
☐ 491 Bone Marrow Aspirate
☐ 492 Bone Marrow Clot
☐ 403 Blood smear
☐ Permission to perform additional tests if necessary

**Transplant Evaluation**
☐ XL19 Pre-Transplant Analysis Donor's Name ___
☐ XL18 Pre-Transplant Analysis Recipient's Name ___
☐ XL11 Post-Transplant analysis

## Hematopathology Product Progress Report
### Second Quarter 1996

|  | Revenue Actual/Plan | AUP Actual/Plan | ACCS Actual/plan |
|---|---|---|---|
| April | $418K/ $326K | $299/ $312 | 1400/ 1073 |
| May | $460K/ $363K | $304/ $312 | 1513/ 1198 |
| June (final flash) | $418K/ $352K | $300/ $312 | 1501/ 1161 |
| YTD Totals | $2.4M/ $2.1M | $295/ $312 | 7,972/ 6,738 |

| Cumulative Gross Profit For Six Months | Actual/ 499K | Plan/ 150K | Var./ 349K |

- Plan AUP is slightly lower due to a higher percentage of clinicians ordering morphology and fewer hospitals sending us higher AUP testing like immunophenotyping. Revenue remains higher than plan because of higher volume.

- Hematopathology at DIANON has not been sold by the sales force since roughly January of 1996 because of operational constraints. Currently Heme-Path growth is flat because of no sales time. Since July 12th, DIANON has begun selling hematopathology again.

- DIANON's Heme-Path offering is generally an easy sell for our sales force because there is a definite need for high quality hematopathology with few community hematopathologists to service this need.

- Volume has grown despite the sales force not selling it because:
  1. Word of mouth from M.D. to M.D. on DIANON's quality and expertise has led to new volume.
  2. Clients who were started late last year have sent an increasing number of specimens each month.
  3. Very few clients have been lost to competition during our "shut down" period.

- Gross profit is high because:
  1. The higher fees we realized in Q1 and Q2 were not forecasted.
  2. The 1996 forecast predicted some lost business during the shutdown when we actually had a positive variance in new to lost business.

- New aggressive competition have entered the market in the past six months that will make selling and maintaining business more difficult in the future.

- Heme-Path production constraints due to the difficulty of diagnosing each case and the difficulty of finding quality heme-paths will always be a concern for this product line.

**Conclusion:**
Heme-Path has been able to grow and maintain business in 1996 due to high quality, service, product differentiation and until recently little competition. Future success of this product line will hinge on DIANON's production capacity and maintaining an active relationship with our clients through call-backs.

4-6

PP19079

DIANON SYSTEMS 14 May 98

To: Ray, Ed, Jim B

My notes from today's compliance meeting are attached. Let me know if you have any questions.

Bill

Bill McDowell

PP17915

Compliance, 14 May 98

- Ed & Steve permanently to committee
- Record retention : Bob M
  - Mike White to head up
- National Cancer Registry: Bob & Steve
  - We're behind w/ Maryland, look to finish 2nd week of Ju
- XL 3/4
  - Sent Todd's letter to all hempath clients
  - CT policy more liberal than MN, NY, & MA
- List to Ed for customers that need to be cleaned up
- Cancelled tests
  - Wrote program to match tests/bills/cancelled tests
  - "NT" is not billed
  - Ran programs back to '95 looking for tests we billed but didn't perform : $56k in Medicare for 95+96, '28k in'
- Regs
  - Going a little on the slow side
  - "Ray is giving it enough attention" - Thom
  - Reg scorecard to all Compliance comm members
  - We stopped billing for PAS/AB in mid-April
  - Step up priority for GI reg
- 15-3 & 27-29
  - Physician will have to send in written documentation on how test helped in order to get paid, 1-3 mths till enacted
- Next meeting: Wed 17 June 12-2

PP17916