# EXHIBIT   10



**PARKER POE**

PARKER POE ADAMS & BERNSTEIN L.L.P.

*Attorneys and Counselors at Law*

**Sarah L. Ford**
*Associate*
Telephone: 919.835.4507
Direct Fax: 919.834.4564
sarahford@parkerpoe.com

Wachovia Capitol Center
150 Fayetteville Street Mall
Suite 1400
Post Office Box 389
Raleigh, NC 27602-0389
Telephone .919.828.0564
Fax 919.834.4564
www.parkerpoe.com

August 25, 2006

VIA FEDERAL EXPRESS

Richard M. Molot
Assistant U.S. Attorney
U.S. Department of Justice
Connecticut Financial Center
157 Church Street
P.O. Box 1824
New Haven, CT 06510

      Re:   <u>United States ex rel. Tiesinga v. Dianon Systems, Inc.</u>; 3:02-CV-1573 (MRK)

Dear Mr. Molot:

      Enclosed please find Dianon Systems, Inc. documents PP22627 – PP22645. These documents relate to a Hemepath Consensus Conference and are responsive to your Request for Production #3.

      Please do not hesitate to contact me if we can be of further assistance.

Best wishes,

Sarah L. Ford

SLF:jcs

Enclosures

cc:   Thomas Kossl, Esquire (w/o encl.)
      Robert Salcido, Esquire (w/o encl.)

CHARLESTON, SC
CHARLOTTE, NC
COLUMBIA, SC
SPARTANBURG, SC

RAL 344523v1

**From:** "Stelzer, Greg" <greg.stelzer@esoterix.com>
**To:** "Myla Lai-Goldman (E-mail)" <goldmam@labcorp.com>
**Date:** 4/21/2006 3:33 PM
**Subject:** FW: Consensus Conference
**CC:** "Bill Haas (E-mail)" <haasb@labcorp.com>, LabCorp email KingD <kingd3@labcorp.com>, "Goss, Darryl" <darryl.goss@esoterix.com>


Myla

As you can see below, the Clinical Cytometry Society is organizing another Consensus Conference on the use of flow cytometry in hematopathology, to be held at NIH this summer. You will be pleased to know that LabCorp will be prominently represented in the decision-making body of the conference, as both Dr. Szczarkowski and myself have been asked to participate in the Clinical Cytometry working group drafting the guidelines...in addition, Bruce Davis will be chairing the Medical Indications committee. We continue to be well-positioned to have a major impact on the practice of our science and the standards of care that relate to our services.


Greg

-----Original Message-----
From: Stetler-Stevenson, Maryalice (NIH/NCI) [E]
[mailto:stetler@mail.nih.gov]
Sent: Friday, April 21, 2006 11:55 AM
To: Dario.Campana@stjude.org; John Carey; greg.stelzer@esoterix.com;
wlokex.szczarkowski@esoterix.com; mrloken@hematologics.com;
preffer@helix.mgh.harvard.edu
Subject: Consensus Conference


In 1995, a group of hematopathologists, hematologists and laboratory scientists from the United States and Canada met and laid the ground work for the U.S.-Canadian Consensus Recommendations on the Immunophenotypic Analysis of Hematologic Neoplasia (Cytometry Part B 30:213 (1997). The recommendations covered standardization and validation of laboratory procedures, selection of antibody combinations, data analysis and interpretation, data reporting and medical indications. Subsequently, a more international group convened to address the optimal use of reagents in the diagnosis of hematolymphoid neoplasia (Cytometry Part B 46:23-27, 2001). Ten years have passed since the initial consensus conference and the consensus document is antiquated in some areas. In addition, the lack of current consensus documents for use in the regulatory arena has negatively impacted the field of clinical flow cytometry. Compensation issues in the US have reached a critical point such that there is pending legal action against at least one major laboratory. Accordingly, an updated document on standardization and medical indications is needed to summarize and communicate good medical practices. The analysis and interpretation of data by unqualified personnel affects patient care and results in clinicians underestimating the value of flow cytometric testing. To address these issues, we are organizing the third consensus conference on July 14th and 15th, 2006.

Topics we will focus on include elucidating medical indications for flow cytometric testing based upon presenting symptoms and signs, patient history, clinical differential diagnosis, and treatment options, rather than the subsequent final diagnosis; training/certification required for analysis of data; requirements in regard to training and experience for data interpretation; and technical issues, such as minimal panel requirements to achieve diagnostic accuracy. In order to prepare a consensus document in time for reimbursement actions in the fall we will need to complete this work this summer. The Clinical Cytometry Society has organized 2 small committees to gather data and draw up potential guidelines for consideration, modification and hopefully acceptance by attendees at the consensus meeting in July. You are knowledgeable and experienced in the field and could really contribute to making this a success. You are invited to join us at the consensus meeting at NIH in Bethesda, Maryland in July. We are soliciting contributions from industry and expect to be able to provide support for travel but can not make any promises at this time. Please indicate if you are willing to join us in July for this important conference. I have arranged for a block of hotel rooms at a discounted rate. I need to give them a final count for the number of people next Tuesday (CCS will have to guarantee the rooms so we can't just hold them indefinitely). Therefore I need a speedy reply about your willingness to participate-

PP 22627

uesday morning if possible. Also let me know if you are pretty sure you will but can't commit absolutely at this time. If you can not join s for the meeting but are willing to review proposed guidelines and provide written comments let me know.

faryalice Stetler-Stevenson
hief, Flow Cytometry Unit
P, NCI, NIH

PP 22628


**LabCorp**
Laboratory Corporation of America

## Conference Participants

### Conference Facilitator

Raul Braylan, M.D.
Director Hematopathology
University of Flordia School of Medicine

### LabCorp Center for Molecular Biology & Pathology

Myla Lai-Goldman, M.D.
Chief Science Officer, Chief Medical Officer
LabCorp

Margaret Johnson, M.D.
Hematopathologist

### Dianon Systems

Jay Amberson, M.D.                    Thom Kossi, JD
Medical Director                       General Counsel

Suha Mishalani, M.D.
Co-Director, Hematopathology

### Esoterix

Ron Thomason, M.D.                    Joe Papiez, M.D.
Medical Director                       Hematopathologist

Ron Lee, M.D.                          Wlodek Szczarkowski, M.D.
Hematopathologist                      Hematopathologist

Darrell Swank, M.D.                    Greg Stelzer, Ph.D.
Hematopathologist                      Chief Science Officer

Norman Purvis, Ph.D.                   Keith Shults
Director Analytical Systems            Director Advanced Cytometric Applications
Esoterix Center for Innovation         Esoterix Center for Innovation

Elizabeth Stone
Technical Manager
Esoterix Oncology

### US Labs

Bruce Davis, M.D.
Director Hematopathology

Sandra Kulcyzk
Supervisor Flow Cytometry


**LabCorp**
Laboratory Corporation of America

# Hematopathology Consensus Conference
# 5-Color Immunophenotyping
## Holiday Inn
## Brentwood, Tennessee

| Saturday October 29 | | |
|---|---|---|
| Dinner at Mere Bulles | Please meet in hotel lobby at 6:45 pm for transportation to the restaurant | 7:00 |

| Sunday October 30 | | |
|---|---|---|
| Continental Breakfast | | 8:30 |
| Introduction & Purpose | Myla Lai-Goldman, MD Greg Stelzer, Ph.D. | 9:00 |
| Meeting Overview | Raul Braylan, MD | 9:15 |
| Current Practice for Marrow Immunophenotyping | | |
| CMBP | Margaret Johnson, MD | 9:30 |
| Dianon | Suha Mishelani, MD | 10:00 |
| Esoterix | Joe Papiez, MD | 10:30 |
| US Labs | Bruce Davis, MD | 11:00 |
| Lunch | | 11:30 |
| Consensus Discussion- Antibodies in a Panel | Braylan & Group | 12:00 |
| Consensus- Critical Antibodies for Pairing | Braylan & Group | 12:30 |
| Summary of Consensus Panel | All | 1:30 |
| Technical Considerations (Instruments & Dyes) | Norman Purvis, PhD. | 2:00 |
| Implementation Plan | Stelzer | 3:00 |
| Adjourn Meeting | | 3:30 |


LabCorp
Laboratory Corporation of America

# Hematopathology Consensus Conference
# 5-Color Immunophenotyping
## Holiday Inn
## Brentwood, Tennessee

### Saturday October 29th

| | | |
|---|---|---|
| Dinner at Mere Bulles | Please meet in hotel lobby at 6:45 pm for transportation to the restaurant | 7:00 |

### Sunday October 30th

| | | |
|---|---|---|
| Continental Breakfast | | 8:30 |
| Introduction & Purpose | Myla Lai-Goldman, MD<br>Greg Stelzer, Ph.D. | 9:00 |
| Meeting Overview | Raul Braylan, MD | 9:15 |
| Current Practice for Marrow Immunophenotyping | | |
| CMBP | Margaret Johnson, MD | 9:30 |
| Dianon | Suha Mishelani, MD | 10:00 |
| Esoterix | Joe Papiez, MD | 10:30 |
| US Labs | Bruce Davis, MD | 11:00 |
| Lunch | | 11:30 |
| Consensus Discussion- Antibodies in a Panel | Braylan & Group | 12:00 |
| Consensus- Critical Antibodies for Pairing | Braylan & Group | 12:30 |
| Summary of Consensus Panel | All | 1:30 |
| Technical Considerations (Instruments & Dyes) | Norman Purvis, PhD.<br>Keith Shults | 2:00 |
| Implementation Plan | Stelzer | 3:00 |
| Adjourn Meeting | | 3:30 |

*DRAFT*                                                                    *DRAFT*

## Standardized 5-color immunophenotyping panel for blood and bone marrow evaluation in cases of suspected hematological malignancy

Currently, there is no standardized approach to immunophenotyping for hematopathology applications. Adoption of a common immunophenotyping approach across the company would increase efficiency, allow sharing of expertise, the ability to distribute volume in order to maximize coverage, and in general to provide a more standard level of service across the organization. Achievement of the goal of a standard 5-color immunophenotyping panel will require 1) Consensus on antibodies necessary in a standard panel 2) Consensus on antibody pairing combinations in the standard panel 3) Upgrading all company flow cytometers involved in hematopathology work to accommodate dual laser five color immunofluorescence analysis 4) training on how to analyze and manipulate 5-color immunophenotyping data.

**Antibody Selection-** In order to achieve agreement on antibodies and antibody pairing combinations, as described in 1 and 2 above, a working conference of key company hematopathologists was held. Prior to the conference, each laboratory site submitted a candidate panel of 5-color reagents that in their view were necessary in a core panel for the evaluation of a blood or bone marrow for the presence of leukemia or lymphoma. The individual antibodies in each candidate panel were tabulated, and the data is presented below.

### Antibody Use Consensus

| Marker | CMBP | Dianon | Esoterix | USL | Totals | % Consensus |
|--------|------|--------|----------|-----|--------|-------------|
| CD2 | 1 | 1 | 1 | 1 | 4 | 100% |
| CD3 | 1 | 1 | 1 | 1 | 4 | 100% |
| CD4 | 1 | 1 | 1 | 1 | 4 | 100% |
| CD5 | 1 | 1 | 1 | 1 | 4 | 100% |
| CD7 | 1 | 1 | 1 | 1 | 4 | 100% |
| CD8 | 1 | 1 | 1 | 1 | 4 | 100% |
| CD10 | 1 | 1 | 1 | 1 | 4 | 100% |
| CD13 | 1 | 1 | 1 | 1 | 4 | 100% |
| CD14 | 1 | 1 | 1 | 1 | 4 | 100% |
| CD19 | 1 | 1 | 1 | 1 | 4 | 100% |
| CD20 | 1 | 1 | 1 | 1 | 4 | 100% |
| CD23 | 1 | 1 | 1 | 1 | 4 | 100% |
| CD33 | 1 | 1 | 1 | 1 | 4 | 100% |
| CD34 | 1 | 1 | 1 | 1 | 4 | 100% |
| CD38 | 1 | 1 | 1 | 1 | 4 | 100% |
| CD45 | 1 | 1 | 1 | 1 | 4 | 100% |
| CD56 | 1 | 1 | 1 | 1 | 4 | 100% |
| CD117 | 1 | 1 | 1 | 1 | 4 | 100% |
| kappa | 1 | 1 | 1 | 1 | 4 | 100% |
| lambda | 1 | 1 | 1 | 1 | 4 | 100% |

*DRAFT*                                                                                   *DRAFT*

| | | | | | | |
|---|---|---|---|---|---|---|
| **HLA-DR** | 1 | 1 | 1 | 1 | 4 | 100% |
| **CD11b** | 1 | | 1 | 1 | 3 | 75% |
| **CD16** | | 1 | 1 | 1 | 3 | 75% |
| **CD64** | 1 | | 1 | 1 | 3 | 75% |
| **CD103** | | 1 | 1 | 1 | 3 | 75% |
| **FMC-7** | 1 | | 1 | 1 | 3 | 75% |
| CD?? | | | | 1 | 2 | 50% |
| CD15 | 1 | | 1 | 1 | 2 | 50% |
| CD25 | | 1 | 1 | 1 | 2 | 50% |
| CD?? | 1 | | 1 | 1 | 2 | 50% |
| staining marker | | 1 | 1 | 1 | 2 | 50% |

The data demonstrate that there are 26 specific markers that at least 75% (or greater) of the company hematopathologists agree are essential for use in any core panel for use in the diagnosis hematological malignancy.

**Antibody Pairing Decisions**- For antibody pairing decisions, the group took a "lineage by lineage" approach, with additional consideration of pairing combinations that also highlight maturation stage within each linage. CD45 was selected as the principal anchor gating marker for the panel. In order to provide the most effective and efficient evaluation of B cells, there is one tube in the panel that utilizes CD19 as an anchor reagent. The antibody combinations agreed to by the working group are listed below.

*DRAFT*                                                                 *DRAFT*

| TUBE No. | Purpose | Target Populations | Anchor | Ab2 | Ab3 | Ab4 | Ab5 |
|---|---|---|---|---|---|---|---|
| 1 | T-cell | Lymphoid | CD45 | CD3 | CD7 | CD56 | CD64 |
| 2 | T-cell | Lymphoid | CD45 | CD2 | CD4 | CD8 | CD57 |
| 3 | B-cell maturation | Lymphoid | CD45 | CD38 | CD103 | CD20 | CD10 |
| 4 | B-cell clonality | Lymphoid | CD45 | CD19 | CD5 | Kappa | Lambda |
| 5 | Myeloid maturation/blasts | Blasts and myeloid | CD45 | CD11b | HLA-DR | CD34 | CD117 |
| 6 | Myeloid maturation | Myeloid | CD45 | CD14 | CD33 | CD16 | CD13 |
| 7 | B cell maturation/CLL | B cells | CD19 | CD22 | CD5 | CD23 | FMC-7 |

Table title: Consensus Candidate Diagnostic Panel (blood and bone marrow)

In addition to the core panel, the group also identified 6 additional cocktails that could be standardized formulations for use in specific situations. These "add-on" cocktails are:

| Target Population | Anchor | Ab2 | Ab3 | Ab4 | Ab5 |
|---|---|---|---|---|---|
| Plasma cells | CD45 | CD38 | CD56 | c-Kappa | c-Lambda |
| Hairy cell | CD45 | CD20 | CD103 | CD11c | CD25 |
| AML-M6, M7 | CD45 | gly-A | CD71 | CD41 | CD62 |
| Blast lineage | CD45 | cMPO | TdT | cCD79a or cCD22 | cCD3 |
| T ALL | CD45 | CD1a | CD3 | γ/δ TCR | α/β TCR |
| MDS | CD45 | CD36 | CD11b | CD16 | CD15 |

Table title: Specialty Tubes for Standardization

**Pilot cocktail development**- The Esoterix Center for Innovation will identify specific antibodies and dye conjugations for production of the candidate panel for evaluation. A test lot of each individual antibody combination will be manufactured and distributed to sites for initial evaluation. An evaluation plan will be developed prior to distribution of the test cocktails.

**Flow cytometer configuration**- In order to move to a unified 5-color cocktail at all hematopathology sites, all sites must be running specimens on flow

*DRAFT*                                                      *DRAFT*

cytometers identically configured to perform optimal 5-color analysis. Instruments will be reconfigured one site at a time. Once a site has demonstrated proficiency with newly configured system, pilot antibody evaluations can proceed. The Esoterix Center for Innovation will be responsible for developing and implementing an instrument configuration and setup training program. At least one instrument per site will be configured for 5-color analysis in order to enable evaluation of the candidate 5-color panel.

**Training and analysis**- 5-color immunophenotyping data is immensely complex, with thousands of potential data displays possible. It is anticipated that the final panel configuration will require significant changes in the way data displays are presented to the hematopathologists for review and analysis, and that in order to minimize the complexity of this data compilation, some changes in current analysis software will be required at the various sites. As a result, there will be time required for implementation and training in order to effectively use the new analysis approach.

Cytometry (Communications in Clinical Cytometry) 46:23–27 (2001)

## Original Articles

# Optimal Number of Reagents Required To Evaluate Hematolymphoid Neoplasias: Results of an International Consensus Meeting

Raul C. Braylan,[1]* Alberto Orfao,[2] Michael J. Borowitz,[3] and Bruce H. Davis[4]

[1]Department of Pathology, University of Florida, Gainesville, Florida
[2]Cytometry Service and Centro de Investigaciones del Cancer, University Hospital of Salamanca, Salamanca, Spain
[3]Department of Pathology, Johns Hopkins Medical Institutions, Baltimore, Maryland
[4]Maine Medical Center Research Institute, South Portland, Maine

At the ISAC 2000 Congress, the Clinical Cytometry Society organized a meeting of international experts to reach consensus on the minimum number of antibodies required for a full evaluation of hematologic and lymphoid neoplasias. A questionnaire was distributed prior to the meeting to numerous experts from US and European institutions and 13 responses were received. At the meeting, 25 individuals, including most of those who returned responses, participated in the discussions and voted on the issues presented. In chronic lymphoproliferative disorders (CLD), 9 antibodies (anti-CD5, CD19, kappa, lambda, CD3, CD20, CD23, CD10, and CD45) were deemed essential for initial evaluation by 75% of the participants. There was near unanimity that additional markers (selected from CD22, FMC7, CD11c, CD103, CD38, CD25, CD79b and heavy chains for B-cell disorders, and CD4, CD7, CD8, CD2, CD56, CD16, TCRa/b, and TCRg/d for T-cell disorders) would be needed to fully characterize CLD, although not every marker would be useful in all cases. Tissue lymphomas were believed to be similar to CLD, needing a minimum of 12–16 markers. However, for some cases, CD30, bcl-2, TdT, CD71, CD1a, and CD34 were cited as useful by the participants. Markers mentioned for plasma cell disorders included kappa, lambda, CD38, CD45, CD56, CD19, CD20, CD138, and heavy chains. Of 17 voting participants, 16 agreed that between 5 to 6 markers would be essential reagents for plasma cell disorders. For acute leukemia (AL), 10 markers (CD10, CD19, CD13, CD33, CD34, CD45, CD7, CD14, CD3, and HLADR) were considered essential by 75% of participants for initial characterization of the leukemia lineage. Most (>75%) agreed that at least one more B (CD20, CD22, CD79a, IgM), T (CD1a, CD2, CD4, CD5, CD8), myeloid (CD11b, CD15, CD64, CD117, myeloperoxidase), erythroid (CD38, CD71, glycophorin A), and megakaryocytic (CD41, CD61) reagents should be included in the essential panel. However, there was no agreement as to which was optimal. Thus, approximately 13–15 of those reagents would be considered essential in all cases of AL, whereas others (CD16, CD56, CDw65, TdT, and cytoplasmic CD3) were mentioned as useful in some cases. Almost all voting participants believed that the appropriate number of markers for complete characterization of AL would average 20–24. The majority of the responders (11 of 13) indicated that fewer reagents could be used in monitoring or staging patients with previously characterized disease, but not all ventured a specific number of reagents. From the above results, we conclude that the phenotypic analysis of hematologic and lymphoid neoplasia requires a rather extensive panel of reagents. Supplementary reagents might even be necessary if they prove to become relevant to diagnostic purposes. Reducing the number of antibodies could significantly compromise the diagnostic accuracy, appropriate monitoring, or therapy of these disorders. Cytometry (Comm. Clin. Cytometry) 46:23–27, 2001.   © 2001 Wiley-Liss, Inc.

Key terms: immunophenotyping; leukemia; lymphoma; antibody panels; consensus

The flow cytometric analysis of leukemia, lymphoma, myeloma, and other related neoplastic conditions is a highly complex laboratory procedure that requires the use of a large number of reagents. Disparity exists among laboratories regarding the minimal number and type of antibodies needed, their specificity, or the selection of particular multicolor combinations for this purpose. Most surveys of practicing laboratories have suggested that a satisfactory analysis designed to diagnose, characterize, or

monitor hematolymphoid neoplasms requires a large number of antibodies (1–7). Except for efforts designed to standardize a research approach to acute leukemia (3), no

*Correspondence to: Raul C. Braylan, M.D., Box 100275, Department of Pathology, University of Florida College of Medicine, 1600 SW Archer Rd., Gainesville, FL 32610.
E-mail: Braylan@ufl.edu

Received 3 November 2000; Accepted 8 November 2000

© 2001 Wiley-Liss, Inc.

24                                                          BRAYLAN ET AL.

studies have directly addressed the question of the mini-
mum number of antibodies required for adequate analysis
by flow cytometry. Such information is important as a
guideline for diagnostic accuracy and harmonization of
disease classification. Furthermore, in some regions, it
could provide guidelines for appropriate reimbursement
or fiscal support to diagnostic laboratory services.

As part of the ISAC 2000 Congress, the Clinical Cytom-
etry Society (CCS) sponsored a meeting designed to bring
together recognized international experts in the area of
hematologic and lymphoid neoplasia phenotyping to de-
termine consensus on the optimal use of monoclonal
antibody reagents in the diagnosis and subclassification of
such diseases. Representation at this meeting included not
only the CCS, but also several European organizations
including the European Group on Immunologic Classifi-
cation of Leukemia (EGIL), the Biomed Working Group on
Minimal Residual Disease, and the Leukemia/Lymphoma
Task Force of the European Working Group on Clinical
Cell Analysis. In spite of the magnitude of the challenge,
broad consensus was reached on the minimum number
and specificity of reagents needed to adequately charac-
terize the most important hematologic and lymphoid neo-
plastic conditions.

### MATERIALS AND METHODS

Prior to the meeting, a questionnaire was distributed to
participants. They were asked to rank the usefulness of
various CD antigens and other leukocyte-associated mark-
ers in the initial diagnosis of a patient falling into various
disease categories including chronic lymphoproliferative
disorders (CLD), tissue lymphoma, plasma cell myeloma,
and acute leukemia (AL). Participants were asked to indi-
cate whether an antibody was essential for that diagnosis,
useful for some but not all cases of that diagnosis, or not
useful. Participants were also given the option of saying
they had no experience with the marker. Furthermore,
they were asked if the analysis of an initial diagnostic
sample would differ from that of a subsequent sample
submitted for disease monitoring or staging. It was recog-
nized that the structure of the questionnaire was not ideal.
Before selecting reagents, one often does not know to
which of these categories a particular sample belongs.
Also, the selection of antibodies might vary depending on
previous analysis, how they are combined in multiple
staining procedures, or on the concurrent clinical or mor-
phologic information. However, at least in the United
States, reimbursement is linked to particular diagnostic
categories, so that devising the consensus findings with
this format was believed to be useful.

The answers from 13 questionnaires were available be-
fore the meeting. The graphs in Figure 1 reflect these data.
With one exception, everyone who returned answers was
present at the meeting. In addition, the meeting included
experts who did not return the questionnaire but who
participated in the discussions and voted on the issues at
the time of the meeting. Optimal combinations of mark-
ers, preferred fluorochromes, or topics related to the
medical value of flow cytometry were not addressed due
to time limitations of the meeting.

### RESULTS
#### Chronic Lymphoproliferative Disorders

Based on the written answers (Fig. 1) and on the meet-
ing discussion, it became clear that although only 4 spe-
cific antibodies were agreed on as essential by every
participant, the majority (75%) of participants agreed on 9
antibodies as essential reagents for the evaluation of all
cases of suspected CLD. These included anti-CD5, CD19,
kappa, lambda, CD3, CD20, CD23, CD10, and CD45. In
addition, however, nearly all participants agreed that al-
though this generic panel was adequate for the initial
evaluation of a case of a suspected CLD, it was not ade-
quate for a complete characterization of the process once
an abnormal lymphoid population was found. Additional
markers that were deemed useful for B-cell diseases in-
cluded CD22, FMC7, CD11c, CD103, CD38, CD25,
CD79b, and heavy chains, although it was agreed that not
every marker was useful in every case. In order to assess
the total number of markers needed to completely char-
acterize a B-cell lymphoproliferative disorder, participants
were asked to estimate how many additional markers
would be needed on average. Of the 14 participants who
expressed a vote, 11 indicated that 3 to 6 additional
markers would be necessary depending on the specific
diagnosis. Thus, there was broad consensus that the min-
imum number of markers needed to fully characterize a
B-cell lymphoproliferative disorder was between 12 and
15. It was agreed that this number would also be sufficient
to detect (although not completely characterize) other
abnormal populations that might coexist with a B-cell
neoplasm.

Because the initial essential panel was heavily weighted
toward the more common B-cell tumors, it was also
agreed that if a case was determined to be a T-cell lym-
phoproliferative disorder, additional markers would be
needed. Useful additional markers mentioned included
CD4, CD7, CD8, CD2, CD56, CD16, TCR alpha/beta, and
TCR gamma/delta reagents. There was near unanimity that
on average, 7 markers would be needed in addition to the
9 considered essential, for a total of 16.

#### Tissue Lymphoma

Tissue lymphomas were recognized to be very similar
to CLD in terms of the basic type of analysis needed (Fig.
1). Discussion focused on whether any antibody deemed
necessary for CLD could be eliminated from consider-
ation, or whether additional markers specifically useful in
tissue samples should be recommended. It was agreed
that for some specific diagnoses, markers including CD30,
bcl-2, TdT, CD1a, CD34, and CD71 might prove useful,
although none was considered essential. Moreover, there
was no consensus on whether, on average, the total num-
ber of markers needed for characterization of a tissue
lymphoma would be greater than that for CLD. However, 8 of
14 participants believed that 2 to 3 more markers from
this list would be necessary. Because there was no agree-
ment, participants believed that the minimum number of
markers for full characterization of tissue lymphomas is
again in the range of 12–16, depending on the diagnosis.

REAGENTS IN HEMATOLYMPHOID NEOPLASIA

**Antibodies in CLD**





**Antibodies in Tissue Lymphoma**





**Antibodies in Plasma Cell Disorders**



**Antibodies in acute leukemia**



Fig. 1. Written answers from 13 participants who indicated, according to disease, the antibodies that were essential (black bars) or useful (white bars). Blanks indicate no answer or no experience with the marker. Only antibodies considered essential or useful by at least 7 of the 13 respondents are shown.

PP 22638

26                                              BRAYLAN ET AL.

## Plasma Cell Disorders

Markers mentioned as useful in the evaluation and characterization of plasma cells included cytoplasmic kappa and lambda immunoglobulin light chains, CD38, CD45, CD56, CD19, CD20, CD138, and cytoplasmic immunoglobulin heavy chains (IgH), (Fig. 1). Again, there was no consensus on each one of these. 16 of 17 participants at the meeting agreed that between five and eight markers were essential reagents. However, this minimal panel would not be considered adequate to ensure that other abnormal populations (particularly T-cell populations) were not present in the sample.

## Acute Leukemia

Of the 13 responses to the questionnaire, at least 10 indicated 10 reagents as essential in AL. These included CD10, CD19, CD13, CD33, CD34, CD45, CD7, CD14, CD3, and HLADR (Fig. 1). This opinion was validated at the meeting. Most participants agreed that a combination to include at least one more B, T, myeloid, erythroid, and megakaryocytic reagent should be part of the essential panel. These additional reagents could be selected from among the following, although there was no consensus as to which one was optimal: for B-cell lineage: CD20, CD22, CD79a, IgM; for T-cell lineage: CD1a, CD2, CD4, CD5, CD8; for myeloid lineage: CD11b, CD15, CD64, CD117, myeloperoxidase (MPO); for erythroid lineage: CD36, CD71, glycophorin A; for megakaryocytic lineage: CD41, CD61. Thus, approximately 13–15 reagents would be considered essential in the initial evaluation of AL. In contrast to CLD, it was not possible to specify this list. As with CLD, once lineage was established, more markers of that particular lineage would become part of the core workup. In addition to the above, other reagents were mentioned at the meeting as useful for some cases. These included CD14, CD16, CD56, CDw65, TdT, and cytoplasmic CD3. Achieving overall consensus on the appropriate average minimal panel was difficult because it depended so heavily on the particular lineage and on the complexity of the case. The majority (18 of 19) of voting participants believed that the appropriate number was in the range of 20–24 total markers.

## Monitoring Patients With Known Diagnoses

There was insufficient time to discuss the appropriate number of reagents for samples of patients with known diagnoses who are studied for the presence of residual or recurrent disease or who are undergoing staging procedures. The initial questionnaire posed this question and the majority of responders (11 of 13) believed that some reduction was possible. Although the magnitude of the reduction was not discussed at the meeting, the 5 responders to the questionnaire who suggested a reduction and ventured a number of reagents recommended antibody panels ranging from 3 to 8 antibodies (average 7) for CLD or lymphoma, 3 to 8 (average five) for myeloma, and from 3 to 12 (average 8) for AL. The ability to use a reduced number of reagents in evaluating disease relapse or staging was dependent on prior characterization of the

phenotypic profile of that patient's disease and knowing which antigens would be useful in subsequent evaluations.

## DISCUSSION

Because of its unique advantages, the flow cytometric immunophenotypic analysis of neoplasias of the bone marrow and lymphoid tissue has become a widely used laboratory procedure. In contrast to most clinical laboratory tests, however, this practice is highly complex and has not been completely standardized. Surveys of clinical laboratories (mainly from the United States) showed that on average, 16–19 reagents are utilized for lymphoma and leukemia analysis, but different laboratories may use as many as 45 or as few as 5 reagents for this purpose (2,4). It is obvious that some laboratories trim down the extent of the analysis, perhaps due to reimbursement policies, budgetary constraints, or other nonmedically based causes, even at the expense of reducing their ability to properly detect or characterize by immunophenotype these serious diseases.

A previous consensus meeting outlined broad principles to be used in assembling antibody panels for the analysis of hematolymphoid neoplasms. However, it stopped short of recommending a universal set or defined combination of reagents and did not specify a minimum number of reagents required (6,7). There are few objective data in the literature that specifically address the issue of the minimal number of antibodies required for this analysis. Our meeting was designed to survey the current practice of international experts to determine if general consensus on this question could be reached. Achieving overall consensus on essential or useful panels is predictably difficult. This is because the choice depends heavily on the particular strategies used for conducting the analysis, the individual preferences for reagents, the different needs of the laboratory, or the complexity of the case. Additionally, the experience among the participants varied with different reagents. For example, not all participants were familiar with using CD64 as a monocytic marker or using intracellular antigen detection in AL. Despite these shortcomings, the group reached broad consensus, supporting the notion that large panels of antibodies were important for adequate characterization of lymphoid neoplasms. Based on the responses to the questionnaire distributed prior to the meeting and the subsequent discussions, the value of large panels was seen to ensure that abnormal populations of any lineage could be identified in a sample, especially a newly diagnosed sample. Large panels also provided comprehensive characterization of any neoplastic population identified. The value of this latter function was not specifically discussed. For some diseases, such as CLD, there was good general consensus on the specific sets of antibodies to be used. For AL, there was consensus only on the principles that needed to be followed in a panel and there was less agreement on the specific reagents employed. As noted above, there is little in the literature that covers the clinical utility of any particular panel of antibodies in the characterization of hematolymphoid neoplasms. This consensus meeting can potentially provide a starting point for

outcome studies documenting the value of the approach shared by so many participants in the field.

The original questionnaire asked that antibodies be classified as either essential or useful for a particular disease. Some concerns were raised about the significance of specifying an essential antibody panel. It became apparent during the meeting that to accept the essential list as the minimal panel was not adequate. In many instances, following the application of a minimal panel, the analysis would necessitate additional testing to further characterize the process or define unexpected abnormalities. It should be emphasized that although the results presented comprise a core of essential panel plus supplementary markers for best characterization, no position was taken as to whether it is better to include all important markers at the outset or to study a sample in two or more stages.

For the diagnosis and classification of CLD, the group recommended 9 antibodies as essential but indicated that additional ones (for a total of 12–15 or 16, depending on whether the process is of B- or T-cell derivation) would be necessary to fully characterize the disorder. With minimal modifications, tissue-based lymphomas were recognized to be very similar to CLD in terms of the basic type of analysis needed for diagnosis and categorization. With regard to plasma cell disorders, the majority of the voting participants suggested that between 5 to 8 reagents were essential. However, it was recognized that this was a very "focused" approach for the evaluation of plasma cells and that such a relatively small panel would not be useful in the assessment of other cell lineages, allowing for the potential of missing other disease processes.

AL proved the most difficult topic to discuss. This was largely due to the fact that there is significant redundancy in leukemic cell reactivity of many antibodies. Also, participants supported the use of their own preferred reagents based on their experience. Although it is obvious that the size of the total panel used would vary with the complexity or the specific lineage of the case, virtually all voting participants agreed that 20–24 antibodies would be necessary for an adequate evaluation of AL at diagnosis. The majority of the responders also believed that some reduction in the number of the reagents recommended at the time of initial diagnosis is possible for monitoring disease following diagnosis or therapy, although the magnitude of the reduction would vary depending on the disease process.

In conclusion, the results of our international meeting support the notion that hematolymphoid neoplasias and related conditions are complex disorders that require a rather large array of antibodies for their complete immunophenotypic characterization. Additional reagents might even be needed as new diagnostic applications prove to be useful (8). Alternative approaches that utilize reduced panels could significantly jeopardize our ability to diagnose, accurately subclassify, or adequately monitor and treat these serious diseases.

## ACKNOWLEDGMENTS

We express our sincere appreciation to the following participants who greatly contributed to the success of this meeting:

From the United States: Charles Caldwell, University of Missouri, Columbia, MO; Michelle Y. Clark-Stuart, US FDA, Center for Devices and Radiological Health, Rockville, MD; Charles Goolsby, Northwestern University, Chicago, IL; Jeannine Holden, Emory University, Atlanta, GA; Michael Loken, Hematologica, Seattle, WA; David Miller, Cytometry Associates-Esoterix, Inc., Brentwood, TN; Marilyn Owens, Impath, Inc., New York, NY; Maryalice Stetler-Stevenson, National Cancer Institute, Bethesda, MD; Carleton Stewart, Roswell Park Cancer Institute, Buffalo, NY.

From Europe: Maria Arroz, Hospital Egas, Lisbon, Portugal; Giuseppe Basso, University of Turin, Turin, Italy; Marie Christine Béné, Faculte de Medecine de Nancy, Nancy, France; Gianluigi Castoldi, University of Ferrara, Ferrara, Italy; H. Choremi, Laikon General Hospital, University of Athens, Athens, Greece; Jan W. Gratama, University Hospital Rotterdam, Rotterdam, The Netherlands; J. Kraan, University Hospital, Rotterdam, The Netherlands; Annalisa Kunkl, San Martino Hospital, University of Genoa, Genoa, Italy; Francis Lacombe, University of Bordeaux, Bordeaux, France; Francesco Lanza, University of Ferrara, Ferrara, Italy; Rodica Lenkei, St. Gorans Hospital, Stockholm, Sweden; G. del Poeta, University of Roma, Rome, Italy; Gregor Rothe, Institute for Clinical Chemistry and Laboratory Medicine, Regensburg, Germany.

We also acknowledge the following companies for their generous financial support: Beckman-Coulter, Becton Dickinson Biosciences, Caltag Laboratories, Cytometry Associates-Esoterix, Inc., Impath, Inc., Mayo Medical Laboratory, Spherotech, Inc., and Streck Laboratories, Inc.

## LITERATURE CITED

1. van't Veer MB, Gestama JW. Quality assessment for immunophenotyping of leukemias and lymphomas: the Dutch experience. The SIHON Study Group. Leuk Lymphoma 1994;13 (Suppl 1):77–79.
2. Hurtzt J, Parker J. Laboratory practices in reporting flow cytometry phenotyping results for leukemia/lymphoma specimens: results of a survey. Cytometry 1995;22:264–281.
3. Bene MC, Castoldi G, Knapp W, Ludwig WD, Matutes E, Orfao A, van't Veer MB. Proposals for the immunological classification of acute leukemias. European Group for the Immunological Characterization of Leukemias (EGIL). Leukemia 1995;9:1783–1786.
4. McCoy JP Jr, Overton WR. A survey of current practices in clinical flow cytometry. Am J Clin Pathol 1996;106:82–86.
5. Rothe G, Schmitz G. Consensus protocol for the flow cytometric immunophenotyping of hematopoietic malignancies. Working Group on Flow Cytometry and Image Analysis. Leukemia 1996;10:877–895.
6. Stewart CC, Behm FG, Carey JL, Cornbleet J, Duque RE, Hudnall SD, Hurtubise PE, Loken M, Tubbs RR, Wormsley S. U.S.-Canadian consensus recommendations on the immunophenotypic analysis of hematologic neoplasia by flow cytometry: selection of antibody combinations. Cytometry 1997;30:231–235.
7. Davis BH, Foucar K, Szczarkowski W, Ball E, Witzig T, Foon KA, Wells D, Kotylo P, Johnson R, Hanson C, Bessman D. US-Canadian consensus recommendations on the immunophenotypic analysis of hematologic neoplasia by flow cytometry: Medical indications. Cytometry 1997;30:249–263.
8. Orfao A, Schmitz G, Brando B, Ruiz-Arguelles A, Basso G, Braylan R, Rothe G, Lacombe F, Lanza F, Papa S, Lucio P, San Miguel JF. Clinically useful information provided by the flow cytometric immunophenotyping of hematological malignancies: current status and future directions. Clin Chem 1999;45:1708–1717.

PP 22640

**From:** "Stelzer, Greg" <greg.stelzer@esoterix.com>
**To:** "Raul Braylan (E-mail)" <braylan@ufl.edu>, "Bruce Davis (E-mail 2)" <Bdavis@USLABS.net>, "Bruce Davis (E-mail)" <davisb@mail.mmc.org>, "Bryan McCune (E-mail)" <Bryan_McCune@labcorp.com>, "James Thompson (E-mail)" <jthompson@uslabs.net>, "Jay Amberson (E-mail)" <amberj@dianon.com>, "Lee, Ron M.D." <Ron.Lee@Esoterix.com>, "Margaret Johnson (E-mail)" <Johnsom@labcorp.com>, "Myla Lai-Goldman (E-mail)" <goldmam@labcorp.com>, "Suha Mishelani (E-mail)" <mishals@labcorp.com>, "Thom Kossl (E-mail)" <kosslt@labcorp.com>, "Thomason, Ron M.D." <Ron.Thomason@Esoterix.com>
**Date:** 10/27/2005 2:06 PM
**Subject:** Hemepath 5-Color Conference Agenda
**CC:** LabCorp email KingD <kingd3@labcorp.com>, LabCorp email WaltonS <WaltonS@LabCorp.com>, "Ben Miller (E-mail)" <milleb1@labcorp.com>


Ladies and Gentlemen

Please find attached below the agenda for this weekend's conference on 5-color immunophenotyping. The meeting is being held on Sunday at the Holiday Inn in Brentwood. There will be an informal dinner on Saturday evening, for those wishing to attend (meet in the hotel lobby at 6:45 pm on Saturday evening for transportation to dinner).

As you are all aware, the purpose of the meeting is to derive a consensus panel of 5-color immunophenotyping reagents to be used in the initial evaluation of bone marrow and blood for the presence of hematopoietic malignancy.

The meeting will start with a brief presentation by each laboratory group for the purpose of informing our colleagues of current practices in each different operation...this presentation should cover the basics of

- o instrumentation
- o methodology
- o analysis approach
- o analysis software
- o reporting of results

If you will not have a laptop for making your presentation, please make sure to email it to me tomorrow or bring it on a CD.


Following these presentations, we will turn our attention to the task of defining which markers are essential to compromise a strong 5-color panel. In order to accomplish this, we will utilize the consensus conference approach adopted by Drs. Braylan and Davis for the International Society of Analytical Cytology, the final results of which are attached below. All groups have submitted candidate panels for consideration, and all the markers are being tabulated in an effort to ascertain which achieve consensus status based on the recommendations of the group. Based on the data that will be presented, I think this will be pretty straightforward.

PP 22641

Once we have established what markers are consensus and should be included in a panel, we will turn our attention to the more ticklish topic of which markers should be paired together and why. If you or your colleagues have strong opinions with regard for the need to see certain antibodies paired together, please come armed with data to demonstrate the importance of the staining patterns, and their use in developing a diagnosis.....data can take the form of either histogram printouts, PowerPoint slides with embedded histograms, or actual raw list mode files (in my view, this is preferable)..we will have the ability to analyze list mode data at the meeting to enable live demonstration of the utility of your favorite combinations...once again, either email ahead of time, or bring files on CD.

We will finish the meeting with a discussion of the technical aspects of implementing a 5-color immunophenotyping approach, including the attributes of the various fluoresent dyes available for use, and the compromises and trade-offs which are related to each of them. We will also discuss instrumentation and data analysis concerns. The final take-away from the meeting will be a proposed panel for pilot development, as well as a plan for its evaluation.

Thank you all for taking valuable weekend time away from your families to participate in this important discussion. I look forward to seeing everyone this weekend...please travel safely.

Greg

<<Hematopathology Concensus Conference Agenda-v1a.doc>> <<Consensus article.pdf>> <<Hematopathology Concensus Conference Participants.doc>>

PP 22642

**From:**   "Stelzer, Greg" <greg.stelzer@esoterix.com>
**To:**     "Bruce Davis (E-mail 2)" <Bdavis@USLABS.net>, "Bruce Davis (E-mail)" <davisb@mail.mmc.org>,
            "Bryan McCune (E-mail)" <Bryan_McCune@labcorp.com>, "James Thompson (E-mail)"
            <jthompson@uslabs.net>, "Jay Amberson (E-mail)" <amberj@dianon.com>, "Lee, Ron M.D."
            <Ron.Lee@Esoterix.com>, "Margaret Johnson (E-mail)" <Johnsom@labcorp.com>, "Myla Lai-Goldman
            (E-mail)" <goldmam@labcorp.com>, "Papiez , Joe, M.D." <Joe.Papiez@Esoterix.com>, "Raul Braylan
            (E-mail)" <braylan@ufl.edu>, "Suha Mishalani (E-mail)" <mishals@labcorp.com>, "Swank, Darrell
            MD" <Darrell.Swank@Esoterix.com>, "Szczarkowski, Wlodek, M.D."
            <Wlodek.Szczarkowski@esoterix.com>, "Thom Kossl (E-mail)" <kosslt@labcorp.com>, "Thomason,
            Ron M.D." <Ron.Thomason@Esoterix.com>
**Date:**   11/11/2005 1:13 PM
**Subject:** Summary of Hemepath Consensus Conference
**CC:**     LabCorp email KingD <kingd3@labcorp.com>, "Ben Miller (E-mail)" <milleb1@labcorp.com>,
            LabCorp email WaltonS <WaltonS@LabCorp.com>

All

Attached is the summary of our recent meeting in Brentwood. We are in the process of examining
fluorochrome and antibody combinations, and as soon as we have some candidate combinations we will
get the group some data for evaluation.

Greg

<<Conference Report- Standardized 5-Color Cocktail Planv2.doc>>

PP 22643

5 Color Panel Proposals

**From:**   "Stelzer, Greg" <greg.stelzer@esoterix.com>
**To:**   "Bruce Davis (E-mail 2)" <Bdavis@USLABS.net>, "Bruce Davis (E-mail)" <davisb@mail.mmc.org>,
"James Thompson (E-mail)" <jthompson@uslabs.net>, "Jay Amberson (E-mail)"
<amberj@dianon.com>, "Margaret Johnson (E-mail)" <Johnsom@labcorp.com>, "Myla Lai-Goldman
(E-mail)" <goldmam@labcorp.com>, "Suha Mishelani (E-mail)" <mishals@labcorp.com>, "Thom Kossl
(E-mail)" <kosslt@labcorp.com>, "Thomason, Ron M.D." <Ron.Thomason@Esoterix.com>
**Date:**   10/19/2005 11:57 AM
**Subject:**   5 Color Panel Proposals
**CC:**   LabCorp email KingD <kingd3@labcorp.com>, LabCorp email WaltonS <WaltonS@LabCorp.com>,
"Ben Miller (E-mail)" <milleb1@labcorp.com>, "Raul Braylan (E-mail)" <braylan@ufl.edu>

Ladies and Gentlemen

In preparation for the upcoming consensus conference in Brentwood next weekend, Dr. Braylan asked
that each operational site send a proposal for what should be considered as a candidate 5-color panel of
markers for use in the initial analysis of a bone marrow for hematologic malignancy....please just concern
yourselves with the markers, and don't worry about what dyes they are conjugated with...also, each
combination should list your rational for putting those markers together....these proposed panels will be
the starting point of discussion at the conference. Bruce Davis has provided the attached as an example.

Also, please be prepared to give a brief (15-30 min) overview of the current practice for bone marrow
analysis at your facility, to include analysis philosophy (algorithm approach, or comprehensive up-front
analysis), instrumentation, analysis software, and analytical approach....I believe this will give everyone a
good overview of how things are done elsewhere, currently.

Please submit your candidate panels by next Tuesday, Oct. 25th. I will be sending out a final agenda for
the meeting next week.

Thanks everyone ahead of time for your cooperation.

Greg

. <<Five Color Flow Panel USL.xls>>

PP 22644

Existing Flow Templates - Analyst
algorithms
are not based on pruned histogram, do list mode, live analysis

PP 22645