# EXHIBIT 12

## Molot, Richard (USACT)

**From:** Piermattei, William F. [WFPiermattei@Venable.com]
**Sent:** Monday, April 16, 2007 8:06 AM
**To:** Molot, Richard (USACT)
**Cc:** Salcido, Robert; Parker, Bruce R.
**Subject:** RE: Document production

Rick,

First, could you please explain the relevance of documents regarding a meeting held in November 2005 to this case (1996-2003)? Second, could you identify those documents you believe are in the custody and control of Dianon that we have not produced?

> -----Original Message-----
> **From:** Molot, Richard (USACT) [mailto:Richard.Molot2@usdoj.gov]
> **Sent:** Friday, April 06, 2007 3:39 PM
> **To:** Piermattei, William F.
> **Cc:** Davis, Pat (CIV)
> **Subject:** RE: Medicare documents produced to Jim ONeill
>
> Thanks Bill. If you could send a duplicate of the cd to Pat as well, that would help expedite our review.
>
> Also, I know we briefly spoke a few weeks ago about our outstanding request for production of documents related to the Hemepath Consensus Conference. As we've mentioned in the past, including in Pat's Nov. 8, 2006 letter to Robert, our request called for the production of notes and presentation materials, but none of that has been produced (it is clear from some of the emails you did produce that each laboratory group made presentations at the meeting). Also, several of the emails indicated that they contained attachments, which were not produced. Please let me know if you intend to make a complete production of documents/notes/presentation materials related to the Hemepath Consensus Conference.
>
> Thanks.
>
> Rick

> **From:** Piermattei, William F. [mailto:WFPiermattei@Venable.com]
> **Sent:** Friday, April 06, 2007 2:54 PM
> **To:** Molot, Richard (USACT)
> **Subject:** RE: Medicare documents produced to Jim ONeill
>
> I am sending out a cd with all documents with the FOIA contact info today. Bill
>
> > -----Original Message-----
> > **From:** Molot, Richard (USACT) [mailto:Richard.Molot2@usdoj.gov]
> > **Sent:** Thursday, March 29, 2007 2:50 PM
> > **To:** Piermattei, William F.
> > **Subject:** RE: Medicare documents produced to Jim ONeill
> >
> > Bill,
> >
> > As we discussed today, please send me a set of the documents and we will likely be able to stipulate. Also, so I have it for my file, could you please send me the name/phone number/reference number of the person at WPS that O'Neill received the documents from. Thanks.

Rick

---

**From:** Piermattei, William F. [mailto:WFPiermattei@Venable.com]
**Sent:** Wednesday, March 28, 2007 11:11 AM
**To:** Molot, Richard (USACT)
**Cc:** robert salcid o; Parker, Bruce R.
**Subject:** Medicare documents produced to Jim ONeill

<<Wisconsin Physician Services Document Production.pdf>>
Rick,

Attached is our proposal that, in lieu of producing the documents CMS/Wisconsin Physician Services produced to Jim O'Neill, you stipulate to their authenticity and treat them as if they were produced to Dianon directly. Please let me know as soon as possible whether you will accept this proposal as our briefs for discovery sanctions are due April 20th. Thanks, Bill

William Piermattei
Venable, LLP
2 Hopkins Plaza, Suite 1800
Baltimore, Maryland 21201
410-244-7473

---

```
PRIVILEGED AND CONFIDENTIAL COMMUNICATION

The information contained in this communication is privileged and confidential,
and is intended only for the use of the individual or entity named above and
others who have been specifically authorized to receive it.  If the reader of
this message is not the intended recipient, you are hereby notified that any
dissemination, distribution or copying of this communication is strictly
prohibited.  If you have received this communication in error, or if any
problems occur with transmission, please notify the sender immediately.


****************************************************************************
U.S. Treasury Circular 230 Notice: Any tax advice contained in this communicatio
****************************************************************************
****************************************************************************
This electronic mail transmission may contain confidential or privileged informa
****************************************************************************


***************************************************************************
U.S. Treasury Circular 230 Notice: Any tax advice contained in this communication
(including any attachments) was not intended or written to be used,
and cannot be used, for the purpose of (a) avoiding penalties that may be imposed und
Code or by any other applicable tax authority; or (b) promoting, marketing or
recommending to another party any tax-related matter addressed herein. We provide thi
disclosure on all outbound e-mails to assure compliance with new standards of
professional practice, pursuant to which certain tax advice must satisfy requirements
form and substance.
***************************************************************************
***************************************************************************
This electronic mail transmission may contain confidential or privileged information.
you believe you have received this message in error, please notify the sender by repl
transmission and delete the message without copying or disclosing it.
***************************************************************************
```

*******************************************************************
U.S. Treasury Circular 230 Notice: Any tax advice contained in this communication (including any attachments) was not intended or written to be used,
and cannot be used, for the purpose of (a) avoiding penalties that may be imposed under th Code or by any other applicable tax authority; or (b) promoting, marketing or recommending to another party any tax-related matter addressed herein. We provide this disclosure on all outbound e-mails to assure compliance with new standards of professional practice, pursuant to which certain tax advice must satisfy requirements as t form and substance.
*******************************************************************
*******************************************************************
This electronic mail transmission may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.
*******************************************************************