UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>ex rel. DR. JAMES J. TIESINGA, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | No. 3:02 CV 1573(MRK) |
| DIANON SYSTEMS, INC., | ) ) ) ) | April 30, 2007 |
| Defendant. | ) | |

## JOINT REQUEST FOR REFERRAL FOR SETTLEMENT CONFERENCE

Plaintiff, United States of America, and defendant, Dianon Systems, Inc., respectfully request that the Court refer this matter for a settlement conference before Magistrate Judge William I. Garfinkel.

Respectfully submitted,

**ON BEHALF OF THE UNITED STATES**

PETER D. KEISLER
Assistant Attorney General

KEVIN J. O'CONNOR
United States Attorney

_____
RICHARD M. MOLOT
Assistant United States Attorney
Federal Bar No. CT21676
157 Church Street
New Haven, Connecticut 06510
Richard.Molot2@usdoj.gov
(203) 821-3700

JOYCE R. BRANDA
PATRICIA R. DAVIS
JENNIFER CHORPENING
Attorneys, Civil Division
Commercial Litigation Branch
Post Office Box 261, Ben Franklin Station

Washington, D.C. 20044
Telephone: (202) 307-0240
Facsimile: (202) 305-7797

Attorneys for the United States

**ON BEHALF OF DIANON SYSTEMS, INC.**

_/s/ Robert Salcido_
ROBERT SALCIDO, ESQ.
Fed. Bar No. 447951
Akin Gump Strauss Hauer & Feld, LLP
Robert Strauss Building
1333 New Hampshire Ave, NW
Washington, D.C. 20036
(202) 887-4095


BRUCE R. PARKER, ESQ.
WILLIAM PIERMATTEI, ESQ.
Venable LLP
1800 Mercantile and & Trust Bldg.
2 Hopkins Plaza
Baltimore, Maryland 21201
(410) 244-7400

Attorneys for Dianon Systems, Inc.

CERTIFICATION OF SERVICE

I hereby certify that on this 30th day of April 2007, a true and correct copy of the Joint Request for Referral for Settlement Conference was served by first-class mail and electronic mail on:

>Robert Salcido, Esq.
>Akin, Gump, Strauss, Hauer & Feld, LLP
>1333 New Hampshire Avenue, N.W.
>Washington, D.C. 20036

>Bruce Parker, Esq.
>William Piermattei, Esq.
>Venable LLP
>1800 Mercantile Bank & Trust Bldg.
>2 Hopkins Plaza
>Baltimore, Maryland 21201

>Bryan T. Carmody, Esq.
>Maya & Associates, P.C.
>266 Post Road East
>Westport, CT 06880

_____
Richard M. Molot
Assistant U.S. Attorney