UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| ex rel. DR. JAMES J. TIESINGA, : | |
| : | No. 3:02CV1573 (MRK) |
| Plaintiffs, : | |
| : | |
| v. : | |
| : | |
| DIANON SYSTEMS, INC. and : | |
| ETHEL JANEGA : | |
| : | |
| Defendants. : | |

**ORDER OF REFERRAL TO MAGISTRATE JUDGE**

This case is referred to Magistrate Judge William I. Garfinkel for the following purposes:

\_\_\_    All purposes except trial, unless the parties consent to trial before the magistrate judge

\_\_\_    A ruling on all pretrial motions except dispositive motions

\_\_\_    To supervise discovery and resolve discovery disputes

\_\_\_    A ruling on the following motions which are currently pending: Doc. #[\_\_]
_____

  X    A settlement conference. **The pursuit of settlement negotiations, and a referral to a magistrate judge for purposes of a settlement conference, does not relieve the parties of their obligation to adhere to scheduling deadlines absent a court order to that effect.**

\_\_\_    A conference to discuss the following: _____

\_\_\_\_    Other: _____

SO ORDERED this 1st day of May, 2007 at New Haven, Connecticut.


                                     /s/        Mark R. Kravitz
                                         United States District Judge