<u>United States *ex rel.* Dr. James J. Tiesinga v. Dianon Systems, Inc.</u>, No. 3:02CV1573 (MRK)

Exhibits referenced in United States' Opposition to Defendant's Motion
In Limine Regarding Discovery Violations

## GOVERNMENT'S EXHIBIT LIST

1. "Mayo triage" document with Government's bates # CMS013624-25.

2. Deposition of Serena Selzer.

3. Form 26(f) Report of Parties' Planning Meeting.

4. United States' Rule 26(a)(1) Initial Disclosures.

5. Defendant Dianon Systems' First Set of Interrogatories and Request for Production of Documents to Plaintiff United States.

6. Joint Motion to Amend the Scheduling Order.

7. Plaintiff United States of America's Objections and Responses to Defendant Dianon Systems' First Set of Interrogatories and Request for Production of Documents.

8. March 22, 2006 letter from Attorney Robert Salcido.

9. April 18, 2006 letter from AUSA Richard Molot.

10. May 9, 2006 letter from Attorney Robert Salcido.

11. May 15, 2006 letter from AUSA Richard Molot.

12. May 26, 2006 letter from AUSA Richard Molot.

13. Dianon's Supplemental Interrogatories, Requests for Admission and Request for Production of Documents.

14. Plaintiff United States of America's Objections and Responses to Dianon's Supplemental Interrogatories, Requests for Admission and Request for Production of Documents.

15. July 21, 2006 email from Attorney Robert Salcido re questions for Government's data consultant.

16. July 26, 2006 email from Attorney Robert Salcido re more questions for Government's data consultant.

17. September 1, 2006 letter from AUSA Richard Molot.

18. Declaration of Dianon's data consultant, Constantijn Panis, regarding the 5% data.

19. Dianon's Second Supplemental Discovery Requests.

20. July 31, 2006 letter from AUSA Richard Molot re Government's response to supplemental discovery requests and supplying more claims data and information regarding the 5% database.

21. August 4, 2006 discovery request email from Dianon.

22. September 22, 2006 letter from AUSA Richard Molot responding to Aug. 4, 2006 discovery request.

23. Deposition of Marie Casey.

24. Deposition of Jennifer Collins.

25. September 12, 2006 letter from DOJ Attorney Patricia Davis.

26. FOIA requests re flow cytometry from James T. O'Neill.

27. Carrier audit document.

28. Carrier email, May 29, 2003.

29. Additional carrier email, May 29, 2003.

30. May 1, 2003 letter.

31. Draft Contractor Policy.

32. April 19, 2007 email from AUSA Richard Molot.

33. WPS internal email examples.

34. PATH-016 final and draft policies produced under FOIA to Mr. O'Neill.

35. PATH-016 final and draft policies produced to Dianon.

36. Deposition of James Menas.

37. Declaration of Georgina Aguilar.

38. Examples of carrier documents produced from 1995 and 1996.

39. CMS Administrative/Management records retention policy.

40. CMS email retention policy.

41. Examples of CMS emails and faxes produced from 1998.

42. Examples of CMS emails produced from 2002 and 2003.

43. Deposition of Dr. Steve Phurrough.

44. Declaration of James P. Menas.

45. Email from Dr. Niles Rosen, 3/13/03.

46. Examples of emails produced from Dr. Maryalice Stetler-Stevenson.

47. Deposition of Dr. Maryalice Stetler-Stevenson.

48. Examples of STARS data produced to Dianon.