# Exhibit 1

TXT00001.TXT

Gary,

I was good talking to you this morning. Dr. Check's E-mail about WPS's roleout of a new LMRP for flow really took me by surprise. It looks as if they ignored both comment by the flow community and the approach taken by other providers (e.g. Georgia; California; Tennesse), and implemented what they origianlly proposed last spring (including all of the typos).

I'm really disappointed if this is indeed the response. I've attached both the summary cover letter I sent you and Sam Silver last May and the revisions I proposed at that time. Basically, I feld that 22 markers was a fair opening negotiating position for all panels, that the ICD9 diagnostic codes needed to be expanded (they're still short), the "mayo" triage scheme of doing screening flow is not a standard of practice nor efficient in most setting (hence should not be utilized) and that issues of Minimal residual disease had not been included in the indications for flow.

Please share this with the folks at WPS that you know and let me know what you find.

Sincerely, John Carey

cc: D. Keren

CONFIDENTIALITY NOTICE: This email contains information from the sender that may be CONFIDENTIAL, LEGALLY PRIVILEGED, PROPRIETARY or otherwise protected from disclosure. This email is intended for use only by the
person or entity to whom it is addressed. If you are not the intended recipient, any use, disclosure, copying, distribution, printing, or any action taken in reliance on the contents of this email, is strictly prohibited. If you received this email in error, please contact the sending party by replying in an email to the sender, delete the email from your computer system and shred any paper copies of the email you printed.

Note to Patients: There are a number of risks you should consider before using e-mail to communicate with us. These risks are described in our Privacy Policy at http://henryford.com. Review that policy carefully before continuing to communicate with us by e-mail. For greater Internet security, our policy describes the Henry Ford MyHealth electronic communication process - you may register at http://henryford.com. If you do not believe that our policy gives you the privacy and security protection you need, do not send e-mail or Internet communications to us.

CMS013624

TXT00170.TXT

Pete:

See Imad's comments on Flow. I will forward others as I receive them.

James M. McKay
Healthcare Business Consultants, Inc.
2000 Spring Road, Suite 200
Oak Brook, Illinois  60523
(630) 472-8800 - Main
(630) 472-9502 - Fax
www.hbcmd.com
—— Original Message ——
From: "Imad Almanaseer-MD" <Imad.Almanaseer-MD@advocatehealth.com>
To: "Jim McKay" <jmckay@hbcmd.com>
Sent: Monday, March 24, 2003 3:10 PM
Subject: Flow Cytometry

> Jim,
>
> I reviewed the document you gave me.  We frequently perform more than
> 12 antibodies in the workup of acute leukemias and rarely perform more
> than 12 antibodies in cases of lymphoma.  They should allows to bill at
> least 18 antibodies for acute leukemias.
>
> Also, we are increasingly using flow cytometry in the workup of
> myelodysplastic syndromes which are pre-leukemic conditions.  We should
> be allowed to be billed for these services.
>
> Imad Almanaseer, M.D.
> Chairman, Department of Pathology
> Lutheran General Hospital
> Ph: 847-723-6268  Fax: 847-723-7540
>
>

Page 1

CMS013625