# Exhibit 2

```
 1              UNITED STATES DISTRICT COURT
                  DISTRICT OF CONNECTICUT
 2
         - - - - - - - - - - - X
 3       UNITED STATES OF AMERICA,,    |
         ex rel. Dr. James J. Tiesinga,|
 4              Plaintiffs,             |    No. 3:02CV1573(MRK)
                                        |
 5              v.                      |
                                        |
 6       DIANON SYSTEMS, INC.,          |
                Defendant.              |    July 25, 2006
 7       - - - - - - - - - - - X

 8

 9

10

11         VIDEOTAPE DEPOSITION OF SERENA SELZER

12

13       Taken before Kristine A. Paradis, LSR 338, a
         Court Reporter and Notary Public within and for
14       the State of Connecticut, pursuant to Notice
         and the Federal Rules of Civil Procedure, at
15       the offices of First Coast Service Options,
         Inc., 321 Research Parkway, Meriden,
16       Connecticut, on July 25, 2006, commencing at
         9:30 a.m.
17

18

19

20

21

22

23
                    FALZARANO COURT REPORTERS
24                    117 North Saddle Ridge
                  West Simsbury, Connecticut 06092
25                        860.651.0258
```

```
 1        A    Yes, I am.
 2             MR. SALCIDO:  And with respect to the
 3        records, let me introduce as Exhibit 1 the
 4        Notice of Deposition.
 5
 6             (Defendant's Exhibit 1:
 7             Marked for Identification.)
 8
 9   BY MR. SALCIDO:
10        Q    Could you review Exhibit 1, Ms. Selzer.
11   And probably particularly item 4 and 5, pages 5 and
12   6.
13        A    Okay.
14        Q    Now, with respect to items 4 and 5, what
15   efforts have you undertaken in order to provide
16   responsive documents to Defendants?
17        A    We did an exhaustive search of all files
18   that are housed on-site, medical review files,
19   medical policy files, files contained in the office
20   of the medical director, and personal files kept by
21   those employees that did or could have potentially
22   been involved in any exchange of information with
23   Dianon.
24             We did an exhaustive search of all e-mails
25   of those individuals, same individuals that were or
```

1  could have been potentially involved with Dianon.
2  We performed an IT universal search of all public
3  folders kept on our mainframe, more specifically,
4  the H drives, the J drives, and the P drives.  And
5  we did a search of all logs that document those --
6  documents that are housed in off-site storage at
7  Iron Mountain.  We keep logs.  We reviewed the logs.
8         And we reviewed all what they call archive
9  databases, which is when information gets too
10 voluminous, they archive certain databases, and we
11 searched those as well.
12      Q    Okay.  In terms of the -- the search of
13 the files on site, who performed that?
14      A    Michel Butler in Connecticut.  Are you
15 asking for every single person who searched their
16 files or just the contact that I used?
17      Q    Well, let's start with the contact you
18 used.
19      A    Michel Butler.
20      Q    And did Michel Butler search for the files
21 on site?
22      A    She searched the universal files and then
23 she also searched her own personal files.  And then
24 they independently identified other people that
25 could potentially have information, and they

1  it's sort of an informal memo to go ahead and get
2  started in looking for the documents.
3       Q    And did you do that in this case?
4       A    I did.
5       Q    And is there any kind of CMS memo or
6  directive about retaining documents for the
7  carriers?
8       A    Yes.  We are -- all carriers and
9  intermediaries are under a do not destroy.  It's
10 from a JSM, a joint signature memorandum.
11      Q    And what does that mean?
12      A    That means you can't destroy any documents
13 for any reason.
14           MR. MOLOT:  That's all I have.  Thank
15      you.
16           THE WITNESS:  Okay.
17           MR. SALCIDO:  I had a few follow-up.
18
19              REDIRECT EXAMINATION
20
21 BY MR. SALCIDO:
22      Q    Where is the United Healthcare documents
23 maintained?
24      A    In Iron Mountain storage.
25      Q    And how long are they retained for?