# Exhibit 4

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ex rel. DR. JAMES J. TIESINGA, ) <br> ) <br>     Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DIANON SYSTEMS, INC., ) <br> ) <br>     Defendant. ) | No. 3:02 CV 1573(MRK) <br><br> June 1, 2005 |

**THE UNITED STATES' RULE 26(a)(1) INITIAL DISCLOSURES**

The United States hereby provides defendant with its initial disclosure pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure. This initial disclosure is based on information presently available to the undersigned counsel for the United States. The United States reserves the right to modify these disclosures as discovery proceeds, as required by the Federal Rules of Civil Procedure.

The United States objects to the disclosure of any document or information that is covered by the attorney-client privilege, the attorney work product doctrine, the investigative files privilege, the deliberative process privilege, or any other government privileges that may apply. The United States also objects to the disclosure of any document or information that is covered by the Privacy Act, 5 U.S.C. § 552a, or is confidential or otherwise exempted form disclosure by any other statute or regulation.

This initial disclosure is not intended to disclose the identity of expert witnesses, if any, that the United States may use in this case, nor documents or information, if any, used by any experts in this case. The United State will make disclosures regarding expert witnesses, if any, in

compliance with the Court's scheduling order.

26(a)(1)(A).   The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.

Dr. James Amberson (Medical necessity, flow cytometry, billing)
Dianon Systems, Inc.
200 Watson Blvd.
Stratford, CT 06615

Steve Brown (flow cytometry, medical necessity, billing)

Grant Carlson (billing)

Stephen Conway (data)
Department of Health and Human Services
Office of Inspector General
Office of Audit Services
Government Center Station
Boston, MA 02114

Cindy Dawkins (flow cytometry, medical necessity, viability, billing)

Special Agent Kevin Cummings (data)
Department of Health and Human Services
Office of Inspector General
Office of Investigations
P.O. Box 8767
Government Center Station
Boston, MA 02114

Ellen DeFigueiredo (Medicare policies, billing, data)
New England Benefit Integrity Center
Electronic Data Systems Corp.
Founders Plaza
800 Connecticut Blvd., 3rd Floor
East Hartford, CT 06108

Dr. Steven Gersen (Medical necessity, flow cytometry, billing)
Dianon Systems, Inc.

2

200 Watson Blvd.
Stratford, CT 06615

Dr. Richard Goyette   (Medical necessity, flow cytometry, billing)

Dr. Brent Hartsell (flow cytometry, medical necessity)
Regional Medical Laboratory
1725 E 19th St, Ste. 302
Tulsa, OK 74104

Dr. Lynn Hickman (flow cytometry, medical necessity)
Blue Cross Blue Shield of Arkansas
8687 United Plaza Blvd., Bldg. 9
P.O. Box 98501
Batton Rouge, LA 70884-9501

Kevin Johnson (billing)
Dianon Systems, Inc.
200 Watson Blvd.
Stratford, CT 06615

Joseph Kwiatanowski (data)
Department of Health and Human Services
Office of Inspector General
Office of Audit Services
Government Center Station
Boston, MA  02114

Dr. Fermenia Mazzella (flow cyometry, medical necessity)
Medical College of Georgia
1120 15th Street
Augusta, GA 30912

Bill McDowell (billing)
Dianon Systems, Inc.
200 Watson Blvd.
Stratford, CT 06615

Dr. Suha Mishalani (Medical necessity, flow cytometry)
Dianon Systems, Inc.
200 Watson Blvd.
Stratford, CT 06615

3

Joseph O'Brien (Tricare regulations/policies/data, billing, CPT codes, medical necessity)
Department of Defense
Tricare Management Activity
16401 East Centertech Parkway
Aurora, CO 80011-9043

Lydia Rogers (CMS/Medicare regulations/policies, billing, CPT codes, medical necessity)
First Coast Services Options, Inc.
P.O. Box 2078
Jacksonville, FL 32231-0048

Beverly Rohtert/Judy Bryan (data)
Advancemed
P.O. Box 148089
Nashville, TN 37217

Rose Sabo (Tricare regulations/policies/data, billing, CPT codes, medical necessity)
Department of Defense
Tricare Management Activity
16401 East Centertech Parkway
Aurora, CO 80011-9043

Dr. Glenn Segal  (Medical necessity, flow cytometry)
Dianon Systems, Inc.
200 Watson Blvd.
Stratford, CT 06615

Jean Stone (CMS/Medicare regulations/policies, billing, CPT codes, medical necessity)
Centers for Medicare and Medicaid Services
Room #305
Alexander Hamilton Customs House
1 Bowling Green,
NY, NY 10004

Dr. James Tiesigna (flow cytometry, medical necessity, Dianon practices/procedures)
c/o Bryan Carmody
Maya and Associates, P.C.
266 Post Road East
Westport, CT 06880

Robert Tucciarone (billing)
Dianon Systems, Inc.
200 Watson Blvd.

4

Stratford, CT 06615

In addition, the United States adopts the witness listed by the Defendant and Relator and reserves the right to call any witness named on those lists in addition to those listed above.

26(a)(1)(B). A copy of, or description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.

The following categories of documents are in the possession of the Government, either at the U.S. Attorney's Office, New Haven, CT; the Department of Justice, Washington, D.C. or the Department of Health and Human Services, Office of Inspector General, Boston, MA.:

Documents produced to the Government by Dianon;

Documents produced to the Government by Laboratory Corporation of America;

Claims data from the Medicare and Tricare programs relating to flow cytometry services;

Documents from First Coast Service Options/Tricenturion;

Documents from Pathology Laboratory Associates/Regional Medical Laboratory;

Documents from Arkansas Blue Cross Blue Shield;

Other documents to be identified through discovery;

Documents identified by Defendant and/or Relator.

26(a)(1)(C). A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including material bearing on the nature and extent of injuries suffered.

According to the most recent information in the Government's possession, a preliminary computation of single damages based on approximately 13,000 claims submitted for payment is approximately $4.9 million. With treble damages, pursuant to 31 U.S.C. § 3729(a), that number is increased to $14.7 million. The False Claims Act civil penalty, under § 3729(a), has been

5

increased from $5,000-$10,000 per false claim, to $5,500-$11,000 per false claim for each false claim submitted on or after September 29, 1999. This increase was made pursuant to the Department of Justice Final Rule implementing the Federal Civil Penalties Inflation Act of 1990. The Government intends to seek penalties for each false claim proven at trial. The United States reserves the right to amend this preliminary damages calculations as discovery progresses.

26(a)(1)(D). For inspection and copying as under Rule 34 any insurance agreement under which any person carrying an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

Not applicable.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KEVIN J. O'CONNOR
United States Attorney

_____
RICHARD MOLOT
Assistant United States Attorney
Federal Bar No. CT21676
157 Church Street
New Haven, Connecticut 06510
(203) 821-3700 (phone)
(203) 773-5373 (fax)
Richard.Molot2@usdoj.gov

/s/
_____
MICHAEL F. HERTZ
JOYCE R. BRANDA
PATRICIA R. DAVIS
RYAN FAYHEE
Attorneys, Civil Division

Commercial Litigation Branch
Post Office Box 261, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-0240
Facsimile: (202) 305-7797

Attorneys for the United States

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the United States' Rule 26(a)(1) Initial Disclosures was served by first class mail, this 1st day of June 2005 on:

    Bryan T. Carmody, Esq.
    Maya & Associates, P.C.
    183 Sherman Street
    Fairfield, CT 06430

    Kerry M. Parker, Esq.
    Michael D. Thompson, Esq.
    Epstein, Becker & Green, P.C.
    Two Gateway Center, 12th Floor
    Newark, NJ 07102

    Mary A. Gambardella, Esq.
    Epstein, Becker & Green, P.C.
    One Landmark Square, Ste. 1800
    Stamford, CT 06901

    Robert Salcido, Esq.
    Akin Gump Strauss Hauer & Field, LLP
    Robert Strauss Building
    1333 New Hampshire Ave, NW
    Washington, D.C. 20036

    Pat Davis, Esq.
    Civil Division
    U.S. Department of Justice
    Patrick Henry Building, Room 9022
    601 D. Street, N.W.
    Washington, D.C. 20004

                                                    _/s/ R. M. Molot_____
                                                    RICHARD M. MOLOT
                                                    ASSISTANT U.S. ATTORNEY