# Exhibit 6

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

2005 SEP 28 P 3: 20

U.S. DISTRICT COURT
NEW HAVEN, CT

| | |
|---|---|
| UNITED STATES OF AMERICA<br>ex rel. DR. JAMES J. TIESINGA,<br><br>Plaintiffs,<br><br>v.<br><br>DIANON SYSTEMS, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) No. 3:02 CV 1573(MRK)<br>)<br>) September 28, 2005<br>)<br>) |

## JOINT MOTION TO AMEND THE
## SCHEDULING ORDER

Because of the complexity of the issues in this case and the number of documents sought in discovery, the parties do not believe that they can adequately prepare for trial on the schedule now set. Accordingly, pursuant to Rule 7(b) of the Local Rules for the District of Connecticut, the United States and defendant, Dianon Systems, Inc., jointly request that the Court amend the scheduling order as set forth below. This is the first request by the parties for an extension of the deadlines in the scheduling order.

### FACTS

On September 6, 2002, the Relator, Dr. Tiesinga, filed a twenty-one count Complaint against his former employer, Dianon. On March 18, 2005, the United States filed its Complaint against Dianon to recover damages and civil penalties under the False Claims Act and at common law for billing federal health care programs for medically unnecessary tests. On July 14, 2005, the United States filed its Amended Complaint. Dianon filed its Answer to the Amended Complaint on August 5, 2005. The parties are now conducting discovery.

## ARGUMENT

The parties have filed discovery requests on each other which require the production of large numbers of documents. For example, on July 27, 2005, the United States served a document production request on Dianon for various categories of company documents as well as medical records relating to approximately 240 patients. Dianon has informed the United States that the patient records will encompass the production of 7,600 pages and that those documents will be available for copying in North Carolina on October 7, 2005. These patient records must then be reviewed by the Government's medical expert and an expert report prepared. The schedule now calls for the Government's expert reports to be served on October 1, 2005. Since the documents necessary for the expert review will not be available for copying until after that date, the parties have agreed to seek an amendment of the schedule.

Similarly, on August 12, 2005, Dianon served broad discovery requests on the United States seeking documents from three separate government agencies - Health and Human Services, Veterans Affairs, and the National Institutes of Health. Documents responsive to those requests are located at numerous locations around the company and will take some time to identify and make available for copying by the defendant.

Based on the large volume of documents involved, the parties have agreed to respond to each others written discovery requests and to produce documents for inspection and copying by on or about December 7, 2005.

The Court's Scheduling Order, issued on May 3, 2005, sets the following schedule.

Plaintiff's Expert Report                October 1, 2005

2

| | |
|---|---|
| Defendant's Expert Report | November 1, 2005 |
| Discovery Complete | January 31, 2006 |
| Dispositive Motions | February 28, 2006 |
| Status Conference | February 13, 2006 |
| Joint Status Report | February 6, 2006 |
| Trial Memorandum | March 15, 2006 |
| Trial Ready Date (If no dispositive motions filed) | March 15, 2006 |

The United States and Dianon request that the Court amend the scheduling order as follows:

| | |
|---|---|
| Plaintiff's Expert Report | February 15, 2006 |
| Defendant's Expert Report | March 15, 2006 |
| Discovery Complete | July 31, 2006 |
| Dispositive Motions | August 31, 2006 |
| Status Conference | August 15, 2006 (or another date convenient to the Court's schedule) |
| Joint Status Report | August 8, 2006 |
| Trial Memorandum | September 18, 2006 |
| Trial Ready Date (If no despositive motions filed) | September 18, 2006 |

The relator's counsel has indicated to undersigned counsel for the United States that he has no objection to the proposed amendment to the schedule.

3

## CONCLUSION

Because of the complexity of the issues in this case and the number of documents sought in discovery, the parties do not believe that they can adequately prepare for trial on the schedule now set. Accordingly, the United States and the defendant seek an amendment of the scheduling order. A proposed scheduling order is attached hereto.

Respectfully submitted,

**ON BEHALF OF THE UNITED STATES**

PETER D. KEISLER
Assistant Attorney General

KEVIN J. O'CONNOR
United States Attorney

RICHARD M. MOLOT
Assistant United States Attorney
Federal Bar No. CT21676
157 Church Street
New Haven, Connecticut 06510
(203) 821-3700


MICHAEL F. HERTZ
JOYCE R. BRANDA
PATRICIA R. DAVIS
RYAN FAYHEE
Attorneys, Civil Division
Commercial Litigation Branch
Post Office Box 261, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-0240
Attorneys for the United States

**ON BEHALF OF DIANON SYSTEMS, INC.**

4

Case 3:02-cv-01573-MRK    Document 241-8    Filed 05/11/2007    Page 6 of 7

*[signature: Robert Salcido]*

ROBERT SALCIDO, ESQ.
Fed. Bar. No. 447951
(admitted *pro hac vice*)
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, NW
Washington, DC 20036
Telephone: (202) 887-4095

5

Case 3:02-cv-01573-MRK    Document 241-8    Filed 05/11/2007    Page 7 of 7

## CERTIFICATION OF SERVICE

I hereby certify that on this 28th day of September 2005, a true and correct copy of the Joint Motion to Amend the Scheduling Order was served by first-class mail on:

> Bryan T. Carmody, Esq.
> Maya & Associates, P.C.
> 266 Post Road East
> Westport, CT 06880
>
> Kerry M. Parker, Esq.
> Michael D. Thompson, Esq.
> Epstein, Becker & Green, P.C.
> Two Gateway Center, 12th Floor
> Newark, NJ 07102
>
> Mary A. Gambardella, Esq.
> Epstein, Becker & Green, P.C.
> One Landmark Square, Ste. 1800
> Stamford, CT 06901
>
> Robert Salcido, Esq.
> Akin Gump Strauss Hauer & Field, LLP
> Robert Strauss Building
> 1333 New Hampshire Ave, NW
> Washington, D.C. 20036



RICHARD M. MOLOT
ASSISTANT U.S. ATTORNEY