# Exhibit 11



U.S. Department of Justice

*United States Attorney*
*District of Connecticut*

---

Connecticut Financial Center
157 Church Street
P.O. Box 1824
New Haven, Connecticut 06510

(203) 821-3700
Fax (203) 773-5376
www.usdoj.gov/usao/ct

May 15, 2006

BY FED EX

Robert Salcido, Esq.
Akin Gump Strauss Hauer & Feld, LLP
Robert Strauss Building
1333 New Hampshire Ave, NW
Washington, D.C. 20036

Re:   United States ex rel. Tiesinga v. Dianon Systems, Inc., 3:02CV1573 (MRK)

Dear Robert:

Enclosed please find CDs containing the CMS 5% data. There are two CDs. One contains the data as we received it from CMS. Because it was not in a usable format, we retained a computer consultant to put it into a usable format. As we discussed, although this data is work-product, we are providing it to you as a potential compromise in relation to you document requests. The consultant password protected his data. Please call me for the password.

In addition, please find enclosed the government's second request for production to Dianon.

Please contact me if you have any further questions.

Very truly yours,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

RICHARD M. MOLOT
ASSISTANT U.S. ATTORNEY

Encl.