# Exhibit 12



**U.S. Department of Justice**

United States Attorney
District of Connecticut

Connecticut Financial Center
157 Church Street
P.O. Box 1824
New Haven, Connecticut 06510

(203) 821-3700
Fax (203) 773-5376
www.usdoj.gov/usao/ct

May 26, 2006

<u>Via e-mail and regular mail</u>
Robert Salcido, Esq.
Akin Gump Strauss Hauer & Feld, LLP
Robert Strauss Building
1333 New Hampshire Ave, NW
Washington, D.C. 20036
rsalcido@akingump.com

Re:   <u>United States ex rel. Tiesinga v. Dianon Systems, Inc., 3:02CV1573 (MRK)</u>

Dear Robert:

This letter is written in response to your letter of May 9, 2006. We are producing some additional documents this afternoon. Pat Davis will contact you this afternoon regarding our supplemental production.

We sent you the CMS 5% data by Fed Ex on May 15, 2006. As we noted in our May 15 letter, although the data from our consultant was work-product, we sent it to you as a potential compromise to your documents requests relating to the data. Please advise as to whether this 5% data is acceptable.

In our April 18 letter, we produced additional documents related to Medicare's amendment of the flow cytometry reimbursement policy, effective Jan. 1, 2005. You have requested documents related to revisions to the reimbursement policy prior to the amendments of the code. We have checked again with CMS and our contacts there inform us that there are no particular documents related to flow cytometry. Any changes in the reimbursement rate were due to formula changes applied across many payment codes, not just 88180.

You have asked for additional VA documents. Additional documents are being produced today related to panels/protocols. As to the VA facilities that do perform flow cytometry, we have produced all flow cytometry panels and protocols that we have received from these facilities. Our VA contact has indicated that the VA facilities do not generally communicate via e-mail regarding the substance of its flow cytometry panels/protocols. However, our VA contact is double-checking with these facilities to see if any other relevant documents exist, including correspondence/emails related to

the panels or protocols themselves. If anything more is received, they will be produced.

You have also asked for additional NIH documents. Additional documents are being produced this afternoon. These documents relate to some of the older flow cytometry panels. The NIH did not have these readily available, so they went and pulled some examples of older panels from patient records. Also, our NIH contact, Dr. Mary Alice Stetler-Stevenson, has confirmed that she does not have any correspondence or e-mails related to the flow cytometry panels themselves. She did indicate that there may be responsive e-mails that she sent to the Purdue University Cytometry Laboratories list serve. Although these are publicly available, we have done a search for her e-mails on the list serve and we are producing responsive documents with our supplemental production this afternoon. We also double-checked with the NIH IT department, who informed us that e-mails are not retained on the server beyond seven days.

You have clarified your requests related to appeals concerning CPT code 88180. You now appear to request "policy" appeals (i.e. appeals of a carrier LMRP or LCD itself). We originally asked the carriers for any "policy" related appeals, but received no responsive documents from the carriers. We are having our CMS contact double-check this by notifying all the carriers across the country again. At the same time, our CMS contact is having the carriers double check for any correspondence or e-mails related to flow cytometry policies or guidance. If any are located, they will be provided. In addition, NHIC, the Medicare Carrier in California, recently located two Genzyme appeals files, and documents related to the Impath appeal. Those documents are being produced this afternoon. Our NHIC contact informs us that the Impath appeal "master file" could not be located, as it was never received from the prior contractor. However, NHIC has been able to recreate most of the master file from other files they had in storage. As you will see from the production, the vast majority of the Impath documents are beneficiary specific documents. NHIC also has patient medical records for many of the underlying beneficiaries. If you want those as well, please call to discuss. Furthermore, the Connecticut Medicare Carrier has recently located some additional correspondence with Dianon relating to appeals. Although we assume that Dianon already has this correspondence, we are nevertheless producing it in our supplemental production.

You have asked for documents related to statements in 68 Fed. Reg. 49030, 49048. Our CMS contact has advised us that these statements likely came from a former Medical Director at the Hospital Ambulatory Payment Group, who is no longer with CMS. Our contact at CMS cannot locate this former Medical Director's files. It is likely that this former Medical Director never handed his files over to CMS when he left.

You have also asked for publications regarding antibody design. We produced all responsive documents when we turned over Dr. Flynn's documents in response to your notice of deposition.

Finally, you have asked for additional Connecticut Medicare documents related to the Connecticut LMRP. The Connecticut Medicare Carrier has recently located a file containing some correspondence related to the public comments regarding the 2003 LMRP. These documents are being produced with our supplemental production this afternoon. The Connecticut Carrier has double-checked, but cannot find any similar documents related to the 1998 LMRP.

2

After reviewing this letter and our supplemental production, please contact me to discuss any issues regarding our production that you believe are still outstanding.

Very truly yours,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

*[signature]*

RICHARD M. MOLOT
ASSISTANT U.S. ATTORNEY


cc:   (via e-mail)
      Bruce Parker, Esq.
      Pat Davis, Esq.

3