# Exhibit 16

## Molot, Richard (USACT)

| | |
|---|---|
| **From:** | Salcido, Robert [rsalcido@AKINGUMP.COM] |
| **Sent:** | Wednesday, July 26, 2006 7:21 AM |
| **To:** | Molot, Richard (USACT) |
| **Cc:** | Piermattei, William F.; kosslt@labcorp.com |
| **Subject:** | FW: CMS 30(b)(6) depositions |

Rick -- here are some additional questions:

13.   The data came to us as an MS Access database with nine tables (carr_clm_dgns_grp, carr_line_grp, clm_demo_id_grp, clm_hlth_planid_grp, fixed_portion, lineitemrecords, mco_prd_grp, nch_edit_grp, nch_patch_grp).  By what keys should they be linked?

14.   The vast majority of entries belonging to groups of multiple entries of CPT 88180 for the same beneficiary and the same service date show one marker (carr_line_mtus_cnt=1).  Does the 5 percent sample contain all members of such groups, or are some single-marker entries among the remaining 95 percent?

15.   In 105 cases, the first character of the Beneficiary Claim Account Number field is "{".  In all other cases, it is numeric or A-G.  Is "{" a valid character?

16.   Through the data set can the government's fiscal agent be identified?

Per the Court's suggestion, when can we arrange dates for a meeting of our experts to address these questions.  It needs to be done before the deposition on these issues.

---

**From:** Salcido, Robert
**Sent:** Friday, July 21, 2006 4:38 PM
**To:** 'Molot, Richard (USACT)'
**Cc:** 'Piermattei, William F.'; 'kosslt@labcorp.com'
**Subject:** RE: CMS 30(b)(6) depositions

Rick, Greetings - Those dates are fine. However, as I have mentioned in the past regarding the claims data, which will also need to be covered, I want to follow-up on Judge Kravitz' suggestion that we and our consultants discuss the 5% data sample you provided. We will need to speak with someone from CMS with knowledge of how they obtain their data and generate the 5% data sample to determine whether the data you provided will be useful in light of the issues in this case. Below are some general questions/areas of inquiry we will need to address to determine whether the 5% data sample is useful. We would like to set up a meeting for sometime during the week of July 31st. Please identify appropriate person(s) that can address the questions below and let us know their availability.

1. How is the 5% sample selected? From a 100% pool of all CPT 88180 submissions?
2. Once the 5% sample is selected, what happens to the larger data set?
3. How is the 100% data pool created?
4. Is there 5% data available for 2005 for CPT codes 88188 (9-15 markers) and 88189 (16+ markers)?
5. Is there 100% data available for 2005 for CPT codes 88188 and 88189?
6. Why, in some instances, are there multiple, single entries of CPT 88180 for the same beneficiary on the same day?
7. How is data kept at CMS (all data vs. 5% samples)?
8. What is the purpose of the 5% data samples? Why is it created?
9. How is this data used by CMS? By regional carriers?
10. Can we extrapolate the results by multiplying by 20 for any subset of the data?
11. Through the data set can specimen type be identified?
12. Through the data set can individual labs be identified?

We may have additional questions that we will furnish to you prior to our meeting.

**From:** Molot, Richard (USACT) [mailto:Richard.Molot2@usdoj.gov]
**Sent:** Wednesday, July 19, 2006 5:30 PM
**To:** Salcido, Robert
**Cc:** Davis, Pat (CIV); Fayhee, Ryan (CIV); Yu, Sylvia (HHS/OGC)
**Subject:** CMS 30(b)(6) depositions

Robert,

I'm just confirming that we've scheduled the CMS 30(b)(6) depositions for 9:30 a.m. on Aug. 3 and 4, at CMS in Baltimore. The address is:

Centers for Medicare & Medicaid Services
7500 Security Boulevard
Baltimore, Maryland 21244

Please go to the visitors' entrance at the main building and ask for attorney Sylvia Yu. She is the HHS Office of General Counsel lawyer who is coordinating the depositions.

Please re-confirm by reply e-mail. Thanks.

Rick


---------------------------------------
AUSA Richard M. Molot
U.S. Attorney's Office
District of Connecticut
157 Church St., 23rd Floor
New Haven, CT 06510
(203) 821-3792 (phone)
(203) 773-5373 (fax)
Richard.Molot2@usdoj.gov

IRS Circular 230 Notice Requirement: This communication is not given in the form of a covered opinion, within the meaning of Circular 230 issued by the United States Secretary of the Treasury. Thus, we are required to inform you that you cannot rely upon any tax advice contained in this communication for the purpose of avoiding United States federal tax penalties. In addition, any tax advice contained in this communication may not be used to promote, market or recommend a transaction to another party.

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

4/28/2007