# Exhibit 17

FILE COPY

**U.S. Department of Justice**

*United States Attorney*
*District of Connecticut*

---

*Connecticut Financial Center*
*157 Church Street*
*P.O. Box 1824*
*New Haven, Connecticut 06510*

*(203) 821-3700*
*Fax (203) 773-5376*
*www.usdoj.gov/usao/ct*

September 1, 2006

Robert Salcido, Esq.
Akin Gump Strauss Hauer & Feld, LLP
Robert Strauss Building
1333 New Hampshire Ave, NW
Washington, D.C. 20036

        Re:    United States ex rel. Tiesinga v. Dianon Systems, Inc., 3:02CV1573 (MRK)

Dear Robert:

        When we had our conference call on August 9, 2006, with our respective data consultants regarding the 5% data, you requested that we supply you with a means of identifying the labs in the 5% data. The enclosed CD from CMS should provide that information.

        Please contact me if you have any questions.

        Very truly yours,

        KEVIN J. O'CONNOR
        UNITED STATES ATTORNEY

        RICHARD M. MOLOT
        ASSISTANT U.S. ATTORNEY

Encl.

cc: (w/out encl.)
Pat Davis, Esq.