# Exhibit 18

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>ex rel. Dr. James J. Tiesinga,<br><br>Plaintiffs,<br>v.<br><br>DIANON SYSTEMS, INC.,<br><br>Defendant. | )<br>)<br>)  No. 3:02CV1573(MRK)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF CONSTANTIJN PANIS

1. My name is Constantijn (Stan) Panis. I have worked at Deloitte Financial Advisory Services LLP ("Deloitte FAS") since 2004. I began my employment at Deloitte FAS as a Manager and am currently a Senior Manager focused on economic and statistical consulting. At Deloitte FAS, I concentrate on health care, demographic issues, applied econometrics, and forecasting. I have analyzed Medicare claims data before. Prior to working at Deloitte FAS, I was a Senior Economist at the RAND Corporation, a non-profit independent research institute. At RAND, I directed research funded by the National Institutes of Health and the Centers for Medicare and Medicaid Services (CMS) on health, health care utilization, and forecasting. In parallel to my work at both Deloitte FAS and RAND, I was co-founder of a company that developed statistical software to disentangle causality, reverse causality, and selection effects in economic models. I received a B.A. in Economics, cum laude, an M.A. in Business Economics, cum laude, and the equivalent of a J.D. from the University of Groningen in the Netherlands. I then received a Ph.D. in Economics from the University of Southern California in Los Angeles, California. Attached herein is a copy of my curriculum vitae.

2. I have reviewed the CMS data provided to me. This data set contains flow cytometry (CPT code 88180) claims for the time period 1996-2004 on behalf of 5 percent of Medicare beneficiaries. I also reviewed a crosswalk of provider identification numbers to demographic information of providers.

3. I have also reviewed two Connecticut Medicare Part B Carrier's Local Medical Review Policies (LMRP) regarding flow cytometry; I reviewed an LMRP from 1998, as well as a revised LMRP from 2003. I also reviewed the Government's Amended Complaint and the Defendant's Local Rule 56 (a)(1) Statement, which contained what I understand to be

1

an uncontested list of states which imposed caps on the number of antibodies for which a laboratory can bill under CPT 88180.

4. I have read the declaration of David Mehring. Mr. Mehring reached a number of conclusions based on the CMS 5 percent data. Specifically, Mr. Mehring opined, among other things, that for the over 1,000 laboratories in the database, approximately 90 percent of the paid claims were for panels with fewer than 26 units (i.e., antibodies). Thus, only approximately 10 percent of the paid claims contained 26 or more units.

5. There is no listing on the CMS data that would indicate whether a lab had one or more panels. The CMS data provide information on the number of markers only.

6. It appears that in conducting his analysis, Mr. Mehring included all healthcare entities submitting claims under CPT 88180 (not just independent laboratories) and all ICD-9 codes (including diagnosis codes not at issue in this case) in his analysis.

7. Using the 5 percent CMS data sample, I derived the following frequency distribution of antibodies among all 88180 claims for 1996-2004, excluding Dianon's claims:

**Frequency Distribution of Antibodies in Flow Cytometry Tests (1996-2004)**
Universe: All 88180 claims in 5 percent CMS data sample, excluding Dianon

| Number of antibodies | Freq. | Percent |
|---|---|---|
| 1 | 14,431 | 19.8% |
| 2 | 5,591 | 7.7% |
| 3 | 5,175 | 7.1% |
| 4 | 5,099 | 7.0% |
| 5 | 3,692 | 5.1% |
| 6 | 4,250 | 5.8% |
| 7 | 2,093 | 2.9% |
| 8 | 1,574 | 2.2% |
| 9 | 1,537 | 2.1% |
| 10 | 2,450 | 3.4% |
| 11 | 1,196 | 1.6% |
| 12 | 2,284 | 3.1% |
| 13 | 1,849 | 2.5% |
| 14 | 1,771 | 2.4% |
| 15 | 1,826 | 2.5% |
| 16 | 1,339 | 1.8% |
| 17 | 1,052 | 1.4% |
| 18 | 1,268 | 1.7% |
| 19 | 1,211 | 1.7% |
| 20 | 2,271 | 3.1% |
| 21 | 1,091 | 1.5% |
| 22 | 1,909 | 2.6% |
| 23 | 477 | 0.7% |
| 24 | 1,944 | 2.7% |
| 25 | 561 | 0.8% |
| 26 | 2,115 | 2.9% |
| 27 | 328 | 0.4% |
| 28 | 638 | 0.9% |
| 29 | 315 | 0.4% |
| 30-49 | 1,504 | 2.1% |
| 50-99 | 96 | 0.1% |
| 100-199 | 10 | 0.0% |
| 200-499 | 2 | 0.0% |
| 500-900 | 2 | 0.0% |
| Total | 72,951 | 100.0% |

Average    9.7 markers

3

8. In this distribution, the average number of antibodies is 9.7. This chart also apparently demonstrates how Mr. Mehring concluded that approximately 90 percent of the paid claims were for panels with fewer than 26 antibodies. However, these results do not accurately portray the distribution of antibodies in pertinent flow cytometry tests between 1996 and 2004, because they include claims (1) from providers that are not independent laboratories such as Dianon, (2) that do not reflect the actual diagnoses (ICD-9 codes) at issue in this lawsuit as reflected in Connecticut's LMRPs, or (3) that arose in states with a cap on the number of antibodies used.

9. Thus, I first refined this analysis by including only claims from independent laboratories and with ICD-9 codes that are listed in the Connecticut LMRPs. I only included ICD-9 codes that appeared on both versions of the LMRP. These are:

| | |
|---|---|
| 200.00-200.88 | Lymphosarcoma and reticulosarcoma |
| 202.00-202.98 | Other malignant neoplasm of lymphoid and histiocytic tissue |
| 204.00-204.81 | Lymphoid Leukemia |
| 205.00-205.81 | Myeloid leukemia |
| 206.00-206.81 | Monocytic leukemia |
| 207.00-207.81 | Other specified leukemia |
| 208.00-208.81 | Leukemia of unspecified cell type |
| 238.6 | Neoplasm of uncertain behavior of other and unspecified sites and tissues – plasma cells |
| V71.1 | Observation for suspected malignant neoplasm (To be used for evaluation of suspected B cell Non-Hodgkin's lymphoma only) |

10. I excluded the ICD-9 codes for human immunodeficiency virus (HIV) disease and for paroxysmal nocturnal hemoglobinuria, because I understand that these require separate panels not at issue in this case. Using this method, I derived the following results for Dianon and other providers.

**Frequency Distribution of Antibodies in Flow Cytometry Tests (1996-2004)**
**Universe: Independent laboratories only;**
**ICD-9 codes that indicate medical necessity only.**

| Number of Antibodies | Dianon Freq. | Percent | Other laboratories Freq. | Percent |
|---|---|---|---|---|
| 1 | 1 | 0.2% | 191 | 2.4% |
| 2 | | | 60 | 0.7% |
| 3 | 1 | 0.2% | 109 | 1.4% |
| 4 | | | 139 | 1.7% |
| 5 | 1 | 0.2% | 141 | 1.8% |
| 6 | | | 160 | 2.0% |
| 7 | 1 | 0.2% | 175 | 2.2% |
| 8 | | | 210 | 2.6% |
| 9 | 9 | 1.4% | 263 | 3.3% |
| 10 | | | 224 | 2.8% |
| 11 | | | 154 | 1.9% |
| 12 | | | 268 | 3.3% |
| 13 | | | 205 | 2.6% |
| 14 | | | 434 | 5.4% |
| 15 | | | 291 | 3.6% |
| 16 | | | 240 | 3.0% |
| 17 | | | 196 | 2.4% |
| 18 | 180 | 28.0% | 193 | 2.4% |
| 19 | 1 | 0.2% | 355 | 4.4% |
| 20 | 1 | 0.2% | 663 | 8.3% |
| 21 | | | 270 | 3.4% |
| 22 | 86 | 13.4% | 544 | 6.8% |
| 23 | | | 74 | 0.9% |
| 24 | | | 577 | 7.2% |
| 25 | 1 | 0.2% | 102 | 1.3% |
| 26 | 356 | 55.3% | 1,005 | 12.5% |
| 27 | 1 | 0.2% | 75 | 0.9% |
| 28 | 3 | 0.5% | 353 | 4.4% |
| 29 | | | 36 | 0.4% |
| 30-49 | | | 305 | 3.8% |
| 50-99 | 2 | 0.3% | 12 | 0.1% |
| 100-199 | | | 1 | 0.0% |
| 200-499 | | | | |
| 500-900 | | | | |
| Total | 644 | 100.0% | 8,025 | 100.0% |
| Average | 22.9 markers | | 18.0 markers | |

5

11. In this more refined analysis that uses ICD-9 codes actually at issue in this lawsuit, Dianon averaged 22.9 markers compared to a national average of 18.0. Addressing the Government's allegations in its Amended Complaint that billing for more than 18 markers is tantamount to fraud, this analysis indicates that 56.9 percent of other laboratories' claims used 18 or more markers.

12. I then further refined this comparison. In addition to including only claims from independent laboratories and for ICD-9 codes that indicate medical necessity, I included only claims from states without a cap on the number of antibodies permitted, where the number of antibodies used was based solely on medical judgment. For purposes of this analysis, I thus excluded claims for services performed while and where there was a cap. Using this refinement, I derived the following results:

**Frequency Distribution of Antibodies in Flow Cytometry Tests (1996-2004)**
Universe: Independent laboratories only;
ICD-9 codes that indicate medical necessity only;
States without cap on number of antibodies only.

| Number of Antibodies | Dianon Freq. | Dianon Percent | Other laboratories Freq. | Other laboratories Percent |
|---|---|---|---|---|
| 1 | 1 | 0.2% | 112 | 2.2% |
| 2 |  |  | 34 | 0.7% |
| 3 | 1 | 0.2% | 64 | 1.2% |
| 4 |  |  | 55 | 1.1% |
| 5 | 1 | 0.2% | 111 | 2.1% |
| 6 |  |  | 125 | 2.4% |
| 7 | 1 | 0.2% | 100 | 1.9% |
| 8 |  |  | 110 | 2.1% |
| 9 | 9 | 1.4% | 77 | 1.5% |
| 10 |  |  | 86 | 1.7% |
| 11 |  |  | 56 | 1.1% |
| 12 |  |  | 94 | 1.8% |
| 13 |  |  | 103 | 2.0% |
| 14 |  |  | 249 | 4.8% |
| 15 |  |  | 205 | 4.0% |
| 16 |  |  | 117 | 2.3% |
| 17 |  |  | 149 | 2.9% |
| 18 | 180 | 28.0% | 109 | 2.1% |
| 19 | 1 | 0.2% | 307 | 5.9% |
| 20 | 1 | 0.2% | 297 | 5.7% |
| 21 |  |  | 224 | 4.3% |
| 22 | 86 | 13.4% | 160 | 3.1% |
| 23 |  |  | 50 | 1.0% |
| 24 |  |  | 462 | 8.9% |
| 25 | 1 | 0.2% | 74 | 1.4% |
| 26 | 356 | 55.3% | 956 | 18.5% |
| 27 |  | 0.2% | 53 | 1.0% |
| 28 | 3 | 0.5% | 328 | 6.3% |
| 29 |  |  | 34 | 0.7% |
| 30-49 |  |  | 263 | 5.1% |
| 50-99 | 2 | 0.3% | 12 | 0.2% |
| 100-199 |  |  | 1 | 0.0% |
| 200-499 |  |  |  |  |
| 500-900 |  |  |  |  |
| Total | 644 | 100.0% | 5,177 | 100.0% |
| Average | 22.9 markers |  | 19.5 markers |  |

7

13. In this refined model, Dianon is seen to use an average of 22.9 markers compared to the average among laboratories that were not subject to a cap of 19.5 markers. This is a difference of only 3.4 markers.[1] Moreover, this chart indicates that 64.2 percent of other laboratories' claims used 18 or more markers.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 15th day of November 2006

_____
Constantijn Panis

---

[1] The 95 percent confidence interval around the average for Dianon is (22.6, 23.3), around the average for other laboratories it is (19.2, 19.7), and around the difference it is (2.8, 4.1).

8