# Exhibit 20



**U.S. Department of Justice**

*United States Attorney*
*District of Connecticut*

**FILE COPY**

Connecticut Financial Center
157 Church Street
P.O. Box 1824
New Haven, Connecticut 06510

(203) 821-3700
Fax (203) 773-5376
www.usdoj.gov/usao/ct

July 31, 2006

BY FED EX

Robert Salcido, Esq.
Akin Gump Strauss Hauer & Feld, LLP
Robert Strauss Building
1333 New Hampshire Ave, NW
Washington, D.C. 20036

       Re: <u>United States ex rel. Tiesinga v. Dianon Systems, Inc., 3:02CV1573 (MRK)</u>

Dear Robert:

    Enclosed please find:

    1. Plaintiff United States of America's Objections and Responses to Defendant Dianon Systems' Second Supplemental Requests for Admission, Request for Production of Documents, and Interrogatory.

    2. A "Carrier Claim Record" document which may be helpful to your data consultants in interpreting the 5% data. I sent Bill the online version of this by e-mail at the end of May, but I thought it might be helpful if you also had the hard-copy version.

    3. A CD with some limited 88180 data from a few providers other than Dianon. Because the CD contains protected health information, it is password protected. It is also subject to the protective order. Please contact our health care fraud auditor, Kevin Saunders, at 203-821-3700, to obtain the password.

    4. The signature page/errata sheet from Dr. Flynn's deposition, as well as his latest invoice.

Please contact me if you have any questions.

Very truly yours,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

RICHARD M. MOLOT
ASSISTANT U.S. ATTORNEY

Encl.
cc: (w/encl)
Pat Davis, Esq.