# Exhibit 21

## Molot, Richard (USACT)

**From:** Piermattei, William F. [WFPiermattei@Venable.com]
**Sent:** Friday, August 04, 2006 3:38 PM
**To:** Molot, Richard (USACT)
**Cc:** Salcido, Robert; Parker, Bruce R.
**Subject:** Outstanding Discovery Issues

Rick,

Below please find a list of outstanding discovery items that still need to be addressed:

1. Meeting with CMS data representative regarding the 5% data sample. Per Judge Kravitz suggestion, we have requested dates for a meeting with a CMS representative to discuss the 5% data you have provided and, per your request, presented some general areas of inquiry. Please provide dates for this meeting so we can have our analysts discuss the data base.

2. Provide a listing of what documents respond to which document requests and provide descriptions of the source of each document, i.e. how were the documents provided stored/where were they located in the ordinary course of business per FRCP 34.

3. Comments received concerning the 1998 draft National Policy (CMS 5016-24).
4. Documents considered or reviewed concerning the 1998 draft National Policy.
5. Billing edits for CPT code 88180 for the Connecticut carrier. Billing edits are the computer program instructions used to allow/deny claims.

6. Billing edits for CPT code 88180 for the Connecticut carrier. Billing edits are the computer program instructions used to allow/deny claims. We have not received any billing edits from any source.

7. 2005 data for CPT codes 88187 and 88189.
8. All Stars data compiled or available for CPT code 88180 for the period 1996 through 2003 from all CMS carriers. Based on the information we have seen, a carrier can easily enter search parameters by: (a) CPT code; (b) time period; © claims allowed/denied; and (d) the frequency or number of units billed per claim.

9. **CMS4584**
10. Need legible copy of notes at CMS 4588
11. Documents referenced in 7/24/01 email from carrier provided to or by Dr. Healey from the Clinical Cytometry referenced at **CMS4593.**

12. Need all documents concerning 5/12/05 email re audit of flow cytometry tests noted at **CMS4716-17**.
13. Data referenced in Paul Deutsch e-mail at **CMS4734.**
14. Data or documents referenced at **CMS4746** - the two excel spreadsheets.
15. Need to know the source and description of data provided at **CMS4846-49.**
16. 1/25/00 CAC meeting notes and related documents concerning Tenn LMRP for flow cytometry at **CMS4944-51**
17. Two attachments referenced (hematopathology requisition form and Dr. Winter letter 2/18/03) at **CMS5475.**

18. Attached two draft LCDs for South Carolina referenced at **CMS5850**
19. March 13, 2003 e-mail from Wayne Steiner / Pennsylvania Medicare re: data analysis. We need the data referenced in this e-mail at **CMS5851**.

20. Massachusetts file. 12/10/02 e-mail re:data on average number of tests per patient. **CMS5930**

4/28/2007

21. Unidentified letter dated June 2, 1997. Letter in response to a Medicare carrier letter concerning CPT 88180. We need the Medicare carrier's original letter referenced at **CMS5995**

22. Maryland LMRP effective date 01/01/05. Need comment summary noted at **CMS6315**
23. Need all correspondence documents concerning North Carolina's LMRP and May 15, 2002 change eliminated limitation on specific number of antibodies billed. **CMS6369-6370**

24. The "template policy at the national level" referenced in the 6/7/00 CAC minutes. **CMS6455**.
25. 03/18/98 lab conference call, Brian Loy attending. We are missing page 2 of Dr. Loy's notes. **CMS6637-6638**
26. All documents concerning carrier monitoring "closely monitor those laboratories that routinely perform more than 20 analyses per specimen." noted at **CMS6716.**

27. All data concerning diagnosis codes 88-184, 185, 187, 188, and 189. For period 07/01/04 through 12/31/05. **CMS6851-6860**

28. "FMR data" referenced at **CMS6865**.
29. CAC notes or documents concerning 07/24/96 and 10/23/96 meetings re: Arkansas carrier flow policy. **CMS6882**
30. Data referenced that was sent to Drs. Hambrick, Fineberg, and Simon as well as Dr. Rosen referenced at **CMS6935.**
31. All data referenced in 03/14/02 e-mail requesting data pulled for flow cytometry for all states for 2001. **CMS6976**
32. Document retention policies applicable to Medicare carriers for the period 1996 to the present referenced in Marie Casey's deposition.

33. Comments received by various doctors concerning draft LMRP / LCD noted at **CMS7059.**
34. Data reference in 12/10/02 e-mail re: flow cytometry - data is going to be assembled for average number of tests per patient **at CMS7596.**

35. Need data referenced at **CMS7628** - those collected by Brian Loy, Niles Rosen and Mitch Burkin in 2001.
36. 11/14/02 e-mail to Eugene (Winter) re: 2001 data collected concerning Kansas City labs - need any and all documents concerning the review, why it was needed, who reviewed the claims, what claims were reviewed and any documentation concerning the review of claims noted in the e-mail. **At CMS7629**

37. BESS data analyzed for flow cytometry for 1999 and any other investigation, research or other efforts based upon the 1999 BESS data referenced at **CMS7934.**

38. Any and all written comments concerning draft LMRP policy referenced at **CMS8023**.
39. Any documents regarding further suggestions to the flow cytometry policy for Illinois referenced at **CMS8256.**
40. All responsive documents provided to James O'Neill's pursuant to his FOIA request(s). E.g. see reference at **CMS8649-50.**

41. Documents that form the basis of statements made in the Federal Register, 68 Fed. Reg. 49030, 49048 noted in your Answers to Interrogatories.

42. Copies of any documents concerning reviews conducted regarding denial of CPT code 88180 claims that performed too many markers including notes of carrier representatives and notices provided to the healthcare providers regarding these denials per Marie Casey's testimony.

43. Last known address and contact information for Dr. Burkin, Jackie Sheridan, Joyce Eng, and Bryan Loy.

4/28/2007

These witnesses were involved in determining whether to create a National Coverage Determination and may need to be deposed or subpoenaed for trial.

44. All comments received during the Neogtiated Rule Making process regarding the 1998 draft National Coverage policy for flow cytometry as referenced at **CMS5016** and during Dr. Phurrough's deposition.

45. All documents concerning the consultants review of claims noted **at USA0016**.
46. All documents from the "CMD chatroom" concerning flow cytometry referenced at **USA0031.**
47. All documents reviewed regarding the determination that there was not sufficient scientific evidence for a National Coverage Determination or NCD referenced at **USA0031**. Including all "scientific literature" consulted as referenced at **USA0007.**

48. All "draft NCD" for flow cytometry and comments referenced at **USA0007**
49. All documents concerning the "CMD lab workgroup" template policy for flow cytometry referenced **at USA0007**.
50. All documents concerning the original proposals and discussions regarding whether 18 antibodies for leukemia or 25 antibodies for bone marrow are medically indicated, the "original presentation," and subsequent discussions regarding the cost of a flow cytometry policy going from $200 as originally proposed to $500 per the "discussions" referenced **at CMS3400**.

51. All documents concerning the oncology subcommittee review of flow cytometry policy as referenced at **CMS3400**.
52. All documents concerning the Spetember 14 policy proposal submitted by Drs. Yamada and Mehta referenced at **CMS3407.**
53. All documents concerning the "public meeting" referenced at **CMS3402.**
54. All documents concerning HCFA's continued "research and work" concerning a flow cytometry policy as referenced at **CMS3402.**

Let me or Robert know if you have any questions. We are awaiting the client's approval of our draft joint status report and will forward to you on Monday. Thanks, Bill

William Piermattei
Venable, LLP
2 Hopkins Plaza, Suite 1800
Baltimore, Maryland 21201
410-244-7473

PRIVILEGED AND CONFIDENTIAL COMMUNICATION

The information contained in this communication is privileged and confidential, and is
intended only for the use of the individual or entity named above and others who have
been specifically authorized to receive it.  If the reader of this message is not the
intended recipient, you are hereby notified that any dissemination, distribution or
copying of this communication is strictly prohibited.  If you have received this
communication in error, or if any problems occur with transmission, please notify the
sender immediately.


****************************************************************************
U.S. Treasury Circular 230 Notice: Any tax advice contained in this communication (includi
****************************************************************************

4/28/2007

```
****************************************************************************
This electronic mail transmission may contain confidential or privileged information. If y
****************************************************************************
```