# Exhibit 23

Page 1

1        IN THE UNITED STATES DISTRICT COURT
2           FOR THE DISTRICT OF CONNECTICUT
3
4  UNITED STATES OF AMERICA,           *
   ex rel. Dr. James J. Tiesinga,      *
5                                      *
               Plaintiffs,             * No. 3:02CV1573(MRK)
6                                      *
   vs.                                 *
7                                      *
   DIANON SYSTEMS, INC.,               *
8                                      *
               Defendant.              * Pages 1 - 48
9
10
11
12      Videotaped Deposition of MARIE A. CASEY
13                 Baltimore, Maryland
14               Thursday, August 3, 2006
15
16
17
18
19
20 Reported by:  Carla J. Briggs, RPR-RMR-CRR
21 Job No. 175904B

Page 26

1 Administration regarding CPT Code 88180?
2    A    Not to my knowledge.
3    Q    And how about the NIH? Has there been any
4 communications between CMS and NIH regarding CPT
5 88180?
6    A    Not to my knowledge.
7    Q    And has there been any communication
8 between CMS and Dianon, to your knowledge,
9 specifically regarding Dianon's use of CPT 88180?
10    A    Not to my knowledge.
11    Q    You're also here, I understand, with
12 respect to item 5?
13    A    Yes.
14    Q    Can you describe for me what has been the
15 government's efforts to produce documents and
16 information responsive to Dianon's discovery
17 request?
18    A    I can give you some summary information.
19 Basically, we went about this two ways, and there
20 wasn't one particular person responsible. Actually,
21 it was a group of people that were responsible for

Page 27

1 trying to get the documents in based on your
2 request. And first, we went out with -- and I have
3 some notes if you want dates and time frames for
4 when these things were issued -- but first we -- we
5 asked people within CMS to respond to the Dianon
6 discovery, and an E-mail or contact was made in
7 August of '05 by our Office of General Counsel to
8 Jim Menas. And basically, we asked him for any
9 information or it was asked of him to come up with
10 any information related to reimbursement policies
11 for flow cytometry. And based on that
12 communication, he was able to produce some documents
13 and some drafts that he gave to DOJ through OGC in
14 November of 2005.
15         And then a request in September of '05 was
16 made through OGC to our Office of Strategic
17 Regulatory Affairs -- OSRA it's called -- and they
18 asked -- OSRA asked that all three of CMS's -- three
19 of CMS's main components look through E-mails,
20 research any documents that they have in both hard
21 copy and electronically for any documents related to

Page 28

1 flow cytometry. And the three particular components
2 were CMM, which is the Centers for Medicare
3 Management; Office of Financial Management, OFM,
4 which is the group I work for; and OCSQ, which is
5 the Office of Clinical Standards and Quality. And
6 that request that went out through OSRA actually
7 asked for four different things.
8         It asked for any information concerning
9 how our Medicare contractors developed reimbursement
10 for flow cytometry; it asked for how -- any
11 information related to how rates were set for that
12 particular code, both for the technical and the
13 professional components of the code -- you're
14 shaking your head, so I assume you know that or are
15 familiar with that -- and then documents for any
16 outside communications that CMS may or may not have
17 had for setting the prices for flow cytometry
18 reimbursement; and number four was any information
19 that may have come in to central office regarding
20 appeals for flow cytometry for policies set by the
21 carriers.

Page 29

1         And in addition, I spoke to Glenda Bailey
2 because she is one of the points of contact in OSRA
3 that handled this particular request from OGC, and
4 she was the one who got all the documents together
5 and forwarded them on. And she had also mentioned
6 to me that the same information was sent out and
7 requested for the regional office staff.
8         And then in October of '05, OSRA
9 recontacted the three central office components
10 again requesting for additional documentation or
11 additional documents and to CMS regional office, and
12 it basically contained the same -- the four types of
13 the same information that I just previously
14 mentioned. And it's my understanding that various
15 documents were received from the different
16 components.
17         And the other thing that when I spoke to
18 Miss Bailey she had mentioned to me was whoever is
19 in charge of these kinds of discovery requests
20 within CMS are required to sign a certificate that
21 they've actually looked through and reviewed the

Page 30

1  documents, and it's called -- we call it a
2  certification. And that certification was signed by
3  someone for each of the three offices, both CMM,
4  OCSQ and OFM.
5         And then in April of 2006, some additional
6  documents -- Jim Menas was able to produce some
7  additional documents from the RUC or RUC binders
8  which were then given to OGC and then transferred to
9  DOJ. And I did speak to a couple of people
10 regarding what CMS's role was to try to get
11 documents per your request, and I had spoke briefly
12 with Jim, who I know you're going to talk to either
13 this morning or tomorrow morning, and he was one of
14 the contacts from CMM. And he had explained that
15 his role was to help explain OGC and some others,
16 the source of the documents that were being found,
17 and he also had a role in contacting a person by the
18 name of Robin Thomas from OIS to find out about
19 perhaps conducting some data analysis on the 88180
20 code.
21        I also talked to Alice Strathy who

Page 31

1  actually was the point person in the Office of
2  Clinical Standards and Quality, and she -- it was
3  her job to get back to the OSRA person regarding
4  canvassing all OCSQ's files to find these documents,
5  and she assured that the documents were reviewed by
6  the OCSQ director and then she forwarded them on.
7  And then I spoke with Dan Schwartz and John Warren
8  who were the point of contacts at the Office of
9  Financial Management to canvass through old
10 documents and E-mails and produce the documents.
11 So, that was what we did to get information from
12 CMS.
13        And in addition, my group was -- sorry --
14 my group was responsible to contact the carriers to
15 try to get information from the carriers. And we
16 did this -- if I'm going too fast, just let me know.
17     Q   I'll back up when -- once you're done.
18 This is helpful.
19     A   Okay. We had sent out three what we call
20 nationwide E-mails. We have a Medicare listserv
21 that goes out to all the carrier managers and all

Page 32

1  the CMDs, and that particular listserv has over a
2  hundred or so names, so it really gets out to the
3  audience that we wanted to get this information out
4  to. So, we sent out a request back in '05 --
5  September of '05 -- and basically, we asked the
6  carriers -- we asked them to not only certify that
7  they had looked through all their documents and get
8  back to us, but we had asked them specifically to
9  look for and describe in detail any written policies
10 or standards that they had regarding a number of
11 antibodies used for the flow cytometry test, and we
12 asked them specifically for the dates '96 through
13 2004.
14        And as part of that information that we
15 sent out to help make sure that the carriers
16 understood, there was some information that we
17 provided -- we called it CMS guidance -- on exactly
18 what we were looking for with that request, and this
19 included the publication date and, you know,
20 information like where the policies were originally
21 first published and, of course, whether or not they

Page 33

1  had an LMRP, just to make sure that the carriers
2  were looking at what the question is that we wanted
3  information on.
4         And secondly, in that first inquiry, we
5  asked them to produce any documents related to
6  appeals or any information related to challenges
7  received by the contractors for Medicare policies
8  that actually limited the number of antibodies. And
9  we gave examples of some of the things that we were
10 looking at, just their appeals information if they
11 could access it and some other information, and we
12 also as part of that request gave a deadline.
13        We received some E-mails and some
14 information back, then again in October of --
15 October 13th of 2005, we sent an additional E-mail
16 again asking them for documents. And more documents
17 came in, and then another request was sent out in
18 May of '06, and this particular request again was
19 just asking, because we didn't get enough
20 information on appeals, so we asked again for any
21 information related to any appeals of the LMRPs

Page 34

1 regarding flow cytometry. We asked for any internal
2 or external E-mails, meaning E-mails between staff
3 members within the contractor organization as well
4 as any E-mails that they had sent out to the
5 provider community or any communications they had
6 with the provider community, and then we asked them
7 for information related to determinations -- any
8 determinations that the number of antibodies were
9 not reasonable and necessary, and any information on
10 ICD9 codes and LMRPs that did not reflect medically
11 appropriate indications.
12         And then in July of '05 -- or excuse me --
13 July 5th of 2006, we sent out a joint signature memo
14 to the carriers, again asking them for the same
15 documents that I have just previously mentioned.
16 Oh. And one more requirement that we had asked them
17 for was any documents or data including BESS data
18 analysis for flow cytometry used to create change or
19 amend any of their policies, and we asked them
20 additionally for CAC notes that they had and docs in
21 their files for creation or changes to the current

Page 35

1 policy.
2   Q   And when did that request having to do
3 with the BESS data, CAC notes, when was that made?
4   A   July 5th of 2006.
5       MR. MOLOT: Did you mention a June E-mail
6 as well?
7       THE WITNESS: I mentioned a May --
8 May 23rd of '06.
9       MR. MOLOT: Okay. I think there was a
10 June one. Anyway --
11  Q   Was there any instruction provided to the
12 carriers to retain documents in a usable form that's
13 related to flow cytometry?
14  A   What time frame are you talking about?
15 Because --
16  Q   Well, post-September 2005.
17  A   We have had long-standing policies about
18 contracts -- I don't know if I'm addressing your
19 question -- we've had long-standing policies about
20 contractors retaining claims documents as well as
21 any documents regarding adjudication of the claim,

Page 36

1 and basically, we call it a freeze policy; that they
2 are to freeze their destruction of any of those
3 documents. Now, I don't know the time frame, but
4 recently or relatively recently, a document did go
5 out that the contractors do not have to maintain a
6 hard copy of that information, but can actually
7 image it, but in doing that, they have to certify
8 that all the information was -- you know, was kept
9 in the images.
10  Q   Yeah. With respect to policies, I guess
11 along those lines, my understanding is that the
12 STARS tool that is used on claims data is archived
13 every three years. Do you have a different
14 understanding?
15  A   I can't speak to how frequently those
16 files are archived.
17  Q   And in your presentation, you had
18 referenced September '05 as being a trigger date for
19 some communications. Are you aware of any
20 communications that predated September '05 regarding
21 compiling documents responsive to our discovery

Page 37

1 request?
2   A   No, I'm not aware.
3       MR. MOLOT: I think she testified to an
4 August '05 communication to Jim Menas.
5       MR. SALCIDO: Okay. I see that.
6       THE WITNESS: I was speaking specifically
7 to the carriers.
8       MR. MOLOT: Yes.
9       MR. SALCIDO: Okay. Mark this as
10 Exhibit 5.
11      (Casey Deposition Exhibit Number 5 was
12 marked for identification.)
13      BY MR. SALCIDO:
14  Q   Obviously, most questions I was going to
15 ask on this document you've already answered, but in
16 terms of just setting a context for it -- and I'm
17 aware there -- you mentioned subsequent
18 communications after this one which included other
19 categories of information such as the CAC file and
20 the BESS data -- what I'm wondering is with respect
21 to -- you mentioned a communication internally with