# Exhibit 26

James T. O'Neill
325 West Huron Street
Suite 230
Chicago. Illinois 60610
(312) 654-8685

December 1, 2005

VIA FACSIMILE TO 618-998-5287

Wisconsin Physicians Service (WPS)
Medicare Part B
Attn: Freedom Of Information Dept.
P.O. Box 4433
Marion, IL 62959

    RE:   **FOIA Request**

Dear Sir/Madam:

    Pursuant to the Freedom of Information Act and applicable regulations, I request that your agency provide the following agency records:

1. All records concerning the adoption of Local Coverage Determinations L16830, L16831, L16832, and L16833 and (if it is something different or additional) Contractor's Determination Number PATH0016. (Note: These LCDs concern "Flow Cytometry.")

This request (without limiting its scope) includes the following, and references to L16830-33 are intended to include PATH-016:

    (a)    all comments received by your agency regarding any interim or final LCD for Flow Cytometry that preceded L16830-33;

    (b)    all records of communications between your agency and public commenters regarding the development of L16830-16833, including notes or other records of oral communications;

    (c)    all communications between WPS and CMS or HCFA regarding the consideration or adoption of L16830-16833; and

    (d)    all internal agency documents reflecting the considerations that led to the adoption of L16830-33.

    I agree in advance to pay fees of up to $350 without further consultation or approval. If you anticipate that charges will exceed $350, please contact me before exceeding this figure.

Wisconsin Physicians Service (WPS)
Medicare Part B
December 1, 2005

    I don't know exactly what kind of records your agency may maintain regarding the adoption of LCDs L16830-16833. For this reason, this request may be broader than it ultimately needs to be. I'm always happy to discuss with the agency possibly ways to reduce the scope and burden of the request.

    For example, LCDs L16830 through L16833 appear to be essentially the same document, with the sole difference between them being that they apply to different states. If there are four sets of records that are identical save for references to different states, there may be places where can cut down the paper involved by three-quarters.

    Finally, the last letter I received from WPS in response to a FOIA request did not contain information about whether and if so how I could take an administrative appeal of the response. If there are remedies you think I need to exhaust before seeking judicial review of your agency's response to this request, please let me know what they are in your response.

    Thank you in advance for your courtesy and cooperation, and for your commitment to open public records.

                              Sincerely,

                              James T. O'Neill

James T. O'Neill
235 West Huron Street
Suite 230
Chicago, Illinois 60610
(312) 654-8685

December 1, 2005

VIA FACSIMILE TO 618-998-5287

Wisconsin Physicians Service (WPS)
Medicare Part B
Attn: Freedom Of Information Dept.
P.O. Box 4433
Marion, IL 62959

**RE:   FOIA Request**

Dear Sir/Madam:

Pursuant to the Freedom of Information Act and applicable regulations, I request that your agency provide the following agency records:

1. The "Advisory Committee Meeting Notes" related to Local Coverage Determinations Nos. L16830 through L16834. (Note: These LCDs themselves indicate that there are "Advisory Committee Notes" for meetings on 5/16/03 and 3/24/95 (Wisconsin); 5/28/2003 (Illinois); 5/7/03 (Michigan)' and 5/8/03 and 9/30/96 (Minnesota).). I think these LCDs all stem from Contractor's Determination PATH-016.

I agree in advance to pay fees of up to $250 without further consultation or approval. If your agency anticipates that charges will exceed $250, please contact me before exceeding this figure.

I will be happy to discuss with your agency possibly ways to reduce the scope and burden of the request. For example, LCDs L16830 through L16833 appear to be essentially the same document, with the sole difference between them being that they apply to different states. If there are four sets of records that are identical save for references to different states, there may be places where can cut down the paper involved by three-quarters.

Thank you in advance for your courtesy and cooperation, and for your commitment to open public records.

Sincerely,



James T. O'Neill

# James T. O'Neill

411 West Ontario Street
Suite 507
Chicago, Illinois 60610

Tel. (312) 654-8685
Fax (312) 654-9893
JTO@jto.com

August 29, 2005

Freedom of Information Officer
Centers for Medicare & Medicaid Services
Freedom of Information Group
Room N2-20-16
7500 Security Boulevard
Baltimore, Maryland 21244-1850

Re: Request Under Freedom of Information Act

Dear Sir/Madam:

Pursuant to the Freedom of Information Act and applicable agency regulations, I request the following agency records:

1. All records reflecting the indexing of the rulemaking docket for the rulemaking entitled "Medicare Programs; Revisions to Payment Policies under the Physicians Fee Schedule for the Year 2004."

The Proposed Rule for this docket appeared starting at page began at page 49,030 (daily ed.) of the Aug. 15, 2003 *Federal Register*, and the Final Rule appeared starting at page 63,216 (daily ed.) of the Nov. 7, 2003 *Federal Register*.

The "File Code" for this docket appears to have been CMS-1476-P.

My objective is to identify comments regarding flow cytometry issues, as discussed at page 63,216 of Nov. 7, 2003 *Federal Register*. If CMS has an index limited to those comments, I would be happy to receive a copy of it and forego anything else covered by this request.

I agree in advance to pay charges of up to $100 for document search, review, and copying. If the charges are likely to exceed this amount, please let me know before exceeding $100 in charges.

Thank you in advance for you courtesy and cooperation.

Sincerely,

James T. O'Neill

# James T. O'Neill

05 SEP -7 A 7 55

411 West Ontario Street
Suite 507
Chicago, Illinois 60610

Tel. (312) 654-8685
Fax (312) 654-9893
JTO@jto.com

August 29, 2005

Freedom of Information Officer
Centers for Medicare & Medicaid Services
Freedom of Information Group
Room N2-20-16
7500 Security Boulevard
Baltimore, Maryland 21244-1850

CMS ROI 2250

Re: <u>Request Under Freedom of Information Act</u>

Dear Sir/Madam:

Pursuant to the Freedom of Information Act and applicable agency regulations, I request the following agency records:

1. All records included in the "review of flow cytometry reports" referenced by CMS at page 49,048 (daily ed.) of the August 15, 2003 *Federal Register*. This *Federal Register* notice was entitled "Medicare Programs; Revisions to Payment Policies under the Physicians Fee Schedule for the Year 2004; Proposed Rule," and began at page 49,030 of the Aug. 15, 2003 daily edition.

2. All records <u>other than rulemaking comments received from outside CMS</u> considered by CMS in arriving at the position on flow cytometry set forth at page 63,216 (daily ed.) of the November 7, 2003 *Federal Register*. This *Federal Register* notice was entitled "Medicare Programs; Revisions to Payment Policies Under the Physicians Fee Schedule for the Year 2004; final rule With Comment Period," and began at page 63,196 (daily ed.) of the Nov. 7, 2003 *Federal Register*.

I agree in advance to pay charges of up to $300 for document search, review, and copying. If the charges are likely to exceed this amount, please let me know before exceeding $300 in charges.

Thank you in advance for you courtesy and cooperation.

Sincerely,

*/s/ J F O'Neill*

James T. O'Neill

# James T. O'Neill

411 West Ontario Street  
Suite 507  
Chicago, Illinois 60610

Tel. (312)654-8685  
Fax (312) 654-9893  
JTO@jto.com

August 30, 2005

Freedom of Information Officer  
Centers for Medicare & Medicaid Services  
Freedom of Information Group  
Room N2-20-16   COSFO[2263  
7500 Security Boulevard  
Baltimore, Maryland 21244-1850

Re:   Request Under Freedom of Information Act

Dear Sir/Madam:

Pursuant to the Freedom of Information Act and applicable agency regulations, I request the following agency records:

1. All ALJ decisions issued from the **Mid-Atlantic Field Office** deciding appeals with regard (in whole or in part) to coverage of Procedure Code **88180** under **Medicare Part B**.

I agree in advance to pay charges of up to $100 for document search, review, and copying. If the charges are likely to exceed this amount, please let me know before exceeding $100 in charges.

Thank you in advance for you courtesy and cooperation.

Sincerely,

*[signature]*

James T. O'Neill

# James T. O'Neill

411 West Ontario Street  
Suite 507  
Chicago, Illinois 60610

Tel. (312)654-8685  
Fax (312) 654-9893  
JTO@jto.com

August 30, 2005

Freedom of Information Officer  
Centers for Medicare & Medicaid Services  
Freedom of Information Group  
Room N2-20-16  
7500 Security Boulevard  
Baltimore, Maryland 21244-1850

C05 ROI 2264

Re: Request Under Freedom of Information Act

Dear Sir/Madam:

Pursuant to the Freedom of Information Act and applicable agency regulations, I request the following agency records:

1. All ALJ decisions issued from the **Mid-West Field Office** deciding appeals with regard (in whole or in part) to coverage of Procedure Code 88180 under Medicare Part B.

I agree in advance to pay charges of up to $100 for document search, review, and copying. If the charges are likely to exceed this amount, please let me know before exceeding $100 in charges.

Thank you in advance for you courtesy and cooperation.

Sincerely,

James T. O'Neill

# James T. O'Neill

411 West Ontario Street  
Suite 507  
Chicago, Illinois 60610

Tel. (312)654-8685  
Fax (312) 654-9893  
JTO@jto.com

August 30, 2005

Freedom of Information Officer  
Centers for Medicare & Medicaid Services  
Freedom of Information Group  
Room N2-20-16  
7500 Security Boulevard  
Baltimore, Maryland 21244-1850

C05F0I2265

Re: Request Under Freedom of Information Act

Dear Sir/Madam:

Pursuant to the Freedom of Information Act and applicable agency regulations, I request the following agency records:

1. All ALJ decisions issued from the **Southern Field Office** deciding appeals with regard (in whole or in part) to coverage of Procedure Code 88180 under Medicare Part B.

I agree in advance to pay charges of up to $100 for document search, review, and copying. If the charges are likely to exceed this amount, please let me know before exceeding $100 in charges.

Thank you in advance for you courtesy and cooperation.

Sincerely,

James T. O'Neill

# James T. O'Neill

411 West Ontario Street  
Suite 507  
Chicago, Illinois 60610

Tel. (312)654-8685  
Fax (312) 654-9893  
JTO@jto.com

August 30, 2005

Freedom of Information Officer  
Centers for Medicare & Medicaid Services  
Freedom of Information Group  
Room N2-20-16  
7500 Security Boulevard  
Baltimore, Maryland 21244-1850

C05F0I2266

Re:   Request Under Freedom of Information Act

Dear Sir/Madam:

Pursuant to the Freedom of Information Act and applicable agency regulations, I request the following agency records:

1. All ALJ decisions issued from the Western Field Office deciding appeals with regard (in whole or in part) to coverage of Procedure Code 88180 under Medicare Part B.

I agree in advance to pay charges of up to $100 for document search, review, and copying. If the charges are likely to exceed this amount, please let me know before exceeding $100 in charges.

Thank you in advance for you courtesy and cooperation.

Sincerely,

*[signature]*

James T. O'Neill