# Exhibit 27

Page: 1 Document Name: Jane Wager

```
RSN      L    NHIC            NME      SEQ     SPL    CCN              E HC1A
TYPE          ACT/SEL
```

```
PF1=HIGHLIGHT                                                  PF4=TOP
PF2=ADD LINE(AFTER)              HELP CODE LOOKUP              PF7=BACKWARD
PF3=RETURN                        PAGE 01 OF 04                PF8=FORWARD
```

HELP CODE AUD434    FIELD 111502  BATCH    O/L        LAST UPDATE 111402
UPDATE ACTION I (I=INQUIRY, A=ADD, C=CHANGE, D=DELETE)  LAST CLERK  VMCA


                AUDIT ENDDATED 09/30/02

TITLE:    12 Times Per Day Limitation

EFFECTIVE DATES:   August 1, 1997 and after.

DESCRIPTION:   This audit fails the 13th and subsequent procedure
               billed on the same day for the same beneficiary.

SUBJECT CODES:    88180

HISTORY CODES:   Same as subject code.

ACTION:   When the 13th and subsequent procedure is billed, the system
          will take the following action:
EMC:

Assigned claim, no 'Y' in the 'D' field:

        No GA modifier - D387
        GA modifier - D395
        Third party biller - D923

Unassigned claim, the system will develop with V438.

    If the quantity billed is greater than 0010, the system will
    suspend; use the copy function to create a line for each date of
    service. Guidelines for the copy function are found on HE:COPY.

PAPER/OCR:

MSG TOP OF THE HELP CODE RECORD IS DISPLAYED

                                                          CMS0000253

                                                        **CONFIDENTIAL**

Date: 10/5/2005 Time: 4:12:05 PM

Page: 2  Document Name: Jane Wager

```
  RSN      L    NHIC           NME      SEQ    SPL    CCN              E  HC1/
  TYPE         ACT/SEL

  PF1=HIGHLIGHT                                                PF4=TOP
  PF2=ADD LINE(AFTER)              HELP CODE LOOKUP            PF7=BACKWAR:
  PF3=RETURN                         PAGE 02 OF 04             PF8=FORWARD

  HELP CODE AUD434    FIELD 111502 BATCH    O/L        LAST UPDATE 111402
  UPDATE ACTION I (I=INQUIRY, A=ADD, C=CHANGE, D=DELETE) LAST CLERK   VMCA
```

The system will suspend. If the quantity billed is greater than 0010, use the copy function to create a line for each date of service. Guidelines for the copy function are found on HE:COPY. Manually count and verify that 12 procedures are allowed. For the 13th and subsequent procedure, check for medical records. If information is available, refer to the MR nurses. If no documentation, take the following action:

Assigned claim:

    No GA modifier - D387
    GA modifier - D395
    Third party biller - D923

When denying, only deny the 13th and subsequent procedure.

Unassigned claim, develop with V438.

RESOLUTION:  If written documentation is submitted, route to the MR nurses.

    If the medical staff indicates the documentation is not legible, deny with D908

    If written documentation is not submitted, deny with:

    No GA modifier - D387
    GA modifier - D395

REVIEWS: We may make an additional allowance if written

MSG

**CONFIDENTIAL**

Page: 3 Document Name: Jane Wager

```
 RSN      L    NHIC            NME      SEQ    SPL    CCN              E HC1/
 TYPE          ACT/SEL

 PF1=HIGHLIGHT                                                         PF4=TOP
 PF2=ADD LINE(AFTER)              HELP CODE LOOKUP                     PF7=BACKWARD
 PF3=RETURN                        PAGE 03 OF 04                       PF8=FORWARD

 HELP CODE AUD434    FIELD 111502 BATCH    O/L         LAST UPDATE 111402
 UPDATE ACTION I (I=INQUIRY, A=ADD, C=CHANGE, D=DELETE) LAST CLERK  VMCA
```

documentation is submitted that supports more than 12 services per day per beneficiary. We need documentation of a morphologic abberation (i.e., change in the differential WBC) that justifies the medical appropriateness of necessity of this test. Reviews submitted with documentation should be routed to the MR nurses. Put the review in LOC 041.

NOTE: This procedure previously was on audit 432 and allowed 7 per day. For any dates of service, 12 can be allowed without additional documentation. Recovery was completed on 5/20/98 to identify the services that were denied in error from August 1, 1997 and after. Additional allowances were made. (Prob Rpt #114)

REASON: Operations meeting 3/17/98.

PUBLISHED: June 98 bulletin, page 21, discusses the necessity of supporting documentation when a procedure is billed more than once per day.

11/18/02-Enddated audit 09/30/02.(MC)
08/05/02-Added guidelines to use the copy function to create new lines on the claim. Following these instructions will generate a HIPAA compliant ERA. See Federal Register 45 CFR, Parts 160 and 162). (PA)
05/21/01-Set audit to auto-deny/develop EMC and suspend paper to check for medical documentation. Claims and reviews with documentation attached should be submitted to the MR nurses for determination of medical necessity. Added guidelines

MSG

**CONFIDENTIAL**

Date: 10/5/2005 Time: 4:12:05 PM                            _CMS0000255

```
RSN     L    NHIC              NME       SEQ    SPL    CCN            E HC1/
TYPE         ACT/SEL

PF1=HIGHLIGHT                                                  PF4=TOP
PF2=ADD LINE(AFTER)              HELP CODE LOOKUP              PF7=BACKWARD
PF3=RETURN                        PAGE 04 OF 04                PF8=FORWARD

HELP CODE AUD434    FIELD 111502 BATCH    O/L        LAST UPDATE 111402
UPDATE ACTION I (I=INQUIRY, A=ADD, C=CHANGE, D=DELETE)  LAST CLERK  VMCA
```

          if the documentation is not legible deny with D908. (JW)
01/01/01-Added publication date.(MC)
06/12/00-Changed waiver denial guidelines to instruct the staff to
         deny.  It previously told them the system would do it.(MC)
05/15/00-Added waiver denials.(MC)
02/14/00-Made audit suspend so a manual count can be done.  The
         audit would deny the thirteenth service even though some of
         the twelve were not allowed.(MC)  Added zero '0' at the
         beginning of the location to prepare for CSR 2981, location
         expansion. (JW)
03/29/99-Changed note to document completed recovery.  (SAED)
03/20/98-New audit.  We can allow 12 88180s per day per Dr. Gerber
         and Dr. Busby.  Approved by Ops 3/17/98. (RS)

MSG NO MORE OF THE HELP RECORD TO DISPLAY