# Exhibit 29

```
                              REXXFL26.FCI
FCDB220            ▯ Q  F   ▯ -  ë▯    ▯ ,▯  ]▯    ▯ ß▯        ▯.ў▯. ▯       ▯'
¶  ▯ ▯ ó▯     ▯ ▯ ▯ ▯ RE: Flow Cytom KBUSSAN   FLOWCYTO REXXFL26.FCI ▯ RE: Flow
Cytometry LMRP
                                                                            ó▯▯
 2    ó▯▯
 2           ▯ˆ H ▯     ▯ ▯ KELLY, ANN                      WPS.AKELLY

                                                    ¼▯▯ ▯        .C
                                        ▯ BUSSAN MD, KENNETH L.     WPS.KBUSSAN

                                                            ó▯▯
  ▯ ▯    ▯                                                 --- Received from
WPS.AKELLY 608-301-2615              06-09-03 1050a
```

Here you go. He is addressing the IL CAC reps comments.  Ann


From: sreich@meriter.com
To: WPS.AKELLY@WPSIC.COM
Cc: wmatthaeus@oncofwis.com
Date: Thu, 29 May 2003 14:50:49 -0500
Subject: RE: Flow Cytometry LMRP

Hi Ann,

Thanks for the extra documents. I agree with Dr. Izban. His estimates
of 17-20 antibodies for leukemia/lymphoma are right in line with what I
am going to suggest. While occasional cases may require up to 30
antibodies, it would be best to review them on a case by case basis
rather than set an artificially high limit. I don't think Medicare
wants or needs to pay for all the 25 antibody "one size fits all
disease" panels that are being done. My work in progress revision is
attached. Dr. Matthaeus is having it reviewed in Milwaukee and I will
have it reviewed in Madison.

Scott

-----Original Message-----
From: KELLY, ANN [mailto:WPS.AKELLY@WPSIC.COM]
Sent: Thursday, May 29, 2003 12:55
To: wmatthaeus@oncofwis.com; Reich, Scott
Subject: Flow Cytometry LMRP


--- Received from WPS.AKELLY 608-301-2615                05-29-03
1255p
------------------------------------------------------------------
------------------------------------------------------------------
-------------------------------

Dr. Reich and Dr. Matthaeus,

I have received this response from Dr. Boren from the Illinois CAC. I am
also attaching a
European concensus document on Immunophenotyping for Leukemias. In the
radiation therapy document
we placed a sentence in the document as it related to IMRT that this was
evolving technology and

Page 1

CMS013679