# Exhibit 30

May 1, 2003

Charles Ross, M.D.
Department of Pathology
University of Michigan Medical Center
Ann Arbor, Michigan

Samual Sliver, M.D.
Department of Internal Medicine
University of Michigan Medical Center
Ann Arbor, Michigan

Gary Assarian, D.O.
Hospital Consolidated Laboratories
23775 Northwestern Highway
Southfield, Michigan  48075

RE:   Proposed Revisions to Draft of LMRP for Flow Cytometric Immunophenotyping.

Dear Colleagues,

I am writing to share my comments and suggestions for revisions of the draft for the local medical review policy (LMRP) for flow cytometric immunophenotyping. I've attached a word document with my revisions to the initial LMRP draft. Since document is a bit large and the changes dispersed among it, I'll also "outlined" below the major issues that I feel should be addressed.

**Eliminate the Requirement for "Triage" Panel:** The proposed LMRP includes a requirement that a triage panel (CD3, CD5, CD19, CD45, Kappa, Lambda) be run and interpreted first on all cases. This is in the "Indications & Limitations of Coverage and/or Medical Necessity" section. This requirement should be eliminated from the LMRP for several reasons. A triage panel ...
- is at best redundant (and often inferior) to the initial clinical triage;
- will increase laboratory workload;
- will lengthen turnaround time and
- will result in false negative results in a significant minority of cases.

There is no body of evidence in the peer-reviewed literature from multiple institutions to support the use of the limited triage panel or it's diagnostic efficiency with regards to false negative ("normal") screens. As a corollary, recent consensus proposals and well as other LMRPs do not recommend or include such a triage panel (e.g. California; Georgia).

The triage of potential flow samples is more effectively performed by the patient's physician or the pathologist to whom tissue is sent for diagnostic and/or prognostic evaluation. Either of these groups will have the combination of clinical, laboratory and morphologic information to best assess whether flow is indicated, and what particular antigens should be evaluated.

CMS013467

The limited panel of leukocyte markers in the triage panel will result in a proportion of cases where there are "false negative" results (e.g. the profile looks normal, but there is a fraction of neoplastic cells present). Examples of this would include Hairy Cell and T Large Granular Lymphocytic Leukemias, large cell lymphomas, and staging marrows.

Lastly, the proposed triage panel creates an inefficient workflow. This is because the proposed triage panel is incomplete for diagnosing virtually all acute leukemias and a significant minority of mature lymphoid neoplasias. As such, the flow lab will have to waste both time and resources to first run the triage panel, then re-stain with the additional markers that are necessary for complete diagnosis and/or prognostication. This is particularly true for marrow, blood or fine needle aspirate samples, where architectural features critical for grading are absent. Finally, all of this will result in a significant increase in turnaround time for the flow results, hence for any other reports dependent upon

Note: You may wish to offer an alternative requirement that a lab must have a "B clonality" panel in addition to other panels. This is similar to what we have to do with any other profile (e.g. Lyte7) where we also have to offer the constituents as individually orderable tests. I would not do exactly the same with flow (do not have the ability to order single antibodies). Rather, I would make sure that a client who want only B cell clonality checked can order such a limited panel.

**Define 25 Antibodies as Upper Limit for Automatic Payment for Immunophenotyping of a given sample:** This is an initial negotiating level. The California LMRP settled on 20. The CCS support letter for the California LMRP had 22 as the upper level.

**Expand ICD9 Code List for Medical Necessity:** A significantly expanded list of ICD9 codes are added. This is in line with the California LMRP for flow cytometry, and reflects that samples may be obtained from almost any body site (particularly in the age of fine needle aspiration biopsy) with a variety of clinical ICD9 diganostic codes (e.g. "mass", "malignant neoplasm, not otherwise specified", presumed "carcinoma"). Since hematolymphoid neoplasia or morphologically atypical reactive lymphoproliferations may be found in any body site, an expanded list of ICD9 codes outside of the leukemia and lymphoma diagnostic codes is needed.

Please feel free to call (313-916-1533) or E-mail me (jcarey1@hfhs.org) with any questions or concerns.

Sincerely