# Exhibit 32

## Molot, Richard (USACT)

**From:** Molot, Richard (USACT)
**Sent:** Thursday, April 19, 2007 4:27 PM
**To:** 'Piermattei, William F.'
**Cc:** robert salcido; Parker, Bruce R.; Davis, Pat (CIV); Chorpening, Jennifer (CIV)
**Subject:** RE: Medicare documents produced to Jim ONeill

Bill,

I'm writing to follow-up on my email to you of yesterday, and confirm that we will agree to stipulate to the authenticity of the O'Neill documents you sent to me on CD on April 6, 2007. We have confirmed with CMS that these documents were produced to Mr. O'Neill. I do note one minor discrepancy-it appears from the cover-letter on the CD and CMS' review that 1018 pages of documents were produced by CMS to Mr. O'Neill. However, the documents you provided on the CD were only bates stamped to page 1015.

Please let me know if you have any questions.

Rick

---

**From:** Piermattei, William F. [mailto:WFPiermattei@Venable.com]
**Sent:** Wednesday, March 28, 2007 11:11 AM
**To:** Molot, Richard (USACT)
**Cc:** robert salcido; Parker, Bruce R.
**Subject:** Medicare documents produced to Jim ONeill

<<Wisconsin Physician Services Document Production.pdf>>
Rick,

Attached is our proposal that, in lieu of producing the documents CMS/Wisconsin Physician Services produced to Jim O'Neill, you stipulate to their authenticity and treat them as if they were produced to Dianon directly. Please let me know as soon as possible whether you will accept this proposal as our briefs for discovery sanctions are due April 20th. Thanks,
Bill

William Piermattei
Venable, LLP
2 Hopkins Plaza, Suite 1800
Baltimore, Maryland 21201
410-244-7473

---

```
PRIVILEGED AND CONFIDENTIAL COMMUNICATION

The information contained in this communication is privileged and confidential, and is
intended only for the use of the individual or entity named above and others who have
been specifically authorized to receive it.  If the reader of this message is not the
intended recipient, you are hereby notified that any dissemination, distribution or
copying of this communication is strictly prohibited.  If you have received this
communication in error, or if any problems occur with transmission, please notify the
sender immediately.
```

****************************************************************************

5/8/2007