# Exhibit 33

# WPS INTERNAL EMAIL DOCS

CMS013639

```
                          FLOWX121.FCI
FCDB220              ☐  Q   F       ☐ -   ë☐     ☐ ,☐  ☐☐     ☐ -☐          ☐ :☐  ☐         ‡'
¶   ☐ ☐ ó☐                 ☐ ☐    flow cytometry FRANKLIN FLOWCYTO FLOWX121.FCI ☐ flow
cytometry

                                                                                       ó☐
  ☐ ☐   ó☐                 ☐ ☐              ☐☐ B ☐        ☐ KELLY, ANN
WPS.AKELLY
                                                                                ¼☐☐
☐           ö☐
                            franklin.montelano@delnor.com

                         ¼☐☐    ☐      ☐
              --- Received from WPS.AKELLY 608-301-2615          09-09-03   504p
--- Received from WPS.AKELLY 608-301-2615          09-09-03 1110a
--- Received from WPS.AKELLY 608-301-2615          09-09-03 1100a
```

Dr. Montelano,

Attached is the final draft of the flow cytometry policy. We plan to publish in October with an effective date of 11/15/2003. There is still time for your thoughts.

Thank you for your insights on this issue.

Ann

Ann Kelly BSN, RN

```
---- 09-09-03 1100a ---- Sent to         ----------------------------
  -> franklinmontellano@delnor.com

---- 09-09-03 1110a ---- Sent to         ----------------------------
  -> franklinmontelano@delnor.net

---- 09-09-03  504p ---- Sent to         ----------------------------
  -> franklin.montelano@delnor.com
☐ ☐ ☐ final2pa.doc☐ FINAL120.docFile Cabinet\flow cytometry
```

Page 1

CMS013643

```
                              FLOWXC43.FCI
FCDB220          ▯ Q  F    ▯ -  ë▯    ▯ ,▯  a▯     ▯ ā▯         ▯ ā▯  ▯       þ%
¶   ▯   Ó▯▯ ▯ ▯ .  Flow cytometry SREICH    FLOWCYTO FLOWXC43.FCI ▯ Flow cytometry
LMRP
                                                             Ó▯▯ ▯ ▯ .    Ó▯▯ ▯
▯ .         ▯ E ▯       ▯ KELLY, ANN                    WPS.AKELLY

                                                      ¼▯▯  ▯          it
                         sreich@meriter.com

                       ¼▯▯   ▯      ▯
              --- Received from WPS.AKELLY 608-301-2615              05-20-03   346p
```

Dr. Reich,

I will have to copy and mail since they did not e-mail them. So far, I have received comments from Michigan and a few from Minnesota. I have not received any yet from Wisconsin or Illinois but they have until July 15th to submit. I will mail what I have this week.

Thanks,

Ann

------------------------------------------------------------

From: sreich@meriter.com
To: akelly@wpsic.com
Date: Tue, 20 May 2003 15:28:26 -0500
Subject: Flow cytometry LMRP

Hi Anne,

Could you e-mail or real mail me the comments you have received about the flow cytometry policy?

Scott Reich, MD
General Medical Laboratories
36 S. Brooks St.
Madison, WI  53715

---- 05-20-03   346p ---- Sent to     -------------------------------
  -> sreich@meriter.comFile Cabinet\flow cytometry

Page 1

CMS013647

```
                              FLOWXC89.FCI
FCDB220        ▯ Q  F     ▯ -   L▯    ▯ ā▯  Z▯    ▯ =▯   >     ▯.{▯ .▯      äS
¶   ▯ ▯ ó▯▯ ▯ ▯ 7   Flow Cytometry => 2 ¶▯  FLOWCYTO FLOWXC89.FCI ▯ Flow Cytometry
LMRP

                                                              ó▯▯ ▯ ▯ 7    ó▯▯ ▯
▯ 7         ▯B ÿ ▯      ▯ KELLY, ANN                    WPS.AKELLY
```

¼▯▯ ▯

wmatthaeus@oncofwis.com

¼▯▯   ▯    ▯

sreich@meriter.com

¼▯▯   ▯     ▯
--- Received from WPS.AKELLY 608-301-2615                     05-29-03 1255p
------------------------------------------------------------------------
------------------------------------------------------------------------
-----

Dr. Reich and Dr. Matthaeus,

I have received this response from Dr. Boren from the Illinois CAC. I am also attaching a
European concensus document on Immunophenotyping for Leukemias. In the radiation therapy document
we placed a sentence in the document as it related to IMRT that this was evolving technology and
we would be responsive to changes in technology. I do think we could add that statement. I
currently believe, unless you guide me in a different direction, that setting up an absolute
number of tests as it relates to flow cytomery for leukemia or lymphoma may be unreasonable now.
I did know that occassionally a 30 tests were needed but I specifically left this sentance out of
the document in hopes that the pathologists would specifically state when a large number were
needed. My tactic did not work since the numbers submitted are all over the board.

Thank you for your help. I believe Dr. Frigy and all the commentors have made some good points.
They have until July 10th to make further comments so we have some time to work on this.

Ann

------------------------------------------------------------------------
-------------
------------------------------------------------------------------------
-------------
------------------------------------------------------------------

From: afrigy@smd.hshs.org
To: WPS.SBOREN@WPSIC.COM
Date: Thu, 29 May 2003 11:29:38 -0500
Subject: Flow Cytometry LMRP

Page 1

CMS013652