# Exhibit 38

**BlueCross BlueShield of Massachusetts**

INTEROFFICE MEMO

March 1, 1995

TO: Elizabeth Jaccoma

FR: Margo Clayman

RE: **DNA Analysis by Flow Cytometry (CPT Codes 88180, 88182)**

cc: G. Blank, M.D., D. Boissonneault, M. Bourg, P. Kahakalau, M. Kanof, M.D., A. Rose

---

Dr. Kanof and I have reviewed all the information you sent in reference to the above.

We appreciate your referring this to Medical Policy, especially the issue and examples of cases overturned by the Administrative Law Judges.

Our Local Medical Policy on D.N.A. Analysis by Flow Cytometry has been in effect since March 3, 1989.

We will relook at our policy for determination of coverage or continuance of non-coverage for CPT Code 88182 (Cell Cycle or D.N.A. Analysis). I will let you know once our decision is made.

In reference to the limitation of liability for these denied services, a new narrative message has been developed. It now states "The information we have in your case does not support the need for this service." The two Denial Messages are:

    128 - without advance notice
        Bene not liable)
        and
    546 - with advance notice
        (Bene is liable)

Training instructions will be going out to the operational areas on this narrative change.

Dr. Kanof will be looking at the ALJ issue. Until the carriers decision is changed, claims should continue to Deny through all levels of appeal for the code 88182.

Thank you again.

CMS005911

## Taxol *continued...*

RATIONALE FOR CREATING POLICY:

Policy for Taxol required revision due to the addition of covered diagnoses.

EFFECTIVE DATE:

This policy is effective 30 days after the date of this publication.

♦♦♦ Path 139

# Flow Cytometry

DESCRIPTION:

Flow cytometry is a techniques used on peripheral blood, bodily fluids, and tissue samples which allows the accurate identification and measurement of cells. Image analysis permits the computer analysis of microscopic images for DNA content and proliferative activity of cells.

CPT SECTION: Pathology

CPT CODES:

88180 Flow cytometry; each cell surface marker

88182 ; cell cycle or DNA analysis

HCFA's NATIONAL POLICY: Not applicable

INDICATIONS AND LIMITATIONS OF COVERAGE:

Flow cytometry has clearly established clinical values in breast cancer, head and neck carcinomas, and endometrial cancer. It has wide clinical application in monitoring T. helper and suppressor cells in HIV infection, and it is extensively used to determine the immunophenotypic features of leukemia and lymphoma.

Reimbursement:

| Locality | Par. | Non-Par. | Lim.Chrg |
|---|---|---|---|
| **88180** | | | |
| 01 | 30.01 | 28.51 | 32.79 |
| 02 | 29.25 | 27.79 | 31.96 |
| 03 | 25.88 | 24.59 | 28.28 |
| **88180 TC** | | | |
| 01 | 8.34 | 7.92 | 9.11 |
| 02 | 8.10 | 7.70 | 8.86 |
| 03 | 6.70 | 6.37 | 7.33 |
| **88180 26** | | | |
| 01 | 21.67 | 20.59 | 23.68 |
| 02 | 21.15 | 20.09 | 23.10 |
| 03 | 19.18 | 18.22 | 20.95 |
| **88182** | | | |
| 01 | 72.84 | 69.20 | 79.58 |
| 02 | 70.78 | 67.24 | 77.33 |
| 03 | 62.30 | 59.19 | 68.07 |
| **88182 TC** | | | |
| 01 | 22.12 | 21.01 | 24.16 |
| 02 | 21.32 | 20.25 | 23.29 |
| 03 | 17.75 | 16.86 | 19.39 |
| **88182 26** | | | |
| 01 | 50.72 | 48.18 | 55.41 |
| 02 | 49.47 | 47.00 | 54.05 |
| 03 | 44.54 | 42.31 | 48.66 |

COVERED ICD-9 CODES:

| | |
|---|---|
| 042 | 170.0 - 170.1 |
| 150.0 | 171.0 |
| 150.3 | 172.0 - 172.4 |
| 160.0 - 160.9 | 173.0 |
| 161.0 - 161.9 | 173.4 |
| 162.0 - 162.2 | 174.0 - 174.9 |

CMS005765

# AGENDA

Minnesota Carrier Advisory Committee
December 5, 1996 4:00 p.m. - 6:00 p.m.
MetraHealth Insurance Company
8120 Penn Avenue South, Second Floor
Bloomington, MN 55431

1. Welcome - Dr. Thomas Recht

2. Approval of Minutes from May 16, 1996 - Dr. Recht

3. Carrier Update - Mike Esterley, Director

4. Old Business

    A. Policies published in November 1996 Medicare News (Handout) - Dr. Recht

        1. Indocyanine Green Angiography
        2. Blepharoplasty
        3. YAG Laser Capsulotomy
        4. Botulinum Toxin A
        5. Chest X-ray
        6. Skin Lesions
        7. Psychiatry
        8. Colonoscopy

    B. Monitored Anesthesia Care - Dr. Recht

    C. Teaching Physicians - Dr. Recht

    D. BPD Approved Model Local Medical Review Policies (LMRP) - Dr. Recht

        1. Process
        2. Not National Policy

    E. Investigational Device Exemption (IDE) - Dr. Recht, Dr. Bell

    F. Correct Coding Initiative (CCI) - Pat Donohue

5. New Business

   A. CPT Update - Dr. Wood

   B. Changes to the Medicare Physician Fee Schedule Database (MPFSDB) - Dr. Recht (To be distributed)

   C. Final Comments - Policies Distributed September 30, 1996 - Dr. Recht

      1. Prothrombin Time
      2. Flow Cytometry
      3. Serum Iron
      4. Urine Culture
      5. Cataract

   D. New Policies for Comment - Dr. Recht (To be distributed)

      1. Immunoassay for Tumor Antigen
      2. Coverage of Services and Procedures in Nursing Facilities
      3. Glycated Hemoglobin/Glycated Protein
      4. Magnesium
      5. Ionized Calcium

   E. Utilization Data - E&M Codes - Pat Donohue

   F. Services Tracking Analysis and Reporting System (STARS) - Sue Ringsred, R.N.

   G. Carrier Medical Directors Meeting - Dr. Recht

6. Open Discussion

7. Schedule of Meetings for 1997

   February 21
   May 22
   August 24
   November 20