# Exhibit 41

```
From:      Aron Primack
To:        JEng
Date:      9/13/98 11:11pm
Subject:   CD45 etc -Reply
```

No, I think we should use the lowest number that gives the information. I think we should use the CD45 as quality control;.

I would like the name and phone number of the lab so I can talk with them. I probably will not be able to travel because of lack of time.

>>> Joyce Eng 09/11/98 10:32am >>>
Aron:

The CD 45 is probably a quality control measure, added to each tube. While Mitch doesn't have a position on whether there should be 18 antibodies for leukemias and 25 antibodies for bone marrows, there exists a conflict between what was originally presented and what was discussed yesterday. We went from having a $200 test to one almost $500.

On yesterday's oncology subcomittee on flow cytometry call, the number of antibodies kept rising. In the original policy offered by Mitch and Bryan and counseled by the CMD lab work group, there were 12 antibodies for leukemias and 18 for lymphomas.

Then in the 9/4 policy revision offered by Dr. Loy, there were lesser numbers of 6, 8 or 12 depending upon the disease process.

At one point, the discussion evolved around whether there should be a Medicare limit of 12 antibodies, no matter the process and request documentation for additional antibodies. (Not leave it open-ended).

The draft policy will be revised for the larger numbers but we may need to have a basis for a smaller number of covered services. The 88180 code for 1997 was 482,497 allowed services and was $10,096,731 payment. With the expansion of the policy almost 4-fold, we can expect a substantial rise in payment after the policy is loose.

Do you want payment to determine the greatest number of antibodies based upon a data review, as you suggested yesterday?

Should we find references to bolster our position for 12 antibodies?

How should we incorporate a payment-holding position when the coverage doesn't restrict the number of antibodies in the test, since the numbers seem dependent upon the disease and is not the same units per claim?

Dr. Loy has a lab for you to visit. Do you want to fly next

CMS003400

week?   JE

CC:      BALT2.CO2(Agreenberg, CBlack1, MBarber, THefter), ...

CMS003401

```
From:      Jackie Sheridan
To:        HCFA.SMTP_Gateway("jkn1@cdc.gov")
Date:      11/23/98 12:52pm
Subject:   HFCA policy process -Reply
```

Jan,

It was the recommendation of the oncology workgroup, which the full Committee accepted, that a national coverage policy on flow cytometry not be developed at this time.

The wrokgroup further recommended that HCFA continue research and work on development on this procedure through its regular coverage process. We do not have a time table for when we will develop this policy. But we do welcome any information you would like us to consider.

However, I think it is important to clarify that the criteria that HCFA has for establishing national coverage policy does not require us to accept CDC guidlines as defacto coverage policy. We certainly want to consider the CDC guidelines as part of our process as well as any other scientific literature you believe will be helpful.

Jackie


>>> "Nicholson, Janet" <jkn1@cdc.gov> 11/17/98 09:20am >>>
Thanks for returning my call yesterday. I have a question for you about the
process of rule-making for HCFA. What happens after the public meetings
this week? What opportunities will there be for me to comment on the
proposed rule before it is published in the Federal Register? What are the
time frames for the steps in the process?

My concern is that HCFA should support any guidelines CDC has published
regarding CD4 cell counting in HIV infection. A secondary concern is that
adequate scientific input is included in all HCFA rulings regarding
laboratory tests. Lastly, regarding flow cytometry, nationwide efforts of
scientists and clinicians (under the aegis of the FDA) to come to consensus
on leukemia and lymphoma immunophenotyping should weigh heavy in the HCFA
negotiations.

I will be in and out of meetings today, so we may not be able to touch base

CMS003402

by phone.

Jan Nicholson
HIV Immunology Branch/DASTLR/NCID
Centers for Disease Control and Prevention
404-639-3436
FAX: 404-639-2108


CC:      gbagley, aprimack, jeng, mburken

```
From:     Joyce Eng
To:       APrimack, MBurken, Internet: <Bryan_Loy@AICI.Com>
Date:     10/1/98 11:53am
Subject:  Comments due on flow cytometry
```

You should have received a fax from Dr. Holly Yamada in which she included Flow Cytometry Indications. It's dated 9/25 or 9/28.

I have attached additional comments. Response is due 10/2/98 to Joyce; asap.

In addition: Earlier this week I received comment from Dr. Loy about my version of the re-write for cases of lymphoma. I did not think we wanted to determine if less than 12 antibodies was medically necessary so I talked this over with Dr. Loy and he understands the difficulties of creating edits for less than 12 and for the paperwork review that would make this burdensome. We agreed that up to 12 antibodies for the medical/professional component and up to 18 for the technical component was acceptable. Aron/Mitch: Are you okay with this?

```
CC:       RCoyne
```

CMS003408

Mr. Frank Kiesner
Oncotech

September 21, 1998

Subject: Antibody policy for Leukemia and Lymphomas

We have reviewed the policy as stated by Drs. Yamada and Mehta dated September 14 and while much of that resembles the policy as discussed on the subcommittee call, we would like further discussion on the number of antibodies.

HCFA (Aron Primack, M.D.) did discuss with Dr. Wold the need for 12 antibodies for both leukemia and lymphoma but further discussion with Dr. Loy suggests that we might want to consider covering the technical and professional components differently. (Please see the attached document).

If you want to discuss with Dr. Loy or myself, please call us.

This policy revision will be given to Dr. Burken tomorrow before the call but he is off today for the Jewish holidays.

Thank you for considering this revision.

Joyce F. Eng

CMS003407

FROM : ONCOTECH, INC.          PHONE NO. : 714 798 0428          Sep. 21 1998 01:06PM P1

# FACSIMILE COVER SHEET
## Oncotech, Inc.
1791 Kaiser Avenue
Irvine, CA 92614
(949)798-0408
fax(949)798-0428

**NAME:**  Distribution - Negotiated Rulemaking Oncology Subcommittee - Workgroup Relating to Flow Cytometry in Hematologic Malignancies

Dr. Mitch Burken
(410)786-4005
Ms. Joyce Eng
(410)786-8533
Dr. Bryan Loy
(502)329-8565
Dr. Ila Mirchandani
(215)728-2064
Dr. Sherif A. Nasr
(201)462-4331
Dr. Aron Primack
(410)786-0192
Dr. Lester Wold
(507)284-1927

**DATE:** 9/21/98
**FROM:** Frank J. Kiesner
**PAGES SENT:** 2    (Including Cover Page)

## COMMENTS:

I received the following comments from Joyce Eng and Bryan Loy relating to the leukemia/lymphoma flow cytometry policy which was faxed to each of you on 9/16. Joyce and Bryan suggested that the attached modification be viewed as defining a level of antibodies which could be increased in a specific case, contingent upon additional documentation showing medical necessity.

As a point of clarification, the policy faxed on 9/16 was intended to integrate the comments made during the conference call of 9/10 into a format for discussion and approval.

Please return your comments relating to today's fax within 48 hours. We will then return to you a proposed final draft for your approval.

CMS003415

FROM : ONCOTECH, INC.         PHONE NO. : 714 798 0428         Sep. 21 1998 01:07PM P2
                                                               P.03/03
SEP-21-1998 11:34        HCFA

**From:**    Bryan Loy <Bryan_Loy@AICI.COM>
**To:**      BALT2.CO2(JEng)
**Date:**    9/21/98 10:52am
**Subject:** flow

Joyce,

After having thought of possibilities for closure/consensus on flow, I
    propose the following verbiage:

Medicare will cover the professional component (88180-26) for up to 12
    medically necessary antibodies for the work up of leukemia and/or
    lymphoma. Medicare will cover the technical component (88180-TC) for
    up to 18 medically necessary antibodies for the work up of leukemia
    and/or lymphoma. If requested, the medical documentation must support
    the necessity for these antibody studies.

Studies requiring antibodies in excess of 12 for the professional
    component and/or in excess of 18 for the technical component will only
    be covered when the medical record supports the necessity for
    additional antibodies.

Let me know what you think
I would prefer to run this past Aron and Mitch but I don't know a way
    of getting in touch with them today.
    Bryan

CC:    Bryan Loy <Bryan_Loy@AICI.COM>

TOTAL P.03

CMS003416