# Exhibit 42

From:       <Niles.R.Rosen@Anthem.com>
To:         "Paul Rudolf" <PRudolf@cms.hhs.gov>
Date:       11/27/02 10:40AM
Subject:    Re: flow cytometry

I agree with Joyce Eng that an NCD on flow cytometry will be difficult to
achieve. I think that there are a number of reasons why it has been
difficult to achieve a consensus in the past. Joyce has identified some of
the reasons. I think people have NOT focused on the basic issue that the
only covered markers are those that are reasonable and necessary for
diagnosis or treatment. One of the problems in the past has been that the
wrong question has been asked to the wrong people. The first question
needs to be asked to the hematologists/oncologists: For example, do
treatment protocols for lymphoma and lymphocytic leukemia require
additional phenotyping beyond B cell vs T cell vs Null cell? (Does it make
any difference with regard to treatment whether a lymphoma types as a pre-B
cell as opposed to a B-cell? Does it make any difference with regard to
treatement if a B-cell lymphoma has a marker for follicular center cell?)
If so, what additional phenotyping information do they require for
treatment under what circumstances? With this information, one might be
able to begin a discussion with pathologists about how many markers are
reasonable and under what circumstances. Perhaps it would be appropriate
to begin testing with a few markers to determine B cell vs. T cell vs. null
cell. Then based on the tumor morphology select a few additional markers
if it makes a difference in treatment protocol.


        "Paul Rudolf"
        <PRudolf@cms.hhs.      To:    "Joyce Eng" <JEng@cms.hhs.gov>, "Madeline
        gov>                   Ulrich" <MUlrich@cms.hhs.gov>
                        cc:    <niles.r.rosen@anthem.com>, "Jackie Sheridan"
        11/26/02 02:20 PM      <JSheridan@cms.hhs.gov>, "Jeffrey Shuren"
                        <JShuren@cms.hhs.gov>, "Kenneth Simon"
                        <KSimon@cms.hhs.gov>, "Laurie Feinberg"
                        <LFeinberg@cms.hhs.gov>, "Sharon Hippler"
                        <SHippler@cms.hhs.gov>, "Shana Olshan"
                        <SOlshan@cms.hhs.gov>
                        Subject: Re: flow cytometry


I think this is worth discussing

In fact an NCD on certain issues may be a possiblity

For example:

1. Only allow flow cytometry if examination of tissue is inconclusive
2. Only allow flow cytometry if the clinical usefulnesso f the info, in
addition to info from tissue and other sources, is documented
3. Maximum number of markers are needed for certain diseases and tissues?

USAO010

**From:**      Joyce Eng
**To:**        Ulrich, Madeline
**Date:**      11/26/02 12:53PM
**Subject:**   flow cytometry

Madeline:

Unless the industry has improved its cell lines and has stated protocols, it would a mistake to develop an NCD on flow cytometry. Under the negotiated rule process, ASCO could not even agree which cells lines were more important and how many different reactions (strengths) were needed to define leukemias, lymphomas, solid tumors, etc. There was no agreement on which cell lines were controls and how many were needed for the entire test system. In some cases, the carrier medical directors asked for certain cell lines but not all labs had the same cells so it was the best guess of the resulting patterns. Further, there was discussion on the number of technical components and professional components. Pay for 10 techs but only 5 interpretations (professional). The problems are more than just what does flow cytometry provide? How should it be interpreted if everyone has different cell lines and should these be validated before any treatment so Medicare would pay for the test more than once... In most instances, Medicare does not set up repeating tests.

**CC:**        Hippler, Sharon;  Olshan, Shana;  Sheridan, Jackie;  Shuren, Jeffrey

USAO012

*Flow cytometry*

From:       Laurie Feinberg
To:         JSHERIDAN
Date:       11/14/02 12:54PM
Subject:    Fwd: Fw: Flow Cytometry, CPT 88180

MORE CHATTER

>>> Paul Deutsch <pdeutsch@EMPIREBCBS.COM> 11/14/02 12:37PM >>>
Can a request be made for an NCD on this? That would create a time frame for response.

—— Original Message ——
From: Sewell, Sidney
To: MEDICARE-CMDS@LIST.NIH.GOV
Sent: Thursday, November 14, 2002 12:27 PM
Subject: Re: Flow Cytometry, CPT 88180


AMEN! To Niles recommendation. I agree that coding and payment policy is the
only way to make some sense out of these services and payments. How about
getting it on the steering committee agenda?




——Original Message——
From: Niles.R.Rosen@ANTHEM.COM [mailto:Niles.R.Rosen@ANTHEM.COM]
Sent: Thursday, November 14, 2002 11:56 AM
To: MEDICARE-CMDS@LIST.NIH.GOV
Subject: Re: Flow Cytometry, CPT 88180


Most of you know me as the medical director of the NCCI program. In my
former career, I was a pathologist, board certified in anatomic, clinical,
and hematopathology.

It is my personal opinion that what is going on with flow cytometry
constitutes an industry accepted abuse or fraud although many people do not
participate in it. The problem is caused by the code descriptor and payment
for 88180. It is paid for each marker (cell surface, cytoplasmic, or
nuclear) tested. Payment in Indiana is $18.63 (professional component)
plus $14.70 (technical component) for each marker tested. The selection of
which markers to test is done by the pathologist. (read as self-referral)
Does it surprise anyone that excess numbers of markers are tested?

Is this reimbursement scheme reasonable? The testing is performed on a
machine operated by a technologist, not a pathologist in the usual case.
The pathologist usually gets a summary of what percentage of counted cells
is positive for each marker. The pathologist also has available to him
graphs showing which cells were counted, but the pathologist usually does
not have to look at them. The pathologist usually dictates a one or two
sentence interpretation. I have not seen any reports where the pathologist
describes how the result of each marker helped determine the diagnosis.
The pathologist work in the typical case is probably 5-10 minutes. If he
tests 20 markers, his payment is $372.60 for his professional component.
What does a surgeon have to do for $372?

USAO013

Are twenty markers necessary? Rarely, but I suspect that you will not find anyone performing these tests who will agree with me, and people who do not perform them are overwhelmed by the complexisty of the arguments in favor of so many markers. I occasionally signed out flow cytometry at a major well known Indianapolis hospital when I covered for the person who usually signed them out. I asked him how some of the markers contributed to the diagnosis. He did not know, but he did know that the pathology group was getting paid for them.

I will provide one example of the type of abuse that exists. Flow cytometry in many labs is often performed before the specimen is examined microscopically. If the pathologist has a lymph node that might have lymphoma, he has a panel of markers that he will do on each such lymph node. Some of these markers help identify very rare types of lymphomas. Would it not be more reasonable to examine the lymph node microscopically, and then test only those cell markers that are relevant to that case rather than a whole panel of markers? Also note that in this scenario, if the lymph node is determined to be benign on microscopic examination, the pathologist who performs flow cytometry before examining the specimen still collects his fee for the flow study.

What can CMDs do? Nothing unless you can find a hematopathologist who will come forward and help you do medical review. You may also find yourself in a dispute between experts. As Saty found, it will be hard to find such a person. It is against his self interest.

I think that the best solution to this problem is to change the code descriptor and payment. If payment was NOT based on the number of markers tested, the problem would disappear.

By the way, if you look at 88342, you will find that there are similar self referral problems because the code payment is based on the number antibodies the pathologist decides to test.


"Winter, Eugene
795"          To:
MEDICARE-CMDS@LIST.NIH.GOV
          <Eugene.Winter@CI      cc:
          GNA.COM>          Subject:  Flow Cytometry, CPT
88180
          Sent by: Medicare
          Contractor
          Medical Directors
          <MEDICARE-CMDS@LI
          ST.NIH.GOV>


          11/14/02 10:03 AM
          Please respond to
          "Winter, Eugene
          795"

USAO014

**From:**     Laurie Feinberg
**To:**       jsheridan
**Date:**     11/14/02 10:45AM
**Subject:**  Fwd: Re: Flow Cytometry, CPT 88180


>>> "Lurvey, Arthur N" <arthur.lurvey@EDS.COM> 11/14/02 10:42AM >>>
e have just finished an LMRP on flow cytometry and immunohistochemistry, and
have limited the number to 20 flow cytometry markers and 10 histochemistry
markers for cancer. WE did to to curb, among other things, one large lab
doing 35 or mor markers on one specimen. Another lab pathologist said they
do them because they get no information from the physician or institution
sending the specimen. I countered that any patient with cancer where the
doctor doesn't send information as to where the specimen came from and what
the tentative diagnosis or thought of diagnosis (or symptoms) should not be
taking care of the patient.

Anyway, the state path association, and a professor from USC all agreed that
99% of cases could be analyzed with no more than 20 tests (10
immunocytochemistry tests) and any more were improper./ You can read the
draft on our website, though by now the final should be on it also.

art lurvey

-----Original Message-----
From: S.Satya-Murti@BCBSKS.COM [mailto:S.Satya-Murti@BCBSKS.COM]
Sent: Thursday, November 14, 2002 7:17 AM
To: MEDICARE-CMDS@LIST.NIH.GOV
Subject: Re: Flow Cytometry, CPT 88180


Eugene:

This was a sensitive issue at our location in 2001. I had worked with Bryan
Loy, Niles Rosen and Mitch Burken on this issue. I had collected data from
many of us in the CMD cadre, and we were very high utilizers in
metropolitan Kansas City labs.

Our contract then hired a few consultants. But, when it came down to the
nitty-gritty, both consultants said that the high numbers (>20 or even >40)
were acceptable in the specific cases they had reviewed. After much effort,
I did not accomplish much.

My suggestion is to ask Mitch Burken if CMS has any new thought on this
issue. As you know Mitch is a Pathologist, and he did mention in Feb 2001
that CMS, too, is concerned with high utilization but they had other issues
to grapple with at that time. Another person who may have new ides is Niles
Rosen, also a Pathologist.

If you all come up with fresh thoughts, I would be quite grateful to
revisit the issue.

Best of luck,

Saty.

USAO016

## Schwartz, Daniel (CMS/OFM)

| | |
|---|---|
| From: | Schwartz, Daniel [DSchwartz2@cms.hhs.gov] |
| Sent: | Thursday, January 02, 2003 1:24 PM |
| To: | Feinberg, Laurie |
| Cc: | Hill, Hugh |
| Subject: | Re: Fwd: Flow Cytometry, CPT 88180 |

Sorry for the late response...Not that CAG needs our blessing, but someone has to request it, and I suppose Dr. Winter could if he felt there was enough of a need. Otherwise Jackie is correct, contractor discretion.

>>> Laurie Feinberg 11/14/02 12:17PM >>>
Do you think we should ask CAG to develop national policy?  There is quite a bit of CMD chatter on this issue

>>> Jackie Sheridan 11/14/02 11:32AM >>>
Laurie,

Flow cytometry was one of the tests the oncology workgroup during the lab reg neg worked up.  They had a draft, but the Committee failed to reach agreement on adoptin it so it was tabled.  CAG has not received a formal request for an NCD on this and we are not presently working on the issue.  In the absence of national policy, it is a mater for contractor discretion.  If the CMD thinks this is a problem biller, they should take the appropriate steps to review the claims.  You might want to discuss this with PI.  Dan Schwartz is the lab person in PI.

Jackie

>>> Laurie Feinberg 11/14/02 10:16AM >>>
Jackie--perhaps this is a coverage issue.  These amount to a lot of money

>>> "Winter, Eugene 795" <Eugene.Winter@CIGNA.COM> 11/14/02 10:03AM >>>
Hi all,

It is frequently difficult to establish the medical necessity for the number of services for this code. It appears that it is rarely necessary to bill more than twenty. We have a provider with a multi state service area, who bills more than 22 markers per claim in more than 35% of all claims submitted.

Have any of you encountered this situation? If so, would you kindly share with me how you are approaching it?

Thanks - Eugene

Eugene J. Winter, M.D.
Carrier Medical Director, Tennessee
CIGNA HealthCare
Medicare Administration
Two Vantage Way
Nashville, TN 37228
Tel:   615.782.4565
Fax:   615.782.4480
Network:  8.244.4565
Eugene.Winter@CIGNA.com <mailto:Eugene.Winter@CIGNA.com>
Confidential, unpublished property of CIGNA.
Do not duplicate or distribute.
Use and distribution limited solely to authorized personnel.
© 2002 CIGNA

------------------------------------------------------------------------
CONFIDENTIALITY NOTICE: If you have received this e-mail in error, please immediately

1

USAO029