# Exhibit 44

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA )
ex rel. DR. JAMES J. TIESINGA, )
)
      Plaintiffs, )
)
v. ) No. 3:02 CV 1573(MRK)
)
DIANON SYSTEMS, INC., )
)
)
      Defendant. )

### Declaration of James P. Menas

1. I am a Health Insurance Specialist in the Division of Practitioner Services, Hospital and Ambulatory Policy Group, in the Centers for Medicare and Medicaid Services.

2. In my role as a Health Insurance Specialist, I had some involvement with the proposed rule for flow cytometry, CPT Code 88180, that was published in the Federal Register on or about August 15, 2003 (the proposed rule).

3. The primary author of the proposed rule was Dr. Paul Rudolph, who was a medical officer in the Hospital and Ambulatory Policy Group. Dr. Rudolph conferred with Dr. Niles Rosen, who worked for Medicare's correct coding initiative, about the proposed rule.

4. I participated in approximately two teleconferences with Dr. Rudolph and Dr. Rosen regarding the proposed rule. I also sat in on a few meetings with Dr. Rudolph regarding the proposed rule.

5. I do not recall sending or receiving emails regarding the proposed rule. I communicated orally with Dr. Rosen and Dr. Rudolph regarding the proposed rule, either through teleconferences or in meetings.

I do so affirm this _10th_ day of May 2007

                              _James P. Menas_

                              James P. Menas