# Exhibit 45

**From:**      <Niles.R.Rosen@ANTHEM.COM>
**To:**        <MEDICARE-CMDS@LIST.NIH.GOV>
**Date:**      3/13/03 9:12AM
**Subject:**   Flow Cytometry Reports

CMS has discussed a new coding proposal for Flow Cytometry reporting with
the College of American Pathologists (CAP). The CAP is not pleased with
the proposal. One element of the proposal is to pay the professional
component of flow cytometry (88180-26) on a per case rather than the
current "per marker" basis.

It would be helpful if we had medical records that included flow cytometry
reports from different parts of the country. Although most of you probably
do not have ready access to such records, we would appreciate 2-3 cases
from any of you who have them. We need them in the next few days.

Please remove all patient and provider identification and FAX the reports
to me at 317-841-4600.

Thank you for your help.

Niles R. Rosen, M.D.
Medical Director
National Correct Coding Initiative

CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is
for the sole use of the intended recipient(s) and may contain confidential
and privileged information. Any unauthorized review, use, disclosure or
distribution is prohibited. If you are not the intended recipient, please
contact the sender by reply e-mail and destroy all copies of the original
message.