# Exhibit 46

# Re: CD43

From: Frederic Preffer (*preffer@helix.mgh.harvard.edu*)
Date: Fri Dec 19 1997 - 13:08:39 EST

- **Next message:** Jifeng Yu: "RE: Fluorochrome other than FITC with Ki-67?"
- **Previous message:** Abby Allen: "Bead Source"
- **In reply to:** Maryalice Stetler-Stevenson: "Re: CD43"
- **Next in thread:** Howard Ratech: "Re: CD43"
- **Messages sorted by:** [ date ] [ thread ] [ subject ] [ author ] [ attachment ]

---

Dear Maryalice

I agree with you about the utility of CD43 to the point where i do include it with our examination of B cell tumors. We find it generally helpful in conjunction with other markers in distinguishing mantle cell tumors from other low grade lymphomas which tend not to express it.

regards
frederic preffer


At 09:58 AM 12/19/97 -0400, you wrote:

Howard,
        I have to disagree with you. Few markers are lineage specific. TDT can be found in ALL and AML but it is still useful. I find CD43 to be useful when evaluated in a panel of antibodies. CD43 positivity by a B-cell monomorphic process is very useful. CD43 positivity alone is worthless (but then so is CD20 positivity alone). I think that CD43 is used for IPox studies because it works well in paraffin sections. However, other antibodies, that so far only work well on fresh tissue, are more useful. Therefore we don't use CD43 for flow but do in IPox.

                Maryalice

>
>CD43 is not lineage specific and therefore has limited diagnostic utility.
>
>The following reference may be of interest to you:
>
>The "CD43 only" phenotype. An aberrant, nonspecific immunophenotype
>requiring comprehensive analysis for lineage resolution. Segal GH et al.
>Am J Clin Pathol 97:861-865, 1992
>
>Sincerely,
>
>Howard Ratech, MD
>
>On Wed, 17 Dec 1997, Adrian O Vladutiu wrote:
>
>>
>> While antibody to CD43 are being commonly used in immunohistochemistry,
>> for flow cytometry the use of this antibody is not listed in the many

NIH0000117

```
>>> consensus reports on antibodies to be used for analysis of lymphoma by
>>> flow cytometry. Are there explanations for this?
>>>
>>>
>>>
>
>Maryalice Stetler-Stevenson
>Director Flow Cytometry Unit
>Laboratory of Pathology, NCI, NIH
>
>
>
>
```

```
         Frederic I. Preffer
preffer@helix.mgh.harvard.edu
Department of Pathology- Warren 525A
100 Blossom St
Massachusetts General Hospital
Boston MA 02114
 v(617) 726-7481   fax (617) 724-3164
```

- **Next message:** Jifeng Yu: "RE: Fluorochrome other than FITC with Ki-67?"
- **Previous message:** Abby Allen: "Bead Source"
- **In reply to:** Maryalice Stetler-Stevenson: "Re: CD43"
- **Next in thread:** Howard Ratech: "Re: CD43"
- **Messages sorted by:** [ date ] [ thread ] [ subject ] [ author ] [ attachment ]

This archive was generated by *hypermail 2.1.6* : Thu Jan 01 2004 - 17:34:08 EST

NIH0000118

# Re: apoptosis detection

**From:** Maryalice Stetler-Stevenson (*stetler@box-s.nih.gov*)
**Date:** Tue Sep 22 1998 - 06:50:17 EST

- **Next message:** Maryalice Stetler-Stevenson: "Re: M7"
- **Previous message:** Mark Gauci: "re: Sorting Sydney's water"
- **In reply to:** Carine Malcus-Vocanson: "apoptosis detection"
- **Next in thread:** Deborah Berglund: "Re: removing adherent cells, was apoptosis detection"
- **Reply:** Deborah Berglund: "Re: removing adherent cells, was apoptosis detection"
- **Messages sorted by:** [ date ] [ thread ] [ subject ] [ author ] [ attachment ]

---

This is a big problem with some cell lines but not with others. Some cells enter cell suspension easily with an EDTA method but there are those terrible lines that are very difficult to get into suspension. I'd also like to hear of everyone's tricks for these cells.

    Maryalice

Dear Flow-ers,

We started to study apoptosis 4 years ago.
We're working with an adherent cell line and we're using flow cytometry detection of propidium iodide stained cells after ethanol fixation (apoptotic cells = sub-G1 peak). But we have lots of problems because of this cell line (which is adherent !), and the cell detachment is a very delicate step : we need to save living cells as well as apoptotic cells (and apoptotic bodies).
 Now we're using PBS/EDTA buffer with a very low addition of trypsin, but it's not the absolute solution. So we're looking for ideas in order to simplify this step or to substitute the method.
Thank you for any help !

Best regards,

Carine MALCUS

---

Carine MALCUS-VOCANSON, Ph. D.
// cellular biology // bioethics //

bioMerieux S.A.
UMR 103 CNRS - bioMerieux
E.N.S.L.
46, allee d'Italie
69364 LYON cedex 07
FRANCE

Ph : 33 (4) 72 72 85 92
Fax : 33 (4) 72 72 85 33
email : Carine.Malcus-Vocanson@ens-bma.cnrs.fr

NIH0000150

Maryalice Stetler-Stevenson
Director Flow Cytometry Unit
Laboratory of Pathology, NCI, NIH

- **Next message:** Maryalice Stetler-Stevenson: "Re: M7"
- **Previous message:** Mark Gauci: "re: Sorting Sydney's water"
- **In reply to:** Carine Malcus-Vocanson: "apoptosis detection"
- **Next in thread:** Deborah Berglund: "Re: removing adherant cells, was apoptosis detection"
- **Reply:** Deborah Berglund: "Re: removing adherant cells, was apoptosis detection"
- **Messages sorted by:** [ date ] [ thread ] [ subject ] [ author ] [ attachment ]

This archive was generated by hypermail 2.1.6 : Thu Jan 01 2004 - 17:35:24 EST

NIH0000151

# Re: caspase-3

**From:** Maryalice Stetler-Stevenson (*stetler@box-s.nih.gov*)
**Date:** Tue Sep 07 1999 - 08:35:14 EST

- **Next message:** John Altman: "A Request: Specify Species!"
- **Previous message:** Ivona Olszak: "POSITION AVAILABLE"
- **In reply to:** frances gibson: "caspase-3"
- **Next in thread:** Candace Enockson: "Re: caspase-3"
- **Reply:** Candace Enockson: "Re: caspase-3"
- **Messages sorted by:** [ date ] [ thread ] [ subject ] [ author ] [ attachment ]

---

We also have tried this antibody in parallel with Annexin V without success but haven't done a time course, etc to determine if there are biological reasons this isn't working for us. I would be interested in others experience with this antibody and any tricks people may have used to get it to work better.

    Maryalice

Dear all

We have been using a anti-Caspase-3 rabbit polyclonal ab conjugated with PE (this is supposed to bind to the active form only) by flow. We've looked for caspase-3 activation in camptothecin or etoposide treated Jurkatt cells (cytospins confirm apoptosis in these cells) after fixation and perm, without success. This ab is from Pharmingen.

Does anyone have experience with looking for caspase-3 activation by flow ? Are there other antibodies available ?

Any comments would be much appreciated.

Fran Gibson
Dept Haematology
St. George's Hospital Medical School
London

Maryalice Stetler-Stevenson
Director Flow Cytometry Unit
Laboratory of Pathology, NCI, NIH

---

- **Next message:** John Altman: "A Request: Specify Species!"
- **Previous message:** Ivona Olszak: "POSITION AVAILABLE"
- **In reply to:** frances gibson: "caspase-3"
- **Next in thread:** Candace Enockson: "Re: caspase-3"
- **Reply:** Candace Enockson: "Re: caspase-3"
- **Messages sorted by:** [ date ] [ thread ] [ subject ] [ author ] [ attachment ]

NIH0000155

This archive was generated by *hypermail 2.1.6* : *Thu Jan 01 2004 - 17:37:24 EST*

NIH0000156

# Re: FMC7 AND INTERMEDIATE CELL LYMPHOMA

**From:** Maryalice Stetler-Stevenson (*stetler@box-s.nih.gov*)
**Date:** Wed Jun 11 1997 - 13:06:18 EST

- **Next message:** Neal Benson: "Re: Recharge accounts and federal regulation of them?????"
- **Previous message:** Simon Monard: "Re: Data storage"
- **Maybe in reply to:** MLBeal@aol.com: "FMC7 AND INTERMEDIATE CELL LYMPHOMA"
- **Next in thread:** hugh johnson: "Re: FMC7 AND INTERMEDIATE CELL LYMPHOMA"
- **Reply:** hugh johnson: "Re: FMC7 AND INTERMEDIATE CELL LYMPHOMA"
- **Messages sorted by:** [ date ] [ thread ] [ subject ] [ author ] [ attachment ]

```
I can't cite statistics but from our clinical experience, FMC7 is extremely
sensitive for mantle cell but not specific (many other lymphomas are FMC7
positive). I have never had a real mantle cell lymphoma that was FMC7
negative (most consistent with Mantle cell doesn't count as these are
usually something in between real mantle cell and something else). It is
useful in differentiating CD5+ neoplasms with the appropriate morphology. A
CD5+ neplasm that is FMC7+ and CD23- and has small lymphoid cells with
compact chromatin as well as some what cleaved nuclei is mantle cell. But
then of course, nothing stands alone in diagnosis of neoplasia. If you have
a specific example, what are the other antigens studied?


        Maryalice

>HEY,
>DOES ANYONE KNOW THE SENSITIVITY AND SPECIFICITY OF FMC7 IN THE FACE OF A
>PICTURE THAT APPEARS TO REPRESENT INTERMEDIATE CELL (MANTLE CELL OR ZONE)
>LYMPHOMA IN HUMANS (FOR YOU PURISTS). THANKS SO MUCH, MELISSA L. BEAL, M.D.

Maryalice Stetler-Stevenson
Director Flow Cytometry Unit
Laboratory of Pathology, NCI, NIH
```

- **Next message:** Neal Benson: "Re: Recharge accounts and federal regulation of them?????"
- **Previous message:** Simon Monard: "Re: Data storage"
- **Maybe in reply to:** MLBeal@aol.com: "FMC7 AND INTERMEDIATE CELL LYMPHOMA"
- **Next in thread:** hugh johnson: "Re: FMC7 AND INTERMEDIATE CELL LYMPHOMA"
- **Reply:** hugh johnson: "Re: FMC7 AND INTERMEDIATE CELL LYMPHOMA"
- **Messages sorted by:** [ date ] [ thread ] [ subject ] [ author ] [ attachment ]

NIH0000190

*This archive was generated by hypermail 2.1.6 : Thu Jan 01 2004 - 17:33:58 EST*

# RE: controls

**From:** Stetler-Stevenso, Maryalice (NCI) (*stetler@mail.nih.gov*)
**Date:** Wed May 22 2002 - 12:46:53 EST

- **Next message:** David Coder: "Fw: Cloning in the US"
- **Previous message:** Timothy Singleton, M.D.: "Re: computer network"
- **Maybe in reply to:** Julie L Wieseler Frank: "controls"
- **Next in thread:** Arnold Richard Pizzey: "RE: controls"
- **Messages sorted by:** [ date ] [ thread ] [ subject ] [ author ] [ attachment ]

---

```
It depends on what you are doing. If you have a mixed sample- like from a
patient, you have in each tube cells that are positive and negative for the
antigen being studied. The negative cells in that tube stained with a
specific antibody are better controls than an isotype control. The isotype
is useful when everything is the same- like cell lines- or everything seems
positive and you don't know if it is real.

Maryalice Stetler-Stevenson, M.D., Ph.D.
Chief, Flow Cytometry Unit
Laboratory of Pathology, NCI, NIH

Sometimes you're the windshield, sometimes you're the bug.

> ----------
> From:          Julie L Wieseler Frank
> Reply To:      frankjw@psych.colorado.edu
> Sent:          Tuesday, May 21, 2002 11:35 AM
> To:     Cytometry Mailing List
> Subject:       controls
>
>
> hello all!
>
> okay, so when i was trained to run flow experiments, i was STRONGLY
> encouraged to use isotype controls for each label i used to evaluate non-
> specific binding.  is this considered a highly conservative approach?  i
> am
> working with somebody who shrugs off my need/want to run isotype controls,
> and i feel baffled.
>
> i appreciate feedback -- this seems like a no-brainer, but it would seem i
> am missing something!
>
> --
>  Julie L. Wieseler-Frank, PhD
>  Research Associate
>  Department of Psychology
>  Campus Box 345
>  University of Colorado at Boulder
>  Boulder  CO  80309-0345
>  tel: 303 735 2295
>  fax: 303 492 2967
>  frankjw@psych.colorado.edu
```

>
>
>

- application/ms-tnef attachment: stored

- **Next message:** David Coder: "Fw: Cloning in the US"
- **Previous message:** Timothy Singleton, M.D.: "Re: computer network"
- **Maybe in reply to:** Julie L Wieseler Frank: "controls"
- **Next in thread:** Arnold Richard Pizzey: "RE: controls"
- **Messages sorted by:** [ date ] [ thread ] [ subject ] [ author ] [ attachment ]

*This archive was generated by hypermail 2.1.6 : Thu Jan 01 2004 - 17:41:43 EST*

NIH0000320