# Exhibit 47

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA,
ex rel. Dr. James J.
Tiesinga,

    Plaintiffs,

vs.      No.3:02CV157(MRK)

DIANON SYSTEMS, INC.,

    Defendant.
_____/

    The deposition of MARY ALICE STETLER-STEVENSON, M.D. was held on Tuesday, August 22, 2006, commencing at 9:30 a.m. at the Law Offices of Venable, L.L.P., 575 7th Street, N.W., Washington, D.C., before Steven Poulakos, Notary Public in and for the District of Columbia.

REPORTED BY:  Steven Poulakos

1    clear.  The government has produced to us a number of
2    e-mails that you posted on an internet site which
3    people talk about flow cytometry.  My questions don't
4    forth that sort of activity.
5              My questions pertain to your use of your
6    computer sending e-mails to other governmental
7    employees or other colleagues outside of the government
8    involving e-mail, regarding flow excuse me.
9              Was that clear?
10        A    Yes.
11        Q    Let me start over again.
12             Have you used and do you use regularly your
13   government computer with e-mail transmission to discuss
14   not on the internet but in direct e-mail-to-e-mail
15   transmission your colleagues in the pathology arena
16   regarding flow?
17        A    In pathology?
18        Q    Yes, ma'am.
19        A    Not on a regular basis.
20        Q    But --
21        A    It's possible I may have.

1   Q   Over the course of whenever e-mail became
2   readily available, colleagues surely have sent e-mails
3   to you directly and said MaryAlice, Dr.
4   Stetler-Stevenson, I've got a difficult case, what do
5   you think about this, those sort of communications
6   occur?
7   A   Could you clarify?  Are you talking about
8   within the government or in general?
9   Q   Within the government or outside,
10  physicians outside the government.
11  A   Physicians outside the government, yes,
12  definitely.
13  Q   And, Doctor, at any time before today have
14  you ever been instructed by counsel to save those
15  e-mail transmissions?
16  A   No.
17  Q   What is the government's destruction policy
18  of e-mails from your computer?
19  A   I believe that NIH saves e-mails for seven
20  days.
21  Q   So after seven days anything that you may