# Exhibit 48

no    11-03 thru    88180, 88342   Same day    All provs.
      04-44



Missouri Stars 5.0.1

Subset Summary Report

Subset ID: 2040700056

PROFESSIONAL SERVICES SUMMARY REPORT        07/19/04 10:49    Page 1

| Proc Code | Proc Mod1 | Proc Mod2 | Nbr Pats | Allwd Srvcs | Allowed Amt | Total Srvcs | Billed Amt | Frequency | Nbr Of Srvs Per 100 Pats | # Of Claims |
|---|---|---|---|---|---|---|---|---|---|---|
| 88180 | | | 7 | 63.00 | 3,045.91 | 63.00 | 4,078.05 | 9.00 | 900.00 | 7 |
| 88180 | 26 | | 41 | 445.00 | 7,843.14 | 545.00 | 21,538.58 | 10.85 | 1,085.36 | 49 |
| 88180 | 26 | 59 | 54 | 544.00 | 10,291.34 | 709.00 | 37,988.08 | 10.07 | 1,007.40 | 60 |
| 88180 | 26 | GC | 33 | 334.00 | 6,217.74 | 364.00 | 10,016.00 | 10.12 | 1,012.12 | 37 |
| 88180 | 59 | GC | 1 | 6.00 | 264.80 | 6.00 | 264.00 | 6.00 | 600.00 | 1 |
| 88180 | 76 | | 2 | 30.00 | 964.44 | 42.00 | 2,520.00 | 15.00 | 1,500.00 | 3 |
| 88180 | 76 | 59 | 7 | 104.00 | 6,826.90 | 104.00 | 11,048.00 | 14.86 | 1,485.71 | 12 |
| 88180 | TC | 76 | 8 | 108.00 | 2,160.00 | 192.00 | 3,840.00 | 13.50 | 1,350.00 | 14 |
| 88342 | | | 9 | 33.00 | 2,421.62 | 52.00 | 7,284.00 | 3.67 | 366.66 | 9 |
| 88342 | 26 | | 27 | 109.00 | 4,810.03 | 165.00 | 14,789.64 | 4.04 | 403.70 | 32 |
| 88342 | 26 | 59 | 84 | 542.20 | 24,536.83 | 552.20 | 56,978.34 | 6.45 | 645.47 | 91 |
| 88342 | 26 | GC | 15 | 71.00 | 3,154.83 | 100.00 | 9,283.00 | 4.73 | 473.33 | 15 |
| 88342 | 59 | | 1 | 3.00 | 233.52 | 3.00 | 420.00 | 3.00 | 300.00 | 1 |
| 88342 | 59 | GC | 2 | 6.00 | 467.04 | 6.00 | 594.00 | 3.00 | 300.00 | 2 |
| 88342 | 76 | | 2 | 0.00 | 0.00 | 17.00 | 2,380.80 | 0.00 | 0.00 | 2 |
| 88342 | 76 | 59 | 15 | 114.00 | 8,970.70 | 100.00 | 26,320.00 | 7.60 | 760.00 | 27 |

Window Operations:

Close





CMS031423

*Provider*
**W76406**

## Louisiana Stars 5.0.1

File  Edit  Analysis  Reporting  Case  Interfaces  LookUp  Window  Help

### Subset Details

- **Subset ID:**
- **Case ID:**
- **Subset Type:**
- **User ID:**
- **Invoice Types:**
- **Source**
- **Subset Source ID:**
- **Sub Source Case ID:**
- **Criteria ID:**
- **Description:** LA W76406 88180,88342 11/03-4/04
- **Billed Charges:**
- **Allowed Amount:**
- **Denied Amount:**
- **Payment:**
- **Count:** [redacted]
- **Created:**

[Retrieve] [Update] [Delete] [Save As...] [Clear] [More...] [Close]

Printing the window. Please wait.  Click here for 1 message  07/07/2004 01:22 PM  Active Invoice: OF

start — Inbox - Microsoft Out... — Louisiana Stars 5.0.1 — 1:22 PM

CMS031605

**CRITERIA FOR SUBS** 004700009  Date Requested: 7/7/04 13:22  Page 1 of 1

| Step Id | Level | Line | Lp | Expression One | Rel Op | Expression Two | Rp | Logic | Case Id | Case Spl | Case Ver |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | K | CF.PAYMENT_DATE | BETWEEN | '11/01/2003' AND '04/30/2004' | | AND | NONE | | |
| 1 | 1 | 2 | | CF.PROV_UPIN | = | 'W76406' | | AND | NONE | | |
| 1 | 1 | 3 | | CF.PROC_CODE | IN | ('88180','88342') | | NONE | NONE | | |

CMS031606

Summary Analysis Report - Professional  
Jul - Dec 2003  
07/07/04 12:41  Page 1

| Prov UPIN | Proc Code | Prov Spec | Billed Amt | Allwd Amt | Payment Amount | Srvc Allwd | Srvc Denied | Srvc Billed | #Patients | Unique Provs | Num Claims |
|---|---|---|---|---|---|---|---|---|---|---|---|
| N76406 - THE DELTA PATHOLOGY GRO | 88342 | 69 | 547,214.00 | 187,195.88 | 148,171.25 | 2,633.00 | 237.00 | 2,870.00 | 648 | 1 | 748 |
| N76406 - THE DELTA PATHOLOGY GRO | 88180 | 69 | 1,164,150.00 | 120,363.71 | 96,210.71 | 2,376.00 | 13,140.00 | 15,516.00 | 432 | 1 | 820 |

CMS031607

LH

103 — 104

PROFESSIONAL SERVICES SUMMARY REPORT    07/07/04 13:25    Page 1

| Prov Upin | Proc Code | Proc Mod1 | Proc Mod2 | Nbr Pats | Allwd Srvcs | Allowed Amt | Total Srvcs | Billed Amt | Frequency | # Of Claims |
|---|---|---|---|---|---|---|---|---|---|---|
| W76406 | 88180 | | | 357 | 1,872.00 | 101,351.44 | 11,712.00 | 880,875.00 | 5.24 | 647 |
| W76406 | | 26 | | 14 | 69.00 | 1,292.46 | 522.00 | 39,150.00 | 4.93 | 18 |
| W76406 | | 76 | | 4 | 15.00 | 786.15 | 63.00 | 4,725.00 | 3.75 | 5 |
| W76406 | | 91 | | 3 | 12.00 | 628.92 | 92.00 | 6,900.00 | 4.00 | 5 |
| W76406 | 88342 | | | 467 | 1,863.00 | 141,280.35 | 1,980.00 | 376,508.00 | 3.99 | 513 |
| W76406 | | 26 | | 42 | 137.00 | 6,058.09 | 151.00 | 30,351.00 | 3.26 | 44 |
| W76406 | | 59 | | 2 | 5.00 | 221.53 | 5.00 | 1,005.00 | 2.50 | 2 |
| W76406 | | | 77 | 1 | 1.00 | 45.35 | 1.00 | 201.00 | 1.00 | 1 |
| W76406 | | 59 | | 58 | 193.00 | 14,683.90 | 198.00 | 37,642.00 | 3.33 | 60 |
| W76406 | | 91 | | 4 | 17.00 | 1,276.13 | 17.00 | 3,417.00 | 4.25 | 4 |
| W76406 | | 91 | 91 | 1 | 0.00 | 0.00 | 1.00 | 201.00 | 0.00 | 1 |
| W76406 | Q6 | | | | | | | | | |
| W76406 | TC | | | 14 | 32.00 | 921.75 | 37.00 | 7,393.00 | 2.29 | 16 |

CMS031608

| Title | Flow Cytometry- Maryland |
|---|---|
| Problem Statement | Maryland has limited coverage for flow cytometry in the absence of local medical review policy. |
| Background | Flow cytometry is a laboratory procedure used in identifying malignant cell types in various leukemias and lymphomas. Medicare pays about $20 to $25 per service. |

| LMRP Data Analysis<br>Flow Cytometry<br>Patients and Providers Affected | | | |
|---|---|---|---|
| Selection Criteria | Maryland Part B; 1/1/96 to 12/31/96; Procedure Codes 88180 and 88182. | | |
| Claims (lines) | Patients | | Providers |
| | With Allowed Claims | Total | |
| 1041 | 307 | 609 | 38 |

| LMRP Data Analysis<br>Flow Cytometry<br>By Diagnosis | | |
|---|---|---|
| Diagnosis | Units Denied | Total Units |
| Leukemias (204X-208X) | 740 | 2201 |
| Lymphomas and Myelomas (200X-203X) | 312 | 1438 |
| Other Blood Neoplasm (238X) | 59 | 363 |
| White Cell Disorders (288X) | 260 | 260 |
| HIV Infection (042) | 116 | 238 |
| Purpura (287X) | 111 | 111 |

Analysis performed on STARS, 3/25/97 by Pat Scott, Michelle Mongoven, and C. Haley.

CMS007010