# EXHIBIT 2

| Medicare Part B Connecticut Data Procedure Code 88180 Denial Rates for Dianon (690000180) Paid Dates 01/01/95 through 09/17/05 | | | |
|---|---|---|---|
| Year of Service | Total Services Billed | Total Services Denied | Percent of Denials |
| 1995 | 1,069 | 107 | 10.00% |
| 1996 | 49,825 | 35,376 | 71.00% |
| 1997 | 93,453 | 71,091 | 76.07% |
| 1998 | 52,415 | 12,618 | 75.93% |
| 1999 | 49,139 | 26,467 | 53.86% |
| 2000 | 56,010 | 24,959 | 55.44% |
| 2001 | 2,082 | 1,381 | 66.33% |
| 2002 | 173,840 | 101,098 | 58.16% |
| 2003 | 144,626 | 89,164 | 61.65% |
| 2004 | 160,349 | 33,484 | 20.88% |
| 2005 | 49,635 | 27,976 | 56.36% |
| **Total** | **832,443** | **423,721** | **50.90%** |

CMS003174