# EXHIBIT 3

09/01/95  10:27  ☎203 236 1624    WOLF PRINTING CO → DIANON SYDNEY    ☒001

# DIANON SYSTEMS
*Diagnostic Innovations for Medicine*

## HEMATOPATHOLOGY SERVICES
### TEST REQUISITION

**ACCOUNT NO.**    **TELEPHONE NO.**

**ACCOUNT NAME AND ADDRESS**

*5th Proof Form 1169 9/1/95*

**SPECIMEN TYPE:**    **COLLECTION DATE** ___/___/___
- ☐ Lymph Node    Site _____    ☐ Fresh    ☐ Frozen
- ☐ Solid Tumor   Site _____    ☐ Fresh    ☐ Frozen
- ☐ Bone Marrow                      ☐ ACD (Yellow Top)    ☐ Sod. Hep. (Green Top)
- ☐ Peripheral Blood                 ☐ ACD (Yellow Top)    ☐ Sod. Hep. (Green Top)
- ☐ Slides/Paraffin Blocks
- ☐ Stem Cells
- ☐ Other _____

**REQUESTING PHYSICIAN**    **REFERRING PHYSICIAN**

**PATIENT SOC. SEC. NO.**    **DATE OF BIRTH**
**PATIENT LAST NAME**    **FIRST NAME**    **M.I.**
**STREET ADDRESS**
**CITY**    **STATE**    **ZIP CODE**
☐ ☐
M F **PATIENT CHART NO. (OPTIONAL)**    **PATIENT TELEPHONE NO.**

**Clinical Diagnosis:** _____

**CBC Results:**    WBC _____ Hgb/Hct _____ MCV _____
☐ (Attached)       RDW _____ Plt. Ct. _____ Retic. Ct. _____

**Clinical History:**
Drugs/Medications: _____
History of Malignancy  Type: _____    Site: _____
Treatment:
☐ None  ☐ Chemo.  ☐ Rad.  Dates: from _____ to _____
☐ Splenomegaly       ☐ Lymphadenopathy

**Indications for Study:**

**Check Only One** - If billing information is already on file at DIANON provide Patient Soc. Sec. No. and check here.   ☐
- ☐ BILL TO MEDICARE, NO.
- ☐ BILL TO ACCOUNT
- ☐ BILL TO PATIENT
- ☐ BILL TO MEDICAID, NO.
- ☐ BILL TO HMO
- ☐ BILL TO INSURANCE

**INSURANCE COMPANY/HMO NAME**    **STATE**
**STREET ADDRESS**
**CITY**    **STATE**    **ZIP CODE**
**POLICY NO.**    **GROUP NO.**
**IF GROUP, NAME OF EMPLOYER**
**INSURED OR RESPONSIBLE PARTY, IF OTHER THAN PATIENT**
**LAST NAME**    **FIRST NAME**
PATIENT RELATIONSHIP TO INSURED  ☐ SPOUSE  ☐ CHILD  ☐ OTHER
☐ SECONDARY INSURANCE INFORMATION ATTACHED

I authorize any holder of medical or other information about me to release to the Social Security Administration, its intermediaries, Blue Shield, or other carriers any information needed for this or related claims. I permit a copy of this authorization to be used in place of the original and request payment of medical insurance benefits.

**PATIENT'S SIGNATURE**    **DATE**

**Morphologic Interpretation**
- ☐ 490 Bone Marrow Core
- ☐ 491 Bone Marrow Aspirate
- ☐ 492 Bone Marrow Clot
- ☐ 493 Peripheral Blood Smear
- ☐ Consultation on slides prepared elsewhere
- ☐ Permission to perform cytochemical studies if medically necessary.

**Molecular/Flow Cytometry Studies**
- ☐ XL3 Immunophenotyping (Flow Cytometry)
- ☐ XL4 Immunophenotyping with T-Cell/B-Cell Gene Rearrangement
- ☐ XL5 T-Cell/B-Cell Gene Rearrangement
- ☐ XL5T T-Cell Gene Rearrangement ONLY
- ☐ XL5B B-Cell Gene Rearrangement ONLY
- ☐ XL6 bcl/abl Gene Rearrangement
- ☐ XL7 bcl-2 Gene Rearrangement (Follicular Lymphoma)
- ☐ XL9 Immune Deficiency Panel (include WBC Count & % Lymph)
- ☐ XL13 Epstein-Barr Virus Clonality

**Cytogenetic Evaluation**
- ☐ XL8 Chromosome Analysis (Unstimulated)

**Bone Marrow Transplant Engraftment Evaluation**
- ☐ XL18 Pre-Transplant Analysis, Donor. (Name of Recipient _____)
- ☐ XL19 Pre-Transplant Analysis, Recipient. (Name of Donor _____)
- ☐ XL11 Post-Transplant Analysis _____

DIANON Systems, Inc. • 200 Watson Boulevard • Stratford, CT 06497 • 800-328-2666 • 203-381-4000
© 1995 DIANON Systems, Inc.
ST1669  8/95

WHITE COPY TO DIANON    PINK COPY TO PHYSICIAN

PP17934

08/23/95  12:32   ☎203 236 1824    WOLF PRINTING CO → DIANON/LINDA    ☒003

## MORPHOLOGIC INTERPRETATIONS

| TEST | TEST # | SPECIMEN REQUIREMENTS |
|---|---|---|
| Bone Marrow Biopsy Interpretation | 490 | 2-4 slides of "touch imprints" from the biopsy<br>and<br>Biopsy/clot fixed immediately in 10% buffered Formalin. Shipped at room temperature. |
| Bone Marrow Clot Interpretation | 492 | Marrow aspirate material does not need to be clotted before being placed in Formalin.<br>Please send copy of CBC report and unstained peripheral blood smear. |
| Bone Marrow Aspirate Interpretation | 491 | 7 aspirate smears with particles (either direct "push" smears or particle crush prep smear)<br>and<br>1 pediatric ACD tube with 2-4 mL of aspirate<br>and<br>Please send copy of CBC report and unstained peripheral blood smear. |
| Peripheral Blood Smear Interpretation | 493 | 3 or more fingerstick blood smears (do not fix, spray or stain)<br>and<br>(1) 7 mL ACD tube with a copy of CBC report. |
|  |  | We recommend including 1 sodium heparin tube with 1-3 mL of bone marrow for cytogenetics if necessary. Ship at room temperature. |

## IMMUNOPATHOLOGY, MOLECULAR GENETICS and CYTOGENETICS

| TEST | TEST # | METHOD | SPECIMEN REQUIREMENTS |
|---|---|---|---|
| Immunophenotyping | XL3 | Flow Cytometry | Bone marrow - 1 pediatric ACD tube with 2-4 mL. Shipped at room temperature.<br>Peripheral blood - 2 ACD tubes each with 8 mL. Shipped at room temperature.<br>Solid tissue - 0.5 cm³ of fresh tissue immersed in RPMI (not saline) at 4°C (on cool packs). |
| Comprehensive Analysis | XL4 | Flow Cytometry Southern Blot | Same as XL3 and XL5 |
| T and B Cell Gene Rearrangement | XL5 | Southern Blot | Bone marrow - 1 pediatric ACD tube with 2-4 mL. Shipped at room temperature. |
| bcr/abl Gene Rearrangement | XL6 | PCR | Peripheral blood - 2 ACD tubes with 8 mL. Shipped at room temperature.<br>Solid tissue - 0.5cm³ fresh tissue shipped on dry ice<br>or<br>0.5 cm³ fresh tissue shipped in 90-95% ethanol at room temperature. |
| bcl-2 Gene Rearrangement | XL7 |  |  |
| Chromosome Analysis (unstimulated) | XL8 | Cytogenetics | Bone marrow - 1 sodium heparin tube with 1-3 mL. Shipped at room temperature.<br>Peripheral blood - 1 sodium heparin tube with 8 mL. Shipped at room temperature. -Blasts present |
| Immune Deficiency Panel | XL9 | Flow Cytometry | Peripheral blood - 1 ACD tube with 8 mL. Shipped at room temperature. |
| Post-Transplant Analysis (recipient) | XL11 |  | Bone marrow - 1 pediatric ACD tube with 1-3 mL. Shipped at room temperature. |
| Pre-Transplant Analysis (donor) | XL18 | Southern Blot | Peripheral blood - 2 ACD tubes with 8 mL. Shipped at room temperature. |
| Pre-Transplant Analysis | XL19 |  |  |

## RECOMMENDED TESTING

| Lymphoproliferative Process | Acute Leukemias Blast crisis | Plasma Cell Dyscrasia Monoclonal Gammopathy | Myeloproliferative Disorders/Myelodysplastic Process |
|---|---|---|---|
| -Morphologic Interpretation<br>-Trap Stain<br>-Immunophenotyping<br>-T-cell, B-cell Gene Rearrangement<br>-bcl-2 Gene Rearrangement<br>-Epstein-Barr Virus Clonality | -Morphologic Interpretation<br>-Myeloperoxidase Reaction Stain<br>-Sudan Black B<br>-Non Specific Esterase<br>-Terminal Deoxynucleotidyl Transferase (TdT)<br>-Immunophenotyping<br>-Chromosome Analysis | -Morphologic Interpretation<br>-Cytoplasmic Immunoglobulin<br>-Immunophenotyping<br>-T-cell/B-cell Gene Rearrangement | -Morphologic Interpretation<br>-Chromosome Analysis<br>-Bcr/abl Gene Rearrangement |

* Available through DIANON Systems Physician Participation Program for investigational use only. To be used only in conjunction with other medically established diagnostic procedures. Performance characteristics have not been established.

Printed in U.S.A.
(1165) 8/95

**DIANON SYSTEMS**
Diagnostic Innovations for Medicine

PP17935

08/03/95  10:11  ☎203 236 1624    WOLF PRINTING CO → DIANON SYDNEY    ☒001

# DIANON SYSTEMS
*Diagnostic Innovations for Medicine*

## HEMATOPATHOLOGY SERVICES TEST REQUISITION

### ACCOUNT INFORMATION
- ACCOUNT NO.
- TELEPHONE NO.
- ACCOUNT NAME AND ADDRESS

SECOND PROOF
DATE: 8/3/95
Form 1129

- REQUESTING PHYSICIAN
- REFERRING PHYSICIAN

### SPECIMEN COLLECTION
SPECIMEN TYPE:                    COLLECTION DATE ___/___/___
- ☐ Lymph Node   Site _____   ☐ Fresh    ☐ Frozen
- ☐ Solid Tumor   Site _____   ☐ Fresh    ☐ Frozen
- ☐ Bone Marrow   ☐ ACD (Yellow Top)   ☐ Sod. Hep. (Green Top)
- ☐ Peripheral Blood   ☐ ACD (Yellow Top)   ☐ Sod. Hep. (Green Top)
- ☐ Slides
- ☐ Stem Cells _____
- ☐ Other _____

### PATIENT INFORMATION
- PATIENT SOC. SEC. NO.
- DATE OF BIRTH
- PATIENT LAST NAME   FIRST NAME   M.I.
- STREET ADDRESS
- CITY   STATE   ZIP CODE
- ☐ ☐ _____(___) ___-____
- M F   PATIENT CHART NO. (OPTIONAL)   PATIENT TELEPHONE NO.

### BILLING INFORMATION
Check Only One - If billing information is already on file at DIANON, provide Patient Soc. Sec. No. and check here. ☐
- ☐ BILL TO MEDICARE, NO. |_|_|_|_|_|_|_|_|_|_|
- ☐ BILL TO ACCOUNT
- ☐ BILL TO PATIENT
- ☐ BILL TO MEDICAID, NO. |_|_|_|_|_|_|_|_|_|_|_|
- ☐ BILL TO HMO
- ☐ BILL TO INSURANCE   ICD-9 DIAGNOSTIC CODE _____

- INSURANCE COMPANY/HMO NAME   STATE
- STREET ADDRESS
- CITY   STATE   ZIP CODE
- POLICY NO.   GROUP NO.
- IF GROUP, NAME OF EMPLOYER
- INSURED OR RESPONSIBLE PARTY, IF OTHER THAN PATIENT
- LAST NAME   FIRST NAME
- PATIENT RELATIONSHIP TO INSURED  ☐ SPOUSE  ☐ CHILD  ☐ OTHER
- ☐ SECONDARY INSURANCE INFORMATION ATTACHED

### AUTHORIZATION
I authorize any holder of medical or other information about me to release to the Social Security Administration, its intermediaries, Blue Shield, or other parties any information needed for this or related claims. I permit a copy of this authorization to be used in place of the original and request payment of medical insurance benefits.
- PATIENT'S SIGNATURE   DATE

### CLINICAL INFORMATION Required
Clinical Diagnosis: _____

CBC Results:    WBC ____  Hgb/Hct ____  MCV ____
☐ (Attached)    RDW ____  pH ____  Retic. Ct. ____

Clinical History:
☐ Splenomegaly            ☐ Lymphadenopathy
Drugs/Medication: _____
History of Malignancy  Type: _____  Site: _____
Treatment:
☐ None  ☐ Chemo.  ☐ Rad.   Dates: from ____ to ____

Indications for Study:
Staging:                  ☐ Lymphoma       ☐ Carcinoma
☐ Cytopenias              ☐ Anemias        ☐ Myelodysplasia
☐ Monoclonal Gammopathy   ☐ Myeloproliferative Disorder
☐ Other _____

### TESTS REQUESTED
**Morphologic Interpretation**
- ☐ 490 Bone Marrow Core
- ☐ 491 Bone Marrow Aspirate
- ☐ 492 Bone Marrow Clot
- ☐ 493 Blood Smear
- ☐ Permission to perform additional tests if necessary.

**Cytochemical/I.F. Studies**
- ☐ Acute Leukemias with Tdt
- ☐ T.R.A.P. Stain
- ☐ Cytoplasmic Immunoglobulin

**Molecular/Flow Cytometry Studies**
- ☐ XL3  Immunophenotyping (Flow Cytometry)
- ☐ XL4  Immunophenotyping with T-Cell/B-Cell Gene Rearrangement
- ☐ XL5  T-Cell/B-Cell Gene Rearrangement
- ☐ XL5T  T-Cell Gene Rearrangement ONLY
- ☐ XL5B  B-Cell Gene Rearrangement ONLY
- ☐ XL6  bcr/abl Gene Rearrangement (Philadelphia Ch.)
- ☐ XL7  bcl-2 Gene Rearrangement (Follicular Lymphoma)
- ☐ XL9  Immune Deficiency Panel
- ☐ XL13  Epstein-Barr Virus Clonality

**Cytogenetic Evaluation**
- ☐ XL8  Chromosome Analysis (unstimulated)

**Transplant Engraftment Evaluation**
- ☐ XL19  Pre-Transplant Analysis Donor, Name of Recipient _____
- ☐ XL18  Pre-Transplant Analysis Recipient, Name of Donor _____
- ☐ XL11  Post-Transplant Analysis Recipient Name _____

DIANON Systems, Inc. • 200 Watson Boulevard • Stratford, CT 06497 • 800-328-2666 • 203-381-4000
® 1992 DIANON Systems, Inc.
O1889 8/93

WHITE COPY TO DIANON    PINK COPY TO PHYSICIAN

*[handwritten margin note:] these items are helpful to each other, we need to make them more clear*

PP17938

Morphologic Interpretations

| Test | Test # | Specimen requirements |
|---|---|---|
| Bone Marrow Biopsy Interpretation | 490 | 2-4 slides of "touch imprints" from the biopsy and biopsy/clot fixed immediately in 10% buffered Formalin shipped at room temp |
| Bone Marrow Clot Interpretation | 492 | Marrow aspirate material does not need to be clotted before being placed in Formalin. Please send copy of CBC report and unstained peripheral blood smear |
| Bone Marrow Aspirate Interpretation | 491 | 7 aspirate smears with particles (either direct "push" smears or particle crush prep smear) and 1 pediatric ACD tube with 2-4 mL of aspirate and please send copy of CBC report and unstained peripheral blood smear |
| Peripheral Blood Smear Interpretation | 493 | 3 or more fingerstick blood smears (do not fix, spray or stain) and (1) 7mL ACD tube with a copy of CBC report |
| * | * | We recommend including 1 Sodium heparin tube with 3mL for bcr/abl cytogenetics if necessary. Ship at room temperature. |

Immunopathology, Molecular genetics and Cytogenetics

| Test | Test # | Method | Specimen requirements |
|---|---|---|---|
| Immunophenotyping | XL3 | Flow Cytometry | Bone marrow - 1 pediatric ACD tube with 2-4 mL shipped at room temperature. Peripheral Blood - 2 ACD tubes each with 8 mL shipped at room temperature. Solid Tissue - 0.5cm³ of fresh tissue immersed in RPMI (not saline) at 4°C (on cool packs) |
| Gene Rearrangement Analysis | XL4 | Southern Blot | Same as XL3 and XL5 |
| T and B cell gene rearrangement | XL5 | Southern Blot | Bone Marrow - 1 pediatric ACD tube with 2-4 mL shipped at room temperature. Peripheral Blood - 2 ACD tubes with 8 mL shipped at room temperature. Solid tissue - 0.5cm³ fresh tissue shipped on dry ice or 0.5cm³ fresh tissue shipped in 90-95% ethanol at room temp |
| bcr/abl gene rearrangement | XL6 | PCR | |
| bcl-2 gene rearrangement | XL7 | | |
| Chromosome Analysis (unstimulated) | XL8 | Cytogenetics | Bone Marrow - 1 Sodium Heparin tube with 1-3 mL shipped at room temperature. Peripheral Blood - 1 Sodium Heparin Tube with 8mL shipped at room temperature (blasts present) |
| Immune deficiency panel | XL9 | Flow Cytometry | Peripheral blood - 1 ACD tube with 8mL shipped at room temperature |
| Post Transplant Analysis (recipient) | XL11 | Southern Blot | Bone Marrow - 1 pediatric ACD tube with 1-3 mL shipped at room temperature. Peripheral Blood - 2 ACD tubes with 8mL shipped at room temperature |
| Re-Transplant Analysis (donor) | XL18 | | |
| Pre-Transplant Analysis | XL19 | | |

Lymphoproliferative process
  Morphologic Interpretation
  - Trap Stain
  Immunophenotyping
  T-cell, B cell gene rearrangement
  bcl-2 gene rearrangement
  Epstein-Barr virus clonality

Acute Leukemia/Blast crisis
  Morphologic Interpretation
  Myeloperoxidase reaction stain
  Sudan Black B
  Non Specific esterase
  Terminal deoxynucleotidyl transferase
  Immunophenotyping
  Chromosome Analysis

Plasma cell dyscrasia/Monoclonal gammopathy
  Morphologic Interpretation
  Cytoplasmic Immunoglobulin
  T-cell/B-cell gene rearrangement

Myeloproliferative/Myelodysplastic process
  Morphologic Interpretation
  Chromosome Analysis
  bcr/abl gene rearrangement

# DIANON SYSTEMS
*Diagnostic Innovations for Medicine*

Test Requisition

## ACCOUNT INFORMATION
ACCOUNT NO. _____ TELEPHONE NO. _____

ACCOUNT NAME AND ADDRESS

REQUESTING PHYSICIAN / REFERRING PHYSICIAN

## PATIENT INFORMATION
PATIENT SOC. SEC. NO. _____ DATE OF BIRTH _____
PATIENT LAST NAME _____ FIRST NAME _____ M.I. _____
STREET ADDRESS
CITY _____ STATE _____ ZIP CODE _____
PATIENT CHART NO. (OPTIONAL) PATIENT TELEPHONE NO.

## BILLING INFORMATION
Check Only One • If billing information is already on file at DIANON, provide Patient Soc. Sec. No. and check here. ☐
- ☐ BILL TO MEDICARE, NO.
- ☐ BILL TO ACCOUNT
- ☐ BILL TO PATIENT
- ☐ BILL TO MEDICAID, NO.
- ☐ BILL TO HMO
- ☐ BILL TO INSURANCE    DIAGNOSIS: ICD-9 CODE

INSURANCE COMPANY/HMO NAME _____ STATE _____
STREET ADDRESS
CITY _____ STATE _____ ZIP CODE _____
POLICY NO. _____ GROUP NO. _____
GROUP, NAME OF EMPLOYER
INSURED OR RESPONSIBLE PARTY, IF OTHER THAN PATIENT
LAST NAME _____ FIRST NAME _____
PATIENT RELATIONSHIP TO INSURED ☐ SPOUSE ☐ CHILD ☐ OTHER
SECONDARY INSURANCE INFORMATION ATTACHED

## PATIENT AUTHORIZATION
I authorize any holder of medical or other information about me to release to the Social Security Administration, its intermediaries, Blue Shield, or other carriers any information needed for this or related claims. I permit a copy of this authorization to be used in place of the original and request payment of medical insurance benefits.
PATIENT'S SIGNATURE _____ DATE _____

DIANON Systems, Inc. • 200 Watson Boulevard • Stratford, CT 06497 • 800-328-xxxx
© DIANON Systems, Inc.
Rev. 3/95

WHITE COPY – ?

---

**Specimen Collection**
Specimen Type: Collection Date __/__/__
- ☐ Lymph node    Site _____ Fresh _____ Frozen _____
- ☐ Solid Tumor site    Site _____ Fresh _____ Frozen _____
- ☐ Bone Marrow # slides _____ ACD (Yellow Top) _____ Sod Hep (Green Top) _____
- ☐ Blood    # slides _____ ACD (Yellow Top) _____ Sod Hep (Green Top) _____
- ☐ Other _____
- ☐ Stem cells

**Clinical Information**
Clinical Diagnosis _____ CBC results WBC _____ Hgb/Hct _____
_____ Plt _____ Retic _____
Clinical History:
Splenomegaly Y _ N _   Adenopathy Y _ N _
Organomegaly _____
History of malignancy Y _ N _ Type _____ Site _____
Treatment: None _____ Chemo _____ Rad _____ ___
Reasons for Marrow Exam:
Staging: Lymphoma ☐    Carcinoma ☐    Cytopenias ☐ (other ☐)

**Lymphoproliferative Process**
- ☐ XL3 Immunophenotyping by Flow Cytometry
- ☐ XL_ Cytochemistry studies
- ☐ XL5 T+B cell clonality analysis
- ☐ XL7 Bcl-2 gene rearrangement
- ☐ XL4 Immunophenotyping with T+B cell clonality analysis
- ☐ XL_ _____
- ☐ XL13 EBV — Epstein Barr virus clonality

**Acute Leukemia / Blast Crisis**
- ☐ XL3 Immunophenotyping by Flow Cytometry
- ☐ XL_ Cytochemistry studies
- ☐ XL8 Chromosome Analysis (unstimulated)

**Plasma Cell Dyscrasia / Monoclonal gammopathy**
- ☐ XL3 Immunophenotyping by Flow Cytometry
- ☐ XL5 T+B cell clonality analysis
- ☐ XL4 Immunophenotyping with T+B cell clonality analysis

**Myeloproliferative / Myelodysplastic Process**
- ☐ XL8 Chromosome Analysis (unstimulated)
- ☐ XL6 Bcr/abl gene rearrangement
* See also Acute Leukemia/Blast Crisis if applicable

**Morphologic Interpretation**
- ☐ 490 Bone marrow core
- ☐ 491 Bone marrow aspirate
- ☐ 492 Bone marrow clot
- ☐ 493 Blood smear
- ☐ Permission to perform additional tests if necessary

**Transplant Evaluation**
- ☐ XL19 Pre-Transplant Analysis Donor's Name _____
- ☐ XL18 Pre-Transplant Analysis Recipient's Name _____
- ☐ XL11 Post-Transplant Analysis

XL3 ?

PP17945

### Hematopathology Product Progress Report
### Second Quarter 1996

|  | Revenue<br>Actual/ Plan | AUP<br>Actual/ Plan | ACCS<br>Actual/ plan |
|---|---|---|---|
| April | $418K/ $326K | $299/ $312 | 1400/ 1073 |
| May | $460K/ $363K | $304/ $312 | 1513/ 1198 |
| June (final flash) | $418K/ $352K | $300/ $312 | 1501/ 1161 |
| YTD Totals | $2.4M/ $2.1M | $295/ $312 | 7,972/ 6,738 |

Cumulative Gross Profit For Six Months    Actual/ 499K    Plan/ 150K    Var./ 349K

- Plan AUP is slightly lower due to a higher percentage of clinicians ordering morphology and fewer hospitals sending us higher AUP testing like immunophenotyping. Revenue remains higher than plan because of higher volume.

- Hematopathology at DIANON has not been sold by the sales force since roughly January of 1996 because of operational constraints. Currently Heme-Path growth is flat because of no sales time. Since July 12th, DIANON has begun selling hematopathology again.

- DIANON's Heme-Path offering is generally an easy sell for our sales force because there is a definite need for high quality hematopathology with few community hematopathologists to service this need.

- Volume has grown despite the sales force not selling it because:
    1. Word of mouth from M.D. to M.D. on DIANON's quality and expertise has led to new volume.
    2. Clients who were started late last year have sent an increasing number of specimens each month.
    3. Very few clients have been lost to competition during our "shut down" period.

- Gross profit is high because:
    1. The higher fees we realized in Q1 and Q2 were not forecasted.
    2. The 1996 forecast predicted some lost business during the shutdown when we actually had a positive variance in new to lost business.

- New aggressive competition have entered the market in the past six months that will make selling and maintaining business more difficult in the future.

- Heme-Path production constraints due to the difficulty of diagnosing each case and the difficulty of finding quality heme-paths will always be a concern for this product line.

**Conclusion:**
Heme-Path has been able to grow and maintain business in 1996 due to high quality, service, product differentiation and until recently little competition. Future success of this product line will hinge on DIANON's production capacity and maintaining an active relationship with our clients through call-backs.

4-6

**DIANON SYSTEMS** 14 May 98

To: Ray, Ed, Jim B

My notes from today's compliance meeting are attached. Let me know if you have any questions.

Bill

*Bill McDowell*

PP17915

Compliance, 14 May 98

- Ed & Steve permanently to committee
- Record retention : Bob M
    - Mike White to head up
- National Cancer Registry : Bob & Steve
    - We're behind w/ Maryland, look to finish 2nd week of Ju
- XL3/4
    - Sent Todd's letter to all Inrapath clients
    - CT policy for above more liberal than MN, NY, & MA
- List to Ed for customers that need to be cleaned up
- Cancelled tests
    - Wrote program to match tests/bills/cancelled tests
    - "NT" is not billed
    - Ran programs back to '95 looking for tests we billed but didn't perform : '56k in Medicare for 95+96, '28k in '
- Reqs
    - Going a little on the slow side
    - "Ray is giving it enough attention" - Thom
    - Req scorecard to all Compliance comm members
    - We stopped billing for PAS/AB in mid-April
    - Step up priority for GI req
- 15-3 & 27-29
    - Physician will have to send in written documentation on how test helped in order to get paid, 1-3 mths till enacted
- Next meeting : Wed 17 June 12-2

PP17916