Institution: DIANON - 2  
Protocol: 3-color XL3 TUBE 10.PRO  
Runtime Results  
Analysis Date: 27-Oct-2005, 14:01:13  
Settings File: AS 5C 1L Settings.pro, 27-Oct-2005, 12:09:30  
Listmode File: SA5016480 00031132 010.LMD  

Run Date: 27-Oct-05, 14:00:46  
Sample ID: SA5016480  
User ID: Hemepath  
Acquisition Time/Events: 24.6s / 29977 (PROTOCOL)  
Tube ID: NoRead  







(3000) [A] FL1 Log/FL2 Log  
Region Number %Total %Gated  
ALL    3000   10.0   100.0  
C1      363    1.2    12.1  
C2       31    0.1     1.0  
C4       36    0.1     1.2  

[B] FL1 Log/FL2 Log  
Region Number %Total %Gated  
ALL   15987   53.3   100.0  
F1     5381   18.0    33.7  
F2     1270    4.2     7.9  
F4     3984   13.3    24.9  






[A] FL1 Log/FL4 Log  
Region Number %Total %Gated  
ALL    3000   10.0   100.0  
D1      548    1.8    18.3  
D2        2    0.0     0.1  
D4       52    0.2     1.7  

[B] FL1 Log/FL4 Log  
Region Number %Total %Gated  
ALL   15987   53.3   100.0  
G1      104    0.3     0.7  
G2      249    0.8     1.6  
G4     5005   16.7    31.3  






Instrument SN: AH46048 Software Version: CXP

[A] FL2 Log/FL4 Log  
Region Number %Total %Gated  
ALL    3000   10.0   100.0  
E1      492    1.6    16.4  
2.(E2    67    0.2     2.2  
E4      273    0.9     9.1  

[B] FL2 Log/FL4 Log  
Region Number %Total %Gated  
ALL   15987   53.3   100.0  
H1       77    0.3     0.5  
H2      276    0.9     1.7  
H4     6375   21.3    39.9  

PP22664

Institution: DIANON - 2  
Protocol: 3-color XL3 TUBE 11.PRO  
Runtime Results  
Analysis Date: 27-Oct-2005, 14:02:01  
Settings File: AS 5C 1L Settings.pro, 27-Oct-2005, 12:09:30  
Listmode File: SA5016480.00031133.011.LMD

Run Date: 27-Oct-05, 14:01:39  
Sample ID: SA5016480  
User ID: Hempath  
Acquisition Time/Events: 19.4s / 30087 (PROTOCOL)  
Tube ID: NoRead














Instrument SN: AH46048 Software Version: CXP

```
(3000) [A] FL1 Log/FL2 Log
Region Number %Total %Gated
ALL     3000   10.0   100.0
C1         3    0.0     0.1
C2         3    0.0     0.1
C4         2    0.0     0.1

[A] FL1 Log/FL4 Log
Region Number %Total %Gated
ALL     3000   10.0   100.0
D1         6    0.0     0.2
D2         0    0.0     0.0
D4         5    0.0     0.2

[A] FL2 Log/FL4 Log
Region Number %Total %Gated
ALL     3000   10.0   100.0
E1         5    0.0     0.2
E2         1    0.0     0.0
E4         5    0.0     0.2
```

```
[B] FL1 Log/FL2 Log
Region Number %Total %Gated
ALL    15982   53.1   100.0
F1         7    0.0     0.0
F2        24    0.1     0.2
F4         7    0.0     0.0

[B] FL1 Log/FL4 Log
Region Number %Total %Gated
ALL    15982   53.1   100.0
G1         7    0.0     0.0
G2        24    0.1     0.2
G4         7    0.0     0.0

[B] FL2 Log/FL4 Log
Region Number %Total %Gated
ALL    15982   53.1   100.0
H1        10    0.0     0.1
H2        21    0.1     0.1
H4        10    0.0     0.1
```

Institution: DIANON - 2　　　　　　　　　　　　　　　　　　　　　　Run Date: 27-Oct-05, 14:02:27
Protocol: 3-color XL3 TUBE 12.PRO　　　　　　　　　　　　　　　　Sample ID: SA5016480
Listmode Replay: New Protocol　　　　　　　　　　　　　　　　　　User ID: Hemepath
Analysis Date: 27-Oct-2005, 14:03:18　　　　　　　　Acquisition Time/Events: 19.3s / 33355 (PROTOCOL)
Settings File: AS 5C 1L Settings.pro, 27-Oct-2005, 12:09:30　　　　Tube ID: NoRead
Listmode File: SA5016480 00031134 012.LMD







(3000) [A] FL1 Log/FL2 Log
Region  Number  %Total  %Gated
ALL     3000    9.0     100.0
C1      272     0.8     9.1
C2      298     0.9     9.9
C4      336     1.0     11.2

[B] FL1 Log/FL2 Log
Region  Number  %Total  %Gated
ALL     17575   52.7    100.0
F1      186     0.6     1.1
F2      1348    4.0     7.7
F4      474     1.4     2.7






[A] FL1 Log/FL4 Log
Region  Number  %Total  %Gated
ALL     3000    9.0     100.0
D1      451     1.4     15.0
D2      513     1.5     17.1
D4      33      0.1     1.1

[B] FL1 Log/FL4 Log
Region  Number  %Total  %Gated
ALL     17575   52.7    100.0
G1      39      0.1     0.2
G2      76      0.2     0.4
G4      1746    5.2     9.9






Instrument SN: AH46048 Software Version: CXP

[A] FL2 Log/FL4 Log
Region  Number  %Total  %Gated
ALL     3000    9.0     100.0
E1      738     2.2     24.6
E2      226     0.7     7.5
E4      2       0.0     0.1

[B] FL2 Log/FL4 Log
Region  Number  %Total  %Gated
ALL     17575   52.7    100.0
H1      62      0.2     0.4
H2      53      0.2     0.3
H4      1481    4.4     8.4

PP22666

Institution: DIANON - 4           Run Date: 28-Oct-05, 11:07:43

Protocol: REPEATS.PRO         Sample ID: sa5016480

Runtime Results            User ID: Hemepath

Analysis Date: 28-Oct-2005, 11:08:34     Acquisition Time/Events: 48.1s / 41480 (PROTOCOL)

Settings File: AS 5C 1L Settings.pro, 28-Oct-2005, 09:53:01     Tube ID: NoRead

Listmode File: sa5016480 00038403 001.LMD



[Ungated] SS Lin/FS Lin
| Region | Number | %Total | %Gated |
|---|---|---|---|
| ALL | 41480 | 100.00 | 100.00 |
| A | 3000 | 7.23 | 7.23 |
| B | 18829 | 45.39 | 45.39 |



(3000) [A] FL1 Log/FL2 Log
| Region | Number | %Total | %Gated |
|---|---|---|---|
| ALL | 3000 | 7.23 | 100.00 |
| C1 | 0 | 0.00 | 0.00 |
| C2 | 7 | 0.02 | 0.23 |
| C4 | 50 | 0.12 | 1.67 |



[B] FL1 Log/FL2 Log
| Region | Number | %Total | %Gated |
|---|---|---|---|
| ALL | 18829 | 45.39 | 100.00 |
| F1 | 0 | 0.00 | 0.00 |
| F2 | 5683 | 13.70 | 30.18 |
| F4 | 13280 | 32.02 | 70.53 |



[Ungated] FL2 Log/FS Lin
| Region | Number | %Total | %Gated |
|---|---|---|---|
| ALL | 41480 | 100.00 | 100.00 |



[A] FL1 Log/FL4 Log
| Region | Number | %Total | %Gated |
|---|---|---|---|
| ALL | 3000 | 7.23 | 100.00 |
| D1 | 130 | 0.31 | 4.33 |
| D2 | 19 | 0.05 | 0.63 |
| D4 | 0 | 0.00 | 0.00 |



[B] FL1 Log/FL4 Log
| Region | Number | %Total | %Gated |
|---|---|---|---|
| ALL | 18829 | 45.39 | 100.00 |
| G1 | 1 | 0.00 | 0.01 |
| G2 | 12553 | 30.26 | 66.67 |
| G4 | 6391 | 15.41 | 33.94 |



[A] FL2 Log/FL4 Log
| Region | Number | %Total | %Gated |
|---|---|---|---|
| ALL | 3000 | 7.23 | 100.00 |
| E1 | 144 | 0.35 | 4.80 |
| E2 | 5 | 0.01 | 0.17 |
| E4 | 0 | 0.00 | 0.00 |



[B] FL2 Log/FL4 Log
| Region | Number | %Total | %Gated |
|---|---|---|---|
| ALL | 18829 | 45.39 | 100.00 |
| H1 | 5467 | 13.18 | 29.03 |
| H2 | 9112 | 21.97 | 48.39 |
| H4 | 1605 | 3.87 | 8.52 |

Instrument SN: AH46043 Software Version: CXP 2.0          Page 1

PP22667

Institution: DIANON - 4  
Protocol: REPEATS.PRO  
Runtime Results  
Analysis Date: 28-Oct-2005, 11:09:46  
Settings File: AS 5C 1L Settings.pro, 28-Oct-2005, 09:53:01  
Listmode File: sa5016480 00038404 002.LMD  

Run Date: 28-Oct-05, 11:09:00  
Sample ID: sa5016480  
User ID: Hemepath  
Acquisition Time/Events: 44.5s / 40456 (PROTOCOL)  
Tube ID: NoRead  



[Ungated] SS Lin/FS Lin  
| Region | Number | %Total | %Gated |
|---|---|---|---|
| ALL | 40456 | 100.00 | 100.00 |
| A | 3000 | 7.42 | 7.42 |
| B | 17889 | 44.22 | 44.22 |



(3000) [A] FL1 Log/FL2 Log  
| Region | Number | %Total | %Gated |
|---|---|---|---|
| ALL | 3000 | 7.42 | 100.00 |
| C1 | 644 | 1.59 | 21.47 |
| C2 | 238 | 0.59 | 7.93 |
| C4 | 1575 | 3.89 | 52.50 |



[B] FL1 Log/FL2 Log  
| Region | Number | %Total | %Gated |
|---|---|---|---|
| ALL | 17889 | 44.22 | 100.00 |
| F1 | 17 | 0.04 | 0.10 |
| F2 | 15650 | 38.68 | 87.48 |
| F4 | 2285 | 5.65 | 12.77 |



[Ungated] FL2 Log/FS Lin  
| Region | Number | %Total | %Gated |
|---|---|---|---|
| ALL | 40456 | 100.00 | 100.00 |



[A] FL1 Log/FL4 Log  
| Region | Number | %Total | %Gated |
|---|---|---|---|
| ALL | 3000 | 7.42 | 100.00 |
| D1 | 785 | 1.94 | 26.17 |
| D2 | 849 | 2.10 | 28.30 |
| D4 | 923 | 2.28 | 30.77 |



[B] FL1 Log/FL4 Log  
| Region | Number | %Total | %Gated |
|---|---|---|---|
| ALL | 17889 | 44.22 | 100.00 |
| G1 | 23 | 0.06 | 0.13 |
| G2 | 14377 | 35.54 | 80.37 |
| G4 | 3563 | 8.81 | 19.92 |



[A] FL2 Log/FL4 Log  
| Region | Number | %Total | %Gated |
|---|---|---|---|
| ALL | 3000 | 7.42 | 100.00 |
| E1 | 840 | 2.08 | 28.00 |
| E2 | 790 | 1.95 | 26.33 |
| E4 | 44 | 0.11 | 1.47 |



[B] FL2 Log/FL4 Log  
| Region | Number | %Total | %Gated |
|---|---|---|---|
| ALL | 17889 | 44.22 | 100.00 |
| H1 | 585 | 1.45 | 3.27 |
| H2 | 15020 | 37.13 | 83.96 |
| H4 | 1922 | 4.75 | 10.74 |

Instrument SN: AH46043 Software Version: CXP 2.0

Page 1

Institution: DIANON - 4  
Protocol: REPEATS.PRO  
Runtime Results  
Analysis Date: 28-Oct-2005, 11:10:57  
Settings File: AS 5C 1L Settings.pro, 28-Oct-2005, 09:53:01  
Listmode File: sa5016480 00038405 003.LMD  

Run Date: 28-Oct-05, 11:10:13  
Sample ID: sa5016480  
User ID: Hemepath  
Acquisition Time/Events: 42.3s / 40389 (PROTOCOL)  
Tube ID: NoRead  



[Ungated] SS Lin/FS Lin  
| Region | Number | %Total | %Gated |
|---|---|---|---|
| ALL | 40389 | 100.00 | 100.00 |
| A | 3000 | 7.43 | 7.43 |
| B | 18101 | 44.82 | 44.82 |



(3000) [A] FL1 Log/FL2 Log  
| Region | Number | %Total | %Gated |
|---|---|---|---|
| ALL | 3000 | 7.43 | 100.00 |
| C1 | 248 | 0.61 | 8.27 |
| C2 | 62 | 0.15 | 2.07 |
| C4 | 524 | 1.30 | 17.47 |



[B] FL1 Log/FL2 Log  
| Region | Number | %Total | %Gated |
|---|---|---|---|
| ALL | 18101 | 44.82 | 100.00 |
| F1 | 1 | 0.00 | 0.01 |
| F2 | 17974 | 44.50 | 99.30 |
| F4 | 130 | 0.32 | 0.72 |



[Ungated] FL2 Log/FS Lin  
| Region | Number | %Total | %Gated |
|---|---|---|---|
| ALL | 40389 | 100.00 | 100.00 |



[A] FL1 Log/FL4 Log  
| Region | Number | %Total | %Gated |
|---|---|---|---|
| ALL | 3000 | 7.43 | 100.00 |
| D1 | 1547 | 3.83 | 51.57 |
| D2 | 478 | 1.18 | 15.93 |
| D4 | 469 | 1.16 | 15.63 |



[B] FL1 Log/FL4 Log  
| Region | Number | %Total | %Gated |
|---|---|---|---|
| ALL | 18101 | 44.82 | 100.00 |
| G1 | 1 | 0.00 | 0.01 |
| G2 | 5493 | 13.60 | 30.35 |
| G4 | 12728 | 31.51 | 70.32 |



[A] FL2 Log/FL4 Log  
| Region | Number | %Total | %Gated |
|---|---|---|---|
| ALL | 3000 | 7.43 | 100.00 |
| E1 | 1790 | 4.43 | 59.67 |
| E2 | 16 | 0.04 | 0.53 |
| E4 | 381 | 0.70 | 9.37 |



[B] FL2 Log/FL4 Log  
| Region | Number | %Total | %Gated |
|---|---|---|---|
| ALL | 18101 | 44.82 | 100.00 |
| H1 | 5 | 0.01 | 0.03 |
| H2 | 7802 | 19.32 | 43.10 |
| H4 | 10389 | 25.72 | 57.39 |

Instrument SN: AH46043  Software Version: CXP 2.0 ((

Page 1

Institution: DIANON - 4  
Protocol: REPEATS.PRO  
Runtime Results  
Analysis Date: 28-Oct-2005, 11:12:11  
Settings File: AS 5C 1L Settings.pro, 28-Oct-2005, 09:53:01  
Listmode File: sa5016480 00038406 004.LMD  

Run Date: 28-Oct-05, 11:11:23  
Sample ID: sa5016480  
User ID: Hemepath  
Acquisition Time/Events: 45.9s / 41546 (PROTOCOL)  
Tube ID: NoRead  



[Ungated] SS Lin/FS Lin  
| Region | Number | %Total | %Gated |
|---|---|---|---|
| ALL | 41546 | 100.00 | 100.00 |
| A | 3000 | 7.22 | 7.22 |
| B | 18968 | 45.66 | 45.66 |



(3000) [A] FL1 Log/FL2 Log  
| Region | Number | %Total | %Gated |
|---|---|---|---|
| ALL | 3000 | 7.22 | 100.00 |
| C1 | 261 | 0.63 | 8.70 |
| C2 | 48 | 0.12 | 1.60 |
| C4 | 480 | 1.16 | 16.00 |



[B] FL1 Log/FL2 Log  
| Region | Number | %Total | %Gated |
|---|---|---|---|
| ALL | 18968 | 45.66 | 100.00 |
| F1 | 0 | 0.00 | 0.00 |
| F2 | 18758 | 45.15 | 98.89 |
| F4 | 214 | 0.52 | 1.13 |



[Ungated] FL2 Log/FS Lin  
| Region | Number | %Total | %Gated |
|---|---|---|---|
| ALL | 41546 | 100.00 | 100.00 |



[A] FL1 Log/FL4 Log  
| Region | Number | %Total | %Gated |
|---|---|---|---|
| ALL | 3000 | 7.22 | 100.00 |
| D1 | 198 | 0.48 | 6.60 |
| D2 | 138 | 0.33 | 4.60 |
| D4 | 574 | 1.38 | 19.13 |



[B] FL1 Log/FL4 Log  
| Region | Number | %Total | %Gated |
|---|---|---|---|
| ALL | 18968 | 45.66 | 100.00 |
| G1 | 0 | 0.00 | 0.00 |
| G2 | 9823 | 23.64 | 51.79 |
| G4 | 9214 | 22.18 | 48.58 |



[A] FL2 Log/FL4 Log  
| Region | Number | %Total | %Gated |
|---|---|---|---|
| ALL | 3000 | 7.22 | 100.00 |
| E1 | 160 | 0.39 | 5.33 |
| E2 | 85 | 0.20 | 2.83 |
| E4 | 219 | 0.53 | 7.30 |



[B] FL2 Log/FL4 Log  
| Region | Number | %Total | %Gated |
|---|---|---|---|
| ALL | 18968 | 45.66 | 100.00 |
| H1 | 15 | 0.04 | 0.08 |
| H2 | 11369 | 27.36 | 59.94 |
| H4 | 7600 | 18.29 | 40.07 |

Instrument SN: AH46043 Software Version: CXP 2.0  
Page 1

Institution: DIANON - 4  
Protocol: REPEATS.PRO  
Runtime Results  
Analysis Date: 28-Oct-2005, 11:13:19  
Settings File: AS 5C 1L Settings.pro, 28-Oct-2005, 09:53:01  
Listmode File: sa5016480 00038407 005.LMD  

Run Date: 28-Oct-05, 11:12:37  
Sample ID: sa5016480  
User ID: Hemepath  
Acquisition Time/Events: 40.0s / 39363 (PROTOCOL)  
Tube ID: NoRead  



[Ungated] SS Lin/FS Lin  
| Region | Number | %Total | %Gated |
|---|---|---|---|
| ALL | 39363 | 100.00 | 100.00 |
| A | 3000 | 7.62 | 7.62 |
| B | 17830 | 45.30 | 45.30 |



(3000) [A] FL1 Log/FL2 Log  
| Region | Number | %Total | %Gated |
|---|---|---|---|
| ALL | 3000 | 7.62 | 100.00 |
| C1 | 251 | 0.64 | 8.37 |
| C2 | 36 | 0.09 | 1.20 |
| C4 | 523 | 1.33 | 17.43 |



[B] FL1 Log/FL2 Log  
| Region | Number | %Total | %Gated |
|---|---|---|---|
| ALL | 17830 | 45.30 | 100.00 |
| F1 | 0 | 0.00 | 0.00 |
| F2 | 17558 | 44.61 | 98.47 |
| F4 | 283 | 0.72 | 1.59 |



[Ungated] FL2 Log/FS Lin  
| Region | Number | %Total | %Gated |
|---|---|---|---|
| ALL | 39363 | 100.00 | 100.00 |



[A] FL1 Log/FL4 Log  
| Region | Number | %Total | %Gated |
|---|---|---|---|
| ALL | 3000 | 7.62 | 100.00 |
| D1 | 229 | 0.58 | 7.63 |
| D2 | 467 | 1.19 | 15.57 |
| D4 | 325 | 0.83 | 10.83 |



[B] FL1 Log/FL4 Log  
| Region | Number | %Total | %Gated |
|---|---|---|---|
| ALL | 17830 | 45.30 | 100.00 |
| G1 | 1 | 0.00 | 0.01 |
| G2 | 16274 | 41.34 | 91.27 |
| G4 | 1597 | 4.06 | 8.96 |



[A] FL2 Log/FL4 Log  
| Region | Number | %Total | %Gated |
|---|---|---|---|
| ALL | 3000 | 7.62 | 100.00 |
| E1 | 463 | 1.18 | 15.43 |
| E2 | 242 | 0.61 | 8.07 |
| E4 | 10 | 0.03 | 0.33 |



[B] FL2 Log/FL4 Log  
| Region | Number | %Total | %Gated |
|---|---|---|---|
| ALL | 17830 | 45.30 | 100.00 |
| H1 | 43 | 0.11 | 0.24 |
| H2 | 16738 | 42.52 | 93.88 |
| H4 | 987 | 2.51 | 5.54 |

Instrument SN: AH46043 Software Version: CXP 2.0

Page 1

Institution: DIANON - 4  
Protocol: REPEATS.PRO  
Runtime Results  
Analysis Date: 28-Oct-2005, 11:14:30  
Settings File: AS 5C 1L Settings.pro, 28-Oct-2005, 09:53:01  
Listmode File: sa5016480 00038408 006.LMD  

Run Date: 28-Oct-05, 11:13:46  
Sample ID: sa5016480  
User ID: Hemepath  
Acquisition Time/Events: 42.5s / 39612 (PROTOCOL)  
Tube ID: NoRead  



[Ungated] SS Lin/FS Lin  
| Region | Number | %Total | %Gated |
|---|---|---|---|
| ALL | 39612 | 100.00 | 100.00 |
| A | 3000 | 7.57 | 7.57 |
| B | 18316 | 46.24 | 46.24 |



(3000) [A] FL1 Log/FL2 Log  
| Region | Number | %Total | %Gated |
|---|---|---|---|
| ALL | 3000 | 7.57 | 100.00 |
| C1 | 363 | 0.92 | 12.10 |
| C2 | 618 | 1.56 | 20.60 |
| C4 | 16 | 0.04 | 0.53 |



[B] FL1 Log/FL2 Log  
| Region | Number | %Total | %Gated |
|---|---|---|---|
| ALL | 18316 | 46.24 | 100.00 |
| F1 | 0 | 0.00 | 0.00 |
| F2 | 5696 | 14.38 | 31.10 |
| F4 | 12765 | 32.23 | 69.69 |



[Ungated] FL2 Log/FS Lin  
| Region | Number | %Total | %Gated |
|---|---|---|---|
| ALL | 39612 | 100.00 | 100.00 |



[A] FL1 Log/FL4 Log  
| Region | Number | %Total | %Gated |
|---|---|---|---|
| ALL | 3000 | 7.57 | 100.00 |
| D1 | 355 | 0.90 | 11.83 |
| D2 | 620 | 1.57 | 20.67 |
| D4 | 10 | 0.03 | 0.33 |



[B] FL1 Log/FL4 Log  
| Region | Number | %Total | %Gated |
|---|---|---|---|
| ALL | 18316 | 46.24 | 100.00 |
| G1 | 0 | 0.00 | 0.00 |
| G2 | 3112 | 7.86 | 16.99 |
| G4 | 15303 | 38.63 | 83.55 |



[A] FL2 Log/FL4 Log  
| Region | Number | %Total | %Gated |
|---|---|---|---|
| ALL | 3000 | 7.57 | 100.00 |
| E1 | 15 | 0.04 | 0.50 |
| E2 | 963 | 2.43 | 32.10 |
| E4 | 21 | 0.05 | 0.70 |



[B] FL2 Log/FL4 Log  
| Region | Number | %Total | %Gated |
|---|---|---|---|
| ALL | 18316 | 46.24 | 100.00 |
| H1 | 1063 | 2.68 | 5.80 |
| H2 | 3927 | 9.91 | 21.44 |
| H4 | 6386 | 16.12 | 34.87 |

Instrument SN: AH46043 Software Version: CXP 2.0

Page 1

Institution: DIANON - 4　　　　　　　　　　　　　　　　　　　　　　　Run Date: 28-Oct-05, 11:14:57

Protocol: REPEATS.PRO　　　　　　　　　　　　　　　　　　　　　　Sample ID: sa5016480

Runtime Results　　　　　　　　　　　　　　　　　　　　　　　　　User ID: Hemepath

Analysis Date: 28-Oct-2005, 11:15:37　　　　　　　　　　Acquisition Time/Events: 38.3s / 42714 (PROTOCOL)

Settings File: AS 5C 1L Settings.pro, 28-Oct-2005, 09:53:01　　　　　　Tube ID: NoRead

Listmode File: sa5016480 00038409 007.LMD



[Ungated] SS Lin/FS Lin
| Region | Number | %Total | %Gated |
|---|---|---|---|
| ALL | 42714 | 100.00 | 100.00 |
| A | 3000 | 7.02 | 7.02 |
| B | 19512 | 45.68 | 45.68 |



(3000) [A] FL1 Log/FL2 Log
| Region | Number | %Total | %Gated |
|---|---|---|---|
| ALL | 3000 | 7.02 | 100.00 |
| C1 | 669 | 1.57 | 22.30 |
| C2 | 272 | 0.64 | 9.07 |
| C4 | 311 | 0.73 | 10.37 |



[B] FL1 Log/FL2 Log
| Region | Number | %Total | %Gated |
|---|---|---|---|
| ALL | 19512 | 45.68 | 100.00 |
| F1 | 0 | 0.00 | 0.00 |
| F2 | 7748 | 18.14 | 39.71 |
| F4 | 11941 | 27.96 | 61.20 |



[Ungated] FL2 Log/FS Lin
| Region | Number | %Total | %Gated |
|---|---|---|---|
| ALL | 42714 | 100.00 | 100.00 |



[A] FL1 Log/FL4 Log
| Region | Number | %Total | %Gated |
|---|---|---|---|
| ALL | 3000 | 7.02 | 100.00 |
| D1 | 664 | 1.55 | 22.13 |
| D2 | 257 | 0.60 | 8.57 |
| D4 | 247 | 0.58 | 8.23 |



[B] FL1 Log/FL4 Log
| Region | Number | %Total | %Gated |
|---|---|---|---|
| ALL | 19512 | 45.68 | 100.00 |
| G1 | 1 | 0.00 | 0.01 |
| G2 | 4270 | 10.00 | 21.88 |
| G4 | 15367 | 35.98 | 78.76 |



[A] FL2 Log/FL4 Log
| Region | Number | %Total | %Gated |
|---|---|---|---|
| ALL | 3000 | 7.02 | 100.00 |
| E1 | 11 | 0.03 | 0.37 |
| E2 | 914 | 2.14 | 30.47 |
| E4 | 32 | 0.07 | 1.07 |



[B] FL2 Log/FL4 Log
| Region | Number | %Total | %Gated |
|---|---|---|---|
| ALL | 19512 | 45.68 | 100.00 |
| H1 | 1233 | 2.89 | 6.32 |
| H2 | 5282 | 12.37 | 27.07 |
| H4 | 7099 | 16.62 | 36.38 |

Instrument SN: AH46043 Software Version: CXP 2.0　　　　　　　　　　　　　　Page 1

Institution: DIANON - 2  
Protocol: CYTOPLASMIC.PRO  
Runtime Results  
Analysis Date: 28-Oct-2005, 12:27:09  
Settings File: CYTOPLASMIC.PRO, 22-Sep-2005, 17:29:59  
Listmode File: sa5016480 00031189 001.LMD  

Run Date: 28-Oct-05, 12:26:44  
Sample ID: sa5016480  
User ID: Hemepath  
Acquisition Time/Events: 24.5s / 7746 (PROTOCOL)  
Tube ID: NoRead  



[Ungated] SS Lin/FS Lin

| Region | Number | %Total | %Gated |
|---|---|---|---|
| ALL | 7746 | 100.00 | 100.00 |
| A | 3000 | 38.73 | 38.73 |
| B | 3977 | 51.34 | 51.34 |



(3000) [A] FL1 Log/FL2 Log

| Region | Number | %Total | %Gated |
|---|---|---|---|
| ALL | 3000 | 38.73 | 100.00 |
| C1 | 260 | 3.36 | 8.67 |
| C2 | 237 | 3.06 | 7.90 |
| C3 | 2471 | 31.90 | 82.37 |
| C4 | 32 | 0.41 | 1.07 |



[B] FL1 Log/FL2 Log

| Region | Number | %Total | %Gated |
|---|---|---|---|
| ALL | 3977 | 51.34 | 100.00 |
| F1 | 86 | 1.11 | 2.16 |
| F2 | 1491 | 19.25 | 37.49 |
| F3 | 673 | 8.69 | 16.92 |
| F4 | 1727 | 22.30 | 43.42 |



[Ungated] FL2 Log/FS Lin

| Region | Number | %Total | %Gated |
|---|---|---|---|
| ALL | 7746 | 100.00 | 100.00 |



[A] FL1 Log/FL4 Log

| Region | Number | %Total | %Gated |
|---|---|---|---|
| ALL | 3000 | 38.73 | 100.00 |
| D1 | 11 | 0.14 | 0.37 |
| D2 | 20 | 0.26 | 0.67 |
| D3 | 2808 | 36.25 | 93.60 |
| D4 | 161 | 2.08 | 5.37 |



[B] FL1 Log/FL4 Log

| Region | Number | %Total | %Gated |
|---|---|---|---|
| ALL | 3977 | 51.34 | 100.00 |
| G1 | 19 | 0.25 | 0.48 |
| G2 | 164 | 2.12 | 4.12 |
| G3 | 690 | 8.91 | 17.35 |
| G4 | 3104 | 40.07 | 78.05 |



[A] FL2 Log/FL4 Log

| Region | Number | %Total | %Gated |
|---|---|---|---|
| ALL | 3000 | 38.73 | 100.00 |
| E1 | 18 | 0.23 | 0.60 |
| E2 | 59 | 0.76 | 1.97 |
| E3 | 2504 | 32.33 | 83.47 |
| E4 | 419 | 5.41 | 13.97 |



[B] FL2 Log/FL4 Log

| Region | Number | %Total | %Gated |
|---|---|---|---|
| ALL | 3977 | 51.34 | 100.00 |
| H1 | 18 | 0.23 | 0.45 |
| H2 | 128 | 1.65 | 3.22 |
| H3 | 1878 | 24.24 | 47.22 |
| H4 | 1953 | 25.21 | 49.11 |

Instrument SN: AH46048 Software Version: CXP 2.0 (0421)

Page 1

PP22674

Institution: DIANON - 2  
Protocol: CYTOPLASMIC.PRO  
Runtime Results  
Analysis Date: 28-Oct-2005, 12:27:49  
Settings File: CYTOPLASMIC.PRO, 22-Sep-2005, 17:29:59  
Listmode File: sa5016480 00031190 002.LMD  

Run Date: 28-Oct-05, 12:27:36  
Sample ID: sa5016480  
User ID: Hemepath  
Acquisition Time/Events: 11.7s / 7655 (PROTOCOL)  
Tube ID: NoRead  



[Ungated] SS Lin/FS Lin
| Region | Number | %Total | %Gated |
|--------|--------|--------|--------|
| ALL | 7655 | 100.00 | 100.00 |
| A | 3000 | 39.19 | 39.19 |
| B | 3843 | 50.20 | 50.20 |



(3000) [A] FL1 Log/FL2 Log
| Region | Number | %Total | %Gated |
|--------|--------|--------|--------|
| ALL | 3000 | 39.19 | 100.00 |
| C1 | 652 | 8.52 | 21.73 |
| C2 | 862 | 11.26 | 28.73 |
| C3 | 1403 | 18.33 | 46.77 |
| C4 | 83 | 1.08 | 2.77 |



[B] FL1 Log/FL2 Log
| Region | Number | %Total | %Gated |
|--------|--------|--------|--------|
| ALL | 3843 | 50.20 | 100.00 |
| F1 | 24 | 0.31 | 0.62 |
| F2 | 3246 | 42.40 | 84.47 |
| F3 | 540 | 7.05 | 14.05 |
| F4 | 33 | 0.43 | 0.86 |



[Ungated] FL2 Log/FS Lin
| Region | Number | %Total | %Gated |
|--------|--------|--------|--------|
| ALL | 7655 | 100.00 | 100.00 |



[A] FL1 Log/FL4 Log
| Region | Number | %Total | %Gated |
|--------|--------|--------|--------|
| ALL | 3000 | 39.19 | 100.00 |
| D1 | 502 | 6.56 | 16.73 |
| D2 | 501 | 6.54 | 16.70 |
| D3 | 1763 | 23.03 | 58.77 |
| D4 | 234 | 3.06 | 7.80 |

[B] FL1 Log/FL4 Log
| Region | Number | %Total | %Gated |
|--------|--------|--------|--------|
| ALL | 3843 | 50.20 | 100.00 |
| G1 | 7 | 0.09 | 0.18 |
| G2 | 3198 | 41.78 | 83.22 |
| G3 | 555 | 7.25 | 14.44 |
| G4 | 83 | 1.08 | 2.16 |





[A] FL2 Log/FL4 Log
| Region | Number | %Total | %Gated |
|--------|--------|--------|--------|
| ALL | 3000 | 39.19 | 100.00 |
| E1 | 450 | 5.88 | 15.00 |
| E2 | 1174 | 15.34 | 39.13 |
| E3 | 1074 | 14.03 | 35.80 |
| E4 | 302 | 3.95 | 10.07 |

[B] FL2 Log/FL4 Log
| Region | Number | %Total | %Gated |
|--------|--------|--------|--------|
| ALL | 3843 | 50.20 | 100.00 |
| H1 | 10 | 0.13 | 0.26 |
| H2 | 3154 | 41.20 | 82.07 |
| H3 | 538 | 7.03 | 14.00 |
| H4 | 141 | 1.84 | 3.67 |

Instrument SN: AH46048 Software Version: CXP 2.0 (0421)

Page 1

(3) * We perform a comprehensive immunophenotype analysis to assess for the presence of abn leukocytes. It is a systematic uniform approach to flow cytometry mapping: it is a stand alone test that complements morphology. Rather than looking at morphology 1st & selecting a marker, we feel that an independent review of both is optimal & final conclusion based on both are possible.

* Variability in morphology & clinical info are factors that support the utility of this approach.

It is a philosophy — comprehensive test to assess all leukocytes in the sample is a uniform approach.

Ex. Rule out plasma cell malignancy — you still do a look for lymphoid & myeloid processes as well & Ex. CLL, blasts, MDS.

1. Gate on lymphs & gran < monos (2 gates)
   Tubes: CLL, fraction of B-cells.
3. T-cells, CLL.
4. Myeloid elements, blasts.
5. Plasma cells, abn. monocytes, myeloid maturation & NK cell T-cells.
6. Hairy cells, follicular, HCL myeloid maturation, NK cells.
7. B-cell clonality, intensity variation to pick up, to enhance detection of small B-cell

PP22676

# A Day in the Life of the Hematopathology Department
## Dianon *Systems* – A Labcorp Company

The day begins when 26 antibodies are pipetted via the Tecan Genesis RSP autopipettor (software = Gemini version 4.1) into a 12-tube panel. The instrument dispenses 10 uL of each antibody into the appropriate tube x40 panels at a time. There can be anywhere from 10 uL to 30 uL in each tube depending on whether or not the antibodies are a manufactured cocktail (see chart).

Specimen come into the lab and the preparations begin at the Check-In Bench. Here each case is scrutinized to see if everything listed on the requisition by the Lab Processing Department has been received in the Hemepath lab correctly and that the names listed on the samples (tubes, slides) matches that on the requisition. Also, it is here that we see what testing has been requested by the client and whether or not certain samples meet a rejection criteria (e.g. peripheral blood from New York State >48 hours from collection). At this point, the work is separated into whether the sample needs flow cytometry and/or morphology. Anything with morphology goes into the Morphology area of the lab for smearing and staining for Wright-Giemsa and Iron. Samples for flow cytometry start their work up on the Check-In Bench where the technician places 50 uL of sample into a tube to be used for making a cytospin of the sample. This is then placed in a Beckman Coulter T-Qprep automated lysing system to lyse the red cells. It is then taken to the Morphology area to make the cytospin and stain with Wright-Giemsa. The technician also puts approximately 0.5 to 1.5 mL of sample (depending on how much is available) into another tube and this now gets washed two times with PBS to clean out any artifact or debris that may increase the chance of non-specific binding of antibodies.

After the sample is washed two times with PBS it is reconstituted with approximately 1.0 to 1.5 mL of fetal calf serum, depending on the initial volume of sample. This is then taken to the technologist responsible for pipetting the samples into the panels where the sample incubates for 15 minutes before pipetting into the panels. The technologist on the Pipet Bench then labels the panel tubes with the appropriate case number and proceeds to pipet the washed sample into the 12-tube panel. This then incubates for ten minutes and is then placed in the T-Qprep lysing system for lysis of the red cells. After cell lysis, the panels are washed with PBS in a centrifuge and the supernatant discarded after which 0.5 mL of PBS is added to the tubes and the panel is now ready to go on the flow cytometer.

A partial panel (2 tubes – CD19/CD5/CD45 and Kappa/Lambda/CD20) is done when there is a short volume sample or a non-cellular appearing tissue or fluid. After it has been run on the flow cytometer it is taken to the assigned pathologist for review where he or she can then decide on further antibody testing depending on how much sample is available.

Currently our flow cytometers are the Beckman Coulter Cytomics FC-500 which has 5-color capability (software = CXP Software version 2.0). This switchover was made

recently at the beginning of 2005. Prior to this we had five Beckman Coulter XL-MCL flow cytometers, two of which only had 3-color capability while the other three had 4-color capability. With the switchover we now have five Coulter FC-500 flow cytometers and one Coulter XL-MCL which is our backup machine in case of heavy workload or instruments down for repair. Of the five Coulter FC-500 flow cytometers, one of them has a second laser installed in it for the preparation of future testing for Zap-70. These new flow cytometers have the ability to read the wavelengths for the following antibody conjugates: FITC, PE, ECD, PC5, and PC7.

When the technologists running the flow cytometers start getting the samples, they select the panel that is needed to run and proceed with "flowing" the case. As the case is running through the cytometer, the technologist makes note of any abnormalities or discrepancies that may need further work up. After the case has been run it is reviewed by the supervisor or a senior technologist who will then either sign off on it for pathologist review or send it back for any repeat antibody testing that may be necessary.

As the day winds down, anything that is **flow cytometry only** is taken to the assigned pathologist along with its corresponding representative smear and cytospin for finalization of the report the same day. Cases with flow cytometry and morphology are seen by the assigned pathologist the following day as core and clot samples that came in with the case are processed overnight in the Histology Department and then merged the following morning with the work done by the Hematopathology Department. As the pathologists look over their cases additional antibody testing may be requested as needed.

In summary, we currently have a comprehensive 3-color 12-tube panel incorporating 26 antibodies arranged in such a way by lineage (e.g. B-cell, T-cell, etc.) in order to aid in the diagnosis or prognosis of leukemias and lymphomas. With the purchase of the new flow cytometers and the ability to go to a 5-color 8-tube panel (see chart), we now have the means by which we can visualize to a greater extent how certain cell lines react with each other due to the antibody combinations proposed and reduce the amount of repeats necessary to help aid in the diagnosis of a particular disorder.

**From:** Justine Patchkofsky
**To:** Suha Mishalani
**Date:** 10/25/05 11:39:14 AM
**Subject:** Cytospin preparation

Dr. Mishalani,

The cytospin tubes are lysed on the T-QPrep and then taken to the Morphology Area for preparation and staining. Labelled slides are layered with a filter card that has two small circular openings and a cytofunnel chamber which are all held together by a cytoclip. A couple of drops of the lysed sample are placed in the wide portion of the chamber and the unit is placed in the cytocentrifuge where it is sput at a high velocity. During this spinning, the sample travels through the funnel where the sample is deposited through one of the small openings and the filter card catches any excess fluid so that it makes a neat, small, monolayer (hopefully) of cells. After it has finished spinning, the unit is taken out of the centrifuge and taken apart so that the cell layer can dry before being put into the stainer for Wright-Giemsa staining.

I can show you one of these units so you can get a better picture of what it does. Let me know.

Justine

PP22679

# DIANON *SYSTEMS*
## A LABCORP COMPANY

### HEMATOPATHOLOGY PROPOSED 5-COLOR PANEL

| Tube # | | | | | |
|---|---|---|---|---|---|
| 1. | CD19 | CD23 | CD20 | CD5 | CD45 |
| 2. | IgG1 | IgG2a | IgG1 | IgG1 | IgG1 |
| 3. | CD4 | CD8 | CD3 | CD7 | CD57 |
| 4. | CD13 | CD117 | HLA-DR | CD33 | CD34 |
| 5. | CD38 | CD16 | CD14 | CD56 | CD2 |
| 6. | CD103 | CD11c | CD20 | CD10 | CD25 |
| 7. | Kappa | Lambda | CD19 | CD22 | CD20 |

PP22680