# EXHIBIT 6

| | |
|---|---|
| From: | "Stelzer, Greg" <greg.stelzer@esoterix.com> |
| To: | "Bruce Davis (E-mail 2)" <Bdavis@USLABS.net>, "Bruce Davis (E-mail)" <davisb@mail.mmc.org>, "James Thompson (E-mail)" <jthompson@uslabs.net>, "Jay Amberson (E-mail)" <amberj@dianon.com>, "Margaret Johnson (E-mail)" <Johnsom@labcorp.com>, "Myla Lai-Goldman (E-mail)" <goldmam@labcorp.com>, "Suha Mishelani (E-mail)" <mishals@labcorp.com>, "Thom Kossl (E-mail)" <kosslt@labcorp.com>, "Thomason, Ron M.D." <Ron.Thomason@Esoterix.com> |
| Date: | 10/19/2005 11:57 AM |
| Subject: | 5 Color Panel Proposals |
| CC: | LabCorp email KingD <kingd3@labcorp.com>, LabCorp email WaltonS <WaltonS@LabCorp.com>, "Ben Miller (E-mail)" <milleb1@labcorp.com>, "Raul Braylan (E-mail)" <braylan@ufl.edu> |

Ladies and Gentlemen

In preparation for the upcoming consensus conference in Brentwood next weekend, Dr. Braylan asked that each operational site send a proposal for what should be considered as a candidate 5-color panel of markers for use in the initial analysis of a bone marrow for hematologic malignancy....please just concern yourselves with the markers, and don't worry about what dyes they are conjugated with...also, each combination should list your rational for putting those markers together....these proposed panels will be the starting point of discussion at the conference. Bruce Davis has provided the attached as an example.

Also, please be prepared to give a brief (15-30 min) overview of the current practice for bone marrow analysis at your facility, to include analysis philosophy (algorithm approach, or comprehensive up-front analysis), instrumentation, analysis software, and analytical approach....I believe this will give everyone a good overview of how things are done elsewhere, currently.

Please submit your candidate panels by next Tuesday, Oct. 25th. I will be sending out a final agenda for the meeting next week.

Thanks everyone ahead of time for your cooperation.

Greg

. <<Five Color Flow Panel USL.xls>>