# EXHIBIT 7



# Hematopathology Consensus Conference
# 5-Color Immunophenotyping
## Holiday Inn
## Brentwood, Tennessee

### Saturday October 29th

| | | |
|---|---|---|
| Dinner at Mere Bulles | Please meet in hotel lobby at 6:45 pm for transportation to the restaurant | 7:00 |

### Sunday October 30th

| | | |
|---|---|---|
| Continental Breakfast | | 8:30 |
| Introduction & Purpose | Myla Lai-Goldman, MD<br>Greg Stelzer, Ph.D. | 9:00 |
| Meeting Overview | Raul Braylan, MD | 9:15 |
| Current Practice for Marrow Immunophenotyping | | |
|     CMBP | Margaret Johnson, MD | 9:30 |
|     Dianon | Suha Mishelani, MD | 10:00 |
|     Esoterix | Joe Papiez, MD | 10:30 |
|     US Labs | Bruce Davis, MD | 11:00 |
| Lunch | | 11:30 |
| Consensus Discussion- Antibodies in a Panel | Braylan & Group | 12:00 |
| Consensus- Critical Antibodies for Pairing | Braylan & Group | 12:30 |
| Summary of Consensus Panel | All | 1:30 |
| Technical Considerations (Instruments & Dyes) | Norman Purvis, PhD. | 2:00 |
| Implementation Plan | Stelzer | 3:00 |
| Adjourn Meeting | | 3:30 |




**ANYTHING BUT ROUTINE**

Search Esoterix [GO]

| Company | Products and Services | Clinical Trials | Educational Materials | Medtrax | Contact Us | | Site Map |

## COMPANY

- About Esoterix
- High Science
- Superior Customer Service
- Innovative New Products
- Laboratory Locations
- Employment

### California

| | |
|---|---|
| Address: | 4301 Lost Hills Road<br>Calabasas Hills, CA 91301 |
| Phone: | (800) 444-9111 |
| Fax: | (818) 880-8541 |
| Hours of Operation: | Monday-Friday 7:00 a.m. - 9:00 p.m. CST<br>Saturday 8:00 a.m. - 6:00 p.m. CST |

■ Get directions to this location

### Colorado

| | |
|---|---|
| Address: | 3176 South Peoria Court<br>Aurora, CO 80014 |
| Phone: | (800) 444-9111 |
| Fax: | (818) 880-8541 |
| Hours of Operation: | Monday-Friday 9:00 a.m. - 6:00 p.m. CST |

■ Get directions to this location

### Minnesota: ViroMed Laboratories

| | |
|---|---|
| Address: | 6101 Blue Circle Drive<br>Minnetonka, MN 55343 |
| Phone: | (800) 582-0077 |
| Fax: | (952) 563-3215 |
| Hours of Operation: | Monday - Friday 8:00am - 6:00pm |

■ Get directions to this location

### Tennessee

| | |
|---|---|
| Address: | 201 Summit View Drive, Suite #10<br>Brentwood, TN 37027 |
| Phone: | (800) 874-8532 |
| Fax: | (615) 370-8074 |
| Hours of Operation: | Monday-Friday 7:30 a.m. - 7:00 p.m. CST |

■ Get directions to this location

### Texas

| | |
|---|---|
| Address: | 4509 Freidrich Lane<br>Building 1, Suite 100 |



**Contact Us**