**5.  Units Billed in Excess of Units Performed**

We observed several instances in the Medicare review sample during 1996 and early 1997 (Stratum 1) in which Dianon charged for more units than were performed. The proportion of cases, in the sample, where units performed are less than units charged are 25/30 (83.33%). The 95% confidence interval for this is (65.28%, 94.36%). A summary of the observations is included in Exhibit VI.

## VII.   OPINION

It is our opinion that the damages suffered by the Medicare and Tricare programs as a result of the claims submitted by Dianon for flow cytometry tests performed during the period from January 1, 1996 through December 31, 2003 containing antibodies that were not medically necessary is:

$3,626,221.27 (Without Interest)

AND

$4,264,913.42 (With Interest)

Further, it is our opinion that the methodology we have used to derive the damages estimated in this report is scientifically valid, subject to standards governing its application, can be appropriately applied to the facts at issue, has been subjected to peer review and publication, has gained acceptance within the scientific community as a proper methodology, and allowed the estimation of damages within confidence limits applicable to normal standards for research in the social sciences. Finally, it is our opinion that the data we analyzed were adequate to apply this statistical methodology to derive estimated damages in a reliable manner.

CG00026

## VIII.   COMPENSATION

The compensation received for this Report and the testimony of Yiannoutsos and Alerding at trial is based on hourly rates of $300 and $400, respectively, and lower rates for other staff.  No final billing has been submitted.

Very truly yours,

Constantin T. Yiannoutsos, Ph.D.
Director, Biostatistics
Indiana University Cancer Center

R. James Alerding, CPA/ABV, ASA, CVA
Partner
Clifton Gunderson LLP
Valuation and Forensic Services Group

CG00027

# APPENDIX A

1. **Selection of samples**

   a. **Non-repeat samples**

   In the non-repeat case, we chose the samples to be reviewed by the expert by a simple random sampling within each of the three time strata (i.e., 1/1/1996 – 8/31/1997, 9/1/1997 – 12/31/2000, 1/1/2001 – 12/31/2003). Uniform random numbers were generated for each observation and observations were sorted from smaller to largest random number. Then the top 30, 60 and 90 observations were used for the review samples.

   b. **Repeat samples**

   The selection of the samples was performed by a weighted sampling technique. In this case, we generated weights $w_i$ for each individual $i$ and a uniform random number $U_i$. The probability of selection was

   $$P(I = i) \propto \frac{w_i}{\sum w_i} U_i$$

   that is, the probability of selection is proportional to the weight. The weight was $w = n_i / 2{,}703$ where $n_i$ is the total number of tests performed for each individual out of the 2,703 total initial and follow-up tests. After generation of the random numbers, the top 60 weight-by-random-number products were selected along with all 198 follow-up tests that were performed on these 60 subjects.

2. **Computation of 95% confidence intervals for damages**

   Along with the point estimate of the damages, 95% confidence intervals for the damages incurred by each individual test were calculated. These were calculated in three steps: 1) A 95% confidence interval was calculated for the number of medically necessary units for each test of the review sample. 2) A 95% confidence interval was calculated for the number of unnecessary units in each test of the population. 3) A 95% confidence interval was calculated for the damages incurred for each test in the population. In addition, an upper and lower bound of total damages was calculated by adding the upper and lower bound of the 95% confidence interval for damages in each test calculated in step 3) above.

a.    Confidence interval for the mean number of medically necessary units: review sample

The mean and standard deviation of the number of units considered medically necessary was calculated from the review sample, which was elicited among Medicare-covered tests.

i.    Confidence intervals for the non-repeat tests

For the non-repeat tests, the mean number of medically necessary units was calculated in each stratum as the average number of units considered medically necessary (i.e., the ratio of the total medically necessary units in each stratum by the number of tests in each stratum). The standard deviation specific to stratum $j$ was calculated through the formula:

$$s_j = \sqrt{\frac{1}{n_j - 1} \sum_{i=1}^{n_j} \left(x_{ij} - \bar{x}_j\right)^2}$$

The mean number of units considered medically necessary in the three strata are $\bar{x}_1 = 14.67$, $\bar{x}_2 = 15.32$ and $\bar{x}_3 = 15.84$ units respectively, and the standard deviations in the three strata were respectively, $s_1 = 3.0887$, $s_2 = 3.0110$ and $s_3 = 2.7882$ units. Given that the Levene's test of equality of variances over the three strata was not statistically significant, a pooled estimate of the variability could be obtained using all 178 observations review sample dataset. The pooled estimate of the standard deviation was derived as follows:

$$s_p = \sqrt{\frac{(30-1)(3.0887)^2 + (59-1)(3.0110)^2 + (89-1)(2.7882)^2}{178-3}} = 2.95233$$

This estimate was used in the derivation of all confidence intervals. For the 95% confidence interval of the number of units considered medically necessary, the 95% confidence interval was

$$\left(\bar{x}_1 - t_{175;0.975} s_p, \ \bar{x}_1 + t_{175;0.975} s_p\right)$$
$$= [14.67 - 1.973(2.95233), 14.67 + 1.973(2.95233)]$$
$$= (14.67 - 5.83, 14.67 + 5.83)$$
$$= (8.85, 20.49)$$

Similarly, the 95% confidence intervals for strata 2 and 3 were, respectively, (9.49, 21.15) and (10.01, 21.67) units.

An identical procedure was used to determine the mean number of units considered medically necessary among the 60 initial tests in the repeats group. No stratification was attempted in this sample. The mean number and standard deviation of the number of medically necessary units in this group is 16.92 and 4.09 tests respectively.

ii.  Confidence intervals in the repeat sample

In the repeat samples, the mean of the number of units considered medically necessary was calculated from a repeated-measures model. The model of the number of units $y_{ij}$ considered medically necessary for HIC $i$ and time point $j$ is given by the following equation:

$$y_{ij} = \mu + \varepsilon_{ij}$$

where $\varepsilon_{ij} \sim \mathcal{N}(0, \Sigma)$ follows the compound-symmetry structure, i.e., $\Sigma$ is a block diagonal matrix of the form:

$$\Sigma = \begin{pmatrix} \Sigma_1 & 0 & \cdots & 0 \\ 0 & \Sigma_2 & \cdots & 0 \\ \vdots & \vdots & \ddots & \vdots \\ 0 & \sigma_e^2 & \cdots & \Sigma_{60} \end{pmatrix}$$

The correlation matrix corresponding to the covariance submatrices $\Sigma_i$ above is

$$R = \begin{pmatrix} 1 & \rho & \cdots & \rho \\ \rho & 1 & \cdots & \rho \\ \vdots & \vdots & \ddots & \vdots \\ \rho & \rho & \cdots & 1 \end{pmatrix}$$

A constant-correlation assumption is reasonable for these data and was borne out by consideration of alternative models (through the use of AIC model diagnostics and model interpretability considerations). The mean number of units considered medically necessary was 12.18 over all strata. From the same model, the standard deviation is $s = 1.7366$ units per test. Thus, the 95% confidence interval for the number of units considered medically necessary among the repeats group is (8.71, 15.65) units per test.

b.  **Confidence interval for the number of medically unnecessary units: population**
    To derive the number of medically unnecessary units per test in the entire population, the mean number of units considered medically necessary, as calculated in the review sample, was subtracted from the total number of units performed for each test. The 95% confidence interval for the number of unnecessary units was performed by subtracting the 95% upper and lower bound of units considered medically necessary calculated in section 2a above. For the 178 non-repeat and 258 repeat tests, all three numbers, the point estimate and lower and upper bound are the same value (since there is no uncertainty as to the number of units considered medically necessary by the medical expert and, consequently, the number of units considered medically unnecessary in the review sample tests). Given properties of the normal distribution, this procedure results in a proper 95% confidence interval for the number of units that are considered medically unnecessary.

c.  **Confidence interval for the damage amount incurred in each test: population**
    The 95% confidence interval of the damage incurred from every individual test was calculated by multiplying the 95% lower and upper bound of the number of units considered medically unnecessary, by the per-unit sum charged by Dianon. Given properties of the normal distribution, this procedure results in a proper 95% confidence interval for the damages incurred by every test.

CG00031

## APPENDIX B

## REFERENCES

Aiken, L.S. & West, S.G. 1991. *Multiple Regression: Testing and Interpreting Interactions*, Sage Publications, London.

Cohen, J. Cohen, P., West, S.G., & Aiken, L.S. 2003. *Applied Multiple Regression/Correlation Analysis for the Behavioral Sciences, 3rd Ed.*, Lawrence Erlbaum Associates, Mahwah, NJ.

Gasiorek, A.D. 2001. *Merger & Acquisition: Valuation and Structuring, 2d Ed.,* Corporate Development Institute, Norcross, GA.

Hutcheson, G. 1999. *The Multivariate Social Scientist*, Sage Publications, London.

White, H. 1980. A heteroskedasticity-consistent covariance matrix estimator and a direct test for heteroskedasticity. *Econometrica* 48: 817-838.

Wooldridge, J.M. 2003. *Introductory Econometrics: A Modern Approach, 2d Ed.*, Thompson, Mason, OH.

---

CG00032

# APPENDIX E

## LIST OF DOCUMENTS REVIEWED

1. United States' Complaint, Case Number 3:02CV1573(MRK), dated March 18, 2005;
2. United States' Amended Complaint, Case Number 3:02CV1573(MRK), dated July 14, 2005;
3. Dianon Memorandum in re. Hematopathology Services Fee Justification, dated January 30, 1996 (Bates Nos. 200060-200067);
4. Dianon Memorandum in re. Flow Cytometry Antibodies, dated May 21, 1997 (Bates Nos. 200057-200058);
5. Dianon Memorandum in re. Flow Cytometry Antibody Panel, dated June 17, 1997 (Bates No. 300008);
6. Letter from Robert Tucciarone (Dianon) to Medicare MetraHealth Insurance Companies in re. Dianon Systems, Inc., Refund for Immunophenotyping Studies, dated June 17, 1997 (Bates Nos. 800009-800016);
7. Letter from Robert Tucciarone (Dianon) to United Health Care Insurance Co. in re. Dianon Systems, Inc., Refund for Immunophenotyping Studies, dated July 28, 1997 (Bates Nos. 800017-800019);
8. Dianon Memorandum in re. Hematopathology, dated July 30, 1997 (Bates Nos. 300000-300003);
9. Fee Schedule, dated May 6, 2003 (Bates Nos. 900000-900003);
10. Ap Test Code Creation Form – Test Code XL3 and related documents (Bates Nos. 600000-600002);
11. Fee Schedules and related documents (Bates Nos. 600045-600052);
12. Claims records of billings made to Medicare by Dianon from 1993-2003;
13. Claims records of billings made to Tricare by Dianon from October 1, 1994 to July 25, 2005;
14. Department of Health and Human Services (DHHS), Centers for Medicare and Medicaid Services (CMS), Pub. 100-08, Transmittal 14, dated June 10, 2005;
15. DHHS-OIG Office of Audit Services RAT-STATS User Guide (table of contents and introduction);
16. DHHS-OIG Office of Audit Services Sampling Plan Document;
17. 2003 Review of Dianon produced records performed by Dr. Stuart D. Flynn;
18. 2005/2006 Review of Dianon produced records performed by Dr. Stuart D. Flynn for sample tests selected by Clifton Gunderson LLP (Attachment A and Attachment B);
19. Medicare claim field descriptions from http://new.cms.hhs.gov/IdentifiableDataFiles/Downloads/dsycarri.pdf

CG00052

**EXHIBIT I**
**DAMAGES SUMMARY**

**Medicare**

| | Damages (Point Estimate) | | Prejudgment Interest | | Total Damages, With Interest |
|---|---|---|---|---|---|
| Non-Repeat Tests | $ | 2,643,408.23 | $ | 472,901.09 | $ | 3,116,309.32 |
| Repeat Tests | | 890,608.53 | | 148,413.15 | | 1,039,021.68 |
| Total Medicare | $ | 3,534,016.76 | $ | 621,314.24 | $ | 4,155,331.00 |

**Tricare**

| | Damages (Point Estimate) | | Prejudgment Interest | | Total Damages, With Interest |
|---|---|---|---|---|---|
| Non-Repeat Tests | $ | 72,609.21 | $ | 13,477.94 | $ | 86,087.16 |
| Repeat Tests | | 19,595.30 | | 3,899.97 | | 23,495.27 |
| Total Tricare | $ | 92,204.51 | $ | 17,377.91 | $ | 109,582.42 |

**Grand Totals**

| | Damages (Point Estimate) | | Prejudgment Interest | | Total Damages, With Interest |
|---|---|---|---|---|---|
| Non-Repeat Tests | $ | 2,716,017.44 | $ | 486,379.03 | $ | 3,202,396.47 |
| Repeat Tests | | 910,203.82 | | 152,313.12 | | 1,062,516.95 |
| Grand Totals | $ | 3,626,221.27 | $ | 638,692.15 | $ | 4,264,913.42 |

CG00053

**EXHIBIT II**
**SUMMARY OF DAMAGES**
**MEDICARE - NON-REPEAT TESTS BILLED BY DIANON**

| | Amount Paid by Medicare to Dianon for Medically Unnecessary Tests | | | Prejudgment Interest on Amount Paid by Medicare for Medically Unnecessary Tests | | | |
|---|---|---|---|---|---|---|---|
| | Point Estimate | 95% Confidence Interval - Lower Bound | 95% Confidence Interval - Upper Bound | Interest Factor | Point Estimate | 95% Confidence Interval - Lower Bound | 95% Confidence Interval - Upper Bound |
| 1996 | $ 123,967.13 | $ 55,776.80 | $ 192,313.07 | 1.6049 | $ 74,982.37 | $ 33,736.98 | $ 116,321.88 |
| 1997 | 73,112.09 | 29,729.54 | 125,186.47 | 1.5027 | 36,754.03 | 14,945.28 | 62,932.24 |
| 1998 | 39,456.85 | 968.69 | 123,199.95 | 1.4207 | 16,599.44 | 407.53 | 51,830.04 |
| 1999 | 57,976.98 | 1,400.81 | 179,525.19 | 1.3400 | 19,710.01 | 476.22 | 61,031.88 |
| 2000 | 107,314.82 | 2,227.83 | 330,823.28 | 1.2591 | 27,805.34 | 577.23 | 85,716.52 |
| 2001 | 589,664.10 | 257,189.55 | 922,391.78 | 1.1951 | 115,034.53 | 50,173.78 | 179,944.65 |
| 2002 | 612,139.06 | 267,072.57 | 957,205.54 | 1.1385 | 84,751.12 | 36,976.40 | 132,525.83 |
| 2003 | 1,039,777.20 | 453,425.06 | 1,627,163.79 | 1.0935 | 97,264.25 | 42,414.90 | 152,210.37 |
| Damages | $ 2,643,408.23 | $ 1,067,790.84 | $ 4,457,809.07 | | $ 472,901.09 | $ 179,708.32 | $ 842,513.41 |
| Prejudgment Interest | 472,901.09 | 179,708.32 | 842,513.41 | | | | |
| Damages, With Interest | $ 3,116,309.32 | $ 1,247,499.17 | $ 5,300,322.48 | | | | |

CG00054

EXHIBIT III
SUMMARY OF DAMAGES
MEDICARE - REPEAT TESTS BILLED BY DIANON

| | | Amount Paid by Medicare to Dianon for Medically Unnecessary Tests | | | | | Prejudgment Interest on Amount Paid by Medicare for Medically Unnecessary Tests | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Point Estimate | 95% Confidence Interval - Lower Bound | 95% Confidence Interval - Upper Bound | Interest Factor | Point Estimate | 95% Confidence Interval - Lower Bound | 95% Confidence Interval - Upper Bound |
| | 1996 | $ 19,661.16 | $ 6,982.29 | $ 33,467.86 | 1.6049 | $ 11,892.19 | $ 4,223.29 | $ 20,243.26 |
| | 1997 | 19,345.88 | 9,543.51 | 32,534.74 | 1.5027 | 9,725.33 | 4,797.60 | 16,355.47 |
| | 1998 | 10,153.03 | 3,961.46 | 28,842.56 | 1.4207 | 4,271.36 | 1,666.58 | 12,134.02 |
| | 1999 | 19,946.67 | 8,355.68 | 54,188.92 | 1.3400 | 6,781.13 | 2,840.62 | 18,422.21 |
| | 2000 | 37,752.14 | 16,168.63 | 93,976.44 | 1.2591 | 9,781.60 | 4,189.30 | 24,349.35 |
| | 2001 | 212,351.10 | 117,619.90 | 307,137.16 | 1.1951 | 41,426.48 | 22,945.86 | 59,917.80 |
| | 2002 | 246,830.72 | 149,829.81 | 343,942.63 | 1.1385 | 34,173.90 | 20,744.05 | 47,619.12 |
| | 2003 | 324,567.82 | 216,836.39 | 432,521.07 | 1.0935 | 30,361.16 | 20,283.60 | 40,459.47 |
| Damages | | $ 890,608.53 | $ 529,297.67 | $ 1,326,611.37 | | $ 148,413.15 | $ 81,690.90 | $ 239,500.72 |
| Prejudgment Interest | | 148,413.15 | 81,690.90 | 239,500.72 | | | | |
| Damages, With Interest | | $ 1,039,021.68 | $ 610,988.57 | $ 1,566,112.09 | | | | |

CG00055

**EXHIBIT IV**
**SUMMARY OF DAMAGES**
**TRICARE - NON-REPEAT TESTS BILLED BY DIANON**

| | Amount Paid by Tricare to Dianon for Medically Unnecessary Tests | | |
|---|---|---|---|
| | Point Estimate | 95% Confidence Interval - Lower Bound | 95% Confidence Interval - Upper Bound |
| 1996 | $ 5,962.39 | $ 2,885.31 | $ 9,048.12 |
| 1997 | $ 1,640.76 | $ 724.31 | $ 2,739.96 |
| 1998 | $ 1,147.65 | $ - | $ 3,644.74 |
| 1999 | $ 1,232.49 | $ - | $ 3,914.17 |
| 2000 | $ 1,911.72 | $ - | $ 6,071.28 |
| 2001 | $ 11,253.70 | $ 4,833.64 | $ 17,673.76 |
| 2002 | $ 18,425.76 | $ 7,855.79 | $ 28,995.74 |
| 2003 | $ 31,034.73 | $ 13,249.22 | $ 48,820.24 |
| Damages | $ 72,609.21 | $ 29,548.26 | $ 120,908.01 |
| Prejudgment Interest | 13,477.94 | 5,379.30 | 23,316.47 |
| Damages, With Interest | $ 86,087.16 | $ 34,927.56 | $ 144,224.48 |

| | Prejudgment Interest on Amount Paid by Tricare for Medically Unnecessary Tests | | |
|---|---|---|---|
| Interest Factor | Point Estimate | 95% Confidence Interval - Lower Bound | 95% Confidence Interval - Upper Bound |
| 1.6049 | $ 3,606.39 | $ 1,745.20 | $ 5,472.82 |
| 1.5027 | 824.82 | 364.12 | 1,377.40 |
| 1.4207 | 482.82 | - | 1,533.34 |
| 1.3400 | 419.00 | - | 1,330.67 |
| 1.2591 | 495.33 | - | 1,573.07 |
| 1.1951 | 2,195.43 | 942.97 | 3,447.88 |
| 1.1385 | 2,551.06 | 1,087.64 | 4,014.48 |
| 1.0935 | 2,903.09 | 1,239.38 | 4,566.81 |
| | $ 13,477.94 | $ 5,379.30 | $ 23,316.47 |

CG00056

**EXHIBIT V**
**SUMMARY OF DAMAGES**
**TRICARE - REPEAT TESTS BILLED BY DIANON**

| | Amount Paid by Tricare to Dianon for Medically Unnecessary Tests | | | | Prejudgment Interest on Amount Paid by Tricare for Medically Unnecessary Tests | | |
|---|---|---|---|---|---|---|---|
| | Point Estimate | 95% Confidence Interval - Lower Bound | 95% Confidence Interval - Upper Bound | Interest Factor | Point Estimate | 95% Confidence Interval - Lower Bound | 95% Confidence Interval - Upper Bound |
| 1996 | $ 364.74 | $ 273.16 | $ 456.32 | 1.6049 | $ 220.62 | $ 165.22 | $ 276.01 |
| 1997 | $ 448.01 | $ 256.83 | $ 641.24 | 1.5027 | 225.22 | 129.11 | 322.36 |
| 1998 | $ 1,026.31 | $ 552.29 | $ 1,727.83 | 1.4207 | 431.77 | 232.35 | 726.90 |
| 1999 | $ 2,696.34 | $ 1,575.58 | $ 3,822.18 | 1.3400 | 916.66 | 535.64 | 1,299.40 |
| 2000 | $ 1,780.39 | $ 797.23 | $ 2,763.56 | 1.2591 | 461.30 | 206.56 | 716.04 |
| 2001 | $ 1,346.04 | $ 693.38 | $ 2,160.15 | 1.1951 | 262.59 | 135.27 | 421.41 |
| 2002 | $ 5,912.65 | $ 2,892.96 | $ 10,140.83 | 1.1385 | 818.61 | 400.53 | 1,404.01 |
| 2003 | $ 6,020.80 | $ 2,872.25 | $ 9,883.76 | 1.0935 | 563.21 | 268.68 | 924.56 |
| Damages | $ 19,595.30 | $ 9,913.67 | $ 31,595.89 | | $ 3,899.97 | $ 2,073.36 | $ 6,090.68 |
| Prejudgment Interest | 3,899.97 | 2,073.36 | 6,090.68 | | | | |
| Damages, With Interest | $ 23,495.27 | $ 11,987.03 | $ 37,686.57 | | | | |

CG00057

**EXHIBIT VI**
**UNITS BILLED IN EXCESS OF PERFORMED (MEDICARE - STRATUM 1)**

| Date of Service | Stratum | Units Performed | Units Paid |
|---|---|---|---|
| 1/8/1996 | 1 | 22 | 26 |
| 11/25/1996 | 1 | 21 | 22 |
| 4/11/1996 | 1 | 22 | 26 |
| 1/24/1996 | 1 | 22 | 26 |
| 5/1/1997 | 1 | 25 | 26 |
| 2/5/1996 | 1 | 22 | 26 |
| 7/14/1997 | 1 | 25 | 26 |
| 6/6/1997 | 1 | 25 | 26 |
| 3/14/1996 | 1 | 22 | 26 |
| 1/10/1997 | 1 | 21 | 22 |
| 8/6/1997 | 1 | 25 | 26 |
| 3/7/1996 | 1 | 22 | 26 |
| 2/1/1996 | 1 | 22 | 26 |
| 3/7/1997 | 1 | 25 | 26 |
| 1/11/1996 | 1 | 23 | 26 |
| 2/21/1996 | 1 | 22 | 26 |
| 2/28/1997 | 1 | 21 | 26 |
| 5/21/1997 | 1 | 25 | 26 |
| 11/26/1996 | 1 | 21 | 22 |
| 7/22/1997 | 1 | 25 | 26 |
| 3/25/1996 | 1 | 22 | 26 |
| 1/12/1996 | 1 | 22 | 26 |
| 1/19/1996 | 1 | 22 | 26 |
| 2/12/1996 | 1 | 22 | 26 |
| 4/4/1996 | 1 | 23 | 26 |

| Obs | Mean | Std. Err. 95% | [95% Conf. Interval] | |
|---|---|---|---|---|
| 30 | 0.8333333 | 0.0680414 | 0.6527883 | 0.943578 |

CG00058



Chart 1: Annual Total Paid by Medicare to Dianon

CG00059



**Chart 2: Cumulative Paid by Medicare to Dianon by Year**

CG00060



Chart 3: Annual Total Damages to Medicare (Pre-Interest)

CG00061



Chart 4: Cumulative Damages to Medicare by Year (Pre-Interest)

CG00062



Chart 5: Total Annual Number of Units (Antibodies) Paid for by Medicare to Dianon

CG00063

Chart 6: Total Annual Number of Tests Paid for by Medicare to Dianon

CG00064



Chart 7: Repeat Test Example (Sample A 158-161)

CG00065