Concordance key word in context printing for depositions
Cutter, Gary R. - June 27, 2006 09:25:00 a.m.

```
63:1      A     Yes.
   2      Q     And you went over those charging
   3   patterns on page one of your report, correct?
   4      A     Hm-mm.  Yes.
   5      Q     Was it reasonable to stratify here?
   6      A     Yes.
   7      Q     Is stratification one way to increase
   8   the precision of a sample?
   9      A     It can be.
  10      Q     Do you believe it increased the
  11   precision in this case?
  12      A     I'm not sure.  The other way that one
  13   could have stratified here is by diagnosis.  And at
  14   the time I did my report, I was not aware of
  15   Dr. Flynn's view of how the testing should be done.
  16   I'm not sure it makes sense to me.  But I will
  17   leave that to medical experts.
  18            The issue is if your indexing is based
  19   on the presumption diagnosis, then your sampling
  20   stratification for precision might have been within
  21   diagnostic groups.  So it's an alternative way of
  22   stratifying.  Now it probably would have led to a
```

64:1  very large sample, or at least a bin with a lot of
  2   singletons.
  3       Q    Why do you say it would have led to a
  4   very large sample?
  5       A    Because the number of diagnostic groups
  6   would be quite large.  But in a small sample where
  7   you -- for example, take 30 -- where you have a lot
  8   of different diagnostic groups represented and you
  9   only have 30, you're assuming a count is a count is
 10   a count, so a number like 15 appropriate tests on
 11   one sample in one diagnostic group and let's --
 12   let's say 10, and let's say 10 on another
 13   diagnostic group, those two sets of 10 while the
 14   same number may be totally different diagnostic
 15   tests, so coming up with that average number may
 16   not represent exactly from a precision point of
 17   view what one wants to represent.  I do think that
 18   doing the stratification by period of time is not
 19   unreasonable.
 20       Q    And doing it by diagnosis you said you
 21   would have to have a larger sample.  Do you have a
 22   sense of how much larger, ballpark?

Concordance key word in context printing for depositions
Cutter, Gary R. - June 27, 2006 09:25:00 a.m.

65:1    A    No, I do not.

2    Q    And you said there would be a lot of
3    singletons. What did you mean by that?
4    A    My guess is that with the large number
5    of potential diagnoses that come in, when you've
6    got your sample, you would only have one of a
7    particular type or another in your actual sample,
8    as is true in this way of sampling. You do get a
9    representation of the underlying distribution of
10    diagnoses, but it makes the assumption that the
11    count is the right parameter, which again if you're
12    indexing off of diagnosis may not be the same
13    quantity for a different test -- for different
14    diagnostic groups.
15    Q    Knowing what you know now about the
16    case, if you were having to design the sample, how
17    would you have stratified?
18    MR. PARKER: Objection. Based on the
19    question.
20    THE WITNESS: I would -- yeah, I would
21    first make sure I understood what the underlying
22    question was, and that would go back to this issue

Concordance key word in context printing for depositions
Cutter, Gary R. - June 27, 2006 09:25:00 a.m.

66:1   of what's the universe.  Is it submitted claims or

 2     is it paid claims.

 3              BY MR. MOLOT:

 4        Q     Let's say you were told it was the

 5     universe was paid claims.

 6        A     I would still ask the other question.

 7     But I accept that I was told it's paid claims.  And

 8     given that, I would probably have a number of

 9     questions, I hope, which would get at how does this

10     determination of number of appropriate tests

11     result.  And that might cause me to choose the one,

12     the diagnosis, the presumption diagnosis, the final

13     diagnosis, or some other parameter to stratify on.

14     It could also include time.

15              I don't feel like even with what I know

16     right now I would necessarily design something

17     totally different.  You know, that's a dialogue

18     between someone who is raising a question and me

19     providing my insight into how one answers that

20     question.  But without the dialogue, I would be --

21     I wouldn't feel comfortable.

22        Q     But even with all you know now, you have

Concordance key word in context printing for depositions
Cutter, Gary R. - June 27, 2006 09:25:00 a.m.

```
91:1    without any bias, then of course he's giving me
   2    truth.
   3              BY MR. MOLOT:
   4       Q      And the statistical results would be
   5    accurate.
   6       A      The statistical results would be precise
   7    as they are calculated.
   8       Q      Are you aware of kind of clinical
   9    studies that have been done where only one
  10    pathologist is used as a reviewer?
  11       A      I'm certain I've read some.
  12       Q      Have you ever heard of the term single
  13    study pathologist?
  14       A      No.  But I can intuit what it means.
  15       Q      What do you intuit it means?
  16       A      A single pathologist doing a study.
  17       Q      I have a few articles that I've found
  18    where a single pathologist is a reviewer.  I just
  19    want to show you a few and talk about your opinion
  20    on them and how that relates to your opinion in
  21    this case.  Okay?
  22       A      Okay.
```

```
.92:1              MR. MOLOT:  Let's mark this as 9.
   2                    (The document referred to was
   3                    marked Deposition Exhibit
   4                    No. 9 for identification.)
   5              BY MR. MOLOT:
   6         Q    Doctor, let me show you what has been
   7    marked as Exhibit 9 for identification.  Just for
   8    the record, it's an article from the World Journal
   9    of Gastroenterology.  It is titled "Vitamin B12
  10    Deficiency and Gastric Histopathology in Older
  11    Patients."
  12              I'm not going to ask you to read all of
  13    it, although you can if you so choose.  Just
  14    directing your attention to the abstract on the
  15    first page, on the left-hand side under "Methods,"
  16    it describes what was done and then down a few
  17    sentences it says "A single pathologist, blinded to
  18    B12 status, processed and interpreted the biopsy
  19    samples."
  20              So I guess my question is, you know,
  21    here is an example of a clinical study where they
  22    used a single pathologist as opposed to a panel of
```

Concordance key word in context printing for depositions
Cutter, Gary R. - June 27, 2006 09:25:00 a.m.

```
93:1   pathologists to review biopsy samples.  Do you
   2   think that was improper?
   3           MR. PARKER:  Objection.
   4           THE WITNESS:  I wouldn't -- I would
   5   obviously need to read the article in detail.  I
   6   will give them credit for having the pathologist
   7   blinded to the B12 status, which is another
   8   difference that's here, that the records were not
   9   adjudicated in a blind fashion, they were
  10   adjudicated in an open fashion.
  11           BY MR. MOLOT:
  12       Q   Well, we will talk about that.  But I
  13   understand your point.
  14       A   But I would say that there are sample
  15   articles that show that two pathologists looking at
  16   slides don't always agree.  And it doesn't mean
  17   that you can't get information from a study.  And
  18   again, I don't know what the conclusion is and how
  19   the conclusion might be affected by what they
  20   found.  But there is a deficiency in having a
  21   single pathologist, even a blinded one.  In the
  22   limit they could be very blinded and do a very poor
```

Concordance key word in context printing for depositions
Cutter, Gary R. - June 27, 2006 09:25:00 a.m.

```
94:1   job.  I mean it is related to the pathologist's
   2   ability to see slides.
   3           So there is a lot of questions one could
   4   raise if one were really an expert in this.  Again,
   5   having not read the article, bear with me for a
   6   minute, but, you know, you could say well, wait a
   7   second, what's the age of the pathologist?  We lose
   8   contrast sensitivity in our eyes, the ability to
   9   see things, with age.  If you had a younger
  10   pathologist, would they have gotten the same
  11   results?  I don't know the answer to that.  So
  12   would I criticize this for having a single
  13   pathologist?  I would say it's a deficiency.
  14      Q    Fair enough.  That's all I want to
  15   understand.
  16           I've got a few more along the same lines
  17   we can talk about.
  18      A    Off the record?  You want me to
  19   criticize the number of controls for 30 cases?
  20      Q    I saw that.
  21           MR. MOLOT:  Let's mark this as Exhibit
  22   10.
```

Concordance key word in context printing for depositions
Cutter, Gary R. - June 27, 2006 09:25:00 a.m.

```
95:1                  (The document referred to was
   2             marked Deposition Exhibit
   3             No. 10 for identification.)
   4        BY MR. MOLOT:
   5        Q    For the record, this is an article that
   6   comes from Cancer 2006.  The cite is 107:46-53.  It
   7   seems to be published by the American Cancer
   8   Society.  This appears to me to be some kind of
   9   study done by clinicians at the Mayo Clinic.  I'm
  10   sure I'm going to mispronounce the title of it.  It
  11   is "Mononuclear Cell Infiltration in Clear-Cell
  12   Renal Cell Carcinoma Independently Predicts Patient
  13   Survival."
  14             Again, if you would like to look at it
  15   for a few minutes, that's fine.  I'm just again
  16   pointing you to the "Methods" section on the first
  17   page.  It talks about a total of 306 patients seem
  18   to be in the sample.  The second sentence says "A
  19   single urologic pathologist, blinded to patient
  20   outcome, reviewed the specimens and quantified the
  21   extent of mononuclear cell infiltration as absent,
  22   focal, moderate, or marked."  Do you see where I
```

Concordance key word in context printing for depositions
Cutter, Gary R. - June 27, 2006 09:25:00 a.m.

```
96:1   read that from?
  2       A    Yes.
  3       Q    Again this seems to be a clinical study
  4   using a single pathologist. I have the same
  5   question as the last exhibit. Would you be
  6   critical of this?
  7       A    Well, I would. I think the other thing
  8   that's different is the context in which this is
  9   given. This is in a published peer reviewed
 10   journal. I think it's peer reviewed.
 11       Q    By the way, was Exhibit 9 a peer
 12   reviewed journal?
 13       A    I don't know the journal. I'm not
 14   familiar with it so I can't comment.
 15       Q    Okay. But Exhibit 10 is a peer reviewed
 16   journal.
 17       A    I believe so. You know, I can't attest
 18   to that. But I'm assuming it is.
 19       Q    Okay. So my question -- I'm sorry, go
 20   ahead.
 21       A    Well, the issue in my way of thinking is
 22   the context in which these two things are being
```

Concordance key word in context printing for depositions
Cutter, Gary R. - June 27, 2006 09:25:00 a.m.

```
97:1   done.  We publish literature in the peer reviewed
   2   literature for criticism and for replication of
   3   results, so if there are flawed assessments or
   4   different assessments, other people have an
   5   opportunity to replicate this before a decision is
   6   made on whether or not the conclusions of one set
   7   of authors is in fact adopted as some kind of
   8   truth, so that there is in essence a different
   9   court that this is being tried in as opposed to a
  10   single occasion where somebody will make a decision
  11   at the end of this.  So it's still a weakness.  All
  12   papers and all studies have weaknesses.  And the
  13   question is how much of a weakness.  Well, I have
  14   to read the article and digest it.
  15       Q    But you would be critical of the fact
  16   that they used a single pathologist as opposed to a
  17   panel of pathologists.
  18       A    I would -- if this were a grant coming
  19   for funding, I would point out that is a single
  20   pathologist.  If you used a panel, if that's your
  21   primary end point, one would put more energy into
  22   it.  If one looks at clinical trials, very often
```

Concordance key word in context printing for depositions
Cutter, Gary R. - June 27, 2006 09:25:00 a.m.

```
98:1    the primary end points are reviewed by a panel of
   2    experts, blindly and independently from the rest of
   3    the study.  So there is different levels of I don't
   4    want to use the word necessarily quality but there
   5    is different levels of meticulosity in determining
   6    end points, that goes everything from the single
   7    pathologist to the panel, and my preference is
   8    toward the panel.
   9         Q    Okay.  I'm going to show you one more.
  10    I have a whole bunch, but I think one more will be
  11    fine.
  12              MR. MOLOT:  Could we mark this as
  13    Exhibit 11, please.
  14                   (The document referred to was
  15                    marked Deposition Exhibit
  16                    No. 11 for identification.)
  17              BY MR. MOLOT:
  18         Q    Let me show you what has been marked as
  19    Exhibit 11 for identification.  It is an article
  20    from European Urology 2000.  The cite is
  21    37:595-600.  It is titled "The Prognostic
  22    Significance of S-Phase Analysis in Stage Ta/T1
```

Concordance key word in context printing for depositions
Cutter, Gary R. - June 27, 2006 09:25:00 a.m.

```
99:1   Bladder Cancer."  Do you know whether or not this
   2   is a peer reviewed journal?
   3       A     I think it is.
   4       Q     And again, just directing your attention
   5   to the "Methods" section, the second sentence says
   6   "Tumor grade, available for 223 cases, was assigned
   7   by a single study pathologist."  I have the same
   8   question.  I have a sense of what your answer will
   9   be.  But just for the record, would you be just
  10   generally critical of the fact that this peer
  11   reviewed journal used a single pathologist as
  12   opposed to a panel of pathologists to look at tumor
  13   grade?
  14       A     Again, without reading the article -- I
  15   happen to know a few of the people in this article,
  16   actually just one that I know of.
  17       Q     Who do you know?
  18       A     Brent Blumenstein.  And this is from a
  19   very -- I vaguely know David Crawford.  I wouldn't
  20   call it I know him personally.
  21       Q     This is from a very --
  22       A     This is from a prestigious group.  The
```

Concordance key word in context printing for depositions
Cutter, Gary R. - June 27, 2006 09:25:00 a.m.

```
100:1    Southwest Oncology Group is one of the premiere
    2    oncology groups in the country.  But I would still
    3    want to read this more carefully.
    4              And would I have criticisms of the
    5    single pathologist.  In the case that they are
    6    trying to get around, why are they putting in a
    7    single pathologist?  Because SWOG is a cooperative
    8    group that is collecting patients from a vast
    9    number of practices around the country where you
   10    have very, very different pathologists all making
   11    determinations.  So they are letting a single
   12    pathologist rule, read all these slides, because
   13    they are trying to reduce variability.  They may
   14    induce some bias and they miss some things, but
   15    they are not dealing with independent pathologists
   16    reviewing individual slides in individual
   17    locations, which is not the same as having a panel
   18    review the slides.  Would I say that another level
   19    of appropriateness is to have multiple pathologists
   20    review these?  I would still say it would make a
   21    better article.
   22         Q    I think I heard you correctly, that you
```