Concordance key word in context printing for depositions
Yiannoutsos, Constantin T. - June 1, 2006 09:00:00 a.m.

```
50:1    that statement?
   2        A    I do not.
   3        Q    What portion do you not agree with?
   4        A    The portion that says it isn't generally
   5    good practice to rely on a single opinion when there
   6    is not an objective gold standard.  I would like to
   7    qualify that statement --
   8        Q    Sure.
   9        A    -- if I may.
  10        Q    Sure.
  11        A    It is frequently the case that -- for one
  12    thing, I am not certain as a statistician and not a
  13    flow cytometry expert, whether there is or isn't a
  14    gold standard in flow cytometry.  In my personal
  15    experience in the field of medical application of
  16    statistics, there is frequently the need to have
  17    central review of, for example, X-rays or MRIs or
  18    other medical examinations by a single expert,
  19    precisely to avoid variability in the estimates.
  20        Q    Okay.
  21        A    So it may or may not be, depending -- we
  22    can not make a general statement about whether it is
  23    or is not a good statistical practice to rely on the
  24    single expert versus relying on a number of experts.
  25        Q    Is that a function of whether there is, in
```

Concordance key word in context printing for depositions
Yiannoutsos, Constantin T. - June 1, 2006 09:00:00 a.m.

```
51:1   fact, a gold standard?
   2       A   It is a function of whether the expect
   3   that you're relying on can be considered to be a
   4   more highly qualified or then the average experts or
   5   evaluators that you have in a field.
   6       Q   And what do you know about Dr. Flynn's
   7   qualifications to assess wet specimen flow
   8   cytometry?
   9       A   I can not evaluate -- I'm not a peer of
  10   Dr. Flynns and I'm not a flow cytometry expert so I
  11   can not evaluate Dr. Flynn's opinion.
  12       Q   I understand that, sir.  Is it also true
  13   that you took no attempts and your colleagues at
  14   Clifton Gunderson made no attempts to investigate
  15   the extent to which Dr. Flynn has any qualifications
  16   in assessing wet specimen flow cytometry?
  17       A   He was presented as an expert by the
  18   government to us, as an expert in flow cytometry.  I
  19   have access to this CV and that is the extent that I
  20   personally was involved in reviewing his
  21   qualifications.
  22       Q   So, you really didn't review, the
  23   government told you he was an expert and gave you
  24   his CV?
  25       A   Correct.
```