UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

---------------------------------x
UNITED STATES OF AMERICA,         :
ex rel., JAMES J. TIESINGA,       :
                                  :
         Plaintiffs,              :
                                  :
     v.                           :  No. 3:02CV1573(MRK)
                                  :
                                  :
DIANON SYSTEMS, INC.,             :
                                  :
         Defendant.               :
---------------------------------x

                              Washington, D.C.

                         Tuesday, February 28, 2006

Deposition of

            RICHERT E. GOYETTE

a witness, called for examination by counsel for

Plaintiffs, pursuant to notice and agreement of

counsel, beginning at approximately 9:00 a.m., at

the offices of United States Department of Justice,

601 D Street, NW., Washington, D.C., before Lohna

Esteb of Beta Court Reporting, notary public in and

for the District of Columbia, when were present on

behalf of the respective parties:

Page 94

1  remember. However, it was the duty of the
2  laboratory director to review the procedures
3  in the procedural manual; so, although, my
4  name isn't on it, at some point in time I
5  would have reviewed procedures which were
6  similar if not identical to this.
7    Q  Okay. And is this -- does this
8  document set forth the procedures that the
9  techs were supposed to follow in performing
10 immunophenotyping procedures?
11   A  Well, since I haven't read the
12 document, I can say that the purpose of a
13 procedure manual is to describe those
14 techniques.
15       Now, whether something was present
16 that wasn't done, or was done and wasn't
17 present I can't answer.
18   Q  Okay. If you turn to Page -- and
19 I'll read you the Bates numbers down at the
20 bottom right-hand corner, the ones that are
21 stamped on there.
22   A  Oh, yeah.

Page 95

1    Q  400204.
2    A  Okay.
3    Q  Take a look at the top, at the very
4  top of the page. It says: "Tubes will be
5  labeled as follows." And then it has a
6  series of, I guess, 11 tubes.
7    A  Okay.
8    Q  And I take it that those are things
9  that they were supposed to put in each tube,
10 is that right?
11   A  Yes. The tube number corresponds
12 to, it looks like, three antibodies that were
13 used in each tube.
14   Q  Okay. And if you take a look at --
15 some of these we've already mentioned -- CD
16 19, 45 -- but in tube two, there is
17 something, G1 or G I, I'm not sure what that
18 is, G2 and G, something. You know what those
19 are?
20   A  Counselor, I'm not sure what they
21 are, either.
22   Q  Okay.

Page 96

1    A  I'm sure it was a technical thing.
2  It doesn't ring any bells in my mind.
3    Q  Okay. Is that something that would
4  play a role in your diagnosis results?
5    A  I suspect it was quality control
6  because I don't ever remember interpreting a
7  G1, G2-A.
8    Q  And if you go down to Tube No. 10.
9  It has FAB'2, FAB'2, and G1. You know what
10 those are?
11   A  Well, not exactly. FAB stands for
12 fragment antibody 2. And so I suspect that
13 this was something used in setting up the
14 machines, or quality control.
15   Q  Okay. So that's not something that
16 would play a role in your diagnosis?
17   A  No.
18   Q  And the other -- the CD 45, 5, 19
19 and HLADR, KAPPA and LAMBDA, those -- are
20 those -- is that the panel that you and Dr.
21 Connor put together?
22   A  They are components of that panel.

Page 97

1    Q  Okay. But does this represent the
2  panel?
3    A  Let's see, it looks very close to
4  being the panel that I was comfortable
5  diagnosing and interpreting the results on.
6        MS. DAVIS: Let me give you
7  something else that may be --
8        (Deposition Exhibit No. 7 was
9        marked for identification.)
10       BY MS. DAVIS:
11   Q  Let me give you what's been marked
12 Exhibit 7.
13   A  Yes.
14   Q  Do you recognize that document?
15   A  I do.
16   Q  And what is that?
17   A  This is a template for the
18 interpretation of immunophenotyping specimens
19 that I used on a fairly regular basis
20 throughout my time at Dianon, but had to be
21 modified extensively by me and most
22 specimens. And, in fact, hematopathologists

**98**

1  that we brought on elected not to use it.
2  Q  Okay. Does the -- do the
3  antibodies listed there at the top of that
4  document, is that the panel that you and Dr.
5  Connor put together?
6  A  It comprises most of the antibodies
7  that I remember seeing on a regular basis.
8  And the fact that these antibodies are here
9  and used by me, I believe indicates that
10  probably they were.
11  Q  That this was the panel?
12  A  Yes. I mean, it isn't to say we
13  didn't write in or ask for additional things.
14  But this is fairly --
15  Q  But this would be the panel that
16  was run on most of the samples that came in?
17  A  At some point in time, this panel
18  would have been run. Now, I don't remember
19  ever changing this, this template. So
20  antibodies could have been added or
21  subtracted from this. And then simply what I
22  would have done, I would had to write in

**99**

1  something and stuff. So...
2  Q  Can you compare the antibodies that
3  are listed on Exhibit 7 to those that were
4  listed on the lab procedures?
5  A  This here? You mean what is there
6  and what is not?
7  Q  Yeah. Could you tell me if there
8  are differences?
9  A  Do you know if there are
10  differences? Because I don't want -- you
11  know, I am going to do it right here, but if
12  you want to ask me which ones, I'll tell you
13  what.
14    Okay. Well, CD-45, first thing I
15  come to is on here but it's not here. But
16  this was a part of the whole setting the
17  sample up. It identified the presence of --
18  it's called CD-45. It's called common
19  leukocyte antigen.
20    And, actually, it makes sure that
21  the cells that you are looking at are
22  leukocytes.

**100**

1  Q  Okay.
2  A  Okay. So it wouldn't have been
3  something we -- I would have put here.
4    COURT REPORTER: It would or
5  wouldn't?
6    THE WITNESS: It would not have
7  been something I would have put here. Okay.
8    MR. PARKER: You're referring to
9  Exhibit No. 7, Dr. Goyette?
10    THE WITNESS: No, I'm looking at
11  Exhibit 6 and Exhibit 7.
12    MR. PARKER: Right.
13    THE WITNESS: And comparing the
14  two.
15    MR. PARKER: But which is the
16  document to which you refer when you said it
17  was not something I would have put here?
18    THE WITNESS: Forty-five. Oh,
19  yeah, 45 is present on Document 6, Exhibit 6.
20  And it's not present, but known to have been
21  run, on document Plaintiff's Exhibit 7.
22

**101**

1    BY MS. DAVIS:
2  Q  And that's because you did it on
3  every --
4  A  Yeah.
5  Q  And that's because you did it on
6  every test, is that right?
7  A  Yes, to the best of my knowledge.
8  All right. Let's see. Sorry for --
9  Q  That's okay.
10  A  -- taking the time. Based on my
11  examination of Plaintiff's Exhibit 6 and 7, I
12  identify the presence of three antibodies, CD
13  23, CD 14 and CD 38 that are present on
14  Exhibit 6, but not present on Exhibit 7.
15  Q  Okay. Can you tell me how you chose
16  the particular antibodies that are -- that
17  were on your panel?
18  A  Well, I -- I'd have to say that it
19  was based -- first thing, it was an evolving
20  process.
21    For example, this exhibit here,
22  which shows three antibodies here and not

106

1  Q  But was there a -- basically if a
2  specimen came in the door, was it -- was the
3  technologist supposed to do all of the panels
4  that -- or all of the markers that are listed
5  in that lab procedure?
6      A  Well, they were supposed to unless
7  the physician had written in a specific
8  request.
9      Q  Okay.
10     A  So the laboratory request form had
11 specific boxes to check and also an area to
12 write something in. And some of the docs
13 would write things in.
14     Q  Okay. So a doctor -- would a
15 doctor, you know, more knowledgeable might,
16 for example, say, "Oh, and run marker X as
17 well"?
18     A  Or less knowledgeable.
19     Q  Or whatever. Okay. But when a
20 specimen came in the door, the flow cytometry
21 technologist was supposed to follow the
22 procedures in Exhibit 6, the lab procedures

107

1  we looked at?
2      A  Yes, but not as an absolute.
3      Q  Right.
4      A  I mean, you know, pathologists were
5  interacting with them; but, yes, this was a
6  general guide to what they were supposed to
7  do.
8      Q  Okay. All right. So you said you
9  considered smaller panels but decided not to
10 do that. And why was that, again?
11     A  Well, it was kind of
12 multi-factorial. And, in fact, my exhibit
13 here gives -- kind of gives an example of
14 what happened.
15     Q  You are talking about your
16 affidavit?
17     A  Yes. And I'll refer to specific --
18 it's Plaintiffs Exhibit 3, and I will refer
19 to a specific page as soon as I find it.
20     Q  How about Page 8?
21     A  I'm embarrassed. Somewhere in here
22 there's something about hairy cell leukemia.

108

1  Hairy cell, believe it or not, hairy cell.
2      I'll sort have to read this thing.
3  Let's see. It's paragraph 7 on Page 4.
4      Q  Okay.
5      A  And -- very interesting, when --
6  you know, I'd just completed probably the
7  second draft of my textbook when I arrived at
8  Dianon.
9      And I remarked one day to Dr.
10 Connor, I said, "We are seeing an awful lot
11 of hairy cell leukemias. And based on the
12 knowledge that I thought I had in my
13 textbook, this seems disproportionate; in
14 other words, diagnosing too many cases."
15     And Dr. Connor responded something
16 to the effect of this was a function of the
17 fact that we were using a broad panel of
18 antibodies.
19     And, for example, in hairy cell
20 leukemia, there's specific antibodies I
21 suspect we even added to the panel to make
22 sure that we made the diagnosis.

109

1      But -- so, I mean, at Dianon, for
2  example, we also started making the diagnosis
3  of mantel cell lymphoma right at the time
4  that an article came out describing three
5  cases, and we'd identified maybe ten or more
6  simply because we were using this pretty
7  comprehensive panel.
8      So that's -- I just believed, and
9  she believed, that by using the limited panel
10 we actually did a disservice to the patients.
11     Q  All right. So if the lab is, in
12 fact, using a limited panel, are they
13 committing malpractice?
14     MR. PARKER: Objection.
15     THE WITNESS: If -- you know,
16 that's an interesting question. And I'm not
17 sure I'm an expert on malpractice; however,
18 having been sued, I believe that if a lab
19 performs a very limited panel based upon
20 their knowledge that a diagnosis could be
21 obtained by using a more comprehensive panel
22 and failed to do so, it would be malpractice.

Page 222

1   Q   Okay. Take a look at the very next
2   page, 04129.
3   A   All right.
4   Q   What is that document?
5   A   This document consists of a
6   professional consultation rendered by me as a
7   physician practicing hematopathology at
8   Dianon on Ruth Godberg that is a combination
9   of immunophenotyping and examination of
10  peripheral blood, examination of bone marrow
11  biopsy clot section; and aspirate smears,
12  plus special stains.
13  Q   Okay. And that's signed by you?
14  A   Yes, it is.
15  Q   And did you do all of that
16  analysis?
17  A   Did I dictate this report based on
18  the examination of these specimens as
19  reported herein?
20  Q   Yes.
21  A   To the best of my knowledge.
22  Q   Okay.

Page 223

1   A   It's also signed by -- Dr. Rabson's
2   name is on it and I've never met Dr. Rabson
3   or seen him, so I don't know who he is
4   really.
5   Q   Okay. Do you know why his
6   signature is on here --
7   A   I think he predated my arrival and
8   he -- never met him, never talked to him. I
9   don't know.
10  Q   Okay. So he had nothing to do with
11  this report?
12  A   No, no.
13  Q   Okay. All right. Let's take a
14  look at Page 4129.
15  A   Okay.
16  Q   All right. The antibodies that are
17  listed there, are those the antibodies that
18  were performed on this particular specimen?
19  A   To the best of my knowledge. I
20  don't believe they would have appeared with
21  the numbers unless they were performed.
22  Q   Okay. And by the numbers, you mean

Page 224

1   the percentages that appear after them?
2   A   Yes. Yes.
3   Q   So if they are reported here, that
4   means they were performed? If they aren't
5   reported here, does that mean they weren't
6   performed?
7   A   In almost all instances. I mean,
8   sometimes somebody will write something down
9   on the wrong sheet or something; but, I mean,
10  that's a reasonable supposition, yeah, they
11  were performed.
12  Q   Okay. All right. And then take a
13  look at Page 4135.
14  A   Okay.
15  Q   What is that page?
16  A   This is a CBC report. And, quite
17  honestly, I'm not sure whether this was done
18  -- I can't remember if we -- I think we had a
19  CBC instrument so I can't remember if it was
20  done at Dianon or not. I suspect this was
21  supplied by the patient's physician, but I
22  don't remember.

Page 225

1   Q   Okay. underneath the patient it
2   says physician, is that --
3   A   Yeah, Baeker. That's Baeker's name
4   so I guess this was supplied to us by the
5   referring physician.
6   Q   By the referring physician?
7   A   Yes.
8   Q   Okay. And what does this
9   particular document tell you?
10  A   This particular document tells me
11  that there's a mild elevation of the white
12  count; an absolute elevation in the number of
13  lymphocytes; that granulocytes are within
14  normal limits; that the patient is anemic;
15  and that the size of the patient's cells as
16  reflected in the MCV is increased; and that
17  the cells are showing significant variations
18  in size and shape; and that the patient has a
19  normal platelet count.
20  Q   Okay. And the next page, which is
21  4136?
22  A   Yes.

## Page 226

1  Q   What is that page?
2  A   That appears to represent the
3  laboratory worksheet on this -- on Ruth
4  Godberg. And the result should be reflected
5  on the -- on Page 04129. And I haven't
6  checked, but at least the first couple seem
7  to be adequately represented.
8  Q   Okay. and so this would have been
9  the flow tech's --
10  A   Yes, in fact, probably the flow
11  tech's initials should be here.
12  Q   Is that down at the bottom of the
13  page just above where it says "Comments"?
14  A   Yeah, looks like prep tech, flow
15  tech, and initials. So I don't know whose
16  initials those are.
17  Q   You don't know who, what looks like
18  CAS, is?
19  A   There was a girl there, a tech,
20  laboratory technologist, whose name was
21  Carey. And there was one named Tamara,
22  Tamara, so it may have been those people.

## Page 227

1  Q   Okay. And let me just make sure
2  it's clear, because I wasn't sure, we cut
3  each other off.
4       This particular page, 4136, is the
5  initial worksheet used by the tech to write
6  down the results of the flow cytometry?
7  A   To write down the data from the
8  flow cytometry, yes.
9  Q   Okay. And then there's a series of
10  pages starting at 4139 going through 4157.
11  Are those what you have been referring to as
12  the scattergrams?
13  A   Yes.
14  Q   Okay. And those reflect the results
15  of the flow cytometry?
16  A   They reflect the data generated by
17  the flow cytometry. The results required
18  interpretation by the pathologist.
19  Q   Okay, I'm sorry. Not as precise.
20  A   Mine goes through 158, not 157, by
21  the way.
22  Q   Oh, I'm sorry. Yep, you're right.

## Page 228

1  There was a page stuck.
2       Okay. And then on 4159, can you
3  tell what that is?
4  A   Yes.
5  Q   What is that?
6  A   It's a template that I used to
7  organize my thoughts in making the diagnosis.
8  Q   All right. So this was something
9  that you would have sitting next to you when
10  you're reviewing the clot and the marrow and
11  the flow cytometry results?
12  A   Yes.
13  Q   Okay. And then based on that, you
14  would, what, pick one of these descriptions?
15  A   If the description was appropriate,
16  that I could use it either without changes or
17  by writing things in and scratching things
18  out, I would use it; otherwise, I would
19  dictate it. But the majority of reports I
20  was able to modify using this template.
21  Q   Okay. And on 4161, there's a
22  handwritten note?

## Page 229

1  A   Yes.
2  Q   Is that yours?
3  A   That is my handwriting.
4  Q   And does that indicate that that's
5  the particular -- I don't know what to call
6  it.
7  A   Particular diagnosis. The case
8  didn't meet the criteria, all the criteria I
9  had established there, so I had to modify it
10  somewhat.
11  Q   Okay. All right. Can you go back
12  to the first page of your report, which is
13  4129?
14  A   Yes.
15  Q   Okay. Under the T-cell antibodies?
16  A   Yes.
17  Q   Can you tell me what role those
18  played in your diagnosis of this case?
19  A   Oh, absolutely. They helped
20  establish that the lymphocyte population that
21  was identified by the clinician when he said
22  rule out CLL was, in fact, a B-cell

**Page 246**

1 they do correspond; but, unless you want me
2 to look at each one and confirm it.
3   Q   No, I'm trying to get a feel if
4 they are reported on --
5   A   Oh, yeah, they should be. If they
6 are reported here, unless there's a
7 transcription error or dictation error, they
8 should correspond.
9   Q   Okay. I'm not playing --
10   A   Okay. All right.
11   Q   Lt me ask you a question, though:
12 Based on your review of these two documents,
13 4265, and whatever else you want to look at
14 in the report --
15   A   Yes.
16   Q   -- can you tell me if several
17 markers were actually performed, one of which
18 is 11C?
19       MR. PARKER: This question is what
20 if -- f seven of markers were performed,
21 including 11C?
22       MS. DAVIS: Yes. I'm asking --

**Page 247**

1       BY MS. DAVIS:
2   Q   Can you tell me whether 11C was
3 performed?
4   A   Okay. I don't -- I don't see 11C
5 here.
6   Q   Okay. What about 61?
7   A   No, I don't see 61 here.
8   Q   How about 57?
9   A   No, I don't see 57 here.
10   Q   Okay. What about in the
11 scattergrams, is there anything there?
12   A   You know, I don't want to waste
13 your time, Counselor, I mean; but, you asked
14 me if it's there. I am going to tell you I
15 think it's probably not there but the only
16 way I can answer that question is actually
17 look at each one of these. It's going to
18 take three or four minutes.
19       So if you want me to, I don't have
20 a problem; but, if it's not reported on the
21 front sheet, and in -- I suspect it wasn't
22 done, they weren't done.

**Page 248**

1       MS. DAVIS: All right. Okay. We
2 are done with that one.
3       (Deposition Exhibit No. 25 was
4       marked for identification.)
5       BY MS. DAVIS:
6   Q   Twenty-five.
7   A   All right. Thank you.
8   Q   Let me just say, all of these
9 packages that we are going to get now are
10 going to be -- we asked for some patient
11 records from Dianon.
12   A   Okay.
13   Q   And this is what they gave us for
14 that particular patient.
15   A   Wow, a lot of stuff. Like it
16 includes billing stuff, too.
17   Q   Yes. So what I'll do is I'll --
18 rather than have you try to read everything
19 through -- I mean, you can look at anything
20 you want to --
21   A   Sure.
22   Q   -- in answering the question; but,

**Page 249**

1 I'll try to direct --
2   A   Okay. Thank you.
3   Q   -- your attention to what I'm going
4 to ask questions about. Okay.
5   A   Thank you.
6   Q   Okay. take a look at Page 06, oh,
7 I'm sorry, 01650.
8   A   First page, yes.
9   Q   Okay. And this is the requisition
10 form?
11   A   Yes, it is.
12   Q   Okay. And if you look at, down at
13 the bottom of the page --
14   A   Okay.
15   Q   -- it says: "Chromosome Analysis,"
16 and then it says, "Philadelphia chromosome."
17   A   Yes.
18   Q   What does that indicate the doctor
19 suspects?
20   A   It indicates that the doctor
21 doesn't know what the diagnosis is, but he
22 believes there's a reasonable basis to wonder

# DIANON SYSTEMS

| PREPARED BY:<br>S. Brown<br><br>12/25/95 | TITLE:<br>Hematopathology<br>Immunophenotyping Procedures | DOCUMENT NO.:<br>HEM-001<br><br>REVISION: H1 |
|---|---|---|
| REVIEWED BY:<br>A. Connor, M.D. | APPROVED:<br>James B. Amberson, M.D., Laboratory Director | EFFECTIVE DATE:<br>PAGE: 1 of 9 |

1.0 Leukemia / Lymphoma 3-Color Immunophenotyping Procedure

**Overview**

Specimens are received from clients throughout the United States via Airborne or Federal Express. They are accessioned by laboratory support and given a unique accession number. Upon receipt in the laboratory they are checked for integrity as well as specimen age. Any problems are noted on the original requisition. Copies of each requisition are made and sent with the specimens to the Hematopathology Lab for processing.

Hematopathology completes the Check-in procedure, confirms specimen integrity, specimen type and adequacy for processing. The first stage in processing is making either aspirate smears using a crush technique or peripheral smears. A cytospin preparation is also made. These slides are stained with a Wright-Giemsa stain for evaluation by a pathologist. A cell count is performed as well as a viability assessment by propidium iodide when possible, or by Trypan Blue manual method when necessary.

The samples are then processed for flow cytometric analysis. Sample volumes are adjusted according to cell counts in accordance with manufacture's guidelines. A single panel of antibodies is used for all leukemias and lymphomas with additional antibodies added at the pathologist's discretion.

Slides are reviewed prior to flow cytometric analysis to identify the population of interest. All flow cytometry data is saved in listmode format for 2 weeks in case re-analysis is necessary. A copy of the requisition with histogram printouts and slides for a case are given to the pathologist for review and final interpretation. A copy of the final report is filed permanently along with the printouts for future reference.

1.1 **Principle**

Monoclonal antibodies have been developed to recognize specific hematopoietic cell surface antigens. The monoclonal antibodies specifically bind their respective cell surface antigens, if present on the cells, contained in a mononuclear cell suspension or whole blood suspension. The monoclonal antibodies are fluorescently tagged and generate a fluorescent signal able to be detected by the optics of a flow cytometer. The percent of cells positive for a specific cell surface antigen is determined and reported.

1.2 **Specimen Requirements**

1. **Specimen Type**

   Acceptable specimen types are as follows: whole blood, bone marrow, fresh tissue and some fluids, such as cerebrospinal fluid or Pleural Fluid.

2. **Specimen Collection**

   A. Whole blood and bone marrow may be received in one of three anticoagulants. Vacutainers should be filled with the designated amounts for proper concentrations of sample and anticoagulant.

      1. EDTA - The sample must be less than 24 hours old at the time it is received by Dianon Systems Inc. This anticoagulant is not the anticoagulant of choice for bone marrow samples but it is still acceptable as long as it falls within the time criteria.

      2. Sodium Heparin - The sample must be less than 48 hours old at the time of receipt. This anticoagulant is acceptable for either specimen type.

100196


PLAINTIFF'S EXHIBIT 6

| PREPARED BY:<br>S. Brown<br>12/25/95 | TITLE:<br>Immunophenotyping Procedures | DOCUMENT NO.:<br>Hem-001 | |
|---|---|---|---|
| | EFFECTIVE DATE: | Revision: H1 | PAGE:<br>2 of 9 |

    3. ACD - The sample must be less than 48 hours old at the time of receipt. This anticoagulant is acceptable for either sample type. Note: The ratio of anticoagulant to sample is important. Too small a sample volume in a large volume of ACD can lead to cell lysis and poor viability during transport. Clients are given a pediatric size ACD tube for low volume bone marrow aspirations to help prevent this.

  B. Fresh tissue can be received in either of the following:

    1. RPMI cell culture media - This is the media of choice for fresh lymph nodes or other tissue of interest. The sample must be less than 36 hours old. A viability assessment is made on all specimens regardless of age.

    2. Normal Sterile Saline - This media is also acceptable although there is a larger percentage of non-viable cells when transported in this media.

  C. Cerebrospinal Fluid can be received either:

    1. Suspended in RPMI media, (preferred).

    2. Unprocessed; if there is a low white count and dilution would pose a problem, sending CSF in a sterile container is acceptable.

3. **Specimen Transport**

  A. The optimal storage temperature is 18 - 25 °C. Prolonged cold temperatures lower the total number of T cells. Should a sample at any time become frozen it must be rejected due to the loss of surface membrane integrity.

  B. All samples should be shipped via Airborne Express or Federal Express in their proper containers to prevent breakage and to ensure 24 hour arrival time.

4. **Specimen Rejection Criteria**

  A. All specimens are checked for proper storage and collection media, age of sample, temperature of storage and transport, and amount of sample. In addition all samples are also checked for clots and hemolysis. The presence of either of these alterations is cause for sample rejection.

**Quality Control / Quality Assurance**

400197

| PREPARED BY:<br>S. Brown<br>12/25/95 | TITLE:<br>Immunophenotyping Procedures | DOCUMENT NO.:<br>Hem-001 | |
|---|---|---|---|
| | EFFECTIVE DATE: | Revision: H1 | PAGE:<br>2 of 9 |

1.3   **Procedures**

1.3.1   Estimation of Cell Viability on Tissue and Specimens with no Red Cell Contamination

    1.    **Principle**

        Propidium iodide is an intercalating DNA/RNA stain that can be used to discriminate between living and dead cells. The technique is based on the fact that living cells actively exclude Propidium iodide, whereas dead cells take up Propidium iodide and fluoresce red.

    2.    **Specimen Requirements**

        Unfixed cells in a single cell suspension.

    3.    **Equipment and Materials**

        (1)    Flow cytometer
        (2)    590nm or 610nm long pass filter, 1" diameter
        (3)    Pasteur pipettes
        (4)    1 mL serological pipette, disposable
        (5)    Micropipette, 10-200 uL capacity
        (6)    12mm x 75mm polystyrene or polypropylene test tubes, disposable

    4.    **Reagent**

| Item | Source |
|---|---|
| Propidium Iodide | Sigma |

    5.    **Reagent Preparation**

        Propidium iodide stain: Dissolve 5 mg of Propidium iodide in 100 mL of 1X Phosphate Buffered Saline. Cover the container with aluminum foil, and label with the date of preparation, preparer's initials, and a one year expiration date. Store at 4°C in the dark.

        OR

        Dilute STOCK 1 mg/ml PI/PBS 1:20 in PBS to make a working solution.

    6.    **Method**

        PLEASE NOTE: GLOVES AND LABCOATS ARE TO BE WORN WHENEVER WORKING WITH HUMAN MATERIAL, AND GOGGLES WHEN APPROPRIATE. (See General Laboratory Safety Manual)

        1.    Aliquot $0.5 - 1 \times 10^6$ cells in 100 microliters of each sample into separate 12 mm x 75 mm plastic or glass test tube

        2.    Aliquot $0.5 - 1 \times 10^6$ cells in 100 microliters of any single specimen into a tube labeled "dead cell control". Add 0.3 mL of 1% formalin and vortex.

        3.    Add 1 mL of PI/PBS to both tubes.

        4.    Incubate at room temperature for 3-5 minutes.

        5.    Acquire in the VIABILITY protocol on the Coulter XL. Collect signals through a 590 nm or 610 nm long pass filter. (FL2 linear)

            a.    Run the dead cell control first to adjust the sensitivity of the red fluorescence detector. Set the left cursor to include 100% of the cells, leave the right cursor all the way open.

            b.    Run the unfixed samples at the same cursor setting.

            c.    The percent positive cells = percent dead cells.

                Viable cells = 100% - % positive.

400198

| PREPARED BY:<br>S. Brown<br><br>12/25/95 | TITLE:<br>Immunophenotyping Procedures | DOCUMENT NO.:<br>Hem-001 | |
|---|---|---|---|
| | EFFECTIVE DATE: | Revision: H1 | PAGE:<br>3 of 9 |

    6.    Print and save this as a list mode file.

    7.    Record the percent viable on sample worklist

    8.    Samples with > 85% viability will automatically be processed. Samples with < 85% viability will be reviewed by a pathologist before staining.

**1.3.2**  **Estimation of Cell Viability Blood and Bone Marrow or Specimens with Red Cell Contamination Using Propidium Iodide and CD45 staining.**

1. **Principle**

    Propidium iodide is an intercalating DNA/RNA stain that can be used to discriminate between living and dead cells. The technique is based on the fact that living cells actively exclude Propidium iodide, whereas dead cells take up Propidium iodide and fluoresce red. The problem with processing samples which have RBC's in them is that the RBC's will not stain with propidium iodide and therefore prevents an accurate viability assessment. By adding the CD45, LCA antibody we can differentiate the dual staining dead white cells from the CD45 + / PI - staining live white cells as well as the dual negative staining red cells.

2. **Specimen Requirements**

    Blood or Bone Marrow Specimens or other specimens with significant RBC contamination.

3. **Equipment and Materials**

    (1) Flow cytometer
    (2) 590nm or 610nm long pass filter, 1" diameter
    (3) Pasteur pipettes
    (4) 1 mL serological pipette, disposable
    (5) Micropipette, 10-200 uL capacity
    (6) 12mm x 75mm polystyrene or polypropylene test tubes, disposable

4. **Reagent**

    | Item | Source |
    |---|---|
    | Propidium Iodide | Sigma |
    | CD45 FITC | Immunotech |

5. **Reagent Preparation**

    Propidium iodide stain: Dissolve 5 mg of Propidium iodide in 100 mL of 1X Phosphate Buffered Saline. Cover the container with aluminum foil, and label with the date of preparation, preparer's initials, and a one year expiration date. Store at 4°C in the dark.

    OR

    Dilute STOCK 1 mg/ml PI/PBS 1:20 in PBS to make a working solution.

6. **Method**

    PLEASE NOTE: GLOVES AND LABCOATS ARE TO BE WORN WHENEVER WORKING WITH HUMAN MATERIAL, AND GOGGLES WHEN APPROPRIATE. (See General Laboratory Safety Manual)

    1.    Aliquot 50 microliters into a 12 mm x 75 mm plastic or glass test tubes. Label tube with the accession number and a V. Aliquot 0.5 - $1 \times 10^6$ cells in 100 microliters of any single specimen into a tube labeled "dead cell control".

400199

| PREPARED BY: S. Brown | TITLE: Immunophenotyping Procedures | DOCUMENT NO.: Hem-001 | |
|---|---|---|---|
| 12/25/95 | EFFECTIVE DATE: | Revision: H1 | PAGE: 4 of 9 |

2. Add 10 uL of CD45 FITC antibody to each tube and incubate in the dark at room temperature for 15 minutes.

3. Add 0.3 mL of 1% formalin to the tube labeled "Dead Cell Control" and vortex.

4. Add 1 mL of PI/PBS to all of the tubes.

5. Incubate at room temperature for 3-5 minutes.

6. Acquire in the BLOOD AND BONE MARROW VIABILITY protocol on the Coulter XL.

    a. Run the control tube first to determine positive PI staining.

    b. Collect an ungated histogram detecting FITC fluorescence.

    c. Set a gate around the FITC positive cells and measure the PI staining of these on another histogram.

    d. Set two gates on this histogram. The negative staining gate is the % live cells and the positive gate is the % dead cells.

    Viable cells = 100% - % positive.

6. Print and save this as a list mode file.

7. Record the percent viable on sample worklist

8. Samples with > 85% viability will automatically be processed. Samples with < 85% viability will be reviewed by a pathologist before staining.

400200

| PREPARED BY: S. Brown | TITLE: Immunophenotyping Procedures | DOCUMENT NO: Hem-001 | |
|---|---|---|---|
| 12/25/95 | EFFECTIVE DATE: | Revision: H1 | PAGE: 6 of 9 |

**1.3.3 Hemacytometer Cell Counts**

1. **Principle**

    To obtain a total cell count.

2. **Specimen**

    Any sample that contains single cells in suspension.

3. **Equipment and Materials**

    (1) Pipette
    (2) Hemacytometer
    (3) Microscope
    (4) Coverslip

4. **Method (For whole blood or bone marrow)**

    1. Q-prep or lyse 50 or 100 uL. (This will affect your calculation later on; if you use 100 uL, you must multiply the final result by 10 in order to factor in the Q-Prep dilution; if you use 50 uL, you must multiply the result by 20.) Save this tube to make a cytospin of the case.

    2. Place a coverslip onto the hemacytometer.

    3. Add 20 uL of cell suspension or Q-prepped cells to the chamber. Do not flood area.

    4. Count the cells under 40x in the large squares. Count all 16 squares if there are few cells. If there are >25 cells per square, count 2-4 squares (see diagram)*

    5. If there are, >50/large square dilute sample 1:10 (Mix 100 uL suspension with 900 uL PBS or RPMI). Remeber to include this in your final calculation.

    6. Calculate the cell concentrations using the following formula:

        # cells in 16 large squares x 10,000 = # / ml, if you divide this number by $10^3$ you have the WBC cells per $mm^3$

        For example: If you count 100 cells in 2 large squares in which you had Q-Prepped 50 ul:

        $100 \times 8 \times 10,000 \times 20 = 16,000,000$   $16.0 \times 10^6$/ml or WBC = 16

        | WBC Count | Dilution | Amount to Use |
        |---|---|---|
        | < or = 10 | none | 50 ul |
        | >10 < 20 | 1:1 | 50 ul |
        | >20 < 30 | 1:2 | 50 ul |
        | >30 < 40 | 1:3 | 50 ul |
        | >40 < 50 | 1:4 | 50 ul |
        | > 50 < 60 | 1:5 | 50 ul |
        | >60 < 70 | 1:6 | 50 ul |

        etc.....

    7. Make a cytospin for Wright Giemsa staining from the tube used for the cell count. See Cytospin Procedure and Wright Giemsa Procedure.

400201

| PREPARED BY: S. Brown 12/25/95 | TITLE: Immunophenotyping Procedures | DOCUMENT NO.: Hem-001 | |
|---|---|---|---|
| | EFFECTIVE DATE: | Revision: H1 | PAGE: 7 of 9 |

5. Method (For lymphoma, fluid)

  1. If bloody Q-prep or lyse 50 or 100 uL. (This will affect your calculation later on; if you use 100 uL, you must multiply the final result by 10 in order to factor in the Q-Prep dilution; if you use 50 uL, you must multiply the result by 20.)

  2. Place a coverslip onto the hemacytometer.

  3. Add 20 uL of cell suspension or Q-prepped cells to the chamber. Do not flood area.

  4. Count the cells under 40x in the large squares. Count all 16 squares if there are few cells. If there are >25 cells per square, count 2-4 squares (see diagram)*

  5. If there are >50/large square dilute sample 1:10 (Mix 100 uL suspension with 900 uL PBS or RPMI).

  6. Calculate the cell concentrations using the following formula:

     # cells in 16 large squares x 10,000 = # / ml

     For example: if you have 5 mls of cell suspension and you count 48 cells in 2 large squares:

     $48 \times 8 \times 10,000 = 3,840,000$   $3.4 \times 10^6$/ml

     $3.4 \times 10^6 \times 5$ mL $= 17.0 \times 10^6$ or $1.7 \times 10^7$ TOTAL CELLS.

  7. Adjust the cells to $5 \times 10^6$ per ml to use 100 ul of sample or $1 \times 10^7$ per ml to use 50 ul of sample.

  NOTE: If you simultaneously do a Trypan Blue 1:2 for Trypan blue viability, don't forget to multiply by a factor of 2.

  For example: if you have 2 mls of cell suspension and you count a total of 200 cells in all 16 squares which you had a Trypan Blue stained (1:1):

     $200 \times 10,000 \times 2 = 4,000,000$ cells / mL or $4 \times 10^6$ cells / mL

     $4 \times 10^6$ cells / mL $\times 2$ mls $= 8,000,000$ cells or $8 \times 10^6$ TOTAL CELLS.

  Adjust cells to $5 \times 10^6$ per ml and use 100 ul of this suspension for staining.

  8. If less than 5 million cells see supervisor for truncated panel.

     If > 5 < 10 million adjust cell to 1.5 mls and use 50 ul per tube.

     If > 10 million cells adjust to $5 \times 10^6$ cells / mL and use 100 uL.

  9. Make a cytospin for Wright Giemsa staining from the tube used for the cell count. See Cytospin Procedure and Wright Giemsa Procedure.

6. Reference

Henry, John B, Clinical Diagnosis and Management 17th Edition page 590-591.

400202

| PREPARED BY: S. Brown 12/25/95 | TITLE: Immunophenotyping Procedures | DOCUMENT NO.: Hem-001 | |
|---|---|---|---|
| | EFFECTIVE DATE: | Revision: H1 | PAGE: 8 of 9 |

1.3.4 Whole Blood / Bone Marrow Lysing Procedure

    1. **Principle**

        To lyse red blood cells in whole blood, bone marrow or bloody samples.

    2. **Specimen Requirements**

        Any specimen which requires red blood cell lysing and which meets the requirements listed in section 1.2.

    3. **Equipment and Materials**

| Item | Source |
|---|---|
| 12 x 75 Glass test tubes | Kimble cat #. 735005 |
| Pipette 5 - 100 uL | |
| Pipette 20 - 500 uL | |
| Eppendorf Pipetman, 1 mL dispense | |
| Eppendorf Pipetman, 250 uL dispense | |
| Phosphate Buffered Saline, pH 7.5 | Polyscientific |
| Antibodies | Immunotech/Coulter/Caltag |
| Pipette tips | |
| Vortex | |
| Centrifuge | |
| Epics XL MCL Flow Cytometer | |

    4. **Method**

All steps performed at room temperature

    1    Label each tube with the antibody combination to be used in that tube. Currently this will require 11 tubes for Leukemia / Lymphoma testing.

400203