| PREPARED BY: S. Brown | TITLE: Immunophenotyping Procedures | DOCUMENT NO.: Hem-001 | |
|---|---|---|---|
| 12/25/95 | EFFECTIVE DATE: | Revision: H1 | PAGE: 7 of 9 |

Tubes will be labeled as follows:

| Tube # | FITC Ab | Pe Ab | Cy5 Ab |
|---|---|---|---|
| 1 | CD45+ | CD5+ | CD19+ |
| 2 | G1 | G2a | G1 |
| 3 | CD10+ | CD34+ | CD19+ |
| 4 | CD23 + | CD22 + | CD20 + |
| 5 | CD2 + | CD7 + | CD3 + |
| 6 | CD3 + | CD4 + | CD8 + |
| 7 | CD14 + | CD33 + | CD34 + |
| 8 | CD13 + | CD25 + | HLADR + |
| 9 | CD38 + | CD56 + | |
| 10 | Fab'2 | Fab'2 | G1 |
| 11 | Kappa + | Lambda + | CD19+ |

2. Add appropriate amount of antibody to each tubes 1- 9. **DO NOT ADD AB TO TUBES 10 and 11.** Dispense Immunotech antibodies at 10 uL per tube; Coulter Cytostat antibodies are dispensed at 5 uL. Caltag antibodies are dispensed in either 5 uL or 10 uL per tube, check all vials closely for proper Ab and conjugate, especially the immunoglobulin light chain tubes and their negative control.
3. Add appropriate amount of sample to ALL tubes, including Kappa Lambda CD19 and the FAB's Ctl tubes. See Cell count procedure.
4. Gently vortex the samples to mix.
5. Incubate tubes 1-9 for 30 minutes in the dark at room temperature.
6. Wash tubes 10 and 11 to remove serum immunoglobulin by adding 3 mls of PBS, vortex, cap.
7. Centrifuge for 3 minutes at 400g.
8. Decant supernatant carefully.
9. Repeat steps 7 and 8.
10. Add appropriate amount of antibody to the washed tubes.
11. Incubate tubes 10-11 for 30 minutes in the dark at room temperature.
12. After the 30 minute incubation, vortex all tubes and add 3 mls PBS to each tube.
13. Centrifuge for 3 minutes at 400g.
14. Decant and resuspend the cells.
15. Prepare Coulter Clone Immunolyse working solution, (See section 3.1.2, Reagents, for dilution.)
16. Add 1 mL Coulter Clone Immunolyse solution to each tube and vortex.
17. Allow to lyse for 90 seconds or until clear.
18. Add 250 uL Coulter clone fixative to each tube and vortex.

19. Add 3 mL PBS to each tube and vortex.

15. Centrifuge for 3 minutes at 400g.

16. Decant and resuspend.

17. Add 3 mL PBS and vortex.

18. Centrifuge for 3 minutes at 400g.

19. Decant and resuspend in 1 mL PBS if samle are to be run immediatley. If samples are to be held for more than 24 hours add 1% paraformaldehyde /PBS.

20. Store in the dark at 4° C until ready to analyze on the flow cytometer.

**1.3.5 Kappa and Lambda Pre-wash Procedure**

1. **Principle**

It has been hypothesized that serum proteins in the sample during incubation with the Kappa and Lambda antibodies preferentially bind those antibodies. This reduces the antibody available for binding on the surface of the cell, which will reduce intensity of the cellular staining and may produce false negative results. Pre-washing these samples at least two times before incubation to decrease the interference by serum proteins will prevent or reduce this occurrence.

2. **Specimen Requirements**

Samples to be stained for Kappa and Lambda

3. **Equipment and Materials**

| Item | Source |
|---|---|
| 12 x 75 Glass test tubes | Kimble cat #. 735005 |
| Pipet 5 - 100 uL | |
| Eppendorf Pipetman, 250 uL dispense | |
| Phosphate Buffered Saline, pH 7.5 | |
| Antibody | |
| Pipet tips | |
| Vortex | |
| Centrifuge | |
| Epics XL MCL Flow Cytometer | |

4. **Method**

NOTE: If the entire panel of antibodies is being performed, this procedure may be started at step #3. (1.3.3.4)

1. Label the appropriate tubes.
2. Add appropriate amount of cell suspension sample to each tube (Previously determined utilizing the Cell count procedure.)
3. Add 3 ml PBS and vortex gently to mix.
4. Centrifuge for 3 minutes at 400g
5. Decant and resuspend by vortexing.
6. Add 3 ml PBS and vortex.
7. Centrifuge for 3 minutes at 400g.
8. Decant and resuspend by vortexing.

9. Add appropriate amount of antibodies to each tube, 10 uL for Kappa, 5 uL for Lambda, 10 uL for the CD19's and 10 uL of the control, and vortex gently.
10. Incubate 30 minutes in the dark at room temperature.
11. Add 1 mL Coulter Immunolyse solution to each tube and vortex.
12. Allow to lyse for 90 seconds or until clear.
13. Add 250 uL Coulter Immunolyse fixative to each tube and vortex.
14. Add 3 mL PBS to each tube and vortex.
15. Centrifuge for 3 minutes at 400g.
16. Decant and resuspend by vortexing.
17. Add 3 mL PBS and vortex.
18. Centrifuge for 3 minutes at 400g.
19. Decant, resuspend, and add 1 mL PBS; gently vortex to mix.
20. Store in the dark at 4° C until ready to analyze on the flow cytometer.

**1.3.6 Fresh Tissue and Cerebrospinal Fluid Staining Procedure**

1. **Principle**

To tag the hematopoietic cells with monoclonal antibodies against the antigens of interest.

2. **Specimen Requirements**

Any specimen which does not require red blood cell lysing and which meets the requirements listed in section 1.2.

3. **Equipment and Materials**

| Item | Source |
|---|---|
| 12 x 75 Glass test tubes | Kimble cat #: 735005 |
| Pipette 5 - 100 uL | |
| Pipette 20 - 500 uL | |
| Eppendorf Pipetman, 1 mL dispense | |
| Eppendorf Pipetman, 250 uL dispense | |
| Phosphate Buffered Saline, pH 7.5 | Polyscientific |
| Antibodies | Immunotech/Coulter/Caltag |
| Pipette tips | |
| Vortex | |
| Centrifuge | |
| Epics XL MCL Flow Cytometer | |

4. **Method**

**Note: Inspect tissue and fluid samples closely for an increased number of red blood cells. If excessive numbers are present, ie. enough to form a sizable pellet when washed, than it will be necessary to lyse the red cells in the sample. See procedure 1.3.3.**

All steps performed at room temperature

- Label each tube with the antibody combination to be used in that tube. Currently this will require 11 tubes for Leukemia / Lymphoma testing and 6 tubes for Immunodeficiency testing.

Tubes will be labeled as follows:

| Tube # | FITC Ab | Pe Ab | Cy5 Ab |
|---|---|---|---|
| 1 | CD45 | CD5 | CD19 |
| 2 | G1 | G2a | G1 |
| 3 | CD10 | CD34 | CD19 |
| 4 | CD23 | CD22 | CD20 |
| 5 | CD2 | CD7 | CD3 |
| 6 | CD3 | CD4 | CD8 |
| 7 | CD14 | CD33 | CD34 |
| 8 | CD13 | CD25 | HLADR |
| 9 | CD38 | CD56 | |
| 10 | Fab'2 | Fab'2 | G1 |
| 11 | Kappa | Lambda | CD19 |

2. Add appropriate amount of antibody to each labeled tube. Dispense Immunotech antibodies at 10 uL per tube; Coulter Cytostat antibodies are dispensed at 5 uL. Caltag antibodies are dispensed in either 5 uL or 10 uL per tube, check vial closely for proper amount.

3. Add appropriate amount of sample to each tube, Kappa and Lambda tubes, and the Kappa / Lambda control. See Cell Count Procedure to determineamount.

4. Gently vortex the samples to mix.

5. Incubate 30 minutes in the dark at room temperature.

6. Vortex and add 250 uL Coulter Immunolyse fixative to each tube.

7. Vortex and add 3 mls PBS to each tube.

8. Centrifuge for 3 minutes at 400g.

9. Decant and resuspend in 1 mL PBS if to be acquired within 24 hours. Resuspend in 1% paraformaldehyde if acquiring > 24 hrs.

10. Store in the dark at 4° C until ready to analyze on the flow cytometer.

## IMMUNOGLOBULINS

Kappa:
Lambda

## MONOCLONAL ANTIBODIES:

**T-Cell**
CD5 (T1):
CD3 (T3):
CD4 (T4):
CD8 (T8):
CD2 (T11):
CD7 (3A1):

**B-Cell**
CD20 (B1):
CD22 (B3):
CD19 (B4):
CD10 (CALLA):

CD23
CD14
CD38

**Myeloid**
CD11B (M01):
CD13 (MY7):
CD33 (MY9):
CD15 (LEU-M1):

**Miscellaneous**
CD45 (KC56):
CD56 (NKH-1):
CD25 (IL2-R1):
CD34 (Anti-HPCA-2):
HLA-DR (I3):

## IMMUNOPHENOTYPING INTERPRETATION:

The above data were generated on a population of cells from the (*peripheral blood, bone marrow, or lymph node*) which cytometrically correspond to (*lymphoid cells, blasts*). The sample appears (*hypocellular, normocellular, hypercellular*) and examination of Wright-stained smears and cytospin preparations confirms this impression. The cells fall (*within, outside*) the normal lymphoid gate. The cellular population appears (*normal, increased, decreased*) and a distinctly abnormal population (*is, is not*) identified. The histogram (*does not, does*) suggest that a separate and distinct blast population is present.

The study shows a relative (*normal, abnormal*) T:B ratio for (*peripheral blood, bone marrow*). The T-cell population expresses pan T-Cell antigens (CD2, CD3, CD5, and CD7) in (*a, an*) (*non-aberrant, or aberrant*) fashion. The CD4:CD8 ratio is (*normal, abnormal*). The B-Cells are a (*minor, major*) population. They express pan-B-Cell antigens (CD19, CD20, and CD22) in (*a, an*) (*non-aberrant, or aberrant*) fashion. CALLA (*is, is not*) significantly expressed. Staining for light chains is (*low, normal, or high*) and (*does, does not*) reveal monotypia. The NK cell population is (*low, normal, or increased*) in number.

PLAINTIFF'S EXHIBIT 7 Goyette

Antigens associated with maturing granulocytes (CD11B, CD13, CD15, and CD33) (*are, are not*) present in significant numbers of cells. Stem Cell/Progenitor/Blast-associated antigens (CD34 and HLA-DR) (*are not, are*) detected and/or coexpressed in clinically meaningful numbers.

**CONCLUSION:** (Please note, the following bold-faced headings are for indentification purposes and are not to be printed with the final report.)

**Normal:** There is no immunophenotypic evidence for a T-Cell or a B-cell neoplasm. However, the limited cellularity and/or fragility of transported cells may limit the study and any fragile or ~~minor population of cells may not, therefore, be identified in this study.~~

**Normal with Increased CD8 Cells:** There is no immunophenotypic evidence for a T-Cell or a B-cell neoplasm. However, the limited cellularity and/or fragility of transported cells may limit the study and any fragile or small population of cells may not, therefore, be identified in this study. The predominance of CD8 (cytotoxic/suppressor) T-cells in this study is a non-specific finding. Although it may be seen in patients infected with the Human Immunodeficiency Virus, it is also a common accompaniment of a variety of immune reactions.

**Normal with Increased NK Cells:** There is no immunophenotypic evidence for a T-Cell or a B-cell neoplasm. However, the limited cellularity and/or fragility of transported cells may limit the study and any fragile or small population of cells may not, therefore, be identified in this study. NK Cells (CD56) are increased in number. This is often seen as a reactive phenomenon. When identified, increased NK cells are often associated with an increase in the numbers of reactive HLA-DR-positive and CD3-negative cells (*seen, not seen*) in this case.

**Normal with Increased CD8 and NK Cells:** There is no immunophenotypic evidence for a T-Cell or a B-cell neoplasm. However, the limited cellularity and/or fragility of transported cells may limit the study and any fragile or small population of cells may not, therefore, be identified in this study. The predominance of CD8 (cytotoxic/suppressor) T-cells in this study is a non-specific finding. Although it may be seen in patients infected with the Human Immunodeficiency Virus, it is also a common accompaniment of a variety of immune reactions. NK Cells (CD56) are increased in number. This is often seen as a reactive phenomenon. When identified, increased NK cells are often associated with an increase in the numbers of reactive HLA-DR-positive and CD3-negative cells (*seen, not seen*) in this case.

**CLL/SLL:** This study shows the presence of a monotypic B-Cell population with low intensity (kappa, lambda) light-chain positivity. This population carries the B-Cell markers CD19, CD20, and CD22 without the expression of CD10. Aberrantly expressed on this population of B-Cells is CD5—a putative T-Cell antigen. CD5-positive B-cells normally represent a very small population of B-lymphocytes believed to be involved with autoreactivity. When present in large numbers, they are characteristic of small B-Cell malignancies such as chronic lymphocytic leukemia (CLL), small lymphocytic lymphoma (SLL), and mantle cell lymphoma (MCL). The presence of co-expressed CD23 in this population of the patient's cells is characteristic of CLL/SLL and is not a normal feature of leukemic-phase MCL.

**CLL/SLL + CD25:** This study shows the presence of a monotypic B-Cell population with low intensity (kappa, lambda) light-chain positivity. This population carries the B-Cell markers CD19, CD20, and CD22 without the expression of CD10. Aberrantly expressed on this population of B-Cells is CD5—a putative T-Cell antigen. CD5-positive B-cells represent a very small population of B-lymphocytes normally concerned with autoreactivity. When present in large numbers, they are characteristic of small B-Cell malignancies such as small lymphocytic lymphoma (SLL), chronic lymphocytic leukemia (CLL), and mantle cell lymphoma (MCL). The presence of co-expressed

CD23 in this population of the patient's cells is characteristic of CLL/SLL and is not a normal feature of leukemic-phase MCL. The cellular population also expresses CD25. CD25 is the low-affinity IL-2 receptor. When present, it has been associated with plasmacytoid differentiation, increased numbers of prolymphocytes, or the presence of proliferation centers in SLL.

**Low CD45-Positivity:** There is no immunophenotypic evidence for a T-Cell or a B-cell neoplasm. However, the limited cellularity and/or fragility of transported cells may limit the study and any fragile or small population of cells may not, therefore, be identified in this study. The relatively low CD45-positivity within the gate suggests that the region representing the lymphoid population is contaminated with red blood cell precursors and/or debris.

**Myelodysplasia and Myeloproliferation (Non-CML):** Immunophenotypic changes of a maturing granulocytic population. The Stem Cell/Progenitor Cell pool (*does, does not*) appear to be significantly increased. If clinically indicated (and not already requested) cytogenetics may prove diagnostically and/or prognostically significant in this patient. There is no immunophenotypic evidence for a T-Cell or a B-cell neoplasm. However, the limited cellularity and/or fragility of transported cells may limit the study and any fragile or small population of cells may not, therefore, be identified in this study.

**Myelodysplasia and Myeloproliferation (Non-CML) with Increased NK Cells:** Immunophenotypic changes of a maturing granulocytic population. The Stem Cell/Progenitor Cell pool (*does, does not*) appear to be significantly increased. NK Cells (CD56) are increased in number. This is often seen as a reactive phenomenon. When identified, increased NK cells are often associated with an increase in the numbers of reactive HLA-DR-positive and CD3-negative cells (*seen, not seen*) in this case. If clinically indicated (and not already requested) cytogenetics may prove diagnostically and/or prognostically significant in this patient. There is no immunophenotypic evidence for a T-Cell or a B-cell neoplasm. However, the limited cellularity and/or fragility of transported cells may limit the study and any fragile or small population of cells may not, therefore, be identified in this study.

**Chronic Myelogenous Leukemia:** The population of gated cells shows weak to intermediate expression of CD45. This pattern of reactivity is a feature of myeloid cells. Contributing to the low CD45-positivity also may be debris resulting from degenerated granulocytes. The Stem Cell/Progenitor Cell pool (*does, does not*) appear to be significantly increased. When CD34 cells are present in increased numbers, they may be associated with the clinical appearance of accelerated phase or blast crisis disease. If clinically indicated (and not already requested) cytogenetics may prove diagnostically and/or prognostically significant in this patient. There is no immunophenotypic evidence for a T-Cell or a B-cell neoplasm. However, the limited cellularity and/or fragility of transported cells may limit the study and any fragile or small population of cells may not, therefore, be identified in this study.

**Acute Myelogenous Leukemia:** The population of gated cells shows weak to intermediate expression of CD45. This pattern of reactivity is a feature of myeloid cells. The cells also express CD34—the Stem Cell/Progenitor Cell antigen. The population also expresses CD33 with partial coexpression of CD13 and CD15, CD7-positivity normally associated with T-Cell proliferations (*is not, is*) also present. CD7 is identified in some cases of otherwise classical acute myeloid leukemias and should not be considered to represent bi-phenotypic disease. The blasts are (*positive, negative*) for HLA-DR. HLA-DR-positivity is seen in most cases of acute myeloid leukemia with the exception of FAB M3 (Acute Promyelocytic Leukemia). CD14 reactivity was also determined. The abnormal cellular population (*does, does not*) express this antigen. CD14-positivity is associated with monocytic differentiation.

**R/O Multiple Myeloma:** The kappa:lambda ratio is (*normal, abnormal*). (*Kappa, Lambda, or Neither*) light chain is predominant. The sum of the kappa and lambda light chains do not equal the

total B-cell population because the determinations are performed by slightly different techniques. Surface light chain expression, however, is a poor marker for myeloma since the cells are mature B-cells and possess cytoplasmic rather than surface immunoglobulin. Inspection of the histogram for bright CD38 expression, a marker of plasma cells (*shows*, *fails to show*) this feature.

**Other Interpretation:**

**DIANON SYSTEMS**
*Diagnostic Innovations for Medicine*

00 S

# PATHOLOGY SERVICES TEST REQUISITION

## ACCOUNT INFORMATION

ACCOUNT NO. 0-21240
TELEPHONE NO. 912-265-1212

ACCOUNT NAME AND ADDRESS
OSTA, DR SALIM M. #
3226 'G' HAMPTON AVENUE
BRUNSWICK, GA 31520

Osta
REQUESTING PHYSICIAN — REFERRING PHYSICIAN

## PATIENT INFORMATION

PATIENT SOC. SEC. NO. [redacted] — DATE OF BIRTH 8-15-20

PATIENT LAST NAME [redacted] FIRST NAME [redacted] M.I.

STREET ADDRESS [redacted]

CITY [redacted] STATE ZIP CODE [redacted]

☐ M ☒ F — PATIENT CHART NO. (OPTIONAL) 2902 — PATIENT TELEPHONE NO. [redacted]

## BILLING INFORMATION

Check Only One • If billing information is already on file at DIANON, provide Patient Soc. Sec. No. and check here. ☐

☒ BILL TO MEDICARE, NO. [redacted]
☐ BILL TO ACCOUNT
☐ BILL TO PATIENT
☐ BILL TO MEDICAID, NO.
☐ BILL TO HMO
☐ BILL TO INSURANCE — ICD-9 DIAGNOSTIC CODE [illegible] Anemia

INSURANCE COMPANY/HMO NAME — STATE

STREET ADDRESS

CITY — STATE — ZIP CODE

POLICY NO. — GROUP NO.

IF GROUP, NAME OF EMPLOYER

INSURED OR RESPONSIBLE PARTY, IF OTHER THAN PATIENT

LAST NAME — FIRST NAME

PATIENT RELATIONSHIP TO INSURED ☐ SPOUSE ☐ CHILD ☐ OTHER

☐ SECONDARY INSURANCE INFORMATION ATTACHED

## PATIENT AUTHORIZATION

I authorize any holder of medical or other information about me to release to the Social Security Administration, its intermediaries, Blue Shield, or other carriers any information needed for this or related claims. I permit a copy of this authorization to be used in place of the original and request payment of medical insurance benefits.

PATIENT'S SIGNATURE — DATE

## SPECIMEN

SPECIMEN TYPE: — COLLECTION DATE 2/1/96

☐ Lymph Node — Site — ☐ Fresh ☐ Frozen
☐ Solid Tumor — Site — ☐ Fresh ☐ Frozen
☒ Bone Marrow — ☒ ACD (Yellow Top) ☒ Sod. Hep. (Green Top)
☐ Peripheral Blood — ☐ ACD (Yellow Top) ☐ Sod. Hep. (Green Top)
☒ Slides/~~Paraffin Blocks~~
☐ Stem Cells
☐ Other

## CLINICAL INFORMATION (Required)

Clinical Diagnosis: 1 core

CBC Results: WBC 1 clot — MCV — to
☐ (Attached) RDW 2 slides — Retic — Flow

Clinical History: 1 yellow

Drugs/Medication:

History of Malignancy Type: 1 purple — Site

☐ Splenomegaly ☐ Lymphadenopathy

Treatment: 1 green - to cyto

☐ None ☐ Chemo. ☐ Rad. Dates: from — to

Indications for Study:

☐ Cytopenia(s) ☒ Anemia ☐ Myelodysplasia
☐ Monoclonal Gammopathy ☐ Myeloproliferative Disorder ☐ Chronic Leukemia
☒ Other Fatigue ☐ Acute Leukemia
Staging: ☐ Lymphoma ☐ Carcinoma

## TESTS REQUESTED

**Morphologic Interpretation**
☒ 490 Bone Marrow Core
☒ 491 Bone Marrow Aspirate
☒ 492 Bone Marrow Clot
☒ 493 Peripheral Blood Smear
☐ Consultation on slides prepared elsewhere
☐ *Permission to perform cytochemical studies if medically necessary*

FEB 2 - 1996

**Molecular/Flow Cytometry Studies**
☒ XL3 Immunophenotyping (Flow Cytometry)
☐ XL4 Immunophenotyping with T-Cell
☐ XL5 T-Cell/B-Cell Gene Rearr
☐ XL5T T-Cell Gene Rearrangeme
☐ XL5B B-Cell Gene Rearrangemer
☐ XL6 bcr/abl Gene Rearrangemen
☐ XL7 bcl-2 Gene Rearrangement (
☐ XL9 Immune Deficiency Panel (Inc
☐ XL13 Epstein-Barr Virus Clonality

Very Thin Clot!

**Cytogenetic Evaluation**
☒ XL8 Chromosome Analysis (Unstimula
☐ XL20 Chromosome Analysis (Solid Tumor)

**Bone Marrow Transplant Engraftment Evaluation**
☐ XL18 Pre-Transplant Analysis, Donor. (Name of Recipient )
☐ XL19 Pre-Transplant Analysis, Recipient. (Name of Donor )
☐ XL11 Post-Transplant Analysis

DIANON Systems, Inc. • 200 Watson Boulevard • Stratford, CT 06497 • 800-328-2666 • 203-381-4000
© 1995 DIANON Systems, Inc.
(1189) 9/95

WHITE COPY TO DIANON — PINK COPY TO PHYSICIAN

CLIA ID#: 07D0644713
CT License No. CL-0356
CAP No. 26747-01

| ACCESSION NUMBER | COLLECTION DATE |
|---|---|
| S60209938 | 02/01/96 |
| PATIENT NAME | DATE RECEIVED |
| [redacted] | 02/02/96 |
| REQUESTING PHYSICIAN | |
| OSTA, DR SALIM M. * | |
| CASE NUMBER | REPORT DATE |
| | 02/06/96 |
| DATE OF BIRTH | PATIENT ID NUMBER |
| 08/15/1920 | 2902 |
| TEST ORDERED | SPECIMEN TYPE |
| L/L PHENOTYPING | BONE MARROW |
| INDICATION FOR STUDY | |
| ANEMIA, FATIGUE | |

O-21240
OSTA, DR SALIM M. *

3226 'G' HAMPTON AVENUE
BRUNSWICK, GA 31520

## RESULTS

**IMMUNOGLOBULINS**

KAPPA/CD19 2%
LAMBDA/CD19 1%

**PHOTOMICROGRAPH**

**MONOCLONAL ANTIBODIES**

**T-Cell**
CD5(T1) 64%
CD3(T3) 66%
CD4(T4) 49%
CD8(T8) 45%
CD2(T11) 86%
CD7(3A1) 80%

**B-Cell**
CD20(B1) 6%
CD22(B3) 8%
CD19(B4) 10%
CD10(CALLA) 3%
CD23/CD19 1%

**Myeloid**
CD11B(MO1) 39%
CD13(MY7) 3%
CD33(MY9) 7%
CD15(LEU-M1) 5%

**Miscellaneous**
CD45(KC56) 97%
CD56(NKH-1) 29%
CD25(IL2-R1) 34%
CD34(ANTI-HPCA-2) 8%
HLA-DR(I3) 21%

**COMMENTS**
CLINICAL HISTORY: Unspecified anemia and fatigue.

IMMUNOPHENOTYPING INTERPRETATION:

The above data were generated on a population of cells from the bone marrow which cytometrically correspond to lymphoid cells. The specimen has a viability of 89% as determined by staining with propidium iodide. The gated population comprises 10% of the sample. The specimen appears normocellular and examination of Wright-stained smears and cytospin preparations confirms this impression. The cells fall within the normal lymphoid gate. The cellular population appears normal and a distinctly abnormal population is not identified. The histogram does not suggest that a separate and distinct blast or large cell population is present.

Continued on next page. . .

© 1993 DIANON Systems, Inc. Printed in U.S.A.

DIANON SYSTEMS, INC. IMMUNOPHENOTYPING/MORPHOLOGY

Date Received: 02/02/96 Accession: S60209938 RG

Patient Name: [redacted] Client: 0-21240

Req Physician: OSTA, DR SALIM M. * Priors: NONE

Telephone: 912-265-1212 Fax:

---

Spec Type: BONE MARROW Collection Date: 02/01/96

Rule Out: ______________ WBC: 9.8

Patient HX: ______________

---

FLOW CYTOMETRY

Gating Population: Lymphs:_____ Grans:_____ Monos:_____ Blasts:_____

IMMUNOGLOBULINS

Poly:______ ______ IgG:______ ______ IgA:______ ______

IgM: ______ ______ IgD:______ ______

20) Kappa: 2 (5) ______ 21) Lambda: 1 ______

ANTIBODIES:

| T-Cell | | B-Cell | | Coexpression |
|---|---|---|---|---|
| 1) CD5: 64 | ______ | 7) CD20: 6 | ______ | CD5/CD19: ______(CLL) |
| 2) CD3: 66 | ______ | 8) CD22: 8 | ______ | CD11c/CD22: ______(HCL) |
| 3) CD4: 49 | ______ | 9) CD19: 10 | ______ | CD10/CD34: ______(ALL) |
| 4) CD8: 45 | ______ | 10) CD10: 3 | ______ | CD4/CD8: ______(T-LEUK) |
| 5) CD2: 86 | ______ | | | |
| 6) CD7: 80 | ______ | | | 23/19 L |

| Myeloid | | Miscellaneous | |
|---|---|---|---|
| 11) CD11b: 39 | ______ | 15) CD45: 97 | ______ |
| 12) CD13: 3 | ______ | 16) CD56: 29 | ______ |
| 13) CD33: 7 | ______ | 17) CD25: 34 | ______ |
| 14) CD15: 5 | ______ | 18) CD34: 8 | ______ |
| | | 19) HLA-DR: 21 | ______ |

---

Prep Tech: ~~[illegible]~~ BM Flow Tech: BM ~~ST Initials~~: entered CTC

---

Comments:

```
Accession# [S60209938]    BILLING REQ ENTRY   #5    03/12/96 09:06PM N.GLORIOSO
    Svc Date 02/01/96     ARCHIVED - May not Update       AMA BILLED 10/29/96
 1. Client     [O-21240] 163                 2. Pat Link# [redacted]
    Name       ONCOLOGY MEDICAL CENTER          Name      [redacted]
    Addr       3226 'G' HAMPTON AVENUE          DOB/Age   08/15/1920      75
    CSZ        BRUNSWICK         GA 31520       SSN/Sex   [redacted]      F
    Ph/UPIN    912-265-1212        D99645    3. ICD9 Codes        Bal:       $0.00
    Req Phys ONCOLOGY MEDICAL CENTER            [281.9 ] UNSPECIFIED DEFICIENCY AN
  Hints:                                        [      ]
                                                [      ]
  BF [              ] []                        [      ]
  Def BT PT                                  4. ABN Tests [                      ]
 Tests Billed and description          CPT codes      TCPC        MC submitted CPT
| XL3       IMMUNOPHENOTYPING            ......                                   |
| XL3       CD45                         88180                                    |
| XL3       CD14                         88180                                    |
| XL3       CD3                          88180                                    |
| XL3       CD19                         88180                                    |
| XL3       CD20                         88180                                    |
| XL3       CD5                          88180                                    |
| XL3       CD33                         88180                                    |
+---------/More/------------------------------------------------------------------+
Enter Pat<M>aster, <C>lient, <AL>ert, <ME>ssg,
   <P>ayors, </>More, <LB>ills, <V>iewStmt, <RE>sults, <END> [   ]
```

```
Accession# [S60209936]   BILLING REQ ENTRY  #5    03/12/96 09:06PM N.GLORIOSO
   Svc Date 02/01/96     ARCHIVED - May not Update      AMA BILLED 10/29/96
 1. Client   [O-21240] 163                    2. Pat Link# [redacted]
    Name      ONCOLOGY MEDICAL CENTER            Name      [redacted]
    Addr      3226 'G' HAMPTON AVENUE            DOB/Age   08/15/1920       75
    CSZ       BRUNSWICK        GA 31520          SSN/Sex   [redacted]       F
    Ph/UPIN   912-265-1212       D99645       3. ICD9 Codes          Bal:     $0.00
    Req Phys  ONCOLOGY MEDICAL CENTER            [281.9 ] UNSPECIFIED DEFICIENCY AN
  Hints:                                         [      ]
                                                 [      ]
  BF [          ] []                             [      ]
  Def BT: RT                                  4. ABN Tests [                    ]
 Tests Billed and description           CPT codes      TCPC        MC submitted CPT
| XL3      CD8                          88180                                       |
| XL3      CD22                         88180                                       |
| XL3      KAPPA                        88180                                       |
| XL3      CD4                          88180                                       |
| XL3      CD2                          88180                                       |
| XL3      CD7                          88180                                       |
| XL3      CD11B                        88180                                       |
| XL3      CD13                         88180                                       |
+---------/More/--------------------------------------------------------------------+
Enter Pat<M>aster, <C>lient, <AL>ert, <ME>ssg,
   <P>ayors, </>More, <LB>ills, <V>iewStmt, <RE>sults, <END> [   ]
```

CONFIDENTIAL HEALTH INFORMATION
PP04299

```
Accession# [S60209938]    BILLING REQ ENTRY  #5    03/12/96 09:06PM N.GLORIOSO
    Svc Date 02/01/96     ARCHIVED - May not Update       AMA BILLED 10/29/96
 1. Client   [O-21240] 163                  2. Pat Link# [REDACTED]
    Name      ONCOLOGY MEDICAL CENTER          Name      [REDACTED]
    Addr      3226 'G' HAMPTON AVENUE          DOB/Age    08/15/1920      75
    CSZ       BRUNSWICK        GA 31520        SSN/Sex    [REDACTED]      F
    Ph/UPIN   912-265-1212        D99645    3. ICD9 Codes         Bal:     $0.00
    Req Phys  ONCOLOGY MEDICAL CENTER          [281.9 ] UNSPECIFIED DEFICIENCY AN
  Hints:                                       [      ]
                                               [      ]
  BF [              ] []                       [      ]
  Def BT: PT                                4. ABN Tests [                     ]
 Tests Billed and description             CPT codes     TCPC      MC submitted CPT
| XL3      LAMBDA                          88180                                  |
| XL3      CD15                            88180                                  |
| XL3      CD10                            88180                                  |
| XL3      CD56                            88180                                  |
| XL3      CD25                            88180                                  |
| XL3      CD34                            88180                                  |
| XL3      HLA-DR                          88180                                  |
| XL3      CD11C                           88180                                  |
+---------/More/------------------------------------------------------------------+
Enter Pat<M>aster, <C>lient, <AL>ert, <ME>ssg,
   <P>ayors, </>More, <LB>ills, <V>iewStmt, <RE>sults, <END> [   ]
```

```
Accession# [S60209938]    BILLING REQ ENTRY  #5    03/12/96 09:06PM N.GLORIOSO
   Svc Date 02/01/96      ARCHIVED - May not Update      AMA BILLED 10/29/96
 1. Client   [O-21240] 163                    2. Pat Link# [████████]
    Name      ONCOLOGY MEDICAL CENTER            Name      ████████████
    Addr      3226 'G' HAMPTON AVENUE            DOB/Age   08/15/1920     75
    CSZ       BRUNSWICK         GA 31520         SSN/Sex   ████████        F
    Ph/UPIN   912-265-1212       D99645       3. ICD9 Codes       Bal:      $0.00
    Req Phys  ONCOLOGY MEDICAL CENTER            [281.9 ] UNSPECIFIED DEFICIENCY AN
  Hints:                                         [      ]
                                                 [      ]
  BF [             ] []                          [      ]
  Def BT: BT                                  4. ABN Tests [                    ]
 Tests Billed and description             CPT codes    TCPC        MC submitted CPT
  XL3        CD23                          88180
  XL3        CD61                          88180
  XL3        CD57                          88180
  XL3        MICROSLIDE CONSULTATION       88323
  XL8        LEUKEMIA CYTOGENETICS         .
  XL8        TISSUE CULTURE CA CYTOG.      .
  XL8        BONE MARROW                   88237
  XL8        CHROMOSOME ANALYSIS CANC      88262
+---------/More/-------------------------------------------------------------+
Enter Pat<M>aster, <C>lient, <AL>ert, <ME>ssg,
   <P>ayors, </>More, <LB>ills, <V>iewStmt, <RE>sults, <END> [   ]
```

CONFIDENTIAL HEALTH INFORMATION
PP04301