Page 82

1  tests in good faith and then we don't get paid for
2  them, so it was a real unfair position, I always
3  felt, that the company was put in.
4    Q. Do you remember approximately when the
5  issue first sort of came to a head?
6    A. I don't. I would -- it seemed like it
7  went for on for a long time to me, but I don't
8  remember. I mean, there was the infamous
9  Dr. Tor. You have probably heard his name, right,
10 and I never met him. But Jay would go see Tor
11 every, you know, so often and nothing good would
12 come of it.
13     And we would keep, you know -- I mean, you
14 have got to understand, if you look at all of it,
15 for years we were running less markers than what
16 we were willing, we were billing less than what
17 the Government was paying, and then the ones that
18 we did run and did bill, then the Government
19 didn't pay us on a big number of things.
20     I mean, I know I have made that point a
21 couple of times, but -- and I don't mean to come
22 off like the company was a bunch of martyrs here,
23 but, I mean, we certainly were running a lot more
24 than we ever got paid for.

Page 83

1    Q. But you don't remember how many they were
2  actually running in '95?
3    A. How many markers?
4    Q. Yeah.
5    A. No, and I wouldn't. You would have to
6  look at these documents. That's the only way I
7  would ever remember something like that.
8    Q. Okay. I'll have you take a look what's
9  been marked as Exhibit 20. Does that document
10 look familiar?
11   A. You know, Robert showed it to me
12 yesterday, and I told him I don't remember it at
13 all.
14   Q. Did you get involved in dealing with the
15 reimbursement issue at all?
16   A. Not really. Jay pretty much handled that
17 himself. It's a clinical issue, you know, and so
18 it's not -- it wasn't a sales/marketing issue, and
19 so Jay and the hematopathologists would have been,
20 you know, basically the ones dealing with it. I
21 never met Tor, and Jay must have met with him a
22 number of times through the years.
23   Q. I'll show you what's been marked as
24 Exhibit 21.

Page 84

1    A. My favorite memo of all of them.
2    Q. Why is that?
3    A. Well, it's got my handwriting on it, for
4  one thing.
5    Q. I wonder why we have got so many of your
6  documents. You must have kept a very thorough
7  file.
8    A. I always have, and, you know, I've
9  learned that maybe that wasn't the best thing to
10 do, but I don't -- I keep stuff and I -- because
11 you never know when you might need it, or when the
12 United States may need it.
13   Q. I take it, you said that this is your
14 handwriting on the document.
15   A. Yes.
16   Q. Let me make sure I understand the
17 handwriting, because I can't tell whether this is
18 just bigger handwriting on one part and smaller on
19 the other, or if it's the same handwriting.
20   A. Well, it's signed by this guy, Steve
21 Brown.
22   Q. Right.
23   A. The rest of this handwriting is mine.
24   Q. That's all yours?

Page 85

1    A. Absolutely.
2    Q. Okay. This is a memo dated 3-20-97 from
3  Steve Brown, who we already talked about is the
4  manager of the lab --
5    A. Uh-huh.
6    Q. -- to you. It says, "Bill, here is the
7  updated antibody list and the date we're going to
8  implement it."
9    A. Right.
10   Q. And then it says, "Flow Cytometry XL3
11 Antibody Panel - as of 3-25-97," and then it has a
12 list of 26 antibodies there. And then at the
13 bottom, it says, "We reduced the panel when we
14 switched to three color analysis in the beginning
15 of August last year." Did you understand what
16 that meant?
17   A. Well, you know, here's my direct
18 knowledge of exactly what happened here. I can
19 tell you it's pretty limited, but I can remember
20 talking to Steve and, you know, being surprised by
21 what this is representing, which basically how
22 I -- what I think what went on here was that we
23 were billing for 26 markers. And, you know, Steve
24 came in -- because Mark was gone. Remember we had

Alpha Reporting Corporation
901.523.8974

Page 86

1  let Mark go three months earlier. So when Mark
2  left, you know, I assumed -- because it's, quote,
3  other products, right? So I just sort of sucked
4  it up and handled the grunt work for this product.
5  And this would have been -- you know, so Steve
6  would have come to me. And --
7      Q.  You came the de facto product manager?
8      A.  I did. I did, yep. And truly just for
9  the nuts and bolts. I mean, we weren't doing lots
10 of aggressive sales and marketing efforts around
11 this at all. It was just taking care of keeping
12 things going, basically. So Steve came to me, and
13 what I believe happened here was, he said, "Hey,
14 we're going to start running 26."
15     And I think -- I'm pretty sure I would have
16 said, "Hey, we're already -- what are you talking
17 about? We're already running 26."
18     And Steve said, "No, we're not." We're
19 running, you know, whatever, something less than
20 that. And so I think this is sort of the memo
21 that -- because eventually here in the forthcoming
22 months, we paid back the Government, you know,
23 some money because we had overbilled, and I think
24 this is the conversation and the memo where I sort

Page 87

1  of figured out we had overbilled, overcharged,
2  because we weren't running as many as we had for
3  some period of time.
4      And so I think that's what happened here
5  and, you know, my guess is I probably marched
6  right down to Dave Schreiber and said, "Hey, we
7  have got an issue here that we have got to get
8  resolved."
9      Q.  Do you remember doing that?
10     A.  No, I don't. I don't. But, knowing me,
11 I would have gone to Jay Amberson or Dave
12 Schreiber. I would have gone to one of those two
13 guys.
14     Q.  Okay. So you think you were the person
15 who realized this and --
16     A.  That would be -- I don't know that for a
17 fact, but I think that would be my --
18     Q.  Now, you didn't let me finish the
19 question.
20     A.  Okay.
21     Q.  You probably know where I'm going, but
22 she doesn't, and she doesn't get it on the record.
23     A.  Okay.
24     Q.  Okay. So let me ask the question again.

Page 88

1  So you think you're the person who realized that,
2  in fact, you were billing for 26 and the lab was
3  doing some number less than that?
4      A.  Again, I don't know that for a fact, but
5  I believe that's probably right, yes.
6      Q.  And you think you went to either Jay
7  Amberson or Dave Schreiber to raise the issue?
8      A.  That would be -- knowing me, that's
9  what -- I would have gone to one of those two. My
10 guess is I probably would have gone to Dave, but I
11 don't know that for sure.
12     Q.  Okay. And can you just take a look at
13 the handwriting on the side. What do the
14 numbers -- it says "94," and then it's got a
15 calculation, and then "effective 1 December, '94,"
16 and then it's got another calculation. What does
17 that represent?
18     A.  Well, it looks like that's what we were
19 billing basically through those years. It look
20 like sort of a historical record of what we were
21 billing.
22     Q.  Okay. And you said that as a result of
23 your discovering this, some money was paid back
24 to --

Page 89

1      A.  That's what I've been told. I mean,
2  again, I don't really even remember that.
3      Q.  Okay.
4      A.  But that's what I've been told, is that
5  this sort of -- you know, we discovered it, and I
6  probably went down to Dave. Knowing me, I would
7  have done it within five minutes, basically. I
8  would have gone right there, and that's set off a
9  chain of how much do we owe and paying it back,
10 so --
11     Q.  I'll have you take a look at what's been
12 marked as Exhibit 22, and let me just give you
13 this as well so we can talk about this together.
14 Exhibit 22 is a memo from Richert Goyette to James
15 Amberson, Subject: Flow Cytometry Antibodies,
16 Date: 21 May, 1997.
17     A.  Uh-huh.
18     Q.  And it says, "Attached is the
19 justification for the number and variety of
20 antibodies we use in our flow cytometry panel.
21 While there is no national consensus on the number
22 of antibodies to use, our practice is not
23 uncommon."
24     A.  Right.