A LabCorp Company

DIANON Systems
200 Watson Boulevard
Stratford, CT 06615

June 23, 2006

Telephone: 800-328-2666

www.dianon.com
www.CarePathOnline.com

Connecticut Part B Medicare
First Coast Service Options, Inc.
Attn: Financial Services
Post Office Box 45010
Jacksonville, FL 32232-5010

Re:   DIANON *Systems, Inc., Refund for Flow Cytometry Testing for Immunophenotyping,* Provider No. 690000180

Dear Sir or Madam:

On March 30, we advised First Coast- Medicare Part B of a probable overpayment for flow cytometry testing (HCPS 88180) for immunophenotyping performed at DIANON's Stratford, Connecticut facility during the time period January 1, 1996 through July 31, 1996 (copy enclosed).

Previously, on June 17, 1997, DIANON refunded $26,331.20 for overpayments related to immunophenotyping studies performed during the time period August 1, 1996 through March 24, 1997 (see enclosed correspondence). The time period for this refund was based upon the mistaken conclusion that the error occurred because of a change in laboratory procedures in the first week of August 1996. Because of a pending investigation, we reviewed the eight-month time period preceding August 1, 1996 and determined that overpayments may also have been made for testing performed during that period.

We have calculated the Medicare Part B overpayment to be $38,924.21 for the refund period of January 1, 1996 and July 31, 1996. A check in that amount is enclosed. Detailed information concerning the refund on a claim-by-claim basis is provided on the enclosed spreadsheet. The spreadsheet shows the number of antibodies billed on each accession and the number reported. In most cases, 22 to 24 antibodies were reported, while 26 were billed. The spreadsheet is organized in alphabetical order by patient last name and lists HIC number, ICN number (where available), date of service, the number of HCPS 88180 units paid, reported and overpaid and the amount of the refund. In some cases, we were unable to locate the Remittance Advice. In those cases, we assumed that payment was made at the prevailing rate for the total number of units billed. If you would prefer this information on computer-ready format, please contact me at the number below with your requirements.

We note that there were several claims during this time period that were underbilled. In those cases, nine antibodies were billed, whereas 22 to 24 antibodies were performed. This underpayment was not included in the refund figure. There also were some instances where

Should you have need of further information regarding this matter, please feel free to contact me at (203) 380-3311.

Cordially,

Robert Tucciarone
Director, Accounts Receivables

| | | |
|---|---|---|
| CHECK NO. 268917 | CHECK DATE 06/20/06 | Stamford, CT 06901 |

**DIANON** *Systems*
*The Definitive Choice in Pathology*
Dianon Systems, Inc.
200 Watson Blvd
Stratford, CT 06615

JUN 28 2006

51-110
211

**CHECK AMOUNT**
***$38,924.21

VOID AFTER 90 DAYS

PAY: THIRTY-EIGHT THOUSAND NINE HUNDRED TWENTY-FOUR AND 21/100 DOLLARS

TO THE ORDER OF:
FIRST COAST SERVICE OPTIONS
PO BOX 45010
CT MEDICARE PART B
JACKSONVILLE FL 32231

*Patrick F. [signature]*

⑆00268917⑆ ⑈021101108⑈ 20000215321570⑇