UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA<br>ex rel. DR. JAMES J. TIESINGA,<br><br>    Plaintiffs,<br><br>v.<br><br>DIANON SYSTEMS, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)   No. 3:02CV1573(MRK)<br>)<br>)<br>)<br>) |

**MOTION TO EXTEND DEADLINE TO FILE
REPLY BRIEFS FOR MOTIONS IN LIMINE**

Dianon Systems, Inc., through its undersigned counsel, submits this request to extend the deadline to file Reply briefs from May 21, 2007 to May 24, 2007, and in support thereof state as follows:

1.    Pursuant to this Court's March 13, 2007 Joint Trial Memorandum and Advanced Briefing Scheduling Order, Dianon's Reply briefs for its April 20, 2007 Motions in Limine are due Monday, May 21, 2007.

2.    Dianon requests an extension until May 24, 2007 to file its Reply briefs.

3.    The United States has consented to this extension.

4.    The short extension will not affect any other scheduled deadlines the Court has set or delay these proceedings in any way.

WHEREFORE, Dianon requests this Court to allow submission of its Reply briefs concerning its Motion in Limine to Exclude Evidence of False Claims Act Liability and

-2-

Motion in Limine Regarding Discovery Violations no later than Thursday, May 24, 2007.

Respectfully submitted,

*[signature]*

Bruce R. Parker (admitted *pro hac vice*)
Fed. Bar No. PHV01015
William F. Piermattei (admitted *pro hac vice*)
Fed. Bar No. PHV01585
Venable LLP
1800 Mercantile Bank & Trust Bldg.
2 Hopkins Plaza
Baltimore, Maryland 21201
(410) 244-7400


Robert Salcido
Fed. Bar No. 447951
(admitted *pro hac vice)*
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, NW
Washington, DC 20036
(202) 887-4095

Attorneys for Dianon Systems, Inc.

-3-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of May, 2007, a copy of the foregoing Motion to Extend Deadline to File Reply Briefs for Motions in Limine, and proposed Order was sent via U.S. mail, postage prepaid, and electronic mail, to:

Richard M. Molot, Esq.
Assistant United States Attorney
U.S. Department of Justice
Connecticut Financial Center
157 Church Street
P.O. Box 1824
New Haven CT 06510

Bryan T. Carmody, Esq.
Maya & Associates, P.C.
266 Post Road East
Westport, CT 06880

_____
William F. Piermattei