UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA<br>ex rel. DR. JAMES J. TIESINGA,<br><br>    Plaintiffs,<br><br>v.<br><br>DIANON SYSTEMS, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)   No. 3:02CV1573(MRK)<br>)<br>)<br>)<br>) |

## ORDER

Upon consideration of Dianon systems, Inc.'s ("Dianon") Motion to Extend Deadline to File Reply briefs for Motions in Limine and with no opposition thereto, it is this ____ day of May, 2007, hereby ORDERED that Dianon's motion is hereby GRANTED and Dianon's Reply briefs shall be due no later than May 24, 2007.

 

_____
Mark R. Kravitz, Judge
United States District Court for the District
of Connecticut

BA2DOCS1\#317756