# EXHIBIT 1



# Conference Participants

### Conference Facilitator

Raul Braylan, M.D.
Director Hematopathology
University of Flordia School of Medicine

### LabCorp Center for Molecular Biology & Pathology

Myla Lai-Goldman, M.D.
Chief Science Officer, Chief Medical Officer
LabCorp

Margaret Johnson, M.D.
Hematopathologist

### Dianon Systems

Jay Amberson, M.D.Thom Kossl, JD
Medical DirectorGeneral Counsel

Suha Mishalani, M.D.
Co-Director, Hematopathology

### Esoterix

Ron Thomason, M.D.Joe Papiez, M.D.
Medical DirectorHematopathologist

Ron Lee, M.D.Wlodek Szczarkowski, M.D.
HematopathologistHematopathologist

Darrell Swank, M.D.Greg Stelzer, Ph.D.
HematopathologistChief Science Officer

Norman Purvis, Ph.D.Keith Shults
Director Analytical SystemsDirector Advanced Cytometric Applications
Esoterix Center for InnovationEsoterix Center for Innovation

Elizabeth Stone
Technical Manager
Esoterix Oncology

### US Labs

Bruce Davis, M.D.
Director Hematopathology

Sandra Kulcyzk
Supervisor Flow Cytometry