# EXHIBIT 2



June 9, 2006

Raul C. Braylan, MD
3831 Southwest 96th Street
Gainesville, FL  32608

Dear Dr. Braylan:

It is with great pleasure and excitement that we extend to you this offer to become LabCorp's National Director of Hematopathology, reporting directly to me. This letter is an offer of employment and sets forth certain terms of your services agreement.

**POSITION:** National Director of Hematopathology

**LOCATION:** Dianon, Stratford, Connecticut

**START DATE:** To Be Determined

**NATURE OF RELATIONSHIP:** Employee

**COMPENSATION:**    $400,000 per year paid bi-weekly at $15,384.62 for base compensation.

**BONUS COMPENSATION:** You will be eligible for bonus compensation based on your ability to bring in consult cases and the overall growth of the organization's hematopathology services. Your total bonus potential is $200,000 per year.

**BENEFITS:** This offer also includes participation in LabCorp's *Personal Choice* benefit program, which provides you (and your dependents) with group medical, dental, optical, life, accident and long-term disability coverage. As a member of the LabCorp management team, you are eligible for reimbursement of your COBRA premiums, if elected. This reimbursement will be paid to you in a lump sum and will be equal to 1 month's premium. Only medical, dental and optical premiums are reimbursable under this policy. It will be your responsibility to maintain your COBRA coverage until you become covered under *Personal Choice*.

Should you have any questions regarding *Personal Choice*, please contact Jocelyn Ault, *Human Resources Manager, Stratford, Connecticut at 800-328-2666, extension 4922.*

**RELOCATION:** Your expenses will be reimbursed in accordance with LabCorp's comprehensive Executive Relocation Program. Details will follow in a separate letter.

**PERSONAL LEAVE BANK:** You will receive paid time off in the form of a *Personal Leave Bank* (PLB) to be used for vacation, sick or personal time away from work. As a senior member of the LabCorp management team, you are eligible for the 5-Year PLB accrual. This will provide you with

up to 192 hours or 24 days of paid time off annually. This time off would be in addition to Company-observed holidays.

**CONTINUING EDUCATION/MEMBERSHIPS/LICENSING:** In addition to PLB, you will receive an additional six (6) days of paid leave for the purpose of authorized, documented Continuing Medical Education ("CME"). The Company also will reimburse you for authorized, documented CME expenses.

The Company will also pay the cost of any state medical licensing fees and renewals that LabCorp deems necessary.

**PROFESSIONAL LIABILITY:** Attached please find a copy of portions of Laboratory Corporation of America Holdings' Amended and Restated By-laws as they relate to indemnification of officers, directors and employees. I trust that this information will address any concerns regarding professional liability arising out of your activities on behalf of the Company. You will be responsible, at your expense, for obtaining tail professional liability insurance coverage to cover you for any claims made after your hire date arising out of acts or omissions by you prior to the Effective date.

**POST OFFER REQUIREMENTS:** This offer and your employment by LabCorp are contingent on the company's evaluation of a post-offer drug screen, our satisfactory evaluation of the information received from the references supplied by you as well as any additional education, work experience, background investigation and personnel checks we deem necessary, review of any contractual relationships that may restrict or prevent you from performing the duties contemplated in connection with your proposed employment, and your signing of our Non-Solicitation/Confidentiality Agreement.

Your employment with LabCorp will be an at-will relationship. As such, both you and the Company retain the right to terminate your employment at any time for any reason not prohibited by law. Any promises or representations, whether written or oral, related to your terms of employment that are not contained in this letter are not binding on the Company. All compensation indicated in this letter is subject to continued employment. This letter constitutes our complete offer package to recognize your new responsibilities.

If you are in agreement with this offer of employment, please sign below and return the letter to me in the attached envelope as soon as possible. A duplicate copy is enclosed for your records.

Raul, we are looking forward to your joining LabCorp's executive medical staff. We believe that you will be a strong addition to our team, and hope you will find your experience at LabCorp to be challenging and rewarding.

Sincerely,


James Amberson, M.D.
Vice President and Chief Medical Officer of Esoteric Businesses

---

I, _____, accept this offer of employment with a start date [*TBD*], and understand this letter constitutes LabCorp's complete offer package to me and that this is an at-will employment relationship.

_____    _____
Signature – Raul C. Braylan, M.D.                                Date

BRAY 0003

## NATIONAL DIRECTOR OF HEMATOPATHOLOGY

The **National Director of Hematopathology** will provide overall medical leadership for NewCo AP Hematopathology Services. Hematopathology services offered out of US Labs, Esoterix, Dianon-Stratford and Dianon-CMBP will fall under his or her direction. The National Director will also serve as the Director of Hematopathology at Dianon-Stratford. The National Director will report to the Chief Medical Officer of NewCo AP. The specific responsibilities associated with this position will include:

- Maintaining and improving the quality of the practice of hematopathology at NewCo. The National Director, working through the Directors of Hematopathology at individual facilities, will be in charge of recruiting hematopathologists as well as the evaluation and training of all members of the hematopathology staff.
- Integrating NewCo's disparate hematopathology offerings and establishing uniform standards of medical practice.
- Oversight of the assessment and implementation of all new hematopathology diagnostic technology.
- Working with Sales and Marketing to train the sales force and develop accurate and effective hematopathology sales aids that will enhance NewCo's ability to garner new clients.
- Foster and enhance relationships between clients and NewCo's hematopathology staff. The National Director will develop a seminar program to be presented by the NewCo Hematopathology Staff. These seminars will be offered to current and prospective clients.
- In conjunction with Drs. Bruce Davis at US Labs and Greg Stelzer at Esoterix, oversight of the College of American Pathologist Flow Cytometry Fellowship program at Esoterix.