# EXHIBIT 3

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

NO. 3:02 CV 1573(MRK)

UNITED STATES OF AMERICA, ex rel.
DR. JAMES J. TIESINGA,

       Plaintiff(s),

- vs -

DIANON SYSTEMS, INC.,

       Defendant(s).

V I D E O  E X A M I N A T I O N

OF

RAUL C. BRAYLAN, M.D.

| | |
|---|---|
| TAKEN ON BEHALF OF: | The Plaintiff |
| DATE: | June 15, 2006 |
| TIME: | Scheduled start:  9:00 a.m.<br>Actual Start:     9:07 a.m.<br>Conclusion:       12:32 p.m. |
| PLACE: | Unites States Attorney's Office<br>300 West University Avenue<br>Suite 310<br>Gainesville, Florida 32601 |
| REPORTER: | Anne C. Noble, RPR, FPR, CSR-GA, WA<br>Notary Public: Florida and South Carolina |

ADVANTAGE COURT REPORTERS

2291bb67-f68c-4f22-ac73-e80665553f8f

1  chief techs, technologists, and we discussed -- and
2  then Gret Stelzer (phonetic), who is the person who
3  has probably the most experience in this, from
4  Esoterics, presented data, presented an approach.  He
5  used the blackboard to write opinions.  And somehow we
6  all moderated the opinions and decided to at least
7  initially create a panel or a set of panels that would
8  be -- may be used for everybody, considering that now
9  they only have five color machines, and they have to
10 change the panels accordingly.
11          And so it was a proposal at this point.  I
12 haven't seen any data out of that.  But those people
13 are very good, Stelzer & Company, and I expect
14 something to happen.
15          I actually happened to talk to him about the
16 consensus, and I told him to wait until the consensus
17 comes out next month for them to decide on the
18 standardization.  I personally feel that we need to
19 standardize this across the board.  And so I told him
20 that.  That's basically the nature of the --
21     Q.  And when -- you said the result of the
22 meeting was to develop several panels?
23     A.  To -- the result of the meeting was to
24 develop -- I think the way he has it, it's like a
25 broad screening panel followed by a secondary panel.

1  Q. Okay.
2  A. Yes.
3  Q. And --
4  A. That's what he proposed. And, again, I need
5  to see the data first and see what comes out of that.
6  Q. Okay. And was everybody in the meeting in
7  agreement with that?
8  A. I think everybody agreed; some reluctantly,
9  some others less reluctantly.
10  Q. And how many antibodies were in the broad
11  panel?
12  A. Oh, God, I wish I had had my notes. I don't
13  know. I would like to -- because I don't know off the
14  top of my head. I go to meetings like this all the
15  times, and people argue about antibodies. I can't
16  remember. We're in the middle of a discussion among
17  ourselves now, the whole world on this. So I can't
18  remember how many at that particular session at
19  Stelzer, what we recommended or we supported. I have
20  my notes at home, but I can't tell you. I would be
21  lying to you.
22  Q. Okay. So it would be a waste of time to ask
23  you what antibodies were in the panel?
24  A. Yes.
25  Q. Okay.