UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA <u>ex</u> <u>rel</u>. DR. JAMES J. TIESINGA,   )<br>)<br>Plaintiffs,   )<br>)<br>v.   )<br>)<br>DIANON SYSTEMS, INC.,   )<br>)<br>Defendant.   ) | No. 3:02CV1573(MRK) |

**MOTION FOR ONE DAY EXTENSION OF TIME *NUNC PRO TUNC***

**PLEASE TAKE NOTICE** that the Defendant, Dianon Systems, Inc., through its undersigned counsel, hereby respectfully requests that this Court grant it an extension of time *nunc pro tunc*, pursuant to Local Rule 9(b), of one (1) day (or until and including May 25, 2007), to submit Replies to the United States' Opposition to Motion in Limine Regarding Discovery Violations and Plaintiff's Opposition to Motion in Limine to Exclude Evidence of False Claims Act Liability.

This extension of time is warranted because of a mishap by the courier, due to unanticipated traffic congestion. The courier arrived at the courthouse at approximately 5:05 p.m., and was unable to enter and leave the papers to be filed in the designated drop-box. Plaintiff's counsel, Richard M. Molot, Esq., has consented to the granting of this motion. This is the second request for an extension of the same time limitation.

**WHEREFORE**, the Defendant respectfully request that this Court grant it an extension of time of one (1) day (or until and including May 25, 2007) by which to submit Replies to the United States' Opposition to Motion in Limine Regarding Discovery

Violations and Plaintiff's Opposition to Motion in Limine to Exclude Evidence of False Claims Act Liability.

DATED: May 25, 2007                         Respectfully submitted,

*[signature: William F. Piermattei]*
_____
Bruce R. Parker (admitted *pro hac vice*)
Fed. Bar No. PHV01015
William F. Piermattei (admitted *pro hac vice*)
Fed. Bar No. PHV01585
Venable LLP
1800 Mercantile Bank & Trust Bldg.
2 Hopkins Plaza
Baltimore, Maryland  21201
(410) 244-7400

*[signature]*
_____
Mary A. Gambardella (ct #05386)
Epstein Becker & Green, P.C.
One Landmark Square, Suite 1800
Stamford, CT 06901-2601
Telephone (203) 348-3737

Robert Salcido
Fed. Bar No. 447951
(admitted *pro hac vice)*
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, NW
Washington, DC 20036
(202) 887-4095

Attorneys for Dianon Systems, Inc.

-3-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of May, 2007, a copy of the foregoing Motion For Extension of Time *Nunc Pro Tunc* was sent via U.S. mail, postage prepaid, to:

>Richard M. Molot, Esq.
>Assistant United States Attorney
>U.S. Department of Justice
>Connecticut Financial Center
>157 Church Street
>P.O. Box 1824
>New Haven CT 06510
>
>Bryan T. Carmody, Esq.
>Maya & Associates, P.C.
>266 Post Road East
>Westport, CT 06880

_____
Dean R. Singewald II