UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. DR. JAMES J. TIESINGA, <br><br> Plaintiffs, <br><br> v. <br><br> DIANON SYSTEMS, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) No. 3:02CV1573(MRK) |

## MOTION FOR LEAVE TO EXCEED
## PAGE LIMIT FOR REPLY BRIEFS

Dianon Systems, Inc., through its undersigned counsel, submits this request to exceed the page limit for its Reply to the Opposition to Motion in Limine Regarding Discovery Violations and Reply to the Opposition to Motion in Limine to Exclude False Claims Act Evidence, and in support thereof state as follows:

1. Pursuant to Local Rule 7(d), Reply briefs are not to exceed ten (10) pages.

2. Due to the extensive briefs and exhibits filed by the government in opposition to Dianon's Motions in Limine as well as the numerous inaccuracies contained therein, Dianon required more than the ten page limit to address the most relevant issues.

3. Dianon's Reply to the Opposition to Motion in Limine Regarding Discovery Violations is approximately 16 pages. Dianon's Reply to the Opposition to Motion in Limine to Exclude False Claims Act Evidence is approximately 15 pages.

4.  The additional briefing will allow the issues raised in Dianon's Motions in Limine to be fully developed and the disputes between Dianon's and the government's positions highlighted.

WHEREFORE, Dianon requests this Court to allow submission of Reply briefs concerning its Motion in Limine to Exclude Evidence of False Claims Act Liability and Motion in Limine Regarding Discovery Violations to exceed the ten page limit.

Respectfully submitted,

_____
Bruce R. Parker (admitted *pro hac vice*)
Fed. Bar No. PHV01015
William F. Piermattei (admitted *pro hac vice*)
Fed. Bar No. PHV01585
Venable LLP
1800 Mercantile Bank & Trust Bldg.
2 Hopkins Plaza
Baltimore, Maryland 21201
(410) 244-7400

_____
Mary A. Gambardella (ct #05386)
Epstein Becker & Green, P.C.
One Landmark Square, Suite 1800
Stamford, CT 06901-2601
Telephone (203) 348-3737

Robert Salcido
Fed. Bar No. 447951
(admitted *pro hac vice)*
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, NW
Washington, DC 20036
(202) 887-4095

Attorneys for Dianon Systems, Inc.

BA2DOCS1\#318319

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of May, 2007, a copy of the foregoing Motion For Leave to Exceed Page Limit for Reply Briefs was sent via U.S. mail, postage prepaid, and electronic mail, to:

> Richard M. Molot, Esq.
> Assistant United States Attorney
> U.S. Department of Justice
> Connecticut Financial Center
> 157 Church Street
> P.O. Box 1824
> New Haven CT 06510
>
> Bryan T. Carmody, Esq.
> Maya & Associates, P.C.
> 266 Post Road East
> Westport, CT 06880

_____
Dean R. Singewald II