# EXHIBIT 1

DEPARTMENT OF HEALTH & HUMAN SERVICES
Centers for Medicare & Medicaid Services
7500 Security Boulevard
Baltimore, Maryland 21244-1850

JSM-1, 11-07-03

MEMORANDUM

DATE:     November 12, 2003

FROM:    Director, Administrative Services Group
         Office of Operations Management

         Director, Medicare Contractor Management Group
         Center for Medicare Management

SUBJECT: Department of Justice (DOJ) Document Freeze—UPDATE

TO:      All Medicare Fiscal Intermediaries and Carriers

The Centers for Medicare & Medicaid Services (CMS) will be implementing a document destruction program that authorizes the destruction of certain Medicare documents that are over 10 years old, and continues annually. After careful consideration of the associated costs and the number of requests for affected documents from DOJ, CMS has determined it is in the best interest of the Agency to lift the 1992 DOJ document freeze.

Directives for the new document destruction program will be communicated to you in CMS' Manual System (Internet-Only Manuals). **Only after receipt of these manual changes from CMS may you begin destruction of Medicare documents over 10 years old.** Under no circumstances are you to destroy any information, data, or files CMS, DOJ, the Office of the General Counsel or the Office of the Inspector General has identified as relating to a current investigation or litigation/negotiation; ongoing Workers' Compensation set aside arrangements, or documents which prompt suspicions of fraud and abuse of overutilization of services. This will satisfy evidentiary needs and discovery obligations critical to the agency's litigation interests. General instructions will be forthcoming. Until then, you must maintain these records.

We are also reviewing the costs associated with offsite storage versus resuming utilizing the Federal Records Centers to store hard copy Medicare records. The decision on records storage will also be conveyed in the disposition instructions within the CMS Manual System (Internet-Only Manuals).

Once you implement the new document destruction program, you should contact your respective CMS Regional Office regarding any concerns you may have about the retention of your Medicare records. The contacts for questions concerning the document destruction program are:

| Region | Name | Phone |
|---|---|---|
| Region 1 | Tony Fleming | 617-565-1202 |
| Region 2 | Venetta Harrison | 212-264-1895 |
| Region 3 | Francis McCullough | 215-861-4157 |
| Region 4 | Colleen Carpenter | 404-562-7242 |
| Region 5 | Melvin Kimbrough | 312-886-5121 |

2

| Region 6  | Pam Kanawyer   | 214-767-6419 |
| Region 7  | Phil Chiarelli | 816-426-5033 |
| Region 8  | Sandy Mendez   | 303-844-1568 |
| Region 9  | Michael Souza  | 415-744-3642 |
| Region 10 | Deborah Kozak  | 206-615-2388 |

This memorandum should be distributed among all Medicare contractor operational units and areas. If you have any questions, please contact Vickie Robcy at CMS Central Office on (410) 786-7883.

/s/  
Linda Schmidt

/s/  
Gregory G. Carson

cc:  
All RAs  
All CCMOs  
Jeff Hinson, CMM/MCMG

CMS013365