# EXHIBIT 2

# EXHIBIT 2

## I. ADMINISTRATIVE/MANAGEMENT RECORDS

### A. <u>Agreement Files</u> (NC1-440-79-2, Item 1)

Documents relating to agreements between elements of CMS, between CMS and other DHHS components or other Federal agencies and between CMS and other nonfederal organizations or agencies. These agreements are negotiated to provide for continued understanding between recognized organizations and CMS for the purpose of providing or obtaining various types of support services. The services include logistic, medical, fire protection, administrative, facilities, and similar support on a one-time or continuing basis; and on a reimbursable or nonreimbursable basis. Included are agreements, amendments, review comments, and related correspondence.

**DISPOSITION**: Destroy after a total retention of 5 years after supersession, cancellation, or termination of the agreement. However, if after the supersession, cancellation or termination of the Agreement, an amount of money remains owed to or by CMS under the Agreement, then destroy after a total retention of 5 years after the amount due is paid, collected, suspended, terminated, compromised, referred for collection or other appropriate action under the Federal Claims Collection Act or other relevant statute, or is otherwise resolved.

### B. <u>Committee Files</u> (NC1-440-79-2, Item 2)

Documents relating to establishing, operating, and dissolving committees/task forces which consider, advise, take action, and report on specifically assigned functions of CMS. Included are proposals, approvals, and disapprovals to establish the committee; charters, notices, agendas, minutes, and reports of committee meetings; and related documents.

**DISPOSITION**:

(1) <u>Agenda, minutes, reports</u> - PERMANENT. Cutoff file when no longer needed for current operations and transfer to the Federal Records Center (FRC). Transfer to the National Archives when 15 years old.

(2) <u>Other records</u> - Cutoff file when no longer needed for current operations and transfer to FRC. Destroy after a total retention of 15 years.

1. <u>Committees Relating to Substantive Programs or Organizational Functions of CMS</u>

    (a) Office of the Committee Chairman or Secretariat, whichever is designated the office of record.

    (b) Records of other committee members.

    **DISPOSITION**: Destroy when no longer needed for current operations.

2. <u>Other Committees</u>

    (a) Office of the Committee Chairman or Secretariat, whichever is the office of record. Cutoff file when no longer needed for current operations and transfer to the FRC.

    **DISPOSITION:** Destroy after a total retention of 15 years.

    (b) Offices of other committee members.

**DISPOSITION:** Destroy when no longer needed for current operations.

C. **Staff Visit Files** (NC1-440-79-2, Item 3)

Documents relating to scheduled or special visits (but exclusive of inspections, surveys, or audits) for the purpose of performing staff or technical supervision or conducting studies. Included are requests for permission to visit, reports of visits, recommendations and other directly related documents.

**DISPOSITION:**

Office Performing Visit - Destroy after a total retention of 1 year after the completion of the next comparable visit or on completion of a related study.

Office Visited - Destroy after a total retention of 2 years, except for files relating to recurring staff visits which will be destroyed on completion of the next visit.

D. **Organization Planning Files** (NC1-440-79-2, Item 4)

Documents relating to the establishment of and changes in organization functions and relationships of CMS components (Bureaus, Divisions, Branches, Sections, etc.). Included are staff studies, copies of organization and functions plans, functional statements, charts and related documents.

**DISPOSITION:**

PERMANENT. Cutoff annually except that plans, charts, and manuals or portions thereof will not be cutoff until superseded or rescinded. Transfer to the FRC, 2 years after cutoff or supersession or recession as applicable. Transfer to the National Archives when 10 years old.

E. **Management Survey Case Files** (NC1-440-79-2, Item 5)

Documents relating to the systematic formal review of organizational structure or operational procedures and accumulated in the office conducting the survey or the office sponsoring a contract for survey services. Individual studies and surveys may range in scope from a comprehensive review of organization and operative procedures to a study of one particular procedure, process, or method of a particular phase of management. Included are documents reflecting request or authorization to conduct the survey, the finished survey report, and actions taken as a direct result of the survey.

**DISPOSITION:**

Office conducting the survey or office sponsoring the contract - Cutoff on completion of action directed, hold 2 years and transfer to the FRC. Destroy after a total retention of 10 years.

F. **Forms Management Case Files** (NC1-440-79-2, Item 6)

Documents accumulated in approving forms and resulting from the consideration, approval, control during existence and revision or recession of specific forms. Included are requests for approval of form, justifications, coordination papers and similar papers.

**DISPOSITION:**

1. Record Copy of CMS created form - PERMANENT. Transfer to the FRC 2 years after

obsolescence. Transfer to the National Archives in 5 year blocks (15 years after obsolescence).

2. <u>Case History File</u> - Transfer to the FRC 3 years after obsolescence or when volume warrants. Destroy after a total retention of 15 years after obsolescence.

G. **Instruction Files** (NC1-440-79-2, Item 7)

Manuals, directives, handbooks, regulations, other formal policy and procedural issuances, booklets, and directories prepared and published by components in performance of their program or administrative staff responsibilities.

**DISPOSITION**:

<u>Office responsible for preparation</u> - PERMANENT. Transfer to the FRC at the close of the calendar year in which superseded or discontinued. Transfer to the National Archives 10 years after supersession or discontinuance.

<u>Other Offices</u> - Destroy when superseded or discontinued.

H. **Instruction Background Files** (NC1-440-79-2, Item 8)

Records accumulated in the preparation, clearance, and publication of manuals, directives, handbooks, regulations and other formal policy and procedural issuances. Included are studies, clearance comments, recommendations, and similar records which provide a basis for publication or contribute to the content of the issuance.

**DISPOSITION**:

<u>Office responsible for preparation of the issuance</u> - Transfer to the FRC 2 years after publication of issuance. Destroy after a total retention of 10 years after the publication.

<u>Other Offices</u> - Destroy after a total retention of 2 years after the close of the calendar year in which dated.

I. **Policy and Precedent Files** (NC1-440-79-2, Item 9)

Policy memorandums, interpretations, clarifications, and similar records which serve as precedent for future policy determinations. The files are used in the development of formal policy issuances, in responding to inquiries, and in commenting upon proposed legislation, regulations, standards, and similar documents.

**DISPOSITION**:

<u>Office responsible for preparation</u> - PERMANENT. Review files annually and transfer to the FRC those files which do not have continuing applicability. Transfer to the National Archives 20 years thereafter.

J. **Delegation of Authority Files** (NC1-440-79-2, Item 10)

Program and administrative delegation of continuing authority and revocation thereof. Included are approved program delegations having statutory basis in Titles II, XI, XVIII, and XIX of the Social Security Act. Also included are approved administrative delegations of authority, i.e., personnel, printing, procurement, travel, etc.

**DISPOSITION**:

Program Delegations - Place in inactive file upon revocation or supersession. Cutoff inactive file at the end of the calendar year, hold 2 years, and transfer to the FRC. Destroy after a total retention of 10 years.

Administrative Delegations - Destroy after a total retention of 3 years after supersession or revocation.

K. **Task Forces**

   1. Internal Review Control Task Force-Subject Files (NC1-440-89-5)

   Documented internal control reviews of various CMS Medicare/Medicaid programs as well as CMS administrative functions.

   **DISPOSITION**: Cutoff files at the end of the fiscal year. Hold in office 2 years. Transfer to the FRC. Destroy after a total retention of 10 years.

   2. Regulatory Reform Task Force (NC1-440-89-3)

   The Regulatory Reform Task Force was established in 1981 to remove burdensome Federal requirements placed on the public. The records are dated from 1981 through 1982 and are public comments and in-house memoranda relating to the technical review of the Federal regulations.

   **DISPOSITION**: Transfer immediately to a Federal Records Center. Destroy after a total retention of 10 years.

L. **Training Publication Files** (NC1-440-79-2, Item 12)

Official file copies of manuals, textbooks, training aids, and similar materials developed in the performance of training courses, seminars and other activities.

Included are documents related to the various CMS program matters and administrative issues.

**DISPOSITION**:

Program Issuances - Cutoff annually. Transfer to the FRC after 3 years. Destroy after a total retention of 10 years.

Administrative Issuances - Destroy after a total retention of 5 years after supersession or obsolescence.

M. **Administrative Office Files** (BHI.g:40-2, Item IC)

Files created by most CMS offices in the performance of their assigned functions.

1. Official file copies of outgoing correspondence relating to office functions.

2. Comments on draft reports, studies, and proposals prepared by other offices.

3. Contributions to and/or comments on legislation or public information materials.

4. Program and management reports, such as overtime and staffing reports, workload and production reports, highlights, and other reports prepared to submit data to management offices (exclusive of specific reports described elsewhere in this schedule).

**DISPOSITION**: Destroy after a total retention of 2 years at the close of the calendar year in which dated.

N. **Rulemaking Record for Regulations** (N1-440-95-1, Item 1)

The official Rulemaking record file consists of all public comments received in response to the proposed rule, any computer runs, external/internal studies, final actuarial determinations or other documents that were relied upon in developing the policies included in the rule.

**DISPOSITION:**

a) Hardcopy Records - PERMANENT. Cutoff file 6 months after publication of final notice or rule and transfer to the Federal Records Center. Transfer to the National Archives when 30 years old.

b) Microfiche - Destroy when no longer needed for Agency reference.

O. **Internal and Preliminary Drafts and Comments Pertaining to Rulemaking (Rulemaking Support File) (N1-440-95-1, Item 2)**

This file contains internal, predecisional documents and drafts, including interim drafts of the rules, internal comments received on the drafts, regulation logs, regulation specifications (if applicable), preliminary actuarial estimates, and internal recommendations. This file may also contain the proposed rule, any summary of comments, the final rule, the memorandum to the Secretary for the proposed rule, the proposed rule signed by the Secretary, the memorandum to the Secretary for the final rule, and the final rule signed by the Secretary.

**DISPOSITION**: Cutoff file 1 year after publication of final notice or rule and transfer to the Federal Records Center. Destroy 9 years after cutoff.

P. **Posters** (N1-440-92-1)

All formally published posters dealing with non-administrative topics, created by CMS.

**DISPOSITION:** PERMANENT. Transfer 2 copies of each poster in a mailing tube to the National Archives when produced. Add the National Archives to the distribution list.

Q. **Appointee Clearance and Vetting Files** (Job No. N1-440-97-1)

Files consist of records resulting from liaison with the White House to evaluate the suitability of individuals for non-career positions. The files include correspondence, applications for employment, resumes, background information about individuals, financial disclosure forms, security clearances, notifications of personnel action, White House clearance checklists, and other documentation relating to the selection, clearance, and appointment of political appointees.

1. Appointees - Destroy at the end of the presidential administration during which the individual is hired, except for any original material appropriate for filing in OPFs, which should be placed in those files.

2. Non-appointees - Close file on termination of consideration. Destroy 1 year after file closed but

not later than the end of the Presidential administration during which the individual is considered.

### R. Y2K Project Files (N1-440-03-1)

Records created and received by CMS Central and Regional Office, and CMS contractors, which document activities for Y2K compliance.

1. Y2K Assessment, Testing, and Reporting Records(N1-440-03-1, Item 1).

Records maintained by CMS Central/Regional Offices and CMS Contractors (paper, electronic or both). May include instructions, procedures, guidelines, requirements, waivers, reports and letters issued, letters reports and deliverables received, hardware/software inventories, certification statements, project plans, testing plans, configuration management plans, risk mitigation/contingency plans, day one reports, metrics data, test cases, test scripts, submitter/provider testing data, contingency plan validation worksheets, workgroup charters, organizing and staffing data, agenda and information from conferences, outreach material, overtime, travel and supplies costs, and supplemental budget requests. Also includes self-certification, re-certifications, test schedules, test traceability matrix, configuration checklists, contingency plan, validation test plan and procedures, final day one plan and checklist.

DISPOSITION: **Temporary.** Destroy/delete 3 years after the Y2K certification process is completed.

2. Videotapes - Interoperability Meeting held in Los Angeles and the Y2K contingency planning training for YCOTS in 1999. **(N1-440-03-1, Item 2)**

DISPOSITION: **Temporary.** Destroy 3 years after the Y2K certification process is completed.

3. Electronic Mail and Word Processing System Copies

a. Copies that have no further administrative value after the recordkeeping copy is made. Includes copies maintained by individuals in personal files, personal electronic mail directories, or other personal directories on hard disk or network drives, and copies on shared network drives that are used only to produce the recordkeeping copy. **(N1-440-03-1, Item 3a)**

DISPOSITION: **Temporary.** Delete within 180 days after the recordkeeping copy has been produced.

b. Copies used for dissemination, revision, or updating that are maintained in addition to the recordkeeping copy. **(N1-440-03-1, Item 3b)**

DISPOSITION: **Temporary.** Delete when dissemination, revision, or updating is completed.