# EXHIBIT 3

# Retention Guidelines for E-Mail Records

It is critical that all CMS staff is aware of the statutory/regulatory requirements pertaining to the retention of E-mail records. The following guidelines must always be considered.

To ensure every E-mail transmission which meets the definition of a "record" is retained in accordance with Federal regulations, all users must:

1. **print a hard copy of the message/attachment(s) and the information screen associated with the message OR**
2. **archive the message/attachments(s) using the approved Agency's E-mail archive feature.**

### *GENERAL AGENCY RECORDS MANAGEMENT GUIDELINES*

All handwritten, typed, printed, imaged, or machine readable material (like E-mail) you create or receive during your workday may be an Agency record. The definition below comes from the Federal Records Act of 1950, as amended (Title 44 U.S.C., Chapter 3301).

Regardless of the physical form, such material is a record if it:

o was made or received by CMS personnel (including CMS contractors) in the transaction of Agency business; and,

o is preserved (or deemed appropriate for preservation) as evidence of the Agency's organization, policies, decisions, operations or other activities because of the information value of the data in them.

All records are important. Specific periods of time have been established for retaining certain records; i.e., record-retention periods. You are not at liberty to destroy or delete Agency records at your discretion. These record-retention periods are specified in the CMS Record Schedule and the National Archives and Records Administration's (NARA) General Record Schedules at: http://cmsnet.cms.hhs.gov/hpages/osora/records/default.asp

Agency records can be stored in any format (paper or electronic), as long as the record is easily retrievable for its record-retention period. CMS employees and contractors who have certain Medicare data in their files have special record retention rules prohibiting the destruction of these records. Questions regarding deleting these records can be E-mailed to Vickie Robey (Vickie.Robey@cms.hhs.gov) or you may call her at (410) 786-7883.

### *SPECIFIC E-MAIL REQUIREMENTS*

E-mail messages and attachments are also Agency records when they meet the definition of a record, as set forth above. Therefore, you must take steps to ensure all E-mail transmissions that are Agency records are stored and retained for applicable record-retention periods.

Sometimes it is difficult to decide whether an E-mail message or other material in your possession should be preserved. Here are a few questions you can apply to such materials to decide if you should store the message for future retrieval. If you answered yes to any of the questions below, your material is considered a record and the record-retention schedules must be applied accordingly.

o Does it have any legal value?

o Does it have any informational value?

o Was it used for research purposes?

o Is the subject matter listed in CMS' Records Schedule or NARA's General Record Schedules?

o Does it document any part of CMS' programs?

o Was it used as reference material to complete a project?

Complete descriptions of records and their approved record-retention periods can be found in CMS' Records Schedule and/or the NARA's General Records Schedules available at: http://cmsnet.cms.hhs.gov/hpages/osora/records/default.asp. Retention questions may be E-mailed to Vickie Robey (Vickie.Robey@cms.hhs.gov) or you may call her at (410) 786-7883.

## *FREEDOM OF INFORMATION ACT (FOIA) REQUIREMENTS*

All existing Agency records in CMS' possession, custody and control, no matter what their physical form, are subject to the FOIA. To fully comply with FOIA rules, the Agency must search both hardcopy and electronic files, as appropriate, to gather records responsive to FOIA requests. The Agency's FOIA Officer must determine whether to release or deny the responsive records, in whole or in part.

Your placement of Agency records, including E-mail messages and attachments, in appropriate files that are properly identified and retained according to the CMS Records Schedule http://cmsnet.cms.hhs.gov/hpages/osora/records/default.asp makes the "FOIA records search" much easier to conduct. Any questions regarding FOIA may be E-mailed to Michael Marquis (Michael.Marquis@cms.hhs.gov) or you may call him at (410) 786-5352.