# EXHIBIT 6

September 30, 1997

NOTE TO: HCFA Regional Records Liaison Officers

SUBJECT: Department of Justice Ordered Freeze on Routine Destruction of HCFA Records - ACTION

This note modifies the prior instructions regarding the Department of Justice (DOJ) imposed records freeze and updates you on efforts we are taking to modify/rectify the records storage problems.

As you know, in May 1992, DOJ ordered HCFA to freeze the destruction of all Medicare claim, payment and administrative records. This order includes all Regional Office and contractor records such as EOMBs, benefit checks, remittance advices, cost reports and related documents, medical documentation, reopening actions, claims appeal cases at all levels of appeal (reconsideration, review, fair hearing, administrative law judge hearing, Appeals Council review, any subsequent court ordered action), all correspondence, etc.. Please note that the freeze applies to all formats of records (hard copy, microfilm, optical image, computer tapes/discs, etc.). In addition, please note that contractors must not only retain electronic records, including those inherited because of a workload consolidation or transition, but also must retain the ability to access, read and act upon the retained records. If a contractor has retained electronic records generated by one system, it must retain the ability to access, read and act upon the retained records even if a different system is currently being used.

As a result of the freeze, the Federal Records Centers (FRCs) could no longer accept any additional records for storage from Medicare contractors. On July 7, 1992, we authorized the contractors to procure offsite storage but only on a month-to-month basis if a storage problem resulted from the freeze. Some contractors have indicated that procuring storage on a month-to-month basis is more costly than other extended arrangements. We are now authorizing contractors to secure appropriate offsite storage through quarterly, semi-annual, or annual contracts, if cost effective.

Please advise all Medicare contractors of this decision and remind them that they must review HCFA records retention requirements and assure that all records are retained in accordance with these requirements. (See 36 C.F.R. 1228.224.) Contractors should also continue to box and identify the records in accordance with FRCs and HCFA requirements even though the FRCs will no longer accept additional boxes for storage. This will enable the contractors to transfer these records to the FRCs with minimal additional work when the FRCs are reopened for Medicare storage.

2

If a contractor is unable to locate an offsite storage facility that meets the Federal records retention requirements, then the contractor must submit a written request for temporary relief from these requirements to HCFA=s Records Officer. If after one year the facility is still not in compliance or the contractor still cannot locate a storage facility that meets Federal records retention requirements, the contractor must submit a letter to HCFA=s Records Officer outlining what actions have been taken and requesting an extension for relief from these standards. Medicare contractors must utilize those available commercial facilities which most closely satisfy Federal records retention standards (taking into consideration the protection of these records from fire, theft and deterioration; avoiding scandal and harm to the Government, and safeguarding personal indicators). <u>The records freeze does not relieve contractors of their obligation to store all records in compliance with the Federal records retention requirements.</u>

Additionally, we wish to advise you we have established a Records Freeze Workgroup to evaluate and prepare recommendations on ways to meet DOJ=s concerns regarding record retention. The workgroup is researching various technologies, such as microfilming, CD ROM storage, and optical imaging for maintaining Medicare records in lieu of the hard copy. We will keep you informed of the efforts of this workgroup.

If you have any questions concerning records retention requirements, please contact Vickie Robey at (410) 786-7883. Questions concerning the records freeze, may be directed to Mable Gordon at (410) 786-7507.

Your cooperation is appreciated.

/s/                                             /s/

Vickie Robey                                    Lisa Vriezen
HCFA Records Officer                            Chief
                                                MSP Operations

cc:
All Regional Administrators
All Associate Regional Administrators for Medicare
All Regional MSP Coordinators
All HCFA Central Office Managers
Records Freeze Workgroup
MSP Staff
All HCFA Centers/Offices

CMS013369