# EXHIBIT 7

| CMS Manual System | Department of Health & Human Services (DHHS) |
|---|---|
| Pub. 100-08 Medicare Program Integrity | Centers for Medicare & Medicaid Services (CMS) |
| Transmittal 106 | Date: MARCH 4, 2005 |
| | CHANGE REQUEST 3721 |

**SUBJECT:** Inclusion of Interventional Pain Management Specialists on Carrier Advisory Committee (CAC) Membership

**I. SUMMARY OF CHANGES:** Updates exhibit 3 of the Program Integrity Manual to include interventional pain management specialists on the list of clinical specialties to be included in carrier advisory committees.

**NEW/REVISED MATERIAL - EFFECTIVE DATE\*:   February 1, 2005**
**IMPLEMENTATION DATE: April 4, 2005**

*Disclaimer for manual changes only: The revision date and transmittal number apply to the red italicized material only. Any other material was previously published and remains unchanged. However, if this revision contains a table of contents, you will receive the new/revised information only, and not the entire table of contents.*

**II. CHANGES IN MANUAL INSTRUCTIONS:**
   (R = REVISED, N = NEW, D = DELETED)

| R/N/D | CHAPTER/SECTION/SUBSECTION/TITLE |
|---|---|
| R | Exhibit 3/3.1/Physicians |
| | |
| | |

**III. FUNDING:** Medicare contractors shall implement these instructions within their current operating budgets.

**IV. ATTACHMENTS:**

| X | Business Requirements |
|---|---|
| X | Manual Instruction |
| | Confidential Requirements |
| | One-Time Notification |
| | Recurring Update Notification |

\*Unless otherwise specified, the effective date is the date of service.

# Attachment - Business Requirements

| Pub. 100-08 | Transmittal: 106 | Date: March 4, 2005 | Change Request 3721 |

**SUBJECT: Inclusion of Interventional Pain Management Specialists on Carrier Advisory Committee (CAC) Membership**

## I. GENERAL INFORMATION

**A. Background:** Carriers are required to maintain CACs. The CAC is intended to provide a formal mechanism for physicians in the State to be informed of and participate development of an LCD in an advisory capacity; to discuss and improve administrative policies that are within discretion; and to facilitate information exchange between carriers and physicians.

**B. Policy:** Carriers must include representatives of certain specialties on the CAC. Among others, these specialties must include interventional pain management specialists.

**C. Provider Education:** None.

## II. BUSINESS REQUIREMENTS

*"Shall" denotes a mandatory requirement*
*"Should" denotes an optional requirement*

| Requirement Number | Requirements | Responsibility ("X" indicates the columns that apply) ||||||||
|---|---|---|---|---|---|---|---|---|---|
| | | FI | RHHI | Carrier | DMERC | Shared System Maintainers ||| Other |
| | | | | | | FISS | MCS | VMS | CWF | |
| 3721.1 | Contractors shall include one physician representative from the clinical specialty of interventional pain management on their carrier advisory committee. | | | X | | | | | | |

## III. SUPPORTING INFORMATION AND POSSIBLE DESIGN CONSIDERATIONS

**A. Other Instructions:** N/A

| X-Ref Requirement # | Instructions |
|---|---|
| | |

**B. Design Considerations:** N/A

| X-Ref Requirement # | Recommendation for Medicare System Requirements |
|---|---|
|  |  |

C.  Interfaces: N/A

D.  Contractor Financial Reporting /Workload Impact: N/A

E.  Dependencies: N/A

F.  Testing Considerations: N/A

IV. SCHEDULE, CONTACTS, AND FUNDING

| Effective Date*: February 1, 2005<br>Implementation Date: April 4, 2005<br><br>Pre-Implementation Contact(s): John Warren (410) 786-3633<br><br>Post-Implementation Contact(s): John Warren (410) 786-3633 | Medicare contractors shall implement these instructions within their current operating budgets. |
|---|---|

*Unless otherwise specified, the effective date is the date of service.