# EXHIBIT 9

Page 1

```
 1           IN THE UNITED STATES DISTRICT COURT
 2              FOR THE DISTRICT OF CONNECTICUT
 3
 4  UNITED STATES OF AMERICA,       *
    ex rel. Dr. James J. Tiesinga,  *
 5                                  *
              Plaintiffs,           * No. 3:02CV1573(MRK)
 6                                  *
    vs.                             *
 7                                  *
    DIANON SYSTEMS, INC.,           *
 8                                  *
              Defendant.            * Pages 1 - 52
 9
10
11
12       Videotaped Deposition of JAMES P. MENAS
13                  Baltimore, Maryland
14                Friday, August 4, 2006
15
16
17
18
19
20  Reported by:  Carla J. Briggs, RPR-RMR-CRR
21  Job No. 175906A
```

### Page 6

1   MS. YU:  Sylvia Yu, Office of General
2 Counsel, CMS Division.
3        MR. SALCIDO:  Robert Salcido on behalf of
4 defendant Dianon.
5        MR. PIERMATTEI:  William Piermattei on
6 behalf of defendant Dianon.
7 WHEREUPON --
8               JAMES P. MENAS,
9 a Witness called for examination, having been first
10 duly sworn, was examined and testified as follows:
11               EXAMINATION
12        BY MR. SALCIDO:
13   Q    Good morning, Mr. Menas.  My name's Robert
14 Salcido.  I'm here on behalf of defendant Dianon.
15 I'll be asking you a series of questions this
16 morning.  If you don't understand any of the
17 questions, please feel free to tell me that, and I'd
18 be more than happy to clarify the question.  Also,
19 if at some point you need a break, feel free to tell
20 me.  I anticipate this will be short, so it may not
21 occur, but in the event that it does, feel free and

### Page 7

1 we'll do that.
2   A    Okay.  Fine.
3        MR. SALCIDO:  Let's mark as Exhibit 1 our
4 notice of deposition.
5        (Menas Deposition Exhibit Number 1 was
6 marked for identification.)
7        BY MR. SALCIDO:
8   Q    Now, I believe that at least in part,
9 Mr. Menas, you'll be addressing item 1F and G that
10 appear on Page 4.  Is that accurate?
11   A    Yes.
12   Q    And also talk about document production,
13 at least the steps you undertook to ensure that
14 responsive documents were produced?
15   A    Yes.
16        MR. MOLOT:  And, Robert, to the extent he
17 knows a little bit about the data, not as a data
18 expert, but about some efforts made to try to get
19 claims level data, I think he can speak a little bit
20 to that.
21        MR. SALCIDO:  Okay.

### Page 8

1        MR. MOLOT:  But he's, by no means, a data
2 person.
3   Q    Mr. Menas, I would like to ask what you
4 did to prepare to provide deposition testimony today
5 related to items F and G on Page 4.
6   A    I reviewed the proposed rule in '03 --
7 actually, the -- what was published as the proposed
8 rule -- what was published as the final rule in '03
9 and the public comments that came in on the rule,
10 and then there's some other documents I think from
11 the RUC -- DMA RUC.
12   Q    Uh-huh.  And the RUC would be the Resource
13 Utilization Committee?
14   A    Actually, it's the Relative Value Update
15 Committee.
16   Q    Relative value?
17   A    It's a component of DMA.
18   Q    Anything else?
19   A    That's it.
20        MR. MOLOT:  Robert, was your question did
21 he talk to people or just what he reviewed in

### Page 9

1 documents?
2        MR. SALCIDO:  No.  It was how he prepared.
3        MR. MOLOT:  Oh.  Okay.
4   A    Oh.  Okay.  I assumed it was just
5 documents.
6   Q    Okay.
7   A    I also -- I spoke to folks here who
8 actually supplied documents to me that I forwarded
9 on to you.  They were medical officers, and Carolyn
10 Mullen who's our deputy director.  I also spoke to
11 Paul Rudolf who was a former medical officer at CMS
12 and who was involved in the proposed rule, and I
13 also spoke to Robin Thomas who was in OIS who deals
14 with data.
15   Q    Okay.  Anything else?
16   A    I think that's it.
17   Q    Okay.  Can you describe for me as well
18 your educational background after high school?
19   A    I have a Bachelor's degree in economics
20 and math from Loyola College, and I have an MBA also
21 from Loyola College.

### Page 42

1  was No. 5 -- item 5 Page 6 Exhibit 1, and that is
2  your efforts that you undertook to ensure that
3  responsive documents were provided to defendants in
4  this lawsuit. Could you describe those for me?
5      A    Well, I guess when Sylvia got involved in
6  this, I -- since we are the payment component, she
7  contacted me, and I made suggestions to her who I
8  thought the appropriate folks were across CMS that
9  she could go to to get documents from relative areas
10 such as, you know, OFM for, you know, LMRP type
11 issues, OCSQ for coverage type issues, who to go to
12 for data help, things of that nature.
13     Q    And I apologize. You may have given me
14 these acronyms before, but I think you used OFM; is
15 that right?
16     A    Yes. OFM is the Office of Financial
17 Management.
18     Q    And who was Sylvia?
19          MS. YU:  (Gesturing).
20          MR. SALCIDO:  Oh. I'm sorry.
21     Q    And I do believe you gave me this once

### Page 43

1  before. OSP?
2      A    I'm sorry. OCSQ.
3      Q    Oh.
4      A    Office of Clinical Standards and Quality.
5      Q    Okay. Did you do anything more?
6      A    Well, I spoke to Robin Thomas about, you
7  know, particular issues involving data.
8      Q    Well, even before we go to that, meaning
9  did you review your files?
10     A    Yes, yes. I attempted to produce any
11 documents I had in my files and I spoke to, you
12 know, the medical officers and Carolyn Mullen who is
13 my deputy division director to see which records
14 they had as well as, you know, I did talk to Paul
15 Rudolf, and he did not have any records.
16     Q    Now, in terms of going to your file to
17 produce your documents, when did that occur?
18     A    Whenever I got the initial request. I
19 don't know what the particular time frame was. It
20 was whenever the initial request came in.
21     Q    Well, was it in the year 2002?

### Page 44

1      A    I don't think so. I don't remember the
2  specific time frame it was when --
3      Q    Yeah. Well, what I'm doing is -- was it
4  within the last six months?
5      A    Within the last year.
6      Q    Now, with respect to Robin Thomas, you
7  said you spoke to her regarding data. What did she
8  tell you?
9      A    In terms of the hundred percent data on
10 the service that -- and over the years that had
11 spanned, that it would cost about 150, $160,000 to
12 comply with that request.
13     Q    Did you ask her why? Why that would be
14 the cost?
15     A    They're the program component that really
16 has the expertise to come up with a cost estimate.
17 I don't. I imagine a fair chunk of that might be
18 computer time -- mainframe computer time.
19     Q    Do you know whether the data -- the
20 hundred percent data you referenced -- is that kept
21 permanently or is that discarded at a point in time?

### Page 45

1      A    I don't know the -- the -- the time
2  requirements for data retention, but it -- it
3  probably goes back at least five years.
4      Q    Now, in terms of your own files, how long
5  do you keep your files?
6      A    I mean, most of my material I put into
7  folders in my E-mail system. Now, the one thing we
8  had here is basically, you know, we moved from a --
9  we moved -- we changed E-mail systems from Groupwise
10 to Outlook, so I know myself and other folks lost a
11 fair number of documents when there was a
12 conversion, plus also the archival capacity of
13 Groupwise wasn't exactly the best.
14     Q    When did the conversion occur?
15     A    Probably two years ago, two to three years
16 ago.
17     Q    Facts may disprove this, but at least my
18 recollection is that we didn't receive any E-mails
19 from you. Did you review your --
20     A    I have -- I have a file on flow cytometry,
21 and I did not have anything in there for the time

Page 46

1 period for which the records were requested.
2    Q    So even going back to the August 2003 work
3 that you did on the proposed rule, you didn't have
4 any E-mails related to that?
5    A    The only thing I have saved is the
6 document you have, the proposed rule and the final
7 rule.  Certain internal communications, I
8 personally -- I mean I may -- I do not save those, a
9 lot of personal internal communications.
10    Q    Do you know that -- whether CMS has rules
11 in terms of what you can retain and what you can
12 discard?
13    A    I don't know what the requirements are for
14 personal communications.  I don't know if there even
15 is a requirement.
16         MR. SALCIDO:  All right.  I just need a
17 five-minute break to consult with Bill, but at least
18 until Bill educates me, I don't have anything more.
19         MR. MOLOT:  Okay.
20         THE VIDEOGRAPHER:  We're going off the
21 record.  The time is 10:38 a.m.

Page 47

1         (Brief Recess.)
2         THE VIDEOGRAPHER:  We're now back on the
3 record.  The time is 10:44 a.m.  You may proceed.
4         BY MR. SALCIDO:
5    Q    I only have one additional question,
6 Mr. Menas.  You had referenced earlier the
7 approximate time frame back when you assembled
8 documents responsive to this lawsuit such as
9 reviewing your file.  What my question is, is even
10 before that time, did you receive any notice to
11 retain documents responsive to this lawsuit?
12    A    Prior to the initial request?
13    Q    Right.
14    A    No, I did not.
15         MR. SALCIDO:  Okay.  That's all I have.
16         MR. MOLOT:  I have no questions.  Thank
17 you.
18         Thank you, Mr. Menas.
19         THE VIDEOGRAPHER:  Okay.  This concludes
20 the deposition of Mr. James Menas which is being
21 taken at the Centers for Medicare and Medicaid.  The

Page 48

1 time is now 10:45 a.m. and the date is August 4th.
2         (Reading and signing requested.)
3         (Deposition concluded at 10:45 a.m.)

Page 49

1         ACKNOWLEDGMENT OF DEPONENT
2 I hereby certify that I have read and examined the
3 foregoing transcript, and the same is a true and
4 accurate record of the testimony given by me.
5 Any additions or corrections that I feel are
6 necessary, I will attach on a separate sheet of
7 paper to the original transcript.

13 Date                          James P. Menas