# EXHIBIT 12

# Re: 3-color leukemia/lymphoma antibody cocktails

**From:** Maryalice Stetler-Stevenson (_stetler@box-s.nih.gov_)
**Date:** Tue Apr 28 1998 - 13:04:45 EST



EXHIBIT
PENGAD 800-631-6989
DvS 11
5        8/25

- **Next message:** Sammee VanArsdale: "FasL expression/detection"
- **Previous message:** Rosario F. Curry: "Flow Cytometry enquiry"
- **Maybe in reply to:** Theresa L. Fecik: "3-color leukemia/lymphoma antibody cocktails"
- **Next in thread:** Lucille H Kimura: "Re: 3-color leukemia/lymphoma antibody cocktails"
- **Messages sorted by:** [ date ] [ thread ] [ subject ] [ author ] [ attachment ]

---

One caveat- the lymphoma should be a known T-cell or B-cell from within
your department (ie a repeat specimen on a patient you previously
immunophenotyped) and you had better be sure something else is not going
on. We have found outside diagnoses to be far off the mark and we would
have missed the diagnosis with a restricted panel. For example: a prominent
academic center in the area diagnosed a peripheral blood lymphocytosis as
an abnormal T-cell population- CD5+, CD3-. It was CLL. A common mistake is
diagnosing hairy cell leukemia as an LGL- both sets of cells have alot of
cytoplasm and might look similar under the microscope to the untrained eye
(and hematologists will all insist they know morphology). Also, sometimes
the patient has two processes. So be careful when you restrict your panel.
I frequently regret it when I use a very short panel but I never regret
adding extra tubes. We are finally happy with our intracellular light
chains and if you want the protocol contact Paula at pif@box-p.nih.gov.


       Maryalice



>hi Terry
>
>For lymphomas we use 45/14, 2/19, 5/23/20, 7/10/19, K/L/19, 8/4/3,
>3/56+16/Dr.  If its a known B cell, we eliminate all the Ts except the 5 &
>7; if its a known T cell we eliminate 5/23/20, K/L/19 and 7/10/19, and
>replace with 7/5.
>If its ?waldenstroms or multiple myeloma we include 45/38, and
>intracellular K/L, but we've not had much joy with them - any hints
>gratefully accepted.
>If its ?CLL, PLL or HCL we include FMC7/11c and 22/25.
>
>For leukaemias we use 45/14, 34/33/45, 7/11b, 15/13, 5/10/19, K/L/19,
>61/62, 8/4/3, 3/56+16/Dr.  If we're short on cells we'll try to include a
>representative selection; if we've a fair idea about whether its myeloid or
>lymphoid we bias our choice accordingly.
>If we've established its myeloid we include MPO/LF, and if we're after
>minimal disease we adjust to include 45cy5 in all tubes.
>Otherwise we check for blast populations on the 45/SSC gate, and backgate
>to FSC/SSC.  Mostly that's more satisfactory for us because we seem to get
>a bit of drift in our 45/SSC gates - anyone else have that problem?
>
>regards,
>Beth Rees

NIH0000350

>ROYAL HOBART HOSPITAL, Tasmania

Maryalice Stetler-Stevenson
Director Flow Cytometry Unit
Laboratory of Pathology, NCI, NIH

---

- **Next message:** Sammee VanArsdale: "FasL expression/detection"
- **Previous message:** Rosario F. Curry: "Flow Cytometry enquiry"
- **Maybe in reply to:** Theresa L. Fecik: "3-color leukemia/lymphoma antibody cocktails"
- **Next in thread:** Lucille H Kimura: "Re: 3-color leukemia/lymphoma antibody cocktails"
- **Messages sorted by:** [ date ] [ thread ] [ subject ] [ author ] [ attachment ]

---

*This archive was generated by hypermail 2.1.6 : Thu Jan 01 2004 - 17:35:17 EST*

NIH0000351