# EXHIBIT 15

**Louisiana, 88180 - 88182**
**Jan - Dec 2002**

| Nbr Services Billed | Frequency |
|---:|---:|
| 684 | 20 |
| 677 | 1 |
| 672 | 3 |
| 60 | 4 |
| 48 | 2 |
| 38 | 1 |
| 34 | 1 |
| 33 | 2 |
| 32 | 25 |
| 31 | 75 |
| 30 | 608 |
| 29 | 126 |
| 28 | 1 |
| 27 | 2 |
| 26 | 3 |
| 25 | 1 |
| 24 | 5 |
| 22 | 43 |
| 21 | 30 |
| 20 | 31 |
| 19 | 24 |
| 18 | 185 |
| 17 | 42 |
| 16 | 27 |
| 15 | 78 |
| 14 | 17 |
| 13 | 9 |
| 12 | 356 |
| 11 | 23 |
| 10 | 96 |
| 9 | 51 |
| 8 | 19 |
| 7 | 20 |
| 6 | 40 |
| 5 | 14 |
| 4 | 37 |
| 3 | 17 |
| 2 | 18 |
| 1.2 | 1 |
| 1 | 332 |
| Total | 2390 |

CMS006937