# EXHIBIT 16

1

```
                UNITED STATES DISTRICT COURT
                   DISTRICT OF CONNECTICUT          ORIGINAL
- - - - - - - - - - - -x
UNITED STATES OF AMERICA,
ex rel. Dr. James J. Tiesinga,   No. 3:02CV1573 (MRK)
           Plaintiffs,

         v.
                                 July 12, 2006
DIANON SYSTEMS, INC.
           Defendant.
- - - - - - - - - - - -x
```

DEPOSITION of ARIF TOOR, M.D.

Taken before Cindy J. Carone, LSR 383, a Court Reporter and Notary Public, within and for the State of Connecticut, pursuant to Subpoena and the Federal Rules of Civil Procedure, at The Tollgate Hill Inn, 571 Torrington Road, Litchfield, Connecticut, on July 12, 2006, commencing at 10:10 a.m.

Falzarano Court Reporters
117 N. Saddle Ridge
West Simsbury, CT  06092
860.651.0258

1  again myself.
2      Q    Is the same true with the Program Integrity
3  Unit?
4      A    That's true.
5      Q    One of the duties you had mentioned was
6  formulating Local Medical Review Policies.  Can you
7  describe for me the process that was used in
8  formulating Local Medical Reviews?
9      A    Yes.  The process, the initiation is
10 whenever there was a new procedure -- and you get them
11 every year they came along -- then you had to instruct
12 people how to bill for it.  Or if there was a
13 procedure for which you felt that there was an
14 excessive number of claims being sent, you looked at
15 that.
16          If the reason for those complaints seemed --
17 those providing those services seemed to be irrelevant
18 for the care of that kind of disease, you looked at
19 that.  So that is how we created that.
20          That was the reason to create it, and then
21 in order to create a policy, one reviewed literature.
22 Based on that, you created a template policy that you
23 circulated among the providers to get their comments
24 on it and then do an open meeting which was like a
25 townhouse meeting, Carrier Advisory Committee in which

1  you invited anybody that wanted to make a comment.
2           After that, you finalized it, but the final
3  decision still was that of the carrier.  Once the
4  final policy was circulated, then it was followed.
5      Q    I believe you made reference to this.  Did
6  you have a Carrier Advisory Committee?
7      A    Yes, we did.
8      Q    Do you recall the first year you had one?
9      A    No, not in the first year.  It came
10 subsequently.  It was about a year after I joined was
11 the first Carrier Advisory Committee.  The first year
12 when I joined, as a matter of fact, I think within
13 six months we formed the advisory committee.
14     Q    With the initial formulation of it, do you
15 recollect about how many people were on it?
16     A    Not really.
17     Q    I assume its membership changed over time?
18     A    Yes, it did.
19     Q    Do you recall the general amount you would
20 have on it at any given time?
21     A    Around 35 people or so; 30, 35, but I'm not
22 very sure.
23     Q    Who selected the CAC members?
24     A    The various societies and various
25 specialities sent their representatives.  We didn't