# EXHIBIT 19

 06/05/2005 09:59 AM

>Dr. Knowles,
>
>I am following up on my prior email (I have highlighted our thinking,
>below).  We are anxious to receive your recommendations on which diagnoses
>to look at.  All we need at this time is a brief list of the diagnoses that
>you think are most likely not to support the number of markers being
>ordered/reimbursed  (4-5 diagnoses to review would be our goal).  We do not
>need any reasons or discussion with the list, as we will use this list as a
>guide to request medical records from providers.  At that time we would
>send you the records to review for appropriateness.
>
>Thank you.
>
>Paul
>
>
>
>
>
>
>                                Paul
>Deutsch
>                                              To:     Daniel
>Knowles
>                        05/12/2005 09:09         cc:     Catherine
>Delli-Carpini/YKT/Empire@Empire, Peggy Schink/YKT/Empire@Empire,
>                        PM                           Lori
>Mohn/HAR/Empire@Empire
>                                              Subject:  Audit of
>Flow Cytometry Tests
>
>
>
>
>Dear Dr. Knowles,
>
>As your secretary may have told,  we will be seeking your assistance as we
>are preparing to do several audits of providers performing flow cytometry.
>In order to focus our audit to the more appropriate claims and/or
>providers, we have retrieved a list of diagnoses submitted with such
>claims.  The lists include the frequency with which these diagnoses were
>submitted, and the average number of markers billed for each diagnosis.
>Can you advise us of any of the diagnoses which are more likely to suggest
>inappropriate or excessive use of the flow cytometry (i.e., the diagnosis
>is unusual to need flow cytometry, or the number of markers seems excessive
>for what would normally be needed for the diagnosis).  This is not an
>indication that they are wrong, but only a way of focusing so that we don't
>impose on providers who appear to be utilizing the tests appropriately.
>
>The attached excel file has two different spread sheet, one for each of two
>different localities.
>Each sheet has information for :
>    diagnosis (by ICD-9 code and descriptor),
>    number of patients having that diagnosis,

CMS004716

>    total number of markers billed for the diagnosis, and
>    average number of markers per patient.
>
>Although there are about 100 diagnoses listed on each sheet, they are
>listed in descending order by total utilization.  I think that it would
>only take a brief amount of your time to quickly review the lists, and make
>some suggestions.  We would be interested in about 4 or 5 diagnoses to
>consider at this time.
>
>I am curious about the use of the test in the HIV patients.  Are these
>patients with lymphomas, kaposi's, etc or is anyone doing the flow studies
>without evidence of malignancies?    A major difference between the tow
>localities is that list 2 has "unspecified anemia" as the most common
>diagnosis, whereas list 1 does not have that as a common diagnosis.
>
>If there are any questions please contact me by email, or telephone at
>914-248-3214.
>
>Thank you very much.
>
>Paul
>
>(See attached file: Flow Cytometry Diagnoses.xls)
>
>
>
>"WellChoice, Inc." made the following
>  annotations on 06/01/05 16:03:47
>---------------------------------------------------------------------------
-
>Attention!  This electronic message contains information that may be
>legally confidential and/or privileged.  The information is intended
>solely for the individual or entity named above and access by anyone
>else is unauthorized.  If you are not the intended recipient, any
>disclosure, copying, distribution, or use of the contents of this
>information is prohibited and may be unlawful.  If you have received
>this electronic transmission in error, please reply immediately to
>the sender that you have received the message in error, and delete
>it. Release/Disclosure Statement
>
>Attachment converted: Macintosh HD:Flow Cytometry Diagnoses 1.xls
>(XLS4/XCEL) (0009918B)


    Dear Paul,

        I have reviewed both lists.

        List #1 uses specific lymphoma and leukemia codes for most of
their patients , so it looks appropriate. Diagnosis codes 2859 and
V7189 are non-specific, and  you might want to get more information
on those but they involve  only 24 patients.  The HIV code may be to
check for clonality....I do not know why this code is used. I suppose
it could have to do with the information supplied by the referring
doctor. You may want to inquire. Then , there are rare uses of codes
2648, 2880, 2873 , 1749 , and 2350. These may just be odd-ball ,
difficult to diagnose cases where flow  cytometry was requested and
needed to be done in an effort to diagnose an undiagnosable  patient
with a bizarre presentation.  Those cases are few in number, so I
think that is the explanation. All in all, list #1 looks appropriate.

CMS004717

| Diagnosis | Description | Nbr Pats | Total Srvcs | No. of Services per patient |
|---|---|---|---|---|
| 2859 | Unspecified anemia | 551 | 11,973 | 21.7 |
| 2387 | Neoplasm of uncertain behavior of other lymphatic and hemato | 327 | 7,866 | 24.1 |
| 20280 | Other malignant lymphomas, unspecified site, extranodal and s | 380 | 7,677 | 20.2 |
| 042 | Human immunodeficiency virus [HIV] | 1511 | 6,656 | 4.4 |
| 2888 | Other specified disease of white blood cells | 262 | 4,606 | 17.6 |
| 20410 | Chronic lymphoid leukemia without mention of remission | 210 | 4,406 | 21.0 |
| 20300 | Multiple myeloma without mention of remission | 192 | 3,304 | 17.2 |
| 2731 | Monoclonal paraproteinemia | 154 | 2,754 | 17.9 |
| 2875 | Unspecified thrombocytopenia | 123 | 2,603 | 21.2 |
| 2848 | Other specified aplastic anemias | 105 | 2,521 | 24.0 |
| 20500 | Acute myeloid leukemia without mention of remission | 85 | 2,437 | 28.7 |
| 2880 | Agranulocytosis | 80 | 1,910 | 23.9 |
| 20510 | Chronic myeloid leukemia without mention of remission | 63 | 1,631 | 25.9 |
| 2899 | Unspecified diseases of blood and bloodforming organs | 69 | 1,298 | 18.8 |
| 2809 | Unspecified iron deficiency anemia | 61 | 1,194 | 19.6 |
| 7856 | Enlargement of lymph nodes | 64 | 1,140 | 17.8 |
| 2873 | Primary thrombocytopenia | 44 | 1,045 | 23.8 |
| 2819 | Unspecified deficiency anemia | 41 | 912 | 22.2 |
| 20400 | Acute lymphoid leukemia without mention of remission | 27 | 815 | 30.2 |
| 2724 | Other and unspecified hyperlipidemia | 121 | 614 | 5.1 |
| 20890 | Unspecified leukemia without mention of remission | 25 | 606 | 24.2 |
| 28529 | Anemia of other chronic illness | 21 | 502 | 23.9 |
| 2384 | Neoplasm of uncertain behavior of polycythemia vera | 20 | 474 | 23.7 |
| 20200 | Nodular lymphoma, unspecified site, extranodal and solid orga | 25 | 425 | 17.0 |
| 2889 | Unspecified disease of white blood cells | 20 | 386 | 19.3 |
| 74259 | Other specified congenital anomaly of spinal cord | 15 | 354 | 23.6 |
| 20800 | Acute leukemia of unspecified cell type without mention of rem | 13 | 348 | 26.8 |
| 79099 | Other nonspecific findings on examination of blood | 20 | 328 | 16.4 |
| 1749 | Malignant neoplasm of breast (female), unspecified site | 17 | 283 | 16.6 |
| 185 | Malignant neoplasm of prostate | 19 | 280 | 14.7 |
| 7892 | Splenomegaly | 12 | 272 | 22.7 |
| 20281 | Other malignant lymphomas of lymph nodes of head, face, and | 13 | 250 | 19.2 |
| 20580 | Other myeloid leukemia without mention of remission | 10 | 239 | 23.9 |
| 20010 | Lymphosarcoma, unspecified site, extranodal and solid organ : | 13 | 234 | 18.0 |
| 20810 | Chronic leukemia of unspecified cell type without mention of re | 12 | 234 | 19.5 |
| 2739 | Unspecified disorder of plasma protein metabolism | 14 | 234 | 16.7 |
| 20080 | Other named variants, unspecified site, extranodal and solid or | 11 | 221 | 20.1 |
| 5119 | Unspecified pleural effusion | 11 | 206 | 18.7 |
| 78071 | Chronic fatigue syndrome | 33 | 204 | 6.2 |

| | | | | |
|---|---|---|---|---|
| 20018 | Lymphosarcoma of lymph nodes of multiple sites | 8 | 202 | 25.3 |
| 20283 | Other malignant lymphomas of intraabdominal lymph nodes | 7 | 177 | 25.3 |
| 20288 | Other malignant lymphomas of lymph nodes of multiple sites | 9 | 170 | 18.9 |
| 20190 | Hodgkin's disease, unspecified type, unspecified site, extranoc | 8 | 168 | 21.0 |
| 20290 | Other and unspecified malignant neoplasms of lymphoid and h | 7 | 165 | 23.6 |
| 1629 | Malignant neoplasm of bronchus and lung, unspecified site | 8 | 164 | 20.5 |
| 2733 | Macroglobulinemia | 7 | 160 | 22.9 |
| V1079 | Personal history of other lymphatic and hematopoietic neoplas | 8 | 158 | 19.8 |
| 28522 | Anemia in neoplastic disease | 6 | 142 | 23.7 |
| 20000 | Reticulosarcoma, unspecified site, extranodal and solid organ | 8 | 140 | 17.5 |
| 20240 | Leukemic reticuloendotheliosis, unspecified site, extranodal an | 6 | 140 | 23.3 |
| 2849 | Unspecified aplastic anemia | 7 | 140 | 20.0 |
| 2449 | Unspecified hypothyroidism | 30 | 135 | 4.5 |
| 20490 | Unspecified lymphoid leukemia without mention of remission | 5 | 123 | 24.6 |
| 2800 | Iron deficiency anemia secondary to blood loss (chronic) | 6 | 123 | 20.5 |
| 20600 | Acute monocytic leukemia without mention of remission | 5 | 115 | 23.0 |
| 20501 | Acute myeloid leukemia in remission | 4 | 114 | 28.5 |
| 20210 | Mycosis fungoides, unspecified site, extranodal and solid orgar | 7 | 112 | 16.0 |
| 2883 | Eosinophilia | 4 | 109 | 27.3 |
| 7842 | Swelling, mass, or lump in head and neck | 5 | 105 | 21.0 |
| 7866 | Swelling, mass, or lump in chest | 6 | 105 | 17.5 |
| V08 | Asymptomatic human immunodeficiency virus (HIV) infection s | 44 | 102 | 2.3 |
| 2773 | Amyloidosis | 6 | 95 | 15.8 |
| 1991 | Other malignant neoplasm of unspecified site | 4 | 94 | 23.5 |
| 1539 | Malignant neoplasm of colon, unspecified site | 6 | 88 | 14.7 |
| 20411 | Chronic lymphoid leukemia in remission | 5 | 87 | 17.4 |
| V1060 | Personal history of unspecified leukemia | 4 | 87 | 21.8 |
| 20380 | Other immunoproliferative neoplasms without mention of remis | 4 | 85 | 21.3 |
| 20891 | Unspecified leukemia in remission | 4 | 82 | 20.5 |
| 2850 | Sideroblastic anemia | 4 | 82 | 20.5 |
| 20287 | Other malignant lymphomas of spleen | 3 | 77 | 25.7 |
| 5733 | Unspecified hepatitis | 8 | 77 | 9.6 |
| 7906 | Other abnormal blood chemistry | 13 | 77 | 5.9 |
| 7586 | Gonadal dysgenesis | 11 | 76 | 6.9 |
| 20511 | Chronic myeloid leukemia in remission | 3 | 75 | 25.0 |
| 4019 | Unspecified essential hypertension | 29 | 74 | 2.6 |
| 20590 | Unspecified myeloid leukemia without mention of remission | 4 | 72 | 18.0 |
| 2882 | Genetic anomalies of leukocytes | 3 | 71 | 23.7 |
| 7954 | Other nonspecific abnormal histological findings | 5 | 67 | 13.4 |
| 7822 | Localized superficial swelling, mass, or lump | 4 | 65 | 16.3 |
| 20110 | Hodgkin's granuloma, unspecified site, extranodal and solid or | 3 | 64 | 21.3 |
| 2829 | Unspecified hereditary hemolytic anemia | 3 | 64 | 21.3 |

| | | | | |
|---|---|---|---|---|
| 1519 | Malignant neoplasm of stomach, unspecified site | 2 | 63 | 31.5 |
| 20284 | Other malignant lymphomas of lymph nodes of axilla and uppe | 3 | 63 | 21.0 |
| 5111 | Pleurisy with effusion, with mention of bacterial cause other tha | 2 | 63 | 31.5 |
| 78900 | Abdominal pain, unspecified site | 10 | 62 | 6.2 |
| 2798 | Other specified disorders involving the immune mechanism | 11 | 60 | 5.5 |
| 2858 | Other specified anemias | 3 | 60 | 20.0 |
| 20011 | Lymphosarcoma of lymph nodes of head, face, and neck | 3 | 57 | 19.0 |
| 2890 | Polycythemia, secondary | 3 | 54 | 18.0 |
| 2872 | Other nonthrombocytopenic purpuras | 3 | 53 | 17.7 |
| 1623 | Malignant neoplasm of upper lobe, bronchus, or lung | 2 | 52 | 26.0 |
| 20610 | Chronic monocytic leukemia without mention of remission | 2 | 52 | 26.0 |
| 2732 | Other paraproteinemias | 3 | 52 | 17.3 |
| 2801 | Iron deficiency anemia secondary to inadequate dietary iron in | 3 | 52 | 17.3 |
| 2839 | Acquired hemolytic anemia, unspecified | 3 | 52 | 17.3 |
| 2840 | Constitutional aplastic anemia | 2 | 52 | 26.0 |
| 2879 | Unspecified hemorrhagic conditions | 2 | 52 | 26.0 |
| 4539 | Embolism and thrombosis of unspecified site | 2 | 52 | 26.0 |
| V7689 | Special screening for other malignant neoplasm | 3 | 52 | 17.3 |
| 1729 | Melanoma of skin, site unspecified | 2 | 51 | 25.5 |
| 5739 | Unspecified disorder of liver | 8 | 51 | 6.4 |
| 1540 | Malignant neoplasm of rectosigmoid junction | 4 | 50 | 12.5 |
| 1550 | Malignant neoplasm of liver, primary | 2 | 50 | 25.0 |
| 20310 | Plasma cell leukemia without mention of remission | 3 | 50 | 16.7 |
| 2896 | Familial polycythemia | 2 | 50 | 25.0 |
| 2874 | Secondary thrombocytopenia | 2 | 49 | 24.5 |
| 2808 | Other specified iron deficiency anemias | 3 | 48 | 16.0 |
| 20208 | Nodular lymphoma of lymph nodes of multiple sites | 13 | 47 | 3.6 |
| 2102 | Benign neoplasm of major salivary glands | 2 | 46 | 23.0 |
| 7245 | Unspecified backache | 3 | 46 | 15.3 |
| 2113 | Benign neoplasm of colon | 2 | 45 | 22.5 |
| 07953 | Human immunodeficiency virus, type 2 (HIV 2), in conditions cl | 18 | 44 | 2.4 |
| 20282 | Other malignant lymphomas of intrathoracic lymph nodes | 2 | 44 | 22.0 |
| 20003 | Reticulosarcoma of intraabdominal lymph nodes | 2 | 40 | 20.0 |
| 2881 | Functional disorders of polymorphonuclear neutrophils | 2 | 40 | 20.0 |

CMS013253