# EXHIBIT 1

# United HealthCare Medicare Part B - Connecticut
# Revised Local Medical Review Policy for
# Immunophenotypic Analysis of Tissues by Flow Cytometry

**Subject:**  Immunophenotypic Analysis of Tissues by Flow Cytometry

**Policy Number:**  97035 - V1.1   FINAL.

**Description:**  Immunophenotyping involves the use of fluorescent antibodies to specific antigens associated with cells. Flow Cytometers count the number of cells made fluorescent by directly or indirectly labeled antibodies.

Immunophenotyping by Flow Cytometry is helpful:

1. In determining the prognosis of a diagnosed malignancy of the hematological and lymphoid tissues, i.e., non Hodgkin's lymphoma and Leukemia

2. To diagnose the presence of non Hodgkin's lymphoma in a lymphoid tissue biopsy showing B cell predominance that is suspicious, but not diagnostic, for lymphoma.

3. To follow patients infected with HIV. Cluster of antibodies used to locate T (helper/inducer) cells are called CD4. This count normally varies from 450 1400 mm3 In patients with HIV infection, a fall in CD4 count to below 200mm3 indicates progression to clinical aids.

4. To follow patients who have had bone marrow transplant to treat malignancies evaluating for reappearance of tumor cells

**Policy Type:**  Local Medical necessity policy

**HCPCS Section Benefit Category:**  Pathology

**HCPCS Codes:**  88180   Flow cytometry; each cell surface marker.

**HCFA's National Policy:**  None

**Indications and Limitations of Coverage:**

1. Evaluation of all leukemias, or suspected recurrence of leukemia.

2. Evaluation of diagnosed Non-Hodgkin's lymphoma or suspected B cell Non-Hodgkin's lymphoma based on the results of a lymphoid tissue biopsy.

3. Evaluation of HIV positive individuals to obtain CD4 counts.

4. Evaluation of patients after bone marrow transplantation.

CMS003231

*Page 2*
*Immunophenotypic Analysis of*
*Tissues by Flow Cytometry*

**ICD-9-CM Codes That Support Medical Necessity:**

| | |
|---|---|
| 042 | Human immunodeficiency virus [HIV] disease |
| 200.00 - 200.88 | Lymphosarcoma and reticulosarcoma |
| 202.00 - 202.98 | Other malignant neoplasm of lymphoid and histiocytic tissue |
| 204.00 - 204.81 | Lymphoid Leukemia |
| 205.00 - 205.81 | Myeloid leukemia |
| 206.00 - 206.81 | Monocytic leukemia |
| 207.00 - 207.81 | Other specified leukemia |
| 208.00 - 208.81 | Leukemia of unspecified cell type |
| 238.6 | Neoplasm of uncertain behavior of other and unspecified sites and tissues - plasma cells |
| 283.2 | Paroxysmal nocturnal hemoglobinuria |
| V71.1 | Observation for suspected malignant neoplasm (To be used for evaluation of suspected B cell Non-Hodgkin's lymphoma only) |
| V42.9 | Organ or tissue replaced by transplantation, unspecified organ or tissue. (To be used for evaluation of patients with bone marrow transplantation Also to be used for CD34 counts.) |

Note: HLA - B27 determinations are needed in the management of Reiter's syndrome, uveitis, psoriasis arthritis and juvenile arthritis. When the providers are using Flow Cytometry to determine HLA- B27, they should use the appropriate ICD 9 CM code from the following list:

| | |
|---|---|
| 099.3 | Reiter's syndrome |
| 364.3 | Uveitis |
| 696.2 | Psoriasis arthritis |
| 714.30 | Juvenile Arthritis |

**Reason for Denial:**    Lack of documented medical necessity.

CMS003232

Page 3
*Immunophenotypic Analysis of
Tissues by Flow Cytometry*

**Non-Covered ICD-9-CM Codes:**

All ICD 9 CM codes besides those listed above. Individual consideration will be given when a claim is sent with an unlisted ICD 9 CM code submitted with a special report describing the medical necessity and copies of the literature supporting the use of the technology for that purpose.

**Sources of Information:**

Cancer Principals and Practice of Oncology, 5th Edition

Laboratory Test Hand Book, 4th Edition.

**Coding Guidelines:**

Use the CPT code 88180 in column 24 D of the HCFA 1500 form and link it to the applicable ICD 9 CM codes from the list given above in column 24E of the form. When the test is used for evaluation of patients suspected of Non-Hodgkin's lymphoma, besides linking the CPT code with the ICD 9 CM code V71.1, EMC submitters should put the statement "Suspected Non-Hodgkin's Disease" on the comment line. Paper submitters should write it in column 24 D.

**Documentation Requirement:**

Medical necessity must be explicitly documented by the ordering physician in the patient's medical records. Ordering physicians must write the appropriate diagnosis in the narrative or ICD 9 CM code form on the order or requisition form.

**Other Comments:**

1. The test may be performed in HIV positive patients every three months as long as the CD4 count stays more than 200/mm3.

2. Patients with bone marrow transplant usually require the test every three months in the first year, then twice a year subsequently.

3. Immunophenotypic diagnosis of PNH. Immunophenotypic analysis by flow cytometry is now considered to be the method of choice for the diagnosis of paroxysmal nocturnal hemoglobinuria and is much more sensitive and specific than the outdated Ham's test.

4. Quantitation of peripheral blood (CD34+) stem cell. Peripheral blood harvesting of CD34+ stem cells, which are responsible for multilineage engraftment, is performed in both the allotransplant and autotransplant settings. Precise quantitation of CD34+ stem cell from peripheral blood apheresis products is essential to the appropriate management of bone marrow transplant patients.

5. Immunophenotypic determination of HLA-B27. Determination of HLA-B27 antigen expression by flow cytometry methodology is much more rapid and cost-effective than the standard microlymphocytoxicity assay and is the method of choice for determining HLA-B27 antigen expression.

6. Flow cytometric studies of cases of Hodgkin's disease are generally nondiagnostic. Typically, the majority of cells are reactive mature T cells with variable numbers of polyclonal B cells. This pattern cannot be distinguished from a totally benign reactive hyperplasia.

CMS003233

*Page 4*
*Immunophenotypic Analysis of*
*Tissues by Flow Cytometry*

**Rationale for Creating Policy:**    Local Medical Necessity

**CAC Notes:**

This policy does not reflect the sole opinion of the carrier or the Carrier Medical Director. Although final decision rests with the carrier, this policy was developed in cooperation with the Carrier Advisory Committee.

**Start Date of Comment Period:**    February 1998

**Start Date of Notice Period:**    June, 1998

**Revision Date:**    January 14, 1998

**Revision Number:**    V1.1

**Revision Effective Date:**    August 1, 1998

CMS003234

Medicare Provider N