# EXHIBIT 8

Mary Alice Stetler-Stevenson, M.D. - 8/22/06

```
                                                              Page 1
 1              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF CONNECTICUT
 2

 3    UNITED STATES OF AMERICA,
      ex rel. Dr. James J.
 4    Tiesinga,

 5              Plaintiffs,
                                     No.3:02CV157(MRK)
 6         vs.

 7    DIANON SYSTEMS, INC.,

 8              Defendant.
                                        /
 9

10         The deposition of MARY ALICE

11    STETLER-STEVENSON, M.D. was held on Tuesday, August 22,

12    2006, commencing at 9:30 a.m. at the Law Offices of

13    Venable, L.L.P., 575 7th Street, N.W., Washington,

14    D.C., before Steven Poulakos, Notary Public in and for

15    the District of Columbia.

16

17

18

19

20

21    REPORTED BY:  Steven Poulakos
```

Mary Alice Stetler-Stevenson, M.D. - 8/22/06

Page 94

1   A    It would be 12 unless the chronic lymphoid
2   leukemia. Chronic myeloid leukemia would not, of
3   course, have 12 but would have the CML.
4   Q    Thank you.
5       I'll hand 16 back to you.
6       (A short break was taken.)
7       (Whereupon, a document was marked as
8   Deposition Exhibit Number 17.)
9       BY MR. PARKER:
10  Q    Dr. Stetler-Stevenson, I'm going to hand
11  you in a moment Exhibit Number 17 -- I don't have an
12  extra copy, so bear with me for one moment -- which is
13  entitled Medi 507 initial diagnostic panel.
14      Can you first identify for me what Medi is?
15  A    Medi. It's a Medimune which is a company.
16  It identified a specific protocol.
17  Q    Let me hand you Exhibit 17. Doctor, how
18  does Exhibit 17 get used in comparison to Exhibit 12?
19  A    This is a panel for a patient with a
20  diagnosis of a T-cell lymphoma who's being evaluated
21  for protocol eligibility for the Medi 507 protocol.

Page 95

1   Q    So Medi doesn't refer to a vendor of
2   antibodies --
3   A    Right.
4   Q    -- it's a protocol study being done by NCI?
5   A    Yes.
6   Q    And without comparing each tube perhaps you
7   can tell me, is the cocktail used for patients who are
8   being evaluated for admittance into the MEDI protocol
9   different than the panel that's used for patients who
10  are suspected of having a blood or bone marrow
11  disorder, Exhibit Number 12?
12  A    It is not a general diagnostic panel. It
13  is a specific panel to evaluate protocol eligibility.
14  So that the diagnosis is not of importance to the
15  submitting physician per se. The importance -- the
16  important question being asked is, is there a T-cell
17  neoplasm present with certain characteristics.
18  Q    So let me make sure I understand. If a
19  patient came to you who was suspected of having a
20  T-cell neoplasm who is not being evaluated for purposes
21  of admitting into the MEDI protocol, they would be

Page 96

1   tested with Exhibit 12?
2   A    Correct.
3   Q    And it's only for purposes of the unique
4   questions that are raised by this MEDI protocol that
5   you would use Exhibit 17?
6   A    Correct.
7   Q    I'm going to take some time over break and
8   make other copies of some of these panels. We'll come
9   back to this in a second.
10      I'd like for the moment, Doctor, to ask you
11  to pull up Exhibit Number 12? Do you have that?
12  A    Yes.
13  Q    Thank you. Doctor, you utilize antibody
14  CD2 in your panel, correct?
15  A    Correct.
16  Q    And, again, for the record, this is for any
17  patient who you have not previously diagnosed your lab,
18  who is suspected of having a blood or bone marrow
19  neoplasia, a mature lymphoid neoplasia?
20  A    Correct.
21  Q    And, Doctor, in such a patient, am I

Page 97

1   correct that the use of CD2 as a marker you consider to
2   be medically necessary to render correct diagnoses of
3   such patients?
4   A    Correct.
5   Q    And you also utilize CD7, correct?
6   A    Correct.
7   Q    Do you also consider to be medically
8   necessary to use CD7 in your cocktail to render a
9   accurate diagnosis of patients suspected of having a
10  mature lymphoid neoplasia?
11  A    Yes, correct.
12  Q    So I don't stumble over the word, is
13  neoplasia just your word for cancer?
14  A    Yes.
15  Q    You also utilize 11C in your panel?
16  A    Correct.
17  Q    Doctor, am I correct that in your medical
18  judgment 11C is medically necessary for making correct
19  diagnoses of patients suspected of having mature
20  lymphoid cancers?
21  A    Correct.

Mary Alice Stetler-Stevenson, M.D. - 8/22/06

Page 98

1  Q    You also utilize CD22 in your panel,
2  correct?
3  A    Correct.
4  Q    And do you believe, Doctor, that the use of
5  CD22 is medically necessary to render an accurate
6  diagnosis of patients suspected of having mature
7  lymphoid cancers?
8  A    Correct.
9  Q    You utilize CD25 in your assay, correct?
10 A    Correct.
11 Q    Do you believe that it is medically
12 necessary to use CD25 to render a correct diagnosis of
13 patients suspected have having mature lymphoid cancers?
14 A    Yes.
15 Q    And in collectively, Doctor, you also
16 utilize CD56, CD57, and CD1034 in this panel?
17 A    Correct.
18 Q    And it is your medical judgment, is it not,
19 as a director of the NCI flow lab that it is medically
20 necessary to use CD56, 57, and 103 to render an
21 accurate diagnosis of patients suspected of having

Page 99

1  mature lymphoid cancers?
2  A    Yes.
3  Q    Thank you.
4       If you would please turn to Exhibit 14?
5  Could you again tell the jury here, Doctor, what
6  medical conditions are -- well, let me start again.
7       In what patients will you use the panel
8  that's shown in Exhibit 14?
9       MS. DAVIS:  Objection, asked and answered.
10      THE WITNESS:  What was that?
11      MS. DAVIS:  Go ahead.
12      THE WITNESS:  A patient with suspected
13 diagnosis of myelodysplastic syndrome or a
14 myeloproliferative process which would include an
15 appropriate evaluation of CML.
16      BY MR. PARKER:
17 Q    Doctor, in your panel you utilize CD2,
18 correct?
19 A    Correct.
20 Q    You use CD5, correct?
21 A    Correct.

Page 100

1  Q    CD7 also?
2  A    Correct.
3  Q    You use CD22?
4  A    Correct.
5  Q    You use CD -- excuse me, you use kappa and
6  lambda?
7  A    Correct.
8  Q    And you use the HLADR antibody?
9  A    Correct.
10 Q    And, Doctor, am I correct that in your
11 medical judgment use of all of those antibodies are
12 medically necessary to render an accurate diagnosis in
13 patients suspected of having one of those conditions?
14      MS. DAVIS:  Objection.
15      THE WITNESS:  The question is problematic
16 to me.  Those aren't necessary to diagnose the presence
17 of myelodysplastic syndrome or myeloproliferative
18 disorder.
19      Usually when we're evaluating a patient
20 with CML they already have a diagnosis and we're
21 looking for a plastic process.

Page 101

1       BY MR. PARKER:
2  Q    Let me rephrase my question.
3       You would agree with me that all of the
4  antibodies I just mentioned, so I don't have to say
5  them all over again, in your medical judgment is
6  medically necessary to render a correct diagnosis of
7  patients suspected of having NDS and MPD?
8       MS. DAVIS:  Objection.
9       THE WITNESS:  Yes.
10      BY MR. PARKER:
11 Q    And, Doctor, and help me understand, in a
12 patient under the conditions you've described earlier
13 who was thought to have CML but who you have not
14 previously tested, they would get all of those
15 antibodies that I just identified, correct?
16 A    It would depend on what the question was,
17 the clinical question.
18 Q    What -- I'm sorry, I didn't mean to
19 interrupt.  Are you done?
20 A    Yes.
21 Q    What clinical question would cause you to

Mary Alice Stetler-Stevenson, M.D. - 8/22/06

Page 102

1  use CD2, CD5, CD7, CD22, CD -- excuse me, and kappa,
2  lambda, and HLADR?
3       A    If there was a clinical patient had -- was
4  not doing well and there was a question of is the
5  patient -- so this panel would be performed, including
6  those antibodies, if there's a question of the patient
7  having -- developing a blast crisis or simply not doing
8  well, and there's a question is something going on.
9       Q    And your reference to blast is referring to
10 the evolution of a chronic process into an acute
11 process?
12      A    Correct.
13      Q    You can put that aside.
14           Doctor, can you hand back, since I didn't
15 have a copy of Exhibit 13. I may have a question about
16 that.
17           MS. DAVIS:  Here.
18           MR. PARKER:  Yes.
19           If you don't mind, Pat, let me use this for
20 a second. Actually, I can hand that back to you.
21           BY MR. PARKER:

Page 103

1       Q    Doctor, Exhibit 13 is your panel that is
2  used in patients who are suspected of having lymphoma
3  and which you have not previously diagnosed?
4       A    Correct.
5       Q    Doctor, in your panel you utilize CD
6  markers, among others, 2, 7, 11C, 13, 22, 33, 34, 57,
7  and 103?
8       A    Correct.
9            MS. DAVIS:  Objection.
10           BY MR. PARKER:
11      Q    Am I correct, Doctor, that in your medical
12 judgment all of those antibodies are medically
13 necessary to use to render a correct diagnosis in a
14 patient suspected of having lymphoma?
15           MS. DAVIS:  Objection.
16           THE WITNESS:  Yes.
17           BY MR. PARKER:
18      Q    You can put those aside for a moment.
19           (Whereupon, a document was marked as
20 Deposition Exhibit Number 18.)
21           BY MR. PARKER:

Page 104

1       Q    I'm handing you, Doctor, Exhibit Number 18,
2  and could you identify this exhibit for the record?
3       A    This is a case report in communications and
4  clinical cytometry that I authored with a fellow.
5       Q    Tell me, Doctor, why do physicians and
6  scientists like yourself publish case reports?
7       A    Primarily because they're unusual or they
8  have something instructive in general to the medical
9  community.
10      Q    In other words, you felt that your
11 experience diagnosing this patient that you describe in
12 this exhibit was instructive and helpful to other
13 physicians doing flow cytometry?
14           MS. DAVIS:  Objection.
15           THE WITNESS:  Yes.
16           BY MR. PARKER:
17      Q    And am I correct, Doctor, that you held
18 that belief regardless whether the pathologist was a
19 government pathologist or a nongovernment reference
20 laboratory or an academic institution?
21           MS. DAVIS:  Objection.

Page 105

1            THE WITNESS:  Yes.
2            BY MR. PARKER:
3       Q    Tell me, Doctor, in a way that our jury can
4  understand, what this patient presented with and what
5  you ultimately diagnosed this patient with?
6       A    The patient -- actually, I have two here.
7       Q    Okay.
8       A    The patient presented with fever, dyspnoea
9  on exertion and a lot platelet count, low hemoglobin,
10 and he had a mass and interstitial changes demonstrated
11 on chest X-ray. He was rather sick. A specimen was
12 submitted to cytopathology for diagnosis. The
13 clinician suspected infection.
14           The cytopathologist examined the specimen
15 and felt there was a lymphoma present, or a chronic
16 lymphoproliferative process and sent the specimen to
17 flow cytometry.
18      Q    Can I stop you there?
19      A    Yes.
20      Q    The cytopathologist is not someone doing
21 flow cytometry?