# EXHIBIT 1

Case 3:02-cv-01573-MRK    Document 255-2    Filed 05/30/2007    Page 1 of 3

159

Review of DIANON produced records

| CLAIM INFORMATION: | |
|---|---|
| Sample number: | 159 |
| Beneficiary name: | |
| Beneficiary HIC: | |
| Date of service: | 9/12/2002 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 26 |
| 88180 units considered medically necessary: | 13 |
| Comments: | 65 y.o. "Lymphoma, cytopenia" Bone Marrow BM bx done ✓ CD 2, 7, 13, 33, 22, 103, 11c, 56, 57, 25, 34, HLA, 38 |

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | [signed] |
| Review date: | 8/21/03 |



