# EXHIBIT 2

A

215

Review of DIANON produced records

| CLAIM INFORMATION: | |
|---|---|
| Sample number: | 215 |
| Beneficiary name: | |
| Beneficiary HIC: | |
| Date of service: | 9/12/2002 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 26 |
| 88180 units considered medically necessary: | 24 |
| Comments: | 202.88, 284.9   WBC - ?3.1 |

BM "Lymphoma and cytopenia"

∅ CD2, CD22,

Interp - No NHL, No increased CD34

Cytogen. Nl
BM - ? MDS, MPD   Marked eosinophilia

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | /s/ Flynn |
| Review date: | 11/27/05 |



CONFIDENTIAL HEALTH INFORMATION
PP03350