# EXHIBIT 3

B

3
Review of DIANON produced records

| CLAIM INFORMATION: | |
|---|---|
| Sample number: | 3 |
| Beneficiary name: | **REDACTED** |
| Beneficiary HIC: | |
| Date of service: | 1/12/1996 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 22 |
| 88180 units considered medically necessary: | 12 |
| Comments: | R/o CLL     WBC 12.8 |
| BM | 9200 lymph |

∅CD 2, CD 7, CD 13, CD 33, CD 11 B, CD 15,
    CD 22, CD 25, CD 34, HLA-DR

Interp - Lambda restr. B cell c/w CLL/SLL

BM - c/w involvement CLL
PB - Differential shows 9200 lymphs

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | |
| Review date: | 12/10/05 |



**DIANON SYSTEMS**

CLIA ID#: 07D0644713
CT License No. CL-0356
CAP No. 26747-01

| ACCESSION NUMBER | COLLECTION DATE |
|---|---|
| S60109450 | 01/12/96 |
| PATIENT NAME | DATE RECEIVED |
| | 01/13/96 |
| REQUESTING PHYSICIAN | |
| BAEKER, THOMAS R., MD | |
| CASE NUMBER | REPORT DATE |
| | 01/16/96 |
| DATE OF BIRTH | PATIENT ID NUMBER |
| | |
| TEST ORDERED | SPECIMEN TYPE |
| L/L PHENOTYPING | CORE BIOPSY |
| INDICATION FOR STUDY | |

CBZTT01
COMMONWEALTH HEM/ONCOLOGY

201 W WALNUT STEET
DANVILLE, KY 40422

**RESULTS**

**IMMUNOGLOBULINS**

KAPPA/CD19 3%
LAMBDA/CD19 28%

**MONOCLONAL ANTIBODIES**

PHOTOMICROGRAPH

**T-Cell**
CD5(T1) 49%
CD3(T3) 23%
CD4(T4) 14%
CD8(T8) 12%
CD2(T11) 27%
CD7(3A1) 21%

**B-Cell**
CD20(B1) 36%
CD22(B3) 34%
CD19(B4) 31%
CD10(CALLA) 0%
CD23/CD19 16%

**Myeloid**
CD11B(MO1) 4%
CD13(MY7) 3%
CD33(MY9) 1%
CD15(LEU-M1) 6%

**Miscellaneous**
CD45(KC56) 62%
CD56(NKH-1) 5%
CD25(IL2-R1) 23%
CD34(ANTI-HPCA-2) 5%
HLA-DR(I3) 38%

**COMMENTS**
CLINICAL HISTORY:  Lymphocytosis; rule out chronic lymphocytic leukemia.

IMMUNOPHENOTYPING INTERPRETATION:

The above data were generated on a population of cells from the bone
marrow which cytometrically correspond to lymphoid cells.  The specimen
has a viability of 84% as determined by staining with propidium iodide.
The gated population comprises 46% of the sample.  The specimen appears
hypercellular and examination of Wright-stained smears and cytospin
preparations confirms this impression.  The cells fall within the normal
lymphoid gate.  The cellular population appears increased and a distinctly
abnormal population is identified.  The histogram does not suggest that a
separate and distinct blast or large cell population is present.

Continued on next page. . .

DIANON Systems, Inc. • 200 Watson Boulevard • Stratford, CT 06497 • 800-328-2666 • 203-381-4000
© 1993 DIANON Systems, Inc.  Printed in U.S.A.

(980A)  Rev. 9/95



CONFIDENTIAL HEALTH INFORMATION
PP04175

**B**

5
Review of DIANON produced records

| CLAIM INFORMATION: | |
|---|---|
| Sample number: | 5 |
| Beneficiary name: | **REDACTED** |
| Beneficiary HIC: | |
| Date of service: | 1/24/1996 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 22 |
| 88180 units considered medically necessary: | 12 |
| Comments: | CLL, Spleen |

BM

∅ CD2, CD7, CD11B, CD13, CD33, CD15,
   CD22, CD25, CD34, HLA-DR

Interp lambda B cell neoplasm

Bm Bx - small lymph neoplasm

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | |
| Review date: | 12/10/05 |



**DIANON SYSTEMS**

CLIA ID#: 07D0644713
CT License No. CL-0356
CAP No. 26747-01

L-10940
LANDAU, DR. LEON MD *

75 EAST GUN HILL RD
BRONX, NY 10467

| ACCESSION NUMBER | COLLECTION DATE |
|---|---|
| S60109827 | 01/24/96 |
| PATIENT NAME | DATE RECEIVED |
| | 01/30/96 |
| REQUESTING PHYSICIAN | |
| LANDAU, DR. LEON MD * | |
| CASE NUMBER | REPORT DATE |
| | 01/31/96 |
| DATE OF BIRTH | PATIENT ID NUMBER |
| TEST ORDERED | SPECIMEN TYPE |
| T/B Comp | CORE BIOPSY |
| INDICATION FOR STUDY | |
| CLL | |

**RESULTS**

**IMMUNOGLOBULINS**

KAPPA/CD19  4%
LAMBDA/CD19  53%

**MONOCLONAL ANTIBODIES**

**PHOTOMICROGRAPH**

**T-Cell**
CD5(T1)  21%
CD3(T3)  28%
CD4(T4)  14%
CD8(T8)  10%
CD2(T11)  23%
CD7(3A1)  24%

**B-Cell**
CD20(B1)  59%
CD22(B3)  55%
CD19(B4)  58%
CD10(CALLA)  3%
CD23/CD19  26%

**Myeloid**
CD11B(MO1)  7%
CD13(MY7)  0%
CD33(MY9)  1%
CD15(LEU-M1)  12%

**Miscellaneous**
CD45(KC56)  84%
CD56(NKH-1)  3%
CD25(IL2-R1)  9%
CD34(ANTI-HPCA-2)  3%
HLA-DR(I3)  39%

**COMMENTS**
CLINICAL HISTORY:  74 year old male with lymphocytosis and splenomegaly,
suspect CLL.

IMMUNOPHENOTYPING INTERPRETATION:  The above data were generated on a
population of cells cytometrically corresponding to lymphoid cells,
relatively small in size and low in complexity and constituting a large
minority of the nucleated cells in the sample.  Examination of
Wright-stained preparations (see description below) shows degeneration of
many of the granulocytic and other elements of the specimen.  There is a
small lymphoid population present which appears fairly homogeneous,
composed of small cells with scant cytoplasm and condensed chromatin.  It
is noted that in spite of the fact that the specimen was received six days
after collection, the viability of the chosen gate is acceptable (86%),
and there is no significant non-specific staining noted within this

Continued on next page. . .

DIANON Systems, Inc. • 200 Watson Boulevard • Stratford, CT 06497 • 800-328-2666 • 203-381-4000
© 1993 DIANON Systems, Inc.   Printed in U.S.A.
(980A)  Rev. 9/95



*Diagnostic Innovations for Medicine*

CONFIDENTIAL HEALTH INFORMATION
PP04250

**B**

37
Review of DIANON produced records

| CLAIM INFORMATION: | |
|---|---|
| Sample number: | 37 |
| Beneficiary name: | **REDACTED** |
| Beneficiary HIC: | |
| Date of service: | 6/4/1998 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 25 |
| 88180 units considered medically necessary: | 15 |
| Comments: | CLL |

PB

Ø CD 2, CD 7, CD 22, CD 103, CD 11C,
    CD 13, CD 33, CD 57, CD 25,
    1+ LA·DR

Interp - None

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | |
| Review date: | 12/11/05 |



```
S80631575 |                              06/04/98 ALI, DR. ASAD
  RECVD: 06/05/98                           SEX:M CLN:MAYYC14 PHONE:941-745-7311

DETAILS:
IMMUNOGLOBULINS                     Myeloid
     CD19/KAPPA:    7%                  CD13:     3%
     CD19/LAMBDA:   4%                  CD33:     3%
MONOCLONAL ANTIBODIES                  CD14:     0%
T-Cell                              Miscellaneous
     CD5:     81%                       CD45:   100%
     CD3:     82%                       CD16:     7%
     CD4:     64%                       CD56:    13%
     CD8:     18%                       CD57:    16%
     CD2:     86%                       CD25:    24%
     CD7:     90%                       CD34:     1%
B-Cell                                 HLA-DR:   19%
     CD20:     9%    .
     CD22:    11%
     CD19:    10%
     CD10:     0%
     CD23/CD19:     1%
     CD103/CD20:    1%
     CD11C/CD20:    4%
HIT <cr>
```

CONFIDENTIAL HEALTH INFORMATION
PP05158

**B**

38
Review of DIANON produced records

| CLAIM INFORMATION: | |
|---|---|
| Sample number: | 38 |
| Beneficiary name: | **REDACTED** |
| Beneficiary HIC: | |
| Date of service: | 7/27/1998 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 25 |
| 88180 units considered medically necessary: | 17 |
| Comments: | CLL          WBC 3.9 |

PB                                                    Lymph 51%

∅ CD 2, CD7, CD22, CD19, CD 33,
   CD57, CD 34, HLA-DR

Intep - None

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | |
| Review date: | 12/11/05 |

RECVD: 07/28/98

SEX:F CLN:BCJFF03 PHONE:717-243-4002

DETAILS:
IMMUNOGLOBULINS
```
     CD19/KAPPA:    37%
     CD19/LAMBDA:    3%
MONOCLONAL ANTIBODIES
T-Cell
     CD5:       86%
     CD3:       24%
     CD4:       15%
     CD8:       13%
     CD2:       31%
     CD7:       29%
B-Cell
     CD20:      63%
     CD22:      46%
     CD19:      92%
     CD10:      0%
     CD23/CD19:    36%
     CD103/CD20:   0%
     CD11C/CD20:  37%
     CD19/CD5:   62%
HIT <cr>
```

Myeloid
```
     CD13:      2%
     CD33:      3%
     CD14:      1%
Miscellaneous
     CD45:     100%
     CD16:      11%
     CD56:      13%
     CD57:      16%
     CD25:      59%
     CD34:      1%
     HLA-DR:     80%
```

CONFIDENTIAL HEALTH INFORMATION
PP05185

B

40
Review of DIANON produced records

| CLAIM INFORMATION: | |
|---|---|
| Sample number: | 40 |
| Beneficiary name: | **REDACTED** |
| Beneficiary HIC: | |
| Date of service: | 9/17/1998 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 25 |
| 88180 units considered medically necessary: | 14 |
| Comments: | CLL          WBC  11.7 |

PB

∅ CD2, CD7, CD22, CD103, CD11c, CD25,
CD13, CD33, CD57, CD34, HLA-DR

Interp - None

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | |
| Review date: | 12/11/05 |

RECVD: 09/19/98                         SEX:M CLN:OP02802 PHONE:810-286-0902

DETAILS:
IMMUNOGLOBULINS
    CD19/KAPPA:  48%            Myeloid
    CD19/LAMBDA:  3%               CD13:    3%
MONOCLONAL ANTIBODIES              CD33:    2%
T-Cell                            CD14:    0%
    CD5:    89%                Miscellaneous
    CD3:    30%                    CD45:    96%
    CD4:    13%                    CD16:    5%
    CD8:    20%                    CD56:    6%
    CD2:    35%                    CD57:    13%
    CD7:    30%                    CD25:    72%
B-Cell                            CD34:    0%
    CD20:   ·60%                   HLA-DR:    72%
    CD22:   63%
    CD19:   61%
    CD10:   1%
    CD23/CD19:    61%
    CD103/CD20:   1%
    CD11C/CD20:   24%
    CD5/CD19: 58%
HIT <cr>

CONFIDENTIAL HEALTH INFORMATION
PP05230

B

42
Review of DIANON produced records

| CLAIM INFORMATION: | |
|---|---|
| Sample number: | 42 |
| Beneficiary name: | **REDACTED** |
| Beneficiary HIC: | |
| Date of service: | 10/9/1998 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 26 |
| 88180 units considered medically necessary: | 18 |
| Comments: | ? CLL   WBC 16.1 |

Blood

Lympho 77%

Ø CD2, CD7, CD13, CD33, CD22,
   CD57, CD34, HLA DR

Interp - ?

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | |
| Review date: | 12/25/05 |

*204,1*    *5276*

## IMMUNOGLOBULINS

    Kappa:
    Lambda

## MONOCLONAL ANTIBODIES:

**T-Cell**
CD5 (T1):
CD3 (T3):
CD4 (T4):
CD8 (T8):
CD2 (T11):
CD7 (3A1):

**B-Cell**
CD20 (B1):
CD22 (B3):
CD19 (B4):
CD10 (CALLA):

**Myeloid**
CD11B (M01):
CD13 (MY7):
CD33 (MY9):
CD15 (LEU-M1):

**Miscellaneous**
CD45 (KC56):
CD56 (NKH-1):
CD25 (IL2-R1):
CD34 (Anti-HPCA-2):
HLA-DR (I3):

## (FLOW) IMMUNOPHENOTYPING INTERPRETATION:

The above data were generated on a population of cells from the (*peripheral blood, bone marrow, or lymph node*) which cytometrically correspond to (*lymphoid cells, blasts*). The specimen has a viability of (*9 0*)% as determined by staining with propidium iodide. The gated population comprises (*9 ?*)% of the sample. The specimen appears (*hypocellular, normocellular, hypercellular*) and examination of Wright-stained smears and cytospin preparations confirms this impression. The cells fall (*within, outside*) the normal lymphoid gate. The cellular population appears (*normal, increased, decreased*) and a distinctly abnormal population (*is, is not*) identified. The histogram (*does not, does*) suggest that a separate and distinct blast population is present.

The study shows a relative (*normal, abnormal*) T:B ratio for (*peripheral blood, bone marrow, lymph node*). The T-cell population expresses pan T-Cell antigens (CD2, CD3, CD5, and CD7) in (*a, an*) (*non-aberrant, or aberrant*) fashion. The CD4:CD8 ratio is (*normal, abnormal*) (secondary to *increased CD4 lymphocytes, increased CD8 lymphocytes, CD8 expression by NK cells*). The B-Cells are a (*minor, major*) population. They express pan-B-Cell antigens (CD19, CD20, and CD22) in (*a, an*) (*non-aberrant, or aberrant*) fashion. CD10 (CALLA) (*is, is not*)

CONFIDENTIAL HEALTH INFORMATION
PP05286

B

54
Review of DIANON produced records

| CLAIM INFORMATION: | |
|---|---|
| Sample number: | 54 |
| Beneficiary name: | **REDACTED** |
| Beneficiary HIC: | |
| Date of service: | 4/12/1999 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 25 |
| 88180 units considered medically necessary: | 17 |
| Comments: | |

CLL

BM

∅ CD2, CD7, CD22, CD13, CD33, CD57,
CD34, HLA-DR

Intep - ?

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | |
| Review date: | 12/31/05 |

RECVD: 04/13/99                    SEX:F CLN:OWCAN08 PHONE:864-888-3717

DETAILS:
IMMUNOGLOBULINS
    CD19/KAPPA:   91%
    CD19/LAMBDA:   1%
MONOCLONAL ANTIBODIES
T-Cell
    CD5:      67%
    CD3:      7%
    CD4:      5%
    CD8:      4%
    CD2:      7%
    CD7:      7%
B-Cell
    CD20:     90%
    CD22:     88%
    CD19:     91%
    CD10:     2%
    CD23/CD19:   78%
    CD103/CD20:  1%
    CD11C/CD20:  7%
    CD5/CD19 61%
HIT <cr>

Myeloid
    CD13:    3%
    CD33:    2%
    CD14:    1%
Miscellaneous
    CD45:    99%
    CD16:    4%
    CD56:    3%
    CD57:    7%
    CD25:    66%
    CD34:    1%
    HLA-DR:   49%

CONFIDENTIAL HEALTH INFORMATION
PP05478

**B**

59
Review of DIANON produced records

| CLAIM INFORMATION: | |
|---|---|
| Sample number: | 59 |
| Beneficiary name: | REDACTED |
| Beneficiary HIC: | |
| Date of service: | 8/19/1999 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 25 |
| 88180 units considered medically necessary: | 14 |
| Comments: | |

BM

204.1          WBC 14.9
CLL            Lymphs 73%


∅ CD2, CD7, CD13, CD33, CD22, CD103,
   CD11C, CD57, CD25, CD34, HLA-DR

Flow - c/w Mantle cell

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | |
| Review date: | 12/31/05 |

# DIANON SYSTEMS

Connecticut Lic. #: CL-0356

HAONN02    PRELIM (REPRINT)

VIRGINIA ONCOLOGY
5900 LAKE WRIGHT DRIVE

NORFOLK, VA 23502

RTE: US/AFS 757-466-8892  SEQ: HONN

| Accession No. S90844672 | Chart No. | Sex | D.O.B. | Page 1 of 2 |
|---|---|---|---|---|
| Patient Name | | | | Collected 08/19/99 |
| Requesting Physician ALEXANDER, DR BURTON F. | | | | Received 08/20/99 |
| Referring Physician . | | | | Reported 08/23/99 |
| Indications For Study | | | | |

## PHOTOMICROGRAPH

**SPECIMEN TYPE**
BONE MARROW

**IMMUNOGLOBULINS**
CD19/KAPPA: 69%
CD19/LAMBDA: 1%

**MONOCLONAL ANTIBODIES**



Photomicrograph available upon request.

| T-Cell | | B-Cell | |
|---|---|---|---|
| CD5: | 84% | CD20: | 69% |
| CD3: | 13% | CD22: | 50% |
| CD4: | 9% | CD19: | 73% |
| CD8: | 5% | CD10: | 0% |
| CD2: | 14% | CD23/CD19: | 5% |
| CD7: | 18% | CD103/CD20: | 0% |
| | | CD11C/CD20: | 16% |
| | | CD5/CD19: | 71% |

| Myeloid | | Miscellaneous | |
|---|---|---|---|
| CD13: | 0% | CD45: | 87% |
| CD33: | 2% | CD16: | 1% |
| CD14: | 1% | CD56: | 2% |
| | | CD57: | 11% |
| | | CD25: | 3% |
| | | CD34: | 0% |
| | | HLA-DR: | 73% |

IMMUNOPHENOTYPING INTERPRETATION:

The above data were generated on a population of cells from the bone marrow which cytometrically correspond to lymphoid cells. The specimen has a viability of 97% as determined by staining with propidium iodide. The gated population comprises 56% of the sample. The specimen appears cellular and examination of Wright-stained smears and cytospin preparations confirms this impression. The cells fall within the normal lymphoid gate. The cellular population appears increased and a distinctly abnormal population is identified. The histogram does not suggest that a separate and distinct blast or large cell population is present.

Printed in U.S.A. © 1991 DIANON Systems, Inc.

Tests Performed by DIANON Systems at 200 Watson Blvd, Stratford CT

200 Watson Boulevard
Stratford, CT 06615
(800)328-2666   (203)381-4000

CONFIDENTIAL HEALTH INFORMATION
PP05541

B

62
Review of DIANON produced records

| CLAIM INFORMATION: | |
|---|---|
| Sample number: | 62 |
| Beneficiary name: | **REDACTED** |
| Beneficiary HIC: | |
| Date of service: | 10/5/1999 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 25 |
| 88180 units considered medically necessary: | 14 |
| Comments: | |

BM                               CLL                    WBC 11.5
                                                        46% Lymphs
∅ CD2, CD7, CD13, CD33, CD22, CD103,
      CD11c, CD57, CD25, CD34, HLA-DR

Interp - CLL/SLL

BM - CLL

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | |
| Review date: | 12/31/05 |




RTE: USIAFB 903832046Z    SEQ: E002

# DIANON SYSTEMS

Connecticut Lic. #: CL-0356

**EE00201**    **DIAGNOSTIC (REPRINT)**
08/16/05

**EICHLER JR., DR EDWARD A\***
**2604 ST MICHAEL DR, #210**
**PHYSICIAN OFFICE BLDG**
**TEXARKANA, TX 75503-2372**

| Accession No. | Chart No. | Sex | D.O.B. | Page |
|---|---|---|---|---|
| S91046275 | 950040 | | Redacted | 1 of 4 |

| Patient Name | Collected |
|---|---|
| | 10/05/99 |

| Requesting Physician | Received |
|---|---|
| EICHLER JR., DR EDWARD A\* | 10/06/99 |

| Referring Physician | Reported |
|---|---|
| . | 10/08/99 |

| Indications For Study |
|---|
| Chronic Leukemia, Staging Lymphoma . |

## PHOTOMICROGRAPH

**SPECIMEN TYPE**
**BONE MARROW, CORE BIOPSY**

**IMMUNOGLOBULINS**
CD19/KAPPA: 70%
CD19/LAMBDA: 1%

**MONOCLONAL ANTIBODIES**

**Photomicrograph available upon request.**

| T-Cell | | B-Cell | |
|---|---|---|---|
| CD5: | 86% | CD20: | 83% |
| CD3: | 12% | CD22: | 77% |
| CD4: | 8% | CD19: | 83% |
| CD8: | 8% | CD10: | 2% |
| CD2: | 13% | CD23/CD19: | 79% |
| CD7: | 12% | CD103/CD20: | 2% |
| | | CD11C/CD20: | 68% |
| | | CD5/CD19: | 76% |

1 - LOW POWER, BONE MARROW BIOPSY
2 - HIGH POWER, BONE MARROW BIOPSY
3 - BONE MARROW ASPIRATE
4 - IRON STAIN

| Myeloid | | Miscellaneous | |
|---|---|---|---|
| CD13: | 2% | CD45: | 92% |
| CD33: | 1% | CD16: | 6% |
| CD14: | 2% | CD56: | 2% |
| | | CD57: | 15% |
| | | CD25: | 47% |
| | | CD34: | 1% |
| | | HLA-DR: | 33% |

CLINICAL HISTORY: Carcinoma of the breast and chronic lymphocytic leukemia (CLL).

IMMUNOPHENOTYPING INTERPRETATION:

The above data were generated on a population of cells from the bone marrow which cytometrically correspond to lymphoid cells. The specimen has a viability of 98% as determined by staining with propidium iodide. The gated population comprises 30.7% of the sample. The specimen appears cellular and examination of Wright-stained smears and cytospin preparations confirms this impression. The cells fall within the normal lymphoid gate. The cellular population appears increased and a distinctly abnormal population is identified. The histogram does not suggest that a separate and distinct blast or large cell

Printed in U.S.A. © 1991 DIANON Systems, Inc.

Tests Performed by DIANON Systems at 200 Watson Blvd, Stratford CT

200 Watson Boulevard
Stratford, CT 06615
(800)328-2866  (203)381-4000

CONFIDENTIAL HEALTH INFORMATION
PP05577

B

68
Review of DIANON produced records

| CLAIM INFORMATION: | |
|---|---|
| Sample number: | 68 |
| Beneficiary name: | **REDACTED** |
| Beneficiary HIC: | |
| Date of service: | 12/30/1999 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 25 |
| 88180 units considered medically necessary: | 14 |
| Comments: | R/O CLL          WBC 96.5 |

PB                                                    Lymph 79 ?ᵤ

∅CD2, CD7, CD13, CD33, CD22, CD103, CD11c,
CD57, CD25, CD34, HLA-DR

Interp · Monoclonal, not c/w CLL
        ? marginal

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | |
| Review date: | 12/31/05 |




RTE: ABIAFS 856-424-2731     SEQ: K300

# DIANON SYSTEMS

Connecticut Lic. #: CL-0358

| Accession No.<br>S91248943 | Chart No.<br>19816 | Sex | D.O.B. | Page<br>1 of 2 |
|---|---|---|---|---|

| Patient Name | | | | Collected<br>12/30/99 |
|---|---|---|---|---|

**KS30002      DIAGNOSTIC (REPRINT)**
08/16/05

**THE CENTER FOR CA/HEM DISEASES
1930 ROUTE 70 E #V-107
ATTN: KATHERINE HALL
CHERRY HILL, NJ 08003-2118**

| Requesting Physician<br>SIEGEL, NORMAN M.D. * | Received<br>12/31/99 |
|---|---|
| Referring Physician | Reported<br>01/03/00 |
| Indications For Study<br>Chronic Leukemia | |

## PHOTOMICROGRAPH

**SPECIMEN TYPE**
BLOOD

### IMMUNOGLOBULINS
CD19/KAPPA: 1%
CD19/LAMBDA: 93%

### MONOCLONAL ANTIBODIES

**Photomicrograph available upon request.**

| T-Cell | | B-Cell | |
|---|---|---|---|
| CD5: | 10% | CD20: | 87% |
| CD3: | 3% | CD22: | 76% |
| CD4: | 2% | CD19: | 76% |
| CD8: | 4% | CD10: | 1% |
| CD2: | 4% | CD23/CD19: | 5% |
| CD7: | 5% | CD103/CD20: | 2% |
| | | CD11C/CD20: | 53% |

| Myeloid | | Miscellaneous | |
|---|---|---|---|
| CD13: | 4% | CD45: | 99% |
| CD33: | 1% | CD16: | 1% |
| CD14: | 0% | CD56: | 1% |
| | | CD57: | 2% |
| | | CD25: | 22% |
| | | CD34: | 2% |
| | | HLA-DR: | 47% |

IMMUNOPHENOTYPING INTERPRETATION:

The above data were generated on a population of cells from the peripheral blood which cytometrically correspond to lymphoid cells. The specimen has a viability of 98% as determined by staining with propidium iodide. The gated population comprises 60% of the sample. The specimen appears hypercellular and examination of Wright-stained smears and cytospin preparations confirms this impression. The cells fall within the standard lymphoid gate. The cellular population appears increased and a distinctly abnormal population is identified. The histogram does not suggest that a separate and distinct blast population is present. A subpopulation of large cells with increased forward and light scatter is noted, approximately 12-15% of all cells.

The study shows a relative abnormal T:B ratio for peripheral blood. The T-cell population expresses pan-T-cell antigens (CD2,

Printed in U.S.A. © 1991 DIANON Systems, Inc.

Tests Performed by DIANON Systems at 200 Watson Blvd, Stratford CT

260 Watson Boulevard
Stratford, CT .06615
(800)328-2666   (203)381-4000

CONFIDENTIAL HEALTH INFORMATION
PP05648

B

79
Review of DIANON produced records

| CLAIM INFORMATION: | |
|---|---|
| Sample number: | 79 |
| Beneficiary name: | **REDACTED** |
| Beneficiary HIC: | |
| Date of service: | 6/12/2000 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 25 |
| 88180 units considered medically necessary: | 14 |
| Comments: | |

CLL    WBC 12.8
PB          % Lymphs 68.5

∅ CD2, CD7, CD13, CD33, CD22, CD103,
CD11c, CD57, CD25, CD34, HLA·DR

Interp B-CLL

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | |
| Review date: | 12/18/05 |

 

RTE: US\AFS 214-887-4161    SEQ: T581

# DIANON SYSTEMS

Connecticut Lic. #: CL-0356

**TS58102**    **DIAGNOSTIC (REPRINT)**
08/16/05

**TOPA - PRESBYTERIAN**
**8220 WALNUT HILL LANE #700**
**ATTN: LAB-MARIA HERNANDEZ**
**DALLAS, TX 75231**

| Accession No. S00654844 | Chart No. 38272 | Sex | D.O.B. | Page 1 of 2 |
|---|---|---|---|---|
| Patient Name | | | | Collected 06/12/00 |
| Requesting Physician STRAUSS, JAMES, MD | | | | Received 06/13/00 |
| Referring Physician | | | | Reported 06/14/00 |
| Indications For Study CLL | | | | |

## PHOTOMICROGRAPH



**SPECIMEN TYPE**
BLOOD,

**IMMUNOGLOBULINS**
CD19/KAPPA: 78%
CD19/LAMBDA: 1%

**MONOCLONAL ANTIBODIES**

| T-Cell | | B-Cell | |
|---|---|---|---|
| CD5: | 93% | CD20: | 82% |
| CD3: | 12% | CD22: | 67% |
| CD4: | 7% | CD19: | 81% |
| CD8: | 6% | CD10: | 0% |
| CD2: | 16% | CD23/CD19: | 78% |
| CD7: | 17% | CD103/CD20: | 0% |
| | | CD11C/CD20: | 20% |
| | | CD5/CD19: | 77% |

| Myeloid | | Miscellaneous | |
|---|---|---|---|
| CD13: | 1% | CD45: | 100% |
| CD33: | 1% | CD16: | 5% |
| CD14: | 0% | CD56: | 6% |
| | | CD57: | 10% |
| | | CD25: | 29% |
| | | CD34: | 0% |
| | | HLA-DR: | 83% |

IMMUNOPHENOTYPING INTERPRETATION:

The above data were generated on a population of cells from the peripheral blood which cytometrically correspond to lymphoid cells. The specimen has a viability of 96% as determined by staining with propidium iodide. The gated population comprises 50% of the sample. The specimen appears cellular and examination of Wright-stained smears and cytospin preparations confirms this impression. The cells fall within the standard lymphoid gate. The cellular population appears increased and a distinctly abnormal population is identified. The histogram does not suggest that a separate and distinct blast or large cell population is present.

Printed in U.S.A. © 1991 DIANON Systems, inc.

200 Watson Boulevard
Stratford, CT 06615
(800)328-2866   (203)381-4000

Tests Performed by DIANON Systems at 200 Watson Blvd, Stratford CT

CONFIDENTIAL HEALTH INFORMATION
PP05786

B

81
Review of DIANON produced records

| CLAIM INFORMATION: | |
|---|---|
| Sample number: | 81 |
| Beneficiary name: | **REDACTED** |
| Beneficiary HIC: | |
| Date of service: | 6/30/2000 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 26 |
| 88180 units considered medically necessary: | 15 |
| Comments: | |

PB

R/O CLL

WBC 16.8
Lymphs 11.6%

∅ CD2, CD7, CD13, CD33, CD22,
   CD103, CD11c, CD57, CD25, CD34,
   1+ LA-DR

Interp — CLL

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | |
| Review date: | 12/31/25 |



# DIANON SYSTEMS

RTE: USIAFS 757-466-8892   SEQ: B333

| Accession No. | Chart No. | Sex | D.O.B. | Page |
|---|---|---|---|---|
| S00755662 | | | | 1 of 2 |

Connecticut Lic. #: CL-0356

| Patient Name | | Collected |
|---|---|---|
| | | 06/30/00 |

**B-33310     DIAGNOSTIC (REPRINT)**
08/16/05

| Requesting Physician | Received |
|---|---|
| STEINBERG, MICHAEL, MD * | 07/01/00 |

**VIRGINIA ONCOLOGY ASSOCIATES
300 MEDICAL PARKWAY #314**

| Referring Physician | Reported |
|---|---|
| | 07/05/00 |

**CHESAPEAKE, VA 23320**

| Indications For Study |
|---|
| CHRONIC LEUKEMIA, R/O CLL |

### PHOTOMICROGRAPH



**SPECIMEN TYPE**
BLOOD,

**IMMUNOGLOBULINS**
CD19/KAPPA: 65%
CD19/LAMBDA: 1%

**MONOCLONAL ANTIBODIES**

| T-Cell | | B-Cell | |
|---|---|---|---|
| CD5: | 91% | CD20: | 69% |
| CD3: | 25% | CD22: | 69% |
| CD4: | 19% | CD19: | 69% |
| CD8: | 9% | CD10: | 1% |
| CD2: | 28% | CD23/CD19: | 66% |
| CD7: | 32% | CD103/CD20: | 1% |
| | | CD11C/CD20: | 30% |
| | | CD5/CD19: | 66% |

| Myeloid | | Miscellaneous | |
|---|---|---|---|
| CD13: | 1% | CD45: | 96% |
| CD33: | 1% | CD16: | 5% |
| CD14: | 0% | CD56: | 5% |
| | | CD57: | 4% |
| | | CD25: | 69% |
| | | CD34: | 0% |
| | | HLA-DR: | 70% |
| | | CD38: | 12% |

IMMUNOPHENOTYPING INTERPRETATION:

The above data were generated on a population of cells from the peripheral blood which cytometrically correspond to lymphoid cells. The specimen has a viability of 97% as determined by staining with propidium iodide. The gated population comprises 49% of the sample. The specimen appears cellular and examination of Wright-stained smears and cytospin preparations confirms this impression. The cells fall within the standard lymphoid gate. The cellular population appears increased and a distinctly abnormal population is identified. The histogram does not suggest that a separate and distinct blast or large cell population is present.

Printed in U.S.A. © 1991 DIANON Systems, Inc.

Tests Performed by DIANON Systems at 200 Watson Blvd, Stratford CT

200 Watson Boulevard
Stratford, CT 06615
(800)328-2686   (203)381-4000

CONFIDENTIAL HEALTH INFORMATION
PP05816

B

85
Review of DIANON produced records

| CLAIM INFORMATION: | |
|---|---|
| Sample number: | 85 |
| Beneficiary name: | **REDACTED** |
| Beneficiary HIC: | |
| Date of service: | 9/25/2000 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 26 |
| 88180 units considered medically necessary: | 18 |
| Comments: | CLL for yrs; Recent pancytopenia
WBC 600
Hgb 9.8 Plt 96k

∅ CD2, CD7, CD22, CD103, CD11c, CD57, CD25, HLA-DR, -

Intep - CLL
BM - CLL |

BM

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | |
| Review date: | |

 

# DIANON SYSTEMS

Connecticut Lic. #: CL-0356

**ONHMT02       PRELIM (REPRINT)**

**ONC & HEMATOLOGY ASSOC.**
**401 MANATEE AVE EAST**

**BRADENTON, FL 34208**

| | | | | | RTE: RP   SEQ: OHMT |
|---|---|---|---|---|---|
| Accession No. S00958950 | Chart No. | Sex | D.O.B. | | Page 1 of 3 |
| Patient Name | | | | | Collected 09/26/00 |
| Requesting Physician NADIMINTI, DR Y. | | | | | Received 09/26/00 |
| Referring Physician | | | | | Reported 09/27/00 |
| Indications For Study Hx CLL For Yrs, MDS, Recent Dev Pancytop | | | | | |

### PHOTOMICROGRAPH

 

**SPECIMEN TYPE**
BONE MARROW, CORE BIOPSY, CLOT, SLID,

**_IMMUNOGLOBULINS_**
CD19/KAPPA: 54%
CD19/LAMBDA: 3%

**MONOCLONAL ANTIBODIES**

| T-Cell | | B-Cell | |
|---|---|---|---|
| CD5: | 86% | CD20: | 70% |
| CD3: | 21% | CD22: | 63% |
| CD4: | 9% | CD19: | 63% |
| CD8: | 18% | CD10: | 2% |
| CD2: | 31% | CD23/CD19: | 48% |
| CD7: | 30% | CD103/CD20: | 1% |
| | | CD11C/CD20: | 34% |
| | | CD5/CD19: | 58% |

1 – CLOT, LOW POWER
2 – ASPIRATE SMEAR
3 – RETICULIN STAIN
4 – IRON STAIN

| Myeloid | | Miscellaneous | |
|---|---|---|---|
| CD13: | 4% | CD45: | 95% |
| CD33: | 0% | CD16: | 5% |
| CD14: | 0% | CD56: | 4% |
| | | CD57: | 9% |
| | | CD25: | 60% |
| | | CD34: | 1% |
| | | HLA-DR: | 74% |
| | | CD38: | 24% |

CLINICAL HISTORY: This is an 85 year old male with a history of chronic lymphocytic leukemia, recently developed pancytopenia. No hepatosplenomegaly.

IMMUNOPHENOTYPING INTERPRETATION:

The above data were generated on a population of cells from the bone marrow which cytometrically correspond to lymphoid cells. The specimen has a viability of 93% as determined by staining with propidium iodide. The gated population comprises 17% of the sample. The specimen appears cellular and examination of Wright-stained smears and cytospin preparations

Printed in U.S.A. © 1991 DIANON Systems, Inc.

Tests Performed by DIANON Systems at 200 Watson Blvd, Stratford CT

200 Watson Boulevard
Stratford, CT 06615
(800)328-2666   (203)381-4000

CONFIDENTIAL HEALTH INFORMATION
PP05870

B

100
Review of DIANON produced records

| CLAIM INFORMATION: | |
|---|---|
| Sample number: | 100 |
| Beneficiary name: | **REDACTED** |
| Beneficiary HIC: | |
| Date of service: | 3/23/2001 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 26 |
| 88180 units considered medically necessary: | 19 |
| Comments: | |

BM

288.8
CLL

WBC 22.6
50% Lymps
4 Blasts

∅ CD2, CD22, CD103, CD11c,
CD57, CD25, +HLA DR

Intezp - CLL (except bright CD20)

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | _S. Flynn_ |
| Review date: | 12/31/05 |



RTE: USIAFS 214-320-2936    SEQ: T744

# DIANON] SYSTEMS

Connecticut Lic. #: CL-0356

| Accession No. | Chart No. | Sex | D.O.B. | Page |
|---|---|---|---|---|
| S10366460 | 55168 | | | 1 of 2 |

| Patient Name | | Collected |
|---|---|---|
| | | 03/23/01 |

TC74402          PRELIM (REPRINT)

| Requesting Physician | Received |
|---|---|
| CHITTOOR, SREENI, MD | 03/24/01 |

**TOPA-DOCTORS HOSPITAL**
**1151 N BUCKNER BLVD, #304**

| Referring Physician | Reported |
|---|---|
| | 03/26/01 |

**DALLAS, TX 75218**

Indications For Study

---

### PHOTOMICROGRAPH

**SPECIMEN TYPE**
**BONE MARROW, LEFT POST ILIAC CREST**



**IMMUNOGLOBULINS**
CD19/KAPPA: 77%
CD19/LAMBDA: 3%

**MONOCLONAL ANTIBODIES**

| T-Cell | | B-Cell | |
|---|---|---|---|
| CD5: | 95% | CD20: | 90% |
| CD3: | 10% | CD22: | 86% |
| CD4: | 7% | CD19: | 87% |
| CD8: | 4% | CD10: | 2% |
| CD2: | 12% | CD23/CD19: | 55% |
| CD7: | 12% | CD103/CD20: | 2% |
| | | CD11C/CD20: | 3% |
| | | CD5/CD19: | 82% |

| Myeloid | | Miscellaneous | |
|---|---|---|---|
| CD13: | 1% | CD45: | 100% |
| CD33: | 1% | CD16: | 2% |
| CD14: | 0% | CD56: | 2% |
| | | CD57: | 4% |
| | | CD25: | 89% |
| | | CD34: | 1% |
| | | HLA-DR: | 82% |
| | | CD38: | 6% |

CLINICAL DATA: Lymphocytosis.

IMMUNOPHENOTYPING INTERPRETATION:

The above data were generated on a population of cells from the bone marrow which cytometrically correspond to lymphoid cells. The specimen has a viability of 98% as determined by staining with propidium iodide. The gated population comprises 47% of the sample. The specimen appears cellular and examination of Wright-stained smears and cytospin preparations confirms this impression. The cells fall within the standard lymphoid gate. The cellular population appears increased and a

---

Printed in U.S.A. © 1991 DIANON Systems, Inc.

200 Watson Boulevard
Stratford, CT 06615
(800)328-2666   (203)381-4000

Tests Performed by DIANON Systems at 200 Watson Blvd, Stratford CT

CONFIDENTIAL HEALTH INFORMATION
PP06072

**B**

127
Review of DIANON produced records

| CLAIM INFORMATION: | |
|---|---|
| Sample number: | 127 |
| Beneficiary name: | **REDACTED** |
| Beneficiary HIC: | |
| Date of service: | 4/8/2002 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 26 |
| 88180 units considered medically necessary: | 15 |
| Comments: | |

PB

288.8          WBC 85.4
CLL            % Lymph 74.6

Ø CD2, CD7, CD13, CD33, CD22, CD103,
   CD11c, CD57, CD25, CD34, HLA-DR

Interp     5+ 23+ 20+ Kappa
           c/w B-CLL

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | |
| Review date: | 12/18/05 |

RTE: USIAFS 423-473-5687    SEQ: K192

# DIANON SYSTEMS

James B. Amberson, M.D.
Laboratory Director

**KK19240**     **DIAGNOSTIC REPORT**

**KRUEGER, DR SYLVIA L. ***
**353 WORTH STREET**

**CLEVELAND, TN 37311**

| Accession No. SA2005159 | Chart No. 4408 | Sex | D.O.B. | Page 1 of 2 |
|---|---|---|---|---|
| Catient Name | | | | Collected Unknown |
| Requesting Physician KRUEGER, DR SYLVIA L. * | | | | Received 04/09/02 |
| Referring Physician | | | | Reported 04/10/02 |
| Indications For Study R/O CLL | | | | |

**SPECIMEN TYPE**
BLOOD,

**PHOTOMICROGRAPH**



**IMMUNOGLOBULINS**
CD19/KAPPA: 85%
CD19/LAMBDA: 1%

**MONOCLONAL ANTIBODIES**

| T-Cell | | B-Cell | |
|---|---|---|---|
| CD5: | 94% | CD20: | 85% |
| CD3: | 11% | CD22: | 85% |
| CD4: | 7% | CD19: | 87% |
| CD8: | 6% | CD10: | 0% |
| CD2: | 13% | CD23/CD19: | 84% |
| CD7: | 12% | CD103/CD20: | 1% |
| | | CD11C/CD20: | 10% |
| | | CD5/CD19 | 85% |

| Myeloid | | Miscellaneous | |
|---|---|---|---|
| CD13: | 1% | CD45: | 100% |
| CD33: | 2% | CD16: | 4% |
| CD14: | 1% | CD56: | 3% |
| | | CD57: | 5% |
| | | CD25: | 85% |
| | | CD34: | 0% |
| | | HLA-DR: | 88% |
| | | CD38: | 7% |

**IMMUNOPHENOTYPING INTERPRETATION:**

The above data were generated on a population of cells from the peripheral blood which cytometrically correspond to lymphoid cells. The specimen has a viability of 96% as determined by staining with propidium iodide. The gated population comprises 78% of the sample. The specimen appears cellular and examination of Wright-stained smears and cytospin preparations confirms this impression. The cells fall within the standard lymphoid gate. The cellular population appears increased and a distinctly abnormal population is identified. The histogram does not suggest that a separate and distinct blast population is present.

Printed in U.S.A. © 1991 DIANON Systems, Inc.

Tests Performed by DIANON Systems at 200 Watson Blvd, Stratford CT

206 Watson Boulevard
Stratford, CT 06615
(860)328-2666   (203)381-4000

CONFIDENTIAL HEALTH INFORMATION
PP06420

B

129
Review of DIANON produced records

| CLAIM INFORMATION: | |
|---|---|
| Sample number: | 129 |
| Beneficiary name: | **REDACTED** |
| Beneficiary HIC: | |
| Date of service: | 5/2/2002 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 26 |
| 88180 units considered medically necessary: | 15 |
| Comments: | |

PB

204.00
CLL

WBC 12.6
%lymphs 69.9%

∅ CD2, CD7, CD13, CD33, CD22, CD103,
CD11c, CD57, CD25, CD34, HLA-DR

Interp B-CLL
BM - CLL

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | |
| Review date: | 12/18/05 |

# DIANON SYSTEMS

RTSL     RTE: RP 203-975-7842   SEQ: D230

| Accession No. SA2006646 | Chart No. 235417 | Sex | D.O.B. | Page 1 of 3 |
|---|---|---|---|---|

James B. Amberson, M.D.
Laboratory Director

**DB23005**     **DIAGNOSTIC REPORT**

**BENNETT CANC. CTR HEM/ONC**
**34 SHELBORNE**

**STAMFORD, CT 06902-3633**

| Patient Name | Collected 05/02/02 |
|---|---|
| Requesting Physician BAR, DR. MICHAEL* | Received 05/03/02 |
| Referring Physician | Reported 05/07/02 |
| Indications For Study | |

**SPECIMEN TYPE**
BLOOD, SLID,

**IMMUNOGLOBULINS**
CD19/KAPPA: 1%
CD19/LAMBDA: 84%

**MONOCLONAL ANTIBODIES**

| T-Cell | | B-Cell | |
|---|---|---|---|
| CD5: | 90% | CD20: | 83% |
| CD3: | 6% | CD22: | 82% |
| CD4: | 6% | CD19: | 85% |
| CD8: | 3% | CD10: | 0% |
| CD2: | 10% | CD23/CD19: | 84% |
| CD7: | 11% | CD103/CD20: | 1% |
| | | CD11C/CD20: | 26% |
| | | CD5/CD19: | 83% |

| Myeloid | | Miscellaneous | |
|---|---|---|---|
| CD13: | 1% | CD45: | 99% |
| CD33: | 1% | CD16: | 8% |
| CD14: | 1% | CD56: | 7% |
| | | CD57: | 4% |
| | | CD25: | 59% |
| | | CD34: | 2% |
| | | HLA-DR: | 88% |
| | | CD38: | 11% |

**PHOTOMICROGRAPH**



1 - PERIPHERAL BLOOD, 50X

CLINICAL HISTORY: 76 year old male with lymphocytosis.

IMMUNOPHENOTYPING INTERPRETATION:

The above data were generated on a population of cells from the peripheral blood which cytometrically correspond to lymphoid cells. The specimen has a viability of 99% as determined by staining with propidium iodide. The gated population comprises 53% of the sample. The specimen appears cellular and examination of Wright-stained smears and cytospin preparations confirms this impression. The cells fall within the standard lymphoid gate. The cellular population appears increased and a

Printed in U.S.A. © 1991 DIANON Systems, Inc.

Tests Performed by DIANON Systems at 200 Watson Blvd, Stratford CT

200 Watson Boulevard
Stratford, CT 06615
(800)328-2666  (203)381-4000

CONFIDENTIAL HEALTH INFORMATION
PP06443

B

136
Review of DIANON produced records

| CLAIM INFORMATION: | |
|---|---|
| Sample number: | 136 |
| Beneficiary name: | **REDACTED** |
| Beneficiary HIC: | |
| Date of service: | 9/19/2002 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 26 |
| 88180 units considered medically necessary: | 17 |
| Comments: | CLL      WBC 101.0 |

∅ CD2, CD7, CD13, CD33, CD22,    Lymph 92%
CD163, CD57, CD34, HLA·DR

Interp Monotypic lambda CD 20 ⊕

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | |
| Review date: | 12/18/05 |

 

RTE: ABIAFS 740-399-3134    SEQ: K448

# DIANON SYSTEMS

| Accession No. | Chart No. | Sex | D.O.B. | Page |
|---|---|---|---|---|
| SA2014759 | R34398 | | | 1 of 2 |

| Patient Name | Collected |
|---|---|
| | 09/19/02 |

**KD44801      DIAGNOSTIC REPORT**

| Requesting Physician | Received |
|---|---|
| NEKI, DR. ANTERPREET | 09/21/02 |

**KNOX COMMUNITY HOSPITAL**
**1330 COSHOCTON ROAD**

| Referring Physician | Reported |
|---|---|
| BOWERS, MD, JEFFREY | 09/24/02 |

**MT VERNON, OH 43050**

| Indications For Study |
|---|
| Leukemia |

### PHOTOMICROGRAPH



**SPECIMEN TYPE**
BLOOD,

**IMMUNOGLOBULINS**
CD19/KAPPA: 1%
CD19/LAMBDA: 92%

**MONOCLONAL ANTIBODIES**

| T-Cell | | B-Cell | |
|---|---|---|---|
| CD5: | 5% | CD20: | 90% |
| CD3: | 4% | CD22: | 89% |
| CD4: | 4% | CD19: | 85% |
| CD8: | 2% | CD10: | 1% |
| CD2: | 5% | CD23/CD19: | 13% |
| CD7: | 5% | CD103/CD20: | 1% |
| | | CD11C/CD20: | 15% |

| Myeloid | | Miscellaneous | |
|---|---|---|---|
| CD13: | 2% | CD45: | 100% |
| CD33: | 3% | CD16: | 3% |
| CD14: | 2% | CD56: | 6% |
| | | CD57: | 4% |
| | | CD25: | 10% |
| | | CD34: | 0% |
| | | HLA-DR: | 15% |
| | | CD38: | 7% |

IMMUNOPHENOTYPING INTERPRETATION:

The above data were generated on a population of cells from the peripheral blood which cytometrically correspond to lymphoid cells. The specimen has a viability of 99% as determined by staining with propidium iodide. The gated population comprises 90% of the sample. The specimen appears cellular and examination of Wright-stained smears and cytospin preparations confirms this impression. The cells fall within the standard lymphoid gate. The cellular population appears increased and a distinctly abnormal population is identified. The histogram does not suggest that a separate and distinct blast population is present.

Printed in U.S.A. © 1991 DIANON Systems, Inc.

Tests Performed by DIANON Systems at 200 Watson Blvd, Stratford CT

200 Watson Boulevard
Stratford, CT 06615
(800)328-2666   (203)381-4000

CONFIDENTIAL HEALTH INFORMATION
PP06552

B

138
Review of DIANON produced records

| CLAIM INFORMATION: | |
|---|---|
| Sample number: | 138 |
| Beneficiary name: | **REDACTED** |
| Beneficiary HIC: | |
| Date of service: | 10/3/2002 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 2-6 |
| 88180 units considered medically necessary: | 15 |
| Comments: | Possible CLL wBC 21.8 |

PB

∅ CD2, CD7, CD13, CD33, CD22, CD103,
   CD11c, CD57, CD25, CD34,
   HLA-DR

Interp - B-CLL

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | |
| Review date: | FE/18/05 |



RTE: ABIAFS 218-T39-0649    SEQ: F167

# DIANON SYSTEMS

Connecticut Lic. #: CL-0356

**FO16701        DIAGNOSTIC (REPRINT)**
08/16/05

**FERGUS FALLS MEDICAL GRP
615 SOUTH MILL**

**FERGUS FALLS, MN 56537**

| Accession No. | Chart No. | Sex | D.O.B. | Page |
|---|---|---|---|---|
| SA2015525 | | | | 1 of 2 |

| Patient Name | Collected |
|---|---|
| | 10/03/02 |

| Requesting Physician | Received |
|---|---|
| ONA, DR. JACQUELINE | 10/04/02 |

| Referring Physician | Reported |
|---|---|
| | 10/07/02 |

| Indications For Study |
|---|
| Possible CLL |

**PHOTOMICROGRAPH**



**SPECIMEN TYPE**
BLOOD,

**IMMUNOGLOBULINS**
CD19/KAPPA: 83%
CD19/LAMBDA: 1%

**MONOCLONAL ANTIBODIES**

| T-Cell | | B-Cell | |
|---|---|---|---|
| CD5: | 96% | CD20: | 83% |
| CD3: | 10% | CD22: | 73% |
| CD4: | 6% | CD19: | 86% |
| CD8: | 5% | CD10: | 0% |
| CD2: | 13% | CD23/CD19: | 81% |
| CD7: | 13% | CD103/CD20: | 1% |
| | | CD11C/CD20: | 22% |
| | | CD5/CD19: | 84% |

| Myeloid | | Miscellaneous | |
|---|---|---|---|
| CD13: | 0% | CD45: | 100% |
| CD33: | 0% | CD16: | 3% |
| CD14: | 0% | CD56: | 3% |
| | | CD57: | 4% |
| | | CD25: | 19% |
| | | CD34: | 0% |
| | | HLA-DR: | 87% |
| | | CD38: | 14% |

CLINICAL DATA:  Suspicious for CLL.

IMMUNOPHENOTYPING INTERPRETATION:

The above data were generated on a population of cells from the peripheral blood which cytometrically correspond to lymphoid cells.  The specimen has a viability of 97% as determined by staining with propidium iodide.  The gated population comprises 68% of the sample.  The cells fall within the standard lymphoid gate.  The cellular population appears increased and a distinctly abnormal B-cell population is identified.  The histogram does not suggest that a separate and distinct blast population is

Printed In U.S.A. © 1991 DIANON Systems, Inc.

This test method was developed and its performance characteristics determined by DIANON Systems. It has not been cleared or approved by the U.S. Food and Drug Administration.  DIANON is regulated under the Clinical Laboratory Improvement Amendments of 1988 (CLIA) as qualified to perform high complexity clinical testing.
Tests Performed by DIANON Systems at 200 Watson Blvd, Stratford CT

200 Watson Boulevard
Stratford, CT 06615
(800)328-2666   (203)381-4000

CONFIDENTIAL HEALTH INFORMATION
PP06577

**B**

140
Review of DIANON produced records

| CLAIM INFORMATION: | |
|---|---|
| Sample number: | 140 |
| Beneficiary name: | **REDACTED** |
| Beneficiary HIC: | |
| Date of service: | 10/8/2002 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 26 |
| 88180 units considered medically necessary: | 15 |
| Comments: | |

CLL          WBC 22.6
PB           % lymph 72.7

∅ CD 2, CD7, CD13, CD33, CD22, CD 103,
   CD 11c, CD 57, CD 25, CD 34, HLA-DR

Interp   B-CLL

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | |
| Review date: | 12/18/05 |

 

**DIANON SYSTEMS**

RTE: USIAFS 540-343-3781    SEQ: CCSV

| Accession No. SA2015878 | Chart No. 601751 | Sex | D.O.B. | Page 1 of 2 |
|---|---|---|---|---|

| Patient Name | | Collected 10/08/02 |
|---|---|---|

Connecticut Lic. #: CL-0356

**CMCSV08    DIAGNOSTIC (REPRINT)**
08/16/05

**CANCER CT OF SW VIRGINIA***
**2013 JEFFERSON STREET**

**ROANOKE, VA 24014**

| Requesting Physician MERTEN, SUZAN R., MD * | Received 10/10/02 |
|---|---|
| Referring Physician KATANY, MD | Reported 10/11/02 |
| Indications For Study CLL | |

**PHOTOMICROGRAPH**



**SPECIMEN TYPE**
BLOOD,

**IMMUNOGLOBULINS**
CD19/KAPPA: 1%
CD19/LAMBDA: 84%

**MONOCLONAL ANTIBODIES**



| T-Cell | | B-Cell | |
|---|---|---|---|
| CD5: | 94% | CD20: | 83% |
| CD3: | 10% | CD22: | 82% |
| CD4: | 9% | CD19: | 82% |
| CD8: | 3% | CD10: | 0% |
| CD2: | 13% | CD23/CD19: | 81% |
| CD7: | 12% | CD103/CD20: | 0% |
| | | CD11C/CD20: | 62% |
| | | CD5/CD19: | 84% |

| Myeloid | | Miscellaneous | |
|---|---|---|---|
| CD13: | 2% | CD45: | 97% |
| CD33: | 2% | CD16: | 7% |
| CD14: | 1% | CD56: | 3% |
| | | CD57: | 4% |
| | | CD25: | 45% |
| | | CD34: | 1% |
| | | HLA-DR: | 87% |
| | | CD38: | 8% |

CLINICAL DATA: Lymphocytosis, rule out CLL.

IMMUNOPHENOTYPING INTERPRETATION:

The above data were generated on a population of cells from the peripheral blood which cytometrically correspond to lymphoid cells. The specimen has a viability of 92% as determined by staining with propidium iodide. The gated population comprises 75% of the sample. The specimen appears cellular and examination of Wright-stained smears and cytospin preparations confirms this impression. The cells fall within the standard lymphoid gate. The cellular population appears increased and a

Printed in U.S.A. © 1991 DIANON Systems, Inc.

This test method was developed and its performance characteristics determined by DIANON Systems. It has not been cleared or approved by the U.S. Food and Drug Administration. DIANON is regulated under the Clinical Laboratory Improvement Amendments of 1988 (CLIA) as qualified to perform high complexity clinical testing.

Tests Performed by DIANON Systems at 200 Watson Blvd, Stratford CT

200 Watson Boulevard
Stratford, CT 06615
(800)328-2866  (203)381-4000

CONFIDENTIAL HEALTH INFORMATION
PP06606

**B**

141
Review of DIANON produced records

| CLAIM INFORMATION: | |
|---|---|
| Sample number: | 141 |
| Beneficiary name: | REDACTED |
| Beneficiary HIC: | |
| Date of service: | 10/10/2002 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 26 |
| 88180 units considered medically necessary: | 16 |
| Comments: | CLL          ebsc 82000 |

BM

$\phi$ cb2, cb7, cb13, cb33, cb22, cb103, cbIIc, cb57, cb39, HLA-DR

Interp c/w CLL/SLL

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | |
| Review date: | 12/17/05 |

RTE: USIAFS 812-234-3873    SEQ: R843

# DIANON SYSTEMS

Connecticut Lic. #: CL-0356

RC84301    **DIAGNOSTIC (REPRINT)**
08/16/05

**REDDY, CHANDRA G., MD**
**3702 SOUTH 4TH ST**
**HEM/ONC SERVICES**
**TERRE HAUTE, IN 47802**

| Accession No. SA2015961 | Chart No. | Sex | D.O.B. | Page 1 of 4 |
|---|---|---|---|---|
| Patient Name | | | | Collected 10/10/02 |
| Requesting Physician CHAKRABORTI, ASHIS, MD | | | | Received 10/11/02 |
| Referring Physician | | | | Reported 10/14/02 |
| Indications For Study CLL | | | | |

## PHOTOMICROGRAPH



**SPECIMEN TYPE**
BONE MARROW, CORE BIOPSY, SLID, LEFT ILIAC CREST

**IMMUNOGLOBULINS**
CD19/KAPPA: 95%
CD19/LAMBDA: 1%

**MONOCLONAL ANTIBODIES**

| T-Cell | | B-Cell | |
|---|---|---|---|
| CD5: | 91% | CD20: | 94% |
| CD3: | 4% | CD22: | 72% |
| CD4: | 2% | CD19: | 95% |
| CD8: | 3% | CD10: | 0% |
| CD2: | 3% | CD23/CD19: | 64% |
| CD7: | 3% | CD103/CD20: | 0% |
| | | CD11C/CD20: | 34% |
| | | CD5/CD19: | 88% |

| Myeloid | | Miscellaneous | |
|---|---|---|---|
| CD13: | 0% | CD45: | 99% |
| CD33: | 0% | CD16: | 3% |
| CD14: | 0% | CD56: | 0% |
| | | CD57: | 3% |
| | | CD25: | 20% |
| | | CD34: | 0% |
| | | HLA-DR: | 5% |
| | | CD38: | 1% |

1 - BIOPSY, 20X
2 - ASPIRATE, 100X
3 - ASPIRATE, 50X
4 - BIOPSY, 20X, EXTENSIVE LYMPHOMA

CLINICAL HISTORY: CLL.

IMMUNOPHENOTYPING INTERPRETATION:

The above data were generated on a population of cells from the bone marrow which cytometrically correspond to lymphoid cells. The specimen has a viability of 98% as determined by staining with propidium iodide. The gated population comprises 88% of the sample. The specimen appears cellular and examination of Wright-stained smears and cytospin preparations confirms this impression. The cells fall within the standard lymphoid gate. The cellular population appears increased and a

Printed in U.S.A. © 1991 DIANON Systems, Inc.

This test method was developed and its performance characteristics determined by DIANON Systems. It has not been cleared or approved by the U.S. Food and Drug Administration. DIANON is regulated under the Clinical Laboratory Improvement Amendments of 1988 (CLIA) as qualified to perform high complexity clinical testing.
Tests Performed by DIANON Systems at 200 Watson Blvd, Stratford CT

200 Watson Boulevard
Stratford, CT 06615
(800)328-2666    (203)381-4000

CONFIDENTIAL HEALTH INFORMATION
PP06623

**B**

155
Review of DIANON produced records

---

| CLAIM INFORMATION: | |
|---|---|
| Sample number: | 155 |
| Beneficiary name: | REDACTED |
| Beneficiary HIC: | |
| Date of service: | 2/14/2003 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 26 |
| 88180 units considered medically necessary: | 15 |
| Comments: | |

PB

204.1 CLL

∅ CD2, CD7, CDB, CD33, CD22, CD103,
CD11c, CD57, CD25, CD34, HLA-DR

Interp - B CLL

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | |
| Review date: | 12/17/05 |




RTE: USIAFS 203-852-9845   SEQ: MBCY

# DIANON SYSTEMS

James B. Amberson, M.D.
Laboratory Director

**MOBCY01     DIAGNOSTIC REPORT**

**ONCOLOGY & HEMA. CARE ASSOC.**
**40 COMMERCE PARK**

**MILFORD, CT 06460**

| Accession No. SA3002753 | Chart No. | Sex | D.O.B. | Page 1 of 2 |
|---|---|---|---|---|
| Patient Name | | | | Collected 02/14/03 |
| Requesting Physician OCONNELL, JOSEPH, MD | | | | Received 02/15/03 |
| Referring Physician | | | | Reported 02/18/03 |
| Indications For Study | | | | |

### SPECIMEN TYPE
BLOOD

**IMMUNOGLOBULINS**
CD19/KAPPA: 67%
CD19/LAMBDA: 1%

**MONOCLONAL ANTIBODIES**

### PHOTOMICROGRAPH



| T-Cell | | B-Cell | |
|---|---|---|---|
| CD5: | 96% | CD20: | 61% |
| CD3: | 29% | CD22: | 63% |
| CD4: | 10% | CD19: | 67% |
| CD8: | 15% | CD10: | 0% |
| CD2: | 31% | CD23/CD19: | 66% |
| CD7: | 28% | CD103/CD20: | 0% |
| | | CD11C/CD20: | 17% |
| | | CD5/CD19: | 67% |

| Myeloid | | Miscellaneous | |
|---|---|---|---|
| CD13: | 2% | CD45: | 99% |
| CD33: | 3% | CD16: | 1% |
| CD14: | 0% | CD56: | 7% |
| | | CD57: | 20% |
| | | CD25: | 61% |
| | | CD34: | 0% |
| | | HLA-DR: | 74% |
| | | CD38: | 14% |

**IMMUNOPHENOTYPING INTERPRETATION:**

The above data were generated on a population of cells from the peripheral blood which cytometrically correspond to lymphoid cells. The specimen has a viability of 93% as determined by staining with propidium iodide. The gated population comprises 49% of the sample. The specimen appears cellular and examination of Wright-stained smears and cytospin preparations confirms this impression. The cells fall within the standard lymphoid gate. The cellular population appears increased and a distinctly abnormal population is identified. The histogram does not suggest that a separate and distinct blast population is present.

Printed in U.S.A. © 1991 DIANON Systems, Inc.

Tests Performed by DIANON Systems at 200 Watson Blvd, Stratford CT

200 Watson Boulevard
Stratford, CT 06615
(800)328-2666   (203)381-4000

CONFIDENTIAL HEALTH INFORMATION
PP06885

B

161
Review of DIANON produced records

| CLAIM INFORMATION: | |
|---|---|
| Sample number: | 161 |
| Beneficiary name: | REDACTED |
| Beneficiary HIC: | |
| Date of service: | 4/10/2003 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 2-6 |
| 88180 units considered medically necessary: | 18 |
| Comments: | 204.11 CLL     WBC 6.8 |

⊘ cD2, cD7, cD13, cD33, cD22,     28% lymphs
cD57, cD34, HLA-DR

Jrleap - Neg

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | |
| Review date: | 12/18/05 |

 

RTE: USIAFS 315-798-1508   SEQ: R579

# DIANON) SYSTEMS

James B. Amberson M.D.
Laboratory Director

**RR57901      DIAGNOSTIC REPORT**

**SLOCUM DICKSON HEMA/ONC
1729 BURRSTONE ROAD**

**NEW HARTFORD, NY 13413**

| Accession No. SA3005943 | Chart No. 412394 | Sex | D.O.B. | Page 1 of 2 |
|---|---|---|---|---|
| Patient Name | | | | Collected Unknown |
| Requesting Physician RAZIA, SULTANA, MD | | | | Received 04/11/03 |
| Referring Physician | | | | Reported 04/14/03 |
| Indications For Study | | | | |

## PHOTOMICROGRAPH



**SPECIMEN TYPE**
BLOOD

**IMMUNOGLOBULINS**
CD19/KAPPA: 7%
CD19/LAMBDA: 5%

**MONOCLONAL ANTIBODIES**

| T-Cell | | B-Cell | |
|---|---|---|---|
| CD5: | 73% | CD20: | 10% |
| CD3: | 73% | CD22: | 10% |
| CD4: | 53% | CD19: | 10% |
| CD8: | 25% | CD10: | 0% |
| CD2: | 81% | CD23/CD19: | 6% |
| CD7: | 73% | CD103/CD20: | 1% |
| | | CD11C/CD20: | 5% |

| Myeloid | | Miscellaneous | |
|---|---|---|---|
| CD13: | 3% | CD45: | 100% |
| CD33: | 2% | CD16: | 14% |
| CD14: | 2% | CD56: | 12% |
| | | CD57: | 31% |
| | | CD25: | 35% |
| | | CD34: | 0% |
| | | HLA-DR: | 38% |
| | | CD38: | 38% |

IMMUNOPHENOTYPING INTERPRETATION:

The above data were generated on a population of cells from the peripheral blood which cytometrically correspond to lymphoid cells. The specimen has a viability of 99% as determined by staining with propidium iodide. The gated population comprises 29% of the sample. The specimen appears cellular and examination of Wright-stained smears and cytospin preparations confirms this impression. The cells fall within the standard lymphoid gate. The histogram does not suggest that a separate and distinct blast population is present.

The T-cell population expresses pan-T-cell antigens (CD2, CD3, CD5, and CD7) in a non-aberrant fashion. The CD4:CD8 ratio

Printed in U.S.A. © 1991 DIANON Systems, Inc.

Tests Performed by DIANON Systems at 200 Watson Blvd, Stratford CT, 203-321-4099

290 Watson Boulevard
Stratford, CT  06616
(800)328-2666   (203)381-4000

CONFIDENTIAL HEALTH INFORMATION
PP06962

B

174
Review of DIANON produced records

| CLAIM INFORMATION: | |
|---|---|
| Sample number: | 174 |
| Beneficiary name: | **REDACTED** |
| Beneficiary HIC: | |
| Date of service: | 10/27/2003 |

| REVIEW INFORMATION: | |
|---|---|
| 88180 units performed: | 26 |
| 88180 units considered medically necessary: | 13 |
| Comments: | r/o CLL          WBC-can't read |

BM

Ø CD 2, CD 7, CD 4, CD 8, CD 13, CD 33,
CD 22, CD 103, CD 11c, CD 57,
CD 25, CD 34, HLA·DR.

Interp - B CLL

| REVIEWER INFORMATION: | |
|---|---|
| Name: | Stuart D. Flynn, MD |
| Signature: | |
| Review date: | 12/18/05 |

 

RTE: RP 269-659-4494   SEQ: SJQQ

# DIANON SYSTEMS

| Accession No. SA3017303 | Chart No. | Sex | D.O.B. | Page 1 of 2 |
|---|---|---|---|---|
| Patient Name | | | | Collected 10/27/03 |

| | | Requesting Physician VICIAN, ELENA, MD | Received 10/28/03 |
|---|---|---|---|

**SVJQQ01    DIAGNOSTIC REPORT**

**STURGIS HOSPITAL - LAB**
**916 MYRTLE**
**ATTN: LABORATORY**
**STURGIS, MI 49091**

| Referring Physician MACKEDONSKI, MD | Reported 10/29/03 |
|---|---|
| Indications For Study R/O CLL | |

**SPECIMEN TYPE**
**BONE MARROW**

**PHOTOMICROGRAPH**



**IMMUNOGLOBULINS**
CD19/KAPPA: 82%
CD19/LAMBDA: 1%

**MONOCLONAL ANTIBODIES**

| T-Cell | | B-Cell | |
|---|---|---|---|
| CD5: | 97% | CD20: | 84% |
| CD3: | 12% | CD22: | 85% |
| CD4: | 5% | CD19: | 86% |
| CD8: | 5% | CD10: | 0% |
| CD2: | 14% | CD23/CD19: | 75% |
| CD7: | 11% | CD103/CD20: | 1% |
| | | CD11C/CD20: | 31% |
| | | CD5/CD19: | 85% |

| Myeloid | | Miscellaneous | |
|---|---|---|---|
| CD13: | 1% | CD45: | 99% |
| CD33: | 0% | CD16: | 5% |
| CD14: | 1% | CD56: | 4% |
| | | CD57: | 3% |
| | | CD25: | 68% |
| | | CD34: | 1% |
| | | HLA-DR: | 90% |
| | | CD38: | 7% |

**IMMUNOPHENOTYPING INTERPRETATION:**

The above data were generated on a population of cells from the bone marrow which cytometrically correspond to lymphoid cells. The specimen has a viability of 98% as determined by staining with propidium iodide. The gated population comprises 63% of the sample. The specimen appears cellular and examination of Wright-stained smears and cytospin preparations confirms this impression. The cells fall within the standard lymphoid gate. The cellular population appears increased and a distinctly abnormal population is identified. The histogram does not suggest that a separate and distinct blast population is present.

Printed in U.S.A. © 1991 DIANON Systems, Inc.

This test method was developed and its performance characteristics determined by DIANON Systems. It has not been cleared or approved by the U.S. Food and Drug Administration. DIANON is regulated under the Clinical Laboratory Improvement Amendments of 1988 (CLIA) as qualified to perform high complexity clinical testing.

Tests Performed by DIANON Systems at 200 Watson Blvd, Stratford CT, 203-381-4000

200 Watson Boulevard
Stratford, CT 06615
(800)328-2666   (203)381-4000

CONFIDENTIAL HEALTH INFORMATION
PP07133