# EXHIBIT 4

# Chronic Lymphocytic Leukemia/Lymphoma Profile, Flow Cytometry

**Number**

489088

**CPT**

(call client services)

**Related Information**

- Chromosome Analysis, Leukemia/Lymphoma
- Leukemia / Lymphoma Management Test Reference Chart

**Synonyms**

Flow Cytometry, Chronic Leukemia Profile ; Immunophenotyping, Flow Cytometry

**Test Includes**

Standard profile includes four-color immunophenotyping for the following markers: CD2, CD3, CD4, CD5, CD7, CD8, CD10, CD11c, CD19, CD20, CD22, CD23, CD25, CD33, CD45, CD56, FMC-7; kappa and lambda immunoglobulin light chains. Additional markers added as determined by pathologist (CD71, CD103, CD138, TCR alpha/beta, TCR gamma/delta). Fewer markers will be analyzed when specimen cellularity is limited.

**Special Instructions**

Please direct any questions regarding this test to Oncology Customer Service at 800-533-0567, ext 4060. Pathologist consultation is available Monday through Friday. Indicate differential diagnosis on test request form. Submit recent CBC results for inclusion in report. Tracking number for acute leukemia testing by flow cytometry. Billing will be performed back end.

**Specimen**

Whole blood, bone marrow aspirate, body fluids, fresh lymph node, spleen, extranodial solid tissue, biopsy, or needle aspirate

**Volume**

3 mL whole blood or 2 mL bone marrow aspirate, 2 mL body fluid tube (large volumes of body fluids should be concentrated to <5 mL), 0.5-1.0 $cm^3$ fresh tissue

**Container**

Lavender-top (EDTA) tube for whole blood, lavender-top tube or green-top (heparin) tube for bone marrow aspirate, lavender-top (EDTA) tube for body fluid, fresh tissue in lymph node transport bottle containing RPMI; yellow-top (ACD) tube is acceptable for whole blood or bone marrow but not preferred

**Collection**

Submit blood, bone marrow, and body fluid specimens at room temperature using Leukemia/Lymphoma Specimen Transport Kit (supplied by LabCorp). Draw specimen so it will arrive in the laboratory Monday through Saturday and within 24 hours of collection. For fresh tissue, aseptically cut tissue in pieces and place in lymph node transport bottle. If aspirate is submitted, rinse needle in transport medium. Submit at room temperature using Lymph Node Transport Kit (supplied by LabCorp). If transport kit is not available, place specimen in sterile container with saline. Submit specimen so it will arrive in the laboratory Monday through

Saturday and within 24 hours of surgical removal. To avoid transportation delays, submit specimen on the day of collection. If indicated on the request form, testing can be postponed until the laboratory is notified to continue or cancel the test. Please state on the test request form the date and time of collection and the name and phone number of the pathologist responsible for the histologic or cytologic diagnosis.

**Storage Instructions**

Maintain specimen at room temperature.

**Causes for Rejection**

Hemolysis; specimen clotted; specimen frozen; specimen in formalin or other fixative; blood more than 72 hours old; bone marrow aspirates more than 5 days old; bags or bottles of body fluid or bronchial washings; tissue in formalin or other fixative; contaminated transport medium. Viability and staining for CD45 (leukocyte common antigen) is performed on all tissue specimens prior to testing.

**Use**

Identify and characterize the following:

- reactive lymphocytosis vs chronic lymphocytic leukemia (CLL)
- prolymphocytic leukemia vs lymphoblastic leukemia - large granular lymphocyte proliferations, T-gamma lymphoproliferative disease, natural killer cell proliferations, T-cell CLL, T-cell gamma/delta proliferations
- Sézary syndrome
- non-Hodgkin lymphoma
- adult T-cell leukemia/lymphoma

Neoplastic B-cell proliferations (chronic leukemias and lymphomas) are clonal expansions of cells that express either kappa or lambda immunoglobulin light chains.

**Limitations**

Not for the assessment of chronic myeloid leukemia (use Acute Leukemia Profile, Flow Cytometry [489055]). Genotyping, to detect T-cell receptor gene rearrangements, is recommended when the immunophenotyping profile suggests a clonal T-cell process. See T-Cell Gene Rearrangement, Southern Blot [480707].

**Methodology**

Immunophenotyping by flow cytometry

**Additional Information**

In normal or reactive processes, a bimodal distribution of kappa- and lambda-positive B cells is present in a ratio of approximately 1.5:1. Immunophenotyping using multiparameter analysis (simultaneous staining with a pan B-cell marker and anti-immunoglobulin light chain antibodies) is a rapid and specific method for detecting and confirming the presence of neoplastic B-cell disorders.

Chronic lymphocytic leukemia (CLL) is a clonal lymphoproliferative disorder, usually of B-cell origin (95%), that has been traditionally diagnosed using clinical and morphologic criteria. Incorporation of immunophenotypic features into the diagnostic criteria is helpful in separating common B-cell CLL from other lymphoproliferative disorders. Detection of karyotypic abnormalities is useful in assessing prognosis. Lymphocytes in B-CLL coexpress CD19, CD20,

and CD23 pan B-cell antigens, CD5, pan T-cell antigen, and a single immunoglobulin light chain, kappa or lambda. CD10 (CALLA) expression is usually absent. Mantle cell lymphoma is distinguished from CLL by absent or very dim expression of CD23.

Lymphomas are biologically complex neoplasms of the immune system. Numerous classification schemes have been developed based on morphologic features. This limited approach is often unreliable. Immunophenotyping, by flow cytometry and/or immunohistochemistry, has emerged as a valuable adjunct to conventional morphologic diagnosis and classification. Flow cytometry offers the advantage of rapid multiparameter analysis. Combining light scatter characteristics with patterns of antigen expression and DNA content provides biological information that is useful in making a diagnosis and assessing prognosis. Various gating strategies can be employed to enhance the detection of minor populations, thus providing a level of sensitivity comparable to molecular methods (gene rearrangement studies).

T-cell CLL, unlike B-CLL, is associated with rapid onset, an aggressive clinical course poorly responsive to therapy, and decreased survival. Immunophenotyping, in the majority of cases, demonstrates expression of CD3 (a pan T-cell antigen), and CD4 (the helper cell antigen). CD8 (the suppressor/cytotoxic cell antigen) is usually not expressed. Genotyping demonstrates a clonal rearrangement of the T-cell receptor gene.

Large granular lymphocyte (LGL) proliferations can be divided into T-cell and natural killer (NK) cell subsets by immunophenotyping. The more common T-cell type expresses CD3, a pan T-cell antigen and CD8, the suppressor/cytotoxic cell antigen. Genotyping demonstrates a rearrangement of the T-cell receptor gene. The NK cell type is relatively rare and expresses CD2 and CD16 and/or CD56. CD3 expression is absent. Genotyping demonstrates a germline configuration of the T-cell receptor gene.

In Sézary syndrome, the neoplastic lymphocytes are T cells with a helper cell phenotype. Expression of CD7, a pan T-cell antigen, is absent and is useful in distinguishing the neoplastic cells from normal T-helper cells. Genotyping demonstrates a clonal rearrangement of the T-cell receptor gene.

In adult T-cell leukemia/lymphoma, the neoplastic lymphocytes are T cells with a helper cell phenotype. Expression of CD3, CD4, and CD25 is present. Expression of CD7 is absent. Genotyping demonstrates a clonal rearrangement of the T-cell receptor gene.

Detection of a B-cell population coexpressing CD22, CD11c, and CD25 is useful in establishing a diagnosis of hairy cell leukemia when used in conjunction with morphology and cytochemistry. Immunophenotyping by flow cytometry is a sensitive method for detecting residual or recurrent disease in the peripheral blood of patients with an established diagnosis.

Detection of a population of cells expressing CD38 and CD138 in the peripheral blood is useful in establishing a diagnosis of plasma cell leukemia when used in conjunction with morphology.

**References**

Bitter MA, "Hairy Cell Leukemia," *Neoplastic Hematopathology*, Knowles DM, ed, Baltimore, MD: Williams and Wilkins, 1992.

Braylan RC, "Lymphomas," *Clinical Flow Cytometry: Principles and Applications*, Bauer KD, Duque RE, and

Shankey TV, eds, Baltimore, MD: Williams and Wilkins, 1993.

Foucar K, "B-Cell Chronic Lymphocytic and Prolymphocytic Leukemia," *Neoplastic Hematopathology*, Knowles DM, ed, Baltimore, MD: Williams and Wilkins, 1992.

Knowles DM II, "The Human T-Cell Leukemias: Clinical, Cytomorphologic, Immunophenotypic, and Genotypic Characteristics," *Hum Pathol*, 1986, 17(1):14-33.

McDaniel HL, MacPherson BR, Tindle BH, et al, "Lymphoproliferative Disorder of Granular Lymphocytes: A Heterogeneous Disease," *Arch Pathol Lab Med*, 1992, 116(3):242-8.

Miller ML, Fishleder AJ, and Tubbs RR, "The Expression of CD22 (Leu 14) and CD11c (Leu M5) in Chronic Lymphoproliferative Disorders Using Two- Color Flow Cytometric Analysis," *Am J Clin Pathol*, 1991, 96(1):100-8.

Copyright © 2007 by Laboratory Corporation of America® Holdings and Lexi-Comp Inc. All Rights Reserved