# EXHIBIT 5

Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF CONNECTICUT
 2
    UNITED STATES OF AMERICA    )
 3  ex rel. DR. JAMES J.        )
    TIESINGA,                   )
 4                              )
                Plaintiff,      )
 5                              )
    vs.                         )  CIVIL ACTION FILE
 6                              )  NO. 3:02CV1573(MRK)
    DIANON SYSTEMS, INC.,       )
 7                              )
                Defendant.      )
 8
 9
10
11  _____
12          DEPOSITION OF JEANNINE T. HOLDEN, M.D.
13                     JUNE 7, 2006
14                      9:00 A.M.
15  _____
16
17
18
19
20
21
22
23
24
25
```

1   A   I'm looking -- we can actually find some
2   types of neoplasms that you don't think of as being
3   hemolymphomas but may involve those tissues, and so you
4   identify that as a more population.
5   You may have an idea what it is based on
6   the activity with the antibodies and will essentially
7   not render a final diagnosis but certainly render --
8   have an opinion as to what it actually represents.
9   The goal is to -- essentially you want
10  to be able to identify every cell in the sample.  Any
11  cells you can't identify is a candidate for being
12  something that shouldn't be there.
13  Q   Your report says that you get about 50
14  percent of your referrals from outside the Emory
15  system.
16  A   Uh-huh.
17  Q   Where do they come from?
18  A   They come from other hospitals in the
19  Atlanta area, and also come from doctors' offices in
20  the Atlanta area.
21  It's fairly common that the patient may
22  get -- have either peripheral blood or bone marrow
23  sample that's actually done in the doctor's office
24  setting rather than a hospital, so they send them
25  directly to us when they can.

1   Q   That's the new CPT codes.
2   A   That's the new CPT codes, yes.
3   Q   But the old CPT codes?
4   A   You have to actually know how many markers you had run and add them.
6   Q   And you do it per marker.
7   A   Yes.
8   Q   If you used, for example, you mentioned that you used CD 45 several times, different tubes. Are there different charges for every time you use it?
11  A   No. And you'd asked also about the -- for instance, adding on those tubes looking at chromoplasma cells, well, because the markers I do in those tubes are markers I've already run on the panel, including DC38 and kappa lambda and CD 45, I can't charge for that additional work either, even if I were working up a T-cell lymphoma and were trying to decide to pull out a subset of the T-cells, typically the markers, even though I'm doing additional staining, the markers I'm using are markers I've already used on the panel, I can't charge them again. I just use them in different combinations.
23  Q   Are you familiar with the Medicare regulations on medical necessity?
25  A   Vaguely. I certainly see the term

1  "medical necessity" on documents from Medicare.  I
2  guess on the Medicare website is where I usually am
3  most likely to see that, specifically in the context of
4  what used to be called LMRPs, local medical review
5  policies, but are now called LCDs, local code
6  determinations.
7       Q    Do you bill Medicare?
8       A    Yes.  I know that some of my patients are
9  Medicare patients, so I'm assuming that's done, yes.
10      Q    Do you -- what's your understanding of
11 what medical necessity is?
12      A    Equivalent to standard of care, what's
13 medically appropriate.
14      Q    Medically appropriate for who?  For what?
15      A    For any patient, for a patient, you know.
16 The -- as far as I'm concerned, the -- for me, medical
17 necessity is not a term that necessarily relates
18 specifically to the government or Medicare.  That's
19 what you do for patients.  Good practice, standard of
20 care.
21      Q    Good practice for who?  For a particular
22 patient?
23      A    For -- yeah, for all patients and for a
24 particular patient, yes.
25      Q    So in determining whether something is

1  medically necessary for a particular patient, do you
2  have to take into account the information that you know
3  about that patient in deciding which antibodies to use?
4       A    Not in deciding which antibodies to use
5  because I'm going to use the same antibodies for
6  essentially all the patients.
7       Q    Regardless of what information you had
8  about --
9       A    Oh, yes.  Yes.
10      Q    And you think that that -- that -- that
11 using all -- however many there were, 30?
12      A    Uh-huh.
13      Q    Thirty antibodies, each one of those
14 antibodies is medically necessary in each case?
15      A    Yes, I do.
16      Q    And why is that?
17      A    Because it's the idea that -- that each of
18 the antibodies is a separate test is a false premise.
19 That dates to a time when it was actually technically
20 and cumbersome and expensive to run the lab -- to test
21 for these antibodies, and at that time they were tested
22 singularly or in pairs, if you really wanted to be sort
23 of fancy about it at that time, and that was pretty
24 much the mid 1980s.
25           We no longer do it that way.  We now

1  take a panel approach.  And so that anybody even asks
2  about antibodies is essentially -- the best word
3  would be an artifact of the billing structure in the
4  CPT codes.
5           I went on record actually back in the
6  late '90s saying that I thought the entire billing
7  structure was flawed and that it should not never --
8  should never have been per marker; it should have
9  been per panel, essentially effective from the time
10 we started doing more than one color at a time or one
11 antibody at a time.
12          I have been happy to see that that has
13 changed recently in terms of the professional billing
14 for -- for flow cytometry interpretation.  I would
15 actually like to see the technical side follow
16 this -- follow the same principle.  That I bill per
17 marker is purely because I have to and not because
18 I'd like to.
19     Q    I'm sorry. Run that one by me again.  You
20 bill for markers solely because you have to, not
21 because you want to?
22     A    The CPT codes are tied to a number of
23 markers.  There's no way for me to untie them.
24     Q    So you felt no responsibility to -- to --
25 given the fact that you were charging, and we'll just

1  and was only billing for 18, and so my note here

2  apparently I have a question mark.  Question mark,

3  rationale Dianon because I don't know why they were

4  doing this.

5           I make a note here EML, which is where I

6  work, the medical, quote, caps at 15 for client

7  billing, and that's actually -- so when we bill

8  Medicare, we were -- it's my understanding we are

9  required to bill for the work that we do that if we

10 don't do that, at least at various points in the past

11 the question of inducement came up.

12          If you were doing work and not billing

13 for it, it was considered very bad and potential --

14 potentially problematic practice.  When we do work

15 for clients, institutional billing for another

16 hospital in Atlanta, for instance, we actually don't

17 charge as much and that's because we already know

18 we'll be paid for sure, and because we still have to

19 put in CPT codes to generate bills, we actually cap

20 that at 15.  That only occurs with the clients.  And

21 that was a question of us going back and seeing how

22 much it really cost us and adding a margin and so

23 forth.  So the situation with third-party payors,

24 Medicare included, we distinguish them, is that we

25 anticipate denials have the hassle -- not a hassle

Page 162

```
 1   but there's all the submitting of the claim and so
 2   forth so --
 3        Q    So you --
 4        A    I don't know why Dianon did this.  I was
 5   just making the observation that, as I've said before,
 6   I think the practice of billing per marker is
 7   problematic.  We only did it for Medicare because there
 8   was no other way to bill and we had to.
 9        Q    But when you did client billing to the
10   hospitals or oncology practice.
11        A    Well, we actually billed them a set fee.
12        Q    And that was based on capping at 15?
13        A    It wasn't capping at any particular
14   amount.  We went back and said, well, how much does it
15   actually cost us to do the test, and we went back and
16   looked at what -- I don't know if this is the Medicare
17   price or list price, probably a product of our list
18   price.  If we took that list price and multiplied it by
19   what number was, it gave us that final amount.  It has
20   nothing to do with whether that's an appropriate number
21   of antibodies to do.  It's just a number that when we
22   plugged it into the system, it gave us a dollar amount
23   that I knew was an reasonable amount of money to be
24   charging in terms of the test itself.
25        Q    Okay.  So --
```