# EXHIBIT 6

Maureen Regan - 6/29/06

Page 10

1  Q.  Do you have a list of those institutions
2  that claimed to do flow cytometry but did not
3  respond with any documents?
4  A.  I can probably tell you which ones did not
5  respond with documents. You have all the documents
6  that I got. I gave them to DOJ. And I believe they
7  forwarded them to you.
8  Q.  I do have some documents, and we'll be
9  talking about some of those today. I just have a
10 couple questions to put on the record. But let me
11 invite you to tell me which of the institutions told
12 you they did flow but did not send you documents?
13 A.  Boston, Minneapolis, West Palm Beach, and
14 Atlanta. I think it's actually in Decatur, but we
15 call it Atlanta. I talked to people at all four of
16 those. They either indicated specifically they
17 didn't have any or they would send them to me if
18 they did. I followed up and I still didn't get any
19 from any of those centers.
20 Q.  What is your understanding with respect to
21 each of those four as to what type of flow they do?

Page 11

1  For example, we have talked CD4, CD8 some labs might
2  only do flow in that area versus leukemia/lymphoma.
3  A.  The only ones I sought documents from were
4  those who I had already determined did flow
5  cytometry for lukemia/lymphoma.
6  Q.  These four claimed to do flow in those
7  areas?
8  A.  I know they do flow in those areas.
9  Q.  So the institutions from which we
10 received, we Dianon, received documents are that
11 group plus these four are the universe of
12 institutions that you understand do flow?
13 A.  That's my understanding.
14 Q.  Reading through some information, I can't
15 recall what the source was now, I've seen something
16 on the order of approximately 170 VA hospitals in
17 the country. Is that in the ballpark correct?
18 A.  Depending on how they organize them, the
19 number goes up and down. They will have, for
20 example -- they now have gotten themselves into
21 regional healthcare systems. You may have smaller

Page 12

1  hospitals. So we view that as 173. That might
2  bring the number down. Depends how they count it
3  anymore.
4  Q.  Before I get into the details of the
5  various flow operations, I notice when I went
6  through some of the documents that in some instances
7  we received a lot of pages but no description of the
8  particular antibodies or the particular panel
9  construction that that institution claimed to use.
10 I'll show you a couple of examples of those.
11      In those instances did you go back to that
12 institution and say I need information that
13 describes the panel design that you're using?
14 A.  I don't remember if I went back to all of
15 them. Some of them might have told me they didn't
16 have specifics but they would send what they had. A
17 lot of the places told me they don't have specific
18 written you do this number at this time. Some did
19 develop them. Some have not.
20      There's a couple places where the longer
21 somebody was there, I think the more likely they

Page 13

1  were to have something in writing.
2  Q.  That's interesting. Tell me what those
3  institutions told you that claimed they did not have
4  written protocols. How did they know from
5  day-to-day what they were going to do in the flow
6  labs?
7  A.  Mostly practice or they had somebody
8  involved in every case to look at what information
9  came in. Specifically everybody I talked to said
10 that all of their testing was done patient specific.
11 That they determined the number of panels that they
12 were going to do and markers based on clinical
13 information that came in.
14 Q.  Now, I presume you are not someone who
15 possesses any particular knowledge on the
16 intricacies of flow cytometry?
17 A.  I'm not a flow cytometry expert. I'm more
18 than I was when I started this. I am not a flow
19 cytometry expert.
20 Q.  This is a foundational question. I'm not
21 attempting to hold you as an expert for the

Maureen Regan - 6/29/06

Page 14

1  government on flow cytometry. Do you understand
2  from the discussions you had with people that flow
3  cytometry is done by the use of tubes in which some
4  combination of antibodies are used?
5     A.  Yes.
6     Q.  When you were told by those institutions
7  they do flow based upon information they receive
8  from patients, did you understand them to be telling
9  you that they make their own concoctions in the
10 tubes on every case that comes in or do they have a
11 preset formula, a cocktail, if you will, and they
12 simply decide which of the cocktails are going to
13 used?
14    A.  I don't really know how to answer that.
15    Q.  Okay. Let me rephrase it in perhaps an
16 easier way to answer. Did you have the sense, when
17 you were talking to these labs, who claimed they did
18 this on a patient specific basis, that they had
19 standardized panels for different diseases and they
20 would use the panel for that particular disease, if
21 the patient was thought to have that disease?

Page 15

1     A.  I believe everybody that I talked to had
2  something that they used as an initial panel.
3  Whether it was in writing or not was the difference.
4  They may have their own practices for what to do.
5  And the longer people are there, particularly if
6  they have somebody assigned to flow cytometry.
7        There's other places where the techs that
8  do it are assigned a lot of other duties. So they
9  may have more restrictions -- you're going to do
10 this specifically in the beginning because they
11 don't know, they are not experts in that area.
12       Also it changes depending on, if they get
13 a new physician in or if they get new techs in or
14 more staffing they may do more. There were some
15 differences, for example, in one facility that the
16 tech herself might run a few more panels than they
17 would in another facility because she's the only one
18 who does them. And she may not be there to add
19 something on later, if they decided to go someplace
20 else. So staffing, whether they were 24/7 might
21 make a difference.

Page 16

1        Things that would make a difference is
2  whether or not they had designated people to do them
3  or whether or not they had other people, somebody
4  hold do them plus other assigned duties. All of
5  that made a difference in what they did.
6     Q.  In some labs you were told that depending
7  upon staffing, the initial panel might be larger
8  than in other institutions simply because they may
9  not have people to go back and add on antibodies
10 should that be necessary?
11    A.  Right. For example, I think one person
12 told me, if it was on a Friday that it came in, she
13 might be there on the weekend. She might do
14 something different if it came in on a Monday. A
15 lot of this related to cost.
16    Q.  What do you mean by cost?
17    A.  I guess it was more cost effective to
18 start small and build is what my understanding was
19 from talking to them.
20    Q.  What about those instances where someone
21 didn't know whether they were going to be in on

Page 17

1  Monday. They would build a bigger panel?
2     A.  They don't build necessarily. Veterans
3  are entitled to care. So it's the VA. They don't
4  charge people for it. My understanding is from, I
5  think in response to one of your questions I went
6  out to see about billing to third parties.
7        I couldn't find anybody who could tell me
8  about billing to third parties. I was told that it
9  has not been set up yet to bill to third parties.
10 In fact, I even checked to see if we had any
11 contracts with Dianon in which we had, even had
12 Dianon, you know, had that to see what we got
13 charge. Didn't find it there.
14       I did check a couple places to see
15 specifically had they ever charged a third party
16 They said no. Actually, I asked the whole country
17 about charging third parties. And I didn't get any
18 positive responses.
19    Q.  We are kind of jumping ahead. That's
20 fine. Let's keep on this theme for a second. I
21 want to come back to my original question.

5 (Pages 14 to 17)

Maureen Regan - 6/29/06

Page 22

1  Q. You don't know to what extent each
2  hospital administrator may say the flow lab gets
3  1 percent or you get an absolute number of dollars
4  for running your lab and you have got to run it
5  within that number?
6  A. It's probably the latter. I did not get
7  that specific about the money.
8  Q. Let me go back to the next thing that you
9  said. You heard one institution didn't use panels,
10  if I understood what you said, that the flow
11  cytometry was done by hematologists?
12  A. No. What I said was, one of them didn't
13  have the protocols. It wasn't the laboratory
14  service, as I understood it. The two individuals
15  who I learned were responsible for them were not
16  pathologists.
17  Q. What institution are we talking about?
18  A. Minneapolis I believe.
19  Q. One of them ones that didn't respond with
20  documents?
21  A. Right. It's my understanding that that's

Page 23

1  why. I believe they work with a lab on it. But
2  they are -- neither one of them was a pathologist
3  that does it. One was a heamtologist, immunologist.
4  I think that was the combination. One had something
5  else.
6  Q. What I'm puzzling about is, where they
7  would they get access to the flow cytometers that
8  are needed to do this technology?
9  A. I didn't ask them. I was trying to find
10  out to respond to one of your questions about a
11  hematopathologist, whether or not the physicians
12  that did these tests, did the testing, were
13  hematopathologists. That's how I learned they
14  weren't and they were part of another service. They
15  must work with the lab. I didn't go back behind it.
16  Q. Let's circle back to my initial question.
17  And had to do with the manner in which the flow
18  cytometry is done in these labs. You talked about
19  it being patient specific. And then you mentioned
20  that your understanding was that most, if not all
21  the institutions, did an initial panel called

Page 24

1  screening or let's just call it an initial panel.
2  And then your understanding was, based
3  upon what was learned in that initial panel they
4  might very well go back and need to build on that
5  panel.
6  A. The initial panel may even be decided by
7  what the clinical picture was. Whether or not the
8  clinical picture was more, for example, like acute
9  lymphoblastic leukemia or more toward chronic
10  leukemia, depending on what the clinical picture
11  showed.
12  My understanding from my discussions with
13  these people is that there's a clinical picture that
14  might lead you to a specific diagnosis. Because
15  there were many types, subgroups. You have leukemia
16  and many subgroups. There's different panels that
17  you might do for those subgroups.
18  For example, if you were starting at one
19  subgroup, because that looked like what it was, and
20  it came up negative, then you would go back and ask
21  more questions. And maybe go to another subgroup or

Page 25

1  build on that.
2  Q. I think what you are telling me, your
3  sense of what you were told was that the various
4  labs have created standard panels for different
5  disease entities, and based upon the clinical
6  presentation, if one was suspected of having acute
7  myelogenous leukemia, AML, they might get panel A.
8  If a patient came in and was suspected of having
9  multiple myeloma, they might get panel B. The
10  panels would already be created; correct?
11  A. Some of them. If I understand it, there's
12  different panels. Different tubes with different
13  markers in them. They would start with one set and
14  maybe build on those to get to a final diagnosis.
15  Q. Okay. In your investigation did you ever
16  actually talk to either a lab tech responsible for
17  doing flow or a hematopathologist or just a
18  pathologist responsible for interpreting flow?
19  A. Oh, yes. I talked to all of those people.
20  I can't say I talked to all of them in each
21  facility. But as I talked to the different

7 (Pages 22 to 25)