UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. DR. JAMES J. TIESINGA, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 3:02CV1573(MRK) |
| DIANON SYSTEMS, INC., | ) ) ) | |
| Defendant. | ) | MAY 31, 2007 |

### APPLICATION OF LOCAL COUNSEL TO BE EXCUSED FROM ATTENDANCE AT COURT PROCEEDINGS

The undersigned, Mary A. Gambardella, of Epstein Becker & Green, P.C., local counsel for the Defendant, Dianon Systems, Inc., respectfully makes this application, pursuant to Local Rule 83.1(d) of the Local Rules of Civil Procedure for the District of Connecticut, to be excused from attendance at court proceedings on this matter in the discretion of lead counsel. In support of this application, the undersigned represents as follows:

1.  A number of attorneys have been admitted as *pro hac vice* counsel for the Defendant since inception of this matter, including: Bruce R. Parker and William Piermattei, attorneys with the law firm Venable LLP, 2 Hopkins Plaza, Baltimore, Maryland 21204, Kerry M. Parker and Michael D. Thompson, attorneys with the law firm Epstein, Becker & Green, P.C.-NJ , Two Gateway Center, 12th Floor, Newark, NJ 07102-5003, and Robert Salcido, an attorney at the law firm Akin, Gump, Strauss, Hauer & Feld, Washington, D.C., 1333 New Hampshire Ave., N.W., Suite 400, Washington, DC 20036.

-2-

2. These attorneys, as lead counsel, have specialized knowledge of the facts of this case, and based on their now lengthy involvement, have become fully familiar with the Local Rules for this District.

3. Local counsel will continue to monitor filings to ensure compliance with the Local Rules and will satisfy all other obligations incident to that role.

4. Consequently, no prejudice will result if local counsel is not required to appear except at the request of lead counsel and/or the Defendant. The Court's granting of this request will, on the other hand, assist the Defendant in reducing attorneys' fees to be incurred in its defense.

ST#43504v1

WHEREFORE, the undersigned respectfully requests that the Court grant her request to be excused from the requirement that local counsel attend all court proceedings in this matter.

Respectfully submitted,

_____
Mary A. Gambardella (ct #05386)
Epstein Becker & Green, P.C.
One Landmark Square, Suite 1800
Stamford, CT 06901-2601
(203) 348-3737
(203) 324-9291 (facsimile)
mgambard@ebglaw.com

Bruce R. Parker (admitted *pro hac vice*)
Fed. Bar No. PHV01015
William F. Piermattei (admitted *pro hac vice*)
Fed. Bar No. PHV01585
Venable LLP
1800 Mercantile Bank & Trust Bldg.
2 Hopkins Plaza
Baltimore, Maryland 21201
(410) 244-7400

Robert Salcido (admitted *pro hac vice)*
Fed. Bar No. 447951
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, NW
Washington, DC 20036
(202) 887-4095

Attorneys for Dianon Systems, Inc.

ST#43504v1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was sent, via regular mail, postage prepaid, this 31st day of May 2007, to:

>Richard M. Molot, Esq.
>Assistant United States Attorney
>U.S. Department of Justice
>Connecticut Financial Center
>157 Church Street
>P.O. Box 1824
>New Haven CT 06510
>
>Bryan T. Carmody, Esq.
>Maya & Associates, P.C.
>266 Post Road East
>Westport, CT 06880

_____
Mary A. Gambardella

ST#43504v1