UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA<br>ex rel. DR. JAMES J. TIESINGA,<br><br>Plaintiffs,<br><br>v.<br><br>DIANON SYSTEMS, INC.<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) No. 3:02 CV 1573(MRK)<br>)<br>) July 20, 2007<br>)<br>)<br>) |

**JOINT STATUS REPORT REGARDING SETTLEMENT**

By Order dated July 5, 2007, the Court directed the parties to file a Joint Status Report and timetable for completion of the settlement by July 20, 2007. The status of the settlement and timetable for completion is set forth below.

**Status**

On June 4 and 5, 2007, the parties met with Magistrate Judge Garfinkel to discuss settlement of the case. At that mediation, counsel for the United States and counsel for Dianon reached an agreement to settle the case for $1.5 million, subject to each party obtaining the necessary approvals. Counsel for Dianon has obtained approval for the settlement from Dianon/Lab Corp. management, subject to negotiating the terms of the Settlement Agreement. Counsel for the Government has recommended the settlement to appropriate officials at the Department of Health and Human Services and the Department of Justice, but has not yet received final approval. Undersigned counsel for the Government anticipates receiving such approval. However, some additional time will be necessary to obtain final approval.

In addition, Dianon and the relator have agreed to a settlement of relator's attorney's fees, in the amount of $38,500.00.

Counsel for the Government prepared a draft Settlement Agreement and provided it to counsel for Dianon for comment on June 26, 2007. Dianon is currently completing its review of the draft Settlement Agreement.

The meeting with Judge Garfinkel did not result in a settlement of the relator's share issue. Accordingly, counsel for the Government contacted counsel for the relator on or about June 28, 2007 and asked them whether they intended to oppose the settlement.[1] Relator's counsel informed counsel for the United States that whether they opposed the settlement would depend on what relator's share relator received. By letters dated July 5 and July 12, 2007, counsel for the Government made an offer to settle the relator's share conditioned on the relator agreeing not to oppose the settlement. To date, counsel for the relator has not responded to that offer.

**Timetable for Completion**

The United States and Dianon believe that, if the relator does not oppose the settlement, the parties could obtain final approvals and negotiate the terms of the Settlement Agreement within the next 30 days.

---

[1] The False Claims Act provides that the United States can settle claims against a defendant provided a Relator has an opportunity to object:

> The Government may settle the action with the defendant notwithstanding the objections of the person initiating the action if the court determines, after a hearing, that the proposed settlement is fair, adequate, and reasonable under all the circumstances. Upon a showing of good cause, such hearing may be held in camera.

31 U.S.C. § 3730(c)(2)(B).

2

If the relator chooses to oppose the settlement and does not agree to a relator's share and it becomes necessary to litigate one or both of these issues, it will take several months to brief and argue the issues.

Respectfully submitted,

**ON BEHALF OF THE UNITED STATES**

PETER D. KEISLER
Assistant Attorney General

KEVIN J. O'CONNOR
United States Attorney

RICHARD M. MOLOT
Assistant United States Attorney
Federal Bar No. CT21676
157 Church Street
New Haven, Connecticut 06510
(203) 821-3700

MICHAEL F. HERTZ
JOYCE R. BRANDA
PATRICIA R. DAVIS
JENNIFER CHORPENING
Attorneys, Civil Division
Commercial Litigation Branch
Post Office Box 261, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-0240

**ON BEHALF OF DIANON SYSTEMS, INC.**

Robert Salcido / by RMM with approval
Robert Salcido, Esq.
Akin Gump Strauss Hauer & Feld, LLP
Robert Strauss Building
1333 New Hampshire Ave, NW
Washington, D.C. 20036

CERTIFICATION OF SERVICE

I hereby certify that on this 20th day of July 2007, a true and correct copy of the Joint Status Report Regarding Settlement, was served by first-class mail and electronic mail on:

>Bryan T. Carmody, Esq.
>Maya & Associates, P.C.
>266 Post Road East
>Westport, CT 06880
>bcarmody@mayalaw.com
>
>Robert Salcido, Esq.
>Akin Gump Strauss Hauer & Feld, LLP
>Robert Strauss Building
>1333 New Hampshire Ave, NW
>Washington, D.C. 20036
>rsalcido@akingump.com
>
>Bruce R. Parker
>Venable LLP
>1800 Mercantile Bank & Trust Bldg.
>2 Hopkins Plaza
>Baltimore, Md. 21201
>brparker@venable.com

Richard M. Molot
Assistant U.S. Attorney