UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA<br>ex rel. DR. JAMES J. TIESINGA,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>DIANON SYSTEMS, INC.<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)  No. 3:02 CV 1573(MRK)<br>)<br>)  August 24, 2007<br>)<br>)<br>) |

**JOINT STATUS REPORT REGARDING SETTLEMENT**

By Order dated July 25, 2007, the Court directed the parties to file a Joint Status Report regarding the status of the settlement by August 24, 2007. The status of the settlement is set forth below.

**Status**

As set forth in the prior status report, dated July 20, 2007, pursuant to several mediation sessions with Magistrate Judge Garfinkel, counsel for the United States and counsel for Dianon reached an agreement to settle the case for $1.5 million, subject to each party obtaining the necessary approvals. As previously reported, counsel for Dianon has obtained approval for the settlement from Dianon/Lab Corp. management, subject to negotiating the terms of the Settlement Agreement. In addition, Dianon and the relator have agreed to a settlement of relator's attorney's fees, in the amount of $38,500.00.

Since the last status report on July 20, 2007, counsel for the Government has received the necessary approvals for the settlement from officials at the Department of Health and Human Services, Tricare, and the Department of Justice. In addition, counsel for the Government and

counsel for the relator have recently reached an agreement on the relator's share of the settlement proceeds.

Counsel for the Government prepared a draft Settlement Agreement and provided it to counsel for Dianon for comment on June 26, 2007. Dianon has not yet provided the Government with its comments on the draft Settlement Agreement.

In addition, counsel for the Government provided a draft of the Settlement Agreement to counsel for the relator on August 13, 2007. The relator is currently reviewing the draft agreement.

Assuming that the Government receives comments regarding the agreement from Dianon and the relator in the near future, it is anticipated that the parties could finalize the Settlement Agreement within the next 30 days.

Respectfully submitted,

**ON BEHALF OF THE UNITED STATES**

PETER D. KEISLER
Assistant Attorney General

KEVIN J. O'CONNOR
United States Attorney

RICHARD M. MOLOT
Assistant United States Attorney
Federal Bar No. CT21676
157 Church Street
New Haven, Connecticut 06510
(203) 821-3700

MICHAEL F. HERTZ
JOYCE R. BRANDA
PATRICIA R. DAVIS
JENNIFER CHORPENING

Attorneys, Civil Division
Commercial Litigation Branch
Post Office Box 261, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-0240

**ON BEHALF OF DIANON SYSTEMS, INC.**

/Robert Salcido/ by RMN with permission
Robert Salcido, Esq.
Akin Gump Strauss Hauer & Feld, LLP
Robert Strauss Building
1333 New Hampshire Ave, NW
Washington, D.C. 20036


**ON BEHALF OF THE RELATOR**

/Bryan Carmody/ by RMN with permission
Bryan T. Carmody, Esq.
Maya & Associates, P.C.
266 Post Road East
Westport, CT 06880
bcarmody@mayalaw.com

3

CERTIFICATION OF SERVICE

I hereby certify that on this 24th day of August 2007, a true and correct copy of the Joint Status Report Regarding Settlement, was served by first-class mail and electronic mail on:

    Bryan T. Carmody, Esq.
    Maya & Associates, P.C.
    266 Post Road East
    Westport, CT 06880
    bcarmody@mayalaw.com

    Robert Salcido, Esq.
    Akin Gump Strauss Hauer & Feld, LLP
    Robert Strauss Building
    1333 New Hampshire Ave, NW
    Washington, D.C. 20036
    rsalcido@akingump.com

    Bruce R. Parker
    Venable LLP
    1800 Mercantile Bank & Trust Bldg.
    2 Hopkins Plaza
    Baltimore, Md.  21201
    brparker@venable.com

                        Richard M. Molot
                        Assistant U.S. Attorney