UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA </br> ex rel. DR. JAMES J. TIESINGA, </br> </br> Plaintiffs, </br> </br> v. </br> </br> DIANON SYSTEMS, INC. </br> </br> </br> Defendant. | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) No. 3:02 CV 1573(MRK) </br> ) </br> ) October 1, 2007 </br> ) </br> ) </br> ) |

**MOTION FOR EXTENSION OF TIME**

By Order dated September 4, 2007, the Court directed the Clerk to administratively close this case, without prejudice to reopening this case on or before October 4, 2007. Pursuant to Rule 7(b) of the Local Rules of Civil Procedure for the District of Connecticut, the Government, with the consent of Defendant Dianon Systems, Inc. (Dianon) and the relator Dr. James J. Tiesinga (the relator), hereby moves for a two-week extension of this deadline, to and including October 18, 2007. The requested extension will give the parties the opportunity to finalize the settlement agreement in this matter and to file a stipulation of dismissal. This is the first request for an extension of this deadline by any party.

**Discussion**

Counsel for the Government prepared a draft Settlement Agreement and provided it to counsel for Dianon for comment on June 26, 2007. Dianon provided its comments over two months later, on September 12, 2007. On September 17, 2007, three business days after receiving Dianon's comments, the Government circulated a revised draft agreement and a draft

stipulation of dismissal to both Dianon and the relator. The Government's revised agreement incorporated most of the changes suggested by Dianon, with a few minor exceptions.

Thereafter, on September 19, 2007, counsel for the Government suggested that all parties participate in a conference call to finalize the minor outstanding changes to the settlement agreement. Although the relator was available for a conference call, because of his travel schedule, counsel for Dianon was not available for a call on the dates suggested.

On September 28, 2007, counsel for the Government spoke with counsel for Dianon who indicated he was in contact with his client and believed that he would be able to give final approval in the very near future to the draft agreement circulated by the Government on September 17, 2007.

Based on the representations of Dianon's counsel, the Government is hopeful that the settlement agreement will be in final form in the next few days. However, even after the agreement is finalized, it will have to be circulated for signatures to the Government signatories not just in Connecticut, but in Colorado (Tricare) and Washington, D.C. (HHS-OIG, DOJ). It will also have to be circulated for signature to the Dianon signatories and the relator and his counsel. This process will likely take an additional week or two. Moreover, the settlement agreement contemplates that payment of the settlement amount will be made five days after the agreement is signed by all parties. Once the settlement amount is paid, a stipulation of dismissal can be filed.

Accordingly, to finalize the settlement agreement and file a stipulation of dismissal, the Government, with the consent of Dianon and the relator, respectfully requests that its motion for

a two-week extension of time, from October 4, 2007, to October 18, 2007, be granted.

Respectfully submitted,

**ON BEHALF OF THE UNITED STATES**

PETER D. KEISLER
Assistant Attorney General

KEVIN J. O'CONNOR
United States Attorney

*/s/ R. M. M.*

RICHARD M. MOLOT
Assistant United States Attorney
Federal Bar No. CT21676
157 Church Street
New Haven, Connecticut 06510
(203) 821-3700

MICHAEL F. HERTZ
JOYCE R. BRANDA
PATRICIA R. DAVIS
JENNIFER CHORPENING
Attorneys, Civil Division
Commercial Litigation Branch
Post Office Box 261, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-0240

## CERTIFICATION OF SERVICE

I hereby certify that on this 1st day of October 2007, a true and correct copy of the Motion for Extension of Time, was served by first-class mail and electronic mail on:

>Thaddeus Watulak, Esq.
>Maya & Associates, P.C.
>266 Post Road East
>Westport, CT 06880
>twatulak@mayalaw.com
>
>Robert Salcido, Esq.
>Akin Gump Strauss Hauer & Feld, LLP
>Robert Strauss Building
>1333 New Hampshire Ave, NW
>Washington, D.C. 20036
>rsalcido@akingump.com
>
>Bruce R. Parker
>Venable LLP
>1800 Mercantile Bank & Trust Bldg.
>2 Hopkins Plaza
>Baltimore, Md. 21201
>brparker@venable.com

_____
Richard M. Molot
Assistant U.S. Attorney