UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA <br> ex rel. DR. JAMES J. TIESINGA, <br><br> Plaintiffs, <br><br> v. <br><br> DIANON SYSTEMS, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> )   No. 3:02 CV 1573(MRK) <br> ) <br> ) <br> )   October 31, 2007 <br> ) <br> ) <br> ) |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41 and the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States, the relator, Dr. James Tiesinga, and the defendant Dianon Systems, Inc., through their undersigned counsel, hereby stipulate to the dismissal of this action consistent with the terms of the Settlement Agreement dated October 22, 2007. Pursuant to the Settlement Agreement, the United States and the relator agree to dismiss this action with prejudice.

The United States and defendant agree that each will bear its own costs, expenses and attorneys' fees. The relator and defendant have agreed in the Settlement Agreement that the defendant will pay a portion of relator's attorneys' fees, costs and expenses, pursuant to 31 U.S.C. § 3730(d). The United States and the relator have also reached agreement as to the relator's share of the settlement proceeds pursuant to 31 U.S.C. § 3730(d)(1), as set forth in the Settlement Agreement.

The United States, the relator and the defendant request that the Court retain jurisdiction over the parties to enforce the terms of the Settlement Agreement. The United States, the relator and the defendant hereby request that the Court enter the attached Order.

This stipulation may be executed in counterparts, each of which constitutes an original and all of which constitute one and the same stipulation.

Respectfully submitted,

**ON BEHALF OF THE UNITED STATES**

PETER D. KEISLER
Assistant Attorney General

KEVIN J. O'CONNOR
United States Attorney

_____
RICHARD M. MOLOT
Assistant United States Attorney
Federal Bar No. CT21676
157 Church Street
New Haven, Connecticut 06510
(203) 821-3700

JOYCE R. BRANDA
PATRICIA R. DAVIS
JENNIFER CHORPENING
Attorneys, Civil Division
Commercial Litigation Branch
Post Office Box 261, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-0240
Facsimile: (202) 305-7797


**ON BEHALF OF DIANON SYSTEMS, INC.**

_____
ROBERT SALCIDO, ESQ.
Akin Gump Strauss Hauer & Feld, LLP
Robert Strauss Building
1333 New Hampshire Ave, NW
Washington, D.C. 20036

ON BEHALF OF RELATOR

_____
JOSEPH MAYA, ESQ.
Maya & Associates, P.C.
266 Post Road East
Westport, CT 06880

## CERTIFICATION OF SERVICE

I hereby certify that on this 31st day of October 2007, a true and correct copy of the Stipulation of Dismissal, was served by first-class mail and electronic mail on:

>Joseph Maya, Esq.
>Maya & Associates, P.C.
>266 Post Road East
>Westport, CT 06880
>jmaya@mayalaw.com
>
>Robert Salcido, Esq.
>Akin Gump Strauss Hauer & Feld, LLP
>Robert Strauss Building
>1333 New Hampshire Ave, NW
>Washington, D.C. 20036
>rsalcido@akingump.com
>
>Bruce R. Parker
>Venable LLP
>1800 Mercantile Bank & Trust Bldg.
>2 Hopkins Plaza
>Baltimore, Md. 21201
>brparker@venable.com

_____
Richard M. Molot
Assistant U.S. Attorney