UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA <br> ex rel. DR. JAMES J. TIESINGA, <br><br> Plaintiffs, <br><br> v. <br><br> DIANON SYSTEMS, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) No. 3:02 CV 1573(MRK) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**ORDER OF DISMISSAL**

The United States, the relator, Dr. James Tiesinga, and the defendant Dianon Systems, Inc., have reached an agreement to settle this litigation. The United States and the defendant agree that each will bear its own costs, expenses and attorneys' fees. The relator and the defendant have agreed, as set forth in the Settlement Agreement, that the defendant will pay a portion of relator's attorneys' fees, costs and expenses, pursuant to 31 U.S.C. § 3730(d). The United States and the relator have also reached agreement, as set forth in the Settlement Agreement, as to the relator's share of the settlement proceeds pursuant to 31 U.S.C. § 3730(d)(1). Accordingly, in light of the Settlement Agreement, the Court hereby enters the following orders:

1. The claims and allegations contained in this action are dismissed with prejudice.

2. The United States and the defendant each will bear their own costs, expenses and attorneys' fees; and,

3. The Court retains jurisdiction over this matter to enforce the terms of the

Settlement Agreement.

IT IS SO ORDERED this __2__ day of November, 2007.

                                                                             HONORABLE MARK R. KRAVITZ
                                                                             UNITED STATES DISTRICT JUDGE