**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

UNITED STATES OF AMERICA,                                  :
<u>ex rel</u>. DR JAMES J. TIESINGA                        :
            Plaintiff,    :        Case No. 3:02cv1573(MRK)
                                                         :
<i>versus</i>                                              :
                                                         :
DIANON SYSTEMS, INC                                        :
                                                         :        November 9, 2007
                                                         :
                                                         :
          Defendant.  :

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for the Plaintiff, Dr. James J Tiesinga.

November 9, 2007
——————————————
Date

Ct17742
——————————————
Connecticut Federal Bar Number

(203) 221–3100
——————————————
Telephone Number

(203) 221 – 3199
——————————————
Fax Number

JMaya@Mayalaw.com
——————————————
E-mail address

——————————————
Signature

Joseph C. Maya, Esq.
Name

266 Post Road East
Address

Westport, CT 06880

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

AUSA Richard M. Molot
U.S. Attorney's Office
District of Connecticut
157 Church St., 23rd Floor
New Haven, CT 06510
(203) 821-3792

Robert Salcido
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, DC 20036-1564
202.887.4095

——————————————
Signature